# Exhibit 1

# Contact Us

### Sales

Interested in Sonos? Our team is here to answer your questions and get your new system started.

Monday - Friday
10 am - 8 pm EST

Call toll free. Some charges may apply. Check with your provider.

Call 800-680-2345

Email us

### Support

We're here to help with setup, control, and system performance.

Visit Support Center

### Community

Connect with other Sonos listeners and get your questions answered.

Join the conversation

### Investor relations

Take a look inside Sonos and see why we're here.

Learn more

Email us

### Media

Find the latest press releases, media kits, images, videos, and more.

Newsroom

Email us

### Social responsibility

Through our Sonos Soundwaves program, we partner with local nonprofits to provide children in need with music education.

Learn more

Want to email our CEO, Patrick Spence, directly? Click here

## Offices

**Headquarters:
Santa Barbara**

614 Chapala Street
Santa Barbara, CA 93101
+1 805-965-3001

SONOS

### Boston
2 Avenue De Lafayette
Third Floor
Boston, MA 02111

### Seattle
800 5th Avenue
Floor 4
Seattle, WA 98104

### San Francisco
550 Montgomery Street
Suite 750
San Francisco, CA 94111

### Germany
Sonos Europe BV
Balanstrasse 73
Haus 19b, EG
81541 München, Germany

### Netherlands
Schuttersweg 10
1217 PZ Hilversum
The Netherlands

### Paris
104 Rue Richelieu
75002 Paris, France

### Australia
3 - 5 Hill Street
Cremorne VIC 3121

### London
The Old Vinyl Factory
Blyth Road
Hayes
UB3 1HA
London

### Denmark
Sonos Nordics
Strandvejen 56, Stuen
2900 Hellerup

### Beijing
Reignwood Plaza
Room 1101-1106
No.8 Yong An Dong Li
Jian Guo Men Wai
Beijing, China 100022

### Shanghai
Venture International Park
Tower A, Suite 802
No. 2679 Hechuan Road
Minhang District
Shanghai, China 200234

### Shenzhen
Sonos Shenzhen Representative Office
Room 510, East Tower, Coastal City, Haide 3rd Road
Business Culture Center, Nanshan District
Shenzhen, China 518054

## Our Company
## News
## Blog
## Careers

- Manage Your Account
- Order Status
- Shipping and Delivery
- Returns
- Last Chance

- Find a Store
- Dealer Store
- Investors
- Sonos for Business
- Works with Sonos

- Contact Us
- Frontline Workers
- Sonos Radio
- Sonos App
- Trade Up

### Germany
Sonos Europe BV
Balanstrasse 73
Haus 19b, EG
81541 München, Germany

### Netherlands
Schuttersweg 10
1217 PZ Hilversum
The Netherlands

### Paris
104 Rue Richelieu
75002 Paris, France

### Australia
3 - 5 Hill Street
Cremorne VIC 3121

### London
The Old Vinyl Factory
Blyth Road
Hayes
UB3 1HA
London

### Denmark
Sonos Nordics
Strandvejen 56, Stuen
2900 Hellerup

### Beijing
Reignwood Plaza
Room 1101-1106
No.8 Yong An Dong Li
Jian Guo Men Wai
Beijing, China 100022

### Shanghai
Venture International Park
Tower A, Suite 802
No. 2679 Hechuan Road
Minhang District
Shanghai, China 200234

### Shenzhen
Sonos Shenzhen Representative Office
Room 510, East Tower, Coastal City, Haide 3rd Road
Business Culture Center, Nanshan District
Shenzhen, China 518054

Our Company
News
Blog
Careers
Responsibility
Innovation

| | | |
|---|---|---|
| Manage Your Account | Find a Store | Contact Us |
| Order Status | Dealer Store | Frontline Workers |
| Shipping and Delivery | Investors | Sonos Radio |
| Returns | Sonos for Business | Sonos App |
| Last Chance | Works with Sonos | Trade Up |
| Certified Refurbished | Developer Portal | |

United States       © 2020 Sonos Inc.   Legal   Privacy statement   Accessibility   Conformity   Site map   Security

---

Document title: Contact Us | Sonos
Capture URL: https://www.sonos.com/en-us/contact
Capture timestamp (UTC): Wed, 10 Jun 2020 23:13:49 GMT