CLEMENT SETH ROBERTS (STATE BAR NO. 209203)
croberts@orrick.com
BAS DE BLANK (STATE BAR NO. 191487)
basdeblank@orrick.com
ALYSSA CARIDIS (STATE BAR NO. 260103)
acaridis@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:    +1 415 773 5700
Facsimile:     +1 415 773 5759

*Attorneys for Defendant Sonos, Inc*.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOOGLE LLC,<br><br>            Plaintiff,<br><br>     v.<br><br>SONOS, INC.,<br><br>            Defendant. | Case No. 3:20-cv-6754<br><br>**DEFENDANT SONOS, INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>Complaint Filed: September 28, 2020<br>Trial Date: None Set |

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Sonos, Inc. ("Sonos") discloses the following:

- Sonos has no parent corporation, and no publicly held corporation owns 10% or more of Sonos's stock.

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: October 12, 2020

Respectfully submitted,

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: /s/ *Clement S. Roberts*
Clement S. Roberts
Attorneys for Defendant SONOS, INC.