UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| GOOGLE LLC, | Case No. 3:20-cv-6754 |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER GRANTING SONOS, INC.'S MOTION TO DISMISS OR TRANSFER TO THE WESTERN DISTRICT OF TEXAS** |
| v. | |
| SONOS, INC., | |
| Defendant. | |

Before the Court is Defendant Sonos, Inc.'s Motion to Dismiss or Transfer to the Western District of Texas. Having considered the motion, its supporting papers, Google's opposition, and all other relevant materials, the motion to dismiss is hereby GRANTED without leave to amend.

Alternatively,

Having considered the motion, its supporting papers, Google's opposition, and all other relevant materials, the motion to transfer this matter to the Western District of Texas is hereby GRANTED.

IT IS SO ORDERED.

Dated: _____

_____
The Honorable Judge Laurel Beeler
United States Magistrate Judge