| | |
|---|---|
| 1 | CLEMENT SETH ROBERTS (STATE BAR NO. 209203) |
| 2 | croberts@orrick.com<br>BAS DE BLANK (STATE BAR NO. 191487) |
| 3 | basdeblank@orrick.com<br>ALYSSA CARIDIS (STATE BAR NO. 260103) |
| 4 | acaridis@orrick.com<br>ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 5 | The Orrick Building<br>405 Howard Street |
| 6 | San Francisco, CA 94105-2669 |
| 7 | Telephone:   +1 415 773 5700<br>Facsimile:    +1 415 773 5759 |
| 8 | |
| 9 | *Attorneys for Defendant Sonos, Inc.* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| GOOGLE LLC, | Case No. 3:20-cv-6754 |
|---|---|
| Plaintiff, | **NOTICE OF APPEARANCE PURSUANT TO CIVIL L.R. 5-1(c)(2)** |
| v. | Complaint Filed: September 28, 2020 |
| SONOS, INC., | Trial Date: None Set |
| Defendant. | |

TO THE CLERK OF THE COURT AND ALL PARTIES:

PLEASE TAKE NOTICE that Bas de Blank of Orrick, Herrington & Sutcliffe LLP, does hereby enter his appearance on behalf of Defendant Sonos, Inc. ("Sonos") and requests that notice of all further papers and proceedings, except original process, be served upon him at the following address:

> Bas de Blank
> Orrick, Herrington & Sutcliffe LLP
> 1000 Marsh Road
> Menlo Park, CA 94025
> Telephone: +1-650-614-7400
> Facsimile: +1-650-614-7401
> E-mail: basdeblank@orrick.com

This appearance is without prejudice to, or waiver of, any defense that Sonos may have, including, but not limited to, defenses based on lack of personal jurisdiction, improper venue, insufficient process, and insufficient service of process.

Dated: October 13, 2020              ORRICK, HERRINGTON & SUTCLIFFE LLP

                                     By: /s/ Bas de Blank
                                             BAS DE BLANK

                                     Attorneys for Defendant SONOS, INC.