CLEMENT SETH ROBERTS (STATE BAR NO. 209203)
croberts@orrick.com
BAS DE BLANK (STATE BAR NO. 191487)
basdeblank@orrick.com
ALYSSA CARIDIS (STATE BAR NO. 260103)
acaridis@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:    +1 415 773 5700
Facsimile:     +1 415 773 5759

*Attorneys for Defendant Sonos, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOOGLE LLC,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>SONOS, INC.,<br><br>　　　　　　Defendant. | Case No. 3:20-cv-6754<br><br>**NOTICE OF APPEARANCE PURSUANT TO CIVIL L.R. 5-1(c)(2)**<br><br>Complaint Filed:  September 28, 2020<br>Trial Date:  None Set |

1   TO THE CLERK OF THE COURT AND ALL PARTIES:

2   PLEASE TAKE NOTICE that Alyssa Caridis of Orrick, Herrington & Sutcliffe LLP, hereby enters her appearance on behalf of Defendant Sonos, Inc. ("Sonos") and requests that notice of all further papers and proceedings, except original process, be served upon her at the following address:

> Alyssa M. Caridis
> Orrick, Herrington & Sutcliffe LLP
> 777 South Figueroa Street, Suite 3200
> Los Angeles, CA 90017-5855
> Telephone: +1-213-629-2020
> Facsimile: +1-213-612-2499
> E-mail: acaridis@orrick.com

This appearance is without prejudice to, or waiver of, any defense that Sonos may have, including, but not limited to, defenses based on lack of personal jurisdiction, improper venue, insufficient process, and insufficient service of process.

Dated:  October 13, 2020

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: /s/ *Alyssa Caridis*
Alyssa Caridis
Attorneys for Defendant SONOS, INC.

4164-3148-5480