QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Charles K. Verhoeven (Bar No. 170151)
  charlesverhoeven@quinnemanuel.com
  Melissa Baily (Bar No. 237649)
  melissabaily@quinnemanuel.com
  Jordan Jaffe (Bar No. 254886)
  jordanjaffe@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:      (415) 875-6600
Facsimile:      (415) 875-6700

Attorneys for GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| GOOGLE LLC, | CASE NO. 3:20-cv-06754-LB |
| Plaintiff, | |
| vs. | **NOTICE OF APPEARANCE OF CHARLES K. VERHOEVEN** |
| SONOS, INC., | |
| Defendants. | |

1    TO THE CLERK OF THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

2          PLEASE TAKE NOTICE that Charles K. Verhoeven, an attorney with the firm of Quinn

3    Emanuel Urquhart & Sullivan, LLP, and admitted to practice before this Court, hereby appears as an

4    attorney of record for Google LLC in the above-captioned matter.

5          Charles K. Verhoeven (Bar No. 170151)
           charlesverhoeven@quinnemanuel.com
6          50 California Street, 22nd Floor
           San Francisco, California 94111
7          (415) 875-6600
           (415) 875-6700 facsimile
8

9

10

11   DATED:  October 20, 2020              QUINN EMANUEL URQUHART & SULLIVAN,
                                           LLP
12
                                     By:   _/s/ Charles K. Verhoeven_____
13                                         Charles K. Verhoeven (Bar No. 170151)
                                           charlesverhoeven@quinnemanuel.com
14                                         Melissa Baily (Bar No. 237649)
                                           melissabaily@quinnemanuel.com
15                                         Jordan Jaffe (Bar No. 254886)
                                           jordanjaffe@quinnemanuel.com
16                                         50 California Street, 22nd Floor
                                           San Francisco, California 94111-4788
17                                         Telephone:    (415) 875-6600
                                           Facsimile:    (415) 875-6700
18
                                           Attorneys for GOOGLE LLC
19

20

21

22

23

24

25

26

27

28