1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   Melissa Baily (Bar No. 237649)
3  melissabaily@quinnemanuel.com
   Jordan Jaffe (Bar No. 254886)
4  jordanjaffe@quinnemanuel.com
   50 California Street, 22nd Floor
5  San Francisco, California 94111-4788
   Telephone:    (415) 875-6600
6  Facsimile:    (415) 875-6700

7  Attorneys for GOOGLE LLC

8                     UNITED STATES DISTRICT COURT

9         NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| GOOGLE LLC,<br><br>           Plaintiff,<br><br>     vs.<br><br>SONOS, INC.,<br><br>           Defendants. | CASE NO. 3:20-cv-06754-LB<br><br>**NOTICE OF APPEARANCE OF LINDSAY COOPER** |

TO THE CLERK OF THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Lindsay M. Cooper, an attorney with the firm of Quinn Emanuel Urquhart & Sullivan, LLP, and admitted to practice before this Court, hereby appears as an attorney of record for Google LLC in the above-captioned matter.

>   Lindsay M. Cooper (Cal. Bar No. 287125)
>   lindsaycooper@quinnemanuel.com
>   50 California Street, 22nd Floor
>   San Francisco, California 94111
>   (415) 875-6600
>   (415) 875-6700 facsimile

DATED:  October 20, 2020         QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: /s/ Lindsay M. Cooper
>   Charles K. Verhoeven (Bar No. 170151)
>   charlesverhoeven@quinnemanuel.com
>   Melissa Baily (Bar No. 237649)
>   melissabaily@quinnemanuel.com
>   Jordan Jaffe (Bar No. 254886)
>   jordanjaffe@quinnemanuel.com
>   50 California Street, 22nd Floor
>   San Francisco, California 94111-4788
>   Telephone:    (415) 875-6600
>   Facsimile:    (415) 875-6700

>   Attorneys for GOOGLE LLC