CLEMENT SETH ROBERTS (STATE BAR NO. 209203)
croberts@orrick.com
BAS DE BLANK (STATE BAR NO. 191487)
basdeblank@orrick.com
ALYSSA CARIDIS (STATE BAR NO. 260103)
acaridis@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:   +1 415 773 5700
Facsimile:    +1 415 773 5759

*Attorneys for Defendant Sonos, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOOGLE LLC,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>SONOS, INC.,<br><br>　　　　　　　Defendant. | Case No. 3:20-cv-6754-WHA<br><br>**SONOS, INC.'S RE-NOTICE OF MOTION TO DISMISS OR TRANSFER TO THE WESTERN DISTRICT OF TEXAS**<br><br>Date:　　　November 19, 2020<br>Time:　　　8:00 a.m.<br>Location:　Courtroom 12, 19th Floor<br>Judge:　　Hon. William Alsup<br><br>Complaint Filed: September 28, 2020<br>Trial Date: None Set |

**RE-NOTICE OF MOTION**

TO ALL PARTIES AND THEIR ATTORNEYS:

PLEASE TAKE NOTICE that on Thursday, November 19, 2020 at 8:00 a.m., or as soon thereafter as counsel may be heard in Courtroom 12 on the 19th Floor of the San Francisco Courthouse, Defendant Sonos, Inc. ("Sonos") will, and hereby does, move the Court to dismiss Plaintiff Google LLC's ("Google's") claims for declaratory judgment of non-infringement of United States Patent Nos. 9,967,615; 10,779,033; 9,344,206; 10,469,966; and 9,219,460 under Title 35 of the United States Code or transfer the case to the Western District of Texas.  This motion is made under Federal Rules of Civil Procedure 12(b)(1) and (6); the Court should deny jurisdiction and Plaintiff fails to state a claim upon which relief may be granted. This motion is based upon this Re-Notice and the Memorandum of Points and Authorities in support thereof previously filed and served on October 12, 2020 (ECF No. 11), and upon such oral and written evidence as may be presented at or before the hearing on this matter.

Dated:  October 26, 2020                                Respectfully submitted,

                                               ORRICK, HERRINGTON & SUTCLIFFE LLP


                                               By:  */s/ Clement S. Roberts*
                                                          Clement S. Roberts
                                                 Attorneys for Defendant SONOS, INC.