QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
Melissa Baily (Bar No. 237649)
melissabaily@quinnemanuel.com
Jordan Jaffe (Bar No. 254886)
jordanjaffe@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:     (415) 875-6600
Facsimile:     (415) 875-6700

Attorneys for GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| GOOGLE LLC, | CASE NO. 3:20-cv-06754-WHA |
|---|---|
| Plaintiff, | |
| vs. | **DECLARATION OF LINDSAY COOPER IN SUPPORT OF GOOGLE LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL GOOGLE LLC'S OPPOSITION TO SONOS, INC.'S MOTION TO DISMISS OR TRANSFER TO THE WESTERN DISTRICT OF TEXAS** |
| SONOS, INC., | |
| Defendants. | |

I, Lindsay Cooper, declare and state as follows:

1. I am an attorney licensed to practice in the State of California and am admitted to practice before this Court. I am an associate at Quinn Emanuel Urquhart & Sullivan LLC representing Google LLC ("Google") in this matter. If called as a witness, I could and would testify competently to the information contained herein.

2. I make this declaration in support of Google's Administrative Motion to File Under Seal its Opposition to Sonos, Inc.'s Motion to Dismiss or Transfer to the Western District of Texas ("Google's Administrative Motion"). Google's Administrative Motion seeks an order sealing the following materials:

| Document | Portions to be Filed Under Seal | Party Claiming Confidentiality |
|---|---|---|
| Google's Opposition | Green highlighted portions | Google & Sonos |
| | Blue highlighted portions | Google |
| Declaration of Daniel S. Friedland in Support of Google's Opposition | Blue highlighted portions | Google |
| Declaration of James Judah in Support of Google's Opposition | Blue highlighted portions | Google |
| Ex. 13 to the Declaration of Lindsay Cooper in Support of Google's Opposition ("Cooper Decl.") | Blue highlighted portions | Google & Sonos |
| Ex. 14 to Cooper Decl. | Blue highlighted portions | Google & Sonos |
| Ex. 15 to Cooper Decl. | Entire document | Google & Sonos |
| Ex. 16 to Cooper Decl. | Entire document | Google & Sonos |

3. Portions of Google's Opposition and Exhibits 15 and 16 contain, discuss, or refer to Google's confidential business information, including confidential, non-public agreements between Google and Sonos. Public disclosure of this information would harm Google's competitive standing and its ability to negotiate future agreements by giving competitors access to Google's highly confidential business thinking and asymmetrical information about Google's

licensing strategies to other entities.  If such information were made public, I understand that Google's competitive standing would be significantly harmed.

4. Portions of Google's Opposition, the Declaration of Daniel S. Friedland, and the Declaration of James Judah contain non-public information regarding the number of Google employees in various U.S. locations, as well as the identity and job responsibilities of certain Google employees that have relevant knowledge for the purposes of this litigation.  In addition, portions of Exhibit 13 and 14 contain non-public email addresses of Google and Sonos employees. Public disclosure of this information would harm Google, as well as the affected Google employees.  Specifically, this information would identify Google's non-public business practices, including internal organizational and operational details, which if disclosed would be useful to competitors in competing with Google by focusing their competitive efforts on the areas where Google invests more human capital. The information to be sealed further identifies Google's nonpublic work assignments to specific employees on specific products, knowledge of which would put Google's business at risk of harm by aiding competitors looking for prospective new hires.  If such information were made public, I understand that Google's competitive standing would be significantly harmed.

I declare under penalty of perjury that to the best of my knowledge the foregoing is true and correct.  Executed on October 26, 2020, in San Francisco, California.

DATED:  October 26, 2020

By: */s/ Lindsay Cooper*
Lindsay Cooper

-3-   CASE NO. 3:20-cv-06754-WHA
DECLARATION OF LINDSAY COOPER IN SUPPORT OF GOOGLE'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL

**ATTESTATION**

I, Charles K. Verhoeven, am the ECF user whose ID and password are being used to file the above Declaration. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Lindsay Cooper has concurred in the aforementioned filing.

*/s/ Charles K. Verhoeven*
Charles K. Verhoeven