UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GOOGLE LLC,<br><br>            Plaintiff,<br><br>     vs.<br><br>SONOS, INC.,<br><br>            Defendants. | CASE NO. 3:20-cv-06754-WHA<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF GOOGLE LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL ITS OPPOSITION TO SONOS, INC.'S MOTION TO DISMISS OR TRANSFER TO THE WESTERN DISTRICT OF TEXAS** |

Plaintiff Google LLC ("Google") has filed an Administrative Motion to File Under Seal ("Google's Administrative Motion") certain information in its Opposition to Sonos, Inc.'s Motion to Dismiss or Transfer to the Western District of Texas ("Google's Opposition").

Having considered Google's Administrative Motion, and good cause to seal having been shown, the Court **GRANTS** Google's Administrative Motion and **ORDERS** sealed the documents listed below:

| Document | Portions to be Filed Under Seal | Party Claiming Confidentiality |
|---|---|---|
| Google's Opposition | Green highlighted portions | Google & Sonos |
|  | Blue highlighted portions | Google |
| Declaration of Daniel S. Friedland in Support of Google's Opposition | Blue highlighted portions | Google |
| Declaration of James Judah in Support of Google's Opposition | Blue highlighted portions | Google |
| Ex. 13 to the Declaration of Lindsay Cooper in Support of Google's Opposition ("Cooper Decl.") | Blue highlighted portions | Google & Sonos |
| Ex. 14 to Cooper Decl. | Blue highlighted portions | Google & Sonos |
| Ex. 15 to Cooper Decl. | Entire document | Google & Sonos |
| Ex. 16 to Cooper Decl. | Entire document | Google & Sonos |

**IT IS SO ORDERED.**

Dated: _____, 2020

HON. WILLIAM ALSUP
United States District Court Judge