**REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED**

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
Melissa Baily (Bar No. 237649)
melissabaily@quinnemanuel.com
Jordan Jaffe (Bar No. 254886)
jordanjaffe@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:     (415) 875-6600
Facsimile:      (415) 875-6700

Attorneys for GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GOOGLE LLC,<br><br>            Plaintiff,<br><br>      vs.<br><br>SONOS, INC.,<br><br>            Defendants. | CASE NO. 3:20-cv-06754-WHA<br><br>**DECLARATION OF JAMES JUDAH IN SUPPORT OF GOOGLE LLC'S OPPOSITION TO SONOS, INC.'S MOTION TO DISMISS OR TRANSFER TO THE WESTERN DISTRICT OF TEXAS** |

I, James Judah, declare and state as follows:

1. I am a partner at Quinn Emanuel Urquhart & Sullivan LLC representing Google LLC ("Google") in this matter. If called as a witness, I could and would testify competently to the information contained herein.

2. I am representing Google in *Certain Audio Players and Controllers, Components Thereof and Products Containing Same*, Inv. No. 337-TA-1191, an investigation pending before the International Trade Commission involving Google and Sonos ("*Sonos I*"). The parties took 33 fact depositions in *Sonos I*, which included 17 depositions of Google employees, nine depositions of Sonos employees, and seven depositions of third parties. None of the individuals who were deposed in *Sonos I* were based in Texas.

3. Fifteen of the 17 Google employees who were deposed in *Sonos I* are based in the San Francisco Bay Area, including ███████████████████████████████████ ███████████████████████████. The two Google employees not based in the San Francisco Bay Area are based in Kitchener, Canada, and Chicago, Illinois.

4. Five of the nine Sonos witnesses who were deposed in *Sonos I* are based in California. The Sonos witnesses not based in California are based in Illinois and Massachusetts.

I declare under penalty of perjury that to the best of my knowledge the foregoing is true and correct. Executed on October 26, 2020, in Hillsborough, California.

DATED: October 26, 2020

By: /s James Judah
James Judah

**ATTESTATION**

I, Charles K. Verhoeven, am the ECF user whose ID and password are being used to file the above Declaration. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that James Judah has concurred in the aforementioned filing.

/s/ *Charles K. Verhoeven*
Charles K. Verhoeven