# EXHIBIT 13

# Proposed: Weekly Google/Sonos Sync

**email:** ██████████████████ **Thursday, July 10, 2014 at 8:55:31 AM Pacific Daylight Time**
**Adam Graham"**

To: email: ████████████ Christopher Patnoe" , email: █████████████ Umesh Patil" ,
email: ████████ Debajit Ghosh" , email: ████████████ Keith Corbin" , email:
██████████ Christina Valente" , email: ██████████████ Tad Coburn" ,
email: " ██████████████ Kristen Bender" , email: ██████████████ Jason
Kendall"

Cc: email: ████████ Gabe Garcia ██████████ " , email: ██████████
██████ Nick Millington" , email: ████████████ Andrew
Schulert" , email: ███████████████ Ben Smith"

.

Please forward as needed. Agenda to be provided prior to meeting.

Thanks,

Adam

Ready-Access Number: 8005032899

Access Code: ██████

Country Toll free number Toll number

AUSTRALIA(AUS) 1800336610 0280318139

390010048

BELGIUM(BEL) 080039118 027924504

CANADA(CAN) 8005032899 6477233982

CHINA UNIFIED(CHA) 4006208023

8008190238

FRANCE(FRA) 0800941633 0174180778

GERMANY(DEU) 08001014526 030700150717

ITALY(ITA) 800182598 0200617506

MALAYSIA(MYS) 1800807042

MEXICO(MEX) 0018005148712 5547745051

018003110015

NETHERLANDS(NLD) 08002658225 0207084834

NORWAY(NOR) 80056402 21033158

SPAIN(ESP) 900800372 917911824

SWEDEN(SWE) 0201400590 0114966101

SWITZERLAND(CHE) 0800700284 0434569405

UNITED KINGDOM(GBR) 08004960578 02079040083

UNITED STATES(USA) 8005032899 3032480817

---

**Attachments:**

**invite.ics** 3.4k