# EXHIBIT 14

# Invitation: Sonos/Play Music Dinner @ Cascal @ Thu Jun 5, 2014 6:30pm - 9:20pm

email: ████████████ "Christopher Patnoe"     Tuesday, June 3, 2014 at 9:29:45 PM Pacific Daylight Time

To: email: ████████ , email: ████████ "Chris Bunch" , email: ████████ , email: ████████ , email: ████████ , email: ████████ "Yavor Goulishev" , email: ████████ , email: ████████ "Tad Coburn" , email: ████████ "Umesh Patil" , email: ████████ "Johnny Zhou"

---

**Sonos/Play Music Dinner @ Cascal**          **more details »**

400 Castro St, Mountain View, CA 94041
(650) 940-9500

Reservation is under my name, but I may be late getting back from SF.

| | |
|---|---|
| When | Thu Jun 5, 2014 6:30pm – 9:20pm Pacific Time |
| Where | https://plus.google.com/hangouts/_/google.com/sonos-play (map) |
| Video call | https://plus.google.com/hangouts/_/google.com/sonos-play |
| Calendar | ████████ |
| Who | • Christopher Patnoe - organizer |
| | • Chris Bunch |
| | • ████████ |
| | • Debajit Ghosh |
| | • ████████ |
| | • Yavor Goulishev |
| | • ████████ |
| | • Tad Coburn |
| | • Umesh Patil |
| | • Johnny Zhou |

Going?  **Yes** - **Maybe** - **No**   more options »

Invitation from Google Calendar
You are receiving this email at the account ████████ because you are subscribed for invitations on calendar ████████
To stop receiving these notifications, please log in to https://www.google.com/calendar/ and change your notification settings for this calendar.

---

**Attachments:**

**invite.ics** 2.4k

**invite.ics** 2.4k