# EXHIBIT 28



LinkedIn

Search

Home | My Network | Jobs | Messaging | Notifications | Me ▾ | Work ▾ | React Prem...

**Earn a Top-50 MBA Online** - The online MBA program from UC Davis connects you with Silicon Valley. Ad ···

**Alan Seefeldt** · 3rd

🔒 Message | More...

Senior Member Research Staff at Dolby Laboratories

San Francisco Bay Area · 236 connections · Contact info

Dolby Laboratories

Massachusetts Institute of Technology

## Experience



**Dolby Laboratories**
17 yrs 10 mos

**Senior Member Research Staff**
Jan 2013 – Present · 7 yrs 10 mos

**Senior Staff Engineer, Research**
Jan 2007 – Jan 2013 · 6 yrs 1 mo

**Staff Engineer, Research**
Jan 2003 – Jan 2007 · 4 yrs 1 mo

**Staff Engineer**
Creative Technology Ltd
Dec 1999 – Nov 2002 · 3 yrs
San Francisco Bay Area

## Education

**Massachusetts Institute of Technology**
M.S., Electrical Engineering (Signal Processing)
1995 – 1999

Completed doctoral coursework

**Harvey Mudd College**
B.S., General Engineering
1991 – 1995

## Recommendations

Received (0)   Given (2)



**Greg Benson**
Manager at Google, Grasshopper app
September 15, 2009, Alan was

As the Research technical lead for development of the Dolby Volume algorithm, I worked closely with Greg when Dolby Volume was transformed from research prototype to engineering reference

---

Jocelyn, explore jobs at **Dolby Laboratories** that match your skills


**Brand Protection Analyst**
San Francisco, CA, US


**Market Intelligence Manager**
San Francisco, CA, US

**Product Manager - Audio**
San Francisco, CA, US

See More Jobs

**People Also Viewed**


**Steven (Steve) Forshay**
· 3rd
SVP Advanced Technology Group at Dolby...


**Phil Brown**
· 3rd
Senior Member Research Staff


**LeRoy Leach**
· 3rd
Principal Engineer


**Rogerio Alves**
· 3rd
Principal Engineer/Mgr at Qualcomm


**José Benitez Cong**
· 2nd
I am humane, perhaps you wish to be as well? trust,...

Show more ⌄

**People You May Know**


**Mike Yang**
Founders/CEO at Nike Sports Camps-Asia &...


**Alex Bergjans**
Associate at Quinn Emanuel


**Brice Lynch**
Associate at Quinn Emanuel

**Jason Fenstermaker**
Licensed Realtor at CPG Chicago


Thao Thai

senior to Greg but didn't manage directly

code. Greg was a key team member for this project, and I enjoyed working with him tremendously. Greg was very quick g... See more


Associate at Quinn Emanuel

Show more ∨


**Mike Barnes**
Product & Marketing Leader, HW/SW Innovation, Digital Musical Instruments, Pro Audio, DSP AU/VST, VoIP,Conversational AI

November 3, 2008, Mike worked with Alan in the same group

At Lava.com Mike saw a prototype piece of research software I had written for advanced, sound-reactive 3D visuals and then had the vision and drive to transform it into a company sponsored start-up which broke very new ground in electronic media delivery. Mike is a rare marketing professional in the fact that he comm... See more

**in LEARNING**
Add new skills with these courses


**Learning C**
45,892 viewers


**Programming Foundation**
**Beyond the Fundamental**
9,138 viewers


**Exam Tips: Project Manag**
**Professional (PMP)®**
42,700 viewers

See more courses

## Interests


**Dolby Laboratories**
77,713 followers


**Harvey Mudd College**
10,777 followers


**Massachusetts Institute of Technol...**
860,105 followers

**Promoted**


**Data Analytics Course**
Earn a Tableau data analytics certification in 3 online courses. App


**Online MBA With No GMAT**
Top-tier business education for the future. Apply for MBA@Syracuse tod

**Baylor's MPH Online**

**Linked in**

About
Community Guidelines
Privacy & Terms ∨
Sales Solutions
Safety Center

Accessibility
Careers
Ad Choices
Mobile

Talent Solutions
Marketing Solutions
Advertising
Small Business

 **Questions?**
Visit our Help Center.

⚙ **Manage your account and privacy**
Go to your Settings.

Select Language
English (English)

LinkedIn Corporation © 2020

 Messaging ✎ ··· ∧