# EXHIBIT 31





**Stopover options**

via Dallas-Fort Worth                                    4h 16

**San Francisco → Waco**

                                              1461 miles   3h 30
① San Francisco (S...) → Dallas-Fort Worth (D...)

American Airlin   su  mo  tu  we  th  fr  sa
United Airlines   su  mo  tu  we  th  fr  sa

                                              91 miles   0h 46
② Dallas-Fort Wort... → Waco (ACT)

American Airlin   su  mo  tu  we  th  fr  sa

Round trip ⌄    1 passenger ⌄    Economy ⌄

📅 Oct 31 - Nov 7            **Check Price**

---

**Stopover options**

via Dallas-Fort Worth                                    4h 16

**Stopover options**

via Dallas-Fort Worth                                    4h 16

**San Francisco → Waco**

                                              1461 miles   3h 30
① San Francisco (S...) → Dallas-Fort Worth (D...)

American Airlin   su  mo  tu  we  th  fr  sa
United Airlines   su  mo  tu  we  th  fr  sa

                                              91 miles   0h 46
② Dallas-Fort Wort... → Waco (ACT)

American Airlin   su  mo  tu  we  th  fr  sa

Round trip ⌄    1 passenger ⌄    Economy ⌄

📅 Oct 31 - Nov 7            **Check Price**