# EXHIBIT 32

**Jocelyn Ma**

| | |
|---|---|
| **From:** | Roberts, Clement <croberts@orrick.com> |
| **Sent:** | Tuesday, October 13, 2020 5:22 PM |
| **To:** | Paige Amstutz |
| **Cc:** | Johnson, Jeffrey; Sean Sullivan; de Blank, Bas; Caridis, Alyssa |
| **Subject:** | RE: Civil Action 6:20-cv-881; Sonos v. GoogleRequest for Extension of Time |

`EXTERNAL`

Paige –

We will consent to the 30 days.

Clem

**From:** Paige Amstutz <pamstutz@scottdoug.com>
**Sent:** Tuesday, October 13, 2020 1:16 PM
**To:** Roberts, Clement <croberts@orrick.com>
**Cc:** Johnson, Jeffrey <jj@orrick.com>; Sean Sullivan <sullivan@ls3ip.com>; de Blank, Bas <basdeblank@orrick.com>;
Caridis, Alyssa <acaridis@orrick.com>
**Subject:** RE: Civil Action 6:20-cv-881; Sonos v. Google--Request for Extension of Time

Clem:

Again, thanks for the response.

As I am sure you are aware, Judge Albright and his clerks have been (and are still in) a jury trial.  I suspect there will be much to catch up on when it ends later this week, and I would like to give the Court as much time as possible to consider the issue, particularly if you intend to oppose our request.

Yes, lawyers from Quinn Emanuel will be involved in this case.  My firm, however, is also part of the legal team and is extremely new to the case, parties and issues.

All that being said, in order to resolve this issue and not burden the Court, if Sonos will agree to a 30-day extension today, then Google will accept that agreement.  If, however, Sonos does not so agree, then Google will file an opposed motion seeking the 45-day extension that (a) it believes it needs and (b) is customary in nearly every case I have in front of Judge Albright.

I look forward to hearing from you soon.

All my best,

Paige

**From:** Roberts, Clement <croberts@orrick.com>
**Sent:** Tuesday, October 13, 2020 2:00 PM
**To:** Paige Amstutz <pamstutz@scottdoug.com>
**Cc:** Johnson, Jeffrey <jj@orrick.com>; Sean Sullivan <sullivan@ls3ip.com>; de Blank, Bas <basdeblank@orrick.com>;

Caridis, Alyssa <acaridis@orrick.com>
**Subject:** Re: Civil Action 6:20-cv-881; Sonos v. Google--Request for Extension of Time

 EXTERNAL

Paige -

Respectfully, you didn't answer my question and given the speed with which Judge Albright considers motions there is no emergency that requires you to run into court today.

Can you tell me, for example if Quinn is representing Google with respect to these patents?  Surely that bears on your assertion that Google needs an extra 45 days to "assemble" a legal team.

My concern, to speak frankly, is that this is part of Googles attempt to manipulate venue.  To that end are you open to a shorter extension?

Thanks,

Clem

Sent from my iPhone


On Oct 13, 2020, at 9:15 AM, Paige Amstutz <pamstutz@scottdoug.com> wrote:


Clem:

Thanks so much for your prompt response.

I believe I adequately explained why Google needs additional time to respond to Sonos' Complaint.   What I did not do is attach the Order Governing Proceedings that will apply to our case with the relevant portion highlighted, which provides for a 45-day extension.  It is attached here.

With this, may I circulate an unopposed motion for extension of time and proposed order?

Please note that, due to the impending deadline, whether opposed or unopposed, a motion for extension of time needs to be filed later today.

As always, I look forward to hearing from you.

All my best,

Paige

---

**From:** Roberts, Clement <croberts@orrick.com>
**Sent:** Monday, October 12, 2020 10:31 PM
**To:** Paige Amstutz <pamstutz@scottdoug.com>; Johnson, Jeffrey <jj@orrick.com>; Sean Sullivan <sullivan@ls3ip.com>

**Cc:** de Blank, Bas <basdeblank@orrick.com>; Caridis, Alyssa <acaridis@orrick.com>
**Subject:** RE: Civil Action 6:20-cv-881; Sonos v. Google--Request for Extension of Time

 EXTERNAL

Ms. Amstutz –

Thank you for your email.  Could you kindly say a bit more about why you need so much time?  Is Quinn not providing the legal team for these patents?

Thanks,
Clem

**From:** Paige Amstutz <pamstutz@scottdoug.com>
**Sent:** Monday, October 12, 2020 2:16 PM
**To:** Johnson, Jeffrey <jj@orrick.com>
**Cc:** Roberts, Clement <croberts@orrick.com>; de Blank, Bas <basdeblank@orrick.com>; Caridis, Alyssa <acaridis@orrick.com>
**Subject:** Civil Action 6:20-cv-881; Sonos v. Google--Request for Extension of Time
**Importance:** High

Good afternoon:

I was very recently hired to assist Google in connection with the above-referenced case.

It is my understanding that Google was served on September 29, 2020 and, currently, the deadline to answer or otherwise respond to the Complaint is October 20, 2020.

In order for Google to fully assemble its legal team and assess the allegations, I would really appreciate a 45-day extension of time for Google to answer or otherwise respond.  As I know you are aware, this is the extension of time that Judge Albright has found to be reasonable.

Please let me know as soon as practicable.

And, if you would like to visit by phone, don't hesitate to let me know and we can pick a good day and time soon.

As always, I look forward to hearing from you.

All my best,

Paige Arnette Amstutz
Scott, Douglass & McConnico, LLP

IMPORTANT - SCOTT DOUGLASS & McCONNICO DISCLAIMER: This message is intended for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination or copying of this communication is strictly prohibited. If you receive this communication in error, please notify us immediately by telephone at (512) 495-6300 and/or email and delete the original message. Thank you.

**NOTICE TO RECIPIENT** | This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message from your system. Thank you in advance for your cooperation.

For more information about Orrick, please visit *http://www.orrick.com*.

In the course of our business relationship, we may collect, store and transfer information about you. Please see our privacy policy at https://www.orrick.com/Privacy-Policy to learn about how we use this information.

<OGP Version 3.1.docx>

**NOTICE TO RECIPIENT** | This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message from your system. Thank you in advance for your cooperation.

For more information about Orrick, please visit *http://www.orrick.com*.

In the course of our business relationship, we may collect, store and transfer information about you. Please see our privacy policy at https://www.orrick.com/Privacy-Policy to learn about how we use this information.

**NOTICE TO RECIPIENT** | This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message from your system. Thank you in advance for your cooperation.

For more information about Orrick, please visit *http://www.orrick.com*.

In the course of our business relationship, we may collect, store and transfer information about you. Please see our privacy policy at https://www.orrick.com/Privacy-Policy to learn about how we use this information.