# EXHIBIT 33

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| SONOS, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION No. 6:20-cv-00881-ADA |
| | § | |
| GOOGLE LLC, | § | JURY TRIAL DEMANDED |
| | § | |
| Defendant. | § | |
| | § | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DEFENDANT
GOOGLE LLC TO ANSWER OR OTHERWISE RESPOND**

Defendant Google LLC moves for a 30-day extension to answer or otherwise respond to the Complaint for Patent Infringement (the "Complaint") filed on September 29, 2020.

Defendant's deadline to answer or otherwise respond to the Complaint is currently October 20, 2020. With a 30-day extension, Defendant's answer or other response will be due on November 19, 2020. This motion is not brought for the purpose of delay. Rather, this extension is necessary because Defendant recently retained Texas counsel in this matter, and Texas counsel needs additional time to be involved in the preparation of Defendant's answer or other response.

Counsel for Defendant has conferred with counsel for Plaintiff. This motion is unopposed. Accordingly, Defendant Google LLC requests the Court grant the foregoing motion and enter an Order extending its deadline to answer or otherwise respond to the Complaint to November 19, 2020.

Dated: October 14, 2020.

Respectfully submitted,

*/s/ Paige Arnette Amstutz*
Paige Arnette Amstutz
Texas State Bar No. 00796136
SCOTT, DOUGLASS & MCCONNICO, LLP
303 Colorado Street, Suite 2400
Austin, TX 78701
Telephone: (512) 495-6300
Facsimile: (512) 495-6399
pamstutz@scottdoug.com

*Counsel for Defendant Google LLC*

### CERTIFICATE OF SERVICE

Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5, I hereby certify that, on October 14, 2020, all counsel of record who have appeared in this case are being served with a copy of the foregoing via the Court's CM/ECF system.

*/s/ Paige Arnette Amstutz*
Paige Arnette Amstutz