# EXHIBIT 36

**FlightConnections**

From Boston (BOS) ⇌ To San Francisco (SFO)    EN    Log in

Alliances: All | Airlines: All | Classes PREMIUM: All | Stopovers: Non-stop    Full Map

✓ 4 direct routes found

Boston → San Francisco
2697 miles    6h 49

Boston (BOS) → San Francisco (SFO)

- Alaska   su mo tu we th fr sa
  Ends in October
- Delta   su mo tu we th fr sa
  Starts in December
- JetBlue   su mo tu we th fr sa
  Ends in June
- United Airlines   su mo tu we th fr sa

Round trip | 1 passenger | Economy

Nov 2 - Nov 9    **Check Price**

☐ Show indirect destinations

Book flight

San Francisco (SFO) ✕    Boston (BOS)

Airport legend:
● > 50 direct destinations
● > 10 direct destinations
● < 10 direct destinations

Reset ↻    + −

Remove ads

Leaflet | © OpenStreetMap contributors

**FlightConnections**

From Boston (BOS) → To Waco (ACT)

- No direct routes found
- 1 route with 1 stop found

**Stopover options**

via Dallas-Fort Worth — 4h 27

**Boston → Waco**  1559 miles  3h 41

① Boston (BOS) → Dallas-Fort Worth (D...)

- American Airlin — su mo tu we th fr sa
- JetBlue — su mo tu we th fr sa — Ends in June
- Aer Lingus — su mo tu we th fr sa

② Dallas-Fort Wort... → Waco (ACT)  91 miles  0h 46

- American Airlin — su mo tu we th fr sa

Round trip | 1 passenger | Economy
Nov 2 - Nov 9    **Check Price**

Alliances: All | Airlines: All | Classes PREMIUM: All | Stopovers: 1 Stop | Same airline: No

Show indirect destinations

Filter active: 1 Stop

Full Map

Airport legend:
- > 50 direct destinations
- > 10 direct destinations
- < 10 direct destinations

Boston (BOS) • Dallas-Fort Worth (DFW) • Waco (ACT)

Leaflet | © OpenStreetMap contributors