UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GOOGLE LLC, | CASE NO. 3:20-cv-06754-WHA |
| Plaintiff, | |
| vs. | **[PROPOSED] ORDER DENYING DEFENDANT SONOS, INC.'S MOTION TO DISMISS OR TRANSFER TO THE WESTERN DISTRICT OF TEXAS** |
| SONOS, INC., | |
| Defendants. | |

This matter is before the Court on Defendant Sonos, Inc.'s Motion to Dismiss or Transfer to the Western District of Texas ("Motion"). Having read and considered the Motion and all supporting papers and responses and replies thereto, and the argument of the parties, the Court **DENIES** Sonos' Motion in its entirety.

**IT IS SO ORDERED.**

Dated: _____, 2020

_____
HON. WILLIAM ALSUP
United States District Court Judge