QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
Melissa Baily (Bar No. 237649)
melissabaily@quinnemanuel.com
Jordan Jaffe (Bar No. 254886)
jordanjaffe@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:     (415) 875-6600
Facsimile:     (415) 875-6700

Attorneys for GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GOOGLE LLC, <br><br> Plaintiff, <br><br> vs. <br><br> SONOS, INC., <br><br> Defendants. | CASE NO. 3:20-cv-06754-WHA <br><br> **PROOF OF SERVICE** |

I, Jocelyn Ma, declare as follows:

1. I am an associate at the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, whose address is 50 California Street, 22nd Floor, San Francisco, CA 94111. I am over the age of eighteen and not a party to this action.

2. On October 26, 2020, I caused the following documents to be served on all counsel of record via electronic mail:

- The Declaration of Lindsay Cooper in Support of Plaintiff's Administrative Motion to File Under Seal Plaintiff Google LLC's Opposition to Defendant Sonos, Inc.'s Motion to Dismiss Or Transfer;

- An unredacted version of Plaintiff Google LLC's Opposition to Defendant Sonos, Inc.'s Motion to Dismiss Or Transfer to the Western District of Texas ("Google's Opposition");

- An unredacted version of the Declaration of Daniel S. Friedland in Support of Google's Opposition;

- An unredacted version of the Declaration of James Judah in Support of Google's Opposition;

- An unredacted version of Ex. 13 to the Declaration of Lindsay Cooper in Support of Google's Opposition;

- An unredacted version of Ex. 14 to the Declaration of Lindsay Cooper in Support of Google's Opposition;

- An unredacted version of Ex. 15 to the Declaration of Lindsay Cooper in Support of Google's Opposition; and

- An unredacted version of Ex. 16 to the Declaration of Lindsay Cooper in Support of Google's Opposition.

3. The documents were transmitted via electronic mail to the addresses below on October 26, 2020:

Clement Seth Roberts
croberts@orrick.com
Bas de Blank
basdeblank@orrick.com
Alyssa Caridis
acaridis@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building

405 Howard Street
San Francisco, CA  94105-2669

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed in San Francisco, California on October 26, 2020.

By: /s/ Jocelyn Ma
Jocelyn Ma

### SIGNATURE ATTESTATION

Pursuant to Local Rule 5-1(i)(3), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Jocelyn Ma.

By: /s/ Charles K. Verhoeven
Charles K. Verhoeven