# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

FILED
NOV 19 2020
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

**STANDING ORDER REGARDING**
<u>**VENUE AND JURISDICTIONAL DISCOVERY LIMITS FOR PATENT CASES**</u>

The Court hereby lifts all limits on discovery related to venue and jurisdiction in patent cases. More specifically, the Court no longer has numerical discovery limits on the number of interrogatories, requests for production, requests for admission, depositions, and/or deposition hours, *etc.* Rather, the parties are limited only by Fed. R. Civ. P. 26(b)(1). To the extent that a party disputes the relevance or proportionality to the needs of the case, the parties are directed to contact the Court for a telephonic hearing.

The Court **ORDERS** that venue or jurisdictional discovery be completed no later than six months after the filing of the initial motion. The deadline for Plaintiff's response is two weeks after the completion of venue or jurisdictional discovery. The parties in any case affected by this order are directed to file an amended scheduling order consistent with this order.

**SIGNED** this 19th day of November, 2020.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE