1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   Melissa Baily (Bar No. 237649)
3  melissabaily@quinnemanuel.com
   Jordan Jaffe (Bar No. 254886)
4  jordanjaffe@quinnemanuel.com
   Lindsay Cooper (Bar No. 287125)
5  lindsaycooper@quinnemanuel.com
   50 California Street, 22nd Floor
6  San Francisco, California 94111-4788
   Telephone:   (415) 875-6600
7  Facsimile:   (415) 875-6700

8  Attorneys for GOOGLE LLC

9            UNITED STATES DISTRICT COURT

10           NORTHERN DISTRICT OF CALIFORNIA

11                SAN FRANCISCO DIVISION

12 GOODLE LLC,                        CASE NO. 3:20-cv-06754-WHA

13            Plaintiff,

14       vs.                          **PLAINTIFF GOOGLE LLC'S
                                      ADMINISTRATIVE MOTION TO FILE
15 SONOS, INC.,                       UNDER SEAL EXHIBIT A TO ITS
                                      NOTICE REGARDING JUDGE
16            Defendant.              ALBRIGHT'S TRANSFER DECISION**

Pursuant to Civil L.R. 7-11 and 79-5, Plaintiff Google LLC ("Google") respectfully requests to file under seal Exhibit A to its Notice Regarding Judge Albright's Transfer Decision ("Google's Notice"), filed concurrently herewith. Specifically, Google requests an order granting leave to file under seal the portions of the documents as listed below:

| Document | Portions to Be Filed Under Seal | Designating Party |
| --- | --- | --- |
| Exhibit A to Google's Notice | Entirety | Defendant |

## I. LEGAL STANDARD

Civil Local Rule 79-5 requires that a party seeking sealing "establish[] that the document, or portions thereof, are privileged, protectable as a trade secret or otherwise entitled to protection under the law" (*i.e.*, is "sealable"). Civil L.R. 79-5(b). The sealing request must also "be narrowly tailored to seek sealing only of sealable material." *Id.*

## II. GOOGLE'S CONFIDENTIAL INFORMATION

Google seeks to seal these documents only because Defendant has designated the information confidential and/or highly confidential. Declaration of Lindsay Cooper ("Cooper Decl.") ¶ 3. Google takes no position on the merits of sealing Defendant's designated material, and expects Defendant to file one or more declarations in accordance with the Local Rules.

## III. CONCLUSION

In compliance with Civil Local Rule 79-5(d), redacted and unredacted versions of the above listed documents accompany this Administrative Motion. For the foregoing reasons, Google respectfully requests that the Court grant Google's Administrative Motion.

DATED: August 4, 2021                QUINN EMANUEL URQUHART & SULLIVAN, LLP

By  */s/ Charles K. Verhoeven*
Charles K. Verhoeven
Attorneys for Google LLC