1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
    Charles K. Verhoeven (Bar No. 170151)
2   charlesverhoeven@quinnemanuel.com
    Melissa Baily (Bar No. 237649)
3   melissabaily@quinnemanuel.com
    Jordan Jaffe (Bar No. 254886)
4   jordanjaffe@quinnemanuel.com
    Lindsay Cooper (Bar No. 287125)
5   lindsaycooper@quinnemanuel.com
   50 California Street, 22nd Floor
6  San Francisco, California 94111-4788
   Telephone:    (415) 875-6600
7  Facsimile:    (415) 875-6700

8  Attorneys for GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| GOOGLE LLC, | CASE NO. 3:20-cv-06754-WHA |
|---|---|
| Plaintiff, | |
| vs. | **DECLARATION OF LINDSAY COOPER IN SUPPORT OF PLAINTIFF GOOGLE LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL ITS NOTICE REGARDING JUDGE ALBRIGHT'S TRANSFER DECISION** |
| SONOS, INC., | |
| Defendant. | |

I, Lindsay Cooper, declare as follows:

1. I am an attorney licensed to practice in the State of California and am admitted to practice before this Court. I am a partner at the law firm Quinn Emanuel Urquhart & Sullivan, LLP, counsel for the Plaintiff Google LLC ("Google"). I have personal knowledge of the matters set forth in this Declaration, and if called as a witness I would testify competently to those matters.

2. I make this declaration in support of Google's Administrative Motion to File Under Seal confidential information in its Notice Regarding Judge Albright's Transfer Decision ("Google's Administrative Motion"). Google's Administrative Motion seeks an order sealing the following material:

| Document | Portions to Be Filed Under Seal | Designating Party |
| --- | --- | --- |
| Exhibit A to Google's Notice Regarding Judge Albright's Transfer Decision | Entirety | Defendant |

3. Exhibit A to Google's Notice contain information that Sonos has designated as confidential and/or highly confidential. Sonos has not indicated it will agree to de-designate these materials.

4. Google takes no position on the merits of sealing Defendant's designated material, and expects Defendant to file one or more declarations in accordance with the Local Rules.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed in San Francisco, California, on August 4, 2021.

By /s/ Lindsay Cooper
Lindsay Cooper
Attorneys for GOOGLE LLC

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Lindsay Cooper.

*/s/ Charles K. Verhoeven*
Charles K. Verhoeven