1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| GOOGLE LLC,<br><br>       Plaintiff,<br><br>   vs.<br><br>SONOS, INC.,<br><br>       Defendants. | CASE NO. 3:20-cv-06754-WHA<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF GOOGLE LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBIT A TO ITS NOTICE REGARDING JUDGE ALBRIGHT'S TRANSFER DECISION** |

Plaintiff Google LLC ("Google") has filed an Administrative Motion to File Under Seal Exhibit A to its Notice Regarding Judge Albright's Transfer Decision ("Google's Administrative Motion").  Having considered Google's Administrative Motion, and good cause to seal having been shown, the Court **GRANTS** Google's Administrative Motion and **ORDERS** sealed the document listed below:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Exhibit A | Entirety | Defendant |

**IT IS SO ORDERED.**

Dated: _____, 2021

HON. WILLIAM ALSUP
United States District Court Judge