CLEMENT SETH ROBERTS (STATE BAR NO. 209203)
croberts@orrick.com
BAS DE BLANK (STATE BAR NO. 191487)
basdeblank@orrick.com
ALYSSA CARIDIS (STATE BAR NO. 260103)
acaridis@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:  +1 415 773 5700
Facsimile:  +1 415 773 5759

*Attorneys for Defendant Sonos, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOOGLE LLC, <br><br> Plaintiff, <br><br> v. <br><br> SONOS, INC., <br><br> Defendant. | Case No. 3:20-cv-6754-WHA <br><br> **DECLARATION OF ALYSSA CARIDIS IN RESPONSE TO PLAINTIFF GOOGLE LLC'S ADMINISTRATION MOTION TO FILE UNDER SEAL EXHIBIT A TO ITS NOTICE REGARDING JUDGE ALBRIGHT'S TRANSFER DECISION** <br><br> Judge:  Hon. William Alsup <br><br> Complaint Filed: September 28, 2020 <br> Trial Date: None Set |

I, Alyssa Caridis, hereby declare as follows:

1. I am an attorney duly licensed to practice law before this Court. I am an attorney of record for Defendant Sonos Inc. ("Sonos"), in the above titled action and I have personal knowledge of the facts set forth below. Pursuant to Civil Local Rule 79-5(e), I submit this declaration in response to Plaintiff Google LLC's Administration Motion To File Under Seal Exhibit A To Its Notice Regarding Judge Albright's Transfer Decision (Dkt. 50).

2. Google's Administrative Motion and the supporting declaration of Lindsay Cooper states that Exhibit A to the Administrative Motion contains confidential and/or highly confidential material designated by Sonos.

3. Sonos has reviewed Exhibit A, the Order Denying Defendant Google's Motion to Transfer, and has determined that it does not contain confidential information of Sonos. Sonos has also advised the Honorable Alan D. Albright of the United States District Court of the Western District of Texas of same.

4. Therefore, Sonos does not seek to have the entirety, nor any portion, of Exhibit A to the Administrative Motion maintained under seal.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 9, 2021 in Surf City, New Jersey.

Dated: August 9, 2021

By: */s/ Alyssa Caridis*
Alyssa Caridis