UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOOGLE LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>SONOS, INC.,<br><br>    Defendant. | No. C 20-06754 WHA<br><br>**ORDER RE MOTION TO SEAL** |

Counsel for Sonos has clarified that the Honorable Alan D. Albright's order on Google's motion to transfer, which Google provided to this Court in the most recent case management conference, does not contain any Sonos confidential information (Dkt. No. 53). Accordingly, Google's motion to seal filed pursuant to Civil Local Rule 79-5(e) is **DENIED**.

**IT IS SO ORDERED.**

Dated: August 10, 2021

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE