QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
Melissa Baily (Bar No. 237649)
melissabaily@quinnemanuel.com
Jordan Jaffe (Bar No. 254886)
jordanjaffe@quinnemanuel.com
Lindsay Cooper (Bar No. 287125)
lindsaycooper@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:   (415) 875-6600
Facsimile:   (415) 875-6700

Attorneys for GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| GOOGLE LLC, | CASE NO. 3:20-cv-06754-WHA |
|---|---|
| Plaintiff, | |
| vs. | **GOOGLE LLC'S NOTICE REGARDING FEDERAL CIRCUIT ORDER GRANTING GOOGLE'S PETITION FOR WRIT OF MANDAMUS AND TRANSFERRING CASE** |
| SONOS, INC., | |
| Defendant. | |

Pursuant to the Court's order that the parties "keep the Court apprised of material updated in the Texas proceedings" (Dkt. No. 36 at 5-6), Plaintiff Google LLC ("Google") hereby notifies the Court that on September 27, 2021, the Federal Circuit granted Google's Petition for Writ of Mandamus, vacated Judge Albright's order denying Google's motion to transfer, and directed Judge Albright to transfer the parties' case to this district. A true and correct copy of the Order is attached hereto as Exhibit A. Pursuant to the Federal Circuit's Order, Judge Albright transferred the parties' case to this district today. A true and correct copy of Judge Albright's order transferring the case is attached hereto as Exhibit B.

DATED: September 27, 2021

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: */s/ Charles K. Verhoeven*

Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
Melissa Baily (Bar No. 237649)
melissabaily@quinnemanuel.com
Jordan Jaffe (Bar No. 254886)
jordanjaffe@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:   (415) 875-6600
Facsimile:    (415) 875-6700

Attorneys for GOOGLE LLC