UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GOOGLE LLC,

        Plaintiff,

  v.

SONOS, INC.,

        Defendant.

No. C 20-06754 WHA

**ORDER SETTING CASE MANAGEMENT CONFERENCE**

The Court of Appeals for the Federal Circuit having issued a writ of mandamus directing that our parties' related case be transferred from the United States District Court for the Western District of Texas to this district, the stay of this case is accordingly **VACATED**. A telephonic case management conference is **SET** for **OCTOBER 7, 2021 AT 2:30 P.M.**

**IT IS SO ORDERED.**

Dated: October 1, 2021.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE