UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOOGLE LLC,<br><br>        Plaintiff,<br><br>   v.<br><br>SONOS, INC.,<br><br>        Defendant. | Case No. 3:20-cv-06754-WHA<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT SONOS, INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL L.R. 3-12** |

1   Before the Court is Defendant Sonos, Inc.'s Administrative Motion to Consider Whether
2   Cases Should Be Related Pursuant to Civil L.R. 3-12 ("Motion"). Having reviewed the parties'
3   submissions, the Court's files, and good cause appearing therefor, this Court concludes that the
4   Motion should be, and is hereby, GRANTED.

    IT IS SO ORDERED.

    Dated: _____       _____

1

[PROPOSED] ORDER GRANTING SONOS, INC.'S
ADM. MOT. TO CONSIDER WHETHER CASES
SHOULD BE RELATED
CASE NO. 3:20-CV-06754-WHA