# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** 10/7/2021 | **Time:** 28 minutes | **Judge:** WILLIAM ALSUP |
|---|---|---|
| **Case No.:** 20-cv-06754-WHA | **Case Name:** Google LLC v. Sonos, Inc. | |
| **Deputy Clerk:** Aris Garcia | **Court Reporter:** Ruth Levine Ekhaus | |

**Attorney for Plaintiff:** Charles Verhoeven, Lindsay Cooper

**Attorney for Defendant:** Alyssa Cardis, Clement Roberts

## PROCEEDINGS

CMC - HELD

Scheduling Order to follow.


REFERRALS:

Case is referred to private mediation to be completed by May 27, 2022.