UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GOOGLE LLC,

    Plaintiff,

  v.

SONOS, INC.,

    Defendant.

No. C 20-06754 WHA

**ORDER RELATING CASE**

On patent owner's motion, and given the alleged infringer's statement of non-opposition, case no. C 21-07559 KAW, *Sonos, Inc. v. Google LLC,* is **RELATED** to the above captioned case. All future filings therein shall bear the initials of the undersigned judge immediately after the case number. Any case management conference therein will be vacated in light of the case management conference that occurred in the above captioned case on October 7, 2021.

**IT IS SO ORDERED.**

Dated: October 8, 2021.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE