UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GOOGLE LLC,<br><br>          Plaintiff,<br><br>     vs.<br><br>SONOS, INC.,<br><br>          Defendant. | Case No. 3:20-cv-6754<br><br>**NOTICE OF CHANGE OF COUNSEL FOR JORDAN R. JAFFE** |

TO THE HONORABLE COURT AND ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Civil Local Rule 5-1(c)(2)(C), the undersigned requests that Jordan Jaffe, of Quinn Emanuel Urquhart & Sullivan, LLP, be withdrawn as counsel of record for Google LLC Effective October 8, 2021, Mr. Jaffe is no longer associated with Quinn Emanuel Urquhart & Sullivan LLP, 50 California Street, 22nd Floor, San Francisco, California 94111. Other counsel of record will continue to represent Google LLC. As such, withdrawal of Mr. Jaffe will cause no prejudice to any party.

DATED:  October 8, 2021          QUINN EMANUEL URQUHART & SULLIVAN, LLP

By     */s/ Jordan R. Jaffe*

Attorneys for Google LLC