AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| GOOGLE LLC, | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 3:20-cv-06754 |
| SONOS, INC., | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Google LLC.

Date: 10/11/2021

/s/ Nima Hefazi
*Attorney's signature*

Nima Hefazi; CA Bar # 272816
*Printed name and bar number*

Quinn Emanuel
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
*Address*

nimahefazi@quinnemanuel.com
*E-mail address*

(213) 443-3879
*Telephone number*

(213) 443-3100
*FAX number*