QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
Melissa Baily (Bar No. 237649)
melissabaily@quinnemanuel.com
Jordan Jaffe (Bar No. 254886)
jordanjaffe@quinnemanuel.com
Lindsay Cooper (Bar No. 287125)
lindsaycooper@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Attorneys for GOOGLE LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| GOOGLE LLC, <br><br> Plaintiff <br><br> v. <br><br> SONOS, INC., | CASE NO. 3:20-cv-06754-WHA <br><br> **[PROPOSED]  ORDER GRANTING ISSUANCE OF LETTERS ROGATORY** |

On October 12, 2021, Google LLC ("Google") moved this Court for issuance of Letters Rogatory seeking disclosure of documents and testimony from third-party Spotify AB.

Having considered the request, and GOOD CAUSE appearing therefor,

**IT IS HEREBY ORDERED THAT**

Google's request for issuance of Letters Rogatory for the purpose of obtaining discovery from third-party Spotify AB in Sweden is granted. The Court will sign with the seal of the Court the Letters Rogatory submitted with Google's motion.

**IT IS SO ORDERED**

Dated: October ___, 2021

Hon. William Alsup
Judge of the United States District Court
Northern District of California