QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
Melissa Baily (Bar No. 237649)
melissabaily@quinnemanuel.com
Jordan Jaffe (Bar No. 254886)
jordanjaffe@quinnemanuel.com
Lindsay Cooper (Bar No. 287125)
lindsaycooper@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Attorneys for GOOGLE LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| GOOGLE LLC,<br><br>　　　　　　　Plaintiff<br><br>　　v.<br><br>SONOS, INC., | CASE NO. 3:20-cv-06754-WHA<br><br>[PROPOSED]  ORDER GRANTING ISSUANCE OF LETTERS ROGATORY |

On October 12, 2021, Google LLC ("Google") moved this Court for issuance of Letters Rogatory seeking disclosure of documents and testimony from third-party Spotify AB.

Having considered the request, and GOOD CAUSE appearing therefor,

**IT IS HEREBY ORDERED THAT**

Google's request for issuance of Letters Rogatory for the purpose of obtaining discovery from third-party Spotify AB in Sweden is granted. The Court will sign with the seal of the Court the Letters Rogatory submitted with Google's motion.

**IT IS SO ORDERED**

Dated: October 13, 2021

_____
Hon. William Alsup
Judge of the United States District Court
Northern District of California