# **EXHIBIT F**

**David Grosby**

| | |
|---|---|
| **From:** | Zachary P. Piccolomini <Zachary.Piccolomini@WolfGreenfield.com> |
| **Sent:** | Friday, October 1, 2021 2:32 PM |
| **To:** | Cole Richter |
| **Cc:** | David Grosby; Mark (waltfairpllc); Caridis, Alyssa; Michael Rader; Stuart V. C. Duncan Smith |
| **Subject:** | RE: Sonos/Google - Spotify Subpoena |

Hi Cole,

Given the transfer and the January 11, 2022 status conference, would Sonos agree to a further 30-day extension to Spotify USA's deadline to respond to Sonos' subpoena?  That would move the deadline to November 9.

Best,
Zach

**From:** Cole Richter <richter@ls3ip.com>
**Sent:** Friday, September 24, 2021 11:44 AM
**To:** Piccolomini, Zachary P. <Zachary.Piccolomini@WolfGreenfield.com>
**Cc:** David Grosby <grosby@ls3ip.com>; Mark (waltfairpllc) <mark@waltfairpllc.com>; Caridis, Alyssa <acaridis@orrick.com>; Rader, Michael <Michael.Rader@WolfGreenfield.com>; Duncan Smith, Stuart V. C. <sduncansmith@wolfgreenfield.com>
**Subject:** RE: Sonos/Google - Spotify Subpoena

Thanks, Zach.  Appreciate the confirmation.

Best,
Cole

**From:** Zachary P. Piccolomini <Zachary.Piccolomini@WolfGreenfield.com>
**Sent:** Thursday, September 23, 2021 7:54 AM
**To:** Cole Richter <richter@ls3ip.com>
**Cc:** David Grosby <grosby@ls3ip.com>; Mark (waltfairpllc) <mark@waltfairpllc.com>; Caridis, Alyssa <acaridis@orrick.com>; Michael Rader <Michael.Rader@WolfGreenfield.com>; Stuart V. C. Duncan Smith <sduncansmith@wolfgreenfield.com>
**Subject:** RE: Sonos/Google - Spotify Subpoena

Hi Cole,

Thank you for following up.  Spotify USA will respond to Sonos' subpoenas as required by Rule 45.  Whether Spotify USA will have anything to produce or have a witness to offer depends on what information is in its possession, custody, or control—which we are still sorting out—and, of course, its other objections to the subpoena.  As we discussed, Spotify USA and Sonos will revisit later whether a deposition is needed or appropriate.

Spotify USA will not accept service on behalf of Spotify AB.  As we discussed, if Sonos wants information from Spotify AB, it should submit a Letter Request through the Hague.  We are not trying to burden Sonos; Spotify AB insists on service through the Hague for all third-party discovery requests.

Please let me know if you have any other questions.  Else, let's plan to reconnect once you receive our responses and objections to Sonos' subpoenas on October 12.

Best,

Zach

---

**From:** Cole Richter <richter@ls3ip.com>
**Sent:** Thursday, September 16, 2021 1:09 PM
**To:** Piccolomini, Zachary P. <Zachary.Piccolomini@WolfGreenfield.com>
**Cc:** David Grosby <grosby@ls3ip.com>; Mark (waltfairpllc) <mark@waltfairpllc.com>; Caridis, Alyssa <acaridis@orrick.com>
**Subject:** RE: Sonos/Google - Spotify Subpoena

Hi Zach,

Wanted to follow up on our conversation last week.

As a recap, you indicated to us that your client preferred that Sonos serve Letters Request on Spotify AB through The Hague.  We indicated that we would consider that in parallel with pursuing this subpoena on Spotify USA, but inquired as to whether Spotify USA would be willing to accept service on behalf of Spotify AB.  Additionally, we noted that notwithstanding any Letters Request to Spotify AB, to the extent that Spotify USA has discoverable information (in the form of documents and/or the ability to produce a knowledgeable witness as to any of the deposition topics), we would anticipate Spotify USA producing such information in response to the U.S. subpoenas.  We also agreed on a 30-day extension for Spotify USA to respond to the subpoenas.

Have you been able to confer with your client to confirm whether Spotify USA is able to accept service on behalf of Spotify AB or whether Spotify USA has responsive information in its own right?

Best,
Cole

**Cole B. Richter**



Lee Sullivan Shea & Smith LLP
656 W Randolph St, Ste. 5W, Chicago, IL 60661
312.754.9602 *Main* | 312.757.4478 *Direct*
richter@ls3ip.com | www.ls3ip.com

---

**From:** Zachary P. Piccolomini <Zachary.Piccolomini@WolfGreenfield.com>
**Sent:** Tuesday, September 7, 2021 9:58 AM
**To:** Cole Richter <richter@ls3ip.com>
**Cc:** David Grosby <grosby@ls3ip.com>
**Subject:** RE: Sonos/Google - Spotify Subpoena

Cole,

Ok great, thank you.  Yes, tomorrow at 2 pm works.  I will give you a call then, unless if you have a different preference.

Best,
Zach

---

**From:** Cole Richter <richter@ls3ip.com>
**Sent:** Tuesday, September 7, 2021 10:43 AM
**To:** Piccolomini, Zachary P. <Zachary.Piccolomini@WolfGreenfield.com>
**Cc:** David Grosby <grosby@ls3ip.com>
**Subject:** RE: Sonos/Google - Spotify Subpoena

Hi Zach,

Thanks for reaching out.  Sonos is amenable to an initial 30-day extension.  Today is tough is for me unfortunately, but would tomorrow work around 2pm ET?

Best,
Cole

---

**From:** Zachary P. Piccolomini <Zachary.Piccolomini@WolfGreenfield.com>
**Sent:** Tuesday, September 7, 2021 7:40 AM
**To:** Cole Richter <richter@ls3ip.com>
**Subject:** RE: Sonos/Google - Spotify Subpoena

Good morning,

Are you available to meet and confer on these questions today?  I am available at 11:30 am and 2:30 pm ET, if either time works for you.

Best,
Zach

---

**From:** Piccolomini, Zachary P. <Zachary.Piccolomini@WolfGreenfield.com>
**Sent:** Friday, September 3, 2021 4:05 PM
**To:** richter@ls3ip.com
**Subject:** Sonos/Google - Spotify Subpoena

Hi Cole,

We represent Spotify for this subpoena.

I tried you via phone earlier but missed you.  I would like to discuss:
1. Spotify's request for an initial 30-day extension to serve its objections; and
2. Spotify's request for Sonos to serve Spotify A.B.

Best,

Zach

**Zachary P. Piccolomini|** Shareholder
Admitted to Practice in MA

Zachary.Piccolomini@WolfGreenfield.com
617.646.8579 | fax 617.646.8646

**Wolf, Greenfield & Sacks, P.C.**
600 Atlantic Avenue | Boston, MA 02210
605 Third Avenue | New York, NY 10158
http://www.wolfgreenfield.com |

*This e-mail message and any attachments may contain confidential or privileged information. If you are not the intended recipient, please notify me immediately by replying to this message. Please destroy all copies of this message and any attachments. Thank you.*