Cole B. Richter (*admitted pro hac*)
richter@ls3ip.com
LEE SULLIVAN SHEA & SMITH LLP
656 W Randolph St, Floor 5W
Chicago, IL 60661
Tel: (312) 754-0002 -- Fax: (312) 754-0003

*Attorney for Sonos, Inc.*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOOGLE LLC,<br><br>    *Plaintiff*,<br><br>  v.<br><br>SONOS, INC.,<br><br>    *Defendant*. | Case No. 3:20-cv-6754<br><br>[PROPOSED] ORDER GRANTING SONOS, INC.'S MOTION FOR ISSUANCE OF LETTERS REQUEST TO SPOTIFY AB (SWEDEN) |

On October 12, 2021, Sonos, Inc. ("Sonos") moved this Court for issuance of Letters Request seeking disclosure of documents and testimony from third-party Spotify AB (Sweden).

Having considered the request, and GOOD CAUSE appearing therefor,

**IT IS HEREBY ORDERED THAT:**

Sonos's request for issuance of Letters Request for the purpose of obtaining discovery from third-party Spotify AB in Sweden is granted. The Court will sign with the seal of the Court the Letters Request submitted with Sonos's motion.

**IT IS SO ORDERED**

Dated: October 14, 2021

Hon. William Alsup
Judge of the United States District Court
Northern District of California