1  CLEMENT SETH ROBERTS (STATE BAR NO. 209203)
   croberts@orrick.com
2  BAS DE BLANK (STATE BAR NO. 191487)
   basdeblank@orrick.com
3  ALYSSA CARIDIS (STATE BAR NO. 260103)
   acaridis@orrick.com
4  EVAN D. BREWER (STATE BAR NO. 304411)
   ebrewer@orrick.com
5  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
6  405 Howard Street
   San Francisco, CA 94105-2669
7  Telephone:   +1 415 773 5700
   Facsimile:   +1 415 773 5759
8
   GEORGE I. LEE (*pro hac vice*)
9  lee@ls3ip.com
   SEAN M. SULLIVAN (*pro hac vice*)
10 sullivan@ls3ip.com
   RORY P. SHEA (*pro hac vice*)
11 shea@ls3ip.com
   J. DAN SMITH (*pro hac vice*)
12 smith@ls3ip.com
   LEE SULLIVAN SHEA & SMITH LLP
13 656 W Randolph St., Floor 5W
   Chicago, IL 60661
14 Telephone:   +1 312 754 0002
   Facsimile:   +1 312 754 0003
15
   *Attorneys for Defendant Sonos, Inc.*
16

17                    UNITED STATES DISTRICT COURT

18                   NORTHERN DISTRICT OF CALIFORNIA

19                        SAN FRANCISCO DIVISION

20

21 | Google LLC,                | Case No. 20-cv-03845-EMC |
22 |         Plaintiff,          | **DECLARATION OF SHANE D. ANDERSON IN SUPPORT OF SONOS, INC.'S NOTICE OF UNOPPOSED MOTION AND MOTION FOR ISSUANCE OF A HAGUE CONVENTION LETTER OF REQUEST TO OBTAIN EVIDENCE IN SWITZERLAND FROM THE DVB PROJECT** |
23 |    v.                       |
24 | Sonos, Inc.,                |
25 |         Defendant.          |
26
27
28

I, Shane D. Anderson, declare as follows and would so testify under oath if called upon to do so:

1. I am an attorney with the law firm of Orrick, Herrington & Sutcliffe LLP, counsel of record to Sonos, Inc. ("Sonos") in the above-captioned matter. I am a member in good standing of the Bar of the State of California. I make this declaration based on my personal knowledge, unless otherwise noted. If called, I can and will testify competently to the matters set forth herein.

2. Attached hereto as Exhibit 2 is a true and correct copy of the document titled *Call for Proposals for Content Protection & Copy Management Technologies*, Revision 1.2, promulgated by the DVB Project and bearing the date July 5, 2001.

3. Attached hereto as Exhibit 3 is a true and correct copy of a Nokia Corporation document titled *Proposal for DVB Content Protection & Copy Management Technologies*, Version 1.0, bearing an authorship date of October 15, 2001, and approval date of October 19, 2001.

4. Attached hereto as Exhibit 4 is a true and correct screen capture of the DVB Project *Contact* webpage available at https://dvb.org/about/contact/ as it appeared on October 18, 2021.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed this 26th day of October, 2021 in Los Angeles, California.

                                                */s/ Shane D. Anderson*
                                                SHANE D. ANDERSON