1  CLEMENT SETH ROBERTS (STATE BAR NO. 209203)
   croberts@orrick.com
2  BAS DE BLANK (STATE BAR NO. 191487)
   basdeblank@orrick.com
3  ALYSSA CARIDIS (STATE BAR NO. 260103)
   acaridis@orrick.com
4  EVAN D. BREWER (STATE BAR NO. 304411)
   ebrewer@orrick.com
5  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
6  405 Howard Street
   San Francisco, CA  94105-2669
7  Telephone:     +1 415 773 5700
   Facsimile:     +1 415 773 5759
8
   GEORGE I. LEE (admitted *pro hac vice*)
9  lee@ls3ip.com
   SEAN M. SULLIVAN (admitted *pro hac vice*)
10 sullivan@ls3ip.com
   RORY P. SHEA (admitted *pro hac vice*)
11 shea@ls3ip.com
   J. DAN SMITH (admitted *pro hac vice*)
12 smith@ls3ip.com
   LEE SULLIVAN SHEA & SMITH LLP
13 656 W Randolph St., Floor 5W
   Chicago, IL 60661
14 Telephone:     +1 312 754 0002
   Facsimile:     +1 312 754 0003
15
   *Attorneys for Defendant*
16 SONOS, INC.

17              UNITED STATES DISTRICT COURT

18              NORTHERN DISTRICT OF CALIFORNIA

19              SAN FRANCISCO DIVISION

| | |
|---|---|
| 20  Google LLC, | Case No. 3:20-cv-03845-EMC |
| 21           Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANT SONOS, INC.'S UNOPPOSED MOTION FOR ISSUANCE OF A HAGUE CONVENTION LETTER OF REQUEST TO OBTAIN EVIDENCE IN SWITZERLAND FROM THE DVB PROJECT** |
| 22      v. | |
| 23  Sonos, Inc., | |
| 24           Defendant. | |
| 25 | Date:   December 9, 2021 |
| 26 | Time:   1:30 p.m. |
| 27 | Place:  Courtroom 5, 17th Floor<br>Judge:  Hon. Edward M. Chen |

28

ORRICK, HERRINGTON &
SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

Upon considering of Defendant Sonos, Inc.'s Unopposed Motion for Issuance of a Hague Convention Letter of Request to Obtain Evidence in Switzerland From the DVB Project (the "Motion"), and the documents filed in support thereof, and for good cause shown:

IT IS HEREBY ORDERED on this _____ day of _____, 2021 that the Motion is GRANTED.  The Court will date and sign with the seal of the Court the Letters Rogatory submitted with Sonos, Inc.'s motion.

_____
Hon. Edward M. Chen
United States District Judge
Northern District of California

ORRICK, HERRINGTON & SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

4157-6616-0946

- 1 -

[PROPOSED] ORDER RE SONOS'S MOTION FOR LETTER OF REQUEST TO THE DVB PROJECT
3:20-CV-03845-EMC