1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
    Charles K. Verhoeven (Bar No. 170151)
2   charlesverhoeven@quinnemanuel.com
    Melissa Baily (Bar No. 237649)
3   melissabaily@quinnemanuel.com
   50 California Street, 22nd Floor
4  San Francisco, California 94111-4788
   Telephone:   (415) 875-6600
5  Facsimile:   (415) 875-6700

6  Attorneys for GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| GOOGLE LLC, | CASE NO. 3:20-cv-06754-WHA |
|---|---|
| Plaintiff, | |
| vs. | **DECLARATION OF LINDSAY COOPER IN SUPPORT OF GOOGLE LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF ITS MOTION FOR LEAVE** |
| SONOS, INC., | |
| Defendants. | |

1  I, Lindsay Cooper, declare and state as follows:

2  1.  I am an attorney licensed to practice in the State of California and am admitted to practice before this Court. I am an partner at Quinn Emanuel Urquhart & Sullivan LLC representing Google LLC ("Google") in this matter. If called as a witness, I could and would testify competently to the information contained herein.

3  2.  I make this declaration in support of Google's Administrative Motion to File Under Seal portions of its Motion for Leave to File a Second Amended Complaint ("Google's Administrative Motion"). Google's Administrative Motion seeks an order sealing the following materials:

| Document | Portions to be Filed Under Seal | Party Claiming Confidentiality |
|---|---|---|
| Google's Motion for Leave | Yellow highlighted portions | Google & Sonos |
| Google's SAC and redline of SAC, Exhibit 1-2 to Cooper Decl. | Yellow highlighted portions | Google & Sonos |
| Ex. 3 to Cooper Decl. | Entire document | Google & Sonos |
| Ex. 5 to Cooper Decl. | Green highlighted portions | Google & Sonos |

3.  Portions of Google's Second Amended Complaint (Exhibits 1 and 2) contain, discuss, or refer to Google's confidential business information, including a confidential, non-public Content Integration Agreement (Ex. 3) between Google and Sonos. Similarly, portion of Google's transfer motion (Ex. 5) also discusses the Content Integration Agreement. Public disclosure of this information would harm Google's competitive standing and its ability to negotiate future agreements by giving competitors access to Google's highly confidential business thinking and asymmetrical information about Google's licensing strategies to other entities. If such information were made public, I understand that Google's competitive standing would be significantly harmed.

I declare under penalty of perjury that to the best of my knowledge the foregoing is true and correct. Executed on November 16, 2021, in Mill Valley, California.

DATED: November 16, 2021

By: */s/ Lindsay Cooper*
Lindsay Cooper

**ATTESTATION**

I, Charles K. Verhoeven, am the ECF user whose ID and password are being used to file the above Declaration. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Lindsay Cooper has concurred in the aforementioned filing.

*/s/ Charles K. Verhoeven*
Charles K. Verhoeven