UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GOOGLE LLC,<br><br>        Plaintiff,<br><br>    vs.<br><br>SONOS, INC.,<br><br>        Defendants. | CASE NO. 3:20-cv-06754-WHA<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF GOOGLE LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF ITS MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT** |

Plaintiff Google LLC ("Google") has filed an Administrative Motion to File Under Seal ("Google's Administrative Motion") certain information in support of its Motion for Leave to File a Second Amended Complaint .

Having considered Google's Administrative Motion, and good cause to seal having been shown, the Court **GRANTS** Google's Administrative Motion and **ORDERS** sealed the documents listed below:

| Document | Portions to be Filed Under Seal | Party Claiming Confidentiality |
|---|---|---|
| Google's Motion for Leave | Yellow highlighted portions | Google & Sonos |
| Google's SAC and redline of SAC, Exhibit 1-2 to Cooper Decl. | Yellow highlighted portions | Google & Sonos |
| Ex. 3 to Cooper Decl. | Entire document | Google & Sonos |
| Ex. 5 to Cooper Decl. | Green highlighted portions | Google & Sonos |

**IT IS SO ORDERED.**

Dated: _____, 2021

HON. WILLIAM ALSUP
United States District Court Judge