1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   Melissa Baily (Bar No. 237649)
3  melissabaily@quinnemanuel.com
   50 California Street, 22nd Floor
4  San Francisco, California 94111-4788
   Telephone:    (415) 875-6600
5  Facsimile:    (415) 875-6700

6  Attorneys for GOOGLE LLC

7                UNITED STATES DISTRICT COURT

8                NORTHERN DISTRICT OF CALIFORNIA

9                   SAN FRANCISCO DIVISION

10 | GOOGLE LLC,                    | CASE NO. 3:20-cv-06754-WHA
11 |         Plaintiff,             |
12 |    vs.                         | **DECLARATION OF LINDSAY COOPER IN SUPPORT OF GOOGLE LLC'S MOTION FOR LEAVE**
13 | SONOS, INC.,                   |
14 |         Defendants.            |

I, Lindsay Cooper, declare and state as follows:

1. I am an attorney licensed to practice in the State of California and am admitted to practice before this Court. I am an partner at Quinn Emanuel Urquhart & Sullivan LLC representing Google LLC ("Google") in this matter. I make this declaration in support of Google's Motion for Leave to File a Second Amended Complaint ("Motion"). If called as a witness, I could and would testify competently to the information contained herein.

2. Attached as Exhibit 1 is a true and correct copy of Google's proposed Second Amended Complaint.

3. Attached as Exhibit 2 is a true and correct copy of a redline showing changes made in Google's Second Amended Complaint from the First Amended Complaint.

4. Attached as Exhibit 3 is a true and correct copy of the Content Integration Agreement entered into by Sonos and Google.

5. Attached as Exhibit 4 is a true and correct copy of the "Response to Final Office Action Mailed September 9, 2019" filed by Sonos with the U.S. Patent and Trademark Office in the Case No. 11-1001-CON0419.

6. Attached as Exhibit 5 is a true and correct copy of excerpts of Google's Motion to Transfer Pursuant to 28 U.S.C. § 1404(a) filed in *Sonos, Inc. v. Google LLC*, Case No. 6:20-cv-00881-ADA (W.D. Tex. 2020).

7. Attached as Exhibit 6 is a true and correct copy of Plaintiff Sonos's Second Set of Interrogatories to Defendant Google (Nos. 6-11).

8. Attached as Exhibit 7 is a true and correct copy of email communications between Cole Richter and Nima Hefazi in November 2021.

I declare under penalty of perjury that to the best of my knowledge the foregoing is true and correct. Executed on November 16, 2021, in Mill Valley, California.

DATED: November 16, 2021

By: */s/ Lindsay Cooper*
    Lindsay Cooper

**ATTESTATION**

I, Charles K. Verhoeven, am the ECF user whose ID and password are being used to file the above Declaration. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Lindsay Cooper has concurred in the aforementioned filing.

*/s/ Charles K. Verhoeven*
Charles K. Verhoeven