# Exhibit 7

# Nima Hefazi

| | |
|---|---|
| **From:** | Cole Richter <richter@ls3ip.com> |
| **Sent:** | Monday, November 15, 2021 2:22 PM |
| **To:** | Nima Hefazi; Roberts, Clement; Caridis, Alyssa; Sonos-WDTX0881-service |
| **Cc:** | QE-Sonos3 |
| **Subject:** | RE: Google v. Sonos, Case No. 3:20-cv-06754-WHA - Google's Second Amended Complaint |

**[EXTERNAL EMAIL from richter@ls3ip.com]**

Nima,

Sonos would stipulate to entry of an amended pleading for the First through Tenth counts of Google's SAC. Sonos would oppose Google's motion for leave to file an amended pleading that includes the Eleventh, Twelfth, and Thirteenth counts for at least the reason that those counts fail to state claims upon which relief can be granted and thus amendment to include these counts would be futile. Sonos is available today or this week to discuss this along with a schedule for Google to answer Sonos's complaint.

As far as redactions go, we have no additional redactions.

It probably also makes sense for the parties to discuss how to resolve the '206 Patent given that Sonos has withdrawn the claims of the '206 patent and that Lindsay indicated on our 11/8 meet and confer that Google does not plan to produce any information concerning the '206 Patent because Google considers that patent to be withdrawn.

Best,
Cole

**From:** Nima Hefazi <nimahefazi@quinnemanuel.com>
**Sent:** Monday, November 15, 2021 11:24 AM
**To:** Cole Richter <richter@ls3ip.com>; Roberts, Clement <croberts@orrick.com>; Caridis, Alyssa <acaridis@orrick.com>; Sonos-WDTX0881-service <Sonos-WDTX0881-service@orrick.com>
**Cc:** QE-Sonos3 <qe-sonos3@quinnemanuel.com>
**Subject:** RE: Google v. Sonos, Case No. 3:20-cv-06754-WHA - Google's Second Amended Complaint

Cole, following-up on my email below. Please let us know by close of business today (1) whether Sonos will stipulate to the filing of Google's SAC, and (2) if there is any information in the SAC that Sonos deems confidential such that we should file it under seal. Thank you, Nima.

**From:** Nima Hefazi
**Sent:** Wednesday, November 10, 2021 5:11 PM
**To:** Cole Richter <richter@ls3ip.com>; Roberts, Clement <croberts@orrick.com>; Caridis, Alyssa <acaridis@orrick.com>; Sonos-WDTX0881-service <Sonos-WDTX0881-service@orrick.com>
**Cc:** QE-Sonos3 <qe-sonos3@quinnemanuel.com>
**Subject:** RE: Google v. Sonos, Case No. 3:20-cv-06754-WHA - Google's Second Amended Complaint

Cole,

Thanks for the quick response.  We should discuss a schedule for responding to both parties' claims – including for the purpose of avoiding the need for Sonos to respond to Google's FAC and instead respond to the SAC.  My suggestion for a call tomorrow to discuss the SAC and the parties' responsive pleadings was based on your indication on our meet and confer that Sonos would be in a position to respond to our email about the SAC shortly.  If Sonos is not ready to discuss tomorrow, could you let me know when Sonos will be ready?

As to the remaining issues in your letter, I believe Jocelyn has responded to you separately with times that both I and other teams members needed for that call are available.  As you know, there is quite a bit of overlap in the outstanding issues for both parties, and our understanding was that Sonos was not available to discuss the overlapping issues this week.  So we have proposed times next week where we can set aside as much time as is necessary to address the remaining issues.  If you are available this week to discuss all of the remaining issues, we will work to propose some times this week for that discussion.

Thanks,
Nima

---

**From:** Cole Richter <richter@ls3ip.com>
**Sent:** Wednesday, November 10, 2021 4:03 PM
**To:** Nima Hefazi <nimahefazi@quinnemanuel.com>; Roberts, Clement <croberts@orrick.com>; Caridis, Alyssa <acaridis@orrick.com>; Sonos-WDTX0881-service <Sonos-WDTX0881-service@orrick.com>
**Cc:** QE-Sonos3 <qe-sonos3@quinnemanuel.com>
**Subject:** RE: Google v. Sonos, Case No. 3:20-cv-06754-WHA - Google's Second Amended Complaint

**[EXTERNAL EMAIL from richter@ls3ip.com]**

---

Nima,

If you're free tomorrow, let's plan to discuss the issues we raised in our September 23 letter that we weren't able to get to on the Nov. 8 meet and confer (because you had another call starting a half-hour in).

We are considering Google's SAC that you raised last Thursday night and will let you know our position.  We agree that it makes sense to confer regarding a schedule for answering Sonos's complaint.

Best,
Cole

---

**From:** Nima Hefazi <nimahefazi@quinnemanuel.com>
**Sent:** Wednesday, November 10, 2021 5:23 PM
**To:** Roberts, Clement <croberts@orrick.com>; Caridis, Alyssa <acaridis@orrick.com>; Cole Richter <richter@ls3ip.com>; Sonos-WDTX0881-service <Sonos-WDTX0881-service@orrick.com>
**Cc:** QE-Sonos3 <qe-sonos3@quinnemanuel.com>
**Subject:** RE: Google v. Sonos, Case No. 3:20-cv-06754-WHA - Google's Second Amended Complaint

All,

I wanted to check-in regarding my email below and whether Sonos will stipulate to the filing of Google's SAC?  Additionally, we think it would make sense for the parties to confer about a schedule for filing responses to Sonos's and Google's complaints.   Can you let us know some times that you are available tomorrow to discuss and we can circulate an invite? We are free from 11am-12:30pm and after 2pm.

Thanks,

Nima

---

**From:** Nima Hefazi
**Sent:** Thursday, November 4, 2021 9:25 PM
**To:** Roberts, Clement <croberts@orrick.com>; Caridis, Alyssa <acaridis@orrick.com>; Cole Richter <richter@ls3ip.com>; Sonos-WDTX0881-service <Sonos-WDTX0881-service@orrick.com>
**Cc:** QE-Sonos3 <qe-sonos3@quinnemanuel.com>
**Subject:** Google v. Sonos, Case No. 3:20-cv-06754-WHA - Google's Second Amended Complaint

Dear counsel,

Please let us know whether Sonos will stipulate to the filing of the attached Second Amended Complaint ("SAC"). A redline showing changes from Google's First Amended Complaint is also attached.

We have highlighted the material in the SAC that we intend to redact. Please let us know if there is any other information Sonos deems confidential such that we should file it under seal. We are also planning to file the Content Integration Agreement (Exhibit 2) under seal.

Thanks,
Nima