1

2

3

4

5

6            UNITED STATES DISTRICT COURT

7           NORTHERN DISTRICT OF CALIFORNIA

8             SAN FRANCISCO DIVISION

9   GOOGLE LLC,                        CASE NO. 3:20-cv-06754-WHA

10            Plaintiff,

11       vs.                           **[PROPOSED] ORDER GRANTING
                                        PLAINTIFF GOOGLE LLC'S MOTION
                                        FOR LEAVE TO FILE A SECOND
12   SONOS, INC.,                       AMENDED COMPLAINT**

13            Defendants.

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    Before the Court is Google LLC's Motion for Leave to File a Second Amend Complaint

2  ("Motion").  Having reviewed the Motion, and good cause appearing therefor, this Court

3  concludes that the Motion should be, and is hereby, **GRANTED**.

4

5  **IT IS SO ORDERED.**

6  Dated: _____, 2021

7                                                         _____

8                                                         HON. WILLIAM ALSUP
                                                          United States District Court Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28