QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Charles K. Verhoeven (Bar No. 170151)
  charlesverhoeven@quinnemanuel.com
  Melissa Baily (Bar No. 237649)
  melissabaily@quinnemanuel.com
  Lindsay Cooper (Bar No. 287125)
  lindsaycooper@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:   (415) 875-6600
Facsimile:   (415) 875-6700

Attorneys for Plaintiff Google LLC

CLEMENT SETH ROBERTS (STATE BAR NO. 209203)
croberts@orrick.com
BAS DE BLANK (STATE BAR NO. 191487)
basdeblank@orrick.com
ALYSSA CARIDIS (STATE BAR NO. 260103)
acaridis@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: (415) 773-5700
Facsimile: (415) 773-5759

Attorneys for Defendant Sonos, Inc.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| GOOGLE LLC,<br><br>             Plaintiff,<br><br>     vs.<br><br>SONOS, INC.,<br><br>             Defendant. | CASE NO. 3:20-cv-06754-WHA<br><br>**NOTICE OF COMPLIANCE WITH MEDIATION REQUIREMENTS**<br><br>Judge:  William H. Alsup |

# NOTICE OF COMPLIANCE

Google LLC and Sonos, Inc. jointly submit this Notice of Compliance to inform the Court that they have complied with the mediation requirements set forth in the Case Management Order. Dkt. No. 67 at 2. The parties plan to mediate with the Honorable Layn Phillips (Ret.) on May 26, 2022.

Dated: December 3, 2021                         Respectfully submitted,

*/s/ Charles K. Verhoeven*                      */s/ Alyssa Caridis*
Attorneys for GOOGLE LLC                        Attorneys for SONOS, INC.

QUINN EMANUEL URQUHART &                        ORRICK, HERRINGTON & SUTCLIFFE
SULLIVAN, LLP                                   LLP

*Counsel for Plaintiff Google LLC*              *Counsel for Defendant Sonos, Inc.*

**ECF ATTESTATION**

I, Charles K. Verhoeven, am the ECF User whose ID and password are being used to file this Notice of Compliance with Mediation Requirements. In compliance with Civil Local Rule 5-1, I hereby attest that Alyssa Caridis, counsel for Sonos, has concurred in this filing.

Dated: December 3, 2021

Charles K. Verhoeven
QUINN EMANUEL URQUHART & SULLIVAN, LLP

By:   */s/ Charles K. Verhoeven*
      Charles K. Verhoeven