1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
    Charles K. Verhoeven (Bar No. 170151)
2   charlesverhoeven@quinnemanuel.com
    Melissa Baily (Bar No. 237649)
3   melissabaily@quinnemanuel.com
    Lindsay Cooper (Bar No. 287125)
4   lindsaycooper@quinnemanuel.com
5  50 California Street, 22nd Floor
   San Francisco, California 94111-4788
6  Telephone:     (415) 875-6600
   Facsimile:     (415) 875-6700
7
8  Attorneys for GOOGLE LLC

9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                         SAN FRANCISCO DIVISION
12

13 | GOOGLE LLC,                          | CASE NO. 3:20-cv-06754-WHA
14 |              Plaintiff,              | **[PROPOSED] ORDER GRANTING GOOGLE'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF ITS REPLY IN SUPPORT OF ITS MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT**
15 |      vs.                             |
16 | SONOS, INC.,                         |
17 |              Defendant.              |

1  Plaintiff Google LLC ("Google") has filed an Administrative Motion to File Under Seal
2 ("Google's Administrative Motion") in connection with its Reply in Support of its Motion for Leave
3 to File its Second Amended Complaint.
4  Having considered Google's Administrative Motion, and good cause to seal having been
5 shown, the Court **GRANTS** Google's Administrative Motion and **ORDERS** sealed the documents
6 listed below:

| **Document** | **Portions to Be Filed Under Seal** | **Designating Party** |
|---|---|---|
| Portions of Google's Reply | Portions highlighted in green | Google |

IT IS SO ORDERED.

DATED:

_____
The Honorable William Alsup
United States District Court Judge