QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
Melissa Baily (Bar No. 237649)
melissabaily@quinnemanuel.com
Lindsay Cooper (Bar No. 287125)
lindsaycooper@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:   (415) 875-6600
Facsimile:    (415) 875-6700

Attorneys for GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| GOOGLE LLC, | CASE NO. 3:20-cv-06754-WHA |
|---|---|
| Plaintiff, | |
| vs. | **DECLARATION OF LINDSAY COOPER IN SUPPORT OF GOOGLE LLC'S MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT REPLY** |
| SONOS, INC., | |
| Defendants. | |

I, Lindsay Cooper, declare and state as follows:

1. I am an attorney licensed to practice in the State of California and am admitted to practice before this Court. I am a partner at Quinn Emanuel Urquhart & Sullivan LLP representing Google LLC ("Google") in this matter. I make this declaration in support of Google's Motion for Leave to File a Second Amended Complaint Reply ("Reply"). If called as a witness, I could and would testify competently to the information contained herein.

2. Attached as Exhibit 1 is a true and correct copy of excerpts of the Final Invalidity Contentions Google served in *Sonos, Inc. v. Google LLC*, Case No. 6:20-cv-00881-ADA (W.D. Tex. Sept. 29, 2020) on September 10, 2021.

3. Attached as Exhibit 2 is a true and correct copy of excerpts of the Invalidity Contentions Google served in this case on December 7, 2021.

4. Attached as Exhibit 3 is a true and correct copy of the Complaint Sonos filed in *Sonos, Inc. v. Google LLC*, Case No. 6:20-cv-00881-ADA (W.D. Tex. Sept. 29, 2020) on September 29, 2020.

5. Attached as Exhibit 4 is a true and correct copy of the Answer Google filed in *Sonos, Inc. v. Google LLC*, Case No. 6:20-cv-00881-ADA (W.D. Tex. Sept. 29, 2020) on January 8, 2021.

I declare under penalty of perjury that to the best of my knowledge the foregoing is true and correct. Executed on December 7, 2021, in Mill Valley, California.

DATED: December 7, 2021

By: */s/ Lindsay Cooper*
  Lindsay Cooper

## ATTESTATION

I, Charles K. Verhoeven, am the ECF user whose ID and password are being used to file the above Declaration. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Lindsay Cooper has concurred in the aforementioned filing.

DATED: December 7, 2021

*/s/ Charles K. Verhoeven*
Charles K. Verhoeven