QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Charles K. Verhoeven (Bar No. 170151)
  charlesverhoeven@quinnemanuel.com
  Melissa Baily (Bar No. 237649)
  melissabaily@quinnemanuel.com
  Lindsay Cooper (Bar No. 287125)
  lindsaycooper@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:     (415) 875-6600
Facsimile:     (415) 875-6700

Attorneys for GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GOOGLE LLC,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>SONOS, INC.,<br><br>　　　　　Defendant. | CASE NO. 3:20-cv-06754-WHA<br><br>**RE-NOTICE OF GOOGLE LLC'S MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT**<br><br>Date:　　　January 13, 2022<br>Time:　　　8:00 a.m.<br>Location: Courtroom 12, 9th Floor<br>Judge:　　Hon. William Alsup<br><br>Complaint Filed: September 28, 2020 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on January 13, 2022 or as soon thereafter as this matter can be heard before the Honorable Judge William Alsup in Courtroom 12, Ninth Floor, United States District Court for the Northern District of California, San Francisco Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102, Google LLC ("Google") will and hereby does move pursuant to Federal Rule of Civil Procedure 15(a) for an Order granting leave to file its Second Amended Complaint to add claims for (1) declaratory judgment of non-infringement of United States Patent No. 10,848,885 ("the '885 patent"), (2) declaratory judgment of invalidity for all of the asserted patents, (3) breach of contract and the implied covenant of good faith and fair dealing, and (4) conversion ("Motion").

Google's Motion was previously noticed for December 23, 2021 at 8:00 a.m.  Dkt. 80. Google is re-noticing its Motion pursuant to the Court's request based on the Court's availability.

DATED:  December 9, 2021                             QUINN EMANUEL URQUHART & SULLIVAN, LLP

By       */s/ Charles K. Verhoeven*
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
Melissa Baily (Bar No. 237649)
melissabaily@quinnemanuel.com
50 California Street, 22nd Floor
Lindsay Cooper (Bar No. 287125)
lindsaycooper@quinnemanuel.com
San Francisco, California 94111-4788
Telephone:     (415) 875-6600
Facsimile:      (415) 875-6700

Attorneys for GOOGLE LLC

**CERTIFICATE OF SERVICE**

Pursuant to the Federal Rules of Civil Procedure and Local Rule 5-1, I hereby certify that, on December 9, 2021, all counsel of record who have appeared in this case are being served with a copy of the foregoing via the Court's CM/ECF system and email.

DATED: December 9, 2021

By     */s/ Charles K. Verhoeven*
            Charles K. Verhoeven