1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
     Charles K. Verhoeven (Bar No. 170151)
2    charlesverhoeven@quinnemanuel.com
     Melissa Baily (Bar No. 237649)
3    melissabaily@quinnemanuel.com
     Lindsay Cooper (Bar No. 287125)
4    lindsaycooper@quinnemanuel.com
5  50 California Street, 22nd Floor
   San Francisco, California 94111-4788
6  Telephone:     (415) 875-6600
   Facsimile:     (415) 875-6700
7
8  Attorneys for GOOGLE LLC

9
10                       UNITED STATES DISTRICT COURT
11                      NORTHERN DISTRICT OF CALIFORNIA
12                            SAN FRANCISCO DIVISION

13  GOOGLE LLC,                              CASE NO. 3:20-cv-06754-WHA

14              Plaintiff,                   **[PROPOSED] ORDER GRANTING GOOGLE'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF ITS LETTER BRIEF MOVING TO COMPEL AND STRIKE SONOS'S INFRINGEMENT CONTENTIONS**

15       vs.

16  SONOS, INC.,

17              Defendant.

18
19
20
21
22
23
24
25
26
27
28

Plaintiff Google LLC ("Google") has filed an Administrative Motion to File Under Seal ("Google's Administrative Motion") in connection with its Letter Brief Moving to Compel and Strike Sonos's Infringement Contentions.

Having considered Google's Administrative Motion, and good cause to seal having been shown, the Court **GRANTS** Google's Administrative Motion and **ORDERS** sealed the documents listed below:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Exhibit 2: Excerpts of Sonos's Claim Chart for U.S. Patent No. 9,967,615 ("Sonos's Claim Chart for the '615 Patent") | Entire document | Google |
| Exhibit 3: Excerpts of Google's November 3, 2021 Letter Regarding Deficiencies in Sonos's Infringement Contentions ("November 3, 2021 Letter") | Portions highlighted in yellow | Google |
| Google's Letter Brief | Portions highlighted in yellow | Google |

IT IS SO ORDERED.

DATED:

_____
The Honorable William Alsup
United States District Court Judge