1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
    Charles K. Verhoeven (Bar No. 170151)
2   charlesverhoeven@quinnemanuel.com
    Melissa Baily (Bar No. 237649)
3   melissabaily@quinnemanuel.com
    Lindsay Cooper (Bar No. 287125)
4   lindsaycooper@quinnemanuel.com
   50 California Street, 22nd Floor
5  San Francisco, California 94111-4788
   Telephone:    (415) 875-6600
6  Facsimile:    (415) 875-6700

7  Attorneys for GOOGLE LLC

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10                   SAN FRANCISCO DIVISION

11 | GOOGLE LLC,                | CASE NO. 3:20-cv-06754-WHA |
|---|---|
| Plaintiff, | |
| vs. | **DECLARATION OF LINDSAY COOPER IN SUPPORT OF GOOGLE LLC'S LETTER BRIEF MOVING TO COMPEL AND STRIKE SONOS'S INFRINGEMENT CONTENTIONS** |
| SONOS, INC., | |
| Defendants. | |

I, Lindsay Cooper, declare and state as follows:

1. I am an attorney licensed to practice in the State of California and am admitted to practice before this Court. I am a partner at Quinn Emanuel Urquhart & Sullivan LLP representing Google LLC ("Google") in this matter. I make this declaration in support of Google's Letter Brief Moving to Compel and Strike Sonos's Infringement Contentions. If called as a witness, I could and would testify competently to the information contained herein.

2. Attached as Exhibit 1 is a true and correct copy of excerpts of the Infringement Contentions Sonos, Inc. ("Sonos") served on October 21, 2021.

3. Attached as Exhibit 2 is a true and correct copy of excerpts of the claim chart for U.S. Patent No. 9,967,615 that Sonos served as "Ex. A" of its Infringement Contentions on October 21, 2021.

4. Attached as Exhibit 3 is a true and correct copy of excerpts of a letter Google sent to Sonos on November 3, 2021 regarding deficiencies in Sonos's October 21, 2021 infringement contentions.

I declare under penalty of perjury that to the best of my knowledge the foregoing is true and correct. Executed on December 17, 2021, in Mill Valley, California.

DATED: December 17, 2021

By: */s/ Lindsay Cooper*
     Lindsay Cooper

## ATTESTATION

I, Charles K. Verhoeven, am the ECF user whose ID and password are being used to file the above Declaration. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Lindsay Cooper has concurred in the aforementioned filing.

DATED: December 17, 2021

*/s/ Charles K. Verhoeven*
Charles K. Verhoeven