| | |
|---|---|
| 1 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 2 | Charles Verhoeven (Bar No. 170151)<br>charlesverhoeven@quinnemanuel.com |
| 3 | Melissa Baily (Bar No. 237649)<br>melissabaily@quinnemanuel.com |
| 4 | Lindsay Cooper (Bar No. 287125)<br>lindsaycooper@quinnemanuel.com |
| 5 | 50 California Street, 22nd Floor<br>San Francisco, California 94111 |
| 6 | Telephone:      (415) 875-6600<br>Facsimile:       (415) 875-6700 |
| 7 | Attorneys for GOOGLE LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GOOGLE LLC,<br><br>           Plaintiff,<br><br>     vs.<br><br>SONOS, INC.,<br><br>           Defendant. | CASE NO. 3:20-cv-06754-WHA<br><br>**NOTICE OF APPEARANCE OF LANA ROBINS** |

**TO THE CLERK OF THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that pursuant to Local Civil Rule 5-1(c)(2), Lana Robins, an attorney with the firm of Quinn Emanuel Urquhart & Sullivan, LLP admitted to practice before this Court, hereby appears as an attorney of record for Google LLC in the above-captioned matter. Copies of all pleadings, papers, correspondence, and electronic filing notices should be directed to:

> Lana Robins (Bar No. 334527)
> QUINN EMANUEL URQUHART & SULLIVAN, LLP
> lanarobins@quinnemanuel.com
> 50 California Street, 22nd Floor
> San Francisco, California 94111-4788
> Telephone:   (415) 875-6600
> Facsimile:    (415) 875-6700

DATED:  December 21, 2021            QUINN EMANUEL URQUHART & SULLIVAN, LLP


By _____*/s/ Lana Robins*_____
  LANA ROBINS
  Attorney for GOOGLE LLC