CLEMENT SETH ROBERTS (STATE BAR NO. 209203)
croberts@orrick.com
BAS DE BLANK (STATE BAR NO. 191487)
basdeblank@orrick.com
ALYSSA CARIDIS (STATE BAR NO. 260103)
acaridis@orrick.com
EVAN D. BREWER (STATE BAR NO. 304411)
ebrewer@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:     +1 415 773 5700
Facsimile:      +1 415 773 5759

GEORGE I. LEE (*pro hac vice*)
lee@ls3ip.com
SEAN M. SULLIVAN (*pro hac vice*)
sullivan@ls3ip.com
COLE B. RICHTER (*pro hac vice*)
richter@ls3ip.com
RORY P. SHEA (*pro hac vice*)
shea@ls3ip.com
J. DAN SMITH (*pro hac vice*)
smith@ls3ip.com
LEE SULLIVAN SHEA & SMITH LLP
656 W Randolph St., Floor 5W
Chicago, IL 60661
Telephone:     +1 312 754 0002
Facsimile:      +1 312 754 0003

*Attorneys for Defendant Sonos, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Google LLC, <br><br> Plaintiff, <br><br> v. <br><br> Sonos, Inc., <br><br> Defendant. | Case No. 20-cv-06754-WHA <br><br> **DECLARATION OF EVAN D. BREWER IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |

I, Evan D. Brewer, declare as follows and would so testify under oath if called upon to do so:

1. I am an attorney with the law firm of Orrick, Herrington & Sutcliffe LLP, counsel of record to Sonos, Inc. ("Sonos") in the above-captioned matter. I am a member in good standing of the Bar of the State of California. I make this declaration based on my personal knowledge, unless otherwise noted. If called, I can and will testify competently to the matters set forth herein.

2. I make this declaration in support of Sonos's Administrative Motion to File Under Seal Portions of its Response to Google LLC's Letter Brief Moving to Compel and Strike Sonos's Infringement Contentions ("Sonos's Administrative Motion"). Sonos's Administrative Motion seeks an order sealing: (1) portions of pages 2 and 3 of Sonos's Response to Google's Letter Brief Moving to Compel and Strike Sonos's Infringement Contentions ("Sonos's Response"); and (2) the entirety of Exhibit A to the Declaration of Cole B. Richter, filed in support of Sonos's Response. These highlighted portions and Exhibit A contain information that Google has designated as confidential and/or highly confidential. Google has not indicated it will agree to de-designate these materials.

3. Sonos takes no position on the merits of sealing Plaintiff's designated material, and expects Plaintiff to file one or more declarations in accordance with the Local Rules.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed this 5th day of January, 2022 in Mercer Island, Washington.

*/s/ Evan D. Brewer*
EVAN D. BREWER

**CERTIFICATE OF CONCURRENCE**

In accordance with Local Rule 5-1(i)(3), Sonos, Inc.'s undersigned counsel, Cole B. Richter, hereby attests that Mr. Brewer has assented to the affixation of his signature to this Declaration and concurs in the filing of this document.

Dated: January 5, 2022

By:    /s/ *Cole B. Richter*
       COLE B. RICHTER