CLEMENT SETH ROBERTS (STATE BAR NO. 209203)
croberts@orrick.com
BAS DE BLANK (STATE BAR NO. 191487)
basdeblank@orrick.com
ALYSSA CARIDIS (STATE BAR NO. 260103)
acaridis@orrick.com
EVAN D. BREWER (STATE BAR NO. 304411)
ebrewer@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:    +1 415 773 5700
Facsimile:    +1 415 773 5759

GEORGE I. LEE (*pro hac vice*)
lee@ls3ip.com
SEAN M. SULLIVAN (*pro hac vice*)
sullivan@ls3ip.com
COLE B. RICHTER (*pro hac vice*)
richter@ls3ip.com
RORY P. SHEA (*pro hac vice*)
shea@ls3ip.com
J. DAN SMITH (*pro hac vice*)
smith@ls3ip.com
LEE SULLIVAN SHEA & SMITH LLP
656 W Randolph St., Floor 5W
Chicago, IL 60661
Telephone:    +1 312 754 0002
Facsimile:    +1 312 754 0003

*Attorneys for Defendant Sonos, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA,

SAN FRANCISCO DIVISION

| | |
|---|---|
| Google LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Sonos, Inc.,<br><br>　　　　Defendant. | Case No. 20-cv-06754-WHA<br><br>**[PROPOSED] ORDER GRANTING SONOS, INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |

i

[PROPOSED] ORDER GRANTING SONOS'S ADMIN.
MOTION TO CONSIDER WHETHER ANOTHER
PARTY'S MATERIAL SHOULD BE SEALED
20-CV-06754-WHA

Pursuant to Civil Local Rules 7-11 and 79-5, Defendant Sonos, Inc. ("Sonos") has filed an administrative motion ("Sonos's Administrative Motion") to file under seal: (1) portions of pages 2 and 3 of Sonos's Response to Google's Letter Brief Moving to Compel and Strike Sonos's Infringement Contentions ("Sonos's Response"); and (2) the entirety of Exhibit A to the Declaration of Cole B. Richter, filed in support of Sonos's Response. Having considered Sonos's Administrative Motion, and good cause to seal having been shown, the Court GRANTS Sonos's Administrative Motion and ORDERS sealed the requested portions of Sonos's Response to Google's Letter Brief Moving to Compel and Strike Sonos's Infringement Contentions.

| DOCUMENT | PORTIONS TO BE SEAL | DESIGNATING PARTY |
|---|---|---|
| Sonos's Response to Google's Letter Brief Moving to Compel and Strike Sonos's Infringement Contentions | Portions highlighted on pages 2 and 3 | Google |
| Exhibit A to the Declaration of Cole B. Richter, filed in support of Sonos's Response | Entirety | Google |

Dated: _____, 2022

_____
HON. WILLIAM H. ALSUP
United States District Judge

1

[PROPOSED] ORDER GRANTING SONOS'S ADMIN.
MOTION TO CONSIDER WHETHER ANOTHER
PARTY'S MATERIAL SHOULD BE SEALED
20-CV-06754-WHA