1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Clement S. Roberts (SBN 209203)
*croberts@orrick.com*
ORRICK HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, CA 94105
Tel: (415) 773-5700 -- Fax: (415) 773-5759

Alyssa Caridis (SBN 260103)
*acaridis@orrick.com*
ORRICK HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Tel: (213) 629-2020 -- Fax: (213) 612-2499

George I. Lee
*lee@ls3ip.com*
Sean M. Sullivan
*sullivan@ls3ip.com*
Rory P. Shea
*shea@ls3ip.com*
J. Dan Smith
*smith@ls3ip.com*
Michael P. Boyea
*boyea@ls3ip.com*
Cole B. Richt*er*
*richter@ls3ip.com*
LEE SULLIVAN SHEA & SMITH LLP
656 W Randolph St, Floor 5W
Chicago, IL 60661
Tel: (312) 754-0002 -- Fax: (312) 754-0003

*Attorneys for Sonos, Inc.*

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOOGLE LLC,<br><br>*Plaintiff,*<br><br>v.<br><br>SONOS, INC.,<br><br>*Defendant.* | Case No. 3:20-cv-6754<br><br>**DECLARATION OF COLE B. RICHTER IN SUPPORT OF SONOS'S RESPONSE TO GOOGLE'S LETTER BRIEF (DKT. 87)**<br><br>Date: January 6, 2022<br>Time: 11:00 a.m.<br>Location: Courtroom 12, 9th Floor<br>Judge: Hon. William Alsup<br>Complaint Filed:  September 28, 2020 |

1. I am an attorney at the law firm of Lee Sullivan Shea & Smith LLP, counsel of record for Defendant Sonos, Inc. ("Sonos") in the above-captioned matter. I am a member in good standing of the Bar of the State of Illinois.  I am admitted to practice *pro hac vice* in the above-captioned matter.  I make this declaration based on my personal knowledge, unless otherwise noted. If called, I can and will testify competently to the matters set forth herein. I submit this declaration in support of Sonos's Response to Google's Letter Brief (Dkt. 87).

2. Attached as **Exhibit A** is a true and correct copy of excerpted portions of Sonos's Infringement Claim Chart for U.S. Patent No. 9,967,615 that Sonos served as Exhibit A to its Infringement Contentions on October 21, 2021.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed this 5th day of January, 2022 in Chicago, Illinois.

COLE B. RICHTER

DECLARATION OF COLE B. RICHTER IN
SUPPORT OF SONOS'S RESPONSE TO
GOOGLE'S LETTER BRIEF (DKT. 87)