CLEMENT SETH ROBERTS (STATE BAR NO. 209203)
croberts@orrick.com
BAS DE BLANK (STATE BAR NO. 191487)
basdeblank@orrick.com
ALYSSA CARIDIS (STATE BAR NO. 260103)
acaridis@orrick.com
EVAN D. BREWER (STATE BAR NO. 304411)
ebrewer@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:    +1 415 773 5700
Facsimile:     +1 415 773 5759

GEORGE I. LEE (*pro hac vice*)
lee@ls3ip.com
SEAN M. SULLIVAN (*pro hac vice*)
sullivan@ls3ip.com
COLE B. RICHTER (*pro hac vice*)
richter@ls3ip.com
RORY P. SHEA (*pro hac vice*)
shea@ls3ip.com
J. DAN SMITH (*pro hac vice*)
smith@ls3ip.com
LEE SULLIVAN SHEA & SMITH LLP
656 W Randolph St., Floor 5W
Chicago, IL 60661
Telephone:    +1 312 754 0002
Facsimile:     +1 312 754 0003

*Attorneys for Defendant Sonos, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA,

SAN FRANCISCO DIVISION

| | |
|---|---|
| Google LLC, | Case No. 20-cv-06754-WHA |
| Plaintiff, | **PROOF OF SERVICE OF SONOS, INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED AND RELATED DOCUMENTS** |
| v. | |
| Sonos, Inc., | |
| Defendant. | |

**PROOF OF SERVICE**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action. My business address is Orrick, Herrington, & Sutcliffe, 777 South Figueroa Street, Suite 3200, Los Angeles, California 90017.

On January 5, 2022, I served the following document(s) on the interested parties in this action:

1. Sonos, Inc.'s Administrative Motion to Consider Whether Another Party's Material Should Be Sealed;

2. Declaration of Evan D. Brewer in Support of Administrative Motion to Consider Whether Another Party's Material Should Be Sealed;

3. [Proposed] Order Granting Sonos, Inc.'s Administrative Motion to Consider Whether Another Party's Material Should Be Sealed;

4. Sonos's Letter Response Brief to Google's Letter Brief (Dkt. 87) [unredacted and redacted versions];

5. Exhibit A to the Declaration of Cole B. Richter in Support of Sonos's Response to Google's Letter Brief (Dkt. 87) [unredacted and redacted versions].

on the following service list as indicated below:

> Charles K. Verhoeven
> Melissa Baily
> Lindsay Cooper
> QUINN EMANUEL URQUHART & SULLIVAN, LLP
> 50 California Street, 22nd Floor
> San Francisco, California 94111-478
> qe-sonos3@quinnemanuel.com
>
> Attorneys for GOOGLE LLC

  X  (BY E-MAIL OR ELECTRONIC TRANSMISSION) by electronically transmitting a true and correct copy of the document(s) in pdf format from email address amaruska@orrick.com to the email address(es) set forth in the service list. I did not receive, within a reasonable time after the transmission, any electronic message or indication that the transmission was unsuccessful or incomplete.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on January 5, 2022, in Los Angeles, California.

Amy Maruska