# Exhibit A

Ex. A –Infringement Contention Chart: U.S. Patent No. 9,967,615
**HIGHLY CONFIDENTIAL - SOURCE CODE - ATTORNEYS' EYES ONLY**

| Claim 13 | Accused Instrumentalities |
|---|---|
| | This functionality is evidenced by the screenshots shown below in connection with claim limitation 13.7, which demonstrate that a Cast-enabled control device installed with any one of the YouTube app, the YouTube Music app, the YouTube TV app, the YouTube Kids app, the Google Play Music app, the Google Podcasts app, or the Spotify app (among other Cast-enabled apps) causes playback of multimedia content to be transferred from the Cast-enabled control device to at least one particular Cast-enabled media player after detecting a set of inputs to perform that transfer.<br><br>Further details regarding how a Cast-enabled control device carries out this functionality, along with representative examples of evidence demonstrating this functionality, are summarized below.<br><br>***YouTube, YouTube Music, YouTube TV, & YouTube Kids apps***<br><br>Each Cast-enabled computing device installed with any one of the YouTube, YouTube Music, YouTube TV, or YouTube Kids app is programmed such that, after detecting a set of inputs to transfer the Cast-enabled computing device's playback of multimedia content to at least one particular Cast-enabled media player, the Cast-enabled computing device functions to:<br>• (i) cause the particular Cast-enabled media player to launch the YouTube, YouTube Music, YouTube TV, or YouTube Kids app, which in turn causes the particular Cast-enabled media player to:<br>  ◦ (a) ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓<br>  ◦ (b) ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓<br>• (ii) receive from the particular Cast-enabled media player an indication that the YouTube, YouTube Music, YouTube TV, or YouTube Kids app was successfully launched;<br>• (iii) ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ which involves the Cast-enabled computing device functioning to:<br>  ◦ (a) send to the particular Cast-enabled media player a ▓▓▓▓▓▓▓▓▓▓<br>  ◦ (b) receive from the particular Cast-enabled media player an " ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓<br>  ◦ (c) ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ and<br>  ◦ (d) ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ |

Case 3:20-cv-06754-WHA   Document 107-1   Filed 01/12/22   Page 3 of 8

Ex. A –Infringement Contention Chart: U.S. Patent No. 9,967,615
**HIGHLY CONFIDENTIAL - SOURCE CODE - ATTORNEYS' EYES ONLY**

| Claim 13 | Accused Instrumentalities |
|---|---|
| | <ul><li>(iv) ▮▮▮▮▮▮▮▮▮▮ in which the Cast-enabled computing device is configured to control the particular Cast-enabled media player's playback of the multimedia content rather than engaging in playback of the multimedia content itself; and</li><li>(v) ▮▮▮▮▮▮▮▮▮▮</li></ul>The aforementioned functionality collectively satisfies claim limitations 13.5-13.6.<br><br>The following exemplary evidence demonstrates that each Cast-enabled control device installed with the YouTube, YouTube Music, YouTube TV, or YouTube Kids app is programmed to perform this functionality:<ul><li>GOOG-SONOSWDTX-00041491 ▮▮▮▮▮▮ ] at 93-95;</li><li>GOOG-SONOSWDTX-00037243 ▮▮▮▮▮▮ ] at 51-52, 58-59;</li><li>GOOG-SONOSWDTX-00039484 ▮▮▮▮▮▮ ] at 85-86;</li><li>GOOG-SONOSWDTX-00039813 ▮▮▮▮▮▮ ] at 13;</li><li>GOOG-SONOSWDTX-00039494 ▮▮▮▮▮▮ ] at 9-96;</li><li>GOOG-SONOSWDTX-00040290 ▮▮▮▮▮▮ at 91;</li><li>GOOG-SONOSWDTX-00039491 ▮▮▮▮▮▮</li><li>GOOG-SONOSWDTX-00039819 ▮▮▮▮▮▮ ;</li><li>GOOG-SONOSWDTX-00041499 ▮▮▮▮▮▮ ] at 499-500;</li><li>GOOG-SONOSWDTX-00040156 ▮▮▮▮▮▮ ];</li><li>GOOG-SONOSWDTX-00040317 ▮▮▮▮▮▮ ].</li></ul> |

Ex. A –Infringement Contention Chart: U.S. Patent No. 9,967,615
**HIGHLY CONFIDENTIAL - SOURCE CODE - ATTORNEYS' EYES ONLY**



Case 3:20-cv-06754-WHA   Document 107-1   Filed 01/12/22   Page 5 of 8

Ex. A –Infringement Contention Chart: U.S. Patent No. 9,967,615
HIGHLY CONFIDENTIAL - SOURCE CODE - ATTORNEYS' EYES ONLY

| Claim 13 | Accused Instrumentalities |
|---|---|
| | • ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ <br><br>Sonos further incorporates by reference Google's response to Sonos's Fact Discovery Interrogatory Nos. 14-15, including any of Google's documents or source code cited therein.  *See* Google LLC's First Objections and Responses to Plaintiff Sonos, Inc.'s First Set of Fact Discovery Interrogatories.<br><br>***Google Play Music app***<br><br>Each Cast-enabled computing device installed with the Google Play Music app is programmed such that, after detecting a set of inputs to transfer the Cast-enabled computing device's playback of multimedia content to at least one particular Cast-enabled media player, the Cast-enabled computing device functions to:<br>• (i) cause the particular Cast-enabled media player to launch the Google Play Music app and join the same "▓▓▓▓▓▓" as the Cast-enabled computing device;<br>• (ii) receive from the particular Cast-enabled media player an indication that the Cast-enabled media player joined the ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓<br>• (iii) cause a Google Play Music queue server to sync a remote queue with the Cast-enabled computing device's local queue (e.g., ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓);<br>• (iv) transition its operating state ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓) from a local playback mode to a remote playback mode in which the Cast-enabled computing device is configured to control the particular Cast-enabled media player's playback of the multimedia content rather than engaging in playback of the multimedia content itself; and<br>• (v) cause the particular Cast-enabled media player to ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ thereby causing the particular Cast-enabled media player ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ to its local playback queue.<br><br>The aforementioned functionality collectively satisfies claim limitations 13.5-13.6.<br><br>The following exemplary evidence demonstrates that each Cast-enabled control device installed with the Google Play Music app is programmed with this functionality: |

Ex. A –Infringement Contention Chart: U.S. Patent No. 9,967,615
**HIGHLY CONFIDENTIAL - SOURCE CODE - ATTORNEYS' EYES ONLY**

| Claim 13 | Accused Instrumentalities |
|---|---|
| | ○ ██████████████████ <br><br> Representative excerpts of Google's Cast-enabled media player source code[14] related to the aforementioned functionality include: <br><br> ████████████████████ <br><br> • ██████████████ <br> • ██████████████ <br><br> ████████████████████ |

---

[14] ████████████████████

Ex. A –Infringement Contention Chart: U.S. Patent No. 9,967,615
**HIGHLY CONFIDENTIAL - SOURCE CODE - ATTORNEYS' EYES ONLY**

| Claim 13 | Accused Instrumentalities |
|---|---|
| | Sonos further incorporates by reference Google's response to Sonos's Fact Discovery Interrogatory Nos. 14-15, including any of Google's documents or source code cited therein.  *See* Google LLC's First Objections and Responses to Plaintiff Sonos, Inc.'s First Set of Fact Discovery Interrogatories.<br><br>***Spotify app***<br><br>Each Cast-enabled control device installed with the Spotify app (which is Cast-enabled and utilizes the Cast SDK) is programmed such that, after detecting a set of inputs to transfer the Cast-enabled computing device's playback of multimedia content to at least one particular Cast-enabled media player, the Cast-enabled computing device functions to:<br>• (i) cause the particular Cast-enabled media player to launch the Spotify app and "connect" to the Cast-enabled computing device;<br>• (ii) cause the particular Cast-enabled media player to takeover playback of a remote queue ▮▮▮▮ from the Cast-enabled computing device ▮▮▮▮ which in turn causes: |

67

Case 3:20-cv-06754-WHA   Document 107-1   Filed 01/12/22   Page 8 of 8

Ex. A –Infringement Contention Chart: U.S. Patent No. 9,967,615
HIGHLY CONFIDENTIAL - SOURCE CODE - ATTORNEYS' EYES ONLY

| Claim 13 | Accused Instrumentalities |
|---|---|
|  | • [redacted]<br><br>Sonos further incorporates by reference Google's response to Sonos's Fact Discovery Interrogatory Nos. 14-15, including any of Google's documents or source code cited therein. *See* Google LLC's First Objections and Responses to Plaintiff Sonos, Inc.'s First Set of Fact Discovery Interrogatories. |
| **[13.7]** causing the particular playback device to play back the multimedia content, wherein the particular playback device playing back the multimedia content comprises the particular playback device retrieving the multimedia content from one or more second cloud servers of a streaming content | Each Cast-enabled control device and each Cast-enabled app download server comprises a tangible, non-transitory computer-readable storage medium including executable instructions that, when executed by a Cast-enabled control device's processor, cause the Cast-enabled control device to play back the multimedia content, where the particular Cast-enabled media player playing back the multimedia content comprises the particular Cast-enabled media player retrieving the multimedia content from one or more second cloud servers of a streaming content service and playing back the retrieved multimedia content.<br><br>For instance, each Cast-enabled computing device is programmed such that, after causing the Cast-enabled computing device's playback of multimedia content from a streaming content service (e.g., YouTube, YouTube Music, YouTube TV, YouTube Kids, Google Play Music, Google Podcasts, a third-party service such as Spotify, etc.) to be transferred to at least one particular Cast-enabled media player (which is the claimed "particular playback device"), the Cast-enabled computing device causes the at least one particular Cast-enabled media player to play back the multimedia content from the streaming content service, which involves the particular Cast-enabled media player retrieving the multimedia content from a second cloud server of the streaming content service that is remote from the particular Cast-enabled media player and accessible over the Internet (e.g., a second cloud server that is operated by either Google or a third-party service provider) and then playing back the retrieved multimedia content. *See, e.g.,* |