# EXHIBIT 1

CLEMENT SETH ROBERTS (STATE BAR NO. 209203)
croberts@orrick.com
BAS DE BLANK (STATE BAR NO. 191487)
basdeblank@orrick.com
ALYSSA CARIDIS (STATE BAR NO. 260103)
acaridis@orrick.com
EVAN D. BREWER (STATE BAR NO. 304411)
ebrewer@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:    +1 415 773 5700
Facsimile:    +1 415 773 5759

GEORGE I. LEE (*pro hac vice in process*)
lee@ls3ip.com
SEAN M. SULLIVAN (*pro hac vice in process*)
sullivan@ls3ip.com
RORY P. SHEA (*pro hac vice in process*)
shea@ls3ip.com
J. DAN SMITH (*pro hac vice in process*)
smith@ls3ip.com
Cole B. Richter (*admitted pro hac*)
richter@ls3ip.com
LEE SULLIVAN SHEA & SMITH LLP
656 W Randolph St., Floor 5W
Chicago, IL 60661
Telephone:    +1 312 754 0002
Facsimile:    +1 312 754 0003

*Attorneys for Defendant Sonos, Inc.*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOOGLE LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>SONOS, INC.,<br><br>    *Defendant*. | Case No. 3:20-cv-6754<br><br>**SONOS, INC.'S DISCLOSURE OF ASSERTED CLAIMS AND INFRINGEMENT CONTENTIONS**<br><br>Honorable William Alsup |

Sonos source code that demonstrates the operation of the Sonos products identified above pursuant to L.R. 3-1(g).

Moreover, Sonos is in possession of certain additional documents that may fall under Patent L.R. 3-2(e) but such documents contain information that is subject to third-party confidentiality obligations. Sonos is endeavoring to comply with these confidentiality obligations and will produce these certain additional documents as soon as Sonos is permitted pursuant to the third-party confidentiality obligations.

### F. Documents Pursuant to Patent L.R. 3-2(f)

Although Sonos is not aware of any agreements that transfer any ownership interest in the Asserted Patents, for the avoidance of doubt, Sonos has produced certain non-exclusive patent license agreements and covenants not to sue bearing production numbers SONOS-SVG2-00042905 through SONOS-SVG2-00042944. Sonos is in possession of certain additional non-exclusive patent license agreements and covenants not to sue but is prohibited from producing such agreements pursuant to third-party confidentiality obligations.

Moreover, Sonos herein incorporates by reference Sonos's Objections and Responses to Google LLC's First Set of Interrogatories (No. 13). *See* Sonos, Inc.'s Objections and Responses to Google LLC's First Set of Interrogatories (Nos. 1-20) (dated September 7, 2021).

### G. Documents Pursuant to Patent L.R. 3-2(g)

Sonos states that it has covenanted not to sue DEI Sales, Inc., and subsidiaries that existed as of May 17, 2018, for patent infringement, granted a patent license to Lenbrook Industries Limited and relevant subsidiaries on July 28, 2020, and granted a patent license to Pass & Seymour, Inc. on December 7, 2020.

Pursuant to Patent L.R. 3-2(g), Sonos states that it has produced the Lenbrook Industries Limited and Pass & Seymour, Inc. agreements at SONOS-SVG2-00042905 through SONOS-SVG2-00042944. The DEI Sales, Inc. agreement is subject to third-party confidentiality obligations and, after inquiry, Sonos is unable to produce this agreement subject to those obligations.

| | | |
|---|---|---|
| 1 | Dated: October 21, 2021 | LEE SULLIVAN SHEA & SMITH LLP |
| 2 | | By: */s/ Cole B. Richter* |
| 3 | | Cole B. Richter (*admitted pro hac*) |

Clement Seth Roberts
California Bar No. 209203
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard St.
San Francisco, CA 94105
Telephone: 415.773.5484
Facsimile: 415.773.5759
croberts@orrick.com

Bas de Blank
California Bar No. 191487
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Blvd.
Menlo Park, CA 94205
Telephone: 650.614.7343
Facsimile: 650.614.7401
bdeblank@orrick.com

Alyssa Caridis
California Bar No. 260103
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa St., Suite 3200
Los Angeles, CA 90017
Telephone: 213.612.2372
Facsimile: 213.612.2499
acaridis@orrick.com

George I. Lee (p*ro hac pending*)
Sean M. Sullivan (p*ro hac pending*)
Rory P. Shea (p*ro hac pending*)
J. Dan Smith (p*ro hac pending*)
Michael P. Boyea (p*ro hac pending*)
Cole B. Richter (p*ro hac pending*)
LEE SULLIVAN SHEA & SMITH LLP
656 W. Randolph St., Floor 5W
Chicago, IL 60661
Telephone: 312.754.9602
Facsimile: 312.754.9603
lee@ls3ip.com
sullivan@ls3ip.com
shea@ls3ip.com
smith@ls3ip.com

boyea@ls3ip.com
richter@ls3ip.com

*Attorney for Sonos, Inc.*