UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOOGLE LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SONOS, INC.,<br><br>　　　　　Defendant. | Case No. 20-cv-06754-WHA (DMR)<br><br>**ORDER RE: JANUARY 20, 2022 JOINT DISCOVERY LETTER**<br>Re: Dkt. No. 110 |

Plaintiff Google LLC ("Google") and Defendant Sonos, Inc. ("Sonos") filed a joint discovery letter on January 20, 2022 in which Google moves for an order compelling Sonos to produce its agreement with third-party DEI Sales, Inc. ("DEI") and documents related to any revenue received by Sonos as a result of the agreement. [Docket No. 110.] Sonos does not oppose the relief requested but represented to Google that the agreement contains a confidentiality provision that prevents Sonos from voluntarily producing the requested materials and that DEI has refused to consent to production. Jt. Letter 1, 3.

Google cites what appears to be Section XI of the parties' stipulated protective order, which governs "[a] non-party's protected material sought to be produced in this litigation." That provision sets forth a procedure that governs "[i]n the event that a Party is required, by a valid discovery request, to produce a Non-Party's confidential information in its possession, and the Party is subject to an agreement with the Non-Party not to produce the Non-Party's confidential information." [*See* Docket No. 92 at 22.]

Neither party addresses whether Sonos complied with the procedure set forth in Section XI of the stipulated protective order. By no later than January 27, 2022, the parties shall file a joint letter that does not exceed one page stating whether and when Sonos complied with Section XI or

1  explaining why that procedure does not apply to the discovery at issue.

2  **IT IS SO ORDERED.**

3  Dated: January 24, 2022



Donna M. Ryu
United States Magistrate Judge

United States District Court
Northern District of California