# EXHIBIT 1

# Contact Us

### Sales

Interested in Sonos? Our team is here to answer your questions and get your new system started.

Monday - Friday
10 am - 7 pm EST

**Monday - 1/17/2022 - Closed**
Call toll free. Some charges may apply. Check with your provider.

Call 800-680-2345

Email us

### Support

We're here to help with setup, control, and system performance.

Visit Support Center

### Community

Connect with other Sonos listeners and get your questions answered.

Join the conversation

### Investor relations

Take a look inside Sonos and see why we're here.

Learn more

Email us

### Media

Find the latest press releases, media kits, images, videos, and more.

Newsroom

Email us

### Social responsibility

Through our Sonos Soundwaves program, we partner with local nonprofits to provide children in need with music education.

Learn more

Want to email our CEO, Patrick Spence, directly? Click here

## Offices

**Headquarters:
Santa Barbara**

614 Chapala Street
Santa Barbara, CA 93101
+1 805-965-3001



### Boston

2 Avenue De Lafayette
Third Floor
Boston, MA 02111

### Seattle

800 5th Avenue
Floor 4
Seattle, WA 98104

### San Francisco

550 Montgomery Street
Suite 750
San Francisco, CA 94111

### Netherlands
Groest 106
1211 EE Hilversum
The Netherlands

### Paris
104 Rue Richelieu
75002 Paris, France

### Australia
3 - 5 Hill Street
Cremorne VIC 3121

### Beijing
Reignwood Plaza
Room 1101-1106
No.8 Yong An Dong Li
Jian Guo Men Wai
Beijing, China 100022

### Shanghai
Venture International Park
Tower A, Suite 802
No. 2679 Hechuan Road
Minhang District
Shanghai, China 200234

### Shenzhen
Sonos Shenzhen Representative Office
Room 510, East Tower, Coastal City, Haide 3rd Road
Business Culture Center, Nanshan District
Shenzhen, China 518054

Our Company
News
Blog
Careers
Responsibility
Innovation

| | | |
|---|---|---|
| Manage Your Account | Business Solutions | Frontline Workers |
| Order Status | Works with Sonos | Sonos App |
| Shipping and Delivery | Developer Portal | Students |
| Returns | Contact Us | Upgrade |
| Find a Store | Corporate Sales | |
| Investors | Sonos Professional | |

