# EXHIBIT 3

# TO BE FILED UNDER SEAL