# EXHIBIT 5

# TO BE FILED UNDER SEAL