# EXHIBIT 6

# TO BE FILED UNDER SEAL