CLEMENT SETH ROBERTS (STATE BAR NO. 209203)
croberts@orrick.com
ALYSSA CARIDIS (STATE BAR NO. 260103)
acaridis@orrick.com
EVAN D. BREWER (STATE BAR NO. 304411)
ebrewer@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:  +1 415 773 5700
Facsimile:  +1 415 773 5759

GEORGE I. LEE (*pro hac vice*)
lee@ls3ip.com
SEAN M. SULLIVAN (*pro hac vice*)
sullivan@ls3ip.com
COLE B. RICHTER (*pro hac vice*)
richter@ls3ip.com
RORY P. SHEA (*pro hac vice*)
shea@ls3ip.com
J. DAN SMITH (*pro hac vice*)
smith@ls3ip.com
LEE SULLIVAN SHEA & SMITH LLP
656 W Randolph St., Floor 5W
Chicago, IL 60661
Telephone:  +1 312 754 0002
Facsimile:  +1 312 754 0003

*Attorneys for Defendant Sonos, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GOOGLE LLC, | Case No. 3:20-cv-06754-WHA |
| Plaintiff, | **DECLARATION OF GEOFFREY MOSS IN SUPPORT OF SONOS, INC.'S MOTION FOR LEAVE TO AMEND INFRINGEMENT CONTENTIONS PURSUANT TO PATENT L.R. 3-6** |
| v. | |
| SONOS, INC., | |
| Defendant. | Date: March 24, 2022<br>Time: 8:00 a.m.<br>Place: Courtroom 12, 19th Floor<br>Judge: Hon. William Alsup |
| | Complaint Filed: September 28, 2020 |

I, Geoffrey Moss, declare as follows and would so testify under oath if called upon to do so:

1. I am an attorney with the law firm of Orrick, Herrington & Sutcliffe LLP, counsel of record to Sonos, Inc. ("Sonos") in the above-captioned matter. I am a member in good standing of the Bar of the State of California. I make this declaration based on my personal knowledge, unless otherwise noted. If called, I can and will testify competently to the matters set forth herein.

2. I make this declaration in support of Sonos's Motion for Leave to Amend its Infringement Contentions Pursuant to Patent L.R. 3-6.

3. On January 10, 2022, pursuant to Patent Local Rule 4-2, the parties exchanged their proposed constructions for claim terms identified by the parties in their Patent Local Rule 4-1 exchange. In its Patent Local Rule 4-2 disclosure, Google set forth its proposed constructions of "resource locators" and "local playback queue on the particular playback device" found in the asserted claims of the '615 Patent.

4. Thereafter, I participated in a review of the source code of the accused Google products on the following dates: January 12, January 13, January 14, January 18, January 19, January 31, February 1, February 2, February 3, February 4, and February 7.

5. Attached as **Exhibit 1** is a true and correct copy of Sonos's proposed Amended Infringement Contentions with redlines to reflect Sonos's proposed changes.

6. Attached as **Exhibit 2** is a true and correct copy of a February 4, 2022, email communication from Cole Richter, counsel for Sonos, to Nima Hefazi, counsel for Google.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed this 7th day of February, 2022 in Los Angeles, California.

_____
GEOFFREY MOSS

1

DECL. OF MOSS ISO SONOS'S MOT. FOR LEAVE TO AMEND INFRINGEMENT CONTENTIONS PURSUANT TO PATENT L.R. 3-6
3:20-CV-06754-WHA