# EXHIBIT 2

# Moss, Geoffrey

| | |
|---|---|
| **From:** | Cole Richter <richter@ls3ip.com> |
| **Sent:** | Friday, February 4, 2022 9:22 AM |
| **To:** | Nima Hefazi |
| **Cc:** | QE-Sonos3; Sonos-NDCA06754-service |
| **Subject:** | Google v. Sonos -- Motion for Leave |

**This message originated from outside your organization**

Nima,

Sonos intends to move the Court for leave to leave to amend its infringement contentions to address Google's PLR 4-2 proposed constructions pursuant to Patent Local Rule 3-6 and the Court's Case Management Order, Dkt. 67 at ¶17. Does Google oppose?

Best,

**Cole B. Richter**



Lee Sullivan Shea & Smith LLP
656 W Randolph St, Ste. 5W, Chicago, IL 60661
312.754.9602 *Main* | 312.757.4478 *Direct*
richter@ls3ip.com | www.ls3ip.com

1