UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA,

SAN FRANCISCO DIVISION

| | |
|---|---|
| GOOGLE LLC,<br><br>           Plaintiff,<br><br>      v.<br><br>SONOS, INC.,<br><br>           Defendant. | Case No. 3:20-cv-06754-WHA<br><br>**[PROPOSED] ORDER GRANTING SONOS, INC.'S MOTION FOR LEAVE TO AMEND INFRINGEMENT CONTENTIONS PURSUANT TO PATENT L.R. 3-6** |

1  Before the Court is Sonos, Inc's Motion for Leave to Amend Infringement Contentions
2  Pursuant to Patent L.R. 3-6 ("Motion") as to U.S. Patent No. 9,967,615. Accordingly, having
3  reviewed the parties' submissions, and good cause having been shown, the Court grants Sonos's
4  Motion.

**IT IS SO ORDERED.**

Dated: _____, 2022

_____
HON. WILLIAM H. ALSUP
United States District Judge

[PROPOSED] ORDER GRANTING SONOS'S
MOTION FOR LEAVE TO AMEND
INFRINGEMENT CONTENTIONS
3:20-CV-06754-WHA

1