1  CLEMENT SETH ROBERTS (STATE BAR NO. 209203)
   croberts@orrick.com
2  ALYSSA CARIDIS (STATE BAR NO. 260103)
   acaridis@orrick.com
3  EVAN D. BREWER (STATE BAR NO. 304411)
   ebrewer@orrick.com
4  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
5  405 Howard Street
   San Francisco, CA 94105-2669
6  Telephone:    +1 415 773 5700
   Facsimile:    +1 415 773 5759
7
   GEORGE I. LEE (*pro hac vice*)
8  lee@ls3ip.com
   SEAN M. SULLIVAN (*pro hac vice*)
9  sullivan@ls3ip.com
   COLE B. RICHTER (*pro hac vice*)
10 richter@ls3ip.com
   RORY P. SHEA (*pro hac vice*)
11 shea@ls3ip.com
   J. DAN SMITH (*pro hac vice*)
12 smith@ls3ip.com
   LEE SULLIVAN SHEA & SMITH LLP
13 656 W Randolph St., Floor 5W
   Chicago, IL 60661
14 Telephone:    +1 312 754 0002
   Facsimile:    +1 312 754 0003
15
   *Attorneys for Defendant Sonos, Inc.*
16

17                    UNITED STATES DISTRICT COURT

18                   NORTHERN DISTRICT OF CALIFORNIA,

19                        SAN FRANCISCO DIVISION

20

21 | Google LLC,                  | Case No. 3:20-cv-06754-WHA

22 |         Plaintiff,            | **PROOF OF SERVICE OF SONOS,**
                                    **INC.'S ADMINISTRATIVE MOTION**
23 |     v.                        | **TO CONSIDER WHETHER ANOTHER**
                                    **PARTY'S MATERIAL SHOULD BE**
24 | Sonos, Inc.,                  | **SEALED AND RELATED**
                                    **DOCUMENTS**
25 |         Defendant.            |

26

27

28
                                              PROOF OF SERVICE
                                              3:20-cv-06754-WHA

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action. My business address is Orrick, Herrington, & Sutcliffe, 777 South Figueroa Street, Suite 3200, Los Angeles, California 90017.

On February 7, 2022, I served the following document(s) on the interested parties in this action:

1. Sonos, Inc.'s Administrative Motion to Consider Whether Another Party's Material Should Be Sealed;

2. Declaration of Cole B. Richter in Support of Administrative Motion to Consider Whether Another Party's Material Should Be Sealed;

3. Exhibit 1 to the Declaration of Geoffrey Moss in Support of Sonos, Inc.'s Motion for Leave to Amend Infringement Contentions Pursuant to Patent L.R. 3-6 [sealed version];

4. [Proposed] Order Granting Sonos, Inc.'s Administrative Motion to Consider Whether Another Party's Material Should Be Sealed.

on the following service list as indicated below:

> Charles K. Verhoeven
> Melissa Baily
> Lindsay Cooper
> QUINN EMANUEL URQUHART & SULLIVAN, LLP
> 50 California Street, 22nd Floor
> San Francisco, California 94111-478
> charlesverhoeven@quinnemanuel.com
> qe-sonos3@quinnemanuel.com
>
> Attorneys for GOOGLE LLC

(BY E-MAIL OR ELECTRONIC TRANSMISSION) by electronically transmitting a true and correct copy of the document(s) in pdf format from email address amaruska@orrick.com to the email address(es) set forth in the service list. I did not receive, within a reasonable time after the transmission, any electronic message or indication that the transmission was unsuccessful or incomplete.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on February 7, 2022, in Los Angeles, California.

*Amy Maruska*
Amy Maruska