QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Charles K. Verhoeven (Bar No. 170151)
  charlesverhoeven@quinnemanuel.com
  Melissa Baily (Bar No. 237649)
  melissabaily@quinnemanuel.com
  Lindsay Cooper (Bar No. 287125)
  lindsaycooper@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:   (415) 875-6600
Facsimile:   (415) 875-6700

*Attorneys for Google LLC*

CLEMENT SETH ROBERTS (STATE BAR NO. 209203)
croberts@orrick.com
BAS DE BLANK (STATE BAR NO. 191487)
basdeblank@orrick.com
ALYSSA CARIDIS (STATE BAR NO. 260103)
acaridis@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: (415) 773-5700
Facsimile: (415) 773-5759

*Attorneys for Sonos, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| GOOGLE LLC,<br><br>       Plaintiff,<br><br>   vs.<br><br>SONOS, INC.,<br><br>       Defendant. | CASE NO. 3:20-cv-06754-WHA<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER OF PARTIAL DISMISSAL**<br><br>Judge:   Hon. William Alsup |

Pursuant to Federal Rule of Civil Procedure 15(a)(2) and Civil Local Rule 7-12, Plaintiff Google LLC ("Google") and Defendant Sonos, Inc. ("Sonos") have agreed to the following dismissal of claims related to U.S. Patent No. 9,344,206 ("'206 patent") and respectfully request the Court to adopt the following Stipulation:

WHEREAS, Google filed a complaint seeking a declaratory judgment of non-infringement of the '206 patent in this district on September 28, 2020 (*Google LLC v. Sonos, Inc.*, No. 3:20-cv-06754, Dkt. No. 1);

WHEREAS, Sonos filed an action in the Western District of Texas on September 29, 2020, asserting a claim for infringement of the '206 patent against Google (*Sonos, Inc. v. Google LLC*, No. 3:21-cv-07559-WHA, Dkt. No. 1);

WHEREAS, Google filed an amended complaint on December 11, 2020 seeking a declaratory judgment of non-infringement (*Google LLC v. Sonos, Inc.*, No. 3:20-cv-06754, Dkt. No. 41);

WHEREAS, Google filed an answer to Sonos's complaint asserting declaratory judgment counterclaims of non-infringement and invalidity for the '206 patent on January 8, 2021 (*Sonos, Inc. v. Google LLC*, No. 3:21-cv-07559-WHA, Dkt. No. 32);

WHEREAS, Sonos filed an amended complaint on February 17, 2021 and a second amended complaint on February 23, 2021 asserting a claim for infringement of the '206 patent against Google (*Sonos, Inc. v. Google LLC*, No. 3:21-cv-07559-WHA, Dkt. Nos. 49, 51);

WHEREAS, the Court granted Google leave to file a second amended complaint seeking a declaratory judgment of non-infringement and invalidity of the '206 patent on January 21, 2022 (*Google LLC v. Sonos, Inc.*, No. 3:20-cv-06754, Dkt. No. 111);

WHEREAS, the parties agreed on February 2, 2022 to the simultaneous dismissal of (1) Sonos's claim for infringement of the '206 patent against Google with prejudice, and (2) Google's declaratory judgment claims of non-infringement and invalidity of the '206 patent without prejudice;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and through counsel for the parties that:

1. Sonos dismisses all patent infringement claims regarding the '206 patent with prejudice;

2. Google dismisses all declaratory judgment claims of non-infringement and invalidity regarding the '206 patent without prejudice; and

3. This dismissal does not extend to any other patent asserted in this action.

WHEREFORE, Sonos and Google respectfully request that the Court enter this Stipulation as an Order of the Court.

IT IS SO STIPULATED.

Dated:  February 4, 2022                         Respectfully submitted,

*/s/ Charles K. Verhoeven*                         */s/ Alyssa Caridis*
Attorneys for GOOGLE LLC                         Attorneys for SONOS INC.

QUINN EMANUEL URQUHART &                         ORRICK, HERRINGTON & SUTCLIFFE
SULLIVAN, LLP                                    LLP

*Counsel for Google LLC*                         *Counsel for Sonos Inc.*

**ECF ATTESTATION**

I, Charles K. Verhoeven, am the ECF User whose ID and password are being used to file this Joint Stipulation. In compliance with Civil Local Rule 5-1, I hereby attest that Alyssa Caridis, counsel for Sonos, has concurred in this filing.

Dated: February 4, 2022

Charles K. Verhoeven
QUINN EMANUEL URQUHART & SULLIVAN, LLP

By:   */s/ Charles K. Verhoeven*
       Charles K. Verhoeven

1                  [~~PROPOSED~~] **ORDER**

2     **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

5    DATED: __February 18_____, 2022   By: _____

6                                           Hon. William Alsup
                                                United States District Judge