CLEMENT SETH ROBERTS (STATE BAR NO. 209203)
croberts@orrick.com
ALYSSA CARIDIS (STATE BAR NO. 260103)
acaridis@orrick.com
EVAN D. BREWER (STATE BAR NO. 304411)
ebrewer@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:   +1 415 773 5700
Facsimile:   +1 415 773 5759

GEORGE I. LEE (*pro hac vice*)
lee@ls3ip.com
SEAN M. SULLIVAN (*pro hac vice*)
sullivan@ls3ip.com
COLE B. RICHTER (*pro hac vice*)
richter@ls3ip.com
RORY P. SHEA (*pro hac vice*)
shea@ls3ip.com
J. DAN SMITH (*pro hac vice*)
smith@ls3ip.com
LEE SULLIVAN SHEA & SMITH LLP
656 W Randolph St., Floor 5W
Chicago, IL 60661
Telephone:   +1 312 754 0002
Facsimile:   +1 312 754 0003

*Attorneys for Defendant Sonos, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GOOGLE LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SONOS, INC.,<br><br>　　　　　Defendant. | Case No. 3:20-cv-06754-WHA<br><br>**DECLARATION OF COLE B. RICHTER IN SUPPORT OF SONOS, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL DOCUMENTS FILED IN SUPPORT OF ITS ANSWER TO GOOGLE LLC'S SECOND AMENDED COMPLAINT** |

1  I, Cole B. Richter, declare as follows and would so testify under oath if called upon to do so:

2. 1. I am an attorney with the law firm of Lee Sullivan Shea & Smith LLP, counsel of record to Sonos, Inc. ("Sonos") in the above-captioned matter. I am a member in good standing of the Bar of the State of Illinois. I have been admitted *pro hac vice* in this matter.  I make this declaration based on my personal knowledge, unless otherwise noted. If called, I can and will testify competently to the matters set forth herein.

2. I make this declaration in support of Sonos's Administrative Motion to File Under Seal in connection with Sonos, Inc.'s Answer to Google LLC's Second Amended Complaint and Sonos, Inc's Counterclaims ("Sonos's Answer to SAC").

3. Sonos seeks an order sealing the materials as listed below:

| DOCUMENT | PORTIONS TO BE SEAL | DESIGNATING PARTY |
|---|---|---|
| Exhibit AU to Sonos's Answer to SAC | Entire Document | Sonos |
| Exhibit AV to Sonos's Answer to SAC | Entire Document | Sonos |
| Exhibit AW to Sonos's Answer to SAC | Entire Document | Sonos |
| Exhibit AX to Sonos's Answer to SAC | Entire Document | Sonos |
| Exhibit AY to Sonos's Answer to SAC | Entire Document | Sonos |
| Exhibit AZ to Sonos's Answer to SAC | Entire Document | Sonos |
| Exhibit BA to Sonos's Answer to SAC | Entire Document | Sonos |
| Exhibit BB to Sonos's Answer to SAC | Entire Document | Sonos |
| Exhibit BC to Sonos's Answer to SAC | Entire Document | Sonos |
| Exhibit BD to Sonos's Answer to SAC | Entire Document | Sonos |
| Exhibit BE to Sonos's Answer to SAC | Entire Document | Sonos |
| Exhibit BG to Sonos's Answer to SAC | Entire Document | Sonos |
| Exhibit BH to Sonos's Answer to SAC | Entire Document | Sonos |
| Exhibit BI to Sonos's Answer to SAC | Entire Document | Sonos |
| Exhibit BJ to Sonos's Answer to SAC | Entire Document | Sonos |
| Exhibit BL to Sonos's Answer to SAC | Entire Document | Sonos |
| Exhibit BM to Sonos's Answer to SAC | Entire Document | Sonos |

| DOCUMENT | PORTIONS TO BE SEAL | DESIGNATING PARTY |
|---|---|---|
| Exhibit BO to Sonos's Answer to SAC | Entire Document | Sonos |
| Exhibit BP to Sonos's Answer to SAC | Entire Document | Sonos |
| Exhibit CC to Sonos's Answer to SAC | Entire Document | Sonos |
| Exhibit CE to Sonos's Answer to SAC | Entire Document | Sonos |

4. Exhibits BO, BP, CC, and CE reference Sonos's confidential business information and include confidential business agreements and licensing negotiations that are not public. Public disclosure of this information would harm Sonos's competitive standing and its ability to negotiate future business agreements because it would give competitors access to Sonos's confidential business strategies. If such information were made publicly available, I understand that Sonos's competitive standing would be significantly harmed. A less restrictive alternative than sealing the highlighted portions of Sonos's Answer to SAC and the exhibits in their entirety would not be sufficient because the information sought to be sealed is Sonos's confidential business information but is integral to the defenses in Sonos's Answer to SAC.

5. Additionally, Exhibits AU, AV, AW, AX, AY, AZ, BA, BB, BC, BD, BE, BG, BH, BI, BJ, BL, and BM reference Sonos's confidential business information and trade secrets, including details regarding the source code, architecture, and technical operation of various products. The specifics of how these functionalities operate is confidential information that Sonos does not share publicly. Thus, public disclosure of such information may lead to competitive harm as Sonos's competitors could use these details regarding the architecture and functionality of these products to gain a competitive advantage in the marketplace with respect to their competing products. A less restrictive alternative than sealing these exhibits would not be sufficient because the information sought to be sealed is Sonos's confidential business information and trade secrets and is integral to Sonos's defenses.

//

//

//

1  I declare under penalty of perjury that the foregoing is true and correct to the best of my
2  knowledge.  Executed this 18th day of February, 2022 in Chicago, Illinois.

*/s/ Cole B. Richter*
COLE B. RICHTER