UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA,

SAN FRANCISCO DIVISION

| | |
|---|---|
| GOOGLE LLC,<br><br>          Plaintiff,<br><br>     v.<br><br>SONOS, INC.,<br><br>          Defendant. | Case No. 3:20-cv-06754-WHA<br><br>**[PROPOSED] ORDER GRANTING SONOS, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL DOCUMENTS FILED IN SUPPORT OF ITS ANSWER TO GOOGLE LLC'S SECOND AMENDED COMPLAINT** |

Pursuant to Civil Local Rules 7-11 and 79-5, Defendant Sonos, Inc. ("Sonos") has filed an administrative motion ("Sonos's Administrative Motion") to file under seal certain exhibits filed in support of Sonos, Inc.'s Answer to Google LLC's Second Amended Complaint and Sonos, Inc's Counterclaims ("Sonos's Answer to SAC"). Having considered Sonos's Administrative Motion, and good cause to seal having been shown, the Court GRANTS Sonos's Administrative Motion and ORDERS sealed the following:

| DOCUMENT | PORTIONS TO BE SEAL | DESIGNATING PARTY |
| --- | --- | --- |
| Exhibit AU to Sonos's Answer to SAC | Entire Document | Sonos |
| Exhibit AV to Sonos's Answer to SAC | Entire Document | Sonos |
| Exhibit AW to Sonos's Answer to SAC | Entire Document | Sonos |
| Exhibit AX to Sonos's Answer to SAC | Entire Document | Sonos |
| Exhibit AY to Sonos's Answer to SAC | Entire Document | Sonos |
| Exhibit AZ to Sonos's Answer to SAC | Entire Document | Sonos |
| Exhibit BA to Sonos's Answer to SAC | Entire Document | Sonos |
| Exhibit BB to Sonos's Answer to SAC | Entire Document | Sonos |
| Exhibit BC to Sonos's Answer to SAC | Entire Document | Sonos |
| Exhibit BD to Sonos's Answer to SAC | Entire Document | Sonos |
| Exhibit BE to Sonos's Answer to SAC | Entire Document | Sonos |
| Exhibit BG to Sonos's Answer to SAC | Entire Document | Sonos |
| Exhibit BH to Sonos's Answer to SAC | Entire Document | Sonos |
| Exhibit BI to Sonos's Answer to SAC | Entire Document | Sonos |
| Exhibit BJ to Sonos's Answer to SAC | Entire Document | Sonos |
| Exhibit BL to Sonos's Answer to SAC | Entire Document | Sonos |
| Exhibit BM to Sonos's Answer to SAC | Entire Document | Sonos |
| Exhibit BO to Sonos's Answer to SAC | Entire Document | Sonos |
| Exhibit BP to Sonos's Answer to SAC | Entire Document | Sonos |
| Exhibit CC to Sonos's Answer to SAC | Entire Document | Sonos |
| Exhibit CE to Sonos's Answer to SAC | Entire Document | Sonos |

1  Dated: _____, 2022

                                                    HON. WILLIAM H. ALSUP
                                                    United States District Judge