CLEMENT SETH ROBERTS (STATE BAR NO. 209203)
croberts@orrick.com
BAS DE BLANK (STATE BAR NO. 191487)
basdeblank@orrick.com
ALYSSA CARIDIS (STATE BAR NO. 260103)
acaridis@orrick.com
EVAN D. BREWER (STATE BAR NO. 304411)
ebrewer@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:   +1 415 773 5700
Facsimile:   +1 415 773 5759

SEAN M. SULLIVAN (*pro hac vice*)
sullivan@ls3ip.com
COLE B. RICHTER (*pro hac vice*)
richter@ls3ip.com
LEE SULLIVAN SHEA & SMITH LLP
656 W Randolph St., Floor 5W
Chicago, IL 60661
Telephone:   +1 312 754 0002
Facsimile:   +1 312 754 0003

*Attorneys for Defendant Sonos, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA,

SAN FRANCISCO DIVISION

| | |
|---|---|
| GOOGLE LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SONOS, INC.,<br><br>　　　　　Defendant. | Case No. 3:20-cv-06754-WHA<br><br>**SONOS, INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |

## I. INTRODUCTION

Pursuant to Civil Local Rule 79-5(f), Defendant Sonos, Inc. ("Sonos") hereby respectfully submits this Administrative Motion to Consider Whether Another Party's Material Should Be Sealed ("Administrative Motion") in connection with Sonos, Inc.'s Answer to Google LLC's Second Amended Complaint and Sonos, Inc's Counterclaims ("Sonos's Answer to SAC"). Specifically, Sonos seeks to file under seal the information and documents listed below:

| DOCUMENT | PORTIONS TO BE SEALED | DESIGNATING PARTY |
|---|---|---|
| Sonos's Answer to SAC | Portions highlighted in green | Google |
| Exhibit AU to Sonos's Answer to SAC | Entire Document | Google |
| Exhibit AV to Sonos's Answer to SAC | Entire Document | Google |
| Exhibit AW to Sonos's Answer to SAC | Entire Document | Google |
| Exhibit AX to Sonos's Answer to SAC | Entire Document | Google |
| Exhibit AY to Sonos's Answer to SAC | Entire Document | Google |
| Exhibit AZ to Sonos's Answer to SAC | Entire Document | Google |
| Exhibit BA to Sonos's Answer to SAC | Entire Document | Google |
| Exhibit BB to Sonos's Answer to SAC | Entire Document | Google |
| Exhibit BC to Sonos's Answer to SAC | Entire Document | Google |
| Exhibit BD to Sonos's Answer to SAC | Entire Document | Google |
| Exhibit BE to Sonos's Answer to SAC | Entire Document | Google |
| Exhibit BG to Sonos's Answer to SAC | Entire Document | Google |
| Exhibit BH to Sonos's Answer to SAC | Entire Document | Google |
| Exhibit BI to Sonos's Answer to SAC | Entire Document | Google |
| Exhibit BJ to Sonos's Answer to SAC | Entire Document | Google |
| Exhibit BL to Sonos's Answer to SAC | Entire Document | Google |
| Exhibit BM to Sonos's Answer to SAC | Entire Document | Google |
| Exhibit BO to Sonos's Answer to SAC | Entire Document | Google |
| Exhibit BP to Sonos's Answer to SAC | Entire Document | Google |
| Exhibit CC to Sonos's Answer to SAC | Entire Document | Google |
| Exhibit CD to Sonos's Answer to SAC | Entire Document | Google |
| Exhibit CE to Sonos's Answer to SAC | Entire Document | Google |

| DOCUMENT | PORTIONS TO BE SEALED | DESIGNATING PARTY |
|---|---|---|
| Exhibit CI to Sonos's Answer to SAC | Entire Document | Google |
| Exhibit CJ to Sonos's Answer to SAC | Entire Document | Google |
| Exhibit CK to Sonos's Answer to SAC | Entire Document | Google |
| Exhibit CL to Sonos's Answer to SAC | Entire Document | Google |

## II. LEGAL STANDARD

Materials and documents may be provisionally filed under seal pursuant to Civil Local Rule 79-5(f) when the document, or portions thereof, "has been designated as confidential by another party or non-party." *See* L.R. 79-5(f).

## III. GOOGLE'S CONFIDENTIAL INFORMATION

Sonos seeks to seal certain portions of Sonos's Answer to SAC and documents filed in support thereof because they may contain information that Google LLC ("Google") considers Confidential and/or Highly Confidential-Attorneys' Eyes Only and/or Highly Confidential-Source Code pursuant to the Protective Order entered by this Court. Dkt. 92. Sonos takes no position on the merits of sealing Google's designated material, and expects Google to file one or more declarations in accordance with the Local Rules.

## IV. CONCLUSION

In compliance with Civil Local Rule 79-5(d) and (e), redacted and unredacted versions of the above-listed documents accompany this Administrative Motion. A proposed order is being filed concurrently herewith. For the foregoing reasons, Sonos respectfully requests that the Court grant Sonos's Administrative Motion.

Dated: February 18, 2022

By: */s/ Cole B. Richter*
CLEMENT SETH ROBERTS
ALYSSA CARIDIS
EVAN D. BREWER

ORRICK, HERRINGTON & SUTCLIFFE LLP

GEORGE I. LEE
SEAN M. SULLIVAN
COLE B. RICHTER
RORY P. SHEA
J. DAN SMITH

LEE SULLIVAN SHEA & SMITH LLP

*Attorneys for Defendant Sonos, Inc.*