UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA,

SAN FRANCISCO DIVISION

| | |
|---|---|
| GOOGLE LLC,<br><br>       Plaintiff,<br><br>  v.<br><br>SONOS, INC.,<br><br>       Defendant. | Case No. 3:20-cv-06754-WHA<br><br>**[PROPOSED] ORDER GRANTING SONOS, INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |

1  Pursuant to Civil Local Rule 79-5, Defendant Sonos, Inc. ("Sonos") has filed an
2  Administrative Motion to Consider Whether Another Party's Material Should Be Sealed
3  ("Administrative Motion") in connection with Sonos, Inc.'s Answer to Google LLC's Second
4  Amended Complaint and Sonos, Inc's Counterclaims ("Sonos's Answer to SAC").  Having
5  considered Sonos's Administrative Motion, and good cause to seal having been shown, the Court
6  GRANTS Sonos's Administrative Motion and ORDERS sealed the following:

| DOCUMENT | PORTIONS TO BE SEAL | DESIGNATING PARTY |
|---|---|---|
| Sonos's Answer to SAC | Portions highlighted in green | Google |
| Exhibit AU to Sonos's Answer to SAC | Entire Document | Google |
| Exhibit AV to Sonos's Answer to SAC | Entire Document | Google |
| Exhibit AW to Sonos's Answer to SAC | Entire Document | Google |
| Exhibit AX to Sonos's Answer to SAC | Entire Document | Google |
| Exhibit AY to Sonos's Answer to SAC | Entire Document | Google |
| Exhibit AZ to Sonos's Answer to SAC | Entire Document | Google |
| Exhibit BA to Sonos's Answer to SAC | Entire Document | Google |
| Exhibit BB to Sonos's Answer to SAC | Entire Document | Google |
| Exhibit BC to Sonos's Answer to SAC | Entire Document | Google |
| Exhibit BD to Sonos's Answer to SAC | Entire Document | Google |
| Exhibit BE to Sonos's Answer to SAC | Entire Document | Google |
| Exhibit BG to Sonos's Answer to SAC | Entire Document | Google |
| Exhibit BH to Sonos's Answer to SAC | Entire Document | Google |
| Exhibit BI to Sonos's Answer to SAC | Entire Document | Google |
| Exhibit BJ to Sonos's Answer to SAC | Entire Document | Google |
| Exhibit BL to Sonos's Answer to SAC | Entire Document | Google |
| Exhibit BM to Sonos's Answer to SAC | Entire Document | Google |
| Exhibit BO to Sonos's Answer to SAC | Entire Document | Google |
| Exhibit BP to Sonos's Answer to SAC | Entire Document | Google |
| Exhibit CC to Sonos's Answer to SAC | Entire Document | Google |
| Exhibit CD to Sonos's Answer to SAC | Entire Document | Google |
| Exhibit CE to Sonos's Answer to SAC | Entire Document | Google |

| DOCUMENT | PORTIONS TO BE SEAL | DESIGNATING PARTY |
|---|---|---|
| Exhibit CI to Sonos's Answer to SAC | Entire Document | Google |
| Exhibit CJ to Sonos's Answer to SAC | Entire Document | Google |
| Exhibit CK to Sonos's Answer to SAC | Entire Document | Google |
| Exhibit CL to Sonos's Answer to SAC | Entire Document | Google |

Dated: _____, 2022

_____
HON. WILLIAM H. ALSUP
United States District Judge