# EXHIBIT E



# Top 300 Organizations Granted U.S. Patents in 2017

Are more patents better?

*IPO does not attempt to answer the question above.  IPO publishes patent owner lists as an information service for IPO members.*

*This list of organizations that received the most U.S. utility patents is being published by IPO for the 35th consecutive year.  It is based on data obtained from the U.S. Patent and Trademark Office.*

*Patents granted to parent and subsidiary companies are combined in many instances.  See the end notes for more information.  IPO makes reasonable efforts to avoid errors, but cannot guarantee accuracy.*

*18 June 2018*

# 2017 Patent Owners
**Numerical Listing**

Use care in interpreting the "percent change from 2016" column.   The total number of patents granted by the USPTO in 2017 was 318,829, up 5 percent from 2016.   The percent change for an individual organization could be affected by mergers, acquisitions, divestitures, inconsistent treatment of subsidiaries in 2016 and 2017, and many other factors.

| Rank | Organization | 2017 Patents | Percent Change From 2016 | Rank | Organization | 2017 Patents | Percent Change From 2016 |
|---|---|---|---|---|---|---|---|
| 1 | International Business Machines Corp. | 8,996 | 10.8 | 38 | Cisco Technology, Inc. | 989 | 0.2 |
|  |  |  |  | 39 | Koninklijke Philips N.V. | 973 | -14.2 |
| 2 | Samsung Electronics Co., Ltd. | 5,810 | 5.3 |  | Semiconductor Energy Laboratory Co., Ltd. | 973 | -8.3 |
| 3 | Intel Corp. | 3,726 | 8.4 |  |  |  |  |
| 4 | Canon K.K. | 3,664 | -5.5 | 41 | SK Hynix Inc. | 938 | -18.1 |
| 5 | Alphabet Inc. | 3,065 | new | 42 | Texas Instruments, Inc. | 923 | 3.9 |
| 6 | General Electric Co. | 2,989 | 14.2 | 43 | Denso Corp. | 863 | 18.7 |
| 7 | Qualcomm, Inc. | 2,728 | -14.3 | 44 | Honda Motor Co., Ltd. | 854 | -1.9 |
| 8 | LG Electronics Inc. | 2,696 | 10.0 | 45 | Western Digital Corp. | 837 | -27.4 |
| 9 | Microsoft Corp. | 2,601 | 1.7 | 46 | NEC Corp. | 816 | -7.8 |
| 10 | Taiwan Semiconductor Manufacturing Co., Ltd. | 2,408 | 6.1 | 47 | Micron Technology, Inc. | 807 | -9.3 |
|  |  |  |  | 48 | Globalfoundries Inc. | 782 | -73.9 |
| 11 | Samsung Display Co., Ltd. | 2,266 | 11.3 | 49 | The Dow Chemical Co. | 765 | 7.8 |
| 12 | Apple, Inc. | 2,225 | 5.6 | 50 | Oracle International Corp. | 753 | 12.1 |
| 13 | Sony Corp. | 2,116 | -2.5 | 51 | Halliburton Energy Services, Inc. | 738 | 25.6 |
| 14 | Toyota Jidosha K.K. | 2,015 | 23.6 |  |  |  |  |
| 15 | Amazon Technologies, Inc. | 1,960 | 15.2 | 52 | Verizon | 715 | -5.5 |
| 16 | Toshiba Corp. | 1,891 | -1.5 | 53 | Shenzhen China Star Optoelectronics Technology Co., Ltd. | 709 | 30.5 |
| 17 | Ford Global Technologies, LLC | 1,876 | 18.4 |  |  |  |  |
| 18 | Dell Technologies | 1,681 | 3.2 |  |  |  |  |
| 19 | Telefonaktiebolaget LM Ericsson | 1,551 | -0.1 | 54 | Brother Kogyo K.K. | 705 | -31.3 |
|  |  |  |  | 55 | Fujifilm Corp. | 691 | -1.2 |
| 20 | Siemens AG | 1,538 | 3.6 | 56 | Schlumberger Technology Corp. | 680 | -0.7 |
| 21 | Fujitsu Ltd. | 1,531 | -2.1 | 57 | Sharp Corp. | 679 | -20.5 |
| 22 | Huawei Technologies Co., Ltd. | 1,472 | 18.6 | 58 | Infineon Technologies AG | 677 | 8.7 |
| 23 | United Technologies Corp. | 1,423 | 23.0 | 59 | STMicroelectronics, Inc. | 675 | -9.2 |
| 24 | Medtronic Inc. | 1,414 | -1.9 | 60 | Facebook, Inc. | 660 | 33.0 |
| 25 | Seiko Epson Corp. | 1,404 | -17.1 | 61 | LG Chem., Ltd. | 634 | 24.6 |
| 26 | Nokia Corp. | 1,381 | new | 62 | Kyocera Document Solutions Inc. | 632 | -17.1 |
| 27 | BOE Technology Group Co., Ltd. | 1,376 | 40.8 |  |  |  |  |
|  |  |  |  | 63 | HP Inc. | 630 | -4.1 |
| 28 | Panasonic Intellectual Property Management Co., Ltd. | 1,338 | -4.6 | 64 | Olympus Corp. | 613 | 9.5 |
|  |  |  |  | 65 | LG Display Co., Ltd. | 604 | -5.6 |
| 29 | Hyundai Motor Co. | 1,295 | 20.3 | 66 | 3M Innovative Properties Co. | 602 | 11.5 |
| 30 | AT&T Corp. | 1,263 | -0.2 |  | NXP USA, Inc. | 602 | new |
| 31 | Boeing Co. | 1,171 | 10.2 | 68 | Renesas Electronics Corp. | 601 | 2.0 |
| 32 | Robert Bosch GmbH | 1,158 | 3.1 | 69 | Caterpillar Inc. | 595 | 15.5 |
| 33 | Johnson & Johnson | 1,147 | 18.7 | 70 | Applied Materials, Inc. | 590 | -1.9 |
| 34 | Mitsubishi Denki K.K. | 1,142 | 11.5 | 71 | Xerox Corp. | 586 | -30.0 |
| 35 | Ricoh Co., Ltd. | 1,140 | -23.2 | 72 | Electronics and Telecommunications Research Institute | 585 | -12.8 |
| 36 | GM Global Technology Operations LLC | 1,063 | -4.9 |  |  |  |  |
| 37 | Honeywell International Inc. | 1,036 | 20.8 | 73 | Fuji Xerox Co., Ltd. | 569 | -1.9 |

www.ipo.org

1

**2017 Patent Owners Numerical Listing**

| Rank | Organization | 2017 Patents | Percent Change From 2016 |
|---|---|---|---|
| 74 | Murata Manufacturing Co., Ltd. | 563 | 16.9 |
| 75 | Japan Display Inc. | 553 | 15.6 |
| 76 | Corning Inc. | 547 | 28.0 |
| 77 | University of California, The Regents of | 524 | 3.6 |
| 78 | SAP AG | 521 | 4.6 |
| 79 | LG Innotek Co., Ltd. | 520 | 11.7 |
| 80 | Kyocera Corp. | 509 | 23.8 |
| 81 | Blackberry Ltd. | 506 | -52.0 |
| 82 | Hewlett Packard Enterprise | 505 | -21.8 |
| 83 | Konica Minolta, Inc. | 495 | 9.9 |
| 84 | Hitachi, Ltd. | 491 | -4.3 |
| 85 | Procter & Gamble Co. | 469 | 15.4 |
| 86 | DuPont | 465 | -10.3 |
| 87 | Commissariat a l'Energie Atomique et aux Energies Alternatives | 458 | 3.5 |
| 88 | Seagate Technology, LLC | 457 | -14.2 |
| 89 | Monsanto Technology, LLC | 434 | -26.0 |
| 90 | Avago Technologies General IP (Singapore) Pte. Ltd. | 431 | 24.8 |
| 91 | Mitsubishi Heavy Industries, Ltd. | 427 | 7.0 |
| 92 | BASF SE | 415 | -1.9 |
| 93 | ZTE Corp. | 407 | -16.0 |
| 94 | Tokyo Electron Ltd. | 403 | 3.7 |
| 95 | Mediatek Inc. | 398 | 29.6 |
| 96 | Becton Dickinson and Co. | 397 | 35.8 |
|  | Samsung SDI Co., Ltd. | 397 | -9.1 |
| 98 | Sprint Corp. | 391 | -30.7 |
| 99 | Nike, Inc. | 372 | -11.6 |
| 100 | Rolls-Royce PLC | 359 | 26.5 |
| 101 | Nissan Motor Co., Ltd. | 357 | 11.2 |
| 102 | Tencent Technology (Shenzhen) Co. Ltd. | 354 | 25.1 |
|  | United States of America, Navy | 354 | 5.1 |
| 104 | United Microelectronics Corp. | 351 | 7.7 |
| 105 | Yazaki Corp. | 349 | -12.9 |
| 106 | Futurewei Technologies, Inc. | 345 | 0.3 |
| 107 | Dolby Laboratories, Inc. | 344 | 32.8 |
| 108 | ExxonMobil Corp. | 339 | -18.0 |
| 109 | Raytheon Co. | 336 | -9.8 |
| 110 | Adobe Systems Inc. | 334 | -5.4 |
| 111 | Deere & Co. | 328 | 27.1 |
| 112 | Roche Holdings, Inc. | 323 | -20.1 |
| 113 | Boston Scientific Scimed, Inc. | 320 | 2.8 |
| 114 | Empire Technology Development LLC | 314 | -8.9 |
|  | Philips Lighting Holding B.V. | 314 | new |
| 116 | Industrial Technology Research Institute, Taiwan | 312 | -19.9 |
| 117 | Koch Industries | 310 | 50.6 |
| 118 | Massachusetts Institute of Technology | 306 | 9.2 |
| 119 | TE Connectivity | 301 | 8.0 |
| 120 | Fanuc Corp. | 299 | 32.1 |
| 121 | NXP B.V. | 296 | 2.0 |
| 122 | Elwha LLC | 294 | 22.4 |
| 123 | InterDigital Technology Corp. | 291 | 5.8 |
| 124 | Bayer Intellectual Property GmbH | 290 | 52.4 |
| 125 | Bank of America Corp. | 288 | 3.1 |
| 126 | Rohm Co., Ltd. | 286 | 0.7 |
| 127 | Sanofi | 284 | -5.6 |
|  | Whirlpool Corp. | 284 | 22.2 |
| 129 | Samsung Electro-Mechanics Co., Ltd. | 281 | -46.6 |
| 130 | Fuji Electric Co., Ltd. | 279 | 19.4 |
|  | Nvidia Corp. | 279 | -25.4 |
| 132 | CNH Industrial America LLC | 272 | 44.5 |
| 133 | Hon Hai Precision Industry Co., Ltd. | 271 | -57.9 |
|  | Schaeffler Technologies AG & Co. KG | 271 | 29.2 |
| 135 | Commscope Technologies LLC | 270 | 25.6 |
| 136 | Novartis AG | 262 | 5.7 |
| 137 | Juniper Networks, Inc. | 259 | 5.4 |
| 138 | Eaton Corp. | 257 | 16.7 |
| 139 | Sumitomo Electric Industries, Ltd. | 255 | -5.5 |
| 140 | Illinois Tool Works Inc. | 250 | 10.8 |
| 141 | Stryker Corp. | 244 | 21.7 |
| 142 | ABB Ltd. | 243 | -30.5 |
|  | NetApp, Inc. | 243 | -3.3 |
| 144 | Infineon Technologies Austria AG | 242 | 18.2 |
|  | Thomson Licensing S.A. | 242 | -7.4 |
| 146 | Hitachi Automotive Systems, Ltd. | 235 | 16.2 |
|  | Saint-Gobain Corp. | 235 | 10.2 |
|  | Societe Nationale d'Etude et de Construction de Moteurs d'Aviation | 235 | 18.7 |
| 149 | Marvell International Ltd. | 231 | new |
| 150 | Disney Enterprises, Inc. | 227 | 14.1 |
| 151 | ASML Netherlands B.V. | 223 | -0.9 |
|  | Audi AG | 223 | 10.8 |
| 153 | Ebay Inc. | 220 | 20.0 |
| 154 | University of Texas | 219 | 26.0 |
| 155 | Saudi Arabian Oil Co. | 218 | 21.6 |

**2017 Patent Owners Numerical Listing**

| Rank | Organization | 2017 Patents | Percent Change From 2016 | Rank | Organization | 2017 Patents | Percent Change From 2016 |
|---|---|---|---|---|---|---|---|
| 156 | Semiconductor Components Industries, LLC | 217 | 6.5 | | Lockheed Martin Corp. | 171 | -11.1 |
| 157 | Symantec Corp. | 214 | 0.9 | | Panasonic Intellectual Property Corp. of America | 171 | -78.9 |
| 158 | Nikon Corp. | 212 | -0.5 | 202 | Nitto Denko Corp. | 170 | -17.1 |
| 159 | Salesforce.com, Inc. | 211 | -6.2 | 203 | LSIS Co., Ltd. | 169 | 30.8 |
| | Shin Etsu Chemical Co., Ltd. | 211 | 3.3 | 204 | Haier US Appliance Solutions, Inc. | 168 | new |
| 161 | Casio Computer Co. Ltd. | 206 | -7.3 | 205 | King Fahd University of Petroleum and Minerals | 167 | new |
| | Cree, Inc. | 206 | -17.0 | | Mahle International GmbH | 167 | 26.9 |
| | Merck Patent GmbH | 206 | 18.4 | 207 | Johns Hopkins University | 164 | -1.8 |
| | Skyworks Solutions, Inc. | 206 | new | 208 | Ecolab USA Inc. | 163 | 14.7 |
| 165 | CA, Inc. | 204 | 10.3 | 209 | Airbus Operations S.A.S. | 162 | 4.9 |
| | Stanford University | 204 | -19.6 | | Comcast Cable Communications, LLC | 162 | new |
| | Sun Patent Trust | 204 | 42.2 | | Foxconn Interconnect Technology Ltd. | 162 | 9.3 |
| | Xperi Corp. | 204 | 6.4 | | Wisconsin Alumni Research Foundation | 162 | -3.7 |
| 169 | Merck & Co., Inc. | 203 | 3.0 | 213 | Nintendo Co., Ltd. | 161 | -28.6 |
| 170 | Paypal. Inc. | 202 | 27.7 | | Rambus, Inc. | 161 | -5.6 |
| 171 | LAM Research Corp. | 201 | 10.9 | 215 | Cooper Technologies Co. | 159 | 15.7 |
| 172 | Airbus Operations GmbH | 200 | -10.5 | 216 | Hitachi Metals Ltd. | 158 | -12.7 |
| | HTC Corp. | 200 | -7.5 | | IGT | 158 | -56.3 |
| 174 | Nichia Corp. | 196 | 25.5 | 218 | Nippon Steel & Sumitomo Metal Corp. | 157 | 2.5 |
| 175 | ARM Ltd. | 195 | 40.5 | 219 | AU Optronics Corp. | 156 | -42.3 |
| | Avaya Inc. | 195 | 3.1 | | Harvard College, President and Fellows | 156 | new |
| 177 | TDK Corp. | 194 | 22.2 | 221 | Daikin Industries Ltd. | 155 | 0.0 |
| 178 | Komatsu Ltd. | 193 | 21.2 | 222 | BAE Systems | 154 | -10.4 |
| 179 | KLA-Tencor Corp. | 192 | 13.5 | | Syngenta Participations AG | 154 | 16.9 |
| | NTT Docomo, Inc. | 192 | -12.0 | 224 | Cardiac Pacemakers, Inc. | 153 | -3.9 |
| | Red Hat, Inc. | 192 | -5.2 | 225 | Accenture Global Services Ltd. | 152 | 3.9 |
| 182 | Continental Automotive GmbH | 189 | 21.2 | | Northrop Grumman Systems Corp. | 152 | new |
| | Sumitomo Chemical Co., Ltd. | 189 | 9.5 | 227 | Aisin Seiki K.K. | 151 | 2.0 |
| 184 | Wistron Corp. | 187 | -69.5 | | Carl Zeiss SMT GmbH | 151 | 15.2 |
| 185 | Cook Medical Technologies LLC | 186 | -11.3 | | Shimadzu Corp. | 151 | 14.6 |
| 186 | Hitachi High-Technologies Corp. | 185 | -9.7 | 230 | California Institute of Technology | 150 | -34.0 |
| 187 | Osram Opto Semiconductors GmbH | 184 | 12.5 | | Chevron USA Inc. | 150 | 14.0 |
| 188 | Sumitomo Wiring Systems, Ltd. | 183 | 24.6 | | Globus Medical Inc. | 150 | 2.7 |
| 189 | Semiconductor Manufacturing International (Shanghai) Corp. | 182 | 18.7 | | Marvell World Trade Ltd. | 150 | new |
| 190 | Lenovo (Singapore) Pte. Ltd. | 179 | -2.8 | | Nielsen | 150 | -12.7 |
| | Rockwell Automation Technologies, Inc. | 179 | 21.2 | 235 | L'Oreal S.A. | 149 | 23.5 |
| 192 | Thales | 178 | 12.9 | | Panasonic Corp. | 149 | 2.7 |
| 193 | Aktiebolaget SKF | 177 | 15.8 | 237 | Here Global B.V. | 148 | 19.6 |
| 194 | Bally Gaming, Inc. | 176 | -19.9 | | Omron Corp. | 148 | 10.8 |
| | Tsinghua University | 176 | -1.7 | | Synaptics, Inc. | 148 | new |
| 196 | Bayerische Motoren Werke AG | 174 | 28.2 | | | | |
| 197 | Echostar Technologies LLC | 172 | 14.5 | | | | |
| | Rockwell Collins, Inc. | 172 | 21.5 | | | | |
| 199 | Bridgestone Corp. | 171 | -15.2 | | | | |

www.ipo.org

**2017 Patent Owners Numerical Listing**

| Rank | Organization | 2017 Patents | Percent Change From 2016 |
|---|---|---|---|
| 240 | Macronix International Co., Ltd. | 147 | -59.9 |
|  | Shimano Inc. | 147 | -6.1 |
|  | ZF Friedrichshafen, AG | 147 | -11.6 |
| 243 | Kobe Steel, Ltd. | 145 | 13.8 |
| 244 | Delta Electronics Inc. | 144 | 8.3 |
|  | Jtekt Corp. | 144 | -4.9 |
| 246 | Innolux Corp. | 143 | new |
| 247 | Evonik Degussa GmbH | 142 | new |
|  | Toyoda Jidoshokki Seisakusho K.K. | 142 | new |
|  | United States of America, Army | 142 | 4.2 |
| 250 | Borgwarner Inc. | 141 | new |
|  | Kawasaki Jukogyo K.K. | 141 | -6.4 |
| 252 | Acushnet Co. | 140 | 10.0 |
|  | Bose Corp. | 140 | new |
|  | Compagnie Generale des Etablissements Michelin | 140 | 19.3 |
| 255 | Nuance Communications, Inc. | 139 | 4.3 |
| 256 | Analog Devices, Inc. | 138 | 2.2 |
|  | Xiaomi Inc. | 138 | new |
| 258 | Advanced Micro Devices, Inc. | 137 | -54.7 |
|  | Hyundai Mobis, Co., Ltd. | 137 | 13.9 |
| 260 | Nestec, S.A. | 136 | -22.1 |
|  | Open Invention Network, LLC | 136 | 11.8 |
|  | Toray Industries Inc. | 136 | 5.1 |
| 263 | Boston Scientific Neuromodulation Corp. | 134 | -30.6 |
|  | Xilinx, Inc. | 134 | -15.7 |
| 265 | Lenovo (Beijing) Ltd. | 133 | new |
|  | Sonos, Inc. | 133 | new |
| 267 | Abbott Cardiovascular Systems, Inc. | 132 | -0.8 |
|  | United States of America, Department of Health & Human Services | 132 | -11.4 |
| 269 | Alibaba Group Holding Ltd. | 130 | new |
|  | Lenovo Enterprise Solutions (Singapore) Pte. Ltd. | 130 | -56.2 |
| 271 | Bristol-Myers Squibb Co. | 129 | 14.0 |
|  | Citrix Systems, Inc. | 129 | -33.3 |
|  | Huawei Device Co., Ltd. | 129 | -17.1 |
|  | Yamaha Motor Co., Ltd. | 129 | 10.1 |
| 275 | Colgate-Palmolive Co. | 128 | new |
|  | Excalibur IP, LLC | 128 | new |
|  | Motorola Solutions, Inc. | 128 | -37.5 |
|  | Rovi Guides, Inc. | 128 | new |
|  | University of Michigan | 128 | -10.9 |
| 280 | Ciena Corp. | 127 | new |
|  | NTN Corp. | 127 | 2.4 |
| 282 | Centre National de la Recherche Scientifique - CNRS | 126 | -1.6 |
|  | Cypress Semiconductor Corp. | 126 | -32.5 |
|  | Stanley Black & Decker, Inc. | 126 | 4.0 |
| 285 | Qorvo US, Inc. | 125 | new |
| 286 | Arris Enterprises, LLC | 124 | 8.9 |
|  | T-Mobile, USA, Inc. | 124 | new |
|  | UOP | 124 | -44.4 |
| 289 | Delphi Technologies, Inc. | 121 | new |
|  | HRL Laboratories, LLC | 121 | 4.1 |
| 291 | Broadcom Corp. | 119 | -590.8 |
|  | Sumitomo Rubber Industries, Ltd. | 119 | -3.4 |
| 293 | Intuitive Surgical Operations, Inc. | 118 | -6.8 |
| 294 | United States of America, National Aeronautics and Space Administration | 117 | 1.7 |
| 295 | DSM IP Assets B.V. | 116 | -24.1 |
|  | NGK Spark Plug Co., Ltd. | 116 | -6.0 |
|  | University of South Florida | 116 | 1.7 |
| 298 | Acer Inc. | 115 | 4.3 |
|  | General Hospital Corp. | 115 | new |
|  | Hitachi Kokusai Electric Inc. | 115 | -18.3 |
|  | JFE Steel Corp. | 115 | new |
|  | Smith & Nephew, Inc. | 115 | -85.2 |

# 2017 Patent Owners
## Alphabetical Listing

Use care in interpreting the "percent change from 2016" column. The total number of utility patents granted by the USPTO in 2017 was 318,829, up 5 percent from 2016. The percent change for an individual organization might be affected by mergers, acquisitions, divestitures, inconsistent treatment of subsidiaries in 2016 and 2017, and other factors.

| Rank | Organization | 2017 Patents | Percent Change From 2016 | Rank | Organization | 2017 Patents | Percent Change From 2016 |
|---|---|---|---|---|---|---|---|
| 66 | 3M Innovative Properties Co. | 602 | 11.5 | 263 | Boston Scientific Neuromodulation Corp. | 134 | -30.6 |
| 142 | ABB Ltd. | 243 | -30.5 | 113 | Boston Scientific Scimed, Inc. | 320 | 2.8 |
| 267 | Abbott Cardiovascular Systems, Inc. | 132 | -0.8 | 199 | Bridgestone Corp. | 171 | -15.2 |
| 225 | Accenture Global Services Ltd. | 152 | 3.9 | 271 | Bristol-Myers Squibb Co. | 129 | 14.0 |
| 298 | Acer Inc. | 115 | 4.3 | 291 | Broadcom Corp. | 119 | -590.8 |
| 252 | Acushnet Co. | 140 | 10.0 | 54 | Brother Kogyo K.K. | 705 | -31.3 |
| 110 | Adobe Systems Inc. | 334 | -5.4 | 165 | CA, Inc. | 204 | 10.3 |
| 258 | Advanced Micro Devices, Inc. | 137 | -54.7 | 230 | California Institute of Technology | 150 | -34.0 |
| 172 | Airbus Operations GmbH | 200 | -10.5 | | | | |
| 209 | Airbus Operations S.A.S. | 162 | 4.9 | 4 | Canon K.K. | 3,664 | -5.5 |
| 227 | Aisin Seiki K.K. | 151 | 2.0 | 224 | Cardiac Pacemakers, Inc. | 153 | -3.9 |
| 193 | Aktiebolaget SKF | 177 | 15.8 | 227 | Carl Zeiss SMT GmbH | 151 | 15.2 |
| 269 | Alibaba Group Holding Ltd. | 130 | new | 161 | Casio Computer Co. Ltd. | 206 | -7.3 |
| 5 | Alphabet Inc. | 3,065 | new | 69 | Caterpillar Inc. | 595 | 15.5 |
| 15 | Amazon Technologies, Inc. | 1,960 | 15.2 | 282 | Centre National de la Recherche Scientifique - CNRS | 126 | -1.6 |
| 256 | Analog Devices, Inc. | 138 | 2.2 | | | | |
| 12 | Apple, Inc. | 2,225 | 5.6 | 230 | Chevron USA Inc. | 150 | 14.0 |
| 70 | Applied Materials, Inc. | 590 | -1.9 | 280 | Ciena Corp. | 127 | new |
| 175 | ARM Ltd. | 195 | 40.5 | 38 | Cisco Technology, Inc. | 989 | 0.2 |
| 286 | Arris Enterprises, LLC | 124 | 8.9 | 271 | Citrix Systems, Inc. | 129 | -33.3 |
| 151 | ASML Netherlands B.V. | 223 | -0.9 | 132 | CNH Industrial America LLC | 272 | 44.5 |
| 30 | AT&T Corp. | 1,263 | -0.2 | 275 | Colgate-Palmolive Co. | 128 | new |
| 219 | AU Optronics Corp. | 156 | -42.3 | 209 | Comcast Cable Communications, LLC | 162 | new |
| 151 | Audi AG | 223 | 10.8 | | | | |
| 90 | Avago Technologies General IP (Singapore) Pte. Ltd. | 431 | 24.8 | 87 | Commissariat a l'Energie Atomique et aux Energies Alternatives | 458 | 3.5 |
| 175 | Avaya Inc. | 195 | 3.1 | 135 | Commscope Technologies LLC | 270 | 25.6 |
| 222 | BAE Systems | 154 | -10.4 | 252 | Compagnie Generale des Etablissements Michelin | 140 | 19.3 |
| 194 | Bally Gaming, Inc. | 176 | -19.9 | | | | |
| 125 | Bank of America Corp. | 288 | 3.1 | 182 | Continental Automotive GmbH | 189 | 21.2 |
| 92 | BASF SE | 415 | -1.9 | 185 | Cook Medical Technologies LLC | 186 | -11.3 |
| 124 | Bayer Intellectual Property GmbH | 290 | 52.4 | | | | |
| | | | | 215 | Cooper Technologies Co. | 159 | 15.7 |
| 196 | Bayerische Motoren Werke AG | 174 | 28.2 | 76 | Corning Inc. | 547 | 28.0 |
| 96 | Becton Dickinson and Co. | 397 | 35.8 | 161 | Cree, Inc. | 206 | -17.0 |
| 81 | Blackberry Ltd. | 506 | -52.0 | 282 | Cypress Semiconductor Corp. | 126 | -32.5 |
| 27 | BOE Technology Group Co., Ltd. | 1,376 | 40.8 | 221 | Daikin Industries Ltd. | 155 | 0.0 |
| | | | | 111 | Deere & Co. | 328 | 27.1 |
| 31 | Boeing Co. | 1,171 | 10.2 | 18 | Dell Technologies | 1,681 | 3.2 |
| 250 | Borgwarner Inc. | 141 | new | 289 | Delphi Technologies, Inc. | 121 | new |
| 252 | Bose Corp. | 140 | new | | | | |

www.ipo.org

5

**2017 Patent Owners Alphabetical Listing**

| Rank | Organization | 2017 Patents | Percent Change From 2016 | Rank | Organization | 2017 Patents | Percent Change From 2016 |
|---|---|---|---|---|---|---|---|
| 244 | Delta Electronics Inc. | 144 | 8.3 | 133 | Hon Hai Precision Industry Co., Ltd. | 271 | -57.9 |
| 43 | Denso Corp. | 863 | 18.7 | 44 | Honda Motor Co., Ltd. | 854 | -1.9 |
| 150 | Disney Enterprises, Inc. | 227 | 14.1 | 37 | Honeywell International Inc. | 1,036 | 20.8 |
| 107 | Dolby Laboratories, Inc. | 344 | 32.8 | 63 | HP Inc. | 630 | -4.1 |
| 295 | DSM IP Assets B.V. | 116 | -24.1 | 289 | HRL Laboratories, LLC | 121 | 4.1 |
| 86 | DuPont | 465 | -10.3 | 172 | HTC Corp. | 200 | -7.5 |
| 138 | Eaton Corp. | 257 | 16.7 | 271 | Huawei Device Co., Ltd. | 129 | -17.1 |
| 153 | Ebay Inc. | 220 | 20.0 | 22 | Huawei Technologies Co., Ltd. | 1,472 | 18.6 |
| 197 | Echostar Technologies LLC | 172 | 14.5 | 258 | Hyundai Mobis, Co., Ltd. | 137 | 13.9 |
| 208 | Ecolab USA Inc. | 163 | 14.7 | 29 | Hyundai Motor Co. | 1,295 | 20.3 |
| 72 | Electronics and Telecommunications Research Institute | 585 | -12.8 | 140 | Illinois Tool Works Inc. | 250 | 10.8 |
| 122 | Elwha LLC | 294 | 22.4 | 116 | Industrial Technology Research Institute, Taiwan | 312 | -19.9 |
| 114 | Empire Technology Development LLC | 314 | -8.9 | 58 | Infineon Technologies AG | 677 | 8.7 |
| 247 | Evonik Degussa GmbH | 142 | new | 144 | Infineon Technologies Austria AG | 242 | 18.2 |
| 275 | Excalibur IP, LLC | 128 | new | 246 | Innolux Corp. | 143 | new |
| 108 | ExxonMobil Corp. | 339 | -18.0 | 3 | Intel Corp. | 3,726 | 8.4 |
| 60 | Facebook, Inc. | 660 | 33.0 | 123 | InterDigital Technology Corp. | 291 | 5.8 |
| 120 | Fanuc Corp. | 299 | 32.1 | 1 | International Business Machines Corp. | 8,996 | 10.8 |
| 17 | Ford Global Technologies, LLC | 1,876 | 18.4 | 216 | IGT | 158 | -56.3 |
| 209 | Foxconn Interconnect Technology Ltd. | 162 | 9.3 | 293 | Intuitive Surgical Operations, Inc. | 118 | -6.8 |
| 130 | Fuji Electric Co., Ltd. | 279 | 19.4 | 75 | Japan Display Inc. | 553 | 15.6 |
| 73 | Fuji Xerox Co., Ltd. | 569 | -1.9 | 298 | JFE Steel Corp. | 115 | new |
| 55 | Fujifilm Corp. | 691 | -1.2 | 207 | Johns Hopkins University | 164 | -1.8 |
| 21 | Fujitsu Ltd. | 1,531 | -2.1 | 33 | Johnson & Johnson | 1,147 | 18.7 |
| 106 | Futurewei Technologies, Inc. | 345 | 0.3 | 244 | Jtekt Corp. | 144 | -4.9 |
| 6 | General Electric Co. | 2,989 | 14.2 | 137 | Juniper Networks, Inc. | 259 | 5.4 |
| 298 | General Hospital Corp. | 115 | new | 250 | Kawasaki Jukogyo K.K. | 141 | -6.4 |
| 48 | Globalfoundries Inc. | 782 | -73.9 | 205 | King Fahd University of Petroleum and Minerals | 167 | new |
| 230 | Globus Medical Inc. | 150 | 2.7 | 179 | KLA-Tencor Corp. | 192 | 13.5 |
| 36 | GM Global Technology Operations LLC | 1,063 | -4.9 | 243 | Kobe Steel, Ltd. | 145 | 13.8 |
| 204 | Haier US Appliance Solutions, Inc. | 168 | new | 117 | Koch Industries | 310 | 50.6 |
| 51 | Halliburton Energy Services, Inc. | 738 | 25.6 | 178 | Komatsu Ltd. | 193 | 21.2 |
| 219 | Harvard College, President and Fellows | 156 | new | 83 | Konica Minolta, Inc. | 495 | 9.9 |
| 237 | Here Global B.V. | 148 | 19.6 | 39 | Koninklijke Philips N.V. | 973 | -14.2 |
| 82 | Hewlett Packard Enterprise | 505 | -21.8 | 80 | Kyocera Corp. | 509 | 23.8 |
| 146 | Hitachi Automotive Systems, Ltd. | 235 | 16.2 | 62 | Kyocera Document Solutions Inc. | 632 | -17.1 |
| 186 | Hitachi High-Technologies Corp. | 185 | -9.7 | 171 | LAM Research Corp. | 201 | 10.9 |
| 298 | Hitachi Kokusai Electric Inc. | 115 | -18.3 | 265 | Lenovo (Beijing) Ltd. | 133 | new |
| 216 | Hitachi Metals Ltd. | 158 | -12.7 | 190 | Lenovo (Singapore) Pte. Ltd. | 179 | -2.8 |
| 84 | Hitachi, Ltd. | 491 | -4.3 | 269 | Lenovo Enterprise Solutions (Singapore) Pte. Ltd. | 130 | -56.2 |
| | | | | 61 | LG Chem., Ltd. | 634 | 24.6 |

**2017 Patent Owners Alphabetical Listing**

| Rank | Organization | 2017 Patents | Percent Change From 2016 | Rank | Organization | 2017 Patents | Percent Change From 2016 |
|---|---|---|---|---|---|---|---|
| 65 | LG Display Co., Ltd. | 604 | -5.6 | 237 | Omron Corp. | 148 | 10.8 |
| 8 | LG Electronics Inc. | 2,696 | 10.0 | 260 | Open Invention Network, LLC | 136 | 11.8 |
| 79 | LG Innotek Co., Ltd. | 520 | 11.7 | 50 | Oracle International Corp. | 753 | 12.1 |
| 199 | Lockheed Martin Corp. | 171 | -11.1 | 187 | Osram Opto Semiconductors GmbH | 184 | 12.5 |
| 235 | L'Oreal S.A. | 149 | 23.5 | 235 | Panasonic Corp. | 149 | 2.7 |
| 203 | LSIS Co., Ltd. | 169 | 30.8 | 199 | Panasonic Intellectual Property Corp. of America | 171 | -78.9 |
| 240 | Macronix International Co., Ltd. | 147 | -59.9 | 28 | Panasonic Intellectual Property Management Co., Ltd. | 1,338 | -4.6 |
| 205 | Mahle International GmbH | 167 | 26.9 | 170 | Paypal. Inc. | 202 | 27.7 |
| 149 | Marvell International Ltd. | 231 | new | 114 | Philips Lighting Holding B.V. | 314 | new |
| 230 | Marvell World Trade Ltd. | 150 | new | 85 | Procter & Gamble Co. | 469 | 15.4 |
| 118 | Massachusetts Institute of Technology | 306 | 9.2 | 285 | Qorvo US, Inc. | 125 | new |
| 95 | Mediatek Inc. | 398 | 29.6 | 7 | Qualcomm, Inc. | 2,728 | -14.3 |
| 24 | Medtronic Inc. | 1,414 | -1.9 | 213 | Rambus, Inc. | 161 | -5.6 |
| 169 | Merck & Co., Inc. | 203 | 3.0 | 109 | Raytheon Co. | 336 | -9.8 |
| 161 | Merck Patent GmbH | 206 | 18.4 | 179 | Red Hat, Inc. | 192 | -5.2 |
| 47 | Micron Technology, Inc. | 807 | -9.3 | 68 | Renesas Electronics Corp. | 601 | 2.0 |
| 9 | Microsoft Corp. | 2,601 | 1.7 | 35 | Ricoh Co., Ltd. | 1,140 | -23.2 |
| 34 | Mitsubishi Denki K.K. | 1,142 | 11.5 | 32 | Robert Bosch GmbH | 1,158 | 3.1 |
| 91 | Mitsubishi Heavy Industries, Ltd. | 427 | 7.0 | 112 | Roche Holdings, Inc. | 323 | -20.1 |
| 89 | Monsanto Technology, LLC | 434 | -26.0 | 190 | Rockwell Automation Technologies, Inc. | 179 | 21.2 |
| 275 | Motorola Solutions, Inc. | 128 | -37.5 | 197 | Rockwell Collins, Inc. | 172 | 21.5 |
| 74 | Murata Manufacturing Co., Ltd. | 563 | 16.9 | 126 | Rohm Co., Ltd. | 286 | 0.7 |
| 46 | NEC Corp. | 816 | -7.8 | 100 | Rolls-Royce PLC | 359 | 26.5 |
| 260 | Nestec, S.A. | 136 | -22.1 | 275 | Rovi Guides, Inc. | 128 | new |
| 142 | NetApp, Inc. | 243 | -3.3 | 146 | Saint-Gobain Corp. | 235 | 10.2 |
| 295 | NGK Spark Plug Co., Ltd. | 116 | -6.0 | 159 | Salesforce.com, Inc. | 211 | -6.2 |
| 174 | Nichia Corp. | 196 | 25.5 | 11 | Samsung Display Co., Ltd. | 2,266 | 11.3 |
| 230 | Nielsen | 150 | -12.7 | 129 | Samsung Electro-Mechanics Co., Ltd. | 281 | -46.6 |
| 99 | Nike, Inc. | 372 | -11.6 | 2 | Samsung Electronics Co., Ltd. | 5,810 | 5.3 |
| 158 | Nikon Corp. | 212 | -0.5 | 96 | Samsung SDI Co., Ltd. | 397 | -9.1 |
| 213 | Nintendo Co., Ltd. | 161 | -28.6 | 127 | Sanofi | 284 | -5.6 |
| 218 | Nippon Steel & Sumitomo Metal Corp. | 157 | 2.5 | 78 | SAP AG | 521 | 4.6 |
| 101 | Nissan Motor Co., Ltd. | 357 | 11.2 | 155 | Saudi Arabian Oil Co. | 218 | 21.6 |
| 202 | Nitto Denko Corp. | 170 | -17.1 | 133 | Schaeffler Technologies AG & Co. KG | 271 | 29.2 |
| 26 | Nokia Corp. | 1,381 | new | 56 | Schlumberger Technology Corp. | 680 | -0.7 |
| 225 | Northrop Grumman Systems Corp. | 152 | new | 88 | Seagate Technology, LLC | 457 | -14.2 |
| 136 | Novartis AG | 262 | 5.7 | 25 | Seiko Epson Corp. | 1,404 | -17.1 |
| 280 | NTN Corp. | 127 | 2.4 | 156 | Semiconductor Components Industries, LLC | 217 | 6.5 |
| 179 | NTT Docomo, Inc. | 192 | -12.0 | 39 | Semiconductor Energy Laboratory Co., Ltd. | 973 | -8.3 |
| 255 | Nuance Communications, Inc. | 139 | 4.3 | 189 | Semiconductor Manufacturing International (Shanghai) Corp. | 182 | 18.7 |
| 130 | Nvidia Corp. | 279 | -25.4 | | | | |
| 121 | NXP B.V. | 296 | 2.0 | | | | |
| 66 | NXP USA, Inc. | 602 | new | | | | |
| 64 | Olympus Corp. | 613 | 9.5 | | | | |

7

www.ipo.org

**2017 Patent Owners Alphabetical Listing**

| Rank | Organization | 2017 Patents | Percent Change From 2016 | Rank | Organization | 2017 Patents | Percent Change From 2016 |
|---|---|---|---|---|---|---|---|
| 57 | Sharp Corp. | 679 | -20.5 | 14 | Toyota Jidosha K.K. | 2,015 | 23.6 |
| 53 | Shenzhen China Star Optoelectronics Technology Co., Ltd. | 709 | 30.5 | 194 | Tsinghua University | 176 | -1.7 |
| 227 | Shimadzu Corp. | 151 | 14.6 | 104 | United Microelectronics Corp. | 351 | 7.7 |
| 240 | Shimano Inc. | 147 | -6.1 | 247 | United States of America, Army | 142 | 4.2 |
| 159 | Shin Etsu Chemical Co., Ltd. | 211 | 3.3 | 267 | United States of America, Department of Health & Human Services | 132 | -11.4 |
| 20 | Siemens AG | 1,538 | 3.6 | | | | |
| 41 | SK Hynix Inc. | 938 | -18.1 | 294 | United States of America, National Aeronautics and Space Administration | 117 | 1.7 |
| 161 | Skyworks Solutions, Inc. | 206 | new | | | | |
| 298 | Smith & Nephew, Inc. | 115 | -85.2 | | | | |
| 146 | Societe Nationale d'Etude et de Construction de Moteurs d'Aviation | 235 | 18.7 | 102 | United States of America, Navy | 354 | 5.1 |
| | | | | 23 | United Technologies Corp. | 1,423 | 23.0 |
| 265 | Sonos, Inc. | 133 | new | 77 | University of California, The Regents of | 524 | 3.6 |
| 13 | Sony Corp. | 2,116 | -2.5 | | | | |
| 98 | Sprint Corp. | 391 | -30.7 | 275 | University of Michigan | 128 | -10.9 |
| 165 | Stanford University | 204 | -19.6 | 295 | University of South Florida | 116 | 1.7 |
| 282 | Stanley Black & Decker, Inc. | 126 | 4.0 | 154 | University of Texas | 219 | 26.0 |
| 59 | STMicroelectronics, Inc. | 675 | -9.2 | 286 | UOP | 124 | -44.4 |
| 141 | Stryker Corp. | 244 | 21.7 | 52 | Verizon | 715 | -5.5 |
| 182 | Sumitomo Chemical Co., Ltd. | 189 | 9.5 | 45 | Western Digital Corp. | 837 | -27.4 |
| 139 | Sumitomo Electric Industries, Ltd. | 255 | -5.5 | 127 | Whirlpool Corp. | 284 | 22.2 |
| | | | | 209 | Wisconsin Alumni Research Foundation | 162 | -3.7 |
| 291 | Sumitomo Rubber Industries, Ltd. | 119 | -3.4 | | | | |
| | | | | 184 | Wistron Corp. | 187 | -69.5 |
| 188 | Sumitomo Wiring Systems, Ltd. | 183 | 24.6 | 71 | Xerox Corp. | 586 | -30.0 |
| 165 | Sun Patent Trust | 204 | 42.2 | 256 | Xiaomi Inc. | 138 | new |
| 157 | Symantec Corp. | 214 | 0.9 | 263 | Xilinx, Inc. | 134 | -15.7 |
| 237 | Synaptics, Inc. | 148 | new | 165 | Xperi Corp. | 204 | 6.4 |
| 222 | Syngenta Participations AG | 154 | 16.9 | 271 | Yamaha Motor Co., Ltd. | 129 | 10.1 |
| 10 | Taiwan Semiconductor Manufacturing Co., Ltd. | 2,408 | 6.1 | 105 | Yazaki Corp. | 349 | -12.9 |
| | | | | 240 | ZF Friedrichshafen, AG | 147 | -11.6 |
| 177 | TDK Corp. | 194 | 22.2 | 93 | ZTE Corp. | 407 | -16.0 |
| 119 | TE Connectivity | 301 | 8.0 | | | | |
| 19 | Telefonaktiebolaget LM Ericsson | 1,551 | -0.1 | | | | |
| 102 | Tencent Technology (Shenzhen) Co. Ltd. | 354 | 25.1 | | | | |
| 42 | Texas Instruments, Inc. | 923 | 3.9 | | | | |
| 192 | Thales | 178 | 12.9 | | | | |
| 49 | The Dow Chemical Co. | 765 | 7.8 | | | | |
| 144 | Thomson Licensing S.A. | 242 | -7.4 | | | | |
| 286 | T-Mobile, USA, Inc. | 124 | new | | | | |
| 94 | Tokyo Electron Ltd. | 403 | 3.7 | | | | |
| 260 | Toray Industries Inc. | 136 | 5.1 | | | | |
| 16 | Toshiba Corp. | 1,891 | -1.5 | | | | |
| 247 | Toyoda Jidoshokki Seisakusho K.K. | 142 | new | | | | |

www.ipo.org

END NOTES:

1. "New" in the percent change column indicates that the company was not on the Top 300 list in 2016.

2. The number of patents granted does not necessarily indicate the value of a company's technology, the effectiveness of its R&D, or whether it will be profitable. The number of patents per company varies widely from industry to industry and from company to company within an industry.

3. This report was compiled by IPO from data provided by the U.S. Patent and Trademark Office. Patents reported are utility patents granted during calendar year 2017 that listed the organization or a subsidiary as the owner on the printed patent document. Patents in the name of a majority-owned subsidiary are included with patents of the parent organization if the organization asked IPO to include subsidiaries. Patents that were granted to two or more organizations jointly are attributed to the organization listed first on the patent document.

4. The number of utility patents granted by the USPTO increased to 318,829 in 2017 from 303,051 in 2016.

5. IPO has published this report annually since 1984 as a service to its members. For annual lists, go to [www.ipo.org/top-300](www.ipo.org/top-300).

6. For next year's list, IPO will include patents of majority-owned subsidiaries under the name of the parent if the parent provides the names of such subsidiaries to IPO at [info@ipo.org](info@ipo.org) by 1 March 2019.