# EXHIBIT R









