# EXHIBIT X










**App Store** Preview

This app is available only on the App Store for iPhone and iPad.

# Google Play Music 12+

Stream Songs & Make Playlists

Google LLC

#15 in Music

★★★★★ 4.4, 22.8K Ratings

Free

## Screenshots

iPhone iPad

Google Play Music gives you millions of songs and thousands of playlists for any situation. Powered by Google, we serve up music based on where you are and why you're listening, getting smarter and more assistive as we get to know your tastes. Subscribe to create playlists, listen offline, and get ad-free YouTube Music with YouTube Music Premium (where available).

Free Features:
*Radio based on songs, artists, and albums, plus thousands of playlists hand-crafted by music experts (free n the U.S. and Canada; requires subscription elsewhere)
*Recommendations based on taste, activity, mood, location, and more
*Storage and streaming for up to 50,000 songs from your personal collection, at no cost

Subscription Features:
*Ad-free, uninterrupted listening
*On-demand access to over 40 million songs
*Offline listening
*YouTube Music Premium membership at no additional cost (where available)
*The family plan, where up to six family members get Google Play Music for one low price (where available)

Continued use of GPS running in the background can dramatically decrease battery life.

## What's New

[Version History](#)

- Fix for iOS 13 playback issue

Version 3.53.1003

## Ratings and Reviews

**4.4** out of 5       22.8K Ratings


Findingdoriat40, 08/12/2018

**Love, love, love!!**
I had this app on my phone, on my iPhone, while it was still in iOS app. Don't ask me to remember the name of the app, I just remember receiving an email that it was … more


Kittehmon, 08/26/2018

**Good, but not comparable to other music …**
The organization for the app is a bit confusing and feels less user friendly than other apps. There are multiple ways to navigate the app but can be confusing when you first star… more


Disruptor2010, 01/08/2018

**App works well, but CarPlay doesn't…**
Keeping it short and sweet, the app works pretty well overall. The only issue I run into is with CarPlay and this app. While the music works fine, you can access all your playli… more

## Information

| | |
|---|---|
| Seller | Google LLC |
| Size | 106.5 MB |
| Category | Music |
| Compatibility | Requires iOS 9.0 or later. Compatible with iPhone, iPad, and iPod touch. |
| Languages | English, Arabic, Catalan, Croatian, Czech, Danish, Dutch, Finnish, French, German, Greek, Hebrew, Hungarian, Indonesian, Italian, Japanese, Korean … more |
| Age Rating | 12+ |
| | Infrequent/Mild Sexual Content and Nudity |
| | Infrequent/Mild Profanity or Crude Humor |
| | Infrequent/Mild Alcohol, Tobacco, or Drug Use or References |
| | Infrequent/Mild Mature/Suggestive Themes |
| Copyright | © Google Inc. |
| Price | Free |

Developer Website ↗    App Support ↗    Privacy Policy ↗

## Supports

 **Family Sharing**
With Family Sharing set up, up to six family members can use this app.

## More By This Developer

See All


Google
Utilities


Google Earth
Travel


Google Translate
Reference


Gmail - Email by Google
Productivity


Google Drive
Productivity


Google Chrome
Utilities

## You May Also Like

See All















Pandora: Music & Pod...   Shazam   Deezer: Music & Podc...   Spotify: Music and Po...   SoundCloud - Music &...   Amazon Music
Music                    Music    Music                    Music                     Music                     Music

More ways to shop: Visit an Apple Store, call 1-800-MY-APPLE, or find a reseller.

Copyright © 2019 Apple Inc. All rights reserved.    Privacy Policy | Terms of Use | Sales and Refunds | Legal | Site Map    🇺🇸 Choose your country or region