# EXHIBIT Y

12/5/2019, https://play.google.com/store/apps/details?id=com.google.android.apps.youtube.music, Case 3:20-cv-06754-WHA Document 135-25 Filed 02/18/22 Page 2 of 4



chrome-extension://mcbpblocgmgfnpjjppndjkmgjaogfceg/fsCaptured.html 1/3








