# EXHIBIT AC



Shop gifts for family and friends this holiday season.  See Offers

Phones  Connected Home  Gaming  Laptops  Tablets  Accessories  Special Offers

 

# Compare Pixelbook Go and Pixelbook



## Pixelbook Go

Made to move, with a lightweight design and long-lasting battery.[1]

Buy now



## Pixelbook

Super thin, 4-in-1 design with 360° hinge and Pixelbook Pen support.[3]

Buy now

Available Colors                                   Available Colors

    

### Operating system

Chrome OS with security and OS updates$^2$

### Display size

13.3" touchscreen

### Display resolution

Full HD 1920x1080 (166 ppi)

or

4K Ultra HD Molecular Display™ 3840x2160 (331 ppi)

### Processor

8th Gen Intel® Core™ m3, i5, or i7$^4$

### Memory

### Operating system

Chrome OS with security and OS updates$^2$

### Display size

12.3" touchscreen with Google Pixelbook Pen support$^3$

### Display resolution

Quad HD 2400x1600 (235 ppi)

### Processor

7th Gen Intel® Core™ i5 or i7$^4$

### Memory

| | |
|---|---|
| 8 GB or 16 GB | 8 GB or 16 GB |

### Storage

| | |
|---|---|
| 64 GB, 128 GB, or 256 GB SSD[5] | 128 GB, 256 GB, or 512 GB SSD[5] |

### Camera

| | |
|---|---|
| Front 1080p Duo Cam | Front 720p Cam |

### Battery

| | |
|---|---|
| Up to 12 hours[1] | Up to 10 hours[1] |

### Height

| | |
|---|---|
| 13.4mm (.5in) | 10.3mm (.4in) |

### Weight

| | |
|---|---|
| Full HD: 2.3 lbs (1061g)[7]<br><br>4K Ultra HD Molecular Display: 2.4 lbs (1090g)[7] | 2.4 lbs (1.1kg)[7] |

## Ports

2 USB-C™[6]

3.5 mm headphone jack

## Ports

2 USB-C™[6]

3.5 mm headphone jack

[1]Battery performance is based on a mix of video, web browsing, productivity and other uses. Actual results may vary.

[2]Auto-updates require Internet connection.

[3]Pixelbook Pen sold separately.

[4]Intel and Intel Core are trademarks of Intel Corporation in the U.S. and/or other countries.

[5]Storage specifications before formatting; actual formatted capacity will be less.

[6]USB-C is a trademark of USB Implementers Forum.

[7]Weight may vary by configuration and manufacturing process.



| Placing an order | Financing |
| --- | --- |
| Shipping options | Device recycling |

Tracking a package

Sustainability

Country availability

Gift returns

Repairs

Refurbished

Find a Nest Pro



tates            Privacy            Google Nest Commitment to Privacy            Sales Terms            Terms of Service            Careers