# EXHIBIT AM



# Methodology

**1620 online surveys**
  800 Smart Speaker owners
  820 Non-owners
  Adults 18+
  Data weighted to Smart Speaker owner
  estimates from Infinite Dial 2017

**15 in-home interviews with Smart Speaker owners**
  Conducted in Atlanta, Chicago, Los Angeles,
  New Jersey, and Allentown, PA







# Smart Speaker Ownership

THE INFINITEDIAL
2017

Total Population 12+

- Amazon Alexa* — 5%
- Google Home — 2%
- Own either Amazon Alexa or Google Home — 7%

*Asked as "Amazon Echo or Amazon Dot, which uses the Alexa voice service"

% owning smart speaker

The Infinite Dial  © 2017 Edison Research and Triton Digital











# Smart Speaker Owners:

Alexa only
76%

Google Home only
16%

Both
8%









# How many Smart Speakers do you own?

## Smart Speaker Owners

One
58%

Two
24%

Three or more
18%





# 45%

of Smart Speaker Owners

# plan to purchase another Smart Speaker







**Where is your primary Smart Speaker located?**

**Smart Speaker Owners**

Living space (family room/living room/den) 52%

Kitchen 24%

Master bedroom 12%

Other bedroom 5%

Other location 7%

*If own more than one respondent was asked about the location of the speaker used most. If own one speaker respondent asked the location of speaker.



# Smart Speaker Owners

## Compared to the first month of ownership, are you now using your Smart Speaker...?

**More often 47%**

**About the same 36%**

**Less often 17%**





## Smart Speaker Owners
# Reasons for wanting a Smart Speaker:

| Reason | % |
|---|---|
| Listen to music | 90 |
| Ask questions without needing to type | 87 |
| It seemed like a fun new gadget | 86 |
| Listen to news and information | 77 |
| Control audio with your voice | 71 |
| To make it easier to do things | 69 |
| Quality of sound | 65 |
| Set alarms | 63 |

% saying reason

Page 1/2





## Smart Speaker Owners
# Reasons for wanting a Smart Speaker:

Hear better music than on AM/FM radio **62**

Discover new songs **53**

Control smart home devices **48**

Listen to talk radio/sports talk **44**

Listen to podcasts **40**

Replace an old stereo **39**

Entertain children **36**

Help Disability **16**

Help elderly **12**

% saying reason

Page 2/2





# 42%

of Smart Speaker Owners

# say that their Smart Speakers are essential to their everyday lives





How much do you agree/disagree...

Smart Speaker Owners
**Strongly Agree/Agree:**

# 65%

"You wouldn't want to go back to life without your Smart Speaker"





# Smart Speaker Owners
## % Using Smart Speaker regularly for the following:



| | |
|---|---|
| Play music | 68 |
| Get the weather | 58 |
| General question | 52 |
| News | 45 |
| Timers/Alarms | 43 |
| Check the time | 43 |
| AM/FM music radio | 38 |
| Control devices | 33 |
| AM/FM news talk | 32 |
| Add to to-do list | 26 |
| Sports update | 26 |
| Add to shopping list | 26 |
| Traffic | 24 |
| Check/add to calendar | 23 |

| | |
|---|---|
| Jokes | 22 |
| AM/FM sports radio | 22 |
| Cooking requests | 18 |
| Games | 18 |
| Podcasts | 17 |
| Stock prices | 16 |
| Translate | 14 |
| Audiobooks | 14 |
| Read to children | 14 |
| Find local businesses | 13 |
| Order food | 13 |
| Lead a workout | 12 |
| Order an item | 10 |
| Flight information | 10 |







# Smart Speaker Owners
## % Using Smart Speaker regularly for the following:

| | | |
|---|---|---|
| Play music | | |
| Get the weather | | |
| General question | | |
| News | | |
| Timers/Alarms | | |
| Check the time | | |
| AM/FM music radio | | |
| Control devices | | |
| AM/FM news talk | 32 | |
| Add to to-do list | 26 | |
| Sports update | 26 | |
| Add to shopping list | 26 | |
| Traffic | 24 | |
| Check/add to calendar | 23 | |

**Using an average of 58**

**7.5**

**of these 28 task types regularly**

| | |
|---|---|
| Jokes | 22 |
| AM/FM sports radio | 22 |
| requests | 18 |
| Games | 18 |
| Podcasts | 17 |
| k prices | 16 |
| ranslate | 14 |
| diobooks | 14 |
| Read to children | 14 |
| Find local businesses | 13 |
| Order food | 13 |
| ad a workout | 12 |
| rder an item | 10 |
| Flight information | 10 |





# Listen to Podcasts:

## Smart Speaker Owners:


## Non-Owners:








# How do you listen to audio most often?
## Smart Speaker Owners

| Source | Value |
|---|---|
| Smartphone/tablet | 28 |
| AM/FM Radio | 20 |
| Smart Speaker | 18 |
| Speaker connected to smartphone | 17 |
| Computer | 8 |
| iPod/Mp3 | 7 |
| CD | 2 |







# Listen to Internet Streaming sources:

**Smart Speaker Owners:** 94%

**Non-Owners:** 71%





# Have a paid subscription to an Internet Audio service:

**Smart Speaker Owners:** 57%

**Non-Owners:** 37%





How much do you agree/disagree...

Smart Speaker Owners
**Strongly Agree/Agree:**

# 28%

"Getting your Smart Speaker led you to pay for a music service subscription"





How much do you agree/disagree...

Smart Speaker Owners
**Strongly Agree/Agree:**

**70%**

"You are listening to more audio since you got your Smart Speaker"





# Smart Speaker Owners

## 65%
listening to more
## Music
since getting speaker

## 28%
listening to more
## News/Talk
since getting speaker

## 20%
listening to more
## Podcasts
since getting speaker

## 18%
listening to more
## Audiobooks
since getting speaker




edison research

Those who listen to
**Music**
on a Smart Speaker

Median
**4** hours **15** mins

of music listening
on a Smart Speaker
in the typical week

Those who listen to
**News**
on a Smart Speaker

Median
**1** hour **15** mins

of news listening
on a Smart Speaker
in the typical week

Those who listen to
**Podcasts**
on a Smart Speaker

Median
**1** hour **22** min

of podcast listening
on a Smart Speaker
in the typical week







How much do you agree/disagree...

Smart Speaker Owners
**Strongly Agree/Agree:**

72%

"You don't know enough about your Smart Speaker to use all its features"





# % using Smart home capabilities:

## Smart Speaker Owners

**Home lighting, thermostat, appliances** — **35%**

**Home security** — **34%**

**Outdoor lighting/ equipment, sprinklers** — **20%**







**Smart Speaker Owners With Children in Household**

# 57%

said entertaining children was a reason for wanting Smart Speaker





How much do you agree/disagree...

"The children in your household enjoy Alexa"

Smart Speaker Owners
with children in household
**Strongly Agree/Agree:**

# 88%





How much do you agree/disagree...

Smart Speaker Owners
with children in household
**Strongly Agree/Agree:**

# 80%

"[Alexa/Google Home] has made it easier to entertain the children in the household"





How much do you agree/disagree...

Smart Speaker Owners
**Strongly Agree/Agree:**

# 61%

"Having your Smart Speaker is like having someone to talk to"





How much do you agree/disagree...

Smart Speaker Owners
**Strongly Agree/Agree:**

# 69%

"You have encouraged your friends to get a Smart Speaker"





# Reasons why you do not currently own a Smart Speaker:

**Base: Non-owners who have expressed interest in owning a smart speaker**

| | |
|---|---|
| Smart speakers are too expensive | **60** |
| You don't know enough about the speakers yet | **48** |
| You are worried you wouldn't use it enough | **41** |
| You worry that hackers could use it to access your home or personal info | **41** |
| It bothers you that smart speakers are always listening | **36** |
| You are worried you would spend more money with one | **35** |
| You worry that it could allow the government to listen | **34** |

% saying reason







# Non-Owners

## How likely are you to purchase a Smart Speaker in the next six months?

**Very likely**
**13%**

**Not at all likely**
**46%**

**Somewhat likely**
**41%**







# Smart Speakers...

...have quickly become
essential to many owners

...encourage more audio listening

...make life easier, especially for parents









www.nationalpublicmedia.com/smart-audio-report

The
SMART
AUDIO
Report

