# EXHIBIT AO

