# EXHIBIT AR

**To:** Debajit Ghosh[debajit@google.com]
**Cc:** Joni Hoadley[Joni.Hoadley@sonos.com]; Sonos-MOAPI-Support[moapi-support@sonos.com]; SonosLabs-Technical[SonosLabs-Technical@sonos.com]
**From:** Ron Kuper[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=59B669403C284F808F04680A39E7102E-RON KUPER]
**Sent:** Tue 12/6/2011 2:27:31 PM Eastern Standard Time
**Subject:** RE: Joni, meet Debajit

Debajit, we have a whitepaper and API overview on the web site. Please register there and take a look at the documentation.

Thanks,

-Ron

**From:** Debajit Ghosh [mailto:debajit@google.com]
**Sent:** Tuesday, December 06, 2011 2:25 PM
**To:** Ron Kuper
**Cc:** Joni Hoadley; Sonos-MOAPI-Support; SonosLabs-Technical
**Subject:** Re: Joni, meet Debajit

hi Ron,

thanks for the information. it sounds like the integration is based on a web services API you have, which would in turn push HTTP (/HTTPS?) URLs to the device? is all authentication done in each app's own server, or do authentication credentials get sent to the device? what kind of integration-specific UI is provided by the device, if any? what kinds of information can an integration's server send to the device -- track metadata, album art, streaming url, more? if there's a high level whitepaper that explains all of this, would be happy to read that.

thanks very much for your time and help!

-debajit

On Tue, Dec 6, 2011 at 11:11 AM, Ron Kuper <Ron.Kuper@sonos.com> wrote:
Nice to meet you, Debajit!

All of our documentation is hosted on our partners & developers web site, and http://musicpartners.sonos.com. To answer your questions:

    o language for developing the integration
Language agnostic. There are service in production that were coded in C#, Java, Perl, Ruby and PHP.

    o path to deployment on a Sonos device
You can read about this on our web site. In general you obtain our documentation and WSDL, code your service on a dev server and test on Sonos gear in your dev labs, submit a self-test and then enter a public beta program leading to general availability.

    o if streaming over HTTP, which component(s) make the network requests
Our players make all streaming requests. These players are locked down, running embedded Linux.

    o if there's an identifier for individual Sonos devices
Yes, both for devices and "households".

    o if there's any kind of client cache available
Our controller software caches metadata and album art in RAM, but no music data is cached.

Cheers,

-Ron

**From:** Joni Hoadley
**Sent:** Tuesday, December 06, 2011 2:02 PM
**To:** Debajit Ghosh; Ron Kuper
**Subject:** RE: Joni, meet Debajit

Thanks, Debajit. I'm dropping Tim from this thread to avoid clogging his inbox any further and adding the Sonos dev manager for content partners. Ron, please meet Debajit from Google. He has some questions about our API which I'm hoping you can answer. Also, if you can send him any documentation which he might find useful, that would be great.

Joni

**From:** Debajit Ghosh [mailto:debajit@google.com]
**Sent:** Tuesday, December 06, 2011 9:46 AM
**To:** Joni Hoadley
**Cc:** Tim Quirk
**Subject:** Re: Joni, meet Debajit

Highly Confidential - Attorneys' Eyes Only
SONOS-SVG2-00040234

hi Joni,

nice to meet you!  i just had some very high level questions at first, to scope the work involved in doing an integration (can't commit to doing the integration, but wanted to evaluate/get a better sense of what would be feasible/involved).  can you tell me a bit about the platform APIs?  e.g.,

o language for developing the integration
o path to deployment on a Sonos device
o if streaming over HTTP, which component(s) make the network requests
o if there's an identifier for individual Sonos devices
o if there's any kind of client cache available
etc.

if there are any high level API docs i could peruse, that could help me with the scoping as well.

thanks very much for your time and help!

-debajit

On Tue, Dec 6, 2011 at 9:15 AM, Joni Hoadley <Joni.Hoadley@sonos.com> wrote:
Hi, Debajit. I'm back in the office and ready to help. Would you like to shoot me an email with your questions or perhaps hop on a call this week? If the latter, please let me know your availability. I'll make sure my Dev manager is available, too.

Thanks!
Joni

---

**From:** Joni Hoadley
**Sent:** Monday, December 05, 2011 7:15 AM
**To:** 'Tim Quirk'; Debajit Ghosh
**Subject:** RE: Joni, meet Debajit

Hi, Debajit. Nice to meet you! I'm actually off today but will get back to you tomorrow. Google Music integration would make my day so I'm happy to work with you on this!

Joni

---

**From:** Tim Quirk [mailto:timq@google.com]
**Sent:** Sunday, December 04, 2011 5:28 PM
**To:** Joni Hoadley; Debajit Ghosh
**Subject:** Joni, meet Debajit

Hi Joni.

I'd like to introduce Debajit Ghosh, who oversees the engineering team responsible for Google Music. He was asking me some questions about Sonos APIs the other day, and I figured I should just connect him directly to the source.

Play nice!

-Tim

--
Tim Quirk
Head of Global Content Programming, Android
timq@google.com
650-214-1594

Highly Confidential - Attorneys' Eyes Only

SONOS-SVG2-00040235