# EXHIBIT AT

**To:** Kristen Bender[Kristen.Bender@sonos.com]
**From:** Ted Kartzman[teddyk@google.com]
**Sent:** Wed 7/10/2013 5:29:10 PM Eastern Standard Time
**Subject:** Re: Google/Sonos Meeting - Next Tuesday - Let's Catch Up Today

That is great on all accounts, devices, lawyers, and meetings to come.  It is in both of our best interests to get Debajit access to the APIs and I'm sure we could modify an NDA to make that happen. That's essentially the spirit of the redline we sent back.
We definitely want to get the Fling conversation moving along as quickly as possible, so that's good. Debajit will be out most of August, so lets definitely cover what we can today, and we'll be sure to get a next meeting set while people are in the room.

One change from my side, my boss is comfortable with me running the show, so she probably won't attend, but she'd like our counsel there, Michael King.

Let me know what the outcome is on the API ask, I want to make time to work through anything with you if your legal thinks we need an agreement before we review the docs.

thanks KB
TK


On Wed, Jul 10, 2013 at 1:48 PM, Kristen Bender <Kristen.Bender@sonos.com> wrote:

> Hey there!
>
> I will get those two units out right away.
>
> Regarding access to the API's – I have a call with our lawyer tomorrow and will bring this up with him. I didn't think accessing our API would be an issue for you guys – thought that a custom integration agreement would have been where we needed to dig in. I will see if he is comfortable with giving you guys access to our documentation w/o an agreement in place (maybe our MNDA can cover?)
>
> Will circle back with you ASAP on that.
>
> ALSO – heads up, since we're bringing Nick Millington and Andrew Schulert to this meeting – it is pretty much as if we were bringing Tad Coburn – so let's expect to go deep on the "fling" discussion.  I suspect we will have some clear action items come from this.
>
>> **From:** Ted Kartzman <teddyk@google.com>
>> **Date:** Wednesday, July 10, 2013 4:12 PM
>> **To:** Kristen Bender <kristen.bender@sonos.com>
>> **Subject:** Re: Google/Sonos Meeting - Next Tuesday - Let's Catch Up Today
>>
>> Kristen, two more requests for you for Sonos units, one is for the office (there is a viewing room in Building 47, the building that Debajit works in, which is the building we will be moving to at the end of the month) and we should put a unit in there.  Plus, Debajit will be doing most of the work, I want to get him something for his home.  His full name is Debajit Ghosh.  He's a great guy as well, you'll meet him on Tuesday.  You can send to the same 1600 Amphitheatre Parkway address.
>> Also, I finally caught up with my boss on the APIs and we redlined the agreement with our lawyer, Michael. (He's also a Sonos fan :-)  We tried to take a light redline, just a few things didn't make sense in the scope of what we want to do together, and the way Google handles these sorts of agreement. I'm going to send that to you here in hopes we can chat about it this week.  Would you be able to give the attached redline a look and tell me if there are any real issues with it?  I'd love to get Debajit access to the APIs before the meeting on Tues, ideally before the weekend.
>>
>> Too crazy?  Or c'est possible?
>>
>> Let me know please!
>>
>> thanks,
>> ted
>>
>>
>> On Tue, Jul 9, 2013 at 10:22 PM, Ted Kartzman <teddyk@google.com> wrote:
>>
>>> Brandon Bilinski works for Paul Joyce on the product management side and requested a Sonos.  So far, he is the only one.  You don't have to rush it up here, he'll be happy to enjoy it whenever. He is in building 45, which is 1585 Charleston but the mailing address for everyone is 1600 Amphitheatre Parkway. He is a good guy, too.  I'll follow up if anyone else in the meeting requests one.
>>>
>>>
>>> On Tue, Jul 9, 2013 at 5:27 PM, Ted Kartzman <teddyk@google.com> wrote:
>>>
>>>> Tell me if we should add anything to this:

Highly Confidential - Attorneys' Eyes Only

**Meeting Agenda for July 16**
    11:30 AM – Introductions & overview
    - Sonos team introductions & current roadmap
    - Google Play team introductions & current roadmap
    12 PM – Discuss "Smart Fling" and "Amoeba" (Sonos working codename)
    - How do we make purchase behaviour better via Sonos?
    - Sonos share roadmap for future
    12:45 PM – Break For Lunch?
    1:15 PM – Discuss SMAPI Integration w/ Google Play All Access
       2 PM – High level business discussion and partnership next steps

On Tue, Jul 9, 2013 at 4:46 PM, Kristen Bender <Kristen.Bender@sonos.com> wrote:

Ready when you are.  Call me on mobile - 973–946-0513

---

**From:** Ted Kartzman <teddyk@google.com>
**Date:** Tuesday, July 9, 2013 7:42 PM
**To:** Kristen Bender <kristen.bender@sonos.com>
**Subject:** Re: Google/Sonos Meeting - Next Tuesday - Let's Catch Up Today

call me whenever you are around, if it's before 5, that's even better for me.
thanks
ted

On Tue, Jul 9, 2013 at 4:13 PM, Kristen Bender <Kristen.Bender@sonos.com> wrote:

Perfecto.  Talk in a bit!

---

**From:** Ted Kartzman <teddyk@google.com>
**Date:** Tuesday, July 9, 2013 7:12 PM
**To:** Kristen Bender <kristen.bender@sonos.com>
**Subject:** Re: Google/Sonos Meeting - Next Tuesday - Let's Catch Up Today

Yeah that's great. I will catch the 5:38 instead of the 5:13.  All good.  650-390-7433 and we will tawk!

On Jul 9, 2013 4:10 PM, "Kristen Bender" <Kristen.Bender@sonos.com> wrote:

TK.  En route home, crazy day.  Can you chat at 8 PM EST for a quick catch up?

Lemme know, will call you on mobile.

KB

On Jul 9, 2013, at 6:54 PM, "Ted Kartzman" <teddyk@google.com> wrote:

KB - chat today?  Holler if u got the time.
I got some more hotel info from the nicest admin, Amie:
Bay Area hotels can be costly for long-term stays, but here are options for short-term stays when you first arrive and are trying to get settled.  The first six listed hotels are upscale options, while the seventh, the Pacific Hotel is a motel-style option.

1. Hotel Avante: http://jdvhotels.com/avante/
2. Residence Inn Mt. View: http://www.residenceinnmountainview.com/
3. Grand Hotel: http://www.svgrandhotel.com/
4. Wild Palms: http://www.jdvhotels.com/wild_palms/
5. Dinah's Garden Hotel: http://www.dinahshotel.com/
6. Residence Inn Los Altos: http://www.losaltosresidenceinn.com/
7. Pacific Hotels: www.pacifichotels.com

On Tue, Jul 9, 2013 at 12:04 PM, Ted Kartzman <teddyk@google.com> wrote:

Hey KB - I can chat it out at 1, 1:30, 2, or 4pm today (PST).  Any of those times work for ye?
1. Address: 1585 Charleston Road, and there should be visitor parking out front.
2. Everyone in the meeting will be a Sonos user, so quickly gloss over vision and where we are, and I love the idea of a near term product roadmap.  These guys will want to know where a "fling" type concept would sit on the roadmap.
3. Data points.  Lets chat today and see if we can't hit on a few ideas to discuss that will keep everyone most excited.
4. Here's what I think we have now for attendees:

**Executive**: Hugo Barra
**Business Development**:  Zahavah Levine (my manager, Director of Content Partnerships, Ted Kartzman (Independent Music Licensing for Google Play and Business Development, Android)
**Product Manager, Google Play**: Debajit Ghosh (Sr. Staff Software Engineer), Paul Joyce
**Android Framework Director**: Dave Burke, with developers Adam Powell, Jeff Brown
**PM on Media**: James Kelly - video codecs, graphics pipelines, audio fling, remote control for audio
**UX Designer**:  Leo B (not sure his last name yet)

Chat later today?  Let me know what time is best.

thanks!
TK


On Tue, Jul 9, 2013 at 6:54 AM, Kristen Bender <Kristen.Bender@sonos.com> wrote:

Hey TK,

Welcome back from a long holiday weekend!  Hope you guys had a blast at the festival.

So wanted to quickly update you – we are confirmed for our meeting next Tuesday the 16th in Mountain View.  We have not booked a hotel yet – but we all plan on staying close to the Google campus the night of the 15th.  Attendees from our side:

Tom Cullen, VP, Product Management
Kristen Bender, Sr. Product Manager, Music
Andrew Schulert, VP, Quality
Nick Millington, VP, Product Development
Ron Kuper, Sr. Technical Lead, Content

We are lined up with all of the right people from our end to get this conversation moving forward.  I suspect a follow up from the up and coming meeting will be another in-person with a subset of this group along with Tad Coburn (to really make progress on the "Fling" concept).

Agenda you had suggested works ok for us:

11:30 AM – Introductions & overview
12 PM – Discuss "Smart Fling"
12:45 PM – Break For Lunch?
1:15 PM – Discuss SMAPI Integration w/ Google Play All Access
2 PM – High level business discussion and partnership next steps

A couple of questions for you, and we can talk through all of this later today…

1.  Where are we going?  I have 1600 Ampitheater Parkway as an address…anything more specific?  I know the campus is huge so any details to prevent us from getting lost would rock!
2.  We can prepare a quick company overview to help kick off the discussion – what our strategy is, etc.  What more are you guys looking for?  Near term product roadmaps?
3.  What data points should I come prepared with that would help move the discussion along?  It's pretty clear at this point that we don't need to spend a ton of time making a business case, but I am sure you guys have questions…
4.  Can you hit me back with a final list of attendees from your side so I can socialize all of this with the Sonos team?

Anyway, looking forward to talking through all of this.  Holler at me!

Best,

KB



--

----
Ted Kartzman
teddyk@google.com
Music Partner Manager, Google Play /
Music Business Development, Android
Voice: +1 (415) 596.6498
Mobile: +1 (650) 390-7433
https://play.google.com/store/music
music.google.com
http://g.co/musicpartner to apply!




--

----
Ted Kartzman
teddyk@google.com
Music Partner Manager, Google Play /
Music Business Development, Android
Voice: +1 (415) 596.6498
Mobile: +1 (650) 390-7433
https://play.google.com/store/music
music.google.com
http://g.co/musicpartner to apply!




--

----
Ted Kartzman
teddyk@google.com

Highly Confidential - Attorneys' Eyes Only

Music Partner Manager, Google Play /
Music Business Development, Android
Voice: +1 (415) 596.6498
Mobile: +1 (650) 390-7433
https://play.google.com/store/music
music.google.com
http://g.co/musicpartner to apply!

--

----
Ted Kartzman
teddyk@google.com
Music Partner Manager, Google Play /
Music Business Development, Android
Voice: +1 (415) 596.6498
Mobile: +1 (650) 390-7433
https://play.google.com/store/music
music.google.com
http://g.co/musicpartner to apply!

--

----
Ted Kartzman
teddyk@google.com
Music Partner Manager, Google Play /
Music Business Development, Android
Voice: +1 (415) 596.6498
Mobile: +1 (650) 390-7433
https://play.google.com/store/music
music.google.com
http://g.co/musicpartner to apply!

--

----
Ted Kartzman
teddyk@google.com
Music Partner Manager, Google Play /
Music Business Development, Android
Voice: +1 (415) 596.6498
Mobile: +1 (650) 390-7433
https://play.google.com/store/music
music.google.com
http://g.co/musicpartner to apply!

--

----
Ted Kartzman
teddyk@google.com
Music Partner Manager, Google Play /
Music Business Development, Android
Voice: +1 (415) 596.6498
Mobile: +1 (650) 390-7433
https://play.google.com/store/music
music.google.com
http://g.co/musicpartner to apply!

Highly Confidential - Attorneys' Eyes Only                                       SONOS-SVG2-00040233