# EXHIBIT AU

# FILED UNDER SEAL