# EXHIBIT AV

## FILED UNDER SEAL