# EXHIBIT AW

## FILED UNDER SEAL