# EXHIBIT AX

## FILED UNDER SEAL