# EXHIBIT AY

## FILED UNDER SEAL