# EXHIBIT AZ

## FILED UNDER SEAL