# EXHIBIT BA

## FILED UNDER SEAL