# EXHIBIT BC

## FILED UNDER SEAL