# EXHIBIT BD

## FILED UNDER SEAL