# EXHIBIT BE

## FILED UNDER SEAL