# **EXHIBIT BF**

**To:** Kristen Bender[Kristen.Bender@sonos.com]; Ron Kuper[Ron.Kuper@sonos.com]
**Cc:** Ted Kartzman[teddyk@google.com]; Paul Joyce[pauljoyce@google.com]
**From:** Debajit Ghosh[debajit@google.com]
**Sent:** Mon 8/5/2013 6:18:31 PM Eastern Daylight Time
**Subject:** incredible set up experience with Sonos

hi Kristen, Ron,

thank you so much for your kind offer to send us devices for testing -- that's been really helpful in spinning up for this integration. i wanted to pass along some feedback on my overall Sonos experience thus far. one word sums it up: wow!

it was literally 15-20m between when i started unboxing the devices you sent me to when i was listening to the music of my choice on multiple speakers. the packaging and instructions are top-notch, setup of the first component and every additional component is a breeze, and being able to play something immediately from TuneIn is quite powerful. i also set up my Pandora account and had a great experience overall with that as well. later, when i went to set up a controller app on a different device, i just had to hit the same button combination on one of my mobile devices, and the new mobile device was immediately set up to control the network.

the only feedback i had was on the Android app. it worked really well, but the one thing i missed was lock screen controls. if you publish what's currently playing to http://developer.android.com/reference/android/media/RemoteControlClient.html, and if you grab "audio focus" (http://developer.android.com/training/managing-audio/audio-focus.html), the lockscreen will automatically show what's playing and give you basic navigation control. having to grab audio focus when the real audio is playing remotely is a bit clunky (something we've discussed with the platform team; they're planning on improving with these new remote playback scenarios. in the meantime, we go ahead and grab it but don't hold on if someone else wants to grab it), but it should get you a nice lock screen integration.

and that's it. otherwise, i was really quite impressed by the out-of-the-box experience, the sound quality, and the ease with which i was able to group and ungroup devices.

you have built an incredible product. i'm really looking forward to both of the deep integrations our companies are doing together. i'm especially excited to kick up the formal effort on the SMAPI integration after i return from vacation (and i'm sure that parts of my brain will be thinking about the integration while on vacation as well =).

best, debajit

Highly Confidential - Attorneys' Eyes Only

SONOS-SVG2-00040227