# EXHIBIT BG

## FILED UNDER SEAL