# EXHIBIT BH

## FILED UNDER SEAL