# EXHIBIT BI

## FILED UNDER SEAL