# EXHIBIT BJ

## FILED UNDER SEAL