# EXHIBIT BK

**To:** Andrew Schulert[Andrew.Schulert@sonos.com]; Kristen Bender[Kristen.Bender@sonos.com]
**From:** Craig Wisneski[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=237744D6535A42DB90DB8997E857FF53-CRAIG WISNE]
**Sent:** Mon 2/24/2014 1:09:21 PM Eastern Standard Time
**Subject:** FW: Sonos, Google Cast

FYI – see below – I started a one-on-one thread with Micah and got some more info.
-Craig

---

**From:** Micah Collins <micahcollins@google.com>
**Date:** Monday, February 24, 2014 at 12:49 PM
**To:** Craig Wisneski <craig.wisneski@sonos.com>
**Subject:** Re: Sonos, Google Cast

Hey Craig,
I saw that. Great! I am a product manager on the team responsible for specifically both Google Cast and Chromecast. My role is focused on hardware that runs Cast. Tomer is the PM focused on scaling Cast to 3rd parties' hardware.

Our team is driving the formal scaling effort for "Google Cast receiver" nodes, which among other things includes networked speakers and audio systems from the ecosystem of device makers.

I see now you've had some advanced efforts, which from a UX perspective may be very close to Cast (sitting behind the route icon, etc). We're curious to understand the path you've been going down to date. My sense is it will want to get pulled into the main thread, however for various reasons this may or may not make sense right away. We don't want to disrupt any ongoing efforts, but would like to take the moment to align on the two paths, for your sake.

Our goal would be to make sure logical Sonos end points appear as independent Cast receivers across all supported Cast platforms, Android, iOS, and Chrome.

Should be fun.

On a separate note, great news on Google Music. That should be great for both sides.

-Micah


On Mon, Feb 24, 2014 at 8:25 AM, Craig Wisneski <Craig.Wisneski@sonos.com> wrote:

Hi Micah,

Thanks again for making the connection there. Like you just saw in my note, we've been working on Cast stuff pretty closely with some folks in Google and we're pretty excited about it. Plus, we're almost there with Google Music getting on Sonos, so it's a couple really good things for our mutual customers.

What part of Google are you working in?

Best,
-Craig

**From:** Micah Collins <micahcollins@google.com>
**Date:** Friday, February 21, 2014 at 6:27 PM
**To:** Craig Wisneski <craig.wisneski@sonos.com>
**Cc:** Tomer Shekel <shekelto@google.com>, Matthew Stuart <mattstuart@google.com>
**Subject:** Sonos, Google Cast

Hi Craig,
Thanks for getting back to me. I have cc'd my colleagues Matt Stuart (BD) and Tomer Shekel (PM) who are currently driving our discussions with audio OEMs about Cast.

We'd love to connect and brief you about where we are, and explore the opportunity with Sonos.

Look forward to it!

Matt,

Craig runs the PM group at Sonos. Let's get an intro call together at the right point in your process.

Thanks!

-Micah

Highly Confidential - Attorneys' Eyes Only                                                                                                                     SONOS-SVG2-00040226