# EXHIBIT BL

## FILED UNDER SEAL