# EXHIBIT BM

## FILED UNDER SEAL