# EXHIBIT BN

**To:** John MacFarlane[John.MacFarlane@sonos.com]
**From:** Mario Queiroz[marioq@google.com]
**Sent:** Tue 5/6/2014 11:55:37 AM Eastern Daylight Time
**Subject:** Re: Introductions - Mario/Marc

I received the equipment and have been in touch with David Meichsner from your team. Thank you very much. I'm setting some weekend time aside to install and get you some feedback.
Regards,

mario


On Mon, Apr 28, 2014 at 5:38 PM, Mario Queiroz <marioq@google.com> wrote:

Best to have it shipped to my office at Google please:

1600 Amphitheatre Parkway
Mountain View, CA 94043

408-464-9204

Thanks!


On Mon, Apr 28, 2014 at 5:32 PM, John MacFarlane <John.MacFarlane@sonos.com> wrote:

Would you share your shipping address and phone number with me?

---

**From:** Mario Queiroz <marioq@google.com>
**Date:** Monday, April 28, 2014 at 5:30 PM
**To:** John MacFarlane <John.MacFarlane@Sonos.com>
**Cc:** Marc Whitten <marc.whitten@sonos.com>, Tomer Shekel <shekelto@google.com>, Matthew Stuart <mattstuart@google.com>
**Subject:** Re: Introductions - Mario/Marc

John, pleasure to talk to you as well and thanks for the intro to Marc and for the offer to send me the "ultra" gear. Let's meet in person on your next visit to the Bay Area.

Marc, Tomer Shekel is the product lead for the Cast Audio project. Let's set up a call with you and Tomer to hash out an agenda for a more detailed meeting between the teams.

Copying Matt Stuart who is our biz dev lead for Cast Audio.

Talk soon,

mario


On Mon, Apr 28, 2014 at 5:22 PM, John MacFarlane <John.MacFarlane@sonos.com> wrote:

Mario, Marc,

I wanted to take a moment of both your time and introduce you to each other.

Mario -> Thanks for the conversation today, it was a pleasure and I am looking forward to picking your brain on Brazil to learn from you. Marc, as you know, runs our Product Group (4 weeks now at Sonos) and has considerable experience in the area of things that connect to a TV from his past. His team would be the lead in our work with you.

Marc-> Mario is the founder of ChromeCast and quite a smart thinker on the evolution of entertainment in the home. It would be good for you to sponsor a visit, with Nick, Andy, Tom, and perhaps Tad C. to flush out how we can work with Mario's team to make a really amazing experience between the two of us.

I will take it upon myself to get Mario some "ultra" sonos gear (Mario – that's our name for the wifi setup stuff) ASAP so he can do a little investigation and critique our approaches (which I would love to hear, the tougher the better).

Best,
John

Highly Confidential - Attorneys' Eyes Only

SONOS-SVG2-00040218