# EXHIBIT BO

## FILED UNDER SEAL