# EXHIBIT BP

## FILED UNDER SEAL