# EXHIBIT CD

## FILED UNDER SEAL