# EXHIBIT CE

## FILED UNDER SEAL