# EXHIBIT CI

## FILED UNDER SEAL