# EXHIBIT CJ

## FILED UNDER SEAL