# EXHIBIT CK

## FILED UNDER SEAL