# EXHIBIT CL

## FILED UNDER SEAL