1  CLEMENT SETH ROBERTS (STATE BAR NO. 209203)
   croberts@orrick.com
2  ALYSSA CARIDIS (STATE BAR NO. 260103)
   acaridis@orrick.com
3  EVAN D. BREWER (STATE BAR NO. 304411)
   ebrewer@orrick.com
4  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
5  405 Howard Street
   San Francisco, CA 94105-2669
6  Telephone:    +1 415 773 5700
   Facsimile:    +1 415 773 5759
7
   GEORGE I. LEE (*pro hac vice*)
8  lee@ls3ip.com
   SEAN M. SULLIVAN (*pro hac vice*)
9  sullivan@ls3ip.com
   COLE B. RICHTER (*pro hac vice*)
10 richter@ls3ip.com
   RORY P. SHEA (*pro hac vice*)
11 shea@ls3ip.com
   J. DAN SMITH (*pro hac vice*)
12 smith@ls3ip.com
   LEE SULLIVAN SHEA & SMITH LLP
13 656 W Randolph St., Floor 5W
   Chicago, IL 60661
14 Telephone:    +1 312 754 0002
   Facsimile:    +1 312 754 0003
15
   *Attorneys for Defendant Sonos, Inc.*
16

17                    UNITED STATES DISTRICT COURT

18                   NORTHERN DISTRICT OF CALIFORNIA,

19                        SAN FRANCISCO DIVISION

20

21 | Google LLC,             | Case No. 3:20-cv-06754-WHA |
22 |        Plaintiff,       | **PROOF OF SERVICE**       |
23 |        v.               |                            |
24 | Sonos, Inc.,            |                            |
25 |        Defendant.       |                            |

**PROOF OF SERVICE**

I am employed in the County of San Mateo, State of California. I am over the age of 18 years and not a party to the within action. My business address is Orrick, Herrington, & Sutcliffe, 1000 Marsh Rd., Menlo Park, California 94025.

On February 18, 2022, I served the following document(s) on the interested parties in this action:

(1) Sonos, Inc.'s Administrative Motion to File Under Seal Documents Filed in Support of Its Answer to Google LLC's Second Amended Complaint;

(2) Declaration of Cole B. Richter in Support of Sonos, Inc.'s Administrative Motion to File Under Seal Documents Filed in Support of Its Answer to Google LLC's Second Amended Complaint;

(3) Exhibits AU-AZ, BA-BE, BG-BJ, BL-BM, BO-BP, CC, and CE to Sonos, Inc.'s Answer to Google LLC's Second Amended Complaint and Sonos, Inc's Counterclaims [sealed versions];

(4) [Proposed] Order Granting Sonos, Inc.'s Administrative Motion to File Under Seal Documents Filed in Support of Its Answer to Google LLC's Second Amended Complaint.

(5) Sonos, Inc.'s Administrative Motion To Consider Whether Another Party's Material Should Be Sealed;

(6) Exhibits AU-AZ, BA-BE, BG-BJ, BL-BM, BO-BP, CC-CE, CI-CL to Sonos, Inc.'s Administrative Motion To Consider Whether Another Party's Material Should Be Sealed; and

(7) [Proposed] Order Granting Sonos, Inc.'s Administrative Motion To Consider Whether Another Party's Material Should Be Sealed

on the following service list as indicated below:

| | |
|---|---|
| Charles K. Verhoeven<br>charlesverhoeven@quinnemanuel.com<br>Melissa J. Baily<br>melissabaily@quinnemanuel.com<br>Lindsay Cooper<br>lindsaycooper@quinnemanuel.com<br>Joseph LeRoy<br>josephleroy@quinnemanuel.com<br>Nima Hefazi<br>nimahefazi@quinnemanuel.com<br>Jocelyn Ma<br>jocelynma@quinnemanuel.com<br>Marc Kaplan<br>marckaplan@quinnemanuel.com<br>Lindsay Cooper<br>lindsaycooper@quinnemanuel.com<br>Lana Robins<br>lanarobins@quinnemanuel.com<br>Anne-Raphaëlle Aubry<br>anneraphaelleaubry@quinnemanuel.com<br>qe-sonos3@quinnemanuel.com<br>QUINN EMANUEL URQUHART<br>   & SULLIVAN, LLP<br>50 California Street, 22nd Floor<br>San Francisco, California 94111-478 | Attorneys for GOOGLE LLC |

    (BY E-MAIL OR ELECTRONIC TRANSMISSION) by electronically transmitting a true and correct copy of the document(s) in pdf format from email address jcamaya@orrick.com to the email address(es) set forth in the service list. I did not receive, within a reasonable time after the transmission, any electronic message or indication that the transmission was unsuccessful or incomplete.

    I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

    Executed on February 18, 2022, in Menlo Park, California.

*/s/ John Camaya*
_____
John Camaya