QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
Melissa Baily (Bar No. 237649)
melissabaily@quinnemanuel.com
Lindsay Cooper (Bar No. 287125)
lindsaycooper@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:   (415) 875-6600
Facsimile:    (415) 875-6700

*Attorneys for GOOGLE LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GOOGLE LLC,<br><br>          Plaintiff,<br><br>    vs.<br><br>SONOS, INC.,<br><br>          Defendant. | CASE NO. 3:20-cv-06754-WHA<br><br>**GOOGLE'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |

## I.   INTRODUCTION

Pursuant to Civil Local Rule 79-5(f), Defendant Google LLC ("Google") respectfully submits this Administrative Motion to Consider Whether Another Party's Material Should Be Sealed in connection with Google's Opposition to Sonos, Inc.'s ("Sonos") Motion for Leave to Amend Infringement Contentions Pursuant to Patent L.R. 3-6 ("Opposition").  Certain portions of Google's Opposition and documents filed in support thereof contain information that Sonos may consider confidential pursuant to the Stipulated Protective Order ("Protective Order") entered by this Court.  Dkt. 92.  Accordingly, Google seeks to file under seal the documents and information as listed below:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Google's Opposition | Portions highlighted in green | Sonos |
| Exhibit 1 to Google's Opposition | Entire document | Sonos |
| Exhibit 6 to Google's Opposition | Entire document | Sonos |

Materials and documents may be provisionally filed under seal pursuant to Civil Local Rule 79-5(f) when the document, or portions thereof, "has been designated as confidential by another party or non-party."  L.R. 79-5(f).  Google has redacted the green-highlighted portions of its Opposition and submitted exhibits in support thereof under seal because information therein may be considered "CONFIDENTIAL" and/or "HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY" under the Protective Order by Sonos.

In compliance with Civil Local Rule 79-5(d) and (e), unredacted versions of the above listed documents accompany this Administrative Motion and redacted versions of the above listed documents have been filed publicly.  In accordance with Local Rule 79-5(c)(3), Google has also filed a Proposed Order herewith.

| | | |
|---|---|---|
| 1 | DATED: February 22, 2022 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 2 | | |
| 3 | | By:   */s/ Charles K. Verhoeven* |
| | | Charles K. Verhoeven (Bar No. 170151) |
| 4 | | charlesverhoeven@quinnemanuel.com |
| | | Melissa Baily (Bar No. 237649) |
| 5 | | melissabaily@quinnemanuel.com |
| | | Lindsay Cooper (Bar No. 287125) |
| 6 | | lindsaycooper@quinnemanuel.com |
| | | 50 California Street, 22nd Floor |
| 7 | | San Francisco, California 94111-4788 |
| | | Telephone:    (415) 875-6600 |
| 8 | | Facsimile:    (415) 875-6700 |
| 9 | | *Attorneys for GOOGLE LLC* |

**CERTIFICATE OF SERVICE**

Pursuant to the Federal Rules of Civil Procedure and Local Rule 5-1, I hereby certify that, on February 22, 2022, all counsel of record who have appeared in this case are being served with a copy of the foregoing via the Court's CM/ECF system and email.

DATED: February 22, 2022

By: */s/ Charles K. Verhoeven*
Charles K. Verhoeven