QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Charles K. Verhoeven (Bar No. 170151)
  charlesverhoeven@quinnemanuel.com
  Melissa Baily (Bar No. 237649)
  melissabaily@quinnemanuel.com
  Lindsay Cooper (Bar No. 287125)
  lindsaycooper@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:     (415) 875-6600
Facsimile:     (415) 875-6700

Attorneys for GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GOOGLE LLC,<br><br>        Plaintiff,<br><br>    vs.<br><br>SONOS, INC.,<br><br>        Defendant. | CASE NO. 3:20-cv-06754-WHA<br>Related to CASE NO. 3:21-cv-07559-WHA<br><br>**[PROPOSED] ORDER GRANTING GOOGLE'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |

1  Plaintiff Google LLC ("Google") has filed an Administrative Motion to Consider Whether
2  Another Party's Material Should Be Sealed ("Google's Administrative Motion").
3  Having considered Google's Administrative Motion, and compelling reasons to seal having
4  been shown, the Court **GRANTS** Google's Administrative Motion and **ORDERS** sealed the
5  documents listed below:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Google's Opposition to Sonos, Inc. ("Sonos") Motion for Leave to Amend Infringement Contentions Pursuant to Patent L.R. 3-6 ("Google's Opposition") | Portions highlighted in green | Sonos |
| Exhibit 1 to Google's Opposition | Entire Document | Sonos |
| Exhibit 6 to Google's Opposition | Entire Document | Sonos |

IT IS SO ORDERED.

DATED: _____

The Honorable William Alsup
United States District Court Judge