QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
Melissa Baily (Bar No. 237649)
melissabaily@quinnemanuel.com
Lindsay Cooper (Bar No. 287125)
lindsaycooper@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:     (415) 875-6600
Facsimile:     (415) 875-6700f

Attorneys for GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| GOOGLE LLC, | CASE NO. 3:20-cv-06754-WHA |
| --- | --- |
| Plaintiff, | Related to CASE NO. 3:21-cv-07559 |
| vs. | **DECLARATION OF NIMA HEFAZI IN SUPPORT OF GOOGLE LLC'S OPPOSITION TO SONOS, INC.'S MOTION FOR LEAVE TO AMEND INFRINGEMENT CONTENTIONS PURSUANT TO PATENT L.R. 3-6** |
| SONOS, INC., | |
| Defendants. | |

I, Nima Hefazi, declare and state as follows:

1. I am an attorney licensed to practice in the State of California and am admitted to practice before this Court. I am of counsel at Quinn Emanuel Urquhart & Sullivan LLC representing Google LLC ("Google") in this matter. I make this declaration in support of Google's Opposition to Sonos, Inc.'s ("Sonos") Motion for Leave to File Amended Infringement Contentions Pursuant to Patent L.R. 3-6 ("Motion"). If called as a witness, I could and would testify competently to the information contained herein.

2. On December 11, 2020, Sonos served its preliminary infringement contentions in accordance with Judge Albright's Order Governing Proceedings when the action was still pending in the Western District of Texas.

3. On January 8, 2021, Sonos served its first supplemental preliminary infringement contentions on January 8, 2021.

4. On March 5, 2021, Google produced its technical documentation and source code for the accused products.

5. Thereafter, Sonos served second supplemental preliminary infringement contentions on June 5, 2021, third supplemental infringement contentions on July 14, 2021, and "final" infringement contentions on September 10, 2021.

6. The action was transferred to the Northern District of California on September 27, 2021. On October 21, 2021, Sonos served another set of infringement contentions pursuant to the district's Patent Local Rule 3-1.

7. Google and Sonos exchanged proposed terms for construction in compliance with Patent Local Rule 4-1 on December 20, 2021.

8. Pursuant to Patent Local Rule 4-2, Google and Sonos simultaneously exchanged their respective proposed preliminary constructions for these selected claim terms on January 10, 2022.

9. On January 20, 2022, Sonos served another set of supplemental infringement contentions pursuant to the Court's order following Google's letter for discovery relief. Sonos's

supplemental contentions did not include its new proposed theories for the "resource locators" and "local playback queue" terms.

10. Attached as Exhibit 1 is a true and correct copy of an excerpt of Sonos's Preliminary Damages Disclosures Pursuant to Patent Local Rule 3-8.

11. Attached as Exhibit 2 is a true and correct copy of an excerpt of a transcript for the January 6, 2021 hearing.

12. Attached as Exhibit 3 is a true and correct copy of a February 4, 2022 email from Sonos's counsel to Google's counsel.

13. Attached as Exhibit 4 is a true and correct copy of an excerpt of Sonos's Expert Report of Douglas C. Schmidt on Claim Construction.

14. Attached as Exhibit 5 is a true and correct copy of an excerpt of Sonos's Patent L.R. 4-2 Preliminary Claim Constructions and Identification of Evidence.

15. Attached as Exhibit 6 is a true and correct copy of an excerpt of Exhibit A to Sonos's October 21, 2021 Disclosure of Asserted Claims and Infringement Contentions, comprising of an Infringement Contention Chart for U.S. Patent No. 9,967,615.

I declare under penalty of perjury that to the best of my knowledge the foregoing is true and correct. Executed on February 22, 2022, in Los Angeles, California.

DATED: February 22, 2022

By: */s/ Nima Hefazi*
Nima Hefazi

**ATTESTATION**

I, Charles K. Verhoeven, am the ECF user whose ID and password are being used to file the above Declaration. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Nima Hefazi has concurred in the aforementioned filing.

                                                         /s/ *Charles K. Verhoeven*
                                                       Charles K. Verhoeven