# EXHIBIT 2

**Pages 1 - 25**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Before The Honorable William Alsup, Judge

| | |
|---|---|
| GOOGLE LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| VS. ) | **NO. C 20-06754-WHA** |
| ) | |
| SONOS, INC., ) | |
| ) | |
| Defendant. ) | |
| _____) | |

San Francisco, California
Thursday, January 6, 2022

**TRANSCRIPT OF REMOTE TELEPHONIC PROCEEDINGS**

**APPEARANCES**: (Appearances via AT&T Teleconference.)

For Plaintiff:
          QUINN, EMANUEL, URQUHART
            & SULLIVAN LLP
          50 California Street - 22nd Floor
          San Francisco, California 94111
    BY: **LINDSAY COOPER, ATTORNEY AT LAW**
        **JOCELYN MA, ATTORNEY AT LAW**

          QUINN, EMANUEL, URQUHART
            & SULLIVAN LLP
          865 South Figueroa Street - 10th Floor
          Los Angeles, California 90017
    BY: **NIMA HEFAZI, ATTORNEY AT LAW**

**(APPEARANCES CONTINUED ON FOLLOWING PAGE)**

Reported By:  Ruth Levine Ekhaus, RMR, RDR, FCRR
             Official Reporter, CSR No. 12219

```
1   APPEARANCES:   (CONTINUED)

2   For Defendant:

3                           ORRICK, HERRINGTON & SUTCLIFFE LLP
                            The Orrick Building
4                           405 Howard Street
                            San Francisco, California 94105
5                      BY:  CLEMENT S. ROBERTS, ATTORNEY AT LAW

6                           LEE SULLIVAN SHEA SMITH LLP
                            656 W Randolph Street - Floor 5W
7                           Chicago, Illinois 60661
                       BY:  COLE B. RICHTER, ATTORNEY AT LAW
```

1  seven months.  In March of 2021, Google provided source code to
2  Sonos toes.
3      **THE COURT:**  You should not -- I lose confidence in
4  what you tell me whenever you say "almost a year" but it turns
5  out to be seven months.  Now, 11 months or 10 months might be
6  "almost a year," but seven is barely more than half a year.  So
7  it's a small point, but I got to do these things by trusting
8  the lawyers, and if I can't trust you, you see where -- it's
9  hard.
10     All right.  I have a broad suggestion here:  With respect
11 to Google Request Number 1 and 2, and probably 3, but give
12 14 days for Sonos to beef up its contention interrogatories.
13 That's step 1.  And it's got to do a good job.
14     Number 2, I would then allow two depositions.  One would
15 be a deposition of an engineer at Google to explain why there
16 is no local playback queue.  That would be done in about
17 two weeks -- three or four weeks, max; it would be done this
18 month.
19     And then there would be in the same week -- the very same
20 week, don't try to wiggle out of this -- the Sonos engineer or
21 expert would then have to explain under oath why there is a
22 local playback queue.
23     And then -- then the final from that would be I will give
24 each side a very short time to beef up the contention
25 interrogatory -- not interrogatories, these disclosures.  And

**CERTIFICATE OF REPORTER**

I certify that the foregoing is a correct transcript from the record of proceedings in the above-entitled matter.

DATE:    Thursday, January 13, 2021

_____
Ruth Levine Ekhaus, RMR, RDR, FCRR, CSR No. 12219
Official Reporter, U.S. District Court