# EXHIBIT 3

| | |
|---|---|
| **From:** | Cole Richter <richter@ls3ip.com> |
| **Sent:** | Monday, February 7, 2022 2:49 PM |
| **To:** | Nima Hefazi |
| **Cc:** | QE-Sonos3; Sonos-NDCA06754-service |
| **Subject:** | RE: Google v. Sonos -- Motion for Leave |

**[EXTERNAL EMAIL from richter@ls3ip.com]**

Nima,

We aren't able to share a redlined version yet as we are still compiling. We will mark you as opposed for now. If that changes once you have a chance to review, please let us know.

Best,
Cole

**From:** Nima Hefazi <nimahefazi@quinnemanuel.com>
**Sent:** Friday, February 4, 2022 2:06 PM
**To:** Cole Richter <richter@ls3ip.com>
**Cc:** QE-Sonos3 <qe-sonos3@quinnemanuel.com>; Sonos-NDCA06754-service <Sonos-NDCA06754-service@orrick.com>
**Subject:** RE: Google v. Sonos -- Motion for Leave

Cole,

So that we may consider your request, can you please send us a redlined version showing us Sonos's proposed amendments to the contentions?

Thank you,
Nima

**From:** Cole Richter <richter@ls3ip.com>
**Sent:** Friday, February 4, 2022 9:22 AM
**To:** Nima Hefazi <nimahefazi@quinnemanuel.com>
**Cc:** QE-Sonos3 <qe-sonos3@quinnemanuel.com>; Sonos-NDCA06754-service <Sonos-NDCA06754-service@orrick.com>
**Subject:** Google v. Sonos -- Motion for Leave

**[EXTERNAL EMAIL from richter@ls3ip.com]**

Nima,

Sonos intends to move the Court for leave to leave to amend its infringement contentions to address Google's PLR 4-2 proposed constructions pursuant to Patent Local Rule 3-6 and the Court's Case Management Order, Dkt. 67 at ¶17. Does Google oppose?

1

Best,

**Cole B. Richter**



Lee Sullivan Shea & Smith LLP
656 W Randolph St, Ste. 5W, Chicago, IL 60661
312.754.9602 *Main* | 312.757.4478 *Direct*
richter@ls3ip.com | www.ls3ip.com

2