# EXHIBIT 5

Clement S. Roberts (SBN 209203)
*croberts@orrick.com*
ORRICK HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, CA 94105
Tel: (415) 773-5700 -- Fax: (415) 773-5759

Alyssa Caridis (SBN 260103)
*acaridis@orrick.com*
ORRICK HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Tel: (213) 629-2020 -- Fax: (213) 612-2499

George I. Lee
*lee@ls3ip.com*
Sean M. Sullivan
*sullivan@ls3ip.com*
Rory P. Shea
*shea@ls3ip.com*
J. Dan Smith
*smith@ls3ip.com*
Michael P. Boyea
*boyea@ls3ip.com*
Cole B. Richter
*richter@ls3ip.com*
LEE SULLIVAN SHEA & SMITH LLP
656 W Randolph St, Floor 5W
Chicago, IL 60661
Tel: (312) 754-0002 -- Fax: (312) 754-0003

*Attorneys for Sonos, Inc.*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOOGLE LLC,<br><br>       *Plaintiff*,<br><br>v.<br><br>SONOS, INC.,<br><br>       *Defendant*. | Case No. 3:20-cv-6754<br><br>**SONOS, INC.'S PATENT L.R. 4-2 PRELIMINARY CLAIM CONSTRUCTIONS AND IDENTIFICATION OF EVIDENCE**<br><br>Judge: Hon. William Alsup<br>Complaint Filed: September 28, 2020 |

Pursuant to Patent Local Rule 4-2, Sonos, Inc. ("Sonos") serves the following preliminary claim constructions and identification of intrinsic and extrinsic evidence on Google LLC ("Google"). Sonos's preliminary claim constructions and identification of intrinsic and extrinsic evidence are set forth in Exhibit A. Sonos reserves the right to update, supplement, revise, or otherwise modify this disclosure in light of further investigation and discovery, including evidence not yet produced by Google, or in light of modification or supplementation of Google's invalidity contentions. Sonos also reserves the right to update, supplement, revise, or otherwise modify this disclosure as claim construction progresses, and as the parties meet-and-confer in furtherance of preparing a Joint Claim Construction and Prehearing Statement.

In support of each of its preliminary constructions, Sonos reserves the right to rely upon extrinsic evidence in the form of expert testimony. Pursuant to Patent Local Rule 4-2, Sonos discloses that the substance of such expert testimony will include the meaning that each of the terms for construction would have had to a person of ordinary skill in the art at the time of the relevant invention, the support for such meaning in the intrinsic and other extrinsic evidence, and any responses to any construction or evidence offered by Google in support of its proposed claim constructions.

While Sonos has identified the evidence on which it intends to rely to support its preliminary constructions, Sonos also reserves the right to identify and rely on additional evidence—both intrinsic evidence and extrinsic evidence, including expert testimony—to rebut any claim constructions offered by Google, or to rebut expert testimony offered by Google in support of its proposed claims constructions or any alleged indefiniteness of any claim term.

Dated: January 10, 2022

ORRICK HERRINGTON & SUTCLIFFE LLP
*and*
LEE SULLIVAN SHEA & SMITH LLP

By: */s/ Cole B. Richter*
  Cole B. Richter (admitted *pro hac*)

*Attorneys for Sonos, Inc.*

| Patent No. | Term | Sonos Proposed Construction | Evidence |
|---|---|---|---|
| '615 Pat | "resource locators" | Plain and ordinary meaning; no construction necessary | <ul><li>'615 Patent at 2:51-3:13, 11:62-12:3, 12:38-63, 13:31-40, 14:29-61, 15:12-16, 15:41-46, 15:51-67, 16:9-19, claims 1, 8, 13, 20, 25, FIGs. 7, 9, 11;</li><li>'615 Prosecution History, April 5, 2017 Office Action Response;</li><li>'615 Prosecution History, May 9, 2017 Office Action;</li><li>'615 Prosecution History, August 28, 2017 Office Action Response;</li><li>Extrinsic Evidence from one or more of the following:<ul><li>SONOS-SVG2-00043078 at 3:17-38;</li><li>SONOS-SVG2-00043035 at 5:16-27</li><li>SONOS-SVG2-00043131 at ¶ 27;</li><li>SONOS-SVG2-00043153 at 3:32-37</li></ul></li></ul> |

8