# EXHIBIT CL

# FILED UNDER SEAL

**Ex. D –Infringement Contention Chart: U.S. Patent No. 10,848,885**
**HIGHLY CONFIDENTIAL - SOURCE CODE - ATTORNEYS' EYES ONLY**

| Claim 1 | Accused Instrumentalities |
|---|---|
| **[1.0]** A first zone player comprising: | Google's "Cast" technology enables Cast-enabled media players to be included in a "speaker group" "for synchronous music throughout the home."[1]  These Cast-enabled media players include Google's own Cast-enabled media players, such as the Home Mini, Nest Mini, Home, Home Max, Home Hub, Nest Hub, Nest Hub Max, Nest Wifi Point, Chromecast, Chromecast Audio, Chromecast Ultra, Chromecast with Google TV, and Nest Audio media players, as well as various other third-party media players with built-in Cast functionality.  *See, e.g.,* https://store.google.com/us/product/google_home_max?hl=en-US; https://store.google.com/us/product/chromecast_google_tv_compare?hl=en-US; https://www.google.com/chromecast/built-in/audio/.<br><br>To facilitate this functionality, the Google Home app allows a user to "[c]reate and manage speaker groups" from the user's smartphone, tablet, or computer device, as well as to "cast" to a previously-created "speaker group" from the user's smartphone, tablet, or computer device, which causes the "speaker group" to be invoked.  https://support.google.com/googlenest/answer/7174267?co=GENIE.Platform%3DAndroid&hl=en.  In addition, there are many other Cast-enabled Android, iOS, Chrome, or browser-based apps that allow a user to "cast" to a previously-created "speaker group" (and thereby cause the "speaker group" to be invoked) using the user's smartphone, tablet, or computer device, including certain of Google's own Cast-enabled apps (e.g., YouTube Music app, the Google Play Music app, the Google Podcasts app, etc.) as well as certain third-party Cast-enabled apps (e.g., the Spotify app), accessed via an app store or Chromecast-enabled site URL.  The Google Home app, either alone or together with one or more of these other Cast-enabled apps, can be installed and run on any smartphone, tablet, or computer device that supports Android, iOS, Chrome apps, or browser-based apps, including Google's own "Pixel" smartphone, tablet, and computer devices (*e.g.*, the Pixel 3, Pixel 3 XL, Pixel 3a, Pixel 3a XL, Pixel 4, Pixel 4 XL, Pixel 4a, Pixel 4a (5G), Pixel 5, Pixel 5a (5G), Pixel 6 phones, the Pixel Slate tablet, and the Pixelbook and Pixelbook Go laptops) as well as many third-party smartphone, tablet, or computer devices.  *See, e.g.,* https://store.google.com/us/magazine/compare_pixel; https://store.google.com/us/product/google_pixelbook_specs; https://store.google.com/us/product/pixel_slate_specs.  For purposes of this chart, any smartphone, tablet, or computer device installed with the Google Home app, either alone or together with one or more of these other Cast-enabled apps, will be referred to as a "Cast-enabled computing device." |

---

[1] Additional information regarding the accused instrumentalities is set forth in the Infringement Contention Chart for U.S. Patent No. 10,469,966 (Ex. C), which is incorporated herein by reference.

**Ex. D –Infringement Contention Chart: U.S. Patent No. 10,848,885**
**HIGHLY CONFIDENTIAL - SOURCE CODE - ATTORNEYS' EYES ONLY**

| Claim 1 | Accused Instrumentalities |
|---|---|
| | Certain of the aforementioned Cast-enabled media players also include a display screen and software that enables these Cast-enabled media players to additionally function as a control device for other Cast-enabled media players.  This sub-category of Cast-enabled media players, which will be referred to herein as "Cast-enabled displays," includes Google's Home Hub, Nest Hub, and Nest Hub Max media players.  *See, e.g.,* https://store.google.com/us/product/google_nest_hub?hl=en-US#overview-modal-music; https://store.google.com/us/product/google_nest_hub_max?hl=en-US; https://support.google.com/googlenest/answer/9165738?hl=en-GB&ref_topic=7030084.  Similar to the Cast-enabled apps installed on the Cast-enabled computing devices, the software installed on these Cast-enabled displays allows a user to "cast" to a previously-created "speaker group" using the Cast-enabled display's user interface. <br><br> Because each Cast-enabled media player is a data network device (*i.e.*, a device that is configured to connect to and communicate over a medium that interconnects devices in a manner that enables them to send digital data packets to and receive digital data packets from each other) and is configured to process and output audio, each Cast-enabled media player comprises a "zone player."  *See, e.g.,* Pl.'s Opening Markman Br. (D.I. 60 of 20-cv-881-ADA) at pp. 4-6, 23-26, Exs. 24-25; Pl.'s Reply Markman Br. (D.I. 66 of 20-cv-881-ADA) at pp. 2-3, 10-12, Exs. 26-27; SONOS-SVG2-00018184 - SONOS-SVG2-00018236 [ITC Order No. 20] at p. 15; https://support.google.com/googlenest/answer/7072284?hl=en; https://support.google.com/chromecast/answer/3046409?hl=en; https://store.google.com/us/product/nest_wifi_specs?hl=en-US.  Further, as described in more detail below, each Cast-enabled media player meets the particular limitations of the claimed "zone player" of claim 1.  Further yet, each Cast-enabled computing device comprises a "network device" as recited in claim 1. |
| **[1.1]** a network interface that is configured to communicatively couple the first zone player to at least one data network; | Each Cast-enabled media player comprises a network interface, such as a Wi-Fi interface, that is configured to communicatively couple the Cast-enabled media player to at least one data network, such as a Wi-Fi network.  *See, e.g.,* https://support.google.com/googlenest/answer/7072284?hl=en; https://store.google.com/us/product/google_home_max?hl=en-US. <br><br> Under the plain and ordinary meaning of the term "network interface," which is a physical component of a device that provides an interconnection with a data network (*i.e.*, a medium that interconnects devices in a manner that enables them to send digital data packets to and receive digital data packets from each other), a Cast-enabled media player's Wi-Fi interface is a "network interface" as that term is used in claim 1.  *See, e.g.,* Pl.'s Opening Markman Br. (D.I. 60 of 20-cv-881-ADA) at pp. 3-4; Pl.'s Reply Markman Br. (D.I. 66 of 20-cv- |

**Ex. D –Infringement Contention Chart: U.S. Patent No. 10,848,885**
**HIGHLY CONFIDENTIAL - SOURCE CODE - ATTORNEYS' EYES ONLY**

| Claim 1 | Accused Instrumentalities |
|---|---|
| | 881-ADA) at p. 2; SONOS-SVG2-00018184 - SONOS-SVG2-00018236 [ITC Order No. 20] at p. 15; https://support.google.com/googlenest/answer/7072284?hl=en; https://support.google.com/chromecast/answer/3046409?hl=en; https://store.google.com/us/product/nest_wifi_specs?hl=en-US. |
| **[1.2]** one or more processors; | Each Cast-enabled media player comprises one or more processors. *See, e.g.,* https://support.google.com/googlenest/answer/7072284?hl=en; https://store.google.com/us/product/google_home_max?hl=en-US. |
| **[1.3]** a non-transitory computer-readable medium; and | Each Cast-enabled media player comprises a non-transitory computer-readable medium. *See, e.g.,* https://support.google.com/googlenest/answer/7072284?hl=en; https://store.google.com/us/product/google_home_max?hl=en-US. |
| **[1.4]** program instructions stored on the non-transitory computer-readable medium that, when executed by the one or more processors, cause the first zone player to perform functions comprising: | Each Cast-enabled media player comprises program instructions stored on the non-transitory computer-readable medium that, when executed by the Cast-enabled media player's one or more processors, cause the Cast-enabled media player to perform the functions identified below. *See, e.g.,* https://support.google.com/googlenest/answer/7072284?hl=en; https://store.google.com/us/product/google_home_max?hl=en-US. |
| **[1.5]** while operating in a standalone mode in which the first zone player is configured to play back media individually in a networked media playback system | Each Cast-enabled media player comprises program instructions stored on the Cast-enabled media player's non-transitory computer-readable medium that, when executed by the Cast-enabled media player's one or more processors, cause the Cast-enabled media player to, while operating in a standalone mode in which the Cast-enabled media player is configured to play back media individually in a networked Cast-enabled media playback system comprising the Cast-enabled media player and at least two other Cast-enabled media players, perform the functions identified below.

For instance, each Cast-enabled media player is programmed such that, while in a networked Cast-enabled media playback system that includes at least two other Cast-enabled media players, the Cast-enabled media |

Ex. D –Infringement Contention Chart: U.S. Patent No. 10,848,885
**HIGHLY CONFIDENTIAL - SOURCE CODE - ATTORNEYS' EYES ONLY**

| Claim 1 | Accused Instrumentalities |
|---|---|
| comprising the first zone player and at least two other zone players: | player has the capability to operate in a standalone mode in which the Cast-enabled media player is configured to play back audio individually rather than a group mode in which the Cast-enabled media player is configured to play back audio in synchrony as part of a group of Cast-enabled media players.  *See, e.g.,*  https://support.google.com/googlenest/answer/7174267?co=GENIE.Platform%3DAndroid&hl=en; https://support.google.com/googlenest/answer/7030379?co=GENIE.Platform%3DAndroid&hl=en-GB; https://support.google.com/googlenest/answer/7181830?hl=en-GB&ref_topic=7030084; https://support.google.com/chromecast/answer/3228332?hl=en-GB&ref_topic=4602553&co=GENIE.Platform%3DDesktop&oco=1. |
| **[1.6]** (i) receiving, from a network device over a data network, a first indication that the first zone player has been added to a first zone scene comprising a first predefined grouping of zone players including at least the first zone player and a second zone player that are to be configured for synchronous playback of media when the first zone scene is invoked; and | Each Cast-enabled media player comprises program instructions stored on the Cast-enabled media player's non-transitory computer-readable medium that, when executed by the Cast-enabled media player's one or more processors, cause the Cast-enabled media player to receive, from a Cast-enabled computing device over a data network, a first indication that the Cast-enabled media player has been added to a first zone scene comprising a first predefined grouping of Cast-enabled media players including at least the Cast-enabled media player and a second Cast-enabled media player that are to be configured for synchronous playback of media when the first zone scene is invoked.  For instance, each Cast-enabled media player is programmed such that, while the Cast-enabled media player is in a networked Cast-enabled media playback system that includes at least two other Cast-enabled media players and is operating in a standalone mode in which the Cast-enabled media player is configured to play back audio individually, the Cast-enabled media player has the capability to receive, from a Cast-enabled computing device over a Wi-Fi network, ███████████ indicating that the Cast-enabled media player has been added to a first "speaker group" that includes the Cast-enabled media player and a second Cast-enabled media player in the networked Cast-enabled media playback system, where such Cast-enabled media players are to be configured for synchronous playback of audio when the first "speaker group" is invoked.  *See, e.g.,*  https://support.google.com/googlenest/answer/7174267?co=GENIE.Platform%3DAndroid&hl=en (providing instructions on how to create "speaker groups" and explaining that when Cast-enabled media players are grouped together into a "speaker group" those Cast-enabled media players are configured for "synchronous music throughout the home"): ███████████████████████ ███████████████████████ at 62: |

**Ex. D –Infringement Contention Chart: U.S. Patent No. 10,848,885**
**HIGHLY CONFIDENTIAL - SOURCE CODE - ATTORNEYS' EYES ONLY**

| Claim 1 | Accused Instrumentalities |
|---|---|
| |  *see also* Ex. C, claim limitations 1.5, 1.7. Thus, this first "speaker group" that a user creates amounts to the claimed "first zone scene comprising a first predefined grouping of zone players including at least the first zone player and a second zone player that are to be configured for synchronous playback of media when the first zone scene is invoked" because it is a previously-saved group of Cast-enabled players that has been predefined to include the first Cast-enabled media player and a second Cast-enabled media player and that is capable of existing in two states – an uninvoked state in which each Cast-enabled player in the previously-saved group is configured for individual playback of audio and an invoked state in which the Cast-enabled players in the previously-saved group are configured for synchronous playback of audio. *Id*.<br><br>Moreover, even if the Court were to construe the term "zone scene" to mean "a previously-saved group of zone players *according to a common theme*," as Judge Alan Albright suggested during the Markman hearing in 20-cv-881-ADA (*see* D.I. 106 at 38:1-3), this first "speaker group" amounts to a first "zone scene" under that construction. Indeed, every "speaker group" that a user creates in a Cast-enabled playback system is a previously-saved, predefined group of Cast-enabled players that is capable of existing in two states – an uninvoked state in which each Cast-enabled player in the previously-saved group is configured for individual playback of audio and an invoked state in which the Cast-enabled players in the previously-saved group are |

Ex. D –Infringement Contention Chart: U.S. Patent No. 10,848,885
HIGHLY CONFIDENTIAL - SOURCE CODE - ATTORNEYS' EYES ONLY

| Claim 1 | Accused Instrumentalities |
|---------|---------------------------|
|  | configured for synchronous playback of audio.  *See, e.g.,* https://support.google.com/googlenest/answer/7174267?co=GENIE.Platform%3DAndroid&hl=en (providing instructions on how to create "speaker groups" for "synchronous music throughout the home")*.*  Further, every "speaker group" that a user creates in a Cast-enabled playback system has some common theme, which in this context amounts to whatever common topic, subject, etc. led the user to decide that these particular Cast-enabled media players should be placed into a previously-saved group that allows for synchronous playback when invoked.  *Id; see also, e.g.,* '885 Patent at 2:38-45 ("According to one aspect of the present invention, a mechanism is provided to allow a user to group some of the players according to a theme or scene, where each of the players is located in a zone. When the scene is activated, the players in the scene react in a synchronized manner. For example, the players in the scene are all caused to play an audio source or music in a playlist, wherein the audio source may be located anywhere on a network."), 3:52-56 ("FIG. 3A provides an illustration of one zone scene, where the left column shows the starting zone grouping-all zones are separate, the column on the right shows the effects of grouping the zones to make a group of 3 zones named after 'Morning'"); 8:57-61 (same); 10:37-42 ("The process 600 then moves to 604 where it allows a user to decide which zone players to be associated with the scene. For example, there are ten players in a household, and the scene is named after 'Morning'. The user may be given an interface to select four of the ten players to be associated with the scene."), FIG. 5A; D.I. 106 [Markman Hr. Tr.] at 30:24-31:5 (Google's counsel arguing "the theme would be, for example, grouping three areas as a morning scene or a morning theme because you get up in the morning and these are the three areas you want to have music in. You could do the same thing -- and the patent provides examples -- for other types of zone scenes for different times of day or different types of events"); American Heritage Dictionary of the English Language, Fifth Edition (2011), *available at* https://www.thefreedictionary.com/theme (defining "theme" as "[a] topic of discourse or discussion."); Collins English Dictionary – Complete and Unabridged, 12th Edition (2014)*, available at,* https://www.thefreedictionary.com/theme (defining "theme" as "an idea or topic expanded in a discourse, discussion, etc"); https://www.learnersdictionary.com/definition/theme (defining "theme" as "the particular subject or idea on which the style of something (such as a party or room) is based"); https://dictionary.cambridge.org/us/dictionary/english/theme (defining "theme" as "the main subject of a talk, book, movie, etc.").  Typically, this common theme will be a specific area (or set of areas) within the user's listening environment in which the user desires to listen to audio in synchrony across multiple Cast-enabled media players, although Google's "Cast" technology provides a user with the flexibility to create a previously-saved group of Cast-enabled media players according to any common topic or subject that is of interest to the user.  As part of the user workflow for creating a "speaker group," a Cast-enabled computing device also |

Ex. D –Infringement Contention Chart: U.S. Patent No. 10,848,885
**HIGHLY CONFIDENTIAL - SOURCE CODE - ATTORNEYS' EYES ONLY**

| Claim 1 | Accused Instrumentalities |
|---|---|
| | prompts the user to input a name for the "speaker group," which serves as the user's shorthand label of the common theme that led the user to create the previously-saved group of Cast-enabled media players and thereby allows the user to locate and select that previously-saved group later when the user wishes to invoke it for synchronous playback.  *See, e.g.,* https://support.google.com/googlenest/answer/7174267?co=GENIE.Platform%3DAndroid&hl=en.<br><br>Further, under the plain and ordinary meaning of the term "data network," which is a medium that interconnects devices in a manner that enables them to send digital data packets to and receive digital data packets from each other, a Wi-Fi network is a "data network" as that term is used in claim 1.  *See, e.g.,* Pl.'s Opening Markman Br. (D.I. 60 of 20-cv-881-ADA) at pp. 23-26, Exs. 24-25; Pl.'s Reply Markman Br. (D.I. 66 of 20-cv-881-ADA) at pp. 10-12, Exs. 26-27.<br><br>Thus, ▮▮▮▮▮▮▮▮▮▮▮▮ indicating that the Cast-enabled media player has been added to the first "speaker group" amounts to the claimed "first indication that the first zone player has been added to a first zone scene comprising a first predefined grouping of zone players including at least the first zone player and a second zone player that are to be configured for synchronous playback of media when the first zone scene is invoked."<br><br>Representative excerpts of Google's source code[2] related to the aforementioned functionality, from the perspective of a Cast-enabled computing device, include: |

**Ex. D –Infringement Contention Chart: U.S. Patent No. 10,848,885**
**HIGHLY CONFIDENTIAL - SOURCE CODE - ATTORNEYS' EYES ONLY**

| Claim 1 | Accused Instrumentalities |
|---------|---------------------------|
|         |  Representative excerpts of Google's source code related to the aforementioned functionality, from the perspective of a Cast-enabled media player, include: |

8

Ex. D –Infringement Contention Chart: U.S. Patent No. 10,848,885
HIGHLY CONFIDENTIAL - SOURCE CODE - ATTORNEYS' EYES ONLY

| Claim 1 | Accused Instrumentalities |
|---|---|
| | • ███████████████████████████████████████<br>███████████<br><br>Sonos further incorporates by reference Google's response to Sonos's Fact Discovery Interrogatory No. 13, including any of Google's documents or source code cited therein. *See* Defendant's Objections & Responses to Plaintiff's First Set of Fact Discovery Interrogatories to Defendants. |
| **[1.7]** (ii) receiving, from the network device over the data network, a second indication that the first zone player has been added to a second zone scene comprising a second predefined grouping of zone players including at least the first zone player and a third zone player that are to be configured for synchronous playback of media when the second zone scene is invoked, wherein the second zone player is different than the third zone player; | Each Cast-enabled media player comprises program instructions stored on the Cast-enabled media player's non-transitory computer-readable medium that, when executed by the Cast-enabled media player's one or more processors, cause the Cast-enabled media player to receive, from a Cast-enabled computing device over a data network, a second indication that the Cast-enabled media player has been added to a second zone scene comprising a second predefined grouping of Cast-enabled media players including at least the Cast-enabled media player and a third Cast-enabled media player that are to be configured for synchronous playback of media when the first zone scene is invoked, where the second Cast-enabled media player is different than the third Cast-enabled media player.<br><br>For instance, each Cast-enabled media player is programmed such that, while the Cast-enabled media player is in a networked Cast-enabled media playback system that includes at least two other Cast-enabled media players and is operating in a standalone mode in which the Cast-enabled media player is configured to play back audio individually, the Cast-enabled media player has the capability to receive, from a Cast-enabled computing device over a Wi-Fi network, ██████████████████████ indicating that the Cast-enabled media player has been added to a second "speaker group" that includes the Cast-enabled media player and a third Cast-enabled media player in the networked Cast-enabled media playback system, where such Cast-enabled media players are to be configured for synchronous playback of audio when the second "speaker group" is invoked. *See, e.g.*, claim limitation 1.6. Thus, this second "speaker group" that a user creates amounts to the claimed "second zone scene comprising a second predefined grouping of zone players including at least the first zone player and a third zone player that are to be configured for synchronous playback of media when the second zone scene is invoked" because it is a previously-saved group of Cast-enabled players that has been predefined to include the first Cast-enabled media player and a third Cast-enabled media player and that is capable of existing in two states – an uninvoked state in which each Cast-enabled player in the previously-saved group is configured for individual playback of audio and an invoked state in which the Cast-enabled players in the previously-saved group are configured for synchronous playback of audio. *Id.* |

**Ex. D –Infringement Contention Chart: U.S. Patent No. 10,848,885**
**HIGHLY CONFIDENTIAL - SOURCE CODE - ATTORNEYS' EYES ONLY**

| Claim 1 | Accused Instrumentalities |
|---|---|
| | Moreover, even if the Court were to construe the term "zone scene" to mean "a previously-saved group of zone players *according to a common theme*," as Judge Alan Albright suggested during the Markman hearing in 20-cv-881-ADA (*see* D.I. 106 at 38:1-3), this second "speaker group" amounts to a second "zone scene" under that construction for the same reasons explained above in connection with limitation 1.6.<br><br>Further, under the plain and ordinary meaning of the term "data network," which is a medium that interconnects devices in a manner that enables them to send digital data packets to and receive digital data packets from each other, a Wi-Fi network is a "data network" as that term is used in claim 1. *See, e.g.,* Pl.'s Opening Markman Br. (D.I. 60 of 20-cv-881-ADA) at pp. 23-26, Exs. 24-25; Pl.'s Reply Markman Br. (D.I. 66 of 20-cv-881-ADA) at pp. 10-12, Exs. 26-27.<br><br>Thus, such a ███████████████ indicating that the Cast-enabled media player has been added to the second "speaker group" amounts to the claimed "second indication that the first zone player has been added to a second zone scene comprising a second predefined grouping of zone players including at least the first zone player and a third zone player that are to be configured for synchronous playback of media when the second zone scene is invoked, wherein the second zone player is different than the third zone player."<br><br>Representative excerpts of Google's source code related to the aforementioned functionality include the source code cited for claim limitation 1.6.<br><br>Sonos further incorporates by reference Google's response to Sonos's Fact Discovery Interrogatory No. 13, including any of Google's documents or source code cited therein. *See* Defendant's Objections & Responses to Plaintiff's First Set of Fact Discovery Interrogatories to Defendants. |
| **[1.8]** after receiving the first and second indications, continuing to operate in the standalone mode until a given one of the first and second | Each Cast-enabled media player comprises program instructions stored on the Cast-enabled media player's non-transitory computer-readable medium that, when executed by the Cast-enabled media player's one or more processors, cause the Cast-enabled media player to, after receiving the first and second indications, continue to operate in the standalone mode until a given one of the first and second zone scenes has been selected for invocation.<br><br>For instance, each Cast-enabled media player is programmed such that, after receiving the first and second indications while the Cast-enabled media player is in a networked Cast-enabled media playback system that |

**Ex. D –Infringement Contention Chart: U.S. Patent No. 10,848,885**
**HIGHLY CONFIDENTIAL - SOURCE CODE - ATTORNEYS' EYES ONLY**

| Claim 1 | Accused Instrumentalities |
|---|---|
| zone scenes has been selected for invocation; | includes at least two other Cast-enabled media players and is operating in a standalone mode in which the Cast-enabled media player is configured to play back audio individually, the Cast-enabled media player continues to operate in the standalone mode until one of the first "speaker group" (which is the claimed "first zone scene") or the second predefined "speaker group" (which is the claimed "second zone scene") has been selected for invocation. *See, e.g.,* https://support.google.com/googlenest/answer/7174267?co=GENIE.Platform%3DAndroid&hl=en; https://support.google.com/googlenest/answer/7030379?co=GENIE.Platform%3DAndroid&hl=en-GB; https://support.google.com/googlenest/answer/7181830?hl=en-GB&ref_topic=7030084; https://support.google.com/chromecast/answer/3228332?hl=en-GB&ref_topic=4602553&co=GENIE.Platform%3DDesktop&oco=1; *see also* Ex. C, claim limitation 1.10.<br><br>Sonos further incorporates by reference Google's response to Sonos's Fact Discovery Interrogatory No. 13, including any of Google's documents or source code cited therein. *See* Defendant's Objections & Responses to Plaintiff's First Set of Fact Discovery Interrogatories to Defendants. |
| **[1.9]** after the given one of the first and second zone scenes has been selected for invocation, receiving, from the network device over the data network, an instruction to operate in accordance with a given one of the first and second zone scenes respectively comprising a given one of the first and | Each Cast-enabled media player comprises program instructions stored on the Cast-enabled media player's non-transitory computer-readable medium that, when executed by the Cast-enabled media player's one or more processors, cause the Cast-enabled media player to, after the given one of the first and second zone scenes has been selected for invocation, receive, from the Cast-enabled computing device over the data network, an instruction to operate in accordance with a given one of the first and second zone scenes respectively comprising a given one of the first and second predefined groupings of Cast-enabled media players.<br><br>For instance, each Cast-enabled media player is programmed such that, after one of the first and second "speaker groups" (which are the claimed "first and second zone scenes") has been selected for invocation using a Cast-enabled computing device, the Cast-enabled media player has the capability to receive, from the Cast-enabled computing device over the Wi-Fi network, ██████████ instructing the Cast-enabled media player to operate in accordance with the selected "speaker group" (which as noted above is a "zone scene" comprising a "predefined grouping of zone players") such that the Cast-enabled media player becomes configured for synchronous playback. *See, e.g.,* https://support.google.com/googlenest/answer/7174267?co=GENIE.Platform%3DAndroid&hl=en; https://support.google.com/googlenest/answer/7030379?co=GENIE.Platform%3DAndroid&hl=en-GB; https://support.google.com/googlenest/answer/7181830?hl=en-GB&ref_topic=7030084; https://support.google.com/chromecast/answer/3228332?hl=en- |

**Ex. D –Infringement Contention Chart: U.S. Patent No. 10,848,885**
**HIGHLY CONFIDENTIAL - SOURCE CODE - ATTORNEYS' EYES ONLY**

| Claim 1 | Accused Instrumentalities |
|---|---|
| second predefined groupings of zone players; and | GB&ref_topic=4602553&co=GENIE.Platform%3DDesktop&oco=1; ████████████████████████████████████████████████████████████████ <br><br> *see also* Ex. C, claim limitation 1.10. <br><br> Thus, the ███████████ instructing the Cast-enabled media player to operate in accordance with the selected "speaker group" such that the Cast-enabled media player becomes configured for synchronous playback amounts to the claimed "instruction to operate in accordance with a given one of the first and second zone scenes respectively comprising a given one of the first and second predefined groupings of zone players." <br><br> Representative excerpts of Google's source code related to the aforementioned functionality, from the perspective of a Cast-enabled media player operating as a leader of a multizone group, include: <br><br> ████████████████████████ <br> ████████████████████████ <br> ████████████████████████ |

Ex. D –Infringement Contention Chart: U.S. Patent No. 10,848,885
HIGHLY CONFIDENTIAL - SOURCE CODE - ATTORNEYS' EYES ONLY

| Claim 1 | Accused Instrumentalities |
|---|---|
| | |
| | Sonos further incorporates by reference Google's response to Sonos's Fact Discovery Interrogatory No. 13, including any of Google's documents or source code cited therein.  *See* Defendant's Objections & Responses to Plaintiff's First Set of Fact Discovery Interrogatories to Defendants. |
| **[1.10]** based on the instruction, transitioning from operating in the standalone mode to operating in accordance with the given one of the first and second predefined groupings of zone players such that the first zone player is configured to coordinate with at least one other zone | Each Cast-enabled media player comprises program instructions stored on the Cast-enabled media player's non-transitory computer-readable medium that, when executed by the Cast-enabled media player's one or more processors, cause the Cast-enabled media player to, based on the instruction, transition from operating in the standalone mode to operating in accordance with the given one of the first and second predefined groupings of Cast-enabled media players such that the Cast-enabled media player is configured to coordinate with at least one other Cast-enabled media player in the given one of the first and second predefined groupings of Cast-enabled media players over a data network in order to output media in synchrony with output of media by the at least one other Cast-enabled media player in the given one of the first and second predefined groupings of Cast-enabled media players.<br><br>For instance, each Cast-enabled media player is programmed such that, based on ████████████ instructing the Cast-enabled media player to operate in accordance with a selected one of the first and second "speaker groups," the Cast-enabled media player transitions from (i) operating in a standalone mode in which the Cast-enabled media player is configured to play back audio individually to (ii) operating in accordance with the selected "speaker group" (which as noted above in limitation 1.9 is the claimed "given one of the first and second zone scenes respectively comprising a given one of the first and second predefined groupings of zone |

**Ex. D –Infringement Contention Chart: U.S. Patent No. 10,848,885**
**HIGHLY CONFIDENTIAL - SOURCE CODE - ATTORNEYS' EYES ONLY**

| Claim 1 | Accused Instrumentalities |
|---|---|
| player in the given one of the first and second predefined groupings of zone players over a data network in order to output media in synchrony with output of media by the at least one other zone player in the given one of the first and second predefined groupings of zone players. | players") such that the Cast-enabled media player is configured to coordinate with at least one other Cast-enabled media player in the selected "speaker group" over a Wi-Fi network in order to output audio in synchrony with output of audio by the at least one other Cast-enabled media player in the selected "speaker group." *See, e.g.,* https://support.google.com/googlenest/answer/7174267?co=GENIE.Platform%3DAndroid&hl=en ("Group any combination of Google Nest or Google Home speakers and displays and Chromecast devices together for synchronous music throughout the home."); |

Ex. D –Infringement Contention Chart: U.S. Patent No. 10,848,885
**HIGHLY CONFIDENTIAL - SOURCE CODE - ATTORNEYS' EYES ONLY**

| Claim 1 | Accused Instrumentalities |
|---------|---------------------------|
| | *see also* Ex. C, claim limitation 1.11.<br><br>Two examples of this functionality are illustrated by the following screenshots from an example Cast-enabled computing device that is installed with the Google Home app, which show the Cast-enabled computing device receiving a user input selecting (▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮) the "speaker group" named "Upstairs" (which is the claimed "given one of the first and second zone scenes respectively comprising a given one of the first and second predefined groupings of zone players") via the GUI of the Google Home app and then ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ that causes the "Nest Mini" and "Hub Speaker" players to transition from (i) operating in a standalone mode in which each of the "Nest Mini" and "Hub Speaker" players is configured to play back audio individually to (ii) operating in accordance with the previously-saved group defined by the "Upstairs" "speaker group" such that the "Nest Mini" and "Hub Speaker" players are configured to coordinate with one another to output audio in synchrony: |

**Ex. D –Infringement Contention Chart: U.S. Patent No. 10,848,885**
**HIGHLY CONFIDENTIAL - SOURCE CODE - ATTORNEYS' EYES ONLY**

| Claim 1 | Accused Instrumentalities |
|---------|---------------------------|
| |  Another example of this functionality is illustrated by the following screenshots from an example Cast-enabled computing device that is installed with not only the Google Home app, but also Google's YouTube Music app, |

**Ex. D –Infringement Contention Chart: U.S. Patent No. 10,848,885**
**HIGHLY CONFIDENTIAL - SOURCE CODE - ATTORNEYS' EYES ONLY**

| Claim 1 | Accused Instrumentalities |
|---|---|
| | which show the Cast-enabled computing device receiving a user input selecting (███████████ ████) the "speaker group" named "Upstairs" (which is the claimed "given one of the first and second zone scenes respectively comprising a given one of the first and second predefined groupings of zone players") via the GUI of the YouTube Music app and then responsively ████████████████ that causes the "Nest Mini" and "Hub Speaker" players to transition from (i) operating in a standalone mode in which each of the "Nest Mini" and "Hub Speaker" players is configured to play back audio individually to (ii) operating in accordance with the previously-saved group defined by the "Upstairs" "speaker group" such that the "Nest Mini" and "Hub Speaker" players are configured to coordinate with one another to output audio in synchrony: <br><br>  <br><br> Yet another example of this functionality is illustrated by the following screenshots from an example Cast-enabled computing device that is installed with not only the Google Home app, but also Google's Google Play Music app, which show the Cast-enabled computing device receiving a user input selecting ██████████ ████████████████) the "speaker group" named "Upstairs" (which is the claimed "given one of the first and second zone scenes respectively comprising a given one of the first and second predefined groupings of zone players") via the GUI of the Google Play Music app and then ████████████████████ that causes the "Nest Mini" and "Hub Speaker" players to transition from (i) operating in a standalone mode in which each of the "Nest Mini" and "Hub Speaker" players is configured to play back audio individually to (ii) |

17

**Ex. D –Infringement Contention Chart: U.S. Patent No. 10,848,885**
**HIGHLY CONFIDENTIAL - SOURCE CODE - ATTORNEYS' EYES ONLY**

| Claim 1 | Accused Instrumentalities |
|---|---|
| | operating in accordance with the previously-saved group defined by the "Upstairs" "speaker group" such that the "Nest Mini" and "Hub Speaker" players are configured to coordinate with one another to output audio in synchrony:<br><br><br><br>Various other Cast-enabled apps (e.g., Google Podcasts and Spotify apps) provide similar functionality.<br><br>Representative excerpts of Google's source code related to the aforementioned functionality, from the perspective of a Cast-enabled media player operating as a leader of a multizone group, include: |

**Ex. D –Infringement Contention Chart: U.S. Patent No. 10,848,885**
**HIGHLY CONFIDENTIAL - SOURCE CODE - ATTORNEYS' EYES ONLY**

| Claim 1 | Accused Instrumentalities |
|---------|---------------------------|
|         | ███████████████████████████████████████                                                                                |
|         | Representative excerpts of Google's source code related to the aforementioned functionality, from the perspective of a Cast-enabled media player operating as a follower of a multizone group, include: ███████████████████ |

**Ex. D –Infringement Contention Chart: U.S. Patent No. 10,848,885**
**HIGHLY CONFIDENTIAL - SOURCE CODE - ATTORNEYS' EYES ONLY**

| Claim 1 | Accused Instrumentalities |
|---------|---------------------------|
|         |                           |

**Ex. D –Infringement Contention Chart: U.S. Patent No. 10,848,885**
**HIGHLY CONFIDENTIAL - SOURCE CODE - ATTORNEYS' EYES ONLY**

| Claim 1 | Accused Instrumentalities |
|---------|---------------------------|
|  |  |
|  | Sonos further incorporates by reference Google's response to Sonos's Fact Discovery Interrogatory No. 13, including any of Google's documents or source code cited therein. *See* Defendant's Objections & Responses to Plaintiff's First Set of Fact Discovery Interrogatories to Defendants. |

| Claim 2 | Accused Instrumentalities |
|---------|---------------------------|
| **[2.0]** The first zone player of claim 1, **[2.1]** wherein the instruction to operate in accordance with the given one of the | As described above, each Cast-enabled media player comprises a "zone player," as recited in claim 1. Moreover, each Cast-enabled media player is programmed such that the instruction to operate in accordance with the given one of the first and second zone scenes comprises an instruction to operate in accordance with the first zone scene.<br><br>For instance, each Cast-enabled media player is programmed such that, after a first "speaker group" (which is the claimed "first zone scene") has been selected for invocation using a Cast-enabled computing device, the |

Ex. D –Infringement Contention Chart: U.S. Patent No. 10,848,885
**HIGHLY CONFIDENTIAL - SOURCE CODE - ATTORNEYS' EYES ONLY**

| Claim 2 | Accused Instrumentalities |
|---|---|
| first and second zone scenes comprises an instruction to operate in accordance with the first zone scene, and | Cast-enabled media player has the capability to receive, from the Cast-enabled computing device over a Wi-Fi network, ▮▮▮▮▮▮▮▮▮ instructing the Cast-enabled media player to operate in accordance with the first "speaker group" specifically. *See, e.g.,* https://support.google.com/googlenest/answer/7174267?co=GENIE.Platform%3DAndroid&hl=en; https://support.google.com/googlenest/answer/7030379?co=GENIE.Platform%3DAndroid&hl=en-GB; https://support.google.com/googlenest/answer/7181830?hl=en-GB&ref_topic=7030084; https://support.google.com/chromecast/answer/3228332?hl=en-GB&ref_topic=4602553&co=GENIE.Platform%3DDesktop&oco=1; claim limitation 1.9; *see also* Ex. C, claim limitations 1.10, 1.11.<br><br>Representative excerpts of Google's source code related to the aforementioned functionality include the source code cited for claim limitation 1.9.<br><br>Sonos further incorporates by reference Google's response to Sonos's Fact Discovery Interrogatory No. 13, including any of Google's documents or source code cited therein. *See* Defendant's Objections & Responses to Plaintiff's First Set of Fact Discovery Interrogatories to Defendants. |
| **[2.2]** wherein transitioning from operating in the standalone mode to operating in accordance with the given one of the first and second predefined groupings of zone players comprises transitioning from operating in the standalone mode to operating in accordance with the | Each Cast-enabled media player is programmed such that transitioning from operating in the standalone mode to operating in accordance with the given one of the first and second predefined groupings of Cast-enabled media players comprises transitioning from operating in the standalone mode to operating in accordance with the first predefined grouping of Cast-enabled media players such that the Cast-enabled media player is configured to coordinate with at least the second Cast-enabled media player to output media in synchrony with output of media by at least the second Cast-enabled media player.<br><br>For instance, each Cast-enabled media player is programmed such that, based on ▮▮▮▮▮▮▮▮▮▮▮▮ instructing the Cast-enabled media player to operate in accordance with a first "speaker group" (which is the claimed "first zone scene" comprising the "first predefined grouping of zone players") that includes the Cast-enabled media player and a second Cast-enabled media player in a networked Cast-enabled media playback system, the Cast-enabled media player transitions from (i) operating in a standalone mode in which the Cast-enabled media player is configured to play back audio individually to (ii) operating in accordance with the previously-saved group defined by the first "speaker group" such that the Cast-enabled media player is configured to coordinate with at least the second Cast-enabled media player over a Wi-Fi network in order to output audio in synchrony with output of audio by at least the second Cast-enabled media player in the selected |

Ex. D –Infringement Contention Chart: U.S. Patent No. 10,848,885
HIGHLY CONFIDENTIAL - SOURCE CODE - ATTORNEYS' EYES ONLY

| Claim 2 | Accused Instrumentalities |
|---|---|
| first predefined grouping of zone players such that the first zone player is configured to coordinate with at least the second zone player to play back output media in synchrony with output of media by at least the second zone player. | first "speaker group."  *See, e.g.,* https://support.google.com/googlenest/answer/7174267?co=GENIE.Platform%3DAndroid&hl=en ("Group any combination of Google Nest or Google Home speakers and displays and Chromecast devices together for synchronous music throughout the home."); claim limitation 1.10; *see also* Ex. C, claim limitation 1.11.<br><br>Examples of this functionality are illustrated in claim limitation 1.10 above.<br><br>Representative excerpts of Google's source code related to the aforementioned functionality include the source code cited for claim limitation 1.10.<br><br>Sonos further incorporates by reference Google's response to Sonos's Fact Discovery Interrogatory No. 13, including any of Google's documents or source code cited therein.  *See* Defendant's Objections & Responses to Plaintiff's First Set of Fact Discovery Interrogatories to Defendants. |

| Claim 3 | Accused Instrumentalities |
|---|---|
| **[3.0]** The first zone player of claim 2, wherein the instruction is a first instruction, and wherein the first zone player further comprises program instructions stored on the non-transitory computer-readable medium that, when executed by the one or more processors, cause the first zone player to perform | As described above, each Cast-enabled media player comprises a "zone player," as recited in claim 2. Moreover, each Cast-enabled media player is programmed such that the instruction to operate in accordance with the first zone scene is a first instruction, and each Cast-enabled media player further comprises program instructions stored on the Cast-enabled media player's non-transitory computer-readable medium that, when executed by the Cast-enabled media player's one or more processors, cause the Cast-enabled media player to perform the functions identified below. |

Ex. D –Infringement Contention Chart: U.S. Patent No. 10,848,885
HIGHLY CONFIDENTIAL - SOURCE CODE - ATTORNEYS' EYES ONLY

| Claim 3 | Accused Instrumentalities |
|---|---|
| functions comprising: | |
| **[3.1]** while operating in accordance with the first predefined grouping of zone players, receiving, from the network device over the data network, a second instruction to operate in accordance with the second predefined grouping of zone players; and | Each Cast-enabled media player comprises program instructions stored on the Cast-enabled media player's non-transitory computer-readable medium that, when executed by the Cast-enabled media player's one or more processors, cause the Cast-enabled media player to, while operating in accordance with the first predefined grouping of Cast-enabled media players, receive, from the Cast-enabled computing device over the data network, a second instruction to operate in accordance with the second predefined grouping of Cast-enabled media players.<br><br>For instance, each Cast-enabled media player is programmed such that, while operating in accordance with the first "speaker group" (which is the claimed "first predefined grouping of zone players") that includes the Cast-enabled media player and a second Cast-enabled media player in a networked Cast-enabled media playback system, the Cast-enabled media player has the capability to receive, from a Cast-enabled computing device over a Wi-Fi network, ▮▮▮▮▮▮▮▮ instructing the Cast-enabled media player to operate in accordance with the second "speaker group" (which is the claimed "second predefined grouping of zone players") that includes the Cast-enabled media player and a third Cast-enabled media player in the networked Cast-enabled media playback system. *See, e.g.,* https://support.google.com/googlenest/answer/7174267?co=GENIE.Platform%3DAndroid&hl=en; https://support.google.com/googlenest/answer/7030379?co=GENIE.Platform%3DAndroid&hl=en-GB; https://support.google.com/googlenest/answer/7181830?hl=en-GB&ref_topic=7030084; https://support.google.com/chromecast/answer/3228332?hl=en-GB&ref_topic=4602553&co=GENIE.Platform%3DDesktop&oco=1; claim limitation 1.9; *see also* Ex. C, claim limitations 2.1, 2.2.<br><br>Representative excerpts of Google's source code related to the aforementioned functionality include the source code cited for claim limitation 1.9.<br><br>Sonos further incorporates by reference Google's response to Sonos's Fact Discovery Interrogatory No. 13, including any of Google's documents or source code cited therein. *See* Defendant's Objections & Responses to Plaintiff's First Set of Fact Discovery Interrogatories to Defendants. |
| **[3.2]** based on the second instruction, | Each Cast-enabled media player comprises program instructions stored on the Cast-enabled media player's non-transitory computer-readable medium that, when executed by the Cast-enabled media player's one or more |

Ex. D –Infringement Contention Chart: U.S. Patent No. 10,848,885
HIGHLY CONFIDENTIAL - SOURCE CODE - ATTORNEYS' EYES ONLY

| Claim 3 | Accused Instrumentalities |
|---|---|
| (a) ceasing to operate in accordance with the first predefined grouping of zone players such that the first zone player is no longer configured to coordinate with at least the second zone player to output media in synchrony with output of media by at least the second zone player and (b) beginning to operate in accordance with the second predefined grouping of zone players such that the first zone player is configured to coordinate with at least the third zone player to output media in synchrony with output of media by at least | processors, cause the Cast-enabled media player to, based on the second instruction, (a) cease to operate in accordance with the first predefined grouping of Cast-enabled media players such that the Cast-enabled media player is no longer configured to coordinate with at least the second Cast-enabled media player to output media in synchrony with output of media by at least the second Cast-enabled media player and (b) begin to operate in accordance with the second predefined grouping of Cast-enabled media players such that the Cast-enabled media player is configured to coordinate with at least the third Cast-enabled media player to output media in synchrony with output of media by at least the third Cast-enabled media player.

For instance, each Cast-enabled media player is programmed such that, based on ███████████████████ instructing the Cast-enabled media player to operate in accordance with the second "speaker group" (which is the claimed "second predefined grouping of zone players") that is received while the Cast-enabled media player is operating in accordance with the first "speaker group" (which is the claimed "first predefined grouping of zone players"), the Cast-enabled media player (a) ceases to operate in accordance with the first "speaker group" such that the Cast-enabled media player is no longer configured to coordinate with at least the second Cast-enabled media player to output audio in synchrony with output of audio by at least the second Cast-enabled media player and (b) begins to operate in accordance with the second "speaker group" such that the Cast-enabled media player is configured to coordinate with at least the third Cast-enabled media player to output audio in synchrony with output of audio by at least the third Cast-enabled media player. *See, e.g.,* https://support.google.com/googlenest/answer/7174267?co=GENIE.Platform%3DAndroid&hl=en ("Group any combination of Google Nest or Google Home speakers and displays and Chromecast devices together for synchronous music throughout the home."); *see also* claim limitation 1.10.

One example of this functionality is illustrated by the following screenshots from an example Cast-enabled computing device installed with the Google Home app, which show the Cast-enabled computing device receiving user input selecting (███████████████████████) the "speaker group" named "Party" (which is the claimed "second zone scene" comprising the "second predefined grouping of zone players") via the GUI of the Google Home app and then responsively ███████████████████ that causes the "Nest Mini" player (which is the claimed "first zone player") to (a) cease operating in accordance with the previously-saved group defined by the "Upstairs" "speaker group" (which is the claimed "first zone scene" comprising the "first predefined grouping of zone players") and (b) begin operating in accordance with the previously-saved group defined by the "Party" "speaker group" such that the "Nest Mini" player and the "Home Mini" player (which is the claimed "third zone player") are configured to coordinate with one another to output audio in synchrony: |

**Ex. D –Infringement Contention Chart: U.S. Patent No. 10,848,885**
**HIGHLY CONFIDENTIAL - SOURCE CODE - ATTORNEYS' EYES ONLY**

| Claim 3 | Accused Instrumentalities |
|---------|---------------------------|
| the third zone player. | <br><br>Another example of this functionality is illustrated by the following screenshots from an example Cast-enabled computing device installed with not only the Google Home app, but also Google's YouTube Music app, which show the Cast-enabled computing device receiving user input selecting (███████████████ch) the "speaker group" named "Party" (which is the claimed "second zone scene" comprising the "second predefined grouping of zone players") via the GUI of the YouTube Music app and then responsively sending ██████████ ██████ that causes the "Nest Mini" player (which is the claimed "first zone player") to (a) cease operating in accordance with the previously-saved group defined by the "Upstairs" "speaker group" (which is the claimed "first zone scene" comprising the "first predefined grouping of zone players") and (b) begin operating in accordance with the previously-saved group defined by the "Party" "speaker group" such that the "Nest Mini" player and the "Home Mini" player (which is the claimed "third zone player") are configured to coordinate with one another to output audio in synchrony: |

**Ex. D –Infringement Contention Chart: U.S. Patent No. 10,848,885**
**HIGHLY CONFIDENTIAL - SOURCE CODE - ATTORNEYS' EYES ONLY**

| Claim 3 | Accused Instrumentalities |
|---------|---------------------------|
| | <br><br>Yet another example of this functionality is illustrated by the following screenshots from an example Cast-enabled computing device installed with not only the Google Home app, but also Google's Google Podcasts app, which show the Cast-enabled computing device receiving user input selecting (█████████) the "speaker group" named "Party" (which is the claimed "second zone scene" comprising the "second predefined grouping of zone players") via the GUI of the Google Podcasts app and then ████████ ████████ that causes the "Nest Mini" player (which is the claimed "first zone player") to (a) cease operating in accordance with the previously-saved group defined by the "Upstairs" "speaker group" (which is the claimed "first zone scene" comprising the "first predefined grouping of zone players") and (b) begin operating in accordance with the previously-saved group defined by the "Party" "speaker group" such that the "Nest Mini" player and the "Home Mini" player (which is the claimed "third zone player") are configured to coordinate with one another to output audio in synchrony: |

**Ex. D –Infringement Contention Chart: U.S. Patent No. 10,848,885**
**HIGHLY CONFIDENTIAL - SOURCE CODE - ATTORNEYS' EYES ONLY**

| Claim 3 | Accused Instrumentalities |
|---------|---------------------------|
|  | <br><br>Various other Cast-enabled apps (e.g., Google Play Music and Spotify apps) provide similar functionality.<br><br>Representative excerpts of Google's source code related to the aforementioned functionality include the source code cited for claim limitation 1.10.<br><br>Sonos further incorporates by reference Google's response to Sonos's Fact Discovery Interrogatory No. 13, including any of Google's documents or source code cited therein.  *See* Defendant's Objections & Responses to Plaintiff's First Set of Fact Discovery Interrogatories to Defendants. |

| Claim 7 | Accused Instrumentalities |
|---------|---------------------------|
| **[7.0]** The first zone player of claim 1, **[7.1]** wherein the first predefined | As described above, each Cast-enabled media player comprises a "zone player," as recited in claim 1. Moreover, each Cast-enabled media player is programmed such that the first predefined grouping of Cast-enabled media players does not include the third Cast-enabled media player, and wherein the second predefined grouping of Cast-enabled media players does not include the second Cast-enabled media player. |

Ex. D –Infringement Contention Chart: U.S. Patent No. 10,848,885
HIGHLY CONFIDENTIAL - SOURCE CODE - ATTORNEYS' EYES ONLY

| Claim 7 | Accused Instrumentalities |
|---|---|
| grouping of zone players does not include the third zone player, and **[7.2]** wherein the second predefined grouping of zone players does not include the second zone player. | For instance, each Cast-enabled media player is programmed such that, in being added to a first "speaker group" that includes the Cast-enabled media player and the second Cast-enabled media player (which is the claimed "first zone scene" comprising the "first predefined grouping of zone players") and a second "speaker group" includes the Cast-enabled media player and the third Cast-enabled media player (which is the claimed "first zone scene" comprising the "first predefined grouping of zone players"), the first "speaker group" need not include the third Cast-enabled media player (which is the claimed "third zone player") and the second "speaker group" need not include the second Cast-enabled media player (which is the claimed "second zone player"). *Compare* claim limitation 6.2 (illustrating a "speaker group" named "Upstairs" that includes a first Cast-enabled media player named "Nest Mini" and a second Cast-enabled media player named "Hub Speaker" but does not include a third Cast-enabled media player named "Home Mini") *with* claim limitation 3.2 (illustrating a predefined "speaker group" named "Party" that includes the first Cast-enabled media player named "Nest Mini" and the third Cast-enabled media player named "Home Mini"); *see also, e.g.,* https://support.google.com/googlenest/answer/7174267?co=GENIE.Platform%3DAndroid&hl=en.

Sonos further incorporates by reference Google's response to Sonos's Fact Discovery Interrogatory No. 13, including any of Google's documents or source code cited therein. *See* Defendant's Objections & Responses to Plaintiff's First Set of Fact Discovery Interrogatories to Defendants. |

| Claim 8 | Accused Instrumentalities |
|---|---|
| **[8.0]** A non-transitory computer-readable medium, wherein the non-transitory computer-readable medium is provisioned with program instructions that, when executed by one or more | Google's "Cast" technology enables Cast-enabled media players to be included in a "speaker group" "for synchronous music throughout the home." These Cast-enabled media players include Google's own Cast-enabled media players, such as the Home Mini, Nest Mini, Home, Home Max, Home Hub, Nest Hub, Nest Hub Max, Nest Wifi Point, Chromecast, Chromecast Audio, Chromecast Ultra, Chromecast with Google TV, and Nest Audio media players, as well as various other third-party media players with built-in Cast functionality. *See, e.g.,* https://store.google.com/us/product/google_home_max?hl=en-US; https://store.google.com/us/product/chromecast_google_tv_compare?hl=en-US; https://www.google.com/chromecast/built-in/audio/.

To facilitate this functionality, the Google Home app allows a user to "[c]reate and manage speaker groups" from the user's smartphone, tablet, or computer device, as well as to "cast" to a previously-created "speaker group" from the user's smartphone, tablet, or computer device, which causes the "speaker group" to be |

Ex. D –Infringement Contention Chart: U.S. Patent No. 10,848,885
HIGHLY CONFIDENTIAL - SOURCE CODE - ATTORNEYS' EYES ONLY

| Claim 8 | Accused Instrumentalities |
|---|---|
| processors, cause a first zone player to perform functions comprising: | invoked.  https://support.google.com/googlenest/answer/7174267?co=GENIE.Platform%3DAndroid&hl=en. In addition, there are many other Cast-enabled Android, iOS, Chrome, or browser-based apps that allow a user to "cast" to a previously-created "speaker group" (and thereby cause the "speaker group" to be invoked) using the user's smartphone, tablet, or computer device, including certain of Google's own Cast-enabled apps (e.g., YouTube Music app, the Google Play Music app, the Google Podcasts app, etc.) as well as certain third-party Cast-enabled apps (e.g., the Spotify app), accessed via an app store or Chromecast-enabled site URL.  The Google Home app, either alone or together with one or more of these other Cast-enabled apps, can be installed and run on any smartphone, tablet, or computer device that supports Android, iOS, Chrome, or browser-based apps, including Google's own "Pixel" smartphone, tablet, and computer devices (*e.g.*, the Pixel 3, Pixel 3 XL, Pixel 3a, Pixel 3a XL, Pixel 4, Pixel 4 XL, Pixel 4a, Pixel 4a (5G), Pixel 5, Pixel 5a (5G), Pixel 6 phones, the Pixel Slate tablet, and the Pixelbook and Pixelbook Go laptops) as well as many third-party smartphone, tablet, or computer devices.  *See, e.g.,* https://store.google.com/us/magazine/compare_pixel; https://store.google.com/us/product/google_pixelbook_specs; https://store.google.com/us/product/pixel_slate_specs.  For purposes of this chart, any smartphone, tablet, or computer device installed with the Google Home app, either alone or together with one or more of these other Cast-enabled apps, will be referred to as a "Cast-enabled computing device."<br><br>Certain of the aforementioned Cast-enabled media players also include a display screen and software that enables these Cast-enabled media players to additionally function as a control device for other Cast-enabled media players.  This sub-category of Cast-enabled media players, which will be referred to herein as "Cast-enabled displays," includes Google's Home Hub, Nest Hub, and Nest Hub Max media players.  *See, e.g.,* https://store.google.com/us/product/google_nest_hub?hl=en-US#overview-modal-music; https://store.google.com/us/product/google_nest_hub_max?hl=en-US; https://support.google.com/googlenest/answer/9165738?hl=en-GB&ref_topic=7030084. Similar to the Cast-enabled apps installed on the Cast-enabled computing devices, the software installed on these Cast-enabled displays allows a user to "cast" to a previously-created "speaker group" using the Cast-enabled display's user interface.<br><br>Because each Cast-enabled media player is a data network device (*i.e.*, a device that is configured to connect to and communicate over a medium that interconnects devices in a manner that enables them to send digital data packets to and receive digital data packets from each other) and is configured to process and output audio, each Cast-enabled media player comprises a "zone player."  *See, e.g.,* Pl.'s Opening Markman Br. (D.I. 60 of 20-cv- |

Ex. D –Infringement Contention Chart: U.S. Patent No. 10,848,885
HIGHLY CONFIDENTIAL - SOURCE CODE - ATTORNEYS' EYES ONLY

| Claim 8 | Accused Instrumentalities |
|---|---|
| | 881-ADA) at pp. 4-6, 23-26, Exs. 24-25; Pl.'s Reply Markman Br. (D.I. 66 of 20-cv-881-ADA) at pp. 2-3, 10-12, Exs. 26-27; SONOS-SVG2-00018184 - SONOS-SVG2-00018236 [ITC Order No. 20] at p. 15; https://support.google.com/googlenest/answer/7072284?hl=en; https://support.google.com/chromecast/answer/3046409?hl=en; https://store.google.com/us/product/nest_wifi_specs?hl=en-US.  Further, as described in further detail elsewhere in this chart, each Cast-enabled media player comprises a non-transitory computer-readable medium provisioned with program instructions that, when executed by the Cast-enabled media player's processor, cause the Cast-enabled media player to perform the functions recited in claim 8.  Further yet, each Cast-enabled computing device comprises a "network device" as recited in claim 8. |
| **[8.1]** while operating in a standalone mode in which the first zone player is configured to play back media individually in a networked media playback system comprising the first zone player and at least two other zone players: | Each Cast-enabled media player comprises a non-transitory computer-readable medium provisioned with program instructions that, when executed by a Cast-enabled media player's processor, cause the Cast-enabled media player to, while operating in a standalone mode in which the Cast-enabled media player is configured to play back media individually in a networked Cast-enabled media playback system comprising the Cast-enabled media player and at least two other Cast-enabled media players, perform the functions identified below.  *See* claim limitation 1.5. |
| **[8.2]** (i) receiving, from a network device over a data network, a first indication that the first zone player has been added to a first zone scene comprising a first predefined | Each Cast-enabled media player comprises a non-transitory computer-readable medium provisioned with program instructions that, when executed by a Cast-enabled media player's processor, cause the Cast-enabled media player to, receive, from a Cast-enabled computing device over a data network, a first indication that the Cast-enabled media player has been added to a first zone scene comprising a first predefined grouping of Cast-enabled media players including at least the Cast-enabled media player and a second Cast-enabled media player that are to be configured for synchronous playback of media when the first zone scene is invoked.  *See* claim limitation 1.6. |

**Ex. D –Infringement Contention Chart: U.S. Patent No. 10,848,885**
**HIGHLY CONFIDENTIAL - SOURCE CODE - ATTORNEYS' EYES ONLY**

| Claim 8 | Accused Instrumentalities |
|---|---|
| grouping of zone players including at least the first zone player and a second zone player that are to be configured for synchronous playback of media when the first zone scene is invoked; and | |
| **[8.3]** (ii) receiving, from the network device over the data network, a second indication that the first zone player has been added to a second zone scene comprising a second predefined grouping of zone players including at least the first zone player and a third zone player that are to be configured for synchronous playback of media when the second zone scene is invoked, wherein | Each Cast-enabled media player comprises a non-transitory computer-readable medium provisioned with program instructions that, when executed by a Cast-enabled media player's processor, cause the Cast-enabled media player to receive, from a Cast-enabled computing device over a data network, a second indication that the Cast-enabled media player has been added to a second zone scene comprising a second predefined grouping of Cast-enabled media players including at least the Cast-enabled media player and a third Cast-enabled media player that are to be configured for synchronous playback of media when the first zone scene is invoked, where the second Cast-enabled media player is different than the third Cast-enabled media player.  *See* claim limitation 1.7. |

**Ex. D –Infringement Contention Chart: U.S. Patent No. 10,848,885**
**HIGHLY CONFIDENTIAL - SOURCE CODE - ATTORNEYS' EYES ONLY**

| Claim 8 | Accused Instrumentalities |
|---|---|
| the second zone player is different than the third zone player; | |
| **[8.4]** after receiving the first and second indications, continuing to operate in the standalone mode until a given one of the first and second zone scenes has been selected for invocation; | Each Cast-enabled media player comprises a non-transitory computer-readable medium provisioned with program instructions that, when executed by a Cast-enabled media player's processor, cause the Cast-enabled media player to, after receiving the first and second indications, continue to operate in the standalone mode until a given one of the first and second zone scenes has been selected for invocation.  *See* claim limitation 1.8. |
| **[8.5]** after the given one of the first and second zone scenes has been selected for invocation, receiving, from the network device over the data network, an instruction to operate in accordance with a given one of the first and second zone scenes respectively comprising a given | Each Cast-enabled media player comprises a non-transitory computer-readable medium provisioned with program instructions that, when executed by a Cast-enabled media player's processor, cause the Cast-enabled media player to, after the given one of the first and second zone scenes has been selected for invocation, receive, from the Cast-enabled computing device over the data network, an instruction to operate in accordance with a given one of the first and second zone scenes respectively comprising a given one of the first and second predefined groupings of Cast-enabled media players.  *See* claim limitation 1.9. |

**Ex. D –Infringement Contention Chart: U.S. Patent No. 10,848,885**
**HIGHLY CONFIDENTIAL - SOURCE CODE - ATTORNEYS' EYES ONLY**

| Claim 8 | Accused Instrumentalities |
|---|---|
| one of the first and second predefined groupings of zone players; and | |
| **[8.6]** based on the instruction, transitioning from operating in the standalone mode to operating in accordance with the given one of the first and second predefined groupings of zone players such that the first zone player is configured to coordinate with at least one other zone player in the given one of the first and second predefined groupings of zone players over a data network in order to output media in synchrony with output of media by the at least one other zone player in the given one of the | Each Cast-enabled media player comprises a non-transitory computer-readable medium provisioned with program instructions that, when executed by a Cast-enabled media player's processor, cause the Cast-enabled media player to, based on the instruction, transition from operating in the standalone mode to operating in accordance with the given one of the first and second predefined groupings of Cast-enabled media players such that the Cast-enabled media player is configured to coordinate with at least one other Cast-enabled media player in the given one of the first and second predefined groupings of Cast-enabled media players over a data network in order to output media in synchrony with output of media by the at least one other Cast-enabled media player in the given one of the first and second predefined groupings of Cast-enabled media players. *See* claim limitation 1.10. |

**Ex. D –Infringement Contention Chart: U.S. Patent No. 10,848,885**
**HIGHLY CONFIDENTIAL - SOURCE CODE - ATTORNEYS' EYES ONLY**

| Claim 8 | Accused Instrumentalities |
|---|---|
| first and second predefined groupings of zone players. | |

| Claim 9 | Accused Instrumentalities |
|---|---|
| **[9.0]** The non-transitory computer-readable medium of claim 8, **[9.1]** wherein the instruction to operate in accordance with the given one of the first and second zone scenes comprises an instruction to operate in accordance with the first zone scene, and | As described above, each Cast-enabled media player comprises a "non-transitory computer-readable medium," as recited in claim 8.  Moreover, in accordance with the program instructions, each Cast-enabled media player is programmed such that the instruction to operate in accordance with the given one of the first and second zone scenes comprises an instruction to operate in accordance with the first zone scene.  *See* claim limitation 2.1. |
| **[9.2]** wherein transitioning from operating in the standalone mode to operating in accordance with the given one of the first and second | In accordance with the program instructions, each Cast-enabled media player is programmed such that transitioning from operating in the standalone mode to operating in accordance with the given one of the first and second predefined groupings of Cast-enabled media players comprises transitioning from operating in the standalone mode to operating in accordance with the first predefined grouping of Cast-enabled media players such that the Cast-enabled media player is configured to coordinate with at least the second Cast-enabled media player to output media in synchrony with output of media by at least the second Cast-enabled media player. *See* claim limitation 2.2. |

**Ex. D –Infringement Contention Chart: U.S. Patent No. 10,848,885**
**HIGHLY CONFIDENTIAL - SOURCE CODE - ATTORNEYS' EYES ONLY**

| Claim 9 | Accused Instrumentalities |
|---|---|
| predefined groupings of zone players comprises transitioning from operating in the standalone mode to operating in accordance with the first predefined grouping of zone players such that the first zone player is configured to coordinate with at least the second zone player to output media in synchrony with output of media by at least the second zone player. | |

| Claim 10 | Accused Instrumentalities |
|---|---|
| **[10.0]** The non-transitory computer-readable medium of claim 9, wherein the instruction is a first instruction, and wherein the non-transitory | As described above, each Cast-enabled media player comprises a "non-transitory computer-readable medium," as recited in claim 9.  Moreover, in accordance with the program instructions, each Cast-enabled media player is programmed such that the instruction to operate in accordance with the first zone scene is a first instruction, and each Cast-enabled media player comprises a non-transitory computer-readable medium provisioned with program instructions that, when executed by the Cast-enabled media player, cause the Cast-enabled media player to perform the functions identified below. |

**Ex. D –Infringement Contention Chart: U.S. Patent No. 10,848,885**
**HIGHLY CONFIDENTIAL - SOURCE CODE - ATTORNEYS' EYES ONLY**

| Claim 10 | Accused Instrumentalities |
|---|---|
| computer-readable medium is also provisioned with program instructions that, when executed by the one or more processors, cause the first zone player to perform functions comprising: | |
| **[10.1]** while operating in accordance with the first predefined grouping of zone players, receiving, from the network device over the data network, a second instruction to operate in accordance with the second predefined grouping of zone players; and | Each Cast-enabled media player comprises a non-transitory computer-readable medium provisioned with program instructions that, when executed by the Cast-enabled media player, cause the Cast-enabled media player to, while operating in accordance with the first predefined grouping of Cast-enabled media players, receive, from the Cast-enabled computing device over the data network, a second instruction to operate in accordance with the second predefined grouping of Cast-enabled media players.  *See* claim limitation 3.1. |
| **[10.2]** based on the second instruction, (a) ceasing to operate in accordance with the | Each Cast-enabled media player comprises a non-transitory computer-readable medium provisioned with program instructions that, when executed by the Cast-enabled media player, cause the Cast-enabled media player to, based on the second instruction, (a) cease to operate in accordance with the first predefined grouping of Cast-enabled media players such that the Cast-enabled media player is no longer configured to coordinate with at least the second Cast-enabled media player to output media in synchrony with output of media by at |

**Ex. D –Infringement Contention Chart: U.S. Patent No. 10,848,885**
**HIGHLY CONFIDENTIAL - SOURCE CODE - ATTORNEYS' EYES ONLY**

| Claim 10 | Accused Instrumentalities |
|---|---|
| first predefined grouping of zone players such that the first zone player is no longer configured to coordinate with at least the second zone player to output media in synchrony with output of media by at least the second zone player and (b) beginning to operate in accordance with the second predefined grouping of zone players such that the first zone player is configured to coordinate with at least the third zone player to output media in synchrony with output of media by at least the third zone player. | least the second Cast-enabled media player and (b) begin to operate in accordance with the second predefined grouping of Cast-enabled media players such that the Cast-enabled media player is configured to coordinate with at least the third Cast-enabled media player to output media in synchrony with output of media by at least the third Cast-enabled media player.  *See* claim limitation 3.2. |

**Ex. D –Infringement Contention Chart: U.S. Patent No. 10,848,885**
**HIGHLY CONFIDENTIAL - SOURCE CODE - ATTORNEYS' EYES ONLY**

| Claim 14 | Accused Instrumentalities |
|---|---|
| **[14.0]** The non-transitory computer-readable medium of claim 8, **[14.1]** wherein the first predefined grouping of zone players does not include the third zone player, and wherein the second predefined grouping of zone players does not include the second zone player. | As described above, each Cast-enabled media player comprises a "non-transitory computer-readable medium," as recited in claim 8.  Moreover, in accordance with the program instructions, each Cast-enabled media player is programmed such that the first predefined grouping of Cast-enabled media players does not include the third Cast-enabled media player, and wherein the second predefined grouping of Cast-enabled media players does not include the second Cast-enabled media player.  *See* claim limitation 7.1. |