CLEMENT SETH ROBERTS (STATE BAR NO. 209203)
croberts@orrick.com
BAS DE BLANK (STATE BAR NO. 191487)
basdeblank@orrick.com
ALYSSA CARIDIS (STATE BAR NO. 260103)
acaridis@orrick.com
EVAN D. BREWER (STATE BAR NO. 304411)
ebrewer@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:     +1 415 773 5700
Facsimile:      +1 415 773 5759

SEAN M. SULLIVAN (*pro hac vice*)
sullivan@ls3ip.com
COLE B. RICHTER (*pro hac vice*)
richter@ls3ip.com
LEE SULLIVAN SHEA & SMITH LLP
656 W Randolph St., Floor 5W
Chicago, IL 60661
Telephone:     +1 312 754 0002
Facsimile:      +1 312 754 0003

*Attorneys for Defendant Sonos, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA,

SAN FRANCISCO DIVISION

| | |
|---|---|
| GOOGLE LLC,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>SONOS, INC.,<br><br>　　　　　　Defendant. | Case No. 3:20-cv-06754-WHA<br><br>**SONOS, INC.'S STATEMENT REGARDING GOOGLE'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED (DKT. 141)** |

Sonos, Inc. hereby submits this statement regarding Google LLC's Administrative Motion to Consider Whether Another Party's Material Should Be Sealed ("Administrative Motion") filed on February 22, 2022 (Dkt. 141), in connection with Google LLC's Opposition to Sonos, Inc.'s Motion for Leave to Amend Infringement Contentions Pursuant to Patent L.R. 3-6.

Sonos advises that the information and/or material identified by Google in its Administrative Motion do not contain Sonos confidential information and/or material.

Dated: March 1, 2022                    By: */s/ Alyssa Caridis*
                                        CLEMENT SETH ROBERTS
                                        BAS DE BLANK
                                        ALYSSA CARIDIS
                                        EVAN D. BREWER

                                        ORRICK, HERRINGTON & SUTCLIFFE LLP

                                        SEAN M. SULLIVAN
                                        COLE B. RICHTER

                                        LEE SULLIVAN SHEA & SMITH LLP

                                        *Attorneys for Defendant Sonos, Inc.*

1

SONOS'S STMNT. RE GOOGLE'S ADMIN. MOT. TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED (DKT. 141)
3:20-CV-06754-WHA