1
2
3
4
5
6
7
8
                  UNITED STATES DISTRICT COURT
9
               NORTHERN DISTRICT OF CALIFORNIA,
10
                   SAN FRANCISCO DIVISION
11
12

GOOGLE LLC,

Case No. 3:20-cv-06754-WHA

13

           Plaintiff,

**[PROPOSED] ORDER GRANTING
SONOS, INC.'S ADMINISTRATIVE
MOTION TO CONSIDER WHETHER
ANOTHER PARTY'S MATERIAL
SHOULD BE SEALED**

14

    v.

15

SONOS, INC.,

16

           Defendant.

17
18
19
20
21
22
23
24
25
26
27
28

1    Pursuant to Civil Local Rule 79-5, Defendant Sonos, Inc. ("Sonos") has filed an

2  Administrative Motion to Consider Whether Another Party's Material Should Be Sealed

3  ("Administrative Motion") in connection with Sonos, Inc.'s Reply In Support of Its Motion For

4  Leave to Amend Infringement Contentions Pursuant to Patent L.R. 3-6.  Having considered

5  Sonos's Administrative Motion, and good cause to seal having been shown, the Court GRANTS

6  Sonos's Administrative Motion and ORDERS sealed the following:

| DOCUMENT | PORTIONS TO BE SEALED | DESIGNATING PARTY |
|---|---|---|
| Exhibit 4 to the Reply Declaration of Geoffrey Moss in Support of Sonos, Inc.'s Reply In Support of Its Motion For Leave to Amend Infringement Contentions Pursuant to Patent L.R. 3-6 | Entire document | Google |

Dated: _____, 2022

_____
HON. WILLIAM H. ALSUP
United States District Judge