CLEMENT SETH ROBERTS (STATE BAR NO. 209203)
croberts@orrick.com
BAS DE BLANK (STATE BAR NO. 191487)
basdeblank@orrick.com
ALYSSA CARIDIS (STATE BAR NO. 260103)
acaridis@orrick.com
EVAN D. BREWER (STATE BAR NO. 304411)
ebrewer@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:    +1 415 773 5700
Facsimile:    +1 415 773 5759

SEAN M. SULLIVAN (*pro hac vice*)
sullivan@ls3ip.com
COLE B. RICHTER (*pro hac vice*)
richter@ls3ip.com
LEE SULLIVAN SHEA & SMITH LLP
656 W Randolph St., Floor 5W
Chicago, IL 60661
Telephone:    +1 312 754 0002
Facsimile:    +1 312 754 0003

*Attorneys for Defendant Sonos, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GOOGLE LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SONOS, INC.,<br><br>　　　　　Defendant. | Case No. 3:20-cv-06754-WHA<br><br>**DECLARATION OF GEOFFREY MOSS IN SUPPORT OF SONOS, INC.'S MOTION FOR LEAVE TO AMEND INFRINGEMENT CONTENTIONS PURSUANT TO PATENT L.R. 3-6**<br><br>Date: April 14, 2022<br>Time: 8:00 a.m.<br>Place: Courtroom 12, 19th Floor<br>Judge: Hon. William Alsup<br><br>Complaint Filed: September 28, 2020 |

I, Geoffrey Moss, declare as follows and would so testify under oath if called upon to do so:

1. I am an attorney with the law firm of Orrick, Herrington & Sutcliffe LLP, counsel of record to Sonos, Inc. ("Sonos") in the above-captioned matter. I am a member in good standing of the Bar of the State of California. I make this declaration based on my personal knowledge, unless otherwise noted. If called, I can and will testify competently to the matters set forth herein.

2. I make this declaration in support of Sonos's Motion for Leave to Amend its Infringement Contentions Pursuant to Patent L.R. 3-6.

3. On February 3, 2022, Google disclosed its proposed construction for the term "playback queue" found in the asserted claims of the U.S. Patent Nos. 9,967,615 (the "'615 Patent") and 10,779,033 (the "'033 Patent").

4. Attached as **Exhibit 1** is a true and correct copy of excerpts from an email and the attachment (Appendix A: Terms in Dispute) dated February 3, 2022 from Nima Hefazi to Cole Richter.

5. Attached as **Exhibit 2** is a true and correct copy of excerpts from an email dated February 3, 2022 from Nima Hefazi to Cole Richter, continuing the deadline to exchange expert testimony.

6. Attached as **Exhibits 3 and 4** are true and correct copies of excerpts from Sonos's proposed amended infringement contentions for the '615 and '033 patents that show all of the proposed changes in red-line.

7. Attached as **Exhibit 5** is a true and correct copy of an email dated February 24, 2022, from Alyssa Caridis notifying Google's counsel of Sonos's intent to amend its infringement contentions to take into account Google's new construction.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed this 2nd day of March, 2022 in Los Angeles, California.

GEOFFREY MOSS