# EXHIBIT 5

| | |
|---|---|
| **From:** | Caridis, Alyssa |
| **Sent:** | Thursday, February 24, 2022 6:20 PM |
| **To:** | QE-Sonos3 |
| **Cc:** | Sonos-NDCA06754-service |
| **Subject:** | Sonos v Google NDCA -- Supplemental Contentions |

Counsel –

Sonos intends to move the Court to supplement its infringement contentions in light of Google's proposed construction of "playback queue" in the '615 and '033 Patents, which construction Google disclosed to Sonos for the first time on February 3.  Momentarily, Amy Maruska will send the contentions via FTP (the password is **SG2222ndca#0224**).  Those PDFs are redlines that show Sonos's proposed supplementations.  The '615 claim chart shows redlines relative to Sonos's infringement contentions served 2/7/22 (which are the subject of the pending motion to amend); the '033 claim chart shows redlines relative to Sonos's infringement contentions served 1/20/22.

Please let us know by COB next Tuesday, March 1 whether Google will oppose Sonos's motion to amend its contentions to include these supplements.

Alyssa Caridis

**Alyssa Caridis**

Pronouns: she/her/hers

Los Angeles
T 2136122372
acaridis@orrick.com



1