UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA,

SAN FRANCISCO DIVISION

| | |
|---|---|
| GOOGLE LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SONOS, INC.,<br><br>　　　　　Defendant. | Case No. 3:20-cv-06754-WHA<br><br>**[PROPOSED] ORDER GRANTING SONOS, INC.'S MOTION FOR LEAVE TO AMEND INFRINGEMENT CONTENTIONS PURSUANT TO PATENT L.R. 3-6** |

Before the Court is Sonos, Inc's Motion for Leave to Amend Infringement Contentions Pursuant to Patent L.R. 3-6 ("Motion") as to U.S. Patent Nos. 9,967,615 and 10,779,033. Accordingly, having reviewed the parties' submissions, and good cause having been shown, the Court grants Sonos's Motion.

**IT IS SO ORDERED.**

Dated: _____, 2022

---
HON. WILLIAM H. ALSUP
United States District Judge