UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA,

SAN FRANCISCO DIVISION

| | |
|---|---|
| GOOGLE LLC, <br><br>    Plaintiff, <br><br>    v. <br><br> SONOS, INC., <br><br>    Defendant. | Case No. 3:20-cv-06754-WHA <br><br> **[PROPOSED] ORDER GRANTING SONOS, INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |

Pursuant to Civil Local Rule 79-5, Defendant Sonos, Inc. ("Sonos") has filed an Administrative Motion to Consider Whether Another Party's Material Should Be Sealed ("Administrative Motion") in connection with Sonos, Inc.'s Motion For Leave to Amend Infringement Contentions Pursuant to Patent L.R. 3-6.  Having considered Sonos's Administrative Motion, and good cause to seal having been shown, the Court GRANTS Sonos's Administrative Motion and ORDERS sealed the following:

| DOCUMENT | PORTIONS TO BE SEALED | DESIGNATING PARTY |
|---|---|---|
| Exhibit 3 to the Declaration of Geoffrey Moss in Support of Sonos, Inc.'s Motion For Leave to Amend Infringement Contentions Pursuant to Patent L.R. 3-6 ("Moss Declaration") | Entire document | Google |
| Exhibit 4 to the Moss Declaration | Entire document | Google |

Dated: _____, 2022

HON. WILLIAM H. ALSUP
United States District Judge

1

[PROPOSED] ORDER GRANTING SONOS'S
ADMINISTRATIVE MOTION TO CONSIDER WHETHER
ANOTHER PARTY'S MATERIAL SHOULD BE SEALED
3:20-CV-06754-WHA