QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Charles K. Verhoeven (Bar No. 170151)
  charlesverhoeven@quinnemanuel.com
  Melissa Baily (Bar No. 237649)
  melissabaily@quinnemanuel.com
  Lindsay Cooper (Bar No. 287125)
  lindsaycooper@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:    (415) 875-6600
Facsimile:    (415) 875-6700

*Attorneys for Google LLC*

CLEMENT SETH ROBERTS (STATE BAR NO. 209203)
croberts@orrick.com
BAS DE BLANK (STATE BAR NO. 191487)
basdeblank@orrick.com
ALYSSA CARIDIS (STATE BAR NO. 260103)
acaridis@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: (415) 773-5700
Facsimile: (415) 773-5759

SEAN M. SULLIVAN (admitted *pro hac vice*)
sullivan@ls3ip.com
COLE B. RICHTER (admitted *pro hac vice*)
richter@ls3ip.com
LEE SULLIVAN SHEA & SMITH LLP
656 W Randolph St., Floor 5W
Chicago, IL 60661
Telephone: +1 312 754 0002
Facsimile: +1 312 754 0003

*Attorneys for Sonos, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GOOGLE LLC,<br><br>          Plaintiff,<br><br>     vs.<br><br>SONOS, INC.,<br><br>          Defendant. | CASE NO. 3:20-cv-06754-WHA<br>Related to CASE NO. 3:21-cv-07559-WHA<br><br>**JOINT STIPULATION ENLARGING TIME TO RESPOND TO SONOS'S COUNTERCLAIMS** |

Pursuant to Federal Rule of Civil Procedure 6(b) and Civil Local Rule 6-1(a), Plaintiff Google LLC ("Google") and Defendant Sonos, Inc. ("Sonos") stipulate and declare as follows:

WHEREAS, Sonos asserted claims for willful and indirect infringement of U.S. Patent Nos. 10,779,033 ("'033 patent"); 10,469,966 ("'966 patent"); and 10,848,885 ("'885 patent") in its Second Amended Complaint (*Sonos, Inc. v. Google LLC*, No. 3:21-cv-07559-WHA, Dkt. 51);

WHEREAS, Google moved to dismiss Sonos's willful and indirect infringement claims for the '033, '966, and '885 patents on January 10, 2022 (*Sonos, Inc. v. Google LLC*, No. 3:21-cv-07559-WHA, Dkt. 138);

WHEREAS, Sonos filed willful and indirect infringement counterclaims for the '033, '966, and '885 patents on February 18, 2022 (Dkt. 135);

WHEREAS, the Court held a hearing on Google's motion to dismiss and took the motion under submission on February 24, 2022 (*Sonos, Inc. v. Google LLC*, No. 3:21-cv-07559-WHA, Dkt. 152);

WHEREAS, extending the deadline for Google to respond to Sonos's counterclaims until after the Court issues its decision on Google's motion to dismiss (*Sonos, Inc. v. Google LLC*, No. 3:21-cv-07559-WHA, Dkt. 138) will allow the parties to analyze the Court's decision before burdening the Court with additional motion practice;

WHEREAS, the extension "will not alter the date of any event or any deadline already fixed by Court order" under Civil Local Rule 6-1(a);

NOW, THEREFORE, Google and Sonos hereby agree and stipulate as follows:

1. Google will answer or move to dismiss Sonos's counterclaims (Dkt. 135) within seven days of the Court's order on Google's motion to dismiss (*Sonos, Inc. v. Google LLC*, No. 3:21-cv-07559-WHA, Dkt. 138);

2. This extension is without prejudice to Sonos arguing that any eventual Rule 12 motion to dismiss Sonos's counterclaims is untimely due to the advanced stage of the case. However, Sonos will not use this stipulated extension as a basis for arguing that any eventual Rule 12 motion to dismiss Sonos's counterclaims is untimely.

IT IS SO STIPULATED.

Dated: March 12, 2022                                               Respectfully submitted,

| /s/ Charles K. Verhoeven | /s/ Cole B. Richter |
|---|---|
| Attorneys for GOOGLE LLC | Attorneys for SONOS, INC. |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | LEE SULLIVAN SHEA & SMITH LLP |
| *Counsel for Plaintiff Google LLC* | *Counsel for Defendant Sonos, Inc.* |

**ATTESTATION**

I, Charles K. Verhoeven, am the ECF User whose ID and password are being used to file this Stipulation. In compliance with Civil Local Rule 5-1, I hereby attest that Cole Richter has concurred in this filing.

DATED: March 12, 2022

By:   */s/ Charles K. Verhoeven*
         Charles K. Verhoeven