1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   Melissa Baily (Bar No. 237649)
3  melissabaily@quinnemanuel.com
   Lindsay Cooper (Bar No. 287125)
4  lindsaycooper@quinnemanuel.com
   50 California Street, 22nd Floor
5  San Francisco, California 94111-4788
   Telephone:    (415) 875-6600
6  Facsimile:    (415) 875-6700

7  *Attorneys for Google LLC*

8                          UNITED STATES DISTRICT COURT

9                         NORTHERN DISTRICT OF CALIFORNIA

10                              SAN FRANCISCO DIVISION

11 | GOOGLE LLC,              | CASE NO. 3:20-cv-06754-WHA
12 |                          | Related to CASE NO. 3:21-cv-07559-WHA
   |        Plaintiff,        |
13 |                          | **LOCAL RULE 5-1(D)(5) DECLARATION**
   |    vs.                   | **OF LANA ROBINS**
14 | SONOS, INC.,             |
15 |        Defendant.        |

I, Lana Robins, declare and state as follows:

1. I am an attorney licensed to practice in the State of California and am admitted to practice before this Court. I am an associate at Quinn Emanuel Urquhart & Sullivan LLP representing Google LLC ("Google") in this matter. I have personal knowledge of the matters set forth in this Declaration, and if called as a witness I would testify competently to those matters.

2. On March 11, 2022, I attempted to file Google's and Sonos, Inc.'s ("Sonos") Joint Stipulation Enlarging Time to Respond to Sonos's Counterclaims ("Joint Stipulation") at least two times after 12:00 noon separated by at least one hour. However, I was unable to file the Joint Stipulation because the ECF system was subject to a technical failure.

I declare under penalty of perjury under the laws of the United States of America that to the best of my knowledge the foregoing is true and correct. Executed on March 12, 2022, in San Francisco, California.

DATED: March 12, 2022

By: /s/ Lana Robins
Lana Robins

## ATTESTATION

I, Charles K. Verhoeven, am the ECF user whose ID and password are being used to file the above Declaration. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Lana Robins has concurred in the aforementioned filing.

*/s/ Charles K. Verhoeven*
Charles K. Verhoeven