CLEMENT SETH ROBERTS (STATE BAR NO. 209203)
croberts@orrick.com
BAS DE BLANK (STATE BAR NO. 191487)
basdeblank@orrick.com
ALYSSA CARIDIS (STATE BAR NO. 260103)
acaridis@orrick.com
EVAN D. BREWER (STATE BAR NO. 304411)
ebrewer@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:    +1 415 773 5700
Facsimile:    +1 415 773 5759

SEAN M. SULLIVAN (admitted *pro hac vice*)
sullivan@ls3ip.com
COLE B. RICHTER (admitted *pro hac vice*)
richter@ls3ip.com
LEE SULLIVAN SHEA & SMITH LLP
656 W Randolph St., Floor 5W
Chicago, IL 60661
Telephone:    +1 312 754 0002
Facsimile:    +1 312 754 0003

*Attorneys for Defendant Sonos, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GOOGLE LLC,<br><br>           Plaintiff,<br><br>     v.<br><br>SONOS, INC.,<br><br>           Defendant. | Case No. 3:20-cv-06754-WHA<br><br>**DECLARATION OF COLE B. RICHTER IN SUPPORT OF SONOS, INC.'S UNOPPOSED MOTION FOR LEAVE TO FILE AN AMENDED ANSWER TO GOOGLE LLC'S SECOND AMENDED COMPLAINT AND SONOS, INC.'S COUNTERCLAIMS**<br><br>Date: April 28, 2022<br>Time: 8:00 a.m.<br>Place: Courtroom 12, 19th Floor<br>Judge: Hon. William Alsup<br><br>Complaint Filed: September 28, 2020 |

I, Cole B. Richter, declare as follows and would so testify under oath if called upon to do so:

1. I am an attorney with the law firm of Lee Sullivan Shea & Smith LLP, counsel of record to Sonos, Inc. ("Sonos") in the above-captioned matter. I am a member in good standing of the Bar of the State of Illinois. I have been admitted *pro hac vice* in this matter. I make this declaration based on my personal knowledge, unless otherwise noted. If called, I can and will testify competently to the matters set forth herein.

2. I make this declaration in support of Sonos, Inc.'s Unopposed Motion for Leave to File an Amended Answer to Google LLC's Second Amended Complaint and Sonos, Inc.'s Counterclaims.

3. Attached as **Exhibit 1** is a true and correct copy of Sonos, Inc.'s First Amended Answer to Google LLC's Second Amended Complaint and Sonos, Inc.'s Counterclaims with redlines showing the changes.

4. Attached as **Exhibit 2** is a true and correct copy of U.S. Patent No. 10,848,885 with the certificate of correction.  This exhibit is a replacement for Exhibit D that was filed with Sonos, Inc.'s Answer to Google LLC's Second Amended Complaint and Sonos, Inc.'s Counterclaims on February 18, 2002 at Dkt. 135-4.  Exhibit D submitted on February 18 inadvertently did not include the certificate of correction.  If leave to amend is granted, Sonos will submit this replacement Exhibit D with it first amended answer and counterclaims.

5. The parties met-and-conferred on Thursday, March 10, 2022 and Friday, March 11, 2022.  Google has indicated that it does not oppose this motion.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.  Executed this 14th day of March, 2022 in Chicago, Illinois.

*/s/ Cole B. Richter*
COLE B. RICHTER

DECL. OF RICHTER ISO SONOS'S UNOPPOSED MOTION
FOR LEAVE TO FILE AN AMENDED ANSWER AND
COUNTERCLAIMS
3:20-CV-06754-WHA

1