CLEMENT SETH ROBERTS (STATE BAR NO. 209203)
croberts@orrick.com
BAS DE BLANK (STATE BAR NO. 191487)
basdeblank@orrick.com
ALYSSA CARIDIS (STATE BAR NO. 260103)
acaridis@orrick.com
EVAN D. BREWER (STATE BAR NO. 304411)
ebrewer@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:   +1 415 773 5700
Facsimile:   +1 415 773 5759

SEAN M. SULLIVAN (admitted *pro hac vice*)
sullivan@ls3ip.com
COLE B. RICHTER (admitted *pro hac vice*)
richter@ls3ip.com
LEE SULLIVAN SHEA & SMITH LLP
656 W Randolph St., Floor 5W
Chicago, IL 60661
Telephone:   +1 312 754 0002
Facsimile:   +1 312 754 0003

*Attorneys for Defendant Sonos, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GOOGLE LLC,<br><br>              Plaintiff,<br><br>       v.<br><br>SONOS, INC.,<br><br>              Defendant. | Case No. 3:20-cv-06754-WHA<br><br>**DECLARATION OF COLE B. RICHTER RE TECHNICAL FAILURE PURSUANT TO CIVIL LOCAL RULE 5-1(d)(5)**<br><br>Complaint Filed: September 28, 2020 |

1       I, Cole B. Richter, declare as follows and would so testify under oath if called upon to do so:

2       1.      I am an attorney with the law firm of Lee Sullivan Shea & Smith LLP, counsel of record to Sonos, Inc. ("Sonos") in the above-captioned matter. I am a member in good standing of the Bar of the State of Illinois. I have been admitted *pro hac vice* in this matter.  I make this declaration based on my personal knowledge, unless otherwise noted. If called, I can and will testify competently to the matters set forth herein.

3       2.      I attest that the document titled "Sonos, Inc.'s Unopposed Motion for Leave to File an Amended Answer to Google LLC's Second Amended Complaint and Sonos, Inc.'s Counterclaims" ("Motion") was not filed on March 11, 2022 solely because of a technical failure with the CM/ECF system.

4       3.      On March 11, 2022, at approximately 11:30 am PST, I transmitted the Motion to Amy Maruska, Senior Paralegal, and provided instructions for it to be filed from my Northern District of California CM/ECF account.

5       4.      Ms. Maruska attempted to log into the CM/ECF system nine times between 1:15 pm and 9:00 pm PST, on March 11, 2022, at least two of the attempts were separated by at least one hour. Each time she was unsuccessful due to the ongoing service outage.

6       5.      This Court posted a notice to its website on March 11, 2022 that ongoing service disruptions were reported and Ms. Maruska periodically monitored the Court's website for updates to the notice.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.  Executed this 14th day of March, 2022 in Chicago, Illinois.

                                                    */s/ Cole B. Richter*
                                                    COLE B. RICHTER