UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA,

SAN FRANCISCO DIVISION

| | |
|---|---|
| GOOGLE LLC,<br><br>   Plaintiff,<br><br> v.<br><br>SONOS, INC.,<br><br>   Defendant. | Case No. 3:20-cv-06754-WHA<br><br>**[PROPOSED] ORDER GRANTING SONOS, INC.'S UNOPPOSED MOTION FOR LEAVE TO FILE AN AMENDED ANSWER TO GOOGLE LLC'S SECOND AMENDED COMPLAINT AND SONOS, INC.'S COUNTERCLAIMS** |

Before the Court is Sonos, Inc.'s Unopposed Motion for Leave to File an Amended Answer to Google LLC's Second Amended Complaint and Sonos, Inc.'s Counterclaims. Accordingly, having reviewed the parties' submissions, and good cause having been shown, the Court grants Sonos, Inc.'s Motion.

**IT IS SO ORDERED.**

Dated: _____, 2022

                                                  HON. WILLIAM H. ALSUP
                                                  United States District Judge

[PROPOSED] ORDER GRANTING SONOS'S UNOPPOSED MOT. FOR LEAVE TO FILE AN AMENDED ANSWER TO GOOGLE'S SECOND AMENDED COMPLAINT AND SONOS'S COUNTERCLAIMS
3:20-CV-06754-WHA

1