UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA,

SAN FRANCISCO DIVISION

| | |
|---|---|
| GOOGLE LLC,<br><br>            Plaintiff,<br><br>     v.<br><br>SONOS, INC.,<br><br>            Defendant. | Case No. 3:20-cv-06754-WHA<br><br>**[PROPOSED] ORDER GRANTING SONOS, INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |

Pursuant to Civil Local Rule 79-5, Defendant Sonos, Inc. ("Sonos") has filed an Administrative Motion to Consider Whether Another Party's Material Should Be Sealed ("Administrative Motion") in connection with Sonos, Inc.'s Unopposed Motion for Leave to File an Amended Answer to Google LLC's Second Amended Complaint and Sonos, Inc.'s Counterclaims. Having considered Sonos's Administrative Motion, and good cause to seal having been shown, the Court GRANTS Sonos's Administrative Motion and ORDERS sealed the following:

| DOCUMENT | PORTIONS TO BE SEAL | DESIGNATING PARTY |
|---|---|---|
| Exhibit 1 to the Declaration of Cole B. Richter in Support of Sonos, Inc.'s Unopposed Motion for Leave to File an Amended Answer to Google LLC's Second Amended Complaint and Sonos, Inc.'s Counterclaims | Portions highlighted in green | Google |

Dated: _____, 2022

_____
HON. WILLIAM H. ALSUP
United States District Judge