1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
     Charles K. Verhoeven (Bar No. 170151)
2    charlesverhoeven@quinnemanuel.com
     Melissa Baily (Bar No. 237649)
3    melissabaily@quinnemanuel.com
     Lindsay Cooper (Bar No. 287125)
4    lindsaycooper@quinnemanuel.com
5  50 California Street, 22nd Floor
   San Francisco, California 94111-4788
6  Telephone:     (415) 875-6600
   Facsimile:     (415) 875-6700
7
8  *Attorneys for GOOGLE LLC*

9                       UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11                       SAN FRANCISCO DIVISION

12

| | |
|---|---|
| 13  GOOGLE LLC, | CASE NO. 3:20-cv-06754-WHA |
| | Related to CASE NO. 3:21-cv-07559-WHA |
| 14             Plaintiff, | |
| | **[PROPOSED] ORDER GRANTING** |
| 15       vs. | **GOOGLE'S ADMINISTRATIVE** |
| | **MOTION TO CONSIDER WHETHER** |
| 16  SONOS, INC., | **ANOTHER PARTY'S MATERIAL** |
| | **SHOULD BE SEALED** |
| 17             Defendant. | |

18

19

20

21

22

23

24

25

26

27

28

1    Plaintiff Google LLC ("Google") has filed an Administrative Motion to Consider Whether

2  Another Party's Material Should Be Sealed ("Google's Administrative Motion").

3    Having considered Google's Administrative Motion, and good cause to seal having been

4  shown, the Court **GRANTS** Google's Administrative Motion and **ORDERS** sealed the documents

5  listed below:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Exhibit to Joint Discovery Letter Brief | Entire document | Sonos |

    IT IS SO ORDERED.

DATED:

_____

Magistrate Judge Donna M. Ryu

[PROPOSED] ORDER GRANTING GOOGLE'S ADMINISTRATIVE MOTION