# EXHIBIT TO JOINT DISCOVERY LETTER BRIEF (Dkt. 116)