QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Charles K. Verhoeven (Bar No. 170151)
  charlesverhoeven@quinnemanuel.com
  Melissa Baily (Bar No. 237649)
  melissabaily@quinnemanuel.com
  Lindsay Cooper (Bar No. 287125)
  lindsaycooper@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:    (415) 875-6600
Facsimile:     (415) 875-6700

Attorneys for GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GOOGLE LLC,<br><br>　　　　　Plaintiff,<br><br>　　　vs.<br><br>SONOS, INC.,<br><br>　　　　　Defendants. | CASE NO. 3:20-cv-06754-WHA<br>Related to CASE NO. 3:21-cv-07559-WHA<br><br>**DECLARATION OF JOCELYN MA IN SUPPORT OF GOOGLE LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF ITS OPPOSITION TO SONOS, INC.'S MOTION FOR LEAVE TO AMEND INFRINGEMENT CONTENTIONS PURSUANT TO PATENT L.R. 3-6** |

I, Jocelyn Ma, declare and state as follows:

1. I am an attorney licensed to practice in the State of California and am admitted to practice before this Court. I am an associate at Quinn Emanuel Urquhart & Sullivan LLP representing Google LLC ("Google") in this matter. I make this declaration in support of Google's Administrative Motion to File Under Seal Portions of its Opposition to Sonos, Inc.'s Motion for Leave to Amend Infringement Contentions Pursuant to Patent L.R. 3-6 ("Google's Administrative Motion"). If called as a witness, I could and would testify competently to the information contained herein.

2. Google's Administrative Motion seeks an order sealing the following materials:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Google's Opposition to Sonos's Motion for Leave to Amend Infringement Contentions Pursuant to Patent L.R. 3-6 ("Google's Opposition") | Portions highlighted in yellow | Google |
| Exhibit 1 to Google's Opposition | Portions outlined in red boxes | Google |

3. The yellow-highlighted portions of Google's Opposition on pages 5, 6, and 7 and the portions of Exhibit 1 outlined in red boxes detail the operation of functionalities Sonos accuses of infringement. These documents contain highly confidential and proprietary information regarding sensitive features of Google's product and system designs and describe the operation of functionalities accused of infringement. The specifics of how these functionalities operate is confidential information that Google does not share publicly. Public disclosure of such information could lead to competitive harm to Google as competitors may alter their systems and practices relating to competing products. Thus, Google has good cause to seal the yellow-highlighted portions of Google's Opposition on pages 5, 6, and 7 and the portions of Exhibit 1 outlined in red boxes. A less restrictive alternative than sealing these documents would not be sufficient because the information sought to be sealed is Google's proprietary and confidential business information but is necessary to the argument in Google's Opposition.

4. The yellow-highlighted portions of Google's Opposition on pages 3 and 12 contain confidential information regarding Google's highly sensitive financial and product revenue data, as well as figures from which a competitor could deduce Google's highly sensitive financial and product revenue data. Public disclosure of this information would harm Google's competitive standing and create a risk of injury by providing competitors with access to information that Google does not have similar access to about their competitors, allowing them to gain a competitive advantage in the marketplace. Thus, Google has good cause to seal the yellow-highlighted portions of Google's Opposition on pages 3 and 12. A less restrictive alternative than sealing these documents would not be sufficient because the information sought to be sealed is Google's confidential and highly sensitive financial information but is necessary to the argument in Google's Opposition.

I declare under penalty of perjury that to the best of my knowledge the foregoing is true and correct. Executed on March 16, 2022, in San Francisco, California.

DATED: March 16, 2022

By: /s/ Jocelyn Ma
        Jocelyn Ma

**ATTESTATION**

I, Charles K. Verhoeven, am the ECF user whose ID and password are being used to file the above Declaration. In compliance with Civil L.R. 5-1, I hereby attest that Jocelyn Ma has concurred in the aforementioned filing.

DATED: March 16, 2022

*/s/ Charles K. Verhoeven*
Charles K. Verhoeven