1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   Melissa Baily (Bar No. 237649)
3  melissabaily@quinnemanuel.com
   Lindsay Cooper (Bar No. 287125)
4  lindsaycooper@quinnemanuel.com
5  50 California Street, 22nd Floor
   San Francisco, California 94111-4788
6  Telephone:    (415) 875-6600
   Facsimile:    (415) 875-6700
7
8  Attorneys for GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| GOOGLE LLC,<br><br>    Plaintiff,<br><br>    vs.<br><br>SONOS, INC.,<br><br>    Defendant. | CASE NO. 3:20-cv-06754-WHA<br>Related to CASE NO. 3:21-cv-07559-WHA<br><br>**[PROPOSED] ORDER GRANTING GOOGLE'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF ITS OPPOSITION TO SONOS, INC.'S MOTION FOR LEAVE TO AMEND INFRINGEMENT CONTENTIONS PURSUANT TO PATENT L.R. 3-6** |
|---|---|

Plaintiff Google LLC ("Google") has filed an Administrative Motion to File Under Seal ("Google's Administrative Motion") in connection with its Opposition to Sonos, Inc.'s Motion for Leave to Amend Infringement Contentions Pursuant to Patent L.R. 3-6.

Having considered Google's Administrative Motion, and good cause to seal having been shown, the Court **GRANTS** Google's Administrative Motion and **ORDERS** sealed the documents listed below:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Google's Opposition to Sonos, Inc.'s Motion for Leave to Amend Infringement Contentions Pursuant to Patent L.R. 3-6 ("Google's Opposition") | Portions highlighted in yellow | Google |
| Exhibit 1 to Google's Opposition | Portions outlined in red boxes | Google |

IT IS SO ORDERED.

DATED:

_____
The Honorable William Alsup
United States District Court Judge