# EXHIBIT 1
# FILED UNDER SEAL

Ex. A –Infringement Contention Chart: U.S. Patent No. 9,967,615
**HIGHLY CONFIDENTIAL - SOURCE CODE - ATTORNEYS' EYES ONLY**

| Claim 13 | Accused Instrumentalities |
|---|---|
| resource locators corresponding to respective locations of the multimedia content at one or more second cloud servers of a streaming content service; (b) causing playback at the control device to be stopped; and (c) modifying the one or more transport controls of the control interface to control playback by the playback device; and | you know that you're connected."); https://support.google.com/chromecast/answer/6279384?hl=en [Cast audio from Chromecast-enabled apps to speakers] ("Once you're connected, you can cast music, radio stations, and podcasts directly to your audio device."); https://support.google.com/chromecast/answer/2995235?hl=en-AU [Cast from the YouTube app and YouTube.com]; https://support.google.com/youtubetv/answer/7353493?co=GENIE.Platform%3DAndroid&hl=en [Cast YouTube TV using Chromecast]; https://support.google.com/youtubekids/answer/6289408?hl=en&co=GENIE.Platform%3DAndroid [Watch YouTube Kids videos on your TV]; http://web.archive.org/web/20200927211448/https://support.google.com/chromecast/answer/6178107 [Listen to music with Google Play Music and Chromecast]; https://support.google.com/googlenest/answer/9563059?hl=en-IN [Move media from one cast device to another]; https://developer.android.com/guide/topics/media/media-routing [Routing between devices]; https://developers.google.com/cast/docs/web_receiver/queueing ("Queueing allows partner applications to better integrate with Cast by providing the following features: Support of Google's and partner's cloud queue implementation so externally stored and created queue can be directly loaded into Cast devices."); https://developers.google.com/cast/docs/ios_sender/queueing ("The Web Receiver SDK maintains the queue and responds to operations on the queue as long as the queue has at least one item currently active (playing or paused)."); https://developers.google.com/cast/docs/android_sender/queueing ("The Receiver SDK maintains the queue and responds to operations on the queue as long as the queue has at least one item currently active (playing or paused)."); https://developer.android.com/reference/java/net/URL [URL].<br><br>This functionality is evidenced by the screenshots shown below in connection with claim limitation 13.7, which demonstrate that a Cast-enabled control device installed with any one of the YouTube app, the YouTube Music app, the YouTube TV app, the YouTube Kids app, the Google Play Music app, or the Spotify app (among other Cast-enabled apps) causes playback of multimedia content to be transferred from the Cast-enabled control device to at least one particular Cast-enabled media player after detecting a set of inputs to perform that transfer. |

Ex. A –Infringement Contention Chart: U.S. Patent No. 9,967,615
**HIGHLY CONFIDENTIAL - SOURCE CODE - ATTORNEYS' EYES ONLY**

| Claim 13 | Accused Instrumentalities |
|---|---|
| | The following exemplary evidence demonstrates that each Cast-enabled control device installed with the YouTube, YouTube Music, YouTube TV, or YouTube Kids app is programmed to perform this functionality:<br>• GOOG-SONOSWDTX-00041491 [▓] at 93-95;<br>• GOOG-SONOSWDTX-00037243 [▓];<br>• GOOG-SONOSWDTX-00039484 [▓] at 85-86;<br>• GOOG-SONOSWDTX-00039813 [▓] at 13;<br>• GOOG-SONOSWDTX-00039494 [▓] at 9-96;<br>• GOOG-SONOSWDTX-00040290 [▓] at 91;<br>• GOOG-SONOSWDTX-00039491 [▓]; |