# EXHIBIT 3

1   Clement S. Roberts (SBN 209203)
    *croberts@orrick.com*
2   ORRICK HERRINGTON & SUTCLIFFE LLP
    405 Howard Street
3   San Francisco, CA 94105
    Tel: (415) 773-5700 -- Fax: (415) 773-5759
4
5   Alyssa Caridis (SBN 260103)
    *acaridis@orrick.com*
6   ORRICK HERRINGTON & SUTCLIFFE LLP
    777 South Figueroa Street, Suite 3200
7   Los Angeles, CA 90017
    Tel: (213) 629-2020 -- Fax: (213) 612-2499
8
9   George I. Lee
    *lee@ls3ip.com*
10  Sean M. Sullivan
    *sullivan@ls3ip.com*
11  Rory P. Shea
    *shea@ls3ip.com*
12  J. Dan Smith
    *smith@ls3ip.com*
13  Michael P. Boyea
    *boyea@ls3ip.com*
14  Cole B. Richt*r*
    *richter@ls3ip.com*
15  LEE SULLIVAN SHEA & SMITH LLP
    656 W Randolph St, Floor 5W
16  Chicago, IL 60661
    Tel: (312) 754-0002 -- Fax: (312) 754-0003
17
18  *Attorneys for Sonos, Inc.*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GOOGLE LLC,<br><br>       *Plaintiff*,<br><br>v.<br><br>SONOS, INC.,<br><br>       *Defendant.* | Case No. 3:20-cv-6754<br><br>**SONOS, INC.'S PATENT L.R. 4-2 PRELIMINARY CLAIM CONSTRUCTIONS AND IDENTIFICATION OF EVIDENCE**<br><br>Judge: Hon. William Alsup<br>Complaint Filed: September 28, 2020 |

| Patent No. | Term | Sonos Proposed Construction | Evidence |
|---|---|---|---|
| '615 Pat. | "local playback queue on the particular playback device" | Plain and ordinary meaning; no construction necessary | <ul><li>'615 Patent at 10:8-13, 10:42-46, 11:12-14, 13:22-40, 14:50-52, 15:12-16, 15:58-67, 16:20-35, 16:49-53, 16:53-17:15;</li><li>'615 Prosecution History, May 9, 2017 Office Action;</li><li>'615 Prosecution History, August 28, 2017 Office Action Response;</li><li>Intrinsic Evidence from one or more cited patents:<ul><li>SONOS-SVG2-00043061 at 4:25-29;</li><li>SONOS-SVG2-00042964 at ¶¶ 9, 14-15, 37, 66;</li><li>SONOS-SVG2-00042982 at ¶¶ 8, 40, 48;</li><li>SONOS-SVG2-00043004 at ¶¶ 40, FIG. 2a;</li></ul></li><li>Extrinsic Evidence from one or more of the following:<ul><li>GOOG-SONOSWDTX-00006865;</li><li>GOOG-SONOSWDTX-00006878;</li><li>SONOS-SVG2-00042957;</li><li>SONOS-SVG2-00042960;</li><li>SONOS-SVG2-00042962;</li><li>GOOG-SONOSWDTX-00042015</li></ul></li><li>*see also* citations for the "remote playback queue" term</li></ul> |