UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA,

SAN FRANCISCO DIVISION

| | |
|---|---|
| GOOGLE LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SONOS, INC.,<br><br>　　　　Defendant. | Case No. 3:20-cv-06754-WHA<br><br>**[PROPOSED] ORDER GRANTING SONOS, INC.'S UNOPPOSED MOTION FOR LEAVE TO FILE AN AMENDED ANSWER TO GOOGLE LLC'S SECOND AMENDED COMPLAINT AND SONOS, INC.'S COUNTERCLAIMS** |

1  Before the Court is Sonos, Inc.'s Unopposed Motion for Leave to File an Amended
2  Answer to Google LLC's Second Amended Complaint and Sonos, Inc.'s Counterclaims.
3  Accordingly, having reviewed the parties' submissions, and good cause having been shown, the
4  Court grants Sonos, Inc.'s Motion.

**IT IS SO ORDERED.**

Dated:   March 17, 2022

_____
HON. WILLIAM H. ALSUP
United States District Judge

[PROPOSED] ORDER GRANTING SONOS'S UNOPPOSED
MOT. FOR LEAVE TO FILE AN AMENDED ANSWER TO
GOOGLE'S SECOND AMENDED COMPLAINT AND
SONOS'S COUNTERCLAIMS
3:20-CV-06754-WHA