# EXHIBIT E



# Top 300 Organizations Granted U.S. Patents in 2017

Are more patents better?

*IPO does not attempt to answer the question above.  IPO publishes patent owner lists as an information service for IPO members.*

*This list of organizations that received the most U.S. utility patents is being published by IPO for the 35th consecutive year.  It is based on data obtained from the U.S. Patent and Trademark Office.*

*Patents granted to parent and subsidiary companies are combined in many instances.  See the end notes for more information.  IPO makes reasonable efforts to avoid errors, but cannot guarantee accuracy.*

*18 June 2018*

# 2017 Patent Owners
**Numerical Listing**

Use care in interpreting the "percent change from 2016" column.   The total number of patents granted by the USPTO in 2017 was 318,829, up 5 percent from 2016.   The percent change for an individual organization could be affected by mergers, acquisitions, divestitures, inconsistent treatment of subsidiaries in 2016 and 2017, and many other factors.

| Rank | Organization | 2017 Patents | Percent Change From 2016 | Rank | Organization | 2017 Patents | Percent Change From 2016 |
|---|---|---|---|---|---|---|---|
| 1 | International Business Machines Corp. | 8,996 | 10.8 | 38 | Cisco Technology, Inc. | 989 | 0.2 |
|  |  |  |  | 39 | Koninklijke Philips N.V. | 973 | -14.2 |
| 2 | Samsung Electronics Co., Ltd. | 5,810 | 5.3 |  | Semiconductor Energy Laboratory Co., Ltd. | 973 | -8.3 |
| 3 | Intel Corp. | 3,726 | 8.4 |  |  |  |  |
| 4 | Canon K.K. | 3,664 | -5.5 | 41 | SK Hynix Inc. | 938 | -18.1 |
| 5 | Alphabet Inc. | 3,065 | new | 42 | Texas Instruments, Inc. | 923 | 3.9 |
| 6 | General Electric Co. | 2,989 | 14.2 | 43 | Denso Corp. | 863 | 18.7 |
| 7 | Qualcomm, Inc. | 2,728 | -14.3 | 44 | Honda Motor Co., Ltd. | 854 | -1.9 |
| 8 | LG Electronics Inc. | 2,696 | 10.0 | 45 | Western Digital Corp. | 837 | -27.4 |
| 9 | Microsoft Corp. | 2,601 | 1.7 | 46 | NEC Corp. | 816 | -7.8 |
| 10 | Taiwan Semiconductor Manufacturing Co., Ltd. | 2,408 | 6.1 | 47 | Micron Technology, Inc. | 807 | -9.3 |
|  |  |  |  | 48 | Globalfoundries Inc. | 782 | -73.9 |
| 11 | Samsung Display Co., Ltd. | 2,266 | 11.3 | 49 | The Dow Chemical Co. | 765 | 7.8 |
| 12 | Apple, Inc. | 2,225 | 5.6 | 50 | Oracle International Corp. | 753 | 12.1 |
| 13 | Sony Corp. | 2,116 | -2.5 | 51 | Halliburton Energy Services, Inc. | 738 | 25.6 |
| 14 | Toyota Jidosha K.K. | 2,015 | 23.6 |  |  |  |  |
| 15 | Amazon Technologies, Inc. | 1,960 | 15.2 | 52 | Verizon | 715 | -5.5 |
| 16 | Toshiba Corp. | 1,891 | -1.5 | 53 | Shenzhen China Star Optoelectronics Technology Co., Ltd. | 709 | 30.5 |
| 17 | Ford Global Technologies, LLC | 1,876 | 18.4 |  |  |  |  |
| 18 | Dell Technologies | 1,681 | 3.2 |  |  |  |  |
| 19 | Telefonaktiebolaget LM Ericsson | 1,551 | -0.1 | 54 | Brother Kogyo K.K. | 705 | -31.3 |
|  |  |  |  | 55 | Fujifilm Corp. | 691 | -1.2 |
| 20 | Siemens AG | 1,538 | 3.6 | 56 | Schlumberger Technology Corp. | 680 | -0.7 |
| 21 | Fujitsu Ltd. | 1,531 | -2.1 | 57 | Sharp Corp. | 679 | -20.5 |
| 22 | Huawei Technologies Co., Ltd. | 1,472 | 18.6 | 58 | Infineon Technologies AG | 677 | 8.7 |
| 23 | United Technologies Corp. | 1,423 | 23.0 | 59 | STMicroelectronics, Inc. | 675 | -9.2 |
| 24 | Medtronic Inc. | 1,414 | -1.9 | 60 | Facebook, Inc. | 660 | 33.0 |
| 25 | Seiko Epson Corp. | 1,404 | -17.1 | 61 | LG Chem., Ltd. | 634 | 24.6 |
| 26 | Nokia Corp. | 1,381 | new | 62 | Kyocera Document Solutions Inc. | 632 | -17.1 |
| 27 | BOE Technology Group Co., Ltd. | 1,376 | 40.8 |  |  |  |  |
|  |  |  |  | 63 | HP Inc. | 630 | -4.1 |
| 28 | Panasonic Intellectual Property Management Co., Ltd. | 1,338 | -4.6 | 64 | Olympus Corp. | 613 | 9.5 |
|  |  |  |  | 65 | LG Display Co., Ltd. | 604 | -5.6 |
| 29 | Hyundai Motor Co. | 1,295 | 20.3 | 66 | 3M Innovative Properties Co. | 602 | 11.5 |
| 30 | AT&T Corp. | 1,263 | -0.2 |  | NXP USA, Inc. | 602 | new |
| 31 | Boeing Co. | 1,171 | 10.2 | 68 | Renesas Electronics Corp. | 601 | 2.0 |
| 32 | Robert Bosch GmbH | 1,158 | 3.1 | 69 | Caterpillar Inc. | 595 | 15.5 |
| 33 | Johnson & Johnson | 1,147 | 18.7 | 70 | Applied Materials, Inc. | 590 | -1.9 |
| 34 | Mitsubishi Denki K.K. | 1,142 | 11.5 | 71 | Xerox Corp. | 586 | -30.0 |
| 35 | Ricoh Co., Ltd. | 1,140 | -23.2 | 72 | Electronics and Telecommunications Research Institute | 585 | -12.8 |
| 36 | GM Global Technology Operations LLC | 1,063 | -4.9 |  |  |  |  |
| 37 | Honeywell International Inc. | 1,036 | 20.8 | 73 | Fuji Xerox Co., Ltd. | 569 | -1.9 |

www.ipo.org

1

**2017 Patent Owners Numerical Listing**

| Rank | Organization | 2017 Patents | Percent Change From 2016 |
|---|---|---|---|
| 74 | Murata Manufacturing Co., Ltd. | 563 | 16.9 |
| 75 | Japan Display Inc. | 553 | 15.6 |
| 76 | Corning Inc. | 547 | 28.0 |
| 77 | University of California, The Regents of | 524 | 3.6 |
| 78 | SAP AG | 521 | 4.6 |
| 79 | LG Innotek Co., Ltd. | 520 | 11.7 |
| 80 | Kyocera Corp. | 509 | 23.8 |
| 81 | Blackberry Ltd. | 506 | -52.0 |
| 82 | Hewlett Packard Enterprise | 505 | -21.8 |
| 83 | Konica Minolta, Inc. | 495 | 9.9 |
| 84 | Hitachi, Ltd. | 491 | -4.3 |
| 85 | Procter & Gamble Co. | 469 | 15.4 |
| 86 | DuPont | 465 | -10.3 |
| 87 | Commissariat a l'Energie Atomique et aux Energies Alternatives | 458 | 3.5 |
| 88 | Seagate Technology, LLC | 457 | -14.2 |
| 89 | Monsanto Technology, LLC | 434 | -26.0 |
| 90 | Avago Technologies General IP (Singapore) Pte. Ltd. | 431 | 24.8 |
| 91 | Mitsubishi Heavy Industries, Ltd. | 427 | 7.0 |
| 92 | BASF SE | 415 | -1.9 |
| 93 | ZTE Corp. | 407 | -16.0 |
| 94 | Tokyo Electron Ltd. | 403 | 3.7 |
| 95 | Mediatek Inc. | 398 | 29.6 |
| 96 | Becton Dickinson and Co. | 397 | 35.8 |
|  | Samsung SDI Co., Ltd. | 397 | -9.1 |
| 98 | Sprint Corp. | 391 | -30.7 |
| 99 | Nike, Inc. | 372 | -11.6 |
| 100 | Rolls-Royce PLC | 359 | 26.5 |
| 101 | Nissan Motor Co., Ltd. | 357 | 11.2 |
| 102 | Tencent Technology (Shenzhen) Co. Ltd. | 354 | 25.1 |
|  | United States of America, Navy | 354 | 5.1 |
| 104 | United Microelectronics Corp. | 351 | 7.7 |
| 105 | Yazaki Corp. | 349 | -12.9 |
| 106 | Futurewei Technologies, Inc. | 345 | 0.3 |
| 107 | Dolby Laboratories, Inc. | 344 | 32.8 |
| 108 | ExxonMobil Corp. | 339 | -18.0 |
| 109 | Raytheon Co. | 336 | -9.8 |
| 110 | Adobe Systems Inc. | 334 | -5.4 |
| 111 | Deere & Co. | 328 | 27.1 |
| 112 | Roche Holdings, Inc. | 323 | -20.1 |
| 113 | Boston Scientific Scimed, Inc. | 320 | 2.8 |
| 114 | Empire Technology Development LLC | 314 | -8.9 |
|  | Philips Lighting Holding B.V. | 314 | new |
| 116 | Industrial Technology Research Institute, Taiwan | 312 | -19.9 |
| 117 | Koch Industries | 310 | 50.6 |
| 118 | Massachusetts Institute of Technology | 306 | 9.2 |
| 119 | TE Connectivity | 301 | 8.0 |
| 120 | Fanuc Corp. | 299 | 32.1 |
| 121 | NXP B.V. | 296 | 2.0 |
| 122 | Elwha LLC | 294 | 22.4 |
| 123 | InterDigital Technology Corp. | 291 | 5.8 |
| 124 | Bayer Intellectual Property GmbH | 290 | 52.4 |
| 125 | Bank of America Corp. | 288 | 3.1 |
| 126 | Rohm Co., Ltd. | 286 | 0.7 |
| 127 | Sanofi | 284 | -5.6 |
|  | Whirlpool Corp. | 284 | 22.2 |
| 129 | Samsung Electro-Mechanics Co., Ltd. | 281 | -46.6 |
| 130 | Fuji Electric Co., Ltd. | 279 | 19.4 |
|  | Nvidia Corp. | 279 | -25.4 |
| 132 | CNH Industrial America LLC | 272 | 44.5 |
| 133 | Hon Hai Precision Industry Co., Ltd. | 271 | -57.9 |
|  | Schaeffler Technologies AG & Co. KG | 271 | 29.2 |
| 135 | Commscope Technologies LLC | 270 | 25.6 |
| 136 | Novartis AG | 262 | 5.7 |
| 137 | Juniper Networks, Inc. | 259 | 5.4 |
| 138 | Eaton Corp. | 257 | 16.7 |
| 139 | Sumitomo Electric Industries, Ltd. | 255 | -5.5 |
| 140 | Illinois Tool Works Inc. | 250 | 10.8 |
| 141 | Stryker Corp. | 244 | 21.7 |
| 142 | ABB Ltd. | 243 | -30.5 |
|  | NetApp, Inc. | 243 | -3.3 |
| 144 | Infineon Technologies Austria AG | 242 | 18.2 |
|  | Thomson Licensing S.A. | 242 | -7.4 |
| 146 | Hitachi Automotive Systems, Ltd. | 235 | 16.2 |
|  | Saint-Gobain Corp. | 235 | 10.2 |
|  | Societe Nationale d'Etude et de Construction de Moteurs d'Aviation | 235 | 18.7 |
| 149 | Marvell International Ltd. | 231 | new |
| 150 | Disney Enterprises, Inc. | 227 | 14.1 |
| 151 | ASML Netherlands B.V. | 223 | -0.9 |
|  | Audi AG | 223 | 10.8 |
| 153 | Ebay Inc. | 220 | 20.0 |
| 154 | University of Texas | 219 | 26.0 |
| 155 | Saudi Arabian Oil Co. | 218 | 21.6 |

www.ipo.org

**2017 Patent Owners Numerical Listing**

| Rank | Organization | 2017 Patents | Percent Change From 2016 |
|---|---|---|---|
| 156 | Semiconductor Components Industries, LLC | 217 | 6.5 |
| 157 | Symantec Corp. | 214 | 0.9 |
| 158 | Nikon Corp. | 212 | -0.5 |
| 159 | Salesforce.com, Inc. | 211 | -6.2 |
|  | Shin Etsu Chemical Co., Ltd. | 211 | 3.3 |
| 161 | Casio Computer Co. Ltd. | 206 | -7.3 |
|  | Cree, Inc. | 206 | -17.0 |
|  | Merck Patent GmbH | 206 | 18.4 |
|  | Skyworks Solutions, Inc. | 206 | new |
| 165 | CA, Inc. | 204 | 10.3 |
|  | Stanford University | 204 | -19.6 |
|  | Sun Patent Trust | 204 | 42.2 |
|  | Xperi Corp. | 204 | 6.4 |
| 169 | Merck & Co., Inc. | 203 | 3.0 |
| 170 | Paypal. Inc. | 202 | 27.7 |
| 171 | LAM Research Corp. | 201 | 10.9 |
| 172 | Airbus Operations GmbH | 200 | -10.5 |
|  | HTC Corp. | 200 | -7.5 |
| 174 | Nichia Corp. | 196 | 25.5 |
| 175 | ARM Ltd. | 195 | 40.5 |
|  | Avaya Inc. | 195 | 3.1 |
| 177 | TDK Corp. | 194 | 22.2 |
| 178 | Komatsu Ltd. | 193 | 21.2 |
| 179 | KLA-Tencor Corp. | 192 | 13.5 |
|  | NTT Docomo, Inc. | 192 | -12.0 |
|  | Red Hat, Inc. | 192 | -5.2 |
| 182 | Continental Automotive GmbH | 189 | 21.2 |
|  | Sumitomo Chemical Co., Ltd. | 189 | 9.5 |
| 184 | Wistron Corp. | 187 | -69.5 |
| 185 | Cook Medical Technologies LLC | 186 | -11.3 |
| 186 | Hitachi High-Technologies Corp. | 185 | -9.7 |
| 187 | Osram Opto Semiconductors GmbH | 184 | 12.5 |
| 188 | Sumitomo Wiring Systems, Ltd. | 183 | 24.6 |
| 189 | Semiconductor Manufacturing International (Shanghai) Corp. | 182 | 18.7 |
| 190 | Lenovo (Singapore) Pte. Ltd. | 179 | -2.8 |
|  | Rockwell Automation Technologies, Inc. | 179 | 21.2 |
| 192 | Thales | 178 | 12.9 |
| 193 | Aktiebolaget SKF | 177 | 15.8 |
| 194 | Bally Gaming, Inc. | 176 | -19.9 |
|  | Tsinghua University | 176 | -1.7 |
| 196 | Bayerische Motoren Werke AG | 174 | 28.2 |
| 197 | Echostar Technologies LLC | 172 | 14.5 |
|  | Rockwell Collins, Inc. | 172 | 21.5 |
| 199 | Bridgestone Corp. | 171 | -15.2 |
|  | Lockheed Martin Corp. | 171 | -11.1 |
|  | Panasonic Intellectual Property Corp. of America | 171 | -78.9 |
| 202 | Nitto Denko Corp. | 170 | -17.1 |
| 203 | LSIS Co., Ltd. | 169 | 30.8 |
| 204 | Haier US Appliance Solutions, Inc. | 168 | new |
| 205 | King Fahd University of Petroleum and Minerals | 167 | new |
|  | Mahle International GmbH | 167 | 26.9 |
| 207 | Johns Hopkins University | 164 | -1.8 |
| 208 | Ecolab USA Inc. | 163 | 14.7 |
| 209 | Airbus Operations S.A.S. | 162 | 4.9 |
|  | Comcast Cable Communications, LLC | 162 | new |
|  | Foxconn Interconnect Technology Ltd. | 162 | 9.3 |
|  | Wisconsin Alumni Research Foundation | 162 | -3.7 |
| 213 | Nintendo Co., Ltd. | 161 | -28.6 |
|  | Rambus, Inc. | 161 | -5.6 |
| 215 | Cooper Technologies Co. | 159 | 15.7 |
| 216 | Hitachi Metals Ltd. | 158 | -12.7 |
|  | IGT | 158 | -56.3 |
| 218 | Nippon Steel & Sumitomo Metal Corp. | 157 | 2.5 |
| 219 | AU Optronics Corp. | 156 | -42.3 |
|  | Harvard College, President and Fellows | 156 | new |
| 221 | Daikin Industries Ltd. | 155 | 0.0 |
| 222 | BAE Systems | 154 | -10.4 |
|  | Syngenta Participations AG | 154 | 16.9 |
| 224 | Cardiac Pacemakers, Inc. | 153 | -3.9 |
| 225 | Accenture Global Services Ltd. | 152 | 3.9 |
|  | Northrop Grumman Systems Corp. | 152 | new |
| 227 | Aisin Seiki K.K. | 151 | 2.0 |
|  | Carl Zeiss SMT GmbH | 151 | 15.2 |
|  | Shimadzu Corp. | 151 | 14.6 |
| 230 | California Institute of Technology | 150 | -34.0 |
|  | Chevron USA Inc. | 150 | 14.0 |
|  | Globus Medical Inc. | 150 | 2.7 |
|  | Marvell World Trade Ltd. | 150 | new |
|  | Nielsen | 150 | -12.7 |
| 235 | L'Oreal S.A. | 149 | 23.5 |
|  | Panasonic Corp. | 149 | 2.7 |
| 237 | Here Global B.V. | 148 | 19.6 |
|  | Omron Corp. | 148 | 10.8 |
|  | Synaptics, Inc. | 148 | new |

www.ipo.org

**2017 Patent Owners Numerical Listing**

| Rank | Organization | 2017 Patents | Percent Change From 2016 |
|---|---|---|---|
| 240 | Macronix International Co., Ltd. | 147 | -59.9 |
|  | Shimano Inc. | 147 | -6.1 |
|  | ZF Friedrichshafen, AG | 147 | -11.6 |
| 243 | Kobe Steel, Ltd. | 145 | 13.8 |
| 244 | Delta Electronics Inc. | 144 | 8.3 |
|  | Jtekt Corp. | 144 | -4.9 |
| 246 | Innolux Corp. | 143 | new |
| 247 | Evonik Degussa GmbH | 142 | new |
|  | Toyoda Jidoshokki Seisakusho K.K. | 142 | new |
|  | United States of America, Army | 142 | 4.2 |
| 250 | Borgwarner Inc. | 141 | new |
|  | Kawasaki Jukogyo K.K. | 141 | -6.4 |
| 252 | Acushnet Co. | 140 | 10.0 |
|  | Bose Corp. | 140 | new |
|  | Compagnie Generale des Etablissements Michelin | 140 | 19.3 |
| 255 | Nuance Communications, Inc. | 139 | 4.3 |
| 256 | Analog Devices, Inc. | 138 | 2.2 |
|  | Xiaomi Inc. | 138 | new |
| 258 | Advanced Micro Devices, Inc. | 137 | -54.7 |
|  | Hyundai Mobis, Co., Ltd. | 137 | 13.9 |
| 260 | Nestec, S.A. | 136 | -22.1 |
|  | Open Invention Network, LLC | 136 | 11.8 |
|  | Toray Industries Inc. | 136 | 5.1 |
| 263 | Boston Scientific Neuromodulation Corp. | 134 | -30.6 |
|  | Xilinx, Inc. | 134 | -15.7 |
| 265 | Lenovo (Beijing) Ltd. | 133 | new |
|  | Sonos, Inc. | 133 | new |
| 267 | Abbott Cardiovascular Systems, Inc. | 132 | -0.8 |
|  | United States of America, Department of Health & Human Services | 132 | -11.4 |
| 269 | Alibaba Group Holding Ltd. | 130 | new |
|  | Lenovo Enterprise Solutions (Singapore) Pte. Ltd. | 130 | -56.2 |
| 271 | Bristol-Myers Squibb Co. | 129 | 14.0 |
|  | Citrix Systems, Inc. | 129 | -33.3 |
|  | Huawei Device Co., Ltd. | 129 | -17.1 |
|  | Yamaha Motor Co., Ltd. | 129 | 10.1 |
| 275 | Colgate-Palmolive Co. | 128 | new |
|  | Excalibur IP, LLC | 128 | new |
|  | Motorola Solutions, Inc. | 128 | -37.5 |
|  | Rovi Guides, Inc. | 128 | new |
|  | University of Michigan | 128 | -10.9 |
| 280 | Ciena Corp. | 127 | new |
|  | NTN Corp. | 127 | 2.4 |
| 282 | Centre National de la Recherche Scientifique - CNRS | 126 | -1.6 |
|  | Cypress Semiconductor Corp. | 126 | -32.5 |
|  | Stanley Black & Decker, Inc. | 126 | 4.0 |
| 285 | Qorvo US, Inc. | 125 | new |
| 286 | Arris Enterprises, LLC | 124 | 8.9 |
|  | T-Mobile, USA, Inc. | 124 | new |
|  | UOP | 124 | -44.4 |
| 289 | Delphi Technologies, Inc. | 121 | new |
|  | HRL Laboratories, LLC | 121 | 4.1 |
| 291 | Broadcom Corp. | 119 | -590.8 |
|  | Sumitomo Rubber Industries, Ltd. | 119 | -3.4 |
| 293 | Intuitive Surgical Operations, Inc. | 118 | -6.8 |
| 294 | United States of America, National Aeronautics and Space Administration | 117 | 1.7 |
| 295 | DSM IP Assets B.V. | 116 | -24.1 |
|  | NGK Spark Plug Co., Ltd. | 116 | -6.0 |
|  | University of South Florida | 116 | 1.7 |
| 298 | Acer Inc. | 115 | 4.3 |
|  | General Hospital Corp. | 115 | new |
|  | Hitachi Kokusai Electric Inc. | 115 | -18.3 |
|  | JFE Steel Corp. | 115 | new |
|  | Smith & Nephew, Inc. | 115 | -85.2 |

www.ipo.org

# 2017 Patent Owners
## Alphabetical Listing

Use care in interpreting the "percent change from 2016" column. The total number of utility patents granted by the USPTO in 2017 was 318,829, up 5 percent from 2016. The percent change for an individual organization might be affected by mergers, acquisitions, divestitures, inconsistent treatment of subsidiaries in 2016 and 2017, and other factors.

| Rank | Organization | 2017 Patents | Percent Change From 2016 | Rank | Organization | 2017 Patents | Percent Change From 2016 |
|---|---|---|---|---|---|---|---|
| 66 | 3M Innovative Properties Co. | 602 | 11.5 | 263 | Boston Scientific Neuromodulation Corp. | 134 | -30.6 |
| 142 | ABB Ltd. | 243 | -30.5 | 113 | Boston Scientific Scimed, Inc. | 320 | 2.8 |
| 267 | Abbott Cardiovascular Systems, Inc. | 132 | -0.8 | 199 | Bridgestone Corp. | 171 | -15.2 |
| 225 | Accenture Global Services Ltd. | 152 | 3.9 | 271 | Bristol-Myers Squibb Co. | 129 | 14.0 |
| 298 | Acer Inc. | 115 | 4.3 | 291 | Broadcom Corp. | 119 | -590.8 |
| 252 | Acushnet Co. | 140 | 10.0 | 54 | Brother Kogyo K.K. | 705 | -31.3 |
| 110 | Adobe Systems Inc. | 334 | -5.4 | 165 | CA, Inc. | 204 | 10.3 |
| 258 | Advanced Micro Devices, Inc. | 137 | -54.7 | 230 | California Institute of Technology | 150 | -34.0 |
| 172 | Airbus Operations GmbH | 200 | -10.5 | 4 | Canon K.K. | 3,664 | -5.5 |
| 209 | Airbus Operations S.A.S. | 162 | 4.9 | 224 | Cardiac Pacemakers, Inc. | 153 | -3.9 |
| 227 | Aisin Seiki K.K. | 151 | 2.0 | 227 | Carl Zeiss SMT GmbH | 151 | 15.2 |
| 193 | Aktiebolaget SKF | 177 | 15.8 | 161 | Casio Computer Co. Ltd. | 206 | -7.3 |
| 269 | Alibaba Group Holding Ltd. | 130 | new | 69 | Caterpillar Inc. | 595 | 15.5 |
| 5 | Alphabet Inc. | 3,065 | new | 282 | Centre National de la Recherche Scientifique - CNRS | 126 | -1.6 |
| 15 | Amazon Technologies, Inc. | 1,960 | 15.2 | 230 | Chevron USA Inc. | 150 | 14.0 |
| 256 | Analog Devices, Inc. | 138 | 2.2 | 280 | Ciena Corp. | 127 | new |
| 12 | Apple, Inc. | 2,225 | 5.6 | 38 | Cisco Technology, Inc. | 989 | 0.2 |
| 70 | Applied Materials, Inc. | 590 | -1.9 | 271 | Citrix Systems, Inc. | 129 | -33.3 |
| 175 | ARM Ltd. | 195 | 40.5 | 132 | CNH Industrial America LLC | 272 | 44.5 |
| 286 | Arris Enterprises, LLC | 124 | 8.9 | 275 | Colgate-Palmolive Co. | 128 | new |
| 151 | ASML Netherlands B.V. | 223 | -0.9 | 209 | Comcast Cable Communications, LLC | 162 | new |
| 30 | AT&T Corp. | 1,263 | -0.2 | 87 | Commissariat a l'Energie Atomique et aux Energies Alternatives | 458 | 3.5 |
| 219 | AU Optronics Corp. | 156 | -42.3 | | | | |
| 151 | Audi AG | 223 | 10.8 | | | | |
| 90 | Avago Technologies General IP (Singapore) Pte. Ltd. | 431 | 24.8 | 135 | Commscope Technologies LLC | 270 | 25.6 |
| 175 | Avaya Inc. | 195 | 3.1 | 252 | Compagnie Generale des Etablissements Michelin | 140 | 19.3 |
| 222 | BAE Systems | 154 | -10.4 | 182 | Continental Automotive GmbH | 189 | 21.2 |
| 194 | Bally Gaming, Inc. | 176 | -19.9 | 185 | Cook Medical Technologies LLC | 186 | -11.3 |
| 125 | Bank of America Corp. | 288 | 3.1 | | | | |
| 92 | BASF SE | 415 | -1.9 | 215 | Cooper Technologies Co. | 159 | 15.7 |
| 124 | Bayer Intellectual Property GmbH | 290 | 52.4 | 76 | Corning Inc. | 547 | 28.0 |
| 196 | Bayerische Motoren Werke AG | 174 | 28.2 | 161 | Cree, Inc. | 206 | -17.0 |
| 96 | Becton Dickinson and Co. | 397 | 35.8 | 282 | Cypress Semiconductor Corp. | 126 | -32.5 |
| 81 | Blackberry Ltd. | 506 | -52.0 | 221 | Daikin Industries Ltd. | 155 | 0.0 |
| 27 | BOE Technology Group Co., Ltd. | 1,376 | 40.8 | 111 | Deere & Co. | 328 | 27.1 |
| 31 | Boeing Co. | 1,171 | 10.2 | 18 | Dell Technologies | 1,681 | 3.2 |
| 250 | Borgwarner Inc. | 141 | new | 289 | Delphi Technologies, Inc. | 121 | new |
| 252 | Bose Corp. | 140 | new | | | | |

**2017 Patent Owners
Alphabetical Listing**

| Rank | Organization | 2017 Patents | Percent Change From 2016 | Rank | Organization | 2017 Patents | Percent Change From 2016 |
|---|---|---|---|---|---|---|---|
| 244 | Delta Electronics Inc. | 144 | 8.3 | 133 | Hon Hai Precision Industry Co., Ltd. | 271 | -57.9 |
| 43 | Denso Corp. | 863 | 18.7 | 44 | Honda Motor Co., Ltd. | 854 | -1.9 |
| 150 | Disney Enterprises, Inc. | 227 | 14.1 | 37 | Honeywell International Inc. | 1,036 | 20.8 |
| 107 | Dolby Laboratories, Inc. | 344 | 32.8 | 63 | HP Inc. | 630 | -4.1 |
| 295 | DSM IP Assets B.V. | 116 | -24.1 | 289 | HRL Laboratories, LLC | 121 | 4.1 |
| 86 | DuPont | 465 | -10.3 | 172 | HTC Corp. | 200 | -7.5 |
| 138 | Eaton Corp. | 257 | 16.7 | 271 | Huawei Device Co., Ltd. | 129 | -17.1 |
| 153 | Ebay Inc. | 220 | 20.0 | 22 | Huawei Technologies Co., Ltd. | 1,472 | 18.6 |
| 197 | Echostar Technologies LLC | 172 | 14.5 | 258 | Hyundai Mobis, Co., Ltd. | 137 | 13.9 |
| 208 | Ecolab USA Inc. | 163 | 14.7 | 29 | Hyundai Motor Co. | 1,295 | 20.3 |
| 72 | Electronics and Telecommunications Research Institute | 585 | -12.8 | 140 | Illinois Tool Works Inc. | 250 | 10.8 |
| 122 | Elwha LLC | 294 | 22.4 | 116 | Industrial Technology Research Institute, Taiwan | 312 | -19.9 |
| 114 | Empire Technology Development LLC | 314 | -8.9 | 58 | Infineon Technologies AG | 677 | 8.7 |
| 247 | Evonik Degussa GmbH | 142 | new | 144 | Infineon Technologies Austria AG | 242 | 18.2 |
| 275 | Excalibur IP, LLC | 128 | new | 246 | Innolux Corp. | 143 | new |
| 108 | ExxonMobil Corp. | 339 | -18.0 | 3 | Intel Corp. | 3,726 | 8.4 |
| 60 | Facebook, Inc. | 660 | 33.0 | 123 | InterDigital Technology Corp. | 291 | 5.8 |
| 120 | Fanuc Corp. | 299 | 32.1 | 1 | International Business Machines Corp. | 8,996 | 10.8 |
| 17 | Ford Global Technologies, LLC | 1,876 | 18.4 | 216 | IGT | 158 | -56.3 |
| 209 | Foxconn Interconnect Technology Ltd. | 162 | 9.3 | 293 | Intuitive Surgical Operations, Inc. | 118 | -6.8 |
| 130 | Fuji Electric Co., Ltd. | 279 | 19.4 | 75 | Japan Display Inc. | 553 | 15.6 |
| 73 | Fuji Xerox Co., Ltd. | 569 | -1.9 | 298 | JFE Steel Corp. | 115 | new |
| 55 | Fujifilm Corp. | 691 | -1.2 | 207 | Johns Hopkins University | 164 | -1.8 |
| 21 | Fujitsu Ltd. | 1,531 | -2.1 | 33 | Johnson & Johnson | 1,147 | 18.7 |
| 106 | Futurewei Technologies, Inc. | 345 | 0.3 | 244 | Jtekt Corp. | 144 | -4.9 |
| 6 | General Electric Co. | 2,989 | 14.2 | 137 | Juniper Networks, Inc. | 259 | 5.4 |
| 298 | General Hospital Corp. | 115 | new | 250 | Kawasaki Jukogyo K.K. | 141 | -6.4 |
| 48 | Globalfoundries Inc. | 782 | -73.9 | 205 | King Fahd University of Petroleum and Minerals | 167 | new |
| 230 | Globus Medical Inc. | 150 | 2.7 | 179 | KLA-Tencor Corp. | 192 | 13.5 |
| 36 | GM Global Technology Operations LLC | 1,063 | -4.9 | 243 | Kobe Steel, Ltd. | 145 | 13.8 |
| 204 | Haier US Appliance Solutions, Inc. | 168 | new | 117 | Koch Industries | 310 | 50.6 |
| 51 | Halliburton Energy Services, Inc. | 738 | 25.6 | 178 | Komatsu Ltd. | 193 | 21.2 |
| 219 | Harvard College, President and Fellows | 156 | new | 83 | Konica Minolta, Inc. | 495 | 9.9 |
| 237 | Here Global B.V. | 148 | 19.6 | 39 | Koninklijke Philips N.V. | 973 | -14.2 |
| 82 | Hewlett Packard Enterprise | 505 | -21.8 | 80 | Kyocera Corp. | 509 | 23.8 |
| 146 | Hitachi Automotive Systems, Ltd. | 235 | 16.2 | 62 | Kyocera Document Solutions Inc. | 632 | -17.1 |
| 186 | Hitachi High-Technologies Corp. | 185 | -9.7 | 171 | LAM Research Corp. | 201 | 10.9 |
| 298 | Hitachi Kokusai Electric Inc. | 115 | -18.3 | 265 | Lenovo (Beijing) Ltd. | 133 | new |
| 216 | Hitachi Metals Ltd. | 158 | -12.7 | 190 | Lenovo (Singapore) Pte. Ltd. | 179 | -2.8 |
| 84 | Hitachi, Ltd. | 491 | -4.3 | 269 | Lenovo Enterprise Solutions (Singapore) Pte. Ltd. | 130 | -56.2 |
| | | | | 61 | LG Chem., Ltd. | 634 | 24.6 |

**2017 Patent Owners Alphabetical Listing**

| Rank | Organization | 2017 Patents | Percent Change From 2016 | Rank | Organization | 2017 Patents | Percent Change From 2016 |
|---|---|---|---|---|---|---|---|
| 65 | LG Display Co., Ltd. | 604 | -5.6 | 237 | Omron Corp. | 148 | 10.8 |
| 8 | LG Electronics Inc. | 2,696 | 10.0 | 260 | Open Invention Network, LLC | 136 | 11.8 |
| 79 | LG Innotek Co., Ltd. | 520 | 11.7 | 50 | Oracle International Corp. | 753 | 12.1 |
| 199 | Lockheed Martin Corp. | 171 | -11.1 | 187 | Osram Opto Semiconductors GmbH | 184 | 12.5 |
| 235 | L'Oreal S.A. | 149 | 23.5 | 235 | Panasonic Corp. | 149 | 2.7 |
| 203 | LSIS Co., Ltd. | 169 | 30.8 | 199 | Panasonic Intellectual Property Corp. of America | 171 | -78.9 |
| 240 | Macronix International Co., Ltd. | 147 | -59.9 | 28 | Panasonic Intellectual Property Management Co., Ltd. | 1,338 | -4.6 |
| 205 | Mahle International GmbH | 167 | 26.9 | 170 | Paypal. Inc. | 202 | 27.7 |
| 149 | Marvell International Ltd. | 231 | new | 114 | Philips Lighting Holding B.V. | 314 | new |
| 230 | Marvell World Trade Ltd. | 150 | new | 85 | Procter & Gamble Co. | 469 | 15.4 |
| 118 | Massachusetts Institute of Technology | 306 | 9.2 | 285 | Qorvo US, Inc. | 125 | new |
| 95 | Mediatek Inc. | 398 | 29.6 | 7 | Qualcomm, Inc. | 2,728 | -14.3 |
| 24 | Medtronic Inc. | 1,414 | -1.9 | 213 | Rambus, Inc. | 161 | -5.6 |
| 169 | Merck & Co., Inc. | 203 | 3.0 | 109 | Raytheon Co. | 336 | -9.8 |
| 161 | Merck Patent GmbH | 206 | 18.4 | 179 | Red Hat, Inc. | 192 | -5.2 |
| 47 | Micron Technology, Inc. | 807 | -9.3 | 68 | Renesas Electronics Corp. | 601 | 2.0 |
| 9 | Microsoft Corp. | 2,601 | 1.7 | 35 | Ricoh Co., Ltd. | 1,140 | -23.2 |
| 34 | Mitsubishi Denki K.K. | 1,142 | 11.5 | 32 | Robert Bosch GmbH | 1,158 | 3.1 |
| 91 | Mitsubishi Heavy Industries, Ltd. | 427 | 7.0 | 112 | Roche Holdings, Inc. | 323 | -20.1 |
| 89 | Monsanto Technology, LLC | 434 | -26.0 | 190 | Rockwell Automation Technologies, Inc. | 179 | 21.2 |
| 275 | Motorola Solutions, Inc. | 128 | -37.5 | 197 | Rockwell Collins, Inc. | 172 | 21.5 |
| 74 | Murata Manufacturing Co., Ltd. | 563 | 16.9 | 126 | Rohm Co., Ltd. | 286 | 0.7 |
| 46 | NEC Corp. | 816 | -7.8 | 100 | Rolls-Royce PLC | 359 | 26.5 |
| 260 | Nestec, S.A. | 136 | -22.1 | 275 | Rovi Guides, Inc. | 128 | new |
| 142 | NetApp, Inc. | 243 | -3.3 | 146 | Saint-Gobain Corp. | 235 | 10.2 |
| 295 | NGK Spark Plug Co., Ltd. | 116 | -6.0 | 159 | Salesforce.com, Inc. | 211 | -6.2 |
| 174 | Nichia Corp. | 196 | 25.5 | 11 | Samsung Display Co., Ltd. | 2,266 | 11.3 |
| 230 | Nielsen | 150 | -12.7 | 129 | Samsung Electro-Mechanics Co., Ltd. | 281 | -46.6 |
| 99 | Nike, Inc. | 372 | -11.6 | 2 | Samsung Electronics Co., Ltd. | 5,810 | 5.3 |
| 158 | Nikon Corp. | 212 | -0.5 | 96 | Samsung SDI Co., Ltd. | 397 | -9.1 |
| 213 | Nintendo Co., Ltd. | 161 | -28.6 | 127 | Sanofi | 284 | -5.6 |
| 218 | Nippon Steel & Sumitomo Metal Corp. | 157 | 2.5 | 78 | SAP AG | 521 | 4.6 |
| 101 | Nissan Motor Co., Ltd. | 357 | 11.2 | 155 | Saudi Arabian Oil Co. | 218 | 21.6 |
| 202 | Nitto Denko Corp. | 170 | -17.1 | 133 | Schaeffler Technologies AG & Co. KG | 271 | 29.2 |
| 26 | Nokia Corp. | 1,381 | new | 56 | Schlumberger Technology Corp. | 680 | -0.7 |
| 225 | Northrop Grumman Systems Corp. | 152 | new | 88 | Seagate Technology, LLC | 457 | -14.2 |
| 136 | Novartis AG | 262 | 5.7 | 25 | Seiko Epson Corp. | 1,404 | -17.1 |
| 280 | NTN Corp. | 127 | 2.4 | 156 | Semiconductor Components Industries, LLC | 217 | 6.5 |
| 179 | NTT Docomo, Inc. | 192 | -12.0 | 39 | Semiconductor Energy Laboratory Co., Ltd. | 973 | -8.3 |
| 255 | Nuance Communications, Inc. | 139 | 4.3 | 189 | Semiconductor Manufacturing International (Shanghai) Corp. | 182 | 18.7 |
| 130 | Nvidia Corp. | 279 | -25.4 | | | | |
| 121 | NXP B.V. | 296 | 2.0 | | | | |
| 66 | NXP USA, Inc. | 602 | new | | | | |
| 64 | Olympus Corp. | 613 | 9.5 | | | | |

**2017 Patent Owners Alphabetical Listing**

| Rank | Organization | 2017 Patents | Percent Change From 2016 | Rank | Organization | 2017 Patents | Percent Change From 2016 |
|---|---|---|---|---|---|---|---|
| 57 | Sharp Corp. | 679 | -20.5 | 14 | Toyota Jidosha K.K. | 2,015 | 23.6 |
| 53 | Shenzhen China Star Optoelectronics Technology Co., Ltd. | 709 | 30.5 | 194 | Tsinghua University | 176 | -1.7 |
| 227 | Shimadzu Corp. | 151 | 14.6 | 104 | United Microelectronics Corp. | 351 | 7.7 |
| 240 | Shimano Inc. | 147 | -6.1 | 247 | United States of America, Army | 142 | 4.2 |
| 159 | Shin Etsu Chemical Co., Ltd. | 211 | 3.3 | 267 | United States of America, Department of Health & Human Services | 132 | -11.4 |
| 20 | Siemens AG | 1,538 | 3.6 | 294 | United States of America, National Aeronautics and Space Administration | 117 | 1.7 |
| 41 | SK Hynix Inc. | 938 | -18.1 | | | | |
| 161 | Skyworks Solutions, Inc. | 206 | new | | | | |
| 298 | Smith & Nephew, Inc. | 115 | -85.2 | 102 | United States of America, Navy | 354 | 5.1 |
| 146 | Societe Nationale d'Etude et de Construction de Moteurs d'Aviation | 235 | 18.7 | 23 | United Technologies Corp. | 1,423 | 23.0 |
| | | | | 77 | University of California, The Regents of | 524 | 3.6 |
| 265 | Sonos, Inc. | 133 | new | 275 | University of Michigan | 128 | -10.9 |
| 13 | Sony Corp. | 2,116 | -2.5 | 295 | University of South Florida | 116 | 1.7 |
| 98 | Sprint Corp. | 391 | -30.7 | 154 | University of Texas | 219 | 26.0 |
| 165 | Stanford University | 204 | -19.6 | 286 | UOP | 124 | -44.4 |
| 282 | Stanley Black & Decker, Inc. | 126 | 4.0 | 52 | Verizon | 715 | -5.5 |
| 59 | STMicroelectronics, Inc. | 675 | -9.2 | 45 | Western Digital Corp. | 837 | -27.4 |
| 141 | Stryker Corp. | 244 | 21.7 | 127 | Whirlpool Corp. | 284 | 22.2 |
| 182 | Sumitomo Chemical Co., Ltd. | 189 | 9.5 | 209 | Wisconsin Alumni Research Foundation | 162 | -3.7 |
| 139 | Sumitomo Electric Industries, Ltd. | 255 | -5.5 | 184 | Wistron Corp. | 187 | -69.5 |
| 291 | Sumitomo Rubber Industries, Ltd. | 119 | -3.4 | 71 | Xerox Corp. | 586 | -30.0 |
| 188 | Sumitomo Wiring Systems, Ltd. | 183 | 24.6 | 256 | Xiaomi Inc. | 138 | new |
| 165 | Sun Patent Trust | 204 | 42.2 | 263 | Xilinx, Inc. | 134 | -15.7 |
| 157 | Symantec Corp. | 214 | 0.9 | 165 | Xperi Corp. | 204 | 6.4 |
| 237 | Synaptics, Inc. | 148 | new | 271 | Yamaha Motor Co., Ltd. | 129 | 10.1 |
| 222 | Syngenta Participations AG | 154 | 16.9 | 105 | Yazaki Corp. | 349 | -12.9 |
| 10 | Taiwan Semiconductor Manufacturing Co., Ltd. | 2,408 | 6.1 | 240 | ZF Friedrichshafen, AG | 147 | -11.6 |
| 177 | TDK Corp. | 194 | 22.2 | 93 | ZTE Corp. | 407 | -16.0 |
| 119 | TE Connectivity | 301 | 8.0 | | | | |
| 19 | Telefonaktiebolaget LM Ericsson | 1,551 | -0.1 | | | | |
| 102 | Tencent Technology (Shenzhen) Co. Ltd. | 354 | 25.1 | | | | |
| 42 | Texas Instruments, Inc. | 923 | 3.9 | | | | |
| 192 | Thales | 178 | 12.9 | | | | |
| 49 | The Dow Chemical Co. | 765 | 7.8 | | | | |
| 144 | Thomson Licensing S.A. | 242 | -7.4 | | | | |
| 286 | T-Mobile, USA, Inc. | 124 | new | | | | |
| 94 | Tokyo Electron Ltd. | 403 | 3.7 | | | | |
| 260 | Toray Industries Inc. | 136 | 5.1 | | | | |
| 16 | Toshiba Corp. | 1,891 | -1.5 | | | | |
| 247 | Toyoda Jidoshokki Seisakusho K.K. | 142 | new | | | | |

www.ipo.org

END NOTES:

1."New" in the percent change column indicates that the company was not on the Top 300 list in 2016.

2.The number of patents granted does not necessarily indicate the value of a company's technology, the effectiveness of its R&D, or whether it will be profitable.  The number of patents per company varies widely from industry to industry and from company to company within an industry.

3.This report was compiled by IPO from data provided by the U.S. Patent and Trademark Office.  Patents reported are utility patents granted during calendar year 2017 that listed the organization or a subsidiary as the owner on the printed patent document.  Patents in the name of a majority-owned subsidiary are included with patents of the parent organization if the organization asked IPO to include subsidiaries.  Patents that were granted to two or more organizations jointly are attributed to the organization listed first on the patent document.

4.The number of utility patents granted by the USPTO increased to 318,829 in 2017 from 303,051 in 2016.

5.IPO has published this report annually since 1984 as a service to its members.  For annual lists, go to [www.ipo.org/top-300](www.ipo.org/top-300).

6.For next year's list, IPO will include patents of majority-owned subsidiaries under the name of the parent if the parent provides the names of such subsidiaries to IPO at [info@ipo.org](info@ipo.org) by 1 March 2019.