# EXHIBIT J




**CHRISTINA BONNINGTON**  GEAR 04.10.14 09:00 AM

# Now You Can Stream Google Play Music Through Your Sonos System



Sonos owners can get their Google Play on with the latest version of the Android app. IMAGE: GOOGLE

**WE'RE FANS OF** Sonos' smart, wireless home audio equipment. They integrate with a host of streaming music services, like Pandora, Spotify and Beats Music, and now Sonos can check off one more: Google Play Music.

Google Play Music launched almost a year ago at Google I/O, and became the fastest growing music service of 2013,

according to IFPI (the International Federation of the Phonographic Industry). Not only does it let you store up to 20,000 songs online for free, but you can also buy songs directly through the platform for a monthly fee.

Now, Google Play Music will be available as an option to Sonos owners via the Sonos controller app (iOS, Android, and web). And, for the first time, the Google Play Music Android app is getting updated with a button that lets users easily play music from any Sonos speaker in the house. This is the first time this sort of deep integration has happened between a third party music service and Sonos.

With Sonos, tunes on Google Play Music stream directly to the hardware, rather than being routed first through your handset. Your phone acts only as a remote control for what's playing.

"It's really changed how I use Sonos," Play Music's product lead Paul Joyce said of the update. "And it's definitely increased my listening with my own product too, which is embarrassing and awesome at the same time."

While this announcement may not sound like much – particularly if you aren't currently a Sonos owner or Google Play Music aficionado – it's a strong indicator of how vital it is these days for hardware be imbued with relevant, easy-to-use software. It's not enough that Sonos can connect to the Internet over your home Wi-Fi network. It needs to work seamlessly with your favorite music streaming apps for it to be of the most value to you.

And you can expect Google to continue to collaborate with other audio makers when appropriate. "We want to make it easy for users to enjoy their music and our services wherever they are," Joyce said.

#APPS  #AUDIO  #GOOGLE  #MUSIC



+ VIEW COMMENTS

## SPONSORED STORIES
POWERED BY OUTBRAIN



**TRENDINGGUIDES**
19 Genius Gadgets Taking America By Storm



**PHIATON.COM**
Flying with the Best Earphones for your Audiobook or Podcast



**KELLEY BLUE BOOK**
10 Coolest Cars Under $25,000



**HISTORY 101**
Unsettling Photos From Notorious 70's Night Club



**POSTFUN**
20 Tin Foil Hacks That Nobody Thought Of Before

 Now You Can Stream Google Play Music Through Your Sonos   SIGN IN  |  SUBSCRIBE

SILICON
### Qualcomm Bets Big on 5G With Its Newest Mobile Chips
LAUREN GOODE



## We Recommend

POWERED BY OUTBRAIN

SPONSORED
**This Insnaely Cool Gadget Will Sell Out This December**
TRENDINGSCANNER.COM

SPONSORED
**50 Amazon Products with Amazing Reviews to Put Under Your Tree**
CNN UNDERSCORED



DEALS
### The Best Cyber Monday Deals Still Available Today
WIRED STAFF AND SCOTT GILBERTSON



PEACHY
### Watch the House Judiciary Committee Impeachment Hearings
CAITLIN KELLY

SPONSORED
**19 Genius Gadgets Taking America By Storm**
TRENDINGGUIDES

SPONSORED
**Worst Colleges In America: Illinois Could Be The Worst**
ALOT EDUCATION

SPONSORED
**10 Coolest Cars Under $25,000**
KELLEY BLUE BOOK





PERSONAL DATA
**Some European Users Can Now Shift Facebook Pics to Google**
MATT BURGESS, WIRED UK

DEALS
## The Best Camera and Photography Deals for Cyber Monday
SCOTT GILBERTSON



DEALS
**The Best Cyber Monday Deals on Outdoor and Fitness Gear**
MATT JANCER



# WIRED

    

SUBSCRIBE  |  ADVERTISE  |  SITE MAP  |  PRESS CENTER  |  FAQ  |  ACCESSIBILITY HELP  |  CUSTOMER CARE  |  CONTACT US  |  SECUREDROP  |  COUPONS  |  NEWSLETTER  |  WIRED STAFF  |  JOBS  |  RSS

CNMN Collection

© 2018 Condé Nast. All rights reserved.

Use of and/or registration on any portion of this site constitutes acceptance of our User Agreement (updated 5/25/18) and Privacy Policy and Cookie Statement (updated 5/25/18). Your California Privacy Rights. The material on this site may not be reproduced, distributed, transmitted, cached or otherwise used, except with the prior written permission of Condé Nast. Ad Choices.