# EXHIBIT R





<-_->

<-_-><-_-><-_-><-_-><-_->

<-_-><-_-><-_->

<-_->

<-_->

<-_->

<-_->

<-_->

<-_-><-_->

<-_-><-_-><-_->

<-_->

<-_->

<-_->

<-_->

<-_-><-_->
<-_-><-_->
<-_->

<-_-><-_->

<-_-><-_-><-_-><-_-><-_->

<-_-><-_->

<-_->

<-_->
<-_-><-_->

<-_->

<-_-><-_-><-_->
<-_->

<-_-><-_->
<-_-><-_->

<-_-><-_->

<-_->

<-_->

<-_->
<-_->

<-_->

<-_->

<-_-><-_->

<-_->
<-_->

<-_-><-_->
<-_->

<-_->





