# EXHIBIT AQ

```
To:      John MacFarlane[John.MacFarlane@sonos.com]
Cc:      Andrew Schulert[Andrew.Schulert@sonos.com]; Tom Cullen[Tom.Cullen@sonos.com]
From:    Nick Millington[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=DDAF5BEBE1B04A52928A67EB969A8DFF-
NICK MILLIN]
Sent:    Fri 6/7/2013 11:51:53 PM Eastern Standard Time
Subject: Fwd: congratulations on the launch today
```

FYI: <wishful thinking>could this justify a business trip to Japan?</wishful thinking> :)

Nick


Begin forwarded message:

> **From:** Chris Yerga <chrisyerga@gmail.com>
> **Date:** June 7, 2013, 8:41:57 PM PDT
> **To:** Nick Millington <Nick.Millington@sonos.com>
> **Subject: Re: congratulations on the launch today**
>
> こんばんわニックさん!
> Sorry I missed your earlier e-mail in the whirlwind of Google IO and travel. I'm really pleased with how the new music stuff turned out and am even more excited for where we can take it. The two most popular questions I was asked afterwards were about support for iOS and Sonos. Sundar already made a public statement about iOS, and I'd love to see Sonos integration as well. Off the record -- we're talking about it internally now and I hope we can begin officially engaging on that front soon.
>
> I am indeed living in Tokyo now, but I still have a lot of my team in California and other locations. So I travel each month back to our various sites, which is tiring but I knew that was part of the deal. Asia is a hugely important market for Play so I'm out here building up an engineering team in Tokyo and spending time with partners to better understand the market needs for Japan, Korea, etc. I came out here on a 2-year assignment at Andy's request, and am 3 months into it at this point.
>
> I love Tokyo -- it's a truly amazing city. And the Japanese culture is wonderful as well. I had no real Japanese language ability when I landed here but am working diligently to acquire it. My reading has gotten a lot better but my listening comprehension and speaking skills are lacking.
>
> It's been great seeing you guys deliver on the vision you shared with me a couple years ago. When I moved here I brought clothes, toothpaste and a Play:5. I see those as the bare necessities :)
>
> If you ever find yourself in Tokyo let me know. I'd love to connect!
>
> Cheers,
> -Chris
>
>
> On Sat, Jun 8, 2013 at 6:21 AM, Nick Millington <Nick.Millington@sonos.com> wrote:
>
>> By the way – John mentioned to me that he thinks you are now living in Japan.  Is that true?  I was there for 7 years as a child in the 1980s and 1990s: I'm jealous!
>>
>>
>> Nick
>>
>> ---
>>
>> **From:** Nick Millington
>> **Sent:** Wednesday, May 15, 2013 4:21 PM
>> **To:** 'Chris Yerga'
>> **Subject:** congratulations on the launch today
>>
>>
>> Press and user reaction looks great so far.  I am looking forward to checking out All Access myself!
>>
>>
>> Nick

Highly Confidential - Attorneys' Eyes Only