# EXHIBIT AS

**To:** Hugo Barra[hbarra@google.com]; Kristen Bender[Kristen.Bender@sonos.com]; John MacFarlane[John.MacFarlane@sonos.com]
**Cc:** James Kelly[jfkelly@google.com]; Tom Cullen[Tom.Cullen@sonos.com]; Debajit Ghosh[debajit@google.com]
**From:** Ted Kartzman[teddyk@google.com]
**Sent:** Fri 6/28/2013 2:39:21 PM Eastern Standard Time
**Subject:** Re: Next steps

Hi all,
I've been speaking with Kristen Bender at Sonos, who initially suggested July 16 would be a good date for a kickoff meeting in Mountain View. I'm holding 11:30-2:30pm on the 16th and have a room reserved at 1585 Charleston Road (Building 45), and I'm adding Kristen here.

Since we want to pursue both paths (server side integration vs. Android OS 'smart fling'), there may be separate meetings, but I'd like to try and kick off as much as we can on the 16th and set some timelines for the remainder of the summer.

Since there will be different tech folks for each of the two integrations, I'd like to attempt to get the most out of the time, and suggest an outline of time like the following:

11:30am Intro & Overview of what we want to achieve
12 noon  Smart Fling
 1pm     server side API integration
 2pm     business review and partnership next steps

We can mix in grabbing lunch somewhere in the first 90 minutes, we can have food brought to the meeting room, and we will continue to adjust time and agendas as people in Mountain View are available.

I'd love any feedback on proposed agenda, your time, and any other folks that should attend.

Thanks all,
ted

----
Ted Kartzman
teddyk@google.com
Music Partner Manager, Google Play /
Music Business Development, Android
Voice: +1 (415) 596.6498
Mobile: +1 (650) 390-7433
https://play.google.com/store/music
music.google.com
http://g.co/musicpartner to apply!


On Thu, Jun 27, 2013 at 1:24 PM, Hugo Barra <hbarra@google.com> wrote:

> Thanks, John, and nice to meet you Tom!
> @Ted, it would be great if you could help us organize a kick-off meeting with Tom and the eng leads from each of these two teams present as well. +James will make sure we get the right set of folks together on the Android platform side, and you already know who to include from the Play team.
>
> Looking forward to connecting soon!
>
> Hugo
>
>
> On Thu, Jun 27, 2013 at 12:39 PM, John MacFarlane <John.MacFarlane@sonos.com> wrote:
>
>> Hugo,
>>
>> My apologies for the delay. We had a little organizing to do to address both of these topics. It turns out we should have slightly different teams for each of these: (1) server-side integration and (2) smart fling from Android. They have different UX, and technical discussions, as you know well. The common leader on both work streams is Tom Cullen, who is our VP of Product Mgmt (and a co-founder), and he can lead both these discussions for Sonos to insure the efforts have the right people from our teams. These both are equally interesting fronts for us as the Google Play Music is the only locker + streaming service such that a Sonos user can completely live off the cloud for all their music and the fling work would be building off our efforts with QQ Music (Qplay), and could be a game changer for enjoying music from the smart phone. As you probably know from the Apple WWDC – they are opening AirPlay a bit more in an effort to get more traction but it's nothing as comprehensive as we discussed at D11 for the "fling."
>>
>> BTW – I have a Google Play Galaxy S4 on order now. Thanks for the pointer.
>>
>> Best,
>> john
>>
>> **From:** Hugo Barra <hbarra@google.com>
>> **Date:** Friday, June 21, 2013 7:40 PM
>> **To:** John MacFarlane <John.MacFarlane@Sonos.com>, Ted Kartzman <teddyk@google.com>
>> **Subject:** Next steps

Highly Confidential - Attorneys' Eyes Only                                       SONOS-SVG2-00040228

Hey John,

Following up on our discussion at D, we'd like to schedule a meeting in Mountain View to do a product and technical deep dive on Sonos/Google integration.

There's a couple of separate tracks we want to pursue in parallel -- (1) server-side integration just like with the other music services you have and (2) client and server side integration to enable Airplay-like use cases (fling from Android app to Sonos hardware using our media routing framework).

Can you send us some dates and names of folks on your end that would join? We should plan for a half day to start.

Hugo


--

Highly Confidential - Attorneys' Eyes Only