# EXHIBIT BS

**Sonos's Claim Chart**
**U.S. Patent No. 9,363,255**

| Claim: 1 | Google's Cloud Platform |
|---|---|
| A method comprising: | Google's line of Chromecast-enabled audio players includes, *inter alia*, the Google Home Mini, the Google Home, the Google Home Max, the Google Home Hub, and the Chromecast dongles, and these Chromecast-enabled audio players are controlled by smartphones, tablets, and computers installed with the Google Home app, the Google Play Music app, and/or other Chromecast-enabled apps (where a computing device installed with at least one of these apps is referred to herein as a "Chromecast-enabled computing device").  Each of the foregoing Chromecast-enabled audio players comprises a "playback device" as recited in claim 1, a Chromecast-enabled playback system including one or more Chromecast-enabled audio players and one or more Chromecast-enabled computing devices on the same LAN comprises a "media playback system" as recited in claim 1, and Google's Cloud Platform comprises a "computing system" as recited in claim 1.  *See, e.g.,* https://developers.google.com/cast/docs/caf_receiver/; https://developers.google.com/cast/docs/caf_receiver/queuing; https://developers.google.com/cast/docs/reference/caf_receiver/cast.framework.QueueBase. |
| receiving, via a computing system from a given media playback system over a network interface, a request for an indication of a playhead pointer for a particular cloud queue of media items that is accessible to the given media playback system via a wide area network, wherein media items of the particular cloud queue are playable by one or more playback devices of the given media playback system; | Google's Cloud Platform is configured to receive, from a Chromecast-enabled playback system over a network interface, a request for an indication of a playhead pointer for a particular cloud queue of media items that is accessible to a given Chromecast-enabled playback system via a wide area network, where media items of the particular cloud queue are playable by one or more Chromecast-enabled audio players of the Chromecast-enabled playback system.<br><br>For instance, Google's Cloud Platform is configured to maintain a position of a playhead pointer within a particular cloud queue of audio tracks that is accessible to a given Chromecast-enabled playback system via the Internet, and Google's Cloud Platform is further configured to receive a request for an indication of this maintained playhead pointer from a Chromecast-enabled audio player or computing device in the given Chromecast-enabled playback system. *See, e.g.,* https://developers.google.com/cast/docs/caf_receiver/; https://developers.google.com/cast/docs/caf_receiver/queuing; https://developers.google.com/cast/docs/reference/caf_receiver/cast.framework.QueueBase; https://developers.google.com/cast/docs/reference/caf_receiver/cast.framework.QueueManager; https://developers.google.com/cast/docs/reference/caf_receiver/cast.framework.messages.QueueItem; https://developers.google.com/cast/docs/reference/caf_receiver/cast.framework.messages.QueueData; |

**Sonos's Claim Chart**
**U.S. Patent No. 9,363,255**

| | |
|---|---|
| | https://developers.google.com/cast/docs/reference/caf_receiver/cast.framework.messages.QueueLoadRequestData; https://developers.google.com/cast/docs/android_sender/queueing; https://developers.google.com/cast/docs/ios_sender/queueing. |
| identifying, via the computing system, a position of the playhead pointer within the particular cloud queue of media items, wherein each position in the particular cloud queue corresponds to a respective media item; and | Google's Cloud Platform is configured to identify a position of a playhead pointer within a particular cloud queue of media items, where each position in the particular cloud queue corresponds to a respective media item.<br><br>For instance, as noted above, Google's Cloud Platform is configured to maintain a position of a playhead pointer within a particular cloud queue of audio tracks that is accessible to a given Chromecast-enabled playback system via the Internet, where this position corresponds to a given audio track in the cloud queue (e.g., the "current" track in the queue). *See, e.g.,* https://developers.google.com/cast/docs/caf_receiver/; https://developers.google.com/cast/docs/caf_receiver/queuing; https://developers.google.com/cast/docs/reference/caf_receiver/cast.framework.QueueBase; https://developers.google.com/cast/docs/reference/caf_receiver/cast.framework.QueueManager; https://developers.google.com/cast/docs/reference/caf_receiver/cast.framework.messages.QueueItem; https://developers.google.com/cast/docs/reference/caf_receiver/cast.framework.messages.QueueData; https://developers.google.com/cast/docs/reference/caf_receiver/cast.framework.messages.QueueLoadRequestData; https://developers.google.com/cast/docs/android_sender/queueing; https://developers.google.com/cast/docs/ios_sender/queueing. |
| sending, via the computing system to the given media playback system over the network interface, an indication of the playhead pointer, wherein the indication of the playhead pointer indicates the identified position of the playhead pointer. | Google's Cloud Platform is configured to send an indication of a playhead pointer to a given Chromecast-enabled playback system, where the indication indicates the identified position of the playhead pointer.<br><br>For instance, Google's Cloud Platform is configured such that, in response to receiving a request for an indication of a playhead pointer within a particular cloud queue of audio tracks from a Chromecast-enabled audio player or computing device in a given Chromecast-enabled playback system, Google's Cloud Platform sends a response to the Chromecast-enabled audio player or computing device that provides an indication of the current position of the playhead pointer within the particular cloud queue. *See, e.g.,* https://developers.google.com/cast/docs/caf_receiver/; https://developers.google.com/cast/docs/caf_receiver/queuing; https://developers.google.com/cast/docs/reference/caf_receiver/cast.framework.QueueBase; |

**Confidential – Subject to FRE 408**                                                2

**Sonos's Claim Chart**
**U.S. Patent No. 9,363,255**

| | |
|---|---|
| | https://developers.google.com/cast/docs/reference/caf_receiver/cast.framework.QueueManager; https://developers.google.com/cast/docs/reference/caf_receiver/cast.framework.messages.QueueItem; https://developers.google.com/cast/docs/reference/caf_receiver/cast.framework.messages.QueueData; https://developers.google.com/cast/docs/reference/caf_receiver/cast.framework.messages.QueueLoadRequestData; https://developers.google.com/cast/docs/android_sender/queueing; https://developers.google.com/cast/docs/ios_sender/queueing. |