# EXHIBIT BV

**Sonos's Claim Chart**
**U.S. Patent No. 9,942,215**

| Claim: 8 | Google Chromecast-Enabled Audio Players |
|---|---|
| A playback device, comprising: | Google's line of Chromecast-enabled audio players includes, *inter alia*, the Google Home Mini, the Google Home, the Google Home Max, the Google Home Hub, and the Chromecast dongles, and these Chromecast-enabled audio players are controlled by smartphones, tablets, and computers installed with the Google Home app, the Google Play Music app, and/or other Chromecast-enabled apps (where a computing device installed with at least one of these apps is referred to herein as a "Chromecast-enabled computing device").  Each of the foregoing Chromecast-enabled audio players comprises a "playback device" as recited in claim 8, and Google's Cloud Platform comprises a "computing system" that is "remote from the playback device" as recited in claim 8.  *See, e.g.,* https://developers.google.com/cast/docs/caf_receiver/; https://developers.google.com/cast/docs/caf_receiver/queuing; https://developers.google.com/cast/docs/reference/caf_receiver/cast.framework.QueueBase. |
| a network interface; | Each of the foregoing Chromecast-enabled audio players includes a network interface configured to interface the Chromecast-enabled audio player with a data network, such as a WiFi interface.  *See, e.g.*, https://store.google.com/us/category/connected_home?hl=en-US; https://support.google.com/googlehome/answer/7072284?hl=en; https://www.ifixit.com/Teardown/Google+Home+Teardown/72684. |
| at least one processor; and | Each of the foregoing Chromecast-enabled audio players includes at least one processor.  *See*, *e.g.*, https://store.google.com/us/category/connected_home?hl=en-US; https://support.google.com/googlehome/answer/7072284?hl=en; https://www.ifixit.com/Teardown/Google+Home+Teardown/72684. |
| memory storing instructions that when executed by the at least one processor cause the playback device to perform a method comprising: | Each of the foregoing Chromecast-enabled audio players includes a memory comprising executable instructions that enable the Chromecast-enabled audio players to perform the functions identified below. *See, e.g.,* https://store.google.com/us/category/connected_home?hl=en-US; https://support.google.com/googlehome/answer/7072284?hl=en; https://www.ifixit.com/Teardown/Google+Home+Teardown/72684. |
| causing a currently playing media item to change from corresponding to a first media item to corresponding to a second media item; | Each of the foregoing Chromecast-enabled audio players include program instructions that, when executed by the player's at least one processor, cause the Chromecast-enabled audio player to cause a currently playing media item to change from corresponding to a first media item to corresponding to a second media item.

For instance, each of the foregoing Chromecast-enabled audio players is programmed with the capability to (i) play back an audio track from a local queue that is associated with a cloud queue and (ii) cause the audio track currently being played by the Chromecast-enabled audio player to change |

**Sonos's Claim Chart**
**U.S. Patent No. 9,942,215**

| | |
|---|---|
| | from a first audio track identified in the local queue to a second audio track identified in the local queue in responses to various triggering events, including but not limited to a determination that the first audio track has ended or a command from a Chromecast-enabled computing device. *See, e.g.,* https://developers.google.com/cast/docs/caf_receiver/; https://developers.google.com/cast/docs/caf_receiver/queuing; https://developers.google.com/cast/docs/reference/caf_receiver/cast.framework.QueueBase; https://developers.google.com/cast/docs/reference/caf_receiver/cast.framework.QueueManager; https://developers.google.com/cast/docs/reference/caf_receiver/cast.framework.messages.QueueItem; https://developers.google.com/cast/docs/reference/caf_receiver/cast.framework.messages.QueueData; https://developers.google.com/cast/docs/reference/caf_receiver/cast.framework.messages.QueueLoadRequestData. |
| after causing the currently playing media item to change, transmitting, to a computing system over a network interface, (i) a request for an indication of media items from a cloud queue of media items stored remote from the playback device, wherein the computing system is remote from the playback device and (ii) an indication of the second media item; | Each of the foregoing Chromecast-enabled audio players include program instructions that, when executed by the player's at least one processor, cause the Chromecast-enabled audio player to, after causing the currently playing media item to change, transmit to Google's Cloud Platform, (i) a request for an indication of media items from a cloud queue of media items stored remote from the Chromecast-enabled audio player (e.g., at Google's Cloud Platform), and (ii) an indication of the second media item.<br><br>For instance, each of the foregoing Chromecast-enabled audio players is programmed such that, after causing the audio track currently being played by the Chromecast-enabled audio player to change from a first audio track to a second audio track identified in a local queue of the player that is associated with a Google-hosted cloud queue, the Chromecast-enabled audio player is capable of sending Google's Cloud Platform (i) a request for an indication of audio tracks identified in the Google-hosted cloud queue and (ii) an indication of the second audio track that is currently being played back by the Chromecast-enabled audio player. *See, e.g.,* https://developers.google.com/cast/docs/caf_receiver/; https://developers.google.com/cast/docs/caf_receiver/queuing; https://developers.google.com/cast/docs/reference/caf_receiver/cast.framework.QueueBase; https://developers.google.com/cast/docs/reference/caf_receiver/cast.framework.QueueManager; https://developers.google.com/cast/docs/reference/caf_receiver/cast.framework.messages.QueueItem; https://developers.google.com/cast/docs/reference/caf_receiver/cast.framework.messages.QueueData; https://developers.google.com/cast/docs/reference/caf_receiver/cast.framework.messages.QueueLoadRequestData. |
| receiving, from the computing system over the network interface, | Each of the foregoing Chromecast-enabled audio players include program instructions that, when executed by the player's at least one processor, cause the Chromecast-enabled audio player to receive, |

**Confidential – Subject to FRE 408**                                                  2

**Sonos's Claim Chart**
**U.S. Patent No. 9,942,215**

| | |
|---|---|
| information identifying two or more media items from the cloud queue of media items, wherein the two or more media items comprise the second media item; and | from Google's Cloud Platform, information identifying two or more media items from the cloud queue, wherein the two or more songs comprise the second media item.<br><br>For instance, each of the foregoing Chromecast-enabled audio players is programmed such that, after causing the audio track currently being played by the Chromecast-enabled audio player to change from a first audio track to a second audio track identified in a local queue of the player that is associated with a Google-hosted cloud queue, the Chromecast-enabled audio player is capable of receiving information from Google's Cloud Platform that identifies a window of audio tracks from the Google-hosted cloud queue that includes the second audio track currently being played back by the Chromecast-enabled audio player. *See, e.g.*, https://developers.google.com/cast/docs/caf_receiver/; https://developers.google.com/cast/docs/caf_receiver/queuing; https://developers.google.com/cast/docs/reference/caf_receiver/cast.framework.QueueBase; https://developers.google.com/cast/docs/reference/caf_receiver/cast.framework.QueueManager; https://developers.google.com/cast/docs/reference/caf_receiver/cast.framework.messages.QueueItem; https://developers.google.com/cast/docs/reference/caf_receiver/cast.framework.messages.QueueData; https://developers.google.com/cast/docs/reference/caf_receiver/cast.framework.messages.QueueLoadRequestData. |
| incorporating at least one of the two or more media items in a local queue of media items stored on the playback device. | Each of the foregoing Chromecast-enabled audio players include program instructions that, when executed by the player's at least one processor, cause the Chromecast-enabled audio player to incorporate at least one of the two or more media items in a local queue of media items stored on the Chromecast-enabled audio device.<br><br>For instance, each of the foregoing Chromecast-enabled audio players is programmed such that, in response to receiving information from Google's Cloud Platform that identifies a window of audio tracks from a Google-hosted cloud queue with which a local queue of the player is associated, the Chromecast-enabled audio player updates the local queue to incorporate at least one of the identified audio tracks. *See, e.g.*, https://developers.google.com/cast/docs/caf_receiver/; https://developers.google.com/cast/docs/caf_receiver/queuing; https://developers.google.com/cast/docs/reference/caf_receiver/cast.framework.QueueBase; https://developers.google.com/cast/docs/reference/caf_receiver/cast.framework.QueueManager; https://developers.google.com/cast/docs/reference/caf_receiver/cast.framework.messages.QueueItem; https://developers.google.com/cast/docs/reference/caf_receiver/cast.framework.messages.QueueData; https://developers.google.com/cast/docs/reference/caf_receiver/cast.framework.messages.QueueLoadRequestData. |