# EXHIBIT BX

**Sonos's Claim Chart**
**U.S. Patent No. 10,158,619**

| Claim: 1 | Google Chromecast-Enabled Audio Players |
|---|---|
| Tangible, non-transitory computer-readable medium storing instructions that, when executed by a processor, cause a playback device to perform functions comprising: | Google's line of Chromecast-enabled audio players includes, inter alia, the Google Home Mini, the Google Home, the Google Home Max, the Google Home Hub, and the Chromecast dongles, and these Chromecast-enabled audio players are controlled by smartphones, tablets, and computers installed with the Google Home app, the Google Play Music app, and/or other Chromecast-enabled apps (where a computing device installed with at least one of these apps is referred to herein as a "Chromecast-enabled computing device").  Each of the foregoing Chromecast-enabled audio players comprises a "playback device" that includes a "tangible, non-transitory computer-readable medium" as recited in claim 1, and Google's Cloud Platform comprises a "computing system" as recited in claim 1.  *See, e.g.,* https://developers.google.com/cast/docs/android_sender/queueing; https://developers.google.com/cast/docs/ios_sender/queueing; https://developers.google.com/cast/docs/caf_receiver/queuing; https://developers.google.com/cast/docs/reference/caf_receiver/cast.framework.QueueBase. |
| transmitting, to a computing system over a network interface, a request to initiate playback of a cloud queue at a given media item, wherein an access status of the cloud queue is currently a first access status that authorizes a first set of queue operations, the first set of queue operations comprising playback of the cloud queue; | Each of the foregoing Chromecast-enabled audio players includes a tangible, non-transitory computer-readable medium storing instructions that, when executed by the player's one or more processors, cause the Chromecast-enabled audio player to transmit, to a computing system over a network interface, a request to initiate playback of a cloud queue at a given media item, where an access status of the cloud queue is currently a first access status that authorizes a first set of queue operations, the first set of queue operations comprising playback of the cloud queue.  For instance, each of the foregoing Chromecast-enabled audio players is programmed with the capability to transmit, to Google's Cloud Platform, a request to initiate playback of a cloud queue at a particular media item, where the cloud queue has a first access status authorizing a first set of queue operations that include at least a playback operation for the cloud queue (e.g., an access status that permits playback and forward skip operations for audio tracks in a free radio station on Google Play Music).  *See, e.g.,* https://developers.google.com/cast/docs/caf_receiver/; https://developers.google.com/cast/docs/caf_receiver/queuing; https://developers.google.com/cast/docs/reference/caf_receiver/cast.framework.QueueBase; https://developers.google.com/cast/docs/reference/caf_receiver/cast.framework.QueueManager; https://developers.google.com/cast/docs/reference/caf_receiver/cast.framework.messages.QueueItem; https://support.google.com/googleplaymusic/answer/4515411?hl=en; https://support.google.com/googleplaymusic/answer/6230658?visit_id=636856708336112187-4255547078&rd=1. |

**Sonos's Claim Chart**
**U.S. Patent No. 10,158,619**

| | |
|---|---|
| receiving, from the computing system, one or more media items in the cloud queue, wherein the one or more media items comprises the given media item; | Each of the foregoing Chromecast-enabled audio players includes a tangible, non-transitory computer-readable medium storing instructions that, when executed by the player's one or more processors, cause the Chromecast-enabled audio player to receive, from the computing system, one or more media items in the cloud queue, where the one or more media items comprises the given media item.<br><br>For instance, each of the foregoing Chromecast-enabled audio players is programmed such that, after transmitting a request to initiate playback of a cloud queue at a particular media item, the Chromecast-enabled audio player is capable of receiving, from Google's Cloud Platform, a window of media items in the cloud queue that includes the particular media item.  *See, e.g.,* https://developers.google.com/cast/docs/caf_receiver/; https://developers.google.com/cast/docs/caf_receiver/queuing; https://developers.google.com/cast/docs/reference/caf_receiver/cast.framework.QueueBase; https://developers.google.com/cast/docs/reference/caf_receiver/cast.framework.QueueManager; https://developers.google.com/cast/docs/reference/caf_receiver/cast.framework.messages.QueueItem. |
| adding the received one or more media items to a local queue of the playback device; | Each of the foregoing Chromecast-enabled audio players includes a tangible, non-transitory computer-readable medium storing instructions that, when executed by the player's one or more processors, cause the Chromecast-enabled audio player to add the received one or more media items to a local queue of the Chromecast-enabled audio player.<br><br>For instance, each of the foregoing Chromecast-enabled audio players is programmed such that, after receiving a window of media items in a cloud queue from Google's Cloud Platform, the Chromecast-enabled audio player is capable of adding the received window of media items to a local queue of the Chromecast-enabled audio player.  *See, e.g.,* https://developers.google.com/cast/docs/caf_receiver/; https://developers.google.com/cast/docs/caf_receiver/queuing; https://developers.google.com/cast/docs/reference/caf_receiver/cast.framework.QueueBase; https://developers.google.com/cast/docs/reference/caf_receiver/cast.framework.QueueManager; https://developers.google.com/cast/docs/reference/caf_receiver/cast.framework.messages.QueueItem. |
| receiving an indication that the access status of the cloud queue is currently a second access status that authorizes a second set of queue operations; and | Each of the foregoing Chromecast-enabled audio players includes a tangible, non-transitory computer-readable medium storing instructions that, when executed by the player's one or more processors, cause the Chromecast-enabled audio player to receive an indication that the access status of the cloud queue is currently a second access status that authorizes a second set of queue operations. |

**Sonos's Claim Chart**
**U.S. Patent No. 10,158,619**

| | |
|---|---|
| | For instance, each of the foregoing Chromecast-enabled audio players is programmed with the capability to receive an indication that a cloud queue has changed to a different access status authorizing a different set of queue operations (e.g., an access status that does not permit forward skip operations for audio tracks in a free radio station on Google Play Music). *See, e.g.,* https://developers.google.com/cast/docs/caf_receiver/; https://developers.google.com/cast/docs/caf_receiver/queuing; https://developers.google.com/cast/docs/reference/caf_receiver/cast.framework.QueueBase; https://developers.google.com/cast/docs/reference/caf_receiver/cast.framework.QueueManager; https://developers.google.com/cast/docs/reference/caf_receiver/cast.framework.messages.QueueItem; https://support.google.com/googleplaymusic/answer/4515411?hl=en; https://support.google.com/googleplaymusic/answer/6230658?visit_id=636856708336112187-4255547078&rd=1. |
| based on the indication, modifying the local queue to be restricted to the second set of queue operations. | Each of the foregoing Chromecast-enabled audio players includes a tangible, non-transitory computer-readable medium storing instructions that, when executed by the player's one or more processors, cause the Chromecast-enabled audio player to, based on the indication, modify the local queue to be restricted to the second set of queue operations.<br><br>For instance, each of the foregoing Chromecast-enabled audio players is programmed such that, after receiving an indication that a cloud queue has changed to a different access status authorizing a different set of queue operations, the Chromecast-enabled audio player is capable of modifying its local queue to be restricted to the different set of queue operations (e.g., by preventing forward skips during playback of a free radio station on Google Play Music). *See, e.g.,* https://developers.google.com/cast/docs/caf_receiver/; https://developers.google.com/cast/docs/caf_receiver/queuing; https://developers.google.com/cast/docs/reference/caf_receiver/cast.framework.QueueBase; https://developers.google.com/cast/docs/reference/caf_receiver/cast.framework.QueueManager; https://developers.google.com/cast/docs/reference/caf_receiver/cast.framework.messages.QueueItem; https://support.google.com/googleplaymusic/answer/4515411?hl=en; https://support.google.com/googleplaymusic/answer/6230658?visit_id=636856708336112187-4255547078&rd=1. |