# EXHIBIT BY

**To:** John LaBarre[jlabarre@google.com]; Allen Lo[alo@google.com]
**Cc:** Tom Cullen[Tom.Cullen@sonos.com]; Alaina Kwasizur[Alaina.Kwasizur@sonos.com]; Craig Shelburne[Craig.Shelburne@sonos.com]
**From:** Mark Triplett[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=694E76097D884EE989D4D92F32BBE9B4-MARK TRIPLE]
**Sent:** Fri 9/2/2016 8:25:54 PM Eastern Daylight Time
**Subject:** Sonos Meeting Follow Up
**Attachment:** Patent Identification for Google_Aug 2016.docx

Hi all,

Thanks again for meeting on Wednesday. I appreciate your willingness to understand what Sonos has invented and protected over the years, and how that IP is relevant to Google. Pursuant to your request, my team and I will prepare material to educate Lou and/or John (I don't have Lou's email, so please forward to him) at a level between what I presented at the meeting and claim charts. We can also show the top 20 most interesting prior art references, if that's of interest to you. I and a member from my team will be able to walk you through that material the week of September 19th.

Please let me know what days/times work best and I can calendar the time. In the meantime, you have my 3 overview slides and I further included a document that specifically lists:
(1) 16 patents (directly relevant today)
(2) 4 allowed patent applications (directly relevant today)
(3) 8 other patent specifications that those folks close to Cast should readily understand the relevance by reading the overview sections at a minimum.

Again, we seek to reach a licensing agreement with Google for the Sonos portfolio of utility patents. My team works hard to maximize the value of each of our patents and the value is evidenced by our finding that over 50% of them are practiced today. To drive the continued value of our patents, we interview every case with the Patent Office and we are interested in always learning. If you have something to share with us about any particular patent(s) as it relates to Google, we are all ears. We keep the patent families alive to ensure over time that we accurately and precisely protect all the patentable innovations brought to this world by Sonos.

To reiterate, I don't view any of this information as confidential – I value a transparent and open approach to our continued work together.

Enjoy a nice, long weekend in observance of the Labor Day holiday!

My Best,
Mark

**Mark Triplett**
Sonos Intellectual Property | 630.297.9099 | mark.triplett@sonos.com

*Issued Patents Relevant to Google Today (end of August 2016)*

|    | Patent No. | Title | Sonos Taxonomy |
|----|------------|-------|----------------|
| 1  | 9,213,357 | Obtaining Content from Remote Source for Playback | Audio Content, LAN/WAN to Household |
| 2  | 9,195,258 | System and Method for Synchronizing Operations Among a Plurality of Independently Clocked Digital Data Processing Devices | Platform, Group Management (Status) |
| 3  | 9,164,532 | Method and Apparatus for Displaying Zones in a Multi-Zone System | Control, Grouping |
| 4  | 9,207,905 | Method and Apparatus for Providing Synchrony Group Status Information | Platform, Group Management (Status) |
| 5  | 9,170,600 | Method and Apparatus for Providing Synchrony Group Status Information | Platform, Group Management (Status) |
| 6  | 9,213,356 | Method and Apparatus for Synchrony Group Control via One or More Independent Controllers | Platform, Group Management (Status) |
| 7  | 9,182,777 | System and Method for Synchronizing Operations Among a Plurality of Independently Clocked Digital Data Processing Devices | Platform, Group Management (Arrangement) |
| 8  | 9,189,011 | Method and Apparatus for Providing Audio and Playback Timing Information to a Plurality of Networked Audio Devices | Audio Content, LAN/WAN to Household |
| 9  | 9,218,017 | Systems and Methods for Controlling Media Players in a Synchrony Group | Control, Grouping |
| 10 | 8,938,637 | Systems and Methods for Synchronizing Operations Among a Plurality of Independently Clocked Digital Data Processing Devices Without a Voltage Controlled Crystal Oscillator | Platform, Synchronization |
| 11 | 8,370,678 | Systems and Methods for Synchronizing Operations Among a Plurality of Independently Clocked Digital Data Processing Devices Without a Voltage Controlled Crystal Oscillator | Platform, Synchronization |
| 12 | 8,689,036 | Systems and Methods for Synchronizing Operations Among a Plurality of Independently Clocked Digital Data Processing Devices Without a Voltage Controlled Crystal Oscillator | Platform, Synchronization |
| 13 | 8,588,949 | Method and Apparatus for Adjusting Volume Levels in a Multi-Zone System | Control, Volume |
| 14 | 7,571,014 | Method and Apparatus for Controlling Multimedia Players in a Multi-Zone System | Control, Volume |
| 15 | 9,348,824 | Device Group Identification | Platform, Group Management (Arrangement) |
| 16 | 8,930,005 | Acoustic Signatures in a Playback System | Control, Setup |

Confidential
SONOS-SVG2-00043201

*Allowed Patent Applications Relevant to Google Today (end of August 2016)*

|   | App. No. | Title | Class/Subclass |
|---|----------|-------|----------------|
| 1 | 14/558,944 | Acoustic Signatures | Platform, Setup |
| 2 | 14/679,815 | Acoustic Signatures | Control, Setup |
| 3 | 14/521,682 | Device Playback Failure Recovery and Redistribution | Platform, Setup |
| 4 | 14/520,566 | Systems and Methods for Networked Music Playback | Control, Playback |

*Selected Additional Patent Disclosures of Interest to Google*

|   | Pat. or App. No. | Title | Class/Subclass |
|---|------------------|-------|----------------|
| 1 | 9,202,509 | Controlling and Grouping in a Multi-Zone Media System | Platform, Bonded Zone |
| 2 | 9,219,959 | Multi-Channel Pairing in a Media System | Platform, Bonded Zone |
| 3 | 8,938,312 | Smart Line-In Processing | Audio Content, Direct Connection to Household |
| 4 | 9,130,771 | Establishing A Secure Wireless Network with Minimum Human Intervention | Control, Setup |
| 5 | 8,483,853 | Controlling and Manipulating Groupings in a Multi-Zone Media System | Control, Grouping |
| 6 | 9,363,255 | Cloud Queue Playhead | Platform, Queue Management |
| 7 | 14/041,989 | Coordinator selection | Platform, Group Management |
| 8 | 9,288,596 | Coordinator Device for Paired or Consolidated Players | Platform, Bonded Zone |