1  CLEMENT SETH ROBERTS (STATE BAR NO. 209203)
   croberts@orrick.com
2  BAS DE BLANK (STATE BAR NO. 191487)
   basdeblank@orrick.com
3  ALYSSA CARIDIS (STATE BAR NO. 260103)
   acaridis@orrick.com
4  EVAN D. BREWER (STATE BAR NO. 304411)
   ebrewer@orrick.com
5  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
6  405 Howard Street
   San Francisco, CA 94105-2669
7  Telephone:    +1 415 773 5700
   Facsimile:     +1 415 773 5759
8
   SEAN M. SULLIVAN (*pro hac vice*)
9  sullivan@ls3ip.com
   COLE B. RICHTER (*pro hac vice*)
10 richter@ls3ip.com
   LEE SULLIVAN SHEA & SMITH LLP
11 656 W Randolph St., Floor 5W
   Chicago, IL 60661
12 Telephone:    +1 312 754 0002
   Facsimile:     +1 312 754 0003
13
   *Attorneys for Defendant Sonos, Inc.*
14

15                  UNITED STATES DISTRICT COURT

16                 NORTHERN DISTRICT OF CALIFORNIA

17                    SAN FRANCISCO DIVISION

18

19 GOOGLE LLC,                          Case No. 3:20-cv-06754-WHA

20              Plaintiff,              **DECLARATION OF COLE B.
                                        RICHTER IN SUPPORT OF SONOS,
21       v.                             INC.'S ADMINISTRATIVE MOTION
                                        TO FILE UNDER SEAL DOCUMENTS
22 SONOS, INC.,                         FILED IN SUPPORT OF ITS
                                        AMENDED ANSWER TO GOOGLE
23              Defendant.              LLC'S SECOND AMENDED
                                        COMPLAINT AND SONOS, INC.'S
24                                      COUNTERCLAIMS

25

26

27

28

I, Cole B. Richter, declare as follows and would so testify under oath if called upon to do so:

1.     I am an attorney with the law firm of Lee Sullivan Shea & Smith LLP, counsel of record to Sonos, Inc. ("Sonos") in the above-captioned matter. I am a member in good standing of the Bar of the State of Illinois. I have been admitted *pro hac vice* in this matter.  I make this declaration based on my personal knowledge, unless otherwise noted. If called, I can and will testify competently to the matters set forth herein.

2.     I make this declaration in support of Sonos's Administrative Motion to File Under Seal in connection with Sonos, Inc.'s Amended Answer to Google LLC's Second Amended Complaint and Sonos, Inc's Counterclaims ("Sonos's Amended Answer").

3.     Sonos seeks an order sealing the materials as listed below:

| DOCUMENT | PORTIONS TO BE SEAL | DESIGNATING PARTY |
|---|---|---|
| Exhibit AU to Sonos's Amended Answer | Entire Document | Sonos |
| Exhibit AV to Sonos's Amended Answer | Entire Document | Sonos |
| Exhibit AW to Sonos's Amended Answer | Entire Document | Sonos |
| Exhibit AX to Sonos's Amended Answer | Entire Document | Sonos |
| Exhibit AY to Sonos's Amended Answer | Entire Document | Sonos |
| Exhibit AZ to Sonos's Amended Answer | Entire Document | Sonos |
| Exhibit BA to Sonos's Amended Answer | Entire Document | Sonos |
| Exhibit BB to Sonos's Amended Answer | Entire Document | Sonos |
| Exhibit BC to Sonos's Amended Answer | Entire Document | Sonos |
| Exhibit BD to Sonos's Amended Answer | Entire Document | Sonos |
| Exhibit BE to Sonos's Amended Answer | Entire Document | Sonos |
| Exhibit BG to Sonos's Amended Answer | Entire Document | Sonos |
| Exhibit BH to Sonos's Amended Answer | Entire Document | Sonos |
| Exhibit BI to Sonos's Amended Answer | Entire Document | Sonos |
| Exhibit BJ to Sonos's Amended Answer | Entire Document | Sonos |
| Exhibit BL to Sonos's Amended Answer | Entire Document | Sonos |
| Exhibit BM to Sonos's Amended Answer | Entire Document | Sonos |

DECL. OF RICHTER ISO SONOS'S ADMINISTRATIVE
MOTION TO FILE UNDER SEAL
3:20-CV-06754-WHA

| DOCUMENT | PORTIONS TO BE SEAL | DESIGNATING PARTY |
|---|---|---|
| Exhibit BO to Sonos's Amended Answer | Entire Document | Sonos |
| Exhibit BP to Sonos's Amended Answer | Entire Document | Sonos |
| Exhibit CC to Sonos's Amended Answer | Entire Document | Sonos |
| Exhibit CE to Sonos's Amended Answer | Entire Document | Sonos |

4.      Exhibits BO, BP, CC, and CE reference Sonos's confidential business information and include confidential business agreements and licensing negotiations that are not public. Public disclosure of this information would harm Sonos's competitive standing and its ability to negotiate future business agreements because it would give competitors access to Sonos's confidential business strategies.  If such information were made publicly available, I understand that Sonos's competitive standing would be significantly harmed.  A less restrictive alternative than sealing the highlighted portions of Sonos's Amended Answer and the exhibits in their entirety would not be sufficient because the information sought to be sealed is Sonos's confidential business information but is integral to the defenses in Sonos's Amended Answer.

5.      Additionally, Exhibits AU, AV, AW, AX, AY, AZ, BA, BB, BC, BD, BE, BG, BH, BI, BJ, BL, and BM reference Sonos's confidential business information and trade secrets, including details regarding the source code, architecture, and technical operation of various products.  The specifics of how these functionalities operate is confidential information that Sonos does not share publicly.  Thus, public disclosure of such information may lead to competitive harm as Sonos's competitors could use these details regarding the architecture and functionality of these products to gain a competitive advantage in the marketplace with respect to their competing products.  A less restrictive alternative than sealing these exhibits would not be sufficient because the information sought to be sealed is Sonos's confidential business information and trade secrets and is integral to Sonos's defenses.

//

//

//

DECL. OF RICHTER ISO SONOS'S ADMINISTRATIVE
MOTION TO FILE UNDER SEAL
3:20-CV-06754-WHA

1    I declare under penalty of perjury that the foregoing is true and correct to the best of my

2    knowledge.  Executed this 18th day of March, 2022 in Chicago, Illinois.

3

4                                                         */s/ Cole B. Richter*
                                                         COLE B. RICHTER

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECL. OF RICHTER ISO SONOS'S ADMINISTRATIVE
MOTION TO FILE UNDER SEAL
3:20-CV-06754-WHA