UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA,

SAN FRANCISCO DIVISION

| | |
|---|---|
| GOOGLE LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>SONOS, INC.,<br><br>        Defendant. | Case No. 3:20-cv-06754-WHA<br><br>**[PROPOSED] ORDER GRANTING SONOS, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL DOCUMENTS FILED IN SUPPORT OF ITS AMENDED ANSWER TO GOOGLE LLC'S SECOND AMENDED COMPLAINT AND SONOS, INC.'S COUNTERCLAIMS** |

Pursuant to Civil Local Rules 7-11 and 79-5, Defendant Sonos, Inc. ("Sonos") has filed an administrative motion ("Sonos's Administrative Motion") to file under seal certain exhibits filed in support of Sonos, Inc.'s Amended Answer to Google LLC's Second Amended Complaint and Sonos, Inc's Counterclaims ("Sonos's Amended Answer"). Having considered Sonos's Administrative Motion, and good cause to seal having been shown, the Court GRANTS Sonos's Administrative Motion and ORDERS sealed the following:

| DOCUMENT | PORTIONS TO BE SEAL | DESIGNATING PARTY |
| --- | --- | --- |
| Exhibit AU to Sonos's Amended Answer | Entire Document | Sonos |
| Exhibit AV to Sonos's Amended Answer | Entire Document | Sonos |
| Exhibit AW to Sonos's Amended Answer | Entire Document | Sonos |
| Exhibit AX to Sonos's Amended Answer | Entire Document | Sonos |
| Exhibit AY to Sonos's Amended Answer | Entire Document | Sonos |
| Exhibit AZ to Sonos's Amended Answer | Entire Document | Sonos |
| Exhibit BA to Sonos's Amended Answer | Entire Document | Sonos |
| Exhibit BB to Sonos's Amended Answer | Entire Document | Sonos |
| Exhibit BC to Sonos's Amended Answer | Entire Document | Sonos |
| Exhibit BD to Sonos's Amended Answer | Entire Document | Sonos |
| Exhibit BE to Sonos's Amended Answer | Entire Document | Sonos |
| Exhibit BG to Sonos's Amended Answer | Entire Document | Sonos |
| Exhibit BH to Sonos's Amended Answer | Entire Document | Sonos |
| Exhibit BI to Sonos's Amended Answer | Entire Document | Sonos |
| Exhibit BJ to Sonos's Amended Answer | Entire Document | Sonos |
| Exhibit BL to Sonos's Amended Answer | Entire Document | Sonos |
| Exhibit BM to Sonos's Amended Answer | Entire Document | Sonos |
| Exhibit BO to Sonos's Amended Answer | Entire Document | Sonos |
| Exhibit BP to Sonos's Amended Answer | Entire Document | Sonos |
| Exhibit CC to Sonos's Amended Answer | Entire Document | Sonos |
| Exhibit CE to Sonos's Amended Answer | Entire Document | Sonos |

Dated: _____, 2022

HON. WILLIAM H. ALSUP
United States District Judge