CLEMENT SETH ROBERTS (STATE BAR NO. 209203)
croberts@orrick.com
BAS DE BLANK (STATE BAR NO. 191487)
basdeblank@orrick.com
ALYSSA CARIDIS (STATE BAR NO. 260103)
acaridis@orrick.com
EVAN D. BREWER (STATE BAR NO. 304411)
ebrewer@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:   +1 415 773 5700
Facsimile:   +1 415 773 5759

SEAN M. SULLIVAN (*pro hac vice*)
sullivan@ls3ip.com
COLE B. RICHTER (*pro hac vice*)
richter@ls3ip.com
LEE SULLIVAN SHEA & SMITH LLP
656 W Randolph St., Floor 5W
Chicago, IL 60661
Telephone:   +1 312 754 0002
Facsimile:   +1 312 754 0003

*Attorneys for Defendant Sonos, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA,

SAN FRANCISCO DIVISION

| | |
|---|---|
| GOOGLE LLC,<br><br>                Plaintiff,<br><br>     v.<br><br>SONOS, INC.,<br><br>                Defendant. | Case No. 3:20-cv-06754-WHA<br><br>**SONOS, INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |

## I. INTRODUCTION

Pursuant to Civil Local Rule 79-5(f), Defendant Sonos, Inc. ("Sonos") hereby respectfully submits this Administrative Motion to Consider Whether Another Party's Material Should Be Sealed ("Administrative Motion") in connection with Sonos, Inc.'s Amended Answer to Google LLC's Second Amended Complaint and Sonos, Inc's Counterclaims ("Sonos's Amended Answer"). Specifically, Sonos seeks to file under seal the information and documents listed below:

| DOCUMENT | PORTIONS TO BE SEALED | DESIGNATING PARTY |
|---|---|---|
| Sonos's Amended Answer | Portions highlighted in green | Google |
| Exhibit AU to Sonos's Amended Answer | Entire Document | Google |
| Exhibit AV to Sonos's Amended Answer | Entire Document | Google |
| Exhibit AW to Sonos's Amended Answer | Entire Document | Google |
| Exhibit AX to Sonos's Amended Answer | Entire Document | Google |
| Exhibit AY to Sonos's Amended Answer | Entire Document | Google |
| Exhibit AZ to Sonos's Amended Answer | Entire Document | Google |
| Exhibit BA to Sonos's Amended Answer | Entire Document | Google |
| Exhibit BB to Sonos's Amended Answer | Entire Document | Google |
| Exhibit BC to Sonos's Amended Answer | Entire Document | Google |
| Exhibit BD to Sonos's Amended Answer | Entire Document | Google |
| Exhibit BE to Sonos's Amended Answer | Entire Document | Google |
| Exhibit BG to Sonos's Amended Answer | Entire Document | Google |
| Exhibit BH to Sonos's Amended Answer | Entire Document | Google |
| Exhibit BI to Sonos's Amended Answer | Entire Document | Google |
| Exhibit BJ to Sonos's Amended Answer | Entire Document | Google |
| Exhibit BL to Sonos's Amended Answer | Entire Document | Google |
| Exhibit BM to Sonos's Amended Answer | Entire Document | Google |
| Exhibit BO to Sonos's Amended Answer | Entire Document | Google |
| Exhibit BP to Sonos's Amended Answer | Entire Document | Google |
| Exhibit CC to Sonos's Amended Answer | Entire Document | Google |
| Exhibit CD to Sonos's Amended Answer | Entire Document | Google |

| DOCUMENT | PORTIONS TO BE SEALED | DESIGNATING PARTY |
|---|---|---|
| Exhibit CE to Sonos's Amended Answer | Entire Document | Google |
| Exhibit CI to Sonos's Amended Answer | Entire Document | Google |
| Exhibit CJ to Sonos's Amended Answer | Entire Document | Google |
| Exhibit CK to Sonos's Amended Answer | Entire Document | Google |
| Exhibit CL to Sonos's Amended Answer | Entire Document | Google |

## II. LEGAL STANDARD

Materials and documents may be provisionally filed under seal pursuant to Civil Local Rule 79-5(f) when the document, or portions thereof, "has been designated as confidential by another party or non-party." *See* L.R. 79-5(f).

## III. GOOGLE'S CONFIDENTIAL INFORMATION

Sonos seeks to seal certain portions of Sonos's Amended Answer and documents filed in support thereof because they may contain information that Google, LLC ("Google") considers Confidential and/or Highly Confidential-Attorneys' Eyes Only and/or Highly Confidential-Source Code pursuant to the Protective Order entered by this Court. Dkt. 92. Sonos takes no position on the merits of sealing Google's designated material, and expects Google to file one or more declarations in accordance with the Local Rules.

## IV. CONCLUSION

In compliance with Civil Local Rule 79-5(d) and (e), unredacted versions of the above-listed documents accompany this Administrative Motion and redacted versions of the above-listed documents have been filed publicly. A proposed order is being filed concurrently herewith. For the foregoing reasons, Sonos respectfully requests that the Court grant Sonos's Administrative Motion.

///

///

///

///

Dated: March 18, 2022

By: */s/ Cole B. Richter*
CLEMENT SETH ROBERTS
ALYSSA CARIDIS
EVAN D. BREWER

ORRICK, HERRINGTON & SUTCLIFFE LLP

GEORGE I. LEE
SEAN M. SULLIVAN
COLE B. RICHTER
RORY P. SHEA
J. DAN SMITH

LEE SULLIVAN SHEA & SMITH LLP

*Attorneys for Defendant Sonos, Inc.*