UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA,

SAN FRANCISCO DIVISION

| | |
|---|---|
| GOOGLE LLC, <br><br>            Plaintiff, <br><br>     v. <br><br> SONOS, INC., <br><br>            Defendant. | Case No. 3:20-cv-06754-WHA <br><br> **[PROPOSED] ORDER GRANTING SONOS, INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |

Pursuant to Civil Local Rule 79-5, Defendant Sonos, Inc. ("Sonos") has filed an Administrative Motion to Consider Whether Another Party's Material Should Be Sealed ("Administrative Motion") in connection with Sonos, Inc.'s Amended Answer to Google LLC's Second Amended Complaint and Sonos, Inc's Counterclaims ("Sonos's Amended Answer"). Having considered Sonos's Administrative Motion, and good cause to seal having been shown, the Court GRANTS Sonos's Administrative Motion and ORDERS sealed the following:

| DOCUMENT | PORTIONS TO BE SEAL | DESIGNATING PARTY |
| --- | --- | --- |
| Sonos's Amended Answer | Portions highlighted in green | Google |
| Exhibit AU to Sonos's Amended Answer | Entire Document | Google |
| Exhibit AV to Sonos's Amended Answer | Entire Document | Google |
| Exhibit AW to Sonos's Amended Answer | Entire Document | Google |
| Exhibit AX to Sonos's Amended Answer | Entire Document | Google |
| Exhibit AY to Sonos's Amended Answer | Entire Document | Google |
| Exhibit AZ to Sonos's Amended Answer | Entire Document | Google |
| Exhibit BA to Sonos's Amended Answer | Entire Document | Google |
| Exhibit BB to Sonos's Amended Answer | Entire Document | Google |
| Exhibit BC to Sonos's Amended Answer | Entire Document | Google |
| Exhibit BD to Sonos's Amended Answer | Entire Document | Google |
| Exhibit BE to Sonos's Amended Answer | Entire Document | Google |
| Exhibit BG to Sonos's Amended Answer | Entire Document | Google |
| Exhibit BH to Sonos's Amended Answer | Entire Document | Google |
| Exhibit BI to Sonos's Amended Answer | Entire Document | Google |
| Exhibit BJ to Sonos's Amended Answer | Entire Document | Google |
| Exhibit BL to Sonos's Amended Answer | Entire Document | Google |
| Exhibit BM to Sonos's Amended Answer | Entire Document | Google |
| Exhibit BO to Sonos's Amended Answer | Entire Document | Google |
| Exhibit BP to Sonos's Amended Answer | Entire Document | Google |
| Exhibit CC to Sonos's Amended Answer | Entire Document | Google |
| Exhibit CD to Sonos's Amended Answer | Entire Document | Google |
| Exhibit CE to Sonos's Amended Answer | Entire Document | Google |

| DOCUMENT | PORTIONS TO BE SEAL | DESIGNATING PARTY |
|---|---|---|
| Exhibit CI to Sonos's Amended Answer | Entire Document | Google |
| Exhibit CJ to Sonos's Amended Answer | Entire Document | Google |
| Exhibit CK to Sonos's Amended Answer | Entire Document | Google |
| Exhibit CL to Sonos's Amended Answer | Entire Document | Google |

Dated: _____, 2022

_____
HON. WILLIAM H. ALSUP
United States District Judge