CLEMENT SETH ROBERTS (STATE BAR NO. 209203)
croberts@orrick.com
BAS DE BLANK (STATE BAR NO. 191487)
basdeblank@orrick.com
ALYSSA CARIDIS (STATE BAR NO. 260103)
acaridis@orrick.com
EVAN D. BREWER (STATE BAR NO. 304411)
ebrewer@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:     +1 415 773 5700
Facsimile:     +1 415 773 5759

SEAN M. SULLIVAN (*pro hac vice*)
sullivan@ls3ip.com
COLE B. RICHTER (*pro hac vice*)
richter@ls3ip.com
LEE SULLIVAN SHEA & SMITH LLP
656 W Randolph St., Floor 5W
Chicago, IL 60661
Telephone:     +1 312 754 0002
Facsimile:     +1 312 754 0003

*Attorneys for Defendant Sonos, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GOOGLE LLC,<br><br>                    Plaintiff,<br><br>          v.<br><br>SONOS, INC.,<br><br>                    Defendant. | Case No. 3:20-cv-06754-WHA<br><br>**DECLARATION OF GEOFFREY MOSS IN SUPPORT OF SONOS, INC.'S UNOPPOSED MOTION FOR LEAVE TO AMEND INFRINGEMENT CONTENTIONS PURSUANT TO PATENT L.R. 3-6**<br><br>Date: May 12, 2022<br>Time: 8:00 a.m.<br>Place: Courtroom 12, 19th Floor<br>Judge: Hon. William Alsup<br><br>Complaint Filed: September 28, 2020 |

1    I, Geoffrey Moss, declare as follows and would so testify under oath if called upon to do

2    so:

3    1.    I am an attorney with the law firm of Orrick, Herrington & Sutcliffe LLP, counsel

4    of record to Sonos, Inc. ("Sonos") in the above-captioned matter. I am a member in good standing

5    of the Bar of the State of California. I make this declaration based on my personal knowledge,

6    unless otherwise noted. If called, I can and will testify competently to the matters set forth herein.

7    2.    I make this declaration in support of Sonos's Unopposed Motion for Leave to

8    Amend its Infringement Contentions Pursuant to Patent L.R. 3-6.

9    3.    Between February 1, 2022 and March 8, 2022, Sonos reviewed Google's source

10   code, including source code for the YouTube TV and YouTube Kids apps, on 16 days.

11   4.    Attached as **Exhibit A** is an email dated March 8, 2022, from Alyssa Caridis to

12   Google's counsel notifying them of Sonos' intent to move the Court to supplement Sonos's

13   infringement contentions in light of Google's production of source code for the YouTube TV and

14   YouTube Kids apps.

15   5.    Attached as **Exhibits B and C** are true and correct copies of excerpts from

16   Sonos's proposed amended infringement contentions for the '615 and '033 patents that show all

17   of the proposed changes in redline.  The full and complete proposed amended infringement

18   contention charts for the '615 and '033 patents were served on Google's counsel on March 8,

19   2022.

20   6.    Attached as **Exhibit D** is an email dated March 16, 2022 from Marc Kaplan,

21   Google's counsel, to Sonos' counsel stating that it does not oppose Sonos' motion.

22   7.    Attached as **Exhibit E** is a letter dated September 23, 2021 to Jordan Jaffe re

23   Google's discovery responses.

24   ///

25   ///

26   ///

27   //

28   ///

Decl. of Moss iso Sonos's Unopposed Mot. for
Leave to Amend Infringment Contentions
3:20-cv-06754-WHA

8.      Attached as **Exhibit F** is an email thread between counsel for Sonos and counsel for Google sent between November 17, 2021 and December 29, 2021.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed this 18th day of March, 2022 in Los Angeles, California.

_____
GEOFFREY MOSS

Decl. of Moss iso Sonos's Unopposed Mot. for
Leave to Amend Infringement Contentions
3:20-cv-06754-WHA