# EXHIBIT A

| | |
|---|---|
| **Subject:** | Sonos v Google NDCA -- Supplemental Contentions |
| **Date:** | Tuesday, March 8, 2022 at 9:07:32 PM Central Standard Time |
| **From:** | Caridis, Alyssa |
| **To:** | QE-Sonos3 |
| **CC:** | Sonos-NDCA06754-service |
| **Attachments:** | image001.jpg, image002.png |

Counsel –

Sonos intends to move the Court to supplement its infringement contentions in light of Google's production of YouTube TV and YouTube Kids source code pursuant to LPR 3-6. As you are aware, Google first notified Sonos that the source code for those products was available for inspection on February 1. Sonos's proposed amendments to its claim charts add citations to this newly-produced code. Momentarily, Amy Maruska will send the amended contentions via FTP (the password is **Sonos2ic222#**). Those PDFs are redlines that show Sonos's proposed additions relative to the charts submitted with Sonos's Second Motion to Amend (filed March 2).

Please let us know by COB Friday March 11 whether Google will oppose Sonos's motion to amend its contentions to include these supplements.

Alyssa Caridis

**Alyssa Caridis**
Intellectual Property
Partner

Pronouns: she/her/hers

Orrick
Los Angeles
T 2136122372
acaridis@orrick.com



---

**NOTICE TO RECIPIENT** | This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message from your system. Thank you in advance for your cooperation.

For more information about Orrick, please visit *http://www.orrick.com*.

In the course of our business relationship, we may collect, store and transfer information about you. Please see our privacy policy at https://www.orrick.com/Privacy-Policy to learn about how we use this information.