UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA,

SAN FRANCISCO DIVISION

| | |
|---|---|
| GOOGLE LLC,<br><br>            Plaintiff,<br><br>    v.<br><br>SONOS, INC.,<br><br>            Defendant. | Case No. 3:20-cv-06754-WHA<br><br>**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO AMEND INFRINGEMENT CONTENTIONS PURSUANT TO PATENT L.R. 3-6** |

1 | Before the Court is Sonos, Inc's unopposed Motion for Leave to Amend Infringement
2 | Contentions Pursuant to Patent L.R. 3-6 ("Motion") as to U.S. Patent Nos. 9,967,615 and
3 | 10,779,033 filed on March 18, 2022. Accordingly, having reviewed the parties' submissions, and
4 | good cause having been shown, the Court grants Sonos's Motion.

**IT IS SO ORDERED.**

Dated: _____, 2022

_____
HON. WILLIAM H. ALSUP
United States District Judge

[PROPOSED] ORDER GRANTING
UNOPPOSED MOTION FOR LEAVE TO
AMEND INFRINGEMENT CONTENTIONS
3:20-cv-06754-WHA