1  CLEMENT SETH ROBERTS (STATE BAR NO. 209203)
   croberts@orrick.com
2  BAS DE BLANK (STATE BAR NO. 191487)
   basdeblank@orrick.com
3  ALYSSA CARIDIS (STATE BAR NO. 260103)
   acaridis@orrick.com
4  EVAN D. BREWER (STATE BAR NO. 304411)
   ebrewer@orrick.com
5  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
6  405 Howard Street
   San Francisco, CA 94105-2669
7  Telephone:   +1 415 773 5700
   Facsimile:   +1 415 773 5759
8
   SEAN M. SULLIVAN (admitted *pro hac vice*)
9  sullivan@ls3ip.com
   COLE B. RICHTER (admitted *pro hac vice*)
10 richter@ls3ip.com
   LEE SULLIVAN SHEA & SMITH LLP
11 656 W Randolph St., Floor 5W
   Chicago, IL 60661
12 Telephone:   +1 312 754 0002
   Facsimile:   +1 312 754 0003
13
   *Attorneys for Defendant Sonos, Inc.*
14

15                UNITED STATES DISTRICT COURT

16              NORTHERN DISTRICT OF CALIFORNIA,

17                    SAN FRANCISCO DIVISION

18

19 | Google LLC,                    | Case No. 3:20-cv-06754-WHA |
   |                                |                            |
20 |          Plaintiff,            | **PROOF OF SERVICE OF SEALED MATERIAL RE SONOS, INC.'S AMENDED ANSWER TO GOOGLE LLC'S SECOND AMENDED COMPLAINT AND SONOS, INC.'S COUNTERCLAIMS** |
21 |     v.                         | |
22 | Sonos, Inc.,                   | |
23 |          Defendant.            | |

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action. My business address is Orrick, Herrington, & Sutcliffe, 777 South Figueroa Street, Suite 3200, Los Angeles, California 90017.

On March 18, 2022, I served the following document(s) on the interested parties in this action:

1.  Sonos, Inc.'s Amended Answer to Google LLC's Second Amended Complaint and Sonos, Inc.'s Counterclaims (sealed version);

2.  Exhibits AU-AZ, BA-BE, BG-BJ, BL-BM, BO-BP, CC-CE, CI-CL to Sonos, Inc.'s Amended Answer to Google LLC's Second Amended Complaint and Sonos, Inc.'s Counterclaims (sealed version).

on the following service list as indicated below:

>   Charles K. Verhoeven
>   Lindsay Cooper
>   QUINN EMANUEL URQUHART & SULLIVAN, LLP
>   50 California Street, 22nd Floor
>   San Francisco, California 94111-478
>   lindsaycooper@quinnemanuel.com
>   nimahefazi@quinnemanuel.com
>   jocelynma@quinnemanuel.com
>   marckaplan@quinnemanuel.com
>   qe-sonos3@quinnemanuel.com

Attorneys for GOOGLE LLC

(BY E-MAIL OR ELECTRONIC TRANSMISSION) by electronically transmitting a true and correct copy of the document(s) in pdf format from email address amaruska@orrick.com to the email address(es) set forth in the service list. I did not receive, within a reasonable time after the transmission, any electronic message or indication that the transmission was unsuccessful or incomplete.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on March 18, 2022, in Los Angeles, California.

*/s/ Amy Maruska*

Amy Maruska