CLEMENT SETH ROBERTS (STATE BAR NO. 209203)
croberts@orrick.com
BAS DE BLANK (STATE BAR NO. 191487)
basdeblank@orrick.com
ALYSSA CARIDIS (STATE BAR NO. 260103)
acaridis@orrick.com
EVAN D. BREWER (STATE BAR NO. 304411)
ebrewer@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:    +1 415 773 5700
Facsimile:    +1 415 773 5759

SEAN M. SULLIVAN (admitted *pro hac vice*)
sullivan@ls3ip.com
COLE B. RICHTER (admitted *pro hac vice*)
richter@ls3ip.com
LEE SULLIVAN SHEA & SMITH LLP
656 W Randolph St., Floor 5W
Chicago, IL 60661
Telephone:    +1 312 754 0002
Facsimile:    +1 312 754 0003

*Attorneys for Defendant Sonos, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA,

SAN FRANCISCO DIVISION

| | |
|---|---|
| Google LLC,<br><br>            Plaintiff,<br><br>       v.<br><br>Sonos, Inc.,<br><br>            Defendant. | Case No. 3:20-cv-06754-WHA<br><br>**PROOF OF SERVICE OF SEALED MATERIAL RE SONOS, INC.'S UNOPPOSED NOTICE OF MOTION AND MOTION FOR LEAVE TO AMEND INFRINGEMENT CONTENTIONS PURSUANT TO PATENT L.R. 3-6** |

**PROOF OF SERVICE**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action. My business address is Orrick, Herrington, & Sutcliffe, 777 South Figueroa Street, Suite 3200, Los Angeles, California 90017.

On March 18, 2022, I served the following document(s) on the interested parties in this action:

1. Exhibits B and C to the Declaration to Geoffrey Moss in Support of Sonos, Inc.'s Unopposed Notice of Motion and Motion for Leave to Amend Infringement Contentions Pursuant to Patent L.R. 3-6 (sealed version).

on the following service list as indicated below:

>Charles K. Verhoeven
>Lindsay Cooper
>QUINN EMANUEL URQUHART & SULLIVAN, LLP
>50 California Street, 22nd Floor
>San Francisco, California 94111-478
>charlesverhoeven@quinnemanuel.com
>qe-sonos3@quinnemanuel.com
>
>Attorneys for GOOGLE LLC

(BY E-MAIL OR ELECTRONIC TRANSMISSION) by electronically transmitting a true and correct copy of the document(s) in pdf format from email address amaruska@orrick.com to the email address(es) set forth in the service list. I did not receive, within a reasonable time after the transmission, any electronic message or indication that the transmission was unsuccessful or incomplete.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on March 18, 2022, in Los Angeles, California.

*/s/ Amy Maruska*
Amy Maruska