# EXHIBIT 7
# (Excerpted)

MAY CONTAIN CONFIDENTIAL BUSINESS INFORMATION

# UNITED STATES INTERNATIONAL TRADE COMMISSION

## Washington, D.C.

| | |
|---|---|
| **In the Matter of**<br><br>**CERTAIN AUDIO PLAYERS AND CONTROLLERS, COMPONENTS THEREOF, AND PRODUCTS CONTAINING SAME** | **Inv. No. 337-TA-1191** |

**ORDER 20:   CONSTRUING THE TERMS OF THE ASSERTED CLAIMS OF THE PATENTS AT ISSUE**

(September 25, 2020)

SONOS-SVG2-00018184

**MAY CONTAIN CONFIDENTIAL BUSINESS INFORMATION**

I.  INTRODUCTION ................................................................................................- 1 -

II.  IN GENERAL..................................................................................................- 1 -

III.  RELEVANT LAW ...........................................................................................- 2 -

IV.  LEVEL OF ORDINARY SKILL IN THE ART ..........................................- 5 -

V.  THE ASSERTED PATENTS .........................................................................- 6 -

    A.  The '258 Patent ....................................................................................- 6 -

    B.  The '949 Patent ....................................................................................- 8 -

    C.  The '953 Patent ....................................................................................- 9 -

    D.  The '959 Patent ..................................................................................- 11 -

    E.  The '896 Patent ..................................................................................- 13 -

VI.  CLAIM CONSTRUCTION.........................................................................- 15 -

    A.  Agreed-Upon Constructions .............................................................- 15 -

    B.  Disputed Constructions.....................................................................- 15 -

        1.  "local area network" / "wireless local area network" .........................- 15 -

        2.  '949 patent ....................................................................................- 20 -

            a)  "independent playback device"..................................................- 20 -

        3.  '896 patent ....................................................................................- 26 -

            a)  "security key".............................................................................- 26 -

            b)  "while operating . . ." and "after receiving . . ." .......................- 30 -

            c)  "program instructions . . ."........................................................- 33 -

            d)  "at least a second message containing network configuration parameters, wherein the network configuration parameters comprise an identifier of the secure WLAN and a security key for the secure WLAN"........................- 36 -

        4.  '959 patent ....................................................................................- 40 -

            a)  "equalization [of the audio data]".............................................- 40 -

            b)  "type of pairing" / "first type of pairing" / "second type of pairing" .........- 47 -

SONOS-SVG2-00018185

**MAY CONTAIN CONFIDENTIAL BUSINESS INFORMATION**

## I.      INTRODUCTION

The Commission voted to institute this Investigation on February 6, 2020 to determine

whether the importation, sale for importation, or sale within the United States after importation of

certain audio players and controllers, components thereof, and products containing the same[1]

violates section 337 of the Tariff Act of 1930, as amended, due to infringement of U.S. Patent No.

9,195,258 (''the '258 patent''); U.S. Patent No. 10,209,953 (''the '953 patent''); U.S. Patent No.

8,588,949 (''the '949 patent''); U.S. Patent No. 9,219,959 (''the '959 patent''); and U.S. Patent

No. 10,439,896 (''the '896 patent'') (collectively, the "Asserted Patents"). *See* 85 Fed. Reg. 7783

(Feb. 11, 2020). Complainant Sonos, Inc. ("Sonos") is the Complainant. The Notice of

Investigation named Alphabet Inc. and Google LLC ("Google") as Respondents; however, Google

is the only remaining Respondent.[2] The Commission Investigative Staff ("Staff") is participating

in this Investigation.

Due to the COVID-19 pandemic, a *Markman* hearing was not held in this Investigation.[3]

## II.     IN GENERAL

The claim terms construed in this Order are done so for the purposes of this section 337

Investigation. Those terms not in dispute need not be construed. *See Vanderlande Indus.*

---

[1] The plain language description of the accused products is "networked speaker devices, and devices (for example, mobile phones and laptops) capable of controlling these devices." 85 Fed. Reg. 7783 (Feb. 11, 2020).

[2] Alphabet Inc. was terminated from this Investigation on September 1, 2020. *See* Order No. 18.

[3] For convenience, the briefs and chart submitted by the parties are referred to as:

| | |
|---|---|
| CMIB | Sonos' Initial *Markman* Brief |
| CMRB | Sonos' Reply *Markman* Brief |
| RMIB | Google's Initial *Markman* Brief |
| RMRB | Google's Reply *Markman* Brief |
| SMIB | Staff's Initial *Markman* Brief |
| JC | Updated Joint Proposed Claim Construction Chart |

SONOS-SVG2-00018186

MAY CONTAIN CONFIDENTIAL BUSINESS INFORMATION

## VI.    CLAIM CONSTRUCTION

### A.    Agreed-Upon Constructions

The parties have agreed to the following constructions:

| TERM | PATENT(S) | AGREED-TO CONSTRUCTIONS |
|---|---|---|
| "zone player" / "playback device" / "player" | 8,588,949 9,195,258 9,219.959 10,209,953 10,439,896 | "data network device configured to process and output audio" |
| "network interface" | 9,195,258 9,219.959 10,209,953 10,439,896 | "physical component of a device that provides an interconnection with a data network" |
| "playback timing information" | 9,195,258 10,209,953 | "information indicating when the audio information [content] is to be played back" |
| "clock time information" / "clock timing information" | 9,195,258 10,209,953 | "information representing a time value indicated by a device's clock" |
| "a synchrony group" | 9,195,258 10,209,953 | "a set of two or more zone players that are to play the same audio program synchronously" |
| "independently clocked" | 9,195,258 | "operating in accordance with their own respective clocks during synchronous playback" |
| "multimedia" | 8,588,949 | "any type of media that comprises audio (including audio alone)" |
| "pairing" | 9,219,959 | "configuration involving two or more playback devices that have different playback roles" |

JC at 1-2. The undersigned hereby adopts the parties' proposed constructions and shall construe the terms set forth above according to their agreed-to definitions.

### B.    Disputed Constructions

#### 1.    "local area network" / "wireless local area network"

The term "local area network" appears in claim 1 of the '949 patent, claim 17 of the '258 patent, and claims 7, 12, 22, and 23 of the '953 patent. The term "wireless local area network" appears in claims 1, 5, 6, and 12 of the '896 patent. The parties disagree on the claim construction of these terms and have proposed the following constructions:

- 15 -

SONOS-SVG2-00018200