# EXHIBIT 10

```
 1                UNITED STATES DISTRICT COURT
 2           FOR THE NORTHERN DISTRICT OF CALIFORNIA
 3                   SAN FRANCISCO DIVISION
 4     -------------------------------------------------x
 5     GOOGLE LLC,
 6                Plaintiff,
 7     vs.                        Case No. 3:20-cv-06754 WHA
                                  Related to Case No.
 8                                     3:21-cv-07559 WHA
 9
       SONOS, INC.,
10                Defendant.
11     -------------------------------------------------x
12
13        REMOTE VIDEOTAPED DEPOSITION BY VIRTUAL ZOOM OF
14                   CHRISTOS KYRIAKAKIS, Ph.D.
15                    Tuesday, March 1, 2022
16
17
18
19
20
21
22
23
24     Reported By: Lynne Ledanois, CSR 6811
25     Job No. 5112102

                                                         Page 1
```

```
 1            UNITED STATES DISTRICT COURT
 2        FOR THE NORTHERN DISTRICT OF CALIFORNIA
 3                SAN FRANCISCO DIVISION
 4   ------------------------------------------------x
 5   GOOGLE LLC,
 6         Plaintiff,
 7   vs.            Case No. 3:20-cv-06754 WHA
                    Related to Case No.
 8                  3:21-cv-07559-WHA
 9   SONOS, INC.,
10         Defendant.
11   ------------------------------------------------x
12
13
14        Videotaped deposition of CHRISTOS
15   KYRIAKAKIS, taken in Los Angeles, California,
16   commencing at 9:09 a.m., on Tuesday, March 1, 2022
17   before Lynne Ledanois, Certified Shorthand Reporter
18   No. 6811
```

Page 2

```
 1            REMOTE APPEARANCES
 2
 3   Counsel for Sonos LLC:
 4        LEE SULLIVAN SHEA & SMITH LLP
 5        BY: GEORGE LEE
 6            JAE PAK
 7        Attorneys at Law
 8        656 W Randolph Street
 9        Suite 5W
10        Chicago, Illinois 60661
11        lee@ls3ip.com
12        pak@ls3ip.com
13
14   Counsel for Google LLC:
15        QUINN EMANUEL URQUHART & SULLIVAN, LLP
16        BY: NIMA HEFAZI
17           Attorney at Law
18           865 S. Figueroa Street
19           Tenth Floor
20           Los Angeles, California 90017
21           nima.hefazi@quinnemanuel.com
22
23   ALSO PRESENT:
24   Steven Togami, Videographer
25
```

Page 3

```
 1              INDEX OF EXAMINATION
 2
 3   Examination by:                        Page
 4     Mr. Pak                                7
```

Page 4

```
 1              INDEX OF EXHIBITS
 2   Deposition    Description              Page
 3   Exhibit 1  Declaration of Dr. Kyriakakis;    12
 4   Exhibit 2  US Patent No. 9,967,615 B2;       33
 5   Exhibit 3  Document headed, Playing Tracks   35
 6       in Playlists;
 7   Exhibit 4  Document headed, Exhibit B,       37
 8       Help Guide - Sony;
 9   Exhibit 5  Document headed, How to Operate   39
10       with a Smartphone;
11   Exhibit 6  Document headed, Configuring the  42
12       Shuffle Play or Repeat Mode;
13   Exhibit 7  Document headed, Listening to     44
14       the TuneIn Music Services;
15   Exhibit 8  Document headed, Exhibit F,       47
16       Vista;
17   Exhibit 9  Document headed, Exhibit E,       52
18       Controller Guide;
19   Exhibit 10 Document headed, Introduction     64
20       to Persistent Uniform Resource
21       Locators;
22   Exhibit 11 Document headed, Exhibit G,       69
23       Merriam-Webster;
```

Page 5

2 (Pages 2 - 5)

```
 1           Tuesday, March 1, 2022
 2               9:09 a.m.
 3   _____
 4       VIDEOGRAPHER:  We're on the record at
 5   9:09 a.m. on March 1st, 2022.            9:09AM
 6       Audio and video recording will continue to
 7   take place unless all parties agree to go off the
 8   record.
 9       This is Media Unit Number 1 of the
10   video-recorded deposition of Chris Kyriakakis,  9:10AM
11   Ph.D., taken by counsel for Sonos Inc. in the matter
12   of Google LLC versus Sonos Inc. filed in the United
13   States District Court for the Northern District of
14   California, San Francisco Division.  Case Number
15   3:21-cv-07559-WHA.                        9:10AM
16       This deposition is taking place through
17   Veritext Zoom technology.  All participants are
18   attending remotely.
19       My name is Steven Togami from the firm
20   Veritext Legal Solutions and I'm the videographer.  9:10AM
21   The court reporter is Lynne Ledanois from the firm
22   Veritext Legal Solutions.
23       I'm not related to any party in this
24   action, nor am I financially interested in the
25   outcome.                                   9:11AM
                                                Page 6
```

```
 1       If there are any objections to proceeding,  9:11AM
 2   please state them at the time of your appearance.
 3       At this time will counsel and all present
 4   please state their appearances and affiliations for
 5   the record starting with the noticing party.  9:11AM
 6       MR. PAK:  This is Jae Pak from Lee
 7   Sullivan Shea & Smith representing Sonos Inc.  I
 8   also have with me George Lee from the same firm.
 9       MR. HEFAZI:  This is Nima Hefazi of Quinn
10   Emanuel on behalf of Google.               9:11AM
11       VIDEOGRAPHER:  Thank you.  Could we please
12   have the oath.
13
14       CHRISTOS KYRIAKAKIS, PH.D.,
15   having been duly sworn, testified as follows:  9:11AM
16   _____
17             EXAMINATION
18   BY MR. PAK:
19   Q   Dr. K, could you please state your full
20   name and spell your name for the record, please.  9:12AM
21   A   My name is Chris, C-H-R-I-S, last name
22   Kyriakakis, K-Y-R-I-A-K-A-K-I-S.
23   Q   Do you recall I deposed you for the
24   Sonos v. Google case in the Western District of
25   Texas on June 11, 2021?                    9:12AM
                                                Page 7
```

```
 1   A   Yes.                                   9:12AM
 2   Q   Have you been deposed by anyone since that
 3   time?
 4   A   No.
 5   Q   Just so we're on the same page, I want to  9:12AM
 6   run through some general guidelines and the same
 7   guidelines as last time.  Bear with me here.
 8       Number one, I'll ask you questions and you
 9   must give truthful answers.
10       Number two, your counsel may object to  9:12AM
11   questions but unless your counsel instructs you not
12   to answer, you still have to answer despite the
13   objection.
14       Number three, if you don't understand a
15   question or need clarification, please ask.  9:13AM
16   Otherwise, I'll assume that you understand the
17   question.
18       Number four, we'll plan to take a break
19   every hour or so.  If you need a break outside of
20   that schedule, let me know and I can try to  9:13AM
21   accommodate your request.
22       I just ask that you finish any pending
23   question before we go on break.
24       Number five, the court reporter will be
25   transcribing our discussion today, so I'll need you  9:13AM
                                                Page 8
```

```
 1   to give verbal answers as opposed to head nods.  9:13AM
 2   Understood?
 3   A   Yes.
 4   Q   Okay.  You submitted a declaration on
 5   February 11th for this matter between Sonos and  9:13AM
 6   Google; correct?
 7   A   That's correct.
 8   Q   You're retained as an expert to offer your
 9   opinions on claim construction related to the '615
10   and '033 patents asserted in this case; correct?  9:13AM
11   A   Yes, correct.
12   Q   Specifically you were retained as an
13   expert to offer your opinions on the terms "playback
14   queue" and "resource locator"; correct?
15   A   Correct.                               9:14AM
16   Q   When were you contacted to offer your
17   opinions on claim construction for the terms
18   "playback queue" and "resource locator"?
19   A   I don't have the exact date.  It was
20   approximately in January of this year, something like  9:14AM
21   that.  It was around that time.
22   Q   Were you informed of what each party's
23   construction was at the time?
24       MR. HEFAZI:  I'll caution the witness --
25   you're starting to get into privileged issues, what  9:14AM
                                                Page 9
```

**Page 10**

```
1   he was told between the attorneys.                    9:14AM
2   BY MR. PAK:
3      Q   I'm not asking for any specifics.
4          Just yes or no, were you informed of what
5   each party's construction was at the time?            9:14AM
6      A   I was informed of the -- there was a table
7   of Google's proposed construction and Sonos's proposed
8   construction. I just don't remember the --
9          THE REPORTER: I'm sorry, Dr. K. I didn't
10  hear that. Could you start over, please? "I was       9:14AM
11  informed..."
12         MR. HEFAZI: I think, Dr. K, you should
13  just answer yes or no. I don't think --
14         THE WITNESS: Okay. There was --
15         MR. HEFAZI: You're starting to get into        9:15AM
16  privileged. I'll let him answer this one, but this
17  line of questioning, let's see where it goes.
18         THE WITNESS: Yes, I was informed.
19  BY MR. PAK:
20     Q   What did your analysis involve in              9:15AM
21  preparing your declaration?
22     A   It involved --
23         MR. HEFAZI: Again, just to caution the
24  witness here, you can speak at a high level about
25  the process, but I don't want you getting into        9:15AM
```

**Page 11**

```
1   specific drafts or conversations with attorneys.     9:15AM
2          THE WITNESS: Understood.
3          It involved reading, rereading the
4   patents, analyzing the claims, looking at some
5   external references and also just putting my         9:16AM
6   thoughts of my knowledge of the field in order, so
7   it was kind of the usual way that one would do this.
8   BY MR. PAK:
9      Q   When was the last time you read the '615
10  or '033 patent?                                      9:16AM
11     A   The last time was yesterday in preparing for
12  the deposition.
13     Q   Do you understand that Sonos's expert,
14  Dr. Smith, also submitted a declaration on claim
15  construction regarding the terms "playback queue"    9:16AM
16  and "resource locator"?
17     A   I do, yes.
18         MR. PAK: I would like to introduce an
19  exhibit now, so just bear with me here.
20         MR. HEFAZI: Dr. Kyriakakis, while he's        9:16AM
21  doing that, if you could leave a little bit more
22  time between the question and the answer just so I
23  have time to object.
24         THE WITNESS: Okay.
25         (Discussion off the record.)                  9:17AM
```

**Page 12**

```
1          VIDEOGRAPHER: Going off the record at         9:18AM
2   9:18 a.m.
3          (Recess taken.)
4          VIDEOGRAPHER: Going back on the record at
5   9:19 a.m.                                            9:19AM
6   BY MR. PAK:
7      Q   Dr. K, I just introduced an exhibit marked
8   as Exhibit 1. Let me know if you can see that.
9          (Exhibit 1 was marked for identification.)
10         THE WITNESS: Yes, I see it. Let me open       9:19AM
11  it. Yes.
12  BY MR. PAK:
13     Q   Is this a true and accurate copy of your
14  February 11th declaration?
15     A   It is.                                        9:20AM
16     Q   Let's go to the last page.
17     A   Okay.
18     Q   Is that your signature at the end?
19     A   Yes, it is.
20     Q   The opinions set forth in this declaration    9:20AM
21  are yours; correct?
22     A   Yes, they are.
23     Q   Now, I know you submitted a declaration in
24  the Western District of Texas case, but to date this
25  is the only declaration that you submitted in this   9:20AM
```

**Page 13**

```
1   Northern District of California case; correct?      9:20AM
2      A   Yes, that's correct.
3      Q   Your declaration is as accurate and
4   complete as you could reasonably make it; correct?
5      A   Yes.                                         9:20AM
6      Q   Let's walk through your declaration.
7          Section 2, Paragraphs 8 through 13, those
8   paragraphs set forth your qualifications as an
9   expert; correct?
10     A   Correct.                                     9:21AM
11     Q   Section 3, Paragraphs 14 to 19 sets forth
12  your understanding of various legal standards
13  affiliated to claim construction; correct?
14     A   Correct.
15     Q   In reaching your opinions set forth in       9:21AM
16  your declaration, did you apply the legal standards
17  set forth in Section 3?
18     A   Yes, to the best of my ability, even though
19  I'm not a lawyer.
20     Q   Section 4, Paragraphs 20 through 24 sets     9:21AM
21  forth your general understanding of music queues or
22  play queues; correct?
23     A   Yes.
24     Q   Are the terms "music queue" and "play
25  queue" synonymous with the term "playback queue"?   9:21AM
```

```
 1    A   I believe so. I think they are used       9:21AM
 2  interchangeably in the industry, yes.
 3    Q   Okay. Section 4, Paragraphs 25 through 29
 4  sets forth your general understanding of internet
 5  resources; correct?                             9:21AM
 6    A   Yes.
 7    Q   Moving on to Section 5, Paragraphs 30 to
 8  35, you provide an overview of the '615 and '033;
 9  correct?
10    A   Correct.                                  9:22AM
11    Q   And according to Paragraph 30, the '615
12  and '033 patents share a common specification;
13  correct?
14    A   Yes.
15    Q   Moving on to Section 6, Paragraphs 36 to  9:22AM
16  40, those paragraphs set forth your opinion
17  regarding the level of ordinary skill in the art;
18  correct?
19    A   Correct.
20        MR. HEFAZI: Dr. Kyriakakis, if you could  9:22AM
21  just take a couple of seconds before you answer so
22  that I can object if necessary.
23        THE WITNESS: Okay.
24  BY MR. PAK:
25    Q   Section 7, Paragraphs 41 to 42 sets forth 9:22AM
                                                    Page 14
```

```
 1  your understanding of the asserted claims and the 9:22AM
 2  scope of your analysis; correct?
 3    A   Correct.
 4    Q   Section 8, Paragraphs 43 to 54 provide
 5  your analysis regarding the term "playback queue"; 9:23AM
 6  correct?
 7    A   Yes, that's right.
 8    Q   Paragraphs 55 to 72 provide your analysis
 9  regarding the term "resource locator"; correct?
10    A   Correct.                                  9:23AM
11    Q   We just walked through your declaration.
12        Do you have any changes that you want to
13  make to this declaration?
14    A   I think Nima is saying something, but we
15  can't hear him.                                 9:23AM
16        MR. HEFAZI: I was just going to say
17  objection, form.
18        THE WITNESS: I do not have any changes.
19  BY MR. PAK:
20    Q   Let's look at Paragraph 20 of your        9:23AM
21  declaration.
22    A   Okay.
23    Q   Here you opine that "devices and
24  applications that streamed music (for example, Sonos
25  and Spotify) often permitted users to create, edit 9:24AM
                                                    Page 15
```

```
 1  and manage queues of music." Then you cite to    9:24AM
 2  Exhibits B, C and D.
 3        Do you see that?
 4    A   Yes.
 5    Q   Exhibit B is an excerpt of the Sony HDD   9:24AM
 6  audio remote manual; correct?
 7    A   Correct.
 8    Q   Have you used the Sony HDD audio remote
 9  before?
10    A   I have, yes. A long time ago but yes, I   9:24AM
11  have used it.
12    Q   When was the last time you used the Sony
13  HDD audio remote?
14    A   Several years ago. I don't remember the
15  date.                                           9:24AM
16    Q   Was it more than ten years ago?
17    A   I don't think so.
18    Q   Is it your opinion that the play queue
19  described in Sony's HDD audio remote manual reflects
20  how a person of ordinary skill in the art would 9:25AM
21  ordinarily or customarily understand the term
22  "playback queue"?
23    A   Yes.
24    Q   Exhibits C and D are articles that mention
25  Spotify's play queue; is that correct?          9:25AM
                                                    Page 16
```

```
 1    A   Correct.                                  9:25AM
 2    Q   Have you used the Spotify app before?
 3    A   Yes, I have.
 4    Q   When was the last time you used the
 5  Spotify app?                                    9:25AM
 6    A   This morning.
 7    Q   When was the first time you used the
 8  Spotify app?
 9    A   Again, it's many years, but I don't recall.
10  From the early days of Spotify I would say.     9:25AM
11    Q   It's your opinion that Spotify's play
12  queue reflects how a person of ordinary skill in the
13  art would ordinarily or customarily understand the
14  term "playback queue"?
15    A   Yes, it is.                              9:26AM
16    Q   Let's look at Paragraph 21 of your
17  declaration.
18        The first sentence here you opine that
19  "Sonos's products also included the ability for
20  users to create a music queue," and then you cite to 9:26AM
21  Exhibit E, which appears to be a 2011 version of the
22  "Sonos's Controller for Mac or PC Product Guide";
23  correct?
24    A   Yes, that's correct.
25    Q   Have you used the Sonos controller for Mac 9:26AM
                                                    Page 17
```

5 (Pages 14 - 17)

## Page 18

1  or PC before?                                   9:26AM
2     A   I did in the early days, again, when it came
3  out.  I didn't own it, but I had access to one and I
4  had used it.
5     Q   Have you used a Sonos controller for Mac   9:26AM
6  or PC in 2011?
7     A   Yes.
8     Q   Is it your opinion that Sonos's music
9  queue described in the 2011 Sonos controller
10 guide -- or controller for Mac or PC product guide  9:27AM
11 reflects how a person of ordinary skill in the art
12 would ordinarily or customarily understand the term
13 "playback queue"?
14    A   Yes.
15    Q   Let's look at Paragraph 51 of your         9:27AM
16 declaration.
17    A   I'm sorry, 51 you said?
18    Q   Yes, 51.
19        Here you opine that other industry
20 materials provide a similar description of a        9:27AM
21 playback queue and then you cite the Exhibit F and
22 Exhibit B.
23        Do you see that?
24    A   Yes.
25    Q   Exhibit F is a copy of Windows Vista       9:27AM

## Page 19

1  manual; correct?                                  9:27AM
2     A   It's not the manual.  It's David Pogue's
3  book that he called it "The Missing Manual."  It's
4  kind of a behind-the-scenes explanation of Windows
5  Vista.                                            9:28AM
6     Q   Got it.  Have you used Windows Vista
7  before?
8     A   Yes, I have.
9     Q   Have you used Windows Media Center for
10 Windows Vista before?                             9:28AM
11    A   Yes, I have.
12    Q   When was the last time you used Windows
13 Media Center for Windows Vista?
14    A   When it first came out, when Windows Vista
15 first came out, I remember playing with it.  But I  9:28AM
16 don't remember -- I don't know the date of that.
17    Q   As indicated in Paragraph 51 of your
18 declaration, it is your opinion that the music queue
19 described in the Windows Vista document, Exhibit F,
20 reflects how a person of ordinary skill in the art  9:28AM
21 would ordinarily or customarily understand the term
22 "playback queue"; correct?
23    A   Yes, that's correct.
24    Q   Have you looked at any other industry
25 materials describing a playback queue other than the 9:29AM

## Page 20

1  materials cited in your declaration?              9:29AM
2     A   Not specifically for this purpose.  I'm sure
3  I have over the years, but not specifically for
4  preparing for this.
5     Q   Are there any other materials that come to 9:29AM
6  mind that describe a playback queue?
7     A   I don't have any specific ones to mention
8  off the top of my head right now.
9     Q   Generally speaking, you have an
10 understanding of what a term of art is; correct?   9:29AM
11    A   Yes.
12    Q   What is your understanding?
13    A   It's --
14        MR. HEFAZI:  Objection, calls for a legal
15 conclusion.                                        9:30AM
16        THE WITNESS:  My understanding is that it
17 is a term as it would be understood by a person of
18 ordinary skill in the art.
19 BY MR. PAK:
20    Q   Is "playlist" a term of art?               9:30AM
21    A   Yes.
22    Q   Before Google engaged you as an expert for
23 this matter, did you have an understanding of what
24 playlist means?
25    A   Yes, I did.                                9:30AM

## Page 21

1     Q   What was that understanding?              9:30AM
2     A   That it is an ordered collection of songs --
3  it could be other material, but I'm using songs as an
4  example -- that a user puts together based on some
5  criteria that they've decided, such as genre or an  9:30AM
6  artist or other criteria.
7     Q   How are songs added to a playlist?
8     A   It --
9         MR. HEFAZI:  Objection to form.
10        THE WITNESS:  There is a delay, and that's 9:31AM
11 why I'm --
12        MR. HEFAZI:  That's fine.  Just take a
13 pause and let the question finish.
14        (Discussion off the record.)
15        (Requested testimony read by the reporter.) 9:31AM
16        MR. HEFAZI:  Same objection.
17        THE WITNESS:  It depends a little bit on
18 the service, I think.  But in general, a user
19 selects a song from either the music library or the
20 larger collection of songs that somebody like      9:32AM
21 Spotify would offer and drags it into a column that
22 contains playlists or right clicks and adds it.
23 BY MR. PAK:
24    Q   Does a user have to add the songs to a
25 playlist or can the music service itself add --   9:32AM

```
 1  create its own playlist without the user adding      9:32AM
 2  songs to a playlist?
 3     A    Yes, both of those are possible.  It could
 4  be a premade playlist, it could be a collaborative
 5  playlist that multiple users contributed to or an    9:32AM
 6  individual user.
 7     Q    So a user does not have to manually add
 8  songs to a playlist; correct?
 9     A    It's just one option.
10     Q    How is a playlist stored?                    9:32AM
11     A    Again, it depends a little bit on the
12  situation.  For a streaming music service, a playlist
13  is stored as a list of uniform resource locators.
14          If the songs are on your hard drive, then
15  it's a list of other types of links to memory        9:33AM
16  locations on your hard drive.  So it depends on the
17  situation.
18     Q    So is it your opinion that songs in a
19  playlist don't have to be stored in its data form?
20          MR. HEFAZI:  Objection, vague and            9:33AM
21  ambiguous.
22          THE WITNESS:  Can you explain what you
23  mean by "data form"?
24  BY MR. PAK:
25     Q    Yes.  I don't know what the best way to     9:33AM
                                                        Page 22
```

```
 1  put this is.  But if you have a playlist with two    9:33AM
 2  songs, and say they are MP3 files, each being
 3  7 megabytes long, does a playlist contain those
 4  songs in the MP3 file form, the 7-megabyte form, or
 5  is it stored in some other manner, like you said a   9:34AM
 6  URL, for example?
 7          MR. HEFAZI:  Objection, vague,
 8  hypothetical.
 9          THE WITNESS:  I think both of those are
10  possible.                                            9:34AM
11  BY MR. PAK:
12     Q    So it's possible that songs included in a
13  playlist can be stored in either its data form, its
14  MP3 file form, or as a resource locator or a URL
15  form; correct?                                       9:34AM
16     A    Yes.
17     Q    Does a playlist have to have a plurality
18  of multimedia items or songs?
19     A    Not necessarily.  You can create a playlist
20  and call it something and it may start empty and then 9:35AM
21  you start putting songs in it.
22     Q    So is it your opinion that you can have a
23  playlist that has only one song?
24     A    Yes.
25     Q    Let's look at Paragraph 47 of your          9:35AM
                                                        Page 23
```

```
 1  declaration.                                         9:35AM
 2     Q    Here you opine that "a person of skill in
 3  the art would have understood that a playback queue
 4  is an ordered list of multimedia items that is
 5  selected by the user for playback."                  9:35AM
 6          Do you see that?
 7     A    Yes.
 8     Q    What is a multimedia item?
 9     A    In the context of what we're talking here
10  today, it's a song, a video, a link to a song or    9:36AM
11  video.
12          It could also be multimedia as defined as
13  other things like text as well, but I think we're
14  talking about just songs and videos here.
15     Q    When you say "a link to a song or video,"   9:36AM
16  does that mean that a playback queue doesn't have to
17  contain the actual song or video in its data form?
18     A    Yes, just as I answered it for playlist, I
19  think that's right.
20     Q    Does an entire album amount to a            9:36AM
21  multimedia item?
22          MR. HEFAZI:  Objection, vague.
23          THE WITNESS:  I think if you ask different
24  people, they will give you a different answer.  It
25  could.                                              9:37AM
                                                        Page 24
```

```
 1  BY MR. PAK:                                          9:37AM
 2     Q    Does a playlist amount to a multimedia
 3  item?
 4          MR. HEFAZI:  Same objection, vague.
 5          THE WITNESS:  It's the same answer as       9:37AM
 6  album.  I would consider it the same, yes.
 7  BY MR. PAK:
 8     Q    So depending on -- you know, depending on
 9  who you ask, you're saying a playlist could be a
10  multimedia item or it might not be a multimedia     9:37AM
11  item?
12     A    In my experience in the art, there are those
13  that say that items are individual smaller parts.  But
14  I don't think there is a general definition of item.
15     Q    Does an internet radio station amount to a  9:38AM
16  multimedia item?
17          MR. HEFAZI:  Objection, incomplete
18  hypothetical.
19          THE WITNESS:  I would say that the
20  internet radio station is serving multimedia items;  9:38AM
21  but the station itself, I would say no.
22  BY MR. PAK:
23     Q    Have you used Pandora before?
24     A    Yes, I have.
25     Q    Is it possible to add a Pandora radio       9:38AM
                                                        Page 25
```

7 (Pages 22 - 25)

```
 1  station to a playback queue?                    9:38AM
 2       MR. HEFAZI: Objection, calls for
 3  speculation, incomplete hypothetical.
 4       THE WITNESS: My experience with playback
 5  queues has been with services that are not Pandora.   9:38AM
 6  So I don't know -- I don't believe they allow that
 7  in Spotify, for example, or Apple.
 8  BY MR. PAK:
 9     Q   Okay. So does a playback queue contain
10  each multimedia item -- I take that back, yes. Let  9:39AM
11  me start over here.
12       So your definition here, it says a person
13  of ordinary skill in the art would have understood
14  the term "playback queue" to mean "ordered list of
15  multimedia items that is selected by the user for   9:39AM
16  playback."
17       Who is the user in your construction for
18  playback here?
19     A   The person that wants to experience the
20  multimedia items.                                 9:39AM
21     Q   Can the multimedia items be -- let me
22  start over here.
23       Can the multimedia items in the ordered
24  list be selected by a user other than the user who
25  wants to experience the multimedia items?         9:40AM
```
Page 26

```
 1     A   Yes, that's -- as we said before, it could  9:40AM
 2  be by multiple users or by somebody who's curating the
 3  list.
 4     Q   So the multimedia items in a playback
 5  queue does not have to be selected by the user who   9:40AM
 6  wants to experience multimedia items; correct?
 7       MR. HEFAZI: Objection, vague and
 8  ambiguous.
 9       THE WITNESS: I don't think we're
10  construing the word "user" anywhere here. I think a  9:40AM
11  user could be a user that wants to listen or create
12  or both.
13  BY MR. PAK:
14     Q   In your construction you used the term
15  "the user" instead of "a user."                  9:41AM
16       Is there a particular reason why you use
17  "the" instead of "a"?
18     A   I would say it's because of the word of
19  "playback." I was looking at this from the point of
20  view of a consumer of a playback queue.          9:41AM
21     Q   But is it your opinion that your
22  construction for a playback queue doesn't limit the
23  ordered list of multimedia items to be selected by a
24  particular user; is that correct?
25       MR. HEFAZI: Objection, asked and         9:41AM
```
Page 27

```
 1  answered.                                       9:41AM
 2       THE WITNESS: Yes. I also want to
 3  clarify, this is not my construction, this report is
 4  about the opinions about a construction that was
 5  presented to me.                                9:41AM
 6  BY MR. PAK:
 7     Q   Understood.
 8       What is a list in this proposed
 9  construction?
10       MR. HEFAZI: Objection, vague.             9:42AM
11       THE WITNESS: It's a sequence of -- it's
12  an ordered list. So it's a sequence of items that
13  have been given some order in which to appear.
14  BY MR. PAK:
15     Q   Is a list a single data structure?       9:42AM
16     A   It can be. There are multiple ways to
17  implement lists.
18     Q   Can a list be -- can a list comprise
19  multiple data structures?
20     A   It can, although my computer science    9:42AM
21  colleagues would probably call that an array or
22  something else. But yes.
23     Q   So is it your opinion that a playback
24  queue contains an ordered list of multimedia items
25  in a single or multiple data structure set?     9:43AM
```
Page 28

```
 1     A   I didn't really look at this from the point  9:43AM
 2  of view of data structures, so I didn't opine on how
 3  it's stored, just on the term -- on the meaning of the
 4  term. I would have to think about that a little bit
 5  more if we're giving an opinion.                9:43AM
 6     Q   Okay. Again, this construction here you
 7  propose that -- you say -- you did not propose, but
 8  you did opine that "a person of ordinary skill in
 9  the art would have understood that a playback queue
10  is an ordered list of multimedia items that is    9:44AM
11  selected by the user for playback."
12       If it's not your proposed construction, is
13  there something you would change?
14       MR. HEFAZI: Objection, mischaracterizes
15  testimony.                                      9:44AM
16       THE WITNESS: I think the whole point of
17  my declaration in this part is that I agree with
18  this construction.
19  BY MR. PAK:
20     Q   Okay. What is an ordered list?          9:44AM
21     A   I think that was my previous answer, but
22  it's a list of items that have been given an order in
23  which to appear.
24     Q   Do the multimedia items in the order list
25  have to be arranged in a particular manner?     9:45AM
```
Page 29

8 (Pages 26 - 29)

**Page 30**

```
 1        MR. HEFAZI:  Objection, vague,        9:45AM
 2   hypothetical.
 3        THE WITNESS:  In a particular --
 4        MR. HEFAZI:  Calls for speculation.
 5        THE WITNESS:  I'm not sure what you mean    9:45AM
 6   "in a particular manner."
 7   BY MR. PAK:
 8     Q  Asked differently, does it matter how the
 9   multimedia items in a list are arranged to amount to
10   an ordered list?                              9:45AM
11        MR. HEFAZI:  Same objection.
12        THE WITNESS:  If by "arranged" you mean
13   how they are presented to a user, then it matters.
14   How they are stored is a different matter.
15        But the ordered list is a list of items   9:45AM
16   that needs to appear in the order that they were --
17   that it was created.
18   BY MR. PAK:
19     Q  If a user can modify the ordering of the
20   multimedia in the playback queue, is that still an  9:46AM
21   ordered list?
22     A  Yes.  The very act of modifying the order
23   implies that you're starting with an ordered list.
24     Q  What is the significance of the order
25   requirement for a playback queue?              9:46AM
```

**Page 31**

```
 1        MR. HEFAZI:  Objection, vague and       9:46AM
 2   ambiguous.
 3        THE WITNESS:  I guess it's part of the
 4   experience that the streaming service is trying to
 5   create.  For example, when a DJ puts some songs on a  9:46AM
 6   radio station in a certain order, they have a
 7   particular artistic intent in that -- in the way
 8   that they put it together.
 9        So that is one reason for an ordered list.
10   BY MR. PAK:                                    9:46AM
11     Q  If a user can shuffle songs in a playback
12   queue, is that still an ordered list?
13     A  Your definition of "shuffle" is to move them
14   around or --
15     Q  Yes, move them around randomly.           9:47AM
16     A  So it starts as an ordered list and then
17   it's randomized, is that --
18     Q  Do you know what shuffle mode is?
19     A  Yes.  Okay.  You mean -- okay.
20        That's kind of a tricky one because it is   9:47AM
21   an ordered list that still appears in that form to
22   the user.  In other words, when you put it in
23   shuffle mode, it doesn't necessarily change the
24   order that it appears, it just changes the order
25   that they play in.                             9:48AM
```

**Page 32**

```
 1   So I'm not sure how to answer that.  It       9:48AM
 2   could be both ways.  It could be or it could not be
 3   depending on how you look at it.  I haven't thought
 4   of that before that way.
 5     Q  Is it your opinion that if a user can     9:48AM
 6   shuffle songs in a playback queue, then that could
 7   amount to an order list?
 8     A  Once the shuffle is completed, now we have
 9   an ordered list that's about to play.  Presumably it's
10   not continuously shuffling.                    9:49AM
11        So there is a shuffle that happens, but
12   now there is a sequence of songs that's about to
13   play, so that's an ordered list.
14     Q  Are there any differences between a
15   playlist and a playback queue?                 9:49AM
16     A  Yes.  I would say that the -- there are
17   similar -- I think the main difference is that a
18   playlist can be saved for later use so that you can go
19   through it in that same order again and again.
20        But playback queue is more ephemeral and  9:49AM
21   it's done, it's not normally saved.  Once it goes
22   through its queue and you have a sequence of songs,
23   but you're not saving it.  If you save it, I would
24   say that you're creating a playlist.
25     Q  Are there any other instances?           9:49AM
```

**Page 33**

```
 1        MR. HEFAZI:  Objection, vague and       9:49AM
 2   ambiguous, calls for speculation.
 3        THE WITNESS:  I cannot think of any other
 4   differences, no.
 5   BY MR. PAK:                                    9:50AM
 6     Q  Can a playback queue include a playlist?
 7     A  I have not seen it implemented that way, but
 8   I don't know of a technical reason that it cannot.
 9        MR. HEFAZI:  Late objection, sorry.  Late
10   objection, vague and ambiguous and calls for   9:50AM
11   speculation.
12   BY MR. PAK:
13     Q  Can a playlist include a playback queue?
14        MR. HEFAZI:  Same objection.
15        THE WITNESS:  I have not seen it          9:50AM
16   implemented that way, no.
17   BY MR. PAK:
18     Q  I'll introduce another exhibit here.  Bear
19   with me.
20        (Exhibit 2 was marked for identification.)  9:50AM
21   BY MR. PAK:
22     Q  Let me know if you can see it.  I just
23   marked it as Exhibit 2.
24     A  Yes.
25     Q  You recognize this document; right?      9:51AM
```

Case 3:20-cv-06754-WHA   Document 185-9   Filed 03/21/22   Page 11 of 20

Page 34

1  A  Yes, it's the '615 patent.                        9:51AM
2  Q  Let's go to Page 27. I want to look at
3  Claim 13.
4  A  Okay.
5  Q  In Column 20 do you see Limitation A?           9:51AM
6  A  I do.
7  Q  Limitation A recites in part, "causing one
8  or more first cloud servers to add multimedia
9  content to a local playback queue on the particular
10 playback device."                                   9:52AM
11    Do you see that?
12 A  Yes.
13 Q  Does this claim limitation require causing
14 one or more first cloud servers to add multimedia
15 content to an existing local playback queue or a new  9:52AM
16 local playback queue?
17    MR. HEFAZI: Objection, outside the scope.
18    THE WITNESS: I don't see -- I don't think
19 it speaks to that. Whether it's existing or not,
20 it's a local playback queue. I don't think it says  9:52AM
21 either way.
22 BY MR. PAK:
23 Q  So is it your opinion that this claim
24 limitation does not require adding multimedia
25 content to an existing local playback queue?        9:53AM

Page 35

1     MR. HEFAZI: Objection, outside the scope  9:53AM
2  of the report, calls for speculation.
3     THE WITNESS: It's my opinion that it does
4  not specify. It just says, "a local playback
5  queue." It doesn't say anything about existing or   9:53AM
6  new.
7     MR. PAK: Just give me one more second to
8  introduce a new exhibit here.
9     (Exhibit 3 was marked for identification.)
10 BY MR. PAK:                                        10:33AM
11 Q  I just marked a new exhibit as Exhibit 3.
12 Let me know if you can see it.
13 A  Yes, I see it.
14 Q  Do you recognize this document?
15 A  Yes, it's the Sony HDD manual.                   9:54AM
16 Q  Would you please read the first two
17 sentences?
18 A  "The HDD audio player automatically creates
19 playlists such as a list of newly transferred tracks
20 and a list of frequently played tracks. You can also  9:54AM
21 play playlists you have created with your favorite
22 tracks."
23 Q  So as you said before, a playlist does not
24 have to be created by a user -- let me scratch that
25 one.                                                9:55AM

Page 36

1  So you said before a playlist does not           9:55AM
2  have to be created by a user; correct?
3     MR. HEFAZI: Objection, vague and
4  ambiguous, calls for speculation.
5     THE WITNESS: I think what we said is a        9:55AM
6  playlist has to be created by someone. Whether it's
7  the user that's going to listen to it or not is not
8  required.
9  BY MR. PAK:
10 Q  A playlist can be automatically created;       9:55AM
11 correct?
12 A  Yes.
13 Q  Do you see the enumerated instructions on
14 how to play tracks in a playlist?
15 A  The instructions below?                        9:56AM
16 Q  Yes.
17 A  Yes.
18 Q  Number 3 says, "Tap a track. Playback
19 starts."
20    Do you see that?                                9:56AM
21 A  Yes.
22 Q  When a user taps a track in a playlist to
23 start playback of that track, does that track get
24 added to the playback queue?
25 A  It can. I think it depends on the              9:56AM

Page 37

1  implementation or the situation. So it's possible but  9:56AM
2  not required.
3  Q  Right. But for the Sony HDD audio remote,
4  when a user taps a track and playback starts, does
5  that track get added to a play queue?              9:56AM
6  A  Yes, I believe it does.
7     MR. PAK: We've been going almost an hour.
8  How about we take a break here, short break, maybe
9  ten minutes.
10    THE WITNESS: Okay.                             9:57AM
11    MR. PAK: So let's come back at -- I'm on
12 central time.
13    MR. HEFAZI: How about 10:10 Pacific?
14    MR. PAK: That sounds good. Thanks.
15    VIDEOGRAPHER: This marks the end of Media     9:57AM
16 Number 1. Going off the record at 9:57 a.m.
17    (Recess taken.)
18    VIDEOGRAPHER: This marks the beginning of
19 Media Number 2. Going back on the record at
20 10:12 a.m.                                         10:11AM
21 BY MR. PAK:
22 Q  Dr. K, I would like to introduce a new
23 exhibit here marked as Exhibit 4. Let me know if
24 you see it.
25    (Exhibit 4 was marked for identification.)    10:12AM

10 (Pages 34 - 37)

**Page 38**

```
1          THE WITNESS:  Yes.              10:12AM
2   BY MR. PAK:
3      Q   You recognize this document; correct?
4      A   Yes.
5      Q   In this exhibit there is an annotated UI   10:12AM
6   screen that shows a play queue.
7          Do you see that?
8      A   I do.
9      Q   What does the box labeled as 1 represent?
10     A   It is a handle that you can click on to be   10:12AM
11  able to move tracks up and down.
12     Q   What does the box labeled as Number 2
13  represent?
14     A   It represents the play queue, the order of
15  the tracks.                              10:13AM
16     Q   Do you see the green indicator next to the
17  track entitled "All Over the World" in the queued
18  tracks list?
19     A   Yes.
20     Q   What does that green indicator indicate?   10:13AM
21     A   It depends on the -- in this particular
22  case, I believe it indicates that that's the track to
23  be played when you click on it.  So in some of these,
24  when it has the arrow, it means it's not playing, but
25  when you click it, it starts playing.     10:13AM
```

**Page 39**

```
1          But it could also indicate that it's the   10:14AM
2   current playing track.
3      Q   Does a playback queue have to include the
4   currently playing track?
5      A   I guess there is no technical requirement   10:14AM
6   for that.  But I believe that everybody that
7   implements playback queues puts the currently playing
8   track in it.
9      Q   So in the Sony HDD audio remote, the
10  currently playing track is included in the playback   10:14AM
11  queue; correct?
12     A   Yes.
13         MR. PAK:  I would like to introduce a new
14  exhibit here.  I'll mark it as Exhibit 5.
15         (Exhibit 5 was marked for identification.)   10:14AM
16  BY MR. PAK:
17     Q   Let me know if you see it.
18     A   Not yet.  There it is.
19     Q   Do you recognize this document?
20     A   Yes.                              10:15AM
21     Q   Do you see the UI screens below the
22  section that says, "Using the context menu"?
23     A   I do, yes.
24     Q   What does the first UI screen on the left
25  illustrate?                              10:15AM
```

**Page 40**

```
1          MR. HEFAZI:  Objection, vague and   10:15AM
2   ambiguous.
3          THE WITNESS:  I believe it's the queue,
4   the play queue.
5   BY MR. PAK:                               10:16AM
6      Q   On top it says, "Albums, Gift Songs," it
7   doesn't say play queue.  So could it be tracks in an
8   album?
9      A   It could, but if that album was selected,
10  then its tracks could be in the play queue; right?   10:16AM
11     Q   Let's go back to the previous exhibit,
12  Exhibit 4.  You see the UI screen there that shows
13  the play queue?
14     A   Yes.
15     Q   And that's -- the screen in Exhibit 4, do   10:16AM
16  you see that there is a play queue at the top of the
17  screen?
18     A   Yes.
19     Q   Okay.  Now let's go back to Exhibit 5.
20         Do you see that same play queue header at   10:16AM
21  the top of the screen on the left side of the UI
22  screen?
23     A   No, I don't.
24     Q   Okay.  So is the UI screen shown on the
25  left side in Exhibit 5, is that a play queue?   10:17AM
```

**Page 41**

```
1          MR. HEFAZI:  Objection, vague and   10:17AM
2   ambiguous, incomplete hypothetical.
3          THE WITNESS:  Based on what we've said
4   before, the Sony and other players put songs that
5   are being selected for play into the play queue.   10:17AM
6          It looks like this is the list of songs in
7   that album, but then as shown in the screen on the
8   right, you can -- I think this is to show that you
9   can add things to your queue list.
10         And the intent of this menu is to show   10:17AM
11  that you can add things to your playlist.  So I
12  guess I would have to revise my answer.  The left is
13  not the same play queue -- not the actual play
14  queue.
15  BY MR. PAK:                               10:17AM
16     Q   Can you -- could you please read what the
17  manual says below the UI screens?
18     A   "Tap and hold an item in a list to display
19  the context menu (1) for the selected item.
20         "You can add the selected item to the play   10:18AM
21  queue, edit the track information, et cetera.
22  Context menus differ depending on the item selected
23  from the list."
24     Q   Does this mean that a user can add an
25  individual track to a playback queue?     10:18AM
```

```
 1   A   Yes.                              10:18AM
 2   Q   Does a playback queue have to have a
 3   plurality of multimedia items?
 4   A   I don't think that there's any requirement
 5   for the number of items in the playback queue.   10:18AM
 6   Q   So is it your opinion that the playback
 7   queue can include a single individual multimedia
 8   item?
 9   A   It could.  It would not be a very exciting
10   queue, but it could.                  10:19AM
11       MR. PAK:  I would like to introduce a new
12   exhibit here.  I'll mark it as Exhibit 6.
13       (Exhibit 6 was marked for identification.)
14   BY MR. PAK:
15   Q   Let me know when you see it.      10:19AM
16   A   Yes, I see it.
17   Q   Do you recognize this document?
18   A   Yes, it's the same manual, HDD -- Sony HDD
19   manual.
20   Q   Do you see where it says that you can  10:19AM
21   select one from the following playback modes?
22   A   Yes.
23   Q   Do you see that there are four different
24   playback modes for shuffle play?
25   A   Yes.                              10:20AM
```
Page 42

```
 1   Q   What is the third playback mode described  10:20AM
 2   here?
 3   A   "Shuffle:  Albums.  Plays albums in play
 4   queue in random order.  The order of tracks in each
 5   album does not change."              10:20AM
 6   Q   And in this third playback mode, would a
 7   playback queue still be an ordered list?
 8   A   A playback -- well, the order of tracks in
 9   the album doesn't change, so that's an ordered list,
10   right?  Yes.                         10:20AM
11   Q   It looks like there is a second playback
12   mode described here.  It says, "Shuffle:  Tracks,
13   plays tracks in play queue in random order."
14       Do you see that?
15   A   Yes.                             10:21AM
16   Q   In the second playback mode, is a playback
17   queue an ordered list?
18       MR. HEFAZI:  Objection, asked and
19   answered.
20       THE WITNESS:  The playback queue is an  10:21AM
21   ordered list, yes.  The tracks are playing in random
22   order but the queue is an ordered list.
23   BY MR. PAK:
24   Q   Okay.  With respect to the third playback
25   mode here, we are talking about shuffle albums  10:21AM
```
Page 43

```
 1   again, how is it possible to shuffle multiple albums  10:21AM
 2   in a playback queue in random order without changing
 3   the order of the individual tracks in each album?
 4   A   The album itself is identified as an item
 5   and it has subitems in it, I guess they are called the  10:22AM
 6   tracks.  I think that's what you're asking.  So what
 7   is being shuffled is the album title.
 8       Once that is ordered to play, then the
 9   tracks play in order in that album.
10   Q   So in that scenario, is an album a    10:22AM
11   multimedia album?
12       MR. HEFAZI:  Objection, vague and
13   ambiguous.
14       THE WITNESS:  I think we talked about this
15   before.  It kind of depends on who you ask.  It can  10:22AM
16   be, yes.
17   BY MR. PAK:
18   Q   I would like to introduce another exhibit
19   here.  I will mark it as Exhibit 7.  Let me know
20   when you see it.                      10:23AM
21       (Exhibit 7 was marked for identification.)
22       THE WITNESS:  One second.  Yes.
23   BY MR. PAK:
24   Q   Do you recognize this document?
25   A   Yes, it's from the same manual, from Sony.  10:23AM
```
Page 44

```
 1   Q   Do you know what the TuneIn music service  10:23AM
 2   is?
 3   A   Yes, I do.
 4   Q   Have you ever used TuneIn?
 5   A   Yes.                              10:23AM
 6   Q   Okay.  In this document, there is some
 7   instructions here.  It says, "The TuneIn music
 8   services may not be available depending on your
 9   country or region."
10       It says 1, 2, 3.  One says, "Tap (Music  10:24AM
11   Services) on the home screen.
12       Two, "Tap (TuneIn)," then "select station
13   or show."
14       And 3, "Tap the items you like" to -- I'm
15   sorry, 3 says, "Tap the items you like and keep  10:24AM
16   selecting the item following the instructions that
17   appear on the display.  The radio station or show
18   streaming screen appears and streaming starts."
19       Do you see that?
20   A   I do.                             10:24AM
21   Q   So in the Sony HDD audio remote, when the
22   internet radio station is selected, such as a TuneIn
23   radio station, does that radio station get added to
24   the playback queue?
25       MR. HEFAZI:  Objection, vague and  10:25AM
```
Page 45

12 (Pages 42 - 45)

```
 1  ambiguous, calls for speculation.        10:25AM
 2       THE WITNESS: When I used this device, I
 3  did not try it with -- it was some years ago, I was
 4  only playing songs, not radio stations, so I can't
 5  say for sure.                            10:25AM
 6  BY MR. PAK:
 7    Q   And the Sony HDD audio remote, the
 8  playback queue includes the currently playing
 9  multimedia item; correct?
10    A   In the menus that we saw of the screenshots, 10:25AM
11  they were not showing radio stations. I don't know if
12  that means that they are excluded or not.
13       But it's playing -- the screens that we
14  saw showed songs or albums, but I don't think they
15  speak to radio stations in those screens at least. 10:25AM
16    Q   Okay. But in the Sony HDD audio remote,
17  the playback queue contains the currently playing
18  track; correct?
19    A   Correct.
20    Q   So when a user taps a TuneIn internet 10:26AM
21  radio station to stream that internet radio station,
22  you're not sure why they're not -- that track is
23  added -- that radio station gets added to the
24  playback queue; is that your opinion?
25    A   It is. The reason for that is this is a 10:26AM
                                                   Page 46
```

```
 1  different kind of media. It's coming from a streaming 10:26AM
 2  service -- a streaming radio service and typically
 3  it's a different application.
 4       It's a third-party application, not part
 5  of the music player application that would be 10:26AM
 6  embedded into a player like the Sony or the iPad.
 7       MR. PAK: Okay. I would like to introduce
 8  a new exhibit here. Just bear with me. This one is
 9  a large document. It's taking a long time to load.
10       (Exhibit 8 was marked for identification.) 10:27AM
11       MR. PAK: I just marked this exhibit as
12  Exhibit 8.
13    Q   Let me know when you see it on your
14  screen.
15    A   I'm downloading it now.            10:27AM
16       VIDEOGRAPHER: Counsel, I think
17  Mr. Hefazi's connection is off.
18       Counsel, can you hear?
19       MR. HEFAZI: I think I went out. I'm back
20  now. Can you hear me?                    10:28AM
21       VIDEOGRAPHER: Yes.
22       THE WITNESS: Okay. I have Exhibit 8,
23  which is Exhibit F.
24  BY MR. PAK:
25    Q   You recognize this document; right? 10:28AM
                                                   Page 47
```

```
 1    A   Yes.                               10:28AM
 2    Q   Let's go to Page 699.
 3    A   "Search the Library," that one?
 4    Q   Yes. I would like to focus on the section
 5  that says, "Playlists."                  10:28AM
 6    A   Okay.
 7    Q   Can you read the first two paragraphs for
 8  the record?
 9    A   "A playlist is a set of songs that you've
10  handpicked and hand-sequenced. They might have 10:28AM
11  originated on a whole bunch of different CDs, but you
12  think they will go well together. You can read more
13  about playlists in the media player chapter (Page 473)
14  because guess what? Windows Vista is smart enough to
15  make the same playlist show up in both programs. Any 10:29AM
16  playlist you create in Media Player appear in Media
17  Center, and vice versa.
18       "Auto Playlists are self-building,
19  self-updating lists of songs that change as you
20  listen, download and change ratings. These, too, 10:29AM
21  are described in Chapter 14 but unlike Media Player,
22  Media Center comes prestocked with Auto Playlists.
23  Here you'll find playlists of music you listen to
24  the most, music you've listened to in the last
25  month, music rated at four or five stars. As your 10:29AM
                                                   Page 48
```

```
 1  preferences and playback habits change, so do the 10:29AM
 2  items in the playlist."
 3    Q   So this section here discloses that there
 4  are two types of playlists; correct?
 5    A   Correct.                           10:29AM
 6    Q   One type of playlist is a playlist that's
 7  created manually by a user; correct?
 8    A   Correct.
 9    Q   Another type of playlist is an auto
10  playlist that is created without a user selecting 10:30AM
11  songs for the playlist; correct?
12    A   Correct.
13    Q   Let's look at the fourth paragraph in the
14  section. It says, "Click Play to play a highlighted
15  playlist immediately, or click Add to Queue to play 10:30AM
16  after whatever's currently playing."
17       Do you see that?
18    A   Yes.
19    Q   So this disclosure here is saying that a
20  user can add an entire playlist to a playback queue; 10:30AM
21  correct?
22    A   Yes.
23    Q   And the user can add the entire playlist
24  to a playback queue without having to individually
25  add each song in the playlist to the playback queue; 10:30AM
                                                   Page 49
```

```
 1  correct?                                    10:30AM
 2     A  Yes.  That's how Vista Windows has
 3  implemented it, yes.
 4     Q  Going back to Paragraph 47 of your
 5  declaration, which is Exhibit 1.            10:31AM
 6     A  Sorry, I have a lot of documents open.
 7     Q  You say that "a playback queue is an
 8  ordered list of multimedia items that is selected by
 9  the user for playback."
10        Does that mean that the user has to   10:31AM
11  manually select each multimedia item in the ordered
12  list?
13     A  No.
14     Q  Okay.  Let's go back to Exhibit 8.  Let's
15  go to PDF Page 700.                         10:32AM
16        Do you see the section about creating a
17  queue?
18     A  Yes.
19     Q  There are three bullets here.  The first
20  bullet says, "An album at a time," "a song at a   10:32AM
21  time" and "a playlist at a time."
22        Right above it, it says, "You can add
23  music to your Media Center queue in any of three
24  chunks," as I just described here; correct?
25     A  Correct.                              10:32AM
                                                Page 50
```

```
 1     Q  So this disclosure here is saying that a  10:32AM
 2  user can add an entire queue without manually
 3  selecting each track in the playlist; correct?
 4     A  Yes.  I believe we said that earlier as
 5  well.                                       10:32AM
 6     Q  Likewise, a user can add an entire album
 7  to a playback queue without manually selecting each
 8  track in the album; correct?
 9     A  Correct.
10     Q  And like we said earlier, a playback queue  10:33AM
11  can contain a single song selected by a user;
12  correct?
13     A  Contain a single song in general, whether
14  it's automatically selected or not by a user, yes.
15     Q  Let's look at the section where it says,  10:33AM
16  "The Music Queue."
17        Do you see that?
18     A  Yes.
19     Q  It says, "A queue is a waiting line," and
20  then the manual analogizes a queue to a line at the  10:33AM
21  DMV.
22        Do you see that?
23     A  Yes.
24     Q  A line at the DMV can be empty; correct?
25     A  Correct.                              10:34AM
                                                Page 51
```

```
 1     Q  So you could be the first one at the DMV;  10:34AM
 2  correct?
 3     A  Correct.  Well, if you're the first one,
 4  it's not empty anymore.  It was empty.
 5     Q  Does this mean that a playback queue can   10:34AM
 6  be empty as well?
 7     A  It can.  As I said before, it's not a very
 8  interesting queue until you add something to it.  But
 9  the notion is that there is a queue that existed and
10  it's about to be filled, yes, sure.         10:34AM
11     Q  Let's go to the next page, PDF Page 701.
12     A  Okay.
13     Q  Do you see where the manual says, "Empty
14  the queue"?
15     A  I do.                                 10:34AM
16     Q  So again, this confirms that a queue can
17  be emptied; correct?
18     A  Yes.
19        MR. PAK:  I want to introduce a new
20  exhibit here.  Give me one second to load it.   10:35AM
21        (Exhibit 9 was marked for identification.)
22  BY MR. PAK:
23     Q  I just marked the exhibit as Exhibit 9.
24  Let me know when you see that.
25     A  I see it.                             10:36AM
                                                Page 52
```

```
 1     Q  You recognize this document; correct?   10:36AM
 2     A  Yes.  Exhibit E from my declaration.
 3     Q  Let's go to PDF Page 44.  Can you read the
 4  last sentence under "What is a music queue?"
 5     A  "When you add selections to a queue, you can  10:36AM
 6  choose to play them now, play them next, add them to
 7  the end of the queue, or play them now and clear the
 8  queue of previous music selections."
 9     Q  So this section of the Sonos controller
10  guide describes how a user can add something to a   10:36AM
11  music queue; correct?
12     A  Correct.  Well, I should clarify.  It says
13  what happens when you add it.  I'm not sure it
14  describes the mechanism in this paragraph.  But yes.
15     Q  When it says that a user can clear the   10:36AM
16  queue of previous music selection, does that mean --
17  does that mean the playback queue can be empty?
18     A  Play them now and clear the queue,
19  previous -- it means that the queue can be empty, I'm
20  not sure the sentence is addressing that.   10:37AM
21        I think that last part of the sentence is
22  talking about adding new items to the queue and
23  deleting the previous ones is how I read it.
24     Q  What do you think it means when the manual
25  says "clear the queue of previous music selections"?   10:37AM
                                                Page 53
```

Page 54

```
 1    A    It means there was a list of selections in    10:37AM
 2   the queue and they are being cleared by the user.
 3        But it's part of the "when you add
 4   selections to the queue," so when you add
 5   selections, you can clear the previous ones. That's    10:38AM
 6   how I read that sentence.
 7    Q    Okay. So if there are two songs in a
 8   playback queue and a user clears one of the songs in
 9   the playback queue, there will be one song in the
10   playback queue; correct?                             10:38AM
11    A    Correct.
12    Q    What if there was only one song in the
13   playback queue and the user clears that song in the
14   playback queue, would there still be a playback
15   queue?                                               10:38AM
16    A    There would, it just wouldn't have any songs
17   at the moment in it.
18    Q    It would just be empty; right?
19    A    Yes.
20    Q    Let's go to PDF Page 66. It says,              10:38AM
21   "Napster Automix."
22    A    Yes.
23    Q    Are you familiar with the Napster music
24   service?
25    A    Are you trying to get me into legal trouble?   10:39AM
```

Page 55

```
 1   Sorry.                                               10:39AM
 2        Yes, I am.
 3    Q    Please read the first two sentences there.
 4    A    "You can create an instant playlist based on
 5   an artist or a track selection. Napster will select  10:39AM
 6   40 similar tracks based on your selection and add the
 7   tracks to your music queue."
 8    Q    There's some instructions here. On
 9   Number 4, it says, "To create an automix for a
10   track - select a track, right-click, and select      10:39AM
11   Create Automix."
12        Do you see that?
13    A    Yes.
14    Q    So is it your understanding that Napster's
15   Automix is a type of playlist created based on a     10:40AM
16   user's selection of either an artist or individual
17   track?
18        MR. HEFAZI: Objection, vague.
19        THE WITNESS: It's an automatically
20   created mix. I don't know the criteria that they     10:40AM
21   use. I don't think they are listed here.
22        The ones you mentioned could be part of
23   them. I guess it says it on the first line, so yes.
24   BY MR. PAK:
25    Q    Okay. Let me ask that again then.              10:40AM
```

Page 56

```
 1    Q    Is it your understanding that Napster         10:40AM
 2   Automix is a type of playlist created based on a
 3   user's selection of either an artist or an
 4   individual track?
 5    A    Yes.                                           10:40AM
 6    Q    The instructions above it starting with
 7   Number 1, it says, "From the Music Services tab,
 8   search for a Napster artist that you would like to
 9   listen to."
10        Number 2, "Select Artist Automix."             10:41AM
11        Number 3, it says, "Right-click and select
12   one of the following:
13        "Play now.
14        "Add to Queue to add it to the end of your
15   music queue," or                                     10:41AM
16        "Play Now and Replace Queue."
17        Do you see that?
18    A    I do.
19    Q    So the Sonos controller guide here teaches
20   that entire playlist containing a plurality of       10:41AM
21   tracks can be added to a playback queue without the
22   user manually selecting each track in the playlist;
23   correct?
24    A    Yes.
25    Q    And below that there is a section on          10:41AM
```

Page 57

```
 1   Napster Radio.                                       10:41AM
 2        Do you see that?
 3    A    I do.
 4    Q    Do you know what Napster Radio is?
 5    A    I have a good idea. I don't know              10:42AM
 6   specifically Napster Radio, but I suspect it's similar
 7   to other internet radio.
 8    Q    So it's an internet radio station;
 9   correct?
10    A    I believe so. I've never used it, so I        10:42AM
11   don't know for sure.
12    Q    What does the section about Napster Radio
13   disclose?
14        MR. HEFAZI: Objection, vague and
15   ambiguous.                                           10:42AM
16        THE WITNESS: It discloses that you can
17   play a radio station from Napster in one of the
18   Sonos zones.
19   BY MR. PAK:
20    Q    Do you see the instruction there where it     10:42AM
21   says, "Add to Queue"?
22    A    Yes.
23    Q    So the Sonos controller guide discloses
24   that a user can select an internet radio station in
25   Napster and add it to a playback queue; correct?    10:43AM
```

```
 1    A    Correct.                          10:43AM
 2    Q    Now I would like to go back to Exhibit 2,
 3  which is the '615 patent.
 4    A    Exhibit 2, okay.
 5    Q    I would like you to look at Claim 13 again   10:43AM
 6  on Page 27.
 7    A    Okay.
 8    Q    And we're looking at the same limitation,
 9  Limitation A in Column 20.
10         It says, "one or more resource locators    10:43AM
11  corresponding to respective locations of the
12  multimedia content at one or more second cloud
13  servers on the streaming content service."
14         Do you see that?
15    A    Yes.  Let me just read the whole thing so I  10:44AM
16  have the context.
17    Q    Sure.
18    A    Okay.  Yes, I see it.
19    Q    What does the term "corresponding to" mean
20  in this claim limitation?                   10:44AM
21         MR. HEFAZI:  Objection, vague, ambiguous,
22  outside the scope of his report.
23         THE WITNESS:  I think it's a word that
24  describes how a URL works.  It points to a location
25  of an internet resource, in this case multimedia    10:44AM
                                                      Page 58
```

```
 1  content.                                   10:44AM
 2  BY MR. PAK:
 3    Q    Does the term "corresponding to" -- let me
 4  scratch that.
 5         Is the term "corresponding to" synonymous   10:45AM
 6  with "associated with" in this context?
 7         MR. HEFAZI:  Objection, vague and
 8  ambiguous, calls for speculation.
 9         THE WITNESS:  I suppose.  I think -- I
10  don't know.  I for some reason think that      10:45AM
11  "corresponding" is a stronger term that is the exact
12  correspondence.  "Associated with" might be weaker.
13         But I don't know -- I guess they are
14  equivalent.  I don't have a strong opinion on that.
15  BY MR. PAK:                                10:45AM
16    Q    Is the term "corresponding to" synonymous
17  with the term "related to" in the context of this
18  claim?
19         MR. HEFAZI:  Objection, vague and
20  ambiguous, calls for speculation.            10:46AM
21         THE WITNESS:  I think we're getting into
22  that thesaurus category now.  Sure, yes.
23  BY MR. PAK:
24    Q    Okay.  Let's go back to your declaration,
25  which is Exhibit 1.  And let's look at Paragraph 56.  10:46AM
                                                      Page 59
```

```
 1    A    Okay.                              10:46AM
 2    Q    Would you please read the first sentence
 3  of that paragraph.
 4    A    "I agree with Google's proposed construction
 5  that the term 'resource locator' means 'address of a  10:46AM
 6  resource on the Internet' based on how a POSITA would
 7  understand the term in view of the intrinsic and
 8  extrinsic record.  In contrast, Sonos proposes a
 9  'plain and ordinary meaning' construction, but does
10  not articulate what it believes is the plain and   10:47AM
11  ordinary meaning of the term 'resource locator' or how
12  it differs from Google's proposed construction."
13    Q    Let's skip to Paragraph 57 of your
14  declaration.
15    A    Okay.                              10:47AM
16    Q    Would you please read the last sentence in
17  that paragraph.
18    A    "Indeed, in my experience, the term
19  'resource locator' is often used in the art as
20  shorthand for the phrase 'Uniform Resource Locator' or  10:47AM
21  URL."
22    Q    So here you didn't cite to anything from
23  your experience to draw this conclusion.
24         What experience are you relying on to
25  conclude that a resource locator is often used in   10:48AM
                                                      Page 60
```

```
 1  the art as shorthand for the phrase "Uniform   10:48AM
 2  Resource Locator" or URL?
 3    A    This is from my experience at USC.  Starting
 4  around 1996, I was part of a team that started the
 5  first national multimedia center in the U.S. as part  10:48AM
 6  of a research center.
 7         One of the kind of branches of research in
 8  that had to do with early internet-related
 9  technologies.  We had students that were working on
10  projects.                                  10:48AM
11         So I'm basing it on being around people
12  that were programming HTML code, among other things,
13  and talking about resource locators and other URIs.
14    Q    So a URL is a type of resource locator in
15  your opinion; correct?                       10:49AM
16    A    No, a URL is a resource locator.  It's a
17  type of --
18    Q    It is --
19    A    -- indicator.  It's a type of URI.
20    Q    So when you hear the term "research      10:49AM
21  locator," it's your opinion that that term is
22  synonymous with "URL"?
23    A    Yes.
24    Q    So in the context of the '615 patent, it
25  is your opinion that a resource locator must be a   10:49AM
                                                      Page 61
```

16 (Pages 58 - 61)

```
 1   URL; correct?                             10:49AM
 2     A   It is.  In fact, I believe almost everywhere
 3   that they talk about resource locator, the -- it says
 4   "universal" in front of it with the exception of one
 5   of the claims, I believe.                 10:50AM
 6     Q   What is a URL?
 7     A   A URL is a string of text that uniquely
 8   points to an internet resource.
 9     Q   Are there different types of URLs?
10     A   There are -- the most -- the most common one 10:50AM
11   is based on the HTTP protocol.  I'm trying to think of
12   other types of URLs.
13         I guess FTP would be a different type of
14   URL, it provides an identification, location and
15   means to retrieve, which are required for a URL. 10:51AM
16     Q   Does the term "resource locator" recited
17   in the '615 patent have to be a specific type of URL
18   or can it be any type of URL?
19     A   I think as long as it --
20         MR. HEFAZI:  Objection, vague and        10:51AM
21   ambiguous.
22         THE WITNESS:  As long as it follows the
23   definition of a URL, it can be any type of URL.
24   BY MR. PAK:
25     Q   Can you think of any type of URL that    10:51AM
                                                    Page 62
```

```
 1   would not be an address of a resource on the   10:51AM
 2   internet?
 3     A   No.  There are URIs.  So we should think of
 4   this -- URI, Universal Resource Indicators, can
 5   contain other types of links.  One type of URI is a 10:52AM
 6   URL, which must contain the address.
 7         But there are other types like name, ISBN
 8   numbers of books and things like that that are
 9   descriptive of the item but do not provide the
10   location necessarily.                       10:52AM
11     Q   Are there any types of URLs that do not
12   provide the location?
13     A   No.  That would be contrary to the
14   definition of a URL.
15     Q   Do you know what a PURL is, which stands 10:52AM
16   for persistent uniform resource locator?
17     A   I have heard the term, yes.
18     Q   Would you please describe what a
19   persistent URL is?
20     A   To the best of my recollection, I should -- 10:53AM
21   so a URL, first, points to an internet resource but
22   that internet resource may not be persistent.  For
23   example, if you have a URL that points to a site that
24   is Super Bowl champions, it always points to that
25   site, but the content in that site changes.  10:53AM
                                                    Page 63
```

```
 1     I believe that a PURL points to a site     10:53AM
 2   that does not change.
 3     Q   So is it your opinion that a persistent
 4   URL is a type of URL?
 5     A   Yes.                                   10:53AM
 6         MR. PAK:  I would like to introduce a new
 7   exhibit marked as Exhibit 10.  Let me know when you
 8   see it.
 9         (Exhibit 10 was marked for identification.)
10         THE WITNESS:  Okay.                    10:54AM
11   BY MR. PAK:
12     Q   Do you happen to recognize this document?
13     A   I mean, it's from the Internet Archive.  But
14   I do not recognize it, no.
15     Q   Okay.  Well, I'll represent to you that 10:54AM
16   it's a published article I found on the internet
17   entitled "Introduction to Persistent Uniform
18   Resource Locators."  It's authored by the developers
19   of the PURL concept at the Online Computer Library
20   Center.                                      10:54AM
21         Do you see that this published article was
22   captured on the Wayback Machine on December 13th,
23   2011?
24         MR. HEFAZI:  Objection, lacks foundation.
25         THE WITNESS:  Help me where the date is. 10:55AM
                                                    Page 64
```

```
 1   I don't see the date.                        10:55AM
 2   BY MR. PAK:
 3     Q   Do you see the header?
 4     A   Oh, yes.  I see it.
 5     Q   Okay.  Let's look at the second paragraph 10:55AM
 6   under "Today's solution:  Persistent URLs."
 7         Could you please read the second paragraph
 8   under that header?
 9     A   "Functionally, a PURL is a URL.  However,
10   instead of pointing directly to the location of an 10:55AM
11   internet resource, a PURL points to an intermediate
12   resolution service.  The PURL Resolution Service
13   associates the PURL with the actual URL and returns
14   that URL to the client.  The client can then complete
15   the URL transaction in a normal fashion.  In Web 10:56AM
16   parlance, this is a standard Hypertext Transfer
17   Protocol redirect."
18     Q   So is a PURL an address of a resource on
19   the internet?
20     A   A PURL points to an address which is the URL 10:56AM
21   is what this says.
22     Q   So does that mean a PURL is not an address
23   of a resource on the internet?
24     A   The PURL does not stand on its own.  It
25   needs a URL to point to.  So it's -- I think of it 10:56AM
                                                    Page 65
```

17 (Pages 62 - 65)

**Page 66**

```
 1  more as a tool, an intermediate service to assist    10:56AM
 2  with, as they call it, redirect to different web
 3  pages.
 4       So, for example, when you type in, I don't
 5  know, Lakers.com, it might take you to              10:57AM
 6  Lakers.MBA.com, which is the original URL.  The PURL
 7  would be the Lakers.com.
 8   Q   So is it your opinion that a PURL is not
 9  an address of a resource found on the internet?
10       MR. HEFAZI:  Objection, asked and answered  10:57AM
11  already.
12       THE WITNESS:  Because of the fact that it
13  doesn't stand on its own and it needs a URL, I would
14  say no.
15  BY MR. PAK:                                         10:57AM
16   Q   So it's not an address to a resource on
17  the internet because it doesn't point directly to an
18  address of a resource on the internet; correct?
19       MR. HEFAZI:  Objection, mischaracterizes
20  testimony.                                          10:58AM
21       THE WITNESS:  No, it does point to an
22  address.  It does not point to an internet resource
23  directly.
24  BY MR. PAK:
25   Q   Let's go over that again.                      10:58AM
```

**Page 67**

```
 1       The document says, "instead of pointing      10:58AM
 2  directly to the location of an Internet resource, a
 3  PURL points to an intermediate resolution service."
 4       Do you see that?
 5       MR. HEFAZI:  Counsel, where are you          10:59AM
 6  looking?
 7       MR. PAK:  I'm looking at the exhibit, the
 8  paragraph that -- the paragraph that Dr. K read, the
 9  second paragraph under "Today's solution."
10       MR. HEFAZI:  Okay.                           10:59AM
11  BY MR. PAK:
12   Q   So again, Dr. K, this document says,
13  "However, instead of pointing directly to the
14  location of an internet resource, a PURL points to
15  an intermediate resolution service."               10:59AM
16       Do you see that?
17   A   Yes.
18   Q   Is it your opinion that a PURL is not an
19  address of a resource on the internet because it
20  doesn't point directly to an address of a resource  10:59AM
21  on the internet as this document says?
22   A   Yes.
23       MR. HEFAZI:  Objection, vague and
24  ambiguous, and mischaracterizes the document.
25
```

**Page 68**

```
 1  BY MR. PAK:                                         11:00AM
 2   Q   Okay.  So is it your opinion that the term
 3  resource locator exclude certain types of URLs such
 4  as a PURL?
 5   A   In the context of what we're talking about  11:00AM
 6  in the patent, yes, it is my opinion that a PURL is
 7  not a resource locator.  It wouldn't point directly to
 8  a multimedia content item.
 9   Q   Let's go back to Paragraph 56 of your
10  declaration.                                        11:00AM
11   A   Okay.
12   Q   Here you agree with Google's proposed
13  construction that a resource locator is an address
14  of a resource on the internet; correct?
15   A   Correct.                                      11:01AM
16   Q   What is a resource?
17   A   A resource on the internet I presume you
18  mean?
19   Q   Yes.  In the context of the term of
20  "resource on the internet," what does "resource"    11:01AM
21  mean?
22   A   It's a wide variety of items that can be on
23  the internet.  It can be a song, a video, a book, a
24  movie.  It's any kind of content that -- it could also
25  be a dictionary, any kind of content that is found on  11:01AM
```

**Page 69**

```
 1  the internet that has an address is a resource.    11:01AM
 2   Q   Okay.  In an example where a song is a
 3  resource on the internet, what is the resource
 4  locator?
 5   A   It is the URL that points to the Web address 11:02AM
 6  of the location of the song.
 7       MR. PAK:  I would like to introduce a new
 8  exhibit here.
 9       (Exhibit 11 was marked for identification.)
10       MR. PAK:  I will mark this as Exhibit 11.    11:02AM
11   Q   Let me know when you see it.
12   A   Yes.
13   Q   You recognize this document; correct?
14   A   I do.
15   Q   What is this document?                        11:03AM
16   A   It's the exhibit from my -- Exhibit G from
17  my declaration.  It's part of the Merriam Webster --
18  it's a snip from the Merriam Webster dictionary.
19   Q   Do you know when these definitions of
20  "resource locator" and "URL" were published online?  11:03AM
21   A   I do not.
22   Q   Did you print these definitions yourself?
23   A   For my declaration, yes, I did.
24   Q   Do you know when these definitions were
25  printed?                                            11:03AM
```

```
 1    A   I'm sorry, printed by me?              11:03AM
 2    Q   Yes, printed by you.
 3    A   So I did everything electronically without
 4  printing except this morning when I printed a copy of
 5  my report.                                   11:04AM
 6    Q   Right.  So the header of Exhibit 11 here
 7  has a February 11th, 2022 date.
 8        Is that when this Exhibit G was printed
 9  for your declaration?
10    A   I believe that is the date that my     11:04AM
11  declaration was submitted.  So that's probably the
12  reason for that date.
13    Q   Did you conduct a search for the
14  definitions of "resource locator" and "URL" in this
15  Merriam Webster online dictionary?           11:04AM
16    A   No, I conducted a search for "resource
17  locator" because I was unfamiliar with the term on its
18  own without the word "universal" or "uniform" ahead of
19  it.  And what I found was that those were the only two
20  choices.                                     11:05AM
21    Q   Let's skip to Paragraph 61 of your
22  declaration.  Could you please read the first
23  sentence?
24    A   "The term 'resource locator' appears in the
25  '615 patent specification only as part of the larger  11:05AM
                                                  Page 70
```

```
 1  phrase 'uniform resource locator (URL)', which the  11:05AM
 2  patent describes as 'specifying an address' to an
 3  audio track in the cloud."
 4    Q   Then you cite to passages in the '615
 5  patent, for example, you cite to Column 11, Row 65  11:05AM
 6  through Column 12, Row 3; correct?
 7    A   Correct.
 8    Q   And that passage says, "For example, zone
 9  player 602 may contain a uniform resource locator
10  (URL) that specifies an address to a particular   11:06AM
11  audio track in the cloud.  Using the URL, the zone
12  player 602 may retrieve the audio track from the
13  cloud and ultimately play the audio out of one or
14  more zone players."
15        Do you see that?                       11:06AM
16    A   I do.
17    Q   Does that mean that a playback device
18  recited in Claim 13 of the '615 patent must be able
19  to communicate over the internet?
20    A   If it's going to be retrieving URL, yes,  11:06AM
21  URLs.
22        MR. PAK:  I actually don't have any other
23  questions.  It seems like we're going to have a very
24  short dep here.  Nima, do you have any questions you
25  would like to ask?                           11:07AM
                                                  Page 71
```

```
 1        MR. HEFAZI:  Yeah.  Can we take a short  11:07AM
 2  break and I can come back on the record and let you
 3  know if I have any questions.
 4        MR. PAK:  Sure, how about we come back
 5  at -- what time is it?                       11:07AM
 6        THE WITNESS:  11:07 here.
 7        MR. HEFAZI:  It's 11:07.  How about if we
 8  came back around 11:20?
 9        MR. PAK:  That sounds good.
10        VIDEOGRAPHER:  This marks the end of Media  11:07AM
11  Number 2.  Going off the record at 11:07 a.m.
12        (Recess taken.)
13        VIDEOGRAPHER:  This marks the beginning of
14  Media Number 3.  Going back on the record at
15  11:19 a.m.                                   11:19AM
16        MR. HEFAZI:  Dr. Kyriakakis, no questions
17  for me.  Thank you for your time.  I appreciate it.
18        THE WITNESS:  Thank you.
19        VIDEOGRAPHER:  Counsel, is it okay to go
20  off the record?                              11:20AM
21        MR. PAK:  Yes.
22        MR. HEFAZI:  Yes.
23        VIDEOGRAPHER:  Thanks.  We're off the
24  record at 11:20 a.m.  And this concludes today's
25  testimony given by Dr. Chris Kyriakakis.     11:20AM
                                                  Page 72
```

```
 1        The total number of media used was three
 2  and will be retained by Veritext Legal Solutions.
 3        (Proceedings concluded at 11:20 a.m.)
                                                  Page 73
```

19 (Pages 70 - 73)