# EXHIBIT 11
## (Excerpted)



US 20120089910A1

## (19) United States
## (12) Patent Application Publication
Cassidy

(10) Pub. No.: **US 2012/0089910 A1**
(43) Pub. Date: **Apr. 12, 2012**

(54) **ADVANCED PLAYBACK QUEUE MANAGEMENT**

(75) Inventor: **Brendon P. Cassidy**, Los Angeles, CA (US)

(73) Assignee: **CRICKET COMMUNICATIONS, INC.**

(21) Appl. No.: **13/158,287**

(22) Filed: **Jun. 10, 2011**

### Related U.S. Application Data

(60) Provisional application No. 61/353,606, filed on Jun. 10, 2010, provisional application No. 61/394,209, filed on Oct. 18, 2010, provisional application No. 61/394,222, filed on Oct. 18, 2010, provisional application No. 61/430,004, filed on Jan. 5, 2011, provisional application No. 61/425,192, filed on Dec. 20, 2010.

### Publication Classification

(51) Int. Cl.
    *G06F 3/01*      (2006.01)
    *G06F 15/16*      (2006.01)

(52) U.S. Cl. .......................................................... 715/716

(57) **ABSTRACT**

Methods, systems, apparatus and non-transitory computer readable-media are described for creating and/or maintaining a playback queue of media content. In one aspect, a computer-implemented method of providing playback of media content includes receiving a request from a mobile communications device associated with a user to browse a media archive. A user selection of a category and a request to initiate management of a playback queue are received. A media listing is generated responsive to the received request. A user selection of one or more items of media content from the generated media listing is received. One or more playback queue options for the user selected items of media content are presented. A user selection of one of the presented one or more playback queue options is received. The user selected items of media content are manipulated to update the playback queue responsive to the received user selected playback queue option.



SONOS-SVG2-00042982

through any known technique, including through touch and cursor designation. The icons presented are representative and other implementations can include fewer, more, and/or different icons.

[0041] MyMusic icon (or button) 402 can be selected to present a local media interface 410, which can provide access to and browsing of the local media archive stored on the mobile communications device. The local media interface 410 can include categories by which the locally stored media can be sorted, including local playlists. Thus, a subscriber can maintain the local playlist using the local media interface. One or more other categories also can be included, such as songs, albums, artists, genres, ringtones, ringback tones, music videos, television shows, and movies. Selecting any of the above categories, such as songs from the local media interface 410 can present another interface, hierarchically organized as a sub-interface, that shows media corresponding to that category, allowing a user to traverse the local media archive. The local media interface 410 also can include a search tool, which can be used to search the local media archive, e.g. using keyword searching. Any item of media content in the local media archive can be selected by the user for inclusion in a customized playback queue. An example of creating and/or maintaining a customized playback queue through the selection of song category is described with respect to FIGS. 5-6 below.

[0042] GetMusic icon 404 can be selected to present a remote media interface 420, corresponding to a remote music archive or media store. The remote media interface 420 can provide access to and browsing of the remote media archive and can be configured to include categories by which the media is organized. For instance, the remote media interface 420 can include one or more categories corresponding to the local media interface 410 including playlists, songs, albums, artists, genres, ringtones, and ringback. The remote media interface 420 also can include one or more other categories, including personalized suggestions, featured media, new releases, and top downloads, e.g. for a predetermined period of time, such as a day, week, or month. Selecting a category from the remote media interface 420 can present another interface, hierarchically organized as a sub-interface, that shows media corresponding to the selected category, allowing a using to traverse the remote media archive. The remote media interface 420 also can include a search tool, which can be used to search the remote media archive, e.g. using keyword searching. Any item of media content in the remote media archive accessed through the GetMusic icon 404 can be selected by the user for inclusion in a customized playback queue. In some implementations, download of a remote item of media content can begin automatically upon its selection for inclusion in the customized playback queue. Further, the item of media content may be made accessible to the customized playback queue as soon as the download completes.

[0043] MyDJ icon 406 can be selected to present a media access interface 415, which can provide access to and browsing of the items of media content associated with a local media archive and a remote media archive available to the mobile communications device. The local and remote media archives can be organized as playlists, which can include either or both of local playlists, e.g. generated by the user of the device, and remote playlists that are generated by an external provider, such as another user or the system operator. A subscriber can expose their local playlists so that other music system subscribers can subscribe to them. Any subsequent changes to such a local playlist can cause the local media archives of any subscribers to be modified in kind. The media access interface 415 can include categories by which the items of media content including the playlists can be sorted, such as genre, content, and playlist source. For instance, the items of media content including the playlists can be organized using genres such as alternative, blues, country, jazz, and pop/rock. Selecting a category from the media access interface 415 can present another interface, hierarchically organized as a sub-interface, that shows items of media content including playlists corresponding to that category. In some implementations, the items of media content shown can include items of media content that are presently available, e.g. those associated with local playlists and subscribed playlists, and playlists that are not presently available but can be subscribed to. Further, the playlists that are presently available can be visually distinguished from those that are not, such as through highlighting or through the association of a graphical identifier. Any item of media content in the local or remote media archive accessed through the playlist interface 415 can be selected by the user for inclusion in a customized playback queue. In some implementations, download of a remote item of media content can begin automatically upon its selection for inclusion in the customized playback queue. Further, the item of media content may be made accessible to the customized playback queue as soon as the download completes.

[0044] GetSocial icon 408 can be selected to present a social interface 425, which can provide access to the subscriber's community. The community can include connected friends who also are subscribers to the media service, identified neighbors, and a Shout box that provides access to messaging within the media application and service. Further, the social interface 425 can provide access to the subscriber's profile, which can be used to describe and publicize subscriber characteristics, including musical preferences and the subscriber's local media archive. The social interface 425 also can include a search tool, which can be used to search the subscriber's social connections, e.g. using keyword searching. The social interface can be used to access and select one or more items of media content to be included in a customized playback queue.

[0045] FIG. 5 shows exemplary interfaces associated with playback queue management that can be presented by a mobile communications device. The media application can maintain a playback queue for media playback by the mobile communications device. At any time, the playback queue can include zero or more items of media, e.g. songs. Further, the media application's playback queue can be managed from one or more of the functional areas of the media application, such as the MyMusic, GetMusic, MyDJ, and GetSocial functional areas as shown in FIG. 4 above. Playback queue management can be accessed at any time by selecting a playback queue (or "SuperPlay") control, such as an icon or command button presented in an interface.

[0046] For instance, a songs interface 502 corresponding to an album for which one or more tracks are stored in the local media archive can be presented. The songs interface 502 can identify the name of the album, e.g. Fast Paced World, and can include a track listing 504 identifying all of the tracks included on that album or only the tracks included in the local media archive. The track listing 504 can be scrollable and/or resizable if the number of tracks exceeds the amount of available display space in the interface. If the names of all tracks

are displayed, the names of tracks that are stored in the local music archive, e.g. in MyMusic, can be visually distinguished from the names of the remaining tracks, such as through highlighting, text color, shading, or the presentation of a graphical device. Further, a download indicator **505** can be presented in association with a track in the track listing **504** that is in the process of being downloaded. Additionally, the songs interface **502** can feature one or more user selectable command buttons, e.g. at the bottom of the interface, including a SuperPlay button **506**.

[0047] When SuperPlay is invoked, e.g., by actuating the SuperPlay button **506**, the media items displayed in the preceding interface (the interface from which SuperPlay was invoked) are still presented and remain selectable. However, the media items are selectable for use in management of the play queue, which can include zero, one, or multiple media items at any given time. Any number of media items can be selected and a selected media item also can be deselected, e.g., through being selected again. For instance, an individual item of media content can be selected through direct touch input or all items of media content included in an interface can be selected through actuation of a "select all" button.

[0048] The SuperPlay button **506** can be selected to manage the playback queue of the media application. If no songs are playing and no songs have been selected for playback, the playback queue is empty. Otherwise, at least one song is included in the playback queue. Selecting the SuperPlay button **506** can cause a SuperPlay interface **508** (or playback queue management interface) to be displayed. The SuperPlay interface **508** can show the same items of media content as the interface from which the SuperPlay button **506** was selected, e.g. the songs interface **502** corresponding to an album, e.g. Fast Paced World. The SuperPlay interface **508** can be configured to permit one or more tracks from the track listing **504** to be selected. For instance, a select all button **510** can be actuated to select all of the tracks. Also, one or more tracks can be selected or deselected individually, by actuating the corresponding entry in the track listing **504**. If a track has not been selected, actuating the corresponding track listing, e.g. in a touch-interface, causes the track to be selected. Conversely, if a track has been selected, actuating the corresponding track listing causes the track to be deselected. A cancel button **512** also can be presented in the SuperPlay interface **508**. Selecting the cancel button **512** can cause the media application to exit the SuperPlay function without amending the playback queue, and any selections that had been made can be discarded.

[0049] A track that has been selected can be visually identified in the track listing **504**, e.g. by highlighting the track entry or by altering either or both of the text color and the background color. For instance, the selected tracks Adam's 3—Step **514** and Toujours Vouloir **516** can be presented using a different background color to distinguish them from the remaining tracks that have not been selected. Additionally, a "done" button **518** can be presented in the SuperPlay interface **508**, e.g. upon selection of the first track, to indicate that track selection is complete.

[0050] In response to selection of the done button **518**, a SuperPlay summary or menu **520** can be presented in the SuperPlay interface **508** to indicate the state of the playback queue and to provide for playback queue management. For instance, the SuperPlay summary **520** can indicate how many selected tracks are presently included in the playback queue, e.g. 42 songs. Further, the SuperPlay summary **520** can include one or more command buttons, such as the PlayNow button **522**, PlayNext button **524**, AppendtoQueue button **526**, and ReplaceQueue button **528**. Selecting the PlayNow button **522** causes playback of the first of the newly selected tracks to begin immediately. Selecting the PlayNext button **524** causes playback of the first of the newly selected tracks to begin after the presently playing song ends. If either of the play now and play next commands is selected, the newly selected media items can be placed at the front of the playback queue, while maintaining all of the media content already in the playback queue. Selecting the AppendtoQueue button **526** causes the one or more selected tracks to be added to the end of the existing playback queue. Also, selecting the ReplaceQueue button **528** causes the tracks previously in the playback queue to be discarded and the playback queue to be populated only with the newly selected tracks.

[0051] FIG. **6** shows an exemplary process flow for playback queue management. The media application can maintain a playback queue that includes zero or more songs that are ordered for playback. Further, the playback queue can be updated (or modified) at any time, including during playback of an item of media content. Updating of the playback queue can be initiated in response to detecting the selection of a playback queue (or SuperPlay) button or other such control (**605**). A playback queue button can be included in various interfaces of the media application, such as interfaces that identify one or more items of media content. Alternatively or additionally, a playback queue button can be implemented outside of the application interfaces, such as by using a physical control on the device or a virtual control implemented in a persistently displayed menu.

[0052] A media listing can be generated and presented in response to the selection of the playback queue button (**610**). The media listing can include one or more items of media content shown in, or otherwise associated with, the interface from which the playback queue button was selected. Further, the media listing can include zero, one, or more additional items of media content. The selection of an item of media content from the media listing can be received (**615**) and it can be determined whether any more selections are to be made (**620**). For instance, it can be determined whether input indicating an end of the media selection, e.g. a done command, has been received. If media selection is on-going, an additional media selection can be received (**615**).

[0053] Otherwise, one or more playback queue options can be presented (**625**). For instance, the playback queue options can include an option to begin playback of the one or more selected items of media content immediately. Beginning playback of the one or more selected items can cause playback of one or more presently playing media items to be canceled or suspended. The playback queue options also can include an option to play the one or more selected items of media content after playback of the presently playing media item has completed. Further, the playback queue options can include an option to append the one or more selected items of media content to the existing playback queue and an option to discard the existing playback queue and generate a new play queue based on the selected items of media content. The selection of one of the presented playback queue options can be received (**630**) and the playback queue can be updated accordingly (**635**).

[0054] Through SuperPlay, the playback queue can be continuously managed from any interface that identifies one or more items of content, including the MyMusic, GetMusic,