# EXHIBIT 14

```
 1                  UNITED STATES DISTRICT COURT
 2                 NORTHERN DISTRICT OF CALIFORNIA
 3
 4       GOOGLE LLC,                       )
                                           )
 5              PLAINTIFF,                 )
                                           )
 6         VS.                             )   NO.
                                           )   3:20-cv-06754-
 7       SONOS, INC.,                      )   WHA
                                           )
 8              DEFENDANT.                 )
         _____ )
 9       GOOGLE LLC,                       )
                                           )
10              PLAINTIFF,                 )
                                           )
11         VS.                             )   NO. C 20-06754 WHA
                                           )
12       SONOS, INC.,                      )
                                           )
13              DEFENDANT.                 )
         _____ )
14
15
16
17          ZOOM VIDEO DEPOSITION OF EXPERT WITNESS
18                  DOUGLAS SCHMIDT, PH.D.
19                 THURSDAY, MARCH 3, 2022
20
21
22
23
24       JOB NO. 5116748
25       REPORTED BY:  D'ANNE MOUNGEY, CSR 7872
```

Page 1

1  DEPOSITION OF DOUGLAS SCHMIDT, PH.D., TAKEN ON BEHALF OF
2  GOOGLE AT REDWOOD CITY, CALIFORNIA, COMMENCING AT
3  9:08 A.M. ON THURSDAY, MARCH 3, 2022, BEFORE D'ANNE
4  MOUNGEY, CSR 7872.
5
6
7  APPEARANCES OF COUNSEL:
8
9  FOR SONOS, INC.:
10     LEE SULLIVAN SHEA & SMITH, LLP.
           BY:  GEORGE LEE, ESQ.
11             MICHAEL BOYEA, ESQ.
           656 W RANDOLPH STREET
12         SUITE 5W
           CHICAGO, ILLINOIS 60661
13         1-312-754-9602
           LEE@LS3IP.COM
14
15
    FOR GOOGLE, LLC:
16
           QUINN EMANUEL URQUHART & SULLIVAN, LLP
17         BY:  MARC L. KAPLAN, ESQ.
           555 TWIN DOLPHIN DRIVE
18         5TH FLOOR
           REDWOOD SHORES, CALIFORNIA 94065
19         312-705-7400
           MARCKAPLAN@QUINNEMANUEL.COM
20
21
    ALSO PRESENT:
22
           KIMBERLEE DECKER, VIDEOGRAPHER
23
24
25
                                                                   Page 2

1              I N D E X
2
3  WITNESS        EXAMINATION         PAGE
4  DOUGLAS SCHMIDT, PH.D.,
5          BY MR. KAPLAN              6
6
7
8
9
10             E X H I B I T S
11
    NO.    PAGE    DESCRIPTION
12
    EXHIBIT 1   7     EXPERT REPORT OF DOUGLAS C.
13                    SCHMIDT
14  EXHIBIT 2   14    U.S. PATENT U.S. 9,967,615
15  EXHIBIT 3   31    U.S. PATENT U.S. 10,779,033
16  EXHIBIT 4   71    U.S. PATENT U.S. 2011/000433
17  EXHIBIT 5   84    U.S. PATENT U.S. 2012/00899
18  EXHIBIT 6   121   KEY STL FEATURES: CONTAINERS, AND
                      ALGORITHMS
19
20
21
22
23
         QUESTIONS INSTRUCTED NOT TO ANSWER
24
            (NONE)
25
                                                                   Page 3

1                 REDWOOD CITY, CALIFORNIA
2        THURSDAY, MARCH 3, 2022; 9:08 A.M.
3
4
5        THE VIDEOGRAPHER:  Good morning.  We're on      09:08:27
6  the record at 9:08 a.m. on March 3rd of 2022.
7        All participants are attending remotely.
8        Audio and video recording will continue to
9  take place, unless all parties agree to go off the
10  record.                                              09:08:58
11        This is media unit 1 of the recorded
12  deposition of Douglas Schmidt, Ph.D., taken by
13  counsel for Sonos in the matter of "Google versus
14  Sonos," U.S. District Court, Northern District of
15  California.  3:20-CV-06754.                          09:09:16
16        And "Sonos versus Google, U.S. District
17  Court, Northern District of California.
18  3:21-CV-7559.
19        My name is Kimberlee Decker from Veritext
20  Legal Solutions and I am the videographer.  The      09:09:39
21  court reporter is D'Anne Moungey.  I am not related
22  to any party in this action, nor am I financially
23  interested in the outcome.
24        Counsel and all present will now state
25  their appearances and affiliations for the record.  09:09:50
                                                                   Page 4

1  If there are any objections to proceeding, please
2  state them at the time of your appearance, beginning
3  with the noticing attorney.
4        MR. KAPLAN:  This is Marc Kaplan from Quinn
5  Emanuel Urquhart & Sullivan on behalf of Google.     09:10:00
6        MR. LEE:  This is George Lee from
7  Lee Sullivan Shea & Smith on behalf of Sonos.  I
8  also have with me today Michael Boyea from Lee
9  Sullivan Shea & Smith.
10        One clarification is that this deposition     09:10:19
11  is being taken by Mr. Kaplan, who is counsel for
12  Google in the case.
13        THE VIDEOGRAPHER:  Will the court reporter
14  please swear in the witness.
15
16        DOUGLAS SCHMIDT, PH.D.,
17  having been first duly sworn by the reporter, was
18        examined and testified as follows:
19
20        MR. KAPLAN:  Ready to proceed?                09:10:52
21        THE VIDEOGRAPHER:  Please proceed.
22  ///
23  ///
24
25                                                      09:10:54
                                                                   Page 5

```
 1          EXAMINATION
 2 BY MR. KAPLAN:
 3    Q   Dr. Schmidt, can you please state your
 4 first and last name for the record.
 5    A   D-O-U-G-L-A-S, S-C-H-M-I-D-T.        09:11:01
 6    Q   And your county of residence?
 7    A   Williamson County.
 8    Q   Did you meet with any attorneys for Sonos
 9 to prepare for your deposition today?
10    A   I did.                             09:11:19
11    Q   Who did you meet with?
12    A   I met with George Lee, Jae Pak, and Michael
13 Boyea.
14    Q   How long did you meet with Mr. Pak, Mr. Lee
15 and Mr. Boyea?                            09:11:37
16    A   At what point?
17    Q   To prepare for your deposition today.
18    A   Probably maybe four to six hours.
19    Q   Did you meet with anyone else besides the
20 attorneys for Sonos to prepare for your deposition 09:11:58
21 today?
22    A   No.
23    Q   Dr. Schmidt, how long did you spend
24 preparing your claim construction declaration?
25    A   I don't recall off the top of my head.  09:12:19
```
Page 6

```
 1    Q   So you have access to Exhibit Share?
 2    A   I do.
 3    Q   Could you open up Exhibit 1, please.
 4    A   Sure.
 5        (Whereupon, Google Exhibit 1 was       09:12:32
 6        marked for identification by the
 7        Court Reporter.)
 8        THE WITNESS:  Okay.  I have it open.
 9 BY MR. KAPLAN:
10    Q   This is the claim construction declaration  09:12:49
11 that we're going to be discussing today and that you
12 prepared; is that right?
13    A   That is correct.
14    Q   Roughly how long do you think you spent
15 preparing this declaration?                 09:13:03
16    A   I'm sorry.  I don't recall off the top of
17 my head.  It was not something I remember tracking
18 in my mind.
19    Q   Do you think it was more than 20 hours?
20    A   20 hours is probably a rough estimate.     09:13:25
21 Something along those lines.
22    Q   Dr. Schmidt, who is your current employer?
23    A   I'm currently employed by Vanderbilt
24 University.
25    Q   You also do expert consulting?          09:13:45
```
Page 7

```
 1    A   That is correct.
 2    Q   Do you do expert consulting out of the
 3 litigation context?
 4    A   I've done expert consulting outside the
 5 litigation context, that's correct, yes.      09:14:01
 6    Q   Roughly what percentage of your income do
 7 you think comes from expert consulting for
 8 litigation?
 9    A   Oh, that's a good question.
10        Again, I'm not really sure off the top of   09:14:14
11 my head.
12    Q   Do you think it would be around 50 percent?
13    A   No.
14    Q   Do you think it would be more than
15 50 percent or less than 50 percent?           09:14:24
16    A   Less than 50 percent.
17    Q   Do you think it would be more than
18 25 percent?
19    A   I'm not sure.  I haven't looked at the -- I
20 haven't looked at my tax -- 1099s for the past year.  09:14:36
21 I haven't got around to doing my taxes yet, so I
22 don't know.
23    Q   Dr. Schmidt, you've been deposed before;
24 right?
25    A   That's correct.                        09:14:48
```
Page 8

```
 1    Q   So you're familiar with the ground rules of
 2 depositions; is that fair?
 3    A   Yes.
 4    Q   I'll be very brief, then.
 5        So the deposition process consists of me    09:14:59
 6 asking you questions and you responding to them
 7 fully and truthfully.
 8        Understand?
 9    A   I do.
10    Q   And from time to time your attorney may      09:15:08
11 interpose an objection.  The objection is generally
12 just to preserve the record, so what you should do
13 is let your attorney interpose his objection and
14 then answer the question, unless you're instructed
15 not to answer for some reason.               09:15:21
16        Does that make sense?
17    A   It does.
18    Q   We can take a break whenever you need
19 during the deposition.  And we're not going to be
20 going particularly long today.  Just let me know if   09:15:31
21 you would like a break.  The only thing I ask is if
22 there is a question pending, that you answer the
23 question before we take a break.  Okay?
24    A   Sure.
25    Q   Everything that is being said at this       09:15:42
```
Page 9

3 (Pages 6 - 9)

1  deposition is being taken down by the court reporter
2  in realtime, so we should try not to talk over each
3  other to make her job a bit easier today.
4      Does that make sense?
5  A  It does.                          09:15:53
6  Q  And if at any time in the deposition -- I
7  guarantee you there will be times that I ask you a
8  question that's not clear to you.  Please let me
9  know and I will try to clarify it for you.  Okay?
10  A  You bet.                         09:16:05
11  Q  The court reporter has placed you under
12  oath.  You understand that your testimony is being
13  given under oath and subject to penalty of perjury,
14  just as if you were testifying in a court of law?
15      Do you understand that?         09:16:18
16  A  Yes.
17  Q  And because of that, it's very important
18  that we get your most accurate and full testimony
19  today.
20      Is there any reason you can't testify    09:16:28
21  accurately and fully today?
22  A  No.
23  Q  Dr. Schmidt, you mentioned that you're a
24  professor at Vanderbilt University.
25      Do you have a particular field of    09:16:43

Page 10

1  expertise?
2  A  I have a number of areas that I focus on.
3  I focus on -- my research focuses on mobile Cloud
4  computing, distributed and network systems, cyber
5  physical systems, software engineering, distributed    09:17:25
6  realtime and embedded systems, machine learning, and
7  artificial intelligence, data science.
8      And I also teach a number of courses
9  related to mobile device programming and accessing
10  Cloud services, web services and so on.    09:17:49
11  Q  That's a long list.
12      Dr. Schmidt, which of those fields of
13  expertise did you think were applicable to the
14  opinions that you issued in your claim construction
15  declaration?                         09:18:08
16  A  Well, many of those fields relate to the
17  topics that I opine upon here.  Certainly topics
18  related to distributed and network systems, mobile
19  Cloud computing, systems related to software
20  engineering, software development, and, in general,    09:18:27
21  my knowledge about web-based programming, web
22  systems.
23      I draw from many of my different fields of
24  expertise for declarations in general and reports in
25  general.  And this particular one, it would be a    09:18:45

Page 11

1  number of those different areas that I mentioned
2  before.
3  Q  Would you say that your background in
4  software engineering was important to your
5  declarations?                        09:18:58
6  A  Certainly software engineering plays a role
7  in understanding how almost everything else I do
8  related to distributed systems or web-based systems
9  or cyber systems, and so on, and mobile Cloud
10  computing.  My knowledge of software design and    09:19:14
11  testing, programming, which is part and parcel of
12  software engineering, plays a key part in my
13  experience and my expertise in this field -- these
14  fields.
15  Q  Do you teach courses on software    09:19:28
16  engineering?
17  A  I have taught courses on software
18  engineering in the past.  My current courses focus
19  largely again on developing mobile applications in
20  Cloud computing environments, and software    09:19:42
21  engineering plays a key part in terms of software
22  design, software implementation techniques, software
23  testing, and quality assurance techniques, software
24  processes.
25      So pretty much everything I do ultimately    09:19:58

Page 12

1  is based upon my knowledge of effective software
2  development, techniques and practices.
3  Q  Which software languages have you taught in
4  your course work?
5  A  Oh, gosh.  Lots.  So I've taught -- going    09:20:18
6  back to the early days when I was actually a grad
7  student, I taught courses in Ada, and Pascal, and C
8  and C++.
9      And then later when I became a professor, I
10  taught courses that related to Java and JavaScript    09:20:38
11  and various other scripting languages, very shell
12  script languages.
13      And I'm probably forgetting a few.  I think
14  I taught courses using functional programming
15  languages and/or functional programming features in    09:20:54
16  modern languages, like functional program features
17  in C++, functional programming features in Java and
18  so on.
19      I'm probably leaving a few languages out,
20  but I've taught literally hundreds of courses over    09:21:08
21  my 35 plus years as a professional, so I've
22  encountered lots of different languages.
23      MR. KAPLAN:  Dr. Schmidt, I'm going to
24  introduce another exhibit, which will be the '615
25  Patent.                              09:21:28

Page 13

4 (Pages 10 - 13)

| | |
|---|---|
| 1  Let me know when you see that. | 1  MR. LEE:  Same objection; mischaracterizes. |
| 2  (Whereupon, Google Exhibit 2 was | 2  THE WITNESS:  Depending on the context, |
| 3  marked for identification by the | 3  source code could either be compiled by some kind of |
| 4  Court Reporter.) | 4  translator into some lower level formalism typically |
| 5  THE WITNESS:  I have successfully    09:21:54 | 5  referred to as assembly code or perhaps machine    09:24:40 |
| 6  downloaded that patent. | 6  code.  And under some scenarios, the machine code |
| 7  BY MR. KAPLAN: | 7  would then be what would be executed by a processor |
| 8  Q  Okay.  You're familiar with the '615 | 8  directly by the processor or directly as would be |
| 9  Patent; right? | 9  the case in a normal chip set. |
| 10  A  That's correct.    09:22:01 | 10  But, of course, depending on what kind of    09:24:59 |
| 11  Q  And the declaration that you issued that's | 11  language and what kind of environment, there could |
| 12  going to be available, you can download it and refer | 12  also be interpreted code, such that the source code |
| 13  to it as you want.  This isn't a memory test. | 13  would be interpreted by some type of interpreter |
| 14  But for now, I'm going to be asking you | 14  which would be running on top of a processor. |
| 15  about the '615 Patent.  Okay?    09:22:16 | 15  That's why I'm a little confused as to your    09:25:15 |
| 16  A  Okay. | 16  question, what you mean by "source code" in this |
| 17  Q  I would like you to turn to claim 13 of the | 17  context, since it's a little bit vague as to what |
| 18  '615 Patent.  For reference, it begins column 19, | 18  that term means. |
| 19  line 48, or so. | 19  BY MR. KAPLAN: |
| 20  A  I'm there.    09:22:43 | 20  Q  Typically machine code rather than source    09:25:24 |
| 21  Q  Okay.  You're familiar with claim 13 of the | 21  code is what is executed by a processor; is that |
| 22  '615 Patent? | 22  fair? |
| 23  A  I am. | 23  MR. LEE:  Objection to form. |
| 24  Q  The first element of claim 13 of the '615 | 24  THE WITNESS:  Again, it really depends on |
| 25  Patent reads:    09:22:58 | 25  the context in which you're referring, because you    09:25:35 |
| Page 14 | Page 16 |

| | |
|---|---|
| 1  "A tangible nontransitory | 1  can have hardware -- again, it just depends on the |
| 2  computer readable storage medium, | 2  context. |
| 3  including instructions for | 3  There's no one answer there that covers |
| 4  execution by a processor, | 4  everything in its entirety. |
| 5  instructions when executed cause    09:23:08 | 5  BY MR. KAPLAN:    09:25:52 |
| 6  a control device to implement a | 6  Q  So in your view, source code can be |
| 7  method comprising." | 7  directly executed by a processor? |
| 8  Do you see that? | 8  MR. LEE:  Objection to form. |
| 9  A  I do. | 9  THE WITNESS:  Again, I'm not sure what you |
| 10  Q  Is source code executable by a processor?    09:23:19 | 10  mean by "a processor."  But I think I put forth at    09:26:01 |
| 11  MR. LEE:  Objection to form. | 11  least two different scenarios that are very common, |
| 12  THE WITNESS:  Are you speaking -- what | 12  one of which is source code in some language such as |
| 13  level do you mean executable? | 13  C++ or Java or C or JavaScript or whatnot. |
| 14  BY MR. KAPLAN: | 14  Could be translated by a compiler into a |
| 15  Q  I'm not sure how to rephrase the question.    09:23:49 | 15  lower level formalism either, again, assembly code    09:26:22 |
| 16  This source code, in its source code form, | 16  or machine code and that code could be executed by a |
| 17  that's readable by a human, executable by a | 17  processor. |
| 18  processor? | 18  But depending on what kind of processor |
| 19  MR. LEE:  Same objection. | 19  you're referring to, there's also interpreters that |
| 20  THE WITNESS:  It --    09:24:03 | 20  can execute code in its, quote, "source form."    09:26:35 |
| 21  MR. LEE:  Vague and incomplete. | 21  So, again, there's no one answer there that |
| 22  THE WITNESS:  It depends. | 22  applies in every situation. |
| 23  BY MR. KAPLAN: | 23  BY MR. KAPLAN: |
| 24  Q  So source code as it's written by humans is | 24  Q  For mobile applications distributed through |
| 25  executable by a processor?    09:24:18 | 25  IOS or the Android app store, are those executed in    09:26:50 |
| Page 15 | Page 17 |

5 (Pages 14 - 17)

1  source code form?
2      MR. LEE:  Objection to form, vague,
3  incomplete.
4      THE WITNESS:  Again, we'd have to be more
5  specific.                              09:27:07
6      So there are a whole range of different
7  ways of being able to run mobile applications.
8  Sometimes we have mobile apps or -- called native
9  apps, which are often written in languages like Java
10 or Kotlin, for the Android operating platform, or   09:27:24
11 Objective-C or, say, Swift for the Apple IOS
12 operating platform.  That's one way to do things.
13     There's other ways you could implement
14 mobile applications using scripting languages and
15 conceivably possible to write for processors that   09:27:43
16 would interpret the programs written in interpreted
17 code.
18     So I would have to know more specifics
19 about the details of a particular platform to give
20 you a precise answer that wouldn't leave out certain 09:27:59
21 options that are either doable or have been done.
22 BY MR. KAPLAN:
23  Q   In the IOS ecosystem, can you give me an
24 example of a program that's distributed through
25 IOS --                                  09:28:14

Page 18

1      MR. LEE:  Objection; foundation --
2  BY MR. KAPLAN:
3  Q    -- that is executed in source code form, as
4  opposed to machine readable code?
5      MR. LEE:  Objection; foundation, form.   09:28:23
6      THE WITNESS:  Again, as I was mentioning
7  earlier, scripting languages like JavaScript are
8  interpreted running on top of various forms of
9  virtual or physical machines.
10     So they would be an example of something --  09:28:44
11 those types of languages would be examples of things
12 where the source code is really what's executed by
13 the underlying virtual machine as opposed to being
14 compiled down to a lower level.
15 BY MR. KAPLAN:                          09:29:01
16  Q   You mentioned programs are generally
17 written in Swift and Objective-C that are posted on
18 the app store; is that right?
19  A   I think I said those were native.  Native
20 apps.  It's possible to run applications on IOS that   09:29:11
21 are written in other languages besides Swift or
22 Objective-C.
23  Q   Are programs distributed through the app
24 store that aren't written in Swift or Objective-C?
25     MR. LEE:  Objection; foundation.       09:29:28

Page 19

1      THE WITNESS:  Well, there's a wide range
2  of -- what should we call them -- mobile device
3  independent programming frameworks and languages,
4  such as Unity or PhoneGap or React Native, just to
5  list a few, that allow developers to write in other   09:29:52
6  languages besides Objective-C and Swift and have
7  those apps run in the context of mobile devices.
8  BY MR. KAPLAN:
9  Q   For the file that's downloaded from the
10 Apple App Store to the user's device, is that file   09:30:09
11 in executable form or does it need to be extracted
12 and installed?
13     MR. LEE:  Objection; foundation, form.
14     THE WITNESS:  I'm not sure what you mean by
15 "extracted."                            09:30:26
16 BY MR. KAPLAN:
17  Q   Can a mobile processor within an iPhone
18 execute a downloadable from the IOS app store
19 without any processing being done to that file?
20     MR. LEE:  Objection; foundation, form,   09:30:42
21 vague, incomplete hypothetical, outside the scope.
22     THE WITNESS:  You'll have to give me a more
23 specific example.  I'm not really sure off the top
24 of my head.
25 ///                                     09:30:59

Page 20

1  BY MR. KAPLAN:
2  Q   What more specifics would you need?
3      MR. LEE:  Objection; form.
4      THE WITNESS:  I'm just not sure what
5  you're -- when you talk about extracted or   09:31:11
6  additional processing, I'm not sure what those --
7  I'm not sure how you're using those terms.
8  BY MR. KAPLAN:
9  Q   What is the format of an app that's
10 downloaded from the Apple App Store?          09:31:21
11     MR. LEE:  Objection; vague, foundation.
12     THE WITNESS:  I'm not sure I recall off the
13 top of my head.
14 BY MR. KAPLAN:
15  Q   Do you know what the format of an app   09:31:35
16 that's downloaded from the Google App Store is
17 called?
18     MR. LEE:  Same objection.
19     THE WITNESS:  Well, again, if you're
20 referring to something like an APK file, that may be   09:31:46
21 what you're referring to, but there's lots of
22 different pieces there, so I'm not sure if that's
23 what you're getting at.
24 BY MR. KAPLAN:
25  Q   What is an APK file?                 09:31:56

Page 21

6 (Pages 18 - 21)

1      A   It's basically a file that describes the
2   various components that are necessary to make up an
3   application that runs in the context of Google -- of
4   Android, really.
5      Q   Is an APK file executable?          09:32:09
6          MR. LEE:  Objection; foundation, relevance.
7          THE WITNESS:  I'm not sure what you mean by
8   "executable."
9   BY MR. KAPLAN:
10     Q   Can a processor execute an APK without    09:32:22
11   additional processing being done on the APK?
12         MR. LEE:  Objection; foundation, form,
13   compound.
14         THE WITNESS:  Again, I'm really not sure
15   what you're asking.  An APK file contains various    09:32:37
16   types of components or resources and a -- the Google
17   platform, the package manager.
18         In fact, portion of that platform uses the
19   contents of the APK file.  It does processing to it.
20   It executes it.                          09:32:57
21         I think something else jumped in.  That
22   wasn't me.
23         I said the Google package manager -- I'm
24   sorry -- the Android package manager is the -- one
25   of the various pieces of the Android platform that    09:33:16

Page 22

uses the APK file -- the contents of the APK file to
2   install an application -- a native application.
3          There's other ways of installing and
4   running applications on an Android or global device
5   besides that, but that's one way to do it.     09:33:34
6   BY MR. KAPLAN:
7      Q   And after the native application is
8   installed, can it be executed?
9          MR. LEE:  Objection; form, foundation,
10   relevance.                               09:33:41
11         You know, Marc, I let this go a little bit,
12   but we're really here to talk about claim
13   construction and his declaration, I thought, and I'm
14   not really sure how any of this relates.  It's
15   outside the scope.                        09:33:51
16         Sounds like you may have some other
17   infringement questions you're trying to get to, but
18   I think that would be improper here.
19         Try to get back to his declaration or some
20   of the exhibits you marked.               09:34:03
21   BY MR. KAPLAN:
22     Q   You can answer.
23     A   Can you repeat the question, please?
24     Q   It was for the native application that is
25   installed, that can be executed; right?     09:34:19

Page 23

1          MR. LEE:  Objection to form, foundation.
2          Once again, Marc, this is really nothing to
3   do with claim construction, his declaration that
4   we're here for.  You can get this from your expert
5   if you want.                             09:34:32
6          But I just don't see that this is part of
7   his declaration.  In fact, you have the exhibits
8   marked and the questions don't relate to it at all.
9          You can answer.
10         THE WITNESS:  You have to explain what    09:34:44
11   you mean by "execute" and what's doing the
12   execution, how does that execution differ from the
13   previous steps required from an APK file.
14         I'm sort of at a loss for understanding the
15   context of the question.                   09:34:56
16   BY MR. KAPLAN:
17     Q   If you can't answer, that's okay.  If you
18   need more information, let me know.
19     A   The terms you're using, execute -- execute
20   by what?  I don't know what's doing the execution.    09:35:12
21     Q   This is going to be my last question on
22   this topic, but as we were just discussing, there's
23   an APK download that was installed and then the
24   question was simply:  Can it be executed by the
25   device?                                  09:35:34

Page 24

1      A   Under what set of assumptions?
2      Q   Are there assumptions necessary?
3      A   Sure.
4      Q   Tell me what assumptions you think are
5   necessary.                                09:35:54
6          MR. LEE:  Objection to the form.
7          THE WITNESS:  It's the -- there's so many
8   assumptions that are required there.
9          Is it actually a validate APK file?
10         Is this a user of the device?         09:36:05
11         If there's a user of the device, does the
12   user actually want to launch whatever was
13   downloaded?
14         Those are all things.
15         Another thing that's still not clear from    09:36:14
16   the scope of your question is:  What does it mean to
17   execute by the device?
18         What's doing the execution?
19         Earlier you asked me about -- appeared like
20   you were asking about a processor, but now it sounds    09:36:25
21   like you're talking about a device.
22         Is the device hardware?
23         Is the device software?
24         There's so many parts to the hypothetical
25   you're putting forth there, so I need to understand    09:36:35

Page 25

7 (Pages 22 - 25)

1  more thoroughly what it is you're putting forth in
2  the hypothetical to be able to give an answer that
3  wouldn't just be a wild guess.
4      (Speaking simultaneously.)
5      THE REPORTER: I'm sorry. You were          09:36:52
6  speaking over each other.
7      MR. LEE: I didn't realize you were
8  talking, Marc.
9      Go ahead.
10 BY MR. KAPLAN:                                  09:36:58
11     Q   Let's move to the second element in claim
12 13 which begins:
13     "Causing a graphical
14     interface to display a control
15     interface including one or more       09:37:05
16     transport controls to control
17     playback by the control device."
18     Do you see that?
19     A   I do.
20     Q   Do you have an understanding of what this   09:37:15
21 claim element means?
22     MR. LEE: Objection; form, foundation,
23 relevance.
24     I don't think this is part of his
25 declaration.                                     09:37:25

Page 26

1      You can answer, if you can.
2      THE WITNESS: I do understand what the
3  claim element means, yes.
4  BY MR. KAPLAN:
5      Q   What are transport controls?         09:37:41
6      A   Let's go look.
7      As has been noted a number of times, I
8  think that is probably not something that was part
9  of my declaration, so I will have to go through and
10 read the spec to see if I can find it.            09:38:01
11     This file doesn't appear to be searchable,
12 so this is going to take a very long time. I have
13 to read through the entire patent, since the file
14 you've given me is not searchable.
15     Q   That's weird. It's searchable on my side.   09:38:30
16     A   When I search for "transport," it doesn't
17 find anything.
18     Q   Did you download the file or are you
19 looking at it in -- on the Exhibit Share website?
20     A   I did download it.                    09:38:53
21     Let me try to look for it in the Exhibit
22 Share.
23     Q   I'm looking at it on the website. It's OCR
24 for me.
25     A   Yeah. I'm unable -- when I just click on   09:39:09

Page 27

1  the link that's provided in the Exhibit Share, it
2  doesn't work at all.
3      Q   So if you click the link -- I see.
4      Give me a moment.
5      It's funny. I have one version of the     09:39:55
6  patent in Exhibit Share that is searchable and one
7  version that isn't now, so I understand your issues.
8      I think, Dr. Schmidt, if you right click
9  the document and download it --
10     A   Yeah, that's what I've done. I've       09:40:12
11 downloaded it.
12     Q   It's not searchable after you do that?
13     A   No. I mean, it's very weird. I have
14 like -- I'm -- I downloaded my exhibit -- my
15 declaration, sorry, my claim construction       09:40:30
16 declaration, and that's searchable quite well. I
17 can search that no problem.
18     Q   Huh. Hmm.
19     So when you downloaded the '615 Patent
20 natively to your desktop, it's not searchable when   09:40:45
21 you open it in Adobe or Chrome?
22     A   Yeah. No. It's weird.
23     Right now I'm searching on transport and
24 it's highlighting the word "on" in the middle of
25 claim 9, and so it's like now I click on "next" and   09:41:00

Page 28

1  now it's highlighting the word "playback."
2      For some reason there's something wrong
3  with that PDF. It's probably something wrong with
4  the PDF file, I guess.
5      Is there another way to get the '615     09:41:20
6  Patent?
7      Q   I mean, it's not ideal, but you could go to
8  Google patents and download it yourself from that
9  website.
10     Let me try that, if you don't mind.       09:41:33
11     Q   I'll probably have to ask you a couple
12 questions to make sure you're looking at the same
13 document, but this is just the nature of online
14 depositions these days, I suppose.
15     A   Let me see if I can -- what is it, 9967615?   09:41:47
16     I think that's the right one.
17     The patent's name is "Networked Music
18 Playback"; is that right?
19     Q   Correct.
20     A   Good. That part looks good so far.     09:42:03
21     That is so weird.
22     Q   That doesn't work either, downloading it
23 from Google?
24     A   That's the same problem. Exactly the same
25 problem.                                         09:42:27

Page 29

8 (Pages 26 - 29)

1  Q  I just did it on my computer and I can
2  search it, so --
3  A  Let me ask another -- is it the case that
4  the specification for the '033 Patent is the same as
5  the one for the '615?                    09:42:42
6  Q  I believe they're the same.
7  A  Because I have a copy of the '033 Patent
8  that seems to be searchable.  I have no idea why.
9  Q  Well, we can use the '033 Patent, that's
10  fine.                                   09:43:00
11  A  Okay.  Let's do that.  It won't have all
12  the same claims, but we can probably find those
13  other ways.
14  Q  Right.
15     MR. KAPLAN:  Let me introduce the '033    09:43:06
16  Patent as an exhibit and I'll ask some questions to
17  make sure we're looking at the same document, even
18  though you're using your version.
19     Is that okay?
20     THE WITNESS:  Okay.  That's fine.      09:43:17
21     (Wherein I've introduced as Exhibit 3,
22  U.S. Patent number 10779033.
23     THE WITNESS:  All right.
24  ///
25  ///                                     09:44:09
                                          Page 30

1     (Whereupon, Google Exhibit 3 was
2        marked for identification by the
3        Court Reporter.)
4  BY MR. KAPLAN:
5  Q  Do you see that exhibit?               09:44:11
6  A  It's loading.  It should be there
7  momentarily.
8  Q  Now, given the searching issues,
9  Dr. Schmidt, can you confirm that the version of the
10  '033 Patent that you're looking at is the same as   09:44:21
11  the '033 Patent that I introduced as Exhibit 3?
12  A  I'm actually using the version that you
13  just put up there.
14  Q  Okay.
15  A  And it works fine.  Go figure.  I can    09:44:33
16  search that one.
17     So the good news is, I can read the claims
18  from '615, but I can search in the '033.  I think
19  between those two things we should be fine.
20  Q  Okay.  So I'm going to ask you a slightly   09:45:04
21  different question.  Let's just turn back to the
22  '615 Patent.
23  A  Okay.  I'm there.
24  Q  If you go to claim 13.
25  A  I'm there.                             09:45:27
                                          Page 31

1  Q  In claim 13, there's a claim term
2  "multimedia content."
3     Do you see that?
4  A  I do.
5  Q  Do you have an understanding of what     09:45:57
6  multimedia content means in the context of the '615
7  Patent?
8     MR. LEE:  Calls for a legal conclusion.
9     You can answer, if you can.
10     THE WITNESS:  Let me just take a quick look   09:46:16
11  and see if I discuss that in my declaration.
12     So let's see.  Let me see if I can point
13  you -- well, if you take a look at my claim
14  construction declaration, paragraph 33, page 10, I
15  mention a description of -- I'm summarizing the '615   09:46:52
16  Patent, and its description at a local playback
17  system.
18     And it talks about how the local playback
19  system is capable of playing back multimedia
20  content, such as audio.  I think that's the first   09:47:09
21  sentence in paragraph 33.  It gives a bunch of
22  references to '615 Patent for various portions
23  describing that.
24     So if we go back to the patent that I can
25  now search, then -- let me find something real quick   09:47:30
                                          Page 32

1  here.
2     (Document reviewed by the witness.)
3     THE WITNESS:  So in reading through the
4  patent spec, it makes it clear that audio is an
5  example of multimedia content.             09:48:40
6  BY MR. KAPLAN:
7  Q  And what is an example of audio that would
8  be multimedia content?
9  A  Well, if you take a look on paragraph 47 of
10  my declaration, it mentions a single song would be   09:49:26
11  an example of multimedia content.  I give other
12  examples of other things it can be.  Multimedia
13  content as well.
14     It says:  Single song, a video, particular
15  Internet radio station, a user defined playlist with   09:49:44
16  multiple songs or videos, a service defined playlist
17  of multiple songs, videos, and album of songs,
18  et cetera.
19  Q  And how would one identify that a person
20  was looking at a single song?              09:50:06
21     MR. LEE:  Objection to form.
22     THE WITNESS:  I'm sorry.  I don't
23  understand your question, what does it mean to look
24  at a single song?
25  ///                                     09:50:21
                                          Page 33

9 (Pages 30 - 33)

1  BY MR. KAPLAN:
2     Q   What are the -- you said a single song as
3  an example of multimedia content; is that fair?
4     A   That's one example, yes.
5     Q   And how do I know that I'm looking at a          09:50:30
6  single song which is an example of multimedia
7  content?
8        MR. LEE:  Objection to form, vague.
9        THE WITNESS:  In what context?
10 BY MR. KAPLAN:                                          09:50:47
11    Q   Like what other characteristics of the
12 single song that we're talking about which is an
13 example of multimedia content?
14       MR. LEE:  Objection to form; vague, and
15 confusing.                                              09:51:02
16       THE WITNESS:  I guess I don't understand
17 when you say "looking." Looking at a -- looking at
18 audio. What does that mean by "looking at it"?
19       Are you referring to some kind of user
20 interface?                                              09:51:14
21       Are you referring to looking at a thumb
22 drive that contains the contents?
23       What does it mean to look at a song in the
24 way you're asking the question?
25 ///                                                     09:51:26
                                                    Page 34

1  BY MR. KAPLAN:
2     Q   What would be an example of a single song
3  that would meet your definition of audio?
4     A   Again, in what context are you asking?
5     Q   You said that a single song is an example   09:51:41
6  of audio, which is an example of multimedia content;
7  right?
8     A   I believe I said something along those
9  lines, but I'm trying to understand what -- I'm
10 trying to understand what you're asking me, the       09:51:57
11 context in which you're asking me.
12       Are you asking -- sorry. Go ahead.
13    Q   Well, so a single song is an example of
14 audio which is an example of multimedia content and
15 my question is:  What's an example of a single song?  09:52:08
16       MR. LEE:  Objection to form.
17       THE WITNESS:  Again, I'm not sure I
18 understand in what context you're asking me, what's
19 an example.
20       You're asking me to name songs or are you    09:52:23
21 asking me to name formats that you could use to play
22 songs back, be they electronic or magnetic or some
23 other media?
24       I'm not sure I understand the context of
25 the question.                                          09:52:37
                                                    Page 35

1  BY MR. KAPLAN:
2     Q   Would an Mp3 file of Drake's newest hit be
3  an example of a single song in this context?
4        MR. LEE:  Objection; foundation.
5        THE WITNESS:  I'm not familiar with Drake's   09:52:50
6  latest hit, but one -- there's many different ways
7  to represent audio content. And Mp3 files are one
8  way to represent audio content.
9  BY MR. KAPLAN:
10    Q   Are there any other ways that you could     09:53:03
11 represent audio content that you're aware of?
12    A   Sure.
13    Q   What are those?
14    A   There's other formats besides Mp3. There's
15 other formats besides digital formats that can be     09:53:20
16 used to represent audio content.
17    Q   What's an example of a format that's not
18 digital format that could be used to represent audio
19 content?
20    A   In what context?                            09:53:41
21    Q   I thought you just said that you could
22 represent audio in the digital context, for example,
23 with an Mp3 or you could represent it in the
24 non-digital context; is that --
25    A   That is correct. That is correct.           09:53:56
                                                    Page 36

1     Q   What would be an example of a non-digital
2  context?
3     A   A 45 record from back in the day.
4     Q   Okay. Multimedia content playback is
5  referred to the specification of the '615 Patent and  09:54:22
6  the '033 Patent.
7        Do you understand that?
8     A   I see the specification for the '033 and
9  '615 Patent includes the phrase "multimedia
10 playback," yes, I see that.                           09:54:56
11    Q   I was actually looking at "multimedia
12 content playback."
13       Do you see that, too?
14    A   I see several references to "multimedia
15 content playback" --                                  09:55:28
16    Q   What would -- sorry. Go ahead.
17    A   -- in the specification.
18    Q   Okay. What would be an example of
19 multimedia content playback?
20    A   The way I see the phrase used in the         09:55:40
21 specification appears, at least in column 2,
22 starting on line 23 where it refers to a "multimedia
23 content playback," and inside parenthesis it then
24 says, "EG Sonos TM," and then it says "system."
25    Q   Does multimedia content playback just mean   09:56:15
                                                    Page 37

1 playback of the multimedia content we were just
2 discussing?
3     A   I don't believe I've rendered an opinion on
4 that. I would have to take a closer look to see how
5 that particular term is used, but I don't believe      09:56:32
6 I've rendered an opinion on the meaning of
7 "multimedia content."
8         Let me take a look before I say that. Let
9 me take a look and see what I said, if I said
10 anything.                                              09:56:44
11        (Document reviewed by the witness.)
12        THE WITNESS:  I don't think I -- I don't
13 think my declaration, unless I may need to read
14 through it more carefully, but off the top of my
15 head, I don't think it talks about the phrase          09:57:07
16 "multimedia content playback."
17        I would have to take a more careful look to
18 see what that term means before I render an opinion
19 on it.
20 BY MR. KAPLAN:                                         09:57:19
21     Q   Can I turn your attention back to claim 13
22 of the '615 Patent.
23     A   I'm there.
24     Q   Okay.  Under -- I'm going to call it
25 element A, which is roughly halfway down in the        09:57:34

Page 38

1 claim 13.
2         Do you see that?
3     A   I think so.
4     Q   The -- towards the end of paragraph A, the
5 claim reads:                                           09:57:56
6         "Corresponding to respective
7         locations of a multimedia
8         content."
9         Do you see that?
10    A   I do.                                           09:58:04
11    Q   Do you have an understanding of what that
12 means?
13    A   Yes.
14    Q   What does it mean?
15    A   So in the context of what it's describing,     09:58:12
16 it's explaining how there's one or more resource
17 locators that are corresponding to respective
18 locations of the multimedia content.
19        So my understanding of corresponding to in
20 this context would be something akin to associated     09:58:31
21 with or related to.
22    Q   Is the resource locator providing a
23 location?
24        MR. LEE:  Objection to form.
25        THE WITNESS:  I'm not sure what you mean by     09:59:01

Page 39

1 "providing a location."
2 BY MR. KAPLAN:
3     Q   Does the resource locator have to provide a
4 location to meet this claim element?
5         MR. LEE:  Objection to form, calls for a       09:59:14
6 legal conclusion, scope.
7         THE WITNESS:  I would have to read through
8 the specification more carefully to get a sense of
9 how resource locator relates to providing a
10 location, but what my understanding here as the        09:59:34
11 claim is written, resource locator is the phrase
12 corresponding to mean associated with or related to.
13        So it doesn't look to me like it
14 necessarily has to provide a location directly.  It
15 just needs to be able to be associated with           09:59:51
16 locations and there's many different ways to do
17 that, above and beyond providing a particular
18 location of a resource.
19 BY MR. KAPLAN:
20    Q   Is there a difference in your mind between     10:00:17
21 the resource locator being associated with the
22 location versus related to a location?
23        MR. LEE:  Objection to form.
24        THE WITNESS:  I think those are largely
25 synonymous.                                            10:00:30

Page 40

1 BY MR. KAPLAN:
2     Q   Is it fair to say that, in your view, the
3 resource locator doesn't have to provide a location?
4         MR. LEE:  Objection to form.
5         THE WITNESS:  Well, I describe this topic      10:00:59
6 in my claim construction declaration in several
7 places, one of which is in paragraph 1 of 1, and I
8 describe what my understanding that a POSITA would
9 have had at the time of the invention, which is that
10 it would be a resource locator, generally refers to    10:01:22
11 information that enables the device to access a
12 resource or be associated with or related to a
13 resource.
14        And I mention that that information could
15 take various forms.  It could take the form of some    10:01:33
16 kind of identifier, such as maybe a key in a
17 database, for example, an address perhaps in memory.
18 It could be a uniform resource indicator, which is
19 different from a Uniform Resource Locator.
20        It could be other things that facilitate       10:01:53
21 some means by which a device could access a
22 resource.  And there's many, many other ways of
23 doing it beyond the ones I listed there.  Those are
24 just some of the ones that would be obvious, but
25 there's other ones that could be used, things like     10:02:08

Page 41

11 (Pages 38 - 41)

1 object references or monikers or UUIDs. There's a
2 whole bunch of different ways to identify a
3 resource.
4       So some of those would involve addresses,
5 some addresses in the sense of, say, an IP address          10:02:23
6 or a port number in the Internet, but many other
7 ways of being able to identify resources that would
8 not require addresses.
9       In fact, it's even possible to use URLs
10 that don't encode an address in them by using a          10:02:39
11 concept of persistent URL, which is really more of
12 an access to a locator service as opposed to
13 directly encoding the address into the URL itself.
14 BY MR. KAPLAN:
15    Q   Would a song name correspond to a location          10:02:53
16 of that song?
17       MR. LEE:  Objection to form.
18       THE WITNESS:  Depends quite a bit on how
19 the lookup model would work.  So it depends on the
20 context, it depends on the use case.          10:03:13
21 BY MR. KAPLAN:
22    Q   So a song might correspond to a location of
23 another resource or it might not; is that right?
24    A   Again, it depends on the implementation and
25 the way in which the data models and data stores are          10:03:28

Page 42

1 managed.
2    Q   So a song name might correspond to a
3 location of a resource, just depending on how the
4 system is architected; is that right?
5    A   I wouldn't quite use those terms, but          10:03:47
6 depending on how the data model or the data
7 management portion of the system is structured,
8 there's various ways of being able to identify
9 resources.  An identifier could be used.  The
10 identifier conceivably could be one way to do it, depending on the          10:04:04
11 song.  That could be one way to do it, depending on
12 how the data model and the database -- or the data
13 management system is constructed.
14       Might not be the most efficient way of
15 doing it in terms of minimizing footprint, but          10:04:18
16 that's really just an encoding question.
17    Q   So as long as there's a way to translate
18 between the song name and its address, would the
19 song be corresponding to a location of the song?
20       MR. LEE:  Objection to form.          10:04:42
21       THE WITNESS:  Again, I would have to
22 understand a little bit better about what you mean
23 by some of those terms, but as I describe here in
24 paragraph 1 of 1 of my claim construction
25 declaration, the concept of resource locator          10:04:58

Page 43

1 generally refers to some kind of information which
2 could be many different forms.
3       It could take the form of identifiers or
4 addresses, or URIs, URLs, object references,
5 whatever -- whatever is needed to be able to          10:05:14
6 un-ambiguously associate that resource locator with
7 the actual resource that's of interest.
8 BY MR. KAPLAN:
9    Q   So let me give you an example.  I'm on
10 iTunes.  I download an Mp3 of my favorite artist.          10:05:31
11       Are you with me so far?
12    A   Okay.
13    Q   I've got the Mp3 stored on my own computer
14 and I play it from time to time.  Okay?
15    A   Okay.          10:05:47
16    Q   In that hypothetical, would the song name
17 correspond to a location of where the song is
18 stored?
19       MR. LEE:  Objection to form, foundation,
20 incomplete.          10:06:03
21       THE WITNESS:  When you say "song name," I'm
22 not quite sure I understand how you're using the
23 term "song name."
24 BY MR. KAPLAN:
25    Q   So when I downloaded the song from iTunes,          10:06:12

Page 44

1 I saved it as "Drake's new hit" and that's the song
2 name.
3       MR. LEE:  Objection to form.  Same
4 objection.
5       THE WITNESS:  So depends on a whole bunch          10:06:28
6 of different other factors as to whether that song
7 name would be the resource locator.
8 BY MR. KAPLAN:
9    Q   So in my hypothetical, after I downloaded
10 the song from iTunes and saved it as Drake's song in          10:06:45
11 my computer, it's possible, in your view, that the
12 song name would correspond to the location of the
13 song?
14    A   Again, I would have to -- there's so many
15 different pieces of your hypothetical that I don't          10:07:03
16 quite understand yet, so it's hard to be able to
17 answer that question.
18    Q   What other information can I give you that
19 will allow you to answer the question?
20    A   So where did you store the file?          10:07:15
21       Are you -- are you --
22    Q   I'm sorry.  Let me take it one by one.
23       I stored it on my desktop.
24    A   And in what did you -- what specifically
25 was the name that you used?          10:07:35

Page 45

12 (Pages 42 - 45)

1    Q    "New hit song" was the name of the file.
2    A    Does the file have a file extension?
3    Q    Dot Mp3.
4    A    Okay.  Are there spaces or hyphens?
5    Q    There are spaces.                        10:07:58
6    A    So if I understand your question -- or your
7    hypothetical, rather, if there was a file name or
8    folder in your -- or in your desktop -- say, in your
9    desktop, there's a file that has a name that is
10   "Drake's new hit song" dot Mp3, then were you to     10:08:24
11   click on that in your finder or file Explorer, or
12   whatever desktop you're using, then that would
13   cause -- assuming that everything was configured
14   properly in your operating system, that would cause
15   the appropriate media player to be launched to play    10:08:48
16   that song.
17        So this is the part I'm a little confused
18   on.  Is the name of the song, what's associated?
19   Well, there's a way to be able to launch it and this
20   is just straightforward from using a file browser on     10:09:05
21   a desktop computer or laptop or whatever.
22        You're simply launching something that has
23   a name and that is associated with the content
24   that's being played.
25   Q    So is your answer yes, the name of the file    10:09:24

Page 46

1    would correspond to the location?
2    A    Well --
3         MR. LEE:  Objection to form.
4         THE WITNESS:  -- the way I would -- again,
5    there's lots of different ways to look at that, but     10:09:38
6    in that particular situation, I was simply
7    explaining how if you have a file on the desktop
8    computer and you launch the file and the file has
9    the appropriate suffix that's understood by the
10   system and the system knows how to launch the     10:09:59
11   appropriate app to properly do something with
12   whatever it is you're launching, that that will
13   cause it to be launched.
14        As to how that relates to the original
15   topic we were discussing, which is from element A in     10:10:19
16   claim 13 in the '615 Patent, that was describing
17   resource locators that correspond to respective
18   locations of multimedia content.
19        So topping off the stack a couple layers,
20   the name of the file could be one way to associate     10:10:44
21   or locate the multimedia content.
22   BY MR. KAPLAN:
23   Q    So in the hypothetical, the name of the
24   file could be a resource locator?
25   A    Well, I think that's consistent with what I     10:11:00

Page 47

1    say here in paragraph 101 of my claim construction
2    declaration, that a resource locator generally
3    refers to information that enables a device to
4    access a resource and that that information could
5    take various forms, such as an identifier, an     10:11:24
6    address, a URI, a URL, and so on.
7         And so the name of a file -- or I guess
8    more specifically here, the ability provided by a
9    file browser on a modern computer to be able to
10   click on the name of something that has an     10:11:44
11   application associated with it, that's a form of an
12   identifier.  That could then be able to facilitate a
13   device accessing your resource.
14   Q    Let me add to the hypothetical.
15        So we've got the song stored on the     10:12:06
16   desktop.  The file name is New Hit Song.
17        Within that file there's metadata
18   identifying the name of the song, which is going to
19   be A1 for purposes of the hypothetical.
20        Do you follow so far?     10:12:23
21   A    I think so.
22   Q    Would A1 be -- strike that.
23        Would A1 correspond to the location of the
24   file?
25        MR. LEE:  Objection to form, incomplete.     10:12:37

Page 48

1         THE WITNESS:  I don't understand what you
2    mean.
3    BY MR. KAPLAN:
4    Q    We have a song that has been downloaded.
5    It has a file name.  It also has within the     10:12:51
6    metadata, some name information.
7         And my question is whether that name
8    information corresponds to the location of the file?
9         MR. LEE:  Same objection.
10        THE WITNESS:  Yeah.  I would have to look     10:13:08
11   more carefully into the way in which that
12   information is stored.  I don't know off the top of
13   my head.  I would have to look into it in more
14   detail to see.
15        I'm also not sure what name you're     10:13:18
16   referring to in the metadata either.
17   BY MR. KAPLAN:
18   Q    On that last point, are you aware that
19   files can be associated with metadata?
20   A    Files can be associated -- in what context?     10:13:38
21   Q    Well, if you download an Mp3, are you aware
22   that programs can pull out metadata from that file
23   to identify, for example, artist and song name?
24   A    Yes.
25   Q    So in this example, I'm asking whether the     10:14:08

Page 49

13 (Pages 46 - 49)

```
 1  song name metadata corresponds to the location of
 2  the file?
 3         MR. LEE:  Objection to form, incomplete
 4  hypothetical.
 5         THE WITNESS:  I am -- I would have to look      10:14:18
 6  more carefully into the way in which the Mp3 format
 7  stores name information to see what the relationship
 8  is, if any, between metadata associated with the
 9  name of the song and the location of the song to be
10  able to answer that question precisely.              10:14:34
11  BY MR. KAPLAN:
12      Q   What would be the ways in which it was
13  stored where it would correspond to the location of
14  the file?
15         MR. LEE:  Objection to form.                  10:14:48
16         THE WITNESS:  Again, without knowing more
17  about the way -- the specific detail about how Mp3
18  stores names in metadata, I would have to look at
19  that in more detail to know.
20  BY MR. KAPLAN:                                       10:15:07
21      Q   I'm trying to ask a question and maybe the
22  answer is I don't know, but I want to make sure the
23  question is clear.
24         What I'm trying to ask is:  What would be
25  the instances where you would say yes, that main     10:15:15
```
Page 50

```
 1  metadata information does correspond to the location
 2  of the file?
 3         MR. LEE:  Objection to form.
 4         THE WITNESS:  Again, I would have to look
 5  more deeply into the specifics of how metadata is    10:15:30
 6  stored in Mp3 in order to know what relationship, if
 7  any, there would be between metadata that's stored
 8  in Mp3 file associated with name and any location
 9  relevance, or not, that there might be, so I just
10  don't know that off the top of my head.              10:15:50
11         I would prefer not to speculate on that
12  because I would just be making a guess.  And in
13  order to do a proper analysis, I would have to look
14  more carefully how it's stored.
15         MR. LEE:  Marc, I think we've been going       10:16:02
16  about an hour.
17         Is this a good time for a break?
18         MR. KAPLAN:  I'm happy to take a break.
19         THE VIDEOGRAPHER:  We're off the record at
20  10:16 a.m.                                           10:16:10
21         (Whereupon, a recess was held
22         from 10:16 a.m. to 10:28 a.m.)
23         THE VIDEOGRAPHER:  We're on the record at
24  10:28 a.m.
25  ///                                                  10:28:28
```
Page 51

```
 1  BY MR. KAPLAN:
 2      Q   Dr. Schmidt, welcome back.
 3      A   Thank you.
 4      Q   Do you understand you're still under oath?
 5      A   Yes.                                          10:28:33
 6      Q   Did you have any discussions with your
 7  attorneys about the substance of your testimony
 8  during the break?
 9      A   No.
10      Q   Let's turn to paragraph 47 of your claim     10:28:41
11  construction declaration, which is Exhibit 1.
12      A   I'm there.
13      Q   In this first sentence in paragraph 47, you
14  wrote that:
15         "POSITA would have understood              10:29:14
16         that a 'playback queue' is, in
17         more of a colloquial sense, a
18         'container' that can hold
19         multimedia for playback and that
20         different types and arrangements           10:29:28
21         of multimedia could be queued,"
22         and it goes on from there.
23         Do you see that?
24         You put "container" in quotes there.
25         What does "container" mean for you in this    10:29:39
```
Page 52

```
 1  context?
 2      A   It's basically the data construct of some
 3  kind, as I say in the rest of the sentence, can be
 4  used to hold multimedia or media content for
 5  playback.                                            10:29:56
 6      Q   Is there a difference between a data
 7  construct and a data structure?
 8      A   Depends on the context.
 9      Q   Let's start with what you understand both
10  to mean.                                             10:30:16
11         So what is a data construct to you?
12      A   Well, I give examples of data constructs in
13  paragraph 58, a little bit further down from
14  paragraph 47 that we were just discussing, and I
15  gave examples of data constructs.                    10:30:39
16         So a single data variable would be an
17  example of a data construct.  Multiple data
18  variables would be an example of a data construct.
19  A data array, those would be -- that would be
20  another example of a data construct.                 10:30:55
21         It's some way of arranging data, one or
22  more datum or data.
23      Q   For the multiple data variables that would
24  be a data construct to you, would there need to be a
25  relationship between those multiple data variables   10:31:20
```
Page 53

14 (Pages 50 - 53)

1  or not?

2      MR. LEE:  Objection to form.

3      THE WITNESS:  Help me understand what you

4  mean by "relationship."

5  BY MR. KAPLAN:                          10:31:31

6    Q   Well, let me ask the question:  Could you

7  have unrelated multiple data variables that would

8  form a data construct, in your view?

9      MR. LEE:  Objection to form.

10     THE WITNESS:  Again, I'm not sure what     10:31:43

11 "unrelated" means in this context as you're using

12 the term.

13     Related to what?

14 BY MR. KAPLAN:

15   Q   Well, what did you mean by saying "multiple   10:31:52

16 data variables could be a data construct"?

17     What would be -- strike that.

18     What would be an example, in your view, of

19 multiple data variables that would form a data

20 construct?                                 10:32:07

21   A   So if you take a look at paragraph 88 in my

22 claim construction declaration, I give an example, I

23 believe, that illustrates this.

24     It says:

25     "A POSITA would have known             10:32:22

Page 54

1      that a 'playback device' could

2      store in its memory plural

3      'multimedia items' across

4      multiple data variables (in other

5      words, not stored as an 'ordered    10:32:33

6      list') and still playback the

7      media in a specified order."

8      And then I go on and talk in the rest of

9  that paragraph about how the playback device could

10 have a data variable called "play_now."  It gets    10:32:44

11 populated by a first multimedia item.  And another

12 data variable called "play_next" that gets populated

13 by a second multimedia item.  And then have the

14 logic play the media corresponding to the play_now

15 data variable before the media corresponding to the    10:33:00

16 play_next data variable.

17     And, of course, this is just a specific

18 example in a different part of my declaration

19 talking about singular versus plural items, but I

20 think it answers your question about the concept of    10:33:17

21 a data construct and how the data construct could be

22 something that would involve multiple variables,

23 multiple data variables, as it says in paragraph 58.

24   Q   In your example in paragraph 88, is there a

25 relationship between the play_now and play_next data    10:33:39

Page 55

1  variables?

2      MR. LEE:  Objection to form.

3      THE WITNESS:  Again, I don't know what you

4  mean by "relationship."  So the example that's

5  described here gives an instance of how these two    10:33:56

6  variables could store data or store, in this case,

7  the logic that is going to be populated by a

8  multimedia item, which could be various things that

9  I describe also in my declaration.  And the code

10 that implements this or the logic that uses the    10:34:18

11 play_now and play_next data variables could use them

12 in the way as described here.

13     I don't know how that corresponds to the

14 phrase you use, "relationship."

15 BY MR. KAPLAN:                          10:34:33

16   Q   Well, presumably you could have two

17 variables that, in your view, together do constitute

18 a data construct, or in the alternative, you could

19 have two variables that together do not constitute a

20 data construct; is that fair?          10:34:49

21   A   Again, without understanding the context,

22 it's hard to know how to answer that question.

23   Q   Are every two variables going to form a

24 data construct, in your view?

25   A   Again, without knowing -- without    10:35:05

Page 56

1  understanding the context, it's hard to answer that

2  question.  I'm giving you a specific example here

3  which are a pair of data variables that, as I

4  described earlier in paragraph 58, would be an

5  example of a data construct in this particular case    10:35:23

6  relating to playback devices, having the ability to

7  store in the memory multimedia items, plural.

8    Q   Right.

9      What I'm trying to get at here is, I want

10 to understand the basis for your opinion that allows    10:35:40

11 you to identify when multiple independent variables

12 will form a construct and when they won't.

13     Do you understand my question?

14   A   I think so.  I think I just gave you an

15 example where two data variables are being used    10:36:04

16 together with logic in order to perform some

17 capability that could be useful in the context of a

18 playback system that would form a data construct, as

19 I describe in paragraph 58.

20   Q   Can you give me an example of when two data    10:36:24

21 variables would not form a data construct, in your

22 view?

23     MR. LEE:  Objection to form, incomplete,

24 relevance.

25     THE WITNESS:  I would have to think more    10:36:38

Page 57

15 (Pages 54 - 57)

1  about it. In this case, I was looking for examples
2  that demonstrated a data construct where multiple
3  data variables could be used in the context of
4  playback devices which, as I understand it, are the
5  focus of the -- my claim construction declaration --       10:36:55
6  one of the focal points of my claim construction
7  declaration.
8  BY MR. KAPLAN:
9      Q   So let me try to narrow the question and
10 I'll see if that helps.                                     10:37:06
11     In the context of playback devices, can you
12 give me an example of when you would have two
13 variables that would not form a data construct, in
14 your view?
15     MR. LEE:  Objection to form, vague,               10:37:21
16 confusing, scope, relevance.
17     THE WITNESS:  Yeah.  I would have to think
18 about that some more.  It's outside the scope of
19 what I've done here.
20     My analysis is focusing on the different          10:37:32
21 ways in which Google's construction of playback
22 queue is overly narrow and, in fact, reads out a
23 number of the different embodiments that are
24 disclosed in the specification.
25 ///                                                   10:38:10

Page 58

1  BY MR. KAPLAN:
2      Q   Okay.  Can you give me an example in the
3  context of playback devices where you would have a
4  single variable that would not form a queue?
5      MR. LEE:  Same objection; form, scope,            10:38:36
6  relevance.
7      THE WITNESS:  A single variable that would
8  not form a queue?
9      MR. LEE:  It's vague, confusing.  I'm
10 sorry.                                                10:38:52
11     THE WITNESS:  A Boolean flag of some sort,
12 perhaps.  Keep in mind, I haven't done that
13 particular analysis in my declaration, so I would
14 have to think about it, but seems like some Boolean
15 flag.                                                 10:39:12
16 BY MR. KAPLAN:
17     Q   So what I'm getting at here is, you've
18 provided -- I think at least an example in the case
19 where you have two variables where that might fit
20 the data construct definition that you gave, right,  10:39:27
21 that's paragraph 88?
22     A   That's correct.
23     Q   I just want to ask one more time to make
24 sure that the answer is clear.
25     Sitting here today, you can't give me an          10:39:40

Page 59

1  example of two variables in the playback device
2  context that would not form a data construct; right?
3      MR. LEE:  Objection to form,
4  mischaracterizes, vague, confusing.
5      THE WITNESS:  Yeah.  I wouldn't -- I don't         10:39:57
6  think that's what I answered you before when you
7  asked the same question.
8  BY MR. KAPLAN:
9      Q   Well, then, I would like your answer as to
10 what is an example of two variables in a playback     10:40:08
11 context that don't form a data construct?
12     MR. LEE:  Objection to form, vague,
13 incomplete, scope, relevance.
14     THE WITNESS:  I just go back to the answer
15 I gave you when you asked the question two or three   10:40:22
16 minutes ago.
17     I don't remember exactly what the answer
18 was, but I'm sure it's there for the record.
19 BY MR. KAPLAN:
20     Q   I thought that the answer was that you        10:40:32
21 couldn't give me an example, sitting here today,
22 because you thought it was outside the scope of your
23 declaration.
24     A   I don't think that's quite what I said, but
25 I stand by what I said before.                        10:40:44

Page 60

1      Q   Well, I'm going to have to ask it again
2  because I think we had different understandings of
3  what your testimony was, so I'll ask it one more
4  time.
5      Can you give me an example in the playback        10:40:55
6  device context of two variables that together don't
7  form a data construct?
8      A   And I'll just give the same answer I gave
9  before.
10     I believe I asked -- you asked me that            10:41:06
11 question before and I think I gave you an answer
12 that I stand behind, so you may have a different
13 interpretation of what the answer is, but I believe
14 my answer is my answer.
15     Q   I don't know what your answer was.  I         10:41:24
16 didn't get an example and I don't think you said --
17 I don't recall an example, so can you answer it one
18 more time, please?
19     MR. LEE:  Objection to form, incomplete
20 hypothetical, vague, confusing, relevance, beyond     10:41:36
21 the scope.
22     THE WITNESS:  Again, I'll just point back.
23     You asked me the question probably now four
24 minutes ago and I gave you an answer at that time
25 and I don't remember every detail of what I said,     10:41:48

Page 61

16 (Pages 58 - 61)

1  but I think I answered your question.
2      So I'm just going to stick with what I said
3  before, which should be in the record.
4  BY MR. KAPLAN:
5      Q   Well, it's all in the record and I'm not        10:41:56
6  trying to cross-examine you against your prior
7  answer, both of those will be in the record, but I
8  don't recall hearing an example like I asked for.
9      If you think you gave me one, I would like
10  to hear that example again.                            10:42:08
11     A   I think my previous answer gave you the
12  answer to your question.
13     Q   Can you give me an example -- I'll ask it
14  one more time and then we will move on. Okay?
15     Sitting here today, in the playback device           10:42:24
16  context, can you give me an example of two variables
17  that, together, don't form a data construct?
18     MR. LEE:   Same objection; incomplete,
19  vague, confusing, scope, relevance.
20     THE WITNESS:   So again, I'll point you back        10:42:41
21  to the response I gave you when you asked me that
22  question the first time. I'm going to stay with
23  that answer to your question.
24  BY MR. KAPLAN:
25     Q   If you go to page 17 of your declaration.        10:43:32

Page 62

1  I'm going to be looking at footnote 4.
2      A   I see that.
3      Q   Is it your view that Google's construction
4  is unclear as to whether or not it covers user
5  defined playlists?                                      10:44:02
6      MR. LEE:   Objection to form.
7      THE WITNESS:   Let me see the context in
8  which that footnote appears.
9      So this footnote appears in the context of
10  one of my other opinions that Google's proposed        10:44:44
11  construction appears to be given just a very narrow
12  example of one potential embodiment, good
13  embodiment, in my opinion, good potential
14  embodiment, a playback queue, which, in my mind,
15  appears to be more associated with what a person in     10:45:13
16  the ordinary skill in the art would be associated
17  with being a user defined playlist rather than
18  actually explaining what a playback queue is in the
19  construction.
20     And so that's the context. That's the              10:45:23
21  sentence that appears towards the end of
22  paragraph 47, and this footnote is just ripping on
23  this a little further, talking about a topic that
24  actually appears later in -- I think it's section D
25  of my declaration -- where I'm saying it's not clear    10:45:42

Page 63

1  to me as I read the proposed Google claim
2  construction whether they're only intending for a
3  playlist to be satisfied by a -- sorry -- a playback
4  queue, not a playlist -- a playback queue to be
5  satisfied by a user defined playlist, which is the      10:46:03
6  way the construction appears to suggest because it
7  says something about selected by the user for
8  playback. That's the particular phrase that I'm
9  addressing here.
10     And it appears to me that if that was the          10:46:20
11  intent of Google's construction, it would exclude a
12  number of different embodiments or examples that are
13  explicitly described in the specification having to
14  do with playing an album of songs, or a service
15  defined playlist, or something as I say, actually,      10:46:40
16  right above the footnote at the bottom of page 17
17  continuing on to the top of page 18 where you could
18  have some kind of online disk jockey service that
19  will decide what songs to play next, which really
20  isn't the same thing as being something selected by     10:47:00
21  the user, or a song selected by the user, or
22  multimedia content selected by the user.
23     So that's the way in which I'm addressing
24  this issue of selected by the user for playback. It
25  just wasn't clear to me, given the construction put     10:47:15

Page 64

1  forward what Google's intent was.
2  BY MR. KAPLAN:
3      Q   In paragraph 49 of your declaration, you
4  set forth an opinion that Google's proposed
5  construction would exclude service defined            10:47:32
6  playlists.
7      Do you see that?
8      A   Well, I think I'm just describing what an
9  example of a service defined playlist is, or an
10  Internet radio station is in paragraph 49, as I read   10:47:53
11  paragraph 49.
12     Q   Do you have a critique of Google's
13  construction that service defined playlists would be
14  excluded improperly by Google's construction?
15     A   I think as I mentioned in footnote 4, it's       10:48:07
16  just not clear to me what Google's construction
17  means, because the construction includes the phrase
18  "selected by the user for playback," and that
19  particular analysis of the playback queue not being
20  limited to user selected content, unlike what it        10:48:35
21  appears that Google may be saying, actually appears
22  starting towards the bottom of page 31.
23     And as I say in paragraph 93 on page 32,
24  it's unclear to me whether Google's use of the term
25  "selected by the user for playback," it's not clear     10:48:59

Page 65

17 (Pages 62 - 65)

1  to me whether Google intends that language to
2  include queuing a list of media items curated by a
3  third party media service, that's kind of a service
4  provided approach, automatically queuing album songs
5  by virtue of the user selecting the first song of an      10:49:17
6  album.
7       And when I say other examples, having
8  things related to queueing of other media items, or
9  as we talked about before, some kind of disk jockey
10  service. It's just not clear what Google means.        10:49:32
11      So I think my main critique, which
12  continues on paragraph 93 and below, this is my
13  understanding of my -- my not understanding of
14  Google's phrase, because I don't understand what it
15  means.                                                10:49:49
16      It appears that if it were to be only be
17  playback items that were multimedia that were
18  selected by the user for playback, that would be
19  inconsistent with a POSITA's understanding of the
20  term "playback queue," as described in the two         10:50:04
21  patents at issue.
22   Q  Do you understand Google's proposed
23  construction to require that the multimedia items
24  are selected by the user for playback?
25   A  I think the point I'm making, I don't        10:50:20
                                                       Page 66

1  understand what Google means. It seems very
2  unclear. So because it's unclear, I'm trying to
3  provide an analysis of what it might mean and then
4  describe why I believe that that analysis -- why
5  that -- those meanings would be inconsistent with      10:50:40
6  what's the intended part of the patents at issue.
7   Q  Is it your understanding that the org list
8  for the multimedia items are selected by playback --
9  strike that. I didn't correctly quote the
10  construction.                                         10:50:59
11      So Google's proposed construction says:
12      "An order list of multimedia
13      items is selected by the user for
14      playback."
15      Do you see that?                              10:51:10
16   A  I see Google's proposed construction, yes.
17   Q  Is it your understanding that the "is
18  selected by the user for playback" refers to
19  multimedia items, or an ordered list?
20      MR. LEE:  Objection to form.              10:51:26
21      THE WITNESS:  So if you take a look at
22  paragraph 91 of my declaration, I say essentially
23  it's my understanding that:
24      "Google's proposed
25      construction for 'playback queue'       10:51:50
                                                       Page 67

1  further requires that the
2  'ordered list of multimedia
3  items' be 'selected by the user
4  for playback.'"
5  BY MR. KAPLAN:                                  10:52:01
6   Q  But Google's proposed construction uses the
7  word "is," which refers to a singular subject as
8  opposed to a plural subject.
9      So Google's construction is actually
10  grammatically saying it's the ordered list that is    10:52:12
11  selected by the user for playback; right?
12   A  Well, as I read it here, it's the ordered
13  list of multimedia items.
14   Q  And the ordered list is a singular subject;
15  correct?                                         10:52:30
16   A  Ordered list is a singular subject, but
17  it's my understanding that the phrase "ordered list
18  of multimedia items" is what Google's proposing be
19  selected by the user for playback.
20   Q  So under Google's proposed construction,    10:52:48
21  it's not the multimedia items themselves that are
22  selected by the user for playback, it's the ordered
23  list; right?
24   A  I'm not really sure what distinction you're
25  making here. When I read the analysis here in      10:53:08
                                                       Page 68

1  section D of my declaration, I'm referring to the
2  phrase "ordered list of multimedia items" as being
3  what Google is proposing be selected by the user for
4  playback.
5   Q  Well, part of your critique -- I'm sorry.    10:53:26
6      Go ahead, Dr. Schmidt.
7   A  And the analysis in section D of this part
8  of my claim construction declaration is asking
9  questions about what does that mean?
10      And it's not clear what that means, as I     10:53:42
11  describe here. It's not clear whether it excludes
12  or includes queueing a playlist of media items, so I
13  think leaving aside the whole issue of ordered,
14  whether it has to be an ordered list, that's
15  discussed in section C of my declaration.        10:54:01
16      But as I say in paragraph 93, it's not
17  clear whether Google's construction excludes
18  queueing a playlist of media items, or a playlist is
19  singular, to your point, of media items that is
20  curated, so there's the singular "is," by a third    10:54:19
21  party media service.
22      That's the part of the analysis here that I
23  find confusing and unclear and it appears that it
24  could very well be the case that Google's -- if that
25  is the intent, that the playlist must be selected,    10:54:32
                                                       Page 69

18 (Pages 66 - 69)

1 whether that's something that is -- it's not clear
2 what Google is suggesting here and whether they're
3 reading out things that appear to be intentionally
4 part of the patents at issue.
5    Q    If it's the playlist that's selected by the    10:54:51
6 user, then falling under that would be examples like
7 Pandora where a radio station is selected by the
8 user; right?
9    A    There's a bunch of different examples that
10 I think occur in the patent of ways to get content    10:55:10
11 play.
12    Q    Pandora being one of them, I believe.
13 Spotify is another example; correct?
14    A    Let's see.
15        The patent gives several different examples    10:55:34
16 of third party music applications, including
17 Pandora, Rhapsody, Spotify, and so on.
18    Q    And in the Pandora example for -- just
19 taking that as a single example, you understand that
20 for a user to use Pandora, he or she selects a radio    10:55:52
21 station which is associated with a service defined
22 playlist; right?
23    A    That's my understanding.
24    Q    And in that example, the user is not
25 actually identifying and selecting all of the songs    10:56:08

Page 70

1 or multimedia items within that radio station, the
2 service is identifying them in playing those; right?
3    A    Again, that's my understanding.
4    Q    Let's turn to paragraph 51 of your
5 declaration.    10:56:34
6    A    Okay.
7        MR. KAPLAN:  I'm going to introduce another
8 exhibit.  Please let me know when you have it up.
9        THE REPORTER:  Is this Exhibit 4?
10        MR. KAPLAN:  This is Exhibit 4.  And it    10:57:14
11 will be United States Patent application number
12 U.S. 2011/4330.
13        (Whereupon, Google Exhibit 4 was
14        marked for identification by the
15        Court Reporter.)    10:57:56
16        MR. LEE:  Don't worry about the dogs.  I
17 know Mike has at least two sitting there.
18        THE REPORTER:  Sorry.
19        MR. LEE:  It's not a problem at all.
20        THE WITNESS:  Okay.  I got it.    10:58:07
21 BY MR. KAPLAN:
22    Q    Can you turn to paragraph 51 of that
23 reference.  I apologize.
24        Can you turn to paragraph 48 of that
25 reference.    10:58:28

Page 71

1    A    I'm there.
2    Q    There's a sentence within that paragraph
3 that begins:
4        "When the decision 316
5        determines that the specified    10:58:42
6        media item is to be played back
7        next, the specified media item
8        can be added 318 to a top of a
9        playback queue.  Alternatively,
10        when the decision 316 determines    10:58:54
11        that the specified media item is
12        not to be played back next, the
13        specified media item can be added
14        320 to a bottom of the playback
15        queue."    10:59:07
16        Do you see that?
17    A    I do.
18    Q    This portion of the reference is describing
19 how media items can be added or removed from a
20 queue?    10:59:16
21    A    No.
22    Q    Why not?
23    A    I don't see anything in that -- in the line
24 you read to me that describes removing an item.
25    Q    Fair enough.    10:59:54

Page 72

1        This portion of the record is just
2 describing adding items to a queue; is that fair?
3    A    The reference says what it says.  It says
4 that the -- in this particular context, it talks
5 about how an item can be added to the top of a    11:00:12
6 playback queue or added to the bottom of a playback
7 queue.  I see that.
8    Q    What does that mean, "top of a playback
9 queue"?
10    A    I would have to read further to see what    11:00:23
11 they're referring to by "playback queue" here to see
12 what they mean.
13    Q    Would a person of art understand what the
14 top or bottom of a queue refers to?
15        While you think about it, let me ask a    11:00:58
16 slightly better question that actually makes sense.
17        Would a person of skill in the art
18 understand what the top or bottom of a queue refers
19 to, "Q-U-E-U"...
20    A    It depends on the context.    11:01:11
21    Q    Do you understand what adding a media item
22 to the top or bottom of a queue means?
23    A    That's what I'm looking for, to see how
24 it's being used in this particular patent
25 description and how it's defined.    11:01:31

Page 73

19 (Pages 70 - 73)

1    Again, I'm trying to see if there's a
2  definition of how queue is defined here.
3    Q   So can you answer my question without
4  finding the definition on the patent, or not?
5    A   Well, depending on the context in which        11:02:57
6  queue is used, top and bottom are not common terms
7  used to describe queues.  That's why I was trying to
8  see if they were defining it in some other way.
9    Q   What terms are used to describe the front
10 and end of a queue, typically?                        11:03:13
11   A   Again, it depends on the context in which
12 we're referring.
13   Q   How about in the playback device context?
14   A   Typically people -- well, again, it's hard
15 to say.  If you think about a queue, queues can mean  11:03:35
16 many different things.  As I describe in my report
17 on paragraph 47, a queue is -- a playback queue is a
18 container that can be used to pull multimedia for
19 playback and different types and arrangements of
20 multimedia could be queued.  So what that's really   11:04:03
21 saying is, there's different ways to understand what
22 a queue could be.
23       So I don't know if there's -- I don't think
24 there's really one dictionary definition of a
25 playback queue that would be appropriate for all     11:04:13

Page 74

1  context, and that's why I describe here in
2  paragraph 47 and later in paragraphs 58 and 59, how
3  I believe a person of ordinary skill in the art
4  would have understood playback queue to be
5  interpreted in the context of this patent.          11:04:31
6        How the other patent -- that's why I was
7  trying to see how they're giving definition of a
8  playback queue, and they may be defining it in some
9  more specific way.
10   Q   Have you ever heard of queues described as     11:04:48
11 having a first-in/first-out characteristic?
12   A   Queues can be organized in all kinds of
13 different ways, so that's one potential way of
14 organizing, but there's lots of other ways to
15 organize queues as well.                             11:05:03
16   Q   Have you ever programmed using queues that
17 have a first-in/first-out characteristic?
18   A   I have.
19   Q   In what context -- strike that.
20       Have you ever taught in any of your classes    11:05:14
21 at Vanderbilt University that queues might have a
22 first/first-out characteristic?
23   A   I have taught queues in a number of
24 different ways.  Typically when I talk about queues,
25 I talk about them being able to have different       11:05:32

Page 75

1  queuing disciplines or queuing protocols, if you
2  will, and some of the queuing protocols would
3  include things like last-in/first-out; other
4  protocols are first-in/first-out.
5        There are other protocols where queues are     11:05:48
6  organized in terms of so-called priority order.
7  There's other protocols where you can move elements
8  around in a queue.  There's other protocols that do
9  other things where you can add or remove items from
10 the beginning and end.  You can then add them from   11:06:04
11 the -- you can add or remove them from the beginning
12 or add or remove them from the end.
13       There's a number of different ways to teach
14 what queues do.
15   Q   Have you taught that queues don't need to       11:06:16
16 have an order?
17   A   Again, there's different ways to organize
18 queues.  Yes, there are certainly queues that do not
19 have an order from the point of view from the way
20 the user is going to access their contents.          11:06:32
21   Q   What's an example of a queue that doesn't
22 have an order?
23   A   A queue that would provide the elements in
24 a random sequence.
25   Q   Would the queue be stored in the computer       11:06:44

Page 76

1  or memory with an order?
2        MR. LEE:  Objection; form, foundation.
3        THE WITNESS:  I'm not sure what you mean by
4  "order."
5  BY MR. KAPLAN:                                        11:07:02
6    Q   So I think you were saying that a user
7  might access the elements of a queue in a random
8  order.
9        Did I get that right?
10   A   I think I said a random sequence.               11:07:13
11   Q   Fair enough.
12       The user may access the elements of a queue
13 in a random sequence according to you; right?
14   A   That's correct.
15   Q   Would the queue as it's stored in the          11:07:23
16 computer have an order?
17       MR. LEE:  Objection to form, vague,
18 confusing, incomplete.
19       THE WITNESS:  Again, it's not clear what
20 you mean by "order."                                 11:07:40
21 BY MR. KAPLAN:
22   Q   So you -- have you heard of people
23 describing queues as having an order?
24   A   It is possible for queues to have order;
25 although not every queue needs to be ordered.        11:07:52

Page 77

20 (Pages 74 - 77)

1   Q   What is an example of a queue that's not
2   ordered?
3   A   A queue where the elements are accessed
4   randomly.
5   Q   What is an example of a queue that's --      11:08:07
6   well, let me ask a better question.
7       What is an example of a queue where the
8   elements can only be accessed randomly?
9       MR. LEE:  Objection to the form.
10      THE WITNESS:  A random queue.          11:08:25
11      Are you asking for what's an application of
12  such a thing?
13  BY MR. KAPLAN:
14   Q   Well, I'm not sure I understand what you
15  mean by "random queue."                     11:08:37
16      Can you describe that a bit more?
17   A   Sure.
18      You could have some collection of elements
19  and you might want to select the elements in some
20  random order, so it -- there could be lots of     11:08:54
21  different reasons for doing this.
22      You might want to do this for some kind of
23  encryption purposes, or you might want to do this
24  for some kind of testing purposes.  You might want
25  to be able to see how different kinds of algorithms  11:09:07

Page 78

1   might behave when confronted with data that's in
2   random order, literally.
3       For example, certain algorithms behave very
4   well on data that's nearly sorted.  They perform
5   differently on data that's randomly sorted, or not     11:09:22
6   sorted at all.  Randomly -- just randomly -- values
7   that come in random ways.
8       And so the ability to be able to take some
9   collection of values and provide those values in
10  some order that's not predefined but is, in fact,     11:09:41
11  going to be accessed based on a random number
12  generator is not uncommon.
13      I do that all the time when I'm
14  demonstrating various capabilities in courses I
15  teach at Vanderbilt and elsewhere.  So that would be     11:09:58
16  an example of a way to take a collection of data, a
17  queue of data, and access it in a random order.
18   Q   Are the elements within that queue
19  connected to the other elements within that queue
20  randomly?                                  11:10:17
21      MR. LEE:  Objection to the form, vague.
22      THE WITNESS:  I'm not sure what you mean by
23  "randomly."
24  BY MR. KAPLAN:
25   Q   Are the elements stored in the queue in an     11:10:28

Page 79

1   order in your random queue example?
2       MR. LEE:  Objection to the form.
3       THE WITNESS:  Not necessarily, no.  Because
4   they could move around.  In fact, in many
5   implementations of these forms of data algorithms     11:10:41
6   and data constructs and data structures and so on,
7   they -- doesn't really matter what order they're
8   stored in, you're going to be accessing them in
9   random order or random sequence.
10  BY MR. KAPLAN:                              11:10:59
11   Q   The random order or random sequence, are
12  you removing elements from the queue that are not at
13  the front or at the end of the queue?
14      MR. LEE:  Objection to form, vague,
15  incomplete.                                11:11:11
16      THE WITNESS:  In fact, there's many
17  different implementations of the style of data
18  generation I'm describing here.  Some remove
19  elements; some don't remove elements.
20      The key issue here is that you're accessing     11:11:23
21  each element in -- that's queued up in a manner that
22  is going to produce random output.  And whether or
23  not something is removed or not is really an
24  implementation detail of how you would implement
25  that particular abstraction.                11:11:40

Page 80

1   BY MR. KAPLAN:
2    Q   In the random queue that you're describing,
3   are elements added to the queue randomly in order to
4   randomize it?
5    A   Again.                                11:11:55
6       MR. LEE:  Objection to the form, incomplete
7   hypothetical, vague.
8       THE WITNESS:  There's various ways to
9   implement these kind of techniques.  Some of the
10  ways would add the elements in some order and then     11:12:05
11  access them randomly; others would add them randomly
12  and access them randomly.  You could add them
13  randomly and access sequentially.  There's all
14  different ways to implement these kinds of data
15  abstracts.                                 11:12:21
16  BY MR. KAPLAN:
17   Q   In your view, what are the characteristics
18  of a queue?
19   A   Well, again, in what context?
20   Q   A playback device context.             11:12:32
21   A   So in the playback device context, as I
22  describe in paragraph 47 of my declaration, a queue
23  is a container that can hold multimedia or resource
24  locators to multimedia items for playback and have
25  different types and arrangements of multimedia data     11:12:53

Page 81

21 (Pages 78 - 81)

1 that could be queued up, such as single songs or
2 playlist and so on.
3      Later I go into more detail in the context
4 of how a POSITA would understand a playback queue to
5 be realized in the context of the patents at issue      11:13:08
6 in the case which appear in paragraphs 58 and 59.
7    Q   In your view, the queue can be a single
8 data variable; right?
9      MR. LEE:  Objection.
10     THE WITNESS:  Certainly, yes.      11:13:29
11 BY MR. KAPLAN:
12    Q   And in your view, the queue can be multiple
13 data variables; right?
14    A   As described on paragraph 58 in my report,
15 I mention that POSITA at the time of the invention      11:13:42
16 would have understood that a queue could be
17 implemented in different ways, taking different
18 forms, such as a data construct, like a single data
19 variable, multiple data variables, DataRay, and
20 there's obviously other ways to do it as well.      11:13:58
21    Q   What ways can a queue not be constructed?
22     MR. LEE:  Objection to form.
23     THE WITNESS:  There's infinite ways which a
24 queue cannot be constructed.
25 ///      11:14:15

Page 82

1 BY MR. KAPLAN:
2    Q   If you were trying to hold multiple pieces
3 of data, for example, songs, how would you store
4 those in some type of data structure that's not a
5 queue?      11:14:26
6     MR. LEE:  Objection to form, vague,
7 incomplete hypothetical, foundation.
8     THE WITNESS:  I mean, you could certainly
9 store anything in a way that would not be accessible
10 in the manner that is being described here in the      11:14:56
11 patents at issue.
12 BY MR. KAPLAN:
13    Q   What do you mean by that?
14    A   You could store -- you asked me, are there
15 ways to implement something that are not a queue.      11:15:07
16     You could store data in a way that had no
17 way to access the elements at all.
18    Q   Besides not being able to access the
19 elements at all, what are the ways that you could
20 store data, for example, songs, not in a queue?      11:15:20
21     MR. LEE:  Objection to form, foundation,
22 scope.
23     THE WITNESS:  I would have to spend more
24 time thinking about that.  I haven't prepared that
25 analysis for today.  I have to think about it some      11:15:36

Page 83

1 more.
2 BY MR. KAPLAN:
3    Q   Okay.  Let's move on to paragraph 52.
4     Let me know when you're there.
5    A   I'm there.      11:16:01
6     MR. KAPLAN:  This requires me to get
7 another reference.  Give me one moment.
8     I've introduced Exhibit 5.
9     (Whereupon, Google Exhibit 5 was
10     marked for identification by the      11:16:34
11     Court Reporter.)
12 BY MR. KAPLAN:
13    Q   Please let me know when you see it,
14 Dr. Schmidt.
15     Exhibit 5 will be United States patent      11:16:38
16 application number 2012/89910.
17    A   Okay.  I'm there.
18    Q   Can you go to paragraph 50 of Exhibit 5 and
19 let me know when you're there.
20    A   I'm there.      11:17:42
21    Q   If you could read the portion to yourself,
22 Dr. Schmidt, that begins "Selecting the play_next
23 button 524 causes playback."
24     (Document reviewed by the witness.)
25     THE WITNESS:  Okay.  I see that.      11:18:18

Page 84

1 BY MR. KAPLAN:
2    Q   And did you read through the rest of
3 paragraph 50?
4    A   Oh, no.  Sorry.  I just read that sentence.
5     I'll read the rest of it.      11:18:28
6    Q   Thank you.
7     (Document reviewed by the witness.)
8     MR. KAPLAN:  It seemed too quick.
9     THE WITNESS:  Okay.  I see that.
10     I've read it.  Sorry.      11:19:04
11 BY MR. KAPLAN:
12    Q   In the second sentence that you just read,
13 the specification here refers to:
14     "Placing the selected media
15     items at the front of the      11:19:18
16     playback queue."
17     Do you know what "front of the playback
18 queue" refers to?
19     MR. LEE:  Objection; form, foundation.
20     THE WITNESS:  Again, I would have to go      11:19:46
21 back and see more how they're describing what a
22 playback queue is in this context.
23     I think the main purpose of this reference
24 was just to point out that queues can have zero
25 items.  They can have one item, they can have more      11:20:01

Page 85

22 (Pages 82 - 85)

Page 86

1  than one item. There's no requirement that a queue
2  has to hold multiple items, which appears to be what
3  the construction has for -- from Google.
4  BY MR. KAPLAN:
5      Q   Do you see in the portion you just read,      11:20:19
6  the specification also describes appending tracks to
7  the end of the existing playback queue?
8          Do you see that?
9          I'm paraphrasing.
10     A   No, I don't see.                              11:20:40
11         Where is that located?
12     Q   The sentence that begins:
13             "Selecting the Append to
14         Queue button 526 causes the one
15         or more selected tracks to be                 11:21:05
16         added to the end of an existing
17         playback queue."
18         Do you see that?
19     A   I do.
20     Q   The fact that the queue has a -- strike       11:21:18
21  that.
22         Does the fact that the queue that they're
23  discussing here in this specification have a front
24  and an end indicate to you that this queue is
25  ordered?                                             11:21:29

Page 87

1          MR. LEE:  Objection to form, foundation.
2          THE WITNESS:  Again, I need to go and look
3  more carefully how they're defining the data
4  structures or if they're defining the data
5  structures that they're calling a playback queue in  11:21:45
6  this context.
7  BY MR. KAPLAN:
8      Q   If you want to take a moment, you can do
9  that.
10         MR. LEE:  Caution the witness to be           11:22:10
11  thorough in reviewing the document.
12         THE WITNESS:  So I looked through all the
13  references to playback queue in the specification
14  that I could search for, or that came up when I
15  searched for "playback queue," and as far as I can   11:24:42
16  tell, they don't disclose the structure of the
17  queue.
18         But I will mention that the specification
19  makes it very clear that a playback queue can be
20  empty and it also mentions that playback queue can   11:24:54
21  contain one element, which in my mind is, again, as
22  I mention in my declaration, inconsistent with
23  Google's proposed construction that says that a
24  queue must be an ordered list of multimedia items,
25  implying that there's more than one of them.          11:25:14

Page 88

1          And, therefore, as I say in my report
2  towards the end of paragraph 76 -- or my
3  declaration, sorry, that the definition that the
4  proposal for the construction that Google is putting
5  forth would appear to not count a queue having zero   11:25:33
6  or one elements as being part of the construction of
7  playback queue.
8          So I think that this reference here that I
9  just looked through would be further indication of
10  the inconsistency that Google has with -- Google's   11:25:50
11  proposed construction has with other extrinsic
12  evidence at the time.
13  BY MR. KAPLAN:
14     Q   In your view, can a queue be a list?
15         MR. LEE:  Objection to form, vague.           11:26:08
16         THE WITNESS:  There's many different ways
17  to implement queues.  You can implement queues as
18  raised contiguous data structures.  You can
19  implement queues as linked lists.  You can implement
20  queues as trees.  You can implement queues as hash   11:26:22
21  tables.  You can implement queues as file systems.
22  You can implement queues, as I describe in my
23  declaration, in using other data constructs, such as
24  multiple data variables or single data variable.
25  There's different ways to implement queues.           11:26:40

Page 89

1  BY MR. KAPLAN:
2      Q   Some of those ways involve lists; right?
3      A   Again, depending on how list is defined,
4  there's different kinds of lists.  So I think that's
5  a case where certain terms are used broadly that     11:26:56
6  probably need to be narrowed down or we have to
7  recognize, as I mention in my report, that the
8  implementation of the queue container data construct
9  can take many different forms and so there's no one
10  representation.                                      11:27:16
11         I think one of the big issues I have with
12  Google's proposed construction is it tries to narrow
13  the understanding of a playback queue to something
14  that looks a lot more like a user defined playlist
15  or user specified playlist as opposed to being how I 11:27:30
16  think the term "playback queue" is actually
17  described in the patents at issue.
18         So the instruction is just very, very
19  narrow, overly narrow.  It's reading a particular
20  implementation detail in a way that's not            11:27:43
21  representative of what a POSITA would understand the
22  queue to be, and by doing so, it's also excluding a
23  number of different embodiments that are put forth
24  explicitly in the specification of the patents.
25     Q   Let's say you have a queue that's an order    11:28:01

23 (Pages 86 - 89)

1  list of three items.
2      Do you follow me so far?
3  A   Okay.
4  Q   And you remove two of those items from your
5  queue.                                    11:28:13
6      Follow me so far?
7  A   Okay.
8  Q   Is what's remaining an ordered list, or
9  not?
10     MR. LEE:  Objection to the form, incomplete    11:28:23
11 hypothetical, foundation.
12     THE WITNESS:  Again, we have to define what
13 an "ordered list" means.  So that's something also
14 that's not really clear from Google's construction,
15 what is meant by an ordered list.             11:28:41
16     Ordered according to what?
17     A   A list.  It's just a lot -- I guess my main
18 issue here is that the construction that Google is
19 putting forth is inherently ambiguous because terms
20 like "ordered list" are not really defined.     11:28:58
21     And to the extent that they're narrowed
22 down to be given a definition, then the construction
23 that's put forth is overly narrow and it starts
24 excluding various capabilities that are disclosed in
25 the '615 and '033 patents.                    11:29:16

Page 90

1  BY MR. KAPLAN:
2  Q   I'm trying to ask a narrower question here,
3  which is -- I think we agree that you can have an
4  order list that could be an example of a queue and
5  then you can remove items from that queue until you    11:29:32
6  get down to one or zero items left in the queue.
7      Are you with me so far?
8  A   I understand what you said so far, yes.
9  Q   And my question is:  Does the queue stop
10 being an ordered list, as soon as you get down to    11:29:52
11 having one or zero items left in the queue, or not?
12     MR. LEE:  Objection to form, vague,
13 ambiguous.
14     THE WITNESS:  Again, it's not really clear
15 from your hypothetical when you say "ordered list,"    11:30:06
16 what that means.  It's also not really clear, you
17 can -- there's a concept of something being
18 vacuously true.
19     So is something -- is the data structure
20 that's empty, a data structure?               11:30:23
21     It depends how you want to define that or a
22 data construct.
23     I think the main issue for me is that the
24 way in which Google is defining the construction
25 using terms like "ordered list of multimedia items"    11:30:37

Page 91

1  is vague and overly narrow and reads out things that
2  are part explicitly anticipated and disclosed in the
3  specification.  That's the key part for my analysis.
4  BY MR. KAPLAN:
5  Q   Is the fact that Google's construction uses    11:30:55
6  the term "ordered list" incorrect because a queue
7  can have zero or one items in it?
8      MR. LEE:  Objection to form.
9      THE WITNESS:  The problem with -- well,
10 let's see.  I think I describe that.           11:31:13
11     I think this is in section C.
12     Let's see.  Let me just make sure.
13     So as I describe on paragraph 87 of my
14 declaration, leaving aside whether we're dealing
15 with one or more items, it's my opinion that a    11:31:43
16 POSITA at the time of the invention would have known
17 that an ordered list was not necessary in order to
18 implement a playback queue.
19     And really as I describe several other
20 places, such as paragraph 47 and paragraphs 48 and    11:32:01
21 49, a playback queue is really about a container
22 that holds the element or elements or no elements,
23 for that matter, to be played back rather than a
24 particular data structure organized in a particular
25 way.                                        11:32:23

Page 92

1      And to the key point, I think this is
2  really getting square on to your question about
3  ordered list, a POSITA would have understood, as
4  people note in general who understand computing and
5  data management, that there's lots of different ways    11:32:38
6  to implement something like a playback queue that
7  can take different forms, different implementation
8  approaches, different ways of realizing the concept
9  of a playback queue.
10     And an ordered list might be one of those    11:32:54
11 ways, but it's not necessarily the best way to do
12 it.  Certainly not the only way to do it.
13     And so using a construction that predefines
14 a particular implementation detail for a construct
15 that doesn't require that level of detail to    11:33:08
16 represent what a playback queue does in the context
17 of these patents is just overly narrow and
18 restrictive.
19 BY MR. KAPLAN:
20 Q   I would like you to focus on my question    11:33:19
21 because it's a bit narrower than the answer you just
22 gave.
23     My question is:  Is the fact that Google's
24 construction uses the term "ordered list" incorrect
25 because a queue can have zero or one items in it?    11:33:32

Page 93

24 (Pages 90 - 93)

1    A   Well, again, as described in section C, I
2   break this up into two parts:  One is zero or more
3   items or zero or one items, or zero, one or two or
4   more items.  That's one aspect.
5        The ordered list part, though, as I think I        11:33:51
6   just described, was incorrect not so much because of
7   the plurality of multimedia items part of ordered
8   list of multimedia items, that's a different
9   analysis.
10        But the ordered list is problematic because        11:34:07
11   a POSITA would have known, as I say here in
12   paragraphs -- in paragraph 88 -- sorry -- 87, that
13   there are different ways to implement a queue or a
14   playback queue because that's really what's doing
15   here is a playback queue, and that an ordered list        11:34:27
16   is not the essence of what it means to be a playback
17   queue.
18        So that's the reason why that's
19   problematic.  It has to do with that.
20        And paragraph 88 gives an example that we        11:34:37
21   talked about earlier how you could implement a
22   playback queue that is not an ordered list, but that
23   satisfies the playback queue nature of what's
24   required by the patents.
25    Q   In your example on paragraph 88 with        11:34:52

Page 94

1   play_now and play_next, do those variables have an
2   order?
3    A   The variables do not have an order, no.
4    Q   And the variables do not need to have an
5   order in your view to qualify as a queue; right?        11:35:07
6        MR. LEE:  Objection to the form.
7        THE WITNESS:  So I think I describe it
8   pretty succinctly in paragraph 88 how you can have
9   data variables that are not stored as an ordered
10   list, as it says here, and, yet, still be able to        11:35:29
11   play back the media in a specified order.
12        So it describes how you could have the
13   logic of the code play things back such that
14   play_now goes first followed by play_next which goes
15   next.  And the actual data variables that are part        11:35:45
16   of the data construct need not to have any order and
17   we still get the right affect that would be desired
18   for that particular implementation.
19   BY MR. KAPLAN:
20    Q   We talked about random queues in the past        11:35:59
21   prior in this deposition.
22        Would it be your opinion that if you
23   randomly played the data variable play_now and the
24   random -- and randomly played -- strike that.
25        Let me try to ask a better question.        11:36:16

Page 95

1        Would it be your opinion modifying your
2   example in paragraph 88 with play_now and play_next,
3   if you played those data variables in a random
4   order, that it would still constitute a queue?
5    A   Well, I think a good example of that would        11:36:31
6   be the shuffle feature that you often find in
7   playback devices where the elements in your playback
8   queue could be played back in whatever order is
9   deemed by the particular device to be shuffled.
10        In other words, not an order that a user        11:36:50
11   might necessarily anticipate wouldn't be the first
12   track of the album followed by the second track of
13   the album followed by the third track of the album
14   or whatever, be an album or playlist, but it would
15   be shuffled.        11:37:05
16        So in that particular case, in this case,
17   we have a playback queue with two elements in it and
18   we could put it in shuffle mode and I think that
19   would be actually a very common way of being able to
20   use playback devices if you get tired of hearing        11:37:18
21   songs in the same order.
22    Q   If we modified your example in
23   paragraph 88, which has play_now and play_next, to
24   remove play_next, would you still have a queue?
25    A   I think as described in other parts of my        11:37:33

Page 96

1   declaration, the '615 and '033 patents make it very
2   clear that you can have playback queues that play a
3   song.
4        So there's a number of discussions, that's
5   actually the whole part about -- that's the whole        11:37:50
6   part in section C starting on paragraph 76 where
7   it's -- there's no reason to think that you have to
8   have multiple items in the playback queue in order
9   for it to still be in playback queue.
10        I have a bunch of different citations where        11:38:07
11   it describes being able to play a song or something
12   that's singular and that representation, the
13   implementation -- or realization of that, probably a
14   better term, of that capability is still done with
15   the playback queue, just has one item in it.        11:38:22
16    Q   So the answer to my question was yes;
17   correct?
18        MR. LEE:  Objection to form.
19        THE WITNESS:  I think as I say in
20   paragraph 88, the '615 Patent and by extension, the        11:38:39
21   '033 Patent repeatedly describes queueing only a
22   single piece of multimedia content for playback
23   which would mean that the playback queue would only
24   contain a single resource locator that corresponds
25   to or indicates a single piece of multimedia        11:38:58

Page 97

25 (Pages 94 - 97)

1  content.

2       So in that particular case, it's certainly

3  plausible to have a single data variable be used to

4  store the content in the playback queue, which is

5  the single piece of media that's disclosed in the        11:39:14

6  patent specifications.

7  BY MR. KAPLAN:

8     Q   So in your example, if you just had the

9  play_now variable, that could still be a queue;

10  right?                                                   11:39:34

11      MR. LEE:  Objection to form.

12      THE WITNESS:  Again, as I say in this part

13  of the report, for example, on paragraph 82, I see

14  nothing in the claims of these patents, or in the

15  specification of the patents, that limits the             11:39:54

16  playback queue to something that has to contain a

17  plurality or plural multimedia items.

18      It could have just a single item, in which

19  case you could have a single data variable, as I

20  think I mention in paragraph 47, as well, as various      11:40:10

21  ways that the concept of a playback queue container

22  could be realized.

23  BY MR. KAPLAN:

24     Q   So I've asked you a specific question about

25  your example in paragraph 88, three times now.  I'm       11:40:22

Page 98

1  going to ask it one more time.

2       Taking your example in paragraph 88, which

3  has the play_now and play_next data variables, if we

4  took out the play_next data variable, would you

5  still have a queue?                                       11:40:37

6     A   I think I've answered that question three

7  times by pointing out that I see nothing in the

8  specification or the claims in these patents that

9  require the playback queue to have multiple,

10  multiple items in it.                                    11:40:55

11      And the particular example on paragraph 88

12  is demonstrating how you could play things back in a

13  particular order without requiring an ordered list.

14  So that's the particular scenario.

15      But generalizing from the earlier            11:41:11

16  discussions that I've given you those answers to

17  your questions before, since the patent spec and the

18  patent claims don't require the -- having more than

19  one item, then you could have a queue that had an

20  item -- had a single data variable.  I think I've        11:41:33

21  been consistent in saying that.

22     Q   Right.  I'm not sure why you're fighting

23  this question so hard.

24      You gave an example in your declaration.

25  I'm asking about a very, very simple modification        11:41:45

Page 99

1  and I don't know why you're not answering my

2  question with respect to if you removed the

3  play_next variable in your example in paragraph 88,

4  yes or no whether you would have a queue still?

5      MR. LEE:  Objection to form, asked and       11:42:02

6  answered.

7      THE WITNESS:  Yeah.  I think I've given you

8  the same answer each time.

9      So as I mentioned, as I say in

10  paragraph 83, there's nothing in the specification       11:42:13

11  that requires there to be multiple items, plural.

12  You could have a single item.

13      The example that's in paragraph 88 is

14  illustrating a slightly different point, which is

15  that you can have ordered behavior without requiring      11:42:28

16  the use of an ordered list.

17      If you remove one of the variables and you

18  have a single variable, you know, then assuming the

19  example would need to be modified perhaps, the

20  description of the example in paragraph 88 would          11:42:43

21  have to be tweaked a little bit because it's really

22  describing something slightly different in terms of

23  the use case.

24      But I thought the answer I gave to your

25  question multiple times was:  It's certainly             11:42:52

Page 100

1  possible to have a playback queue that has a single

2  data variable in it.  I think that's said

3  consistently throughout my declaration.

4      As far as what would be -- need to be

5  changed in paragraph 88, I would have to look more        11:43:07

6  carefully because it's being used for a slightly

7  different purpose.

8      But I think the bigger answer to your

9  question is, as far as I see, the specifications and

10  the claims for the two patents at issue in the case,     11:43:20

11  it's possible to have a data construct, which is a

12  single variable, be an implementation of a playback

13  queue.

14  BY MR. KAPLAN:

15     Q   Let's turn to paragraph 59 of your report.   11:43:34

16     A   Okay.  I'm there.

17     Q   Do you see two and three lines from the

18  bottom of paragraph 59 you describe media items?

19      Do you see that?

20     A   I do.                          11:44:05

21     Q   What did you mean by "media items"?

22     A   Are you referring to the thing that says:

23          "That can contain data

24  identifying one or more media

25  items (e.g. one or more resource          11:44:23

Page 101

26 (Pages 98 - 101)

1        locators)"?

2    Q   You use "media items" there and also in the

3    following line.  I'm referring to both places.

4    A   So in this case -- let's see.

5        MR. LEE:  Marc, we've been going an        11:45:03

6    hour-and-a-half and it seems like we're switching

7    gears as Doug looks.

8        Is this okay to take a break, lunch break?

9        MR. KAPLAN:  I prefer to get on to my

10   pending question, but then I'm happy to take a        11:45:15

11   break.

12       MR. LEE:  Okay.  That's good.

13       Are you thinking lunch now or press on?

14       MR. KAPLAN:  Up to you and the witness.

15   And, of course, the court reporter and videographer.        11:45:26

16       MR. LEE:  I could -- it's almost

17   2:00 o'clock for me, but that's fine.

18       THE WITNESS:  So my understanding of -- or

19   what I meant by "media items" in this context would

20   be something akin to media content, for example,        11:45:51

21   audio files as we described before that could be

22   identified by or associated with resource

23   locators -- one or more resource locators.

24       MR. KAPLAN:  Let's go off the record.

25       THE VIDEOGRAPHER:  We're off the record        11:46:18

Page 102

1    11:46 a.m.

2        (Whereupon, a lunch recess was held

3        from 11:46 a.m. to 12:20 p.m.)

4        THE VIDEOGRAPHER:  We're on the record at

5    12:20 p.m.        12:20:24

6    BY MR. KAPLAN:

7    Q   Welcome back, Dr. Schmidt.

8        You understand that you're still under

9    oath?

10   A   I do.        12:20:38

11   Q   Let's turn to paragraph 100 of your

12   declaration.

13   A   I'm there.

14   Q   In the sentence beginning, "Notably in this

15   paragraph," you say that a POSITA would understand        12:20:59

16   that a URL is so limited to having an address.

17       Do you see that?

18   A   I -- is it the part that says, "Whereas a

19   POSITA would understand a URL is not so limited"; is

20   that what you're referring to?        12:21:18

21   Q   Correct.

22   A   I see that, yes.

23   Q   Can you give me an example of a URL that

24   doesn't have an address?

25   A   Yes.        12:21:29

Page 103

1    Q   Go ahead.

2    A   A so-called persistence -- or persistent

3    URL -- sorry -- persistent Uniform Resource Locator,

4    or PURL, P-U-R-L, would be an example of a URL that

5    does not contain the address of the resource that's        12:21:46

6    being requested.

7    Q   How does a PURL identify a resource?

8    A   It provides information that is sent to

9    essentially the lookup service or a resolution

10   service that then goes ahead and finds where the        12:22:06

11   actual resource is and then sends back what's called

12   a URL redirect back to the requester that will

13   redirect the requester back to the actual item

14   that's being requested.

15       So you can think of it essentially as some        12:22:25

16   sort of proxy, or like I said, a location service or

17   directory service where you look things up and it

18   doesn't actually contain the address of the

19   resource, it contains something that can be used by

20   the persistent URL service to identify the resource.        12:22:44

21   Q   Will you turn to paragraph 103 of your

22   report.  Paragraph 103.

23   A   I'm there.

24   Q   In this paragraph, you excerpt a few

25   different portions of the '615 Patent specification.        12:23:08

Page 104

1        Do you see that?

2    A   I do.

3    Q   Are any of those portions of the

4    specification referencing resource locators?

5    A   If I understand your question, you're        12:23:27

6    referring to the portions that are from the '615

7    Patent that starts at the very first indented

8    paragraph on page 35 where it's talking about

9    uniform resource indicator.

10       And then shortly thereafter, it's talking        12:24:25

11   about how an application has the song identifier,

12   which is another quote from the '615 spec, and then

13   shortly below there it talks about an identifier for

14   a single track and so on.

15       Are those the paragraphs that you're        12:24:40

16   referring to that are excerpts from spec?

17   Q   That's right.

18   A   Right.

19       So all of those things, as I say here in

20   paragraph 104, right underneath that:        12:24:50

21       "It is my opinion that a

22       POSITA would understand from

23       reading the '615 Patent that the

24       'resource locator'" -- that's in

25       the claims -- "is meant to        12:25:02

Page 105

27 (Pages 102 - 105)

1    encompass more than a 'URL,' as
2    evidenced by at least the '615
3    Patent references to" -- and then
4    I talk about -- "'some other
5    identification,' 'identifier,'                12:25:12
6    and 'information,'" and so on.
7        And these are the kinds of things that are
8    described above:  Song identifier, identifier,
9    Uniform Resource Locator.  Those are examples --
10   those are all examples given in the specification of    12:25:24
11   resource locators demonstrating to my bigger point
12   here in this section that resource locator is a
13   different broader concept than a so-called Uniform
14   Resource Locator.
15       Q   Is it your opinion that PURLs are used to    12:25:43
16   identify resources in the Cloud?
17       MR. LEE:  Objection; form, foundation.
18       THE WITNESS:  I'm sorry.  Could you repeat
19   the question?
20   BY MR. KAPLAN:                                  12:26:03
21       Q   Is it your opinion that PURLs are used to
22   identify resources in the Cloud?
23       A   PURLs can be used to identify resources in
24   a number of different locations or different
25   contacts.  The Cloud could certainly be used as one    12:26:17

Page 106

1    of them.
2        Q   Are URLs used to identify resources in the
3    Cloud?
4        MR. LEE:  Objection to form.
5        THE WITNESS:  So just to be clear, when we    12:26:31
6    say "the Cloud," we're referring broadly to Cloud
7    services provided by Cloud providers; is that
8    correct?
9    BY MR. KAPLAN:
10       Q   That's fine.                             12:26:46
11       A   So uniform resources -- Uniform Resource
12   Locators, or URLs, are one of a number of different
13   naming regimes that can be used to identify
14   resources in the Cloud.
15       Q   What are the other naming regimes that can    12:27:03
16   be used to identify resources in the Cloud?
17       A   Oh, there's all kinds of things.
18       A good example from the world of the common
19   object request broker architecture, technology
20   standards and specifications and implementations,    12:27:19
21   which began in the mid 1990s continuing on to today
22   would be something called an object reference, which
23   is another way of being able to locate resources in
24   the Cloud.
25       Other technologies over time, such as          12:27:33

Page 107

1    the -- Microsoft's COM mechanism and D-COMM
2    mechanism used something called a moniker, which is
3    another way of being able to identify resources that
4    are existing in servers or Clouds, or basically
5    different ways of being able to access information    12:27:52
6    across the Internet or the World Wide Web.
7        There's also other concepts that have been
8    used over the years, such as the mechanisms you
9    would find in the data distribution service, which I
10   think uses a resource -- an object reference like    12:28:07
11   model to identify resources in distributed systems
12   and networks and clouds.
13       There's also things such as universal
14   unique IDs, UIDs, global unique IDs, GO IDs.  All
15   kinds of different ways to be able to identify       12:28:25
16   resources in Clouds and other distributed systems.
17       So URL is just one of a number of different
18   techniques that are used in order to identify such
19   resources.
20       Q   Do each of the examples you just gave        12:28:37
21   identify location?
22       MR. LEE:  Objection to form.
23       THE WITNESS:  So that's a great question.
24       So kind of going back to the concept of a
25   persistent URL, with CORBAs object references, you    12:28:49

Page 108

1    can use object references in a couple different
2    ways.
3        One way to use an object reference is to
4    identify a particular resource in a distributed
5    system or in a Cloud.  That would be one where the    12:29:04
6    address information is actually encoded in the
7    object reference.
8        As with persistent URLs, however, you can
9    also have object references that didn't point to a
10   particular resource but they pointed to some kind of    12:29:17
11   naming service or directory service or locator
12   service or whatnot, and that would then find the
13   resource of interest, redirect -- send a redirect
14   message back to the client, called location
15   forwarding response, and then that would cause the    12:29:34
16   client to redirect the call to the actual resource.
17       Very, very much along the same lines of how
18   a persistent URL works.
19       So these concepts of distributed location
20   and distributed naming and so on have been around    12:29:47
21   for decades.
22   BY MR. KAPLAN:
23       Q   How would you implement a system that can
24   playback multiple songs without using a queue?
25       MR. LEE:  Objection to the form,               12:29:58

Page 109

28 (Pages 106 - 109)

1  incomplete, vague, foundation.
2       THE WITNESS:  How could -- I'm not sure I
3  understand the question.
4  BY MR. KAPLAN:
5       Q   Do you have a playback system that can          12:30:13
6  playback multiple songs?
7       Is it possible to implement that without
8  using a queue?
9       MR. LEE:  Same objection.
10      THE WITNESS:  Probably.  I haven't really          12:30:29
11 thought about it very hard, but it's probably
12 doable.  I'm not sure.  I don't know -- quite know
13 the context in which you're asking the question.
14      But it could be possible.  I don't really
15 know.  I haven't done the analysis to think that     12:30:41
16 through.
17 BY MR. KAPLAN:
18      Q   Do you have any examples that you can think
19 of on how to implement such a system without using a
20 queue?                                               12:30:50
21      A   I would have to think about it.  I don't
22 know off the top of my head.
23      Q   Is Sonos's own music queue a playback
24 queue?
25      MR. LEE:  Objection to form, foundation.        12:31:06

Page 110

1       I don't know if he's looked at Sonos's
2  systems.
3       THE WITNESS:  Yeah.  I'm not really
4  familiar with the details of how Sonos works.
5       I'm also not sure if there's one queue or       12:31:22
6  I'm not sure if there's -- without the Sonos queue,
7  I don't know if the products have different ways of
8  implementing the queues, much like disclosed in the
9  patents, there's different ways of implementing
10 playback queues, so I'm not familiar with how those   12:31:35
11 worked.
12 BY MR. KAPLAN:
13      Q   Have you ever used Sonos products to play
14 music from a queue?
15      MR. LEE:  Objection; relevance.                  12:31:44
16      THE WITNESS:  I've used Sonos's products
17 before, but I'm not sure the way in which I used
18 them, whether I used the queue or not.  I didn't
19 look at the internals of how they were set up to be
20 configured.                                          12:32:06
21 BY MR. KAPLAN:
22      Q   Would you have to look at the internals of
23 how they're set up to be configured to determine
24 whether or not they used a queue?
25      MR. LEE:  Objection; form, hypothetical.         12:32:14

Page 111

1       THE WITNESS:  Like I said, I'm not -- I
2  don't remember enough about the context in which I
3  used them in order to form an opinion on that or
4  not.
5  BY MR. KAPLAN:                                        12:32:27
6       Q   How did you use the Sonos products?
7       A   My son has some Sonos speakers and he has
8  shown me how to use them, but I don't recall the
9  details of how he did it.
10      Q   Do you recall if you played more than one     12:32:48
11 song on the Sonos speakers that you used?
12      A   No.
13      Q   Did you cite any technical dictionaries
14 that define the term "resource locator" by itself?
15      A   As I say on paragraph 99 in my claim         12:33:23
16 construction declaration, the opinions that I put
17 forth are based on my analysis of the intrinsic and
18 extrinsic evidence of the '615 Patent as cited
19 below.
20      My own experience is -- and my                   12:33:39
21 determination of how the POSITA would understand --
22 would have understood the term "resource locator" in
23 the context of the '615 Patent at the time of the
24 invention.
25      And looking through the list of intrinsic        12:33:49

Page 112

1  and extrinsic evidence that I cite here, I do not
2  have dictionary definitions I cite to, intrinsic
3  evidence and also extrinsic evidence in the form of
4  other, I believe mostly, other patents from the
5  general timeframe of the invention that used the      12:34:11
6  word "resource locator" -- or the phrase "resource
7  locator."
8       Q   Let's say when a user transfers playback
9  from their computing device to the playback device
10 that they have an Internet server that sends the      12:34:38
11 playback device a list of media items and those are
12 going to be played back in some order on the
13 playback device.
14      Do you understand the hypothetical so far?
15      A   Sort of.  So --                              12:34:54
16      Q   Sure.
17      Under your constructions, do you think that
18 the Internet server is adding identifiers to a local
19 playback queue?
20      MR. LEE:  Objection to the form, incomplete      12:35:09
21 hypothetical, foundation.
22      THE WITNESS:  Wow.  I would have to take a
23 look -- I mean, to do a proper analysis, I really
24 have to spend some time looking through the means by
25 which the information was requested and received and   12:35:29

Page 113

29 (Pages 110 - 113)

```
 1   so on to answer that question properly.
 2          MR. LEE:  Are you asking if that's the only
 3   way that that could work, Marc?
 4          MR. KAPLAN:  My question was under
 5   Dr. Schmidt's constructions, would he agree that the    12:35:44
 6   Internet server's adding identifiers to a local
 7   playback queue?
 8          MR. LEE:  Yeah.
 9          Objection; vague and ambiguous, relevance,
10   foundation.                                             12:35:58
11   BY MR. KAPLAN:
12       Q   Under your constructions, Dr. Schmidt,
13   would you agree that the Internet server's adding
14   resource locators to a local playback queue?
15          MR. LEE:  Objection; vague.                     12:36:10
16          I don't even know what construction we're
17   talking about.
18          THE WITNESS:  So I will answer the question
19   by reference to section B in -- subsection B in
20   section 7 of my report which talks about issues         12:36:34
21   related to what a playback queue might or might not
22   contain with respect to multimedia items, whether or
23   not they would be in so-called data form or
24   identifier resource locator form.
25          And as I say throughout that section,           12:36:54
                                                      Page 114
```

```
 1   will you understand what I'm referencing?
 2          MR. LEE:  Same objection.
 3          I think he's just critiquing those
 4   constructions of Google's.
 5          THE WITNESS:  So in looking at -- if I have      12:38:15
 6   in my declaration under Google's proposed
 7   construction, Google's proposed construction, as we
 8   all know, is an ordered list of multimedia items
 9   that's selected by the user for playback and Sonos's
10   proposed construction is plain and ordinary meaning,    12:38:31
11   no construction is necessary.
12          So is that -- when you say Sonos's
13   construction, are you -- do you mean by that plain
14   and ordinary meaning, no construction necessary?
15   BY MR. KAPLAN:                                          12:38:47
16       Q   I mean the plain and ordinary meaning
17   construction proposed by Sonos and as discussed by
18   you in your declaration.
19       A   Okay.
20       Q   So you can answer.                              12:39:03
21       A   Now that we've narrowed it down to what is
22   meant by my construction, which is really the plain
23   and ordinary meaning no construction necessary
24   construction, can we please repeat the question?
25       Q   Under Sonos's proposed constructions, would    12:39:17
                                                      Page 116
```

```
 1   there's different ways to implement such a mechanism
 2   and -- or such mechanisms, and so I'd have to know a
 3   little bit more in your hypothetical about what
 4   we're referring to here is and how it's being used
 5   and specifically what you mean by my construction.      12:37:15
 6   BY MR. KAPLAN:
 7       Q   So to answer the last question, the
 8   construction -- when I said "my construction," I
 9   meant the construction that you agreed with in your
10   declaration, which is Sonos's construction.            12:37:25
11       A   Okay.
12          MR. LEE:  Same objection.
13          Still not sure what construction.
14   BY MR. KAPLAN:
15       Q   Well, I want to make sure it's clear.          12:37:37
16          Dr. Schmidt, do you understand which
17   constructions I'm referring to?
18          MR. LEE:  Objection to Sonos's
19   construction.
20          MR. KAPLAN:  I don't know how I can refer       12:37:50
21   to Sonos's construction otherwise, so let me ask the
22   witness.
23   BY MR. KAPLAN:
24       Q   If I refer to Sonos's construction for the
25   local playback queue and resource locator terms,       12:38:00
                                                      Page 115
```

```
 1   you agree that the Internet server's adding resource
 2   locators to a playback queue?
 3          MR. LEE:  Same objection; incomplete
 4   hypothetical, vague.
 5          THE WITNESS:  Again, I would really have to      12:39:31
 6   take a look to see what is going on here.  I don't
 7   know how said Internet servers work.  I don't know
 8   how the playback queue is being defined.  I don't
 9   know how -- I mean, in your hypothetical, I'm not
10   sure what you mean by "resource locators" and what      12:39:53
11   kinds of information is coming from the Internet.
12          So really to do a fair and thorough justice
13   to your question, I would have to know more -- the
14   hypothetical would have to be flushed out quite a
15   bit.  I probably would have to do some analysis to      12:40:10
16   see what it's doing to know if it matches the
17   construction, the plain and ordinary meaning
18   construction.
19   BY MR. KAPLAN:
20       Q   Are you familiar with the C++ Standard          12:40:18
21   Template Library?
22       A   Yes.
23       Q   You've taught the C++ Standard Template
24   Library in your classes at Vanderbilt?
25       A   I have.                                         12:40:30
                                                      Page 117
```

30 (Pages 114 - 117)

1    Q   Does the C++ Standard Library define
2  queues?
3    A   Yes.  It defines several different queues.
4    Q   There's one queue in particular that's
5  defined in the C++ Standard Template Library; right?          12:40:40
6        MR. LEE:  Objection.
7        THE WITNESS:  No, there's not.
8  BY MR. KAPLAN:
9    Q   How many different queues are defined in
10  the C++ Standard Template Library?                           12:40:41
11    A   Well, there's at least three different
12  queues that are defined in the Standard Template
13  Library.
14    Q   What are their names?
15    A   One is called Queue, another one is called    12:41:03
16  Priority Queue, and there's another one that's
17  called Stack.
18        But then there's other types of queues that
19  are defined in other ways that work in different --
20  that provide collections of data.                            12:41:19
21        So there's probably more of them, but those
22  are three -- they're actually what's known as
23  container adapters.
24    Q   So when I say the C++ Standard Template
25  Library Queue, can we agree that I'm referring to    12:41:33

Page 118

1  the actual queue as designed in the C++ Standard
2  Template Library?
3        THE REPORTER:  I'm sorry.  Can you say that
4  question again?
5        MR. KAPLAN:  Maybe I can rephrase the         12:41:54
6  question just to make sure the witness and I are
7  speaking the same language.
8  BY MR. KAPLAN:
9    Q   When I ask what the names of the different
10  queues are as defined in the C++ Standard Template   12:42:06
11  Library, I believe you said that they are Queue,
12  Priority Queue and Stack.
13        Is that fair?
14    A   Those are some of the queues -- the
15  queueing mechanisms that are defined in C++ Standard    12:42:21
16  Template Library.
17    Q   So the first one of those is called Queue
18  and I'd like to refer to that as the C++ Standard
19  Template Library Queue.  Is that okay?
20    A   I think maybe a more precise way of saying    12:42:39
21  that would be the container adapter whose class name
22  is Queue, because, again, there's other kinds of
23  queues that are part of the C++ Standard Template
24  Library.
25    Q   That's a bit of a mouthful.              12:42:58

Page 119

1        If I said the class that's called Queue,
2  would you understand what I'm referring to?
3    A   Yes.
4    Q   The class that's called Queue, is that a
5  FIFO structure?                                              12:43:11
6        MR. LEE:  Objection to the form,
7  foundation, vague.
8        THE WITNESS:  That's a good question.
9        I believe it is, but I would have to go
10  back and double check to make sure there's not other    12:43:39
11  capabilities that can be accessed through that
12  interface.
13  BY MR. KAPLAN:
14    Q   With the class Queue, you can push elements
15  into the end of the queue; correct?                          12:43:49
16        MR. LEE:  Objection; form.
17        THE WITNESS:  The class in C++ whose name
18  is Queue, as I recall, has a push method that will
19  add an element to the end of the underlying data
20  representation.                                              12:44:21
21        There could be different representations
22  used to implement the queue.  That's one of the
23  features of queues or container adapters in C++, is
24  you can actually have data structures under the hood
25  that implement the mechanisms that they provide.    12:44:36

Page 120

1        But if my memory serves me correctly, one
2  of the operations on the C++ STL queue is indeed
3  push, keeping in mind that there are other types of
4  queues in C++ STL.
5  BY MR. KAPLAN:                                               12:44:54
6    Q   The class queue has the ability to pop
7  elements off the front of the queue; correct?
8        MR. LEE:  Same objection; form, vague.
9        THE WITNESS:  Again, it's my recollection
10  that the C++ class named queue has pop operator that    12:45:06
11  will remove an item from the front of the queue,
12  although it's got rather strange semantics in that
13  it does not actually return the item that was
14  removed, which is kind of strange.
15        But, again, it's one of a number of         12:45:30
16  different ways of implementing the concept of the
17  queue.
18        MR. KAPLAN:  Dr. Schmidt, could you open
19  Exhibit 6, which I've just uploaded.
20        (Whereupon, Google Exhibit 6 was         12:45:51
21        marked for identification by the
22        Court Reporter.)
23        THE WITNESS:  Okay.  I've got it.
24  BY MR. KAPLAN:
25    Q   Exhibit 6 is a presentation entitled "Key    12:46:23

Page 121

```
 1   STL Features:  Containers, Iterators, & Algorithms,"
 2   and it has your name, Douglas C. Schmidt, on the
 3   first page.
 4          Do you see that?
 5      A   I do.                            12:46:41
 6      Q   Is this a presentation that you created
 7   while you were at Vanderbilt?
 8      A   Actually, it's a portion of a presentation
 9   that I created when I was a professor earlier and
10   have used at Vanderbilt.              12:46:55
11      Q   You've used this presentation Exhibit 6 at
12   Vanderbilt?
13      A   That's correct.
14      Q   Did you use this presentation in
15   conjunction with teaching a C++ class?   12:47:06
16      A   It was a course called Intermediate
17   Software Design, which is a course that covers
18   different ways of advanced -- well, maybe
19   intermediary programming -- intermediate software
20   development focusing on design patterns, as well as   12:47:24
21   good programming techniques, debugging techniques,
22   source code, and software engineering, management
23   techniques, and parts of C++ are also covered as
24   well.
25      Q   If you go to page 7 of this presentation,   12:47:40
```
Page 122

```
 1   there's a chart on the right.  It includes a column,
 2   in the second row down, that chart element says
 3   "queue" and then to the right of that there's a
 4   column that says "characteristics."  It says,
 5   "First-in/first-out data structure."      12:48:00
 6          Do you see that?
 7      A   There's a bunch of pages named number 7.
 8          Which one are you referring to in the PDF?
 9      Q   There are.  I'm actually referring to the
10   final page.                          12:48:15
11      A   Okay.
12      Q   -- of the PDF.
13      A   Yes.  Those are the examples of the various
14   container adapters we were talking about earlier.
15      Q   Next to queue, it says, "First-in/first-out   12:48:27
16   data structure."
17          Do you see that?
18      A   I do.
19      Q   Does that refresh your recollection as to
20   whether or not the class queue is the        12:48:34
21   first-in/first-out data structure?
22      A   That's the way it's defined in C++, yes.
23      Q   In this presentation, do you refer to
24   stacks as queues?
25      A   If you take a -- this is -- as I mentioned,   12:48:52
```
Page 123

```
 1   this is an excerpt from a much longer set of
 2   material on C++ and the Standard Template Library.
 3          If you were to go look in more detail at
 4   later parts that have been omitted here in the
 5   slides you're showing me, there's extensive      12:49:08
 6   discussions of the APIs that are available for both
 7   Stack -- well, for both Stack, Queue and Priority
 8   Queue, and they all have the same API.
 9          And so as a result, they're treated
10   inconsistent -- in consistent ways with respect to   12:49:24
11   the operations.  It's simply that the way in which
12   the container's implemented and the semantics as
13   defined in C++, which is not the only way to do
14   things, of course, relative to what queues are;
15   certainly not relevant to playback queues, per se.   12:49:44
16          So, yes.  There's parts of those APIs that
17   are similar, so they all have the same interface.
18      Q   In the larger set of materials that you're
19   referring to, those materials refer to the class
20   queue -- strike that.                 12:49:59
21          Sorry.  I have to do a big wind up again in
22   the larger set of materials that you're referring
23   to.
24          Are there portions of those materials that
25   refer to the class Stack as a queue?      12:50:12
```
Page 124

```
 1      A   There are portions of that material that
 2   describe how the interfaces for stacks and queues
 3   and priority queues are all the same and, therefore,
 4   what differs is the way the implementation handles
 5   the protocol for adding or removing elements from    12:50:31
 6   the container adapter.
 7      Q   For example -- sorry.
 8          Go ahead.
 9      A   So when I teach those parts of the course,
10   I always mention that the interface is for Stack and   12:50:44
11   Queue and Priority Queue are the same.
12      Q   The operations within the class queue are
13   different than the operations within the class
14   Stack; right -- strike that.
15          I can ask a better question.      12:51:06
16          The functions within the class queue are
17   different than the functions within the class Stack;
18   correct?
19          MR. LEE:  Objection to form.
20          THE WITNESS:  I think as I just explained,   12:51:16
21   the interface is for Stack and Queue and Priority
22   Queue are all the same.  They have operations
23   like -- or largely the same.  They have operations
24   like -- I believe it's push and pop, which are very
25   strange names for a queue especially.      12:51:32
```
Page 125

32 (Pages 122 - 125)

1    I believe, if I'm not mistaken, they have
2    operations push and pop defined on all of them, and
3    so those operations have the same signatures.
4        Is that what you are asking?
5    BY MR. KAPLAN:                              12:51:48
6        Q    Is the class Stack in the C++ Standard
7    Template Library a last-in/first-out data structure?
8        MR. LEE:  Objection to form.
9        THE WITNESS:  It depends what you'd
10   substantiate it with.                       12:52:05
11   BY MR. KAPLAN:
12       Q    So can I draw your attention to the last
13   page of the presentation in Exhibit 6.
14       And on that last page next to Stack, it
15   says "first-in/last-out data structure."     12:52:17
16       Do you see that?
17       A    I do.
18       Q    Do you agree that the Stack is a
19   first-in/last-out data structure?
20       A    Again, if you're asking me in the context  12:52:26
21   of C++ STL, it all depends on what kind of container
22   parameter you pass to the container adapter.
23   Container adapters are basically, as the name
24   suggests, adapters, and you provide them with
25   container implementations, for lack of a better  12:52:51

Page 126

1    term, and they adapt them in different ways.
2        So depending what you pass in, how you --
3    how you parameterize the container adapter, be it
4    Stacked, Queue or Priority Queue, that actually
5    dictates the behavior that you will get when you  12:53:08
6    called a common operations push and pop on instances
7    of those container adapters that have been
8    substantiated.
9        Q    So is it your opinion that the Stack
10   container might be a first-in/last-out data  12:53:22
11   structure and it might not?
12       A    That is correct.
13       Q    Is your opinion that the Queue might be a
14   first-in/first-out data structure, or it might not?
15       A    That's also correct.               12:53:33
16       Q    Is that what your presentation says here on
17   the final page of Exhibit 6?
18       A    No.  This is just describing one of the
19   out-of-the-box behaviors.  But if your question was
20   how does a Stack work, how does the Stack container  12:53:48
21   adapter work in C++ STL, the thorough answer to the
22   question is it depends on the type of container
23   implementation that you use to substantiate the
24   Stack template.
25       Q    Does a Stack -- strike that.        12:54:06

Page 127

1        Does a Queue as defined by the C++ Standard
2    Template Library have order?
3        MR. LEE:  Objection to form.
4        THE WITNESS:  Again, keeping in mind the
5    bigger context here, the term "playback queue" as  12:54:23
6    defined in the '615 and '033 Patent and not relating
7    to C++ in any way, shape, or form.
8        One of the default behaviors for the C++
9    container adapter queue is to provide
10   first-in/first-out semantics.                12:54:42
11       As to how it achieves that, again, is an
12   implementation detail.
13   BY MR. KAPLAN:
14       Q    My question was:  Does a queue as defined
15   in the C++ Standard Template Library have order?  12:54:59
16       MR. LEE:  Objection to form.
17       THE WITNESS:  Again, going back to what I
18   was saying before, in the C++ Standard Template
19   Library, the behavior of the queue depends on how
20   you substantiate the queue container and adapter.  12:55:20
21   So there's no one answer to that question, number 1.
22   So the answer is it depends similar to the question
23   you asked me before.
24       Likewise, just to make the point more
25   clear, the C++ STL container adapters that have the  12:55:34

Page 128

1    word "queue" in them are not at all relevant in the
2    context of playback queue as defined in the '615 and
3    the '033 Patent specifications and claims.
4        MR. KAPLAN:  Can we take a very quick
5    three- or four-minute break?                 12:56:10
6        MR. LEE:  Sure.  Let's go off the record.
7    Sit in place.
8        THE VIDEOGRAPHER:  We're off the record at
9    12:56 p.m.
10       (Whereupon, a recess was held          12:56:19
11       from 12:56 p.m. to 1:02 p.m.)
12       THE VIDEOGRAPHER:  We're on the record at
13   1:02 p.m.
14       MR. KAPLAN:  Dr. Schmidt, thank you very
15   much for your time today.                    13:02:50
16       No further questions.
17       THE WITNESS:  Thank you.
18       MR. LEE:  We have no questions for you
19   either, Dr. Schmidt.
20       THE WITNESS:  Thank you.                 13:02:56
21       MR. KAPLAN:  You may reserve signature.
22       MR. LEE:  We'll reserve signature.
23       Thank you, Marc.
24       THE VIDEOGRAPHER:  Off the record at
25   1:03 p.m.                                    13:03:09

Page 129

33 (Pages 126 - 129)

1    This concludes today's testimony given by
2 Douglas Schmidt, Ph.D.  The total number of media
3 units used was four and will be retained by Veritext
4 Legal Solutions.
5        (Whereupon the deposition proceedings
6        were concluded at 1:03 p.m.)
7              -o0o-
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 130

1 STATE OF CALIFORNIA   )
2 COUNTY OF LOS ANGELES ) ss.
3
4       I, D'Anne Moungey, C.S.R. No. 7872 in and
5 for the State of California, do hereby certify:
6       That prior to being examined, the witness
7 named in the foregoing deposition was by me duly
8 sworn to testify to the truth, the whole truth, and
9 nothing but the truth;
10       That said deposition was taken down by me
11 in shorthand at the time and place therein named and
12 thereafter reduced to typewriting under my
13 direction, and the same is a true, correct, and
14 complete transcript of  said proceedings;
15       That if the foregoing pertains to the
16 original transcript of a deposition in a Federal
17 Case, before completion of the proceedings, review
18 of the transcript {X} was { } was not required.
19       I further certify that I am not interested
20 in the  event of the action.
21       Witness my hand this 8th day of March,
22 2022.
23
24       _____
         Certified Shorthand Reporter
         For the State of California
25

Page 132

1 STATE OF CALIFORNIA     )
                          ) ss.
2 COUNTY OF LOS ANGELES   )
3
4
5       I, DOUGLAS SCHMIDT, Ph.D., declare
6 under penalty of perjury that the foregoing
7 testimony is true and correct to the best of my
8 knowledge and belief.
9
10       Dated this ___ day of _____, 2022.
11
12
13       _____
14              (DOUGLAS SCHMIDT, Ph.D.)
15
16
17
18
19
20
21
22
23
24
25

Page 131

1 GEORGE LEE, ESQ.
2 lee@ls3ip.com
3              March 8, 2022
4 RE: GOOGLE LLC VS. SONOS, INC.
5 MARCH 3, 2022, DOUGLAS SCHMIDT, PH.D., JOB NO. 5116748
6 The above-referenced transcript has been
7 completed by Veritext Legal Solutions and
8 review of the transcript is being handled as follows:
9 __ Per CA State Code (CCP 2025.520 (a)-(e)) – Contact Veritext
10    to schedule a time to review the original transcript at
11    a Veritext office.
12 __ Per CA State Code (CCP 2025.520 (a)-(e)) – Locked .PDF
13    Transcript - The witness should review the transcript and
14    make any necessary corrections on the errata pages included
15    below, notating the page and line number of the corrections.
16    The witness should then sign and date the errata and penalty
17    of perjury pages and return the completed pages to all
18    appearing counsel within the period of time determined at
19    the deposition or provided by the Code of Civil Procedure.
20 __ Waiving the CA Code of Civil Procedure per Stipulation of
21    Counsel - Original transcript to be released for signature
22    as determined at the deposition.
23 __ Signature Waived – Reading & Signature was waived at the
24    time of the deposition.
25

Page 133

34 (Pages 130 - 133)