# EXHIBIT 19



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 14/628,952 | 02/23/2015 | Arthur Coburn IV | 11-1001-CON0115 | 6897 |

107361          7590          02/02/2022
Akerman LLP / Sonos, Inc.
777 S. Flagler Drive, Suite 1100 West Tower
West Palm Beach, FL 33401

| EXAMINER |
|---|
| MONTOYA, OSCHTA I |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2421 | |

| NOTIFICATION DATE | DELIVERY MODE |
|---|---|
| 02/02/2022 | ELECTRONIC |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

Notice of the Office communication was sent electronically on above-indicated "Notification Date" to the following e-mail address(es):

ip@akerman.com
sonos_docketing@cardinal-ip.com

PTOL-90A (Rev. 04/07)



UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

Patent No.:   9967615
Issue Date:   05/08/2018
Appl. No.:    14/628,952
Filed:        02/23/2015

## PART (A) RESPONSE FOR CERTIFICATES OF CORRECTION

This is a decision on the Certificate of Correction request filed <u>10 September 2021</u>.

The request for issuance of Certificate of Correction for the above-identified correction(s) under the provisions of 37 CFR 1.322 and/or 1.323 is hereby:

(Check one)
☐ Approved          ☐ Approved in Part          ☑ Denied

Comments: <u>The changes requested would materially change the scope of meaning of the patent.</u>

## PART (B) PETITION UNDER 37 CFR 1.324 OR 37 CFR 1.48

☐ This is a decision on the petition filed _____ to correct inventorship under 37 CFR 1.324.

☐ This is a decision on the request under 37 CFR 1.48, petition filed _____. In view of the fact that the patent has already issued, the request under 37 CFR 1.48 has been treated as a petition to correct inventorship under 37 CFR 1.324.

The petition is hereby:       ☐ Granted          ☐ Dismissed

Comment: _____

The patented filed is being forwarded to Certificate of Corrections Branch for issuance of a certificate naming only the actual inventor or inventors.

/NATHAN J FLYNN/
Supervisory Patent Examiner, Art Unit 2421
Technology Center <u>2400</u>
Phone: <u>(571)272-1915</u>

Certificates of Correction Branch email: CustomerServiceCoC@uspto.gov CoC Central Phone Number: (703) 756-1814