CLEMENT SETH ROBERTS (STATE BAR NO. 209203)
croberts@orrick.com
BAS DE BLANK (STATE BAR NO. 191487)
basdeblank@orrick.com
ALYSSA CARIDIS (STATE BAR NO. 260103)
acaridis@orrick.com
EVAN D. BREWER (STATE BAR NO. 304411)
ebrewer@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:   +1 415 773 5700
Facsimile:   +1 415 773 5759

SEAN M. SULLIVAN (admitted *pro hac vice*)
sullivan@ls3ip.com
COLE B. RICHTER (admitted *pro hac vice*)
richter@ls3ip.com
LEE SULLIVAN SHEA & SMITH LLP
656 W Randolph St., Floor 5W
Chicago, IL 60661
Telephone:   +1 312 754 0002
Facsimile:   +1 312 754 0003

Attorneys for Defendant and Counterclaimant Sonos, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA,

SAN FRANCISCO DIVISION

| | |
|---|---|
| GOOGLE LLC,<br><br>    Plaintiff and Counterdefendant,<br><br>    v.<br><br>SONOS, INC.,<br><br>    Defendant and Counterclaimant. | Case No. 3:20-cv-06754-WHA<br><br>**SONOS, INC.'S STATEMENT REGARDING GOOGLE'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED (DKT. 162)** |

1  Sonos, Inc. hereby submits this statement regarding Google LLC's Administrative Motion
2  to Consider Whether Another Party's Material Should Be Sealed ("Administrative Motion") filed
3  on March 15, 2022 (Dkt. 162), in connection with the Joint Discovery Letter Brief (Dkt. 116).
4  Sonos advises that the information and/or material identified by Google in its
5  Administrative Motion does not contain Sonos confidential information and/or material.

7  Dated: March 22, 2022         By: */s/ Alyssa Caridis*
                                  CLEMENT SETH ROBERTS
8                                 BAS DE BLANK
                                  ALYSSA CARIDIS
9                                 EVAN D. BREWER

10                                ORRICK, HERRINGTON & SUTCLIFFE LLP

11                                SEAN M. SULLIVAN
                                  COLE B. RICHTER
12

13                                LEE SULLIVAN SHEA & SMITH LLP

                                  *Attorneys for Defendant and*
14                                *Counterclaimant Sonos, Inc.*

1

SONOS'S STMNT. RE GOOGLE'S ADMIN. MOT. TO
CONSIDER WHETHER ANOTHER PARTY'S
MATERIAL SHOULD BE SEALED (DKT. 162)
3:20-CV-06754-WHA