QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
Melissa Baily (Bar No. 237649)
melissabaily@quinnemanuel.com
Lindsay Cooper (Bar No. 287125)
lindsaycooper@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:    (415) 875-6600
Facsimile:     (415) 875-6700

*Attorneys for GOOGLE LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GOOGLE LLC,<br><br>Plaintiff,<br><br>vs.<br><br>SONOS, INC.,<br><br>Defendant. | CASE NO. 3:20-cv-06754-WHA<br>Related to CASE NO. 3:21-cv-07559-WHA<br><br>**DECLARATION OF JOCELYN MA IN SUPPORT OF SONOS, INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED (DKT. NO. 175)** |

1     I, Jocelyn Ma, declare and state as follows:

2     1.     I am an attorney licensed to practice in the State of California and am admitted to
3  practice before this Court. I am an associate at Quinn Emanuel Urquhart & Sullivan LLP representing
4  Google LLC ("Google") in this matter. I have personal knowledge of the matters set forth in this
5  Declaration, and if called as a witness I would testify competently to those matters

6     2.     I make this declaration in support of Sonos, Inc.'s ("Sonos") Administrative Motion to
7  Consider Whether Another Party's Material Should Be Sealed ("Administrative Motion") (Dkt. No.
8  175) filed in connection with Sonos's Amended Answer to Google's Second Amended Complaint and
9  Sonos's Counterclaims ("Amended Answer") (Dkt. No. 170). If called as a witness, I could and
10 would testify competently to the information contained herein.

11    3.     Google seeks an order sealing the materials as listed below:

| Document | Portions Sonos Sought to Be Filed Under Seal | Portions Google Seeks to Be Filed Under Seal | Designating Party |
|---|---|---|---|
| Sonos's Amended Answer | Portions highlighted in green | Portions highlighted in green | Google |
| Exhibit AU | Entire Document | Entire Document | Google |
| Exhibit AV | Entire Document | None | Google |
| Exhibit AW | Entire Document | Entire Document | Google |
| Exhibit AX | Entire Document | None | Google |
| Exhibit AY | Entire Document | Entire Document | Google |
| Exhibit AZ | Entire Document | None | Google |
| Exhibit BA | Entire Document | None | Google |
| Exhibit BB | Entire Document | Entire Document | Google |
| Exhibit BC | Entire Document | None | Google |
| Exhibit BD | Entire Document | None | Google |

| | | | |
|---|---|---|---|
| Exhibit BE | Entire Document | Entire Document | Google |
| Exhibit BG | Entire Document | Entire Document | Google |
| Exhibit BH | Entire Document | Entire Document | Google |
| Exhibit BI | Entire Document | Entire Document | Google |
| Exhibit BJ | Entire Document | None | Google |
| Exhibit BL | Entire Document | Entire Document | Google |
| Exhibit BM | Entire Document | None | Google |
| Exhibit BO | Entire Document | Entire Document | Google |
| Exhibit BP | Entire Document | Entire Document | Google |
| Exhibit CC | Entire Document | Entire Document | Google |
| Exhibit CD | Entire Document | Entire Document | Google |
| Exhibit CE | Entire Document | Entire Document | Google |
| Exhibit CI | Entire Document | Portions outlined in red boxes | Google |
| Exhibit CJ | Entire Document | Portions outlined in red boxes | Google |
| Exhibit CK | Entire Document | Portions outlined in red boxes | Google |
| Exhibit CL | Entire Document | Portions outlined in red boxes | Google |

4.     I understand that the Court applies a "compelling reasons" standard to a sealing request made in connection with an answer to a complaint. *See, e.g.*, *VLSI Tech. LLC v. Intel Corp.*, No. 17-CV-05671-BLF, 2021 WL 6063965, at *1 (N.D. Cal. Dec. 22, 2021); *Delfino Green & Green v. Workers Compensation Sols., LLC*, No. 15-CV-02302-HSG, 2015 WL 4235356, at *2 (N.D. Cal. July 13, 2015).

5.       The portions of Sonos's Amended Answer highlighted in green as well as Exhibits AU, AW, AY, BB, BE, BG, BH, BI, and BL contain references to Google's confidential business information and trade secrets, including details regarding source code, architecture, and technical operation of Google's products.  The specifics of how these functionalities operate is confidential information that Google does not share publicly.  Thus, I understand that the public disclosure of such information could lead to competitive harm to Google as competitors could use these details regarding the architecture and functionality of Google's products to gain a competitive advantage in the marketplace with respect to their competing products.  A less restrictive alternative than sealing would not be sufficient because the information sought to be sealed is Google's confidential business information and trade secrets but has been utilized by Sonos in support of Sonos's Amended Answer.

6.       The portions of Exhibits CI, CJ, CK, and CL outlined in red boxes contain references to Google's confidential business information and trade secrets, including details regarding source code, architecture, and technical operation of Google's products.  The specifics of how these functionalities operate is confidential information that Google does not share publicly.  Thus, I understand that the public disclosure of such information could lead to competitive harm to Google as competitors could use these details regarding the architecture and functionality of Google's products to gain a competitive advantage in the marketplace with respect to their competing products.  Although Sonos's Administrative Motion sought to seal the entirety of these exhibits, Google seeks to seal only the portions outlined in red boxes in the unredacted versions of Exhibits CI, CJ, CK, and CL filed in connection with this Declaration.  A less restrictive alternative than sealing the portions outlined in red boxes would not be sufficient because the information sought to be sealed is Google's confidential business information and trade secrets but has been utilized by Sonos in support of Sonos's Amended Answer.

7.       The portions of Sonos's Amended Answer highlighted in green as well as Exhibits BO, BP, CC, CD, and CE contain confidential business agreements and licensing negotiations that are not public.  I understand that public disclosure of this information would harm Google's competitive standing and its ability to negotiate future agreements by giving competitors access to Google's highly confidential business thinking and asymmetrical information about Google's collaboration strategies

1  to other entities.  A less restrictive alternative than sealing the highlighted portions would not be
2  sufficient because the information sought to be sealed is Google's proprietary and confidential
3  business information but has been utilized by Sonos in support of Sonos's Amended Answer.
4      I declare under penalty of perjury under the laws of the United States of America that to the
5  best of my knowledge the foregoing is true and correct.  Executed on March 24, 2022, in San
6  Francisco, California.
7  DATED:  March 24, 2022

By:   */s/ Jocelyn Ma*
      Jocelyn Ma