# EXHIBIT C

# FILED UNDER SEAL

**Ex. B —Infringement Contention Chart: U.S. Patent No. 10,779,033**
**HIGHLY CONFIDENTIAL – SOURCE CODE – ATTORNEYS' EYES ONLY**

| Claim 1 | Accused Instrumentalities |
|---------|---------------------------|
| | YouTube Kids videos on your TV]; https://support.google.com/chromecast/answer/3265953?hl=en [Chromecast-enabled site vs. casting a tab]; https://support.google.com/youtube/answer/6327615?hl=en [Autoplay videos]; https://developers.google.com/cast/docs/web_receiver/queueing; https://developers.google.com/cast/docs/ios_sender/queueing; https://developers.google.com/cast/docs/android_sender/queueing; *see also, e.g.,* ██████████████████████████████████████████████████████████████ <br><br> Cast-enabled computing devices installed with various of Google's own Cast-enabled apps are programmed to perform this functionality, including but not limited to the YouTube, YouTube Music, YouTube TV, and YouTube Kids apps, as illustrated by the following screenshots: <br><br>  |

Ex. B –Infringement Contention Chart: U.S. Patent No. 10,779,033
HIGHLY CONFIDENTIAL – SOURCE CODE – ATTORNEYS' EYES ONLY

| Claim 1 | Accused Instrumentalities |
|---|---|
| |  |

**Ex. B —Infringement Contention Chart: U.S. Patent No. 10,779,033**
**HIGHLY CONFIDENTIAL – SOURCE CODE – ATTORNEYS' EYES ONLY**

| Claim 1 | Accused Instrumentalities |
| --- | --- |
| |  |

Ex. B —Infringement Contention Chart: U.S. Patent No. 10,779,033
HIGHLY CONFIDENTIAL – SOURCE CODE – ATTORNEYS' EYES ONLY

| Claim 1 | Accused Instrumentalities |
|---------|---------------------------|
| | |



Ex. B —Infringement Contention Chart: U.S. Patent No. 10,779,033
**HIGHLY CONFIDENTIAL – SOURCE CODE – ATTORNEYS' EYES ONLY**

| Claim 1 | Accused Instrumentalities |
|---------|---------------------------|
|         |                           |

Ex. B —Infringement Contention Chart: U.S. Patent No. 10,779,033
HIGHLY CONFIDENTIAL – SOURCE CODE – ATTORNEYS' EYES ONLY



**Ex. B –Infringement Contention Chart: U.S. Patent No. 10,779,033**
**HIGHLY CONFIDENTIAL – SOURCE CODE – ATTORNEYS' EYES ONLY**

| Claim 1 | Accused Instrumentalities |
|---------|---------------------------|
|  | Further details regarding how a Cast-enabled control device carries out this functionality, along with representative examples of evidence demonstrating this functionality, are summarized below.<br><br>*__YouTube, YouTube Music, YouTube TV, & YouTube Kids apps__*<br><br>Each Cast-enabled computing device installed with any one of the YouTube, YouTube Music, YouTube TV[11], or YouTube Kids app is programmed such that, after receiving user input indicating a selection of at least one particular Cast-enabled media player in the Cast-enabled playback system that is to take over playback responsibility, the Cast-enabled computing device functions to:<br>• (i) instruct the particular Cast-enabled media player to launch the YouTube, YouTube Music, YouTube TV, or YouTube Kids app, which in turn causes the particular Cast-enabled media player to:<br><br>• (ii) receive from the particular Cast-enabled media player an indication that the YouTube, YouTube Music, YouTube TV, or YouTube Kids app was successfully launched;<br>• (iii) connect to the ▇▇▇▇ that the particular Cast-enabled media player connected to, which involves the Cast-enabled computing device functioning to:<br>  • (a) send to the particular Cast-enabled media player a ▇▇▇▇ request;<br>  • (b) receive from the particular Cast-enabled media player an ▇▇▇▇ response containing the ▇▇▇ that the particular Cast-enabled media player received from the ▇▇▇<br>  • (c) contact the ▇▇▇ for the ▇▇▇ that corresponds to the ▇▇▇ and<br>  • (d) contact the ▇▇▇ server with the ▇▇▇ to connect to the ▇▇▇<br>• (iv) transition its operating state (e.g., "playback modality") from a local playback mode to a "remote" (or ▇▇ playback mode in which the Cast-enabled computing device is configured to control the |

---

[11] For YouTube TV, the below functionality is applicable in situations where the user selects to playback multimedia content from the user's "Library" or YouTube TV's "On Demand" catalog, as opposed to from YouTube TV's "Live" content. *See, e.g.*, https://support.google.com/youtubetv/answer/7129564 [Record shows, sports, events, & movies].

**Ex. B —Infringement Contention Chart: U.S. Patent No. 10,779,033**
**HIGHLY CONFIDENTIAL – SOURCE CODE – ATTORNEYS' EYES ONLY**



**Ex. B —Infringement Contention Chart: U.S. Patent No. 10,779,033**
**HIGHLY CONFIDENTIAL – SOURCE CODE – ATTORNEYS' EYES ONLY**

| Claim 1 | Accused Instrumentalities |
|---------|---------------------------|
|         |                           |

**Ex. B —Infringement Contention Chart: U.S. Patent No. 10,779,033**
**HIGHLY CONFIDENTIAL – SOURCE CODE – ATTORNEYS' EYES ONLY**

| Claim 1 | Accused Instrumentalities |
| --- | --- |
| | |

**Ex. B — Infringement Contention Chart: U.S. Patent No. 10,779,033**
**HIGHLY CONFIDENTIAL – SOURCE CODE – ATTORNEYS' EYES ONLY**



**Ex. B —Infringement Contention Chart: U.S. Patent No. 10,779,033**
**HIGHLY CONFIDENTIAL – SOURCE CODE – ATTORNEYS' EYES ONLY**

| Claim 1 | Accused Instrumentalities |
|---|---|
| |  |

**Ex. B—Infringement Contention Chart: U.S. Patent No. 10,779,033**
**HIGHLY CONFIDENTIAL – SOURCE CODE – ATTORNEYS' EYES ONLY**

| Claim 1 | Accused Instrumentalities |
|---------|---------------------------|
|         |                           |

59

**Ex. B — Infringement Contention Chart: U.S. Patent No. 10,779,033**
**HIGHLY CONFIDENTIAL – SOURCE CODE – ATTORNEYS' EYES ONLY**

| Claim 1 | Accused Instrumentalities |
|---------|---------------------------|



**Ex. B ─Infringement Contention Chart: U.S. Patent No. 10,779,033**
**HIGHLY CONFIDENTIAL ─ SOURCE CODE ─ ATTORNEYS' EYES ONLY**



**Ex. B – Infringement Contention Chart: U.S. Patent No. 10,779,033**
**HIGHLY CONFIDENTIAL – SOURCE CODE – ATTORNEYS' EYES ONLY**

| Claim 1 | Accused Instrumentalities |
|---------|---------------------------|
| | <br><br><br><br><br><br>Representative excerpts of Google's Cast-enabled media player source code[32] related to the aforementioned functionality include:<br><br><br><br>Sonos further incorporates by reference Google's response to Sonos's Fact Discovery Interrogatory No. 14, including any of Google's documents or source code cited therein. *See* Google LLC's First Objections and Responses to Plaintiff Sonos, Inc.'s First Set of Fact Discovery Interrogatories.<br><br>***Spotify app***<br><br>The evidence cited above for limitation 1.7 and the Spotify app screenshots shown above demonstrates that each Cast-enabled control device installed with the Spotify app is programmed with this functionality.<br><br>Sonos further incorporates by reference Google's response to Sonos's Fact Discovery Interrogatory No. 14, including any of Google's documents or source code cited therein. *See* Google LLC's First Objections and Responses to Plaintiff Sonos, Inc.'s First Set of Fact Discovery Interrogatories. |

**Ex. B—Infringement Contention Chart: U.S. Patent No. 10,779,033**
**HIGHLY CONFIDENTIAL – SOURCE CODE – ATTORNEYS' EYES ONLY**



Ex. B ─Infringement Contention Chart: U.S. Patent No. 10,779,033
HIGHLY CONFIDENTIAL ─ SOURCE CODE ─ ATTORNEYS' EYES ONLY

| Claim 1 | Accused Instrumentalities |
|---|---|
| |  |
| | Sonos further incorporates by reference Google's response to Sonos's Fact Discovery Interrogatory No. 14, including any of Google's documents or source code cited therein.  *See* Google LLC's First Objections and Responses to Plaintiff Sonos, Inc.'s First Set of Fact Discovery Interrogatories.<br><br>***Spotify app***<br><br>The evidence cited above for limitations 1.7─1.8 and the Spotify app screenshots shown above demonstrates that each Cast─enabled control device installed with the Spotify app is programmed with this functionality. |

Ex. B —Infringement Contention Chart: U.S. Patent No. 10,779,033
HIGHLY CONFIDENTIAL – SOURCE CODE – ATTORNEYS' EYES ONLY

| Claim 8 | Accused Instrumentalities |
|---|---|
| operation to be executed by the given playback device. |  |

**Ex. B —Infringement Contention Chart: U.S. Patent No. 10,779,033**
**HIGHLY CONFIDENTIAL – SOURCE CODE – ATTORNEYS' EYES ONLY**

| Claim 8 | Accused Instrumentalities |
|---------|---------------------------|
|         | <br><br>Various other Cast-enabled apps available for installation on Cast-enabled computing devices provide similar functionality.  *See, e.g.,* https://support.google.com/chromecast/answer/6279384?hl=en [Cast audio from Chromecast-enabled apps to speakers]; https://www.google.com/chromecast/built-in/apps/.<br><br>Cast-enabled displays installed with various of Google's own Cast-enabled apps, including but not limited to the YouTube and YouTube Music apps, as well as various third-party Cast-enabled apps, including but not limited to the Spotify app, are programmed to perform this functionality, as illustrated by the following exemplary screenshots: |

101

Ex. B—Infringement Contention Chart: U.S. Patent No. 10,779,033
**HIGHLY CONFIDENTIAL – SOURCE CODE – ATTORNEYS' EYES ONLY**

| Claim 8 | Accused Instrumentalities |
|---|---|
| | <br><br>Representative examples of other evidence demonstrating this functionality are summarized below.<br><br>***YouTube, YouTube Music, YouTube TV, & YouTube Kids apps***<br><br>Representative excerpts of Google's YouTube app source code[37] related to the aforementioned functionality include: |

102

**Ex. B—Infringement Contention Chart: U.S. Patent No. 10,779,033**
**HIGHLY CONFIDENTIAL – SOURCE CODE – ATTORNEYS' EYES ONLY**

| Claim 8 | Accused Instrumentalities |
|---|---|



**Ex. B —Infringement Contention Chart: U.S. Patent No. 10,779,033**
**HIGHLY CONFIDENTIAL – SOURCE CODE – ATTORNEYS' EYES ONLY**

| Claim 8 | Accused Instrumentalities |
|---|---|
| |  |

**Ex. B —Infringement Contention Chart: U.S. Patent No. 10,779,033**
**HIGHLY CONFIDENTIAL – SOURCE CODE – ATTORNEYS' EYES ONLY**

| Claim 8 | Accused Instrumentalities |
|---|---|
|  |  |

109

Ex. B —Infringement Contention Chart: U.S. Patent No. 10,779,033
HIGHLY CONFIDENTIAL – SOURCE CODE – ATTORNEYS' EYES ONLY



Ex. B –Infringement Contention Chart: U.S. Patent No. 10,779,033
**HIGHLY CONFIDENTIAL – SOURCE CODE – ATTORNEYS' EYES ONLY**

| Claim 8 | Accused Instrumentalities |
|---|---|
| |  Representative excerpts of Google's Cast-enabled media player source code[40] related to the aforementioned functionality include: |

111

**Ex. B –Infringement Contention Chart: U.S. Patent No. 10,779,033**
**HIGHLY CONFIDENTIAL – SOURCE CODE – ATTORNEYS' EYES ONLY**

| Claim 8 | Accused Instrumentalities |
|---|---|
| | Representative excerpts of Google's Cast-enabled media player source code[42] related to the aforementioned functionality include: |
| | |
| | Sonos further incorporates by reference Google's response to Sonos's Fact Discovery Interrogatory No. 14, including any of Google's documents or source code cited therein.  *See* Google LLC's First Objections and Responses to Plaintiff Sonos, Inc.'s First Set of Fact Discovery Interrogatories. |

| Claim 9 | Accused Instrumentalities |
|---|---|
| **[9.0]** The computing device of claim 8, **[9.1]** wherein the transport control operation comprises one of a play | As described above, each Cast-enabled control device is a "computing device," as recited in claim 8.  Moreover, each Cast-enabled control device is programmed with the capability to perform the aforementioned functions where the transport control operation comprises one of a play operation, a pause operation, a skip forward operation, or a skip back operation.  *See* claim limitations 8.1-8.2. |

113

Ex. B —Infringement Contention Chart: U.S. Patent No. 10,779,033
**HIGHLY CONFIDENTIAL – SOURCE CODE – ATTORNEYS' EYES ONLY**

| Claim 11 | Accused Instrumentalities |
|---|---|
| |  |

116

Ex. B –Infringement Contention Chart: U.S. Patent No. 10,779,033
**HIGHLY CONFIDENTIAL – SOURCE CODE – ATTORNEYS' EYES ONLY**

| Claim 11 | Accused Instrumentalities |
|---|---|
| | <br><br>Likewise, Cast-enabled computing devices installed with various third-party Cast-enabled apps are also programmed to perform this functionality, including but not limited to the Spotify app, as illustrated by the following screenshots: |

Ex. B –Infringement Contention Chart: U.S. Patent No. 10,779,033
HIGHLY CONFIDENTIAL – SOURCE CODE – ATTORNEYS' EYES ONLY

| Claim 11 | Accused Instrumentalities |
|----------|---------------------------|
| | <br><br>Various other Cast-enabled apps available for installation on Cast-enabled computing devices provide similar functionality.  *See, e.g.,* https://support.google.com/chromecast/answer/6279384?hl=en [Cast audio from Chromecast-enabled apps to speakers]; https://www.google.com/chromecast/built-in/apps/.<br><br>Cast-enabled displays installed with various of Google's own Cast-enabled apps are programmed to perform this functionality, including but not limited to the YouTube and YouTube Music, as illustrated by the following photos: |

**Ex. B —Infringement Contention Chart: U.S. Patent No. 10,779,033**
**HIGHLY CONFIDENTIAL – SOURCE CODE – ATTORNEYS' EYES ONLY**

| Claim 11 | Accused Instrumentalities |
|---|---|
| | <br><br>Additionally, Cast-enabled displays installed with various third-party Cast-enabled apps are also programmed to perform this functionality, including but not limited to the Spotify app, as illustrated by the following photos: |

119

Ex. B – Infringement Contention Chart: U.S. Patent No. 10,779,033
HIGHLY CONFIDENTIAL – SOURCE CODE – ATTORNEYS' EYES ONLY

| Claim 16 | Accused Instrumentalities |
|---|---|
|  | Representative excerpts of Google's YouTube[45], YouTube Music[46], YouTube TV[47], and YouTube ~~Music~~Kids[48] app source code related to the aforementioned functionality include: |

Sonos further incorporates by reference Google's response to Sonos's Fact Discovery Interrogatory No. 14, including any of Google's documents or source code cited therein. *See* Google LLC's First Objections and Responses to Plaintiff Sonos, Inc.'s First Set of Fact Discovery Interrogatories.

**_Spotify app_**

Each Cast-enabled control device installed with the Spotify app (which is Cast-enabled and utilizes the Cast SDK) is programmed to receive an indication that one or more Cast-enabled media players in the Cast-enabled media playback system are available to accept playback responsibility for the remote playback queue as part of performing one or more discovery processes, such as a discovery process facilitated by the Cast SDK, as demonstrated by the following exemplary evidence:

-