# EXHIBIT 1

Pages 1 - 27

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Before The Honorable William H. Alsup, Judge

GOOGLE LLC,                        )
                                   )
            Plaintiff,             )
                                   )
   VS.                             )   **NO. C 20-06754 WHA**
                                   )
SONOS, INC.,                       )
                                   )
            Defendant.             )
_____   )

San Francisco, California
Thursday, November 19, 2020

**TRANSCRIPT OF TELEPHONIC PROCEEDINGS**

**TELEPHONIC APPEARANCES**:

For Plaintiff:

QUINN, EMANUEL, URQUHART & SULLIVAN LLP
50 California Street, 22nd Floor
San Francisco, California 94111
BY: **CHARLES K. VERHOEVEN, ATTORNEY AT LAW**
**MELISSA J. BAILY, ATTORNEY AT LAW**
**LINDSAY M. COOPER, ATTORNEY AT LAW**

For Defendant:

ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, California 94105
BY: **CLEMENT S. ROBERTS, ATTORNEY AT LAW**

**(APPEARANCES CONTINUED ON FOLLOWING PAGE)**

Reported Remotely By: Ana M. Dub, RMR, RDR, CRR, CCRR, CRG
CSR No. 7445, Official U.S. Reporter

1    forum.  That's not forum shopping.  That is a legitimate choice

2    of forum where they have a substantial presence and where the

3    time to trial allows us to get to trial quickly.

4        Yes, they would like to go to trial much more slowly.

5    They would prefer a venue where they don't have to face a quick

6    trial, absolutely.

7        And Mr. Verhoeven, my learned colleague, says that,

8    you know, once we decide we're going to be in Texas or we file,

9    they have the right to challenge it.  They sure do.  But the

10   proper way to challenge it is through a 1404(a) motion brought

11   in western Texas, through a motion to transfer.

12       And, Your Honor, by the way, if you grant our motion, they

13   can still do that.  There's nothing about this court declining

14   declaratory judgment jurisdiction that prohibits them from

15   bringing a motion to transfer in front of that court.  So they

16   absolutely do, if they think this is a more convenient venue,

17   have the right to file a motion to transfer in that district.

18   And if they can show that this district is clearly more

19   convenient, which they cannot, then the case would be

20   transferred.

21       But to accuse us of forum shopping and saying that that

22   district has absolutely no connection is just wrong.  They have

23   a thousand engineers there.

24       And, Your Honor, he says:  Well, you know, the only

25   connection Sonos can point to is the cloud infrastructure, and

1    the cloud infrastructure doesn't have a connection.

2        Your Honor, I think that's a gross oversimplification.

3    Two of the patents-in-suit are what we call our cloud queue

4    patents, and they deal with exactly how music streaming on a

5    cloud gets transferred between a device, let's say a cell

6    phone, and a speaker and how do you take a queue that's queued

7    up in the cloud and transfer that queue of music from one

8    device to another.  And that inherently deals with the

9    structure, function, and operation of the cloud infrastructure.

10       And that cloud infrastructure, as we understand it, is, in

11   fact, developed in Austin.  And we pointed out that they are

12   recruiting for engineers for that infrastructure, for the

13   development of that infrastructure, in Austin and that their

14   own websites say and talk about the fact that Austin is a hub

15   for that technology.

16       Now, I will readily admit that there is also accused

17   technology that was developed in Northern California for sure.

18   But to say that it has no connection to the lawsuit, that's

19   absolutely, absolutely not true.

20       Your Honor, if I had a couple more minutes, I'd love to

21   respond to his other points, but I do want to be respectful of

22   your time.

23        **THE COURT:**  I could have sworn that there was a Sonos

24   lawsuit.  Is it Judge Chen?

25        **MR. ROBERTS:**  That's correct, Your Honor.  They

1

2                        <u>**CERTIFICATE OF REPORTER**</u>

3            I certify that the foregoing is a correct transcript

4      from the record of proceedings in the above-entitled matter.

5

6      DATE:  Monday, November 23, 2020

7

8

9      _____

10           Ana M. Dub, CSR No. 7445, RDR, CRR, CCRR, CRG, CCG
                 Official Reporter, U.S. District Court
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25