# EXHIBIT 9

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| **SONOS, INC.,** | § | |
| *Plaintiff*, | § | |
| | § | |
| | § | CIVIL ACTION 6:20-cv-00881-ADA |
| **v.** | § | |
| | § | |
| | § | |
| **GOOGLE LLC** | § | |
| *Defendant.* | § | |

## PLAINTIFF'S LIST OF PROPOSED CONSTRUCTIONS

Plaintiff Sonos, Inc. ("Plaintiff") submits the following list of proposed constructions of claim terms pursuant to the Order Governing Proceedings ("OGP") and the Scheduling Order entered in this case.

Plaintiff reserves the right to update, supplement, revise, or otherwise modify these proposed constructions in light of further investigation and discovery, including evidence not yet produced by Defendant, or in light of modification or supplementation of Defendant's invalidity contentions.

| Term(s) | Patent(s) | Sonos's Proposed Construction |
|---|---|---|
| "zone scene" | '206 Pat. '966 Pat. '885 Pat. | *See below for proposed construction in context*; no separate construction necessary |
| "zone scene identifying a group configuration" | '206 Pat. | *See below for proposed construction in context*; no separate construction necessary |
| "zone scene identifying a group configuration associated with two or more of the plurality of independent playback devices" | '206 Pat. | "a predefined grouping of [independent playback devices / zone players] that are to be configured for synchronous playback of media when the zone scene is invoked" |
| "[first / second] zone scene comprising a [first / second] predefined grouping of zone players including at least the first zone player and a [second / third] zone player that are to be configured for synchronous playback of media when the [first / second] zone scene is invoked" | '966 Pat. '885 Pat. | |
| "zone configuration" | '206 Pat. | *See below for proposed construction in context*; no separate construction necessary |
| "zone configuration characterizes one or more zone scenes" | '206 Pat. | "configuration data that provides an indication of one or more zone scenes" |
| "group configuration" | '206 Pat. | Plain and ordinary meaning; no construction necessary |
| "causing the selectable indication of the at least one of the one or more zone scenes to be displayed" | '206 Pat. | Plain and ordinary; no construction necessary |
| "invoke"/ "invoked" / "invoking"/ "invocation" | '206 Pat. '966 Pat. '885 Pat. | Plain and ordinary; no construction necessary |
| "multimedia" | '206 Pat. '615 Pat. | "any type of media that comprises audio (including audio alone)" |

| Term(s) | Patent(s) | Sonos's Proposed Construction |
|---|---|---|
| "multimedia controller" | '206 Pat. | *See above for "multimedia"*; otherwise, plain and ordinary meaning; no further construction necessary |
| "multimedia content" | '615 Pat. | *See above for "multimedia"*; otherwise, plain and ordinary meaning; no further construction necessary |
| "playback device" | '615 Pat. '033 Pat. | "data network device configured to process and output audio" |
| "zone player" | '966 Pat. '885 Pat. | "data network device configured to process and output audio" |
| "data network" | '885 Pat. '033 Pat. | "a medium that interconnects devices, enabling them to send digital data packets to and receive digital data packets from each other" |
| "local area network" | '615 Pat. | "data network that interconnects devices within a limited area, such as a home or office" |
| "network interface" | '206 Pat. '615 Pat. | "physical component of a device that provides an interconnection with [a data network] / [the local area network]" |
| "wireless communication interface" | '615 Pat. | "physical component of a device that provides a wireless interconnection with a local area network" |
| "standalone mode" | '966 Pat. '885 Pat. | Plain and ordinary; no construction necessary |
| "data defining the second zone scene" | '966 Pat. | Plain and ordinary; no construction necessary |

| Term(s) | Patent(s) | Sonos's Proposed Construction |
|---|---|---|
| "wherein the instruction ... comprises an instruction..." | '885 Pat. | Plain and ordinary; no construction necessary |
| "first cloud servers" and "second cloud servers of a streaming content service" | '615 Pat. | Plain and ordinary; no construction necessary |
| "a cloud-based computing system associated with a cloud-based media service" | '033 Pat. | Plain and ordinary; no construction necessary |
| "one or more transport controls to control playback" | '615 Pat. | "one or more user input elements, each enabling control of a respective playback-related function" |
| "playback queue" | '615 Pat. '033 Pat. | Plain and ordinary; no construction necessary |
| "remote playback queue" | '033 Pat. | Plain and ordinary; no construction necessary |
| "transport control operation" | '033 Pat. | "operation that controls a playback-related function" |
| "configure" | '033 Pat. | Plain and ordinary; no construction necessary |
| "no longer configured for playback" | '033 Pat. | Plain and ordinary; no construction necessary |
| "first mode" "second mode" | '033 Pat. | Plain and ordinary; no construction necessary |
| "playback responsibility" | '033 Pat. | Plain and ordinary; no construction necessary |

| Term(s) | Patent(s) | Sonos's Proposed Construction |
|---|---|---|
| "an instruction for the at least one given playback device to take over responsibility for playback of the remote playback queue from the computing device, wherein the instruction configures the at least one given playback device to (i) communicate with the cloud-based computing system in order to obtain data identifying a next one or more media items that are in the remote playback queue, (ii) use the obtained data to retrieve at least one media item in the remote playback queue from the cloud-based media service; and (iii) play back the retrieved at least one media item;" | '033 Pat. | Plain and ordinary; no construction necessary |
| "wherein the instruction comprises an instruction" | '033 Pat. | Plain and ordinary; no construction necessary |
| "a media particular playback system" | '615 Pat. | "a media playback system" |

DATED:  April 7, 2021    Respectfully submitted,

By: /s/ Mark D. Siegmund
Mark D. Siegmund
State Bar No. 24117055
mark@waltfairpllc.com
**Law Firm of Walt, Fair PLLC.**
1508 North Valley Mills Drive
Waco, Texas 76710
Telephone: (254) 772-6400
Facsimile: (254) 772-6432


Clement Seth Roberts (admitted *pro hac vice*)
California Bar No. 209203
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard St.
San Francisco, CA 94105
Telephone:  415.773.5484
Facsimile:  415.773.5759
croberts@orrick.com

Bas de Blank (admitted *pro hac vice*)
California Bar No. 191487
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Blvd.
Menlo Park, CA 94205
Telephone:  650.614.7343
Facsimile:  650.614.7401
bdeblank@orrick.com

Alyssa Caridis (admitted *pro hac vice*)
California Bar No. 260103
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa St., Suite 3200
Los Angeles, CA 90017
Telephone:  213.612.2372
Facsimile:  213.612.2499
acaridis@orrick.com

George I. Lee (admitted *pro hac vice*)
Illinois Bar No. 6225430
Sean M. Sullivan (admitted *pro hac vice*)
Illinois Bar No. 6230605
Rory P. Shea (admitted *pro hac vice*)
Illinois Bar No. 6290745

J. Dan Smith (admitted *pro hac vice*)
Illinois Bar No. 6300912
LEE SULLIVAN SHEA & SMITH LLP
656 W. Randolph St., Floor 5W
Chicago, IL 60661
Telephone:  312.754.9602
Facsimile:  312.754.9603
lee@ls3ip.com
sullivan@ls3ip.com
shea@ls3ip.com
smith@ls3ip.com

*Counsel for Plaintiff Sonos, Inc.*
