# EXHIBIT 12



# Sonos Controller for Mac or PC
## Product Guide

THIS DOCUMENT CONTAINS INFORMATION THAT IS SUBJECT TO CHANGE WITHOUT NOTICE.

No part of this publication may be reproduced or transmitted in any form or by any means, electronic or mechanical, including but not limited to photocopying, recording, information retrieval systems, or computer network without the written permission of SONOS, Inc.

SONOS, THE WIRELESS HI-FI SYSTEM, PLAY:3, PLAY:5 and all other Sonos product names and slogans are trademarks or registered trademarks of Sonos, Inc. SONOS Reg. U.S. Pat. & Tm. Off.

The SONOS PLAY:3 and PLAY:5 are protected by patents including: U.S. Patents US7,696,816 and US7,378,903. Other patents are pending.

The SONOS BRIDGE is protected by U.S. patent number D575,800.

The SONOS CONNECT is protected by U.S. patent numbers: D559,197 and D582,429.

The SONOS CONNECT AMP is protected by U.S. patent numbers: 7,378,903; 7,696,816; 7,792,311; D559,197; D575,801.

The SONOS CONTROL is protected by U.S. patent numbers: 7,571,014; 7,805,682; D559,197; D582,429.

Other patents are pending.

iPhone®, iPod®, iPad® and iTunes® are trademarks of Apple Inc., registered in the U.S. and other countries.

Windows® is a registered  trademark of Microsoft Corporation in the United States and other countries.

Android® is a trademark of Google Inc.

MPEG Layer-3 audio decoding technology licensed from Fraunhofer IIS and Thomson.

SONOS uses MSNTP software, which was developed by N.M. Maclaren at the University of Cambridge.

© Copyright, N.M. Maclaren, 1996, 1997, 2000; © Copyright, University of Cambridge, 1996, 1997, 2000.

All other products and services mentioned may be trademarks or service marks of their respective owners.

© 2004-2011 by SONOS, Inc. All rights reserved.

# Sonos Controller for Mac or PC

## Chapter 1 Overview

The Sonos Controller for Mac or PC . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1-1
Your Home Network . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1-1
System Registration . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1-4
Language Preference . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1-4

## Chapter 2 System Setup

Setting Up a New Sonos System . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2-2
Adding to an Existing Sonos System . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2-6
Renaming a Sonos Component . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2-7
Turning Off Status Indicator . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2-7
Turning Off Music System . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2-8
Equalization (Sound Settings) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2-8
Using Headphones . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2-9
Creating a Stereo Pair . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2-10
Line-out . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2-11
Line-in . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2-12
SONOS CONNECT / CONNECT:AMP Front . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2-17
SONOS CONNECT:AMP Back . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2-18
SONOS CONNECT Back . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2-19
SONOS PLAY:5 Front . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2-20
SONOS PLAY:5 Back . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2-21
SONOS PLAY:3 Front . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2-22
SONOS PLAY:3 Back . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2-23
SONOS BRIDGE Front . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2-24
SONOS BRIDGE Back . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2-25
SONOS DOCK Front . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2-26
SONOS DOCK Back . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2-27
ZonePlayer 100 Back . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2-28

## Chapter 3 Managing Zones

Grouping Zones . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3-1
Ungrouping Zones . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3-2

## Chapter 4 Managing and Playing Music

Managing Music Folders . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4-2



# Contents

Selecting from Music Library ............................................................... 4-5
Music Library Preferences ................................................................. 4-6
Using Twitter .............................................................................. 4-9
Managing the Music Queue ............................................................... 4-10
Music Services ............................................................................ 4-13
Anubis.fm ................................................................................. 4-15
Audible.com ............................................................................... 4-17
Deezer .................................................................................... 4-19
iheartradio ................................................................................ 4-20
Last.fm ................................................................................... 4-20
Napster ................................................................................... 4-22
Pandora ................................................................................... 4-25
Rdio ...................................................................................... 4-28
Rhapsody ................................................................................. 4-30
SiriusXM .................................................................................. 4-33
Spotify ................................................................................... 4-36
Wolfgang Vault ........................................................................... 4-37
Windows Media Player 11 ................................................................. 4-38
Sonos Playlists ........................................................................... 4-42
Docked iPods ............................................................................. 4-43
Radio ..................................................................................... 4-43

## Chapter 5 Sonos Controller for PC

Playback Controls ......................................................................... 5-2
Volume Control ........................................................................... 5-3
Using Headphones ........................................................................ 5-3
Clock and Alarms ......................................................................... 5-4
Software Updates ......................................................................... 5-5
Firewall Information ...................................................................... 5-6

## Chapter 6 Sonos Controller for Mac

Playback Controls ......................................................................... 6-2
Volume Control ........................................................................... 6-2
Using Headphones ........................................................................ 6-3
Clock and Alarms ......................................................................... 6-3
Software Updates ......................................................................... 6-5
Uninstalling Sonos ........................................................................ 6-6
Firewall Information ...................................................................... 6-6
Enabling Windows File Sharing ............................................................ 6-7

## Appendix A Tips and Troubleshooting

Status Indicator Explanations ............................................................. A-7
About Your Music System ................................................................. A-8
Support Diagnostics ...................................................................... A-8
Can't Find What You're Looking For? ...................................................... A-8

## Appendix B Sonos Device Specifications

SONOS CONNECT (formerly ZonePlayer 90) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . B-2
SONOS PLAY:3 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . B-4
SONOS PLAY:5 (formerly S5) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . B-5
SONOS CONTROL (formerly Controller 200) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . B-6
Sonos Controller 100 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . B-7
SONOS BRIDGE . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . B-8
SONOS DOCK . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . B-9

## Index

# Regulation Information

**Europe**

SONOS declares that this product herewith complies with the requirements of the EMC Directive 2004/108/EC, the Low Voltage Directive 2006/95/EC and the R&TTE Directive 1999/5/EC when installed and used in accordance with the manufacturer's instructions. A copy of the full Declaration of Conformance may be obtained at *www.sonos.com/support/policies*.

**Europa**

SONOS erklärt hiermit, dass dieses Produkt den Anforderungen der EMV-Richtlinie 2004/108/EC, der Niederspannungsrichtlinie 2006/95/EC und der R&TTE-Richtlinie 1999/5/EC entspricht, sofern es den Anweisungen des Herstellers gemäß installiert und verwendet wird. Die vollständige Konformitätserklärung finden Sie unter *www.sonos.com/support/policies*.

**Europe**

SONOS certifie que ce produit est conforme aux exigences de la directive CEM 2004/108/EC, de la directive basse tension 2006/95/EC et de la directive 1999/5/EC sur les équipements hertziens et les équipements terminaux de télécommunications, sous réserve d'une installation et d'une utilisation conformes aux instructions en vigueur du fabricant. Une copie complète de la Déclaration de conformité est disponible sur le site *www.sonos.com/support/policies*.

CE ⚹ Attention In France, operation is limited to indoor use within the band 2.454-2.4835 GHz.
(Attention. En France, l'utilisation en intérieur est limitée à la bande de fréquences 2,454-2,4835 GHz.)

**USA**

This equipment has been tested and found to comply with the limits for a Class B digital device, pursuant to part 15 of the FCC Rules. These limits are designed to provide reasonable protection against harmful interference in a residential installation. This equipment generates, uses and can radiate radio frequency energy and, if not installed and used in accordance with the instructions, may cause harmful interference to radio communications. However, there is no guarantee that interference will not occur in a particular installation. If this equipment does cause harmful interference to radio or television reception, which can be determined by turning the equipment off and on, the user is encouraged to try to correct the interference by one or more of the following measures:

- All SONOS devices have in-product antennas. Users cannot reorient or relocate the receiving antenna without modifying the product.
- Increase the separation between the equipment and receiver.
- Connect the equipment into an outlet on a circuit different from that to which the receiver is connected.

**Caution**: Modifications not expressly approved by the manufacturer may void the user's authority to operate the equipment under FCC rules.

**Canada**

This Class B digital apparatus complies with Canadian ICES-003 and RSS-210. Operation is subject to the following two conditions: (1) this device may not cause interference, and (2) this device must accept any interference, including interference that may cause undesired operation of the device.

**Canada**

Cet appareil numérique de classe B est conforme aux normes ICES-003 et RSS-210 en vigueur au Canada. Son fonctionnement est soumis aux deux conditions suivantes: (1) Cet appareil ne doit pas créer d'interférences nuisibles. (2) Cet appareil doit tolérer toutes les interférences reçues, y compris les interférences pouvant entraîner un fonctionnement indésirable.

**Industry Canada**

The installer of this radio equipment must ensure that the product is located such that it does not emit RF field in excess of Health Canada limits for the general population; consult Safety Code 6, obtainable from Health Canada's Web site *www.hc-sc.gc.ca/index-eng.php*. As mentioned before, the installer cannot control the antenna orientation. However, they could place the complete product in a way that causes the problem mentioned above.

**Industrie Canada**

L'installateur du présent matériel radio doit veiller à ce que le produit soit placé ou orienté de manière à n'émettre aucun champ radioélectrique supérieur aux limites fixées pour le grand public par le ministère fédéral Santé Canada ; consultez le Code de sécurité 6 sur le site Web de Santé Canada à l'adresse : *www.hc-sc.gc.ca/rpb*. Comme indiqué auparavant, l'installateur ne peut pas contrôler l'orientation de l'antenne. Il peut néanmoins placer le produit tout entier de manière à provoquer le problème décrit ci-dessus.

**RF Exposure Requirements**

To comply with FCC and Industry Canada exposure essential requirements, a minimum separation distance of 20cm (8 inches) is required between the equipment and the body of the user or nearby persons.

**Recycling Information**

This symbol on the product or on its packaging indicates that this product shall not be treated as household waste. Instead please deliver it to the applicable collection point for the recycling of electrical and electronic equipment. By recycling this product correctly, you will help conserve natural resources and prevent potential negative environmental consequences. For more detailed information about recycling of this product, please contact your local city office, your household waste disposal service or the shop where you purchased the product.

# Overview

## The Sonos Controller for Mac or PC

- Lets you control all your music and rooms from any desktop or laptop computer in your house.
- The Setup CD is included with most Sonos components so you can turn any or all of your computers into multi-room music controllers for free.
- Insert the CD and let the software quickly guide you through setup and music sharing.

## Your Home Network

To access Internet music services, Internet radio, and any digital music stored on your computer or Network-Attached Storage (NAS) device, your home network must meet the following requirements:

### Home network requirements

- High-speed DSL/Cable modem, or fiber-to-the-home broadband connection for proper playback of Internet-based music services. (If your Internet service provider only offers Satellite Internet access, you may experience playback issues due to fluctuating download rates.)
- If your modem is not a modem/router combination and you want to take advantage of Sonos' automatic online updates, or stream music from an Internet-based music service, **you must install a router in your home network**. If you do not have a router, purchase and install one before proceeding.
- If you are going to use a Sonos controller application on an Android™ smartphone, iPhone®, iPod Touch®, iPad® or other tablet, you may need a wireless router in your home network. Please visit our Web site at ***http://faq.sonos.com/apps*** for more information.
- Connect at least one Sonos component to your home network router using an Ethernet cable, and then you can add other Sonos components wirelessly.
- For best results, you should connect the computer or NAS drive that contains your personal music library collection to your home network router using an Ethernet cable.

### System requirements

- 500 MHz processor or better
- 128 MB RAM minimum/256 MB RAM recommended
- Network hardware as described above

# Chapter 1

## Compatible operating systems

- Windows® XP and higher
- Macintosh® OS X, 10.4 and higher

## Compatible music services

- Audible
- Anubis
- Aupeo
- Classical.com
- Deezer
- iheartradio
- Last.fm™
- MOG
- LiveDownloads.com
- Napster®
- Pandora®
- Rdio
- Rhapsody®
- SiriusXM® Internet Radio
- Spotify®
- Stitcher
- Wolfgang's Vault
- and downloads from any service offering DRM-free tracks

Sonos is always adding new music services. Just remember that Sonos is compatible with any download service that provides DRM-free tracks. For the latest list of compatible music services, you can visit our Website at *www.sonos.com/howitworks/music/partners/default.aspx*.

## Compatible playlist formats

- iTunes®
- Musicmatch™
- Rhapsody®
- Windows Media® Player
- WinAmp®
- Compatible audio formats
- MP3
- WMA

- AAC (MPEG4)
- iTunes Plus
- Ogg Vorbis
- Audible .AA files (format 4)
- Apple Lossless
- Flac (lossless)
- Uncompressed WAV and AIFF files
- Native support for 44.1kHz sample rates. Additional support for 48kHz, 32kHz, 24kHz, 22kHz, 16kHz, 11kHz, and 8kHz sample rates.
- Previously purchased Apple "Fairplay" DRM-protected songs may need to be upgraded. See Apple for details. WMA Lossless formats not currently supported.

## Compatible streaming formats

- MP3
- WMA
- AAC

> **Note:**   For the latest system requirements, including supported operating system versions, please visit our Web site at *http://faq.sonos.com/specs*.

# Technical Support

Whatever you need, our Sonos Support team is just an email or live support chat away.

- **Email**: *support@sonos.com*
- **Web site**: *www.sonos.com/support*

Visit our Forums, browse our Frequently Asked Questions (FAQ) pages, or request assistance.

- **Live Text-Chat and Telephone Numbers**: *www.sonos.com/support/contact*

Live chat or find the correct telephone number for your country.

# Additional Information

- For the latest product documentation, go to *www.sonos.com/support/guides*
- For the latest system requirements or compatible audio formats, go to *http://faq.sonos.com/specs*
- For the latest Sonos Wireless HiFi System product news, go to *www.sonos.com*

# System Registration

Registering your music system allows you to receive technical support, Sonos software upgrades, and several free music service trials. At no time is any of your information provided to other companies.

Select **Sonos System Registration** from the **Help** menu (PC) or the **Sonos** menu (Mac).

# Language Preference

## Using the Sonos Controller for PC

1. From the **File** menu, select **Preferences**.
2. Select the **General** tab.
3. Select your language preference from the **Language** field.

## Using the Sonos Controller for Mac

The Sonos Controller will try to use the language you have selected in your OS X operating system (System Preferences).

# System Setup

## New to Sonos?

It takes just a few steps to get your Sonos Wireless HiFi System up and running. See "Your Home Network" on page 1 to make sure your home network is ready for Sonos, and then refer to the Quick Start Guide packaged with your Sonos component or go to"Setting Up a New Sonos System" on page 2 for installation instructions.

Follow the setup instructions in sequential order to ensure you set up your Sonos Wireless HiFi System correctly.

## Already have Sonos?

If you are adding components to an existing Sonos system, see "Adding to an Existing Sonos System" on page 6.
.



# Chapter 2

# Setting Up a New Sonos System

## Step 1: Connect one Sonos component to your router

> **Note:** **Which Sonos component should I connect to my broadband router?**
>
> *If you don't plan to listen to music in this room:*
> - Connect a SONOS BRIDGE to your router
>
> *If you want to listen to music in this room:*
> - Connect a SONOS PLAY:5 or PLAY:3 (which has built-in speakers)
> - Connect a SONOS CONNECT:AMP with your choice of speakers
> - Connect a SONOS CONNECT with an external amplifier or powered speakers

Connect an Ethernet cable (supplied) from an Ethernet switch connector on the back of the Sonos component to an open port on your router. Do not connect the Sonos component directly to your cable or DSL modem unless your modem has a built-in router.

(If you have structured (built-in) network wiring that connects to a router located elsewhere in your home, you can connect from a live wall plate to the Ethernet switch connector on the back of your Sonos component.)

**Setup illustration (into Router)**



**Alternate setup illustration (no open router port)**

If you don't have an open port on your router, you can disconnect your computer from the router and connect it to the Sonos component instead. Then you can connect the Sonos component into the router port the computer was previously plugged into (see BRIDGE example below).



# Step 2: Place other Sonos components in the rooms of your choice

After connecting one Sonos component to your router, simply place other Sonos components in the rooms of your choice and apply power.

- If you are adding a SONOS CONNECT:AMP, see "Connect a SONOS CONNECT:AMP..." on page 3 before applying power.
- If you are adding a SONOS CONNECT, see "Connect a SONOS CONNECT..." on page 4 for additional instructions.

## *Connect a SONOS CONNECT:AMP...*

1.   Attach desired speakers.

- Your speaker's power rating should be at least 75W for 8 Ohm speakers, and at least 150W for 4 Ohm speakers. Do not connect speakers rated at less than 4 Ohms.
- Use your thumb or finger to firmly push the spring-loaded speaker connector post inward to reveal the connection hole.
- Insert the stripped end of the speaker wire into the hole, then release. The stripped portion should be caught firmly in the connector post.

**Note:**   Connect the **red** (+) and **black** (-) terminals from each speaker to the corresponding terminals on the SONOS CONNECT:AMP. Mismatching of polarities will result in weak central sound, and a distorted sense of sound direction.

When making connections, ensure that none of the strands of your speaker wire come in contact with an adjoining terminal on the rear panel.

- Repeat to install the other speaker wires.

 

- If your speakers have banana connectors, you can insert the plugs directly into the banana jacks on the back of the CONNECT:AMP instead.

2. Attach the power cord and plug into a wall outlet—make sure the Voltage Switch on the back of the CONNECT:AMP is set to the proper position for your country before applying power.

The **Mute** button indicator and the S**tatus indicator** will begin to flash. (If this Sonos component was previously connected to another Sonos system, the Status indicator may light solid white instead.

### Connect a SONOS CONNECT...

**To a home theater or amplifier**



1. Choose one of the following options:
   - If you have *digital inputs* on your home theater or amplifier, you can use either a TOSLINK® optical audio cable or a digital coaxial cable to connect the CONNECT's digital audio output to the digital input on the receiver.
   - If you have *analog inputs* on your home theater or amplifier, use a standard RCA audio cable to connect a CONNECT's analog audio output to the audio inputs on the receiver.
2. Select the proper input channel on the receiver.
3. After you finish setting up your Sonos system, go to "Line-out" on page 11 to adjust the volume settings.

**To a computer or powered speakers**

- You will need a stereo mini to RCA Y-adapter audio cable (one 1/8-inch stereo miniplug to dual RCA male connectors) to connect the Sonos component's analog audio output to the computer's audio input.
- You may need a Y-adapter audio cable (one1/8-inch stereo miniplug to dual RCA male connectors) to connect the speakers to the audio outputs on the Sonos component. If your speakers have a male 1/8-inch stereo plug, you will need to attach a female-to-female coupler between the speaker plug and the Y-adapter audio cable.

For additional information on connecting audio devices, you can visit our Web site at ***http://faq.sonos.com/cables***.

# Step 3: Install the software

If your operating system is Windows® XP or later, or Macintosh® OS X, simply insert the Sonos System Setup CD-ROM and follow the on-screen instructions to download and install the software, configure your music system, and set up access to your music files.

During the setup process, you will be prompted to register your Sonos system. Your music system must be registered in order to receive future software updates, technical support and access to free music service trials, so please be sure to register during the setup process. We do not share your email address with other companies.

> **Note:**   Firewall software such as Norton Internet Security™, McAfee® Personal Firewall, Windows Firewall, or Mac OS X built-in firewall, can block the operation of your Sonos software. During installation, you may see prompts from your firewall software indicating that the Sonos application is attempting to perform certain operations. You should always allow full access to the Sonos Controller for Mac or PC. You may also need to change the settings of your firewall software to ensure that Windows file sharing is not blocked. For detailed instructions, please go to our Web site at ***http://faq.sonos.com/firewall***.

## Usage Data

To help us improve our products and services, Sonos would like to collect usage data about how you use your Sonos system. We will never provide any of this information to third parties. To learn more, you can go to our Website at ***www.sonos.com/legal/usage-data***.

During setup, you will be requested to allow Sonos to collect usage data. You can change your mind anytime by selecting **File** (PC) or **Sonos** (Mac) -> **Preferences**, and unchecking the preference box.

# Step 4: Add a Sonos Controller

You can use any Sonos controller to control your Sonos system, including:

- The Sonos Controller for Android — Touch the **Market** button on your smartphone to download the free Sonos application from the Android Market™
- The Sonos Controller for iPhone or the Sonos Controller for iPad — Tap the **App Store** button on your iPhone, iPod touch or iPad to download the free Sonos application, or you can download the application from iTunes®. (If you download from iTunes, you will need to *sync* before you see the Sonos logo display on your device)
- The SONOS CONTROL (purchased separately)

- The Sonos Controller for Mac or PC (install using the CD-ROM packaged with your PLAY:3)

Sonos is always working on new ways to help you control the music any way you want. For the latest list of Sonos controllers, please visit our Web site at ***www.sonos.com/products***.

# Adding to an Existing Sonos System

Once you've got your Sonos system set up, you can easily add more Sonos components any time (up to 32 zones.)

> **Note:**   If you are replacing the *wired* component in your Sonos system with a SONOS BRIDGE, first add the new BRIDGE to your music system (steps below). You can then unplug the wired Sonos component from your router, replace it with the BRIDGE, and move the original Sonos component to a new location.

If your house has structured (built-in) network wiring, you can make a wired connection to the additional Sonos components. If you don't have structured network wiring, you can connect wirelessly.

Use wireless connections when:

- You don't want to install network cables
- You may want to move the Sonos component
- There is enough wireless signal strength for the Sonos component to function reliably

> **Note:**   Thick walls, 2.4 GHz cordless telephones, or the presence of other wireless devices can interfere with or block the wireless network signals from your Sonos system. Once you locate your Sonos component, if you are experiencing difficulty, you can try one (or more) of the following resolutions — relocate the Sonos component, change the wireless channel your music system is operating on (see "4. Change the wireless channel your Sonos system is operating on"), or make a wired connection by connecting an Ethernet cable from your router to the Sonos component, or from one Sonos component to another.
>
> If you are still having trouble placing your units within wireless range of each other, you can go to our Web site at ***http://faq.sonos.com/range***.

1. Place the Sonos component in the room you have selected, and apply power.
2. If you are making a *wired* connection, connect a standard Ethernet cable from either your router, another Sonos component, or a 'live' network wall plate to any of the Ethernet switch connections on the back of your new Sonos component. If you are making a *wireless* connection skip this step and proceed to step 3.
3. Choose one of the following options:
   - If you are adding a SONOS CONNECT:AMP attach desired speakers (see "Connect a SONOS CONNECT:AMP..." on page 3 for more information), and then apply power.
   - If you are adding a SONOS CONNECT connect an external amplifier (see "Connect a SONOS CONNECT..." on page 4 if you need help with this step), and then apply power.
   - If you are adding any other Sonos component, simply attach the power cord and apply power.

4.  Select **Add a Sonos Component** from the **Zones** menu.

During the setup process, you will be asked to press and release the **Mute** and **Volume Up** buttons or the **Connect** button, depending on the Sonos component you are adding.

You may release the buttons as soon as they begin to blink (this takes approximately 1 second.)

> **Important Note:**Do not place any items on top of your Sonos component. This may impede the air flow and cause it to overheat.

# Renaming a Sonos Component

If you name a Sonos component incorrectly, or if you move one to another room, you can rename it to suit your preference.

1.  From the **Zones** menu, select **ZonePlayer Settings**. If you want to change a BRIDGE, select **BRIDGE Settings** instead.
2.  Select the room you wish to change, and click **Settings**. Select a new name from the **Zone Type** list, or type a custom name in the **Zone Name** field, and then click OK.

# Turning Off Status Indicator

A white light displays on the front of most Sonos components to indicate that the unit is functioning in normal operation. If you have a Sonos component located in a bedroom, you may want to turn this Status Indicator Light off so that when the unit is in normal operation, the white light does not display.

However, if the Status indicator light begins to flash amber, see "Status Indicator Explanations" on page 7 for additional information.



1.  From the **Zones** menu, click **ZonePlayer Settings**. (If you wish to turn off a BRIDGE status indicator light, select **BRIDGE Settings** instead.)
2.  Highlight the Sonos component you wish to adjust, and click **Settings**.
3.  From the **Status Indicator Light** tab, select *On* or *Off* and click **OK**.

# Turning Off Music System

Your Sonos system is designed to be always on; the system uses minimal electricity whenever it is not playing music. To quickly stop streaming music in all zones, select **Pause All** from the **Play** menu.

Your Sonos components will remain *off* until you press **Play** to restart each zone or zone group.

# Equalization (Sound Settings)

You can change the sound settings (treble, bass, loudness, or balance) for each individual Sonos component.

> **Note:**   The *loudness* setting is designed to compensate for normal changes in the ear's sensitivity at low volumes— you can turn this setting on to boost certain frequencies, including bass, at low volume.

Highlight a zone in the **Zones** pane, and then click [icon] to change the sound settings (treble, bass, loudness, balance or volume) for an individual Sonos component. (You can also select **Equalizer** from the **Play** menu.)

- To change the volume for a *zone group*, use the group volume control on the left.
- If you have two or more zones in a group, use the Equalizer window to adjust the volume for each zone individually.
- When headphones are plugged in, a headphone [icon] indicator is visible on the **Zone Equalizer** dialog box. If you adjust group volume, the volume in the zone with headphones attached will be unaffected.



# Using Headphones

The PLAY:5 has a headphone jack you can utilize for private listening. The headphone jack is auto detecting - plug in a pair of headphones and the PLAY:5's built-in speakers automatically mute. When you unplug the headphones, the speakers automatically come back on.

When headphones are plugged in, a headphone indicator  is visible on the Volume screen. If you adjust group volume, the volume in the zone with headphones attached will be unaffected.

1.  Plug a pair of headphones into the headphone jack. (Sonos will automatically drop the volume level down to 25%.)



2.  Put on your headphones and increase the volume to a comfortable listening volume.

**Important Note:**Long term exposure to music played at high volume through headphones can cause permanent hearing damage.

3.  Remove the headphone jack from the back of the PLAY:5 when you are ready to resume listening through the built-in speakers.

**Note:**   If you don't hear sound coming from your PLAY:5, check to make sure there are no headphones plugged into the back of the unit.

# Creating a Stereo Pair

The Stereo Pair setting allows you to group two PLAY:3s or two PLAY:5s in the same room to create a wider stereo experience. In this configuration, one unit serves as the left channel and the other serves as the right channel. You cannot combine a PLAY:3 and PLAY:5 unit—the Sonos components in the stereo pair must be the same.

## Optimum Placement Information

- When creating a stereo pair, it is best to place the two Sonos components 8 to 10 feet away from each other, angled inward to form a triangle with your favorite listening position.
- Your favorite listening position should be 8 to 12 feet from the PLAY:3 or PLAY:5 units. Less distance will increase bass, more distance will improve stereo imaging.



**Note:**   The Stereo Pair setting is for use with PLAY:3 and PLAY:5 units only. Both Sonos components in the stereo pair must be the same

1.  Select **Zones** -> **ZonePlayer Settings**.

2.  Select one of the Sonos components (PLAY:3 orPLAY:5 only) you wish to pair, and click **Settings**.

3.  Click the **Stereo Pair** tab, and select **Make a Stereo Pair**.

4.  Click **OK**, and then select the other unit you want to pair.

5.  Press the **Mute** button on the Sonos component that will become the *left* channel, and then click **OK**.

**To separate a stereo pair:**

1.  Select **Zones** -> **ZonePlayer Settings**.

2.  Select the Sonos stereo pair you wish to separate (the stereo pair will appear with **L + R** in the room name), and then click **Settings**.

3.  Click the **Stereo Pair** tab, and select **Separate Pair**.

4.  Click **OK**, and then click **Finish**.

# Line-out

You can easily connect your home theater, stereo, or powered speakers to some Sonos components. Depending on your Sonos component, you can use analog or digital audio outputs to connect to an external amplifier. The CONNECT has both digital and analog outputs, the ZonePlayer 100 has analog outputs, while the CONNECT:AMP is not designed with audio outputs.

For additional information on connecting audio devices, go to our Web site at ***http://faq.sonos.com/cables***.

## Connecting to a home theater

1.  Choose one of the following options:

    • If you have digital inputs on your home theater receiver and your Sonos component supports digital audio output, you can use either a TOSLINK® optical audio cable or a digital coaxial cable to connect from the CONNECT's Digital Audio Out to the digital input on your home theater receiver.

    • If you have analog inputs on your receiver, use a standard RCA audio cable to connect from the Sonos component's Analog Audio Out to the audio inputs on your home theater receiver.

2.  Select the proper input channel on your home theater system.

3.  If you are setting up a new Sonos component that has audio outputs, plug it in and then select **Add a Sonos Component** from the **Zones** menu.

## Controlling the volume from home theater

1.  Select **ZonePlayer Settings** from the **Zones** menu.

2.  Select the Sonos component attached to your home theater, select **Settings** -> **Line-Out**, and then choose **Fixed**.

**Note:**   When the line-out level on your Sonos component is **Fixed**, you cannot adjust the volume or the equalization settings using your Sonos Controller.

## Controlling the volume from Sonos

1. Adjust your home theater or other audio device's volume to typical listening volume.

2. Select **ZonePlayer Settings** from the **Zones** menu.

3. Select the Sonos component attached to your home theater, select **Settings -> Line-Out**, and then select **Variable**.

4. Adjust the volume on your Sonos system so you can hear music. This may be at the high end of the volume scale.

5. If desired, you can readjust the volume on your home theater system so that the volume range for the controller falls within your typical listening range.

## Connecting to a computer or powered speakers

- **If you are connecting to your computer**: Amplified PC speakers usually have a 1/8" (3.5mm) stereo plug, so they can plug directly into a sound card on your computer. You will need a stereo mini-to-RCA Y adapter audio cable (one 1/8-inch stereo mini-plug to dual RCA male connectors) to connect the Sonos component's analog audio output to the computer's audio input.

- **If you are connecting to powered speakers**: You may need a Y adapter audio cable (one 1/8-inch stereo mini-plug to dual RCA male connectors) to connect the computer's speakers to the audio outputs on the Sonos component. If your speakers have a male 1/8-inch stereo plug, you can attach a female-to-female coupler between the speaker plug and the Y adapter audio cable, or you can use a Y-adapter audio cable (one 1/8-inch Female connector to dual RCA male connectors).

See *http://faq.sonos.com/speakers* for more information on connecting to your computer's speakers.

## Line-in

You can connect an external audio source like an Apple® AirPlay® device, CD player, TV, MP3 player or more to a Sonos component via line-in and stream the audio to any or all Sonos components around your house. So, go ahead:

- Connect an Apple AirPlay device such as AirPort Express® via line-in and play music wirelessly from your iPhone®, iPad™ or iPod touch® in any or every room of the home.

- Connect an external audio source like a CD player via line-in and listen to the CDs you haven't had time to rip yet.

- Connect your TV to a Sonos component and listen to the big game on the patio while cooking on the grill.

**Note:** You can listen to music from the external device in any zone, and use the Sonos Wireless HiFi System to control the volume settings. However you must control the playback (forward, pause, etc.) from the line-in source.

# Connecting an AirPort Express to your Sonos system

1.  Connect the AirPort Express to your PLAY:5 (or other Sonos component with an Audio In connection):



- Connect the 3.5mm audio cable (supplied with the PLAY:5) to the *Analog Audio In* connector from the back of your PLAY:5 to the *Line-out* connector on the AirPort Express. (If you are connecting to a different Sonos component, you can use a standard RCA audio cable.)
- Connect an Ethernet cable from the Ethernet port on the AirPort Express to an Ethernet port on your SONOS PLAY:5.
- Plug the AirPort Express into a power outlet.

2.  Install **AirPort Utility** from the CD included with your Airport Express. (If you need help with this step, you can go to ***http://www.apple.com/airportexpress/features/utility.html***.)

3.  Open **AirPort Utility** and follow the on-screen instructions to configure your AirPort Express.

    During the setup process, be sure to update the following settings:
    - Type *Sonos* as the AirPort Express Name.
    - Select **I want AirPort Express to join my current network**.
    - Select **I want to disable the wireless network on this AirPort Express and connect it to my computer or network using Ethernet**.

4.  After your AirPort Express is configured, select **ZonePlayer Settings** from the **Zones** menu.

5.  Select the Sonos component your Airport Express is connected to, and click **Settings.**

6.  Click the **Line-In** tab.

7.  Update the following settings:

- **Source Icon**: Select **AirPlay Device**.
- **Source Name**: Type a custom name if desired.
- **Line-In Level**: A default (typical) line-in source level is automatically assigned based upon the source name. (If the volume sounds too low, you can select a higher line level. You may experience clipping at higher volume levels if you set the level too high.)
- **Automatically play music (Autoplay) to**: Select the room you want your AirPlay device to play in whenever it's connected to Sonos. You can also check **Include Grouped Zones** so that any rooms grouped with the *autoplay zone* will play the same music.
- **Use Autoplay Volume**. Select this field if you intend to use your AirPlay device to adjust the volume in the autoplay zone. Use the slider to set a default volume for the autoplay zone whenever the AirPlay device is connected.

Now you're ready to use AirPlay — simply tap the AirPlay icon on your iPhone, iPad, iPod touch, or in iTunes and select *Sonos*. For more information about setting up an AirPlay device with Sonos, you can go to ***http://faq.sonos.com/airplay***.

## Connecting a portable player to your Sonos System

1. Using a 1/8 inch mini-stereo to RCA audio cable, plug the mini-stereo end into the portable device and the RCA end into the *Audio In* connection on the Sonos component. The device will automatically be detected.

2. Select **ZonePlayer Settings** from the **Zones** menu. Select the Sonos component this device is connected to, and click **Settings** -> **Line-In**.

3. Update the following settings:

   - **Source Icon**: Select a component type from the list.

   - **Source Name**: Type a custom source name if desired.

   - **Line-In Level**: A default (typical) line-in source level is automatically assigned based upon the source type. (If the volume sounds too low, you can select a higher line level. You may experience clipping at higher volume levels if you set the level too high.)

     - Level 1 (source device output voltage: 2.2v) applies the *minimum* overall gain.
     - Level 2 (source device output voltage: 2.0v) is the typical gain applied to A/V equipment.
     - Level 6 (source device output voltage: 1.2v) is the typical gain applied to Macs.
     - Level 8 (source device output voltage: 1.0v) is the typical gain applied to portable players and PCs.
     - Level 10 (source device output voltage: 0.6v) applies the *maximum* overall gain.

   - **Automatically play music**: Select the room you want your line-in source to play in whenever it's connected to Sonos. You can also select **Include Grouped Zones** so that any rooms grouped with the *autoplay zone* will play the same music.

   - Select **Use Autoplay Volume** if you intend to use your MP3 player to adjust the volume in the autoplay zone. Use the **Autoplay Volume** slider to set the default volume for the autoplay zone when the MP3 player is connected.

4. To play music from this line-in source, select **Line-in** from the **Music Menu**, select the room the device is connected to, and click **Play Now**.

# Connecting another line-in source to your Sonos System

1. Connect the audio line-in cable provided with your Sonos component (or a standard RCA cable) from the *audio out* connection(s) on the external source to the analog *Audio In* connection(s) on the back of your Sonos component. The source device will automatically be detected.







2. Select **ZonePlayer Settings** from the **Zones** menu. Select the Sonos component this device is connected to, and click **Settings** -> **Line-In**.

3.  Update the following settings:

-   **Source Icon**: Select a component name from the list.
-   **Source Name: Type a custom name if desired.**
-   **Line-In Level**: A default (typical) line-in source level is automatically assigned based upon the source name. (If the volume sounds too low, you can select a higher line level. You may experience clipping at higher volume levels if you set the level too high.)
    -   Level 1 (source device output voltage: 2.2v) applies the *minimum* overall gain.
    -   Level 2 (source device output voltage: 2.0v) is the typical gain applied to A/V equipment.
    -   Level 6 (source device output voltage: 1.2v) is the typical gain applied to Macs.
    -   Level 8 (source device output voltage: 1.0v) is the typical gain applied to portable players and PCs.
    -   Level 10 (source device output voltage: 0.6v) applies the *maximum* overall gain.
-   **Automatically play Zone**: Select the room you want your line-in source to play in whenever it's connected to Sonos. You can also select **Include Grouped Zones** so that any rooms grouped with the *autoplay zone* will play the same music.
-   Select **Use Autoplay Volume** if you intend to use your line-in device to adjust the volume in the autoplay zone. Use the **Autoplay Volume** slider to set the default volume for the autoplay zone when the line-in source is connected.

4.  To play music from this line-in source, select **Line-in** from the **Music Menu**, select the Sonos component the device is connected to, and select **Play Now**.

## Changing the audio compression setting

Your Sonos system defaults to *automatic* in order to provide the optimal playback experience. Sonos recommends you do not change this default. However, if you decide to make a change, we recommend the following usage guidelines:

Use Uncompressed if:

-   You want optimal performance with home theaters.
-   You want to produce the highest quality sound for your multi-zone Sonos system (this selection requires more network bandwidth than compressed audio.)

Use Compressed if:

-   You are connecting more than 4 zones wirelessly.
-   You are in an environment with heavy wireless interference and are experiencing dropouts.

1.  From the **File** (PC) menu or **Sonos** (Mac) menu, select **Preferences**.
2.  Click the **Advanced** tab.
3.  Select **Compressed** or **Uncompressed** from the **Audio Compression** list, and click OK.

# SONOS CONNECT / CONNECT:AMP Front



**On/Off**
- Using a handheld Sonos controller, select **Pause All Zones** from the Zone Menu.
- Using the Sonos Controller for Mac or PC, select **Pause All** from the **Play** menu.

Your Sonos system is designed to be always on; the system uses minimal electricity when not playing music. To quickly stop streaming music in all zones, use the **Pause All** feature.

**Status indicator**
- Flashes white when powering up or connecting to your Sonos system.
- Solid white when powered up and connected to your Sonos system (normal operation).

Indicates the current status of the Sonos component. When the unit is in normal operation, you can turn the white status indicator light on and off.

Go to "Status Indicator Explanations" on page 7 for additional status indicators.

**Mute button**
- Lights solid green when sound is muted.
- Flashes green rapidly when household mute or unmute is about to take place.
- Flashes green slowly when component is connecting to your music system.

**To mute/unmute this Sonos component**: Press the **Mute** button to mute or unmute this Sonos component.

**To mute/unmute all Sonos components**: Press and hold the **Mute** button for 3 seconds to mute all Sonos components in your household. Press and hold for 3 seconds to unmute all.

**Volume Up (+)**
**Volume Down (-)**

Adjusts the volume up and down.

# SONOS CONNECT:AMP Back



| | |
|---|---|
| **Ethernet switch connectors (2)** | Use Category 5 Ethernet cable to connect to a router, computer, or additional network device such as a network-attached storage (NAS) device.<br>LED indicators:<br>• Green (link connection)<br>• Flashing Yellow (network activity) |
| **Right speaker terminals** | Use high-quality speaker wire to connect the right speaker to the CONNECT:AMP. |
| **Left speaker terminals** | Use high-quality speaker wire to connect the left speaker to the CONNECT:AMP. |
| **Voltage select** | AC 115/230 V<br>Select the voltage setting that is appropriate for your country. |
| **AC power (mains) input** | Use the supplied power cord to connect to power outlet. |
| **Analog audio in** | Use a standard RCA audio cable to connect the audio outputs from a separate audio component such as a CD player, to the Sonos component's analog audio inputs. |
| **Subwoofer output**<br>Note: If you disconnect your subwoofer, make sure to also disconnect the subwoofer's cable from the CONNECT:AMP output. | Connect a powered subwoofer to this output using a standard RCA cable. The system will detect when a cable is connected to the subwoofer output and adjust the crossover frequency automatically. |

# SONOS CONNECT Back



| | |
|---|---|
| **Ethernet switch connectors (2)** | Use Category 5 Ethernet cable to connect to a router, computer, or additional network device such as a network-attached storage (NAS) device. |
| **AC power (mains) input (~100-240 V, 50-60 Hz)** | Use the supplied power cord to connect to power outlet. |
| **Analog audio in** | Use a standard RCA audio cable to connect the audio outputs from a separate audio component such as a CD player, to the CONNECT's analog audio inputs. |
| **Analog audio out (fixed/variable)** | Use a standard RCA audio cable to connect the CONNECT's analog audio outputs to the audio inputs on a separate audio component, such as an amplifier or your home theater receiver. |
| **TOSLINK® digital audio out** | You can use a TOSLINK optical audio cable to connect the SONOS CONNECT's TOSLINK digital audio output to the audio inputs on a separate audio component, such as an amplifier or your home theater receiver. |
| **Coaxial digital audio out** | You can use a digital coaxial cable to connect the CONNECT's coaxial digital audio output to the audio inputs on a separate audio component, such as an amplifier or your home theater receiver. |

# SONOS PLAY:5 Front



**Note**: The PLAY:5's front grille is not removable. Tampering with the grille may result in damage to your PLAY:5.

**On/Off**
- Using a handheld Sonos Controller, select **Pause All** from the **Zone Menu**.
- Using the Sonos Controller for Mac or PC, select **Pause All** from the **Play** menu.

Your Sonos system is designed to be always on; the system uses minimal electricity whenever it is not playing music. To quickly stop streaming music in all zones, you can use the **Pause All** feature to stop all zones.

**Status indicator**
- Flashes white when powering up or connecting to your Sonos system.
- Solid white when powered up and connected to your Sonos system (normal operation).

Indicates the current status of the Sonos component. When the unit is in normal operation, you can turn the white status indicator light on and off.
For a complete list of status indications, please go to
*http://faq.sonos.com/led*.

**Mute button**
- Lights solid green when sound is muted.
- Flashes green rapidly when household mute or unmute is about to take place.
- Flashes green slowly when Sonos component is connecting to your music system.

To mute/unmute this Sonos component: Press the Mute button to mute or unmute this Sonos component.
To mute/unmute all Sonos components: Press and hold the Mute button for 3 seconds to mute all Sonos components in your household. Press and hold for 3 seconds to unmute all.

**Volume up (+)**
**Volume down (-)**

Press these buttons to adjust the volume up and down.

# SONOS PLAY:5 Back



| | |
|---|---|
| **Acoustic port / handle** | The acoustic port doubles as a handle so you can easily lift and carry the PLAY:5 from room to room. Please do not block or obstruct this port when the PLAY:5 is playing music. |
| **Ethernet switch connectors (2)** | Use Category 5 Ethernet cable to connect to a router, computer, or additional network device such as a network-attached storage (NAS) device.<br>LED indicators:<br>• **Flashing Yellow** (network activity)<br>• **Green** (link connection) |
| **AC power (mains) input**<br>**(~100-240 V, 50-60 Hz)** | Use the supplied power cord to connect to power outlet. |
| **3,5mm (1/8") stereo audio in**<br>**(2V)** | Use the supplied 3,5mm to 3,5mm stereo audio cable to connect the audio outputs from a portable music player to the Sonos component's analog audio input.<br>To connect a different audio component, such as a CD player, use a 3,5mm (1/8") mini-stereo to RCA audio cable. Plug the mini-stereo end into the audio input on the S5 and plug the RCA end into the audio outputs on the audio component. |
| **3,5mm (1/8") headphone jack** | Headphone jack accepts any standard 3,5mm (1/8") headphone plug. |

# SONOS PLAY:3 Front



> **Note:**   The SONOS PLAY:3's front grille is not removable. Tampering with the grille may result in damage to your PLAY:3.

**On/Off**
- Using a handheld Sonos controller, select **Pause All** from the **Zone Menu**.
- Using the Sonos Controller for Mac or PC, select **Pause All** from the **Play** menu.

Your Sonos system is designed to be always on; the system uses minimal electricity whenever it is not playing music. To quickly stop streaming music in all rooms, you can use the **Pause All** feature.

**Status indicator**
- Flashes white when powering up or connecting to your Sonos music system.
- Solid white when powered up and connected to your Sonos music system (normal operation).

Indicates the current status of the PLAY:3. When the PLAY:3 is in normal operation, you can turn the white status indicator light on and off.

For a complete list of status indications, please go to *http://faq.sonos.com/led*.

**Mute button**
- Lights solid green when sound is muted.
- Flashes green rapidly when household mute or unmute is about to take place.
- Flashes green slowly when a Sonos component is connecting to your music system.

To mute/unmute: Press the Mute button to mute or unmute the Sonos component. To mute/unmute all: Press and hold the Mute button for 3 seconds to mute all Sonos components in your household. Press and hold for 3 seconds to unmute them all.

**Volume up (+)**
**Volume down (-)**

Press these buttons to adjust the volume up and down.

# SONOS PLAY:3 Back



| | |
|---|---|
| **Threaded mounting hole 1/4 inch (6.75mm) / 20-thread** | The SONOS PLAY:3 has an integrated mounting hole on the back of the unit so it can be wall-mounted if desired (mounting bracket not included.) |
| **Ethernet switch connector** | Use Category 5 Ethernet cable to connect to a router, computer, or additional network device such as a network-attached storage (NAS) device. **LED indicators:** <br>• Flashing Yellow (network activity)<br>• Green (link connection) |
| **AC power (mains) input (~100-240 V, 50-60 Hz)** | Use the supplied power cord to connect to power outlet. |

# SONOS BRIDGE Front



| Connect button | Press the Connect button to join the BRIDGE to your Sonos system. |
|---|---|
| Status indicator | • LED Flashes white when powering up; flashes green and white when connecting to your Sonos system.<br>• LED Solid white when powered up and connected to your Sonos system (normal operation).<br>• LED Flashes amber when a fault condition is detected. |

# SONOS BRIDGE Back



| | |
|---|---|
| **Ethernet switch connectors (2)** | Use Category 5 Ethernet cable to connect to a router, computer, or additional network device such as a network-attached storage (NAS) device. |
| **AC power (mains) input** | Use the supplied power adapter to connect to power outlet. Be sure to use the proper power adapter for your country. |

# SONOS DOCK Front



Volume Up (+)
Volume Down (−)

**Volume Up (+)**
**Volume Down (-)**

Press the buttons on the side of the dock to adjust the volume up and down.

# SONOS DOCK Back



| | |
|---|---|
| Connect button | Press the **Connect** button to join the DOCK to your Sonos system. |
| DOCK status indicator | • LED Flashes white when powering up; flashes green and white when connecting to your Sonos system.<br>• LED Solid white when powered up and connected to your Sonos system (normal operation).<br>• LED Flashes amber when a fault condition is detected. |
| AC power (mains) input | Use the supplied power adapter to connect to power outlet. Be sure to use the proper power adapter for your country. |

# ZonePlayer 100 Back



| Ethernet switch connectors (4) | Use Category 5 Ethernet cable to connect to a router, computer, or additional network device such as a network-attached storage (NAS) device. |
|---|---|
| | LED indicators: |
| | • Green (link connection) |
| | • Flashing Yellow (network activity) |
| Right speaker terminals | Use high-quality speaker wire to connect the right speaker to the ZonePlayer 100. |
| Left speaker terminals | Use high-quality speaker wire to connect the left speaker to the ZonePlayer 100. |
| Voltage select | AC 115/230 V |
| | Select the voltage setting that is appropriate for your country. |
| AC power (mains) input | Use the supplied power cord to connect to power outlet. |
| Analog audio out (fixed/variable) | Use a standard RCA audio cable to connect the Sonos component's analog audio outputs to the audio inputs on a separate audio component, such as an amplifier or your home theater receiver. |
| Analog audio in | Use a standard RCA audio cable to connect the audio outputs from a separate audio component such as a CD player, to the Sonos component's analog audio inputs. |
| Subwoofer output Note: If you disconnect your subwoofer, make sure to also disconnect the subwoofer's cable from the ZonePlayer output. | Connect a powered subwoofer to this output using a standard RCA cable. The system will detect when a cable is connected to the subwoofer output and adjust the crossover frequency automatically. |

# Managing Zones

## What Are Zones

A zone is just another word for a room in your house—Sonos lets you enjoy music in up to 32 rooms, inside or out. We call them zones because you can group rooms together to play the same song in every room, or you can listen to different songs in every room. This means you can group the kitchen and the patio together while barbecuing, link all the rooms in the house together for a party, or leave all the rooms unlinked and let the kids can enjoy rap in their rooms while you listen to jazz in your office.

Zones can be managed from any Sonos Controller. Use the Zones menu to:

- Select a zone to play some music in
- See the music that's currently playing in every room
- Link zones together to form a zone group
- Drop a zone from a zone group

Music will continue to play while you browse. The current zone is highlighted on your screen, and the music selections you make will play in that zone.

## Grouping Zones

A zone can be grouped together with any other zone(s) to form a zone group. This will cause all the zones in the zone group to play the same music in synchrony. You can link or drop zones from a group while the music is playing. You can also link all the Sonos components in your house with one touch by selecting All Zones-Party Mode.

You can create a zone group first and then select music to play, or you can add a room to a zone group where music is already playing.

Any zones you link will automatically drop their current music queue and begin to play the music queue from the highlighted zone. If you want to be able to play that music queue later, you can save it as a Sonos playlist before linking the zones. See "Sonos Playlists" on page 42 for more information.

Zones can be managed from either the **Zones** pane or the **Zones** menu.

1. From the **Zones** pane, highlight the zone you want to link to another zone or zone group.

# Chapter 3

2.  Choose one of the following options:

    • Click **Link Zone**

    Or

    • From the **Zones** menu, select **Link Zone**.

3.  Select a room to add to the group. If you want to join all the rooms in your house to this music queue, select All Zones-Party Mode. All of your Sonos components will then play the same music in synchrony until you drop the zones from the zone group.

# Ungrouping Zones

1.  From the **Zones** pane, highlight the zone group you want to change.

2.  Choose one of the following options:

    • Click **Drop Zone**.

    Or

    • From the **Zones** menu, select **Drop Zone**.

3.  Select the zone you want to drop from the group. If you want to drop all the zones in the zone group, select All Zones in Group.

    The zone that's removed from the group stops playing music - the other zones in the zone group continue unaffected.

# Managing and Playing Music

## Available Music Sources

- Library (shared folders on your home network)
- Music services
- Sonos playlists (music queues you have saved for future playback)
- Radio (Internet radio stations, radio shows, or podcasts)
- Docked iPods
- Line-in (external devices such as a CD player or a portable music player)

### What is your music library?

- Your music library includes digital music located anywhere on your home network such as:
- shared folders on your computer
- shared folders on another computer in your network
- network-attached storage (NAS) devices
- You can browse your Music Library in various ways. You can enter search criteria to quickly find a particular music selection, or you can browse through a category hierarchy to make music selections.

**Note:**   If a computer on your network is turned off or is in *standby* mode, the music folders on that computer will be unavailable to the Sonos system until the computer is turned back on.

Your selection choices include:

- Artists
- Albums
- Composers
- Genres
- Tracks
- Imported Playlists
- Search
- Folders

# Chapter 4

# What is a music queue?

When you make music selections, they are added to a list of tracks called a *music queue*. You can create a different music queue for each zone in your house, or you can create a zone group and play the same music across multiple zones. A play indicator appears to the left of the track currently playing in the music queue. When the current track ends, the next track in the queue starts to play, and play continues down through the list until the queue is completed. When you add selections to a queue, you can choose to play them now, play them next, add them to the end of the queue, or play them now and clear the queue of previous music selections.

# What is a music service?

A music service is an online music store or online service that sells audio on a per-song, per audiobook, or subscription basis.

To learn more about the music services available for Sonos customers, click the **Get Music** button in the Music Library (your browser will open to a Sonos Web page

# What is a Sonos playlist?

A Sonos playlist is a music queue you create and then save for future listening. For example, you might want to create a *jazz* playlist, a *party* playlist, or an *easy listening* playlist.

# What is radio?

Internet radio stations and radio shows are broadcasts provided by 3rd parties via the Internet. You can choose from thousands of radio stations and radio shows from around the globe, including archived shows and podcasts. You can also add your own favorite stations if they use streaming MP3 or WMA formats (not every radio station provides streams.)

# What is Line-in?

You can connect an external line-in source such as a CD player, portable music player, or television to your Sonos system, and this audio can be streamed to any Sonos component(s) in your house.

# Managing Music Folders

The Sonos Wireless HiFi System can play music from any computer or network-attached storage (NAS) device on your home network where you have shared music folders (music shares). During the setup process, you are guided through the process of accessing these shared music folders. Over time, you may wish to add or remove music folders from this list.

Sonos is designed to work with large music collections. Music folders are indexed so you can view you music by categories—you can index approximately 65,000 tracks to the Sonos library. If the metadata in your files contains lengthy artist, track, or album names, your music index may fill up more quickly. For additional information, you can go to *http://faq.sonos.com/musicindex*.

- You can add or remove the shared folders Sonos accesses music from at any time. You may need to make changes if you add a computer to your home network, or if you move shared folders from one location to another.
- If you add new music to a folder that is already indexed, simply update your music index to add this music to your library.

- To play music from imported playlists, drop the playlist file .PLS, .M3U or .WPL into the same music folder that you have shared to the Sonos system, update your music index, and the custom playlists will appear when you select Imported Playlists from the Music menu.

# Adding a shared folder on a PC

1.  From the **Music** menu, select **Set Up Music Library**.

    The shared music folders that are currently available to your Sonos system appear.

2.  Click **Add a Share**.

    - To add music that is stor*ed on this computer*, select **Add music stored on this computer**, and click **Next** (PC) or **Continue** (Mac).

        a.  Click to highlight a music folder, and then click **Next** (PC) or **Continue** (Mac).

        b.  Click **Next** (PC) or **Continue** (Mac) to confirm.

        c.  Click **Finish** (PC) or **Done** (Mac).

    - To add *music stored on a remote computer* or a NAS device, select **Add music stored in folders that are currently shared on my network**.

        a.  Type the network path for the music folder (\\*Name*\*Sharename*, where *Name* is the network name for your computer or NAS device, and *Sharename* is the name of the top level shared folder, or click **Browse** to search for it.

        b.  If it is not shared anonymously, enter the user name and password of a user with permission to access this folder, and click **Next** (PC) or **Continue** (Mac).

        c.  Click **OK** to confirm.

# Adding a shared folder on a Mac

1.  From the **Music** menu, select **Set Up Music Library**.

    The shared music folders that are currently available to your Sonos system appear.

2.  Select **Add**.

    - To add music stored *in your Music folder*, select **In my Music folder**, and select **Continue**. Click the **Lock** icon to enter your administrator password. If your computer does not currently allow Windows Sharing, you will be prompted to enable it. If you have used iTunes Preferences to change where you store iTunes music, this option will appear as **In my iTunes Music folder** instead.

    - To add music stored *elsewhere on your computer*, select **On my computer or an external drive connected to my computer**, and select **Continue**. Select **Browse** to choose a folder, and then select **Continue**.

    - To add music stored *on a different computer or a NAS device*, select **On a networked device such as a network-attached storage (NAS) device on my network**, and select **Continue**. Type the path name (\\Name\Shar*ename*, where *Name* is the network name for your computer or NAS device, and *Sharename* is the name of the top level shared folder.) If this folder is not shared anonymously, type the user name and password of a user with rights to access this music folder.

# Removing a shared folder

From the **Music Library Setup** screen, highlight to select the network share you want to remove from the list, and click **Remove**.

# Updating your music index

If you add new music to a music folder that is already indexed, you can update your music index in order to add this music to your library.

1.  From the **Music** menu, select **Update Music Index Now**.
2.  Click **Yes** to confirm.

    The message, "Updating Music Index" appears at the bottom of the screen. When the update is complete, the message "Ready" appears.

# Resetting music library permissions on a PC

Some music services may automatically change the permissions on your music folders when you add new music, so that Sonos can no longer access your music. If your music service does this, you can change the preference setting below to allow Sonos to reset permissions when your music index is updated. You should not set this preference unless you need to, as it takes longer to update your music index when this box is checked.

1.  From the **File** menu, select **Preferences**.
2.  Click the **Advanced** tab.
3.  Check the **Fix Permissions when updating the music index on this computer** box, and click **OK**.

# Windows Sharing on a Mac

Depending upon where your music is stored, you may be asked to provide an administrator name and password to allow access to your music folders.

If your Macintosh computer does not have *Windows Sharing* enabled, the Sonos Controller for Mac or PC will guide you through the process of enabling it. Your music files are never copied from their current locations - your folders are simply shared so they can be accessed by your Sonos system.

# Scheduling music index updates

You can set your music system to automatically update your music index at the same time each day.

1.  From the **Music** menu, select **Schedule Music Index Updates**.
2.  Select the time you would like your music index to automatically update, and click **OK**.

## Updating your music index

If you add new music to a music folder that is already indexed, you can update your music index in order to add this music to your Sonos music library.

1. From the Music menu, select **Update Music Index Now**.

2. Select **Update**.

   The message "Updating Music Index" appears at the bottom of the window. When the update is complete, the message disappears.

# Selecting from Music Library

## Browse

> **Note:**   The music you select will play in the zone or zone group that's highlighted in the **Zones** pane.

1. From the **Zones** pane, click to highlight the zone you want to play music in.

2. Choose one of the following options:

   • From the **Music Library** pane, click the **Library** tab,

   Or

   • From the **Music** menu, click **Music Library**.

   PC - Click  to expand for more selections.

   Mac- Click  to expand for more selections.

3. Use the mouse to move through the categories until you reach the choice you want.

4. Highlight the music selection and choose one of the following options:

   • Select **Play Now** to play the music now.

   • Select **Add to Queue** to add it to the end of your music queue.

   • Right-click and select **Play Next** to add it to the music queue as the next selection to play.

   • Right-click and select **Play Now and Replace Queue** to remove the contents of the current queue and replace it with this selection.

## Search

1.  From the **Zones** pane, select the zone you want to play music in.
2.  Choose one of the following options:
    *   From the **Music Library** pane, click the **Library** tab
    Or
    *   From the **Music** menu, click **Music Library**.
3.  Click **Search**.
4.  Choose one of the following options:
    *   If you are using a PC, enter your search criteria (full or partial), select the category you wish to search (artists, albums, composers, or tracks), and click **Search.**
    *   If you are using a Mac, enter your search criteria (full or partial) click the magnifying glass icon to select the category you wish to search (artists, albums, composers, or tracks), and then press the Enter key.

## Drag and Drop

You can *drag and drop* selections directly from the music library to the queue. Highlight a selection, and while holding down the mouse, drag the selection to the music queue, and then release.

> **Note:**   You can add tracks to a music queue while listening to other music.

If you've previously saved music queues as Sonos playlists, you can browse these playlists using the **Sonos Playlists** tab.

# Music Library Preferences

## Sort folders by preference

You can set the sorting preference for music folders that are accessible from your music library. You can choose to sort by:
*   Track name
*   Track number
*   Filename

1.  From the **File** (PC) or **Sonos** (Mac) menu, select **Preferences**.
2.  Click the **Library** tab, and select your sort order preference from the drop-down **Sort By** field.

## Compilation albums

If your music collection contains compilations and soundtracks, you may want to group these songs together in your music library instead of viewing them by individual artist. This means that any artists that appear solely on compilations will not appear in your *Artists* list. There are two ways you can group compilations within Sonos:

**Sonos Controller for PC**



**Sonos Controller for Mac**



# Group using iTunes compilations

iTunes normally organizes your iTunes Music folder as *[Artist]/[Album]/[Track name]*. iTunes has a feature that allows you to group your compilations albums together. This will organize your compilations and soundtrack albums as *[Compilations]/[Album]/[Track name]*.

**Within iTunes:**

1. Mark individual tracks as being part of compilations by highlighting the track and then selecting **File** -> **Get Info**.

2. Check the **Part of a compilation** checkbox.

3. From iTunes **Preferences**, check the **Group Compilations When Browsing** checkbox. This will group the tracks you've marked as compilations.

**Within Sonos:**

You can organize your Sonos music library to use this iTunes compilation view.

1. Select **File** (PC) or **Sonos** (Mac) -> **Preferences**.

2. From the **Library** tab, select **Group using iTunes compilations**.

3.  If you would like to see the individual artists displayed in a *Contributing Artist* view, check the **Show Contributing Artists in the Music Library** checkbox. If this box is not checked, the Contributing Artists view will not display.

## Group using AlbumArtists

Windows Media Player, as well as some other players, use the Album Artist category to group compilations and soundtrack albums (the Album Artist is the person, group or composer the album would be filed under in a store.)

You can organize your Sonos music library to use the AlbumArtist compilation view.

1.  Select **File** (PC) or **Sonos** (Mac) -> **Preferences**.

2.  From the **Library** tab, select **Group using AlbumArtists**.

3.  If you would like to see the individual artists displayed in a *Contributing Artist* view, check the **Show Contributing Artists in the Music Library** checkbox. If this box is not checked, the Contributing Artists view will not display.

## Do not group compilations

If you choose not to group compilation albums, the individual artists will display within your *Artists* view.

1.  Select **File** (PC) or **Sonos** (Mac) -> **Preferences**.

2.  From the **Library** tab, select **Do not group compilations**. All of the individual artists will then appear in the **Artists** view.

## Contributing artists

*Contributing Artists* are those who appear on individual tracks within an album, including those on a compilation or soundtrack album. You can set your preferences to show or hide these individual artists within a **Contributing Artists** view.

1.  Select **File (PC)** or **Sonos** (Mac) -> **Preferences**.

2.  From the **Library** tab, check or uncheck the **Show Contributing Artists** in the **Music Library** checkbox. If this box is not checked, the Contributing Artists view will not display.

The **Show Contributing Artists** preference setting you select applies only to this Sonos Controller for Mac or PC. If you have another Sonos controller, you can select a different Contributing Artist view for it.

## Imported playlists

The Sonos Wireless HiFi System is compatible with iTunes playlists (including Genius Mixes) as well as M3U, WPL and PLS playlist files created with third-party software (e.g. iTunes, WinAmp, Windows Media Player, etc.).

The Sonos system does not change music or playlist files created by other applications; these files are always treated as "read-only".

## M3U, WPL and PLS support

You can view your playlists by selecting **Imported Playlists** from the **Library** tab.

If they are not visible, they are probably not located in a folder you currently have shared to the Sonos Wireless HiFi System. Move the playlist file .PLS, .M3U or .WPL into the same music folder that is shared to the Sonos system, update your music index, and the custom playlists will appear when you select **Imported Playlists** from your music library. See "Managing Music Folders" on page 2 for additional information.

# iTunes support

Using the Sonos Controller for Mac or PC, you can view your iTunes playlists in the Sonos system by selecting **Imported Playlists** from the **Library** tab.

- When you make changes to your iTunes playlist(s), exit iTunes, and then update your Sonos music index in order to see the changes (see "Updating your music index" on page 5.)
- iTunes playlists will automatically be imported into the Imported Playlists menu on both the SONOS CONTROL and Sonos Controller for Mac or PC as long as your '*iTunes Music Library.xml*' file is shared along with your music to the Sonos system. For typical iTunes installations, this file is located in the iTunes folder.
- Sonos is unable to play tracks that are protected by Apple's proprietary Digital Rights Management (DRM) scheme.

For additional information, browse our Frequently Asked Questions (FAQ) pages or Forums at ***www.sonos.com/support***.

# Using Twitter

You can let your friends and followers know what you're listening to on Sonos by updating your Twitter status from a Sonos controller. You can choose to automatically populate your update with the name of the artist and track you're listening to, or type your own message.

- Sonos supports up to 5 Twitter accounts per household.
- Twitter is available for use with the SONOS CONTROL, Sonos Controller for iPhone, Sonos Controller for iPad, and Sonos Controller for Mac or PC.

## To add your Twitter Account to Sonos

You must be registered with Twitter to use this feature. Once you have set up an account, simply add your Twitter account information to Sonos.

1. Select **Setup Services** from the **Music** menu.
2. Click **Add**.
3. Select **Twitter** from the Social Networking Services box, and click **Next**.
4. Type your Twitter login and password, and click **Next**.

## To send a Twitter Update

1.  Click the *balloon* icon from the **Now Playing** pane.



2.  Click **Update Twitter Status**.
3.  Choose one of the following options:
    *   Type a message and click **Post**.
    *   Click **Autofill** repeatedly to scroll through a list of preformatted messages, and click **Post** when the desired message is displayed.

# Managing the Music Queue

Once you have added tracks to a queue, you can make changes to the music queue using the queue control buttons.

## Removing a track from the queue

1.  From the **Queue** pane, select the song you want to remove from the music queue.
2.  Choose one of the following options:
    *   Click **Remove Track**, or
    *   Select **Queue** -> **Remove Track** from the **Play** menu.
3.  The song disappears from the queue list.

# Moving a track within the queue

1. Click the left-mouse button and, while holding, drag the track you want to move within the queue.

2. Drag it up or down to the desired location, and then release.

3. Tap and hold ☰ to the right of the track.

4. Drag the track to a new location in the queue and then let go of the button.

# Clearing the music queue

Choose one of the following options:

  • Click **Clear Queue** from the bottom of the **Queue** pane

Or

  • From the **Play** menu, select **Queue** -> **Clear Queue**.

This will clear the entire queue in the selected zone and the music will stop playing.

# Changing the play mode

1. Click the **Shuffle**, **Repeat**, or **Crossfade** buttons displayed in the **Now Playing** pane to change the play mode.

  • The selected play mode appears as an icon in the **Now Playing** pane.

| | | |
|---|---|---|
| ⤫ | Shuffle | Plays the tracks in the music queue in a random order. |
| ⟳ | Repeat | Repeats the music queue after the last track has finished. |
| ⤭ | Crossfade | Fades out the current track while fading in the next track to create a smooth transition between tracks. |

## Viewing large album art





From the **Now Playing** window, click the album art to enlarge it.

# Music Services

A music service is an online music store or online service that sells audio on a per-song, per audiobook, or subscription basis. The Sonos Wireless HiFi System is compatible with several music services— for the latest list of online music and audio services, you can visit our Website at *www.sonos.com/howitworks/music/partners/default.aspx*.

(Some music services may not be available in your country. Please check the individual music service's Web site for more information.

To activate any of the free music service trials that are included with your Sonos system, your Sonos system must be registered. If you have not yet registered, you can go to "System Registration" on page 4 for help with this step.

If the **Music Services** tab is not displayed in the Music Library pane, see "Showing/hiding the Music Services tab" on page 14.

If you don't currently have a music service enabled, you can click **Get Music** to browse the latest online music and audio services available for use with the Sonos Wireless HiFi System.

## Activating a music trial

Free music service trials are available in some countries. (Please check the individual music service's Web site for more information.) If there is a music service trial available on your Sonos Controller for Mac or PC, simply follow the steps below to activate it. After the trial period is up, you will need to subscribe to the music service to keep the music playing.

1.   From the **Music Library**, click the **Music Services** tab.
2.   Select the music trial you would like to activate. Once you accept the service's terms and conditions, your free trial period will start.

## Removing a music service trial

When a music service trial expires, you may wish to remove the expired trial from your Sonos system.

1.   From the **Music** menu, select **Set Up Services**.
2.   Select the music trial you wish to remove, and click the **Remove** button.

## Adding a compatible music service

If you are currently subscribed to a music service that's compatible with Sonos, simply add your music service user id and password information to Sonos and you'll have instant access to the music service from your Sonos system. To see the latest list of compatible music services, you can go to *www.sonos.com/howitworks/music/partners/default.aspx*.

> **Note:**   If you are adding Deezer account information, your login is the email address you signed up with when you set up your Deezer account. It is *not* your Deezer nickname.

1.   From the **Music** menu, select **Set Up Services**.
2.   The music services that are currently configured to work with your Sonos system are displayed.
3.   Press the **Add** button.
4.   Select the Sonos-compatible music service you would like to add, and click **Next** (PC) or **Continue** (Mac).

5.  Enter your music service login and password, and click **Next** (PC) or **Continue** (Mac).

6.  Your login and password will be verified with the music service. Once your credentials have been verified, you can click the **Music Services** tab, select your music service, and make a music selection.

> **Note:**  If your music service does not appear when you click the Music Services tab, your firewall may be preventing Sonos from accessing it. For additional information, go to *http://faq.sonos.com/firewall*.

## Deleting a music service account from Sonos

1.  From the menu bar, select **Music -> Set Up Services**.

2.  Select the account you wish to remove, and click **Remove**.

3.  Click **Yes** to confirm, and then click **OK**.

This will not delete your account from the music service — your account status with the music service will be unaffected.

## Showing/hiding the Music Services tab

You can change your preference setting to show or hide the Music Services tab in the Music Library pane of your Sonos Controller for Mac or PC. If you are not currently subscribed to a music service, you may wish to hide this tab.

**Sonos Controller for PC**



1.  Go to **File** -> **Preferences** -> **General** and check or uncheck the **Show Music Services tab in the Music Library** box.



**Sonos Controller for Mac**



1.  Go to **Sonos** -> **Preferences** -> **General** and check or uncheck the **Show the Music Services tab in the Music Library** box.



> **Note:** If your music service does not appear when you click the **Music Services** tab, your firewall may be preventing Sonos from accessing it. For additional information, go to *http://faq.sonos.com/firewall*.

## Your music service password

If you want to change the password for a music service you subscribe to, such as Napster, Rhapsody, or SiriusXM, **you must first change the password with your music service provider**.

1.  Go to your music service provider's Web site, and change your password in the account settings. Once you've changed your password there, follow the steps below to update your Sonos system.
2.  Select **Set Up Services** from the **Music** menu.
3.  Highlight the music service you wish to update, and click the **Edit** button.

> **Note:** If you don't change your password with the music service first, it won't work on your Sonos system.

# Anubis.fm

If you're an Anubis.fm customer, you've got everything you need to start enjoying Anubis.fm on your Sonos system. Search, browse and play anything from Anubis.fm's catalogue of more than 2 million songs, as often as you'd like, throughout your entire home—no computer required. You can create your own playlists and program your own channels.

> **Note:** Anubis.fm may not be available in your country. If the anubis.fm trial does not appear as an option, please go to *www.anubis.fm*.

# Adding your anubis.fm account information to Sonos

1. From the **Music** menu, select **Set Up Services**.
2. The music services that are currently configured to work with your Sonos system are displayed.
3. Press the **Add** button.
4. Select **anubis.fm**, and click **Next** (PC) or **Continue** (Mac).
5. Enter your anubis.fm login and password, and click **Next** (PC) or **Continue** (Mac).
6. Your login and password will be verified with anubis.fm.

# Selecting music

Anubis.fm on Sonos features high quality, full length track streaming from the music catalogues of Sony Music, Universal Music, EMI Music, Warner Music, and key independent labels.

Anubis.fm music selection choices include:

- Search (by artist, album, or track)
- My playlists
- Top Songs
- Top Albums
- Top Artists
- Channels
- New Releases
- Featured Albums

1. Select **anubis.fm** from the **Music Services** tab.
2. Choose one of the following options:
   - **Search** to search for anubis.fm music selections by artist, album, or track
   - **My Playlists** to select from music you have saved to your anubis.fm library
   - **Top Songs, Top Albums**, or **Top Artists** to select from the music that is being played most often
   - **Channels** to select from stations that have been grouped by like-minded artists
   - **New Releases** to select from recently released music
   - **Featured Albums** to select from music that anubis.fm has highlighted for you
3. Make a music selection, and then choose one of the following:
   - **Play Now** — stops playing the current selection (if one is playing) to play this selection
   - **Add to Queue** — adds it to the end of your music queue
   - Right-click (PC) or control-click (Mac), and select **Play Next** to play the selection next or **Play Now and Replace Queue** to remove the contents of the current queue and replace it with this selection

# Audible.com

The Sonos Wireless HiFi System is compatible with Audible, Inc. (Format 4 file downloads only.) If you are interested in signing up for Audible's spoken word audio services, for more information, go to *www.audible.com*.

Once you add your Audible account information to Sonos, you can view your Audible files through the *genre* category.

From the **Music Library**, select **Library** -> **Genres**, and then select **Audiobooks**.

> You may need to select **All** to view your journal content.

**Sonos Controller for PC**



**Sonos Controller for Mac**



- When listening to a book, you can use **Next** and **Previous** to move from chapter to chapter.
- Be sure to update your music library whenever you add new content (see "Updating your music index" on page 4).

# Adding an Audible account

1.  If you have AudibleManager software installed on your computer, the Sonos system detects it when you add a music folder to your Sonos system. When Audible is detected, a third radio button displays on the **Select Music Source** screen.



**Using the Sonos Controller for PC**

1.  Select **Add my Audible books**, and click **Next**.

2.  Click **Next** to share the folder.

3.  Enter your Audible account login and password.

**Using the Sonos Controller for Mac**

1.  Make sure your Audible files are in a folder that you have shared to the Sonos system (using the **Select Music Source** screen).

2.  Add your Audible account information to Sonos by selecting **Music** -> **Set Up Services** -> **Add**.

3.  Select **Audible**, and click **Continue**.

4.  Enter your Audible login and password.

# Adding an additional Audible account to Sonos

1.  Make sure your Audible files are in a folder that you have shared to the Sonos system (using the **Select Music Source** screen).

2.  From the menu bar, select **Music** -> **Set Up Services**.

3.  Click **Add**.

4.  Select **Audible**, and click **Next** (PC) or **Continue** (Mac).

5.  Enter your Audible login and password.

    Your account information will be verified with Audible.

Update your music library whenever you add new content by selecting **Update Music Index Now** from the **Music** menu.

## Deleting an Audible account from Sonos

**Using the Sonos Controller for PC**

1. From the Sonos menu bar, select **Music** -> **Set Up Services**.

2. Select the desired account, and click **Remove**.

3. Select **Yes** to confirm.

4. Enter your Audible password for verification, and then click **OK**.

**Using the Sonos Controller for Mac**

1. From the Sonos menu bar, select **Music** -> **Set Up Services**.

2. Highlight the Audible account, and click **Remove**.

3. You will be asked to enter your Audible password for verification, and then click **Remove**.

# Deezer

If you're a Deezer customer, you've got everything you need to start enjoying music from Deezer on your Sonos system. Sonos connects directly to Deezer so you can search for an artist, play smartradio stations, play a top radio station, or select a radio station by theme (such as pop or rock.)

Deezer offers two types of accounts - a free account (available world-wide), and a paid subscription account (currently available only in France.) Simply set up a Deezer account (***www.deezer.com***).

Once you have a Deezer account, add your Deezer account information to Sonos.

> **Note:**   Your login is the email address you signed up with when you set up your Deezer account. It is *not* your Deezer nickname.

## Adding your Deezer account information to Sonos

1. From the **Music** menu, select **Set Up Services**.

2. The music services that are currently configured to work with your Sonos system are displayed.

3. Press the **Add** button.

4. Select **Deezer**, and click **Next** (PC) or **Continue** (Mac).

5. Enter your Deezer login and password, and click **Next** (PC) or **Continue** (Mac).

6. Your login and password will be verified with Deezer.

## Upgrading your account

Contact Deezer to upgrade your account to a premium service level subscription. Once you are a paid subscriber, no further action is required — you will have instant access to Deezer from your Sonos system.

## Selecting music

1.  Select **Deezer** from the **Music Services** tab.

2.  Choose one of the following options:

    *   Select **Search** to search by artist
    *   Select **My Smartradio Stations** to choose a listening program that has been automatically generated based upon a certain artist
    *   Select **Top Radio** to choose a Deezer top radio station by genre
    *   Select **Theme Radio** to browse for a radio station by theme (such as jazz, pop, rock, or reggae)

3.  Expanded search and additional on-demand features are available to premium subscribers (currently available only in France.)

# iheartradio

iheartradio is Clear Channel's free radio service. It features over 750 of America's favorite radio stations, including several exclusive digital stations. With Sonos and iheartradio you can listen to music, talk, or even traffic updates, in any room — no iheartradio account required.

1.  Click the **Music Services** tab and select **More Music**.

2.  Click **Start** on the **iheartradio** selection.

3.  Select **Next** (PC) or **Continue** (Mac).

4.  Click **Finish** (PC) or **Done** (Mac).

Once iheartradio is set up on your Sonos System, simply select **iheartradio** from the **Music Services** tab. You can choose a station by city, format, personality, or select from a list of featured stations.

# Last.fm

If you're a Last.fm customer, you've got everything you need to start enjoying Last.fm on your Sonos system. Sonos connects directly to Last.fm so you can listen to Last.fm radio stations, create new stations, and use *scrobbling* to personalize your listening experience.

## Adding your Last.fm account information to Sonos

1.  From the **Music** menu, select **Set Up Services**.

2.  The music services that are currently configured to work with your Sonos system are displayed.

3.  Press the **Add** button.

4.  Select **Last.fm**, and click **Next** (PC) or **Continue** (Mac).

5.  Enter your Last.fm login and password, and click **Next** (PC) or **Continue** (Mac).

6.  Your login and password will be verified with Last.fm.

## Selecting music

1.  Select **Last.fm** from the **Music Services** tab.

2.  Choose one of the following options:

    -   Select **Start a New Station** to enter the name of your favorite artist, or tag such as *indie* or *alternative*, and Last.fm will play a custom radio station featuring music you're sure to love.

    -   Select **Tag Radio** to select from the most popular tags.

    -   Select **Recent Stations** to make a selection from stations you have recently listened to.

    -   Select **My Stations** and choose from the following:

        -   My Library — plays music based on your listening history

        -   My Loved Tracks — a custom station that exclusively plays the music that you've marked as *loved* using your Sonos Controller (available only to Last.fm users with a paid subscription)

        -   My Neighborhood — plays music from Last.fm users with similar music taste

        -   My Recommendations— Last.fm selects and plays music based on what you've listened to (uses scrobbling)

> **Note:**   If you are new to Last.fm, you may see the message, "Unable to play <station name>" appear for one or more of the **My Stations** options listed above. It simply means that you have not yet accumulated enough listening history to make these choices useful. This message will disappear over time.

## What is scrobbling?

1.  You can set a preference to have your music selections *scrobbled* while listening to Last.fm on your Sonos system. This means that every song you listen to is sent to Last.fm and used to create a personal music profile on Last.fm's Website, which in turn you can share, or use to discover more music you love.

2.  The scrobbling feature is optional, and is available to both free Last.fm subscribers and paid subscribers.

3.  To turn scrobbling on or off, click the **Music Services** tab, select **Last.fm**, and click the **Turn Scrobbling On (or Off)** button.

# Napster

Depending upon the country you live in, your Sonos system may come with a free Napster trial—no signup, no credit card necessary. Sonos connects directly to Napster via the Web, so you don't have to download an application or even turn your PC on. To activate a music service trial, your Sonos system must be registered so if you have not yet registered, go to "System Registration" on page 4 for help with this step.

> **Note:**   Napster may not be available in your country. If the Napster trial does not appear as an option, for more information, go to *www.napster.com*.

Napster music selection choices include:

- Search (by artist, album or track)
- Browse Napster content, including top 100 lists, New Releases and Napster Playlists
- My Napster Library
    - All Tracks
    - Genres
    - Artists
    - My Playlists

## If you're new to Napster

1. From the **Music Library**, click the **Music Services** tab.
2. Select **More Music**.
3. Click **Start** on the Napster selection.
4. Select **I'm new to Napster**.
5. Accept the Napster terms and conditions, and then click **Next** (PC) or **Continue** (Mac).
6. Click **Finish** (PC) or **Done** (Mac).

**After the trial expires**

1. After the free trial expires, if you wish to continue using Napster with Sonos, you can become a Napster subscriber. Go to *www.sonos.com/napster/subscribe*.
2. Click **Join Napster Now**. Once you become a subscriber, simply follow the steps below to add your Napster account information to Sonos in order to have instant access to Napster from your Sonos system.
3. From the **Music Services** tab, select **Napster Trial**.

> To continue listening after the trial has ended, go to  Napster  and become a subscriber. Once you have done this, update your Sonos system with the Napster user name and password.

4. Click the **Update** link.

5.  Click **Next (PC) or Continue (Mac)**.

6.  Enter your Napster login and password. Your login and password will be verified with Napster.

IF for some reason the **Napster** trial no longer displays on the **Music Services** tab, you can add your account membership information to Sonos this way instead:

1.  From the **Music** menu, select **Set Up Services**.

2.  The music services that are currently configured to work with your Sonos system are displayed. If **Napster Trial** is displayed, select it, and press **Subscribe**. Follow the prompts to enter your Napster login and password. If **Napster Trial** is not displayed, continue on to step 2.

3.  Press the **Add** button.

4.  Select **Napster**, and click **Next** (PC) or **Continue** (Mac).

5.  Select **Napster**, and click **Next** (PC) or **Continue** (Mac).

6.  Enter your Napster login and password. Your user name and password will be verified with Napster.

## If you already have a Napster account

1.  From the **Music Library,** select the **Music Services tab.**

2.  Select **More Music**.

3.  Click **Start** on the **Napster selection.**

4.  Select **I already have an account**, and then follow the on-screen prompts to set up your Sonos music system. You will be asked to enter your Napster login and password.

Your membership information will be verified with Napster, and then you will have instant access to Napster from your Sonos system.

## Selecting music from Napster

1.  From the **Music Library** pane, click the **Music Services** tab, and select **Napster**.

    •  If the **Music Services** tab is not displayed in the Music Library, see "Showing/hiding the Music Services tab" on page 14.

2.  Highlight a music selection, and right-click.

3.  Choose one of the following:

    •  **Play Now**
    •  **Play Next**
    •  **Add to Queue** to add it to the end of your music queue
    •  **Play Now and Replace Queue** to play the selection now while clearing the queue of previous music selections
    •  **Add To My Napster Library** to add the selection to your Napster library
    •  **Create automix** to create an instant playlist from this selection

**Note:**   Napster has a setting that allows you to exclude tracks with a parental advisory logo. You can turn this setting on or off by selecting My Account -> Member Information at ***www.napster.com***.

## Napster Automix

You can create an instant playlist based on an artist or a track selection. Napster will select 40 similar tracks based on your selection, and add the tracks to your music queue.

1. From the **Music Services** tab, search for a Napster artist that you would like to listen to.

2. Select **Artist Automix**.

3. Right-click and select one of the following:

   • Play Now

   • **Add to Queue** to add it to the end of your music queue

   • **Play Now and Replace Queue** to play the selection now while clearing the queue of previous music selections

4. To create an automix for a track — select a track, right-click, and select **Create Automix**.

## Adding selections to your Napster library

1. From the **Music Services** tab, highlight a Napster artist, album, or track, and right-click.

2. Select **Add to My Napster Library**. These selections can then be easily accessed later by selecting **My Library** instead of using **Search** or **Browse** to locate them again.

## Napster Radio

1. Select the zone you want to play music in.

2. Click the **Music Services** tab, and select **Napster**. (If you are using the Napster free trial, select **Music Service Trials** -> **Napster Trial** instead.)

3. Select **Radio**.

4. Select a radio station, and click **Play Now** or **Add to Queue**.

# Pandora

If you're a Pandora customer, you've got everything you need to start enjoying Pandora on your Sonos system. Sonos can connect directly to Pandora, the music discovery service, so you can listen to Pandora radio stations, create new stations, and rate music using your Sonos system.

Pandora offers two types of subscription accounts - a free ad-based account, and a paid subscription account. If you are a free subscriber, Pandora will *serve you ads* when playing Pandora on your Sonos system. If you are a paid subscriber, Pandora will serve you *ad-free* radio streaming.

## Adding your Pandora account information to Sonos

Pandora offers two types of subscription accounts - a free ad-based account, and a paid subscription account. If you are a free subscriber, Pandora will *serve you ads* when playing Pandora on your Sonos system. If you are a paid subscriber, Pandora will serve you *ad-free* radio streaming.

1. From the **Music** menu, select **Set Up Services**.
2. The music services that are currently configured to work with your Sonos system are displayed.
3. Press the **Add** button.
4. Select **Pandora Radio**, and click **Next** (PC) or **Continue** (Mac).
5. Enter your Pandora login and password, and click **Next** (PC) or **Continue** (Mac).
6. Your login and password will be verified with Pandora. Once your credentials have been verified, you can click the **Music Services** tab, select **Pandora Radio**, and make a music selection.

## Upgrading your account

If you've been using Pandora with Sonos, and decide to upgrade from a free account to a paid Pandora subscription, simply go to ***www.pandora.com***.

Upgrade your account and once you are a paid subscriber, Pandora will stop serving you ads - no further action is required by you to update your Sonos system.

## Adding a new station

1. From the **Music Services** tab, select **Pandora Radio**.
2. Click the **New Station** button.
3. Enter an artist name or a track and click **Next** (PC) or **Continue** (Mac).
4. If you find what you are looking for, select **Create the station** and click **Next** (PC) or **Continue** (Mac). If you'd like to try again, select **That's not what I want**.

> **Note:** Pandora has a setting that allows you to filter explicit content. When the filter is turned on, radio edited songs without explicit lyrics will be played instead of the unedited versions. You can turn this setting on or off by editing your account settings at ***www.pandora.com***.

# Creating a new station from an artist or track

1. From the **Now Playing** window, click the **Pandora** menu.



2. Select **Create a new station from this artist**, or **Create a new station from this track**.

# Selecting a Pandora radio station

1. From the **Music Library** pane, click the **Music Services** tab and select **Pandora Radio**.
2. Your current Pandora stations are displayed.

   If the **Music Services** tab is not displayed in the Music Library, see "Showing/hiding the Music Services tab" on page 14.
3. Select a music selection and click **Play Now**, or click **New Station** to add a new music station.

# Adding more music to a station

1. From the **Music Library** pane, click the **Music Services** tab and select **Pandora Radio**.
2. Your current Pandora radio stations are displayed.
3. Right-click and select **Add more kinds of music**.
4. Enter the name or an artist, track, or composer and click **Next** (PC) or **Continue** (Mac).
5. Choose from the list and click **Next** (PC) or **Continue** (Mac).
6. Select **Add the new music**, or select **That's not what I want** if you want to try again.

# Renaming a station

1. From the **Music Library** pane, click the **Music Services** tab and select **Pandora Radio**.
2. Your current Pandora radio stations are displayed.
3. Right-click, and select **Rename Station**.
4. Type a new name for your radio station.

# Deleting a station

1. From the **Music Library** pane, click the **Music Services** tab and select **Pandora Radio**.
2. Your current Pandora radio stations are displayed.
3. Right-click, and select **Delete Station**.

# Rating a track

1. From the **Now Playing** screen, click the **Ratings** button.



2. Choose one of the following options:

   • Select **I like this track** - Pandora will play more tracks with similar qualities.

   • Select **I don't like this track** - Pandora will not longer play this track on this radio station.

   • Select **Don't play this track for a month**.

# Bookmarking a track

1. From the **Now Playing** window, click the **Pandora** menu.



2. Select **Bookmark this track on Pandora.com** or **Bookmark this artist on Pandora.com**.

# Why is this track playing?

1. From the **Now Playing** window, click the **Pandora** menu.



2. Select **Why is this track playing**?

Pandora will explain the similarities between this track and the other tracks on your radio station.

# Rdio

Rdio provides you with a unique social music discovery experience at home. Search, browse and play anything from Rdio's more than 8 million song library, as often as you'd like, throughout your entire home. Plus, follow the musical tastes of friends and influencers, share your favorite songs and playlists, explore thousands of themed playlists, and even check out what's in "heavy rotation" by other Rdio listeners.

> **Note:**   Rdio may not be available in your country. If Rdio does not appear as an option on the **More Music** menu, please go to *www.rdio.com*.

## If you're new to Rdio

1.  From the **Music** menu, select **Set Up Services**.
2.  Press the **Add** button.
3.  Select **Rdio**.
4.  Follow the on-screen prompts to start your trial.

    **After the trial expires**

After the free trial expires, if you wish to continue using Rdio with Sonos, you can become an Rdio subscriber. Go to *www.rdio.com* and go to the web player to access the **Subscribe** option. Once you become an Rdio subscriber, simply update Sonos with your membership information (steps below) in order to have instant access to Rdio from your Sonos system.

> **Note:**   An Rdio Unlimited subscription is required for your Sonos system to connect to Rdio.

1.  From the **Music** menu, select **Set Up Services**.
2.  Select **Rdio**.
3.  Click **Subscribe**, and then click **Next** (PC) or **Continue** (Mac).
4.  Type your music service login and password, and then click **Next** (Windows) or **Continue** (Mac).
5.  As soon as your credentials are verified, **Rdio** will appear on the **Music Menu**.

## Adding your Rdio account information to Sonos

1.  From the **Music** menu, select **Set Up Services**.

    The music services that are currently configured to work with your Sonos system are displayed.
2.  Click the **Add** button.
3.  Select **Rdio**, and click **Next** (Windows) or **Continue** (Mac).
4.  Select **I already have an account**, and click **Next** (Windows) or **Continue** (Mac).
5.  Enter your **Rdio** login and password, and then click **Next** (Windows) or **Continue** (Mac).

    Your login and password will be verified with Rdio.

6.   Once your credentials have been verified, simply select **Rdio** from the **Music Menu**, and then make a music selection.

> **Note:**   An Rdio Unlimited subscription is required for your Sonos system to connect to Rdio.

# Selecting music

You can listen to Rdio's music offerings, select music you have purchased from Rdio, and create an Rdio collection. A collection is a library of the music you have bookmarked on Rdio, plus a list of the music in your iTunes and Windows Media Player libraries.

> **Note:**   If there is music in your iTunes and Windows Media Player libraries that is not in Rdio's offerings, it will not appear in your collection.

Rdio music selection choices include:

- Search (by artist, song, album, or people)
- My Collection
- Heavy Rotation
- Playlists
- Browse Music
- People

1.   From the **Music Library** pane, click the **Music Services** tab, and select **Rdio**.

2.   Choose one of the following options:

- **Search** to search for Rdio music selections by artist, song, album, or people (by Rdio user name)
- **My Collection** to select from music in your Rdio library
- **Heavy Rotation** and then select **From My Network** to select music that people you follow play most often or **From My Listening History** to select from the music that you play most often
- **Playlists** to select music you have already organized and saved so you and your friends and followers can play it. Create, edit, and delete playlists on the Rdio web site.
- **Browse Music** and then **New Releases**, **Top Albums**, or **Top Playlists** to see music that is new or played most often this week
- **People** and then **People You're Following** or **People Following You** to find Rdio users and see what music they are listening to

3.   Make a music selection, and then choose one of the following:

- **Play Now** — stops playing the current selection (if one is playing) to play this selection
- **Add to Queue** — adds it to the end of your music queue
- Right-click and select **Play Next** to play the selection next, **Play Now and Replace Queue** to remove the contents of the current queue and replace it with this selection, or **Add to my Rdio Library**.

# Rhapsody

Depending upon the country you live in, your Sonos system may come with a free Rhapsody trial—no signup, no credit card necessary. Sonos connects directly to Rhapsody via the Web, so you don't have to download an application or even turn your PC on. To activate a music service trial, your Sonos system must be registered so if you have not yet registered, go to "System Registration" on page 4 for help with this step.

> **Note:**  Rhapsody may not be available in your country. If the Rhapsody trial does not appear as an option, for more information, go to *www.rhapsody.com*.

Rhapsody music selection choices include:

- Search (by artist, album, composer or track)
- Rhapsody Music Guide
- Rhapsody Channels (Rhapsody Radio)
- My Artists
- My Albums
- My Genres
- My Tracks
- My Playlists

## If you're new to Rhapsody

1. From the **Music Library**, click the **Music Services** tab.
2. Select **More Music**.
3. Click **Start** on the **Rhapsody selection.**
4. Select **I'm new to Rhapsody**.
5. Accept the Rhapsody terms and conditions, and then click **Next** (PC) or **Continue** (Mac).
6. Click **Finish (PC)** or **Done** (Mac).

**After the trial expires**

After the free trial expires, if you wish to continue using Rhapsody with Sonos, you can become a Rhapsody subscriber. Go to *www.sonos.com/Rhapsody/subscribe*.

1. Click **Join Rhapsody Now** and once you become a subscriber, simply follow the steps below to add your Rhapsody account information to Sonos in order to have instant access to Rhapsody from your Sonos system.
2. From the **Music Services** tab, select **Rhapsody Trial**.

> To continue listening after the trial has ended, go to Rhapsody and become a subscriber. Once you have done this, update your Sonos system with the Rhapsody user name and password.

3. Click the **Update** link.
4. Click **Next** (PC) or **Continue** (Mac).

5. Enter your Rhapsody login and password, and then click **Next**. Your login and password will be verified with Rhapsody.

IF for some reason the **Rhapsody** trial no longer displays on the **Music Services** tab, you can add your account membership information to Sonos this way instead:

1. From the **Music** menu, select **Set Up Music**.

2. The music services that are currently configured to work with your Sonos system are displayed. If **Rhapsody Trial** is displayed, select it, and press **Subscribe**. Follow the prompts to enter your Rhapsody login and password. If **Rhapsody Trial** is not displayed, continue on to step 2.

3. Press the **Add** button.

4. Select **Rhapsody**, and click **Next** (PC) or **Continue** (Mac).

5. Select **Rhapsody**, and click **Next** (PC) or **Continue** (Mac).

6. Enter your Rhapsody login and password, and click **Next**. Your login and password will be verified with Rhapsody.

# If you already have a Rhapsody account

1. From the **Music Library**, select the **Music Services** tab.

2. Select **More Music**.

3. Click **Start** on the **Rhapsody selection**.

4. Select **I already have an account**, and then follow the on-screen prompts to set up your Sonos music system. You will be asked to enter your Rhapsody login and password.

Your membership information will be verified with Rhapsody, and then you will have instant access to Rhapsody from your Sonos system.

# Selecting music from Rhapsody

**Note:**  You can add tracks to a music queue while listening to other music.

1. From the **Music Library** pane, click the **Music Services** tab, and select **Rhapsody**.

   • If the **Music Services** tab is not displayed in the Music Library, see "Showing/hiding the Music Services tab" on page 14.

2. Highlight a music selection and choose one of the following options:

   • Select **Play Now** to play the selection now

   • Select **Play Next** to play the selection after the current track

   • Select **Add to End of Queue** to add it to the end of your music queue

   • Right-click and select **Play Now and Replace Queue** to remove the contents of the current queue and replace it with this selection

   • If you are selecting music from the Rhapsody Music Guide, you can additionally select **Add To My Rhapsody Library** or **Delete From My Rhapsody Library**.

# Using Search

1. From the **Zones** pane, click to highlight the zone you want to play music in.

2. Choose one of the following options:
   - From the **Music Library** pane, click the **Music Services** tab, and select **Rhapsody**,
   or
   - From the **Music** menu, select **Rhapsody**.

3. Select **Search**.



4. Enter your search criteria (full or partial), select the category you wish to search (artists, albums, composers, or tracks), and click **Search**.

# Using 'drag and drop'

You can *drag and drop* tracks directly from Rhapsody to the queue. Highlight a selection, and while holding down the mouse, drag the selection to the music queue, and then release.

# Rhapsody Music Guide

The Rhapsody Music Guide displays a variety of music selections, including a list of music genres, top artists, top albums, and top tracks, new releases and Rhapsody-recommended selections. Click any of the links to browse through the Rhapsody Music Guide and make selections.

# Rhapsody Radio

1. Select the zone you want to play music in.

2. Click the **Music Services** tab, and select **Rhapsody**. (If you are using the Rhapsody free trial, select **Music Service Trials** -> **Rhapsody Trial** instead.)

3. Select **Rhapsody Channels**.

4. Select a radio station, and click **Play Now**.

# Adding tracks or albums to your Rhapsody Library

1. From the **Music Services** tab, highlight an album, track, or Rhapsody radio station and right-click.

2. Select **Add to My Rhapsody Library**.

# Using Rhapsody with UPnP

If you are using Rhapsody's desktop application to organize the music on your local drive, your Sonos system can access Rhapsody's server using Universal Plug and Play (UPnP). You should only use this method to access Rhapsody if you are using Rhapsody's desktop application, or if you have multiple Rhapsody accounts active in your household.

To access Rhapsody's server using UPnP, make sure UPnP is enabled in the Rhapsody desktop application so that the Sonos system can recognize it and show Rhapsody in your Music Library. This is a one-time preference setting. Remember— your computer must be on in order to stream Rhapsody content if you are accessing Rhapsody's server this way.

**Change Rhapsody setting:**

1.  Start **RealRhapsody**.
2.  Click **Tools** -> **Preferences** -> **Rhapsody Server (UPnP)**.
3.  Click to check the **Start UPnP Server Once Logged In** box, and then click **Start**.
4.  Click **OK**.

**Change Sonos setting:**

1.  Select **File** (PC) or **Sonos** (Mac) -> **Preferences** and click the **Advanced Options** button.
2.  Check the **Show music from Rhapsody UPnP servers** checkbox and click **OK**.

**Change Rhapsody setting:**

1.  Start **RealRhapsody**.
2.  Click **Tools** -> **Preferences** -> **Rhapsody Server (UPnP)**.
3.  Click to check the **Start UPnP Server Once Logged In** box, and then click **Start**.
4.  Click OK.

**Change Sonos setting:**

1.  Select **Sonos** -> **Preferences** and click the **Advanced Options** button.
2.  Check the **Show music from Rhapsody UPnP servers** checkbox and click **Done**.

# SiriusXM

Now you can listen to SiriusXM Internet Radio using your Sonos Wireless HiFi System. Sonos connects directly to SiriusXM to give you instant access to more than 80 premium channels. Depending upon the country you live in, your Sonos system may come with a free, 30-day SiriusXM trial—no signup, no credit card necessary. To activate a music service trial, your Sonos system must be registered so if you have not yet registered, go to "System Registration" on page 4 for help with this step.

> **Note:**  SiriusXM may not be available in your country. If the SiriusXM Internet Radio trial does not appear as an option, for more information, go to ***www.siriusxm.com***.

## If you're new to SiriusXM Internet Radio

1.  From the **Music Library**, click the **Music Services** tab.
2.  Select **More Music**.
3.  Click **Start** on the **SiriusXM selection**.
4.  Select **I'm new to SiriusXM Internet Radio**.
5.  Accept the SiriusXM terms and conditions, and then click **Next** (PC) or **Continue** (Mac).

6.   Click **Finish** (PC) or **Done** (Mac).

Your free SiriusXM trial account will be valid for 30 days.

> **Note:**   SiriusXM allows playback of one radio channel at a time in your household. This
> means that if you are listening to SiriusXM in your home office and someone in the kitchen
> starts a different SiriusXM channel, the SiriusXM channel in your home office will stop playing.

**After the trial expires**

After the free trial expires, if you wish to continue using SiriusXM with Sonos, you can become a *premium* SiriusXM Internet Radio Service subscriber.

1.   Go to ***www.sonos.com/SiriusXM/subscribe***.

2.   Click **Subscribe Now** and once you become a premium subscriber, simply follow the steps below to add your SiriusXM account information to Sonos and you'll have instant access to SiriusXM from your Sonos system.

3.   From the **Music Services** tab, select **SiriusXM Internet Radio Trial**.

> To continue listening after the trial has ended, go to SIRIUS and subscribe to SIRIUS
> Internet Radio. If you are already a SIRIUS Satellite Radio subscriber, you must upgrade
> to premium SIRIUS Internet Radio service. Once you have done this, update your Sonos
> system with your SIRIUS user name and password.

4.   Click the **Update** link.

5.   Click **Next** (PC) or **Continue** (Mac).

6.   Enter your SiriusXM login and password, and then click **Next** (PC) or **Continue** (Mac). Your login and password will be verified with SiriusXM.

IF for some reason the **SiriusXM Internet Radio** trial no longer displays on the **Music Services** tab, you can add your account membership information to Sonos this way instead:

1.   From the **Music** menu, select **Set Up Services**.

2.   Select the **SiriusXM Internet Radio Trial**, and click **Subscribe**.

3.   Click **Next** (PC) or **Continue** (Mac).

4.   Enter your SiriusXM login and password. Your login and password will be verified with SiriusXM.

# If you already have a SiriusXM account

1.  From the **Music Library,** click the **Music Services** tab.

2.  Click **SiriusXM Internet Radio Trial**.

3.  Select **I already have an account**.

4.  Enter your SiriusXM login and password, and then click **Next**. (If you do not know your SiriusXM login and password, you can contact SiriusXM directly to retrieve them.) Your login and password will be verified with SiriusXM. If you are a *standard* **SiriusXM Satellite Radio subscriber**, you'll have access to a free 30-day SiriusXM Internet Radio trial. After the trial, if you want to keep listening to SiriusXM on Sonos, simply upgrade your SiriusXM account to SiriusXM Internet Radio's *premium* audio offering. See **Upgrading your SiriusXM account** below for help with this step.

5.  If you are already a **premium SiriusXM service subscriber**, Sonos will automatically skip the 30-day trial and give you instant access to SiriusXM from your Sonos system. Nothing additional is required.

# Upgrading your SiriusXM account

> **Note:**   If you wish to continue using SiriusXM with Sonos after the trial period ends, you will have to upgrade your SiriusXM account to a premium level subscription. You can go to ***www.sonos.com/SiriusXM/subscribe***.

Once you become a premium SiriusXM subscriber, simply follow the steps below to update Sonos with your membership information and you'll have instant access to SiriusXM from your Sonos system.

1.  From the **Music Services** tab, select **SiriusXM Internet Radio Trial**.



2.  Click the **Update** link.

3.  Click **Next**.

4.  Enter your login and password, and click **Next**.

    Your account information will be verified with SiriusXM. (If you have not yet upgraded your account with SiriusXM, your login and password will not work.)

IF for some reason the **SiriusXM Internet Radio** trial no longer displays on the **Music Services** tab, you can update your account membership information this way instead:

1.  From the **Music** menu, select **Set Up Services**.

    The music services that are currently configured to work with your Sonos system are displayed. If **SiriusXM Internet Radio Trial** is displayed, select it, and press **Subscribe**. Your login and password will be verified with SiriusXM. If **SiriusXM Radio Trial** is not displayed, continue on to step 2.

2.  Press the **Add** button.

3.  Select **SiriusXM Internet Radio**, and click **Next**.

4.  Select the **SiriusXM Internet Radio** button, and click **Next**.

5.  Enter your SiriusXM login and password, and click **Next**. Your login and password will be verified with SiriusXM.

## Selecting a SiriusXM radio station

> **Note:**   Some SiriusXM radio stations contain adult content that may not be suitable for children under 18. If you would like to remove the SiriusXM 30-day trial from your Sonos music system after you activate it, please see "Removing a music service trial" on page 13.

1.  From the **Music Library** pane, click the **Music Services** tab and select **SiriusXM**.

    If the **Music Services** tab is not displayed in the Music Library, see "Showing/hiding the Music Services tab" on page 14.

2.  Select a category, select a radio station, and click **Play Now**.

> **Note:**   SiriusXM allows playback of one radio channel at a time in your household. This means that if you are listening to SiriusXM in your home office, and someone in the kitchen starts a different SiriusXM channel, the SiriusXM channel in your home office will stop playing.

# Spotify

If you're a premium Spotify customer, you've got everything you need to start enjoying Spotify on your Sonos system. Sonos can connect directly to Spotify, so you've got a new way to listen to music. Millions of songs, on-demand in high quality audio.

- Spotify on Sonos features high-quality, 320 kbps streams using Spotify's proprietary technology. 320 kbps is the highest quality streaming bitrate of any music service currently available.

- With Sonos and Spotify, you can search from a catalog of more than 8 million songs by:
  - Artist
  - Album
  - Track

- Depending on the country you live in, brand new Sonos systems may come with a free, 3-month Spotify trial.

> **Note:**   Spotify may not be available in your country. If Spotify does not appear as an option, for more information please go to ***www.spotify.com***.

## Adding your Spotify Account to Sonos

1.  From the **Music** menu, select **Set Up Services**.

    The music services that are currently configured to work with your Sonos system are displayed.

2.  Press the **Add** button.

3. Select **Spotify**, and click **Next**.

4. Enter your Spotify login and password, and click **Next**.

Your login and password will be verified with Spotify. Once your credentials have been verified, you can click the **Music Services** tab, select **Spotify**, and make a music selection.

## Selecting music

1. From the **Music Library** pane, click the **Music Services** tab, and select **Spotify**.

   If the **Music Services** tab is not displayed in the Music Library, see "Showing/hiding the Music Services tab" on page 14.

2. Choose one of the following options:

   • Click **Search** to search for Spotify music selections by artist, album or track.

   • Click **Starred** to make a selection from your starred Spotify favorites.

   • Click Playlists to make a selection from your Spotify playlists.

# Wolfgang Vault

If you're a Wolfgang's Vault customer, you've got everything you need to start enjoying Wolfgang's Vault on your Sonos system. Sonos can connect directly to Wolfgang's Vault, the world's largest collection of live concert recordings, so you'll have unlimited access to thousands of concerts from the last 50 years to play in any venue you choose.

Wolfgang's Vault offers two types of accounts - a free trial account, and a paid subscription account. Wolfgang's Vault is available in English worldwide. Go to ***www.wolfgangsvault.com*** to set up an account, and then add your login information to Sonos.

## Adding your Wolfgang's Vault account information to Sonos

1. From the **Music** menu, select **Set Up Services**.

   The music services that are currently configured to work with your Sonos system are displayed.

2. Press the **Add** button.

3. Select **Wolfgang's Vault**, and click **Next** (PC) or **Continue** (Mac).

4. Enter your Wolfgang's Vault login and password, and click **Next** (PC) or **Continue** (Mac).

Your login and password will be verified with Wolfgang's Vault.

## Upgrading your account

Contact Wolfgang's Vault to upgrade your account to a premium service level subscription. Once you are a paid subscriber, no further action is required — you will have instant access to Wolfgang's Vault from your Sonos system.

## Selecting music

1. From the **Music Library** pane, click the **Music Services** tab, and select **Wolfgang's Vault**.

   If the **Music Services** tab is not displayed in the Music Library, see "Showing/hiding the Music Services tab" on page 14.

2. Choose one of the following options:

   - Type search criteria (full or partial) in the **Search** field, select the category you wish to search (Artists, Concerts & Sessions, or Tracks), and then click **Search**.

   - Click **Artists**, **Genres**, or **Catalogs** and use the mouse to move through the categories until you reach the choice you want.

   - Click **Favorite Tracks** or **My Playlists** to select from music you have already saved to your Wolfgang's Vault Library.

3. Highlight a music selection, and choose one of the following options:

   - Click **Play Now** to play the selection now

   - Click **Add to Queue** to add it to the end of your music queue

   - Right-click to select **Play Next**, **Play Now and Replace Queue**, or **Add to My Wolfgang's Vault Library**.

# Windows Media Player 11

The Sonos Wireless HiFi System is compatible with Windows Media Player 11. If you have Windows Media Player on your computer, be sure to turn on *media sharing* in Windows Media Player so that the Sonos system can access the music stored in your WMP library. When media sharing is turned on, Sonos can play all the music in your WMP library, including any DRM-free songs you've downloaded from a music service.

Once you turn on media sharing in Windows Media Player, simply adjust the settings on your Sonos system to allow Windows Media Servers to display.

# Enabling Windows media sharing

1.  Start Windows Media Player 11.



2.  Click the **Library** tab.

3.  Select **Media Sharing**.

4.  Click the **Share my media** checkbox, and click **OK**.

    After you turn on media sharing, a list of your networked devices will appear.

5.  Click to highlight the first Sonos component in the list, and click **Allow**.

6.  Select the next Sonos component and click **Allow**, repeating this procedure until **all of your Sonos components** display
    a green check mark (see illustration below).



**Note:**  If you do not allow media sharing on all Sonos components, those Sonos components
will not be able to play the music stored in your Windows Media Player library.

# Turning on automatic media sharing

You may want to turn on automatic media sharing so that you don't have to manually share a new device each time you add one to your network.

1.  Start Windows Media Player 11.
2.  Click the **Library** tab.
3.  Select **Media Sharing**.
4.  Click the **Settings** button.



5.  Check the **Allow new devices and computers automatically** checkbox.

    When this box is checked, you will no longer be prompted to set up media sharing when you add a new device to your network - it will be set up for you automatically.

# Displaying Windows Media Servers on Sonos

1. Select **File** -> **Preferences**.
2. From the **General** tab, select **Advanced Options** and check Show music from Windows media servers.



# Selecting music from Windows Media Player

- Music selection choices include:
- Artists
- Contributing Artists
- Albums
- Composers
- Genres
- Tracks
- Playlists

1. From the **Music Library** pane, click the **Music Services** tab and select **Windows Media**.

   If the **Music Services** tab is not displayed in the Music Library, see "Showing/hiding the Music Services tab" on page 14.
2. Highlight a music selection and click **Play Now** or **Add to Queue** (adds to the end of your music queue).

# Sonos Playlists

Sonos Playlists are music queues you create and save for future listening. For example, you might want to create a *jazz* playlist, a *party* playlist, or an *easy listening* playlist.

## Creating a Sonos Playlist

Create a music queue by selecting music tracks from your music library.

1.  Choose one of the following options:
    *   From the **Queue** pane, click **Save Queue**, or
    *   Select **Queue** -> **Save Queue as Sonos Playlist** from the **Play** menu.
2.  Type a name for this playlist, and press **OK** (PC) or **Save** (Mac). This queue is now accessible from the **Sonos Playlists** tab.
3.  To play a saved queue, highlight the desired playlist from the **Sonos Playlists** tab, and then choose one of the following options:
    *   Select **Play Now** to start the playlist immediately
    *   Select **Add to Queue** to add it to the end of your current music queue
    *   Right-click and select **Play Now and Replace Queue** to clear the current queue and replace it with this playlist

## Deleting a Sonos Playlist

1.  From the **Sonos Playlists** tab, highlight the playlist you want to delete.
2.  Choose one of the following options:
    *   Click **Delete**, or
    *   Click **Delete Playlist** from the **Music** menu.

## Renaming a Sonos Playlist

1.  From the **Sonos Playlists** tab, highlight the playlist you want to rename.
2.  Choose one of the following options:
    *   Right-click and select **Rename Playlist**, or
    *   Select **Rename Playlist** from the **Music** menu.

# Docked iPods

The Sonos DOCK allows you to play music stored on your docked iPod or iPhone in any or every room of your home, all perfectly synchronized. You can select music directly from your device when it is seated in the dock (autoplay mode), or you can use any Sonos controller to make music selections and control playback (accessory mode).

The dock is compatible with:

- iPod touch (1st, 2nd and 3rd generation)
- iPod classic
- iPod nano (3rd, 4th and 5th generation)
- iPhone 4, iPhone 3GS, iPhone 3G, iPhone

1. Place a compatible device in the dock.
2. Select the **Docked iPods** tab from the **Music Library** pane.
3. Select the device you want to play back.
4. Choose one of the following options:
   - Select **Play from the iPod**, and click **Play Now**.
   - Select **Browse** to search for a music selection, and then click **Play Now**.

# Radio

Sonos includes a radio guide that provides access to thousands of free Internet radio stations and broadcast programs. You can easily find radio from all over the world—music, news, and variety programming, including archived shows and podcasts.

- If you have a music service enabled on your computer, you can additionally select Internet radio stations from your music service.
- Sonos currently supports MP3 and WMA streaming audio formats.
- If you can't find your favorite radio station or show, you can go to "Some radio stations are missing" on page 5 for additional information.

## Selecting a radio station

1. Select the zone you want to listen in.
2. Click the **Radio** tab.
3. Choose one of the following options:
   - Search for a radio station, radio show or podcast by entering search criteria (full or partial) in the **Search** field. Select a category (Stations, Shows, or Hosts), and then click the **Search** button.
   - Select a station from your **Favorites** folder (these are stations or shows you have previously saved as Favorites).

- Select a station from your **Local Radio** location (these are stations or shows located in your local area. To set up a local radio location, see "Setting up or changing a local radio location" on page 44.
- Select a station or show by selecting from a category (including Music, Talk, and Location).

## Setting up or changing a local radio location

Selecting a local radio location will give you easy access to local radio stations in that city. There are two ways you can set your location:

- by entering a zip code (U.S. only)
- by selecting a city

1. Select the **Radio** tab.

2. Select the **Local Radio** folder, and click **Change Location**.

**Sonos Controller for PC**



**Sonos Controller for Mac**



3. Select a new location and then press **OK** (PC) or **Done** (Mac).

## Adding a new radio station

You can use the Sonos Controller for Mac or PC to add a radio station that does not appear in the radio guide. You must know the streaming URL, and the station must use the streaming MP3 broadcast format. This station will be added to your Favorites list.

1. Click the **Radio** tab.

2. Choose one of the following options:

- Select **Add New**, or
- Select **Add New Radio Station** from the **Music** menu.

3. Type the streaming URL for the radio station you want to add to your station list (for example: *http://shoutcast.com/sbin/shoutcast-playlists.pls?rn=8107&file=filename.pls*).

4. Type the radio station's name in the **Station Name** field, and click **OK** (PC) or **Add** (Mac).

The new radio station gets added to your **Favorites** list.

# Editing a radio station

Use the Sonos Controller for Mac or PC to edit a radio station.

> **Note:**   You can only edit the streaming URL or station name for those radio stations you manually added to your *Favorites* list.

1.  Click the **Radio** tab.

2.  Click to highlight a radio station, and then choose one of the following options:

    - Select **Edit**, or

    - Select **Edit Radio Station** from the **Music** menu.

3.  Change the streaming URL, the station name, or click **Add to Favorites** to add the station to your Favorites list, and click **OK**.

# Adding a station or show to your Favorites list

When you add a radio station or show to your *Favorites* list, it is duplicated in one of the Favorites folders (Radio Station or Radio Show), not moved from the original radio list.

From the **Radio** tab, highlight a radio station or radio show, and click **Add to Favorites**.

# Deleting a station or show from your Favorites list

1.  From the **Music Library** pane, select the **Radio** tab.

2.  Select the **Favorites** folder.

3.  Highlight the station you want to delete from your Favorites folder, and then click **Delete**.

# Sonos Controller for PC

The Sonos Controller software is compatible with Windows® XP and higher operating systems. (For the latest system requirements and compatible audio formats, visit our Web site at *http://faq.sonos.com/specs.*

For easy setup, you should install the Sonos Controller for Mac or PC software on every Windows computer in your network that contains music files. However, if you wish to access music stored on a computer where file sharing is not enabled and the Sonos Controller for Mac or PC software is not installed, you can go to our Web site at *http://faq.sonos.com/sharing*.



# Chapter 5

# Playback Controls

Select an action in one of the following ways:

- Click an action button
- Select an action from the Menu bar
- Highlight a selection and then right-click

The **Now Playing** pane displays track information for the music you are currently listening to. You can control the music settings for the current selection using the playback controls below:

| | | |
|---|---|---|
| ▶ | **Play / Pause** | Toggles between playing and pausing the current track. |
| ⏭ | **Next / Fast Forward** | Jumps to the start of the next track in the queue; click and hold down button, or click and drag progress bar to fast forward. |
| ⏮ | **Previous / Rewind** | Click to move backward; click and hold down button, or click and drag progress bar to fast forward. |
| 🔀 | **Shuffle** | Click to play the tracks in the music queue to play in a random order. |
| 🔁 | **Repeat** | Click to repeat the queue list after the last track has finished. |

Click the **Get Music** button to learn more about the music services available for Sonos customers.

# Volume Control

You can control the volume for an individual zone, or for a zone group if you have joined more than one room together. If you have two or more zones linked in a zone group, click the **Equalizer** button to adjust the volume for each zone individually.

> **Note:**   If you have headphones plugged in, the volume in that zone will be unaffected when adjusting the group volume.



| | | |
|---|---|---|
| | Volume Control | Click or drag the volume control bar to increase (+) or decrease (-) the volume. If a zone group is highlighted in the Zones pane, the volume change applies to all zones in the group. If a single zone is highlighted, the volume change applies to that room only. When headphones are plugged in, a headphone icon is visible on the Volume screen. If you adjust group volume, the volume in the zone with headphones attached will be unaffected. |
| | Equalizer | Adjusts the sound settings for a Sonos component, or to adjust volume for an individual zone within a zone group. |
| | Mute | 1. From the Zones pane, click to highlight the zone you want to mute. |

2. Choose one of the following options:

• Click the **Mute** button. To unmute, click the **Mute** button again.

• From the **Play** menu, click **Mute Zone**. To unmute, click **Unmute Zone**.

Mute all zones

You can temporarily mute all of your Sonos components at any time. The track will continue to progress, but there will be no sound emitted.

• To mute all the zones in your household, click **Mute All Zones** from the **Play** menu.

• To unmute, click Unmute All Zones from the **Play** menu.

# Using Headphones

The PLAY:5 has a headphone jack you can utilize for private listening. The headphone jack is auto detecting - plug in a pair of headphones and the PLAY:5's built-in speakers automatically mute. When you unplug the headphones, the speakers automatically come back on.

When headphones are plugged in, a headphone indicator ⬆ is visible on the **Group Volume** screen. (Click ⚏ to display Zone Group settings.) If you adjust group volume, the volume in the zone with headphones attached will be unaffected.

For additional information, see "Using Headphones" on page 9.

# Clock and Alarms

This section discusses how to use the clock and alarms features on your Sonos Controller for Mac or PC.

## Setting date and time

1. From the **Zones** menu, select **Clocks and Alarms**.
2. Click the **Date and Time** button.
3. Choose one of the following options:
   - Select your time zone, desired time format, and date format, and then click **OK**.
   - Select the Select the date and time from the Internet radio button, and then click **OK**.
   - Select the Set the date and time manually radio button. Make your selections from the displayed fields, and then click **OK**.

## Adding an alarm

1. From the **Zones** menu, select **Clocks and Alarms**.
2. Click **New**.
3. Choose the desired settings for this alarm, including the alarm time, the zone you would like the alarm to play in, the music source you'd like to play from, the frequency of the alarm, and the volume and duration settings.

> **Note:**   If the music you've selected is not available (such as an Internet radio station that has dropped off), your alarm will play the Sonos chime instead.To stop the chime, you can press **Pause**.

   - If you check **Include linked zones**, the alarm will play in the zones that are linked together at the time the alarm goes off. It does not play in the zones that were linked when the alarm was originally added to the Sonos system.
   - If you check **Shuffle music**, the play mode for the selected alarm music will be set to shuffle.

## Editing an alarm

1. From the **Zones** pane, click to highlight the zone you want to change the alarm setting for.
2. From the **Zones** menu, select **Clocks and Alarms**.
3. Select the alarm you wish to change, and click **Edit**.
4. Make the desired changes, and click **OK**.
   - If you check **Include Linked Zones**, the alarm will play in the zones that are linked together when the alarm goes off. It does not play in the zones that were linked when the alarm was originally added to the Sonos system.

## Deleting an alarm

1.  From the **Zones** pane, click to highlight the zone you want delete the alarm setting for.

2.  From the **Zones** menu, select **Clocks and Alarms**.

3.  Select the alarm you wish to delete, and click **Delete**.

## Showing the clock screen

Once an alarm has been added to your Sonos system, you can set a preference to have the clock screen show automatically on a SONOS CONTROL when the alarm sounds.

1.  From the **Music** menu, select **Alarms**.

2.  Touch **Alarms**, and then select the alarm from the list.

3.  Select **Advanced** -> **Show Clock on this Controller**. (If you want the clock to show on another SONOS CONTROL, repeat this process on the other controller.)

## Setting a sleep timer

1.  From the **Zones** pane, click to highlight the zone or zone group you want to set up a sleep timer for.

2.  From the **Zones** menu, select **Sleep Timer**.

3.  Select the desired time frame, and then click **OK**.

4.  If you wish to turn the sleep timer off, select **Off** from the list, and click **OK**.

When a sleep timer is active, ⚏ displays in the **Now Playing** pane.

# Software Updates

Sonos provides software updates for your music system in order to improve performance and add features. Your music system must be registered in order to receive these software updates. If you have not yet registered, see "System Registration" on page 4.

There are two options available:

*   Periodically check for updates. An alert will appear when you start the Sonos Controller for Mac or PC software indicating that an update is available.
*   Do not check for updates.

## Setting software update preferences

1.  From the **File** menu, select **Preferences**.

2.  Click the **Updates** tab.

3.  Select the desired setting from the **Software Update Notifications** section.

## Downloading software updates

1.  From the **Help** menu, select **Check for Updates**.

2.  If there are updates available, click **Update Now** to download.

    • Your Sonos components will all be updated as Sonos components must carry the same software version number. This process may take several minutes per device, depending upon your network connection. **The Sonos Controller will automatically close and then re-open during the update process.**

    • Software updates to a handheld Sonos Controller must be initiated from that Controller, so if you have recently updated the Sonos Controller software, you will be prompted to update your other Sonos controllers the next time you use them. Simply follow the on-screen prompts.

    • If your software is up to date, the message "Your Sonos system is up to date. No updates are required" will appear instead.

**Important Note:** Do not disconnect power from your Sonos component(s), or in any way disable your Sonos system while this process is running. Contact Sonos Customer Support if an error occurs.

    • One or more Sonos components may need to be updated when you purchase a new Sonos component with a later software version, or if you plug in a unit that was not in use when you performed your last software update. If a component's software version gets out of sync from the rest of your Sonos system components, an alert message will display in the **Zones** pane.

    • Click the outdated zone to begin the software update process.

## Firewall Information

The Sonos Wireless HiFi System is designed to work with most firewall software. You will be prompted during setup to allow access to Sonos—**be sure to allow access to Sonos** when prompted or the Sonos system will not operate correctly. For the latest firewall information, go to *http://faq.sonos.com/firewall*.

You can also contact Sonos Technical Support at *www.sonos.com/support*.

# Sonos Controller for Mac

The Sonos Controller for Mac is compatible with Macintosh OS X, version 10.4 or later. (For the latest system requirements and compatible audio formats, you can visit our Web site at *http://faq.sonos.com/specs*.)

For easy setup, you should install the Sonos Controller software on every Macintosh computer in your network that contains music files.

During the setup process, you may be asked to configure your Macintosh's firewall for Sonos. Also, if your Macintosh computer does not have Windows Sharing enabled, the Sonos Controller for Mac will guide you through the process of enabling it. Your music files are never copied from their current locations - your folders are simply shared out so they can be accessed by your Sonos system.



# Chapter 6

Select an action in one of the following ways:

- Select a button
- Select an action from the menu bar

# Playback Controls



| | Play / Pause | Toggles between playing and pausing the current track. |
| --- | --- | --- |
| | Next / Fast Forward | Jumps to the start of the next track in the music queue.<br>Select and hold down button, or select and drag progress bar to fast forward. |
| | Previous / Rewind | Select to move backward; select and hold down button, or select and drag progress bar to rewind. |
| | Shuffle | Select to play the tracks in the music queue in a random order. |
| | Repeat | Select to repeat the queue list after the last track has finished. |

Click the **Get Music** button to learn more about the music services available for Sonos customers

Select to hide or show the **Music Library** pane.

Select **Play Now** to play the music selection now.

Select **Add to Queue** to add the music selection to the end of your music queue.

Select or drag the volume control bar to increase (+) or decrease (-) the volume.

# Volume Control

You can control the volume for an individual zone, or for a zone group. If you have two or more zones linked in a zone group, select the **Equalizer** button or select **Equalizer** from the **Play** menu to adjust the volume for each zone individually.

> **Note:**   If you have headphones plugged in, the volume in that zone will be unaffected when adjusting the group volume.

| | | |
|---|---|---|
|  Volume | **Volume control** | Select or drag the volume control bar to increase (+) or decrease (-) the volume. If a zone group is selected in the Zones pane, the volume change applies to all zones in the group. If a single zone is highlighted, the volume change applies to that room only. When headphones are plugged in, a headphone icon is visible on the Volume screen. If you adjust group volume, the volume in the zone with headphones attached will be unaffected. |
| | **Equalizer** | Use to adjust the sound settings for a Sonos component (treble, bass, loudness, balance), or to adjust volume for an individual zone within a zone group. |
| | **Mute** | Select to mute the sound in a zone (if you have a zone group, all rooms in the zone group are affected). Select again to unmute<br>Muting all zones<br>• To mute all the Sonos components in your household, select Mute All Zones from the Play menu. The track will continue to progress, but no sound will be emitted.<br>• To unmute all, select Unmute All Zones from the Play menu. |

# Using Headphones

The SONOS PLAY:5 has a headphone jack you can utilize for private listening. The headphone jack is auto detecting - plug in a pair of headphones and the PLAY:5's built-in speakers automatically mute. When you unplug the headphones, the speakers automatically come back on.

When headphones are plugged in, a headphone indicator 🎧 is visible on the **Group Volume** screen.

(Click 📶 to display Zone Group settings.) If you adjust group volume, the volume in the zone with headphones attached will be unaffected.

For additional information, see "Using Headphones" on page 9.

# Clock and Alarms

This section discusses how to use the clock and alarms features on your Sonos Controller for Mac or PC.

## Setting date and time

1. From the **Zones** menu, select **Clocks and Alarms**.
2. Click the **Date and Time** button.

3.   Choose one of the following options:

   • Select your time zone, desired time format, and date format, and then click **Set**.

   • Select the **Select the date and time from the Internet** radio button, and then click **Set**.

   • Select the **Set the date and time manually** radio button. Make your selections from the displayed fields, and then click **Set**.

# Adding an alarm

1.   From the **Zones** menu, select **Clocks and Alarms**.

2.   Click **New**.

3.   Choose the desired settings for this alarm, including the alarm time, the zone you would like the alarm to play in, the music source you'd like to play from, the frequency of the alarm, and the volume and duration settings.

   • If you check **Include linked zones**, the alarm will play in the zones that are linked together at the time the alarm goes off. It does not play in the zones that were linked when the alarm was originally added to the Sonos system.

   • If you check **Shuffle music**, the play mode for the selected alarm music will be set to shuffle.

**Note:**   If the music you've selected is not available (such as a radio station that has dropped off), your alarm will play the Sonos chime instead. To stop the chime, you can press **Pause**.

# Editing an alarm

1.   From the **Zones** pane, click to highlight the zone you want to change the alarm setting for.

2.   From the **Zones** menu, select **Clocks and Alarms**.

3.   Select the alarm you wish to change, and click **Edit**.

4.   Make the desired changes, and then click **Save**.

   • If you check **Include Linked Zones**, the alarm will play in the zones that are linked together when the alarm goes off. It does not play in the zones that were linked when the alarm was originally added to the Sonos system.

# Deleting an alarm

1.   From the **Zones** pane, click to highlight the zone you want delete the alarm setting for.

2.   From the **Zones** menu, select **Clocks and Alarms**.

3.   Select the alarm you wish to delete, and click **Delete**.

## Showing the clock screen

Once an alarm has been added to your Sonos system, you can set a preference to have the clock screen show automatically on a SONOS CONTROL when the alarm sounds.

1. From the **Music** menu on your SONOS CONTROL, select **Alarms**.

2. Touch **Alarms**, and then select an alarm from the list.

3. Select **Advanced** -> **Show Clock on this controller**. (If you want the clock to show on another SONOS CONTROL, repeat this process on the other controller.

## Setting a sleep timer

1. From the **Zones** pane, click to highlight the zone or zone group you want to set up a sleep timer for.

2. From the **Zones** menu, select **Sleep Timer**.

3. Select the desired time frame, and then click **OK**.

4. If you wish to turn the sleep timer off, select **Off** from the list, and click **OK**.

   When a sleep timer is active,  ⏱  displays in the **Now Playing** pane.

# Software Updates

Sonos provides software updates for your music system in order to improve performance and add features. Your music system must be registered in order to receive these software updates. If you have not yet registered, see "System Registration" on page 4.

There are two options available:

- Periodically check for updates. An alert will appear when you start the Sonos Controller for Mac or PC software indicating that an update is available.

- Do not check for updates.

## Setting software update preferences

1. From the **Sonos** menu, select **Preferences**.

2. Select the **Updates** tab.

3. Choose the desired setting.

## Downloading software updates

1.  From the **Sonos** menu, select **Check for Updates**.

2.  If there are updates available, select **Update Now** to download.

    • All of your Sonos components will be updated, as all Sonos components must carry the same software version number. This process may take several minutes per device, depending upon your network connection. **Your Sonos Desktop Controller software will automatically quit and then re-open during the update process.**

    • Software updates to a handheld Sonos controller must be initiated from the controller, so if you have recently updated the Sonos Controller for Mac or PC, you will be prompted to update your handheld controllers the next time you use them. Simply follow the on-screen prompts.

    • If your software is up to date, the message "Your Sonos system is up to date. No updates are required" will appear instead.

> **Important Note:** Do not disconnect power from your Sonos component(s), or in any way disable your Sonos system while this process is running. Contact Sonos Customer Support if an error occurs.

    • One or more Sonos components may need to be updated when you purchase a new Sonos component with a later software version, or if you plug in a Sonos component that was not in use when you performed your last software update. If a component's software version gets out of sync from the rest of your Sonos system, a message will display in the **Zones** pane. Click the outdated zone to begin the software update process.

## Uninstalling Sonos

If you wish to remove the Sonos Controller software from your Macintosh computer, choose **Uninstall Sonos** from the **Sonos** menu, and then drag the application to the trash. The Sonos system will no longer be able to access music from this computer.

## Firewall Information

The Sonos Wireless HiFi System is designed to work with most firewall software. You will be prompted during setup to allow access to Sonos—**be sure to allow access to Sonos** when prompted or the Sonos system will not operate correctly. For the latest firewall information, go to *http://faq.sonos.com/firewall*.

You can also contact Sonos Technical Support at *www.sonos.com/support*.

# Enabling Windows File Sharing

## OS X 10.4

1. From the **System Preferences** window, select the **Sharing** icon.

2. Select the **Services** tab.

3. Check the **Windows Sharing** checkbox.

   If an **Accounts** button appears, you don't need to select it.

4. Close the **System Preferences** window.

5. Select **Continue**.

## OS X 10.5

1. From the **System Preferences** window, select the **Sharing** folder.

2. Check the box next to **File Sharing,** and then click **Options**.

3. Check **Share files and folders using SMB** and ensure that your user account has a check mark next to it.

   • Be sure the computer name is 15 characters or less, and that it does not have any apostrophes, spaces, or special characters in the name.

# Tips and Troubleshooting

## Basic Troubleshooting

> **Warning:**   Under no circumstances should the product be repaired by anyone other than an authorized Sonos repair center, as this will invalidate the warranty. Please contact Sonos Customer Support for an authorized repair center in your area. Do not open the system as there is a risk of electric shock.

If a problem occurs, you can try the solutions listed in the troubleshooting section. If you are unable to remedy the problem, please contact the Sonos Customer Support team and we'll be happy to help.

- **Web site**
  - Visit our Web site at ***www.sonos.com/support***.
    There you can visit our Forums, browse our Frequently Asked Questions (FAQ) pages, or request assistance.
- **Email: support@sonos.com**
- **Text-Chat and Phone: *www.sonos.com/support/contact***

### After upgrading to Windows Vista, music doesn't play

After you upgrade from Windows XP to Windows Vista, you may experience problems playing the music stored on the recently updated computer. To ensure uninterrupted play, you'll need to re-add the music folders stored on *that* computer to your Sonos system.

1. From the **Music** menu, select **Set Up Music Library**.
2. Select the music folder(s) stored on this computer, and click **Remove**.
3. Next, re-add the share by selecting **Add a Share**.
4. Select **Add music stored on this computer** and click **Next**.
5. Select the music folder you just removed, and click **Next**.
6. Click **Finish**.

### Wired Sonos component not detected during setup

A network or firewall issue may be preventing the Sonos component that is connected to your router from joining your Sonos system. You can try the steps below to resolve this issue.



**A**

(If this is a wireless Sonos component, you can try moving the Sonos components closer together, or wire them temporarily to see if the problem is related to wireless interference.)

If you are still experiencing problems, please contact the Sonos Customer Service Center.

**1. Check the firewall**

Firewall software installed on the computer may be blocking the ports that Sonos uses to operate. First disable all your firewalls and try to connect again. If this resolves the problem, you should configure your firewall to work with the Sonos Controller for Mac or PC software. If this does not resolve the problem, try step 2 below.

**2. Check the router**

You can bypass your router's switch to determine whether there are any router configuration issues by connecting Sonos as shown below (note that the BRIDGE and the computer still have Internet access in this configuration):

- Be sure that your cable/DSL modem is connected to the router's WAN (Internet) port.
- Temporarily remove any other components that are wired to your network.
- Connect an Ethernet cable from the computer directly to the back of the Sonos component, and then connect another Ethernet cable from the Sonos component directly to one of the LAN ports on your router.
- When you make a change to your network configuration, you may need to power cycle the Sonos component by unplugging the power cord, and then plugging it back in.
- If you are not using a router, see ***http://faq.sonos.com/norouter***.

**3. Check the wiring**

Check the link/activity lights on both the router and the Sonos component. The link lights should be lit solid, and the activity lights should be blinking.

- If the link lights are not lit, try connecting to a different port.
- If the link lights still do not light, try connecting a different Ethernet cable.

# When adding Controller, it doesn't detect Sonos component(s)

**1. Verify that this is not a DHCP or network problem**

- Disconnect the Ethernet cable from the back of the Sonos component that is wired to your router.
- Unplug the Sonos component's power cord and then plug it back in.
- When the status indicator light on the front of the Sonos component stops blinking white, try adding your Controller again.

If this works, your router's DHCP server may have run out of available IP addresses to assign to the Controller. In most cases you can log into your router by typing http://192.168.1.1 into your browser's address line (the IP address of your router may be different). Check the DHCP settings and increase the number of IP addresses available in the DHCP scope.

If your Controller still doesn't recognize the Sonos component after completing this step, you can try step 2 below.

**2. Turn off any 2.4GHz cordless phones**

Some 2.4GHz cordless telephones can cause wireless interference. If turning off your 2.4Ghz cordless phone resolves the problem, you should consider switching to a 5.8Ghz or 900Mhz phone (or change the wireless channel your Sonos system is operating on - see the instructions below).

**3. Put 108 Mbps wireless routers into 54 Mbps mode**

Sonos cannot function properly when a router is operating in turbo mode. In order to double the speed from 54 Mbps to 108 Mbps, the router goes into a wide bandwidth mode which utilizes most of the 2.4 GHz spectrum that the FCC has set aside for 802.11b/g devices. This means that interference (RF noise) will occur with any other 2.4 GHz device that is not operating on the same channel as the 108 Mbps device (usually channel 6). While it is possible to put all of your wireless devices on channel 6, it is unwise. The devices will have to compete for available bandwidth, and your entire wireless network will become sluggish.

**4. Change the wireless channel your Sonos system is operating on**

- *Using the Sonos Controller for Mac or PC*: From the **File** (PC) or **Sonos** (Mac) menu, select **Preferences**. Click the **Advanced** tab, and select another wireless channel from the **Wireless Channel** list.
- *Using the SONOS CONTROL*, touch **Music Menu** -> **Settings** -> **Advanced Settings**. Touch **Wireless Channel** and then choose another wireless channel from the list.

It may take several seconds for the switch to take effect. If you have music playing, a short music dropout will occur during the wireless channel change.

# Sonos component isn't operating properly

- If the white status indicator is not lit and no sound is produced when the unit is plugged in, check the insertion of the power cord.
- Check to ensure that the Status indicator on the front of the Sonos component is illuminated and solid white. If it is flashing or solid amber, see "Sonos component has stopped playing music" on page A-4.
- Check to ensure that the green link light is lit on the Ethernet switch on the rear panel of the Sonos component wired to your network.
- Move the Controller closer to the unit.
- Check to ensure there are no obstacles to impede wireless operation.
- Check your network connections.
- The Sonos component may need to be **reset**. Disconnect the power cord for 5 seconds, and then reconnect. Wait for the Sonos component to restart.

# Status indicator lit, but no sound

- Make sure speakers are connected securely.
- Make sure volume is set to a suitable level.
- Make sure MUTE is not on.

# Sonos component volume level reduces

If the status indicator changes to solid amber, and the volume reduces to 75%, this indicates that the Sonos component is experiencing a fault condition.

- Check the Sonos component vents to ensure they are not blocked.
- Check for speaker short circuit.
- Mute Sonos component or unplug it for several minutes to allow it to cool.

## Sonos component has stopped playing music

If a Sonos component stops playing music, and the status indicator lights are flashing (long amber, short white, repeat) this indicates that the Sonos component has experienced a fault condition and has automatically muted itself to prevent damage to the Sonos component.

- Check the Sonos component vents to ensure they are not blocked.
- Check for speaker short circuit.
- Unplug the Sonos component for several minutes to allow it to cool.
- Mute and unmute the Sonos component.

See "Status Indicator Explanations" on page A-7 for more information on LED lights.

## Sound produced from only one speaker

- Make sure speaker is connected securely.
- Make sure balance control is set correctly.

## Cannot access radio, online updates, or registration

- Your firewall may be blocking outgoing connections to the Internet. Ensure the firewall allows access to the Internet for the Ethernet addresses of your Sonos components.
- Your firewall may be configured so that Sonos components cannot obtain an IP address. If so, your Sonos components will display an IP address in the 169.254.xxx.yyy range, even though there is a router/DHCP server on the network. (You can check the IP addresses assigned to your Sonos components by selecting **Music** -> **System Settings** -> **About Your Multi-Room Music System**.) The DHCP server built in to some routers may be configured to supply IP addresses only to devices with specific permitted Ethernet MAC addresses. If you have configured your router in this way, you will need to grant permission to the Ethernet MAC address of each Sonos component (including the Controller) before setting up your system. For more information, go to ***http://faq.sonos.com/dhcp***.

## Controller screen is unresponsive

If the SONOS CONTROL's screen should ever become unresponsive, you can remove the battery from the back of the unit, and then immediately put it back in. Place the controller into the charging cradle momentarily to wake it up.

## Zones do not display properly

If the Controller does not display your zones properly, or displays the message, "Searching for Sonos components..."

- Make sure at least one Sonos component is plugged in and its status indicator is illuminated solid white.
- The Sonos component(s) may be going through an upgrade/restart, and zones will reappear after the restart.
- Move the Controller closer to the Sonos unit.

# Controller acting sluggish

If the SONOS CONTROL is acting sluggish or all of your zones are not visible, you are probably experiencing wireless interference.

- Change the wireless channel your Sonos system is operating on by selecting **Settings -> Advanced Settings -> Wireless Channel**.

# Controller doesn't work in some parts of my home

- Move the Controller closer to a Sonos component.
- Change the wireless channel your Sonos system is operating on by selecting **System Settings -> Advanced Settings -> Wireless Channel**.
- If these don't solve the problem, you can extend the wireless range of your music system by purchasing and installing a Sonos BRIDGE.

# Music stops when I use my 2.4 GHz cordless phone

Change the wireless channel your Sonos system is operating on by selecting **System Settings -> Advanced Settings -> Wireless Channel**.

# Wrong album art displayed

If the incorrect album art, or no album art appears, for details on how album art is located and displayed, please visit our Web site at ***http://faq.sonos.com/art***.

# Some radio stations are missing

The Sonos Radio guide is powered by RadioTime. If you don't find your favorite radio station or show, search for the missing station or show on the RadioTime's Website at ***http://radiotime.com/index.aspx***.

- If the station or show does not appear, you can click the orange **Tell us to Fix-It** button and enter the station information to request that RadioTime add it. Leave your email address if you would like a reply.
- If the station or show is listed, it may not have a current stream, or the stream may not be compatible with Sonos. Click the item name to view station details, and then click the orange **Tell us to Fix-It** button to request that a compatible stream be added. Leave your email address if you would like a reply.
- If you'd like to see a show schedule or podcast added, send an e-mail to RadioTime via their contact form. Be sure to include as much information as possible, including a URL to the show's schedule or the podcast URL.
- Alternatively, you can send an email to support@radiotime.com.

 # Can I Eliminate The First Wire?

If you do not wish to play music where your router is located, an easy and inexpensive solution is to purchase and install a SONOS BRIDGE. (If you are replacing the Sonos component that is already connected to your router, be sure to add the

BRIDGE to your music system before disconnecting the original Sonos component from your router. You can then disconnect the component from the router, connect the BRIDGE, and move that Sonos component to another location.)

It is possible to use another wireless bridge to eliminate the first wire in your Sonos Wireless HiFi System, but this is an **unsupported configuration**, and as such, technical questions should not be directed to Sonos Technical Support. Instead, you can browse the Sonos forums, (*http://forums.sonos.com*).

# Status Indicator Explanations

| Status Indicator | Mute Button Indicator | State | Additional Information |
|---|---|---|---|
| Solid white | Off | Powered up, connected to the network | You can turn the white light off so it does not display when your Sonos component is in normal operation. |
| Solid white | Solid green | Muted room | |
| Solid white | Flashing green to solid green | Muted whole house | |
| Flashing white | Off | Powering up (booting) | |
| Flashing white | Flashing green | Powered up, not connected to a Sonos system | Flashing in unison |
| Flashing white | Flashing green | Looking for a Sonos system | Flashing alternately |
| Flashing white | Flashing amber | Upgrading software | |
| Flashing amber | Off | Powering up in reset mode | |
| Solid amber | | Sonos component fault warning | The Sonos component is beginning to experience a fault condition and will reduce to 75% volume.<br>• Check the Sonos component vents for adequate cooling<br>• Check for speaker short circuit<br>• Mute and then unmute the Sonos component<br>• Unplug the Sonos component for several minutes to allow it to cool |
| Long amber, short white, repeat | | Sonos component fault shutdown (mute) | If the fault condition (above) is not remedied, the Sonos component will automatically mute itself to prevent damage to the Sonos component. |

| Solid or flashing red | Diagnostics mode | You may be instructed to enter Diagnostics mode by a technician when you call Customer Support to report a problem.

If you accidentally enter diagnostics mode, press the **Mute** button to exit. |

# About Your Music System

If you make a call to Sonos Customer Support, you may be asked for specific details regarding your Sonos system. You can find this information by choosing one of the following options:

• From the **Music** menu on your Sonos Controller, select **System Settings** -> **About Your Multi-Room Music System**.

Or,

• From the Sonos Controller for PC menu bar, select **Help** -> **About Sonos**.

Or,

• From the Sonos Controller for Mac menu bar, click **Sonos** -> **About Sonos**.

# Support Diagnostics

Support Diagnostics should only be accessed if you are talking with a Sonos Support representative. (To find the correct telephone number for your country, go to *www.sonos.com/support/contact*.)

For general Sonos support information, go to *www.sonos.com/support*.

1. From the File (PC) or **Sonos** (Mac) menu, click **Preferences**.

2. Click the **Diagnostics** tab.

3. Click **Submit Diagnostics** if you are instructed to by your Sonos Support representative.

# Can't Find What You're Looking For?

If you can't find the answer to your question in our documentation, please visit our Frequently Asked Questions (FAQ) pages at *www.sonos.com/support*.

Or, ask us a question at *http://faq.sonos.com/ask*.

# Sonos Device Specifications

## SONOS CONNECT:AMP (formerly ZonePlayer 120)

| Feature | Description |
|---|---|
| **Audio** | |
| Amplifier | Class-D |
| Rated Output | 110W RMS (2x55W continuous average power into 8 ohms, THD+N<0.02%)* |
| Speaker Connections | Spring binding posts (in North America, the ZP120 has combined spring binding post/banana jack connectors) |
| Line-In Connections | Auto-detecting RCA type |
| Subwoofer Output | Auto-detecting RCA type, 80 Hz crossover |
| **Music Access** | |
| Audio Formats Supported | MP3, WMA, AAC (MPEG4), iTunes Plus, Ogg Vorbis, Audible (format 4), Apple Lossless, Flac (lossless) music files, as well as uncompressed WAV and AIFF files.<br>Native support for 44.1kHz sample rates. Additional support for 48kHz, 32kHz, 24kHz, 22kHz, 16kHz, 11kHz, and 8kHz sample rates.<br>Note: Previously purchased Apple "Fairplay" DRM-protected songs may need to be upgraded. See Apple for details. WMA Lossless formats not currently supported. |
| Music Services Supported | Anubis.fm, AUPEO!, Deezer, iheartradio, Last.fm, MOG, Napster®, Pandora®, Rdio®, Rhapsody®, SiriusXM™ Internet Radio, Spotify®, Stitcher SmartRadio(tm), TuneIn, Wolfgang's Vault®, and downloads from any service offering DRM-free tracks.<br>(Service availability varies by region.) |
| Operating Systems (for stored files) | Windows XP and higher; Macintosh OS X; NAS (network-attached storage) devices supporting CIFS |
| Internet Radio Supported | Streaming MP3 or WMA |
| Album Art Supported | JPEG, PNG, BMP, GIF |
| Playlists Supported | Rhapsody®, iTunes®, WinAmp®, Windows Media Player®, and MusicMatch™ (.m3u, .pls, .wpl) |
| **Networking** | |
| Wireless Connectivity | SonosNet, a secure AES encrypted, peer-to-peer wireless mesh network |



**B**

| | |
|---|---|
| Network Bridging | 2-port switch (10/100Mbps, auto MDI/MDIX) allows Ethernet devices to connect through SonosNet |
| Internet connectivity | Internet connection required for access to Internet radio stations, online music services and software updates (DSL, cable modem or LAN-based high-speed Internet connection required.) Internet functionality may require payment of separate fee to a service provider; local and/or long distance telephone charges may apply. |

### General

| | |
|---|---|
| Power Supply | AC 120/240, 50-60 Hz, user-switchable |
| Front Panel Buttons | Volume and Mute |
| Front Panel LED Indicators | Status Indicator and Mute status |
| Dimensions (H x W x D) | 3.50 x 7.28 x 8.15 in. (89 x 185 x 207 mm) |
| Weight | 5.1 lbs. (2.3 kg) |
| Operating Temperature | 32º to 104º F (0º to 40º C) |
| Storage Temperature | 4º to 158º F (-20º to 70º C) |
| Product Finish | Anodized precision machined extrusion aluminum case. Aluminum casing also facilitates passive cooling. |

* Both channels driven, 22Hz-20KHZ-AES17 measurement bandwidth

* Specifications subject to change without notice.

# SONOS CONNECT (formerly ZonePlayer 90)

| Feature | Description |
|---|---|
| **Audio** | |
| Sound Quality | THD+N<0.009%, 20Hz-20kHz |
| Line In | Analog (RCA), auto-detecting |
| Line Out | Analog (RCA), digital (optical and coaxial) |
| **Music Access** | |
| Audio Formats Supported | MP3, WMA, AAC (MPEG4), iTunes Plus, Ogg Vorbis, Audible (format 4), Apple Lossless, Flac (lossless) music files, as well as uncompressed WAV and AIFF files.
Native support for 44.1kHz sample rates. Additional support for 48kHz, 32kHz, 24kHz, 22kHz, 16kHz, 11kHz, and 8kHz sample rates.
Note: Previously purchased Apple "Fairplay" DRM-protected songs may need to be upgraded. See Apple for details. WMA Lossless formats not currently supported. |

| | |
|---|---|
| Music Services Supported | Anubis.fm, AUPEO!, Deezer, iheartradio, Last.fm, MOG, Napster®, Pandora®, Rdio®, Rhapsody®, SiriusXM™ Internet Radio, Spotify®, Stitcher SmartRadio(tm), TuneIn, Wolfgang's Vault®, and downloads from any service offering DRM-free tracks.<br>(Service availability varies by region. |
| Operating Systems (for stored files) | Windows XP and higher; Macintosh OS X; NAS (network-attached storage) devices supporting CIFS |
| Internet Radio Supported | Streaming MP3 or WMA |
| Album Art Supported | JPEG, PNG, BMP, GIF |
| Playlists Supported | Rhapsody, iTunes, WinAmp, Windows Media Player, and MusicMatch (.m3u, .pls, .wpl) |

## Music Access

| | |
|---|---|
| Wireless Connectivity | SonosNet™, a secure AES encrypted, peer-to-peer wireless mesh network. |
| Network Bridging | 2-port switch allows Ethernet devices to connect through SonosNet™ |
| Internet connectivity | Internet connection required for access to Internet radio stations, online music services and software updates (DSL, cable modem or LAN-based high-speed Internet connection required.) Internet functionality may require payment of separate fee to a service provider; local and/or long distance telephone charges may apply. |

## General

| | |
|---|---|
| Power Supply | AC 100/240, 50-60 Hz |
| Front Panel Buttons | Volume and Mute |
| Front Panel LED Indicators | Status indicator and Mute status |
| Dimensions (H x W x D) | 2.91 x 5.35 x 5.51 in (74 x 136 x 140 mm) |
| Weight | 1.5 lbs. (.69 kg) |
| Operating Temperature | 32º to 104º F (0º to 40º C) |
| Storage Temperature | 4º to 158º F (-20º to 70º C) |
| Finish | Light gray/high quality polycarbonate material |

\* Specifications subject to change without notice.

# SONOS PLAY:3

| Feature | Description |
|---|---|
| **Audio** | |
| Amplifier | Three Class-D digital amplifiers |
| Speakers | Three driver speaker system - two 3" mid-range drivers, and one tweeter. Each driver of the product is individually powered by a dedicated amplifier. |
| Bass Radiator | One rear firing bass radiator with a 60 sq. cm surface area. |
| Stereo Pair setting | Allows you to group two PLAY:3's in the same room with one PLAY:3 serving as the left channel and the other as the right channel. |
| **Music** | |
| Audio Formats Supported | Support for compressed MP3, iTunes Plus, WMA (including purchased Windows Media downloads), AAC (MPEG4), Ogg Vorbis, Audible (format 4), Apple Lossless, Flac (lossless) music files, as well as uncompressed WAV and AIFF files.<br>Native support for 44.1kHz sample rates. Additional support for 48kHz, 32kHz, 24kHz, 22kHz, 16kHz, 11kHz, and 8kHz sample rates.<br>**Note:** Apple "Fairplay", AAC Enhanced and WMA Lossless formats not currently supported. Previously purchased Apple "Fairplay" DRM-protected songs may be upgraded. See Apple for details. |
| Music Services Supported | Anubis.fm, AUPEO!, Deezer, iheartradio, Last.fm, MOG, Napster®, Pandora®, Rdio®, Rhapsody®, SiriusXM™ Internet Radio, Spotify®, Stitcher SmartRadio(tm), TuneIn, Wolfgang's Vault®, and downloads from any service offering DRM-free tracks.<br>(Service availability varies by region. |
| Operating Systems (for stored files) | Windows® XP SP2 and higher; Macintosh OS X 10.4 and higher; NAS (network-attached storage) devices supporting CIFS |
| Internet Radio Supported | Streaming MP3 or WMA |
| Album Art Supported | JPEG, PNG, BMP, GIF |
| Playlists Supported | Rhapsody, iTunes, WinAmp, Windows Media Player, and MusicMatch (.m3u, .pls, .wpl) |
| **Networking*** | |
| Wireless Connectivity | SonosNet 2.0, a secure AES encrypted, peer-to-peer wireless mesh network |
| Network Bridging | One 10/100Mbps Ethernet port |
| Internet connectivity | Internet connection required for access to Internet radio stations, online music services and software updates (DSL, cable modem or LAN-based high-speed Internet connection required.) Internet functionality may require payment of separate fee to a service provider; local and/or long distance telephone charges may apply. |
| **General** | |
| Power Supply | AC 120/240V, 50-60 Hz, auto-switchable |
| Front Panel Buttons | Volume and Mute |

| | |
|---|---|
| Front Panel LED Indicators | Status indicator and Mute status |
| Dimensions (H x W x D) | 5.2 x 10.5 x 6.3 in. (132 x 268 x 160 mm) |
| Threaded mount | 1/4 inch (6.75mm) / 20-thread |
| Weight | 5.7 lb (2.6 kg) |
| Operating Temperature | 32º to 104º F (0º to 40º C) |
| Storage Temperature | 4º to 158º F (–20º to 70º C) |
| Product Finish | White with light metallic grille; black with graphite grille |

* Specifications subject to change without notice.

# SONOS PLAY:5 (formerly S5)

| Feature | Description |
|---|---|
| **Audio** | |
| Amplifier | Five Class-D digital amplifiers delivering 80W of total output |
| Speakers | Five driver speaker system - two tweeters, two 3" mid-range drivers, and one 3.5" woofer. Each driver of the product is individually powered by a dedicated amplifier. |
| Headphone | Auto-detecting 3.5 mm headphone connection. The S5's integrated speakers mute when headphones are inserted. |
| Audio Line-In | Auto-detecting 3.5mm audio line-in connection |
| **Music** | |
| Audio Formats Supported | MP3, iTunes Plus, WMA, AAC (MPEG4), Ogg Vorbis, Audible (format 4), Apple Lossless, Flac (lossless) music files, as well as uncompressed WAV and AIFF files.<br>Native support for 44.1kHz sample rates. Additional support for 48kHz, 32kHz, 24kHz, 22kHz, 16kHz, 11kHz, and 8kHz sample rates.<br>Note: Previously purchased Apple "Fairplay" DRM-protected songs may be upgraded. See Apple for details. AAC Enhanced and WMA Lossless formats not currently supported. |
| Music Services Supported | Anubis.fm, AUPEO!, Deezer, iheartradio, Last.fm, MOG, Napster®, Pandora®, Rdio®, Rhapsody®, SiriusXM™ Internet Radio, Spotify®, Stitcher SmartRadio(tm), TuneIn, Wolfgang's Vault®, and downloads from any service offering DRM-free tracks.<br>(Service availability varies by region. |
| Operating Systems (for stored files) | Windows XP SP2 and higher; Macintosh OS X 10.4 and higher; NAS (network-attached storage) devices supporting CIFS |
| Internet Radio Supported | Streaming MP3 or WMA |
| Album Art Supported | JPEG, PNG, BMP, GIF |
| Playlists Supported | Rhapsody, iTunes, WinAmp, Windows Media Player, and MusicMatch (.m3u, .pls, .wpl) |

| Networking* | |
| --- | --- |
| Wireless Connectivity | SonosNet 2.0, a secure AES encrypted, peer-to-peer wireless mesh network |
| Network Bridging | 2-port switch (10/100Mbps, auto MDI/MDIX) allows Ethernet devices to connect through SonosNet |
| Internet connectivity | Internet connection required for access to Internet radio stations, online music services and software updates (DSL, cable modem or LAN-based high-speed Internet connection required.) Internet functionality may require payment of separate fee to a service provider; local and/or long distance telephone charges may apply. |
| **General** | |
| Power Supply | AC 120/240V, 50-60 Hz, auto-switchable |
| Front Panel Buttons | Volume and Mute |
| Front Panel LED Indicators | Status indicator and Mute status |
| Dimensions (H x W x D) | 8.50 x 14.40 x 4.80 in. (217 x 365 x 123 mm) |
| Weight | 9.15 lbs. (4.15kg) |
| Operating Temperature | 32º to 104º F (0º to 40º C) |
| Storage Temperature | 4º to 158º F (-20º to 70º C) |
| Product Finish | White finish with light metallic grill. |

* Specifications subject to change without notice.

# SONOS CONTROL (formerly Controller 200)

| Feature | Description |
| --- | --- |
| **Display and User Interface** | |
| Screen | 3.5 in. (diagonal) color LCD with LED backlighting. 640 x 480 pixels (full VGA resolution) |
| Touch Screen | Capacitive touch screen technology with rugged, scratch-resistant glass face. Find and select music by touching, typing and flicking a finger. |
| Screen Type | Transflective LCD screen, suitable for both indoor and outdoor use. Adjustable LED backlighting. Backlighting automatically activated via light sensor. |
| Function Buttons | 3 buttons with adjustable backlight: Mute, Volume (-/+) and Zones. Backlighting automatically activated via light sensor. |
| Indicators | Wireless signal strength, clock, and battery charge indicators (on-screen); Orange LED indicator appears when Controller is starting-up or when the battery is too low to power-on the screen. |
| Light Sensor | Senses the ambient light in a room and adjusts the button and screen backlights. |

| | |
|---|---|
| Motion Sensor | Detects when the Controller is picked-up and automatically wakes it from battery-saving sleep mode. |
| **Power/Connections** | |
| Battery | High density rechargeable 1850mAh Li-ION Polymer battery; User-replaceable through battery door on back of Controller |
| DC Charger | Input 100-240 VAC, 50/60 HZ, Output 5 VDC, 2 A |
| Battery Charging Time | 2 hours to fully charge |
| Battery Life | 2-5 days of use between charging (depending on usage pattern and sleep timer settings. |
| Wireless Connectivity | SonosNet a secure AES encrypted peer-to-peer wireless mesh network |
| **General** | |
| Dimensions | Controller: 2.9 x 4.5 x 0.7 in. (72.9 x 115.5 x 17 mm)<br>Cradle: 3.2 x 3.0 x 2.4 in. (80.8 x 75.1 x 60.3 mm) |
| Weight | Controller: 6.7 oz. (190 g)<br>Cradle: 6.0 oz. (170g) |
| Finish | Rugged glass screen; Anodized precision machined extrusion aluminum case with soft durable rubber backing |

\* Specifications subject to change without notice.

# Sonos Controller 100

| Feature | Description |
|---|---|
| **Display and User Interface** | |
| Screen Type | Transflective LCD screen, with adjustable backlighting |
| Screen Resolution | 3.5" (diagonal) color LCD, 240 x 320 (QVGA) |
| Browse Control | Touch-sensitive scroll wheel with center-mounted selector button |
| Function Buttons | 9 Backlit buttons, 3 soft-selector buttons below screen |
| Indicators | Wireless signal strength and battery charge indicator (on-screen), battery status indicator LEDs |
| **Power/Connections** | |
| Battery Type<br>Battery Charging Time | Rechargeable Li-ION Polymer battery, factory replaceable<br>2 hours to fully charge |
| DC Charger | Input 100-240 VAC, 50/60 HZ, Output 6 VDC, 3.8 A |

| Auxiliary Power Connection | Bottom-mounted charger contacts |
|---|---|
| Wireless Connectivity | SonosNet a secure AES encrypted peer-to-peer wireless mesh network |

### General

| Dimensions | 6.5"x 3.8" x 0.95" (165mm x 97mm x 24.5mm) |
|---|---|
| Weight | 12.5 oz. (360 g) |
| Finish | Metal cladding on light gray enclosure, splash-resistant |

\* Specifications subject to change without notice.

# SONOS BRIDGE

| Feature | Description |
|---|---|
| Ethernet Connection | 2-port switch, 10/100 Mbps, auto MDI/MDIX |
| Network Bridging | 2-port switch allows Ethernet devices to connect through SonosNet™<br>• **Easy Internet connectivity for other products in the house** - SonosNet can stream any data in between its nodes. A BRIDGE has two Ethernet jacks on the back to bring standard Internet connectivity to your set-top box, PVR, PC, Game Console or NAS drive<br>• **Extend the range of the Sonos system** - stream music wirelessly to a remote location by placing a BRIDGE in between a Sonos component and the rest of the Sonos system.<br>• **Expand the wireless reach of the Controller**- improve Controller access to SonosNet by placing a BRIDGE in areas where wireless coverage needs a boost. Ideal for retrofits, where all Sonos components might be in one location instead of being placed throughout the home. |
| Wireless Connectivity | SonosNet 2.0, a secure AES encrypted, peer-to-peer wireless mesh network |
| Internet Connectivity | Internet connection required for system-wide access to Internet radio stations, online music services and software updates (DSL, cable modem or LAN-based high-speed Internet connection required.) Internet functionality may require payment of separate fee to a service provider; local and/or long distance telephone charges may apply. |
| Connect Button | Automatic wired or wireless setup of Sonos system |
| Front Panel Lights | BRIDGE status |
| Power Supply | Slim external power adapter, Output: DC 5V, 2A |
| Dimensions (H x W x D) | 1.61 x 4.33 x 4.33 in. (41 x 110 x 110 mm) |
| Weight | 0.59 lbs (270 gr) |
| Operating Temperature | 32°F to 104°F (0°C to 40°C) |
| Finish | Light gray/high quality polycarbonate material |

\* Specifications subject to change without notice.

# SONOS DOCK

| Feature | Description |
| --- | --- |
| iPhones and iPods Supported | • iPod touch (1st, 2nd, and 3rd generation)<br>• iPod classic<br>• iPod nano (3rd, 4th, and 5th generation)<br>• iPhone 4, iPhone 3GS, iPhone 3G, iPhone |
| Wireless Connectivity | SonosNet™2.0, a secure AES encrypted, peer-to-peer wireless mesh network |
| Rear Panel Connect button | Join Sonos household |
| Rear Panel Lights | Indicate DOCK status |
| DC Power Supply | Input 100-240 VAC, 50-60 Hz; Output 5 VDC, 2A |
| Dimensions (H x W x D) | 1.1 x 3.8 x 3.2 in. (28 x 97 x 82 mm) |
| Weight | 0.34 lb (155g) |
| Operating Temperature | 32°F to 104°F (0°C to 40°C) |
| Storage Temperature | 4°F to 158°F (-20°C to 70°C) |
| Product Finish | White |
| Audio | |
| All Digital | The SONOS DOCK directly accesses the digital music stored on your iPhone or iPod and sends it wirelessly to Sonos components all throughout your home. |
| Autoplay | Autoplay from a docked iPod or iPhone to any Sonos component or grouped rooms. |

* Specifications subject to change without notice.

# Index

**A**

about your music system A-8

acoustic port 2-21

activate music trial 4-13

add alarm 5-4, 6-4

add anubis.fm account 4-16

add Audible account info 4-18

add compatible music service 4-13

add Deezer account 4-19

add music 4-2

add music, does not display 4-4

add Napster trial 4-22

add Pandora station 4-25

add radio station 4-44

add Rhapsody trial 4-30

add shared folder 4-2, 4-3

add SiriusXM trial 4-33

Add Sonos playlist 4-42

add to Pandora station 4-26

add Wolfgang's Vault account 4-37

additional help A-8

adjust sound settings 2-8

alarm clock 5-4, 6-4

alarm, add 6-4

alarms 5-4

album art, incorrect A-5

album art, large 4-12

albumartist 4-8

all zones, ungroup 3-2

allow new devices and computers 4-40

analog audio in

    CONNECT 2-19

    ZP100 2-28

analog audio in, CONNECT AMP 2-18

analog audio out

    CONNECT 2-19

    ZP100 2-28

anubis.fm, add account 4-16

ask a question A-8

Audible 4-17

audio compression setting 2-16

audio formats supported B-1, B-5

audio in

    ZP100 2-28

audio in, CONNECT AMP 2-18

audio out

    ZP100 2-28

audio services supported B-5

automatic media sharing 4-40

automix, Napster 4-24

**B**

back

    CONNECT 2-19

back, CONNECT AMP 2-18

back, ZP100 2-28

balance control 2-8

battery type

    CONTROL B-7

    Controller 100 B-7

bookmark Pandora track 4-27

BRIDGE dimensions B-8

BRIDGE status indicator 2-24

browse music library 4-5

**C**

can't see music services tab 4-14

change language 1-4

change music service password 4-15

change play mode 4-11

charger

    CONTROL B-7

    Controller 100 B-7

clear queue 4-11

coaxial digital audio out

CONNECT 2-19
compilations 4-6
component, rename 2-7
computer, connect to line-out 2-12
connect button
BRIDGE B-8
connect device to line-out 2-11
connect external source 2-12
connect to home theater 2-11
connectors
PLAY 5 2-21
connectors, rear panel PLAY
3 2-23
contributing artists 4-8
CONTROL screen frozen A-4
Controller 100 specifications B-7
Controller not working A-5
Controller reset A-4
Controller, jerky screen A-5
Controller, sluggish A-5
cordless phone interference A-5
create Sonos playlist 4-42
crossfade 4-11

D

date, set 5-4
Deezer 4-19
Deezer, add account 4-19
delete alarm 5-5, 6-4
delete Audible account 4-19
delete from favorites, radio 4-45
delete music service trial 4-13
delete Pandora station 4-26
delete Sonos playlist 4-42
diagnostics A-8
diagnostics mode A-8
digital out
CONNECT 2-19
dimensions
CONNECT B-3
CONNECT AMP B-2
DOCK B-9
DOCK status indicator 2-27
docked iPods 4-43
download software updates 5-6, 6-6
drag and drop 4-6, 4-32

drop zones 3-2

E

edit alarm 5-4, 6-4
edit radio station 4-45
equalization 2-8
equalizer 5-3, 6-3
equalizer button 2-8
Ethernet connection, BRIDGE B-8
Ethernet switch connectors 2-23
CONNECT 2-19
ZP100 2-28
Ethernet switch connectors, CONNECT AMP 2-18
expired SiriusXM trial 4-34
CONTROL screen frozen A-4
expired trial, delete 4-13
explicit content, Napster 4-23
explicit content, Pandora 4-25
explicit content, SiriusXM 4-36
external audio source 2-12

F

fast forward 5-2, 6-2
file sharing, enabling 6-7
file storage supported B-1, B-3
file types supported B-1
firewall information 5-6, 6-6
fix permissions 4-4
flashing amber light A-4, A-7
flashing red light A-8
folders, sort by 4-6
formats
audio B-5
formats, audio B-1
frozen, Controller A-4

G

get music button 4-2
group all zones 3-1
group compilations 4-6
group compilations, iTunes 4-7
group zones 3-1

H

handle, PLAY 5 2-21
headphone jack, PLAY 5 2-21

hide music services tab 4-14
home theater, connect to 2-11

**I**

iheartradio 4-20
imported playlists 4-8
include linked zones 5-4, 6-4
interference A-5
Internet radio 4-43
iPod, connect to Sonos 2-12
iPod, docked 4-43
iTunes 4-8
iTunes compilations 4-7

**L**

language preference 1-4
large album art 4-12
Last.fm 4-20
Last.fm, add account 4-20
LED explanations A-7
left speaker terminals 2-18, 2-28
library size 4-2
light, turn off 2-7
line out B-2
line out level 2-11
line-in music source 2-12
line-in, change name 2-12
line-in, CONNECT B-2
line-out 2-11
local radio location 4-44

**M**

M3U 4-8
mains input 2-18
manage music folders 4-2
manage music queue 4-10
media sharing 4-39
message URL mailto
    support@sonos.com A-1
move track 4-11
MP3 B-2
MP3 player, connect to Sonos 2-12
music access
    specs B-5
music does not play A-1

music index 4-2, 4-5
music library 4-1
music library permissions 4-4
music queue 4-2
music service trial, delete 4-13
music service, add 4-13
music services 4-13
music stops A-4
music trial, activate 4-13
mute all zones 2-17, 2-20, 2-22, 5-3, 6-3
mute button 2-17
    PLAY 5 2-20
mute button indicator 2-17, 2-20, 2-22
mute button, PLAY
    3 2-22
mute zone 2-17

**N**

Napster 4-22
Napster Radio 4-24
Napster trial 4-22
Napster, automix 4-24
Napster, select music 4-23
need help A-8
network bridging, BRIDGE B-8
new alarm 5-4, 6-4
new to SiriusXM 4-33
next 5-2, 6-2
no sound A-3
no sound, one speaker A-4
Now Playing screen, large album art 4-12

**O**

operating systems 1-2, B-1
operating temperature specifications B-2, B-3, B-5
orange light A-3, A-4, A-7
overheat condition A-3
overheat shutdown A-7
overheat warning A-7

**P**

Pandora 4-25
party mode 3-2
password, music service 4-15
pause 5-2, 6-2

pause all 2-8
PLAY
   3 rear panel 2-23
play 5-2, 6-2
PLAY 5
   dimensions B-5
   rear panel 2-21
PLAY 5 status indicator 2-20
play formats 1-2
play mode 4-11
play next 4-5
play now, replace queue 4-5
PLAY3 specifications B-4
PLAY5
   dimensions B-6
playback controls 5-2, 6-2
playlist formats 1-2
PLS 4-8
power
   BRIDGE 2-25
   DOCK 2-27
   ZP100 2-28
power supply
   BRIDGE B-8
   CONNECT B-3
   CONNECT AMP B-2
   DOCK B-9
   PLAY5 B-6
power, CONNECT AMP 2-18
powered speakers, connect to 2-12
previous 5-2, 6-2

**Q**
queue 4-2

**R**
radio 4-43
radio, add new station 4-44
radio, change local location 4-44
rate a Pandora track 4-27
rated output B-1, B-2, B-5
RCA cables 2-12
registration, cannot access A-4
remove shared folder 4-2
remove track 4-10
rename Pandora station 4-26

rename Sonos component 2-7
rename Sonos playlist 4-42
reorder queue 4-11
repeat 4-11, 5-2, 6-2
reset Controller A-4
reset permissions 4-4
reset Sonos component A-3
rewind 5-2, 6-2
Rhapsody 4-30
Rhapsody library, add tracks 4-32
Rhapsody music guide 4-32
Rhapsody Radio 4-32
Rhapsody trial 4-30
Rhapsody, search 4-32
right speaker terminals 2-18, 2-28

**S**
schedule music index updates 4-4
screen resolution
   CONTROL B-6
scrobbling 4-21
search 4-6
search Rhapsody 4-32
searching for zones error A-4
select music, Windows Media Player 4-41
select Pandora radio station 4-26
select radio station 4-43
select SiriusXM station 4-36
selecting music, Napster 4-23
selecting music, Rhapsody 4-31
set permissions 4-4
setting date and time 5-4
setting up your system 6-1
show music services tab 4-14
shuffle 4-11, 5-2, 6-2
SiriusXM 4-33
SiriusXM, free trial 4-33
SiriusXM, playback 4-36
SiriusXM, upgrade account 4-35
sleep timer 5-5
sluggish Controller A-5
software updates 5-5, 6-5
solid amber indicator light A-7
solid red light A-8
Sonos component not working A-3

Sonos not authorized 4-39
Sonos not authorized by windows media sharing 4-38
sort by preference 4-6
speaker connections B-1, B-5
specifications
    BRIDGE B-8
    CONNECT AMP B-1
    Controller 100 B-7
    music access B-1
    SONOS CONNECT B-2
Spotify 4-36
Spotify, search 4-37
Status indicator 2-22
status indicator 2-17
status indicator, solid amber A-3
status indicator, turn off 2-7
stereo audio in
    PLAY 5 2-21
stereo pair
    create 2-10
    separate 2-10
stop music 2-8
stream external audio 2-12
subscribe to Napster 4-22
subscribe to Rhapsody 4-30
subscribe to SiriusXM 4-34
subwoofer 2-18
subwoofer output B-1
support diagnostics A-8
system registration 1-4
system requirements 1-1


T
technical support 1-3
time, set 5-4
TOSLINK 2-19
troubleshooting A-1
troubleshooting, Controller A-4
turn off music system 2-8
turn off white indicator 2-7
TV, connect using line-in 2-12
Twitter 4-9


U
ungroup all zones 3-2
update music index 4-4, 4-5

upgrade software 5-5, 6-5
upgrade to Windows Vista A-1
upgrading SiriusXM account 4-35
UPnP settings 4-32
using Audible 4-17
using Rhapsody 4-30
using SiriusXM 4-33
using Spotify 4-36
Using Windows Media Player 4-38


V
view clock 5-4
view, compilation albums 4-6
voltage select 2-18, 2-28
volume control 5-3, 6-3
    home theater 2-11
    line-out 2-12


W
weight
    BRIDGE B-8
    CONNECT B-3
    CONNECT AMP B-2
    CONTROL B-7
    DOCK B-9
    PLAY 3 B-5
    PLAY5 B-6
white status indicator 2-17
why is this track playing 4-27
Windows file sharing 6-7
Windows Media Player 4-38
Windows media sharing 4-39
Windows setup 5-1
Windows Vista upgrade A-1
wireless connectivity B-9
wireless interference A-5
Wolfgang's Vault 4-37
Wolfgang's Vault, add account 4-37
Wolfgang's Vault, search 4-38
WPL 4-8


Z
zones, what are they 3-1