# EXHIBIT 14

A specialized application for HDD AUDIO PLAYER　HDD Audio Remote

# Play Queue screen (smartphone)

Tap the ▤ (Play Queue) button in the Playback screen to switch to the Play Queue screen on your smartphone.

[Hint]

- The "Play Queue" is a list of all tracks currently selected to be played, such as all tracks by a certain artist or in a certain album.



1. ▦ (move) (Android devices)/ ▤ (move) (iPhone/iPod touch)
   Tap and hold this icon, then drag it to the desired position in the Play Queue.
   You cannot move the track being played.
2. Queued tracks list
   Displays the queued tracks list.
3. ▣ (Play Queue close)

2/10/2022    Case 3:20-cv-06754-WHA    Document 200-14    Filed 04/04/22    Page 3 of 3
Help | Play Queue screen (smartphone)

Closes the Play Queue screen and returns to the playback display.

4. Favorite status of tracks

   Displays ♡ icons that are added to tracks.

   To change the favorite status of a track, tap and hold the track from the list of queued tracks and select ♥, 💔 or ➖ (None) in the context menu.