# EXHIBIT 16

```
 1                   UNITED STATES DISTRICT COURT
 2                  NORTHERN DISTRICT OF CALIFORNIA
 3
 4        GOOGLE LLC,                        )
                                            )
 5                 PLAINTIFF,                )
                                            )
 6          VS.                              )   NO.
                                            )   3:20-cv-06754-
 7        SONOS, INC.,                       )   WHA
                                            )
 8                 DEFENDANT.                )
          _____)
 9        GOOGLE LLC,                        )
                                            )
10                 PLAINTIFF,                )
                                            )
11          VS.                              )   NO. C 20-06754 WHA
                                            )
12        SONOS, INC.,                       )
                                            )
13                 DEFENDANT.                )
          _____)
14
15
16
17              ZOOM VIDEO DEPOSITION OF EXPERT WITNESS
18                     DOUGLAS SCHMIDT, PH.D.
19                    THURSDAY, MARCH 3, 2022
20
21
22
23
24        JOB NO. 5116748
25        REPORTED BY:  D'ANNE MOUNGEY, CSR 7872
```

Page 1

1  DEPOSITION OF DOUGLAS SCHMIDT, PH.D., TAKEN ON BEHALF OF
2  GOOGLE AT REDWOOD CITY, CALIFORNIA, COMMENCING AT
3  9:08 A.M. ON THURSDAY, MARCH 3, 2022, BEFORE D'ANNE
4  MOUNGEY, CSR 7872.
5
6
7  APPEARANCES OF COUNSEL:
8
9      FOR SONOS, INC.:
10         LEE SULLIVAN SHEA & SMITH, LLP.
           BY:  GEORGE LEE, ESQ.
11             MICHAEL BOYEA, ESQ.
           656 W RANDOLPH STREET
12         SUITE 5W
           CHICAGO, ILLINOIS 60661
13         1-312-754-9602
           LEE@LS3IP.COM
14
15
       FOR GOOGLE, LLC:
16
           QUINN EMANUEL URQUHART & SULLIVAN, LLP
17         BY:  MARC L. KAPLAN, ESQ.
           555 TWIN DOLPHIN DRIVE
18         5TH FLOOR
           REDWOOD SHORES, CALIFORNIA 94065
19         312-705-7400
           MARCKAPLAN@QUINNEMANUEL.COM
20
21
       ALSO PRESENT:
22
           KIMBERLEE DECKER, VIDEOGRAPHER
23
24
25

                                          Page  2

```
1                         I N D E X

2

3   WITNESS                 EXAMINATION                  PAGE

4   DOUGLAS SCHMIDT, PH.D.,

5                           BY MR. KAPLAN                  6

6

7

8

9

10                        E X H I B I T S

11

    NO.          PAGE        DESCRIPTION

12

    EXHIBIT 1    7           EXPERT REPORT OF DOUGLAS C.

13                           SCHMIDT

14  EXHIBIT 2    14          U.S. PATENT U.S. 9,967,615

15  EXHIBIT 3    31          U.S. PATENT U.S. 10,779,033

16  EXHIBIT 4    71          U.S. PATENT U.S. 2011/000433

17  EXHIBIT 5    84          U.S. PATENT U.S. 2012/00899

18  EXHIBIT 6    121         KEY STL FEATURES: CONTAINERS, AND
                             ALGORITHMS

19

20

21

22

23

                 QUESTIONS INSTRUCTED NOT TO ANSWER

24

                          (NONE)

25
```

                                                    Page  3

```
 1              REDWOOD CITY, CALIFORNIA

 2          THURSDAY, MARCH 3, 2022; 9:08 A.M.

 3

 4

 5          THE VIDEOGRAPHER:  Good morning.  We're on      09:08:27

 6     the record at 9:08 a.m. on March 3rd of 2022.

 7              All participants are attending remotely.

 8              Audio and video recording will continue to

 9     take place, unless all parties agree to go off the

10     record.                                            09:08:58

11              This is media unit 1 of the recorded

12     deposition of Douglas Schmidt, Ph.D., taken by

13     counsel for Sonos in the matter of "Google versus

14     Sonos," U.S. District Court, Northern District of

15     California.  3:20-CV-06754.                         09:09:16

16              And "Sonos versus Google, U.S. District

17     Court, Northern District of California.

18     3:21-CV-7559.

19              My name is Kimberlee Decker from Veritext

20     Legal Solutions and I am the videographer.  The     09:09:39

21     court reporter is D'Anne Moungey.  I am not related

22     to any party in this action, nor am I financially

23     interested in the outcome.

24              Counsel and all present will now state

25     their appearances and affiliations for the record.  09:09:50
```

Page 4

```
 1    If there are any objections to proceeding, please

 2    state them at the time of your appearance, beginning

 3    with the noticing attorney.

 4             MR. KAPLAN:  This is Marc Kaplan from Quinn

 5    Emanuel Urquhart & Sullivan on behalf of Google.          09:10:00

 6             MR. LEE:  This is George Lee from

 7    Lee Sullivan Shea & Smith on behalf of Sonos.  I

 8    also have with me today Michael Boyea from Lee

 9    Sullivan Shea & Smith.

10             One clarification is that this deposition        09:10:19

11    is being taken by Mr. Kaplan, who is counsel for

12    Google in the case.

13             THE VIDEOGRAPHER:  Will the court reporter

14    please swear in the witness.

15

16                  DOUGLAS SCHMIDT, PH.D.,

17     having been first duly sworn by the reporter, was

18             examined and testified as follows:

19

20             MR. KAPLAN:  Ready to proceed?                   09:10:52

21             THE VIDEOGRAPHER:  Please proceed.

22    ///

23    ///

24

25                                                              09:10:54

                                                         Page 5
```

```
 1                          EXAMINATION

 2     BY MR. KAPLAN:

 3          Q    Dr. Schmidt, can you please state your

 4     first and last name for the record.

 5          A    D-O-U-G-L-A-S, S-C-H-M-I-D-T.           09:11:01

 6          Q    And your county of residence?

 7          A    Williamson County.

 8          Q    Did you meet with any attorneys for Sonos

 9     to prepare for your deposition today?

10          A    I did.                                  09:11:19

11          Q    Who did you meet with?

12          A    I met with George Lee, Jae Pak, and Michael

13     Boyea.

14          Q    How long did you meet with Mr. Pak, Mr. Lee

15     and Mr. Boyea?                                    09:11:37

16          A    At what point?

17          Q    To prepare for your deposition today.

18          A    Probably maybe four to six hours.

19          Q    Did you meet with anyone else besides the

20     attorneys for Sonos to prepare for your deposition  09:11:58

21     today?

22          A    No.

23          Q    Dr. Schmidt, how long did you spend

24     preparing your claim construction declaration?

25          A    I don't recall off the top of my head.    09:12:19
```

Page 6

```
 1        Q    So you have access to Exhibit Share?

 2        A    I do.

 3        Q    Could you open up Exhibit 1, please.

 4        A    Sure.

 5             (Whereupon, Google Exhibit 1 was          09:12:32

 6             marked for identification by the

 7             Court Reporter.)

 8             THE WITNESS:  Okay.  I have it open.

 9    BY MR. KAPLAN:

10        Q    This is the claim construction declaration   09:12:49

11    that we're going to be discussing today and that you

12    prepared; is that right?

13        A    That is correct.

14        Q    Roughly how long do you think you spent

15    preparing this declaration?                        09:13:03

16        A    I'm sorry.  I don't recall off the top of

17    my head.  It was not something I remember tracking

18    in my mind.

19        Q    Do you think it was more than 20 hours?

20        A    20 hours is probably a rough estimate.    09:13:25

21    Something along those lines.

22        Q    Dr. Schmidt, who is your current employer?

23        A    I'm currently employed by Vanderbilt

24    University.

25        Q    You also do expert consulting?           09:13:45
```

Page 7

```
 1        A    That is correct.

 2        Q    Do you do expert consulting out of the

 3   litigation context?

 4        A    I've done expert consulting outside the

 5   litigation context, that's correct, yes.              09:14:01

 6        Q    Roughly what percentage of your income do

 7   you think comes from expert consulting for

 8   litigation?

 9        A    Oh, that's a good question.

10             Again, I'm not really sure off the top of   09:14:14

11   my head.

12        Q    Do you think it would be around 50 percent?

13        A    No.

14        Q    Do you think it would be more than

15   50 percent or less than 50 percent?                   09:14:24

16        A    Less than 50 percent.

17        Q    Do you think it would be more than

18   25 percent?

19        A    I'm not sure.  I haven't looked at the -- I

20   haven't looked at my tax -- 1099s for the past year.  09:14:36

21   I haven't got around to doing my taxes yet, so I

22   don't know.

23        Q    Dr. Schmidt, you've been deposed before;

24   right?

25        A    That's correct.                             09:14:48
```

Page 8

```
 1          Q    So you're familiar with the ground rules of

 2     depositions; is that fair?

 3          A    Yes.

 4          Q    I'll be very brief, then.

 5               So the deposition process consists of me          09:14:59

 6     asking you questions and you responding to them

 7     fully and truthfully.

 8               Understand?

 9          A    I do.

10          Q    And from time to time your attorney may           09:15:08

11     interpose an objection.  The objection is generally

12     just to preserve the record, so what you should do

13     is let your attorney interpose his objection and

14     then answer the question, unless you're instructed

15     not to answer for some reason.                              09:15:21

16               Does that make sense?

17          A    It does.

18          Q    We can take a break whenever you need

19     during the deposition.  And we're not going to be

20     going particularly long today.  Just let me know if        09:15:31

21     you would like a break.  The only thing I ask is if

22     there is a question pending, that you answer the

23     question before we take a break.  Okay?

24          A    Sure.

25          Q    Everything that is being said at this             09:15:42
```

Page 9

1    deposition is being taken down by the court reporter

2    in realtime, so we should try not to talk over each

3    other to make her job a bit easier today.

4           Does that make sense?

5       A    It does.                                    09:15:53

6       Q    And if at any time in the deposition -- I

7    guarantee you there will be times that I ask you a

8    question that's not clear to you.  Please let me

9    know and I will try to clarify it for you.  Okay?

10      A    You bet.                                     09:16:05

11      Q    The court reporter has placed you under

12   oath.  You understand that your testimony is being

13   given under oath and subject to penalty of perjury,

14   just as if you were testifying in a court of law?

15          Do you understand that?                       09:16:18

16      A    Yes.

17      Q    And because of that, it's very important

18   that we get your most accurate and full testimony

19   today.

20          Is there any reason you can't testify         09:16:28

21   accurately and fully today?

22      A    No.

23      Q    Dr. Schmidt, you mentioned that you're a

24   professor at Vanderbilt University.

25          Do you have a particular field of             09:16:43

                                                Page 10

1    expertise?

2        A    I have a number of areas that I focus on.

3    I focus on -- my research focuses on mobile Cloud

4    computing, distributed and network systems, cyber

5    physical systems, software engineering, distributed        09:17:25

6    realtime and embedded systems, machine learning, and

7    artificial intelligence, data science.

8            And I also teach a number of courses

9    related to mobile device programming and accessing

10   Cloud services, web services and so on.                    09:17:49

11       Q    That's a long list.

12           Dr. Schmidt, which of those fields of

13   expertise did you think were applicable to the

14   opinions that you issued in your claim construction

15   declaration?                                                09:18:08

16       A    Well, many of those fields relate to the

17   topics that I opine upon here.  Certainly topics

18   related to distributed and network systems, mobile

19   Cloud computing, systems related to software

20   engineering, software development, and, in general,        09:18:27

21   my knowledge about web-based programming, web

22   systems.

23           I draw from many of my different fields of

24   expertise for declarations in general and reports in

25   general.  And this particular one, it would be a           09:18:45

                                                    Page 11

1    number of those different areas that I mentioned

2    before.

3        Q    Would you say that your background in

4    software engineering was important to your

5    declarations?                                        09:18:58

6        A    Certainly software engineering plays a role

7    in understanding how almost everything else I do

8    related to distributed systems or web-based systems

9    or cyber systems, and so on, and mobile Cloud

10   computing.  My knowledge of software design and      09:19:14

11   testing, programming, which is part and parcel of

12   software engineering, plays a key part in my

13   experience and my expertise in this field -- these

14   fields.

15       Q    Do you teach courses on software            09:19:28

16   engineering?

17       A    I have taught courses on software

18   engineering in the past.  My current courses focus

19   largely again on developing mobile applications in

20   Cloud computing environments, and software           09:19:42

21   engineering plays a key part in terms of software

22   design, software implementation techniques, software

23   testing, and quality assurance techniques, software

24   processes.

25           So pretty much everything I do ultimately    09:19:58

1    is based upon my knowledge of effective software

2    development, techniques and practices.

3        Q    Which software languages have you taught in

4    your course work?

5        A    Oh, gosh.  Lots.  So I've taught -- going         09:20:18

6    back to the early days when I was actually a grad

7    student, I taught courses in Ada, and Pascal, and C

8    and C++.

9            And then later when I became a professor, I

10   taught courses that related to Java and JavaScript       09:20:38

11   and various other scripting languages, very shell

12   script languages.

13           And I'm probably forgetting a few.  I think

14   I taught courses using functional programming

15   languages and/or functional programming features in     09:20:54

16   modern languages, like functional program features

17   in C++, functional programming features in Java and

18   so on.

19           I'm probably leaving a few languages out,

20   but I've taught literally hundreds of courses over       09:21:08

21   my 35 plus years as a professional, so I've

22   encountered lots of different languages.

23           MR. KAPLAN:  Dr. Schmidt, I'm going to

24   introduce another exhibit, which will be the '615

25   Patent.                                                  09:21:28

Page 13

```
 1              Let me know when you see that.

 2                  (Whereupon, Google Exhibit 2 was

 3                  marked for identification by the

 4                  Court Reporter.)

 5              THE WITNESS:  I have successfully          09:21:54

 6      downloaded that patent.

 7      BY MR. KAPLAN:

 8          Q    Okay.  You're familiar with the '615

 9      Patent; right?

10          A    That's correct.                          09:22:01

11          Q    And the declaration that you issued that's

12      going to be available, you can download it and refer

13      to it as you want.  This isn't a memory test.

14              But for now, I'm going to be asking you

15      about the '615 Patent.  Okay?                     09:22:16

16          A    Okay.

17          Q    I would like you to turn to claim 13 of the

18      '615 Patent.  For reference, it begins column 19,

19      line 48, or so.

20          A    I'm there.                               09:22:43

21          Q    Okay.  You're familiar with claim 13 of the

22      '615 Patent?

23          A    I am.

24          Q    The first element of claim 13 of the '615

25      Patent reads:                                     09:22:58
```

Page 14

```
 1                  "A tangible nontransitory

 2           computer readable storage medium,

 3           including instructions for

 4           execution by a processor,

 5           instructions when executed cause          09:23:08

 6           a control device to implement a

 7           method comprising."

 8                Do you see that?

 9      A    I do.

10      Q    Is source code executable by a processor?   09:23:19

11           MR. LEE:  Objection to form.

12           THE WITNESS:  Are you speaking -- what

13    level do you mean executable?

14    BY MR. KAPLAN:

15      Q    I'm not sure how to rephrase the question.   09:23:49

16           This source code, in its source code form,

17    that's readable by a human, executable by a

18    processor?

19           MR. LEE:  Same objection.

20           THE WITNESS:  It --                       09:24:03

21           MR. LEE:  Vague and incomplete.

22           THE WITNESS:  It depends.

23    BY MR. KAPLAN:

24      Q    So source code as it's written by humans is

25    executable by a processor?                       09:24:18
```

Page 15

```
1            MR. LEE:  Same objection; mischaracterizes.

2            THE WITNESS:  Depending on the context,

3    source code could either be compiled by some kind of

4    translator into some lower level formalism typically

5    referred to as assembly code or perhaps machine          09:24:40

6    code.  And under some scenarios, the machine code

7    would then be what would be executed by a processor

8    directly by the processor or directly as would be

9    the case in a normal chip set.

10           But, of course, depending on what kind of         09:24:59

11   language and what kind of environment, there could

12   also be interpreted code, such that the source code

13   would be interpreted by some type of interpreter

14   which would be running on top of a processor.

15           That's why I'm a little confused as to your       09:25:15

16   question, what you mean by "source code" in this

17   context, since it's a little bit vague as to what

18   that term means.

19   BY MR. KAPLAN:

20      Q    Typically machine code rather than source        09:25:24

21   code is what is executed by a processor; is that

22   fair?

23           MR. LEE:  Objection to form.

24           THE WITNESS:  Again, it really depends on

25   the context in which you're referring, because you       09:25:35
```

                                                    Page 16

1    can have hardware -- again, it just depends on the

2    context.

3            There's no one answer there that covers

4    everything in its entirety.

5    BY MR. KAPLAN:                                            09:25:52

6        Q    So in your view, source code can be

7    directly executed by a processor?

8            MR. LEE:  Objection to form.

9            THE WITNESS:  Again, I'm not sure what you

10    mean by "a processor."  But I think I put forth at       09:26:01

11    least two different scenarios that are very common,

12    one of which is source code in some language such as

13    C++ or Java or C or JavaScript or whatnot.

14            Could be translated by a compiler into a

15    lower level formalism either, again, assembly code      09:26:22

16    or machine code and that code could be executed by a

17    processor.

18            But depending on what kind of processor

19    you're referring to, there's also interpreters that

20    can execute code in its, quote, "source form."          09:26:35

21            So, again, there's no one answer there that

22    applies in every situation.

23    BY MR. KAPLAN:

24        Q    For mobile applications distributed through

25    IOS or the Android app store, are those executed in     09:26:50

Page 17

```
 1    source code form?

 2            MR. LEE:  Objection to form, vague,

 3    incomplete.

 4            THE WITNESS:  Again, we'd have to be more

 5    specific.                                        09:27:07

 6            So there are a whole range of different

 7    ways of being able to run mobile applications.

 8    Sometimes we have mobile apps or -- called native

 9    apps, which are often written in languages like Java

10    or Kotlin, for the Android operating platform, or    09:27:24

11    Objective-C or, say, Swift for the Apple IOS

12    operating platform.  That's one way to do things.

13            There's other ways you could implement

14    mobile applications using scripting languages and

15    conceivably possible to write for processors that    09:27:43

16    would interpret the programs written in interpreted

17    code.

18            So I would have to know more specifics

19    about the details of a particular platform to give

20    you a precise answer that wouldn't leave out certain  09:27:59

21    options that are either doable or have been done.

22    BY MR. KAPLAN:

23        Q    In the IOS ecosystem, can you give me an

24    example of a program that's distributed through

25    IOS --                                            09:28:14
```

Page 18

1              MR. LEE:  Objection; foundation --

2     BY MR. KAPLAN:

3         Q     -- that is executed in source code form, as

4     opposed to machine readable code?

5              MR. LEE:  Objection; foundation, form.        09:28:23

6              THE WITNESS:  Again, as I was mentioning

7     earlier, scripting languages like JavaScript are

8     interpreted running on top of various forms of

9     virtual or physical machines.

10             So they would be an example of something --     09:28:44

11    those types of languages would be examples of things

12    where the source code is really what's executed by

13    the underlying virtual machine as opposed to being

14    compiled down to a lower level.

15    BY MR. KAPLAN:                                          09:29:01

16        Q    You mentioned programs are generally

17    written in Swift and Objective-C that are posted on

18    the app store; is that right?

19        A    I think I said those were native.  Native

20    apps.  It's possible to run applications on IOS that   09:29:11

21    are written in other languages besides Swift or

22    Objective-C.

23        Q    Are programs distributed through the app

24    store that aren't written in Swift or Objective-C?

25             MR. LEE:  Objection; foundation.              09:29:28

                                                    Page 19

```
 1              THE WITNESS:  Well, there's a wide range

 2     of -- what should we call them -- mobile device

 3     independent programming frameworks and languages,

 4     such as Unity or PhoneGap or React Native, just to

 5     list a few, that allow developers to write in other      09:29:52

 6     languages besides Objective-C and Swift and have

 7     those apps run in the context of mobile devices.

 8     BY MR. KAPLAN:

 9        Q    For the file that's downloaded from the

10     Apple App Store to the user's device, is that file       09:30:09

11     in executable form or does it need to be extracted

12     and installed?

13              MR. LEE:  Objection; foundation, form.

14              THE WITNESS:  I'm not sure what you mean by

15     "extracted."                                             09:30:26

16     BY MR. KAPLAN:

17        Q    Can a mobile processor within an iPhone

18     execute a downloadable from the IOS app store

19     without any processing being done to that file?

20              MR. LEE:  Objection; foundation, form,         09:30:42

21     vague, incomplete hypothetical, outside the scope.

22              THE WITNESS:  You'll have to give me a more

23     specific example.  I'm not really sure off the top

24     of my head.

25     ///                                                      09:30:59
```

Page 20

1   BY MR. KAPLAN:

2      Q     What more specifics would you need?

3             MR. LEE:  Objection; form.

4             THE WITNESS:  I'm just not sure what

5   you're -- when you talk about extracted or                09:31:11

6   additional processing, I'm not sure what those --

7   I'm not sure how you're using those terms.

8   BY MR. KAPLAN:

9      Q     What is the format of an app that's

10  downloaded from the Apple App Store?                       09:31:21

11            MR. LEE:  Objection; vague, foundation.

12            THE WITNESS:  I'm not sure I recall off the

13  top of my head.

14  BY MR. KAPLAN:

15     Q     Do you know what the format of an app        09:31:35

16  that's downloaded from the Google App Store is

17  called?

18            MR. LEE:  Same objection.

19            THE WITNESS:  Well, again, if you're

20  referring to something like an APK file, that may be      09:31:46

21  what you're referring to, but there's lots of

22  different pieces there, so I'm not sure if that's

23  what you're getting at.

24  BY MR. KAPLAN:

25     Q     What is an APK file?                          09:31:56

                                              Page 21

1    A    It's basically a file that describes the

2   various components that are necessary to make up an

3   application that runs in the context of Google -- of

4   Android, really.

5    Q    Is an APK file executable?                      09:32:09

6        MR. LEE:  Objection; foundation, relevance.

7        THE WITNESS:  I'm not sure what you mean by

8   "executable."

9   BY MR. KAPLAN:

10    Q    Can a processor execute an APK without          09:32:22

11   additional processing being done on the APK?

12        MR. LEE:  Objection; foundation, form,

13   compound.

14        THE WITNESS:  Again, I'm really not sure

15   what you're asking.  An APK file contains various      09:32:37

16   types of components or resources and a -- the Google

17   platform, the package manager.

18        In fact, portion of that platform uses the

19   contents of the APK file.  It does processing to it.

20   It executes it.                                        09:32:57

21        I think something else jumped in.  That

22   wasn't me.

23        I said the Google package manager -- I'm

24   sorry -- the Android package manager is the -- one

25   of the various pieces of the Android platform that     09:33:16

Page 22

```
 1    uses the APK file -- the contents of the APK file to

 2    install an application -- a native application.

 3          There's other ways of installing and

 4    running applications on an Android or global device

 5    besides that, but that's one way to do it.          09:33:34

 6    BY MR. KAPLAN:

 7       Q    And after the native application is

 8    installed, can it be executed?

 9          MR. LEE:  Objection; form, foundation,

10    relevance.                                          09:33:41

11          You know, Marc, I let this go a little bit,

12    but we're really here to talk about claim

13    construction and his declaration, I thought, and I'm

14    not really sure how any of this relates.  It's

15    outside the scope.                                  09:33:51

16          Sounds like you may have some other

17    infringement questions you're trying to get to, but

18    I think that would be improper here.

19          Try to get back to his declaration or some

20    of the exhibits you marked.                         09:34:03

21    BY MR. KAPLAN:

22       Q    You can answer.

23       A    Can you repeat the question, please?

24       Q    It was for the native application that is

25    installed, that can be executed; right?            09:34:19
```

Page 23

```
 1              MR. LEE:  Objection to form, foundation.

 2              Once again, Marc, this is really nothing to

 3     do with claim construction, his declaration that

 4     we're here for.  You can get this from your expert

 5     if you want.                                      09:34:32

 6              But I just don't see that this is part of

 7     his declaration.  In fact, you have the exhibits

 8     marked and the questions don't relate to it at all.

 9              You can answer.

10              THE WITNESS:  You have to explain what     09:34:44

11     you mean by "execute" and what's doing the

12     execution, how does that execution differ from the

13     previous steps required from an APK file.

14              I'm sort of at a loss for understanding the

15     context of the question.                          09:34:56

16     BY MR. KAPLAN:

17        Q    If you can't answer, that's okay.  If you

18     need more information, let me know.

19        A    The terms you're using, execute -- execute

20     by what?  I don't know what's doing the execution.  09:35:12

21        Q    This is going to be my last question on

22     this topic, but as we were just discussing, there's

23     an APK download that was installed and then the

24     question was simply:  Can it be executed by the

25     device?                                           09:35:34
```

Page 24

```
 1        A     Under what set of assumptions?

 2        Q     Are there assumptions necessary?

 3        A     Sure.

 4        Q     Tell me what assumptions you think are

 5   necessary.                                        09:35:54

 6             MR. LEE:  Objection to the form.

 7             THE WITNESS:  It's the -- there's so many

 8   assumptions that are required there.

 9             Is it actually a validate APK file?

10             Is this a user of the device?          09:36:05

11             If there's a user of the device, does the

12   user actually want to launch whatever was

13   downloaded?

14             Those are all things.

15             Another thing that's still not clear from   09:36:14

16   the scope of your question is:  What does it mean to

17   execute by the device?

18             What's doing the execution?

19             Earlier you asked me about -- appeared like

20   you were asking about a processor, but now it sounds  09:36:25

21   like you're talking about a device.

22             Is the device hardware?

23             Is the device software?

24             There's so many parts to the hypothetical

25   you're putting forth there, so I need to understand   09:36:35
```

Page 25

1     more thoroughly what it is you're putting forth in

2     the hypothetical to be able to give an answer that

3     wouldn't just be a wild guess.

4               (Speaking simultaneously.)

5               THE REPORTER:  I'm sorry.  You were          09:36:52

6     speaking over each other.

7               MR. LEE:  I didn't realize you were

8     talking, Marc.

9               Go ahead.

10    BY MR. KAPLAN:                                        09:36:58

11        Q     Let's move to the second element in claim

12    13 which begins:

13                  "Causing a graphical

14               interface to display a control

15               interface including one or more             09:37:05

16               transport controls to control

17               playback by the control device."

18                  Do you see that?

19        A     I do.

20        Q     Do you have an understanding of what this    09:37:15

21    claim element means?

22               MR. LEE:  Objection; form, foundation,

23    relevance.

24               I don't think this is part of his

25    declaration.                                          09:37:25

                                                            Page 26

```
 1              You can answer, if you can.

 2              THE WITNESS:  I do understand what the

 3      claim element means, yes.

 4      BY MR. KAPLAN:

 5         Q    What are transport controls?              09:37:41

 6         A    Let's go look.

 7              As has been noted a number of times, I

 8      think that is probably not something that was part

 9      of my declaration, so I will have to go through and

10      read the spec to see if I can find it.            09:38:01

11              This file doesn't appear to be searchable,

12      so this is going to take a very long time.  I have

13      to read through the entire patent, since the file

14      you've given me is not searchable.

15         Q    That's weird.  It's searchable on my side. 09:38:30

16         A    When I search for "transport," it doesn't

17      find anything.

18         Q    Did you download the file or are you

19      looking at it in -- on the Exhibit Share website?

20         A    I did download it.                        09:38:53

21              Let me try to look for it in the Exhibit

22      Share.

23         Q    I'm looking at it on the website.  It's OCR

24      for me.

25         A    Yeah.  I'm unable -- when I just click on   09:39:09
```

Page 27

```
 1    the link that's provided in the Exhibit Share, it

 2    doesn't work at all.

 3        Q    So if you click the link -- I see.

 4             Give me a moment.

 5             It's funny.  I have one version of the        09:39:55

 6    patent in Exhibit Share that is searchable and one

 7    version that isn't now, so I understand your issues.

 8             I think, Dr. Schmidt, if you right click

 9    the document and download it --

10        A    Yeah, that's what I've done.  I've           09:40:12

11    downloaded it.

12        Q    It's not searchable after you do that?

13        A    No.  I mean, it's very weird.  I have

14    like -- I'm -- I downloaded my exhibit -- my

15    declaration, sorry, my claim construction             09:40:30

16    declaration, and that's searchable quite well.  I

17    can search that no problem.

18        Q    Huh.  Hmm.

19             So when you downloaded the '615 Patent

20    natively to your desktop, it's not searchable when    09:40:45

21    you open it in Adobe or Chrome?

22        A    Yeah.  No.  It's weird.

23             Right now I'm searching on transport and

24    it's highlighting the word "on" in the middle of

25    claim 9, and so it's like now I click on "next" and   09:41:00
```

Page 28

1    now it's highlighting the word "playback."

2         For some reason there's something wrong

3    with that PDF.  It's probably something wrong with

4    the PDF file, I guess.

5         Is there another way to get the '615          09:41:20

6    Patent?

7    Q    I mean, it's not ideal, but you could go to

8    Google patents and download it yourself from that

9    website.

10   A    Let me try that, if you don't mind.          09:41:33

11   Q    I'll probably have to ask you a couple

12   questions to make sure you're looking at the same

13   document, but this is just the nature of online

14   depositions these days, I suppose.

15   A    Let me see if I can -- what is it, 9967615?    09:41:47

16        I think that's the right one.

17        The patent's name is "Networked Music

18   Playback"; is that right?

19   Q    Correct.

20   A    Good.  That part looks good so far.           09:42:03

21        That is so weird.

22   Q    That doesn't work either, downloading it

23   from Google?

24   A    That's the same problem.  Exactly the same

25   problem.                                           09:42:27

                                                        Page 29

1        Q    I just did it on my computer and I can

2    search it, so --

3        A    Let me ask another -- is it the case that

4    the specification for the '033 Patent is the same as

5    the one for the '615?                                  09:42:42

6        Q    I believe they're the same.

7        A    Because I have a copy of the '033 Patent

8    that seems to be searchable.  I have no idea why.

9        Q    Well, we can use the '033 Patent, that's

10   fine.                                                  09:43:00

11       A    Okay.  Let's do that.  It won't have all

12   the same claims, but we can probably find those

13   other ways.

14       Q    Right.

15            MR. KAPLAN:  Let me introduce the '033       09:43:06

16   Patent as an exhibit and I'll ask some questions to

17   make sure we're looking at the same document, even

18   though you're using your version.

19            Is that okay?

20            THE WITNESS:  Okay.  That's fine.            09:43:17

21            MR. KAPLAN:  I've introduced as Exhibit 3,

22   U.S. Patent number 10779033.

23            THE WITNESS:  All right.

24   ///

25   ///                                                    09:44:09

Page 30

```
 1              (Whereupon, Google Exhibit 3 was

 2              marked for identification by the

 3              Court Reporter.)

 4   BY MR. KAPLAN:

 5       Q    Do you see that exhibit?              09:44:11

 6       A    It's loading.  It should be there

 7   momentarily.

 8       Q    Now, given the searching issues,

 9   Dr. Schmidt, can you confirm that the version of the

10   '033 Patent that you're looking at is the same as    09:44:21

11   the '033 Patent that I introduced as Exhibit 3?

12       A    I'm actually using the version that you

13   just put up there.

14       Q    Okay.

15       A    And it works fine.  Go figure.  I can     09:44:33

16   search that one.

17            So the good news is, I can read the claims

18   from '615, but I can search in the '033.  I think

19   between those two things we should be fine.

20       Q    Okay.  So I'm going to ask you a slightly    09:45:04

21   different question.  Let's just turn back to the

22   '615 Patent.

23       A    Okay.  I'm there.

24       Q    If you go to claim 13.

25       A    I'm there.                             09:45:27
```

                                                    Page 31

1          Q     In claim 13, there's a claim term

2      "multimedia content."

3               Do you see that?

4          A     I do.

5          Q     Do you have an understanding of what          09:45:57

6      multimedia content means in the context of the '615

7      Patent?

8               MR. LEE:  Calls for a legal conclusion.

9               You can answer, if you can.

10              THE WITNESS:  Let me just take a quick look     09:46:16

11      and see if I discuss that in my declaration.

12              So let's see.  Let me see if I can point

13      you -- well, if you take a look at my claim

14      construction declaration, paragraph 33, page 10, I

15      mention a description of -- I'm summarizing the '615    09:46:52

16      Patent, and its description at a local playback

17      system.

18              And it talks about how the local playback

19      system is capable of playing back multimedia

20      content, such as audio.  I think that's the first     09:47:09

21      sentence in paragraph 33.  It gives a bunch of

22      references to '615 Patent for various portions

23      describing that.

24              So if we go back to the patent that I can

25      now search, then -- let me find something real quick   09:47:30

                                                        Page 32

1    here.

2              (Document reviewed by the witness.)

3              THE WITNESS:  So in reading through the

4    patent spec, it makes it clear that audio is an

5    example of multimedia content.                          09:48:40

6    BY MR. KAPLAN:

7        Q    And what is an example of audio that would

8    be multimedia content?

9        A    Well, if you take a look on paragraph 47 of

10   my declaration, it mentions a single song would be      09:49:26

11   an example of multimedia content.  I give other

12   examples of other things it can be.  Multimedia

13   content as well.

14             It says:  Single song, a video, particular

15   Internet radio station, a user defined playlist with    09:49:44

16   multiple songs or videos, a service defined playlist

17   of multiple songs, videos, and album of songs,

18   et cetera.

19       Q    And how would one identify that a person

20   was looking at a single song?                           09:50:06

21             MR. LEE:  Objection to form.

22             THE WITNESS:  I'm sorry.  I don't

23   understand your question, what does it mean to look

24   at a single song?

25   ///                                                     09:50:21

                                                    Page 33

```
 1    BY MR. KAPLAN:

 2        Q    What are the -- you said a single song as

 3    an example of multimedia content; is that fair?

 4        A    That's one example, yes.

 5        Q    And how do I know that I'm looking at a          09:50:30

 6    single song which is an example of multimedia

 7    content?

 8             MR. LEE:  Objection to form, vague.

 9             THE WITNESS:  In what context?

10    BY MR. KAPLAN:                                            09:50:47

11        Q    Like what other characteristics of the

12    single song that we're talking about which is an

13    example of multimedia content?

14             MR. LEE:  Objection to form; vague, and

15    confusing.                                                09:51:02

16             THE WITNESS:  I guess I don't understand

17    when you say "looking."  Looking at a -- looking at

18    audio.  What does that mean by "looking at it"?

19             Are you referring to some kind of user

20    interface?                                                09:51:14

21             Are you referring to looking at a thumb

22    drive that contains the contents?

23             What does it mean to look at a song in the

24    way you're asking the question?

25    ///                                                       09:51:26
```

Page 34

1    BY MR. KAPLAN:

2        Q    What would be an example of a single song

3    that would meet your definition of audio?

4        A    Again, in what context are you asking?

5        Q    You said that a single song is an example          09:51:41

6    of audio, which is an example of multimedia content;

7    right?

8        A    I believe I said something along those

9    lines, but I'm trying to understand what -- I'm

10   trying to understand what you're asking me, the         09:51:57

11   context in which you're asking me.

12            Are you asking -- sorry.  Go ahead.

13       Q    Well, so a single song is an example of

14   audio which is an example of multimedia content and

15   my question is:  What's an example of a single song?       09:52:08

16            MR. LEE:  Objection to form.

17            THE WITNESS:  Again, I'm not sure I

18   understand in what context you're asking me, what's

19   an example.

20            You're asking me to name songs or are you          09:52:23

21   asking me to name formats that you could use to play

22   songs back, be they electronic or magnetic or some

23   other media?

24            I'm not sure I understand the context of

25   the question.                                              09:52:37

Veritext Legal Solutions
866 299-5127

```
1    BY MR. KAPLAN:

2         Q    Would an Mp3 file of Drake's newest hit be

3    an example of a single song in this context?

4              MR. LEE:  Objection; foundation.

5              THE WITNESS:  I'm not familiar with Drake's      09:52:50

6    latest hit, but one -- there's many different ways

7    to represent audio content.  And Mp3 files are one

8    way to represent audio content.

9    BY MR. KAPLAN:

10        Q    Are there any other ways that you could          09:53:03

11   represent audio content that you're aware of?

12        A    Sure.

13        Q    What are those?

14        A    There's other formats besides Mp3.  There's

15   other formats besides digital formats that can be         09:53:20

16   used to represent audio content.

17        Q    What's an example of a format that's not

18   digital format that could be used to represent audio

19   content?

20        A    In what context?                                09:53:41

21        Q    I thought you just said that you could

22   represent audio in the digital context, for example,

23   with an Mp3 or you could represent it in the

24   non-digital context; is that --

25        A    That is correct.  That is correct.              09:53:56
```

Page 36

1          Q     What would be an example of a non-digital

2     context?

3          A     A 45 record from back in the day.

4          Q     Okay.  Multimedia content playback is

5     referred to the specification of the '615 Patent and          09:54:22

6     the '033 Patent.

7                Do you understand that?

8          A     I see the specification for the '033 and

9     '615 Patent includes the phrase "multimedia

10    playback," yes, I see that.                                    09:54:56

11         Q     I was actually looking at "multimedia

12    content playback."

13               Do you see that, too?

14         A     I see several references to "multimedia

15    content playback" --                                          09:55:28

16         Q     What would -- sorry.  Go ahead.

17         A     -- in the specification.

18         Q     Okay.  What would be an example of

19    multimedia content playback?

20         A     The way I see the phrase used in the               09:55:40

21    specification appears, at least in column 2,

22    starting on line 23 where it refers to a "multimedia

23    content playback," and inside parenthesis it then

24    says, "EG Sonos TM," and then it says "system."

25         Q     Does multimedia content playback just mean         09:56:15

                                                                    Page 37

```
 1    playback of the multimedia content we were just

 2    discussing?

 3        A    I don't believe I've rendered an opinion on

 4    that.  I would have to take a closer look to see how

 5    that particular term is used, but I don't believe          09:56:32

 6    I've rendered an opinion on the meaning of

 7    "multimedia content."

 8            Let me take a look before I say that.  Let

 9    me take a look and see what I said, if I said

10    anything.                                                  09:56:44

11            (Document reviewed by the witness.)

12            THE WITNESS:  I don't think I -- I don't

13    think my declaration, unless I may need to read

14    through it more carefully, but off the top of my

15    head, I don't think it talks about the phrase            09:57:07

16    "multimedia content playback."

17            I would have to take a more careful look to

18    see what that term means before I render an opinion

19    on it.

20    BY MR. KAPLAN:                                             09:57:19

21        Q    Can I turn your attention back to claim 13

22    of the '615 Patent.

23        A    I'm there.

24        Q    Okay.  Under -- I'm going to call it

25    element A, which is roughly halfway down in the          09:57:34
```

Page 38

```
 1    claim 13.

 2            Do you see that?

 3       A    I think so.

 4       Q    The -- towards the end of paragraph A, the

 5    claim reads:                                          09:57:56

 6               "Corresponding to respective

 7            locations of a multimedia

 8            content."

 9               Do you see that?

10       A    I do.                                          09:58:04

11       Q    Do you have an understanding of what that

12    means?

13       A    Yes.

14       Q    What does it mean?

15       A    So in the context of what it's describing,    09:58:12

16    it's explaining how there's one or more resource

17    locators that are corresponding to respective

18    locations of the multimedia content.

19            So my understanding of corresponding to in

20    this context would be something akin to associated    09:58:31

21    with or related to.

22       Q    Is the resource locator providing a

23    location?

24            MR. LEE:  Objection to form.

25            THE WITNESS:  I'm not sure what you mean by    09:59:01
```

Page 39

```
 1        "providing a location."

 2   BY MR. KAPLAN:

 3        Q    Does the resource locator have to provide a

 4   location to meet this claim element?

 5             MR. LEE:  Objection to form, calls for a          09:59:14

 6   legal conclusion, scope.

 7             THE WITNESS:  I would have to read through

 8   the specification more carefully to get a sense of

 9   how resource locator relates to providing a

10   location, but what my understanding here as the          09:59:34

11   claim is written, resource locator is the phrase

12   corresponding to mean associated with or related to.

13             So it doesn't look to me like it

14   necessarily has to provide a location directly.  It

15   just needs to be able to be associated with          09:59:51

16   locations and there's many different ways to do

17   that, above and beyond providing a particular

18   location of a resource.

19   BY MR. KAPLAN:

20        Q    Is there a difference in your mind between          10:00:17

21   the resource locator being associated with the

22   location versus related to a location?

23             MR. LEE:  Objection to form.

24             THE WITNESS:  I think those are largely

25   synonymous.          10:00:30
```

```
 1    BY MR. KAPLAN:

 2        Q    Is it fair to say that, in your view, the

 3    resource locator doesn't have to provide a location?

 4             MR. LEE:  Objection to form.

 5             THE WITNESS:  Well, I describe this topic        10:00:59

 6    in my claim construction declaration in several

 7    places, one of which is in paragraph 1 of 1, and I

 8    describe what my understanding that a POSITA would

 9    have had at the time of the invention, which is that

10    it would be a resource locator, generally refers to     10:01:22

11    information that enables the device to access a

12    resource or be associated with or related to a

13    resource.

14             And I mention that that information could

15    take various forms.  It could take the form of some     10:01:33

16    kind of identifier, such as maybe a key in a

17    database, for example, an address perhaps in memory.

18    It could be a uniform resource indicator, which is

19    different from a Uniform Resource Locator.

20             It could be other things that facilitate        10:01:53

21    some means by which a device could access a

22    resource.  And there's many, many other ways of

23    doing it beyond the ones I listed there.  Those are

24    just some of the ones that would be obvious, but

25    there's other ones that could be used, things like      10:02:08
```

Page 41

1    object references or monikers or UUIDs.  There's a

2    whole bunch of different ways to identify a

3    resource.

4            So some of those would involve addresses,

5    some addresses in the sense of, say, an IP address          10:02:23

6    or a port number in the Internet, but many other

7    ways of being able to identify resources that would

8    not require addresses.

9            In fact, it's even possible to use URLs

10   that don't encode an address in them by using a             10:02:39

11   concept of persistent URL, which is really more of

12   an access to a locator service as opposed to

13   directly encoding the address into the URL itself.

14   BY MR. KAPLAN:

15       Q    Would a song name correspond to a location        10:02:53

16   of that song?

17           MR. LEE:  Objection to form.

18           THE WITNESS:  Depends quite a bit on how

19   the lookup model would work.  So it depends on the

20   context, it depends on the use case.                        10:03:13

21   BY MR. KAPLAN:

22       Q    So a song might correspond to a location of

23   another resource or it might not; is that right?

24       A    Again, it depends on the implementation and

25   the way in which the data models and data stores are        10:03:28

                                                      Page  42

```
 1   managed.

 2        Q    So a song name might correspond to a

 3   location of a resource, just depending on how the

 4   system is architected; is that right?

 5        A    I wouldn't quite use those terms, but          10:03:47

 6   depending on how the data model or the data

 7   management portion of the system is structured,

 8   there's various ways of being able to identify

 9   resources.  An identifier could be used.  The

10   identifier conceivably could be the name of the       10:04:04

11   song.  That could be one way to do it, depending on

12   how the data model and the database -- or the data

13   management system is constructed.

14           Might not be the most efficient way of

15   doing it in terms of minimizing footprint, but        10:04:18

16   that's really just an encoding question.

17        Q    So as long as there's a way to translate

18   between the song name and its address, would the

19   song be corresponding to a location of the song?

20           MR. LEE:  Objection to form.                   10:04:42

21           THE WITNESS:  Again, I would have to

22   understand a little bit better about what you mean

23   by some of those terms, but as I describe here in

24   paragraph 1 of 1 of my claim construction

25   declaration, the concept of resource locator         10:04:58
```

Page 43

1    generally refers to some kind of information which

2    could be many different forms.

3         It could take the form of identifiers or

4    addresses, or URIs, URLs, object references,

5    whatever -- whatever is needed to be able to          10:05:14

6    un-ambiguously associate that resource locator with

7    the actual resource that's of interest.

8    BY MR. KAPLAN:

9        Q    So let me give you an example.  I'm on

10   iTunes.  I download an Mp3 of my favorite artist.      10:05:31

11        Are you with me so far?

12       A    Okay.

13       Q    I've got the Mp3 stored on my own computer

14   and I play it from time to time.  Okay?

15       A    Okay.                                          10:05:47

16       Q    In that hypothetical, would the song name

17   correspond to a location of where the song is

18   stored?

19        MR. LEE:  Objection to form, foundation,

20   incomplete.                                            10:06:03

21        THE WITNESS:  When you say "song name," I'm

22   not quite sure I understand how you're using the

23   term "song name."

24   BY MR. KAPLAN:

25       Q    So when I downloaded the song from iTunes,    10:06:12

Page 44

```
 1    I saved it as "Drake's new hit" and that's the song

 2    name.

 3              MR. LEE:  Objection to form.  Same

 4    objection.

 5              THE WITNESS:  So depends on a whole bunch          10:06:28

 6    of different other factors as to whether that song

 7    name would be the resource locator.

 8    BY MR. KAPLAN:

 9        Q    So in my hypothetical, after I downloaded

10    the song from iTunes and saved it as Drake's song in     10:06:45

11    my computer, it's possible, in your view, that the

12    song name would correspond to the location of the

13    song?

14        A    Again, I would have to -- there's so many

15    different pieces of your hypothetical that I don't       10:07:03

16    quite understand yet, so it's hard to be able to

17    answer that question.

18        Q    What other information can I give you that

19    will allow you to answer the question?

20        A    So where did you store the file?              10:07:15

21              Are you -- are you --

22        Q    I'm sorry.  Let me take it one by one.

23              I stored it on my desktop.

24        A    And in what did you -- what specifically

25    was the name that you used?                             10:07:35
```

Page 45

```
 1        Q     "New hit song" was the name of the file.

 2        A     Does the file have a file extension?

 3        Q     Dot Mp3.

 4        A     Okay.  Are there spaces or hyphens?

 5        Q     There are spaces.                          10:07:58

 6        A     So if I understand your question -- or your

 7    hypothetical, rather, if there was a file in some

 8    folder in your -- or in your desktop -- say, in your

 9    desktop, there's a file that has a name that is

10    "Drake's new hit song" dot Mp3, then were you to       10:08:24

11    click on that in your finder or file Explorer, or

12    whatever desktop you're using, then that would

13    cause -- assuming that everything was configured

14    properly in your operating system, that would cause

15    the appropriate media player to be launched to play    10:08:48

16    that song.

17            So this is the part I'm a little confused

18    on.  Is the name of the song, what's associated?

19    Well, there's a way to be able to launch it and this

20    is just straightforward from using a file browser on   10:09:05

21    a desktop computer or laptop or whatever.

22            You're simply launching something that has

23    a name and that is associated with the content

24    that's being played.

25        Q     So is your answer yes, the name of the file  10:09:24
```

Page 46

```
 1      would correspond to the location?

 2          A    Well --

 3              MR. LEE:  Objection to form.

 4              THE WITNESS:  -- the way I would -- again,

 5      there's lots of different ways to look at that, but       10:09:38

 6      in that particular situation, I was simply

 7      explaining how if you have a file on the desktop

 8      computer and you launch the file and the file has

 9      the appropriate suffix that's understood by the

10      system and the system knows how to launch the            10:09:59

11      appropriate app to properly do something with

12      whatever it is you're launching, that that will

13      cause it to be launched.

14              As to how that relates to the original

15      topic we were discussing, which is from element A in      10:10:19

16      claim 13 in the '615 Patent, that was describing

17      resource locators that correspond to respective

18      locations of multimedia content.

19              So topping off the stack a couple layers,

20      the name of the file could be one way to associate       10:10:44

21      or locate the multimedia content.

22      BY MR. KAPLAN:

23          Q    So in the hypothetical, the name of the

24      file could be a resource locator?

25          A    Well, I think that's consistent with what I     10:11:00
```

Page 47

```
1    say here in paragraph 101 of my claim construction

2    declaration, that a resource locator generally

3    refers to information that enables a device to

4    access a resource and that that information could

5    take various forms, such as an identifier, an          10:11:24

6    address, a URI, a URL, and so on.

7            And so the name of a file -- or I guess

8    more specifically here, the ability provided by a

9    file browser on a modern computer to be able to

10   click on the name of something that has an            10:11:44

11   application associated with it, that's a form of an

12   identifier.  That could then be able to facilitate a

13   device accessing your resource.

14       Q    Let me add to the hypothetical.

15            So we've got the song stored on the          10:12:06

16   desktop.  The file name is New Hit Song.

17            Within that file there's metadata

18   identifying the name of the song, which is going to

19   be A1 for purposes of the hypothetical.

20            Do you follow so far?                         10:12:23

21       A    I think so.

22       Q    Would A1 be -- strike that.

23            Would A1 correspond to the location of the

24   file?

25            MR. LEE:  Objection to form, incomplete.      10:12:37
```

Page 48

```
 1               THE WITNESS:  I don't understand what you

 2     mean.

 3     BY MR. KAPLAN:

 4          Q    We have a song that has been downloaded.

 5     It has a file name.  It also has within the          10:12:51

 6     metadata, some name information.

 7               And my question is whether that name

 8     information corresponds to the location of the file?

 9               MR. LEE:  Same objection.

10               THE WITNESS:  Yeah.  I would have to look   10:13:08

11     more carefully into the way in which that

12     information be stored.  I don't know off the top of

13     my head.  I would have to look into it in more

14     detail to see.

15               I'm also not sure what name you're         10:13:18

16     referring to in the metadata either.

17     BY MR. KAPLAN:

18          Q    On that last point, are you aware that

19     files can be associated with metadata?

20          A    Files can be associated -- in what context?  10:13:38

21          Q    Well, if you download an Mp3, are you aware

22     that programs can pull out metadata from that file

23     to identify, for example, artist and song name?

24          A    Yes.

25          Q    So in this example, I'm asking whether the  10:14:08
```

Page 49

```
 1      song name metadata corresponds to the location of

 2      the file?

 3              MR. LEE:  Objection to form, incomplete

 4      hypothetical.

 5              THE WITNESS:  I am -- I would have to look        10:14:18

 6      more carefully into the way in which the Mp3 format

 7      stores name information to see what the relationship

 8      is, if any, between metadata associated with the

 9      name of the song and the location of the song to be

10      able to answer that question precisely.             10:14:34

11      BY MR. KAPLAN:

12          Q   What would be the ways in which it was

13      stored where it would correspond to the location of

14      the file?

15              MR. LEE:  Objection to form.                10:14:48

16              THE WITNESS:  Again, without knowing more

17      about the way -- the specific detail about how Mp3

18      stores names in metadata, I would have to look at

19      that in more detail to know.

20      BY MR. KAPLAN:                                      10:15:07

21          Q   I'm trying to ask a question and maybe the

22      answer is I don't know, but I want to make sure the

23      question is clear.

24              What I'm trying to ask is:  What would be

25      the instances where you would say yes, that main    10:15:15
```

Page 50

```
 1    metadata information does correspond to the location

 2    of the file?

 3              MR. LEE:  Objection to form.

 4              THE WITNESS:  Again, I would have to look

 5    more deeply into the specifics of how metadata is        10:15:30

 6    stored in Mp3 in order to know what relationship, if

 7    any, there would be between metadata that's stored

 8    in Mp3 file associated with name and any location

 9    relevance, or not, that there might be, so I just

10    don't know that off the top of my head.                  10:15:50

11              I would prefer not to speculate on that

12    because I would just be making a guess.  And in

13    order to do a proper analysis, I would have to look

14    more carefully how it's stored.

15              MR. LEE:  Marc, I think we've been going        10:16:02

16    about an hour.

17              Is this a good time for a break?

18              MR. KAPLAN:  I'm happy to take a break.

19              THE VIDEOGRAPHER:  We're off the record at

20    10:16 a.m.                                                10:16:10

21              (Whereupon, a recess was held

22              from 10:16 a.m. to 10:28 a.m.)

23              THE VIDEOGRAPHER:  We're on the record at

24    10:28 a.m.

25    ///                                                       10:28:28
```

Page 51

```
 1    BY MR. KAPLAN:

 2        Q    Dr. Schmidt, welcome back.

 3        A    Thank you.

 4        Q    Do you understand you're still under oath?

 5        A    Yes.                                        10:28:33

 6        Q    Did you have any discussions with your

 7    attorneys about the substance of your testimony

 8    during the break?

 9        A    No.

10        Q    Let's turn to paragraph 47 of your claim      10:28:41

11    construction declaration, which is Exhibit 1.

12        A    I'm there.

13        Q    In this first sentence in paragraph 47, you

14    wrote that:

15                "POSITA would have understood            10:29:14

16            that a 'playback queue' is, in

17            more of a colloquial sense, a

18            'container' that can hold

19            multimedia for playback and that

20            different types and arrangements         10:29:28

21            of multimedia could be queued,"

22            and it goes on from there.

23            Do you see that?

24            You put "container" in quotes there.

25            What does "container" mean for you in this  10:29:39
```

1    context?

2        A    It's basically the data construct of some

3    kind, as I say in the rest of the sentence, can be

4    used to hold multimedia or media content for

5    playback.                                          10:29:56

6        Q    Is there a difference between a data

7    construct and a data structure?

8        A    Depends on the context.

9        Q    Let's start with what you understand both

10   to mean.                                           10:30:16

11           So what is a data construct to you?

12       A    Well, I give examples of data constructs in

13   paragraph 58, a little bit further down from

14   paragraph 47 that we were just discussing, and I

15   gave examples of data constructs.                  10:30:39

16           So a single data variable would be an

17   example of a data construct.  Multiple data

18   variables would be an example of a data construct.

19   A data array, those would be -- that would be

20   another example of a data construct.               10:30:55

21           It's some way of arranging data, one or

22   more datum or data.

23       Q    For the multiple data variables that would

24   be a data construct to you, would there need to be a

25   relationship between those multiple data variables  10:31:20

Page 53

```
 1    or not?

 2              MR. LEE:  Objection to form.

 3              THE WITNESS:  Help me understand what you

 4    mean by "relationship."

 5    BY MR. KAPLAN:                                    10:31:31

 6        Q    Well, let me ask the question:  Could you

 7    have unrelated multiple data variables that would

 8    form a data construct, in your view?

 9              MR. LEE:  Objection to form.

10              THE WITNESS:  Again, I'm not sure what   10:31:43

11    "unrelated" means in this context as you're using

12    the term.

13              Related to what?

14    BY MR. KAPLAN:

15        Q    Well, what did you mean by saying "multiple   10:31:52

16    data variables could be a data construct"?

17              What would be -- strike that.

18              What would be an example, in your view, of

19    multiple data variables that would form a data

20    construct?                                        10:32:07

21        A    So if you take a look at paragraph 88 in my

22    claim construction declaration, I give an example, I

23    believe, that illustrates this.

24              It says:

25                  "A POSITA would have known           10:32:22
```

Page 54

```
 1                that a 'playback device' could

 2                store in its memory plural

 3                'multimedia items' across

 4                multiple data variables (in other

 5                words, not stored as an 'ordered         10:32:33

 6                list') and still playback the

 7                media in a specified order."

 8            And then I go on and talk in the rest of

 9       that paragraph about how the playback device could

10       have a data variable called "play_now."  It gets   10:32:44

11       populated by a first multimedia item.  And another

12       data variable called "play_next" that gets populated

13       by a second multimedia item.  And then have the

14       logic play the media corresponding to the play_now

15       data variable before the media corresponding to the  10:33:00

16       play_next data variable.

17            And, of course, this is just a specific

18       example in a different part of my declaration

19       talking about singular versus plural items, but I

20       think it answers your question about the concept of  10:33:17

21       a data construct and how the data construct could be

22       something that would involve multiple variables,

23       multiple data variables, as it says in paragraph 58.

24       Q    In your example in paragraph 88, is there a

25       relationship between the play_now and play_next data  10:33:39
```

Page 55

1    variables?

2          MR. LEE:  Objection to form.

3          THE WITNESS:  Again, I don't know what you

4    mean by "relationship."  So the example that's

5    described here gives an instance of how these two          10:33:56

6    variables could store data or store, in this case,

7    the logic that is going to be populated by a

8    multimedia item, which could be various things that

9    I describe also in my declaration.  And the code

10   that implements this or the logic that uses the          10:34:18

11   play_now and play_next data variables could use them

12   in the way as described here.

13         I don't know how that corresponds to the

14   phrase you use, "relationship."

15   BY MR. KAPLAN:                                             10:34:33

16      Q    Well, presumably you could have two

17   variables that, in your view, together do constitute

18   a data construct, or in the alternative, you could

19   have two variables that together do not constitute a

20   data construct; is that fair?                             10:34:49

21      A    Again, without understanding the context,

22   it's hard to know how to answer that question.

23      Q    Are every two variables going to form a

24   data construct, in your view?

25      A    Again, without knowing -- without           10:35:05

Page 56

1    understanding the context, it's hard to answer that

2    question.  I'm giving you a specific example here

3    which are a pair of data variables that, as I

4    described earlier in paragraph 58, would be an

5    example of a data construct in this particular case        10:35:23

6    relating to playback devices, having the ability to

7    store in the memory multimedia items, plural.

8        Q    Right.

9            What I'm trying to get at here is, I want

10    to understand the basis for your opinion that allows      10:35:40

11    you to identify when multiple independent variables

12    will form a construct and when they won't.

13            Do you understand my question?

14        A    I think so.  I think I just gave you an

15    example where two data variables are being used           10:36:04

16    together with logic in order to perform some

17    capability that could be useful in the context of a

18    playback system that would form a data construct, as

19    I describe in paragraph 58.

20        Q    Can you give me an example of when two data       10:36:24

21    variables would not form a data construct, in your

22    view?

23            MR. LEE:  Objection to form, incomplete,

24    relevance.

25            THE WITNESS:  I would have to think more           10:36:38

                                                         Page 57

1    about it.  In this case, I was looking for examples

2    that demonstrated a data construct where multiple

3    data variables could be used in the context of

4    playback devices which, as I understand it, are the

5    focus of the -- my claim construction declaration --          10:36:55

6    one of the focal points of my claim construction

7    declaration.

8    BY MR. KAPLAN:

9        Q    So let me try to narrow the question and

10   I'll see if that helps.                                       10:37:06

11           In the context of playback devices, can you

12   give me an example of when you would have two

13   variables that would not form a data construct, in

14   your view?

15           MR. LEE:  Objection to form, vague,                   10:37:21

16   confusing, scope, relevance.

17           THE WITNESS:  Yeah.  I would have to think            10:37:21

18   about that some more.  It's outside the scope of

19   what I've done here.

20           My analysis is focusing on the different             10:37:32

21   ways in which Google's construction of playback

22   queue is overly narrow and, in fact, reads out a

23   number of the different embodiments that are

24   disclosed in the specification.

25   ///                                                           10:38:10

Page 58

```
 1    BY MR. KAPLAN:

 2        Q    Okay.  Can you give me an example in the

 3    context of playback devices where you would have a

 4    single variable that would not form a queue?

 5             MR. LEE:  Same objection; form, scope,         10:38:36

 6    relevance.

 7             THE WITNESS:  A single variable that would

 8    not form a queue?

 9             MR. LEE:  It's vague, confusing.  I'm

10    sorry.                                                  10:38:52

11             THE WITNESS:  A Boolean flag of some sort,

12    perhaps.  Keep in mind, I haven't done that

13    particular analysis in my declaration, so I would

14    have to think about it, but seems like some Boolean

15    flag.                                                   10:39:12

16    BY MR. KAPLAN:

17        Q    So what I'm getting at here is, you've

18    provided -- I think at least an example in the case

19    where you have two variables where that might fit

20    the data construct definition that you gave, right,    10:39:27

21    that's paragraph 88?

22        A    That's correct.

23        Q    I just want to ask one more time to make

24    sure that the answer is clear.

25             Sitting here today, you can't give me an       10:39:40
```

Page 59

```
 1    example of two variables in the playback device

 2    context that would not form a data construct; right?

 3            MR. LEE:  Objection to form,

 4    mischaracterizes, vague, confusing.

 5            THE WITNESS:  Yeah.  I wouldn't -- I don't      10:39:57

 6    think that's what I answered you before when you

 7    asked the same question.

 8    BY MR. KAPLAN:

 9       Q    Well, then, I would like your answer as to

10    what is an example of two variables in a playback      10:40:08

11    context that don't form a data construct?

12            MR. LEE:  Objection to form, vague,

13    incomplete, scope, relevance.

14            THE WITNESS:  I just go back to the answer

15    I gave you when you asked the question two or three    10:40:22

16    minutes ago.

17            I don't remember exactly what the answer

18    was, but I'm sure it's there for the record.

19    BY MR. KAPLAN:

20       Q    I thought that the answer was that you        10:40:32

21    couldn't give me an example, sitting here today,

22    because you thought it was outside the scope of your

23    declaration.

24       A    I don't think that's quite what I said, but

25    I stand by what I said before.                         10:40:44
```

Page 60

1        Q    Well, I'm going to have to ask it again

2    because I think we had different understandings of

3    what your testimony was, so I'll ask it one more

4    time.

5            Can you give me an example in the playback        10:40:55

6    device context of two variables that together don't

7    form a data construct?

8        A    And I'll just give the same answer I gave

9    before.

10           I believe I asked -- you asked me that           10:41:06

11   question before and I think I gave you an answer

12   that I stand behind, so you may have a different

13   interpretation of what the answer is, but I believe

14   my answer is my answer.

15       Q    I don't know what your answer was.  I            10:41:24

16   didn't get an example and I don't think you said --

17   I don't recall an example, so can you answer it one

18   more time, please?

19           MR. LEE:  Objection to form, incomplete

20   hypothetical, vague, confusing, relevance, beyond      10:41:36

21   the scope.

22           THE WITNESS:  Again, I'll just point back.

23           You asked me the question probably now four

24   minutes ago and I gave you an answer at that time

25   and I don't remember every detail of what I said,      10:41:48

Page 61

```
 1    but I think I answered your question.

 2            So I'm just going to stick with what I said

 3    before, which should be in the record.

 4    BY MR. KAPLAN:

 5       Q    Well, it's all in the record and I'm not          10:41:56

 6    trying to cross-examine you against your prior

 7    answer, both of those will be in the record, but I

 8    don't recall hearing an example like I asked for.

 9            If you think you gave me one, I would like

10    to hear that example again.                               10:42:08

11       A    I think my previous answer gave you the

12    answer to your question.

13       Q    Can you give me an example -- I'll ask it

14    one more time and then we will move on.  Okay?

15            Sitting here today, in the playback device        10:42:24

16    context, can you give me an example of two variables

17    that, together, don't form a data construct?

18            MR. LEE:  Same objection; incomplete,

19    vague, confusing, scope, relevance.

20            THE WITNESS:  So again, I'll point you back       10:42:41

21    to the response I gave you when you asked me that

22    question the first time.  I'm going to stay with

23    that answer to your question.

24    BY MR. KAPLAN:

25       Q    If you go to page 17 of your declaration.         10:43:32
```

Page 62

1    I'm going to be looking at footnote 4.

2        A    I see that.

3        Q    Is it your view that Google's construction

4    is unclear as to whether or not it covers user

5    defined playlists?                                    10:44:02

6            MR. LEE:  Objection to form.

7            THE WITNESS:  Let me see the context in

8    which that footnote appears.

9            So this footnote appears in the context of

10   one of my other opinions that Google's proposed        10:44:44

11   construction appears to be given just a very narrow

12   example of one potential embodiment, good

13   embodiment, in my opinion, good potential

14   embodiment, a playback queue, which, in my mind,

15   appears to be more associated with what a person in    10:45:13

16   the ordinary skill in the art would be associated

17   with being a user defined playlist rather than

18   actually explaining what a playback queue is in the

19   construction.

20           And so that's the context.  That's the         10:45:23

21   sentence that appears towards the end of

22   paragraph 47, and this footnote is just ripping on

23   this a little further, talking about a topic that

24   actually appears later in -- I think it's section D

25   of my declaration -- where I'm saying it's not clear   10:45:42

1    to me as I read the proposed Google claim

2    construction whether they're only intending for a

3    playlist to be satisfied by a -- sorry -- a playback

4    queue, not a playlist -- a playback queue to be

5    satisfied by a user defined playlist, which is the          10:46:03

6    way the construction appears to suggest because it

7    says something about selected by the user for

8    playback.  That's the particular phrase that I'm

9    addressing here.

10         And it appears to me that if that was the             10:46:20

11    intent of Google's construction, it would exclude a

12    number of different embodiments or examples that are

13    explicitly described in the specification having to

14    do with playing an album of songs, or a service

15    defined playlist, or something as I say, actually,         10:46:40

16    right above the footnote at the bottom of page 17

17    continuing on to the top of page 18 where you could

18    have some kind of online disk jockey service that

19    will decide what songs to play next, which really

20    isn't the same thing as being something selected by        10:47:00

21    the user, or a song selected by the user, or

22    multimedia content selected by the user.

23         So that's the way in which I'm addressing

24    this issue of selected by the user for playback.  It

25    just wasn't clear to me, given the construction put         10:47:15

Page 64

```
 1    forward what Google's intent was.

 2    BY MR. KAPLAN:

 3        Q    In paragraph 49 of your declaration, you

 4    set forth an opinion that Google's proposed

 5    construction would exclude service defined          10:47:32

 6    playlists.

 7             Do you see that?

 8        A    Well, I think I'm just describing what an

 9    example of a service defined playlist is, or an

10    Internet radio station is in paragraph 49, as I read  10:47:53

11    paragraph 49.

12        Q    Do you have a critique of Google's

13    construction that service defined playlists would be

14    excluded improperly by Google's construction?

15        A    I think as I mentioned in footnote 4, it's   10:48:07

16    just not clear to me what Google's construction

17    means, because the construction includes the phrase

18    "selected by the user for playback," and that

19    particular analysis of the playback queue not being

20    limited to user selected content, unlike what it      10:48:35

21    appears that Google may be saying, actually appears

22    starting towards the bottom of page 31.

23             And as I say in paragraph 93 on page 32,

24    it's unclear to me whether Google's use of the term

25    "selected by the user for playback," it's not clear   10:48:59
```

Page 65

1    to me whether Google intends that language to

2    include queuing a list of media items curated by a

3    third party media service, that's kind of a service

4    provided approach, automatically queuing album songs

5    by virtue of the user selecting the first song of an          10:49:17

6    album.

7           And when I say other examples, having

8    things related to queueing of other media items, or

9    as we talked about before, some kind of disk jockey

10   service.  It's just not clear what Google means.               10:49:32

11          So I think my main critique, which

12   continues on paragraph 93 and below, this is my

13   understanding of my -- my not understanding of

14   Google's phrase, because I don't understand what it

15   means.                                                          10:49:49

16          It appears that if it were to only be

17   playback items that were multimedia that were

18   selected by the user for playback, that would be

19   inconsistent with a POSITA's understanding of the

20   term "playback queue," as described in the two               10:50:04

21   patents at issue.

22      Q    Do you understand Google's proposed

23   construction to require that the multimedia items

24   are selected by the user for playback?

25      A    I think the point I'm making, I don't              10:50:20

Page 66

1   understand what Google means.  It seems very

2   unclear.  So because it's unclear, I'm trying to

3   provide an analysis of what it might mean and then

4   describe why I believe that that analysis -- why

5   that -- those meanings would be inconsistent with          10:50:40

6   what's the intended part of the patents at issue.

7        Q    Is it your understanding that the org list

8   for the multimedia items are selected by playback --

9   strike that.  I didn't correctly quote the

10  construction.                                             10:50:59

11          So Google's proposed construction says:

12               "An order list of multimedia

13               items is selected by the user for

14               playback."

15               Do you see that?                             10:51:10

16       A    I see Google's proposed construction, yes.

17       Q    Is it your understanding that the "is

18  selected by the user for playback" refers to

19  multimedia items, or an ordered list?

20          MR. LEE:  Objection to form.                      10:51:26

21          THE WITNESS:  So if you take a look at

22  paragraph 91 of my declaration, I say essentially

23  it's my understanding that:

24               "Google's proposed

25               construction for 'playback queue'            10:51:50

Page 67

```
 1              further requires that the

 2              'ordered list of multimedia

 3              items' be 'selected by the user

 4              for playback.'"

 5   BY MR. KAPLAN:                                    10:52:01

 6       Q    But Google's proposed construction uses the

 7   word "is," which refers to a singular subject as

 8   opposed to a plural subject.

 9          So Google's construction is actually

10   grammatically saying it's the ordered list that is    10:52:12

11   selected by the user for playback; right?

12       A    Well, as I read it here, it's the ordered

13   list of multimedia items.

14       Q    And the ordered list is a singular subject;

15   correct?                                          10:52:30

16       A    Ordered list is a singular subject, but

17   it's my understanding that the phrase "ordered list

18   of multimedia items" is what Google's proposing be

19   selected by the user for playback.

20       Q    So under Google's proposed construction,     10:52:48

21   it's not the multimedia items themselves that are

22   selected by the user for playback, it's the ordered

23   list; right?

24       A    I'm not really sure what distinction you're

25   making here.  When I read the analysis here in        10:53:08
```

                                                    Page 68

1    section D of my declaration, I'm referring to the

2    phrase "ordered list of multimedia items" as being

3    what Google is proposing be selected by the user for

4    playback.

5        Q    Well, part of your critique -- I'm sorry.         10:53:26

6             Go ahead, Dr. Schmidt.

7        A    And the analysis in section D of this part

8    of my claim construction declaration is asking

9    questions about what does that mean?

10            And it's not clear what that means, as I          10:53:42

11   describe here.  It's not clear whether it excludes

12   or includes queueing a playlist of media items, so I

13   think leaving aside the whole issue of ordered,

14   whether it has to be an ordered list, that's

15   discussed in section C of my declaration.               10:54:01

16            But as I say in paragraph 93, it's not

17   clear whether Google's construction excludes

18   queueing a playlist of media items, or a playlist is

19   singular, to your point, of media items that is

20   curated, so there's the singular "is," by a third     10:54:19

21   party media service.

22            That's the part of the analysis here that I

23   find confusing and unclear and it appears that it

24   could very well be the case that Google's -- if that

25   is the intent, that the playlist must be selected,    10:54:32

Page 69

1    whether that's something that is -- it's not clear

2    what Google is suggesting here and whether they're

3    reading out things that appear to be intentionally

4    part of the patents at issue.

5        Q    If it's the playlist that's selected by the          10:54:51

6    user, then falling under that would be examples like

7    Pandora where a radio station is selected by the

8    user; right?

9        A    There's a bunch of different examples that

10   I think occur in the patent of ways to get content          10:55:10

11   play.

12       Q    Pandora being one of them, I believe.

13   Spotify is another example; correct?

14       A    Let's see.

15            The patent gives several different examples          10:55:34

16   of third party music applications, including

17   Pandora, Rhapsody, Spotify, and so on.

18       Q    And in the Pandora example for -- just

19   taking that as a single example, you understand that

20   for a user to use Pandora, he or she selects a radio          10:55:52

21   station which is associated with a service defined

22   playlist; right?

23       A    That's my understanding.

24       Q    And in that example, the user is not

25   actually identifying and selecting all of the songs          10:56:08

1     or multimedia items within that radio station, the

2     service is identifying them in playing those; right?

3          A    Again, that's my understanding.

4          Q    Let's turn to paragraph 51 of your

5     declaration.                                              10:56:34

6          A    Okay.

7               MR. KAPLAN:  I'm going to introduce another

8     exhibit.  Please let me know when you have it up.

9               THE REPORTER:  Is this Exhibit 4?

10              MR. KAPLAN:  This is Exhibit 4.  And it        10:57:14

11    will be United States Patent application number

12    U.S. 2011/4330.

13              (Whereupon, Google Exhibit 4 was

14               marked for identification by the

15               Court Reporter.)                              10:57:56

16              MR. LEE:  Don't worry about the dogs.  I

17    know Mike has at least two sitting there.

18              THE REPORTER:  Sorry.

19              MR. LEE:  It's not a problem at all.

20              THE WITNESS:  Okay.  I got it.                 10:58:07

21    BY MR. KAPLAN:

22         Q    Can you turn to paragraph 51 of that

23    reference.  I apologize.

24              Can you turn to paragraph 48 of that

25    reference.                                               10:58:28

                                                    Page 71

```
 1        A    I'm there.

 2        Q    There's a sentence within that paragraph

 3   that begins:

 4             "When the decision 316

 5             determines that the specified          10:58:42

 6             media item is to be played back

 7             next, the specified media item

 8             can be added 318 to a top of a

 9             playback queue.  Alternatively,

10             when the decision 316 determines        10:58:54

11             that the specified media item is

12             not to be played back next, the

13             specified media item can be added

14             320 to a bottom of the playback

15             queue."                                 10:59:07

16             Do you see that?

17        A    I do.

18        Q    This portion of the reference is describing

19   how media items can be added or removed from a

20   queue?                                            10:59:16

21        A    No.

22        Q    Why not?

23        A    I don't see anything in that -- in the line

24   you read to me that describes removing an item.

25        Q    Fair enough.                            10:59:54
```

                                                    Page 72

1          This portion of the record is just

2     describing adding items to a queue; is that fair?

3          A     The reference says what it says.  It says

4     that the -- in this particular context, it talks

5     about how an item can be added to the top of a          11:00:12

6     playback queue or added to the bottom of a playback

7     queue.  I see that.

8          Q     What does that mean, "top of a playback

9     queue"?

10         A     I would have to read further to see what     11:00:23

11     they're referring to by "playback queue" here to see

12     what they mean.

13         Q     Would a person of art understand what the

14     top or bottom of a queue refers to?

15               While you think about it, let me ask a       11:00:58

16     slightly better question that actually makes sense.

17               Would a person of skill in the art

18     understand what the top or bottom of a queue refers

19     to, "Q-U-E-U"...

20         A     It depends on the context.                   11:01:11

21         Q     Do you understand what adding a media item

22     to the top or bottom of a queue means?

23         A     That's what I'm looking for, to see how

24     it's being used in this particular patent

25     description and how it's defined.                      11:01:31

Page 73

```
 1            Again, I'm trying to see if there's a

 2    definition of how queue is defined here.

 3       Q    So can you answer my question without

 4    finding the definition on the patent, or not?

 5       A    Well, depending on the context in which          11:02:57

 6    queue is used, top and bottom are not common terms

 7    used to describe queues.  That's why I was trying to

 8    see if they were defining it in some other way.

 9       Q    What terms are used to describe the front

10    and end of a queue, typically?                           11:03:13

11       A    Again, it depends on the context in which

12    we're referring.

13       Q    How about in the playback device context?

14       A    Typically people -- well, again, it's hard

15    to say.  If you think about a queue, queues can mean     11:03:35

16    many different things.  As I describe in my report

17    on paragraph 47, a queue is -- a playback queue is a

18    container that can be used to pull multimedia for

19    playback and different types and arrangements of

20    multimedia could be queued.  So what that's really       11:04:03

21    saying is, there's different ways to understand what

22    a queue could be.

23            So I don't know if there's -- I don't think

24    there's really one dictionary definition of a

25    playback queue that would be appropriate for all         11:04:13
```

Page 74

1       context, and that's why I describe here in

2       paragraph 47 and later in paragraphs 58 and 59, how

3       I believe a person of ordinary skill in the art

4       would have understood playback queue to be

5       interpreted in the context of this patent.          11:04:31

6              How the other patent -- that's why I was

7       trying to see how they're giving definition of a

8       playback queue, and they may be defining it in some

9       more specific way.

10      Q     Have you ever heard of queues described as     11:04:48

11      having a first-in/first-out characteristic?

12      A     Queues can be organized in all kinds of

13      different ways, so that's one potential way of

14      organizing, but there's lots of other ways to

15      organize queues as well.                            11:05:03

16      Q     Have you ever programmed using queues that

17      have a first-in/first-out characteristic?

18      A     I have.

19      Q     In what context -- strike that.

20             Have you ever taught in any of your classes   11:05:14

21      at Vanderbilt University that queues might have a

22      first-in/first-out characteristic?

23      A     I have taught queues in a number of

24      different ways.  Typically when I talk about queues,

25      I talk about them being able to have different       11:05:32

                                                        Page 75

```
 1    queuing disciplines or queuing protocols, if you

 2    will, and some of the queuing protocols would

 3    include things like last-in/first-out; other

 4    protocols are first-in/first-out.

 5          There are other protocols where queues are      11:05:48

 6    organized in terms of so-called priority order.

 7    There's other protocols where you can move elements

 8    around in a queue.  There's other protocols that do

 9    other things where you can add or remove items from

10    the beginning and end.  You can then add them from     11:06:04

11    the -- you can add or remove them from the beginning

12    or add or remove them from the end.

13          There's a number of different ways to teach

14    what queues do.

15      Q    Have you taught that queues don't need to       11:06:16

16    have an order?

17      A    Again, there's different ways to organize

18    queues.  Yes, there are certainly queues that do not

19    have an order from the point of view from the way

20    the user is going to access their contents.            11:06:32

21      Q    What's an example of a queue that doesn't

22    have an order?

23      A    A queue that would provide the elements in

24    a random sequence.

25      Q    Would the queue be stored in the computer       11:06:44
```

Page 76

1    or memory with an order?

2             MR. LEE:  Objection; form, foundation.

3             THE WITNESS:  I'm not sure what you mean by

4    "order."

5    BY MR. KAPLAN:                                          11:07:02

6        Q    So I think you were saying that a user

7    might access the elements of a queue in a random

8    order.

9             Did I get that right?

10       A    I think I said a random sequence.           11:07:13

11       Q    Fair enough.

12            The user may access the elements of a queue

13   in a random sequence according to you; right?

14       A    That's correct.

15       Q    Would the queue as it's stored in the       11:07:23

16   computer have an order?

17            MR. LEE:  Objection to form, vague,

18   confusing, incomplete.

19            THE WITNESS:  Again, it's not clear what

20   you mean by "order."                                  11:07:40

21   BY MR. KAPLAN:

22       Q    So you -- have you heard of people

23   describing queues as having an order?

24       A    It is possible for queues to have order;

25   although not every queue needs to be ordered.         11:07:52

                                                Page 77

1     Q    What is an example of a queue that's not

2    ordered?

3     A    A queue where the elements are accessed

4    randomly.

5     Q    What is an example of a queue that's --          11:08:07

6    well, let me ask a better question.

7         What is an example of a queue where the

8    elements can only be accessed randomly?

9         MR. LEE:  Objection to the form.

10        THE WITNESS:  A random queue.                     11:08:25

11        Are you asking for what's an application of

12   such a thing?

13   BY MR. KAPLAN:

14    Q    Well, I'm not sure I understand what you

15   mean by "random queue."                                11:08:37

16        Can you describe that a bit more?

17    A    Sure.

18        You could have some collection of elements

19   and you might want to select the elements in some

20   random order, so it -- there could be lots of          11:08:54

21   different reasons for doing this.

22        You might want to do this for some kind of

23   encryption purposes, or you might want to do this

24   for some kind of testing purposes.  You might want

25   to be able to see how different kinds of algorithms    11:09:07

Page 78

1    might behave when confronted with data that's in

2    random order, literally.

3         For example, certain algorithms behave very

4    well on data that's nearly sorted.  They perform

5    differently on data that's randomly sorted, or not          11:09:22

6    sorted at all.  Randomly -- just randomly -- values

7    that come in random ways.

8         And so the ability to be able to take some

9    collection of values and provide those values in

10   some order that's not predefined but is, in fact,           11:09:41

11   going to be accessed based on a random number

12   generator is not uncommon.

13        I do that all the time when I'm

14   demonstrating various capabilities in courses I

15   teach at Vanderbilt and elsewhere.  So that would be        11:09:58

16   an example of a way to take a collection of data, a

17   queue of data, and access it in a random order.

18        Q    Are the elements within that queue

19   connected to the other elements within that queue

20   randomly?                                                   11:10:17

21             MR. LEE:  Objection to the form, vague.

22             THE WITNESS:  I'm not sure what you mean by

23   "randomly."

24   BY MR. KAPLAN:

25        Q    Are the elements stored in the queue in an        11:10:28

Page 79

1    order in your random queue example?

2           MR. LEE:  Objection to the form.

3           THE WITNESS:  Not necessarily, no.  Because

4    they could move around.  In fact, in many

5    implementations of these forms of data algorithms        11:10:41

6    and data constructs and data structures and so on,

7    they -- doesn't really matter what order they're

8    stored in, you're going to be accessing them in

9    random order or random sequence.

10   BY MR. KAPLAN:                                            11:10:59

11      Q    The random order or random sequence, are

12   you removing elements from the queue that are not at

13   the front or at the end of the queue?

14          MR. LEE:  Objection to form, vague,

15   incomplete.                                               11:11:11

16          THE WITNESS:  In fact, there's many

17   different implementations of the style of data

18   generation I'm describing here.  Some remove

19   elements; some don't remove elements.

20          The key issue here is that you're accessing       11:11:23

21   each element in -- that's queued up in a manner that

22   is going to produce random output.  And whether or

23   not something is removed or not is really an

24   implementation detail of how you would implement

25   that particular abstraction.                             11:11:40

Page 80

```
 1    BY MR. KAPLAN:

 2        Q    In the random queue that you're describing,

 3    are elements added to the queue randomly in order to

 4    randomize it?

 5        A    Again.                                      11:11:55

 6             MR. LEE:  Objection to the form, incomplete

 7    hypothetical, vague.

 8             THE WITNESS:  There's various ways to

 9    implement these kind of techniques.  Some of the

10    ways would add the elements in some order and then    11:12:05

11    access them randomly; others would add them randomly

12    and access them randomly.  You could add them

13    randomly and access sequentially.  There's all

14    different ways to implement these kinds of data

15    abstracts.                                           11:12:21

16    BY MR. KAPLAN:

17        Q    In your view, what are the characteristics

18    of a queue?

19        A    Well, again, in what context?

20        Q    A playback device context.                 11:12:32

21        A    So in the playback device context, as I

22    describe in paragraph 47 of my declaration, a queue

23    is a container that can hold multimedia or resource

24    locators to multimedia items for playback and have

25    different types and arrangements of multimedia data   11:12:53
```

Page 81

1    that could be queued up, such as single songs or

2    playlist and so on.

3          Later I go into more detail in the context

4    of how a POSITA would understand a playback queue to

5    be realized in the context of the patents at issue          11:13:08

6    in the case which appear in paragraphs 58 and 59.

7      Q    In your view, the queue can be a single

8    data variable; right?

9          MR. LEE:  Objection.

10         THE WITNESS:  Certainly, yes.                          11:13:29

11   BY MR. KAPLAN:

12     Q    And in your view, the queue can be multiple

13   data variables; right?

14     A    As described on paragraph 58 in my report,

15   I mention that POSITA at the time of the invention           11:13:42

16   would have understood that a queue could be

17   implemented in different ways, taking different

18   forms, such as a data construct, like a single data

19   variable, multiple data variables, DataRay, and

20   there's obviously other ways to do it as well.               11:13:58

21     Q    What ways can a queue not be constructed?

22         MR. LEE:  Objection to form.

23         THE WITNESS:  There's infinite ways which a

24   queue cannot be constructed.

25   ///                                                          11:14:15

Page 82

1    BY MR. KAPLAN:

2        Q    If you were trying to hold multiple pieces

3    of data, for example, songs, how would you store

4    those in some type of data structure that's not a

5    queue?                                                    11:14:26

6            MR. LEE:  Objection to form, vague,

7    incomplete hypothetical, foundation.

8            THE WITNESS:  I mean, you could certainly

9    store anything in a way that would not be accessible

10   in the manner that is being described here in the       11:14:56

11   patents at issue.

12   BY MR. KAPLAN:

13       Q    What do you mean by that?

14       A    You could store -- you asked me, are there

15   ways to implement something that are not a queue.        11:15:07

16           You could store data in a way that had no

17   way to access the elements at all.

18       Q    Besides not being able to access the

19   elements at all, what are the ways that you could

20   store data, for example, songs, not in a queue?          11:15:20

21           MR. LEE:  Objection to form, foundation,

22   scope.

23           THE WITNESS:  I would have to spend more

24   time thinking about that.  I haven't prepared that

25   analysis for today.  I have to think about it some      11:15:36

                                                       Page 83

```
1    more.

2    BY MR. KAPLAN:

3        Q    Okay.  Let's move on to paragraph 52.

4             Let me know when you're there.

5        A    I'm there.                                11:16:01

6             MR. KAPLAN:  This requires me to get

7    another reference.  Give me one moment.

8             I've introduced Exhibit 5.

9                (Whereupon, Google Exhibit 5 was

10                marked for identification by the      11:16:34

11                Court Reporter.)

12   BY MR. KAPLAN:

13       Q    Please let me know when you see it,

14   Dr. Schmidt.

15            Exhibit 5 will be United States patent    11:16:38

16   application number 2012/89910.

17       A    Okay.  I'm there.

18       Q    Can you go to paragraph 50 of Exhibit 5 and

19   let me know when you're there.

20       A    I'm there.                                11:17:42

21       Q    If you could read the portion to yourself,

22   Dr. Schmidt, that begins "Selecting the play_next

23   button 524 causes playback."

24            (Document reviewed by the witness.)

25            THE WITNESS:  Okay.  I see that.          11:18:18
```

Page 84

1    BY MR. KAPLAN:

2        Q    And did you read through the rest of

3    paragraph 50?

4        A    Oh, no.  Sorry.  I just read that sentence.

5             I'll read the rest of it.                    11:18:28

6        Q    Thank you.

7             (Document reviewed by the witness.)

8             MR. KAPLAN:  It seemed too quick.

9             THE WITNESS:  Okay.  I see that.

10            I've read it.  Sorry.                        11:19:04

11   BY MR. KAPLAN:

12       Q    In the second sentence that you just read,

13   the specification here refers to:

14                 "Placing the selected media

15                 items at the front of the              11:19:18

16                 playback queue."

17            Do you know what "front of the playback

18   queue" refers to?

19            MR. LEE:  Objection; form, foundation.

20            THE WITNESS:  Again, I would have to go      11:19:46

21   back and see more how they're describing what a

22   playback queue is in this context.

23            I think the main purpose of this reference

24   was just to point out that queues can have zero

25   items.  They can have one item, they can have more   11:20:01

                                                Page 85

```
 1    than one item.  There's no requirement that a queue

 2    has to hold multiple items, which appears to be what

 3    the construction has for -- from Google.

 4    BY MR. KAPLAN:

 5        Q    Do you see in the portion you just read,      11:20:19

 6    the specification also describes appending tracks to

 7    the end of the existing playback queue?

 8             Do you see that?

 9             I'm paraphrasing.

10        A    No, I don't see.                              11:20:40

11             Where is that located?

12        Q    The sentence that begins:

13                 "Selecting the Append to

14             Queue button 526 causes the one

15             or more selected tracks to be                 11:21:05

16             added to the end of an existing

17             playback queue."

18                 Do you see that?

19        A    I do.

20        Q    The fact that the queue has a -- strike       11:21:18

21    that.

22             Does the fact that the queue that they're

23    discussing here in this specification have a front

24    and an end indicate to you that this queue is

25    ordered?                                               11:21:29
```

Page 86

1           MR. LEE:  Objection to form, foundation.

2           THE WITNESS:  Again, I need to go and look

3     more carefully how they're defining the data

4     structures or if they're defining the data

5     structures that they're calling a playback queue in          11:21:45

6     this context.

7     BY MR. KAPLAN:

8       Q    If you want to take a moment, you can do

9     that.

10          MR. LEE:  Caution the witness to be                      11:22:10

11    thorough in reviewing the document.

12          THE WITNESS:  So I looked through all the

13    references to playback queue in the specification

14    that I could search for, or that came up when I

15    searched for "playback queue," and as far as I can          11:24:42

16    tell, they don't disclose the structure of the

17    queue.

18          But I will mention that the specification

19    makes it very clear that a playback queue can be

20    empty and it also mentions that playback queue can          11:24:54

21    contain one element, which in my mind is, again, as

22    I mention in my declaration, inconsistent with

23    Google's proposed construction that says that a

24    queue must be an ordered list of multimedia items,

25    implying that there's more than one of them.                 11:25:14

Page 87

1          And, therefore, as I say in my report

2     towards the end of paragraph 76 -- or my

3     declaration, sorry, that the definition that the

4     proposal for the construction that Google is putting

5     forth would appear to not count a queue having zero          11:25:33

6     or one elements as being part of the construction of

7     playback queue.

8          So I think that this reference here that I

9     just looked through would be further indication of

10    the inconsistency that Google has with -- Google's           11:25:50

11    proposed construction has with other extrinsic

12    evidence at the time.

13    BY MR. KAPLAN:

14        Q    In your view, can a queue be a list?

15             MR. LEE:  Objection to form, vague.                  11:26:08

16             THE WITNESS:  There's many different ways

17    to implement queues.  You can implement queues as

18    raised contiguous data structures.  You can

19    implement queues as linked lists.  You can implement

20    queues as trees.  You can implement queues as hash           11:26:22

21    tables.  You can implement queues as file systems.

22    You can implement queues, as I describe in my

23    declaration, in using other data constructs, such as

24    multiple data variables or single data variable.

25    There's different ways to implement queues.                  11:26:40

Page 88

```
 1    BY MR. KAPLAN:

 2        Q    Some of those ways involve lists; right?

 3        A    Again, depending on how list is defined,

 4    there's different kinds of lists.  So I think that's

 5    a case where certain terms are used broadly that          11:26:56

 6    probably need to be narrowed down or we have to

 7    recognize, as I mention in my report, that the

 8    implementation of the queue container data construct

 9    can take many different forms and so there's no one

10    representation.                                           11:27:16

11        I think one of the big issues I have with

12    Google's proposed construction is it tries to narrow

13    the understanding of a playback queue to something

14    that looks a lot more like a user defined playlist

15    or user specified playlist as opposed to being how I      11:27:30

16    think the term "playback queue" is actually

17    described in the patents at issue.

18        So the instruction is just very, very

19    narrow, overly narrow.  It's reading a particular

20    implementation detail in a way that's not               11:27:43

21    representative of what a POSITA would understand the

22    queue to be, and by doing so, it's also excluding a

23    number of different embodiments that are put forth

24    explicitly in the specification of the patents.

25        Q    Let's say you have a queue that's an order      11:28:01
```

Page 89

```
1    list of three items.

2            Do you follow me so far?

3       A    Okay.

4       Q    And you remove two of those items from your

5    queue.                                             11:28:13

6            Follow me so far?

7       A    Okay.

8       Q    Is what's remaining an ordered list, or

9    not?

10           MR. LEE:  Objection to the form, incomplete  11:28:23

11   hypothetical, foundation.

12           THE WITNESS:  Again, we have to define what

13   an "ordered list" means.  So that's something also

14   that's not really clear from Google's construction,

15   what is meant by an ordered list.                  11:28:41

16           Ordered according to what?

17           A list.  It's just a lot -- I guess my main

18   issue here is that the construction that Google is

19   putting forth is inherently ambiguous because terms

20   like "ordered list" are not really defined.        11:28:58

21           And to the extent that they're narrowed

22   down to be given a definition, then the construction

23   that's put forth is overly narrow and it starts

24   excluding various capabilities that are disclosed in

25   the '615 and '033 patents.                         11:29:16
```

Page 90

```
 1    BY MR. KAPLAN:

 2        Q    I'm trying to ask a narrower question here,

 3    which is -- I think we agree that you can have an

 4    order list that could be an example of a queue and

 5    then you can remove items from that queue until you          11:29:32

 6    get down to one or zero items left in the queue.

 7             Are you with me so far?

 8        A    I understand what you said so far, yes.

 9        Q    And my question is:  Does the queue stop

10    being an ordered list, as soon as you get down to             11:29:52

11    having one or zero items left in the queue, or not?

12             MR. LEE:  Objection to form, vague,

13    ambiguous.

14             THE WITNESS:  Again, it's not really clear

15    from your hypothetical when you say "ordered list,"           11:30:06

16    what that means.  It's also not really clear, you

17    can -- there's a concept of something being

18    vacuously true.

19             So is something -- is the data structure

20    that's empty, a data structure?                               11:30:23

21             It depends how you want to define that or a

22    data construct.

23             I think the main issue for me is that the

24    way in which Google is defining the construction

25    using terms like "ordered list of multimedia items"          11:30:37
```

Page 91

1    is vague and overly narrow and reads out things that

2    are part explicitly anticipated and disclosed in the

3    specification.   That's the key part for my analysis.

4    BY MR. KAPLAN:

5        Q    Is the fact that Google's construction uses        11:30:55

6    the term "ordered list" incorrect because a queue

7    can have zero or one items in it?

8            MR. LEE:   Objection to form.

9            THE WITNESS:   The problem with -- well,

10   let's see.   I think I describe that.                        11:31:13

11           I think this is in section C.

12           Let's see.   Let me just make sure.

13           So as I describe on paragraph 87 of my

14   declaration, leaving aside whether we're dealing

15   with one or more items, it's my opinion that a          11:31:43

16   POSITA at the time of the invention would have known

17   that an ordered list was not necessary in order to

18   implement a playback queue.

19           And really as I describe several other

20   places, such as paragraph 47 and paragraphs 48 and      11:32:01

21   49, a playback queue is really about a container

22   that holds the element or elements or no elements,

23   for that matter, to be played back rather than a

24   particular data structure organized in a particular

25   way.                                                    11:32:23

                                                            Page 92

```
 1              And to the key point, I think this is

 2    really getting square on to your question about

 3    ordered list, a POSITA would have understood, as

 4    people note in general who understand computing and

 5    data management, that there's lots of different ways       11:32:38

 6    to implement something like a playback queue that

 7    can take different forms, different implementation

 8    approaches, different ways of realizing the concept

 9    of a playback queue.

10              And an ordered list might be one of those        11:32:54

11    ways, but it's not necessarily the best way to do

12    it.  Certainly not the only way to do it.

13              And so using a construction that predefines

14    a particular implementation detail for a construct

15    that doesn't require that level of detail to              11:33:08

16    represent what a playback queue does in the context

17    of these patents is just overly narrow and

18    restrictive.

19    BY MR. KAPLAN:

20       Q    I would like you to focus on my question          11:33:19

21    because it's a bit narrower than the answer you just

22    gave.

23              My question is:  Is the fact that Google's

24    construction uses the term "ordered list" incorrect

25    because a queue can have zero or one items in it?         11:33:32
```

Page 93

1      A    Well, again, as described in section C, I

2    break this up into two parts:  One is zero or more

3    items or zero or one items, or zero, one or two or

4    more items.  That's one aspect.

5          The ordered list part, though, as I think I          11:33:51

6    just described, was incorrect not so much because of

7    the plurality of multimedia items part of ordered

8    list of multimedia items, that's a different

9    analysis.

10          But the ordered list is problematic because         11:34:07

11    a POSITA would have known, as I say here in

12    paragraphs -- in paragraph 88 -- sorry -- 87, that

13    there are different ways to implement a queue or a

14    playback queue because that's really what's doing

15    here is a playback queue, and that an ordered list          11:34:27

16    is not the essence of what it means to be a playback

17    queue.

18          So that's the reason why that's

19    problematic.  It has to do with that.

20          And paragraph 88 gives an example that we          11:34:37

21    talked about earlier how you could implement a

22    playback queue that is not an ordered list, but that

23    satisfies the playback queue nature of what's

24    required by the patents.

25      Q    In your example on paragraph 88 with          11:34:52

Page 94

1   play_now and play_next, do those variables have an

2   order?

3        A    The variables do not have an order, no.

4        Q    And the variables do not need to have an

5   order in your view to qualify as a queue; right?          11:35:07

6             MR. LEE:  Objection to the form.

7             THE WITNESS:  So I think I describe it

8   pretty succinctly in paragraph 88 how you can have

9   data variables that are not stored as an ordered

10  list, as it says here, and, yet, still be able to         11:35:29

11  play back the media in a specified order.

12           So it describes how you could have the

13  logic of the code play things back such that

14  play_now goes first followed by play_next which goes

15  next.  And the actual data variables that are part        11:35:45

16  of the data construct need not to have any order and

17  we still get the right affect that would be desired

18  for that particular implementation.

19  BY MR. KAPLAN:

20       Q    We talked about random queues in the past       11:35:59

21  prior in this deposition.

22           Would it be your opinion that if you

23  randomly played the data variable play_now and the

24  random -- and randomly played -- strike that.

25           Let me try to ask a better question.            11:36:16

Page 95

```
 1              Would it be your opinion modifying your

 2      example in paragraph 88 with play_now and play_next,

 3      if you played those data variables in a random

 4      order, that it would still constitute a queue?

 5      A    Well, I think a good example of that would        11:36:31

 6      be the shuffle feature that you often find in

 7      playback devices where the elements in your playback

 8      queue could be played back in whatever order is

 9      deemed by the particular device to be shuffled.

10              In other words, not an order that a user        11:36:50

11      might necessarily anticipate wouldn't be the first

12      track of the album followed by the second track of

13      the album followed by the third track of the album

14      or whatever, be an album or playlist, but it would

15      be shuffled.                                            11:37:05

16              So in that particular case, in this case,

17      we have a playback queue with two elements in it and

18      we could put it in shuffle mode and I think that

19      would be actually a very common way of being able to

20      use playback devices if you get tired of hearing        11:37:18

21      songs in the same order.

22      Q    If we modified your example in

23      paragraph 88, which has play_now and play_next, to

24      remove play_next, would you still have a queue?

25      A    I think as described in other parts of my          11:37:33
```

Page 96

1    declaration, the '615 and '033 patents make it very

2    clear that you can have playback queues that play a

3    song.

4            So there's a number of discussions, that's

5    actually the whole part about -- that's the whole          11:37:50

6    part in section C starting on paragraph 76 where

7    it's -- there's no reason to think that you have to

8    have multiple items in the playback queue in order

9    for it to still be in playback queue.

10           I have a bunch of different citations where        11:38:07

11   it describes being able to play a song or something

12   that's singular and that representation, the

13   implementation -- or realization of that, probably a

14   better term, of that capability is still done with

15   the playback queue, just has one item in it.               11:38:22

16       Q    So the answer to my question was yes;

17   correct?

18           MR. LEE:  Objection to form.

19           THE WITNESS:  I think as I say in

20   paragraph 88, the '615 Patent and by extension, the        11:38:39

21   '033 Patent repeatedly describes queueing only a

22   single piece of multimedia content for playback

23   which would mean that the playback queue would only

24   contain a single resource locator that corresponds

25   to or indicates a single piece of multimedia               11:38:58

                                                    Page 97

```
 1      content.

 2              So in that particular case, it's certainly

 3      plausible to have a single data variable be used to

 4      store the content in the playback queue, which is

 5      the single piece of media that's disclosed in the        11:39:14

 6      patent specifications.

 7      BY MR. KAPLAN:

 8         Q    So in your example, if you just had the

 9      play_now variable, that could still be a queue;

10      right?                                                    11:39:34

11              MR. LEE:  Objection to form.

12              THE WITNESS:  Again, as I say in this part

13      of the report, for example, on paragraph 82, I see

14      nothing in the claims of these patents, or in the

15      specification of the patents, that limits the            11:39:54

16      playback queue to something that has to contain a

17      plurality or plural multimedia items.

18              It could have just a single item, in which

19      case you could have a single data variable, as I

20      think I mention in paragraph 47, as well, as various     11:40:10

21      ways that the concept of a playback queue container

22      could be realized.

23      BY MR. KAPLAN:

24         Q    So I've asked you a specific question about

25      your example in paragraph 88, three times now.  I'm      11:40:22
```

Page 98

```
 1     going to ask it one more time.

 2          Taking your example in paragraph 88, which

 3     has the play_now and play_next data variables, if we

 4     took out the play_next data variable, would you

 5     still have a queue?                              11:40:37

 6     A    I think I've answered that question three

 7     times by pointing out that I see nothing in the

 8     specification or the claims in these patents that

 9     require the playback queue to have multiple,

10     multiple items in it.                            11:40:55

11          And the particular example on paragraph 88

12     is demonstrating how you could play things back in a

13     particular order without requiring an ordered list.

14     So that's the particular scenario.

15          But generalizing from the earlier           11:41:11

16     discussions that I've given you those answers to

17     your questions before, since the patent spec and the

18     patent claims don't require the -- having more than

19     one item, then you could have a queue that had an

20     item -- had a single data variable.  I think I've    11:41:33

21     been consistent in saying that.

22     Q    Right.  I'm not sure why you're fighting

23     this question so hard.

24          You gave an example in your declaration.

25     I'm asking about a very, very simple modification    11:41:45
```

Page 99

1    and I don't know why you're not answering my

2    question with respect to if you removed the

3    play_next variable in your example in paragraph 88,

4    yes or no whether you would have a queue still?

5         MR. LEE:  Objection to form, asked and           11:42:02

6    answered.

7         THE WITNESS:  Yeah.  I think I've given you

8    the same answer each time.

9         So as I mentioned, as I say in

10   paragraph 83, there's nothing in the specification     11:42:13

11   that requires there to be multiple items, plural.

12   You could have a single item.

13        The example that's in paragraph 88 is

14   illustrating a slightly different point, which is

15   that you can have ordered behavior without requiring   11:42:28

16   the use of an ordered list.

17        If you remove one of the variables and you

18   have a single variable, you know, then assuming the

19   example would need to be modified perhaps, the

20   description of the example in paragraph 88 would       11:42:43

21   have to be tweaked a little bit because it's really

22   describing something slightly different in terms of

23   the use case.

24        But I thought the answer I gave to your

25   question multiple times was:  It's certainly          11:42:52

```
 1    possible to have a playback queue that has a single
 2    data variable in it.  I think that's said
 3    consistently throughout my declaration.
 4            As far as what would be -- need to be
 5    changed in paragraph 88, I would have to look more        11:43:07
 6    carefully because it's being used for a slightly
 7    different purpose.
 8            But I think the bigger answer to your
 9    question is, as far as I see, the specifications and
10    the claims for the two patents at issue in the case,      11:43:20
11    it's possible to have a data construct, which is a
12    single variable, be an implementation of a playback
13    queue.
14    BY MR. KAPLAN:
15        Q    Let's turn to paragraph 59 of your report.      11:43:34
16        A    Okay.  I'm there.
17        Q    Do you see two and three lines from the
18    bottom of paragraph 59 you describe media items?
19            Do you see that?
20        A    I do.                                            11:44:05
21        Q    What did you mean by "media items"?
22        A    Are you referring to the thing that says:
23               "That can contain data
24            identifying one or more media
25            items (e.g. one or more resource                  11:44:23
```

1              locators)"?

2       Q    You use "media items" there and also in the

3    following line.  I'm referring to both places.

4       A    So in this case -- let's see.

5              MR. LEE:  Marc, we've been going an            11:45:03

6    hour-and-a-half and it seems like we're switching

7    gears as Doug looks.

8              Is this okay to take a break, lunch break?

9              MR. KAPLAN:  I prefer to get on to my

10   pending question, but then I'm happy to take a         11:45:15

11   break.

12             MR. LEE:  Okay.  That's good.

13             Are you thinking lunch now or press on?

14             MR. KAPLAN:  Up to you and the witness.

15   And, of course, the court reporter and videographer.   11:45:26

16             MR. LEE:  I could -- it's almost

17   2:00 o'clock for me, but that's fine.

18             THE WITNESS:  So my understanding of -- or

19   what I meant by "media items" in this context would

20   be something akin to media content, for example,      11:45:51

21   audio files as we described before that could be

22   identified by or associated with resource

23   locators -- one or more resource locators.

24             MR. KAPLAN:  Let's go off the record.

25             THE VIDEOGRAPHER:  We're off the record      11:46:18

                                                 Page 102

```
1    11:46 a.m.

2              (Whereupon, a lunch recess was held

3              from 11:46 a.m. to 12:20 p.m.)

4              THE VIDEOGRAPHER:  We're on the record at

5    12:20 p.m.                                          12:20:24

6    BY MR. KAPLAN:

7        Q    Welcome back, Dr. Schmidt.

8              You understand that you're still under

9    oath?

10       A    I do.                                      12:20:38

11       Q    Let's turn to paragraph 100 of your

12   declaration.

13       A    I'm there.

14       Q    In the sentence beginning, "Notably in this

15   paragraph," you say that a POSITA would understand    12:20:59

16   that a URL is so limited to having an address.

17             Do you see that?

18       A    I -- is it the part that says, "Whereas a

19   POSITA would understand a URL is not so limited"; is

20   that what you're referring to?                        12:21:18

21       Q    Correct.

22       A    I see that, yes.

23       Q    Can you give me an example of a URL that

24   doesn't have an address?

25       A    Yes.                                        12:21:29
```

Page 103

1          Q     Go ahead.

2          A     A so-called persistence -- or persistent

3     URL -- sorry -- persistent Uniform Resource Locator,

4     or PURL, P-U-R-L, would be an example of a URL that

5     does not contain the address of the resource that's          12:21:46

6     being requested.

7          Q     How does a PURL identify a resource?

8          A     It provides information that is sent to

9     essentially the lookup service or a resolution

10    service that then goes ahead and finds where the             12:22:06

11    actual resource is and then sends back what's called

12    a URL redirect back to the requester that will

13    redirect the requester back to the actual item

14    that's being requested.

15          So you can think of it essentially as some             12:22:25

16    sort of proxy, or like I said, a location service or

17    directory service where you look things up and it

18    doesn't actually contain the address of the

19    resource, it contains something that can be used by

20    the persistent URL service to identify the resource.        12:22:44

21          Q     Will you turn to paragraph 103 of your

22    report.  Paragraph 103.

23          A     I'm there.

24          Q     In this paragraph, you excerpt a few

25    different portions of the '615 Patent specification.        12:23:08

                                                        Page 104

```
 1              Do you see that?

 2      A    I do.

 3      Q    Are any of those portions of the

 4   specification referencing resource locators?

 5      A    If I understand your question, you're          12:23:27

 6   referring to the portions that are from the '615

 7   Patent that starts at the very first indented

 8   paragraph on page 35 where it's talking about

 9   uniform resource indicator.

10              And then shortly thereafter, it's talking    12:24:25

11   about how an application has the song identifier,

12   which is another quote from the '615 spec, and then

13   shortly below there it talks about an identifier for

14   a single track and so on.

15              Are those the paragraphs that you're         12:24:40

16   referring to that are excerpts from spec?

17      Q    That's right.

18      A    Right.

19              So all of those things, as I say here in

20   paragraph 104, right underneath that:                   12:24:50

21              "It is my opinion that a

22              POSITA would understand from

23              reading the '615 Patent that the

24              'resource locator'" -- that's in

25              the claims -- "is meant to               12:25:02
```

                                                    Page 105

```
 1            encompass more than a 'URL,' as

 2            evidenced by at least the '615

 3            Patent references to" -- and then

 4            I talk about -- "'some other

 5            identification,' 'identifier,'              12:25:12

 6            and 'information,'" and so on.

 7            And these are the kinds of things that are

 8    described above:  Song identifier, identifier,

 9    Uniform Resource Locator.  Those are examples --

10    those are all examples given in the specification of   12:25:24

11    resource locators demonstrating to my bigger point

12    here in this section that resource locator is a

13    different broader concept than a so-called Uniform

14    Resource Locator.

15        Q    Is it your opinion that PURLs are used to     12:25:43

16    identify resources in the Cloud?

17            MR. LEE:  Objection; form, foundation.

18            THE WITNESS:  I'm sorry.  Could you repeat

19    the question?

20    BY MR. KAPLAN:                                          12:26:03

21        Q    Is it your opinion that PURLs are used to

22    identify resources in the Cloud?

23        A    PURLs can be used to identify resources in

24    a number of different locations or different

25    contacts.  The Cloud could certainly be used as one    12:26:17
```

Veritext Legal Solutions
866 299-5127

1     of them.

2          Q     Are URLs used to identify resources in the

3     Cloud?

4               MR. LEE:   Objection to form.

5               THE WITNESS:  So just to be clear, when we          12:26:31

6     say "the Cloud," we're referring broadly to Cloud

7     services provided by Cloud providers; is that

8     correct?

9     BY MR. KAPLAN:

10         Q     That's fine.                                       12:26:46

11         A     So uniform resources -- Uniform Resource

12    Locators, or URLs, are one of a number of different

13    naming regimes that can be used to identify

14    resources in the Cloud.

15         Q     What are the other naming regimes that can         12:27:03

16    be used to identify resources in the Cloud?

17         A     Oh, there's all kinds of things.

18               A good example from the world of the common

19    object request broker architecture, technology

20    standards and specifications and implementations,         12:27:19

21    which began in the mid 1990s continuing on to today

22    would be something called an object reference, which

23    is another way of being able to locate resources in

24    the Cloud.

25               Other technologies over time, such as          12:27:33

                                                          Page 107

```
 1    the -- Microsoft's COM mechanism and D-COMM

 2    mechanism used something called a moniker, which is

 3    another way of being able to identify resources that

 4    are existing in servers or Clouds, or basically

 5    different ways of being able to access information        12:27:52

 6    across the Internet or the World Wide Web.

 7              There's also other concepts that have been

 8    used over the years, such as the mechanisms you

 9    would find in the data distribution service, which I

10    think uses a resource -- an object reference like        12:28:07

11    model to identify resources in distributed systems

12    and networks and clouds.

13              There's also things such as universal

14    unique IDs, UIDs, global unique IDs, GO IDs.  All

15    kinds of different ways to be able to identify           12:28:25

16    resources in Clouds and other distributed systems.

17              So URL is just one of a number of different

18    techniques that are used in order to identify such

19    resources.

20       Q    Do each of the examples you just gave            12:28:37

21    identify location?

22              MR. LEE:  Objection to form.

23              THE WITNESS:  So that's a great question.

24              So kind of going back to the concept of a

25    persistent URL, with CORBAs object references, you       12:28:49
```

Page 108

1    can use object references in a couple different

2    ways.

3              One way to use an object reference is to

4    identify a particular resource in a distributed

5    system or in a Cloud.  That would be one where the          12:29:04

6    address information is actually encoded in the

7    object reference.

8              As with persistent URLs, however, you can

9    also have object references that didn't point to a

10   particular resource but they pointed to some kind of        12:29:17

11   naming service or directory service or locator

12   service or whatnot, and that would then find the

13   resource of interest, redirect -- send a redirect

14   message back to the client, called location

15   forwarding response, and then that would cause the          12:29:34

16   client to redirect the call to the actual resource.

17             Very, very much along the same lines of how

18   a persistent URL works.

19             So these concepts of distributed location

20   and distributed naming and so on have been around           12:29:47

21   for decades.

22   BY MR. KAPLAN:

23        Q    How would you implement a system that can

24   playback multiple songs without using a queue?

25             MR. LEE:  Objection to the form,                  12:29:58

```
 1    incomplete, vague, foundation.

 2           THE WITNESS:  How could -- I'm not sure I

 3    understand the question.

 4    BY MR. KAPLAN:

 5       Q    Do you have a playback system that can        12:30:13

 6    playback multiple songs?

 7           Is it possible to implement that without

 8    using a queue?

 9           MR. LEE:  Same objection.

10           THE WITNESS:  Probably.  I haven't really      12:30:29

11    thought about it very hard, but it's probably

12    doable.  I'm not sure.  I don't know -- quite know

13    the context in which you're asking the question.

14           But it could be possible.  I don't really

15    know.  I haven't done the analysis to think that      12:30:41

16    through.

17    BY MR. KAPLAN:

18       Q    Do you have any examples that you can think

19    of on how to implement such a system without using a

20    queue?                                                12:30:50

21       A    I would have to think about it.  I don't

22    know off the top of my head.

23       Q    Is Sonos's own music queue a playback

24    queue?

25           MR. LEE:  Objection to form, foundation.       12:31:06
```

Page 110

```
 1              I don't know if he's looked at Sonos's

 2      systems.

 3              THE WITNESS:  Yeah.  I'm not really

 4      familiar with the details of how Sonos works.

 5              I'm also not sure if there's one queue or        12:31:22

 6      I'm not sure if there's -- without the Sonos queue,

 7      I don't know if the products have different ways of

 8      implementing the queues, much like disclosed in the

 9      patents, there's different ways of implementing

10      playback queues, so I'm not familiar with how those     12:31:35

11      worked.

12      BY MR. KAPLAN:

13          Q    Have you ever used Sonos products to play

14      music from a queue?

15              MR. LEE:  Objection; relevance.                  12:31:44

16              THE WITNESS:  I've used Sonos's products

17      before, but I'm not sure the way in which I used

18      them, whether I used the queue or not.  I didn't

19      look at the internals of how they were set up to be

20      configured.                                              12:32:06

21      BY MR. KAPLAN:

22          Q    Would you have to look at the internals of

23      how they're set up to be configured to determine

24      whether or not they used a queue?

25              MR. LEE:  Objection; form, hypothetical.         12:32:14
```

Page 111

```
 1              THE WITNESS:  Like I said, I'm not -- I

 2    don't remember enough about the context in which I

 3    used them in order to form an opinion on that or

 4    not.

 5    BY MR. KAPLAN:                                    12:32:27

 6        Q    How did you use the Sonos products?

 7        A    My son has some Sonos speakers and he has

 8    shown me how to use them, but I don't recall the

 9    details of how he did it.

10        Q    Do you recall if you played more than one  12:32:48

11    song on the Sonos speakers that you used?

12        A    No.

13        Q    Did you cite any technical dictionaries

14    that define the term "resource locator" by itself?

15        A    As I say on paragraph 99 in my claim       12:33:23

16    construction declaration, the opinions that I put

17    forth are based on my analysis of the intrinsic and

18    extrinsic evidence of the '615 Patent as cited

19    below.

20              My own experience is -- and my            12:33:39

21    determination of how the POSITA would understand --

22    would have understood the term "resource locator" in

23    the context of the '615 Patent at the time of the

24    invention.

25              And looking through the list of intrinsic 12:33:49
```

                                              Page 112

```
 1    and extrinsic evidence that I cite here, I do not

 2    have dictionary definitions I cite to, intrinsic

 3    evidence and also extrinsic evidence in the form of

 4    other, I believe mostly, other patents from the

 5    general timeframe of the invention that used the        12:34:11

 6    word "resource locator" -- or the phrase "resource

 7    locator."

 8        Q    Let's say when a user transfers playback

 9    from their computing device to the playback device

10    that they have an Internet server that sends the        12:34:38

11    playback device a list of media items and those are

12    going to be played back in some order on the

13    playback device.

14            Do you understand the hypothetical so far?

15        A    Sort of.  So --                                12:34:54

16        Q    Sure.

17            Under your constructions, do you think that

18    the Internet server is adding identifiers to a local

19    playback queue?

20            MR. LEE:  Objection to the form, incomplete     12:35:09

21    hypothetical, foundation.

22            THE WITNESS:  Wow.  I would have to take a

23    look -- I mean, to do a proper analysis, I really

24    have to spend some time looking through the means by

25    which the information was requested and received and    12:35:29
```

1      so on to answer that question properly.

2              MR. LEE:  Are you asking if that's the only

3      way that that could work, Marc?

4              MR. KAPLAN:  My question was under

5      Dr. Schmidt's constructions, would he agree that the          12:35:44

6      Internet server's adding identifiers to a local

7      playback queue.

8              MR. LEE:  Yeah.

9              Objection; vague and ambiguous, relevance,

10     foundation.                                                   12:35:58

11     BY MR. KAPLAN:

12        Q    Under your constructions, Dr. Schmidt,

13     would you agree that the Internet server's adding

14     resource locators to a local playback queue?

15             MR. LEE:  Objection; vague.                           12:36:10

16             I don't even know what construction we're

17     talking about.

18             THE WITNESS:  So I will answer the question

19     by reference to section B in -- subsection B in

20     section 7 of my report which talks about issues             12:36:34

21     related to what a playback queue might or might not

22     contain with respect to multimedia items, whether or

23     not they would be in so-called data form or

24     identifier resource locator form.

25             And as I say throughout that section,               12:36:54

                                                          Page 114

```
 1    there's different ways to implement such a mechanism

 2    and -- or such mechanisms, and so I'd have to know a

 3    little bit more in your hypothetical about what

 4    we're referring to here is and how it's being used

 5    and specifically what you mean by my construction.        12:37:15

 6    BY MR. KAPLAN:

 7        Q    So to answer the last question, the

 8    construction -- when I said "my construction," I

 9    meant the construction that you agreed with in your

10    declaration, which is Sonos's construction.             12:37:25

11        A    Okay.

12             MR. LEE:  Same objection.

13             Still not sure what construction.

14    BY MR. KAPLAN:

15        Q    Well, I want to make sure it's clear.          12:37:37

16             Dr. Schmidt, do you understand which

17    constructions I'm referring to?

18             MR. LEE:  Objection to Sonos's

19    construction.

20             MR. KAPLAN:  I don't know how I can refer       12:37:50

21    to Sonos's construction otherwise, so let me ask the

22    witness.

23    BY MR. KAPLAN:

24        Q    If I refer to Sonos's construction for the

25    local playback queue and resource locator terms,        12:38:00
```

Page 115

1    will you understand what I'm referencing?

2           MR. LEE:  Same objection.

3           I think he's just critiquing those

4    constructions of Google's.

5           THE WITNESS:  So in looking at -- if I have          12:38:15

6    in my declaration under Google's proposed

7    construction, Google's proposed construction, as we

8    all know, is an ordered list of multimedia items

9    that's selected by the user for playback and Sonos's

10   proposed construction is plain and ordinary meaning,    12:38:31

11   no construction is necessary.

12          So is that -- when you say Sonos's

13   construction, are you -- do you mean by that plain

14   and ordinary meaning, no construction necessary?

15   BY MR. KAPLAN:                                           12:38:47

16      Q    I mean the plain and ordinary meaning

17   construction proposed by Sonos and as discussed by

18   you in your declaration.

19      A    Okay.

20      Q    So you can answer.                               12:39:03

21      A    Now that we've narrowed it down to what is

22   meant by my construction, which is really the plain

23   and ordinary meaning no construction necessary

24   construction, can we please repeat the question?

25      Q    Under Sonos's proposed constructions, would     12:39:17

Page 116

 1    you agree that the Internet server's adding resource

 2    locators to a playback queue?

 3          MR. LEE:  Same objection; incomplete

 4    hypothetical, vague.

 5          THE WITNESS:  Again, I would really have to       12:39:31

 6    take a look to see what is going on here.  I don't

 7    know how said Internet servers work.  I don't know

 8    how the playback queue is being defined.  I don't

 9    know how -- I mean, in your hypothetical, I'm not

10    sure what you mean by "resource locators" and what       12:39:53

11    kinds of information is coming from the Internet.

12          So really to do a fair and thorough justice

13    to your question, I would have to know more -- the

14    hypothetical would have to be flushed out quite a

15    bit.  I probably would have to do some analysis to       12:40:10

16    see what it's doing to know if it matches the

17    construction, the plain and ordinary meaning

18    construction.

19    BY MR. KAPLAN:

20       Q    Are you familiar with the C++ Standard          12:40:18

21    Template Library?

22       A    Yes.

23       Q    You've taught the C++ Standard Template

24    Library in your classes at Vanderbilt?

25       A    I have.                                         12:40:30

                                                      Page 117

```
 1        Q    Does the C++ Standard Library define

 2   queues?

 3        A    Yes.  It defines several different queues.

 4        Q    There's one queue in particular that's

 5   defined in the C++ Standard Template Library; right?      12:40:40

 6             MR. LEE:  Objection.

 7             THE WITNESS:  No, there's not.

 8   BY MR. KAPLAN:

 9        Q    How many different queues are defined in

10   the C++ Standard Template Library?                        12:40:41

11        A    Well, there's at least three different

12   queues that are defined in the Standard Template

13   Library.

14        Q    What are their names?

15        A    One is called Queue, another one is called    12:41:03

16   Priority Queue, and there's another one that's

17   called Stack.

18             But then there's other types of queues that

19   are defined in other ways that work in different --

20   that provide collections of data.                        12:41:19

21             So there's probably more of them, but those

22   are three -- they're actually what's known as

23   container adapters.

24        Q    So when I say the C++ Standard Template

25   Library Queue, can we agree that I'm referring to        12:41:33
```

Page 118

```
 1    the actual queue as designed in the C++ Standard

 2    Template Library?

 3           THE REPORTER:  I'm sorry.  Can you say that

 4    question again?

 5           MR. KAPLAN:  Maybe I can rephrase the          12:41:54

 6    question just to make sure the witness and I are

 7    speaking the same language.

 8    BY MR. KAPLAN:

 9      Q    When I ask what the names of the different

10    queues are as defined in the C++ Standard Template    12:42:06

11    Library, I believe you said that they are Queue,

12    Priority Queue and Stack.

13           Is that fair?

14      A    Those are some of the queues -- the

15    queueing mechanisms that are defined in C++ Standard  12:42:21

16    Template Library.

17      Q    So the first one of those is called Queue

18    and I'd like to refer to that as the C++ Standard

19    Template Library Queue.  Is that okay?

20      A    I think maybe a more precise way of saying    12:42:39

21    that would be the container adapter whose class name

22    is Queue, because, again, there's other kinds of

23    queues that are part of the C++ Standard Template

24    Library.

25      Q    That's a bit of a mouthful.                   12:42:58
```

Page 119

```
 1            If I said the class that's called Queue,

 2      would you understand what I'm referring to?

 3         A    Yes.

 4         Q    The class that's called Queue, is that a

 5      FIFO structure?                                    12:43:11

 6              MR. LEE:  Objection to the form,

 7      foundation, vague.

 8              THE WITNESS:  That's a good question.

 9              I believe it is, but I would have to go

10      back and double check to make sure there's not other   12:43:39

11      capabilities that can be accessed through that

12      interface.

13      BY MR. KAPLAN:

14         Q    With the class Queue, you can push elements

15      into the end of the queue; correct?                12:43:49

16              MR. LEE:  Objection; form.

17              THE WITNESS:  The class in C++ whose name

18      is Queue, as I recall, has a push method that will

19      add an element to the end of the underlying data

20      representation.                                    12:44:21

21              There could be different representations

22      used to implement the queue.  That's one of the

23      features of queues or container adapters in C++, is

24      you can actually have data structures under the hood

25      that implement the mechanisms that they provide.   12:44:36
```

                                                    Page 120

1          But if my memory serves me correctly, one

2    of the operations on the C++ STL queue is indeed

3    push, keeping in mind that there are other types of

4    queues in C++  STL.

5    BY MR. KAPLAN:                                      12:44:54

6        Q    The class queue has the ability to pop

7    elements off the front of the queue; correct?

8            MR. LEE:  Same objection; form, vague.

9            THE WITNESS:  Again, it's my recollection

10   that the C++ class named queue has pop operator that    12:45:06

11   will remove an item from the front of the queue,

12   although it's got rather strange semantics in that

13   it does not actually return the item that was

14   removed, which is kind of strange.

15           But, again, it's one of a number of          12:45:30

16   different ways of implementing the concept of the

17   queue.

18           MR. KAPLAN:  Dr. Schmidt, could you open

19   Exhibit 6, which I've just uploaded.

20           (Whereupon, Google Exhibit 6 was            12:45:51

21           marked for identification by the

22           Court Reporter.)

23           THE WITNESS:  Okay.  I've got it.

24   BY MR. KAPLAN:

25       Q    Exhibit 6 is a presentation entitled "Key    12:46:23

                                              Page 121

1    STL Features:  Containers, Iterators, & Algorithms,"

2    and it has your name, Douglas C. Schmidt, on the

3    first page.

4         Do you see that?

5    A   I do.          12:46:41

6    Q   Is this a presentation that you created

7    while you were at Vanderbilt?

8    A   Actually, it's a portion of a presentation

9    that I created when I was a professor earlier and

10   have used at Vanderbilt.        12:46:55

11   Q   You've used this presentation Exhibit 6 at

12   Vanderbilt?

13   A   That's correct.

14   Q   Did you use this presentation in

15   conjunction with teaching a C++ class?     12:47:06

16   A   It was a course called Intermediate

17   Software Design, which is a course that covers

18   different ways of advanced -- well, maybe

19   intermediary programming -- intermediate software

20   development focusing on design patterns, as well as   12:47:24

21   good programming techniques, debugging techniques,

22   source code, and software engineering, management

23   techniques, and parts of C++ are also covered as

24   well.

25   Q   If you go to page 7 of this presentation,   12:47:40

```
 1    there's a chart on the right.  It includes a column,

 2    in the second row down, that chart element says

 3    "queue" and then to the right of that there's a

 4    column that says "characteristics."  It says,

 5    "First-in/first-out data structure."                    12:48:00

 6           Do you see that?

 7    A     There's a bunch of pages named number 7.

 8           Which one are you referring to in the PDF?

 9    Q     There are.  I'm actually referring to the

10    final page --                                           12:48:15

11    A     Okay.

12    Q     -- of the PDF.

13    A     Yes.  Those are the examples of the various

14    container adapters we were talking about earlier.

15    Q     Next to queue, it says, "First-in/first-out       12:48:27

16    data structure."

17           Do you see that?

18    A     I do.

19    Q     Does that refresh your recollection as to

20    whether or not the class queue is the                   12:48:34

21    first-in/first-out data structure?

22    A     That's the way it's defined in C++, yes.

23    Q     In this presentation, do you refer to

24    stacks as queues?

25    A     If you take a -- this is -- as I mentioned,        12:48:52
```

Page 123

1       this is an excerpt from a much longer set of

2       material on C++ and the Standard Template Library.

3               If you were to go look in more detail at

4       later parts that have been omitted here in the

5       slides you're showing me, there's extensive                    12:49:08

6       discussions of the APIs that are available for both

7       Stack -- well, for both Stack, Queue and Priority

8       Queue, and they all have the same API.

9               And so as a result, they're treated

10      inconsistent -- in consistent ways with respect to             12:49:24

11      the operations.  It's simply that the way in which

12      the container's implemented and the semantics as

13      defined in C++, which is not the only way to do

14      things, of course, relative to what queues are;

15      certainly not relevant to playback queues, per se.             12:49:44

16              So, yes.  There's parts of those APIs that

17      are similar, so they all have the same interface.

18         Q    In the larger set of materials that you're

19      referring to, those materials refer to the class

20      queue -- strike that.                                          12:49:59

21              Sorry.  I have to do a big wind up again in

22      the larger set of materials that you're referring

23      to.

24              Are there portions of those materials that

25      refer to the class Stack as a queue?                           12:50:12

                                                            Page 124

```
1        A    There are portions of that material that

2   describe how the interfaces for stacks and queues

3   and priority queues are all the same and, therefore,

4   what differs is the way the implementation handles

5   the protocol for adding or removing elements from          12:50:31

6   the container adapter.

7        Q    For example -- sorry.

8             Go ahead.

9        A    So when I teach those parts of the course,

10  I always mention that the interface is for Stack and       12:50:44

11  Queue and Priority Queue are the same.

12       Q    The operations within the class queue are

13  different than the operations within the class

14  Stack; right -- strike that.

15            I can ask a better question.                     12:51:06

16            The functions within the class queue are

17  different than the functions within the class Stack;

18  correct?

19            MR. LEE:  Objection to form.

20            THE WITNESS:  I think as I just explained,        12:51:16

21  the interface is for Stack and Queue and Priority

22  Queue are all the same.  They have operations

23  like -- or largely the same.  They have operations

24  like -- I believe it's push and pop, which are very

25  strange names for a queue especially.                      12:51:32
```

Page 125

1              I believe, if I'm not mistaken, they have

2      operations push and pop defined on all of them, and

3      so those operations have the same signatures.

4              Is that what you are asking?

5      BY MR. KAPLAN:                                          12:51:48

6          Q    Is the class Stack in the C++ Standard

7      Template Library a last-in/first-out data structure?

8              MR. LEE:  Objection to form.

9              THE WITNESS:  It depends what you'd

10     substantiate it with.                                   12:52:05

11     BY MR. KAPLAN:

12         Q    So can I draw your attention to the last

13     page of the presentation in Exhibit 6.

14              And on that last page next to Stack, it

15     says "first-in/last-out data structure."               12:52:17

16              Do you see that?

17         A    I do.

18         Q    Do you agree that the Stack is a

19     first-in/last-out data structure?

20         A    Again, if you're asking me in the context      12:52:26

21     of C++ STL, it all depends on what kind of container

22     parameter you pass to the container adapter.

23     Container adapters are basically, as the name

24     suggests, adapters, and you provide them with

25     container implementations, for lack of a better         12:52:51

Page 126

1     term, and they adapt them in different ways.

2            So depending what you pass in, how you --

3     how you parameterize the container adapter, be it

4     Stacked, Queue or Priority Queue, that actually

5     dictates the behavior that you will get when you          12:53:08

6     called a common operations push and pop on instances

7     of those container adapters that have been

8     substantiated.

9        Q    So is it your opinion that the Stack

10    container might be a first-in/last-out data              12:53:22

11    structure and it might not?

12       A    That is correct.

13       Q    Is your opinion that the Queue might be a

14    first-in/first-out data structure, or it might not?

15       A    That's also correct.                            12:53:33

16       Q    Is that what your presentation says here on

17    the final page of Exhibit 6?

18       A    No.  This is just describing one of the

19    out-of-the box behaviors.  But if your question was

20    how does a Stack work, how does the Stack container     12:53:48

21    adapter work in C++ STL, the thorough answer to the

22    question is it depends on the type of container

23    implementation that you use to substantiate the

24    Stack template.

25       Q    Does a Stack -- strike that.                    12:54:06

```
1            Does a Queue as defined by the C++ Standard

2     Template Library have order?

3            MR. LEE:  Objection to form.

4            THE WITNESS:  Again, keeping in mind the

5     bigger context here, the term "playback queue" as          12:54:23

6     defined in the '615 and '033 Patent and not relating

7     to C++ in any way, shape, or form.

8            One of the default behaviors for the C++

9     container adapter queue is to provide

10    first-in/first-out semantics.                              12:54:42

11           As to how it achieves that, again, is an

12    implementation detail.

13    BY MR. KAPLAN:

14       Q   My question was:  Does a queue as defined

15    in the C++ Standard Template Library have order?          12:54:59

16           MR. LEE:  Objection to form.

17           THE WITNESS:  Again, going back to what I

18    was saying before, in the C++ Standard Template

19    Library, the behavior of the queue depends on how

20    you substantiate the queue container and adapter.         12:55:20

21    So there's no one answer to that question, number 1.

22    So the answer is it depends similar to the question

23    you asked me before.

24           Likewise, just to make the point more

25    clear, the C++ STL container adapters that have the       12:55:34
```

Page 128

1    word "queue" in them are not at all relevant in the

2    context of playback queue as defined in the '615 and

3    the '033 Patent specifications and claims.

4         MR. KAPLAN:  Can we take a very quick

5    three- or four-minute break?                        12:56:10

6         MR. LEE:  Sure.  Let's go off the record.

7    Sit in place.

8         THE VIDEOGRAPHER:  We're off the record at

9    12:56 p.m.

10        (Whereupon, a recess was held                   12:56:19

11        from 12:56 p.m. to 1:02 p.m.)

12        THE VIDEOGRAPHER:  We're on the record at

13   1:02 p.m.

14        MR. KAPLAN:  Dr. Schmidt, thank you very

15   much for your time today.                            13:02:50

16        No further questions.

17        THE WITNESS:  Thank you.

18        MR. LEE:  We have no questions for you

19   either, Dr. Schmidt.

20        THE WITNESS:  Thank you.                        13:02:56

21        MR. KAPLAN:  You may reserve signature.

22        MR. LEE:  We'll reserve signature.

23        Thank you, Marc.

24        THE VIDEOGRAPHER:  Off the record at

25   1:03 p.m.                                            13:03:09

                                          Page 129

1           This concludes today's testimony given by

2     Douglas Schmidt, Ph.D.  The total number of media

3     units used was four and will be retained by Veritext

4     Legal Solutions.

5              (Whereupon the deposition proceedings

6              were concluded at 1:03 p.m.)

7                        -o0o-

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Veritext Legal Solutions
866 299-5127

1    STATE OF CALIFORNIA        )

                                ) ss.

2    COUNTY OF LOS ANGELES      )

3

4

5              I, DOUGLAS SCHMIDT, Ph.D., declare

6    under penalty of perjury that the foregoing

7    testimony is true and correct to the best of my

8    knowledge and belief.

9

10             Dated this ___ day of _____, 2022.

11

12

13                   _____

14                        (DOUGLAS SCHMIDT, Ph.D.)

15

16

17

18

19

20

21

22

23

24

25

                                        Page 131

```
 1    STATE OF CALIFORNIA     )
 2    COUNTY OF LOS ANGELES ) ss.

 3

 4          I, D'Anne Moungey, C.S.R. No. 7872 in and
 5    for the State of California, do hereby certify:
 6          That prior to being examined, the witness
 7    named in the foregoing deposition was by me duly
 8    sworn to testify to the truth, the whole truth, and
 9    nothing but the truth;
10          That said deposition was taken down by me
11    in shorthand at the time and place therein named and
12    thereafter reduced to typewriting under my
13    direction, and the same is a true, correct, and
14    complete transcript of  said proceedings;
15          That if the foregoing pertains to the
16    original transcript of a deposition in a Federal
17    Case, before completion of the proceedings, review
18    of the transcript {X} was { } was not required.
19          I further certify that I am not interested
20    in the  event of the action.
21          Witness my hand this 8th day of March,
22    2022.

23

                    Certified Shorthand Reporter
24                  For the State of California

25
```

1    GEORGE LEE, ESQ.

2    lee@ls3ip.com

3                                        March 8, 2022

4    RE: GOOGLE LLC VS. SONOS, INC.

5    MARCH 3, 2022, DOUGLAS SCHMIDT, PH.D., JOB NO. 5116748

6    The above-referenced transcript has been

7    completed by Veritext Legal Solutions and

8    review of the transcript is being handled as follows:

9    __ Per CA State Code (CCP 2025.520 (a)-(e)) - Contact Veritext

10      to schedule a time to review the original transcript at

11      a Veritext office.

12   __ Per CA State Code (CCP 2025.520 (a)-(e)) - Locked .PDF

13      Transcript - The witness should review the transcript and

14      make any necessary corrections on the errata pages included

15      below, noting the page and line number of the corrections.

16      The witness should then sign and date the errata and penalty

17      of perjury pages and return the completed pages to all

18      appearing counsel within the period of time determined at

19      the deposition or provided by the Code of Civil Procedure.

20   __ Waiving the CA Code of Civil Procedure per Stipulation of

21      Counsel - Original transcript to be released for signature

22      as determined at the deposition.

23   __ Signature Waived - Reading & Signature was waived at the

24      time of the deposition.

25

                                              Page 133

1    _X_Federal R&S Requested (FRCP 30(e)(1)(B)) - Locked .PDF

2       Transcript - The witness should review the transcript and

3       make any necessary corrections on the errata pages included

4       below, noting the page and line number of the corrections.

5       The witness should then sign and date the errata and penalty

6       of perjury pages and return the completed pages to all

7       appearing counsel within the period of time determined at

8       the deposition or provided by the Federal Rules.

9    __ Federal R&S Not Requested - Reading & Signature was not

10      requested before the completion of the deposition.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Veritext Legal Solutions
866 299-5127

```
 1   RE: GOOGLE LLC VS. SONOS, INC.

 2   DOUGLAS SCHMIDT, PH.D., JOB NO. 5116748

 3                  E R R A T A   S H E E T

 4   PAGE_____ LINE_____ CHANGE_____

 5   _____

 6   REASON_____

 7   PAGE_____ LINE_____ CHANGE_____

 8   _____

 9   REASON_____

10   PAGE_____ LINE_____ CHANGE_____

11   _____

12   REASON_____

13   PAGE_____ LINE_____ CHANGE_____

14   _____

15   REASON_____

16   PAGE_____ LINE_____ CHANGE_____

17   _____

18   REASON_____

19   PAGE_____ LINE_____ CHANGE_____

20   _____

21   REASON_____

22

23   _____    _____

24   WITNESS                             Date

25
```

Page 135

**[& - ability]**

| & |
|---|
| **&**   2:10,16 5:5,7,9<br>122:1 133:23<br>134:9 |

| 0 |
|---|
| **033**   30:4,7,9,15<br>31:10,11,18 37:6,8<br>90:25 97:1,21<br>128:6 129:3<br>**06754**   1:6 4:15 |

| 1 |
|---|
| **1**   3:12 4:11 7:3,5<br>41:7,7 43:24,24<br>52:11 128:21<br>134:1<br>**1-312-754-9602**<br>2:13<br>**10**   32:14<br>**10,779,033**   3:15<br>**100**   103:11<br>**101**   48:1<br>**103**   104:21,22<br>**104**   105:20<br>**10779033**   30:22<br>**1099s**   8:20<br>**10:16**   51:20,22<br>**10:28**   51:22,24<br>**11:46**   103:1,3<br>**121**   3:18<br>**12:20**   103:3,5<br>**12:56**   129:9,11<br>**13**   14:17,21,24<br>26:12 31:24 32:1<br>38:21 39:1 47:16<br>**14**   3:14<br>**17**   62:25 64:16<br>**18**   64:17<br>**18515**   132:23<br>**19**   14:18 |

**1990s**   107:21
**1:02**   129:11,13
**1:03**   129:25 130:6

| 2 |
|---|
| **2**   3:14 14:2 37:21<br>**20**   7:19,20<br>**20-06754**   1:11<br>**2011/000433**   3:16<br>**2011/4330**   71:12<br>**2012/00899**   3:17<br>**2012/89910**   84:16<br>**2022**   1:19 2:3 4:2<br>4:6 131:10 132:22<br>133:3,5<br>**2025.520**   133:9,12<br>**23**   37:22<br>**25**   8:18<br>**2:00**   102:17 |

| 3 |
|---|
| **3**   1:19 2:3 3:15 4:2<br>30:21 31:1,11<br>133:5<br>**30**   134:1<br>**31**   3:15 65:22<br>**312-705-7400**   2:19<br>**316**   72:4,10<br>**318**   72:8<br>**32**   65:23<br>**320**   72:14<br>**33**   32:14,21<br>**35**   13:21 105:8<br>**3:20**   1:6 4:15<br>**3:21**   4:18<br>**3rd**   4:6 |

| 4 |
|---|
| **4**   3:16 63:1 65:15<br>71:9,10,13<br>**45**   37:3<br>**47**   33:9 52:10,13<br>53:14 63:22 74:17 |

75:2 81:22 92:20
98:20
**48**   14:19 71:24
92:20
**49**   65:3,10,11
92:21

| 5 |
|---|
| **5**   3:17 84:8,9,15,18<br>**50**   8:12,15,15,16<br>84:18 85:3<br>**51**   71:4,22<br>**5116748**   1:24<br>133:5 135:2<br>**52**   84:3<br>**524**   84:23<br>**526**   86:14<br>**555**   2:17<br>**58**   53:13 55:23<br>57:4,19 75:2 82:6<br>82:14<br>**59**   75:2 82:6<br>101:15,18<br>**5th**   2:18<br>**5w**   2:12 |

| 6 |
|---|
| **6**   3:5,18 121:19,20<br>121:25 122:11<br>126:13 127:17<br>**60661**   2:12<br>**615**   13:24 14:8,15<br>14:18,22,24 28:19<br>29:5 30:5 31:18<br>31:22 32:6,15,22<br>37:5,9 38:22<br>47:16 90:25 97:1<br>97:20 104:25<br>105:6,12,23 106:2<br>112:18,23 128:6<br>129:2 |

**656**   2:11

| 7 |
|---|
| **7**   3:12 114:20<br>122:25 123:7<br>**71**   3:16<br>**7559**   4:18<br>**76**   88:2 97:6<br>**7872**   1:25 2:4<br>132:4 |

| 8 |
|---|
| **8**   133:3<br>**82**   98:13<br>**83**   100:10<br>**84**   3:17<br>**87**   92:13 94:12<br>**88**   54:21 55:24<br>59:21 94:12,20,25<br>95:8 96:2,23<br>97:20 98:25 99:2<br>99:11 100:3,13,20<br>101:5<br>**8th**   132:21 |

| 9 |
|---|
| **9**   28:25<br>**9,967,615**   3:14<br>**91**   67:22<br>**93**   65:23 66:12<br>69:16<br>**94065**   2:18<br>**99**   112:15<br>**9967615**   29:15<br>**9:08**   2:3 4:2,6 |

| a |
|---|
| **a.m.**   2:3 4:2,6<br>51:20,22,22,24<br>103:1,3<br>**a1**   48:19,22,23<br>**ability**   48:8 57:6<br>79:8 121:6 |

**[able - arrangements]**

**able** 18:7 26:2
40:15 42:7 43:8
44:5 45:16 46:19
48:9,12 50:10
75:25 78:25 79:8
83:18 95:10 96:19
97:11 107:23
108:3,5,15
**abstraction** 80:25
**abstracts** 81:15
**access** 7:1 41:11
41:21 42:12 48:4
76:20 77:7,12
79:17 81:11,12,13
83:17,18 108:5
**accessed** 78:3,8
79:11 120:11
**accessible** 83:9
**accessing** 11:9
48:13 80:8,20
**accurate** 10:18
**accurately** 10:21
**achieves** 128:11
**action** 4:22 132:20
**actual** 44:7 95:15
104:11,13 109:16
119:1
**ada** 13:7
**adapt** 127:1
**adapter** 119:21
125:6 126:22
127:3,21 128:9,20
**adapters** 118:23
120:23 123:14
126:23,24 127:7
128:25
**add** 48:14 76:9,10
76:11,12 81:10,11
81:12 120:19
**added** 72:8,13,19
73:5,6 81:3 86:16

**adding** 73:2,21
113:18 114:6,13
117:1 125:5
**additional** 21:6
22:11
**address** 41:17
42:5,10,13 43:18
48:6 103:16,24
104:5,18 109:6
**addresses** 42:4,5,8
44:4
**addressing** 64:9
64:23
**adobe** 28:21
**advanced** 122:18
**affect** 95:17
**affiliations** 4:25
**ago** 60:16 61:24
**agree** 4:9 91:3
114:5,13 117:1
118:25 126:18
**agreed** 115:9
**ahead** 26:9 35:12
37:16 69:6 104:1
104:10 125:8
**akin** 39:20 102:20
**album** 33:17 64:14
66:4,6 96:12,13,13
96:14
**algorithms** 3:18
78:25 79:3 80:5
122:1
**allow** 20:5 45:19
**allows** 57:10
**alternative** 56:18
**alternatively** 72:9
**ambiguous** 90:19
91:13 114:9
**ambiguously** 44:6
**analysis** 51:13
58:20 59:13 65:19

67:3,4 68:25 69:7
69:22 83:25 92:3
94:9 110:15
112:17 113:23
117:15
**android** 17:25
18:10 22:4,24,25
23:4
**angeles** 131:2
132:2
**answer** 3:23 9:14
9:15,22 17:3,21
18:20 23:22 24:9
24:17 26:2 27:1
32:9 45:17,19
46:25 50:10,22
56:22 57:1 59:24
60:9,14,17,20 61:8
61:11,13,14,14,15
61:17,24 62:7,11
62:12,23 74:3
93:21 97:16 100:8
100:24 101:8
114:1,18 115:7
116:20 127:21
128:21,22
**answered** 60:6
62:1 99:6 100:6
**answering** 100:1
**answers** 55:20
99:16
**anticipate** 96:11
**anticipated** 92:2
**api** 124:8
**apis** 124:6,16
**apk** 21:20,25 22:5
22:10,11,15,19
23:1,1 24:13,23
25:9
**apologize** 71:23

**app** 17:25 19:18
19:23 20:10,18
21:9,10,15,16
47:11
**appear** 27:11 70:3
82:6 88:5
**appearance** 5:2
**appearances** 2:7
4:25
**appeared** 25:19
**appearing** 133:18
134:7
**appears** 37:21
63:8,9,11,15,21,24
64:6,10 65:21,21
66:16 69:23 86:2
**append** 86:13
**appending** 86:6
**apple** 18:11 20:10
21:10
**applicable** 11:13
**application** 22:3
23:2,2,7,24 48:11
71:11 78:11 84:16
105:11
**applications** 12:19
17:24 18:7,14
19:20 23:4 70:16
**applies** 17:22
**approach** 66:4
**approaches** 93:8
**appropriate** 46:15
47:9,11 74:25
**apps** 18:8,9 19:20
20:7
**architected** 43:4
**architecture**
107:19
**areas** 11:2 12:1
**arrangements**
52:20 74:19 81:25

**arranging** 53:21
**array** 53:19
**art** 63:16 73:13,17
75:3
**artificial** 11:7
**artist** 44:10 49:23
**aside** 69:13 92:14
**asked** 25:19 60:7
60:15 61:10,10,23
62:8,21 83:14
98:24 100:5
128:23
**asking** 9:6 14:14
22:15 25:20 34:24
35:4,10,11,12,18
35:20,21 49:25
69:8 78:11 99:25
110:13 114:2
126:4,20
**aspect** 94:4
**assembly** 16:5
17:15
**associate** 44:6
47:20
**associated** 39:20
40:12,15,21 41:12
46:18,23 48:11
49:19,20 50:8
51:8 63:15,16
70:21 102:22
**assuming** 46:13
100:18
**assumptions** 25:1
25:2,4,8
**assurance** 12:23
**attending** 4:7
**attention** 38:21
126:12
**attorney** 5:3 9:10
9:13

**attorneys** 6:8,20
52:7
**audio** 4:8 32:20
33:4,7 34:18 35:3
35:6,14 36:7,8,11
36:16,18,22
102:21
**automatically**
66:4
**available** 14:12
124:6
**aware** 36:11 49:18
49:21

**b**

**b** 3:10 114:19,19
134:1
**back** 13:6 23:19
31:21 32:19,24
35:22 37:3 38:21
52:2 60:14 61:22
62:20 72:6,12
85:21 92:23 95:11
95:13 96:8 99:12
103:7 104:11,12
104:13 108:24
109:14 113:12
120:10 128:17
**background** 12:3
**based** 11:21 12:8
13:1 79:11 112:17
**basically** 22:1 53:2
108:4 126:23
**basis** 57:10
**began** 107:21
**beginning** 5:2
76:10,11 103:14
**begins** 14:18 26:12
72:3 84:22 86:12
**behalf** 2:1 5:5,7
**behave** 79:1,3

**behavior** 100:15
127:5 128:19
**behaviors** 127:19
128:8
**belief** 131:8
**believe** 30:6 35:8
38:3,5 54:23
61:10,13 67:4
70:12 75:3 113:4
119:11 120:9
125:24 126:1
**best** 93:11 131:7
**bet** 10:10
**better** 43:22 73:16
78:6 95:25 97:14
125:15 126:25
**beyond** 40:17
41:23 61:20
**big** 89:11 124:21
**bigger** 101:8
106:11 128:5
**bit** 10:3 16:17
23:11 42:18 43:22
53:13 78:16 93:21
100:21 115:3
117:15 119:25
**boolean** 59:11,14
**bottom** 64:16
65:22 72:14 73:6
73:14,18,22 74:6
101:18
**box** 127:19
**boyea** 2:11 5:8
6:13,15
**break** 9:18,21,23
51:17,18 52:8
94:2 102:8,8,11
129:5
**brief** 9:4
**broader** 106:13

**broadly** 89:5
107:6
**broker** 107:19
**browser** 46:20
48:9
**bunch** 32:21 42:2
45:5 70:9 97:10
123:7
**button** 84:23
86:14

**c**

**c** 1:11 3:12 6:5
13:7,8,17 17:13,13
18:11 19:17,22,24
20:6 69:15 92:11
94:1 97:6 117:20
117:23 118:1,5,10
118:24 119:1,10
119:15,18,23
120:17,23 121:2,4
121:10 122:2,15
122:23 123:22
124:2,13 126:6,21
127:21 128:1,7,8
128:15,18,25
**c.s.r.** 132:4
**ca** 133:9,12,20
**california** 1:2 2:2
2:18 4:1,15,17
131:1 132:1,5,24
**call** 20:2 38:24
109:16
**called** 18:8 21:17
55:10,12 76:6
104:2,11 106:13
107:22 108:2
109:14 114:23
118:15,15,17
119:17 120:1,4
122:16 127:6

[calling - conjunction]

calling  87:5
calls  32:8 40:5
capabilities  79:14
  90:24 120:11
capability  57:17
  97:14
capable  32:19
careful  38:17
carefully  38:14
  40:8 49:11 50:6
  51:14 87:3 101:6
case  5:12 16:9
  30:3 42:20 56:6
  57:5 58:1 59:18
  69:24 82:6 89:5
  96:16,16 98:2,19
  100:23 101:10
  102:4 132:17
cause  15:5 46:13
  46:14 47:13
  109:15
causes  84:23 86:14
causing  26:13
caution  87:10
ccp  133:9,12
certain  18:20 79:3
  89:5
certainly  11:17
  12:6 76:18 82:10
  83:8 93:12 98:2
  100:25 106:25
  124:15
certified  132:24
certify  132:5,19
cetera  33:18
change  135:4,7,10
  135:13,16,19
changed  101:5
characteristic
  75:11,17,22

characteristics
  34:11 81:17 123:4
chart  123:1,2
check  120:10
chicago  2:12
chip  16:9
chrome  28:21
citations  97:10
cite  112:13 113:1,2
cited  112:18
city  2:2 4:1
civil  133:19,20
claim  6:24 7:10
  11:14 14:17,21,24
  23:12 24:3 26:11
  26:21 27:3 28:15
  28:25 31:24 32:1
  32:1,13 38:21
  39:1,5 40:4,11
  41:6 43:24 47:16
  48:1 52:10 54:22
  58:5,6 64:1 69:8
  112:15
claims  30:12 31:17
  98:14 99:8,18
  101:10 105:25
  129:3
clarification  5:10
clarify  10:9
class  119:21 120:1
  120:4,14,17 121:6
  121:10 122:15
  123:20 124:19,25
  125:12,13,16,17
  126:6
classes  75:20
  117:24
clear  10:8 25:15
  33:4 50:23 59:24
  63:25 64:25 65:16
  65:25 66:10 69:10

69:11,17 70:1
  77:19 87:19 90:14
  91:14,16 97:2
  107:5 115:15
  128:25
click  27:25 28:3,8
  28:25 46:11 48:10
client  109:14,16
closer  38:4
cloud  11:3,10,19
  12:9,20 106:16,22
  106:25 107:3,6,6,7
  107:14,16,24
  109:5
clouds  108:4,12,16
code  15:10,16,16
  15:24 16:3,5,6,6
  16:12,12,16,20,21
  17:6,12,15,16,16
  17:20 18:1,17
  19:3,4,12 56:9
  95:13 122:22
  133:9,12,19,20
collection  78:18
  79:9,16
collections  118:20
colloquial  52:17
column  14:18
  37:21 123:1,4
com  108:1
come  79:7
comes  8:7
coming  117:11
comm  108:1
commencing  2:2
common  17:11
  74:6 96:19 107:18
  127:6
compiled  16:3
  19:14

compiler  17:14
complete  132:14
completed  133:7
  133:17 134:6
completion  132:17
  134:10
components  22:2
  22:16
compound  22:13
comprising  15:7
computer  15:2
  30:1 44:13 45:11
  46:21 47:8 48:9
  76:25 77:16
computing  11:4
  11:19 12:10,20
  93:4 113:9
conceivably  18:15
  43:10
concept  42:11
  43:25 55:20 91:17
  93:8 98:21 106:13
  108:24 121:16
concepts  108:7
  109:19
concluded  130:6
concludes  130:1
conclusion  32:8
  40:6
configured  46:13
  111:20,23
confirm  31:9
confronted  79:1
confused  16:15
  46:17
confusing  34:15
  58:16 59:9 60:4
  61:20 62:19 69:23
  77:18
conjunction
  122:15

Veritext Legal Solutions
866 299-5127

[connected - csr]

connected  79:19
consistent  47:25
  99:21 124:10
consistently  101:3
consists  9:5
constitute  56:17
  56:19 96:4
construct  53:2,7
  53:11,17,18,20,24
  54:8,16,20 55:21
  55:21 56:18,20,24
  57:5,12,18,21 58:2
  58:13 59:20 60:2
  60:11 61:7 62:17
  82:18 89:8 91:22
  93:14 95:16
  101:11
constructed  43:13
  82:21,24
construction  6:24
  7:10 11:14 23:13
  24:3 28:15 32:14
  41:6 43:24 48:1
  52:11 54:22 58:5
  58:6,21 63:3,11,19
  64:2,6,11,25 65:5
  65:13,14,16,17
  66:23 67:10,11,16
  67:25 68:6,9,20
  69:8,17 86:3
  87:23 88:4,6,11
  89:12 90:14,18,22
  91:24 92:5 93:13
  93:24 112:16
  114:16 115:5,8,8,9
  115:10,13,19,21
  115:24 116:7,7,10
  116:11,13,14,17
  116:22,23,24
  117:17,18

constructions
  113:17 114:5,12
  115:17 116:4,25
constructs  53:12
  53:15 80:6 88:23
consulting  7:25
  8:2,4,7
contact  133:9
contacts  106:25
contain  87:21
  97:24 98:16
  101:23 104:5,18
  114:22
container  52:18
  52:24,25 74:18
  81:23 89:8 92:21
  98:21 118:23
  119:21 120:23
  123:14 125:6
  126:21,22,23,25
  127:3,7,10,20,22
  128:9,20,25
container's  124:12
containers  3:18
  122:1
contains  22:15
  34:22 104:19
content  32:2,6,20
  33:5,8,11,13 34:3
  34:7,13 35:6,14
  36:7,8,11,16,19
  37:4,12,15,19,23
  37:25 38:1,7,16
  39:8,18 46:23
  47:18,21 53:4
  64:22 65:20 70:10
  97:22 98:1,4
  102:20
contents  22:19
  23:1 34:22 76:20

context  8:3,5 16:2
  16:17,25 17:2
  20:7 22:3 24:15
  32:6 34:9 35:4,11
  35:18,24 36:3,20
  36:22,24 37:2
  39:15,20 42:20
  49:20 53:1,8
  54:11 56:21 57:1
  57:17 58:3,11
  59:3 60:2,11 61:6
  62:16 63:7,9,20
  73:4,20 74:5,11,13
  75:1,5,19 81:19,20
  81:21 82:3,5
  85:22 87:6 93:16
  102:19 110:13
  112:2,23 126:20
  128:5 129:2
contiguous  88:18
continue  4:8
continues  66:12
continuing  64:17
  107:21
control  15:6 26:14
  26:16,17
controls  26:16
  27:5
copy  30:7
corbas  108:25
correct  7:13 8:1,5
  8:25 14:10 29:19
  36:25,25 59:22
  68:15 70:13 77:14
  97:17 103:21
  107:8 120:15
  121:7 122:13
  125:18 127:12,15
  131:7 132:13
corrections  133:14
  133:15 134:3,4

correctly  67:9
  121:1
correspond  42:15
  42:22 43:2 44:17
  45:12 47:1,17
  48:23 50:13 51:1
corresponding
  39:6,17,19 40:12
  43:19 55:14,15
corresponds  49:8
  50:1 56:13 97:24
counsel  2:7 4:13
  4:24 5:11 133:18
  133:21 134:7
count  88:5
county  6:6,7 131:2
  132:2
couple  29:11
  47:19 109:1
course  13:4 16:10
  55:17 102:15
  122:16,17 124:14
  125:9
courses  11:8 12:15
  12:17,18 13:7,10
  13:14,20 79:14
court  1:1 4:14,17
  4:21 5:13 7:7 10:1
  10:11,14 14:4
  31:3 71:15 84:11
  102:15 121:22
covered  122:23
covers  17:3 63:4
  122:17
created  122:6,9
critique  65:12
  66:11 69:5
critiquing  116:3
cross  62:6
csr  1:25 2:4

Veritext Legal Solutions
866 299-5127

[curated - determination]

**curated** 66:2
69:20
**current** 7:22 12:18
**currently** 7:23
**cv** 1:6 4:15,18
**cyber** 11:4 12:9

**d**

**d** 3:1 6:5,5 63:24
69:1,7 108:1
**d'anne** 1:25 2:3
4:21 132:4
**data** 11:7 42:25,25
43:6,6,12,12 53:2
53:6,7,11,12,15,16
53:17,17,18,19,20
53:21,22,23,24,25
54:7,8,16,16,19,19
55:4,10,12,15,16
55:21,21,23,25
56:6,11,18,20,24
57:3,5,15,18,20,21
58:2,3,13 59:20
60:2,11 61:7
62:17 79:1,4,5,16
79:17 80:5,6,6,17
81:14,25 82:8,13
82:18,18,19 83:3,4
83:16,20 87:3,4
88:18,23,24,24
89:8 91:19,20,22
92:24 93:5 95:9
95:15,16,23 96:3
98:3,19 99:3,4,20
101:2,11,23 108:9
114:23 118:20
120:19,24 123:5
123:16,21 126:7
126:15,19 127:10
127:14
**database** 41:17
43:12

**dataray** 82:19
**date** 133:16 134:5
135:24
**dated** 131:10
**datum** 53:22
**day** 37:3 131:10
132:21
**days** 13:6 29:14
**dealing** 92:14
**debugging** 122:21
**decades** 109:21
**decide** 64:19
**decision** 72:4,10
**decker** 2:22 4:19
**declaration** 6:24
7:10,15 11:15
14:11 23:13,19
24:3,7 26:25 27:9
28:15,16 32:11,14
33:10 38:13 41:6
43:25 48:2 52:11
54:22 55:18 56:9
58:5,7 59:13
60:23 62:25 63:25
65:3 67:22 69:1,8
69:15 71:5 81:22
87:22 88:3,23
92:14 97:1 99:24
101:3 103:12
112:16 115:10
116:6,18
**declarations** 11:24
12:5
**declare** 131:5
**deemed** 96:9
**deeply** 51:5
**default** 128:8
**defendant** 1:8,13
**define** 90:12 91:21
112:14 118:1

**defined** 33:15,16
63:5,17 64:5,15
65:5,9,13 70:21
73:25 74:2 89:3
89:14 90:20 117:8
118:5,9,12,19
119:10,15 123:22
124:13 126:2
128:1,6,14 129:2
**defines** 118:3
**defining** 74:8 75:8
87:3,4 91:24
**definition** 35:3
59:20 74:2,4,24
75:7 88:3 90:22
**definitions** 113:2
**demonstrated**
58:2
**demonstrating**
79:14 99:12
106:11
**depending** 16:2,10
17:18 43:3,6,11
74:5 89:3 127:2
**depends** 15:22
16:24 17:1 42:18
42:19,20,24 45:5
53:8 73:20 74:11
91:21 126:9,21
127:22 128:19,22
**deposed** 8:23
**deposition** 1:17
2:1 4:12 5:10 6:9
6:17,20 9:5,19
10:1,6 95:21
130:5 132:7,10,16
133:19,22,24
134:8,10
**depositions** 9:2
29:14

**describe** 41:5,8
43:23 56:9 57:19
67:4 69:11 74:7,9
74:16 75:1 78:16
81:22 88:22 92:10
92:13,19 95:7
101:18 125:2
**described** 56:5,12
57:4 64:13 66:20
75:10 82:14 83:10
89:17 94:1,6
96:25 102:21
106:8
**describes** 22:1
72:24 86:6 95:12
97:11,21
**describing** 32:23
39:15 47:16 65:8
72:18 73:2 77:23
80:18 81:2 85:21
100:22 127:18
**description** 3:11
32:15,16 73:25
100:20
**design** 12:10,22
122:17,20
**designed** 119:1
**desired** 95:17
**desktop** 28:20
45:23 46:8,9,12,21
47:7 48:16
**detail** 49:14 50:17
50:19 61:25 80:24
82:3 89:20 93:14
93:15 124:3
128:12
**details** 18:19
111:4 112:9
**determination**
112:21

[determine - embodiment]

**determine** 111:23
**determined**
133:18,22 134:7
**determines** 72:5
72:10
**developers** 20:5
**developing** 12:19
**development**
11:20 13:2 122:20
**device** 11:9 15:6
20:2,10 23:4
24:25 25:10,11,17
25:21,22,23 26:17
41:11,21 48:3,13
55:1,9 60:1 61:6
62:15 74:13 81:20
81:21 96:9 113:9
113:9,11,13
**devices** 20:7 57:6
58:4,11 59:3 96:7
96:20
**dictates** 127:5
**dictionaries**
112:13
**dictionary** 74:24
113:2
**differ** 24:12
**difference** 40:20
53:6
**different** 11:23
12:1 13:22 17:11
18:6 21:22 31:21
36:6 40:16 41:19
42:2 44:2 45:6,15
47:5 52:20 55:18
58:20,23 61:2,12
64:12 70:9,15
74:16,19,21 75:13
75:24,25 76:13,17
78:21,25 80:17
81:14,25 82:17,17

88:16,25 89:4,9,23
93:5,7,7,8 94:8,13
97:10 100:14,22
101:7 104:25
106:13,24,24
107:12 108:5,15
108:17 109:1
111:7,9 115:1
118:3,9,11,19
119:9 120:21
121:16 122:18
125:13,17 127:1
**differently** 79:5
**differs** 125:4
**digital** 36:15,18,22
36:24 37:1
**direction** 132:13
**directly** 16:8,8
17:7 40:14 42:13
**directory** 104:17
109:11
**disciplines** 76:1
**disclose** 87:16
**disclosed** 58:24
90:24 92:2 98:5
111:8
**discuss** 32:11
**discussed** 69:15
116:17
**discussing** 7:11
24:22 38:2 47:15
53:14 86:23
**discussions** 52:6
97:4 99:16 124:6
**disk** 64:18 66:9
**display** 26:14
**distinction** 68:24
**distributed** 11:4,5
11:18 12:8 17:24
18:24 19:23
108:11,16 109:4

109:19,20
**distribution** 108:9
**district** 1:1,2 4:14
4:14,16,17
**doable** 18:21
110:12
**document** 28:9
29:13 30:17 33:2
38:11 84:24 85:7
87:11
**dogs** 71:16
**doing** 8:21 24:11
24:20 25:18 41:23
43:15 78:21 89:22
94:14 117:16
**dolphin** 2:17
**dot** 46:3,10
**double** 120:10
**doug** 102:7
**douglas** 1:18 2:1
3:4,12 4:12 5:16
122:2 130:2 131:5
131:14 133:5
135:2
**download** 14:12
24:23 27:18,20
28:9 29:8 44:10
49:21
**downloadable**
20:18
**downloaded** 14:6
20:9 21:10,16
25:13 28:11,14,19
44:25 45:9 49:4
**downloading**
29:22
**dr** 6:3,23 7:22
8:23 10:23 11:12
13:23 28:8 31:9
52:2 69:6 84:14
84:22 103:7 114:5

114:12 115:16
121:18 129:14,19
**drake's** 36:2,5
45:1,10 46:10
**draw** 11:23 126:12
**drive** 2:17 34:22
**duly** 5:17 132:7

**e**

**e** 3:1,10 73:19
133:9,12 134:1
135:3,3,3
**e.g.** 101:25
**earlier** 19:7 25:19
57:4 94:21 99:15
122:9 123:14
**early** 13:6
**easier** 10:3
**ecosystem** 18:23
**effective** 13:1
**efficient** 43:14
**either** 16:3 17:15
18:21 29:22 49:16
129:19
**electronic** 35:22
**element** 14:24
26:11,21 27:3
38:25 40:4 47:15
80:21 87:21 92:22
120:19 123:2
**elements** 76:7,23
77:7,12 78:3,8,18
78:19 79:18,19,25
80:12,19,19 81:3
81:10 83:17,19
88:6 92:22,22
96:7,17 120:14
121:7 125:5
**emanuel** 2:16 5:5
**embedded** 11:6
**embodiment**
63:12,13,14

[embodiments - fighting]

embodiments 58:23 64:12 89:23
employed 7:23
employer 7:22
empty 87:20 91:20
enables 41:11 48:3
encode 42:10
encoded 109:6
encoding 42:13 43:16
encompass 106:1
encountered 13:22
encryption 78:23
engineering 11:5 11:20 12:4,6,12,16 12:18,21 122:22
entire 27:13
entirety 17:4
entitled 121:25
environment 16:11
environments 12:20
errata 133:14,16 134:3,5
especially 125:25
esq 2:10,11,17 133:1
essence 94:16
essentially 67:22 104:9,15
estimate 7:20
et 33:18
event 132:20
evidence 88:12 112:18 113:1,3,3
evidenced 106:2
exactly 29:24 60:17
examination 3:3 6:1

examine 62:6
examined 5:18 132:6
example 18:24 19:10 20:23 33:5 33:7,11 34:3,4,6 34:13 35:2,5,6,13 35:14,15,19 36:3 36:17,22 37:1,18 41:17 44:9 49:23 49:25 53:17,18,20 54:18,22 55:18,24 56:4 57:2,5,15,20 58:12 59:2,18 60:1,10,21 61:5,16 61:17 62:8,10,13 62:16 63:12 65:9 70:13,18,19,24 76:21 78:1,5,7 79:3,16 80:1 83:3 83:20 91:4 94:20 94:25 96:2,5,22 98:8,13,25 99:2,11 99:24 100:3,13,19 100:20 102:20 103:23 104:4 107:18 125:7
examples 19:11 33:12 53:12,15 58:1 64:12 66:7 70:6,9,15 106:9,10 108:20 110:18 123:13
excerpt 104:24 124:1
excerpts 105:16
exclude 64:11 65:5
excluded 65:14
excludes 69:11,17
excluding 89:22 90:24

executable 15:10 15:13,17,25 20:11 22:5,8
execute 17:20 20:18 22:10 24:11 24:19,19 25:17
executed 15:5 16:7 16:21 17:7,16,25 19:3,12 23:8,25 24:24
executes 22:20
execution 15:4 24:12,12,20 25:18
exhibit 3:12,14,15 3:16,17,18 7:1,3,5 13:24 14:2 27:19 27:21 28:1,6,14 30:16,21 31:1,5,11 52:11 71:8,9,10,13 84:8,9,15,18 121:19,20,25 122:11 126:13 127:17
exhibits 23:20 24:7
existing 86:7,16 108:4
experience 12:13 112:20
expert 1:17 3:12 7:25 8:2,4,7 24:4
expertise 11:1,13 11:24 12:13
explain 24:10
explained 125:20
explaining 39:16 47:7 63:18
explicitly 64:13 89:24 92:2
explorer 46:11

extension 46:2 97:20
extensive 124:5
extent 90:21
extracted 20:11,15 21:5
extrinsic 88:11 112:18 113:1,3

f

facilitate 41:20 48:12
fact 22:18 24:7 42:9 58:22 79:10 80:4,16 86:20,22 92:5 93:23
factors 45:6
fair 9:2 16:22 34:3 41:2 56:20 72:25 73:2 77:11 117:12 119:13
falling 70:6
familiar 9:1 14:8 14:21 36:5 111:4 111:10 117:20
far 29:20 44:11 48:20 87:15 90:2 90:6 91:7,8 101:4 101:9 113:14
favorite 44:10
feature 96:6
features 3:18 13:15,16,17 120:23 122:1
federal 132:16 134:1,8,9
field 10:25 12:13
fields 11:12,16,23 12:14
fifo 120:5
fighting 99:22

[figure - given]

**figure** 31:15
**file** 20:9,10,19
  21:20,25 22:1,5,15
  22:19 23:1,1
  24:13 25:9 27:11
  27:13,18 29:4
  36:2 45:20 46:1,2
  46:2,7,9,11,20,25
  47:7,8,8,20,24
  48:7,9,16,17,24
  49:5,8,22 50:2,14
  51:2,8 88:21
**files** 36:7 49:19,20
  102:21
**final** 123:10
  127:17
**financially** 4:22
**find** 27:10,17
  30:12 32:25 69:23
  96:6 108:9 109:12
**finder** 46:11
**finding** 74:4
**finds** 104:10
**fine** 30:10,20
  31:15,19 102:17
  107:10
**first** 5:17 6:4
  14:24 32:20 52:13
  55:11 62:22 66:5
  75:11,11,17,17,22
  75:22 76:3,4,4
  95:14 96:11 105:7
  119:17 122:3
  123:5,5,15,15,21
  123:21 126:7,15
  126:19 127:10,14
  127:14 128:10,10
**fit** 59:19
**flag** 59:11,15
**floor** 2:18

**flushed** 117:14
**focal** 58:6
**focus** 11:2,3 12:18
  58:5 93:20
**focuses** 11:3
**focusing** 58:20
  122:20
**folder** 46:8
**follow** 48:20 90:2
  90:6
**followed** 95:14
  96:12,13
**following** 102:3
**follows** 5:18 133:8
**footnote** 63:1,8,9
  63:22 64:16 65:15
**footprint** 43:15
**foregoing** 131:6
  132:7,15
**forgetting** 13:13
**form** 15:11,16
  16:23 17:8,20
  18:1,2 19:3,5
  20:11,13,20 21:3
  22:12 23:9 24:1
  25:6 26:22 33:21
  34:8,14 35:16
  39:24 40:5,23
  41:4,15 42:17
  43:20 44:3,19
  45:3 47:3 48:11
  48:25 50:3,15
  51:3 54:2,8,9,19
  56:2,23 57:12,18
  57:21,23 58:13,15
  59:4,5,8 60:2,3,11
  60:12 61:7,19
  62:17 63:6 67:20
  77:2,17 78:9
  79:21 80:2,14
  81:6 82:22 83:6

83:21 85:19 87:1
  88:15 90:10 91:12
  92:8 95:6 97:18
  98:11 100:5
  106:17 107:4
  108:22 109:25
  110:25 111:25
  112:3 113:3,20
  114:23,24 120:6
  120:16 121:8
  125:19 126:8
  128:3,7,16
**formalism** 16:4
  17:15
**format** 21:9,15
  36:17,18 50:6
**formats** 35:21
  36:14,15,15
**forms** 19:8 41:15
  44:2 48:5 80:5
  82:18 89:9 93:7
**forth** 17:10 25:25
  26:1 65:4 88:5
  89:23 90:19,23
  112:17
**forward** 65:1
**forwarding**
  109:15
**foundation** 19:1,5
  19:25 20:13,20
  21:11 22:6,12
  23:9 24:1 26:22
  36:4 44:19 77:2
  83:7,21 85:19
  87:1 90:11 106:17
  110:1,25 113:21
  114:10 120:7
**four** 6:18 61:23
  129:5 130:3
**frameworks** 20:3

**frcp** 134:1
**front** 74:9 80:13
  85:15,17 86:23
  121:7,11
**full** 10:18
**fully** 9:7 10:21
**functional** 13:14
  13:15,16,17
**functions** 125:16
  125:17
**funny** 28:5
**further** 53:13
  63:23 68:1 73:10
  88:9 129:16
  132:19

**g**

**g** 6:5
**gears** 102:7
**general** 11:20,24
  11:25 93:4 113:5
**generalizing** 99:15
**generally** 9:11
  19:16 41:10 44:1
  48:2
**generation** 80:18
**generator** 79:12
**george** 2:10 5:6
  6:12 133:1
**getting** 21:23
  59:17 93:2
**give** 18:19,23
  20:22 26:2 28:4
  33:11 44:9 45:18
  53:12 54:22 57:20
  58:12 59:2,25
  60:21 61:5,8
  62:13,16 84:7
  103:23
**given** 10:13 27:14
  31:8 63:11 64:25
  90:22 99:16 100:7

Veritext Legal Solutions
866 299-5127

[given - implementing]

106:10 130:1
**gives**   32:21 56:5
70:15 94:20
**giving**   57:2 75:7
**global**   23:4 108:14
**go**   4:9 23:11 26:9
27:6,9 29:7 31:15
31:24 32:24 35:12
37:16 55:8 60:14
62:25 69:6 82:3
84:18 85:20 87:2
102:24 104:1
108:14 120:9
122:25 124:3
125:8 129:6
**goes**   52:22 95:14
95:14 104:10
**going**   7:11 9:19,20
13:5,23 14:12,14
24:21 27:12 31:20
38:24 48:18 51:15
56:7,23 61:1 62:2
62:22 63:1 71:7
76:20 79:11 80:8
80:22 99:1 102:5
108:24 113:12
117:6 128:17
**good**   4:5 8:9 29:20
29:20 31:17 51:17
63:12,13 96:5
102:12 107:18
120:8 122:21
**google**   1:4,9 2:2,15
4:13,16 5:5,12 7:5
14:2 21:16 22:3
22:16,23 29:8,23
31:1 64:1 65:21
66:1,10 67:1 69:3
70:2 71:13 84:9
86:3 88:4,10
90:18 91:24

121:20 133:4
135:1
**google's**   58:21
63:3,10 64:11
65:1,4,12,14,16,24
66:14,22 67:11,16
67:24 68:6,9,18,20
69:17,24 87:23
88:10 89:12 90:14
92:5 93:23 116:4
116:6,7
**gosh**   13:5
**grad**   13:6
**grammatically**
68:10
**graphical**   26:13
**great**   108:23
**ground**   9:1
**guarantee**   10:7
**guess**   26:3 29:4
34:16 48:7 51:12
90:17

| h |
|---|

**h**   3:10 6:5 135:3
**half**   102:6
**halfway**   38:25
**hand**   132:21
**handled**   133:8
**handles**   125:4
**happy**   51:18
102:10
**hard**   45:16 56:22
57:1 74:14 99:23
110:11
**hardware**   17:1
25:22
**hash**   88:20
**head**   6:25 7:17
8:11 20:24 21:13
38:15 49:13 51:10
110:22

**hear**   62:10
**heard**   75:10 77:22
**hearing**   62:8
96:20
**held**   51:21 103:2
129:10
**help**   54:3
**helps**   58:10
**highlighting**   28:24
29:1
**hit**   36:2,6 45:1
46:1,10 48:16
**hmm**   28:18
**hold**   52:18 53:4
81:23 83:2 86:2
**holds**   92:22
**hood**   120:24
**hour**   51:16 102:6
**hours**   6:18 7:19,20
**huh**   28:18
**human**   15:17
**humans**   15:24
**hundreds**   13:20
**hyphens**   46:4
**hypothetical**
20:21 25:24 26:2
44:16 45:9,15
46:7 47:23 48:14
48:19 50:4 61:20
81:7 83:7 90:11
91:15 111:25
113:14,21 115:3
117:4,9,14

| i |
|---|

**idea**   30:8
**ideal**   29:7
**identification**   7:6
14:3 31:2 71:14
84:10 106:5
121:21

**identified**   102:22
**identifier**   41:16
43:9,10 48:5,12
105:11,13 106:5,8
106:8 114:24
**identifiers**   44:3
113:18 114:6
**identify**   33:19
42:2,7 43:8 49:23
57:11 104:7,20
106:16,22,23
107:2,13,16 108:3
108:11,15,18,21
109:4
**identifying**   48:18
70:25 71:2 101:24
**ids**   108:14,14,14
**illinois**   2:12
**illustrates**   54:23
**illustrating**   100:14
**implement**   15:6
18:13 80:24 81:9
81:14 83:15 88:17
88:17,19,19,20,21
88:22,25 92:18
93:6 94:13,21
109:23 110:7,19
115:1 120:22,25
**implementation**
12:22 42:24 80:24
89:8,20 93:7,14
95:18 97:13
101:12 125:4
127:23 128:12
**implementations**
80:5,17 107:20
126:25
**implemented**
82:17 124:12
**implementing**
111:8,9 121:16

Veritext Legal Solutions
866 299-5127

**implements**  56:10
**implying**  87:25
**important**  10:17
    12:4
**improper**  23:18
**improperly**  65:14
**include**  66:2 76:3
**included**  133:14
    134:3
**includes**  37:9
    65:17 69:12 123:1
**including**  15:3
    26:15 70:16
**income**  8:6
**incomplete**  15:21
    18:3 20:21 44:20
    48:25 50:3 57:23
    60:13 61:19 62:18
    77:18 80:15 81:6
    83:7 90:10 110:1
    113:20 117:3
**inconsistency**
    88:10
**inconsistent**  66:19
    67:5 87:22 124:10
**incorrect**  92:6
    93:24 94:6
**indented**  105:7
**independent**  20:3
    57:11
**indicate**  86:24
**indicates**  97:25
**indication**  88:9
**indicator**  41:18
    105:9
**infinite**  82:23
**information**  24:18
    41:11,14 44:1
    45:18 48:3,4 49:6
    49:8,12 50:7 51:1
    104:8 106:6 108:5

109:6 113:25
    117:11
**infringement**
    23:17
**inherently**  90:19
**inside**  37:23
**install**  23:2
**installed**  20:12
    23:8,25 24:23
**installing**  23:3
**instance**  56:5
**instances**  50:25
    127:6
**instructed**  3:23
    9:14
**instruction**  89:18
**instructions**  15:3
    15:5
**intelligence**  11:7
**intended**  67:6
**intending**  64:2
**intends**  66:1
**intent**  64:11 65:1
    69:25
**intentionally**  70:3
**interest**  44:7
    109:13
**interested**  4:23
    132:19
**interface**  26:14,15
    34:20 120:12
    124:17 125:10,21
**interfaces**  125:2
**intermediary**
    122:19
**intermediate**
    122:16,19
**internals**  111:19
    111:22
**internet**  33:15
    42:6 65:10 108:6

113:10,18 114:6
    114:13 117:1,7,11
**interpose**  9:11,13
**interpret**  18:16
**interpretation**
    61:13
**interpreted**  16:12
    16:13 18:16 19:8
    75:5
**interpreter**  16:13
**interpreters**  17:19
**intrinsic**  112:17
    112:25 113:2
**introduce**  13:24
    30:15 71:7
**introduced**  30:21
    31:11 84:8
**invention**  41:9
    82:15 92:16
    112:24 113:5
**involve**  42:4 55:22
    89:2
**ios**  17:25 18:11,23
    18:25 19:20 20:18
**ip**  42:5
**iphone**  20:17
**issue**  64:24 66:21
    67:6 69:13 70:4
    80:20 82:5 83:11
    89:17 90:18 91:23
    101:10
**issued**  11:14 14:11
**issues**  28:7 31:8
    89:11 114:20
**item**  55:11,13 56:8
    72:6,7,11,13,24
    73:5,21 85:25
    86:1 97:15 98:18
    99:19,20 100:12
    104:13 121:11,13

**items**  55:3,19 57:7
    66:2,8,17,23 67:8
    67:13,19 68:3,13
    68:18,21 69:2,12
    69:18,19 71:1
    72:19 73:2 76:9
    81:24 85:15,25
    86:2 87:24 90:1,4
    91:5,6,11,25 92:7
    92:15 93:25 94:3
    94:3,4,7,8 97:8
    98:17 99:10
    100:11 101:18,21
    101:25 102:2,19
    113:11 114:22
    116:8
**iterators**  122:1
**itunes**  44:10,25
    45:10

**j**

**jae**  6:12
**java**  13:10,17
    17:13 18:9
**javascript**  13:10
    17:13 19:7
**job**  1:24 10:3
    133:5 135:2
**jockey**  64:18 66:9
**jumped**  22:21
**justice**  117:12

**k**

**kaplan**  2:17 3:5
    5:4,4,11,20 6:2
    7:9 13:23 14:7
    15:14,23 16:19
    17:5,23 18:22
    19:2,15 20:8,16
    21:1,8,14,24 22:9
    23:6,21 24:16
    26:10 27:4 30:15

[kaplan - list]

30:21 31:4 33:6
34:1,10 35:1 36:1
36:9 38:20 40:2
40:19 41:1 42:14
42:21 44:8,24
45:8 47:22 49:3
49:17 50:11,20
51:18 52:1 54:5
54:14 56:15 58:8
59:1,16 60:8,19
62:4,24 65:2 68:5
71:7,10,21 77:5,21
78:13 79:24 80:10
81:1,16 82:11
83:1,12 84:2,6,12
85:1,8,11 86:4
87:7 88:13 89:1
91:1 92:4 93:19
95:19 98:7,23
101:14 102:9,14
102:24 103:6
106:20 107:9
109:22 110:4,17
111:12,21 112:5
114:4,11 115:6,14
115:20,23 116:15
117:19 118:8
119:5,8 120:13
121:5,18,24 126:5
126:11 128:13
129:4,14,21
**keep** 59:12
**keeping** 121:3
128:4
**key** 3:18 12:12,21
41:16 80:20 92:3
93:1 121:25
**kimberlee** 2:22
4:19
**kind** 16:3,10,11
17:18 34:19 41:16

44:1 53:3 64:18
66:3,9 78:22,24
81:9 108:24
109:10 121:14
126:21
**kinds** 75:12 78:25
81:14 89:4 106:7
107:17 108:15
117:11 119:22
**know** 8:22 9:20
10:9 14:1 18:18
21:15 23:11 24:18
24:20 34:5 49:12
50:19,22 51:6,10
56:3,13,22 61:15
71:8,17 74:23
84:4,13,19 85:17
100:1,18 110:12
110:12,15,22
111:1,7 114:16
115:2,20 116:8
117:7,7,9,13,16
**knowing** 50:16
56:25
**knowledge** 11:21
12:10 13:1 131:8
**known** 54:25
92:16 94:11
118:22
**knows** 47:10
**kotlin** 18:10

| l |
|---|

**l** 2:17 6:5 104:4
**lack** 126:25
**language** 16:11
17:12 66:1 119:7
**languages** 13:3,11
13:12,15,16,19,22
18:9,14 19:7,11,21
20:3,6

**laptop** 46:21
**largely** 12:19
40:24 125:23
**larger** 124:18,22
**latest** 36:6
**launch** 25:12
46:19 47:8,10
**launched** 46:15
47:13
**launching** 46:22
47:12
**law** 10:14
**layers** 47:19
**learning** 11:6
**leave** 18:20
**leaving** 13:19
69:13 92:14
**lee** 2:10,10,13 5:6
5:6,7,8 6:12,14
15:11,19,21 16:1
16:23 17:8 18:2
19:1,5,25 20:13,20
21:3,11,18 22:6,12
23:9 24:1 25:6
26:7,22 32:8
33:21 34:8,14
35:16 36:4 39:24
40:5,23 41:4
42:17 43:20 44:19
45:3 47:3 48:25
49:9 50:3,15 51:3
51:15 54:2,9 56:2
57:23 58:15 59:5
59:9 60:3,12
61:19 62:18 63:6
67:20 71:16,19
77:2,17 78:9
79:21 80:2,14
81:6 82:9,22 83:6
83:21 85:19 87:1
87:10 88:15 90:10

91:12 92:8 95:6
97:18 98:11 100:5
102:5,12,16
106:17 107:4
108:22 109:25
110:9,25 111:15
111:25 113:20
114:2,8,15 115:12
115:18 116:2
117:3 118:6 120:6
120:16 121:8
125:19 126:8
128:3,16 129:6,18
129:22 133:1,2
**left** 91:6,11
**legal** 4:20 32:8
40:6 130:4 133:7
**level** 15:13 16:4
17:15 19:14 93:15
**library** 117:21,24
118:1,5,10,13,25
119:2,11,16,19,24
124:2 126:7 128:2
128:15,19
**likewise** 128:24
**limited** 65:20
103:16,19
**limits** 98:15
**line** 14:19 37:22
72:23 102:3
133:15 134:4
135:4,7,10,13,16
135:19
**lines** 7:21 35:9
101:17 109:17
**link** 28:1,3
**linked** 88:19
**list** 11:11 20:5
55:6 66:2 67:7,12
67:19 68:2,10,13
68:14,16,17,23

Veritext Legal Solutions
866 299-5127

**[list - meant]**

69:2,14 87:24
88:14 89:3 90:1,8
90:13,15,17,20
91:4,10,15,25 92:6
92:17 93:3,10,24
94:5,8,10,15,22
95:10 99:13
100:16 112:25
113:11 116:8
**listed**   41:23
**lists**   88:19 89:2,4
**literally**   13:20
79:2
**litigation**   8:3,5,8
**little**   16:15,17
23:11 43:22 46:17
53:13 63:23
100:21 115:3
**llc**   1:4,9 2:15
133:4 135:1
**llp**   2:10,16
**loading**   31:6
**local**   32:16,18
113:18 114:6,14
115:25
**locate**   47:21
107:23
**located**   86:11
**location**   39:23
40:1,4,10,14,18,22
40:22 41:3 42:15
42:22 43:3,19
44:17 45:12 47:1
48:23 49:8 50:1,9
50:13 51:1,8
104:16 108:21
109:14,19
**locations**   39:7,18
40:16 47:18
106:24

**locator**   39:22 40:3
40:9,11,21 41:3,10
41:19 42:12 43:25
44:6 45:7 47:24
48:2 97:24 104:3
105:24 106:9,12
106:14 109:11
112:14,22 113:6,7
114:24 115:25
**locators**   39:17
47:17 81:24 102:1
102:23,23 105:4
106:11 107:12
114:14 117:2,10
**locked**   133:12
134:1
**logic**   55:14 56:7,10
57:16 95:13
**long**   6:14,23 7:14
9:20 11:11 27:12
43:17
**longer**   124:1
**look**   27:6,21 32:10
32:13 33:9,23
34:23 38:4,8,9,17
40:13 47:5 49:10
49:13 50:5,18
51:4,13 54:21
67:21 87:2 101:5
104:17 111:19,22
113:23 117:6
124:3
**looked**   8:19,20
87:12 88:9 111:1
**looking**   27:19,23
29:12 30:17 31:10
33:20 34:5,17,17
34:17,18,21 37:11
58:1 63:1 73:23
112:25 113:24
116:5

**looks**   29:20 89:14
102:7
**lookup**   42:19
104:9
**los**   131:2 132:2
**loss**   24:14
**lot**   89:14 90:17
**lots**   13:5,22 21:21
47:5 75:14 78:20
93:5
**lower**   16:4 17:15
19:14
**ls3ip.com**   2:13
133:2
**lunch**   102:8,13
103:2

**m**

**m**   6:5
**machine**   11:6 16:5
16:6,20 17:16
19:4,13
**machines**   19:9
**magnetic**   35:22
**main**   50:25 66:11
85:23 90:17 91:23
**making**   51:12
66:25 68:25
**managed**   43:1
**management**   43:7
43:13 93:5 122:22
**manager**   22:17,23
22:24
**manner**   80:21
83:10
**marc**   2:17 5:4
23:11 24:2 26:8
51:15 102:5 114:3
129:23
**march**   1:19 2:3
4:2,6 132:21
133:3,5

**marckaplan**   2:19
**marked**   7:6 14:3
23:20 24:8 31:2
71:14 84:10
121:21
**matches**   117:16
**material**   124:2
125:1
**materials**   124:18
124:19,22,24
**matter**   4:13 80:7
92:23
**mean**   15:13 16:16
17:10 20:14 22:7
24:11 25:16 28:13
29:7 33:23 34:18
34:23 37:25 39:14
39:25 40:12 43:22
49:2 52:25 53:10
54:4,15 56:4 67:3
69:9 73:8,12
74:15 77:3,20
78:15 79:22 83:8
83:13 97:23
101:21 113:23
115:5 116:13,16
117:9,10
**meaning**   38:6
116:10,14,16,23
117:17
**meanings**   67:5
**means**   16:18 26:21
27:3 32:6 38:18
39:12 41:21 54:11
65:17 66:10,15
67:1 69:10 73:22
90:13 91:16 94:16
113:24
**meant**   90:15
102:19 105:25
115:9 116:22

Veritext Legal Solutions
866 299-5127

[mechanism - newest]

**mechanism**  108:1
108:2 115:1
**mechanisms**  108:8
115:2 119:15
120:25
**media**  4:11 35:23
46:15 53:4 55:7
55:14,15 66:2,3,8
69:12,18,19,21
72:6,7,11,13,19
73:21 85:14 95:11
98:5 101:18,21,24
102:2,19,20
113:11 130:2
**medium**  15:2
**meet**  6:8,11,14,19
35:3 40:4
**memory**  14:13
41:17 55:2 57:7
77:1 121:1
**mention**  32:15
41:14 82:15 87:18
87:22 89:7 98:20
125:10
**mentioned**  10:23
12:1 19:16 65:15
100:9 123:25
**mentioning**  19:6
**mentions**  33:10
87:20
**message**  109:14
**met**  6:12
**metadata**  48:17
49:6,16,19,22 50:1
50:8,18 51:1,5,7
**method**  15:7
120:18
**michael**  2:11 5:8
6:12
**microsoft's**  108:1

**mid**  107:21
**middle**  28:24
**mike**  71:17
**mind**  7:18 29:10
40:20 59:12 63:14
87:21 121:3 128:4
**minimizing**  43:15
**minute**  129:5
**minutes**  60:16
61:24
**mischaracterizes**
16:1 60:4
**mistaken**  126:1
**mobile**  11:3,9,18
12:9,19 17:24
18:7,8,14 20:2,7
20:17
**mode**  96:18
**model**  42:19 43:6
43:12 108:11
**models**  42:25
**modern**  13:16
48:9
**modification**
99:25
**modified**  96:22
100:19
**modifying**  96:1
**moment**  28:4 84:7
87:8
**momentarily**  31:7
**moniker**  108:2
**monikers**  42:1
**morning**  4:5
**moungey**  1:25 2:4
4:21 132:4
**mouthful**  119:25
**move**  26:11 62:14
76:7 80:4 84:3
**mp3**  36:2,7,14,23
44:10,13 46:3,10

49:21 50:6,17
51:6,8
**multimedia**  32:2,6
32:19 33:5,8,11,12
34:3,6,13 35:6,14
37:4,9,11,14,19,22
37:25 38:1,7,16
39:7,18 47:18,21
52:19,21 53:4
55:3,11,13 56:8
57:7 64:22 66:17
66:23 67:8,12,19
68:2,13,18,21 69:2
71:1 74:18,20
81:23,24,25 87:24
91:25 94:7,8
97:22,25 98:17
114:22 116:8
**multiple**  33:16,17
53:17,23,25 54:7
54:15,19 55:4,22
55:23 57:11 58:2
82:12,19 83:2
86:2 88:24 97:8
99:9,10 100:11,25
109:24 110:6
**music**  29:17 70:16
110:23 111:14

**n**

**n**  3:1
**name**  4:19 6:4
29:17 35:20,21
42:15 43:2,10,18
44:16,21,23 45:2,7
45:12,25 46:1,9,18
46:23,25 47:20,23
48:7,10,16,18 49:5
49:6,7,15,23 50:1
50:7,9 51:8
119:21 120:17
122:2 126:23

**named**  121:10
123:7 132:7,11
**names**  50:18
118:14 119:9
125:25
**naming**  107:13,15
109:11,20
**narrow**  58:9,22
63:11 89:12,19,19
90:23 92:1 93:17
**narrowed**  89:6
90:21 116:21
**narrower**  91:2
93:21
**native**  18:8 19:19
19:19 20:4 23:2,7
23:24
**natively**  28:20
**nature**  29:13
94:23
**nearly**  79:4
**necessarily**  40:14
80:3 93:11 96:11
**necessary**  22:2
25:2,5 92:17
116:11,14,23
133:14 134:3
**need**  9:18 20:11
21:2 24:18 25:25
38:13 53:24 76:15
87:2 89:6 95:4,16
100:19 101:4
**needed**  44:5
**needs**  40:15 77:25
**network**  11:4,18
**networked**  29:17
**networks**  108:12
**new**  45:1 46:1,10
48:16
**newest**  36:2

[news - page]

news   31:17
non   36:24 37:1
nontransitory
   15:1
normal   16:9
northern   1:2 4:14
   4:17
notably   103:14
notating   133:15
   134:4
note   93:4
noted   27:7
noticing   5:3
number   11:2,8
   12:1 27:7 30:22
   42:6 58:23 64:12
   71:11 75:23 76:13
   79:11 84:16 89:23
   97:4 106:24
   107:12 108:17
   121:15 123:7
   128:21 130:2
   133:15 134:4

**o**

o   6:5
o'clock   102:17
o0o   130:7
oath   10:12,13 52:4
   103:9
object   42:1 44:4
   107:19,22 108:10
   108:25 109:1,3,7,9
objection   9:11,11
   9:13 15:11,19
   16:1,23 17:8 18:2
   19:1,5,25 20:13,20
   21:3,11,18 22:6,12
   23:9 24:1 25:6
   26:22 33:21 34:8
   34:14 35:16 36:4
   39:24 40:5,23

41:4 42:17 43:20
44:19 45:3,4 47:3
48:25 49:9 50:3
50:15 51:3 54:2,9
56:2 57:23 58:15
59:5 60:3,12
61:19 62:18 63:6
67:20 77:2,17
78:9 79:21 80:2
80:14 81:6 82:9
82:22 83:6,21
85:19 87:1 88:15
90:10 91:12 92:8
95:6 97:18 98:11
100:5 106:17
107:4 108:22
109:25 110:9,25
111:15,25 113:20
114:9,15 115:12
115:18 116:2
117:3 118:6 120:6
120:16 121:8
125:19 126:8
128:3,16
objections   5:1
objective   18:11
   19:17,22,24 20:6
obvious   41:24
obviously   82:20
occur   70:10
ocr   27:23
office   133:11
oh   8:9 13:5 85:4
   107:17
okay   7:8 9:23 10:9
   14:8,15,16,21
   24:17 30:11,19,20
   31:14,20,23 37:4
   37:18 38:24 44:12
   44:14,15 46:4
   59:2 62:14 71:6

71:20 84:3,17,25
85:9 90:3,7
101:16 102:8,12
115:11 116:19
119:19 121:23
123:11
omitted   124:4
once   24:2
ones   41:23,24,25
online   29:13 64:18
open   7:3,8 28:21
   121:18
operating   18:10
   18:12 46:14
operations   121:2
   124:11 125:12,13
   125:22,23 126:2,3
   127:6
operator   121:10
opine   11:17
opinion   38:3,6,18
   57:10 63:13 65:4
   92:15 95:22 96:1
   105:21 106:15,21
   112:3 127:9,13
opinions   11:14
   63:10 112:16
opposed   19:4,13
   42:12 68:8 89:15
options   18:21
order   51:6,13 55:7
   57:16 67:12 76:6
   76:16,19,22 77:1,4
   77:8,16,20,23,24
   78:20 79:2,10,17
   80:1,7,9,11 81:3
   81:10 89:25 91:4
   92:17 95:2,3,5,11
   95:16 96:4,8,10,21
   97:8 99:13 108:18
   112:3 113:12

128:2,15
ordered   55:5
   67:19 68:2,10,12
   68:14,16,17,22
   69:2,13,14 77:25
   78:2 86:25 87:24
   90:8,13,15,16,20
   91:10,15,25 92:6
   92:17 93:3,10,24
   94:5,7,10,15,22
   95:9 99:13 100:15
   100:16 116:8
ordinary   63:16
   75:3 116:10,14,16
   116:23 117:17
org   67:7
organize   75:15
   76:17
organized   75:12
   76:6 92:24
organizing   75:14
original   47:14
   132:16 133:10,21
outcome   4:23
output   80:22
outside   8:4 20:21
   23:15 58:18 60:22
overly   58:22 89:19
   90:23 92:1 93:17

**p**

p   104:4
p.m.   103:3,5 129:9
   129:11,11,13,25
   130:6
package   22:17,23
   22:24
page   3:3,11 32:14
   62:25 64:16,17
   65:22,23 105:8
   122:3,25 123:10
   126:13,14 127:17

Veritext Legal Solutions
866 299-5127

[page - playback]

133:15 134:4
135:4,7,10,13,16
135:19
**pages** 123:7
133:14,17,17
134:3,6,6
**pair** 57:3
**pak** 6:12,14
**pandora** 70:7,12
70:17,18,20
**paragraph** 32:14
32:21 33:9 39:4
41:7 43:24 48:1
52:10,13 53:13,14
54:21 55:9,23,24
57:4,19 59:21
63:22 65:3,10,11
65:23 66:12 67:22
69:16 71:4,22,24
72:2 74:17 75:2
81:22 82:14 84:3
84:18 85:3 88:2
92:13,20 94:12,20
94:25 95:8 96:2
96:23 97:6,20
98:13,20,25 99:2
99:11 100:3,10,13
100:20 101:5,15
101:18 103:11,15
104:21,22,24
105:8,20 112:15
**paragraphs** 75:2
82:6 92:20 94:12
105:15
**parameter** 126:22
**parameterize**
127:3
**paraphrasing** 86:9
**parcel** 12:11
**parenthesis** 37:23

**part** 12:11,12,21
24:6 26:24 27:8
29:20 46:17 55:18
67:6 69:5,7,22
70:4 88:6 92:2,3
94:5,7 95:15 97:5
97:6 98:12 103:18
119:23
**participants** 4:7
**particular** 10:25
11:25 18:19 33:14
38:5 40:17 47:6
57:5 59:13 64:8
65:19 73:4,24
80:25 89:19 92:24
92:24 93:14 95:18
96:9,16 98:2
99:11,13,14 109:4
109:10 118:4
**particularly** 9:20
**parties** 4:9
**parts** 25:24 94:2
96:25 122:23
124:4,16 125:9
**party** 4:22 66:3
69:21 70:16
**pascal** 13:7
**pass** 126:22 127:2
**patent** 3:14,15,16
3:17 13:25 14:6,9
14:15,18,22,25
27:13 28:6,19
29:6 30:4,7,9,16
30:22 31:10,11,22
32:7,16,22,24 33:4
37:5,6,9 38:22
47:16 70:10,15
71:11 73:24 74:4
75:5,6 84:15
97:20,21 98:6
99:17,18 104:25

105:7,23 106:3
112:18,23 128:6
129:3
**patent's** 29:17
**patents** 29:8 66:21
67:6 70:4 82:5
83:11 89:17,24
90:25 93:17 94:24
97:1 98:14,15
99:8 101:10 111:9
113:4
**patterns** 122:20
**pdf** 29:3,4 123:8
123:12 133:12
134:1
**penalty** 10:13
131:6 133:16
134:5
**pending** 9:22
102:10
**people** 74:14
77:22 93:4
**percent** 8:12,15,15
8:16,18
**percentage** 8:6
**perform** 57:16
79:4
**period** 133:18
134:7
**perjury** 10:13
131:6 133:17
134:6
**persistence** 104:2
**persistent** 42:11
104:2,3,20 108:25
109:8,18
**person** 33:19
63:15 73:13,17
75:3
**pertains** 132:15

**ph.d.** 1:18 2:1 3:4
4:12 5:16 130:2
131:5,14 133:5
135:2
**phonegap** 20:4
**phrase** 37:9,20
38:15 40:11 56:14
64:8 65:17 66:14
68:17 69:2 113:6
**physical** 11:5 19:9
**piece** 97:22,25
98:5
**pieces** 21:22 22:25
45:15 83:2
**place** 4:9 129:7
132:11
**placed** 10:11
**places** 41:7 92:20
102:3
**placing** 85:14
**plain** 116:10,13,16
116:22 117:17
**plaintiff** 1:5,10
**platform** 18:10,12
18:19 22:17,18,25
**plausible** 98:3
**play** 35:21 44:14
46:15 55:10,12,14
55:14,16,25,25
56:11,11 64:19
70:11 84:22 95:1
95:1,11,13,14,14
95:23 96:2,2,23,23
96:24 97:2,11
98:9 99:3,3,4,12
100:3 111:13
**playback** 26:17
29:1,18 32:16,18
37:4,10,12,15,19
37:23,25 38:1,16
52:16,19 53:5

Veritext Legal Solutions
866 299-5127

[playback - proper]

55:1,6,9 57:6,18
58:4,11,21 59:3
60:1,10 61:5
62:15 63:14,18
64:3,4,8,24 65:18
65:19,25 66:17,18
66:20,24 67:8,14
67:18,25 68:4,11
68:19,22 69:4
72:9,14 73:6,6,8
73:11 74:13,17,19
74:25 75:4,8
81:20,21,24 82:4
84:23 85:16,17,22
86:7,17 87:5,13,15
87:19,20 88:7
89:13,16 92:18,21
93:6,9,16 94:14,15
94:16,22,23 96:7,7
96:17,20 97:2,8,9
97:15,22,23 98:4
98:16,21 99:9
101:1,12 109:24
110:5,6,23 111:10
113:8,9,11,13,19
114:7,14,21
115:25 116:9
117:2,8 124:15
128:5 129:2
**played** 46:24 72:6
72:12 92:23 95:23
95:24 96:3,8
112:10 113:12
**player** 46:15
**playing** 32:19
64:14 71:2
**playlist** 33:15,16
63:17 64:3,4,5,15
65:9 69:12,18,18
69:25 70:5,22
82:2 89:14,15

96:14
**playlists** 63:5 65:6
65:13
**plays** 12:6,12,21
**please** 5:1,14,21
6:3 7:3 10:8 23:23
61:18 71:8 84:13
116:24
**plural** 55:2,19
57:7 68:8 98:17
100:11
**plurality** 94:7
98:17
**plus** 13:21
**point** 6:16 32:12
49:18 61:22 62:20
66:25 69:19 76:19
85:24 93:1 100:14
106:11 109:9
128:24
**pointed** 109:10
**pointing** 99:7
**points** 58:6
**pop** 121:6,10
125:24 126:2
127:6
**populated** 55:11
55:12 56:7
**port** 42:6
**portion** 22:18 43:7
72:18 73:1 84:21
86:5 122:8
**portions** 32:22
104:25 105:3,6
124:24 125:1
**posita** 41:8 52:15
54:25 82:4,15
89:21 92:16 93:3
94:11 103:15,19
105:22 112:21

**posita's** 66:19
**possible** 18:15
19:20 42:9 45:11
77:24 101:1,11
110:7,14
**posted** 19:17
**potential** 63:12,13
75:13
**practices** 13:2
**precise** 18:20
119:20
**precisely** 50:10
**predefined** 79:10
**predefines** 93:13
**prefer** 51:11 102:9
**prepare** 6:9,17,20
**prepared** 7:12
83:24
**preparing** 6:24
7:15
**present** 2:21 4:24
**presentation**
121:25 122:6,8,11
122:14,25 123:23
126:13 127:16
**preserve** 9:12
**press** 102:13
**presumably** 56:16
**pretty** 12:25 95:8
**previous** 24:13
62:11
**prior** 62:6 95:21
132:6
**priority** 76:6
118:16 119:12
124:7 125:3,11,21
127:4
**probably** 6:18
7:20 13:13,19
27:8 29:3,11
30:12 61:23 89:6

97:13 110:10,11
117:15 118:21
**problem** 28:17
29:24,25 71:19
92:9
**problematic** 94:10
94:19
**procedure** 133:19
133:20
**proceed** 5:20,21
**proceeding** 5:1
**proceedings** 130:5
132:14,17
**process** 9:5
**processes** 12:24
**processing** 20:19
21:6 22:11,19
**processor** 15:4,10
15:18,25 16:7,8,14
16:21 17:7,10,17
17:18 20:17 22:10
25:20
**processors** 18:15
**produce** 80:22
**products** 111:7,13
111:16 112:6
**professional** 13:21
**professor** 10:24
13:9 122:9
**program** 13:16
18:24
**programmed**
75:16
**programming**
11:9,21 12:11
13:14,15,17 20:3
122:19,21
**programs** 18:16
19:16,23 49:22
**proper** 51:13
113:23

[properly - random]

properly   46:14
47:11 114:1
proposal   88:4
proposed   63:10
64:1 65:4 66:22
67:11,16,24 68:6
68:20 87:23 88:11
89:12 116:6,7,10
116:17,25
proposing   68:18
69:3
protocol   125:5
protocols   76:1,2,4
76:5,7,8
provide   40:3,14
41:3 67:3 76:23
79:9 118:20
120:25 126:24
128:9
provided   28:1
48:8 59:18 66:4
107:7 133:19
134:8
providers   107:7
provides   104:8
providing   39:22
40:1,9,17
proxy   104:16
pull   49:22 74:18
purl   104:4,7
purls   106:15,21,23
purpose   85:23
101:7
purposes   48:19
78:23,24
push   120:14,18
121:3 125:24
126:2 127:6
put   17:10 31:13
52:24 64:25 89:23
90:23 96:18

112:16
putting   25:25 26:1
88:4 90:19

**q**

qualify   95:5
quality   12:23
question   8:9 9:14
9:22,23 10:8
15:15 16:16 23:23
24:15,21,24 25:16
31:21 33:23 34:24
35:15,25 43:16
45:17,19 46:6
49:7 50:10,21,23
54:6 55:20 56:22
57:2,13 58:9 60:7
60:15 61:11,23
62:1,12,22,23
73:16 74:3 78:6
91:2,9 93:2,20,23
95:25 97:16 98:24
99:6,23 100:2,25
101:9 102:10
105:5 106:19
108:23 110:3,13
114:1,4,18 115:7
116:24 117:13
119:4,6 120:8
125:15 127:19,22
128:14,21,22
questions   3:23 9:6
23:17 24:8 29:12
30:16 69:9 99:17
129:16,18
queue   52:16 58:22
59:4,8 63:14,18
64:4,4 65:19
66:20 67:25 72:9
72:15,20 73:2,6,7
73:9,11,14,18,22
74:2,6,10,15,17,17

74:22,25 75:4,8
76:8,21,23,25 77:7
77:12,15,25 78:1,3
78:5,7,10,15 79:17
79:18,19,25 80:1
80:12,13 81:2,3,18
81:22 82:4,7,12,16
82:21,24 83:5,15
83:20 85:16,18,22
86:1,7,14,17,20,22
86:24 87:5,13,15
87:17,19,20,24
88:5,7,14 89:8,13
89:16,22,25 90:5
91:4,5,6,9,11 92:6
92:18,21 93:6,9,16
93:25 94:13,14,15
94:17,22,23 95:5
96:4,8,17,24 97:8
97:9,15,23 98:4,9
98:16,21 99:5,9,19
100:4 101:1,13
109:24 110:8,20
110:23,24 111:5,6
111:14,18,24
113:19 114:7,14
114:21 115:25
117:2,8 118:4,15
118:16,25 119:1
119:11,12,17,19
119:22 120:1,4,14
120:15,18,22
121:2,6,7,10,11,17
123:3,15,20 124:7
124:8,20,25
125:11,11,12,16
125:21,22,25
127:4,4,13 128:1,5
128:9,14,19,20
129:1,2

queued   52:21
74:20 80:21 82:1
queueing   66:8
69:12,18 97:21
119:15
queues   74:7,15
75:10,12,15,16,21
75:23,24 76:5,14
76:15,18,18 77:23
77:24 85:24 88:17
88:17,19,20,20,21
88:22,25 95:20
97:2 111:8,10
118:2,3,9,12,18
119:10,14,23
120:23 121:4
123:24 124:14,15
125:2,3
queuing   66:2,4
76:1,1,2
quick   32:10,25
85:8 129:4
quinn   2:16 5:4
quinnemanuel.c...
2:19
quite   28:16 42:18
43:5 44:22 45:16
60:24 110:12
117:14
quote   17:20 67:9
105:12
quotes   52:24

**r**

r   104:4 135:3,3
r&s   134:1,9
radio   33:15 65:10
70:7,20 71:1
raised   88:18
randolph   2:11
random   76:24
77:7,10,13 78:10

[random - representation]

78:15,20 79:2,7,11
79:17 80:1,9,9,11
80:11,22 81:2
95:20,24 96:3
**randomize** 81:4
**randomly** 78:4,8
79:5,6,6,20,23
81:3,11,11,12,13
95:23,24
**range** 18:6 20:1
**react** 20:4
**read** 27:10,13
31:17 38:13 40:7
64:1 65:10 68:12
68:25 72:24 73:10
84:21 85:2,4,5,10
85:12 86:5
**readable** 15:2,17
19:4
**reading** 33:3 70:3
89:19 105:23
133:23 134:9
**reads** 14:25 39:5
58:22 92:1
**ready** 5:20
**real** 32:25
**realization** 97:13
**realize** 26:7
**realized** 82:5
98:22
**realizing** 93:8
**really** 8:10 16:24
19:12 20:23 22:4
22:14 23:12,14
24:2 42:11 43:16
64:19 68:24 74:20
74:24 80:7,23
90:14,20 91:14,16
92:19,21 93:2
94:14 100:21
110:10,14 111:3

113:23 116:22
117:5,12
**realtime** 10:2 11:6
**reason** 9:15 10:20
29:2 94:18 97:7
135:6,9,12,15,18
135:21
**reasons** 78:21
**recall** 6:25 7:16
21:12 61:17 62:8
112:8,10 120:18
**received** 113:25
**recess** 51:21 103:2
129:10
**recognize** 89:7
**recollection** 121:9
123:19
**record** 4:6,10,25
6:4 9:12 37:3
51:19,23 60:18
62:3,5,7 73:1
102:24,25 103:4
129:6,8,12,24
**recorded** 4:11
**recording** 4:8
**redirect** 104:12,13
109:13,13,16
**reduced** 132:12
**redwood** 2:2,18
4:1
**refer** 14:12 115:20
115:24 119:18
123:23 124:19,21
**reference** 14:18
71:23,25 72:18
73:3 84:7 85:23
88:8 107:22
108:10 109:3,7
114:19
**referenced** 133:6

**references** 32:22
37:14 42:1 44:4
87:13 106:3
108:25 109:1,9
**referencing** 105:4
116:1
**referred** 16:5 37:5
**referring** 16:25
17:19 21:20,21
34:19,21 49:16
69:1 73:11 74:12
101:22 102:3
103:20 105:6,16
107:6 115:4,17
118:25 120:2
123:8,9 124:19,22
**refers** 37:22 41:10
44:1 48:3 67:18
68:7 73:14,18
85:13,18
**refresh** 123:19
**regimes** 107:13,15
**relate** 11:16 24:8
**related** 4:21 11:9
11:18,19 12:8
13:10 39:21 40:12
40:22 41:12 54:13
66:8 114:21
**relates** 23:14 40:9
47:14
**relating** 57:6
128:6
**relationship** 50:7
51:6 53:25 54:4
55:25 56:4,14
**relative** 124:14
**released** 133:21
**relevance** 22:6
23:10 26:23 51:9
57:24 58:16 59:6
60:13 61:20 62:19

111:15 114:9
**relevant** 124:15
129:1
**remaining** 90:8
**remember** 7:17
60:17 61:25 112:2
**remotely** 4:7
**remove** 76:9,11,12
80:18,19 90:4
91:5 96:24 100:17
121:11
**removed** 72:19
80:23 100:2
121:14
**removing** 72:24
80:12 125:5
**render** 38:18
**rendered** 38:3,6
**repeat** 23:23
106:18 116:24
**repeatedly** 97:21
**rephrase** 15:15
119:5
**report** 3:12 74:16
82:14 88:1 89:7
98:13 101:15
104:22 114:20
**reported** 1:25
**reporter** 4:21 5:13
5:17 7:7 10:1,11
14:4 26:5 31:3
71:9,15,18 84:11
102:15 119:3
121:22 132:24
**reports** 11:24
**represent** 36:7,8
36:11,16,18,22,23
93:16
**representation**
89:10 97:12
120:20

**representations** 120:21

**representative** 89:21

**request** 107:19

**requested** 104:6 104:14 113:25 134:1,9,10

**requester** 104:12 104:13

**require** 42:8 66:23 93:15 99:9,18

**required** 24:13 25:8 94:24 132:18

**requirement** 86:1

**requires** 68:1 84:6 100:11

**requiring** 99:13 100:15

**research** 11:3

**reserve** 129:21,22

**residence** 6:6

**resolution** 104:9

**resource** 39:16,22 40:3,9,11,18,21 41:3,10,12,13,18 41:19,22 42:3,23 43:3,25 44:6,7 45:7 47:17,24 48:2,4,13 81:23 97:24 101:25 102:22,23 104:3,5 104:7,11,19,20 105:4,9,24 106:9 106:11,12,14 107:11 108:10 109:4,10,13,16 112:14,22 113:6,6 114:14,24 115:25 117:1,10

**resources** 22:16 42:7 43:9 106:16 106:22,23 107:2 107:11,14,16,23 108:3,11,16,19

**respect** 100:2 114:22 124:10

**respective** 39:6,17 47:17

**responding** 9:6

**response** 62:21 109:15

**rest** 53:3 55:8 85:2 85:5

**restrictive** 93:18

**result** 124:9

**retained** 130:3

**return** 121:13 133:17 134:6

**review** 132:17 133:8,10,13 134:2

**reviewed** 33:2 38:11 84:24 85:7

**reviewing** 87:11

**rhapsody** 70:17

**right** 7:12 8:24 14:9 19:18 23:25 28:8,23 29:16,18 30:14,23 35:7 42:23 43:4 57:8 59:20 60:2 64:16 68:11,23 70:8,22 71:2 77:9,13 82:8 82:13 89:2 95:5 95:17 98:10 99:22 105:17,18,20 118:5 123:1,3 125:14

**ripping** 63:22

**role** 12:6

**rough** 7:20

**roughly** 7:14 8:6 38:25

**row** 123:2

**rules** 9:1 134:8

**run** 18:7 19:20 20:7

**running** 16:14 19:8 23:4

**runs** 22:3

**s**

**s** 3:10 6:5,5 135:3

**satisfied** 64:3,5

**satisfies** 94:23

**saved** 45:1,10

**saying** 54:15 63:25 65:21 68:10 74:21 77:6 99:21 119:20 128:18

**says** 33:14 37:24 37:24 54:24 55:23 64:7 67:11 73:3,3 73:3 87:23 95:10 101:22 103:18 123:2,4,4,15 126:15 127:16

**scenario** 99:14

**scenarios** 16:6 17:11

**schedule** 133:10

**schmidt** 1:18 2:1 3:4,13 4:12 5:16 6:3,23 7:22 8:23 10:23 11:12 13:23 28:8 31:9 52:2 69:6 84:14,22 103:7 114:12 115:16 121:18 122:2 129:14,19 130:2 131:5,14 133:5 135:2

**schmidt's** 114:5

**science** 11:7

**scope** 20:21 23:15 25:16 40:6 58:16 58:18 59:5 60:13 60:22 61:21 62:19 83:22

**script** 13:12

**scripting** 13:11 18:14 19:7

**se** 124:15

**search** 27:16 28:17 30:2 31:16 31:18 32:25 87:14

**searchable** 27:11 27:14,15 28:6,12 28:16,20 30:8

**searched** 87:15

**searching** 28:23 31:8

**second** 26:11 55:13 85:12 96:12 123:2

**section** 63:24 69:1 69:7,15 92:11 94:1 97:6 106:12 114:19,20,25

**see** 14:1 15:8 24:6 26:18 27:10 28:3 29:15 31:5 32:3 32:11,12,12 37:8 37:10,13,14,20 38:4,9,18 39:2,9 49:14 50:7 52:23 58:10 63:2,7 65:7 67:15,16 70:14 72:16,23 73:7,10 73:11,23 74:1,8 75:7 78:25 84:13 84:25 85:9,21 86:5,8,10,18 92:10

Veritext Legal Solutions
866 299-5127

92:12 98:13 99:7
101:9,17,19 102:4
103:17,22 105:1
117:6,16 122:4
123:6,17 126:16
**select** 78:19
**selected** 64:7,20
64:21,22,24 65:18
65:20,25 66:18,24
67:8,13,18 68:3,11
68:19,22 69:3,25
70:5,7 85:14
86:15 116:9
**selecting** 66:5
70:25 84:22 86:13
**selects** 70:20
**semantics** 121:12
124:12 128:10
**send** 109:13
**sends** 104:11
113:10
**sense** 9:16 10:4
40:8 42:5 52:17
73:16
**sent** 104:8
**sentence** 32:21
52:13 53:3 63:21
72:2 85:4,12
86:12 103:14
**sequence** 76:24
77:10,13 80:9,11
**sequentially** 81:13
**server** 113:10,18
**server's** 114:6,13
117:1
**servers** 108:4
117:7
**serves** 121:1
**service** 33:16
42:12 64:14,18
65:5,9,13 66:3,3

66:10 69:21 70:21
71:2 104:9,10,16
104:17,20 108:9
109:11,11,12
**services** 11:10,10
107:7
**set** 16:9 25:1 65:4
111:19,23 124:1
124:18,22
**shape** 128:7
**share** 7:1 27:19,22
28:1,6
**shea** 2:10 5:7,9
**shell** 13:11
**shores** 2:18
**shorthand** 132:11
132:24
**shortly** 105:10,13
**showing** 124:5
**shown** 112:8
**shuffle** 96:6,18
**shuffled** 96:9,15
**side** 27:15
**sign** 133:16 134:5
**signature** 129:21
129:22 132:23
133:21,23,23
134:9
**signatures** 126:3
**similar** 124:17
128:22
**simple** 99:25
**simply** 24:24
46:22 47:6 124:11
**simultaneously**
26:4
**single** 33:10,14,20
33:24 34:2,6,12
35:2,5,13,15 36:3
53:16 59:4,7
70:19 82:1,7,18

88:24 97:22,24,25
98:3,5,18,19 99:20
100:12,18 101:1
101:12 105:14
**singular** 55:19
68:7,14,16 69:19
69:20 97:12
**sit** 129:7
**sitting** 59:25 60:21
62:15 71:17
**situation** 17:22
47:6
**six** 6:18
**skill** 63:16 73:17
75:3
**slides** 124:5
**slightly** 31:20
73:16 100:14,22
101:6
**smith** 2:10 5:7,9
**software** 11:5,19
11:20 12:4,6,10,12
12:15,17,20,21,22
12:22,23 13:1,3
25:23 122:17,19
122:22
**solutions** 4:20
130:4 133:7
**son** 112:7
**song** 33:10,14,20
33:24 34:2,6,12,23
35:2,5,13,15 36:3
42:15,16,22 43:2
43:11,18,19,19
44:16,17,21,23,25
45:1,6,10,10,12,13
46:1,10,16,18
48:15,16,18 49:4
49:23 50:1,9,9
64:21 66:5 97:3
97:11 105:11

106:8 112:11
**songs** 33:16,17,17
35:20,22 64:14,19
66:4 70:25 82:1
83:3,20 96:21
109:24 110:6
**sonos** 1:7,12 2:9
4:13,14,16 5:7 6:8
6:20 37:24 111:4
111:6,13 112:6,7
112:11 116:17
133:4 135:1
**sonos's** 110:23
111:1,16 115:10
115:18,21,24
116:9,12,25
**soon** 91:10
**sorry** 7:16 22:24
26:5 28:15 33:22
35:12 37:16 45:22
59:10 64:3 69:5
71:18 85:4,10
88:3 94:12 104:3
106:18 119:3
124:21 125:7
**sort** 24:14 59:11
104:16 113:15
**sorted** 79:4,5,6
**sounds** 23:16
25:20
**source** 15:10,16,16
15:24 16:3,12,16
16:20 17:6,12,20
18:1 19:3,12
122:22
**spaces** 46:4,5
**speakers** 112:7,11
**speaking** 15:12
26:4,6 119:7
**spec** 27:10 33:4
99:17 105:12,16

**specific**  18:5 20:23
50:17 55:17 57:2
75:9 98:24
**specifically**  45:24
48:8 115:5
**specification**  30:4
37:5,8,17,21 40:8
58:24 64:13 85:13
86:6,23 87:13,18
89:24 92:3 98:15
99:8 100:10
104:25 105:4
106:10
**specifications**  98:6
101:9 107:20
129:3
**specifics**  18:18
21:2 51:5
**specified**  55:7 72:5
72:7,11,13 89:15
95:11
**speculate**  51:11
**spend**  6:23 83:23
113:24
**spent**  7:14
**spotify**  70:13,17
**square**  93:2
**ss**  131:1 132:2
**stack**  47:19 118:17
119:12 124:7,7,25
125:10,14,17,21
126:6,14,18 127:9
127:20,20,24,25
**stacked**  127:4
**stacks**  123:24
125:2
**stand**  60:25 61:12
**standard**  117:20
117:23 118:1,5,10
118:12,24 119:1
119:10,15,18,23

124:2 126:6 128:1
128:15,18
**standards**  107:20
**start**  53:9
**starting**  37:22
65:22 97:6
**starts**  90:23 105:7
**state**  4:24 5:2 6:3
131:1 132:1,5,24
133:9,12
**states**  1:1 71:11
84:15
**station**  33:15
65:10 70:7,21
71:1
**stay**  62:22
**steps**  24:13
**stick**  62:2
**stipulation**  133:20
**stl**  3:18 121:2,4
122:1 126:21
127:21 128:25
**stop**  91:9
**storage**  15:2
**store**  17:25 19:18
19:24 20:10,18
21:10,16 45:20
55:2 56:6,6 57:7
83:3,9,14,16,20
98:4
**stored**  44:13,18
45:23 48:15 49:12
50:13 51:6,7,14
55:5 76:25 77:15
79:25 80:8 95:9
**stores**  42:25 50:7
50:18
**straightforward**
46:20
**strange**  121:12,14
125:25

**street**  2:11
**strike**  48:22 54:17
67:9 75:19 86:20
95:24 124:20
125:14 127:25
**structure**  53:7
83:4 87:16 91:19
91:20 92:24 120:5
123:5,16,21 126:7
126:15,19 127:11
127:14
**structured**  43:7
**structures**  80:6
87:4,5 88:18
120:24
**student**  13:7
**style**  80:17
**subject**  10:13 68:7
68:8,14,16
**subsection**  114:19
**substance**  52:7
**substantiate**
126:10 127:23
128:20
**substantiated**
127:8
**successfully**  14:5
**succinctly**  95:8
**suffix**  47:9
**suggest**  64:6
**suggesting**  70:2
**suggests**  126:24
**suite**  2:12
**sullivan**  2:10,16
5:5,7,9
**summarizing**
32:15
**suppose**  29:14
**sure**  7:4 8:10,19
9:24 15:15 17:9
20:14,23 21:4,6,7

21:12,22 22:7,14
23:14 25:3 29:12
30:17 35:17,24
36:12 39:25 44:22
49:15 50:22 54:10
59:24 60:18 68:24
77:3 78:14,17
79:22 92:12 99:22
110:2,12 111:5,6
111:17 113:16
115:13,15 117:10
119:6 120:10
129:6
**swear**  5:14
**swift**  18:11 19:17
19:21,24 20:6
**switching**  102:6
**sworn**  5:17 132:8
**synonymous**
40:25
**system**  32:17,19
37:24 43:4,7,13
46:14 47:10,10
57:18 109:5,23
110:5,19
**systems**  11:4,5,6
11:18,19,22 12:8,8
12:9 88:21 108:11
108:16 111:2

|  **t**  |
| --- |

**t**  3:10 6:5 135:3,3
**tables**  88:21
**take**  4:9 9:18,23
27:12 32:10,13
33:9 38:4,8,9,17
41:15,15 44:3
45:22 48:5 51:18
54:21 67:21 79:8
79:16 87:8 89:9
93:7 102:8,10
113:22 117:6

[take - translator]

123:25 129:4
**taken** 2:1 4:12
5:11 10:1 132:10
**talk** 10:2 21:5
23:12 55:8 75:24
75:25 106:4
**talked** 66:9 94:21
95:20
**talking** 25:21 26:8
34:12 55:19 63:23
105:8,10 114:17
123:14
**talks** 32:18 38:15
73:4 105:13
114:20
**tangible** 15:1
**taught** 12:17 13:3
13:5,7,10,14,20
75:20,23 76:15
117:23
**tax** 8:20
**taxes** 8:21
**teach** 11:8 12:15
76:13 79:15 125:9
**teaching** 122:15
**technical** 112:13
**techniques** 12:22
12:23 13:2 81:9
108:18 122:21,21
122:23
**technologies**
107:25
**technology** 107:19
**tell** 25:4 87:16
**template** 117:21
117:23 118:5,10
118:12,24 119:2
119:10,16,19,23
124:2 126:7
127:24 128:2,15
128:18

**term** 16:18 32:1
38:5,18 44:23
54:12 65:24 66:20
89:16 92:6 93:24
97:14 112:14,22
127:1 128:5
**terms** 12:21 21:7
24:19 43:5,15,23
74:6,9 76:6 89:5
90:19 91:25
100:22 115:25
**test** 14:13
**testified** 5:18
**testify** 10:20 132:8
**testifying** 10:14
**testimony** 10:12
10:18 52:7 61:3
130:1 131:7
**testing** 12:11,23
78:24
**thank** 52:3 85:6
129:14,17,20,23
**thing** 9:21 25:15
64:20 78:12
101:22
**things** 18:12 19:11
25:14 31:19 33:12
41:20,25 56:8
66:8 70:3 74:16
76:3,9 92:1 95:13
99:12 104:17
105:19 106:7
107:17 108:13
124:14
**think** 7:14,19 8:7
8:12,14,17 11:13
13:13 17:10 19:19
22:21 23:18 25:4
26:24 27:8 28:8
29:16 31:18 32:20
38:12,13,15 39:3

40:24 47:25 48:21
51:15 55:20 57:14
57:14,25 58:17
59:14,18 60:6,24
61:2,11,16 62:1,9
62:11 63:24 65:8
65:15 66:11,25
69:13 70:10 73:15
74:15,23 77:6,10
83:25 85:23 88:8
89:4,11,16 91:3,23
92:10,11 93:1
94:5 95:7 96:5,18
96:25 97:7,19
98:20 99:6,20
100:7 101:2,8
104:15 108:10
110:15,18,21
113:17 116:3
119:20 125:20
**thinking** 83:24
102:13
**third** 66:3 69:20
70:16 96:13
**thorough** 87:11
117:12 127:21
**thoroughly** 26:1
**thought** 23:13
36:21 60:20,22
100:24 110:11
**three** 60:15 90:1
98:25 99:6 101:17
118:11,22 129:5
**thumb** 34:21
**thursday** 1:19 2:3
4:2
**time** 5:2 9:10,10
10:6 27:12 41:9
44:14,14 51:17
59:23 61:4,18,24
62:14,22 79:13

82:15 83:24 88:12
92:16 99:1 100:8
107:25 112:23
113:24 129:15
132:11 133:10,18
133:24 134:7
**timeframe** 113:5
**times** 10:7 27:7
98:25 99:7 100:25
**tired** 96:20
**tm** 37:24
**today** 5:8 6:9,17
6:21 7:11 9:20
10:3,19,21 59:25
60:21 62:15 83:25
107:21 129:15
**today's** 130:1
**top** 6:25 7:16 8:10
16:14 19:8 20:23
21:13 38:14 49:12
51:10 64:17 72:8
73:5,8,14,18,22
74:6 110:22
**topic** 24:22 41:5
47:15 63:23
**topics** 11:17,17
**topping** 47:19
**total** 130:2
**track** 96:12,12,13
105:14
**tracking** 7:17
**tracks** 86:6,15
**transcript** 132:14
132:16,18 133:6,8
133:10,13,13,21
134:2,2
**transfers** 113:8
**translate** 43:17
**translated** 17:14
**translator** 16:4

Page 23

**[transport - variables]**

**transport** 26:16 27:5,16 28:23
**treated** 124:9
**trees** 88:20
**tries** 89:12
**true** 91:18 131:7 132:13
**truth** 132:8,8,9
**truthfully** 9:7
**try** 10:2,9 23:19 27:21 29:10 58:9 95:25
**trying** 23:17 35:9 35:10 50:21,24 57:9 62:6 67:2 74:1,7 75:7 83:2 91:2
**turn** 14:17 31:21 38:21 52:10 71:4 71:22,24 101:15 103:11 104:21
**tweaked** 100:21
**twin** 2:17
**two** 17:11 31:19 56:5,16,19,23 57:15,20 58:12 59:19 60:1,10,15 61:6 62:16 66:20 71:17 90:4 94:2,3 96:17 101:10,17
**type** 16:13 83:4 127:22
**types** 19:11 22:16 52:20 74:19 81:25 118:18 121:3
**typewriting** 132:12
**typically** 16:4,20 74:10,14 75:24

**u**

**u** 6:5 73:19,19 104:4
**u.s.** 3:14,14,15,15 3:16,16,17,17 4:14 4:16 30:22 71:12
**uids** 108:14
**ultimately** 12:25
**un** 44:6
**unable** 27:25
**unclear** 63:4 65:24 67:2,2 69:23
**uncommon** 79:12
**underlying** 19:13 120:19
**underneath** 105:20
**understand** 9:8 10:12,15 25:25 27:2 28:7 33:23 34:16 35:9,10,18 35:24 37:7 43:22 44:22 45:16 46:6 49:1 52:4 53:9 54:3 57:10,13 58:4 66:14,22 67:1 70:19 73:13 73:18,21 74:21 78:14 82:4 89:21 91:8 93:4 103:8 103:15,19 105:5 105:22 110:3 112:21 113:14 115:16 116:1 120:2
**understanding** 12:7 24:14 26:20 32:5 39:11,19 40:10 41:8 56:21 57:1 66:13,13,19 67:7,17,23 68:17

70:23 71:3 89:13 102:18
**understandings** 61:2
**understood** 47:9 52:15 75:4 82:16 93:3 112:22
**uniform** 41:18,19 104:3 105:9 106:9 106:13 107:11,11
**unique** 108:14,14
**unit** 4:11
**united** 1:1 71:11 84:15
**units** 130:3
**unity** 20:4
**universal** 108:13
**university** 7:24 10:24 75:21
**unrelated** 54:7,11
**uploaded** 121:19
**uri** 48:6
**uris** 44:4
**url** 42:11,13 48:6 103:16,19,23 104:3,4,12,20 106:1 108:17,25 109:18
**urls** 42:9 44:4 107:2,12 109:8
**urquhart** 2:16 5:5
**use** 30:9 35:21 42:9,20 43:5 56:11,14 65:24 70:20 96:20 100:16,23 102:2 109:1,3 112:6,8 122:14 127:23
**useful** 57:17
**user** 25:10,11,12 33:15 34:19 63:4

63:17 64:5,7,21,21 64:22,24 65:18,20 65:25 66:5,18,24 67:13,18 68:3,11 68:19,22 69:3 70:6,8,20,24 76:20 77:6,12 89:14,15 96:10 113:8 116:9
**user's** 20:10
**uses** 22:18 23:1 56:10 68:6 92:5 93:24 108:10
**uuids** 42:1

**v**

**vacuously** 91:18
**vague** 15:21 16:17 18:2 20:21 21:11 34:8,14 58:15 59:9 60:4,12 61:20 62:19 77:17 79:21 80:14 81:7 83:6 88:15 91:12 92:1 110:1 114:9 114:15 117:4 120:7 121:8
**validate** 25:9
**values** 79:6,9,9
**vanderbilt** 7:23 10:24 75:21 79:15 117:24 122:7,10 122:12
**variable** 53:16 55:10,12,15,16 59:4,7 82:8,19 88:24 95:23 98:3 98:9,19 99:4,20 100:3,18 101:2,12
**variables** 53:18,23 53:25 54:7,16,19 55:4,22,23 56:1,6 56:11,17,19,23

Veritext Legal Solutions
866 299-5127

[variables - yeah]

57:3,11,15,21 58:3
58:13 59:19 60:1
60:10 61:6 62:16
82:13,19 88:24
95:1,3,4,9,15 96:3
99:3 100:17
**various**  13:11 19:8
22:2,15,25 32:22
41:15 43:8 48:5
56:8 79:14 81:8
90:24 98:20
123:13
**veritext**  4:19
130:3 133:7,9,11
**version**  28:5,7
30:18 31:9,12
**versus**  4:13,16
40:22 55:19
**video**  1:17 4:8
33:14
**videographer**  2:22
4:5,20 5:13,21
51:19,23 102:15
102:25 103:4
129:8,12,24
**videos**  33:16,17
**view**  17:6 41:2
45:11 54:8,18
56:17,24 57:22
58:14 63:3 76:19
81:17 82:7,12
88:14 95:5
**virtual**  19:9,13
**virtue**  66:5
**vs**  1:6,11 133:4
135:1

| w |
| --- |

**w**  2:11
**waived**  133:23,23
**waiving**  133:20

**want**  14:13 24:5
25:12 50:22 57:9
59:23 78:19,22,23
78:24 87:8 91:21
115:15
**way**  18:12 23:5
29:5 34:24 36:8
37:20 42:25 43:11
43:14,17 46:19
47:4,20 49:11
50:6,17 53:21
56:12 64:6,23
74:8 75:9,13
76:19 79:16 83:9
83:16,17 89:20
91:24 92:25 93:11
93:12 96:19
107:23 108:3
109:3 111:17
114:3 119:20
123:22 124:11,13
125:4 128:7
**ways**  18:7,13 23:3
30:13 36:6,10
40:16 41:22 42:2
42:7 43:8 47:5
50:12 58:21 70:10
74:21 75:13,14,24
76:13,17 79:7
81:8,10,14 82:17
82:20,21,23 83:15
83:19 88:16,25
89:2 93:5,8,11
94:13 98:21 108:5
108:15 109:2
111:7,9 115:1
118:19 121:16
122:18 124:10
127:1
**we've**  48:15 51:15
102:5 116:21

**web**  11:10,21,21
12:8 108:6
**website**  27:19,23
29:9
**weird**  27:15 28:13
28:22 29:21
**welcome**  52:2
103:7
**wha**  1:7,11
**whatnot**  17:13
109:12
**wide**  20:1 108:6
**wild**  26:3
**williamson**  6:7
**wind**  124:21
**witness**  1:17 3:3
5:14 7:8 14:5
15:12,20,22 16:2
16:24 17:9 18:4
19:6 20:1,14,22
21:4,12,19 22:7,14
24:10 25:7 27:2
30:20,23 32:10
33:2,3,22 34:9,16
35:17 36:5 38:11
38:12 39:25 40:7
40:24 41:5 42:18
43:21 44:21 45:5
47:4 49:1,10 50:5
50:16 51:4 54:3
54:10 56:3 57:25
58:17 59:7,11
60:5,14 61:22
62:20 63:7 67:21
71:20 77:3,19
78:10 79:22 80:3
80:16 81:8 82:10
82:23 83:8,23
84:24,25 85:7,9,20
87:2,10,12 88:16
90:12 91:14 92:9

95:7 97:19 98:12
100:7 102:14,18
106:18 107:5
108:23 110:2,10
111:3,16 112:1
113:22 114:18
115:22 116:5
117:5 118:7 119:6
120:8,17 121:9,23
125:20 126:9
128:4,17 129:17
129:20 132:6,21
133:13,16 134:2,5
135:24
**word**  28:24 29:1
68:7 113:6 129:1
**words**  55:5 96:10
**work**  13:4 28:2
29:22 42:19 114:3
117:7 118:19
127:20,21
**worked**  111:11
**works**  31:15
109:18 111:4
**world**  107:18
108:6
**worry**  71:16
**wow**  113:22
**write**  18:15 20:5
**written**  15:24 18:9
18:16 19:17,21,24
40:11
**wrong**  29:2,3
**wrote**  52:14

| x |
| --- |

**x**  3:1,10 132:18
134:1

| y |
| --- |

**yeah**  27:25 28:10
28:22 49:10 58:17

Veritext Legal Solutions
866 299-5127

**[yeah - zoom]**

| |
|---|
| 60:5 100:7 111:3 114:8 |
| **year**  8:20 |
| **years**  13:21 108:8 |
| **z** |
| **zero**  85:24 88:5 91:6,11 92:7 93:25 94:2,3,3 |
| **zoom**  1:17 |

Veritext Legal Solutions
866 299-5127

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the
foregoing transcript is a true, correct and complete
transcript of the colloquies, questions and answers
as submitted by the court reporter. Veritext Legal
Solutions further represents that the attached
exhibits, if any, are true, correct and complete
documents as submitted by the court reporter and/or
attorneys in relation to this deposition and that
the documents were processed in accordance with
our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining
the confidentiality of client and witness information,
in accordance with the regulations promulgated under
the Health Insurance Portability and Accountability
Act (HIPAA), as amended with respect to protected
health information and the Gramm-Leach-Bliley Act, as
amended, with respect to Personally Identifiable
Information (PII). Physical transcripts and exhibits
are managed under strict facility and personnel access
controls. Electronic files of documents are stored
in encrypted form and are transmitted in an encrypted
fashion to authenticated parties who are permitted to
access the material. Our data is hosted in a Tier 4
SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and
State regulations with respect to the provision of
court reporting services, and maintains its neutrality
and independence regardless of relationship or the
financial outcome of any litigation. Veritext requires
adherence to the foregoing professional and ethical
standards from all of its subcontractors in their
independent contractor agreements.

Inquiries about Veritext Legal Solutions'
confidentiality and security policies and practices
should be directed to Veritext's Client Services
Associates indicated on the cover of this document or
at www.veritext.com.