# EXHIBIT 17

```
 1               UNITED STATES DISTRICT COURT
 2          FOR THE NORTHERN DISTRICT OF CALIFORNIA
 3                 SAN FRANCISCO DIVISION
 4    ------------------------------------------------x
 5    GOOGLE LLC,
 6                   Plaintiff,
 7    vs.                      Case No. 3:20-cv-06754 WHA
                               Related to Case No.
 8                                  3:21-cv-07559 WHA
 9
      SONOS, INC.,
10                   Defendant.
11    ------------------------------------------------x
12
13      REMOTE VIDEOTAPED DEPOSITION BY VIRTUAL ZOOM OF
14               CHRISTOS KYRIAKAKIS, Ph.D.
15                  Tuesday, March 1, 2022
16
17
18
19
20
21
22
23
24    Reported By: Lynne Ledanois, CSR 6811
25    Job No. 5112102
```

Page 1

```
 1                UNITED STATES DISTRICT COURT
 2           FOR THE NORTHERN DISTRICT OF CALIFORNIA
 3                   SAN FRANCISCO DIVISION
 4    ----------------------------------------------x
 5    GOOGLE LLC,
 6                    Plaintiff,
 7    vs.                     Case No. 3:20-cv-06754 WHA
                              Related to Case No.
 8                                 3:21-cv-07559-WHA
 9    SONOS, INC.,
10                    Defendant.
11    ----------------------------------------------x
12
13
14          Videotaped deposition of CHRISTOS
15    KYRIAKAKIS, taken in Los Angeles, California,
16    commencing at 9:09 a.m., on Tuesday, March 1, 2022
17    before Lynne Ledanois, Certified Shorthand Reporter
18    No. 6811
19
20
21
22
23
24
25
```

Page  2

```
1                    REMOTE APPEARANCES

2

3      Counsel for Sonos LLC:

4              LEE SULLIVAN SHEA & SMITH LLP

5              BY: GEORGE LEE

6                  JAE PAK

7              Attorneys at Law

8              656 W Randolph Street

9              Suite 5W

10             Chicago, Illinois 60661

11             lee@ls3ip.com

12             pak@ls3ip.com

13

14     Counsel for Google LLC:

15             QUINN EMANUEL URQUHART & SULLIVAN, LLP

16             BY: NIMA HEFAZI

17                 Attorney at Law

18                 865 S. Figueroa Street

19                 Tenth Floor

20                 Los Angeles, California 90017

21                 nima.hefazi@quinnemanuel.com

22

23     ALSO PRESENT:

24     Steven Togami, Videographer

25
```

Page 3

1                I N D E X   O F   E X A M I N A T I O N

2

3      Examination by:                                    Page

4           Mr. Pak                                          7

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1              I N D E X   O F   E X H I B I T S
 2    Deposition           Description              Page
 3    Exhibit 1  Declaration of Dr. Kyriakakis;      12
 4    Exhibit 2  US Patent No. 9,967,615 B2;         33
 5    Exhibit 3  Document headed, Playing Tracks      35
 6               in Playlists;
 7    Exhibit 4  Document headed, Exhibit B,          37
 8               Help Guide - Sony;
 9    Exhibit 5  Document headed, How to Operate      39
10               with a Smartphone;
11    Exhibit 6  Document headed, Configuring the     42
12               Shuffle Play or Repeat Mode;
13    Exhibit 7  Document headed, Listening to        44
14               the TuneIn Music Services;
15    Exhibit 8  Document headed, Exhibit F,          47
16               Vista;
17    Exhibit 9  Document headed, Exhibit E,          52
18               Controller Guide;
19    Exhibit 10 Document headed, Introduction        64
20               to Persistent Uniform Resource
21               Locators;
22    Exhibit 11 Document headed, Exhibit G,          69
23               Merriam-Webster;
24
25
                                            Page  5
```

```
 1                    Tuesday, March 1, 2022

 2                       9:09 a.m.

 3    _____

 4            VIDEOGRAPHER:  We're on the record at

 5    9:09 a.m. on March 1st, 2022.                    9:09AM

 6            Audio and video recording will continue to

 7    take place unless all parties agree to go off the

 8    record.

 9            This is Media Unit Number 1 of the

10    video-recorded deposition of Chris Kyriakakis,    9:10AM

11    Ph.D., taken by counsel for Sonos Inc. in the matter

12    of Google LLC versus Sonos Inc. filed in the United

13    States District Court for the Northern District of

14    California, San Francisco Division.  Case Number

15    3:21-cv-07559-WHA.                                9:10AM

16            This deposition is taking place through

17    Veritext Zoom technology.  All participants are

18    attending remotely.

19            My name is Steven Togami from the firm

20    Veritext Legal Solutions and I'm the videographer.  9:10AM

21    The court reporter is Lynne Ledanois from the firm

22    Veritext Legal Solutions.

23            I'm not related to any party in this

24    action, nor am I financially interested in the

25    outcome.                                          9:11AM
```

                                            Page 6

```
 1              If there are any objections to proceeding,      9:11AM
 2   please state them at the time of your appearance.
 3              At this time will counsel and all present
 4   please state their appearances and affiliations for
 5   the record starting with the noticing party.            9:11AM
 6              MR. PAK:  This is Jae Pak from Lee
 7   Sullivan Shea & Smith representing Sonos Inc.  I
 8   also have with me George Lee from the same firm.
 9              MR. HEFAZI:  This is Nima Hefazi of Quinn
10   Emanuel on behalf of Google.                            9:11AM
11              VIDEOGRAPHER:  Thank you.  Could we please
12   have the oath.
13
14              CHRISTOS KYRIAKAKIS, PH.D.,
15      having been duly sworn, testified as follows:       9:11AM
16   _____
17                    EXAMINATION
18   BY MR. PAK:
19      Q   Dr. K, could you please state your full
20   name and spell your name for the record, please.       9:12AM
21      A   My name is Chris, C-H-R-I-S, last name
22   Kyriakakis, K-Y-R-I-A-K-A-K-I-S.
23      Q   Do you recall I deposed you for the
24   Sonos v. Google case in the Western District of
25   Texas on June 11, 2021?                                 9:12AM
```

Page 7

| | | |
|---|---|---|
| 1 | A    Yes. | 9:12AM |
| 2 | Q    Have you been deposed by anyone since that | |
| 3 | time? | |
| 4 | A    No. | |
| 5 | Q    Just so we're on the same page, I want to | 9:12AM |
| 6 | run through some general guidelines and the same | |
| 7 | guidelines as last time.  Bear with me here. | |
| 8 | Number one, I'll ask you questions and you | |
| 9 | must give truthful answers. | |
| 10 | Number two, your counsel may object to | 9:12AM |
| 11 | questions but unless your counsel instructs you not | |
| 12 | to answer, you still have to answer despite the | |
| 13 | objection. | |
| 14 | Number three, if you don't understand a | |
| 15 | question or need clarification, please ask. | 9:13AM |
| 16 | Otherwise, I'll assume that you understand the | |
| 17 | question. | |
| 18 | Number four, we'll plan to take a break | |
| 19 | every hour or so.  If you need a break outside of | |
| 20 | that schedule, let me know and I can try to | 9:13AM |
| 21 | accommodate your request. | |
| 22 | I just ask that you finish any pending | |
| 23 | question before we go on break. | |
| 24 | Number five, the court reporter will be | |
| 25 | transcribing our discussion today, so I'll need you | 9:13AM |

Page 8

```
 1    to give verbal answers as opposed to head nods.        9:13AM
 2    Understood?
 3        A    Yes.
 4        Q    Okay.  You submitted a declaration on
 5    February 11th for this matter between Sonos and        9:13AM
 6    Google; correct?
 7        A    That's correct.
 8        Q    You're retained as an expert to offer your
 9    opinions on claim construction related to the '615
10    and '033 patents asserted in this case; correct?      9:13AM
11        A    Yes, correct.
12        Q    Specifically you were retained as an
13    expert to offer your opinions on the terms "playback
14    queue" and "resource locator"; correct?
15        A    Correct.                                       9:14AM
16        Q    When were you contacted to offer your
17    opinions on claim construction for the terms
18    "playback queue" and "resource locator"?
19        A    I don't have the exact date.  It was
20    approximately in January of this year, something like  9:14AM
21    that.  It was around that time.
22        Q    Were you informed of what each party's
23    construction was at the time?
24             MR. HEFAZI:  I'll caution the witness --
25    you're starting to get into privileged issues, what   9:14AM
```

```
 1    he was told between the attorneys.                    9:14AM

 2    BY MR. PAK:

 3         Q    I'm not asking for any specifics.

 4              Just yes or no, were you informed of what

 5    each party's construction was at the time?           9:14AM

 6         A    I was informed of the -- there was a table

 7    of Google's proposed construction and Sonos's proposed

 8    construction.  I just don't remember the --

 9              THE REPORTER:  I'm sorry, Dr. K.  I didn't

10    hear that.  Could you start over, please?  "I was     9:14AM

11    informed..."

12              MR. HEFAZI:  I think, Dr. K, you should

13    just answer yes or no.  I don't think --

14              THE WITNESS:  Okay.  There was --

15              MR. HEFAZI:  You're starting to get into     9:15AM

16    privileged.  I'll let him answer this one, but this

17    line of questioning, let's see where it goes.

18              THE WITNESS:  Yes, I was informed.

19    BY MR. PAK:

20         Q    What did your analysis involve in           9:15AM

21    preparing your declaration?

22         A    It involved --

23              MR. HEFAZI:  Again, just to caution the

24    witness here, you can speak at a high level about

25    the process, but I don't want you getting into        9:15AM
```

Page 10

```
 1    specific drafts or conversations with attorneys.        9:15AM

 2              THE WITNESS:  Understood.

 3              It involved reading, rereading the

 4    patents, analyzing the claims, looking at some

 5    external references and also just putting my            9:16AM

 6    thoughts of my knowledge of the field in order, so

 7    it was kind of the usual way that one would do this.

 8    BY MR. PAK:

 9         Q    When was the last time you read the '615

10    or '033 patent?                                         9:16AM

11         A    The last time was yesterday in preparing for

12    the deposition.

13         Q    Do you understand that Sonos's expert,

14    Dr. Smith, also submitted a declaration on claim

15    construction regarding the terms "playback queue"       9:16AM

16    and "resource locator"?

17         A    I do, yes.

18              MR. PAK:  I would like to introduce an

19    exhibit now, so just bear with me here.

20              MR. HEFAZI:  Dr. Kyriakakis, while he's       9:16AM

21    doing that, if you could leave a little bit more

22    time between the question and the answer just so I

23    have time to object.

24              THE WITNESS:  Okay.

25              (Discussion off the record.)                  9:17AM
```

                                                      Page 11

```
 1              VIDEOGRAPHER:  Going off the record at     9:18AM
 2    9:18 a.m.
 3              (Recess taken.)
 4              VIDEOGRAPHER:  Going back on the record at
 5    9:19 a.m.                                            9:19AM
 6    BY MR. PAK:
 7         Q    Dr. K, I just introduced an exhibit marked
 8    as Exhibit 1.  Let me know if you can see that.
 9              (Exhibit 1 was marked for identification.)
10              THE WITNESS:  Yes, I see it.  Let me open    9:19AM
11    it.  Yes.
12    BY MR. PAK:
13         Q    Is this a true and accurate copy of your
14    February 11th declaration?
15         A    It is.                                       9:20AM
16         Q    Let's go to the last page.
17         A    Okay.
18         Q    Is that your signature at the end?
19         A    Yes, it is.
20         Q    The opinions set forth in this declaration   9:20AM
21    are yours; correct?
22         A    Yes, they are.
23         Q    Now, I know you submitted a declaration in
24    the Western District of Texas case, but to date this
25    is the only declaration that you submitted in this    9:20AM
```

Page 12

```
1    Northern District of California case; correct?        9:20AM

2        A    Yes, that's correct.

3        Q    Your declaration is as accurate and

4    complete as you could reasonably make it; correct?

5        A    Yes.                                          9:20AM

6        Q    Let's walk through your declaration.

7             Section 2, Paragraphs 8 through 13, those

8    paragraphs set forth your qualifications as an

9    expert; correct?

10       A    Correct.                                      9:21AM

11       Q    Section 3, Paragraphs 14 to 19 sets forth

12   your understanding of various legal standards

13   affiliated to claim construction; correct?

14       A    Correct.

15       Q    In reaching your opinions set forth in       9:21AM

16   your declaration, did you apply the legal standards

17   set forth in Section 3?

18       A    Yes, to the best of my ability, even though

19   I'm not a lawyer.

20       Q    Section 4, Paragraphs 20 through 24 sets     9:21AM

21   forth your general understanding of music queues or

22   play queues; correct?

23       A    Yes.

24       Q    Are the terms "music queue" and "play

25   queue" synonymous with the term "playback queue"?    9:21AM
```

Page 13

```
 1        A    I believe so.  I think they are used        9:21AM

 2    interchangeably in the industry, yes.

 3        Q    Okay.  Section 4, Paragraphs 25 through 29

 4    sets forth your general understanding of internet

 5    resources; correct?                                  9:21AM

 6        A    Yes.

 7        Q    Moving on to Section 5, Paragraphs 30 to

 8    35, you provide an overview of the '615 and '033;

 9    correct?

10        A    Correct.                                    9:22AM

11        Q    And according to Paragraph 30, the '615

12    and '033 patents share a common specification;

13    correct?

14        A    Yes.

15        Q    Moving on to Section 6, Paragraphs 36 to     9:22AM

16    40, those paragraphs set forth your opinion

17    regarding the level of ordinary skill in the art;

18    correct?

19        A    Correct.

20             MR. HEFAZI:  Dr. Kyriakakis, if you could    9:22AM

21    just take a couple of seconds before you answer so

22    that I can object if necessary.

23             THE WITNESS:  Okay.

24    BY MR. PAK:

25        Q    Section 7, Paragraphs 41 to 42 sets forth    9:22AM
```

Page 14

```
 1    your understanding of the asserted claims and the        9:22AM

 2    scope of your analysis; correct?

 3         A    Correct.

 4         Q    Section 8, Paragraphs 43 to 54 provide

 5    your analysis regarding the term "playback queue";        9:23AM

 6    correct?

 7         A    Yes, that's right.

 8         Q    Paragraphs 55 to 72 provide your analysis

 9    regarding the term "resource locator"; correct?

10         A    Correct.                                        9:23AM

11         Q    We just walked through your declaration.

12              Do you have any changes that you want to

13    make to this declaration?

14         A    I think Nima is saying something, but we

15    can't hear him.                                           9:23AM

16              MR. HEFAZI:  I was just going to say

17    objection, form.

18              THE WITNESS:  I do not have any changes.

19    BY MR. PAK:

20         Q    Let's look at Paragraph 20 of your             9:23AM

21    declaration.

22         A    Okay.

23         Q    Here you opine that "devices and

24    applications that streamed music (for example, Sonos

25    and Spotify) often permitted users to create, edit       9:24AM
```

Page 15

```
 1    and manage queues of music."  Then you cite to        9:24AM
 2    Exhibits B, C and D.
 3              Do you see that?
 4         A    Yes.
 5         Q    Exhibit B is an excerpt of the Sony HDD      9:24AM
 6    audio remote manual; correct?
 7         A    Correct.
 8         Q    Have you used the Sony HDD audio remote
 9    before?
10         A    I have, yes.  A long time ago but yes, I    9:24AM
11    have used it.
12         Q    When was the last time you used the Sony
13    HDD audio remote?
14         A    Several years ago.  I don't remember the
15    date.                                                 9:24AM
16         Q    Was it more than ten years ago?
17         A    I don't think so.
18         Q    Is it your opinion that the play queue
19    described in Sony's HDD audio remote manual reflects
20    how a person of ordinary skill in the art would       9:25AM
21    ordinarily or customarily understand the term
22    "playback queue"?
23         A    Yes.
24         Q    Exhibits C and D are articles that mention
25    Spotify's play queue; is that correct?                9:25AM
```

Page 16

```
 1          A    Correct.                                9:25AM

 2          Q    Have you used the Spotify app before?

 3          A    Yes, I have.

 4          Q    When was the last time you used the

 5     Spotify app?                                      9:25AM

 6          A    This morning.

 7          Q    When was the first time you used the

 8     Spotify app?

 9          A    Again, it's many years, but I don't recall.

10     From the early days of Spotify I would say.       9:25AM

11          Q    It's your opinion that Spotify's play

12     queue reflects how a person of ordinary skill in the

13     art would ordinarily or customarily understand the

14     term "playback queue"?

15          A    Yes, it is.                             9:26AM

16          Q    Let's look at Paragraph 21 of your

17     declaration.

18               The first sentence here you opine that

19     "Sonos's products also included the ability for

20     users to create a music queue," and then you cite to  9:26AM

21     Exhibit E, which appears to be a 2011 version of the

22     "Sonos's Controller for Mac or PC Product Guide";

23     correct?

24          A    Yes, that's correct.

25          Q    Have you used the Sonos controller for Mac  9:26AM
```

Page 17

| | | |
|---|---|---|
| 1 | or PC before? | 9:26AM |
| 2 | A    I did in the early days, again, when it came | |
| 3 | out.  I didn't own it, but I had access to one and I | |
| 4 | had used it. | |
| 5 | Q    Have you used a Sonos controller for Mac | 9:26AM |
| 6 | or PC in 2011? | |
| 7 | A    Yes. | |
| 8 | Q    Is it your opinion that Sonos's music | |
| 9 | queue described in the 2011 Sonos controller | |
| 10 | guide -- or controller for Mac or PC product guide | 9:27AM |
| 11 | reflects how a person of ordinary skill in the art | |
| 12 | would ordinarily or customarily understand the term | |
| 13 | "playback queue"? | |
| 14 | A    Yes. | |
| 15 | Q    Let's look at Paragraph 51 of your | 9:27AM |
| 16 | declaration. | |
| 17 | A    I'm sorry, 51 you said? | |
| 18 | Q    Yes, 51. | |
| 19 | Here you opine that other industry | |
| 20 | materials provide a similar description of a | 9:27AM |
| 21 | playback queue and then you cite the Exhibit F and | |
| 22 | Exhibit B. | |
| 23 | Do you see that? | |
| 24 | A    Yes. | |
| 25 | Q    Exhibit F is a copy of Windows Vista | 9:27AM |

Page 18

```
 1    manual; correct?                                      9:27AM
 2         A    It's not the manual.  It's David Pogue's
 3    book that he called it "The Missing Manual."  It's
 4    kind of a behind-the-scenes explanation of Windows
 5    Vista.                                                9:28AM
 6         Q    Got it.  Have you used Windows Vista
 7    before?
 8         A    Yes, I have.
 9         Q    Have you used Windows Media Center for
10    Windows Vista before?                                 9:28AM
11         A    Yes, I have.
12         Q    When was the last time you used Windows
13    Media Center for Windows Vista?
14         A    When it first came out, when Windows Vista
15    first came out, I remember playing with it.  But I    9:28AM
16    don't remember -- I don't know the date of that.
17         Q    As indicated in Paragraph 51 of your
18    declaration, it is your opinion that the music queue
19    described in the Windows Vista document, Exhibit F,
20    reflects how a person of ordinary skill in the art    9:28AM
21    would ordinarily or customarily understand the term
22    "playback queue"; correct?
23         A    Yes, that's correct.
24         Q    Have you looked at any other industry
25    materials describing a playback queue other than the  9:29AM
```

Page 19

1    materials cited in your declaration?                    9:29AM

2         A    Not specifically for this purpose.  I'm sure

3    I have over the years, but not specifically for

4    preparing for this.

5         Q    Are there any other materials that come to    9:29AM

6    mind that describe a playback queue?

7         A    I don't have any specific ones to mention

8    off the top of my head right now.

9         Q    Generally speaking, you have an

10   understanding of what a term of art is; correct?        9:29AM

11        A    Yes.

12        Q    What is your understanding?

13        A    It's --

14             MR. HEFAZI:  Objection, calls for a legal

15   conclusion.                                             9:30AM

16             THE WITNESS:  My understanding is that it

17   is a term as it would be understood by a person of

18   ordinary skill in the art.

19   BY MR. PAK:

20        Q    Is "playlist" a term of art?                  9:30AM

21        A    Yes.

22        Q    Before Google engaged you as an expert for

23   this matter, did you have an understanding of what

24   playlist means?

25        A    Yes, I did.                                   9:30AM

                                              Page 20

```
 1          Q    What was that understanding?              9:30AM

 2          A    That it is an ordered collection of songs --

 3     it could be other material, but I'm using songs as an

 4     example -- that a user puts together based on some

 5     criteria that they've decided, such as genre or an     9:30AM

 6     artist or other criteria.

 7          Q    How are songs added to a playlist?

 8          A    It --

 9               MR. HEFAZI:  Objection to form.

10               THE WITNESS:  There is a delay, and that's   9:31AM

11     why I'm --

12               MR. HEFAZI:  That's fine.  Just take a

13     pause and let the question finish.

14               (Discussion off the record.)

15               (Requested testimony read by the reporter.)  9:31AM

16               MR. HEFAZI:  Same objection.

17               THE WITNESS:  It depends a little bit on

18     the service, I think.  But in general, a user

19     selects a song from either the music library or the

20     larger collection of songs that somebody like         9:32AM

21     Spotify would offer and drags it into a column that

22     contains playlists or right clicks and adds it.

23     BY MR. PAK:

24          Q    Does a user have to add the songs to a

25     playlist or can the music service itself add --        9:32AM
```

Page 21

```
1     create its own playlist without the user adding        9:32AM
2     songs to a playlist?
3          A    Yes, both of those are possible.  It could
4     be a premade playlist, it could be a collaborative
5     playlist that multiple users contributed to or an      9:32AM
6     individual user.
7          Q    So a user does not have to manually add
8     songs to a playlist; correct?
9          A    It's just one option.
10         Q    How is a playlist stored?                     9:32AM
11         A    Again, it depends a little bit on the
12    situation.  For a streaming music service, a playlist
13    is stored as a list of uniform resource locators.
14             If the songs are on your hard drive, then
15    it's a list of other types of links to memory          9:33AM
16    locations on your hard drive.  So it depends on the
17    situation.
18         Q    So is it your opinion that songs in a
19    playlist don't have to be stored in its data form?
20             MR. HEFAZI:  Objection, vague and             9:33AM
21    ambiguous.
22             THE WITNESS:  Can you explain what you
23    mean by "data form"?
24    BY MR. PAK:
25         Q    Yes.  I don't know what the best way to       9:33AM
```

Page 22

```
 1    put this is.  But if you have a playlist with two        9:33AM

 2    songs, and say they are MP3 files, each being

 3    7 megabytes long, does a playlist contain those

 4    songs in the MP3 file form, the 7-megabyte form, or

 5    is it stored in some other manner, like you said a       9:34AM

 6    URL, for example?

 7              MR. HEFAZI:  Objection, vague,

 8    hypothetical.

 9              THE WITNESS:  I think both of those are

10    possible.                                                9:34AM

11    BY MR. PAK:

12        Q    So it's possible that songs included in a

13    playlist can be stored in either its data form, its

14    MP3 file form, or as a resource locator or a URL

15    form; correct?                                           9:34AM

16        A    Yes.

17        Q    Does a playlist have to have a plurality

18    of multimedia items or songs?

19        A    Not necessarily.  You can create a playlist

20    and call it something and it may start empty and then    9:35AM

21    you start putting songs in it.

22        Q    So is it your opinion that you can have a

23    playlist that has only one song?

24        A    Yes.

25        Q    Let's look at Paragraph 47 of your             9:35AM
```

Page 23

```
 1    declaration.                                    9:35AM

 2           Here you opine that "a person of skill in

 3    the art would have understood that a playback queue

 4    is an ordered list of multimedia items that is

 5    selected by the user for playback."              9:35AM

 6           Do you see that?

 7    A     Yes.

 8    Q     What is a multimedia item?

 9    A     In the context of what we're talking here

10    today, it's a song, a video, a link to a song or  9:36AM

11    video.

12           It could also be multimedia as defined as

13    other things like text as well, but I think we're

14    talking about just songs and videos here.

15    Q     When you say "a link to a song or video,"   9:36AM

16    does that mean that a playback queue doesn't have to

17    contain the actual song or video in its data form?

18    A     Yes, just as I answered it for playlist, I

19    think that's right.

20    Q     Does an entire album amount to a           9:36AM

21    multimedia item?

22           MR. HEFAZI:  Objection, vague.

23           THE WITNESS:  I think if you ask different

24    people, they will give you a different answer.  It

25    could.                                           9:37AM
```

Veritext Legal Solutions
866 299-5127

```
 1    BY MR. PAK:                                      9:37AM

 2        Q    Does a playlist amount to a multimedia

 3    item?

 4              MR. HEFAZI:  Same objection, vague.

 5              THE WITNESS:  It's the same answer as   9:37AM

 6    album.  I would consider it the same, yes.

 7    BY MR. PAK:

 8        Q    So depending on -- you know, depending on

 9    who you ask, you're saying a playlist could be a

10    multimedia item or it might not be a multimedia    9:37AM

11    item?

12        A    In my experience in the art, there are those

13    that say that items are individual smaller parts.  But

14    I don't think there is a general definition of item.

15        Q    Does an internet radio station amount to a  9:38AM

16    multimedia item?

17              MR. HEFAZI:  Objection, incomplete

18    hypothetical.

19              THE WITNESS:  I would say that the

20    internet radio station is serving multimedia items;  9:38AM

21    but the station itself, I would say no.

22    BY MR. PAK:

23        Q    Have you used Pandora before?

24        A    Yes, I have.

25        Q    Is it possible to add a Pandora radio       9:38AM
```

Page 25

```
 1   station to a playback queue?                      9:38AM

 2           MR. HEFAZI:  Objection, calls for

 3   speculation, incomplete hypothetical.

 4           THE WITNESS:  My experience with playback

 5   queues has been with services that are not Pandora.  9:38AM

 6   So I don't know -- I don't believe they allow that

 7   in Spotify, for example, or Apple.

 8   BY MR. PAK:

 9       Q   Okay.  So does a playback queue contain

10   each multimedia item -- I take that back, yes.  Let   9:39AM

11   me start over here.

12           So your definition here, it says a person

13   of ordinary skill in the art would have understood

14   the term "playback queue" to mean "ordered list of

15   multimedia items that is selected by the user for    9:39AM

16   playback.  "

17           Who is the user in your construction for

18   playback here?

19       A   The person that wants to experience the

20   multimedia items.                                    9:39AM

21       Q   Can the multimedia items be -- let me

22   start over here.

23           Can the multimedia items in the ordered

24   list be selected by a user other than the user who

25   wants to experience the multimedia items?            9:40AM
```

Page 26

```
 1         A    Yes, that's -- as we said before, it could    9:40AM
 2    be by multiple users or by somebody who's curating the
 3    list.
 4         Q    So the multimedia items in a playback
 5    queue does not have to be selected by the user who      9:40AM
 6    wants to experience multimedia items; correct?
 7              MR. HEFAZI:  Objection, vague and
 8    ambiguous.
 9              THE WITNESS:  I don't think we're
10    construing the word "user" anywhere here.  I think a    9:40AM
11    user could be a user that wants to listen or create
12    or both.
13    BY MR. PAK:
14         Q    In your construction you used the term
15    "the user" instead of "a user."                         9:41AM
16              Is there a particular reason why you use
17    "the" instead of "a"?
18         A    I would say it's because of the word of
19    "playback."  I was looking at this from the point of
20    view of a consumer of a playback queue.                 9:41AM
21         Q    But is it your opinion that your
22    construction for a playback queue doesn't limit the
23    ordered list of multimedia items to be selected by a
24    particular user; is that correct?
25              MR. HEFAZI:  Objection, asked and           9:41AM
```

Page 27

```
 1   answered.                                         9:41AM

 2            THE WITNESS:  Yes.  I also want to

 3   clarify, this is not my construction, this report is

 4   about the opinions about a construction that was

 5   presented to me.                                  9:41AM

 6   BY MR. PAK:

 7       Q    Understood.

 8            What is a list in this proposed

 9   construction?

10            MR. HEFAZI:  Objection, vague.           9:42AM

11            THE WITNESS:  It's a sequence of -- it's

12   an ordered list.  So it's a sequence of items that

13   have been given some order in which to appear.

14   BY MR. PAK:

15       Q    Is a list a single data structure?       9:42AM

16       A    It can be.  There are multiple ways to

17   implement lists.

18       Q    Can a list be -- can a list comprise

19   multiple data structures?

20       A    It can, although my computer science      9:42AM

21   colleagues would probably call that an array or

22   something else.  But yes.

23       Q    So is it your opinion that a playback

24   queue contains an ordered list of multimedia items

25   in a single or multiple data structure set?        9:43AM
```

                                                    Page 28

```
 1        A    I didn't really look at this from the point      9:43AM
 2    of view of data structures, so I didn't opine on how
 3    it's stored, just on the term -- on the meaning of the
 4    term.  I would have to think about that a little bit
 5    more if we're giving an opinion.                          9:43AM
 6        Q    Okay.  Again, this construction here you
 7    propose that -- you say -- you did not propose, but
 8    you did opine that "a person of ordinary skill in
 9    the art would have understood that a playback queue
10    is an ordered list of multimedia items that is           9:44AM
11    selected by the user for playback."
12             If it's not your proposed construction, is
13    there something you would change?
14             MR. HEFAZI:  Objection, mischaracterizes
15    testimony.                                                9:44AM
16             THE WITNESS:  I think the whole point of
17    my declaration in this part is that I agree with
18    this construction.
19    BY MR. PAK:
20        Q    Okay.  What is an ordered list?                  9:44AM
21        A    I think that was my previous answer, but
22    it's a list of items that have been given an order in
23    which to appear.
24        Q    Do the multimedia items in the order list
25    have to be arranged in a particular manner?              9:45AM
```

                                                        Page  29

```
 1                  MR. HEFAZI:  Objection, vague,              9:45AM

 2        hypothetical.

 3                  THE WITNESS:  In a particular --

 4                  MR. HEFAZI:  Calls for speculation.

 5                  THE WITNESS:  I'm not sure what you mean    9:45AM

 6        "in a particular manner."

 7        BY MR. PAK:

 8            Q    Asked differently, does it matter how the

 9        multimedia items in a list are arranged to amount to

10        an ordered list?                                     9:45AM

11                  MR. HEFAZI:  Same objection.

12                  THE WITNESS:  If by "arranged" you mean

13        how they are presented to a user, then it matters.

14        How they are stored is a different matter.

15                  But the ordered list is a list of items    9:45AM

16        that needs to appear in the order that they were --

17        that it was created.

18        BY MR. PAK:

19            Q    If a user can modify the ordering of the

20        multimedia in the playback queue, is that still an   9:46AM

21        ordered list?

22            A    Yes.  The very act of modifying the order

23        implies that you're starting with an ordered list.

24            Q    What is the significance of the order

25        requirement for a playback queue?                    9:46AM
```

Page 30

```
 1              MR. HEFAZI:  Objection, vague and          9:46AM

 2     ambiguous.

 3              THE WITNESS:  I guess it's part of the

 4     experience that the streaming service is trying to

 5     create.  For example, when a DJ puts some songs on a   9:46AM

 6     radio station in a certain order, they have a

 7     particular artistic intent in that -- in the way

 8     that they put it together.

 9              So that is one reason for an ordered list.

10     BY MR. PAK:                                           9:46AM

11         Q    If a user can shuffle songs in a playback

12     queue, is that still an ordered list?

13         A    Your definition of "shuffle" is to move them

14     around or --

15         Q    Yes, move them around randomly.              9:47AM

16         A    So it starts as an ordered list and then

17     it's randomized, is that --

18         Q    Do you know what shuffle mode is?

19         A    Yes.  Okay.  You mean -- okay.

20              That's kind of a tricky one because it is    9:47AM

21     an ordered list that still appears in that form to

22     the user.  In other words, when you put it in

23     shuffle mode, it doesn't necessarily change the

24     order that it appears, it just changes the order

25     that they play in.                                    9:48AM
```

                                                    Page 31

```
 1              So I'm not sure how to answer that.  It        9:48AM
 2    could be both ways.  It could be or it could not be
 3    depending on how you look at it.  I haven't thought
 4    of that before that way.
 5         Q    Is it your opinion that if a user can          9:48AM
 6    shuffle songs in a playback queue, then that could
 7    amount to an order list?
 8         A    Once the shuffle is completed, now we have
 9    an ordered list that's about to play.  Presumably it's
10    not continuously shuffling.                              9:49AM
11              So there is a shuffle that happens, but
12    now there is a sequence of songs that's about to
13    play, so that's an ordered list.
14         Q    Are there any differences between a
15    playlist and a playback queue?                           9:49AM
16         A    Yes.  I would say that the -- there are
17    similar -- I think the main difference is that a
18    playlist can be saved for later use so that you can go
19    through it in that same order again and again.
20              But playback queue is more ephemeral and       9:49AM
21    it's done, it's not normally saved.  Once it goes
22    through its queue and you have a sequence of songs,
23    but you're not saving it.  If you save it, I would
24    say that you're creating a playlist.
25         Q    Are there any other instances?                 9:49AM
```

Page 32

```
 1              MR. HEFAZI:  Objection, vague and          9:49AM
 2      ambiguous, calls for speculation.
 3              THE WITNESS:  I cannot think of any other
 4      differences, no.
 5      BY MR. PAK:                                        9:50AM
 6         Q    Can a playback queue include a playlist?
 7         A    I have not seen it implemented that way, but
 8      I don't know of a technical reason that it cannot.
 9              MR. HEFAZI:  Late objection, sorry.  Late
10      objection, vague and ambiguous and calls for       9:50AM
11      speculation.
12      BY MR. PAK:
13         Q    Can a playlist include a playback queue?
14              MR. HEFAZI:  Same objection.
15              THE WITNESS:  I have not seen it            9:50AM
16      implemented that way, no.
17      BY MR. PAK:
18         Q    I'll introduce another exhibit here.  Bear
19      with me.
20              (Exhibit 2 was marked for identification.)  9:50AM
21      BY MR. PAK:
22         Q    Let me know if you can see it.  I just
23      marked it as Exhibit 2.
24         A    Yes.
25         Q    You recognize this document; right?        9:51AM
```

Page 33

```
 1        A    Yes, it's the '615 patent.              9:51AM

 2        Q    Let's go to Page 27.  I want to look at

 3    Claim 13.

 4        A    Okay.

 5        Q    In Column 20 do you see Limitation A?    9:51AM

 6        A    I do.

 7        Q    Limitation A recites in part, "causing one

 8    or more first cloud servers to add multimedia

 9    content to a local playback queue on the particular

10    playback device."                                9:52AM

11             Do you see that?

12        A    Yes.

13        Q    Does this claim limitation require causing

14    one or more first cloud servers to add multimedia

15    content to an existing local playback queue or a new   9:52AM

16    local playback queue?

17             MR. HEFAZI:  Objection, outside the scope.

18             THE WITNESS:  I don't see -- I don't think

19    it speaks to that.  Whether it's existing or not,

20    it's a local playback queue.  I don't think it says   9:52AM

21    either way.

22    BY MR. PAK:

23        Q    So is it your opinion that this claim

24    limitation does not require adding multimedia

25    content to an existing local playback queue?       9:53AM
```

Page 34

```
 1              MR. HEFAZI:  Objection, outside the scope    9:53AM
 2     of the report, calls for speculation.
 3              THE WITNESS:  It's my opinion that it does
 4     not specify.  It just says, "a local playback
 5     queue."  It doesn't say anything about existing or    9:53AM
 6     new.
 7              MR. PAK:  Just give me one more second to
 8     introduce a new exhibit here.
 9              (Exhibit 3 was marked for identification.)
10     BY MR. PAK:                                           10:33AM
11        Q    I just marked a new exhibit as Exhibit 3.
12     Let me know if you can see it.
13        A    Yes, I see it.
14        Q    Do you recognize this document?
15        A    Yes, it's the Sony HDD manual.              9:54AM
16        Q    Would you please read the first two
17     sentences?
18        A    "The HDD audio player automatically creates
19     playlists such as a list of newly transferred tracks
20     and a list of frequently played tracks.  You can also  9:54AM
21     play playlists you have created with your favorite
22     tracks."
23        Q    So as you said before, a playlist does not
24     have to be created by a user -- let me scratch that
25     one.                                                 9:55AM
```

Page 35

```
 1              So you said before a playlist does not        9:55AM

 2     have to be created by a user; correct?

 3              MR. HEFAZI:  Objection, vague and

 4     ambiguous, calls for speculation.

 5              THE WITNESS:  I think what we said is a        9:55AM

 6     playlist has to be created by someone.  Whether it's

 7     the user that's going to listen to it or not is not

 8     required.

 9     BY MR. PAK:

10         Q    A playlist can be automatically created;      9:55AM

11     correct?

12         A    Yes.

13         Q    Do you see the enumerated instructions on

14     how to play tracks in a playlist?

15         A    The instructions below?                       9:56AM

16         Q    Yes.

17         A    Yes.

18         Q    Number 3 says, "Tap a track.  Playback

19     starts."

20              Do you see that?                              9:56AM

21         A    Yes.

22         Q    When a user taps a track in a playlist to

23     start playback of that track, does that track get

24     added to the playback queue?

25         A    It can.  I think it depends on the            9:56AM
```

Page 36

```
 1    implementation or the situation.  So it's possible but   9:56AM
 2    not required.
 3         Q    Right.  But for the Sony HDD audio remote,
 4    when a user taps a track and playback starts, does
 5    that track get added to a play queue?                     9:56AM
 6         A    Yes, I believe it does.
 7              MR. PAK:  We've been going almost an hour.
 8    How about we take a break here, short break, maybe
 9    ten minutes.
10              THE WITNESS:  Okay.                             9:57AM
11              MR. PAK:  So let's come back at -- I'm on
12    central time.
13              MR. HEFAZI:  How about 10:10 Pacific?
14              MR. PAK:  That sounds good.  Thanks.
15              VIDEOGRAPHER:  This marks the end of Media      9:57AM
16    Number 1.  Going off the record at 9:57 a.m.
17              (Recess taken.)
18              VIDEOGRAPHER:  This marks the beginning of
19    Media Number 2.  Going back on the record at
20    10:12 a.m.                                                10:11AM
21    BY MR. PAK:
22         Q    Dr. K, I would like to introduce a new
23    exhibit here marked as Exhibit 4.  Let me know if
24    you see it.
25              (Exhibit 4 was marked for identification.)   10:12AM
```

Page 37

```
 1                    THE WITNESS:  Yes.                    10:12AM

 2      BY MR. PAK:

 3           Q    You recognize this document; correct?

 4           A    Yes.

 5           Q    In this exhibit there is an annotated UI   10:12AM

 6      screen that shows a play queue.

 7                Do you see that?

 8           A    I do.

 9           Q    What does the box labeled as 1 represent?

10           A    It is a handle that you can click on to be  10:12AM

11      able to move tracks up and down.

12           Q    What does the box labeled as Number 2

13      represent?

14           A    It represents the play queue, the order of

15      the tracks.                                         10:13AM

16           Q    Do you see the green indicator next to the

17      track entitled "All Over the World" in the queued

18      tracks list?

19           A    Yes.

20           Q    What does that green indicator indicate?   10:13AM

21           A    It depends on the -- in this particular

22      case, I believe it indicates that that's the track to

23      be played when you click on it.  So in some of these,

24      when it has the arrow, it means it's not playing, but

25      when you click it, it starts playing.               10:13AM
```

Page 38

```
 1              But it could also indicate that it's the      10:14AM
 2    current playing track.
 3         Q    Does a playback queue have to include the
 4    currently playing track?
 5         A    I guess there is no technical requirement      10:14AM
 6    for that.  But I believe that everybody that
 7    implements playback queues puts the currently playing
 8    track in it.
 9         Q    So in the Sony HDD audio remote, the
10    currently playing track is included in the playback     10:14AM
11    queue; correct?
12         A    Yes.
13              MR. PAK:  I would like to introduce a new
14    exhibit here.  I'll mark it as Exhibit 5.
15              (Exhibit 5 was marked for identification.)    10:14AM
16    BY MR. PAK:
17         Q    Let me know if you see it.
18         A    Not yet.  There it is.
19         Q    Do you recognize this document?
20         A    Yes.                                          10:15AM
21         Q    Do you see the UI screens below the
22    section that says, "Using the context menu"?
23         A    I do, yes.
24         Q    What does the first UI screen on the left
25    illustrate?                                             10:15AM
```

Page 39

```
 1              MR. HEFAZI:  Objection, vague and          10:15AM
 2    ambiguous.
 3              THE WITNESS:  I believe it's the queue,
 4    the play queue.
 5    BY MR. PAK:                                          10:16AM
 6         Q    On top it says, "Albums, Gift Songs," it
 7    doesn't say play queue.  So could it be tracks in an
 8    album?
 9         A    It could, but if that album was selected,
10    then its tracks could be in the play queue; right?   10:16AM
11         Q    Let's go back to the previous exhibit,
12    Exhibit 4.  You see the UI screen there that shows
13    the play queue?
14         A    Yes.
15         Q    And that's -- the screen in Exhibit 4, do  10:16AM
16    you see that there is a play queue at the top of the
17    screen?
18         A    Yes.
19         Q    Okay.  Now let's go back to Exhibit 5.
20              Do you see that same play queue header at   10:16AM
21    the top of the screen on the left side of the UI
22    screen?
23         A    No, I don't.
24         Q    Okay.  So is the UI screen shown on the
25    left side in Exhibit 5, is that a play queue?         10:17AM
```

Page 40

```
 1              MR. HEFAZI:  Objection, vague and        10:17AM
 2    ambiguous, incomplete hypothetical.
 3              THE WITNESS:  Based on what we've said
 4    before, the Sony and other players put songs that
 5    are being selected for play into the play queue.    10:17AM
 6              It looks like this is the list of songs in
 7    that album, but then as shown in the screen on the
 8    right, you can -- I think this is to show that you
 9    can add things to your queue list.
10              And the intent of this menu is to show     10:17AM
11    that you can add things to your playlist.  So I
12    guess I would have to revise my answer.  The left is
13    not the same play queue -- not the actual play
14    queue.
15    BY MR. PAK:                                         10:17AM
16        Q   Can you -- could you please read what the
17    manual says below the UI screens?
18        A    "Tap and hold an item in a list to display
19    the context menu (1) for the selected item.
20              "You can add the selected item to the play  10:18AM
21    queue, edit the track information, et cetera.
22    Context menus differ depending on the item selected
23    from the list."
24        Q    Does this mean that a user can add an
25    individual track to a playback queue?                10:18AM
```

Page 41

```
 1          A    Yes.                                      10:18AM

 2          Q    Does a playback queue have to have a

 3     plurality of multimedia items?

 4          A    I don't think that there's any requirement

 5     for the number of items in the playback queue.   10:18AM

 6          Q    So is it your opinion that the playback

 7     queue can include a single individual multimedia

 8     item?

 9          A    It could.  It would not be a very exciting

10     queue, but it could.                             10:19AM

11          MR. PAK:  I would like to introduce a new

12     exhibit here.  I'll mark it as Exhibit 6.

13          (Exhibit 6 was marked for identification.)

14     BY MR. PAK:

15          Q    Let me know when you see it.            10:19AM

16          A    Yes, I see it.

17          Q    Do you recognize this document?

18          A    Yes, it's the same manual, HDD -- Sony HDD

19     manual.

20          Q    Do you see where it says that you can    10:19AM

21     select one from the following playback modes?

22          A    Yes.

23          Q    Do you see that there are four different

24     playback modes for shuffle play?

25          A    Yes.                                      10:20AM
```

Page 42

```
 1         Q    What is the third playback mode described      10:20AM

 2    here?

 3         A    "Shuffle:  Albums.  Plays albums in play

 4    queue in random order.  The order of tracks in each

 5    album does not change."                                   10:20AM

 6         Q    And in this third playback mode, would a

 7    playback queue still be an ordered list?

 8         A    A playback -- well, the order of tracks in

 9    the album doesn't change, so that's an ordered list,

10    right?  Yes.                                              10:20AM

11         Q    It looks like there is a second playback

12    mode described here.  It says, "Shuffle:  Tracks,

13    plays tracks in play queue in random order."

14              Do you see that?

15         A    Yes.                                            10:21AM

16         Q    In the second playback mode, is a playback

17    queue an ordered list?

18              MR. HEFAZI:  Objection, asked and

19    answered.

20              THE WITNESS:  The playback queue is an         10:21AM

21    ordered list, yes.  The tracks are playing in random

22    order but the queue is an ordered list.

23    BY MR. PAK:

24         Q    Okay.  With respect to the third playback

25    mode here, we are talking about shuffle albums           10:21AM
```

Page 43

```
 1    again, how is it possible to shuffle multiple albums    10:21AM
 2    in a playback queue in random order without changing
 3    the order of the individual tracks in each album?
 4         A    The album itself is identified as an item
 5    and it has subitems in it, I guess they are called the  10:22AM
 6    tracks.  I think that's what you're asking.  So what
 7    is being shuffled is the album title.
 8              Once that is ordered to play, then the
 9    tracks play in order in that album.
10         Q    So in that scenario, is an album a              10:22AM
11    multimedia album?
12              MR. HEFAZI:  Objection, vague and
13    ambiguous.
14              THE WITNESS:  I think we talked about this
15    before.  It kind of depends on who you ask.  It can     10:22AM
16    be, yes.
17    BY MR. PAK:
18         Q    I would like to introduce another exhibit
19    here.  I will mark it as Exhibit 7.  Let me know
20    when you see it.                                        10:23AM
21              (Exhibit 7 was marked for identification.)
22              THE WITNESS:  One second.  Yes.
23    BY MR. PAK:
24         Q    Do you recognize this document?
25         A    Yes, it's from the same manual, from Sony.    10:23AM
```

Page 44

```
 1         Q    Do you know what the TuneIn music service    10:23AM
 2    is?
 3         A    Yes, I do.
 4         Q    Have you ever used TuneIn?
 5         A    Yes.                                          10:23AM
 6         Q    Okay.  In this document, there is some
 7    instructions here.  It says, "The TuneIn music
 8    services may not be available depending on your
 9    country or region."
10              It says 1, 2, 3.  One says, "Tap (Music      10:24AM
11    Services) on the home screen.
12              Two, "Tap (TuneIn)," then "select station
13    or show."
14              And 3, "Tap the items you like" to -- I'm
15    sorry, 3 says, "Tap the items you like and keep        10:24AM
16    selecting the item following the instructions that
17    appear on the display.  The radio station or show
18    streaming screen appears and streaming starts."
19              Do you see that?
20         A    I do.                                         10:24AM
21         Q    So in the Sony HDD audio remote, when the
22    internet radio station is selected, such as a TuneIn
23    radio station, does that radio station get added to
24    the playback queue?
25              MR. HEFAZI:  Objection, vague and             10:25AM
```

Page 45

```
 1    ambiguous, calls for speculation.                    10:25AM
 2            THE WITNESS:  When I used this device, I
 3    did not try it with -- it was some years ago, I was
 4    only playing songs, not radio stations, so I can't
 5    say for sure.                                         10:25AM
 6    BY MR. PAK:
 7        Q    And the Sony HDD audio remote, the
 8    playback queue includes the currently playing
 9    multimedia item; correct?
10        A    In the menus that we saw of the screenshots, 10:25AM
11    they were not showing radio stations.  I don't know if
12    that means that they are excluded or not.
13            But it's playing -- the screens that we
14    saw showed songs or albums, but I don't think they
15    speak to radio stations in those screens at least.    10:25AM
16        Q    Okay.  But in the Sony HDD audio remote,
17    the playback queue contains the currently playing
18    track; correct?
19        A    Correct.
20        Q    So when a user taps a TuneIn internet      10:26AM
21    radio station to stream that internet radio station,
22    you're not sure why they're not -- that track is
23    added -- that radio station gets added to the
24    playback queue; is that your opinion?
25        A    It is.  The reason for that is this is a    10:26AM
```

Page 46

```
 1    different kind of media.  It's coming from a streaming 10:26AM

 2    service -- a streaming radio service and typically

 3    it's a different application.

 4            It's a third-party application, not part

 5    of the music player application that would be        10:26AM

 6    embedded into a player like the Sony or the iPad.

 7            MR. PAK:  Okay.  I would like to introduce

 8    a new exhibit here.  Just bear with me.  This one is

 9    a large document.  It's taking a long time to load.

10            (Exhibit 8 was marked for identification.)  10:27AM

11            MR. PAK:  I just marked this exhibit as

12    Exhibit 8.

13        Q    Let me know when you see it on your

14    screen.

15        A    I'm downloading it now.                     10:27AM

16            VIDEOGRAPHER:  Counsel, I think

17    Mr. Hefazi's connection is off.

18            Counsel, can you hear?

19            MR. HEFAZI:  I think I went out.  I'm back

20    now.  Can you hear me?                               10:28AM

21            VIDEOGRAPHER:  Yes.

22            THE WITNESS:  Okay.  I have Exhibit 8,

23    which is Exhibit F.

24    BY MR. PAK:

25        Q    You recognize this document; right?         10:28AM
```

Page 47

```
 1        A    Yes.                                        10:28AM

 2        Q    Let's go to Page 699.

 3        A    "Search the Library," that one?

 4        Q    Yes.  I would like to focus on the section

 5   that says, "Playlists."                              10:28AM

 6        A    Okay.

 7        Q    Can you read the first two paragraphs for

 8   the record?

 9        A     "A playlist is a set of songs that you've

10   handpicked and hand-sequenced.  They might have      10:28AM

11   originated on a whole bunch of different CDs, but you

12   think they will go well together.  You can read more

13   about playlists in the media player chapter (Page 473)

14   because guess what?  Windows Vista is smart enough to

15   make the same playlist show up in both programs.  Any 10:29AM

16   playlist you create in Media Player appear in Media

17   Center, and vice versa.

18             "Auto Playlists are self-building,

19   self-updating lists of songs that change as you

20   listen, download and change ratings.  These, too,    10:29AM

21   are described in Chapter 14 but unlike Media Player,

22   Media Center comes prestocked with Auto Playlists.

23   Here you'll find playlists of music you listen to

24   the most, music you've listened to in the last

25   month, music rated at four or five stars.  As your    10:29AM
```

                                                         Page 48

```
 1    preferences and playback habits change, so do the        10:29AM

 2    items in the playlist."

 3         Q    So this section here discloses that there

 4    are two types of playlists; correct?

 5         A    Correct.                                        10:29AM

 6         Q    One type of playlist is a playlist that's

 7    created manually by a user; correct?

 8         A    Correct.

 9         Q    Another type of playlist is an auto

10    playlist that is created without a user selecting        10:30AM

11    songs for the playlist; correct?

12         A    Correct.

13         Q    Let's look at the fourth paragraph in the

14    section.  It says, "Click Play to play a highlighted

15    playlist immediately, or click Add to Queue to play      10:30AM

16    after whatever's currently playing."

17              Do you see that?

18         A    Yes.

19         Q    So this disclosure here is saying that a

20    user can add an entire playlist to a playback queue;     10:30AM

21    correct?

22         A    Yes.

23         Q    And the user can add the entire playlist

24    to a playback queue without having to individually

25    add each song in the playlist to the playback queue;     10:30AM
```

Page 49

```
 1    correct?                                          10:30AM

 2        A    Yes.  That's how Vista Windows has

 3    implemented it, yes.

 4        Q    Going back to Paragraph 47 of your

 5    declaration, which is Exhibit 1.                  10:31AM

 6        A    Sorry, I have a lot of documents open.

 7        Q    You say that "a playback queue is an

 8    ordered list of multimedia items that is selected by

 9    the user for playback."

10             Does that mean that the user has to      10:31AM

11    manually select each multimedia item in the ordered

12    list?

13        A    No.

14        Q    Okay.  Let's go back to Exhibit 8.  Let's

15    go to PDF Page 700.                               10:32AM

16             Do you see the section about creating a

17    queue?

18        A    Yes.

19        Q    There are three bullets here.  The first

20    bullet says, "An album at a time," "a song at a   10:32AM

21    time" and "a playlist at a time."

22             Right above it, it says, "You can add

23    music to your Media Center queue in any of three

24    chunks," as I just described here; correct?

25        A    Correct.                                 10:32AM
```

Page 50

```
 1        Q    So this disclosure here is saying that a      10:32AM
 2   user can add an entire queue without manually
 3   selecting each track in the playlist; correct?
 4        A    Yes.  I believe we said that earlier as
 5   well.                                                   10:32AM
 6        Q    Likewise, a user can add an entire album
 7   to a playback queue without manually selecting each
 8   track in the album; correct?
 9        A    Correct.
10        Q    And like we said earlier, a playback queue   10:33AM
11   can contain a single song selected by a user;
12   correct?
13        A    Contain a single song in general, whether
14   it's automatically selected or not by a user, yes.
15        Q    Let's look at the section where it says,      10:33AM
16   "The Music Queue."
17             Do you see that?
18        A    Yes.
19        Q    It says, "A queue is a waiting line," and
20   then the manual analogizes a queue to a line at the     10:33AM
21   DMV.
22             Do you see that?
23        A    Yes.
24        Q    A line at the DMV can be empty; correct?
25        A    Correct.                                      10:34AM
```

Page 51

```
 1        Q    So you could be the first one at the DMV;    10:34AM
 2   correct?
 3        A    Correct.  Well, if you're the first one,
 4   it's not empty anymore.  It was empty.
 5        Q    Does this mean that a playback queue can     10:34AM
 6   be empty as well?
 7        A    It can.  As I said before, it's not a very
 8   interesting queue until you add something to it.  But
 9   the notion is that there is a queue that existed and
10   it's about to be filled, yes, sure.                    10:34AM
11        Q    Let's go to the next page, PDF Page 701.
12        A    Okay.
13        Q    Do you see where the manual says, "Empty
14   the queue"?
15        A    I do.                                        10:34AM
16        Q    So again, this confirms that a queue can
17   be emptied; correct?
18        A    Yes.
19             MR. PAK:  I want to introduce a new
20   exhibit here.  Give me one second to load it.          10:35AM
21             (Exhibit 9 was marked for identification.)
22   BY MR. PAK:
23        Q    I just marked the exhibit as Exhibit 9.
24   Let me know when you see that.
25        A    I see it.                                    10:36AM
```

Page 52

```
 1        Q    You recognize this document; correct?        10:36AM

 2        A    Yes.  Exhibit E from my declaration.

 3        Q    Let's go to PDF Page 44.  Can you read the

 4   last sentence under "What is a music queue?"

 5        A    "When you add selections to a queue, you can 10:36AM

 6   choose to play them now, play them next, add them to

 7   the end of the queue, or play them now and clear the

 8   queue of previous music selections."

 9        Q    So this section of the Sonos controller

10   guide describes how a user can add something to a      10:36AM

11   music queue; correct?

12        A    Correct.  Well, I should clarify.  It says

13   what happens when you add it.  I'm not sure it

14   describes the mechanism in this paragraph.  But yes.

15        Q    When it says that a user can clear the       10:36AM

16   queue of previous music selection, does that mean --

17   does that mean the playback queue can be empty?

18        A    Play them now and clear the queue,

19   previous -- it means that the queue can be empty, I'm

20   not sure the sentence is addressing that.             10:37AM

21             I think that last part of the sentence is

22   talking about adding new items to the queue and

23   deleting the previous ones is how I read it.

24        Q    What do you think it means when the manual

25   says "clear the queue of previous music selections"?  10:37AM
```

Page 53

```
 1          A    It means there was a list of selections in    10:37AM
 2     the queue and they are being cleared by the user.
 3              But it's part of the "when you add
 4     selections to the queue," so when you add
 5     selections, you can clear the previous ones.  That's   10:38AM
 6     how I read that sentence.
 7          Q    Okay.  So if there are two songs in a
 8     playback queue and a user clears one of the songs in
 9     the playback queue, there will be one song in the
10     playback queue; correct?                               10:38AM
11          A    Correct.
12          Q    What if there was only one song in the
13     playback queue and the user clears that song in the
14     playback queue, would there still be a playback
15     queue?                                                 10:38AM
16          A    There would, it just wouldn't have any songs
17     at the moment in it.
18          Q    It would just be empty; right?
19          A    Yes.
20          Q    Let's go to PDF Page 66.  It says,           10:38AM
21     "Napster Automix."
22          A    Yes.
23          Q    Are you familiar with the Napster music
24     service?
25          A    Are you trying to get me into legal trouble? 10:39AM
```

Page 54

```
 1    Sorry.                                            10:39AM

 2           Yes, I am.

 3       Q    Please read the first two sentences there.

 4       A    "You can create an instant playlist based on

 5    an artist or a track selection.  Napster will select  10:39AM

 6    40 similar tracks based on your selection and add the

 7    tracks to your music queue."

 8       Q    There's some instructions here.  On

 9    Number 4, it says, "To create an automix for a

10    track - select a track, right-click, and select    10:39AM

11    Create Automix."

12           Do you see that?

13       A    Yes.

14       Q    So is it your understanding that Napster's

15    Automix is a type of playlist created based on a    10:40AM

16    user's selection of either an artist or individual

17    track?

18           MR. HEFAZI:  Objection, vague.

19           THE WITNESS:  It's an automatically

20    created mix.  I don't know the criteria that they    10:40AM

21    use.  I don't think they are listed here.

22           The ones you mentioned could be part of

23    them.  I guess it says it on the first line, so yes.

24    BY MR. PAK:

25       Q    Okay.  Let me ask that again then.          10:40AM
```

Page 55

```
 1            Is it your understanding that Napster        10:40AM
 2    Automix is a type of playlist created based on a
 3    user's selection of either an artist or an
 4    individual track?
 5        A    Yes.                                         10:40AM
 6        Q    The instructions above it starting with
 7    Number 1, it says, "From the Music Services tab,
 8    search for a Napster artist that you would like to
 9    listen to."
10            Number 2, "Select Artist Automix."           10:41AM
11            Number 3, it says, "Right-click and select
12    one of the following:
13            "Play now.
14            "Add to Queue to add it to the end of your
15    music queue," or                                      10:41AM
16            "Play Now and Replace Queue."
17            Do you see that?
18        A    I do.
19        Q    So the Sonos controller guide here teaches
20    that entire playlist containing a plurality of       10:41AM
21    tracks can be added to a playback queue without the
22    user manually selecting each track in the playlist;
23    correct?
24        A    Yes.
25        Q    And below that there is a section on         10:41AM
```

Page 56

```
 1    Napster Radio.                                    10:41AM

 2           Do you see that?

 3      A    I do.

 4      Q    Do you know what Napster Radio is?

 5      A    I have a good idea.  I don't know         10:42AM

 6    specifically Napster Radio, but I suspect it's similar

 7    to other internet radio.

 8      Q    So it's an internet radio station;

 9    correct?

10      A    I believe so.  I've never used it, so I   10:42AM

11    don't know for sure.

12      Q    What does the section about Napster Radio

13    disclose?

14           MR. HEFAZI:  Objection, vague and

15    ambiguous.                                        10:42AM

16           THE WITNESS:  It discloses that you can

17    play a radio station from Napster in one of the

18    Sonos zones.

19    BY MR. PAK:

20      Q    Do you see the instruction there where it  10:42AM

21    says, "Add to Queue"?

22      A    Yes.

23      Q    So the Sonos controller guide discloses

24    that a user can select an internet radio station in

25    Napster and add it to a playback queue; correct?    10:43AM
```

Page 57

```
 1        A    Correct.                                  10:43AM

 2        Q    Now I would like to go back to Exhibit 2,

 3   which is the '615 patent.

 4        A    Exhibit 2, okay.

 5        Q    I would like you to look at Claim 13 again   10:43AM

 6   on Page 27.

 7        A    Okay.

 8        Q    And we're looking at the same limitation,

 9   Limitation A in Column 20.

10             It says, "one or more resource locators     10:43AM

11   corresponding to respective locations of the

12   multimedia content at one or more second cloud

13   servers on the streaming content service."

14             Do you see that?

15        A    Yes.  Let me just read the whole thing so I  10:44AM

16   have the context.

17        Q    Sure.

18        A    Okay.  Yes, I see it.

19        Q    What does the term "corresponding to" mean

20   in this claim limitation?                             10:44AM

21             MR. HEFAZI:  Objection, vague, ambiguous,

22   outside the scope of his report.

23             THE WITNESS:  I think it's a word that

24   describes how a URL works.  It points to a location

25   of an internet resource, in this case multimedia      10:44AM
```

Page 58

```
 1    content.                                        10:44AM

 2    BY MR. PAK:

 3        Q    Does the term "corresponding to" -- let me

 4    scratch that.

 5             Is the term "corresponding to" synonymous  10:45AM

 6    with "associated with" in this context?

 7             MR. HEFAZI:  Objection, vague and

 8    ambiguous, calls for speculation.

 9             THE WITNESS:  I suppose.  I think -- I

10    don't know.  I for some reason think that          10:45AM

11    "corresponding" is a stronger term that is the exact

12    correspondence.  "Associated with" might be weaker.

13             But I don't know -- I guess they are

14    equivalent.  I don't have a strong opinion on that.

15    BY MR. PAK:                                       10:45AM

16        Q    Is the term "corresponding to" synonymous

17    with the term "related to" in the context of this

18    claim?

19             MR. HEFAZI:  Objection, vague and

20    ambiguous, calls for speculation.                 10:46AM

21             THE WITNESS:  I think we're getting into

22    that thesaurus category now.  Sure, yes.

23    BY MR. PAK:

24        Q    Okay.  Let's go back to your declaration,

25    which is Exhibit 1.  And let's look at Paragraph 56.  10:46AM
```

Page 59

```
 1        A    Okay.                                    10:46AM

 2        Q    Would you please read the first sentence

 3   of that paragraph.

 4        A    "I agree with Google's proposed construction

 5   that the term 'resource locator' means 'address of a   10:46AM

 6   resource on the Internet' based on how a POSITA would

 7   understand the term in view of the intrinsic and

 8   extrinsic record.  In contrast, Sonos proposes a

 9   'plain and ordinary meaning' construction, but does

10   not articulate what it believes is the plain and      10:47AM

11   ordinary meaning of the term 'resource locator' or how

12   it differs from Google's proposed construction."

13        Q    Let's skip to Paragraph 57 of your

14   declaration.

15        A    Okay.                                    10:47AM

16        Q    Would you please read the last sentence in

17   that paragraph.

18        A    "Indeed, in my experience, the term

19   'resource locator' is often used in the art as

20   shorthand for the phrase 'Uniform Resource Locator' or 10:47AM

21   URL."

22        Q    So here you didn't cite to anything from

23   your experience to draw this conclusion.

24             What experience are you relying on to

25   conclude that a resource locator is often used in      10:48AM
```

Page 60

```
 1    the art as shorthand for the phrase "Uniform        10:48AM

 2    Resource Locator" or URL?

 3         A    This is from my experience at USC.  Starting

 4    around 1996, I was part of a team that started the

 5    first national multimedia center in the U.S. as part  10:48AM

 6    of a research center.

 7              One of the kind of branches of research in

 8    that had to do with early internet-related

 9    technologies.  We had students that were working on

10    projects.                                             10:48AM

11              So I'm basing it on being around people

12    that were programming HTML code, among other things,

13    and talking about resource locators and other URIs.

14         Q    So a URL is a type of resource locator in

15    your opinion; correct?                                10:49AM

16         A    No, a URL is a resource locator.  It's a

17    type of --

18         Q    It is --

19         A    -- indicator.  It's a type of URI.

20         Q    So when you hear the term "research         10:49AM

21    locator," it's your opinion that that term is

22    synonymous with "URL"?

23         A    Yes.

24         Q    So in the context of the '615 patent, it

25    is your opinion that a resource locator must be a     10:49AM
```

Page 61

```
 1    URL; correct?                                        10:49AM
 2         A    It is.  In fact, I believe almost everywhere
 3    that they talk about resource locator, the -- it says
 4    "universal" in front of it with the exception of one
 5    of the claims, I believe.                            10:50AM
 6         Q    What is a URL?
 7         A    A URL is a string of text that uniquely
 8    points to an internet resource.
 9         Q    Are there different types of URLs?
10         A    There are -- the most -- the most common one 10:50AM
11    is based on the HTTP protocol.  I'm trying to think of
12    other types of URLs.
13              I guess FTP would be a different type of
14    URL, it provides an identification, location and
15    means to retrieve, which are required for a URL.      10:51AM
16         Q    Does the term "resource locator" recited
17    in the '615 patent have to be a specific type of URL
18    or can it be any type of URL?
19         A    I think as long as it --
20              MR. HEFAZI:  Objection, vague and           10:51AM
21    ambiguous.
22              THE WITNESS:  As long as it follows the
23    definition of a URL, it can be any type of URL.
24    BY MR. PAK:
25         Q    Can you think of any type of URL that       10:51AM
```

Page 62

```
 1    would not be an address of a resource on the          10:51AM

 2    internet?

 3         A    No.   There are URIs.   So we should think of

 4    this -- URI, Universal Resource Indicators, can

 5    contain other types of links.   One type of URI is a    10:52AM

 6    URL, which must contain the address.

 7              But there are other types like name, ISBN

 8    numbers of books and things like that that are

 9    descriptive of the item but do not provide the

10    location necessarily.                                   10:52AM

11         Q    Are there any types of URLs that do not

12    provide the location?

13         A    No.   That would be contrary to the

14    definition of a URL.

15         Q    Do you know what a PURL is, which stands      10:52AM

16    for persistent uniform resource locator?

17         A    I have heard the term, yes.

18         Q    Would you please describe what a

19    persistent URL is?

20         A    To the best of my recollection, I should --  10:53AM

21    so a URL, first, points to an internet resource but

22    that internet resource may not be persistent.   For

23    example, if you have a URL that points to a site that

24    is Super Bowl champions, it always points to that

25    site, but the content in that site changes.            10:53AM
```

Page 63

```
 1            I believe that a PURL points to a site       10:53AM
 2     that does not change.
 3        Q    So is it your opinion that a persistent
 4     URL is a type of URL?
 5        A    Yes.                                          10:53AM
 6            MR. PAK:  I would like to introduce a new
 7     exhibit marked as Exhibit 10.  Let me know when you
 8     see it.
 9            (Exhibit 10 was marked for identification.)
10            THE WITNESS:  Okay.                            10:54AM
11     BY MR. PAK:
12        Q    Do you happen to recognize this document?
13        A    I mean, it's from the Internet Archive.  But
14     I do not recognize it, no.
15        Q    Okay.  Well, I'll represent to you that       10:54AM
16     it's a published article I found on the internet
17     entitled "Introduction to Persistent Uniform
18     Resource Locators."  It's authored by the developers
19     of the PURL concept at the Online Computer Library
20     Center.                                               10:54AM
21            Do you see that this published article was
22     captured on the Wayback Machine on December 13th,
23     2011?
24            MR. HEFAZI:  Objection, lacks foundation.
25            THE WITNESS:  Help me where the date is.       10:55AM
```

Page 64

1    I don't see the date.                                    10:55AM

2    BY MR. PAK:

3        Q    Do you see the header?

4        A    Oh, yes.  I see it.

5        Q    Okay.  Let's look at the second paragraph    10:55AM

6    under "Today's solution:  Persistent URLs."

7             Could you please read the second paragraph

8    under that header?

9        A    "Functionally, a PURL is a URL.  However,

10   instead of pointing directly to the location of an      10:55AM

11   internet resource, a PURL points to an intermediate

12   resolution service.  The PURL Resolution Service

13   associates the PURL with the actual URL and returns

14   that URL to the client.  The client can then complete

15   the URL transaction in a normal fashion.  In Web        10:56AM

16   parlance, this is a standard Hypertext Transfer

17   Protocol redirect."

18       Q    So is a PURL an address of a resource on

19   the internet?

20       A    A PURL points to an address which is the URL 10:56AM

21   is what this says.

22       Q    So does that mean a PURL is not an address

23   of a resource on the internet?

24       A    The PURL does not stand on its own.  It

25   needs a URL to point to.  So it's -- I think of it      10:56AM

                                                   Page 65

```
 1    more as a tool, an intermediate service to assist        10:56AM
 2    with, as they call it, redirect to different web
 3    pages.
 4            So, for example, when you type in, I don't
 5    know, Lakers.com, it might take you to                    10:57AM
 6    Lakers.MBA.com, which is the original URL.  The PURL
 7    would be the Lakers.com.
 8        Q    So is it your opinion that a PURL is not
 9    an address of a resource found on the internet?
10            MR. HEFAZI:  Objection, asked and answered        10:57AM
11    already.
12            THE WITNESS:  Because of the fact that it
13    doesn't stand on its own and it needs a URL, I would
14    say no.
15    BY MR. PAK:                                               10:57AM
16        Q    So it's not an address to a resource on
17    the internet because it doesn't point directly to an
18    address of a resource on the internet; correct?
19            MR. HEFAZI:  Objection, mischaracterizes
20    testimony.                                                10:58AM
21            THE WITNESS:  No, it does point to an
22    address.  It does not point to an internet resource
23    directly.
24    BY MR. PAK:
25        Q    Let's go over that again.                        10:58AM
```

Page 66

```
1              The document says, "instead of pointing      10:58AM
2    directly to the location of an Internet resource, a
3    PURL points to an intermediate resolution service."
4              Do you see that?
5              MR. HEFAZI:  Counsel, where are you          10:59AM
6    looking?
7              MR. PAK:  I'm looking at the exhibit, the
8    paragraph that -- the paragraph that Dr. K read, the
9    second paragraph under "Today's solution."
10             MR. HEFAZI:  Okay.                            10:59AM
11   BY MR. PAK:
12        Q    So again, Dr. K, this document says,
13   "However, instead of pointing directly to the
14   location of an internet resource, a PURL points to
15   an intermediate resolution service."                   10:59AM
16             Do you see that?
17        A    Yes.
18        Q    Is it your opinion that a PURL is not an
19   address of a resource on the internet because it
20   doesn't point directly to an address of a resource    10:59AM
21   on the internet as this document says?
22        A    Yes.
23             MR. HEFAZI:  Objection, vague and
24   ambiguous, and mischaracterizes the document.
25
```

Page 67

```
 1    BY MR. PAK:                                          11:00AM

 2        Q    Okay.  So is it your opinion that the term

 3    resource locator exclude certain types of URLs such

 4    as a PURL?

 5        A    In the context of what we're talking about  11:00AM

 6    in the patent, yes, it is my opinion that a PURL is

 7    not a resource locator.  It wouldn't point directly to

 8    a multimedia content item.

 9        Q    Let's go back to Paragraph 56 of your

10    declaration.                                         11:00AM

11        A    Okay.

12        Q    Here you agree with Google's proposed

13    construction that a resource locator is an address

14    of a resource on the internet; correct?

15        A    Correct.                                    11:01AM

16        Q    What is a resource?

17        A    A resource on the internet I presume you

18    mean?

19        Q    Yes.  In the context of the term of

20    "resource on the internet," what does "resource"      11:01AM

21    mean?

22        A    It's a wide variety of items that can be on

23    the internet.  It can be a song, a video, a book, a

24    movie.  It's any kind of content that -- it could also

25    be a dictionary, any kind of content that is found on  11:01AM
```

Page 68

```
 1    the internet that has an address is a resource.        11:01AM

 2         Q    Okay.  In an example where a song is a

 3    resource on the internet, what is the resource

 4    locator?

 5         A    It is the URL that points to the Web address 11:02AM

 6    of the location of the song.

 7              MR. PAK:  I would like to introduce a new

 8    exhibit here.

 9              (Exhibit 11 was marked for identification.)

10              MR. PAK:  I will mark this as Exhibit 11.    11:02AM

11         Q    Let me know when you see it.

12         A    Yes.

13         Q    You recognize this document; correct?

14         A    I do.

15         Q    What is this document?                      11:03AM

16         A    It's the exhibit from my -- Exhibit G from

17    my declaration.  It's part of the Merriam Webster --

18    it's a snip from the Merriam Webster dictionary.

19         Q    Do you know when these definitions of

20    "resource locator" and "URL" were published online?   11:03AM

21         A    I do not.

22         Q    Did you print these definitions yourself?

23         A    For my declaration, yes, I did.

24         Q    Do you know when these definitions were

25    printed?                                              11:03AM
```

Page 69

```
 1        A    I'm sorry, printed by me?              11:03AM

 2        Q    Yes, printed by you.

 3        A    So I did everything electronically without

 4   printing except this morning when I printed a copy of

 5   my report.                                      11:04AM

 6        Q    Right.  So the header of Exhibit 11 here

 7   has a February 11th, 2022 date.

 8             Is that when this Exhibit G was printed

 9   for your declaration?

10        A    I believe that is the date that my       11:04AM

11   declaration was submitted.  So that's probably the

12   reason for that date.

13        Q    Did you conduct a search for the

14   definitions of "resource locator" and "URL" in this

15   Merriam Webster online dictionary?               11:04AM

16        A    No, I conducted a search for "resource

17   locator" because I was unfamiliar with the term on its

18   own without the word "universal" or "uniform" ahead of

19   it.  And what I found was that those were the only two

20   choices.                                         11:05AM

21        Q    Let's skip to Paragraph 61 of your

22   declaration.  Could you please read the first

23   sentence?

24        A    "The term 'resource locator' appears in the

25   '615 patent specification only as part of the larger   11:05AM
```

Page 70

```
 1    phrase 'uniform resource locator (URL)', which the      11:05AM
 2    patent describes as 'specifying an address' to an
 3    audio track in the cloud."
 4         Q    Then you cite to passages in the '615
 5    patent, for example, you cite to Column 11, Row 65      11:05AM
 6    through Column 12, Row 3; correct?
 7         A    Correct.
 8         Q    And that passage says, "For example, zone
 9    player 602 may contain a uniform resource locator
10    (URL) that specifies an address to a particular         11:06AM
11    audio track in the cloud.  Using the URL, the zone
12    player 602 may retrieve the audio track from the
13    cloud and ultimately play the audio out of one or
14    more zone players."
15              Do you see that?                              11:06AM
16         A    I do.
17         Q    Does that mean that a playback device
18    recited in Claim 13 of the '615 patent must be able
19    to communicate over the internet?
20         A    If it's going to be retrieving URL, yes,      11:06AM
21    URLs.
22              MR. PAK:  I actually don't have any other
23    questions.  It seems like we're going to have a very
24    short dep here.  Nima, do you have any questions you
25    would like to ask?                                      11:07AM
```

Page 71

```
1              MR. HEFAZI:  Yeah.  Can we take a short      11:07AM

2     break and I can come back on the record and let you

3     know if I have any questions.

4              MR. PAK:  Sure, how about we come back

5     at -- what time is it?                                11:07AM

6              THE WITNESS:  11:07 here.

7              MR. HEFAZI:  It's 11:07.  How about if we

8     came back around 11:20?

9              MR. PAK:  That sounds good.

10              VIDEOGRAPHER:  This marks the end of Media  11:07AM

11     Number 2.  Going off the record at 11:07 a.m.

12              (Recess taken.)

13              VIDEOGRAPHER:  This marks the beginning of

14     Media Number 3.  Going back on the record at

15     11:19 a.m.                                           11:19AM

16              MR. HEFAZI:  Dr. Kyriakakis, no questions

17     for me.  Thank you for your time.  I appreciate it.

18              THE WITNESS:  Thank you.

19              VIDEOGRAPHER:  Counsel, is it okay to go

20     off the record?                                      11:20AM

21              MR. PAK:  Yes.

22              MR. HEFAZI:  Yes.

23              VIDEOGRAPHER:  Thanks.  We're off the

24     record at 11:20 a.m.  And this concludes today's

25     testimony given by Dr. Chris Kyriakakis.             11:20AM
```

Page 72

1              The total number of media used was three

2     and will be retained by Veritext Legal Solutions.

3              (Proceedings concluded at 11:20 a.m.)

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 73

1          I, LYNNE M. LEDANOIS, a Certified

2    Shorthand Reporter of the State of California, do

3    hereby certify:

4          That the foregoing proceedings were taken

5    before me at the time and place herein set forth;

6    that a record of the proceedings was made by me

7    using machine shorthand which was thereafter

8    transcribed under my direction; that the foregoing

9    transcript is a true record of the testimony given.

10          Further, that if the foregoing pertains to

11    the original transcript of a deposition in a Federal

12    Case, before completion of the proceedings, review

13    of the transcript [x] was [ ] was not requested.

14          I further certify I am neither financially

15    interested in the action nor a relative or employee

16    of any attorney or party to this action.

17          IN WITNESS WHEREOF, I have this date

18    subscribed my name.

19    Dated: March 3, 2022

20

21

22

23

24          *Lynne Marie Ledanois*

              LYNNE MARIE LEDANOIS

25              CSR No. 6811

                              Page 74

```
1    CHRISTOS KYRIAKAKIS, PH.D.

2    ckyriak@usc.edu

3                                    March 3, 2022

4    RE: GOOGLE LLC VS. SONOS, INC.

5    MARCH 1, 2022, CHRISTOS KYRIAKAKIS, PH.D., JOB NO. 5112102

6    The above-referenced transcript has been

7    completed by Veritext Legal Solutions and

8    review of the transcript is being handled as follows:

9    __ Per CA State Code (CCP 2025.520 (a)-(e)) - Contact Veritext

10        to schedule a time to review the original transcript at

11        a Veritext office.

12   __ Per CA State Code (CCP 2025.520 (a)-(e)) - Locked .PDF

13        Transcript - The witness should review the transcript and

14        make any necessary corrections on the errata pages included

15        below, notating the page and line number of the corrections.

16        The witness should then sign and date the errata and penalty

17        of perjury pages and return the completed pages to all

18        appearing counsel within the period of time determined at

19        the deposition or provided by the Code of Civil Procedure.

20   __ Waiving the CA Code of Civil Procedure per Stipulation of

21        Counsel - Original transcript to be released for signature

22        as determined at the deposition.

23   __ Signature Waived - Reading & Signature was waived at the

24        time of the deposition.

25
```

                                                          Page 75

1    _X_Federal R&S Requested (FRCP 30(e)(1)(B)) – Locked .PDF

2       Transcript – The witness should review the transcript and

3       make any necessary corrections on the errata pages included

4       below, notating the page and line number of the corrections.

5       The witness should then sign and date the errata and penalty

6       of perjury pages and return the completed pages to all

7       appearing counsel within the period of time determined at

8       the deposition or provided by the Federal Rules.

9    __ Federal R&S Not Requested – Reading & Signature was not

10      requested before the completion of the deposition.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

                                                    Page 76

1    RE: GOOGLE LLC VS. SONOS, INC.

2    CHRISTOS KYRIAKAKIS, PH.D., JOB NO. 5112102

3                    E R R A T A   S H E E T

4    PAGE_____ LINE_____ CHANGE_____

5    _____

6    REASON_____

7    PAGE_____ LINE_____ CHANGE_____

8    _____

9    REASON_____

10   PAGE_____ LINE_____ CHANGE_____

11   _____

12   REASON_____

13   PAGE_____ LINE_____ CHANGE_____

14   _____

15   REASON_____

16   PAGE_____ LINE_____ CHANGE_____

17   _____

18   REASON_____

19   PAGE_____ LINE_____ CHANGE_____

20   _____

21   REASON_____

22

23   _____    _____

24   WITNESS                                 Date

25

Page 77

[& - added]

**&**

**&** 3:4,15 7:7 75:23
76:9

**0**

**033** 9:10 11:10
14:8,12
**06754** 1:7 2:7
**07559** 1:8 2:8 6:15

**1**

**1** 1:15 2:16 5:3 6:1
6:9 12:8,9 37:16
38:9 41:19 45:10
50:5 56:7 59:25
75:5 76:1
**10** 5:19 64:7,9
**10:10** 37:13
**10:12** 37:20
**11** 5:22 7:25 69:9
69:10 70:6 71:5
**11:07** 72:6,7,11
**11:19** 72:15
**11:20** 72:8,24 73:3
**11th** 9:5 12:14
70:7
**12** 5:3 71:6
**13** 13:7 34:3 58:5
71:18
**13th** 64:22
**14** 13:11 48:21
**19** 13:11
**1996** 61:4
**1st** 6:5

**2**

**2** 5:4 13:7 33:20
33:23 37:19 38:12
45:10 56:10 58:2
58:4 72:11
**20** 13:20 15:20
34:5 58:9

**2011** 17:21 18:6,9
64:23
**2021** 7:25
**2022** 1:15 2:16 6:1
6:5 70:7 74:19
75:3,5
**2025.520** 75:9,12
**21** 17:16
**24** 13:20
**25** 14:3
**27** 34:2 58:6
**29** 14:3

**3**

**3** 5:5 13:11,17
35:9,11 36:18
45:10,14,15 56:11
71:6 72:14 74:19
75:3
**30** 14:7,11 76:1
**33** 5:4
**35** 5:5 14:8
**36** 14:15
**37** 5:7
**39** 5:9
**3:20** 1:7 2:7
**3:21** 1:8 2:8 6:15

**4**

**4** 5:7 13:20 14:3
37:23,25 40:12,15
55:9
**40** 14:16 55:6
**41** 14:25
**42** 5:11 14:25
**43** 15:4
**44** 5:13 53:3
**47** 5:15 23:25 50:4
**473** 48:13

**5**

**5** 5:9 14:7 39:14
39:15 40:19,25
**51** 18:15,17,18
19:17
**5112102** 1:25 75:5
77:2
**52** 5:17
**54** 15:4
**55** 15:8
**56** 59:25 68:9
**57** 60:13
**5w** 3:9

**6**

**6** 5:11 14:15 42:12
42:13
**602** 71:9,12
**60661** 3:10
**61** 70:21
**615** 9:9 11:9 14:8
14:11 34:1 58:3
61:24 62:17 70:25
71:4,18
**64** 5:19
**65** 71:5
**656** 3:8
**66** 54:20
**6811** 1:24 2:18
74:25
**69** 5:22
**6954** 74:24
**699** 48:2

**7**

**7** 4:4 5:13 14:25
23:3,4 44:19,21
**700** 50:15
**701** 52:11
**72** 15:8

**8**

**8** 5:15 13:7 15:4
47:10,12,22 50:14
**865** 3:18

**9**

**9** 5:17 52:21,23
**9,967,615** 5:4
**90017** 3:20
**9:09** 2:16 6:2,5
**9:18** 12:2
**9:19** 12:5
**9:57** 37:16

**a**

**a.m.** 2:16 6:2,5
12:2,5 37:16,20
72:11,15,24 73:3
**ability** 13:18 17:19
**able** 38:11 71:18
**access** 18:3
**accommodate**
8:21
**accurate** 12:13
13:3
**act** 30:22
**action** 6:24 74:15
74:16
**actual** 24:17 41:13
65:13
**add** 21:24,25 22:7
25:25 34:8,14
41:9,11,20,24
49:15,20,23,25
50:22 51:2,6 52:8
53:5,6,10,13 54:3
54:4 55:6 56:14
56:14 57:21,25
**added** 21:7 36:24
37:5 45:23 46:23
46:23 56:21

Page 1

[adding - case]

**adding** 22:1 34:24
53:22
**address** 60:5 63:1
63:6 65:18,20,22
66:9,16,18,22
67:19,20 68:13
69:1,5 71:2,10
**addressing** 53:20
**adds** 21:22
**affiliated** 13:13
**affiliations** 7:4
**ago** 16:10,14,16
46:3
**agree** 6:7 29:17
60:4 68:12
**ahead** 70:18
**album** 24:20 25:6
40:8,9 41:7 43:5,9
44:3,4,7,9,10,11
50:20 51:6,8
**albums** 40:6 43:3
43:3,25 44:1
46:14
**allow** 26:6
**ambiguous** 22:21
27:8 31:2 33:2,10
36:4 40:2 41:2
44:13 46:1 57:15
58:21 59:8,20
62:21 67:24
**amount** 24:20
25:2,15 30:9 32:7
**analogizes** 51:20
**analysis** 10:20
15:2,5,8
**analyzing** 11:4
**angeles** 2:15 3:20
**annotated** 38:5
**answer** 8:12,12
10:13,16 11:22
14:21 24:24 25:5

29:21 32:1 41:12
**answered** 24:18
28:1 43:19 66:10
**answers** 8:9 9:1
**anymore** 52:4
**app** 17:2,5,8
**appear** 28:13
29:23 30:16 45:17
48:16
**appearance** 7:2
**appearances** 3:1
7:4
**appearing** 75:18
76:7
**appears** 17:21
31:21,24 45:18
70:24
**apple** 26:7
**application** 47:3,4
47:5
**applications** 15:24
**apply** 13:16
**appreciate** 72:17
**approximately**
9:20
**archive** 64:13
**arranged** 29:25
30:9,12
**array** 28:21
**arrow** 38:24
**art** 14:17 16:20
17:13 18:11 19:20
20:10,18,20 24:3
25:12 26:13 29:9
60:19 61:1
**article** 64:16,21
**articles** 16:24
**articulate** 60:10
**artist** 21:6 55:5,16
56:3,8,10

**artistic** 31:7
**asked** 27:25 30:8
43:18 66:10
**asking** 10:3 44:6
**asserted** 9:10 15:1
**assist** 66:1
**associated** 59:6,12
**associates** 65:13
**assume** 8:16
**attending** 6:18
**attorney** 3:17
74:16
**attorneys** 3:7 10:1
11:1
**audio** 6:6 16:6,8
16:13,19 35:18
37:3 39:9 45:21
46:7,16 71:3,11,12
71:13
**authored** 64:18
**auto** 48:18,22 49:9
**automatically**
35:18 36:10 51:14
55:19
**automix** 54:21
55:9,11,15 56:2,10
**available** 45:8

**b**

**b** 5:1,7 16:2,5
18:22 76:1
**b2** 5:4
**back** 12:4 26:10
37:11,19 40:11,19
47:19 50:4,14
58:2 59:24 68:9
72:2,4,8,14
**based** 21:4 41:3
55:4,6,15 56:2
60:6 62:11
**basing** 61:11

**bear** 8:7 11:19
33:18 47:8
**beginning** 37:18
72:13
**behalf** 7:10
**believe** 14:1 26:6
37:6 38:22 39:6
40:3 51:4 57:10
62:2,5 64:1 70:10
**believes** 60:10
**best** 13:18 22:25
63:20
**bit** 11:21 21:17
22:11 29:4
**book** 19:3 68:23
**books** 63:8
**bowl** 63:24
**box** 38:9,12
**branches** 61:7
**break** 8:18,19,23
37:8,8 72:2
**building** 48:18
**bullet** 50:20
**bullets** 50:19
**bunch** 48:11

**c**

**c** 7:21 16:2,24
**ca** 75:9,12,20
**california** 1:2 2:2
2:15 3:20 6:14
13:1 74:2
**call** 23:20 28:21
66:2
**called** 19:3 44:5
**calls** 20:14 26:2
30:4 33:2,10 35:2
36:4 46:1 59:8,20
**captured** 64:22
**case** 1:7,7 2:7,7
6:14 7:24 9:10
12:24 13:1 38:22

[case - counsel]

58:25 74:12
**category** 59:22
**causing** 34:7,13
**caution** 9:24 10:23
**ccp** 75:9,12
**cds** 48:11
**center** 19:9,13
  48:17,22 50:23
  61:5,6 64:20
**central** 37:12
**certain** 31:6 68:3
**certified** 2:17 74:1
**certify** 74:3,14
**cetera** 41:21
**champions** 63:24
**change** 29:13
  31:23 43:5,9
  48:19,20 49:1
  64:2 77:4,7,10,13
  77:16,19
**changes** 15:12,18
  31:24 63:25
**changing** 44:2
**chapter** 48:13,21
**chicago** 3:10
**choices** 70:20
**choose** 53:6
**chris** 6:10 7:21
  72:25
**christos** 1:14 2:14
  7:14 75:1,5 77:2
**chunks** 50:24
**cite** 16:1 17:20
  18:21 60:22 71:4
  71:5
**cited** 20:1
**civil** 75:19,20
**ckyriak** 75:2
**claim** 9:9,17 11:14
  13:13 34:3,13,23
  58:5,20 59:18

71:18
**claims** 11:4 15:1
  62:5
**clarification** 8:15
**clarify** 28:3 53:12
**clear** 53:7,15,18
  53:25 54:5
**cleared** 54:2
**clears** 54:8,13
**click** 38:10,23,25
  49:14,15 55:10
  56:11
**clicks** 21:22
**client** 65:14,14
**cloud** 34:8,14
  58:12 71:3,11,13
  75:19,20
**code** 61:12 75:9,12
  75:19,20
**collaborative** 22:4
**colleagues** 28:21
**collection** 21:2,20
**column** 21:21 34:5
  58:9 71:5,6
**come** 20:5 37:11
  72:2,4
**comes** 48:22
**coming** 47:1
**commencing** 2:16
**common** 14:12
  62:10
**communicate**
  71:19
**complete** 13:4
  65:14
**completed** 32:8
  75:7,17 76:6
**completion** 74:12
  76:10
**comprise** 28:18
**computer** 28:20
  64:19

**concept** 64:19
**conclude** 60:25
**concluded** 73:3
**concludes** 72:24
**conclusion** 20:15
  60:23
**conduct** 70:13
**conducted** 70:16
**configuring** 5:11
**confirms** 52:16
**connection** 47:17
**consider** 25:6
**construction** 9:9
  9:17,23 10:5,7,8
  11:15 13:13 26:17
  27:14,22 28:3,4,9
  29:6,12,18 60:4,9
  60:12 68:13
**construing** 27:10
**consumer** 27:20
**contact** 75:9
**contacted** 9:16
**contain** 23:3 24:17
  26:9 51:11,13
  63:5,6 71:9
**containing** 56:20
**contains** 21:22
  28:24 46:17
**content** 34:9,15,25
  58:12,13 59:1
  63:25 68:8,24,25
**context** 24:9 39:22
  41:19,22 58:16
  59:6,17 61:24
  68:5,19
**continue** 6:6
**continuously**
  32:10
**contrary** 63:13
**contrast** 60:8

**contributed** 22:5
**controller** 5:18
  17:22,25 18:5,9,10
  53:9 56:19 57:23
**conversations**
  11:1
**copy** 12:13 18:25
  70:4
**correct** 9:6,7,10
  9:11,14,15 12:21
  13:1,2,4,9,10,13
  13:14,22 14:5,9,10
  14:13,18,19 15:2,3
  15:6,9,10 16:6,7
  16:25 17:1,23,24
  19:1,22,23 20:10
  22:8 23:15 27:6
  27:24 36:2,11
  38:3 39:11 46:9
  46:18,19 49:4,5,7
  49:8,11,12,21 50:1
  50:24,25 51:3,8,9
  51:12,24,25 52:2,3
  52:17 53:1,11,12
  54:10,11 56:23
  57:9,25 58:1
  61:15 62:1 66:18
  68:14,15 69:13
  71:6,7
**corrections** 75:14
  75:15 76:3,4
**correspondence**
  59:12
**corresponding**
  58:11,19 59:3,5,11
  59:16
**counsel** 3:3,14
  6:11 7:3 8:10,11
  47:16,18 67:5
  72:19 75:18,21
  76:7

Veritext Legal Solutions
866 299-5127

[country - emptied]

**country** 45:9
**couple** 14:21
**court** 1:1 2:1 6:13
6:21 8:24
**create** 15:25 17:20
22:1 23:19 27:11
31:5 48:16 55:4,9
55:11
**created** 30:17
35:21,24 36:2,6,10
49:7,10 55:15,20
56:2
**creates** 35:18
**creating** 32:24
50:16
**criteria** 21:5,6
55:20
**csr** 1:24 74:25
**curating** 27:2
**current** 39:2
**currently** 39:4,7
39:10 46:8,17
49:16
**customarily** 16:21
17:13 18:12 19:21
**cv** 1:7,8 2:7,8 6:15

**d**

**d** 4:1 5:1 16:2,24
**data** 22:19,23
23:13 24:17 28:15
28:19,25 29:2
**date** 9:19 12:24
16:15 19:16 64:25
65:1 70:7,10,12
74:17 75:16 76:5
77:24
**dated** 74:19
**david** 19:2
**days** 17:10 18:2
**december** 64:22

**decided** 21:5
**declaration** 5:3
9:4 10:21 11:14
12:14,20,23,25
13:3,6,16 15:11,13
15:21 17:17 18:16
19:18 20:1 24:1
29:17 50:5 53:2
59:24 60:14 68:10
69:17,23 70:9,11
70:22
**defendant** 1:10
2:10
**defined** 24:12
**definition** 25:14
26:12 31:13 62:23
63:14
**definitions** 69:19
69:22,24 70:14
**delay** 21:10
**deleting** 53:23
**dep** 71:24
**depending** 25:8,8
32:3 41:22 45:8
**depends** 21:17
22:11,16 36:25
38:21 44:15
**deposed** 7:23 8:2
**deposition** 1:13
2:14 5:2 6:10,16
11:12 74:11 75:19
75:22,24 76:8,10
**describe** 20:6
63:18
**described** 16:19
18:9 19:19 43:1
43:12 48:21 50:24
**describes** 53:10,14
58:24 71:2
**describing** 19:25

**description** 5:2
18:20
**descriptive** 63:9
**despite** 8:12
**determined** 75:18
75:22 76:7
**developers** 64:18
**device** 34:10 46:2
71:17
**devices** 15:23
**dictionary** 68:25
69:18 70:15
**differ** 41:22
**difference** 32:17
**differences** 32:14
33:4
**different** 24:23,24
30:14 42:23 47:1
47:3 48:11 62:9
62:13 66:2
**differently** 30:8
**differs** 60:12
**direction** 74:8
**directly** 65:10
66:17,23 67:2,13
67:20 68:7
**disclose** 57:13
**discloses** 49:3
57:16,23
**disclosure** 49:19
51:1
**discussion** 8:25
11:25 21:14
**display** 41:18
45:17
**district** 1:1,2 2:1,2
6:13,13 7:24
12:24 13:1
**division** 1:3 2:3
6:14

**dj** 31:5
**dmv** 51:21,24 52:1
**document** 5:5,7,9
5:11,13,15,17,19
5:22 19:19 33:25
35:14 38:3 39:19
42:17 44:24 45:6
47:9,25 53:1
64:12 67:1,12,21
67:24 69:13,15
**documents** 50:6
**doing** 11:21
**download** 48:20
**downloading**
47:15
**dr** 5:3 7:19 10:9
10:12 11:14,20
12:7 14:20 37:22
67:8,12 72:16,25
**drafts** 11:1
**drags** 21:21
**draw** 60:23
**drive** 22:14,16
**duly** 7:15

**e**

**e** 4:1,1 5:1,1,17
17:21 53:2 75:9
75:12 76:1 77:3,3
77:3
**earlier** 51:4,10
**early** 17:10 18:2
61:8
**edit** 15:25 41:21
**either** 21:19 23:13
34:21 55:16 56:3
**electronically** 70:3
**emanuel** 3:15 7:10
**embedded** 47:6
**employee** 74:15
**emptied** 52:17

**[empty - guide]**

**empty**  23:20 51:24
  52:4,4,6,13 53:17
  53:19 54:18
**engaged**  20:22
**entire**  24:20 49:20
  49:23 51:2,6
  56:20
**entitled**  38:17
  64:17
**enumerated**  36:13
**ephemeral**  32:20
**equivalent**  59:14
**errata**  75:14,16
  76:3,5
**et**  41:21
**everybody**  39:6
**exact**  9:19 59:11
**examination**  4:3
  7:17
**example**  15:24
  21:4 23:6 26:7
  31:5 63:23 66:4
  69:2 71:5,8
**exception**  62:4
**excerpt**  16:5
**exciting**  42:9
**exclude**  68:3
**excluded**  46:12
**exhibit**  5:3,4,5,7,7
  5:9,11,13,15,15,17
  5:17,19,22,22
  11:19 12:7,8,9
  16:5 17:21 18:21
  18:22,25 19:19
  33:18,20,23 35:8,9
  35:11,11 37:23,23
  37:25 38:5 39:14
  39:14,15 40:11,12
  40:15,19,25 42:12
  42:12,13 44:18,19
  44:21 47:8,10,11

47:12,22,23 50:5
  50:14 52:20,21,23
  52:23 53:2 58:2,4
  59:25 64:7,7,9
  67:7 69:8,9,10,16
  69:16 70:6,8
**exhibits**  16:2,24
**existed**  52:9
**existing**  34:15,19
  34:25 35:5
**experience**  25:12
  26:4,19,25 27:6
  31:4 60:18,23,24
  61:3
**expert**  9:8,13
  11:13 13:9 20:22
**explain**  22:22
**explanation**  19:4
**external**  11:5
**extrinsic**  60:8

**f**

**f**  4:1 5:1,15 18:21
  18:25 19:19 47:23
**fact**  62:2 66:12
**familiar**  54:23
**fashion**  65:15
**favorite**  35:21
**february**  9:5
  12:14 70:7
**federal**  74:11 76:1
  76:8,9
**field**  11:6
**figueroa**  3:18
**file**  23:4,14
**filed**  6:12
**files**  23:2
**filled**  52:10
**financially**  6:24
  74:14
**find**  48:23

**fine**  21:12
**finish**  8:22 21:13
**firm**  6:19,21 7:8
**first**  17:7,18 19:14
  19:15 34:8,14
  35:16 39:24 48:7
  50:19 52:1,3 55:3
  55:23 60:2 61:5
  63:21 70:22
**five**  8:24 48:25
**floor**  3:19
**focus**  48:4
**following**  42:21
  45:16 56:12
**follows**  7:15 62:22
  75:8
**foregoing**  74:4,8
  74:10
**form**  15:17 21:9
  22:19,23 23:4,4,13
  23:14,15 24:17
  31:21
**forth**  12:20 13:8
  13:11,15,17,21
  14:4,16,25 74:5
**found**  64:16 66:9
  68:25 70:19
**foundation**  64:24
**four**  8:18 42:23
  48:25
**fourth**  49:13
**francisco**  1:3 2:3
  6:14
**frcp**  76:1
**frequently**  35:20
**front**  62:4
**ftp**  62:13
**full**  7:19
**functionally**  65:9
**further**  74:10,14

**g**

**g**  5:22 69:16 70:8
**general**  8:6 13:21
  14:4 21:18 25:14
  51:13
**generally**  20:9
**genre**  21:5
**george**  3:5 7:8
**getting**  10:25
  59:21
**gift**  40:6
**give**  8:9 9:1 24:24
  35:7 52:20
**given**  28:13 29:22
  72:25 74:9
**giving**  29:5
**go**  6:7 8:23 12:16
  32:18 34:2 40:11
  40:19 48:2,12
  50:14,15 52:11
  53:3 54:20 58:2
  59:24 66:25 68:9
  72:19
**goes**  10:17 32:21
**going**  12:1,4 15:16
  36:7 37:7,16,19
  50:4 71:20,23
  72:11,14
**good**  37:14 57:5
  72:9
**google**  1:5 2:5 3:14
  6:12 7:10,24 9:6
  20:22 75:4 77:1
**google's**  10:7 60:4
  60:12 68:12
**green**  38:16,20
**guess**  31:3 39:5
  41:12 44:5 48:14
  55:23 59:13 62:13
**guide**  5:8,18 17:22
  18:10,10 53:10

Veritext Legal Solutions
866 299-5127

[guide - k]

56:19 57:23
**guidelines**  8:6,7

**h**

**h**  5:1 7:21 77:3
**habits**  49:1
**hand**  48:10
**handle**  38:10
**handled**  75:8
**handpicked**  48:10
**happen**  64:12
**happens**  32:11
53:13
**hard**  22:14,16
**hdd**  16:5,8,13,19
35:15,18 37:3
39:9 42:18,18
45:21 46:7,16
**head**  9:1 20:8
**headed**  5:5,7,9,11
5:13,15,17,19,22
**header**  40:20 65:3
65:8 70:6
**hear**  10:10 15:15
47:18,20 61:20
**heard**  63:17
**hefazi**  3:16 7:9,9
9:24 10:12,15,23
11:20 14:20 15:16
20:14 21:9,12,16
22:20 23:7 24:22
25:4,17 26:2 27:7
27:25 28:10 29:14
30:1,4,11 31:1
33:1,9,14 34:17
35:1 36:3 37:13
40:1 41:1 43:18
44:12 45:25 47:19
55:18 57:14 58:21
59:7,19 62:20
64:24 66:10,19
67:5,10,23 72:1,7

72:16,22
**hefazi's**  47:17
**help**  5:8 64:25
**high**  10:24
**highlighted**  49:14
**hold**  41:18
**home**  45:11
**hour**  8:19 37:7
**html**  61:12
**http**  62:11
**hypertext**  65:16
**hypothetical**  23:8
25:18 26:3 30:2
41:2

**i**

**idea**  57:5
**identification**  12:9
33:20 35:9 37:25
39:15 42:13 44:21
47:10 52:21 62:14
64:9 69:9
**identified**  44:4
**illinois**  3:10
**illustrate**  39:25
**immediately**  49:15
**implement**  28:17
**implementation**
37:1
**implemented**  33:7
33:16 50:3
**implements**  39:7
**implies**  30:23
**include**  33:6,13
39:3 42:7
**included**  17:19
23:12 39:10 75:14
76:3
**includes**  46:8
**incomplete**  25:17
26:3 41:2

**indicate**  38:20
39:1
**indicated**  19:17
**indicates**  38:22
**indicator**  38:16,20
61:19
**indicators**  63:4
**individual**  22:6
25:13 41:25 42:7
44:3 55:16 56:4
**individually**  49:24
**industry**  14:2
18:19 19:24
**information**  41:21
**informed**  9:22
10:4,6,11,18
**instances**  32:25
**instant**  55:4
**instruction**  57:20
**instructions**  36:13
36:15 45:7,16
55:8 56:6
**instructs**  8:11
**intent**  31:7 41:10
**interchangeably**
14:2
**interested**  6:24
74:15
**interesting**  52:8
**intermediate**
65:11 66:1 67:3
67:15
**internet**  14:4
25:15,20 45:22
46:20,21 57:7,8,24
58:25 60:6 61:8
62:8 63:2,21,22
64:13,16 65:11,19
65:23 66:9,17,18
66:22 67:2,14,19
67:21 68:14,17,20

68:23 69:1,3
71:19
**intrinsic**  60:7
**introduce**  11:18
33:18 35:8 37:22
39:13 42:11 44:18
47:7 52:19 64:6
69:7
**introduced**  12:7
**introduction**  5:19
64:17
**involve**  10:20
**involved**  10:22
11:3
**ipad**  47:6
**isbn**  63:7
**issues**  9:25
**item**  24:8,21 25:3
25:10,11,14,16
26:10 41:18,19,20
41:22 42:8 44:4
45:16 46:9 50:11
63:9 68:8
**items**  23:18 24:4
25:13,20 26:15,20
26:21,23,25 27:4,6
27:23 28:12,24
29:10,22,24 30:9
30:15 42:3,5
45:14,15 49:2
50:8 53:22 68:22

**j**

**jae**  3:6 7:6
**january**  9:20
**job**  1:25 75:5 77:2
**june**  7:25

**k**

**k**  7:19,22,22,22
10:9,12 12:7
37:22 67:8,12

Veritext Legal Solutions
866 299-5127

[keep - media]

**keep** 45:15
**kind** 11:7 19:4
  31:20 44:15 47:1
  61:7 68:24,25
**know** 8:20 12:8,23
  19:16 22:25 25:8
  26:6 31:18 33:8
  33:22 35:12 37:23
  39:17 42:15 44:19
  45:1 46:11 47:13
  52:24 55:20 57:4
  57:5,11 59:10,13
  63:15 64:7 66:5
  69:11,19,24 72:3
**knowledge** 11:6
**kyriakakis** 1:14
  2:15 5:3 6:10 7:14
  7:22 11:20 14:20
  72:16,25 75:1,5
  77:2

**l**

**labeled** 38:9,12
**lacks** 64:24
**lakers.com** 66:5
**lakers.com.** 66:7
**lakers.mba.com**
  66:6
**large** 47:9
**larger** 21:20 70:25
**late** 33:9,9
**law** 3:7,17
**lawyer** 13:19
**leave** 11:21
**ledanois** 1:24 2:17
  6:21 74:1,24
**lee** 3:4,5,11 7:6,8
**left** 39:24 40:21,25
  41:12
**legal** 6:20,22 13:12
  13:16 20:14 54:25
  73:2 75:7

**level** 10:24 14:17
**library** 21:19 48:3
  64:19
**likewise** 51:6
**limit** 27:22
**limitation** 34:5,7
  34:13,24 58:8,9,20
**line** 10:17 51:19
  51:20,24 55:23
  75:15 76:4 77:4,7
  77:10,13,16,19
**link** 24:10,15
**links** 22:15 63:5
**list** 22:13,15 24:4
  26:14,24 27:3,23
  28:8,12,15,18,18
  28:24 29:10,20,22
  29:24 30:9,10,15
  30:15,21,23 31:9
  31:12,16,21 32:7,9
  32:13 35:19,20
  38:18 41:6,9,18,23
  43:7,9,17,21,22
  50:8,12 54:1
**listed** 55:21
**listen** 27:11 36:7
  48:20,23 56:9
**listened** 48:24
**listening** 5:13
**lists** 28:17 48:19
**little** 11:21 21:17
  22:11 29:4
**llc** 1:5 2:5 3:3,14
  6:12 75:4 77:1
**llp** 3:4,15
**load** 47:9 52:20
**local** 34:9,15,16,20
  34:25 35:4
**location** 58:24
  62:14 63:10,12
  65:10 67:2,14

69:6
**locations** 22:16
  58:11
**locator** 9:14,18
  11:16 15:9 23:14
  60:5,11,19,20,25
  61:2,14,16,21,25
  62:3,16 63:16
  68:3,7,13 69:4,20
  70:14,17,24 71:1,9
**locators** 5:21
  22:13 58:10 61:13
  64:18
**locked** 75:12 76:1
**long** 16:10 23:3
  47:9 62:19,22
**look** 15:20 17:16
  18:15 23:25 29:1
  32:3 34:2 49:13
  51:15 58:5 59:25
  65:5
**looked** 19:24
**looking** 11:4 27:19
  58:8 67:6,7
**looks** 41:6 43:11
**los** 2:15 3:20
**lot** 50:6
**ls3ip.com** 3:11,12
**lynne** 1:24 2:17
  6:21 74:1,24

**m**

**m** 4:1 74:1
**mac** 17:22,25 18:5
  18:10
**machine** 64:22
  74:7
**main** 32:17
**manage** 16:1
**manner** 23:5
  29:25 30:6

**manual** 16:6,19
  19:1,2,3 35:15
  41:17 42:18,19
  44:25 51:20 52:13
  53:24
**manually** 22:7
  49:7 50:11 51:2,7
  56:22
**march** 1:15 2:16
  6:1,5 74:19 75:3,5
**marie** 74:24
**mark** 39:14 42:12
  44:19 69:10
**marked** 12:7,9
  33:20,23 35:9,11
  37:23,25 39:15
  42:13 44:21 47:10
  47:11 52:21,23
  64:7,9 69:9
**marks** 37:15,18
  72:10,13
**material** 21:3
**materials** 18:20
  19:25 20:1,5
**matter** 6:11 9:5
  20:23 30:8,14
**matters** 30:13
**mean** 22:23 24:16
  26:14 30:5,12
  31:19 41:24 50:10
  52:5 53:16,17
  58:19 64:13 65:22
  68:18,21 71:17
**meaning** 29:3 60:9
  60:11
**means** 20:24 38:24
  46:12 53:19,24
  54:1 60:5 62:15
**mechanism** 53:14
**media** 6:9 19:9,13
  37:15,19 47:1

Veritext Legal Solutions
866 299-5127

[media - order]

48:13,16,16,21,22
50:23 72:10,14
73:1
**megabyte**   23:4
**megabytes**   23:3
**memory**   22:15
**mention**   16:24
20:7
**mentioned**   55:22
**menu**   39:22 41:10
41:19
**menus**   41:22
46:10
**merriam**   5:23
69:17,18 70:15
**mind**   20:6
**minutes**   37:9
**mischaracterizes**
29:14 66:19 67:24
**missing**   19:3
**mix**   55:20
**mode**   5:12 31:18
31:23 43:1,6,12,16
43:25
**modes**   42:21,24
**modify**   30:19
**modifying**   30:22
**moment**   54:17
**month**   48:25
**morning**   17:6 70:4
**move**   31:13,15
38:11
**movie**   68:24
**moving**   14:7,15
**mp3**   23:2,4,14
**multimedia**   23:18
24:4,8,12,21 25:2
25:10,10,16,20
26:10,15,20,21,23
26:25 27:4,6,23
28:24 29:10,24

30:9,20 34:8,14,24
42:3,7 44:11 46:9
50:8,11 58:12,25
61:5 68:8
**multiple**   22:5 27:2
28:16,19,25 44:1
**music**   5:14 13:21
13:24 15:24 16:1
17:20 18:8 19:18
21:19,25 22:12
45:1,7,10 47:5
48:23,24,25 50:23
51:16 53:4,8,11,16
53:25 54:23 55:7
56:7,15

**n**

**n**   4:1,1,1 5:1
**name**   6:19 7:20,20
7:21,21 63:7
74:18
**napster**   54:21,23
55:5 56:1,8 57:1,4
57:6,12,17,25
**napster's**   55:14
**national**   61:5
**necessarily**   23:19
31:23 63:10
**necessary**   14:22
75:14 76:3
**need**   8:15,19,25
**needs**   30:16 65:25
66:13
**neither**   74:14
**never**   57:10
**new**   34:15 35:6,8
35:11 37:22 39:13
42:11 47:8 52:19
53:22 64:6 69:7
**newly**   35:19
**nima**   3:16 7:9
15:14 71:24

**nima.hefazi**   3:21
**nods**   9:1
**normal**   65:15
**normally**   32:21
**northern**   1:2 2:2
6:13 13:1
**notating**   75:15
76:4
**noticing**   7:5
**notion**   52:9
**number**   6:9,14 8:8
8:10,14,18,24
36:18 37:16,19
38:12 42:5 55:9
56:7,10,11 72:11
72:14 73:1 75:15
76:4
**numbers**   63:8

**o**

**o**   4:1,1 5:1
**oath**   7:12
**object**   8:10 11:23
14:22
**objection**   8:13
15:17 20:14 21:9
21:16 22:20 23:7
24:22 25:4,17
26:2 27:7,25
28:10 29:14 30:1
30:11 31:1 33:1,9
33:10,14 34:17
35:1 36:3 40:1
41:1 43:18 44:12
45:25 55:18 57:14
58:21 59:7,19
62:20 64:24 66:10
66:19 67:23
**objections**   7:1
**offer**   9:8,13,16
21:21

**office**   75:11
**oh**   65:4
**okay**   9:4 10:14
11:24 12:17 14:3
14:23 15:22 26:9
29:6,20 31:19,19
34:4 37:10 40:19
40:24 43:24 45:6
46:16 47:7,22
48:6 50:14 52:12
54:7 55:25 58:4,7
58:18 59:24 60:1
60:15 64:10,15
65:5 67:10 68:2
68:11 69:2 72:19
**once**   32:8,21 44:8
**ones**   20:7 53:23
54:5 55:22
**online**   64:19 69:20
70:15
**open**   12:10 50:6
**operate**   5:9
**opine**   15:23 17:18
18:19 24:2 29:2,8
**opinion**   14:16
16:18 17:11 18:8
19:18 22:18 23:22
27:21 28:23 29:5
32:5 34:23 35:3
42:6 46:24 59:14
61:15,21,25 64:3
66:8 67:18 68:2,6
**opinions**   9:9,13,17
12:20 13:15 28:4
**opposed**   9:1
**option**   22:9
**order**   11:6 28:13
29:22,24 30:16,22
30:24 31:6,24,24
32:7,19 38:14
43:4,4,8,13,22

Veritext Legal Solutions
866 299-5127

[order - players]

44:2,3,9
**ordered** 21:2 24:4
26:14,23 27:23
28:12,24 29:10,20
30:10,15,21,23
31:9,12,16,21 32:9
32:13 43:7,9,17,21
43:22 44:8 50:8
50:11
**ordering** 30:19
**ordinarily** 16:21
17:13 18:12 19:21
**ordinary** 14:17
16:20 17:12 18:11
19:20 20:18 26:13
29:8 60:9,11
**original** 66:6
74:11 75:10,21
**originated** 48:11
**outcome** 6:25
**outside** 8:19 34:17
35:1 58:22
**overview** 14:8

**p**

**pacific** 37:13
**page** 4:3 5:2 8:5
12:16 34:2 48:2
48:13 50:15 52:11
52:11 53:3 54:20
58:6 75:15 76:4
77:4,7,10,13,16,19
**pages** 66:3 75:14
75:17,17 76:3,6,6
**pak** 3:6,12 4:4 7:6
7:6,18 10:2,19
11:8,18 12:6,12
14:24 15:19 20:19
21:23 22:24 23:11
25:1,7,22 26:8
27:13 28:6,14
29:19 30:7,18

31:10 33:5,12,17
33:21 34:22 35:7
35:10 36:9 37:7
37:11,14,21 38:2
39:13,16 40:5
41:15 42:11,14
43:23 44:17,23
46:6 47:7,11,24
52:19,22 55:24
57:19 59:2,15,23
62:24 64:6,11
65:2 66:15,24
67:7,11 68:1 69:7
69:10 71:22 72:4
72:9,21
**pandora** 25:23,25
26:5
**paragraph** 14:11
15:20 17:16 18:15
19:17 23:25 49:13
50:4 53:14 59:25
60:3,13,17 65:5,7
67:8,8,9 68:9
70:21
**paragraphs** 13:7,8
13:11,20 14:3,7,15
14:16,25 15:4,8
48:7
**parlance** 65:16
**part** 29:17 31:3
34:7 47:4 53:21
54:3 55:22 61:4,5
69:17 70:25
**participants** 6:17
**particular** 27:16
27:24 29:25 30:3
30:6 31:7 34:9
38:21 71:10
**parties** 6:7
**parts** 25:13

**party** 6:23 7:5
47:4 74:16
**party's** 9:22 10:5
**passage** 71:8
**passages** 71:4
**patent** 5:4 11:10
34:1 58:3 61:24
62:17 68:6 70:25
71:2,5,18
**patents** 9:10 11:4
14:12
**pause** 21:13
**pc** 17:22 18:1,6,10
**pdf** 50:15 52:11
53:3 54:20 75:12
76:1
**penalty** 75:16 76:5
**pending** 8:22
**people** 24:24
61:11
**period** 75:18 76:7
**perjury** 75:17
76:6
**permitted** 15:25
**persistent** 5:20
63:16,19,22 64:3
64:17 65:6
**person** 16:20
17:12 18:11 19:20
20:17 24:2 26:12
26:19 29:8
**pertains** 74:10
**ph.d.** 1:14 6:11
7:14 75:1,5 77:2
**phrase** 60:20 61:1
71:1
**place** 6:7,16 74:5
**plain** 60:9,10
**plaintiff** 1:6 2:6
**plan** 8:18

**play** 5:12 13:22,24
16:18,25 17:11
31:25 32:9,13
35:21 36:14 37:5
38:6,14 40:4,7,10
40:13,16,20,25
41:5,5,13,13,20
42:24 43:3,13
44:8,9 49:14,14,15
53:6,6,7,18 56:13
56:16 57:17 71:13
**playback** 9:13,18
11:15 13:25 15:5
16:22 17:14 18:13
18:21 19:22,25
20:6 24:3,5,16
26:1,4,9,14,16,18
27:4,19,20,22
28:23 29:9,11
30:20,25 31:11
32:6,15,20 33:6,13
34:9,10,15,16,20
34:25 35:4 36:18
36:23,24 37:4
39:3,7,10 41:25
42:2,5,6,21,24
43:1,6,7,8,11,16
43:16,20,24 44:2
45:24 46:8,17,24
49:1,20,24,25 50:7
50:9 51:7,10 52:5
53:17 54:8,9,10,13
54:14,14 56:21
57:25 71:17
**played** 35:20
38:23
**player** 35:18 47:5
47:6 48:13,16,21
71:9,12
**players** 41:4 71:14

Veritext Legal Solutions
866 299-5127

[playing - reaching]

**playing**   5:5 19:15
   38:24,25 39:2,4,7
   39:10 43:21 46:4
   46:8,13,17 49:16
**playlist**   20:20,24
   21:7,25 22:1,2,4,5
   22:8,10,12,19 23:1
   23:3,13,17,19,23
   24:18 25:2,9
   32:15,18,24 33:6
   33:13 35:23 36:1
   36:6,10,14,22
   41:11 48:9,15,16
   49:2,6,6,9,10,11
   49:15,20,23,25
   50:21 51:3 55:4
   55:15 56:2,20,22
**playlists**   5:6 21:22
   35:19,21 48:5,13
   48:18,22,23 49:4
**plays**   43:3,13
**please**   7:2,4,11,19
   7:20 8:15 10:10
   35:16 41:16 55:3
   60:2,16 63:18
   65:7 70:22
**plurality**   23:17
   42:3 56:20
**pogue's**   19:2
**point**   27:19 29:1
   29:16 65:25 66:17
   66:21,22 67:20
   68:7
**pointing**   65:10
   67:1,13
**points**   58:24 62:8
   63:21,23,24 64:1
   65:11,20 67:3,14
   69:5
**posita**   60:6

**possible**   22:3
   23:10,12 25:25
   37:1 44:1
**preferences**   49:1
**premade**   22:4
**preparing**   10:21
   11:11 20:4
**present**   3:23 7:3
**presented**   28:5
   30:13
**prestocked**   48:22
**presumably**   32:9
**presume**   68:17
**previous**   29:21
   40:11 53:8,16,19
   53:23,25 54:5
**print**   69:22
**printed**   69:25 70:1
   70:2,4,8
**printing**   70:4
**privileged**   9:25
   10:16
**probably**   28:21
   70:11
**procedure**   75:19
   75:20
**proceeding**   7:1
**proceedings**   73:3
   74:4,6,12
**process**   10:25
**product**   17:22
   18:10
**products**   17:19
**programming**
   61:12
**programs**   48:15
**projects**   61:10
**propose**   29:7,7
**proposed**   10:7,7
   28:8 29:12 60:4
   60:12 68:12

**proposes**   60:8
**protocol**   62:11
   65:17
**provide**   14:8 15:4
   15:8 18:20 63:9
   63:12
**provided**   75:19
   76:8
**provides**   62:14
**published**   64:16
   64:21 69:20
**purl**   63:15 64:1,19
   65:9,11,12,13,18
   65:20,22,24 66:6,8
   67:3,14,18 68:4,6
**purpose**   20:2
**put**   23:1 31:8,22
   41:4
**puts**   21:4 31:5
   39:7
**putting**   11:5 23:21

**q**

**qualifications**   13:8
**question**   8:15,17
   8:23 11:22 21:13
**questioning**   10:17
**questions**   8:8,11
   71:23,24 72:3,16
**queue**   9:14,18
   11:15 13:24,25,25
   15:5 16:18,22,25
   17:12,14,20 18:9
   18:13,21 19:18,22
   19:25 20:6 24:3
   24:16 26:1,9,14
   27:5,20,22 28:24
   29:9 30:20,25
   31:12 32:6,15,20
   32:22 33:6,13
   34:9,15,16,20,25
   35:5 36:24 37:5

38:6,14 39:3,11
   40:3,4,7,10,13,16
   40:20,25 41:5,9,13
   41:14,21,25 42:2,5
   42:7,10 43:4,7,13
   43:17,20,22 44:2
   45:24 46:8,17,24
   49:15,20,24,25
   50:7,17,23 51:2,7
   51:10,16,19,20
   52:5,8,9,14,16
   53:4,5,7,8,11,16
   53:17,18,19,22,25
   54:2,4,8,9,10,13
   54:14,15 55:7
   56:14,15,16,21
   57:21,25
**queued**   38:17
**queues**   13:21,22
   16:1 26:5 39:7
**quinn**   3:15 7:9
**quinnemanuel.c...**
   3:21

**r**

**r**   7:21,22 77:3,3
**r&s**   76:1,9
**radio**   25:15,20,25
   31:6 45:17,22,23
   45:23 46:4,11,15
   46:21,21,23 47:2
   57:1,4,6,7,8,12,17
   57:24
**randolph**   3:8
**random**   43:4,13
   43:21 44:2
**randomized**   31:17
**randomly**   31:15
**rated**   48:25
**ratings**   48:20
**reaching**   13:15

[read - section]

**read**  11:9 21:15
35:16 41:16 48:7
48:12 53:3,23
54:6 55:3 58:15
60:2,16 65:7 67:8
70:22
**reading**  11:3
75:23 76:9
**really**  29:1
**reason**  27:16 31:9
33:8 46:25 59:10
70:12 77:6,9,12,15
77:18,21
**reasonably**  13:4
**recall**  7:23 17:9
**recess**  12:3 37:17
72:12
**recited**  62:16
71:18
**recites**  34:7
**recognize**  33:25
35:14 38:3 39:19
42:17 44:24 47:25
53:1 64:12,14
69:13
**recollection**  63:20
**record**  6:4,8 7:5
7:20 11:25 12:1,4
21:14 37:16,19
48:8 60:8 72:2,11
72:14,20,24 74:6,9
**recorded**  6:10
**recording**  6:6
**redirect**  65:17
66:2
**referenced**  75:6
**references**  11:5
**reflects**  16:19
17:12 18:11 19:20
**regarding**  11:15
14:17 15:5,9

**region**  45:9
**related**  1:7 2:7
6:23 9:9 59:17
61:8
**relative**  74:15
**released**  75:21
**relying**  60:24
**remember**  10:8
16:14 19:15,16
**remote**  1:13 3:1
16:6,8,13,19 37:3
39:9 45:21 46:7
46:16
**remotely**  6:18
**repeat**  5:12
**replace**  56:16
**report**  28:3 35:2
58:22 70:5
**reported**  1:24
**reporter**  2:17 6:21
8:24 10:9 21:15
74:2
**represent**  38:9,13
64:15
**representing**  7:7
**represents**  38:14
**request**  8:21
**requested**  21:15
74:13 76:1,9,10
**require**  34:13,24
**required**  36:8 37:2
62:15
**requirement**
30:25 39:5 42:4
**rereading**  11:3
**research**  61:6,7,20
**resolution**  65:12
65:12 67:3,15
**resource**  5:20 9:14
9:18 11:16 15:9
22:13 23:14 58:10

58:25 60:5,6,11,19
60:20,25 61:2,13
61:14,16,25 62:3,8
62:16 63:1,4,16,21
63:22 64:18 65:11
65:18,23 66:9,16
66:18,22 67:2,14
67:19,20 68:3,7,13
68:14,16,17,20,20
69:1,3,3,20 70:14
70:16,24 71:1,9
**resources**  14:5
**respect**  43:24
**respective**  58:11
**retained**  9:8,12
73:2
**retrieve**  62:15
71:12
**retrieving**  71:20
**return**  75:17 76:6
**returns**  65:13
**review**  74:12 75:8
75:10,13 76:2
**revise**  41:12
**right**  15:7 20:8
21:22 24:19 33:25
37:3 40:10 41:8
43:10 47:25 50:22
54:18 55:10 56:11
70:6
**row**  71:5,6
**rules**  76:8
**run**  8:6

**s**

**s**  3:18 5:1 7:21,22
77:3
**san**  1:3 2:3 6:14
**save**  32:23
**saved**  32:18,21
**saving**  32:23

**saw**  46:10,14
**saying**  15:14 25:9
49:19 51:1
**says**  26:12 34:20
35:4 36:18 39:22
40:6 41:17 42:20
43:12 45:7,10,10
45:15 48:5 49:14
50:20,22 51:15,19
52:13 53:12,15,25
54:20 55:9,23
56:7,11 57:21
58:10 62:3 65:21
67:1,12,21 71:8
**scenario**  44:10
**scenes**  19:4
**schedule**  8:20
75:10
**science**  28:20
**scope**  15:2 34:17
35:1 58:22
**scratch**  35:24 59:4
**screen**  38:6 39:24
40:12,15,17,21,22
40:24 41:7 45:11
45:18 47:14
**screens**  39:21
41:17 46:13,15
**screenshots**  46:10
**search**  48:3 56:8
70:13,16
**second**  35:7 43:11
43:16 44:22 52:20
58:12 65:5,7 67:9
**seconds**  14:21
**section**  13:7,11,17
13:20 14:3,7,15,25
15:4 39:22 48:4
49:3,14 50:16
51:15 53:9 56:25
57:12

Veritext Legal Solutions
866 299-5127

**see** 10:17 12:8,10
16:3 18:23 24:6
33:22 34:5,11,18
35:12,13 36:13,20
37:24 38:7,16
39:17,21 40:12,16
40:20 42:15,16,20
42:23 43:14 44:20
45:19 47:13 49:17
50:16 51:17,22
52:13,24,25 55:12
56:17 57:2,20
58:14,18 64:8,21
65:1,3,4 67:4,16
69:11 71:15
**seen** 33:7,15
**select** 42:21 45:12
50:11 55:5,10,10
56:10,11 57:24
**selected** 24:5
26:15,24 27:5,23
29:11 40:9 41:5
41:19,20,22 45:22
50:8 51:11,14
**selecting** 45:16
49:10 51:3,7
56:22
**selection** 53:16
55:5,6,16 56:3
**selections** 53:5,8
53:25 54:1,4,5
**selects** 21:19
**self** 48:18,19
**sentence** 17:18
53:4,20,21 54:6
60:2,16 70:23
**sentences** 35:17
55:3
**sequence** 28:11,12
32:12,22

**sequenced** 48:10
**servers** 34:8,14
58:13
**service** 21:18,25
22:12 31:4 45:1
47:2,2 54:24
58:13 65:12,12
66:1 67:3,15
**services** 5:14 26:5
45:8,11 56:7
**serving** 25:20
**set** 12:20 13:8,15
13:17 14:16 28:25
48:9 74:5
**sets** 13:11,20 14:4
14:25
**share** 14:12
**shea** 3:4 7:7
**short** 37:8 71:24
72:1
**shorthand** 2:17
60:20 61:1 74:2,7
**show** 41:8,10
45:13,17 48:15
**showed** 46:14
**showing** 46:11
**shown** 40:24 41:7
**shows** 38:6 40:12
**shuffle** 5:12 31:11
31:13,18,23 32:6,8
32:11 42:24 43:3
43:12,25 44:1
**shuffled** 44:7
**shuffling** 32:10
**side** 40:21,25
**sign** 75:16 76:5
**signature** 12:18
74:24 75:21,23,23
76:9
**significance** 30:24

**similar** 18:20
32:17 55:6 57:6
**single** 28:15,25
42:7 51:11,13
**site** 63:23,25,25
64:1
**situation** 22:12,17
37:1
**skill** 14:17 16:20
17:12 18:11 19:20
20:18 24:2 26:13
29:8
**skip** 60:13 70:21
**smaller** 25:13
**smart** 48:14
**smartphone** 5:10
**smith** 3:4 7:7
11:14
**snip** 69:18
**solution** 65:6 67:9
**solutions** 6:20,22
73:2 75:7
**somebody** 21:20
27:2
**song** 21:19 23:23
24:10,10,15,17
49:25 50:20 51:11
51:13 54:9,12,13
68:23 69:2,6
**songs** 21:2,3,7,20
21:24 22:2,8,14,18
23:2,4,12,18,21
24:14 31:5,11
32:6,12,22 40:6
41:4,6 46:4,14
48:9,19 49:11
54:7,8,16
**sonos** 1:9 2:9 3:3
6:11,12 7:7,24 9:5
15:24 17:25 18:5
18:9 53:9 56:19

57:18,23 60:8
75:4 77:1
**sonos's** 10:7 11:13
17:19,22 18:8
**sony** 5:8 16:5,8,12
35:15 37:3 39:9
41:4 42:18 44:25
45:21 46:7,16
47:6
**sony's** 16:19
**sorry** 10:9 18:17
33:9 45:15 50:6
55:1 70:1
**sounds** 37:14 72:9
**speak** 10:24 46:15
**speaking** 20:9
**speaks** 34:19
**specific** 11:1 20:7
62:17
**specifically** 9:12
20:2,3 57:6
**specification**
14:12 70:25
**specifics** 10:3
**specifies** 71:10
**specify** 35:4
**specifying** 71:2
**speculation** 26:3
30:4 33:2,11 35:2
36:4 46:1 59:8,20
**spell** 7:20
**spotify** 15:25 17:2
17:5,8,10 21:21
26:7
**spotify's** 16:25
17:11
**stand** 65:24 66:13
**standard** 65:16
**standards** 13:12
13:16

Veritext Legal Solutions
866 299-5127

**[stands - transcribing]**

**stands** 63:15
**stars** 48:25
**start** 10:10 23:20
  23:21 26:11,22
  36:23
**started** 61:4
**starting** 7:5 9:25
  10:15 30:23 56:6
  61:3
**starts** 31:16 36:19
  37:4 38:25 45:18
**state** 7:2,4,19 74:2
  75:9,12
**states** 1:1 2:1 6:13
**station** 25:15,20
  25:21 26:1 31:6
  45:12,17,22,23,23
  46:21,21,23 57:8
  57:17,24
**stations** 46:4,11,15
**steven** 3:24 6:19
**stipulation** 75:20
**stored** 22:10,13,19
  23:5,13 29:3
  30:14
**stream** 46:21
**streamed** 15:24
**streaming** 22:12
  31:4 45:18,18
  47:1,2 58:13
**street** 3:8,18
**string** 62:7
**strong** 59:14
**stronger** 59:11
**structure** 28:15,25
**structures** 28:19
  29:2
**students** 61:9
**subitems** 44:5
**submitted** 9:4
  11:14 12:23,25

70:11
**subscribed** 74:18
**suite** 3:9
**sullivan** 3:4,15 7:7
**super** 63:24
**suppose** 59:9
**sure** 20:2 30:5
  32:1 46:5,22
  52:10 53:13,20
  57:11 58:17 59:22
  72:4
**suspect** 57:6
**sworn** 7:15
**synonymous**
  13:25 59:5,16
  61:22

**t**

**t** 4:1 5:1 77:3,3
**tab** 56:7
**table** 10:6
**take** 6:7 8:18
  14:21 21:12 26:10
  37:8 66:5 72:1
**taken** 2:15 6:11
  12:3 37:17 72:12
  74:4
**talk** 62:3
**talked** 44:14
**talking** 24:9,14
  43:25 53:22 61:13
  68:5
**tap** 36:18 41:18
  45:10,12,14,15
**taps** 36:22 37:4
  46:20
**teaches** 56:19
**team** 61:4
**technical** 33:8
  39:5
**technologies** 61:9

**technology** 6:17
**ten** 16:16 37:9
**tenth** 3:19
**term** 13:25 15:5,9
  16:21 17:14 18:12
  19:21 20:10,17,20
  26:14 27:14 29:3
  29:4 58:19 59:3,5
  59:11,16,17 60:5,7
  60:11,18 61:20,21
  62:16 63:17 68:2
  68:19 70:17,24
**terms** 9:13,17
  11:15 13:24
**testified** 7:15
**testimony** 21:15
  29:15 66:20 72:25
  74:9
**texas** 7:25 12:24
**text** 24:13 62:7
**thank** 7:11 72:17
  72:18
**thanks** 37:14
  72:23
**thesaurus** 59:22
**thing** 58:15
**things** 24:13 41:9
  41:11 61:12 63:8
**think** 10:12,13
  14:1 15:14 16:17
  21:18 23:9 24:13
  24:19,23 25:14
  27:9,10 29:4,16,21
  32:17 33:3 34:18
  34:20 36:5,25
  41:8 42:4 44:6,14
  46:14 47:16,19
  48:12 53:21,24
  55:21 58:23 59:9
  59:10,21 62:11,19
  62:25 63:3 65:25

**third** 43:1,6,24
  47:4
**thought** 32:3
**thoughts** 11:6
**three** 8:14 50:19
  50:23 73:1
**time** 7:2,3 8:3,7
  9:21,23 10:5 11:9
  11:11,22,23 16:10
  16:12 17:4,7
  19:12 37:12 47:9
  50:20,21,21 72:5
  72:17 74:5 75:10
  75:18,24 76:7
**title** 44:7
**today** 8:25 24:10
**today's** 65:6 67:9
  72:24
**togami** 3:24 6:19
**told** 10:1
**tool** 66:1
**top** 20:8 40:6,16
  40:21
**total** 73:1
**track** 36:18,22,23
  36:23 37:4,5
  38:17,22 39:2,4,8
  39:10 41:21,25
  46:18,22 51:3,8
  55:5,10,10,17 56:4
  56:22 71:3,11,12
**tracks** 5:5 35:19
  35:20,22 36:14
  38:11,15,18 40:7
  40:10 43:4,8,12,13
  43:21 44:3,6,9
  55:6,7 56:21
**transaction** 65:15
**transcribed** 74:8
**transcribing** 8:25

[transcript - windows]

**transcript** 74:9,11
  74:13 75:6,8,10,13
  75:13,21 76:2,2
**transfer** 65:16
**transferred** 35:19
**tricky** 31:20
**trouble** 54:25
**true** 12:13 74:9
**truthful** 8:9
**try** 8:20 46:3
**trying** 31:4 54:25
  62:11
**tuesday** 1:15 2:16
  6:1
**tunein** 5:14 45:1,4
  45:7,12,22 46:20
**two** 8:10 23:1
  35:16 45:12 48:7
  49:4 54:7 55:3
  70:19
**type** 49:6,9 55:15
  56:2 61:14,17,19
  62:13,17,18,23,25
  63:5 64:4 66:4
**types** 22:15 49:4
  62:9,12 63:5,7,11
  68:3
**typically** 47:2

**u**

**u.s.** 61:5
**ui** 38:5 39:21,24
  40:12,21,24 41:17
**ultimately** 71:13
**understand** 8:14
  8:16 11:13 16:21
  17:13 18:12 19:21
  60:7
**understanding**
  13:12,21 14:4
  15:1 20:10,12,16
  20:23 21:1 55:14

56:1
**understood** 9:2
  11:2 20:17 24:3
  26:13 28:7 29:9
**unfamiliar** 70:17
**uniform** 5:20
  22:13 60:20 61:1
  63:16 64:17 70:18
  71:1,9
**uniquely** 62:7
**unit** 6:9
**united** 1:1 2:1 6:12
**universal** 62:4
  63:4 70:18
**updating** 48:19
**uri** 61:19 63:4,5
**uris** 61:13 63:3
**url** 23:6,14 58:24
  60:21 61:2,14,16
  61:22 62:1,6,7,14
  62:15,17,18,23,23
  62:25 63:6,14,19
  63:21,23 64:4,4
  65:9,13,14,15,20
  65:25 66:6,13
  69:5,20 70:14
  71:1,10,11,20
**urls** 62:9,12 63:11
  65:6 68:3 71:21
**urquhart** 3:15
**usc** 61:3
**usc.edu** 75:2
**use** 27:16 32:18
  55:21
**user** 21:4,18,24
  22:1,6,7 24:5
  26:15,17,24,24
  27:5,10,11,11,15
  27:15,24 29:11
  30:13,19 31:11,22
  32:5 35:24 36:2,7

36:22 37:4 41:24
  46:20 49:7,10,20
  49:23 50:9,10
  51:2,6,11,14 53:10
  53:15 54:2,8,13
  56:22 57:24
**user's** 55:16 56:3
**users** 15:25 17:20
  22:5 27:2
**usual** 11:7

**v**

**v** 7:24
**vague** 22:20 23:7
  24:22 25:4 27:7
  28:10 30:1 31:1
  33:1,10 36:3 40:1
  41:1 44:12 45:25
  55:18 57:14 58:21
  59:7,19 62:20
  67:23
**variety** 68:22
**various** 13:12
**verbal** 9:1
**veritext** 6:17,20
  6:22 73:2 75:7,9
  75:11
**versa** 48:17
**version** 17:21
**versus** 6:12
**vice** 48:17
**video** 6:6,10 24:10
  24:11,15,17 68:23
**videographer** 3:24
  6:4,20 7:11 12:1,4
  37:15,18 47:16,21
  72:10,13,19,23
**videos** 24:14
**videotaped** 1:13
  2:14
**view** 27:20 29:2
  60:7

**virtual** 1:13
**vista** 5:16 18:25
  19:5,6,10,13,14,19
  48:14 50:2
**vs** 1:7 2:7 75:4
  77:1

**w**

**w** 3:8
**waiting** 51:19
**waived** 75:23,23
**waiving** 75:20
**walk** 13:6
**walked** 15:11
**want** 8:5 10:25
  15:12 28:2 34:2
  52:19
**wants** 26:19,25
  27:6,11
**way** 11:7 22:25
  31:7 32:4 33:7,16
  34:21
**wayback** 64:22
**ways** 28:16 32:2
**we've** 37:7 41:3
**weaker** 59:12
**web** 65:15 66:2
  69:5
**webster** 5:23
  69:17,18 70:15
**went** 47:19
**western** 7:24
  12:24
**wha** 1:7,8 2:7,8
  6:15
**whatever's** 49:16
**whereof** 74:17
**wide** 68:22
**windows** 18:25
  19:4,6,9,10,12,13
  19:14,19 48:14
  50:2

[witness - zoom]

| | |
|---|---|
| **witness**  9:24 10:14<br>   10:18,24 11:2,24<br>   12:10 14:23 15:18<br>   20:16 21:10,17<br>   22:22 23:9 24:23<br>   25:5,19 26:4 27:9<br>   28:2,11 29:16<br>   30:3,5,12 31:3<br>   33:3,15 34:18<br>   35:3 36:5 37:10<br>   38:1 40:3 41:3<br>   43:20 44:14,22<br>   46:2 47:22 55:19<br>   57:16 58:23 59:9<br>   59:21 62:22 64:10<br>   64:25 66:12,21<br>   72:6,18 74:17<br>   75:13,16 76:2,5<br>   77:24<br>**word**  27:10,18<br>   58:23 70:18<br>**words**  31:22<br>**working**  61:9<br>**works**  58:24<br>**world**  38:17 | **zoom**  1:13 6:17 |
| **x** | |
| **x**  1:4,11 2:4,11 4:1<br>   4:1 5:1,1 74:13<br>   76:1 | |
| **y** | |
| **y**  7:22<br>**yeah**  72:1<br>**year**  9:20<br>**years**  16:14,16<br>   17:9 20:3 46:3<br>**yesterday**  11:11 | |
| **z** | |
| **zone**  71:8,11,14<br>**zones**  57:18 | |

Veritext Legal Solutions<br>866 299-5127

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the
foregoing transcript is a true, correct and complete
transcript of the colloquies, questions and answers
as submitted by the court reporter. Veritext Legal
Solutions further represents that the attached
exhibits, if any, are true, correct and complete
documents as submitted by the court reporter and/or
attorneys in relation to this deposition and that
the documents were processed in accordance with
our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining
the confidentiality of client and witness information,
in accordance with the regulations promulgated under
the Health Insurance Portability and Accountability
Act (HIPAA), as amended with respect to protected
health information and the Gramm-Leach-Bliley Act, as
amended, with respect to Personally Identifiable
Information (PII). Physical transcripts and exhibits
are managed under strict facility and personnel access
controls. Electronic files of documents are stored
in encrypted form and are transmitted in an encrypted
fashion to authenticated parties who are permitted to
access the material. Our data is hosted in a Tier 4
SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and
State regulations with respect to the provision of
court reporting services, and maintains its neutrality
and independence regardless of relationship or the
financial outcome of any litigation. Veritext requires
adherence to the foregoing professional and ethical
standards from all of its subcontractors in their
independent contractor agreements.

Inquiries about Veritext Legal Solutions'
confidentiality and security policies and practices
should be directed to Veritext's Client Services
Associates indicated on the cover of this document or
at www.veritext.com.