# EXHIBIT 22
# (Excerpted)

## (12) United States Patent
### Kallai et al.

(10) Patent No.: **US 9,219,959 B2**
(45) Date of Patent: **Dec. 22, 2015**

(54) **MULTI-CHANNEL PAIRING IN A MEDIA SYSTEM**

(71) Applicant: **Sonos, Inc**, Santa Barbara, CA (US)

(72) Inventors: **Christopher Kallai**, Santa Barbara, CA (US); **Michael Darrell Andrew Ericson**, Santa Barbara, CA (US); **Robert A. Lambourne**, Santa Barbara, CA (US); **Robert Reimann**, Santa Barbara, CA (US); **Mark Triplett**, St. Charles, IL (US)

(73) Assignee: **Sonos, Inc.**, Santa Barbara, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **14/299,847**

(22) Filed: **Jun. 9, 2014**

(65) **Prior Publication Data**

US 2014/0286507 A1    Sep. 25, 2014

**Related U.S. Application Data**

(63) Continuation of application No. 13/083,499, filed on Apr. 8, 2011, now Pat. No. 8,788,080, which is a continuation-in-part of application No. 13/013,740, filed on Jan. 25, 2011, which is a continuation-in-part

(Continued)

(51) **Int. Cl.**
    *G06F 17/00*    (2006.01)
    *H04R 3/12*    (2006.01)
    (Continued)

(52) **U.S. Cl.**
    CPC .................. ***H04R 3/12*** (2013.01); ***H04R 27/00*** (2013.01); ***H04S 7/30*** (2013.01); ***H04R 2227/005*** (2013.01); ***H04R 2420/07*** (2013.01)

(58) **Field of Classification Search**
    CPC .... G11B 19/02; G06F 17/30026; H04R 3/12; H04R 27/00; H04R 2227/005; H04R 2420/07; H04S 7/30
    USPC ........................................................... 700/94
    See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| 5,182,552 | A |   | 1/1993 | Paynting |
| 5,406,634 | A | * | 4/1995 | Anderson et al. ............... 381/82 |
| 5,519,641 | A | * | 5/1996 | Beers et al. .................... 709/208 |

(Continued)

FOREIGN PATENT DOCUMENTS

| JP | 2009218888 | 9/2009 |
| JP | 2011176581 | 9/2011 |

(Continued)

OTHER PUBLICATIONS

Kallai et al., Co-pending U.S. Appl. No. 13/083,499, filed Apr. 8, 2011, 69 pages.

(Continued)

*Primary Examiner* — Paul McCord
(74) *Attorney, Agent, or Firm* — McDonnell Boehnen Hulbert & Berghoff LLP

(57) **ABSTRACT**

Technology for grouping, consolidating, and pairing individual playback devices with network capability (players) to stimulate a multi-channel listening environment is disclosed. Particularly, the embodiments described herein enable two or more playback devices to be paired, such that multi-channel audio is achieved. Such embodiments may be used to produce stereo and multi-channel audio environments for television and movies.

**22 Claims, 21 Drawing Sheets**



### Related U.S. Application Data

of application No. 11/853,790, filed on Sep. 11, 2007, now Pat. No. 8,483,853.

(60) Provisional application No. 60/825,407, filed on Sep. 12, 2006.

(51) **Int. Cl.**
 *H04R 27/00* (2006.01)
 *H04S 7/00* (2006.01)

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,923,902 A | 7/1999 | Inagaki | |
| 5,946,343 A | 8/1999 | Schotz et al. | |
| 6,256,554 B1 | 7/2001 | DiLorenzo | |
| 6,404,811 B1 | 6/2002 | Cvetko et al. | |
| 6,487,296 B1* | 11/2002 | Allen et al. | 381/80 |
| 6,522,886 B1 | 2/2003 | Youngs et al. | |
| 6,587,127 B1 | 7/2003 | Leeke et al. | |
| 6,604,023 B1 | 8/2003 | Brown et al. | |
| 6,611,537 B1 | 8/2003 | Edens et al. | |
| 6,631,410 B1 | 10/2003 | Kowalski et al. | |
| 6,757,517 B2 | 6/2004 | Chang | |
| 6,778,869 B2 | 8/2004 | Champion | |
| 6,889,207 B2* | 5/2005 | Slemmer et al. | 705/54 |
| 7,130,608 B2 | 10/2006 | Hollstrom et al. | |
| 7,130,616 B2 | 10/2006 | Janik | |
| 7,143,939 B2 | 12/2006 | Henzerling | |
| 7,187,947 B1 | 3/2007 | White et al. | |
| 7,218,708 B2 | 5/2007 | Berezowski et al. | |
| 7,236,773 B2 | 6/2007 | Thomas | |
| 7,302,468 B2 | 11/2007 | Wijeratne | |
| 7,346,332 B2 | 3/2008 | McCarty et al. | |
| 7,483,538 B2 | 1/2009 | McCarty et al. | |
| 7,539,551 B2 | 5/2009 | Komura et al. | |
| 7,558,224 B1 | 7/2009 | Surazski et al. | |
| 7,561,932 B1 | 7/2009 | Holmes et al. | |
| 7,571,014 B1 | 8/2009 | Lambourne et al. | |
| 7,626,952 B2 | 12/2009 | Slemmer et al. | |
| 7,643,894 B2 | 1/2010 | Braithwaite et al. | |
| 7,657,910 B1 | 2/2010 | McAulay et al. | |
| 7,668,990 B2 | 2/2010 | Krzyzanowski et al. | |
| 7,689,305 B2* | 3/2010 | Kreifeldt et al. | 700/94 |
| 7,742,832 B1 | 6/2010 | Feldman et al. | |
| 7,761,176 B2 | 7/2010 | Ben-Yaacov et al. | |
| 7,804,972 B2* | 9/2010 | Melanson | 381/303 |
| 7,805,210 B2 | 9/2010 | Cucos et al. | |
| 7,817,960 B2 | 10/2010 | Tan et al. | |
| 7,849,181 B2 | 12/2010 | Slemmer et al. | |
| 7,853,341 B2 | 12/2010 | McCarty et al. | |
| 7,962,482 B2 | 6/2011 | Handman et al. | |
| 8,014,423 B2 | 9/2011 | Thaler et al. | |
| 8,045,952 B2 | 10/2011 | Qureshey et al. | |
| 8,054,987 B2* | 11/2011 | Seydoux | 381/79 |
| 8,086,287 B2 | 12/2011 | Mooney et al. | |
| 8,103,009 B2 | 1/2012 | McCarty et al. | |
| 8,135,141 B2 | 3/2012 | Shiba | |
| 8,189,824 B2 | 5/2012 | Strauss et al. | |
| 8,233,635 B2* | 7/2012 | Shiba | 381/80 |
| 8,234,395 B2 | 7/2012 | Millington | |
| 8,239,559 B2 | 8/2012 | Rajapakse | |
| 8,290,603 B1 | 10/2012 | Lambourne | |
| 8,423,893 B2* | 4/2013 | Ramsay et al. | 715/716 |
| 8,483,853 B1 | 7/2013 | Lambourne | |
| 8,498,726 B2* | 7/2013 | Kim et al. | 700/94 |
| 8,588,432 B1* | 11/2013 | Simon | 381/82 |
| 8,700,730 B2 | 4/2014 | Rowe | |
| 8,788,080 B1 | 7/2014 | Kallai et al. | |
| 2001/0042107 A1 | 11/2001 | Palm | |
| 2002/0002039 A1 | 1/2002 | Qureshey et al. | |
| 2002/0003548 A1 | 1/2002 | Krusche et al. | |
| 2002/0022453 A1 | 2/2002 | Balog | |
| 2002/0026442 A1 | 2/2002 | Lipscomb | |
| 2002/0072816 A1 | 6/2002 | Shdema et al. | |
| 2002/0098878 A1* | 7/2002 | Mooney et al. | 455/569 |
| 2002/0124097 A1 | 9/2002 | Isely et al. | |
| 2002/0143547 A1 | 10/2002 | Fay et al. | |
| 2003/0020763 A1 | 1/2003 | Mayer et al. | |
| 2003/0157951 A1 | 8/2003 | Hasty, Jr. | |
| 2003/0167335 A1 | 9/2003 | Alexander | |
| 2003/0177889 A1 | 9/2003 | Koseki et al. | |
| 2003/0198257 A1 | 10/2003 | Sullivan et al. | |
| 2004/0010727 A1 | 1/2004 | Fujinami | |
| 2004/0015252 A1 | 1/2004 | Aiso et al. | |
| 2004/0024478 A1 | 2/2004 | Hans | |
| 2004/0117044 A1 | 6/2004 | Konetski | |
| 2004/0131192 A1 | 7/2004 | Metcalf | |
| 2004/0147224 A1 | 7/2004 | Lee | |
| 2004/0220687 A1 | 11/2004 | Klotz et al. | |
| 2004/0223622 A1 | 11/2004 | Lindemann et al. | |
| 2004/0225389 A1 | 11/2004 | Ledoux et al. | |
| 2005/0002535 A1 | 1/2005 | Liu et al. | |
| 2005/0021470 A1 | 1/2005 | Martin et al. | |
| 2005/0100174 A1* | 5/2005 | Howard et al. | 381/86 |
| 2005/0131558 A1 | 6/2005 | Braithwaite et al. | |
| 2005/0144284 A1 | 6/2005 | Ludwig et al. | |
| 2005/0177256 A1* | 8/2005 | Shintani et al. | 700/94 |
| 2005/0254505 A1 | 11/2005 | Chang et al. | |
| 2005/0289224 A1 | 12/2005 | Deslippe et al. | |
| 2005/0289244 A1 | 12/2005 | Sahu et al. | |
| 2006/0041616 A1 | 2/2006 | Ludwig et al. | |
| 2006/0149402 A1 | 7/2006 | Chung | |
| 2006/0179160 A1* | 8/2006 | Uehara et al. | 709/248 |
| 2006/0205349 A1 | 9/2006 | Passier et al. | 455/41.2 |
| 2006/0229752 A1* | 10/2006 | Chung | 700/94 |
| 2007/0142022 A1 | 6/2007 | Madonna et al. | |
| 2007/0142944 A1 | 6/2007 | Goldberg et al. | |
| 2007/0189544 A1 | 8/2007 | Rosenberg | |
| 2007/0223725 A1* | 9/2007 | Neumann et al. | 381/80 |
| 2007/0288610 A1 | 12/2007 | Saint Clair et al. | |
| 2008/0025535 A1 | 1/2008 | Rajapakse | |
| 2008/0045140 A1 | 2/2008 | Korhonen | |
| 2008/0066094 A1 | 3/2008 | Igoe | |
| 2008/0066120 A1 | 3/2008 | Igoe | |
| 2008/0077261 A1 | 3/2008 | Baudino et al. | |
| 2008/0092204 A1* | 4/2008 | Bryce et al. | 725/143 |
| 2008/0144861 A1 | 6/2008 | Melanson et al. | |
| 2008/0152165 A1 | 6/2008 | Zacchi | |
| 2008/0159545 A1* | 7/2008 | Takumai et al. | 381/17 |
| 2008/0162668 A1 | 7/2008 | Miller | |
| 2009/0097672 A1 | 4/2009 | Buil et al. | |
| 2009/0228919 A1 | 9/2009 | Zott et al. | |
| 2009/0232326 A1 | 9/2009 | Gordon et al. | 381/81 |
| 2010/0010651 A1* | 1/2010 | Kirkeby et al. | 700/94 |
| 2010/0052843 A1* | 3/2010 | Cannistraro | 340/3.32 |
| 2010/0153097 A1* | 6/2010 | Hotho et al. | 704/201 |
| 2010/0284389 A1 | 11/2010 | Ramsay et al. | |
| 2010/0299639 A1 | 11/2010 | Ramsay et al. | |
| 2012/0047435 A1 | 2/2012 | Holladay et al. | |
| 2013/0253679 A1 | 9/2013 | Lambourne et al. | |
| 2013/0293345 A1 | 11/2013 | Lambourne | |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| WO | 0153994 | 7/2001 |
| WO | 2005013047 A2 | 2/2005 |
| WO | 2012137190 A1 | 10/2012 |

OTHER PUBLICATIONS

United States Patent and Trademark Office, "Non-Final Office Action", issued in connection with U.S. Appl. No. 13/896,829, mailed on Jan. 7, 2014, 11 pages.

United States Patent and Trademark Office, "Notice of Allowance", issued in connection with U.S. Appl. No. 13/896,829, mailed on Jun. 12, 2014, 5 pages.

Yamaha, "Yamaha DME Designer software manual", Copyright 2004, 482 pages.

The United States Patent and Trademark Office, "Notice of Allowance", issued in connection with U.S. Appl. No. 13/892,230, mailed on Sep. 10, 2014, 5 pages.

These embodiments and many additional embodiments are described more below. Further, the detailed description is presented largely in terms of illustrative environments, systems, procedures, steps, logic blocks, processing, and other symbolic representations that directly or indirectly resemble the operations of data processing devices coupled to networks. These process descriptions and representations are typically used by those skilled in the art to most effectively convey the substance of their work to others skilled in the art. Numerous specific details are set forth in order to provide a thorough understanding of the present invention. However, it is understood to those skilled in the art that certain embodiments of the present invention may be practiced without certain, specific details. In other instances, well known methods, procedures, components, and circuitry have not been described in detail to avoid unnecessarily obscuring aspects of the embodiments.

Reference herein to "embodiment" means that a particular feature, structure, or characteristic described in connection with the embodiment can be included in at least one embodiment of the invention. The appearances of this phrase in various places in the specification are not necessarily all referring to the same embodiment, nor are separate or alternative embodiments mutually exclusive of other embodiments. The embodiments described herein, explicitly and implicitly understood by one skilled in the art, may be combined with other embodiments.

II. Example Environment

Referring now to the drawings, in which like numerals may refer to like parts throughout the several views. FIG. 1 shows an exemplary configuration 100 in which certain embodiments may be practiced. The configuration 100 may represent, but not be limited to, a part of a residential home, a business building, or a complex with multiple zones. There are a number of multimedia players of which three examples 102, 104 and 106 are shown as audio devices. Each of the audio devices may be installed or provided in one particular area or zone and hence referred to as a zone player herein. It is understood that a zone can comprise more than one zone player.

As used herein, unless explicitly stated otherwise, an audio source or audio sources are generally in digital format and can be transported or streamed over a data network. To facilitate the understanding of the example environment of FIG. 1, it is assumed that the configuration 100 represents a home. Though, it is understood that this technology is not limited to its place of application. Referring back to FIG. 1, the zone players 102 and 104 may be located in one or two of the bedrooms while the zone player 106 may be installed or positioned in a living room. All of the zone players 102, 104, and 106 are coupled directly or indirectly to a data network 108. In addition, a computing device 110 is shown to be coupled on the network 108. In reality, any other device such as a home gateway device, a storage device, or an MP3 player may be coupled to the network 108 as well.

The network 108 may be a wired network, a wireless network or a combination of both. In one example, all devices including the zone players 102, 104, and 106 are coupled to the network 108 by wireless means based on an industry standard such as IEEE 802.11. In yet another example, all devices including the zone players 102, 104, and 106 are part of a local area network that communicates with a wide area network (e.g., the Internet). In still another example, all devices including the zone players 102, 104 and 106 and a controller 142 forms an ad-hoc network and may be specifically named, e.g., a household identifier: Smith Family, to be differentiated from a similar neighboring setup with a household identifier, e.g., Kallai Family.

Many devices on the network 108 are configured to download and store audio sources. For example, the computing device 110 can download audio sources, such as music or audio associated with videos, from the Internet (e.g., the "cloud") or some other source and store the downloaded audio sources locally for sharing with other devices on the Internet or the network 108. The computing device 110 or any of the zone players 102, 104, and 106 can also be configured to receive streaming audio. Shown as a stereo system, the device 112 is configured to receive an analog audio source (e.g., from broadcasting) or retrieve a digital audio source (e.g., from a compact disk). The analog audio sources can be converted to digital audio sources. In accordance with certain embodiments, the various audio sources may be shared among the devices on the network 108.

Two or more zone players (e.g., any two or more of the zone players 102, 104, and 106) may be grouped together to form a new zone group. Any combinations of zone players and an existing zone group may be grouped together. In one instance, a new zone group is formed by adding one zone player to another zone player or an existing zone group.

In certain embodiments, there are two or more zone players in one environment (e.g., a living room in a house). Instead of grouping these two zone players to play back the same audio source in synchrony, these two zone players may be configured to play two separate sounds in left and right channels. In other words, the stereo effects of a sound are reproduced or enhanced through these two zone players, one for the left sound and the other for the right sound. Likewise, for a 3-channel (or 2.1 sound effects) sound, three such zone players may be reconfigured as if there are three speakers: left and right speakers and a subwoofer to form a stereo sound. The details of the reconfiguring the zone players and operating these audio products are described more below. Similar configurations with multiple channels (greater than 3, such as 4, 5, 6, 7, 9 channels and so on) also apply. For example, configurations that use more than two channels may be useful in television and theater type settings, where video content such as in the form of television and movies is played together with audio content that contains more than two channels. Further, certain music might similarly be encoded with more than two channel sound.

In certain embodiments, two or more zone players may be consolidated to form a single, consolidated zone player. The consolidated zone player may further be paired with a single zone player or yet another consolidated zone player. A consolidated zone player may comprise one or more individual playback devices. Each playback device of a consolidated playback device is preferably set in a consolidated mode.

According to some embodiments, one can continue to do any of: group, consolidate, and pair until a desired configuration is complete. The actions of grouping, consolidation, and pairing are preferably performed through a control interface and not by physically connecting and re-connecting speaker wire, for example, to individual, discrete speakers to create different configurations. As such, certain embodiments described herein provide a more flexible and dynamic platform through which sound reproduction can be offered to the end-user.

It is understood that the technology described herein is not limited to its place of application. For example, it is understood that zones and zone players, and the embodiments described herein, may also be used in vehicles, on water craft, airplanes, amphitheaters, outdoors, along the streets in a village or city, and so on, in addition to homes, offices, gyms,

US009219959C1

## (12) EX PARTE REEXAMINATION CERTIFICATE (11080th)
## United States Patent
### Kallai et al.

(10) Number: US 9,219,959 C1
(45) Certificate Issued: Apr. 5, 2017

(54) **MULTI-CHANNEL PAIRING IN A MEDIA SYSTEM**

(71) Applicant: **Sonos, Inc.**, Santa Barbara, CA (US)

(72) Inventors: **Christopher Kallai**, Santa Barbara, CA (US); **Michael Darrell Andrew Ericson**, Santa Barbara, CA (US); **Robert A. Lambourne**, Santa Barbara, CA (US); **Robert Reimann**, Santa Barbara, CA (US); **Mark Triplett**, St. Charles, IL (US)

(73) Assignee: **SONOS, INC.**, Santa Barbara, CA (US)

**Reexamination Request:**
No. 90/013,756, May 25, 2016

**Reexamination Certificate for:**
Patent No.: **9,219,959**
Issued: **Dec. 22, 2015**
Appl. No.: **14/299,847**
Filed: **Jun. 9, 2014**

### Related U.S. Application Data

(63) Continuation of application No. 13/083,499, filed on Apr. 8, 2011, now Pat. No. 8,788,080, which is a continuation-in-part of application No. 13/013,740, filed on Jan. 25, 2011, now Pat. No. 9,202,509, which is a continuation-in-part of application No. 11/853,790, filed on Sep. 11, 2007, now Pat. No. 8,483,853.

(60) Provisional application No. 60/825,407, filed on Sep. 12, 2006.

(51) Int. Cl.
  *G06F 17/00* (2006.01)
  *H04S 7/00* (2006.01)
  *H04R 27/00* (2006.01)
  *H04R 3/12* (2006.01)
  *H04R 5/04* (2006.01)
  *H03G 3/20* (2006.01)
  *G06F 3/16* (2006.01)

(52) U.S. Cl.
  CPC ............. *H04R 27/00* (2013.01); *G06F 3/165* (2013.01); *H03G 3/20* (2013.01); *H04R 3/12* (2013.01); *H04R 5/04* (2013.01); *H04S 7/30* (2013.01); *H04R 2227/005* (2013.01); *H04R 2420/01* (2013.01); *H04R 2420/07* (2013.01)

(58) Field of Classification Search
  None
  See application file for complete search history.

(56) **References Cited**

To view the complete listing of prior art documents cited during the proceeding for Reexamination Control Number 90/013,756, please refer to the USPTO's public Patent Application Information Retrieval (PAIR) system under the Display References tab.

*Primary Examiner* — Christopher E. Lee

(57) **ABSTRACT**

Technology for grouping, consolidating, and pairing individual playback devices with network capability (players) to stimulate a multi-channel listening environment is disclosed. Particularly, the embodiments described herein enable two or more playback devices to be paired, such that multi-channel audio is achieved. Such embodiments may be used to produce stereo and multi-channel audio environments for television and movies.

