# EXHIBIT 24
## (Excerpted)

# FILED UNDER SEAL