UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA,

SAN FRANCISCO DIVISION

| | |
|---|---|
| GOOGLE LLC, | Case No. 3:20-cv-06754-WHA |
| Plaintiff and Counter-defendant, | **[PROPOSED] ORDER GRANTING UNOPPOSED ADMINSTRATIVE MOTION REQUESTING SUBSEQUENT CASE MANAGEMENT CONFERENCE** |
| v. | |
| SONOS, INC., | |
| Defendant and Counter-claimant. | |

Pursuant to Northern District of California Local Rules 7-11 and 16-10(c), Sonos, Inc. filed an administrative motion requesting a subsequent case management conference to discuss issues relating to the upcoming patent showdown procedure.  Google LLC indicated that it does not oppose this motion.  Having considered Sonos's Administrative Motion, and good cause having been shown, the Court GRANTS Sonos's Administrative Motion and ORDERS a subsequent case management  conference to be held as follows:

Dated: _____, 2022

                                                  HON. WILLIAM H. ALSUP
                                                  United States District Judge

1

[PROPOSED] ORDER GRANTING UNOPPOSED
ADMINISTRATIVE MOTION REQUESTING
SUBSEQUENT CASE MANAGEMENT CONFERENCE
3:20-CV-06754-WHA