QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
Melissa Baily (Bar No. 237649)
melissabaily@quinnemanuel.com
Lindsay Cooper (Bar No. 287125)
lindsaycooper@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Attorneys for GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| GOOGLE LLC,<br><br>  Plaintiff,<br><br>  vs.<br><br>SONOS INC,<br><br>  Defendant. | Case No. 3:20-cv-06754-WHA<br><br>**NOTICE OF INSTITUTION DECISION FOR INTER PARTES REVIEW OF U.S. PATENT NO. 9,967,615** |

Google LLC respectfully notifies the Court that on April 12, 2022 the United States Patent Office granted institution for an Inter Partes Review petition challenging the validity of U.S. Patent No. 9,967,615.  The Patent Office's institution encompasses all challenged claims of the '615 patent (claims 1, 2, 6–14, 18–25, and 27–29), including a number of claims asserted in the present litigation (claims 13-15, 18-21 and 25-26).  Specifically, Claim 13 of the '615 Patent is at issue in this newly instituted IPR, and is also the subject of the upcoming showdown.  The Institution Decision, IPR2021-01563, Paper No. 14, is attached as Exhibit 1.

DATED:  April 14, 2022                               Respectfully submitted,

                                                     QUINN EMANUEL URQUHART & SULLIVAN, LLP

                                                     By  /s/ Charles K. Verhoeven
                                                         CHARLES K. VERHOEVEN

                                                     Attorneys for Google LLC, Inc.

## CERTIFICATE OF SERVICE

The undersigned certifies that on April 14, 2022, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system.

                                                     /s/ Charles K. Verhoeven
                                                     Charles K. Verhoeven