CLEMENT SETH ROBERTS (STATE BAR NO. 209203)
croberts@orrick.com
BAS DE BLANK (STATE BAR NO. 191487)
basdeblank@orrick.com
ALYSSA CARIDIS (STATE BAR NO. 260103)
acaridis@orrick.com
EVAN D. BREWER (STATE BAR NO. 304411)
ebrewer@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:    +1 415 773 5700
Facsimile:    +1 415 773 5759

SEAN M. SULLIVAN (admitted *pro hac vice*)
sullivan@ls3ip.com
COLE B. RICHTER (admitted *pro hac vice*)
richter@ls3ip.com
LEE SULLIVAN SHEA & SMITH LLP
656 W Randolph St., Floor 5W
Chicago, IL 60661
Telephone:    +1 312 754 0002
Facsimile:    +1 312 754 0003

*Attorneys for Sonos, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GOOGLE LLC,<br><br>    Plaintiff and Counter-defendant,<br><br>v.<br><br>SONOS, INC.,<br><br>    Defendant and Counter-claimant. | Case No. 3:20-cv-06754-WHA<br>Related to Case No. 3:21-cv-07559-WHA<br><br>**DECLARATION OF JOHN DAN SMITH III IN SUPPORT OF SONOS, INC.'S MOTION FOR SUMMARY JUDGMENT OF INFRINGEMENT OF '885 PATENT CLAIM 1**<br><br>Date: June 9, 2022<br>Time: 8:00 a.m.<br>Place: Courtroom 12, 19th Floor<br>Judge: Hon. William Alsup<br><br>Complaint Filed: September 28, 2020 |

I, John Dan Smith III, declare as follows and would so testify under oath if called upon to do so:

1. I am an attorney with the law firm of Lee Sullivan Shea & Smith LLP, counsel for Sonos, Inc. ("Sonos") in the above-captioned matter. I am a member in good standing of the Bar of the State of Illinois. I make this declaration based on my personal knowledge, unless otherwise noted. If called, I can and will testify competently to the matters set forth herein.

2. I make this declaration in support of Sonos, Inc.'s Motion For Summary Judgment of Infringement of '885 Patent Claim 1.

3. Attached as **Exhibit A** is a true and correct copy of U.S. Patent No. 10,848,885 with the certificate of correction.

4. Attached as **Exhibit B** is a true and correct copy of excerpts from Google LLC's Third Supplemental Objections and Responses to Plaintiff Sonos, Inc.'s First Set of Fact Discovery Interrogatories (Nos. 13, 14, 15) dated April 4, 2022.

5. Attached as **Exhibit C** is a true and correct copy of excerpts from Google Help Center re "Listen to music on speakers and displays" (GOOG-SONOSWDTX-00005793).

6. Attached as **Exhibit D** is a true and correct copy of annotated excerpts from Google's "GC4A compatibility definition document v1.50" (GOOG-SONOSWDTX-00048731).

7. Attached as **Exhibit E** is a true and correct copy of annotated excerpts from Google Help Center re "Create and manage speaker groups" (GOOG-SONOSWDTX-00007068).

8. Attached as **Exhibit F** is a true and correct copy of annotated excerpts from Google's "Multizone Audio Design" (GOOG-SONOSWDTX-00040384).

9. Attached as **Exhibit G** is a true and correct copy of excerpts from Google's "Multizone – cast shell integration" (GOOG-SONOSWDTX-00048962).

10. Attached as **Exhibit H** is a true and correct copy of annotated excerpts from Google LLC's Fourth Supplemental Objections and Responses to Plaintiff Sonos, Inc.'s First Set of Fact Discovery Interrogatories (Nos. 5, 9, 17) dated April 5, 2022.

11. Attached as **Exhibit I** is a true and correct copy of excerpts from "Google's Cast for Audio" (GOOG-SONOSNDCA-000056732).

12. Attached as **Exhibit J** is a true and correct copy of annotated excerpts from Google Nest Community re "Google Speaker Groups not working" (SONOS-SVG2-00067567).

13. Attached as **Exhibit K** is a true and correct copy of excerpts from Google Help Center re "Pick a preferred TV or speaker for video and audio playback" (GOOG-SONOSNDCA-00057440).

14. Attached as **Exhibit L** is a true and correct copy of annotated excerpts from Google LLC's Objections and Responses to Sonos, Inc's First Set of Requests for Admission (Nos. 1-12) dated April 8, 2022.

15. Attached as **Exhibit M** is a true and correct copy of excerpts from Google's "Greater Flexibility in Cast Mixing Pipeline" (GOOG-SONOSWDTX-00051153).

16. Attached as **Exhibit N** is a true and correct copy of annotated excerpts from Deposition transcript of James West taken on September 11, 2020 (ITC Inv. No. 337-TA-1191).

17. Attached as **Exhibit O** is a true and correct copy of excerpts from Deposition transcript Ken Mackay taken on October 1, 2020 (ITC Inv. No. 337-TA-1191).

18. Attached as **Exhibit P** is a true and correct copy of annotated excerpts from Google's "GC4A Technical Specification" (GOOG-SONOSWDTX-00048792).

19. Attached as **Exhibit Q** is a true and correct copy of excerpts from Google's financials produced in Excel format and printed to PDF here (GOOG-SONOSNDCA-00055305).

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed this 14th day of April, 2022 in Chicago, Illinois.

John Dan Smith III