# EXHIBIT C

Chromecast Help

Help Center    Community    Chromecast (link)

Main Page    Chromecast    Chromecast Audio

Listen to media  >  Listen to music on speakers and displays

Need help? Contact the Chromecast Support Team for assistance.

# Listen to music on speakers and displays

Enjoy music from popular music services by artist, song, genre, album, playlist, mood or activity.

Whether a single person or multiple people are using a Google Nest or Google Home speaker or display, each person can link only a single account per streaming service. Learn how to link your music services and set your default service.

You'll get different music based on the content partner and your subscription.

**\*Note**: Some of these partners may be unavailable in your region. Contact the partner to check their availability where you live, or explore all the music partners available on the Google Assistant.

- **YouTube Music\*, Spotify Free\*, Pandora\*** - You'll get a station of songs inspired by the song, album or artist you requested (free radio service).
- **YouTube Premium\*, YouTube Music Premium\*, Spotify Premium\*, Apple Music\*, Pandora Premium\*, Deezer Premium\*** - You'll get specific songs, albums or artists along with music based on genre, mood or activity or your personal playlists.

**Note**: If Digital Wellbeing is enabled, this feature may be restricted or blocked by Downtime, Filters or Do not disturb.

Learn more about Digital Wellbeing.

## Basic voice commands for all content providers

| To do this: | Say "Ok Google" or "Hey Google," then: |
| --- | --- |
| Request a song | "Play <song name>," "Play <song name> by <artist name>," "Play <song name> from <album name>," "Play <song name> on <music service>," or "Play songs like <song-name>" |
| Request an artist | "Play <artist name>," "Play music by <artist name>," "Play <artist name> on <music service>," or "Play songs like <artist-name>" |
| Request an album | "Play <album name>," "Play <album name> by <artist name>," or "Play <album name> by <artist name> on <music service>" |
| Play music based on genre, mood, or activity | "Play classical music," "Play happy music," "Play music for cooking," or "Play <genre> on <music service>" |
| Play personalized suggested content from chosen service | "Play some music," or "Play <genre> music on <music service>" |
| Shuffle | "Shuffle," "Shuffle <album>," "Shuffle some music," "Play <album> and shuffle," "Play <album> shuffled," or "Play <album> on shuffle"<br><br>You can also use an artist or playlist name instead of an album name. |
| Pause | "Pause," "Pause the music" |
| Resume | "Resume," "Continue playing" |
| Stop | "Stop," "Stop the music" |
| Play next song | "Next," "Skip," or "Next song" |
| What's playing | "What's playing?," "What song is playing?," or "What artist is playing?" |
| Control volume | "Set volume to 5," "Set volume to 40%" |
| Play music on your speakers, TV, or video device | "Play music on my living room TV," "Play <genre> on my bedroom speakers"<br><br>**Note**: You must use a Chromecast, Chromecast built-in TV or Assistant built-in TV that is linked to Google Nest or Home speaker or display. |
| Play music on a speaker group | "Play music on all speakers"<br><br>**Note**: Set up a speaker group in the Google Home app to enable this feature. |

## Advanced voice commands for free and subscription services

**\*Note**: Some of these partners may be unavailable in your region. Contact the partner to check their availability where you live, or explore all the music partners available on the Google Assistant.

### Listen to media

- Photo frame on your Google Nest display
- Listen to music on speakers and displays
- Link your music services and set your default service
- Voice Match and media on Google Nest or Home devices
- Listen to podcasts
- Listen to radio
- Listen to news
- Listen to audiobooks on Google Nest and Google Home speakers and displays
- Control restricted content
- Play media from Chromecast-enabled apps to your Google Nest or Google Home speaker or display
- Play content from Chrome browser to speakers or displays
- Play Android Audio on Google Nest or Home devices
- Bluetooth on speakers and displays
- Relax with your Google Nest or Home speaker or display
- Make story time more magical with Google Nest and Google Home speakers and displays
- Google Nest display with YouTube built-in
- Watch YouTube TV on your Google Nest Display
- Move media from one cast device to another
- Link your radio services
- Watch Sling TV on your Google Nest display

GOOG-SONOSWDTX-00005793



Additional controls for managing the volume of multiple devices are available on your display. Learn more about multi-room controls.

From the Google Home app

1. Make sure your mobile device or tablet is connected to the same Wi-Fi network or linked to the same account as your speaker or display.
2. Open the Google Home app .
3. Tap **Play music** under the name of the device you want to use.

Your device will play music from your default music provider. You can pause, resume, change volume and skip forward or backward in the song.

## Troubleshooting

1. Make sure your music provider accounts are linked to your speaker or display.
2. If you're not getting the music you expect, be more specific with your request.
   a. Add "...**by <Artist>**" to your request. (Example: "Hey Google, play a song by Sia.")
   b. Add "... **album, playlists, song**" to your request. (Example: "Hey Google, play my morning rock playlist.")
3. If you want to listen to music that's not from your default service, add "...**on <music service>**" to your request.

## Related articles

Play audio on speakers and TVs from Google Nest or Home devices
Play video on TVs from Google Nest or Home devices
Play Android Audio on Google Nest or Home devices
Play media from Chromecast-enabled apps to Google Nest or Home devices
Listen to radio
Listen to podcasts
Control restricted content on Google Nest or Home devices

Give feedback about this article

Was this helpful?   Yes   No

### Need more help?

Sign in for additional support options to quickly solve your issue

Sign in

©2020 Google · Privacy Policy · Terms of Service