# EXHIBIT E



GOOG-SONOSWDTX-00007068