# EXHIBIT J

4/13/22, 4:19 PM
Re: Google Speaker Groups not working - Google Nest Community
Case 3:20-cv-06754-WHA   Document 208-11   Filed 04/14/22   Page 2 of 3

Google Nest ommunity  >  Speakers and Displays  >  Re: Google Speaker Groups not working

# Google Speaker Groups not working

---

*09-04-2021 03:22 PM*



**MsLevis**
Community Member

I'm also having similar problems- Have mix of Google audio cast and google enabled speakers across the house- most of the time casting doesn't work - If I go into the home app the groups are disappearing and re-appearing alot- I'll select a group that worked the day before and only one speaker plays - it still shows all devices playing- I can try it a few times- go in and out of the google home app and try to force it that way- sometimes it works, sometimes it doesn't - all the firmware is up to date and it's just SOOOOO frustrating - I even went and got a new google home speaker thinking maybe gen1 was causing an issue- nope still same problem- COME ON GOOGLE!!!

Labels:  Feedback    iOS    Playing media to my speaker

👍 75 Kudos                                              Share    Reply

---

*09-07-2021 03:46 AM*

**DanS**
Community Member

I've found that making changes to your groups gets everything confused. I added 3 Nest speakers and moved several of my older minis and home devices around. After changing my groups around, none of them would work any more. If I tried playing music playlists to any group, only the speaker that took the request would play. What finally worked for me was to restart "ALL" of my speakers (minis, homes and nest speakers). The next day, it was all working again.

👍 6 Kudos                                               Share    Reply

SONOS-SVG2-00067567

0 Kudos                                                                    Share            Reply

---

‎01-23-2022 09:42 AM



**JessewithaJ**
Community Member
⬆ In response to **JessewithaJ**

So I was able to fix my groups. I have them all connected on the Google Mesh. Randomly stopped working a few weeks back when I moved a couple speakers to different rooms and renamed them (at that time I deleted my groups and rebuilt with the new speaker names). Not sure if this will work for others, but I went in and removed every speaker and speaker group from my Google Home App, unplugged every speaker as well, then plugged them in one by one and readdded them. Some asked to be re-linked (which only takes a second) and some just asked what room to be added to. Not sure why the difference. Once I had them all added back in, I built the speaker groups again (upstairs, downstairs, deck, all) and they seem to be working fine both casting from my phone and via voice command. Good luck everyone. Still hoping Google CS gets back to the way it was. It was a huge asset for those of us who don't want to troubleshoot ourselves and just talk to someone who can help.

1 Kudo                                                                     Share            Reply

---

‎03-06-2022 03:58 PM



**DavidB2711**
Community Member
⬆ In response to **JessewithaJ**

I have a REAL problem with the number of companies that rely on their customers to solve problems ...FOR THEIR OTHER CUSTOMERS.

Perhaps an employment agreement along with suitable compensation is in order....

0 Kudos                                                                    Share            Reply

SONOS-SVG2-00067574