# EXHIBIT K

# Pick a preferred TV or speaker for video and audio playback

You can choose a media playback device that will always play your video and audio without having to include the device's name in your voice command.

## Why pick a preferred TV or speaker?

**VIDEO:** Benefits of picking a preferred TV

By default, If you have more than a one linked TV (using Chromecast, Chromecast Ultra, or a Chromecast built-in TV), you need to explicitly say the name of the TV/Chromecast to be used for playback. (i.e. Living Room TV) to play YouTube videos and TV shows and movies on Google Nest or Google Home speakers or displays.

Now you can choose a preferred device for all video voice commands you use with your speaker or display. These voice commands will play on your preferred device without having to specify its name.

If you want to play media on a device that's not your preferred TV, you can still explicitly ask to play media on that device (i.e. on <xx TV>).

### Supported video Cast devices

1. Chromecast (1st gen), Chromecast, Chromecast Ultra
2. Android TV
3. TV with Chromecast built-in

**AUDIO:** Benefits of picking a preferred speaker

By default, when you ask your your Google Nest or Home speaker or display to play audio and music, it will play music on its built-in speaker. If you use a premium sound Chromecast built-in audio devices or audio cast groups, you need to explicitly say the name of the speaker/group to be used for playback. (i.e. 'Bedroom speakers', 'Home Group').

Now you can choose a preferred device for all audio voice commands you use with your Google Nest or Home speaker or display. These voice commands will play on your preferred speaker/group without having to specify its name.

If you want to play media on a device that's not your preferred speaker, you can still explicitly ask to play media on that device (i.e. on <xx speaker>.

### Supported Cast devices

1. Chromecast Audio
2. Cast audio groups
3. Chromecast built-in audio devices
4. Chromecast (1st gen), Chromecast, Chromecast Ultra
5. Android TV
6. Chromecast built-in TV

## Set your preferred TV or speaker

### Step 1. Link your TVs and speakers

Link TVs to your speaker or display

**Note**: The following steps are optional. If you have multiple Chromecast devices and TVs, you can follow these steps to link all your devices and choose a default TV when playing videos from your speaker or display.

1. Make sure your Chromecast or Chromecast-enabled TV is set up and connected to the same Wi-Fi as your mobile device or tablet and speaker or display.
2. Open the Google Home app.
3. At the top right, tap your account.
4. Verify that the Google Account shown is the one linked to your Google Home or Google Nest device. To switch accounts, tap another account or **Add another account.**
5. Go back to the home screen, then tap **Settings**.
6. Scroll down to "Google Assistant services," then tap **More settings**.
7. Tap **Devices** > + **Add...**
8. The Google Home app will search for remote devices on the same Wi-Fi network as your speaker or display. Note: You may see a list of devices that aren't voice-supported. These can't currently be linked to your speaker or display, but they'll be available soon.

Chromecast

Play YouTube videos on Chromecast-enabled TVs with your Google speaker or display
Play TV shows & movies with your Google speaker or display and Chromecast
Play news on Chromecast-enabled TVs with your Google speaker or display
Play audio on Chromecast-enabled speakers & TVs with your Google speaker or display
Create and manage speaker groups
Use the Google Assistant on your TV with Chromecast
Play YouTube TV using Google Nest or Home speaker and display and Chromecast
View Google Photos using Google speaker or display and Chromecast
Turn your TV on and off using Google Home
**Pick a preferred TV or speaker for video and audio playback**
Stream your security camera using Google Nest or Home speaker or display
Lower the volume of videos and music when using the Google Assistant

