UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA,

SAN FRANCISCO DIVISION

| | |
|---|---|
| GOOGLE LLC,<br><br>    Plaintiff and Counter-defendant,<br><br>v.<br><br>SONOS, INC.,<br><br>    Defendant and Counter-claimant | Case No. 3:20-cv-06754-WHA<br>Related to Case No. 3:21-cv-07559-WHA<br><br>**[PROPOSED] ORDER GRANTING SONOS'S MOTION FOR SUMMARY JUDGMENT OF INFRINGEMENT OF '885 PATENT CLAIM 1** |

1 | Before the Court is Sonos, Inc's Motion For Summary Judgment of Infringement of '885
2 | Patent Claim 1 ("Motion").  Accordingly, having reviewed the parties' submissions, and good
3 | cause having been shown, the Court grants Sonos's Motion and finds that Google directly
4 | infringes Claim 1 of U.S. Patent No. 10,848,885.

**IT IS SO ORDERED.**

Dated: _____, 2022

_____
HON. WILLIAM H. ALSUP
United States District Judge