UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA,

SAN FRANCISCO DIVISION

| | |
|---|---|
| GOOGLE LLC,<br><br>    Plaintiff and Counter-defendant,<br><br>v.<br><br>SONOS, INC.,<br><br>    Defendant and Counter-claimant. | Case No. 3:20-cv-06754-WHA<br>Related to Case No. 3:21-cv-07559-WHA<br><br>**[PROPOSED] ORDER GRANTING SONOS, INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |

Pursuant to Civil Local Rule 79-5, Sonos, Inc. ("Sonos") has filed an Administrative Motion to Consider Whether Another Party's Material Should Be Sealed ("Administrative Motion") in connection with Sonos, Inc.'s Motion For Summary Judgment of Infringement of '885 Patent Claim 1 ("Motion"), and good cause to seal having been shown, the Court GRANTS Sonos's Administrative Motion and ORDERS sealed the following:

| DOCUMENT | PORTIONS TO BE SEALED | DESIGNATING PARTY |
|---|---|---|
| Sonos, Inc.'s Motion For Summary Judgment of Infringement of '885 Patent Claim 1 ("Motion") | Portions highlighted in yellow | Google |
| Declaration of Dr. Kevin C. Almeroth in Support of Motion | Entire document | Google |
| Exhibit B to the Declaration of J. Dan Smith III in Support of Motion | Entire document | Google |
| Exhibit D to the Declaration of J. Dan Smith III in Support of Motion | Entire document | Google |
| Exhibit F to the Declaration of J. Dan Smith III in Support of Motion | Entire document | Google |
| Exhibit G to the Declaration of J. Dan Smith III in Support of Motion | Entire document | Google |
| Exhibit H to the Declaration of J. Dan Smith III in Support of Motion | Entire document | Google |
| Exhibit I to the Declaration of J. Dan Smith III in Support of Motion | Entire document | Google |
| Exhibit L to the Declaration of J. Dan Smith III in Support of Motion | Entire document | Google |
| Exhibit M to the Declaration of J. Dan Smith III in Support of Motion | Entire document | Google |
| Exhibit N to the Declaration of J. Dan Smith III in Support of Motion | Entire document | Google |
| Exhibit O to the Declaration of J. Dan Smith III in Support of Motion | Entire document | Google |
| Exhibit P to the Declaration of J. Dan Smith III in Support of Motion | Entire document | Google |

| DOCUMENT | PORTIONS TO BE SEALED | DESIGNATING PARTY |
|---|---|---|
| Exhibit Q to the Declaration of J. Dan Smith III in Support of Motion | Entire document | Google |

Dated: _____, 2022

_____
HON. WILLIAM H. ALSUP
United States District Judge