QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
Melissa Baily (Bar No. 237649)
melissabaily@quinnemanuel.com
Lindsay Cooper (Bar No. 287125)
lindsaycooper@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:     (415) 875-6600
Facsimile:      (415) 875-6700

*Attorneys for Google LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GOOGLE LLC,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>SONOS, INC.,<br><br>　　　　　Defendant. | CASE NO. 3:20-cv-06754-WHA<br>Related to CASE NO. 3:21-cv-07559-WHA<br><br>**DECLARATION OF NIMA HEFAZI IN SUPPORT OF GOOGLE LLC'S ADMINISTRATIVE MOTION TO SEAL PORTIONS OF ITS PATENT SHOWDOWN MOTION FOR SUMMARY JUDGMENT** |

I, Nima Hefazi, declare and state as follows:

1. I am an attorney licensed to practice in the State of California and am admitted to practice before this Court. I am of counsel at Quinn Emanuel Urquhart & Sullivan LLP representing Google LLC ("Google") in this matter. I have personal knowledge of the matters set forth in this Declaration, and if called as a witness I would testify competently to those matters.

2. I make this declaration in support of Google's Administrative Motion to File Under Seal Portions of its Patent Showdown Motion for Summary Judgment ("Motion"). If called as a witness, I could and would testify competently to the information contained herein.

3. Google seeks an order sealing the materials as listed below:

| Document | Portions to Be Filed Under Seal | Designating Party |
| --- | --- | --- |
| Google's Motion | Portions highlighted in green | Google |
| Exhibit 1 | Entire Document | Google |
| Exhibit 2 | Entire Document | Google |
| Exhibit 3 | Entire Document | Google |
| Exhibit 4 | Entire Document | Google |
| Exhibit 5 | Entire Document | Google |
| Exhibit 6 | Entire Document | Google |
| Exhibit 8 | Entire Document | Google |
| Exhibit 10 | Entire Document | Google |
| Exhibit 11 | Entire Document | Google |
| Exhibit 13 | Portions highlighted in green | Google |
| Exhibit 19 | Entire Document | Google |
| Exhibit 23 | Entire Document | Google |

-1-  CASE NO. 3:20-cv-06754-WHA
DECLARATION OF NIMA HEFAZI

4. Google's Motion and Exhibits 1, 2, 3, 4, 5, 6, 8, 10, 11, 13, 19, and 23 contain references to Google's confidential business information and trade secrets, including details regarding source code, architecture, and technical operation of Google's products and functionalities that Sonos accuses of infringement. The specifics of how these functionalities operate is confidential information that Google does not share publicly. Thus, public disclosure of such information could lead to competitive harm to Google as competitors could use these details regarding the architecture and functionality of Google's products to gain a competitive advantage in the marketplace with respect to their competing products. I also understand that a less restrictive alternative than sealing these exhibits would not be sufficient because the information sought to be sealed is Google's confidential business information and trade secrets but is necessary to Google's Motion.

I declare under penalty of perjury under the laws of the United States of America that to the best of my knowledge the foregoing is true and correct. Executed on April 14, 2022, in Los Angeles, California.

DATED: April 14, 2022

By: */s/ Nima Hefazi*
Nima Hefazi

**ATTESTATION**

I, Charles K. Verhoeven, am the ECF user whose ID and password are being used to file the above Declaration. In compliance with Civil L.R. 5-1, I hereby attest that Nima Hefazi has concurred in the aforementioned filing.

DATED:  April 14, 2022

                                              */s/ Charles K. Verhoeven*
                                              Charles K. Verhoeven