UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GOOGLE LLC,<br><br>      Plaintiff,<br><br>  vs.<br><br>SONOS, INC.,<br><br>      Defendant. | CASE NO. 3:20-cv-06754-WHA<br>Related to CASE NO. 3:21-cv-07559-WHA<br><br>**[PROPOSED] ORDER GRANTING GOOGLE LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF ITS PATENT SHOWDOWN MOTION FOR SUMMARY JUDGMENT** |

1  Plaintiff Google LLC ("Google") has filed an Administrative Motion to File Under Seal
2  Portions of its Patent Showdown Motion for Summary Judgment ("Google's Administrative
3  Motion").

4  Having considered Google's Administrative Motion, and compelling reasons to seal having
5  been shown, the Court **GRANTS** Google's Administrative Motion and **ORDERS** sealed the
6  documents listed below:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Google's Motion | Portions highlighted in green | Google |
| Exhibit 1 | Entire Document | Google |
| Exhibit 2 | Entire Document | Google |
| Exhibit 3 | Entire Document | Google |
| Exhibit 4 | Entire Document | Google |
| Exhibit 5 | Entire Document | Google |
| Exhibit 6 | Entire Document | Google |
| Exhibit 8 | Entire Document | Google |
| Exhibit 10 | Entire Document | Google |
| Exhibit 11 | Entire Document | Google |
| Exhibit 13 | Portions highlighted in green | Google |
| Exhibit 19 | Entire Document | Google |
| Exhibit 23 | Entire Document | Google |

IT IS SO ORDERED.

DATED: _____

_____
The Honorable William Alsup
United States District Court Judge