# EXHIBIT 7

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
(Attorney Docket No. 11-1001-CON0115 (MBHB 14-1795-US3))

| | |
|---|---|
| In the Application of: )<br>    Arthur Coburn IV ) | Examiner: Oschta Montoya |
| Application No.: 14/628,952 ) | Group Art Unit: 2421 |
| Filing Date: Feb. 23, 2015 ) | Confirmation No.: 6897 |
| For:    Networked Music Playback ) | |

Mail Stop Amendment
Commissioner for Patents
P.O. Box 1450
Alexandria, Virginia 22313

### RESPONSE TO NON-FINAL OFFICE ACTION MAILED JULY 25, 2016

Responsive to the Non-Final Office Action mailed July 25, 2016, Applicant respectfully requests reconsideration of the application in view of the following remarks. Applicant generally authorizes the Office to charge any underpayment or credit any overpayment to Deposit Account No. 13-2490 and to treat this or any subsequent communication that requires an extension of time as incorporating a request for such an extension.

**Amendments to the Claims** begin on page 2.

**Remarks** begin on page 14.

**McDonnell, Boehnen, Hulbert & Berghoff LLP**
300 South Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 913-0001
Facsimile: (312) 913-0002

1

SONOS-SVG2-00005288

7.      (Currently amended) The method of claim 1, wherein causing the graphical interface to display the control interface including one or more transport controls to control playback by the control device comprises causing the graphical interface to display a control interface that includes the one or more transport control<u>s</u> in a particular arrangement <u>on the graphical interface</u>, and wherein modifying the one or more transport controls of the control interface to control playback by the <u>particular</u> playback device comprises causing <u>the graphical interface to display</u> the one or more transport controls to control playback by the <u>particular</u> playback device ~~while~~ in the particular arrangement.

8.      (Currently amended) The method of claim 1, wherein ~~sending information regarding the multimedia content from the control device to the playback device comprises sending, via a local area network, an identifier indicating~~ <u>causing the one or more first cloud servers to add multimedia content to the local playback queue comprises causing an identifier of the multimedia content to be added to the local playback queue, wherein the identifier indicates</u> a particular source of the multimedia content <u>at the one or more second cloud servers of the streaming content service</u>, wherein the <u>particular</u> playback device receives the multimedia content from the particular source <u>at the one or more second cloud servers of the streaming content service</u>.

9.      (Currently amended) The method of claim 1, ~~wherein sending information regarding the multimedia content from the control device to the playback device comprises sending information regarding the multimedia content from the control device to a server that provides the multimedia content to the playback device~~

      <u>wherein causing one or more first cloud servers to add the multimedia content to the local playback queue on the particular playback device comprises sending a message to the streaming content service that causes the one or more first cloud servers to add the multimedia content to the local playback queue on the particular playback device</u>.

McDonnell, Boehnen, Hulbert & Berghoff LLP
300 South Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 913-0001
Facsimile: (312) 913-0002

5

SONOS-SVG2-00005292

10. (Currently amended) A tangible, non-transitory computer readable storage medium including instructions for execution by a processor, the instructions, when executed, cause a control device to implement a method comprising:

causing a graphical interface to display a control interface including one or more transport controls to control playback by the control device;

after connecting to a local area network via a network interface, identifying playback devices connected to the local area network;

causing the graphical interface to display a selectable option for transferring playback from the control device;

detecting a set of inputs to transfer playback from the control device to a particular playback device, wherein ~~detecting~~ the set of inputs comprises: (i) a selection of the selectable option for transferring playback from the control device and (ii) a selection of the particular playback device from the identified playback devices connected to the local area network:

~~detecting a first input comprising an identification of the playback device;~~

~~detecting a second input comprising an identification of an item, wherein multimedia content associated with the item is retrievable from a content provider;~~

~~detecting a trigger, wherein detecting the trigger comprises detecting one or more third inputs that are not the first input or the second input; and~~

after detecting the set of inputs to transfer playback from the control device to the particular playback device, causing playback to be transferred from the control device to the particular playback device, wherein transferring playback from the control device to the particular playback device comprises:

(a) causing one or more first cloud servers to add multimedia content to a local playback queue on the particular playback device;

(b) causing playback at the control device to be stopped; and

(c) modifying the one or more transport controls of the control interface to control playback by the playback device; and

causing the particular playback device to play back the multimedia content, wherein the particular playback device playing back the multimedia content comprises the particular

**McDonnell, Boehnen, Hulbert & Berghoff LLP**
300 South Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 913-0001
Facsimile: (312) 913-0002

6

SONOS-SVG2-00005293