# EXHIBIT 9

**DECLARATION OF RAMONA BOBOHALMA**

I, Ramona Bobohalma, declare as follows:

1. I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently thereto if called upon to do so.

2. I am an Engineering Manager III at Google based in Zurich, Switzerland. I joined Google in March 2008 as a Software Engineer. From 2010 through 2016, I was responsible for the development of Versions 1 through 3 of Google's Multi-Device Experience ("MDx") protocol, including writing source code for MDx.

3. Work on Version 1 of the MDx protocol began no later than May of 2010 in connection with our development of Google's YouTube Remote application. The YouTube Remote application was an application that allowed users to transfer playback of a YouTube video from their Android device to a television screen, and thereafter control playback of the video using the Android device. Videos were played back on the television by receiving them from Bandaid content servers in Google's Content Delivery Network. On November 9, 2010, the YouTube Remote application was first released for download by members of the public on the Android Marketplace, which was the application store for Android at the time and the predecessor to today's Google Play Store. This release of the YouTube Remote used Version 1 of the MDx protocol. Google released additional versions of the YouTube Remote over the years, until the application was discontinued. I worked on development of subsequent versions of the MDx protocol, with development of Version 2 beginning no later than September of 2011, followed by development of Version 3 beginning no later than January of 2014.

4. Along with my colleagues, I have obtained a patent based on my work on the YouTube Remote application. I am a named inventor on a provisional patent application filed on November 8, 2010 (U.S. Provisional Application No. 61/411,386) that eventually was

1

converted into a non-provisional application and issued as U.S. Patent No. 9,490,998. This patent discloses some of the work that I did on the YouTube Remote application.

5. I have reviewed the following videos and confirmed that they accurately show capabilities of the YouTube Remote application that was first released on November 9, 2010 in its normal operation:

- How to control Google TV or YouTube Leanback with YouTube Remote, available at https://www.youtube.com/watch?v=EGdsOslqG2s (uploaded 11/14/210);

- YouTube Remote, available at https://www.youtube.com/watch?v=txIPVu6yngQ (uploaded 11/9/2010);

- Youtube (Leanback) Remote App for Android, available at https://www.youtube.com/watch?v=5VFIuR9pJdo (uploaded 11/11/2010);

- Samsung Galaxy Tab as Youtube Remote, available at https://www.youtube.com/watch?v=NR9jFT5MP6A (uploaded 11/10/2010);

- Android App "Youtube Remote," available at https://www.youtube.com/watch?v=lQXxYNCi2d4 (uploaded Nov. 15, 2010).

I, Ramona Bobohalma, declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: April 12, 2022                          */s/ Ramona Bobohalma*
                                               Ramona Bobohalma