# EXHIBIT 12

CHARLIE SORREL    GEAR    11.23.2010 09:07 AM

# The Hidden Secrets of Apple's AirPlay

The iOS 4.2 update brings one really big new feature to the iPhone, iPad and iPod Touch: AirPlay. IPad users might be overjoyed with folders and support for background processes, but the real star is the new music and video-streaming function. It will change the way you consume your media, and it will justify all […]

