# EXHIBIT 16

| *Examiner-Initiated Interview Summary* | Application No.<br>16/383,561 | Applicant(s)<br>Lambourne, Robert A. | |
|---|---|---|---|
| | Examiner<br>PAUL C MCCORD | Art Unit<br>2656 | AIA (FITF) Status<br>No |

All participants (applicant, applicant's representative, PTO personnel):

(1) <u>PAUL C. MCCORD</u>.        (3) _____.

(2) <u>BRANDON KENNEDY</u>.        (4) _____.

Date of Interview: <u>28 June 2019</u>.

Type:    ☑ Telephonic    ☐ Video Conference
         ☐ Personal [copy given to: ☐ applicant ☐ applicant's representative]

Exhibit shown or demonstration conducted:    ☐ Yes    ☑ No.
    If Yes, brief description: _____.

Issues Discussed    ☐ 101    ☐ 112    ☑ 102    ☑ 103    ☐ Others
(For each of the checked box(es) above, please describe below the issue and detailed description of the discussion)

Claim(s) discussed: <u>1 and 4</u>.

Identification of prior art discussed: _____.

Substance of Interview
(For each issue discussed, provide a detailed description and indicate if agreement was reached. Some topics may include: identification or clarification of a reference or a portion thereof, claim interpretation, proposed amendments, arguments of any applied references etc...)

<u>Discussed the applicability of the DME disclosure to the instant independent claims and the instant predetermined media of claims 4, etc. Particularly as DME and the instant application appear to disclose the predetermined media with a similar degree of specificity</u>.

**Applicant recordation instructions:** It is not necessary for applicant to provide a separate record of the substance of interview.

**Examiner recordation instructions**: Examiners must summarize the substance of any interview of record. A complete and proper recordation of the substance of an interview should include the items listed in MPEP 713.04 for complete and proper recordation including the identification of the general thrust of each argument or issue discussed, a general indication of any other pertinent matters discussed regarding patentability and the general results or outcome of the interview, to include an indication as to whether or not agreement was reached on the issues raised.

☐ Attachment

/PAUL C MCCORD/
Primary Examiner, Art Unit 2656