# EXHIBIT 18

Case 3:20-cv-06754-WHA   Document 211-18   Filed 04/14/22   Page 2 of 7



# DME Designer

## Version 4.0

## OWNER'S MANUAL

EN

## Current Scene

Displays information about the current scene. You can switch between scenes.



■ **[Change Display Scene]**

Selects the information to be displayed. When "All" is selected scene link information is displayed in [Scene Number] and [Scene Name]. When a DME group or SP2060 is selected scene information is displayed in [Scene Number] and [Scene Name].
Refer to "Scene Manager" on page 82 for information on scenes, and "Scene Link Manager" on page 151 for information on scene linking.

■ **[Scene Number]**

Displays the number of the current scene or scene link. A list where you can select a scene or scene link is displayed when you press the [▼]. The EDIT indicator will light when a parameter has been edited after recalling or storing a scene.



**NOTE**

Press <Ctrl> key and <+> key simultaneously recall the next scene and press <Ctrl> key and <-> key simultaneously recall the previous scene. These settings can be changed via the Shortcut keys dialog box (page 156).

■ **[Scene Name]**

Displays the name of the current scene or scene link.

■ **[Scene Manager] Button**

Opens the "Scene Manager" dialog box.

### [Rename] Button

Changes the name of the zone selected on the list. Clicking here displays the "Enter new name for the current zone name" dialog box. Enter a zone name, then click the [OK] button.

> **NOTE**
>
> The current name of the zone you will be renaming is displayed in the "Current Zone Name" box of the "Enter new name for current zone name" message.



### [Close] Button

Closes the "Zone Manager" dialog box.

### [Rename] Button

Renames the device group currently selected in the list. The "Enter new name for current device group" window will appear when this button is clicked. Enter a new name for the device group and click the [OK] button.

**NOTE**

The current name of the selected device group will appear in the name entry window, in place of "current device group" in the window name: "Enter new name for current device group".



### [Color] Button

Species the default color for new devices added to the currently selected device group. The "Select Color" window will appear when this button is clicked.
Refer to "The Select Color Window" on page 265 for information on the "Select Color" window.

### Apply Default Color to All Existing Devices

When checked the color of all existing devices will change accordingly when the initial default device color is edited.

### [OK] Button

Closes the "Device Group Manager" window.

#### [Rename] Button

Changes the name of the configuration selected on the list. Clicking here displays the "Enter new name for the current configuration" dialog box. Enter a configuration name, then click the [OK] button.

**NOTE**

The current name of the configuration you will be renaming is displayed in the "Current Configuration Name" box of the "Enter new name for current configuration name" message.



#### [Duplicate] Button

Copies the configuration selected on the list. Clicking here displays the "Please enter new name" dialog box. Enter a configuration name, then click the [OK] button.



#### [Close] Button

Closes the "Configuration Manager" dialog box.



C.S.G., PA Development Division
© 2004 – 2013 Yamaha Corporation
MW  K0