UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SONOS, INC.,<br><br>       Plaintiff,<br><br>   vs.<br><br>GOOGLE LLC,<br><br>       Defendant. | CASE NO. 3:20-cv-06754-WHA<br><br>Related to CASE NO. 3:21-cv-07559-WHA<br><br>**[PROPOSED] ORDER GRANTING GOOGLE'S MOTION FOR SUMMARY JUDGMENT PURSUANT TO THE COURT'S PATENT SHOWDOWN PROCEDURE**<br><br>The Hon. William H. Alsup<br>Date: June 9, 2022<br>Time: 8:00 a.m.<br>Location: Courtroom 12, 19th Floor |

1   Before the Court is Google LLC's ("Google") "Patent Showdown" Motion for Summary
2   Judgment ("Motion for Summary Judgment"). Having reviewed the Motion for Summary
3   Judgment, and good cause appearing therefor, this Court **GRANTS** Google's Motion for Summary
4   Judgment and concludes (i) Google does not infringe claim 13 of U.S. Patent No. 9,967,615 (the
5   "'615 Patent"); (ii) claim 13 of the '615 Patent is invalid under 35 U.S.C. §§ 102 and 103; and (iii)
6   Google does not infringe claim 1 of U.S. Patent No. 10,848,885 ("'885 Patent").

**IT IS SO ORDERED.**

Dated: _____, 2022

_____
HON. WILLIAM ALSUP
United States District Court Judge