CLEMENT SETH ROBERTS (STATE BAR NO. 209203)
croberts@orrick.com
BAS DE BLANK (STATE BAR NO. 191487)
basdeblank@orrick.com
ALYSSA CARIDIS (STATE BAR NO. 260103)
acaridis@orrick.com
EVAN D. BREWER (STATE BAR NO. 304411)
ebrewer@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:   +1 415 773 5700
Facsimile:   +1 415 773 5759

SEAN M. SULLIVAN (admitted *pro hac vice*)
sullivan@ls3ip.com
COLE B. RICHTER (admitted *pro hac vice*)
richter@ls3ip.com
LEE SULLIVAN SHEA & SMITH LLP
656 W Randolph St., Floor 5W
Chicago, IL 60661
Telephone:   +1 312 754 0002
Facsimile:   +1 312 754 0003

*Attorneys for Sonos, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA,

SAN FRANCISCO DIVISION

| | |
|---|---|
| GOOGLE LLC,<br><br>　　　Plaintiff and Counter-defendant,<br><br>　　v.<br><br>SONOS, INC.,<br><br>　　　Defendant and Counter-claimant. | Case No. 3:20-cv-06754-WHA<br>Related to Case No.: 3:21-cv-07559-WHA<br><br>**PROOF OF SERVICE OF SEALED MATERIAL RE SONOS, INC.'S MOTION FOR SUMMARY JUDGMENT OF INFRINGEMENT OF '885 PATENT CLAIM 1** |

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action. My business address is Orrick, Herrington, & Sutcliffe, 777 South Figueroa Street, Suite 3200, Los Angeles, California 90017.

On April 14, 2022, I served the following document(s) on the interested parties in this action:

1. Sonos, Inc.'s Motion for Summary Judgment of Infringement of '885 Patent Claim 1 (sealed version);

2. Declaration of Dr. Kevin C. Almeroth in Support of Sonos, Inc.'s Motion for Summary Judgment of Infringement of '885 Patent Claim 1 (sealed version);

3. Exhibits B, D, F-I, and L-Q to the Declaration of John Dan Smith III in Support of Sonos, Inc.'s Motion for Summary Judgment of Infringement of '885 Patent Claim 1 (sealed version).

on the following service list as indicated below:

> Charles K. Verhoeven
> Lindsay Cooper
> QUINN EMANUEL URQUHART & SULLIVAN, LLP
> 50 California Street, 22nd Floor
> San Francisco, California 94111-478
> qe-sonos3@quinnemanuel.com
>
> Attorneys for GOOGLE LLC

(BY E-MAIL OR ELECTRONIC TRANSMISSION) by electronically transmitting a true and correct copy of the document(s) in pdf format from email address amaruska@orrick.com to the email address(es) set forth in the service list. I did not receive, within a reasonable time after the transmission, any electronic message or indication that the transmission was unsuccessful or incomplete.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on April 14, 2022, in Los Angeles, California.

_____
Amy Maruska