| | |
|---|---|
| QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>  Charles K. Verhoeven (Bar No. 170151)<br>  charlesverhoeven@quinnemanuel.com<br>  Melissa Baily (Bar No. 237649)<br>  melissabaily@quinnemanuel.com<br>  Lindsay Cooper (Bar No. 287125)<br>  lindsarycooper@quinnemanuel.com<br>50 California Street, 22nd Floor<br>San Francisco, California 94111-4788<br>Telephone: (415) 875-6600<br>Facsimile: (415) 875-6700<br><br>*Attorneys for Google, LLC* | CLEMENT SETH ROBERTS (SBN 209203)<br>  croberts@orrick.com<br>ALYSSA CARIDIS (SBN 260103)<br>  acaridis@orrick.com<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>The Orrick Building<br>405 Howard Street<br>San Francisco, CA 94105-2669<br>Telephone: +1 415 773 5700<br>Facsimile: +1 415 773 5759<br><br>*Attorneys for Sonos, Inc.* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GOOGLE LLC,<br><br>        Plaintiff,<br><br>vs.<br><br>SONOS, INC.,<br><br>        Defendant. | Case No. 3:20-cv-06754 WHA<br>Related to Case No. 4:21-07559<br><br>**JOINT MOTION FOR ISSUANCE OF LETTER OF REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE AND APPOINTMENT OF COMMISSIONERS TO TAKE EVIDENCE PURSUANT TO CHAPTER II, ARTICLE 17 OF THE HAGUE CONVENTION OF 18 MARCH 1970 ON THE TAKING OF EVIDENCE ABROAD IN CIVIL OR COMMERCIAL MATTERS**<br><br>Referral: Hon. Donna M. Ryu, USMJ |

April 21, 2022

Submitted via ECF

Hon. Donna M. Ryu, USMJ
Oakland Courthouse, Courtroom 4
1301 Clay Street, 3rd Floor
Oakland, CA 94612

Re:  Joint Submission for Issuance of Letter of Request for International Judicial Assistance
*Google LLC v. Sonos, Inc.*, Case No. 4:20-cv-06754-WHA (N.D. Cal.)
*Sonos, Inc. v. Google LLC.*, Case No. 4:21-cv-07559-WHA (N.D. Cal.)

Your Honor:

The parties in the above-referenced actions seek the Court's assistance in order to take deposition testimony from witness Janos Levai in Switzerland. Mr. Levai, a Software Engineer at Google LLC, is a witness who will offer testimony relevant to this action. The parties have agreed to conduct a remote live video deposition of Mr. Levai in Switzerland, but the parties must first meet certain foreign discovery conditions pursuant to the Hague Convention.

Switzerland, as a party to the Hague Convention, requires litigants to obtain permission from the Federal Office of Justice before taking deposition testimony of a witness located in Switzerland. To obtain such permission, the parties must have a United States District Court (1) appoint a Swiss commissioner and appoint representatives for the parties who will participate in the deposition as commissioners, and (2) request judicial assistance from the applicable Swiss authorities.

To that end, we write to request that the Court grant the parties' Joint Motion for Issuance of Letter of Request for International Judicial Assistance and Appointment Of Commissioners to Take Evidence Pursuant to Chapter II, Article 17 of The Hague Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters. The parties have agreed that Olivier Buff, a Swiss attorney representing the Google LLC, will be appointed Swiss Commissioner. The parties have also agreed that Nima Hefazi and Lindsay Cooper will be appointed commissioners for Google, and Dan Smith, Michael Boyea, and Jae Pak will be appointed commissioner for Sonos, Inc.

Thank you for Your Honor's kind attention to this matter.

Sonos, Inc. ("Sonos") and Google LLC ("Google") hereby move the Court pursuant to Fed. R. Civ. P. 28(b) for entry of an order (the "Order"):

(1) Appointing Nima Hefazi and Lindsay Cooper on behalf of Google and Dan Smith, Michael Boyea, and Jae Pak on behalf of Sonos, as commissioners (together, the "Commissioners"), pending the approval of the Swiss authorities, to conduct the examination of witness Janos Levai in Switzerland pursuant to Chapter II, Article 17 of the Hague Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters, T.I.A.S. No. 7444, 23 U.S.T. 2555 ("Chapter II of the Hague Convention");

(2) Appointing Olivier Buff as commissioner (the "Swiss Commissioner"), pending the approval of the Swiss authorities, to supervise the examination of witness Janos Levai in Switzerland pursuant to Chapter II of the Hague Convention;

(3) Issuing a Letter of Request for International Judicial Assistance ("Letter of Request") pursuant to 28 U.S.C. § 1781 and Chapter II of the Hague Convention;

(4) Directing submission of the Letter of Request for Assistance to the Swiss Federal Office of Justice ("FOJ") via the Cantonal Court of Zürich for the purpose of approving the appointment of the Commissioner; and

(5) Granting such other and further relief as this Court may deem just and proper.

The parties have agreed to use the procedures of Chapter II of the Hague Convention to facilitate the deposition of Janos Levai in Switzerland, who has consented to being deposed there via remote means. Under Chapter II, a deposition is supervised by a Swiss Commissioner and conducted by commissioners representing the parties and duly appointed by the Court in the U.S. proceeding, all of whom are authorized to proceed by the FOJ at the request of the U.S. tribunal. This procedure will not restrict the scope of discovery otherwise permissible under the Federal Rules of Civil Procedure.

The steps to proceed under Chapter II of the Hague Convention are as follows:

1. The Court must duly appoint one or several commissioner(s) for the purpose of taking evidence abroad. A proposed order for the Court to appoint commissioners is attached hereto as Exhibit A (the "Proposed Order").

2. The Court must issue a Letter of Request to the FOJ for authorization to take evidence abroad. A proposed Letter of Request is attached hereto as Exhibit B (the "Proposed Letter of Request").

3. The necessary application for authorization (the "Swiss Application"), with the Proposed Order and the Proposed Letter of Request attached to it, must be filed with the FOJ via the Central Authority in the canton where the evidence is to be taken, *i.e.*, the High Court of the Canton of Zurich, International Judicial Assistance, Hirschengraben 13/15, 8021 Zurich 1, Switzerland.[1]  Google will undertake this step if the Court grants the instant motion.

4. Upon approval from the FOJ and subject to the terms contained in the Proposed Letter of Request and/or the Swiss Application, the parties will arrange for a live video deposition. Olivier Buff will be present in person at the deposition of Mr. Janos Levai to supervise proceedings.

5. The deposition will take place at the Swiss offices of Quinn Emanuel at Dufourstrasse 29, 8008 Zürich, Switzerland or another nearby office if additional space is required. Mr. Janos Levai has agreed to voluntarily comply by proceeding pursuant to Chapter II of the Hague Convention.

6. Neither the entry of the Proposed Order, the Proposed Letter of Request, the submission of the Swiss Application nor the conduct of the deposition pursuant to Chapter II of the Hague Convention shall constitute or operate as a waiver of the attorney-client privilege, the work product doctrine, or any other privileges, rights, protections, or objections that may apply to that evidence under the laws of Switzerland, or of the United States, nor as a concession that any assertion of any such privilege, right, protection, or objection is necessarily valid.

---

[1] The application is sent to the competent Central Authority, *i.e.*, the High Court of the Canton of Zurich, International Judicial Assistance, Hirschengraben 13/15, 8021 Zurich 1, Switzerland. After examining the Request, the Central Authority will forward the application to the FOJ.

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: April 21, 2022 | Respectfully submitted, |
| 3 | | |
| 4 | */s/ Sean Sullivan* | */s/ Charles K. Verhoeven* |
| | Sean Sullivan | Charles K. Verhoeven |
| 5 | Attorneys for SONOS, INC. | Attorneys for GOOGLE LLC |
| 6 | LEE SULLIVAN SHEA SMITH LLP | QUINN EMANUEL URQUHART & SULLIVAN, LLP |

**ATTESTATION OF CONCURRENCE**

I am the ECF user whose ID and password are being used to file this Joint Motion for Issuance of Letter of Request for International Judicial Assistance and Appointment of Commissioners to Take Evidence Pursuant to Chapter II, Article 17 of The Hague Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters. Pursuant to Civil L.R. 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in the filing of this document

Dated: April 21, 2022                    By        */s/ Charles K. Verhoeven*
                                                                 Charles K. Verhoeven
                                                                 *Counsel on behalf of Google*