QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
Melissa Baily (Bar No. 237649)
melissabaily@quinnemanuel.com
Lindsay Cooper (Bar No. 287125)
lindsarycooper@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

*Attorneys for Google, LLC*

CLEMENT SETH ROBERTS (SBN 209203)
 croberts@orrick.com
ALYSSA CARIDIS (SBN 260103)
 acaridis@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: +1 415 773 5700
Facsimile: +1 415 773 5759

*Attorneys for Sonos, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| GOOGLE LLC,<br><br>Plaintiff,<br><br>vs.<br><br>SONOS, INC.,<br><br>Defendant. | Case No. 3:20-cv-06754 WHA<br>Related to Case No. 4:21-07559<br><br>**REMOTE DEPOSITION DECLARATION OF GOOGLE LLC WITNESS: RAMONA BOBOHALMA**<br><br>Judge:   Hon. Donna M. Ryu |

I, Ramona Bobohalma, a fact witness in the above-captioned actions in the United States District Court for the Northern District of California, have been informed of and understand that:

1. Google LLC ("Google") and Sonos, Inc. ("Sonos") may take my deposition pursuant to Federal Rules of Civil Procedure.

2. During the deposition, I may be assisted by my own counsel.

3. I, a Romanian citizen who currently lives and works in Switzerland, will voluntarily appear at the Swiss offices of Quinn Emanuel at Dufourstrasse 29, 8008 Zurich, Switzerland or another nearby office if additional space is required, for the purpose of this deposition.

4. I am not obligated to appear and participate in the deposition and cannot be subjected to any coercive measures.

5. By being deposed in Zurich, Switzerland, I have been apprised that I have rights under Swiss law.

6. At any time during examination, I may invoke any right or duty to refuse testimony under Swiss Law.  I understand that my rights to refuse testimony are set out in particular in Articles 165-166 of the Swiss Code of Civil Procedure.

7. At any time during examination, I may also invoke any right or duty to refuse testimony under U.S. Law. In particular, I understand that I am entitled to refuse to answer any question pertaining to/or which may invoke attorney-client privilege and/or attorney work-product.

8. The Swiss Commissioner in this matter, Olivier Buff, with address at Quinn Emanuel Urquhart Sullivan (Schweiz) GmbH, Dufourstrasse 29, 8008 Zurich, Switzerland, will serve as my agent of service ("*Domizilhalter*") in Switzerland in this matter.  Thus, any

correspondence from the US or Swiss authorities may validly be delivered to Olivier Buff, and he will then forward to me.

In view of the above, I hereby consent to having my deposition taken in the above-captioned matter by oral examination in the English language under oath, using remote videoconferencing technology and recorded by video and stenography, at a date to be determined.

I confirm that I am cooperating of my own accord.


Dated: 21/04/2022                              *[signature]*
                                               Ramona Bobohalma