CLEMENT SETH ROBERTS (STATE BAR NO. 209203)
croberts@orrick.com
BAS DE BLANK (STATE BAR NO. 191487)
basdeblank@orrick.com
ALYSSA CARIDIS (STATE BAR NO. 260103)
acaridis@orrick.com
EVAN D. BREWER (STATE BAR NO. 304411)
ebrewer@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:   +1 415 773 5700
Facsimile:   +1 415 773 5759

SEAN M. SULLIVAN (admitted *pro hac vice*)
sullivan@ls3ip.com
COLE B. RICHTER (admitted *pro hac vice*)
richter@ls3ip.com
LEE SULLIVAN SHEA & SMITH LLP
656 W Randolph St., Floor 5W
Chicago, IL 60661
Telephone:   +1 312 754 0002
Facsimile:   +1 312 754 0003

*Attorneys for Sonos, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GOOGLE LLC,<br><br>    Plaintiff and Counter-defendant,<br><br>v.<br><br>SONOS, INC.,<br><br>    Defendant and Counter-claimant. | Case No. 3:20-cv-06754-WHA<br>Related to Case No. 3:21-cv-07559-WHA<br><br>**DECLARATION OF ALYSSA CARIDIS IN SUPPORT OF SONOS, INC.'S MOTION TO STRIKE PORTIONS OF GOOGLE'S MOTION FOR SUMMARY JUDGMENT AND EXPERT DECLARATION**<br><br>Date: June 9, 2022<br>Time: 8:00 a.m.<br>Place: Courtroom 12, 19th Floor<br>Judge: Hon. William Alsup<br><br>Complaint Filed: September 28, 2020 |

I, Alyssa Caridis, declare as follows and would so testify under oath if called upon to do so:

1. I am an attorney with the law firm of Orrick, Herrington & Sutcliffe LLP, counsel of record to Sonos, Inc. ("Sonos") in the above-captioned matter. I am a member in good standing of the Bar of the State of California. I make this declaration based on my personal knowledge, unless otherwise noted. If called, I can and will testify competently to the matters set forth herein.

2. I make this declaration in support of Sonos's Motion to Strike Portions of Google's Motion for Summary Judgment and Expert Declaration.

3. Attached as **Exhibit A** is a true and correct copy of excerpts from Google's Invalidity Claim Chart for U.S. Patent No. 9,967,615 re YouTube Remote (Exhibit 615-3) served on December 6, 2021.

4. Attached as **Exhibit B** is a true and correct copy of a letter dated February 10, 2022 from Cole B. Richter to Nima Hefazi.

5. Attached as **Exhibit C** is a true and correct copy of a letter dated March 2, 2022 from Nima Hefazi to Cole B. Richter.

6. Attached as **Exhibit D** is a true and correct copy of an email dated March 3, 2022 from Cole B. Richter to Nima Hefazi.

7. Attached as **Exhibit E** is a true and correct copy of an email dated March 11, 2022 from Cole B. Richter to Nima Hefazi.

8. Attached as **Exhibit F** is a true and correct copy of a webcapture taken on October 14, 2011 by the Internet Archive Wayback Machine. Available at https://web.archive.org/web/20111014181427/https://market.android.com/details?id=com.google.android.ytremote.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed this 21st day of April, 2022 in Los Angeles, California.

/s/ Alyssa Caridis
Alyssa Caridis