# EXHIBIT F





**Panoramio Uploader**
GOOGLE INC.
★★★★☆ (1,933)
Free

**YouTube Monitor**
TUCSON WEB DEVELOPERS
★★★★★ (38)
Free

**Youtube Notifier**
TOBIAS HAUTH
★★★★★ (16)
Free

**myRemote Donate**
VICLABS
★★★★★ (71)
$5.17

**Yr rocks**
★★★★★ by **miller** — September 10, 2011
Nothing is perfect ever, so many complaints, so few contributions

Read All User Reviews ›

My Market Account　|　English　|　Help

©2011 Google　Site Terms of Service　Privacy Policy　Developers



