UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA,

SAN FRANCISCO DIVISION

| | |
|---|---|
| GOOGLE LLC,<br><br>　　Plaintiff and Counter-defendant,<br><br>　　v.<br><br>SONOS, INC.,<br><br>　　Defendant and Counter-claimant | Case No. 3:20-cv-06754-WHA<br>Related to Case No. 3:21-cv-07559-WHA<br><br>**[PROPOSED] ORDER GRANTING SONOS'S MOTION TO STRIKE PORTIONS OF GOOGLE'S MOTION FOR SUMMARY JUDGMENT AND EXPERT DECLARATION** |

Before the Court is Sonos, Inc's Motion to Strike Portions of Google's Motion for Summary Judgment and Expert Declaration ("Sonos's Motion"). Accordingly, having reviewed the parties' submissions, and good cause having been shown, the Court grants Sonos's Motion and hereby orders that 1) page 19, lines 1-7; page 20, lines 3-6, 11-14 from Google's Motion for Summary Judgment Pursuant to the Court's Patent Showdown Procedure ("Google's Motion for Summary Judgment"); 2) ¶¶ 133-34, 136-137, 139-41, 143-45, 149, 158, 159-160, 169-171, 180, and 182 from the supporting Declaration of Dr. Samrat Bhattacharjee (submitted as Exhibit 1 to Google's Motion for Summary Judgment); and 3) the entirety of Exhibits 10 and 14 to Google's Motion for Summary Judgment is hereby stricken.

**IT IS SO ORDERED.**

Dated: _____, 2022

_____
HON. WILLIAM H. ALSUP
United States District Judge

1

[PROPOSED] ORDER GRANTING SONOS'S MOTION TO STRIKE PORTIONS OF GOOGLE'S MOTION FOR SUMMARY JUDGMENT AND EXPERT DECLARATION
3:20-CV-06754-WHA