UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GOOGLE LLC,<br><br>        Plaintiff,<br><br>    vs.<br><br>SONOS, INC.,<br><br>        Defendant. | CASE NO. 3:20-cv-06754-WHA<br>Related to CASE NO. 3:21-cv-07559-WHA<br><br>**[PROPOSED] ORDER GRANTING GOOGLE LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF ITS PATENT SHOWDOWN CORRECTED MOTION FOR SUMMARY JUDGMENT** |

Plaintiff Google LLC ("Google") has filed an Administrative Motion to File Under Seal Portions of its Patent Showdown Corrected Motion for Summary Judgment ("Google's Administrative Motion").

Having considered Google's Administrative Motion, and compelling reasons to seal having been shown, the Court **GRANTS** Google's Administrative Motion and **ORDERS** sealed the documents listed below:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Google's Corrected Motion | Portions highlighted in green | Google |

IT IS SO ORDERED.

DATED:

_____
The Honorable William Alsup
United States District Court Judge