UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Google LLC,

    Plaintiff(s),

v.

Sonos, Inc.,

    Defendant(s).

Case No. 3:20-cv-06754-WHA

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Michael P. Boyea, an active member in good standing of the bar of Supreme Court of Illinois, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Sonos, Inc. in the above-entitled action. My local co-counsel in this case is Alyssa M. Caridis, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 260103.

| | |
|---|---|
| 656 W Randolph St., Floor 5W<br>Chicago, Illinois 60661<br>MY ADDRESS OF RECORD | 777 S. Figueroa St., Suite 3200<br>Los Angeles, California 90017<br>LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| (312) 754-0002<br>MY TELEPHONE # OF RECORD | (213) 612-2372<br>LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| boyea@ls3ip.com<br>MY EMAIL ADDRESS OF RECORD | acaridis@orrick.com<br>LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

    I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 6312399.

    A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

    I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 25, 2022                                   Michael P. Boyea
                                                        APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Michael P. Boyea is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: April 29, 2022



UNITED STATES DISTRICT JUDGE



# Attorney Registration and Disciplinary Commission
## of the
## Supreme Court of Illinois
### www.iardc.org

One Prudential Plaza
130 East Randolph Drive, Suite 1500
Chicago, IL 60601-6219
(312) 565-2600 (800) 826-8625
Fax (312) 565-2320

3161 West White Oaks Drive
Suite 301
Springfield, IL 62704
(217) 522-6838 (800) 252-8048
Fax (217) 522-2417

Chicago
3/7/2022

Re: Michael Paul Boyea
Attorney No. 6312399

To Whom It May Concern:

The records of the Clerk of the Supreme Court of Illinois and this office reflect that Michael Paul Boyea was admitted to practice law in Illinois on 10/31/2013; is currently registered on the master roll of attorneys entitled to practice law in this state; has never been disciplined and is in good standing.

Very truly yours,
Jerome Larkin
Administrator

By: _____
Andrew Oliva
Registrar