| | |
|---|---|
| QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>  Charles K. Verhoeven (Bar No. 170151)<br>  charlesverhoeven@quinnemanuel.com<br>  Melissa Baily (Bar No. 237649)<br>  melissabaily@quinnemanuel.com<br>  Lindsay Cooper (Bar No. 287125)<br>  lindsaycooper@quinnemanuel.com<br>50 California Street, 22nd Floor<br>San Francisco, California 94111-4788<br>Telephone:     (415) 875-6600<br>Facsimile:      (415) 875-6700<br><br>*Attorneys for Google LLC* | CLEMENT SETH ROBERTS (STATE BAR NO. 209203)<br>croberts@orrick.com<br>BAS DE BLANK (STATE BAR NO. 191487)<br>basdeblank@orrick.com<br>ALYSSA CARIDIS (STATE BAR NO. 260103)<br>acaridis@orrick.com<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>The Orrick Building<br>405 Howard Street<br>San Francisco, CA 94105-2669<br>Telephone: (415) 773-5700<br>Facsimile: (415) 773-5759<br><br>SEAN M. SULLIVAN (admitted *pro hac vice*)<br>sullivan@ls3ip.com<br>COLE RICHTER (admitted *pro hac vice*)<br>richter@ls3ip.com<br>LEE SULLIVAN SHEA & SMITH LLP<br>656 W Randolph St., Floor 5W<br>Chicago, IL 60661<br>Telephone:     (312) 754-0002<br>Facsimile:      (312) 754-0003<br><br>*Attorneys for Sonos, Inc.* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GOOGLE LLC.,<br><br>        Plaintiff,<br><br>    vs.<br><br>SONOS, INC.,<br><br>        Defendant. | CASE NO. 3:20-cv-06754-WHA<br>Related to CASE NO. 3:21-cv-07559-WHA<br><br>**STIPULATED REQUEST FOR ORDER EXTENDING MEDIATION DEADLINE** |

1    Pursuant to Civil Local Rule 6-2, Google LLC and Sonos, Inc. jointly stipulate and request an order extending the mediation deadline. The Parties submit the accompanying declaration of Lindsay Cooper in support hereof.

Pursuant to the Court's Scheduling Order (Dkt. 67), mediation must be completed by May 27, 2022. In light of the Parties' availability and the availability of the Parties' preferred mediator, the Honorable Layn Phillips (Ret.), the Parties stipulate to and request an order extending this date to July 1, 2022.

Therefore, the Parties respectfully request that the Court enter the attached proposed order extending the deadline for mediation to July 1, 2022.

IT IS SO STIPULATED.

| Dated: May 3, 2022 | Respectfully submitted, |
|---|---|
| */s/ Charles K. Verhoeven* <br> Attorneys for GOOGLE LLC | */s/ Cole Richter* <br> Attorneys for SONOS, INC. |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | LEE SULLIVAN SHEA & SMITH LLP |
| *Counsel for Google LLC* | *Counsel for Sonos, Inc.* |

**ECF ATTESTATION**

I, Charles K. Verhoeven, am the ECF User whose ID and password are being used to file this Joint Stipulation.  In compliance with Civil Local Rule 5-1, I hereby attest that Cole Richter, counsel for Sonos, has concurred in this filing.

Dated:  May 3, 2022

By:   */s/ Charles K. Verhoeven*
Charles K. Verhoeven

[PROPOSED] **ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____, 2022   By: _____
Hon. William Alsup
United States District Judge