1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   Melissa Baily (Bar No. 237649)
3  melissabaily@quinnemanuel.com
   Lindsay Cooper (Bar No. 287125)
4  lindsaycooper@quinnemanuel.com
   50 California Street, 22nd Floor
5  San Francisco, California 94111-4788
   Telephone:    (415) 875-6600
6  Facsimile:    (415) 875-6700

7  *Attorneys for Google LLC*

8                     UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                         SAN FRANCISCO DIVISION

11 | GOOGLE LLC,                    | CASE NO. 3:20-cv-06754-WHA
                                     Related to CASE NO. 3:21-cv-07559-WHA
12 |         Plaintiff,
                                    | **DECLARATION OF LINDSAY COOPER
13 |    vs.                           IN SUPPORT OF STIPULATED
                                      REQUEST FOR ORDER EXTENDING
14 | SONOS, INC.,                     MEDIATION DEADLINE**

15 |         Defendant.

I, Lindsay Cooper, declare and state as follows:

1. I am an attorney licensed to practice in the State of California and am admitted to practice before this Court. I am a partner at Quinn Emanuel Urquhart & Sullivan LLP representing Google LLC ("Google") in this matter. I have personal knowledge of the matters set forth in this Declaration, and if called as a witness I would testify competently to those matters.

2. I make this declaration in support of the Stipulated Request for Order Extending Mediation Deadline filed by Google and Sonos, Inc. ("Sonos") (collectively, the "Parties").

3. On October 8, 2021, the Court entered a Case Management Order (Dkt. 67) requiring that mediation be completed by May 27, 2022.

4. On December 3, 2021, the Parties notified the Court that they planned to mediate with the Honorable Layn Phillips (Ret.) on May 26, 2022. Dkt. 82. Judge Phillips presided over the last mediation between the Parties in the fall of 2020.

5. Due to scheduling conflicts, the Parties are no longer available to mediate on May 26, 2022. The Parties inquired whether Judge Phillips would be available to mediate on May 16, 2022, but were informed that Judge Phillips is unavailable until late June 2022. Given Judge Phillips' availability, the Parties agreed to reschedule the mediation for June 30, 2022.

6. Since the rescheduled date falls beyond the Court-ordered date of May 27, 2022, the Parties agreed to proceed with the Stipulated Request for Order Extending Mediation Deadlines to July 1, 2022.

7. With respect to Civil L.R. 6-2(a)(2), I am aware of one previous modification to the case schedule based on my review of the docket. On March 12, 2022, the Parties stipulated to an extension of Google's deadline to answer or move to dismiss Sonos's counterclaims to seven days after the Court's order on Google's motion to dismiss in the related case. Dkt. 156.

//
//
//
//
//

1  I declare under penalty of perjury under the laws of the United States of America that to the
2 best of my knowledge the foregoing is true and correct.  Executed on May 3, 2022, in Mill Valley,
3 California.
4 DATED:  May 3, 2022

5                                                     By: */s/ Lindsay Cooper*
6                                                              Lindsay Cooper

**ATTESTATION**

I, Charles K. Verhoeven, am the ECF user whose ID and password are being used to file the above Declaration. In compliance with Civil L.R. 5-1(h)(3), I hereby attest that Lindsay Cooper has concurred in the aforementioned filing.

DATED: May 3, 2022

*/s/ Charles K. Verhoeven*
Charles K. Verhoeven