| | |
|---|---|
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | CLEMENT SETH ROBERTS (STATE BAR NO. 209203) |
| Charles K. Verhoeven (Bar No. 170151) | croberts@orrick.com |
| charlesverhoeven@quinnemanuel.com | BAS DE BLANK (STATE BAR NO. 191487) |
| Melissa Baily (Bar No. 237649) | basdeblank@orrick.com |
| melissabaily@quinnemanuel.com | ALYSSA CARIDIS (STATE BAR NO. 260103) |
| Lindsay Cooper (Bar No. 287125) | acaridis@orrick.com |
| lindsaycooper@quinnemanuel.com | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 50 California Street, 22nd Floor | The Orrick Building |
| San Francisco, California 94111-4788 | 405 Howard Street |
| Telephone: (415) 875-6600 | San Francisco, CA 94105-2669 |
| Facsimile: (415) 875-6700 | Telephone: (415) 773-5700 |
| | Facsimile: (415) 773-5759 |
| *Attorneys for Google LLC* | |

SEAN M. SULLIVAN (admitted *pro hac vice*)
sullivan@ls3ip.com
COLE RICHTER (admitted *pro hac vice*)
richter@ls3ip.com
LEE SULLIVAN SHEA & SMITH LLP
656 W Randolph St., Floor 5W
Chicago, IL 60661
Telephone: (312) 754-0002
Facsimile: (312) 754-0003

*Attorneys for Sonos, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GOOGLE LLC., <br><br> Plaintiff, <br><br> vs. <br><br> SONOS, INC., <br><br> Defendant. | CASE NO. 3:20-cv-06754-WHA <br> Related to CASE NO. 3:21-cv-07559-WHA <br><br> **STIPULATED REQUEST FOR ORDER EXTENDING MEDIATION DEADLINE** |

1     Pursuant to Civil Local Rule 6-2, Google LLC and Sonos, Inc. jointly stipulate and request an order extending the mediation deadline. The Parties submit the accompanying declaration of Lindsay Cooper in support hereof.

    Pursuant to the Court's Scheduling Order (Dkt. 67), mediation must be completed by May 27, 2022. In light of the Parties' availability and the availability of the Parties' preferred mediator, the Honorable Layn Phillips (Ret.), the Parties stipulate to and request an order extending this date to July 1, 2022.

    Therefore, the Parties respectfully request that the Court enter the attached proposed order extending the deadline for mediation to July 1, 2022.

    IT IS SO STIPULATED.

| Dated: May 3, 2022 | Respectfully submitted, |
|---|---|
| */s/ Charles K. Verhoeven* <br> Attorneys for GOOGLE LLC | */s/ Cole Richter* <br> Attorneys for SONOS, INC. |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | LEE SULLIVAN SHEA & SMITH LLP |
| *Counsel for Google LLC* | *Counsel for Sonos, Inc.* |

**ECF ATTESTATION**

I, Charles K. Verhoeven, am the ECF User whose ID and password are being used to file this Joint Stipulation.  In compliance with Civil Local Rule 5-1, I hereby attest that Cole Richter, counsel for Sonos, has concurred in this filing.

Dated:  May 3, 2022

By:    */s/ Charles K. Verhoeven*
             Charles K. Verhoeven

[~~PROPOSED~~] **ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: __May 4_____, 2022  By: _____
Hon. William Alsup
United States District Judge