1
2
3
4
5
6
7
8                            UNITED STATES DISTRICT COURT
9                           NORTHERN DISTRICT OF CALIFORNIA,
10                                SAN FRANCISCO DIVISION
11

12  GOGLE LLC,                              | Case No. 3:20-cv-06754-WHA
                                            | Related Case No. 3:21-cv-07559-WHA
13         Plaintiff and Counterdefendant,  |
                                            | **[PROPOSED] ORDER GRANTING
14     v.                                   | OPPOSED MOTION REQUESTING
                                            | PATENT SHOWDOWN TRIAL DATE
15  SONOS, INC.,                            | TO BE MOVED**
16         Defendant and Counterclaimant

Pursuant to Northern District of California Local Rule 6-3, Sonos, Inc. filed a motion requesting that the July 18, 2022 patent showdown trial date be moved to another date convenient for the Court and the parties' retained experts. Having considered Sonos's Motion, and good cause having been shown, the Court GRANTS Sonos's Motion and ORDERS that the July 18, 2022 patent showdown trial date is moved.

Dated: _____

                        HON. WILLIAM H. ALSUP
                        United States District Judge