1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GOOGLE LLC,<br><br>        Plaintiff,<br><br>    vs.<br><br>SONOS, INC.,<br><br>        Defendant. | CASE NO. 3:20-cv-06754-WHA<br>Related to CASE NO. 3:21-cv-07559-WHA<br><br>**[PROPOSED] ORDER GRANTING GOOGLE LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF ITS PATENT SHOWDOWN MOTION FOR SUMMARY JUDGMENT** |

Plaintiff Google LLC ("Google") has filed an Administrative Motion to File Under Seal Portions of its Opposition to Sonos, Inc.'s ("Sonos") Motion for Summary Judgment Pursuant to the Court's Patent Showdown Procedure ("Google's Administrative Motion").

Having considered Google's Administrative Motion, and compelling reasons to seal having been shown, the Court **GRANTS** Google's Administrative Motion and **ORDERS** sealed the documents listed below:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Google's Opposition to Sonos's Motion for Summary Judgment Pursuant to the Court's Patent Showdown Procedure ("Opposition") | Portions highlighted in yellow and green; portions outlined in red boxes | Google & Sonos (in green) |
| Declaration of Dr. Dan Schonfeld in Support of Google's Opposition | Portions highlighted in yellow; portions outlined in red boxes | Google |
| Exhibit 1 to Declaration of Marc Kaplan in Support of Google's Opposition ("Kaplan Decl.") | Portions outlined in red boxes | Google |
| Exhibit 4 to Kaplan Decl. | Entire Document | Google & Sonos |
| Exhibit 5 to Kaplan Decl. | Entire Document | Google |
| Exhibit 8 to Kaplan Decl. | Entire Document | Google |
| Exhibit 9 to Kaplan Decl. | Entire Document | Google |
| Exhibit 10 to Kaplan Decl. | Entire Document | Google |

IT IS SO ORDERED.

DATED:

_____
The Honorable William Alsup
United States District Court Judge