QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
Melissa Baily (Bar No. 237649)
melissabaily@quinnemanuel.com
Lindsay Cooper (Bar No. 287125)
lindsaycooper@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:   (415) 875-6600
Facsimile:    (415) 875-6700

*Attorneys for Google LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GOOGLE LLC,<br><br>       Plaintiff,<br><br>  vs.<br><br>SONOS, INC.,<br><br>       Defendant. | CASE NO. 3:20-cv-06754-WHA<br>Related to CASE NO. 3:21-cv-07559-WHA<br><br>**DECLARATION OF NIMA HEFAZI IN SUPPORT OF GOOGLE LLC'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |

I, Nima Hefazi, declare and state as follows:

1. I am an attorney licensed to practice in the State of California and am admitted to practice before this Court. I am of counsel at Quinn Emanuel Urquhart & Sullivan LLP representing Google LLC ("Google") in this matter. I have personal knowledge of the matters set forth in this Declaration, and if called as a witness I would testify competently to those matters.

2. I make this declaration in support of Google's Administrative Motion to Consider Whether Another Party's Material Should Be Sealed filed in connection with Google's Opposition to Sonos, Inc.'s ("Sonos") Motion for Summary Judgment Pursuant to the Court's Patent Showdown Procedure ("Opposition").

3. Google seeks an order sealing the materials as listed below:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Google's Opposition | Portions highlighted in blue and green; portions outlined in blue boxes | Google (in green) & Sonos |
| Exhibit 3 to Declaration of Marc Kaplan in Support of Google's Opposition ("Kaplan Decl.") | Entire Document | Sonos |
| Exhibit 4 to Kaplan Decl. | Entire Document | Google & Sonos |
| Exhibit 7 to Kaplan Decl. | Entire Document | Sonos |

//
//
//
//
//
//
//
//
//

4.     Portions of Google's Opposition and Exhibits 3, 4, and 7 are comprised of or contain references to documents that Sonos has produced or marked as "CONFIDENTIAL BUSINESS INFORMATION," "HIGHLY CONFIDENTIAL – SOURCE CODE," "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY," or similar under the protective order in these matters, or that Google anticipates Sonos may mark as such.

I declare under penalty of perjury under the laws of the United States of America that to the best of my knowledge the foregoing is true and correct.  Executed on May 5, 2022, in Los Angeles, California.

DATED:  May 5, 2022

By: */s/ Nima Hefazi*
Nima Hefazi

**ATTESTATION**

I, Charles K. Verhoeven, am the ECF user whose ID and password are being used to file the above Declaration. In compliance with Civil L.R. 5-1, I hereby attest that Nima Hefazi has concurred in the aforementioned filing.

DATED: May 5, 2022

                                                */s/ Charles K. Verhoeven*
                                                Charles K. Verhoeven