QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Charles K. Verhoeven (Bar No. 170151)
  charlesverhoeven@quinnemanuel.com
  Melissa Baily (Bar No. 237649)
  melissabaily@quinnemanuel.com
  Lindsay Cooper (Bar No. 287125)
  lindsaycooper@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:     (415) 875-6600
Facsimile:     (415) 875-6700

Attorneys for GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GOOGLE LLC,<br><br>            Plaintiff,<br><br>      vs.<br><br>SONOS, INC.,<br><br>            Defendant. | CASE NO. 3:20-cv-06754-WHA<br>Related to CASE NO. 3:21-cv-07559-WHA<br><br>**[PROPOSED] ORDER GRANTING GOOGLE'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |

Plaintiff Google LLC ("Google") has filed an Administrative Motion to Consider Whether Another Party's Material Should Be Sealed ("Google's Administrative Motion").

Having considered Google's Administrative Motion, and compelling reasons to seal having been shown, the Court **GRANTS** Google's Administrative Motion and **ORDERS** sealed the documents listed below:

| Document | Portions to Be Filed Under Seal | Designating Party |
| --- | --- | --- |
| Google's Opposition to Sonos, Inc.'s Motion for Summary Judgment Pursuant to the Court's Patent Showdown Procedure ("Opposition") | Portions highlighted in blue and green; portions outlined in blue boxes | Google (in green) & Sonos |
| Exhibit 3 to Declaration of Marc Kaplan in Support of Google's Opposition ("Kaplan Decl.") | Entire Document | Sonos |
| Exhibit 4 to Kaplan Decl. | Entire Document | Google & Sonos |
| Exhibit 7 to Kaplan Decl. | Entire Document | Sonos |

IT IS SO ORDERED.

DATED:

_____
The Honorable William Alsup
United States District Court Judge

Case No. 3:20-cv-06754-WHA
[PROPOSED] ORDER GRANTING GOOGLE'S ADMINISTRATIVE MOTION