# Exhibit A



# DME Designer
## Version 3.5
### OWNER'S MANUAL

■ **Preset Parameters**

The set of parameters for all components in a Configuration is know as the Configuration's "Preset Parameters".

■ **Scenes**

A Configuration and its Preset Parameters are a "Scene".

**Composition of scene**



DME settings as well as Configuration and Preset Parameter settings are sent from the DME Designer application running on the computer to the Device Master via USB or Ethernet, allowing each device to function as a separate processor, independently from the computer. It is also possible to keep the DME Designer application on line and control the devices in real time.
It is possible to use the DME Designer to create Configurations that include multiple devices when the appropriate devices are connected.

Although it is possible to have multiple Zones in an Area, multiple Device Groups in a Zone, and multiple Scenes and Configurations in a Device Group, only one Area, Zone, Device Group and Configuration can be active and editable via the DME Designer at any one time. The active elements are known as the Current Zone, Current Device Group, Current Scene, and Current Configuration.

# Adding, Deleting, and Renaming a Zone

At least one zone is included within an area. In the default Area window that zone will be named [Zone1]. Multiple zones can be arranged in an Area.
When you click the [Zone Manager] command on the [Tools] menu, the "Zone Manager" dialog box is displayed. Here you can add, delete, or rename a zone.

## "Zone Manager" dialog box



### Zone List

Lists the zones included in the project. To change settings for a zone, select it by clicking it in the list.

### [Add] Button

Adds a zone. Clicking here displays the "Please enter new name" dialog box. Enter a new name, then click [OK]. A zone will be added.



### [Delete] Button

Deletes the zone selected on the list. Clicking here displays the "Are you sure?" dialog box. Click the [OK] button, and the zone will be deleted. Click the [Cancel] button, and the deletion will be cancelled.



**NOTE**

A minimum of one zone is required. When only one zone remains, deletion is impossible.

### [Rename] Button

Changes the name of the zone selected on the list. Clicking here displays the "Enter new name for the current zone name" dialog box. Enter a zone name, then click the [OK] button.

**NOTE**

The current name of the zone you will be renaming is displayed in the "Current Zone Name" box of the "Enter new name for current zone name" message.



### [Close] Button

Closes the "Zone Manager" dialog box.