# Exhibit B

# FreeSpace® E4 Series II Business Music System

## OWNER'S GUIDE







# DECLARATION OF CONFORMITY

We, the offerer:   **Bose Corporation**
**The Mountain**
**Framingham, MA 01701-9168 USA**

acknowledge our sole responsibility, that the product,

**Kind of equipment:**   **Amplifier**

**Type designation:**   **FreeSpace® E4 Series II business music system**

in accordance with EMC Directive 89/336/EEC and Article 10(1) of the Directive,
is in compliance with the following norm(s) or document(s):

**Technical Regulations: EN 55103-1(E2)/EN 55103-2(E2)**

**Report Number:**   **EMC.N9C.02.170.1**

Test laboratory:   Bose Corporation
1 New York Avenue
Framingham, MA 01701 USA

and in accordance with the Low Voltage Directive 73/23/EEC, is in compliance
with the following norm(s) or document(s):

**Technical Regulations:**   **EN 60065/IEC 60065**

**Certificate/Report Number:**   **S2171542/E2171622**

Accredited test laboratory:   TÜV Rheinland
Sicherheit und Umweltschutz GmbH
Am Grauen Stein, D-51101 Köln, Germany

07/10/2004

Bose B.V.                                           Nic Merks
Nijverheidstraat 8, 1135                   Vice President, Europe
The Netherlands              Manufacturer's authorized EU representative

©2004 Bose Corporation. No part of this work may be reproduced, modified, distributed or otherwise used without prior written permission.

## 2.0 Designing with the E4 System

### 2.2.5 Step 5 – Determine the E4 requirements

Once you have identified the areas that use Auto Volume and unique loudspeakers, you can combine different areas based on the types of sources and controls they are using.

Now we can take a look at how the maps we created can help us determine the quantity of E4s we will need.

| | Sources | | | | Controls | | | | Loudspeakers | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | AV1 | AV2 | VC1 | VC2 | M32SE | FS3 | Total W | E4 Ch. |
| Area 1 | ● | | ● | | ● | | | | | ● | 100 | 1 |
| Area 2 | ● | ● | | ● | | | | ● | ● | | 40 | 2 |
| Area 3 | ● | | ● | | | ● | | | | ● | 50 | 3 |
| Area 4 | ● | | | | | | ● | | ● | | 12 | 4 |
| Area 5 | ● | | | | | | ● | | ● | | 48 | 4 |

**Total System Power = 250W**

By combining the maps you can easily combine sources, speaker types, and control types. The information placed in this table suggests that Area 1 and Area 3 need to be grouped separately because they are Auto Volume zones requiring separate E4 system outputs. Area 2 uses one standard volume control requiring one E4 output channel. Areas 4 and 5 share a common volume control and can be combined on a third E4 output channel. Since only four outputs are required and the total combined power requirement is less than 400W, only one E4 unit would be needed for this system.

## 6.0 E4 System Setup



*Programmer's Note: If you are using the E4 system to drive speakers that are not Bose® products, choose the **No EQ** setting or one of the four high-pass filter settings at the end of the list.*

*The No EQ setting helps protect the E4 against loudspeaker transformer saturation when non-Bose loudspeakers are connected to the E4 hardware. This setting acts as a band pass filter and allows energy between 80 Hz and 16 kHz to be sent to the amplifier section of the E4 electronics.*



*If you change the speaker EQ type, any subzones will be automatically changed to the new Speaker EQ setting, and be given the default loudspeaker tap. Depending on the quantity and tap of speakers, you could receive an error message notifying you that the system exceeds the 400 W limitation of the E4 system. If this problem occurs, delete the subzones from the subzone list. This will allow you to change the speaker EQ type.*

**Subzones table** – The Subzones table allows you to document the speakers used in a zone.

A zone is a group of speakers that are driven by the same amplifier output channel. A subzone is a group of speakers within a zone that use a common tap or are of a common type.

For example, you may have installed ten Model 16 speakers in a dining room and set it up as a zone to be driven by channel 1. In this zone you may have established two subzones, one with five Model 16 speakers tapped at 8W and the other with five tapped at 16W.

### To add a subzone

Click the **Add** button. When the Add Subzone window appears, enter a name for the new subzone, select the speaker model installed, enter the quantity, and select a tap setting. The Model Name list will include only speakers that are compatible with the Speaker EQ you selected.

Click **OK** to add the selections to the subzone table.



### To delete a subzone

In the subzones table, select the subzone to be removed and click the **Delete** button.

### 6.3.3 Input gain

The Input Gain controls allow you to adjust functions related to the input source signal.



### Factory default settings

| Input Type | Initial Gain | Gain Range | Opti-source |
|---|---|---|---|
| Mic | 40 dB | 80 dB | Off |
| Line | 0 dB | 70 dB | Off |
| Mic Page | 40 dB | 80 dB | On |
| Line Page | 0 dB | 60 dB | On |



*Programmer's Note: Input gain controls are disabled if the input channel is routed to a zone in which Auto Volume is enabled (on). You will only be able to change/adjust the input gain by resetting the Auto Volume for the affected zone.*

### Input gain circuit block diagram



*\* Only available for MIC/LINE and MIC/PAGE/LINE inputs. See "Source EQ" on page 50.*



©2004 Bose Corporation, The Mountain,
Framingham, MA 01701-9168 USA
279145 AM Rev.00 CCM-000922