QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
Melissa Baily (Bar No. 237649)
melissabaily@quinnemanuel.com
Lindsay Cooper (Bar No. 287125)
lindsaycooper@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:   (415) 875-6600
Facsimile:    (415) 875-6700

Attorneys for GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| GOOGLE LLC, | CASE NO. 3:20-cv-06754-WHA |
| --- | --- |
| Plaintiff, | Related to CASE NO. 3:21-cv-07559 |
| vs. | **DECLARATION OF MARC KAPLAN IN SUPPORT OF GOOGLE LLC'S OPPOSITION TO SONOS, INC.'S MOTION FOR SUMMARY JUDGMENT PURSUANT TO THE COURT'S PATENT SHOWDOWN PROCEDURE** |
| SONOS, INC., | |
| Defendant. | |

I, Marc Kaplan, declare and state as follows:

1. I am an attorney licensed to practice in the State of California and am admitted to practice before this Court. I am a partner at Quinn Emanuel Urquhart & Sullivan LLC representing Google LLC ("Google") in this matter. I make this declaration in support of Google's Opposition to Sonos, Inc.'s ("Sonos") Motion for Summary Judgment Pursuant to the Court's Patent Showdown Procedure. If called as a witness, I could and would testify competently to the information contained herein.

2. Attached as Exhibit 1 is a true and correct copy of an excerpt of Google's Responses and Objections to Sonos's Interrogatory No. 12.

3. Attached as Exhibit 2 is a true and correct copy of a document produced by Sonos in these matters bearing the Bates number SONOS-SVG2-00032312.

4. Attached as Exhibit 3 is a true and correct copy of a document produced by Sonos in these matters bearing the Bates number SONOS-SVG2-00042661.

5. Attached as Exhibit 4 is a true and correct copy of a document produced by Sonos in these matters bearing the Bates number SONOS-SVG2-00027981.

6. Attached as Exhibit 5 is a true and correct copy of an excerpt from the transcript of the deposition in *In the Matter of Certain Audio Players and Controllers, Components Thereof, and Products Containing Same*, Inv. No. 337-TA-1191 before the International Trade Commission.

7. Attached as Exhibit 6 is a true and correct copy of a document produced by Sonos in these matters bearing the Bates number SONOS-SVG2-00033730.

8. Attached as Exhibit 7 is a true and correct copy of a document produced by Sonos in these matters bearing the Bates number SONOS-SVG2-00167534.

9. Attached as Exhibit 8 is a true and correct copy of a document produced by Google in these matters bearing the Bates number GOOG-SONOSNDCA-00056732.

10. Attached as Exhibit 9 is a true and correct copy of a document produced by Sonos in these matters bearing the Bates number SONOS-SVG2-00028893.

11. Attached as Exhibit 10 is a true and correct copy of a document produced by Google in these matters bearing the Bates number GOOG-SONOSWDTX-00040384.

I declare under penalty of perjury that to the best of my knowledge the foregoing is true and correct. Executed on May 5, 2022, in Chicago, Illinois.

DATED: May 5, 2022

By: /s/ Marc Kaplan<br>Marc Kaplan

**ATTESTATION**

I, Charles K. Verhoeven, am the ECF user whose ID and password are being used to file the above Declaration. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Marc Kaplan has concurred in the aforementioned filing.

/s/ Charles K. Verhoeven
Charles K. Verhoeven