# EXHIBIT 2

UCGBA



# YAMAHA

MusicCAST

## Digital Audio Server
# MCX-1000

## OWNER'S MANUAL



EXHIBIT 11

GOOG-SONOSITC-PA-00022492

SONOS-SVG2-00032312

## Controlling MusicCAST clients

## Editing MusicCAST client names

Edit the names of the MusicCAST clients you are using in your MusicCAST system. This function is useful as allows you to for example, assign names to client MusicCAST clients based on their location.

1. **Carry out the procedure described on page 92 to display the Client Playback screen.**



2. **Use ∧/∨ to move the cursor to select a MusicCAST client.**

3. **Press SUB MENU.**
   The Sub Menu appears on the on-screen display.



4. **Use ∧/∨ to move the cursor to "Edit name" and press SELECT.**
   The on-screen keyboard appears on the on-screen display.

5. **Use the on-screen keyboard (or a PS/2 keyboard if you have one connected) to enter a new name for your MusicCAST client.**
   See page 78 for an explanation of how to enter characters using the on-screen keyboard.

6. **When you have finish entering the new MusicCAST client name, use ∧/</∨/> to move the cursor to "OK" and press SELECT to confirm the new name and close the Sub Menu.**
   Select "Cancel" to close the Sub Menu without changing the name.



**96**



This document is printed on chlorine free (ECF) paper with soy ink.

**YAMAHA ELECTRONICS CORPORATION, USA** 6660 ORANGETHORPE AVE., BUENA PARK, CALIF. 90620, U.S.A.
**YAMAHA CANADA MUSIC LTD.** 135 MILNER AVE., SCARBOROUGH, ONTARIO M1S 3R1, CANADA
**YAMAHA ELECTRONIK EUROPA G.m.b.H.** SIEMENSSTR. 22-34, 25462 RELLINGEN BEI HAMBURG, F.R. OF GERMANY
**YAMAHA ELECTRONIQUE FRANCE S.A.** RUE AMBROISE CROIZAT BP70 CROISSY-BEAUBOURG 77312 MARNE-LA-VALLEE CEDEX02, FRANCE
**YAMAHA ELECTRONICS (UK) LTD.** YAMAHA HOUSE, 200 RICKMANSWORTH ROAD WATFORD, HERTS WD18 7GQ, ENGLAND
**YAMAHA SCANDINAVIA A.B.** J A WETTERGRENS GATA 1, BOX 30053, 400 43 VÄSTRA FRÖLUNDA, SWEDEN
**YAMAHA MUSIC AUSTRALIA PTY. LTD.** 17-33 MARKET ST., SOUTH MELBOURNE, 3205 VIC., AUSTRALIA

YAMAHA CORPORATION
Printed in Japan   WB18700-2

GOOG-SONOSITC-PA-00022639

SONOS-SVG2-00032459