QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
Melissa Baily (Bar No. 237649)
melissabaily@quinnemanuel.com
Lindsay Cooper (Bar No. 287125)
lindsaycooper@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:   (415) 875-6600
Facsimile:   (415) 875-6700

*Attorneys for Google LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GOOGLE LLC,<br><br>              Plaintiff,<br><br>        vs.<br><br>SONOS, INC.,<br><br>              Defendant. | CASE NO. 3:20-cv-06754-WHA<br>Related to CASE NO. 3:21-cv-07559-WHA<br><br>**PROOF OF SERVICE** |

I, Jocelyn Ma, declare and state as follows:

1. I am an attorney licensed to practice in the State of California and am admitted to practice before this Court. I am an associate at Quinn Emanuel Urquhart & Sullivan LLP, whose address is 50 California Street, 22nd Floor, San Francisco, CA 94111. I am over the age of eighteen and not a party to this action.

2. On May 5, 2022, I caused the following documents to be served on all counsel of record via electronic mail:

   a. Declaration of Nima Hefazi in Support of Google's Administration Motion to File Under Seal Portions of Its Opposition to Sonos, Inc.'s Motion for Summary Judgment Pursuant to the Court's Patent Showdown Procedure

   b. Declaration of Nima Hefazi in Support of Google's Administration Motion to Consider Whether Another Party's Material Should Be Sealed

   c. Unredacted Version of Google's Opposition to Sonos, Inc.'s Motion for Summary Judgment Pursuant to the Court's Patent Showdown Procedure

   d. Unredacted Version of the Declaration of Dr. Dan Schonfeld

   e. Unredacted Version of Exhibit 1 to the Declaration of Marc Kaplan ("Kaplan Declaration")

   f. Unredacted Version of Exhibit 3 to the Declaration of Kaplan Declaration

   g. Unredacted Version of Exhibit 4 to the Declaration of Kaplan Declaration

   h. Unredacted Version of Exhibit 5 to the Declaration of Kaplan Declaration

   i. Unredacted Version of Exhibit 7 to the Declaration of Kaplan Declaration

   j. Unredacted Version of Exhibit 8 to the Declaration of Kaplan Declaration

   k. Unredacted Version of Exhibit 9 to the Declaration of Kaplan Declaration

   l. Unredacted Version of Exhibit 10 to the Declaration of Kaplan Declaration

3. The documents were transmitted via electronic mail to the addresses below, pursuant to the agreement between the parties, and the electronic mail transmission was reported as complete and without error.

| Recipient | Email Address: |
|---|---|
| Clement Seth Roberts<br>Bas De Blank<br>Alyssa Caridis<br>Evan D. Brewer<br>Shane D. Anderson<br>ORRICK, HERRINGTON &<br>SUTCLIFFE LLP<br>The Orrick Building<br>405 Howard Street<br>San Francisco, CA 94105-2669<br>Telephone: (415) 773-5700<br>Facsimile: (415) 773-5759<br><br>George I. Lee<br>Sean M. Sullivan<br>Rory P. Shea<br>J. Dan Smith<br>Michael P. Boyea<br>Cole Richter<br>Matthew J. Sampson<br>Jae Y. Pak<br>David R. Grosby<br>LEE SULLIVAN SHEA & SMITH LLP<br>656 W Randolph St., Floor 5W<br>Chicago, IL 60661<br>Telephone: (312) 754-0002<br>Facsimile: (312) 754-0003<br><br>*Counsel for Sonos, Inc.* | Sonos-NDCA06754-service@orrick.com |

    I declare under penalty of perjury under the laws of the United States of America that to the best of my knowledge the foregoing is true and correct. Executed on May 5, 2022, in San Francisco, California.

DATED: May 5, 2022

By:   */s/ Jocelyn Ma*
        Jocelyn Ma