CLEMENT SETH ROBERTS (STATE BAR NO. 209203)
croberts@orrick.com
BAS DE BLANK (STATE BAR NO. 191487)
basdeblank@orrick.com
ALYSSA CARIDIS (STATE BAR NO. 260103)
acaridis@orrick.com
EVAN D. BREWER (STATE BAR NO. 304411)
ebrewer@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:    +1 415 773 5700
Facsimile:    +1 415 773 5759

SEAN M. SULLIVAN (*pro hac* vice)
sullivan@ls3ip.com
MICHAEL P. BOYEA (*pro hac* vice)
boyea@ls3ip.com
COLE B. RICHTER (*pro hac* vice)
richter@ls3ip.com
LEE SULLIVAN SHEA & SMITH LLP
656 W Randolph St., Floor 5W
Chicago, IL 60661
Telephone:    +1 312 754 0002
Facsimile:    +1 312 754 0003

*Attorneys for Sonos, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GOOGLE LLC,<br><br>   Plaintiff and Counter-defendant,<br><br>v.<br><br>SONOS, INC.,<br><br>   Defendant and Counter-claimant. | Case No. 3:20-cv-06754-WHA<br>Related to Case No. 3:21-cv-07559-WHA<br><br>**DECLARATION OF MICHAEL P. BOYEA IN SUPPORT OF SONOS, INC.'S OPPOSITION TO GOOGLE'S MOTION FOR SUMMARY JUDGMENT PURSUANT TO THE COURT'S PATENT SHOWDOWN PROCEDURE**<br><br>Date: June 9, 2022<br>Time: 8:00 a.m.<br>Place: Courtroom 12, 19th Floor<br>Judge: Hon. William Alsup<br><br>Complaint Filed: September 28, 2020 |

1     I, Michael P. Boyea, declare as follows and would so testify under oath if called upon to
2  do so:

3     1.    I am an attorney with the law firm of Lee Sullivan Shea & Smith LLP, counsel for
4  Sonos, Inc. ("Sonos") in the above-captioned matter. I am a member in good standing of the Bar
5  of the State of Illinois. I make this declaration based on my personal knowledge, unless otherwise
6  noted. If called, I can and will testify competently to the matters set forth herein.

7     2.    I make this declaration in support of Sonos's opposition to Google's motion for
8  summary judgment.

9     3.    Attached as **Exhibit 1** is a true and correct copy of the declaration of Dr. Douglas
10 C. Schmidt in support of Sonos's opposition to Google's motion for summary judgment.

11    4.    Attached as **Exhibit 2** is a true and correct copy of an excerpt from Google's
12 source code (SC-GOOG-SONOSNDCA-001290).

13    5.    Attached as **Exhibit 3** is a true and correct copy of an excerpt from Google's
14 source code (SC-GOOG-SONOSNDCA-000331).

15    6.    Attached as **Exhibit 4** is a true and correct copy of an annotated copy of an email
16 chain dated February 20, 2020 between Google employees re bug details (GOOG-
17 SONOSNDCA-00072008).

18    7.    Attached as **Exhibit 5** is a true and correct copy of annotated excerpts from a
19 Google webpage re Google Cast (GOOG-SONOSWDTX-00006865).

20    8.    Attached as **Exhibit 6** is a true and correct copy of annotated excerpts from a
21 Google webpage re Google Cast (GOOG-SONOSWDTX-00006780).

22    9.    Attached as **Exhibit 7** is a true and correct copy of annotated excerpts from an
23 Overview of Cast dated December 11, 2020, from YouTube Music Playback Squad (GOOG-
24 SONOSWDTX-00039480).

25    10.   Attached as **Exhibit 8** is a true and correct copy of annotated excerpts from a
26 Google webpage re Google Cast (GOOG-SONOSWDTX-00006873).

27    11.   Attached as **Exhibit 9** is a true and correct copy of annotated excerpts from "MDx
28 Overview" (GOOG-SONOSWDTX-00039916).

1  12. Attached as **Exhibit 10** is a true and correct copy of excerpts from Google's "YTM Cast: Loop, aka Repeat" (GOOG-SONOSWDTX-00051490).

13. Attached as **Exhibit 11** is a true and correct copy of annotated excerpts from the deposition transcript of Vincent Mo taken on April 19, 2022.

14. Attached as **Exhibit 12** is a true and correct copy of annotated excerpts from the deposition transcript of David Nicholson taken on April 21, 2022.

15. Attached as **Exhibit 13** is a true and correct copy of annotated excerpts from Google's "A Sample Session" (GOOG-SONOSWDTX-00041837).

16. Attached as **Exhibit 14** is a true and correct copy of annotated excerpts from the deposition transcript of Jonas Levai taken on May 4, 2022.

17. Attached as **Exhibit 15** is a true and correct copy of annotated excerpts from the rough deposition transcript of Ramona Bobohalma taken on May 5, 2022.

18. Attached as **Exhibit 16** is a true and correct copy of annotated excerpts from Google's "Youtube Remote V1" (GOOG-SONOSNDCA-00075593).

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed this 5th day of May, 2022 in Chicago, Illinois.

*/s/ Michael P. Boyea*
Michael P. Boyea