# EXHIBIT 6





Cast

Search

Home Guides Reference Samples Support



Cast

- Home
- Guides
- Reference
- Samples
- Support
- Cast SDK
- Get Started
- Registration
- Terms of Service
- Glossary
- Sender Apps
- Develop Android Sender App
  - Setup
  - Integrate Cast
  - Customize UI
  - Automate UI Tests
  - Add Advanced Features
    - Media Tracks
    - Queueing
    - Intent to Join
    - Additional Features
  - ExoPlayer Integration
- Develop iOS Sender App
  - Setup
  - iOS Permissions Changes
  - Integrate Cast
  - Customize UI
  - Add Advanced Features
    - Media Tracks

GOOG-SONOSWDTX-00006780

The act of displaying all forms of media (for example, video) dynamically on a Google Cast receiver (for example, a Chromecast).

**Cast Connect**

The Cast Connect library allows your Android TV app to receive messages and broadcast media status, as if it were a Chromecast. This is meant to "combine Cast with Android TV to bring your app to the modern Cast experience." It allows for expanded control, including being able to use a hardware remote.

**cast state**

The current state of casting from the perspective of the sender:

| State | Description |
|---|---|
| Unavailable | No Cast receivers are available |
| Disconnected | Cast receivers are available and none are connected |
| Connecting | A Cast receiver is connecting |
| Connected | A Cast receiver is connected but not casting |
| Casting | A Cast receiver is connected and casting |

**Chrome Sender**

Chrome Sender is used to send and share your applications from your Chrome devices to others.

**Chromecast**

A streaming media adapter from Google that allows users to play online content such as videos and music on a display.

**Closed captions (subtitles)**

Closed caption track selection in the Receiver SDK has a TextTracksManager class that simplifies and streamlines track selection, giving you more control and better access to properties, such as name, URL and language (much like Audio track selection).

**Cross-Origin Resource Sharing (CORS)**

Cross-origin resource sharing (CORS) is a method that requests secure web page resources from an outside domain.

**Custom messages**

Message exchange is the key interaction method for receiver applications. A sender can send a message to the receiver and vice versa. A receiver application may choose to listen for messages on a specified namespace. It is then up to any connected senders wishing to communicate on that namespace to use the appropriate protocol.

**Custom Receiver**

This is a custom built HTML5 app that you must host to handle the display of your app content on the TV. You may need to create a Custom Receiver if your app wants to display content other than audio/video media or if the Styled Media Receiver does not support the media types your app requires.

**Custom UI data binding**

Custom UI data binding allows you to use your own custom UI element and use the PlayerDataBinder class to bind the UI to the player state. The binder also supports sending events for data changes, if the app does not support data binding.

**Content preload**

The Receiver supports preloading of media items after the current playback item in the queue. The preload operation pre-downloads several segments of the upcoming items. Preloading will work for HLS and Smooth streaming content by default. For regular MP4 video and audio files such as MP3, those will not be preloaded, as Cast devices support one media element only and cannot be used to preload while an existing content item is still playing.

# D

**Default Media Receiver**

A third option available is the Default Media Receiver. This is a pre-built receiver application hosted by Google that is designed for streaming your audio and video content. It does not require you to register with the Google Cast SDK Developer Console, but you cannot customize any of the UI in the Default Media Receiver.

# G

**Google Cast SDK Developer Console**

The Google Cast Developer Console enables developers to register applications and authorize devices for testing.

**Guest mode**

A receiver device mode that allows a sender device (such as a phone or tablet) to cast to it when that sender device is nearby, without requiring that the sender be connected to the same Wi-Fi network as the receiver device. See guest mode for more information.

# I

**iOS Sender**

iOS Sender is used to send and share your applications from your Apple mobile devices to others.

# M

**Media Playback Messages**

Google Cast sender applications control the playback on the receiver device by sending messages in JSON format to the receiver application. Likewise, the receiver sends messages back to the sender, also in JSON. The messages may be commands from the sender that change the player state, responses to those commands from the receiver, or data structures that describe the media for the receiver application.

**Message interception**

The Receiver SDK allows your receiver app to intercept messages and execute custom code at that point of interception. Message interception can be especially useful if you want to customize the load request data.

# Q

**Queueing**

Cast utilizes both a basic sender-initiated queue and receiver-implemented queueing.