# EXHIBIT 8





Cast

Search

Home Guides Reference Samples Support



Cast

- Home
- Guides
- Reference
- Samples
- Support
- Cast SDK
- Get Started
- Registration
- Terms of Service
- Glossary
- Sender Apps
- Develop Android Sender App
  - Setup
  - Integrate Cast
  - Customize UI
  - Automate UI Tests
  - Add Advanced Features
    - Media Tracks
    - Queueing
    - Intent to Join
    - Additional Features
  - ExoPlayer Integration
- Develop iOS Sender App
  - Setup
  - iOS Permissions Changes
  - Integrate Cast
  - Customize UI
  - Add Advanced Features
    - Media Tracks

GOOG-SONOSWDTX-00006873

- - Queueing
    - Additional Features
- Develop Chrome Sender App
  - Setup
  - Integrate Cast
  - Add Advanced Features
- Discovery Troubleshooting
- Guest Mode
- Migrate Sender v2 App to CAF
  - From Cast Companion Library
  - From Android SDK v2
  - From iOS SDK v2
- Receiver Apps
- Develop Web Receiver App
  - Overview
  - Styled Media Receiver
  - Create a Basic Receiver
  - Customize UI
  - Core Features
  - Streaming Protocols
  - Add Advanced Features
    - Tracks
    - Queueing
    - Ad Breaks
    - Live
  - Debugging
    - Chrome Remote Debugger
    - Cast Debug Logger
    - Command and Control (CaC) Tool
  - Error Codes
- Develop Android TV Receiver App
  - Overview
  - Core Features
  - Add Advanced Features
    - Tracks
    - Queueing
    - Ad Breaks
  - Debugging
  - Troubleshooting
- Migrate Receiver v2 to CAF
- Design Guide
- UX Guidelines
- Design Checklist
  - Overview
  - Cast basics
  - Cast button
  - Cast dialog
  - Cast autoplay
  - Sender app
  - Receiver app
    - Non-Touch
    - Touch
  - Changelog
- Test Cases
- Testing Cast Apps
- Devices
- Audio Devices

- Home
- Products
- Cast
- Guides

**Queueing**

## Overview

Queueing allows partner applications to better integrate with Cast by providing the following features:

- Support of Google's and partner's cloud queue implementation so externally stored and created queue can be directly loaded into Cast devices.
- Mechanisms that allows pagination of items in the queue rather than loading everything at once.
- Support for new messaging such as going to the next item, the previous item, fetching a window of queue items, as well as getting media information related to a set of queue items.
- Better integration with the Cast eco-system such as Google Home and Google Assistant through new queueing data.
- An easy-to-use `QueueManager` API that allows insertion, removal, and update of queue items.

## Creating a queue

Application developers can create a Web Receiver side queue by implementing `cast.framework.QueueBase`.

Here is a basic example of a simple queue where the `initialize` call is overridden and then a list of queue items along with queue descriptions are provided to the Cast device.

**Tip**: Also see Loading media using `contentId, contentUrl` and `entity`.

```
// Creates a simple queue with a combination of contents.
const DemoQueue = class extends cast.framework.QueueBase {
  constructor() {
    super();

    /**
     * List of media urls.
     * @private @const {!Array<string>}
     */
    this.myMediaUrls_ = [...];
  }
  /**
   * Provide a list of items.
   * @param {!cast.framework.messages.LoadRequestData} loadRequestData
   * @return {!cast.framework.messages.QueueData}
   */
  initialize(loadRequestData) {
    const items = [];
    for (const mediaUrl of this.myMediaUrls_) {
      const item = new cast.framework.messages.QueueItem();
      item.media = new cast.framework.messages.MediaInformation();
      item.media.contentId = mediaUrl;
```

GOOG-SONOSWDTX-00006874