1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA,

SAN FRANCISCO DIVISION

| | |
|---|---|
| GOOGLE LLC,<br><br>    Plaintiff and Counter-defendant,<br><br>v.<br><br>SONOS, INC.,<br><br>    Defendant and Counter-claimant. | Case No. 3:20-cv-06754-WHA<br>Related to Case No. 3:21-cv-07559-WHA<br><br>**[PROPOSED] ORDER GRANTING SONOS, INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |

Pursuant to Civil Local Rule 79-5, Sonos, Inc. ("Sonos") has filed an Administrative Motion to Consider Whether Another Party's Material Should Be Sealed ("Administrative Motion") in connection with Sonos, Inc.'s Opposition to Google's Motion for Summary Judgment Pursuant to the Court's Patent Showdown Procedure ("Motion"), and good cause to seal having been shown, the Court GRANTS Sonos's Administrative Motion and ORDERS sealed the following:

| DOCUMENT | PORTIONS TO BE SEALED | DESIGNATING PARTY |
|---|---|---|
| Sonos, Inc.'s Opposition to Google's Motion for Summary Judgment Pursuant to the Court's Patent Showdown Procedure ("Motion") | Portions highlighted in green | Google |
| Exhibit 1 to the Declaration of Michael P. Boyea in Support of Motion | Entire document | Google |
| Exhibit 2 to the Declaration of Michael P. Boyea in Support of Motion | Entire document | Google |
| Exhibit 3 to the Declaration of Michael P. Boyea in Support of Motion | Entire document | Google |
| Exhibit 4 to the Declaration of Michael P. Boyea in Support of Motion | Entire document | Google |
| Exhibit 7 to the Declaration of Michael P. Boyea in Support of Motion | Entire document | Google |
| Exhibit 9 to the Declaration of Michael P. Boyea in Support of Motion | Entire document | Google |
| Exhibit 10 to the Declaration of Michael P. Boyea in Support of Motion | Entire document | Google |
| Exhibit 11 to the Declaration of Michael P. Boyea in Support of Motion | Entire document | Google |
| Exhibit 12 to the Declaration of Michael P. Boyea in Support of Motion | Entire document | Google |
| Exhibit 13 to the Declaration of Michael P. Boyea in Support of Motion | Entire document | Google |
| Exhibit 14 to the Declaration of Michael P. Boyea in Support of Motion | Entire document | Google |
| Exhibit 15 to the Declaration of Michael P. Boyea in Support of Motion | Entire document | Google |

| DOCUMENT | PORTIONS TO BE SEALED | DESIGNATING PARTY |
|---|---|---|
| Exhibit 16 to the Declaration of Michael P. Boyea in Support of Motion | Entire document | Google |

Dated: _____, 2022

                                                                   HON. WILLIAM H. ALSUP
                                                                   United States District Judge