UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GOOGLE LLC,<br><br>    Plaintiff,<br><br>  vs.<br><br>SONOS, INC.,<br><br>    Defendant. | CASE NO. 3:20-cv-06754-WHA<br>Related to CASE NO. 3:21-cv-07559-WHA<br><br>**[PROPOSED] ORDER GRANTING GOOGLE LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF ITS PATENT SHOWDOWN OPPOSITION TO SONOS'S MOTION TO STRIKE PORTIONS OF GOOGLE'S SUMMARY JUDGMENT MOTION** |

1  Plaintiff Google LLC ("Google") has filed an Administrative Motion to File Under Seal
2  Portions of its Opposition to Sonos's Motion to Strike Portions of Google's Motion for Summary
3  Judgment ("Google's Administrative Motion").

4  Having considered Google's Administrative Motion, and compelling reasons to seal having
5  been shown, the Court **GRANTS** Google's Administrative Motion and **ORDERS** sealed the
6  documents listed below:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Google's Opposition | Portions highlighted in green | Google |
| Exhibit 2 | Portions highlighted in green | Google |
| Exhibit 6 | Portions highlighted in green | Google |
| Exhibit 9 | Portions highlighted in green | Google |
| Affidavit of N. Hefazi | Portions highlighted in green | Google |

16  IT IS SO ORDERED.

19  DATED:

The Honorable William Alsup
United States District Court Judge