# EXHIBIT 7

**Anne-Raphaëlle Aubry**

| | |
|---|---|
| **From:** | Nima Hefazi |
| **Sent:** | Thursday, March 24, 2022 7:15 PM |
| **To:** | Cole Richter |
| **Cc:** | QE-Sonos3; Sonos-NDCA06754-service |
| **Subject:** | RE: Google v. Sonos [NDCA2] |

Cole,

This is confirmed.

Additionally, Google has added to the source code review computer: (1) a reproduction of the YouTube Remote source code from July 12, 2011 that was previously made available for inspection, and (2) a November 11, 2010 YouTube Remote source code capture. This code preserves the last modified dates and is now available for inspection.

Thanks,
Nima

---

**From:** Cole Richter <richter@ls3ip.com>
**Sent:** Thursday, March 24, 2022 11:13 AM
**To:** Nima Hefazi <nimahefazi@quinnemanuel.com>
**Cc:** QE-Sonos3 <qe-sonos3@quinnemanuel.com>; Sonos-NDCA06754-service <Sonos-NDCA06754-service@orrick.com>
**Subject:** Google v. Sonos [NDCA2]

**[EXTERNAL EMAIL from richter@ls3ip.com]**

Nima,

Sonos plans to inspect Google's source code on 3/29 in Quinn's LA offices. Attending will be Kevin Almeroth.

Best,

**Cole B. Richter**



Lee Sullivan Shea & Smith LLP
656 W Randolph St, Ste. 5W, Chicago, IL 60661
312.754.9602 *Main* | 312.757.4478 *Direct*
richter@ls3ip.com | www.ls3ip.com