# EXHIBIT 12

DOC Reviewers
Time
10th Fl.
Guest Office #3

| Date | Name | Check-In | Out to lunch | Back from lunch | Gone for the day |
|------|------|----------|--------------|-----------------|------------------|
| 4/19/21 | Geoff Moss | 9:21 | 12:30 | 1:30 | 4:54 |
| 4/19/21 | Erick Herring | 9:22 | 12:30 | 1:30 | 4:54 |
| 4/20/21 | Geoff Moss | 9:08 | 12:36 | 1:30 | 4:55 |
| 4/20/21 | ERICK HERRING | 9:32 | 12:30 | 1:30 | 4:03 |
| 4/23/21 | Geoff Moss | 9:21 | 1:00 | 2:00 | 5:00 |
| 4/23/21 | ERICK HERRING | 10:45 | 1:00 | 2:00 | 5:00 |
| 4/28/21 | GEOFF MOSS | 9:10 | 12:30 | 2:45 | 5:00 |
| -"- | ERICK HERRING | 9:55 | 12:30 | 2:45 | 5:00 |
| 4/29/21 | GEOFF MOSS | 9:24 | 12:30 | 1:40 | 5:00 |
| 4/29/21 | CHRIS OZENNE | 9:24 | 12:30 | 1:40 | 5:00 |
| 4/29/21 | ERICK HERRING | 10:00 | 12:30 | 1:40 | 5:00 |
| 4/30/21 | CHRIS OZENNE | 9:02 | 12:31 | 1:40 | 5:00 |
| 4/30/21 | GEOFF MOSS | 9:02 | 12:31 | 1:40 | 5:00 |
| 5/5/21 | GEOFF MOSS | 9:30 | 12:32 | 1:40 | 5:00 |
| 5/5/21 | CHRIS OZENNE | 12:20 | 12:32 | 1:36 | 5:00 |
| 5/6/21 | CHRIS OZENNE | 9:11 | 12:20 | 1:36 | 5:00 |
| 5/6/21 | GEOFF MOSS | 10:45 | 12:20 | 2:00 | 5:00 |
| 5/7/21 | CHRIS OZENNE | 9:00 | 12:35 | 1:30 | 5:00 |
| 5/7/21 | GEOFF MOSS | 9:20 | 12:35 | 3:15 | 5:00 |
| 5/13/21 | CHRIS OZENNE | 9:08 | 12:32 | 1:45 | 5:00 |
| 5/13/21 | GEOFF MOSS | 11:50 | 12:32 | 3:25 | 4:00 |

PLEASE DO NOT MOVE SHEET

| Date | Name | Check-In | Out to lunch | Back from lunch | Gone for the day |
|------|------|----------|--------------|-----------------|------------------|
| 5-14-21 | CHRIS OZENNE | 9:16 | 12:30 | 1:30 | 5:00 |
| 5/14/21 | GEOFF MOSS | 11:20 | 12:30 | 2:12 | 5:00 |
| 5/20/21 | CHRIS OZENNE | 9:25 | 12:35 | 1:45 | 4:45 |
| 5/21/21 | CHRIS OZENNE | 9:10 | 12:32 | 1:40 | 4:03 |
| 5/26/21 | CHRIS OZENNE | 8:55 | 12:35 | 1:40 | 4:00 |
| 5/26/21 | Geoff Moss | 9:22 | 12:35 | 3:15 | 4:00 |
| 5/27/21 | CHRIS OZENNE | 8:25 | 12:35 | 1:35 | 4:00 |
| 5/27/21 | Geoff Moss | 9:02 | 12:35 | 1:35 | 4:00 |
| 6/2/21 | CHRIS OZENNE | 8:36 | 12:30 | 1:27 | 4:00 |
| 6/2/21 | Geoff Moss | 8:55 | 12:30 | 1:27 | 4:00 |
| 6/3/21 | Geoff Moss | 8:20 | 12:23 | 2:27 | 3:57 |
| 6/10/21 | CHRIS OZENNE | 9:10 | 12:30 | 1:30 | 4:00 |
| 6/10/21 | Geoff Moss | 3:05 | — | — | 4:00 |
| 6/11/21 | CHRIS OZENNE | 8:15 | 12:30 | 1:30 | 4:00 |
| 6/11/21 | Geoff Moss | 1:57 | — | — | 4:00 |
| 6/16/21 | CHRIS OZENNE | 9:00 | 12:30 | 1:30 | 5:00 |
| 6/30/21 | CHRIS OZENNE | 12:50 | — | — | 5:00 |
| 7/1/21 | CHRIS OZENNE | 9:10 | 12:30 | 1:40 | 5:00 |
| 7/1/21 | Geoff Moss | 9:55 | 12:30 | 1:40 | 5:00 |
| 7/8/21 | CHRIS OZENNE | 9:10 | 12:00 | 1:05 | 5:00 |
| 7/9/21 | CHRIS OZENNE | 9:10 | 12:30 | 2:00 | 5:00 |

PLEASE DO NOT MOVE SHEET

| Date | Name | Check-In | Out to lunch | Back from lunch | Gone for the day |
|------|------|----------|--------------|-----------------|------------------|
| 7/5/21 | Geoff Moss | 7:10 | 12:30 | 2:00 | 5:00 |
| 7/5/21 | CHRIS OZENNE | 10:00 | 12:10 | 1:10 | 4:45 |
| 7/15/21 | Geoff Moss | 10— | 1230 | 200 | 500 |
| 7/16/21 | Geoff Moss | 915 | 1— | 2— | 445 |
| 7/21/21 | CHRIS OZENNE | 9:00 | 12:30 | 1:45 | 5:00 |
| 7/21/21 | Geoff Moss | 1050 | 12:30 | 1:30 | 5:00 |
| 7/22/21 | CHRIS OZENNE | 9:25 | 12:05 | 1:15 | 5:00 |
| 7/28/21 | CHRIS OZENNE | 9:21 | 12:30 | 12:45 | 5:00 |
| 7/28/21 | Geoff Moss | 245 | | | 5:00 |
| 7/29/21 | CHRIS OZENNE | 9:05 | 12:30 | 1:40 | 500 |
| 7/29/21 | Geoff Moss | 215 | | | 500 |
| 8/5/21 | CHRIS OZENNE | 9:15 | 12:30 | 1:40 | 5:10 |
| 8/5/21 | Geoff Moss | 1120 | 12:30 | | 5:10 |
| 8/6/21 | CHRIS OZENNE | 1:00 | — | — | 5:00 |
| 8/6/21 | Geoff Moss | 200 | — | — | 5:00 |
| 8/11/21 | CHRIS OZENNE | 9:20 | 12:35 | 1:45 | 5:10 |
| 8/11/21 | Geoff Moss | 1045 | 12:35 | 1:45 | 5:10 |
| 8/12/21 | CHRIS OZENNE | 9:15 | 12:30 | 1:35 | 5:00 |
| 8/12/21 | Geoff Moss | 1030 | 1230 | 1:35 | 5:00 |
| 8/17/21 | CHRIS OZENNE | 9:10 | 12:30 | 1:40 | 5:00 |
| 8/17/21 | Geoff Moss | 2— | | | 5:00 |

PLEASE DO NOT MOVE SHEET

| Date | Name | Check-In | Out to lunch | Back from lunch | Gone for the day |
|------|------|----------|--------------|-----------------|------------------|
| 8/18/21 | CHRIS OZENNE | 9:20 | 12:30 | 1:30 | 5:00 |
| 8/19/21 | CHRIS OZENNE | 9:15 | 12:30 | 1:30 | 5:00 |
| 8/19/21 | Geoff Moss | 10:00 | 12:30 | 2:30 | 5:00 |
| 8/20/21 | Geoff Moss | 200— | | | JURY |
| 8/24/21 | CHRIS OZENNE | 9:30 | 12:30 | 1:30 | 5:00 |
| 8/24/21 | Geoff Moss | 12— | 12:30 | 1:30 | 5:00 |
| 8/25/21 | Geoff Moss | 905— | 12:35 | 1:30 | 5:10 |
| 8/25/21 | CHRIS OZENNE | 9:15 | 12:35 | 1:36 | 5:10 |
| 8/26/21 | CHRIS OZENNE | 9:40 | 12:30 | 1:30 | 5:00 |
| 8/26/21 | G Moss | 9:50 | 6012:30 | 1:30 | 5:00 |
| 8/31/21 | CHRIS OZENNE | 9:05 | 12:30 | 1:30 | 5:00 |
| 8/31/21 | Geoff Moss | 10— | 12:30 | 1:30 | 5:00 |
| 9/1/21 | CHRIS OZENNE | 9:10 | 12:30 | 1:30 | 5:00 |
| 9/2/21 | CHRIS OZENNE | 9:15 | 12:35 | 1:30 | 5:00 |
| 9/2/21 | GEOFF MOSS | 1030 | 1235 | 1:30 | 5:00 |
| 9/2/21 | Geoff Moss | 1030 | 1228 | 130 | 500 |
| 7/8/21 | Geoff Moss | 1130 | 1230 | 145 | 500 |
| 9/9/21 | Chris Ozenne | 10— | 12:30 | 1:30 | 5:00 |
| 9/9/21 | Geoff Moss | 10— | 12:30 | 1:30 | 5:00 |
| 9/10/21 | Geoff Moss | 930 | 1230 | 130 | 240 |
| 10/5/21 | CHRIS OZENNE | 9:06 | 12:30 | 1:50 | 5:00 |
| 10/5/21 | Geoff Moss | 9:30 | 12:30 | 1:50 | 5:00 |
| 10/5/21 | ERICK HERRING | 10:35 | | | 5:00 |

PLEASE DO NOT MOVE SHEET

| Date | Name | Check-In | Out to lunch | Back from lunch | Gone for the day |
|------|------|----------|--------------|-----------------|------------------|
| 10/6 | Chris Orenne | 9:00 | 12:30 | 1:30 | 5:00 |
| " | ERICK HERRING | 10:00 | — | — | 4:15 PM |
| 10/7 | Chris Ozenne | 9:00 | 12:30 | 1:45 | 5:10 PM |
| " | ERICK HERRING | 9:30 | 12:30 | 1:45 | 5:10 PM |
| 10/14 | Chris Orenne | 9:10 | 12:41 | 2:20 | 5:25 |
| 10/14 | ERICK HERRING | 9:30 | 12:41 | 2:20 | 5:25 |
| 10/14 | Geoff Moss | 1:40 | | | 5:25 |
| 10/15 | Chris Orenne | 9:30 | 12:35 | 1:40 | 5:05 |
| 12/20 | Chris Ozenne | 9:17 | 12:55 | 2:00 | 5:00 |
| 12/21 | Chris Ozenne | 12:56 | 12:56 | 2:20 | 5:12 |
| 12/21 | Erick Herring | 12:56 | 12:56 | 2:20 | 5:12 |
| 12/22 | Chris Ozenne | 9:05 | 11:30 | 12:30 | 3:20 |
| 12/22 | ERICK HERRING | 9:45 | 11:30 | 12:30 | 4:00 |
| 1/12 | Geoff Moss | 10:30 | 1:03 | 2:04 | 5:00 |
| 1/12 | ERICK HERRING | 11:40 | 1:03 | 2:04 | 5:00 |
| 1/13 | GEOFF MOSS | 10:30 | 12:30 | 1:30 | 5:00 |
| 1/13 | ERICK HERRING | 10:00 | 12:30 | 1:30 | 5:00 |
| 1/14 | Geoff Moss | 9:30 | 1:15 | 2:15 | 4:50 |
| 1/14 | Erick Herring | 10:00 | 1:15 | 2:15 | 4:35 |
| 1/18 | Geoff Moss | 10:10 | 12:30 | 1:30 | 4:50 |
| 1/18 | ERICK HERRING | 10:45 | 12:30 | 1:30 | 4:35 |

PLEASE DO NOT MOVE SHEET

| Date | Name | Check-In | Out to lunch | Back from lunch | Gone for the day |
|------|------|----------|--------------|-----------------|------------------|
| 1/19/22 | Geoff Moss | 10.30 | 141 | 243 | 505 |
| 1/19/22 | Erick Herring | 10.30 | 141 | 243 | 505 |
| 1/28/22 | Geoff Moss | 950 | 1240 | 150 | 5:05 |
| 1/28/22 | Erick Herring | 10.20 | 1240 | 1.50 | 5:05 |
| 1/31/22 | Geoff Moss | 9:45 | 12:15 | 2:40 | 5:10 |
| 1/31/22 | Erick Herring | 10:00 | 12:15 | 2:40 | 5:10 |
| 2/1/22 | Geoff Moss | 9:35 | | | 506 |
| 2/1/22 | ERICK HERRING | 11:00 | | | 506 |
| 2/2/22 | Geoff Moss | 9:30 | | | 505 |
| 2/3/22 | Geoff Moss | 9:30 | 12:15 | 1:15 | 5:00 |
| 2/3/22 | ERICK HERRING | 10:30 | 12:5 | 1:18 | 5:10 |
| 2/4/22 | Geoff Moss | 935 | 1:05 | 2:00 | 5:05 |
| 2/4/22 | ERICK HERRING | 9:45 | 1:05 | 2:04 | 5:05 |
| 2/7/22 | Geoff Moss | 9/5 | 1:20 | 2:50 | 5:05 |
| 2/7/22 | ERICK HERRING | 9:45 | 1:20 | 2:50 | 5:05 |
| 2/8/22 | Geoff Moss | 10:20 | 12:20 | 2:20 | ~~350~~ 450 |
| 2/9/22 | Geoff Moss | 1:10 | 3:3 | | 7:30 |
| 2/10/22 | Geoff Moss | 10:10 | 1:30 | 2:40 | 445 |
| 2/11/22 | Geoff Moss | 1:15 | 115 | 215 | 425 |
| 2/15/22 | Geoff Moss | 940 | | | 505 |
| 2/16/22 | Chris Ozenne | 9:24 | 1:00 | 2:30 | 5:12 |

PLEASE DO NOT MOVE SHEET

| Date | Name | Check-In | Out to lunch | Back from lunch | Gone for the day |
|------|------|----------|--------------|-----------------|------------------|
| 2/17/22 | Chris Ozenne | 9:10 | 12:35 | 1:20 | 5:01 |
| 2/17/22 | Geoff Moss | 1015 | 12:35 | 1:45 | 5:01 |
| 2/18/22 | Geoff Moss | 1030 | 119 | 220 | 505 |
| 3/2/22 | Chris Ozenne | 9:10 | 1235 | 1:42 | 5:00 |
| 3/2/22 | Geoff Moss | 9:30 | 1235 | 1:42 | 5:00 |
| 3/3/22 | Chris Ozenne | 9:10 | 12:40 | 1:40 | 5:20 |
| 3/3/22 | Geoff Moss | 10:00 | 12:40 | 1:40 | 5:20 |
| 3/4/22 | Geoff Moss | 925 | | | 255 |
| 3/21/22 | Chris Ozenne | 9:17 | 12:20 | 1:55 | 5:12 |
| 3/22/22 | Chris Ozenne | 9:12 | 12:30 | 1:47 | 5:58 |
| 3/23/22 | Chris Ozenne | 9:24 | 12:35 | 2:00 | 4:20 |
| 3/29/22 | Kevin Almeroth | 9:00 | | | 4:30 |
| 4/4/22 | Chris Ozenne | 11:00 | 12:20 | 1:00 | 5:23 |
| 4/4/22 | Geoff Moss | 11:00 | 12:20 | 1:00 | 5:23 |
| 4/5/22 | Chris Ozenne | 9:07 | 12:15 | 152 | 5:06 |
| 4/5/22 | Geoff Moss | | | 152 | 5:06 |
| 4/6/22 | Chris Ozenne | 9:06 | 12:38 | 1:45 | 3:30 |
| 4/6/22 | Geoff Moss | 930 | 12:38 | 1:45 | 526 |
| 4/8/22 | Geoff Moss | 915 | | | 115 |
| 4/15/22 | Geoff Moss | 900 | 1109 | 1206 | 147 |
| | Geoff Moss | 1027 | | | 1130 |
| 4/25/22 | | | | | |

PLEASE DO NOT MOVE SHEET

| Date | Name | Check-In | Out to lunch | Back from lunch | Gone for the day |
|------|------|----------|--------------|-----------------|------------------|
| 4/26/22 | Geoff Moss | 913 | 1152 | 119 | 5:15 |
| 4/26/22 | Chris Ozenne | 913 | 11:55 | 1:19 | 5:15 |
| " | ERICK HERRING | 10:30 | 11:55 | 1:19 | 5:15 |
| 4/27/22 | Chris Ozenne | 9:27 | 12:40 | 1:51 | 5:30 |
| " | ERICK HERRING | 10:15 | 12:40 | 1:51 | 525 |
| 4/27/22 | Geoff Moss | 1030 | 1:55 | 1 15 | 525 |
| 4/29/22 | Chris Ozenne | 10:03 | ~~11:50~~ | ———— | 11:00 |
| 5/2/22 | Geoff Moss | 9— | | | |
| 5/2/22 | Michael Boyea | 9:05 | ———— | | 1:45 |
| 5/2/22 | Doug Schmidt | 9:05 | ———— | | 1:45 |
| 5/2/22 | Chris Ozenne | 9:05 | 12:00 | 1:11 | 5:00 |
| " | ERICK HERRING | 11:30 | 12:00 | 1:11 | 5:00 |
| 5/3/22 | Chris Ozenne | 9:21 | 1210 | 110 | 515 |
| " | ERICK HERRING | 10:00 | 1210 | 110 | 515 |
| " | Geoff Moss | 215 | | | 515 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

PLEASE DO NOT MOVE SHEET

| Date | Name | Check-In | Out to lunch | Back from lunch | Gone for the day |
|------|------|----------|--------------|-----------------|------------------|
|      |      |          |              |                 |                  |
|      |      |          |              |                 |                  |
|      |      |          |              |                 |                  |
|      |      |          |              |                 |                  |
|      |      |          |              |                 |                  |
|      |      |          |              |                 |                  |
|      |      |          |              |                 |                  |
|      |      |          |              |                 |                  |
|      |      |          |              |                 |                  |
|      |      |          |              |                 |                  |
|      |      |          |              |                 |                  |
|      |      |          |              |                 |                  |
|      |      |          |              |                 |                  |
|      |      |          |              |                 |                  |
|      |      |          |              |                 |                  |
|      |      |          |              |                 |                  |
|      |      |          |              |                 |                  |
|      |      |          |              |                 |                  |
|      |      |          |              |                 |                  |
|      |      |          |              |                 |                  |
|      |      |          |              |                 |                  |

PLEASE DO NOT MOVE SHEET

| Date | Name | Check-In | Out to lunch | Back from lunch | Gone for the day |
|------|------|----------|--------------|-----------------|------------------|
|      |      |          |              |                 |                  |
|      |      |          |              |                 |                  |
|      |      |          |              |                 |                  |
|      |      |          |              |                 |                  |
|      |      |          |              |                 |                  |
|      |      |          |              |                 |                  |
|      |      |          |              |                 |                  |
|      |      |          |              |                 |                  |
|      |      |          |              |                 |                  |
|      |      |          |              |                 |                  |
|      |      |          |              |                 |                  |
|      |      |          |              |                 |                  |
|      |      |          |              |                 |                  |
|      |      |          |              |                 |                  |
|      |      |          |              |                 |                  |
|      |      |          |              |                 |                  |
|      |      |          |              |                 |                  |
|      |      |          |              |                 |                  |
|      |      |          |              |                 |                  |
|      |      |          |              |                 |                  |
|      |      |          |              |                 |                  |

PLEASE DO NOT MOVE SHEET