QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
Melissa Baily (Bar No. 237649)
melissabaily@quinnemanuel.com
Lindsay Cooper (Bar No. 287125)
lindsaycooper@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

*Attorneys for GOOGLE, LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GOOGLE LLC,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>SONOS, INC.,<br><br>　　　　Defendant. | Case No. 3:20-cv-06754-WHA<br>Related to Case No. 3:21-cv-07559-WHA<br><br>**DECLARATION OF LINDSAY COOPER IN SUPPORT OF GOOGLE'S RESPONSE TO SONOS'S MOTION REQUESTING PATENT SHOWDOWN TRIAL DATE TO BE MOVED** |

I, Lindsay Cooper, declare and state as follows:

1. I am an attorney licensed to practice in the State of California and am admitted to practice before this Court. I am a Partner at Quinn Emanuel Urquhart & Sullivan LLP representing Google LLC ("Google") in this matter. I have personal knowledge of the matters set forth in this Declaration, and if called as a witness I would testify competently to those matters.

2. I make this declaration in support of Google's Response to Sonos's Motion Requesting Patent Showdown Trial Date To Be Moved ("Response"). If called as a witness, I could and would testify competently to the information contained herein.

3. Charles Verhoeven, Google's lead trial counsel, is unavailable on the following dates due to previously-scheduled trials or hearings requiring his attendance in other cases: August 1–31, 2022 (trial in *UMG v. Brighthouse*, M.D. Fla.);[1] September 7, 2022 (pretrial conference in *Warner v. Charter*, D. Col.); September 28, 2022 (pretrial conference in *SynQor v. Vicor*, E.D. Tex.); October 17–21, 2022 (trial in *SynQor v. Vicor*, E.D. Tex.); October 24 – November 14, 2022 (trial in *Warner v. Charter*, D. Col.); November 4, 2022 (pretrial conference in *Eolas v. Google*, N.D. Cal.);[2] November 28, 2022 – December 16, 2022 (trial in *Eolas v. Google*, N.D. Cal.); January 4, 2023 (pretrial conference in *Alorica v. Fortinet*, Santa Clara County Superior Court); January 9–20, 2023 (trial in *Eolas v. Google*, N.D. Cal.); January 23 – February 3, 2023 (trial in *Alorica v. Fortinet*, Santa Clara Superior Court); January 24, 2023 (pretrial conference in *Knauf v. JM,* S.D. Ill.); February 13 – March 10, 2023 (trial in *Eolas v. Google*, N.D. Cal. From February 13-24, 2023; trial in *Knauf v. JM*, S.D. Ill. from February 21-March 7, 2023; pretrial conference in *Via v. RideCo*, W.D. Tex. on March 10, 2023); March 31 – April 7, 2023 (trial in *Via v. RideCo*, W.D. Tex.); and April 10, 2023 (pretrial conference in *5GIP v. Samsung*, E.D. Tex.).

---

[1] In this matter, the court has instructed the parties to be ready for a 15-day trial at some point in August. The Court has not given any further guidance as to the specific start date of the trial.

[2] In this matter, the court has set three separate jury trial dates for each of the three defendants respectively. Mr. Verhoeven is counsel for one of the defendants, Google LLC. The defendants do not yet know which trial date they have been assigned to, and the court has said it will make this determination at a later time.

4.      Chris Bakewell, Google's damages expert, is unavailable on the following dates due to previously-scheduled trials in other cases: August 1 – September 2, 2022; September 26–30, 2022; October 10–14, 2022; October 17–21, 2022; and November 14 – December 23, 2022.

5.      Dr. Dan Schonfeld, one of Google's technical experts, is unavailable on the following dates due to previously-scheduled trials: September 12–16, 2022 and September 19–23, 2022. Dr. Schonfeld is also scheduled to testify at an International Trade Commission hearing the same week as the currently-scheduled showdown trial, July 18–22, 2022.

6.      Dr. Samrat Battacharjee, one of Google's technical experts, is unavailable the week of September 12–16, 2022 due to a previously-scheduled trial.

I declare under penalty of perjury under the laws of the United States of America that to the best of my knowledge the foregoing is true and correct. Executed on May 9, 2022, in Mill Valley, California.

DATED: May 9, 2022

By:  */s/ Lindsay Cooper*
      Lindsay Cooper

**ATTESTATION**

I, Charles K. Verhoeven, am the ECF user whose ID and password are being used to file the above Declaration. In compliance with Civil L.R. 5-1, I hereby attest that Lindsay Cooper has concurred in the aforementioned filing.

DATED: May 9, 2022

>　　　　　　　　　　　　　　　　　　　*/s/ Charles K. Verhoeven*
>　　　　　　　　　　　　　　　　　　　Charles K. Verhoeven

**CERTIFICATE OF SERVICE**

Pursuant to the Federal Rules of Civil Procedure and Local Rule 5-1, I hereby certify that, on May 9, 2022, all counsel of record who have appeared in this case are being served with a copy of the foregoing via the Court's CM/ECF system and email.

 */s/ Charles K. Verhoeven*
Charles K. Verhoeven