1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GOOGLE LLC                              ,

        Plaintiff(s),

    v.

SONOS, INC.                             ,

        Defendant(s).

Case No. 3:20-cv-06754-WHA

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Joseph R. Kolker , an active member in good standing of the bar of New York Supreme Crt. Appellate Div., hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Sonos, Inc.  in the above-entitled action. My local co-counsel in this case is Alyssa M. Caridis , an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.  Local co-counsel's bar number is: 260103 .

51 West 52nd Street, New York, NY 10019
MY ADDRESS OF RECORD

(212) 506-3628
MY TELEPHONE # OF RECORD

jkolker@orrick.com
MY EMAIL ADDRESS OF RECORD

777 S. Figueroa St., Suite 3200
Los Angeles, California 90017
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(213) 612-2372
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

acaridis@orrick.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 5476791 .

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

1    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially

2    the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local

3    Rules.  I declare under penalty of perjury that the foregoing is true and correct.

4    Dated: 5/10/22                                    Joseph R. Kolker
                                                        APPLICANT
5

6

7

8                        ORDER GRANTING APPLICATION

9                   FOR ADMISSION OF ATTORNEY PRO HAC VICE

10

11    IT IS HEREBY ORDERED THAT the application of  Joseph R. Kolker          is

12   granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney

13   must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-

14   counsel designated in the application will constitute notice to the party.

15   Dated:

16

17
                                        _____
18                                      UNITED STATES DISTRICT/MAGISTRATE JUDGE

19

20

21

22

23

24

25

26

27

28

Updated 11/2021                          2

*United States District Court*
*Northern District of California*



*Appellate Division of the Supreme Court*
*of the State of New York*
*First Judicial Department*

———————

    *I, Susanna M. Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, do hereby certify that*

## *Joseph Raymond Kolker*

*was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **January 23, 2017,** has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Administration Office of the Courts, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.*



*In Witness Whereof, I have hereunto set my hand in the City of New York on May 2, 2022.*

*Clerk of the Court*

*CertID-00065033*