CLEMENT SETH ROBERTS (STATE BAR NO. 209203)
croberts@orrick.com
BAS DE BLANK (STATE BAR NO. 191487)
basdeblank@orrick.com
ALYSSA CARIDIS (STATE BAR NO. 260103)
acaridis@orrick.com
EVAN D. BREWER (STATE BAR NO. 304411)
ebrewer@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:   +1 415 773 5700
Facsimile:    +1 415 773 5759

SEAN M. SULLIVAN (*pro hac vice*)
sullivan@ls3ip.com
MICHAEL P. BOYEA (*pro hac vice*)
boyea@ls3ip.com
COLE B. RICHTER (*pro hac vice*)
richter@ls3ip.com
LEE SULLIVAN SHEA & SMITH LLP
656 W Randolph St., Floor 5W
Chicago, IL 60661
Telephone:   +1 312 754 0002
Facsimile:    +1 312 754 0003

*Attorneys for Sonos, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GOOGLE LLC,<br><br>    Plaintiff and Counter-defendant,<br><br>v.<br><br>SONOS, INC.,<br><br>    Defendant and Counter-claimant. | Case No. 3:20-cv-06754-WHA<br>Related to Case No. 3:21-cv-07559-WHA<br><br>**DECLARATION OF ALYSSA CARIDIS IN SUPPORT OF SONOS, INC.'S UNOPPOSED MOTION FOR ADMINISTRATIVE RELIEF TO FILE A REPLY IN SUPPORT OF ITS OPPOSED MOTION REQUESTING PATENT SHOWDOWN TRIAL DATE TO BE MOVED** |

I, Alyssa Caridis, declare as follows and would so testify under oath if called upon to do so:

1. I am an attorney with the law firm of Orrick, Herrington & Sutcliffe LLP, counsel of record to Sonos, Inc. ("Sonos") in the above-captioned matter. I am a member in good standing of the Bar of the State of California. I make this declaration based on my personal knowledge, unless otherwise noted. If called, I can and will testify competently to the matters set forth herein.

2. I make this declaration in support of Sonos Inc.'s Unopposed Motion for Administrative Relief to File A Reply in Support of its Opposed Motion Requesting Patent Showdown Trial Date to be Moved.

3. On April 14, 2022 the Court entered a Further Order re Patent Showdown Procedure (Dkt. 206), setting the patent showdown trial for July 18, 2022.

4. On May 5, 2022, Sonos filed a motion to continue the showdown date. Dkt. 246.

5. On May 9, 2022, Google filed a opposition to Sonos's motion, informing Sonos and the Court that Google's counsel and its experts were available for trial October 3-7, 2022. Dkt. 257.

6. On May 13, 2022, Sonos confirmed that all of its experts were available for trial October 3-7, 2022.

7. Per Civil L.R. 7-11(a) and 7-12, on May 15, 2022, Sonos asked Google whether Google would "stipulate to the leave to file a reply brief per Local Rule 7-11(a) and 7-12?"

8. On May 16, 2022, Google responded that it would "not oppose Sonos's administrative motion for leave to file a reply to inform the Court that Sonos and its experts are available for trial on October 3-7," 2022.

///
///
///
///
///
///

9. With respect to Civil L.R. 6-2(a)(2), I am aware of two previous modifications to the case schedule based on my review of the docket. On March 12, 2022, the Parties stipulated to an extension of Google's deadline to answer or move to dismiss Sonos's counterclaims to seven days after the Court's order on Google's motion to dismiss in the related case. Dkt. 156. On May 3, the Parties stipulated to an extension of the Parties' deadline to complete mediation. Dkt. 244.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed this 17 day of May, 2022 in Los Angeles, California.

*/s/ Alyssa Caridis*
Alyssa Caridis