UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA,

SAN FRANCISCO DIVISION

| | |
|---|---|
| GOOGLE LLC,<br><br>　　Plaintiff and Counter-defendant,<br><br>　　v.<br><br>SONOS, INC.,<br><br>　　Defendant and Counter-claimant | Case No. 3:20-cv-06754-WHA<br>Related to Case No. 3:21-cv-07559-WHA<br><br>**[PROPOSED] ORDER GRANTING SONOS, INC.'S MOTION FOR ADMINISTRATIVE RELIEF TO FILE A REPLY IN SUPPORT OF ITS OPPOSED MOTION REQUESTING PATENT SHOWDOWN TRIAL DATE TO BE MOVED** |

Before the Court is Sonos, Inc's Unopposed Motion for Administrative Relief to File a Reply in Support of Its Opposed Motion Requesting Patent Showdown Trial Date to be Moved ("Motion"). Accordingly, having reviewed the parties' submissions, and good cause having been shown, the Motion is GRANTED and Sonos may file the reply brief attached to its Motion.

**IT IS SO ORDERED.**

Dated: _____, 2022

> HON. WILLIAM H. ALSUP
> United States District Judge