UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GOOGLE LLC,

        Plaintiff,

v.

SONOS, INC.,

        Defendant.

No. C 20-06754 WHA

**ORDER RE TRIAL DATE**

For good cause, the trial now set for July 14 is **VACATED** and moved to **OCTOBER 3 AT 7:30 A.M.** in Courtroom 12, 19th floor, 450 Golden Gate Ave., San Francisco CA, 94102 (to be concluded by October 7). The **FINAL PRETRIAL CONFERENCE** is moved from July 13 to **SEPTEMBER 28 AT 2:00 P.M.** in Courtroom 12. Be aware that criminal cases will have priority.

By **MAY 27 AT NOON**, counsel shall file a stipulated schedule of whatever due dates are implicated by this postponement, such as, for example, when expert reports shall be due. Please do not try to insinuate yet more motion practice into the period of delay.

**IT IS SO ORDERED.**

Dated: May 18, 2022.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE