1

2

3

4

5

6

7

8               UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA,

10                SAN FRANCISCO DIVISION

11

12   GOOGLE LLC,                              Case No. 3:20-cv-06754-WHA
                                              Related to Case No. 3:21-cv-07559-WHA
13        Plaintiff and Counter-defendant,
                                              **[PROPOSED] ORDER GRANTING
14        v.                                  SONOS, INC.'S ADMINISTRATIVE
                                              MOTION TO CONSIDER WHETHER
15   SONOS, INC.,                             ANOTHER PARTY'S MATERIAL
                                              SHOULD BE SEALED**
16        Defendant and Counter-claimant.

17

18

19

20

21

22

23

24

25

26

27

28

1    Pursuant to Civil Local Rule 79-5, Sonos, Inc. ("Sonos") has filed an Administrative

2  Motion to Consider Whether Another Party's Material Should Be Sealed ("Administrative

3  Motion") in connection with Sonos's Reply in Support of Its Motion for Summary Judgment of

4  Infringement of '885 Patent Claim 1, and good cause to seal having been shown, the Court

5  GRANTS Sonos's Administrative Motion and ORDERS sealed the following:

| DOCUMENT | PORTIONS TO BE SEALED | DESIGNATING PARTY |
|---|---|---|
| Sonos's Reply in Support of Its Motion for Summary Judgment of Infringement of '885 Patent Claim 1 ("Reply") | Portions highlighted in green | Google |
| Exhibit R to the Reply | Entire document | Google |
| Exhibit S to the Reply | Entire document | Google |

Dated: _____, 2022

_____
HON. WILLIAM H. ALSUP
United States District Judge

[PROPOSED] ORDER GRANTING SONOS'S
ADMINISTRATIVE MOTION TO FILE UNDER SEAL
3:20-CV-06754-WHA