UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GOOGLE LLC,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>SONOS, INC.,<br><br>　　　　　Defendant. | CASE NO. 3:20-cv-06754-WHA<br>Related to CASE NO. 3:21-cv-07559-WHA<br><br>**[PROPOSED] ORDER GRANTING GOOGLE LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF ITS REPLY IN SUPPORT OF ITS PATENT SHOWDOWN MOTION FOR SUMMARY JUDGMENT** |

Plaintiff Google LLC ("Google") has filed an Administrative Motion to File Under Seal Portions of its Reply in Support of its Motion for Summary Judgment Pursuant to the Court's Patent Showdown Procedure ("Google's Administrative Motion").

Having considered Google's Administrative Motion, and compelling reasons to seal having been shown, the Court **GRANTS** Google's Administrative Motion and **ORDERS** sealed the documents listed below:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Google's Reply | Portions highlighted in yellow | Google |
| Exhibit 1 to Declaration of Nima Hefazi in Support of Google's Reply ("Hefazi Decl.") | Portions highlighted in yellow | Google |
| Exhibit 2 to Hefazi Decl. | Entire Document | Google |
| Exhibit 3 to Hefazi Decl. | Entire Document | Google |
| Exhibit 4 to Hefazi Decl. | Entire Document | Google |
| Exhibit 7 to Hefazi Decl. | Entire Document | Google |

IT IS SO ORDERED.

DATED:

The Honorable William Alsup
United States District Court Judge

Case No. 3:20-cv-06754-WHA
[PROPOSED] ORDER GRANTING GOOGLE'S ADMINISTRATIVE MOTION