1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   Melissa Baily (Bar No. 237649)
3  melissabaily@quinnemanuel.com
   Lindsay Cooper (Bar No. 287125)
4  lindsaycooper@quinnemanuel.com
5  50 California Street, 22nd Floor
   San Francisco, California 94111-4788
6  Telephone:    (415) 875-6600
   Facsimile:    (415) 875-6700
7
8  Attorneys for GOOGLE LLC

9                       UNITED STATES DISTRICT COURT
10                     NORTHERN DISTRICT OF CALIFORNIA
11                           SAN FRANCISCO DIVISION
12

13 GOOGLE LLC,                          CASE NO. 3:20-cv-06754-WHA
                                        Related to CASE NO. 3:21-cv-07559-WHA
14              Plaintiff,
                                        **[PROPOSED] ORDER GRANTING**
15       vs.                            **GOOGLE'S ADMINISTRATIVE**
                                        **MOTION TO CONSIDER WHETHER**
16 SONOS, INC.,                         **ANOTHER PARTY'S MATERIAL**
                                        **SHOULD BE SEALED**
17              Defendant.

1  Plaintiff Google LLC ("Google") has filed an Administrative Motion to Consider Whether
2  Another Party's Material Should Be Sealed ("Google's Administrative Motion").
3  Having considered Google's Administrative Motion, and compelling reasons to seal having
4  been shown, the Court **GRANTS** Google's Administrative Motion and **ORDERS** sealed the
5  documents listed below:

| **Document** | **Portions to Be Filed Under Seal** | **Designating Party** |
|---|---|---|
| Exhibit 1 to Declaration of Nima Hefazi in Support of Google's Reply ("Hefazi Decl.") | Portions highlighted in blue | Google (in yellow) & Sonos (in blue) |
| Exhibit 6 to Hefazi Decl. | Entire Document | Sonos |
| Exhibit 8 to Hefazi Decl. | Entire Document | Sonos |

IT IS SO ORDERED.

DATED:

_____
The Honorable William Alsup
United States District Court Judge