| | |
|---|---|
| 1 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
|  | Charles K. Verhoeven (Bar No. 170151) |
| 2 | charlesverhoeven@quinnemanuel.com |
|  | Melissa Baily (Bar No. 237649) |
| 3 | melissabaily@quinnemanuel.com |
|  | Lindsay Cooper (Bar No. 287125) |
| 4 | lindsaycooper@quinnemanuel.com |
|  | 50 California Street, 22nd Floor |
| 5 | San Francisco, California 94111-4788 |
|  | Telephone:    (415) 875-6600 |
| 6 | Facsimile:     (415) 875-6700 |

*Attorneys for Google LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| GOOGLE LLC, | CASE NO. 3:20-cv-06754-WHA |
| --- | --- |
| Plaintiff, | Related to CASE NO. 3:21-cv-07559-WHA |
| vs. | **DECLARATION OF NIMA HEFAZI IN SUPPORT OF GOOGLE LLC'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |
| SONOS, INC., | |
| Defendant. | |

I, Nima Hefazi, declare and state as follows:

1. I am an attorney licensed to practice in the State of California and am admitted to practice before this Court. I am of counsel at Quinn Emanuel Urquhart & Sullivan LLP representing Google LLC ("Google") in this matter. I have personal knowledge of the matters set forth in this Declaration, and if called as a witness I would testify competently to those matters.

2. I make this declaration in support of Google's Administrative Motion to Consider Whether Another Party's Material Should Be Sealed filed in connection with Google's Reply in Support of Google's Motion for Summary Judgment Pursuant to the Court's Patent Showdown Procedure ("Reply").

3. Google seeks an order sealing the materials as listed below:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Exhibit 1 to Declaration of Nima Hefazi in Support of Google's Reply ("Hefazi Decl.") | Portions highlighted in blue | Google (in yellow) & Sonos (in blue) |
| Exhibit 6 to Hefazi Decl. | Entire Document | Sonos |
| Exhibit 8 to Hefazi Decl. | Entire Document | Sonos |

//
//
//
//
//
//
//
//
//
//
//

1  4. Portions of Exhibit 1 as well as Exhibits 6 and 8 are comprised of or contain references
2 to documents that Sonos has produced or marked as "CONFIDENTIAL BUSINESS
3 INFORMATION," "HIGHLY CONFIDENTIAL – SOURCE CODE," "HIGHLY CONFIDENTIAL
4 – ATTORNEYS' EYES ONLY," or similar under the protective order in these matters, or that Google
5 anticipates Sonos may mark as such.

I declare under penalty of perjury under the laws of the United States of America that to the best of my knowledge the foregoing is true and correct. Executed on May 19, 2022, in Los Angeles, California.

DATED:  May 19, 2022

By:   */s/ Nima Hefazi*
      Nima Hefazi

**ATTESTATION**

I, Charles K. Verhoeven, am the ECF user whose ID and password are being used to file the above Declaration. In compliance with Civil L.R. 5-1, I hereby attest that Nima Hefazi has concurred in the aforementioned filing.

DATED: May 19, 2022

*/s/ Charles K. Verhoeven*
Charles K. Verhoeven

-3- CASE NO. 3:20-cv-06754-WHA
DECLARATION OF NIMA HEFAZI