1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
     Charles K. Verhoeven (Bar No. 170151)
2    charlesverhoeven@quinnemanuel.com
     Melissa Baily (Bar No. 237649)
3    melissabaily@quinnemanuel.com
     Lindsay Cooper (Bar No. 287125)
4    lindsaycooper@quinnemanuel.com
   50 California Street, 22nd Floor
5  San Francisco, California 94111-4788
   Telephone:    (415) 875-6600
6  Facsimile:    (415) 875-6700

7  Attorneys for GOOGLE LLC

8                   UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO DIVISION

11  GOOGLE LLC,                          CASE NO. 3:20-cv-06754-WHA
                                         Related to CASE NO. 3:21-cv-07559
12            Plaintiff,

13       vs.                             **DECLARATION OF NIMA HEFAZI IN
                                         SUPPORT OF GOOGLE LLC'S REPLY
14  SONOS, INC.,                         IN SUPPORT OF GOOGLE'S MOTION
                                         FOR SUMMARY JUDGMENT
15            Defendant.                 PURSUANT TO THE COURT'S PATENT
                                         SHOWDOWN PROCEDURE**

16

17

18

19

20

21

22

23

24

25

26

27

28

I, Nima Hefazi, declare and state as follows:

1.     I am an attorney licensed to practice in the State of California and am admitted to practice before this Court.  I am of counsel at Quinn Emanuel Urquhart & Sullivan LLC representing Google LLC ("Google") in this matter.  I make this declaration in support of Google's Reply in Support of Google's Motion for Summary Judgment Pursuant to the Court's Patent Showdown Procedure ("Reply").  If called as a witness, I could and would testify competently to the information contained herein.

2.     Attached as Exhibit 1 is a true and correct copy of the Declaration of Samrat Bhattacharjee submitted in support of Google's Reply.

3.     Attached as Exhibit 2 is a true and correct copy of the Declaration of Vincent Mo submitted in support of Google's Reply.

4.     Attached as Exhibit 3 is a true and correct copy of excerpts from the transcript of the May 13, 2022 deposition of Ali Mills.

5.     Attached as Exhibit 4 is a true and correct copy of the Declaration of Umesh Patil submitted in support of Google's Reply.

6.     Attached as Exhibit 5 is a true and correct copy of excerpts of the file history of U.S. Patent No. 9,967,615.

7.     Attached as Exhibit 6 is a true and correct copy of an excerpt of a document produced by Sonos, Inc. bearing the Bates stamp SONOS-SVG2-00071412.

8.     Attached as Exhibit 7 is a true and correct copy of an excerpt of a document produced by Google bearing the Bates stamp GOOG-SONOSNDCA-00075599.

//
//
//
//
//
//
//

9.      Attached as Exhibit 8 is a true and correct copy of excerpts from the transcript of the April 13, 2022 deposition of Joni Hoadley.

I declare under penalty of perjury that to the best of my knowledge the foregoing is true and correct.  Executed on May 19, 2022, in Los Angeles, California.

DATED:  May 19, 2022

By: _/s/ Nima Hefazi_____
      Nima Hefazi

1

## **ATTESTATION**

2          I, Charles K. Verhoeven, am the ECF user whose ID and password are being used to file the

3   above Declaration.  In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Nima Hefazi has

4   concurred in the aforementioned filing.

5

6                                                      */s/ Charles K. Verhoeven*

7                                                      Charles K. Verhoeven

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28