# EXHIBIT 5

Application/Control Number: 14/628,952  Page 2
Art Unit: 2421

**DETAILED ACTION**

The present application is being examined under the pre-AIA first to invent provisions.

*Continued Examination Under 37 CFR 1.114*

A request for continued examination under 37 CFR 1.114, including the fee set forth in 37 CFR 1.17(e), was filed in this application after final rejection. Since this application is eligible for continued examination under 37 CFR 1.114, and the fee set forth in 37 CFR 1.17(e) has been timely paid, the finality of the previous Office action has been withdrawn pursuant to 37 CFR 1.114. Applicant's submission filed on 05/18/2016 has been entered.

*Response to Arguments*

Applicant's arguments with respect to claims 1-29 have been considered but are moot in view of new ground(s) of rejection.

Note to applicant: please refer to the guidelines below when presenting amendments to the claims, changes to the claims should be done to the previous set of claims, not to any set of claims the applicant wishes to present, and they should be clearly marked in order to avoid confusion.

(c) *Claims.* Amendments to a claim must be made by rewriting the entire claim with all changes (*e.g.*, additions and deletions) as indicated in this subsection, except when the claim is being canceled. Each amendment document that includes a change to an existing claim, cancellation of an existing claim or addition of a new claim, must include a complete listing of all claims ever presented, including the text of all pending and withdrawn claims, in the application. The claim listing, including the text of the claims, in the amendment document will serve to replace all prior versions of the claims, in the application. In the claim listing, the status of every claim must be indicated after its claim number by using one of the following identifiers in a parenthetical expression: (Original), (Currently amended), (Canceled), (Withdrawn), (Previously presented), (New), and (Not entered).
  (1) *Claim listing.* All of the claims presented in a claim listing shall be presented in ascending numerical order. Consecutive claims having the same status of "canceled" or "not entered" may be aggregated into one statement (*e.g.*, Claims 1–5 (canceled)). The claim listing shall commence on a separate sheet of the amendment document and the sheet(s) that contain the text of any part of the claims shall not contain any other part of the amendment.
  (2) *When claim text with markings is required.* All claims being currently amended in an amendment paper shall be presented in the claim listing, indicate a status of "currently amended," and be submitted with markings to indicate the changes that have been made relative to the immediate prior version of the claims. The text of any added subject matter must be shown by underlining the added text. The text of any deleted matter must be shown by strike-through except that double brackets placed

before and after the deleted characters may be used to show deletion of five or fewer consecutive characters. The text of any deleted subject matter must be shown by being placed within double brackets if strike-through cannot be easily perceived. Only claims having the status of "currently amended," or "withdrawn" if also being amended, shall include markings. If a withdrawn claim is currently amended, its status in the claim listing may be identified as "withdrawn—currently amended."

(3) *When claim text in clean version is required.* The text of all pending claims not being currently amended shall be presented in the claim listing in clean version, *i.e.*, without any markings in the presentation of text. The presentation of a clean version of any claim having the status of "original," "withdrawn" or "previously presented" will constitute an assertion that it has not been changed relative to the immediate prior version, except to omit markings that may have been present in the immediate prior version of the claims of the status of "withdrawn" or "previously presented." Any claim added by amendment must be indicated with the status of "new" and presented in clean version, *i.e.*, without any underlining.

(4) *When claim text shall not be presented; canceling a claim.*
(i) No claim text shall be presented for any claim in the claim listing with the status of "canceled" or "not entered."
(ii) Cancellation of a claim shall be effected by an instruction to cancel a particular claim number. Identifying the status of a claim in the claim listing as "canceled" will constitute an instruction to cancel the claim.

(5) *Reinstatement of previously canceled claim.* A claim which was previously canceled may be reinstated only by adding the claim as a "new" claim with a new claim number.

### *Claim Rejections - 35 USC § 103*

In the event the determination of the status of the application as subject to AIA 35 U.S.C. 102 and 103 (or as subject to pre-AIA 35 U.S.C. 102 and 103) is incorrect, any correction of the statutory basis for the rejection will not be considered a new ground of rejection if the prior art relied upon, and the rationale supporting the rejection, would be the same under either status.

The following is a quotation of pre-AIA 35 U.S.C. 103(a) which forms the basis for all obviousness rejections set forth in this Office action:

> (a) A patent may not be obtained though the invention is not identically disclosed or described as set forth in section 102, if the differences between the subject matter sought to be patented and the prior art are such that the subject matter as a whole would have been obvious at the time the invention was made to a person having ordinary skill in the art to which said subject matter pertains. Patentability shall not be negatived by the manner in which the invention was made.

**Claims 1, 6-10, 15-19 and 21-29 are rejected under pre-AIA 35 U.S.C. 103(a) as being unpatentable over DaCosta, US 2008/0134256 in view of Dua, US 2006/0258289.**

Regarding claim 1, DaCosta discloses a method comprising:

causing, via a control device, a graphical interface to display a control interface including one or more transport controls to control playback by the control device (paragraph 19-25, 36-37 and 39);

Application/Control Number: 14/628,952                                                                      Page 4
Art Unit: 2421

    detecting an identification of an item wherein multimedia content associated with the item is retrievable from a content provider (paragraph 19-25);

    detecting, via the control device, a trigger, wherein detecting the trigger comprises detecting one or more inputs (paragraph 19-25);

    after detecting the set of inputs, causing playback to be transferred from the control device to the playback device, wherein transferring playback from the control device to the playback device comprises:

    causing playback at the control device to be stopped (paragraph 38-40); and

    sending, via a network interface, information regarding the multimedia content from the control device to the playback device, wherein the information comprises an identification of the multimedia content for playback by the playback device, and wherein the information causes the playback device to (a) retrieve, independent of the control device, the multimedia content from the content provider and (b) initiate playback of the retrieved multimedia content (paragraph 38, 43, and 54-55).

    DaCosta is silent about detecting, via the control device, a set of inputs to transfer playback from the control device to a playback device, wherein detecting the set of inputs comprises detecting, via the control device, a first input comprising an identification of the playback device; detecting, via the control device, a second input comprising an identification of an item, detecting, via the control device, a trigger, wherein detecting the trigger comprises detecting one or more third inputs that are not the first input or the second input; and modifying the one or more transport controls of the control interface to control playback by the playback device.

    In an analogous art, Dua discloses detecting, via the control device, a set of inputs to transfer playback from the control device to a playback device, wherein detecting the set of inputs comprises detecting, via the control device, a first input comprising an identification of the playback device; detecting, via the control device, a second input comprising an identification of an item, detecting, via the control device, a trigger, wherein detecting the trigger comprises detecting one or more third inputs that are not the first input or the second input; and modifying the one or more transport controls of the control interface to control playback by the playback device (figures 12-20, paragraph 78, 162 and 210-228).

identifier indicates a particular source of the multimedia content at the one or more second cloud servers of the streaming content service, wherein the particular playback device receives the multimedia content from the particular source at the one or more second cloud servers of the streaming content service.

9.  (Previously presented) The method of claim 1, wherein causing one or more first cloud servers to add the multimedia content to the local playback queue on the particular playback device comprises sending a message to the streaming content service that causes the one or more first cloud servers to add the multimedia content to the local playback queue on the particular playback device.

10. (Currently amended) A tangible, non-transitory computer readable storage medium including instructions for execution by a processor, the instructions, when executed, cause a control device to implement a method comprising:

   causing a graphical interface to display a control interface including one or more transport controls to control playback by the control device;

   after connecting to a local area network via a network interface, identifying playback devices connected to the local area network;

   causing the graphical interface to display a selectable option for transferring playback from the control device;

   detecting a set of inputs to transfer playback from the control device to a particular playback device, wherein the set of inputs comprises: (i) a selection of the selectable option for transferring playback from the control device and (ii) a selection of the particular playback device from the identified playback devices connected to the local area network:

   after detecting the set of inputs to transfer playback from the control device to the particular playback device, causing playback to be transferred from the control device to the particular playback device, wherein transferring playback from the control device to the particular playback device comprises:

   (a) causing one or more first cloud servers to add multimedia content to a local playback queue on the particular playback device, wherein adding the multimedia content

McDonnell, Boehnen, Hulbert & Berghoff LLP
300 South Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 913-0001
Facsimile: (312) 913-0002

5

<u>to the local playback queue comprises the one or more first cloud servers adding, to the local playback queue, one or more resource locators corresponding to respective locations of the multimedia content at one or more second cloud servers of a streaming content service</u>;

  (b) causing playback at the control device to be stopped; and

  (c) modifying the one or more transport controls of the control interface to control playback by the playback device; and

causing the particular playback device to play back the multimedia content, wherein the particular playback device playing back the multimedia content comprises the particular playback device retrieving the multimedia content from one or more second cloud servers of a streaming content service and playing back the retrieved multimedia content.

11. (Previously presented) The tangible, non-transitory computer readable medium of claim 10, wherein detecting the set of inputs to transfer playback from the control device to the particular playback device comprises detecting a set of inputs to transfer playback from the control device to a particular zone of a media playback system that includes the particular playback device as a first channel of a stereo pair and an additional playback device as a second channel of the stereo pair, wherein modifying the one or more transport controls of the control interface to control playback by the particular playback device comprises causing the one or more transport controls of the control interface to control playback by the particular playback device and the additional playback device, and wherein the particular playback device playing back the retrieved multimedia content comprises the particular playback device and the additional playback device playing back the multimedia content as the stereo pair.

12. (Previously presented) The tangible, non-transitory computer readable medium of claim 10, wherein detecting the set of inputs to transfer playback from the control device to the particular playback device comprises detecting a set of inputs to transfer playback from the control device to a particular zone group of a media particular playback system that includes a first zone and a second zone, wherein the first zone includes the particular playback device and the second zone includes at least one additional playback device, wherein modifying the one or