UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONOS, INC.,<br>　　　　Plaintiff,<br>　v.<br>GOOGLE LLC,<br>　　　　Defendant. | No. C 21-07559 WHA<br>No. C 20-06754 WHA<br><br>**ORDER RE SONOS'S REQUEST**<br>**FOR ADDITIONAL INFORMATION** |
| GOOGLE LLC,<br>　　　　Plaintiff,<br>　v.<br>SONOS, INC.,<br>　　　　Defendant. | |

Although the Court allowed questions during telephone conference, that was not intended to invite further questions after the fact. The Court feels adequate disclosure has been made. Any motion to disqualify must be made by Friday at Noon. **IT IS SO ORDERED.**

Dated: May 25, 2022.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE