QUINN EMANUEL URQUHART &
SULLIVAN, LLP
  Charles K. Verhoeven (Bar No. 170151)
  charlesverhoeven@quinnemanuel.com
  Melissa Baily (Bar No. 237649)
  melissabaily@quinnemanuel.com
  Lindsay Cooper (Bar No. 287125)
  lindsaycooper@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:    (415) 875-6600
Facsimile:    (415) 875-6700
*Attorneys for Google LLC*

CLEMENT SETH ROBERTS (BAR NO. 209203)
croberts@orrick.com
BAS DE BLANK (BAR NO. 191487)
basdeblank@orrick.com
ALYSSA CARIDIS (BAR NO. 260103)
acaridis@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: (415) 773-5700
Facsimile: (415) 773-5759

SEAN M. SULLIVAN (*pro hac vice*)
sullivan@ls3ip.com
COLE RICHTER (*pro hac vice*)
richter@ls3ip.com
LEE SULLIVAN SHEA & SMITH LLP
656 W Randolph St., Floor 5W
Chicago, IL 60661
Telephone:    (312) 754-0002
Facsimile:    (312) 754-0003

*Attorneys for Sonos, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GOOGLE LLC.,<br><br>              Plaintiff,<br><br>    vs.<br><br>SONOS, INC.,<br><br>              Defendant. | CASE NO. 3:20-cv-06754-WHA<br>Related to CASE NO. 3:21-cv-07559-WHA<br><br>**JOINT RESPONSE TO DKT. 269 RE:<br>PRE-TRIAL DEADLINES** |

Pursuant to the Court's  May 18, 2022 Order Re Trial Date (Dkt. 269), Google LLC and Sonos, Inc. jointly submit the following schedule of pre-trial deadlines in connection with the Patent Showdown Trial scheduled for October 3, 2022:

| Event | Date |
|---|---|
| Opening Expert Reports | June 22, 2022 |
| Rebuttal Expert Reports | July 20, 2022 |
| Close of Expert Reports | August 3, 2022 |
| Deadline to File *Daubert* Motions[1] | August 11, 2022 |
| Deadline to File Oppositions to any *Daubert* Motion | August 25, 2022 |
| Deadline to File Replies to any *Daubert* Motion | September 1, 2022 |
| *Daubert* Hearing | September 15, 2022 (or at a date convenient for the Court) |

IT IS SO STIPULATED.

Dated:  May 27, 2022

Respectfully submitted,

*/s/ Lindsay Cooper*
Attorneys for GOOGLE LLC

QUINN EMANUEL URQUHART &
SULLIVAN, LLP

*Counsel for Google LLC*

*/s/ Alyssa Caridis*
Attorneys for SONOS INC.

ORRICK, HERRINGTON & SUTCLIFFE LLP

*Counsel for Sonos Inc.*

---

[1] It is Sonos's position that the parties should be limited to a single *Daubert* brief with opening and opposition briefs not to exceed 15 pages each, replies not to exceed 8 pages each, and the parties' attachments to the corresponding briefs not to exceed 50 pages (this page limit does not include the expert report), consistent with this Court's order in *Finjan v. Juniper* (3:17-cv-05659, Dkt. 215).  Google does not agree with these limits and proposes the parties follow the limits set forth in the local rules.

## ECF ATTESTATION

I, Alyssa Caridis, am the ECF User whose ID and password are being used to file this Joint Stipulation.  In compliance with Civil Local Rule 5-1, I hereby attest that Lindsay Cooper, counsel for Google, has concurred in this filing.

Dated:  May 27, 2022

By:   _/s/ Alyssa Caridis_
Alyssa Caridis

[PROPOSED] **ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____, 2022  By: _____

Hon. William Alsup
United States District Judge
