PUBLIC - REDACTED



**Orrick, Herrington & Sutcliffe LLP**
405 Howard St.
San Francisco, CA  94105-2669

+1 415-773-5700

**orrick.com**

June 14, 2022

*VIA CM/ECF*

The Hon. Donna M. Ryu, Magistrate Judge (N.D. Cal.)

    Re:  *Google, LLC v. Sonos, Inc.*; Case No. 3:20-cv-06754-WHA (DMR) (N.D. Cal.)

Dear Judge Ryu:

Sonos, Inc. ("Sonos") and Google LLC ("Google") respectfully submit this joint letter brief per the Court's Standing Order. The parties dispute Google's responses to Sonos's Request for Production Nos. 62 and 75. The parties have conferred over Zoom, most recently on June 9, 2022.

The issues in this joint letter brief bear on the claims the parties have selected for the patent showdown and are thus relevant to the following patent showdown deadlines: opening expert reports (June 22, 2022) [parties' proposed deadline]; hearing on dispositive motions (July 13, 2022); close of expert discovery (August 3, 2022) [parties' proposed deadline]; *Daubert* briefing (August 11, 2022) [parties' proposed deadline]; hearing on *Daubert* motions (September 15, 2022) [parties' proposed deadline]; pretrial conference (September 28, 2022); and trial (October 3, 2022).   Close of fact discovery for the remainder of the case is November 30, 2022.

**Request for Production No. 62: Number of Subscribers**

Sonos's Statement:  Sonos requested Google produce the "number of users for each Accused Cast-Enabled app on a monthly basis from January 2018 to present with a breakdown of users paying for a subscription versus users not paying for a subscription in the United States and abroad." RFP No. 62.  Google tracks this information—it has publicly reported the total number of subscribers to YouTube Music.  *See* https://blog.youtube/news-and-events/50-million/.  Sonos also asked for the number of subscribers per operating system and per infringing device.  This information is relevant to damages and is necessary for Sonos to determine the portion of ad revenue attributable to US subscribers, as well as an estimate of

revenue-per-user. Sonos followed up on this RFP multiple times, including on May 3, May 17, June 3, and June 9. Google has repeatedly shrugged off Sonos's request with an assertion that Google is "still investigating whether Google tracks this information." June 3, 2022 Ma Email; May 17, 2022 Ma Email. Google has not provided a specific explanation of why this information cannot be produced. Given the impending expert deadlines, this information needs to be produced now.

Google's Statement: The parties are not at an impasse as to RFP No. 62. In fact, Google has already provided the "number of users for each Accused Cast-Enabled app on a monthly basis from January 2018 to present." As Google told Sonos during the parties' June 9, 2022 meet and confer, Google is attempting to provide the breakdown of this information based on paid and unpaid subscribers by this week. Contrary to Sonos's contention, Google has also told Sonos numerous times that this information ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ Google has already committed to providing the additional information as soon as possible.

**Request for Production No. 75: Usage Data**

Sonos's Statement: Sonos requested production of "[f]or each of the Accused Cast-Enabled Apps, documents and things sufficient to demonstrate the ***relative*** value, ***use***, importance, and demand of being able to use the Accused Cast-Enabled App to transfer (e.g., "cast") media from a computer device installed with the Accused Cast-Enabled App to one or more Cast-Enabled Media Players versus being able to use the Cast-Enabled App to play media on the computer device installed with the Accused Cast-Enabled App." RFP No. 75 (emphasis added). Plainly, this request seeks the ***relative use of casting versus not casting*** with the accused YouTube Music / YouTube Apps. Google has not produced this information, despite (1) Google's own witness confirming ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇, June 7, 2022 Cooke Rough Dep. Tr. at 93:25-101:13, and (2) Google telling Sonos it was working to produce the information for weeks.

Sonos served its RFP in January 2022. On April 19, 2022, Google produced "PROD028," which contained a sampling of the ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ (*see, e.g.*, GOOG-SONOSNDCA-00071833 and GOOG-SONOSNDCA-00071835) responsive to RFP No. 75. On April 22, 2022, Sonos asked Google to provide the "cast-related metrics" reflected in the ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇. J. Pak email. Google then began stalling. On April 27, 2022, Google said it was "pulling metrics to measure usage of the accused functionality." Sonos asked Google to "please confirm (i) that

2

the ▮▮▮▮▮▮▮▮▮▮ that you indicated Google would be producing during our last meet and confer will include data reflecting the total hours of YouTube Music / YouTube played versus the hours spent casting from 2017-present (in either monthly, quarterly, or yearly break outs)," specifically identifying the "relative use" information Sonos expected as responsive to its RFP. May 15, 2022 A. Caridis email. Google responded that it "expects to produce additional metrics data next week." May 19, 2022 email.

At the parties' June 9 meet and confer, Google pointed to its May 18, 2022 production of GOOG-SONOSNDCA-00113696, and asserted that document satisfied Google's obligations under RFP 75. GOOG-SONOSNDCA-00113696 reflects the number of playbacks that used casting, but contains nothing showing *relative* use of casting versus non-casting. Google's representation that GOOG-SONOSNDCA-00075635 (number of connected devices), GOOG-SONOSNDCA-00115742 (number of grouped devices), and GOOG-SONOSNDCA-00072568 (number of sold devices) fill in the holes is incorrect. None of those documents includes any metrics regarding the number of playbacks or hours with or without casting. Google's suggested "comparison" is apples to oranges. Moreover, Google's later representation that it "expects to produce additional metrics data" confirms that Google knew its response was incomplete. To date, Sonos has not received any metric information reflecting *relative use* nor a date certain when it will be produced, and Google has provided no substantive objection to its production. This information is highly relevant to Sonos's damages case, as it will show the relative value of the patented invention and the extent of its use in the marketplace.

Google's Statement: Contrary to Sonos's assertion, Google has **already provided** the precise information that Sonos requests through RFP No. 75. Google produced the daily number of accused devices that used the casting functionality at GOOG-SONOSNDCA-00113696 on May 17, 2022, which contains ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ that Google witness Chris Cooke testified about in the deposition excerpt Sonos cites above. To the extent it is "relative" use that Sonos is focused on, Google has produced information to put this usage information into context. For example, Google has produced a spreadsheet showing the number of accused devices that are "connected" – i.e., online – at GOOG-SONOSNDCA-00075635 and GOOG-SONOSNDCA-00115742. Google has also produced a spreadsheet showing the number of accused devices sold at GOOG-SONOSNDCA-00072568. To understand the relative usage of the accused casting functionality, one need only compare the number of devices that used the casting functionality in a given day to the number of devices that were online that day, or the total number of devices Google had sold up to that point. Google has produced the necessary information for Sonos to make these comparisons, which are not "apples to oranges," as Sonos contends, but rather apples to apples—i.e., number of devices using casting versus number of total devices.

3

Sonos is not content with this information regarding relative usage. Instead, Sonos is demanding relative usage information in terms of hours of music played. Sonos has never served an RFP seeking this information, and the first time Sonos articulated this specific request was on May 15, 2022—four months after serving RFP No. 75. Although Google already produced information to satisfy RFP No. 75, Google nevertheless agreed to cooperate in an attempt to accommodate Sonos's continuously-changing requests. Just two days after Sonos first articulated this request, and well before the 30-day response period permitted by the Federal Rules, Google agreed to look into whether it maintains information regarding "the total hours of YouTube Music / YouTube played versus the hours spent casting from 2017-present." In fact, despite the burdensome process required to obtain this information, Google has told Sonos that to the extent such information can be produced, Google is working towards providing this additional metrics data this week.

Finally, Sonos complains that "Google knew its response was incomplete" on May 19 because it told Sonos that it expected to produce additional metrics data the following week. This misconstrues the record. When Google told Sonos it expected to produce additional metrics data the following week, Google was referring to metrics for a different accused functionality which would not have been responsive to RFP No. 75. When Google conveyed this update to Sonos, Google had already completed its production of casting usage metrics on May 17 as discussed above.

Respectfully submitted,

*/s/ Clement S. Roberts*
Clement S. Roberts
Counsel for Sonos

*/s/ Charles K. Verhoeven*
Charles K. Verhoeven
Counsel for Google

## ECF ATTESTATION

I, Clem S. Roberts, am the ECF User whose ID and password are being used to file this Joint Letter for Discovery Relief. In compliance with Civil Local Rule 5-1, I hereby attest that Charles K. Verhoeven, counsel for Google, has concurred in this filing.

Dated: June 14, 2022

*/s/ Clement S. Roberts*
Clement S. Roberts