CLEMENT SETH ROBERTS (STATE BAR NO. 209203)
croberts@orrick.com
BAS DE BLANK (STATE BAR NO. 191487)
basdeblank@orrick.com
ALYSSA CARIDIS (STATE BAR NO. 260103)
acaridis@orrick.com
EVAN D. BREWER (STATE BAR NO. 304411)
ebrewer@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:    +1 415 773 5700
Facsimile:    +1 415 773 5759

SEAN M. SULLIVAN (*pro hac vice*)
sullivan@ls3ip.com
J. DAN SMITH (*pro hac vice*)
smith@ ls3ip.com
MICHAEL P. BOYEA (*pro hac vice*)
boyea@ ls3ip.com
COLE B. RICHTER (*pro hac vice*)
richter@ls3ip.com
LEE SULLIVAN SHEA & SMITH LLP
656 W Randolph St., Floor 5W
Chicago, IL 60661
Telephone:    +1 312 754 0002
Facsimile:    +1 312 754 0003

*Attorneys for Sonos, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA,

SAN FRANCISCO DIVISION

| | |
|---|---|
| GOOGLE LLC, | Case No. 3:20-cv-06754-WHA<br>Related to Case No.: 3:21-cv-07559-WHA |
| Plaintiff and Counter-defendant, | |
| v. | **PROOF OF SERVICE OF SEALED MATERIAL RE JOINT DISCOVERY LETTER** |
| SONOS, INC., | |
| Defendant and Counter-claimant. | |

1

### PROOF OF SERVICE

2

   I am employed in the County of Los Angeles, State of California. I am over the age of 18

3

years and not a party to the within action. My business address is Orrick, Herrington, & Sutcliffe,
777 South Figueroa Street, Suite 3200, Los Angeles, California 90017.

4

   On June 14, 2022, I served the following document(s) on the interested parties in this

5

action:

6

   Joint Discovery Letter and Exhibit A (sealed version)

7

on the following service list as indicated below:

8

9
            Charles K. Verhoeven
            Lindsay Cooper
            QUINN EMANUEL URQUHART & SULLIVAN, LLP

10
            50 California Street, 22nd Floor
            San Francisco, California 94111-478

11
            charlesverhoeven@quinnemanuel.com
            qe-sonos3@quinnemanuel.com

12

13
            Attorneys for GOOGLE LLC

14
   (BY E-MAIL OR ELECTRONIC TRANSMISSION) by electronically transmitting a true

15
and correct copy of the document(s) in pdf format from email address amaruska@orrick.com to
the email address(es) set forth in the service list. I did not receive, within a reasonable time after

16
the transmission, any electronic message or indication that the transmission was unsuccessful or
incomplete.

17

   I declare under penalty of perjury under the laws of the State of California that the above

18

is true and correct.

19

   Executed on June 14, 2022, in Los Angeles, California.

20

21
            _____
            Amy Maruska

22

23

24

25

26

27

28