UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GOOGLE LLC,

        Plaintiff,

  v.

SONOS, INC.,

        Defendant.

No. C 20-06754 WHA

**ORDER RE PRETRIAL DEADLINES**

The parties' stipulated pretrial deadlines (Dkt. No. 285) are **APPROVED**. A separate order will follow regarding the parties' disagreement over *Daubert* motions (*id*. at 1 n.1).

**IT IS SO ORDERED.**

Dated: June 15, 2022.

      WILLIAM ALSUP
      UNITED STATES DISTRICT JUDGE