UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GOOGLE LLC,

       Plaintiff,

    v.

SONOS, INC.,

       Defendant.

No.  C 20-06754 WHA

**ORDER RE *DAUBERT* MOTIONS**

The parties requested clarification as to any limitations on *Daubert* briefing (Dkt. No. 285 at 1 n.1).  The answer is that *Daubert* motions are not treated differently than any other motion *in limine* and will be argued at the pretrial conference.  The Court will not hold a separate *Daubert* hearing.  As the Court's standing order on civil jury trials explains, "[u]sually five or fewer" motions *in limine* "per side is sufficient at the conference stage" (*see* ¶ 2(f)).  *Daubert* motions are included in the count and are treated as motions *in limine*.  The order also states that "[e]ach motion should address a single topic, be separate, and contain no more than seven pages of briefing per side" (*ibid.*).  All motions *in limine* including *Daubert* motions should be short and to the point.

**IT IS SO ORDERED.**

Dated: June 16, 2022.

_____

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE