UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOOGLE LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SONOS, INC.,<br><br>　　　　Defendant. | Case No. 20-cv-06754-WHA (DMR)<br><br>**ORDER RE: JOINT DISCOVERY LETTER**<br><br>Re: Dkt. No. 287 |

The court has reviewed the parties' joint discovery letter in which Defendant Sonos, Inc. moves to compel Plaintiff Google, LLC to produce information in response to two requests for production ("RFP"), RFP Nos. 62 and 75. [Docket No. 287.] Defendant represents that it has "committed to providing" additional information in response to RFP No. 62 and that it was "attempting" to do so during the week of June 13, 2022, and that it was "working towards providing" additional information in response to RFP No. 75 in the same time frame. Therefore, the parties clearly have not completed the meet and confer process regarding their disputes. Given Defendant's representations about its timeline for producing additional information, the parties shall immediately complete the meet and confer process. If any disputes remain after meeting and conferring, the parties shall file a single joint letter that does not exceed five pages describing any outstanding disputes by no later than June 27, 2022. The parties may not incorporate by reference any portion of the June 14, 2022 joint letter or any prior submission. The June 14, 2022 joint letter is denied without prejudice.

**IT IS SO ORDERED.**

Dated: June 22, 2022



_____
Donna M. Ryu
United States Magistrate Judge