

**Orrick, Herrington & Sutcliffe LLP**
405 Howard St.
San Francisco, CA  94105-2669

+1 415-773-5700
**orrick.com**

June 27, 2022

*VIA CM/ECF*

The Hon. Donna M. Ryu, Magistrate Judge (N.D. Cal.)

    Re:  *Google, LLC v. Sonos, Inc.*; Case No. 3:20-cv-06754-WHA (DMR) (N.D. Cal.)

Dear Judge Ryu:

Sonos, Inc. ("Sonos") and Google LLC ("Google") respectfully submit this joint letter brief in response to the Court's Order Re: Joint Discovery Letter, Dkt. 293.  The Court ordered the parties to "immediately complete the meet and confer process" and to submit "any outstanding disputes by no later than June 27, 2022."  *Id.*

On Thursday June 23, 2022, Google produced information responsive to Sonos's request for production No. 62.

On Friday June 24, 2022, the parties met and conferred over Zoom regarding Sonos's request for production No. 75.  Google advised that it would produce further information early this week.  While Sonos believes Google made this representation in good faith, because of the repeated delays surrounding Google's response to Sonos's RFP No. 75, Sonos respectfully requests that Court extend the deadline for submitting any disputes to Thursday June 30, 2022.  Sonos needs that additional time to confirm that the information Google has promised to produce is responsive and complete.

Google does not believe any dispute is outstanding or that this letter is necessary, but does not object to this extension of time.

                                          Respectfully submitted,

                                          */s/ Clement S. Roberts*
                                          Clement S. Roberts
                                          Counsel for Sonos

                                          */s/ Charles K. Verhoeven*
                                          Charles K. Verhoeven
                                          Counsel for Google

## ECF ATTESTATION

  I, Clem S. Roberts, am the ECF User whose ID and password are being used to file this joint letter brief. In compliance with Civil Local Rule 5-1, I hereby attest that Charles K. Verhoeven, counsel for Google, has concurred in this filing.

Dated: June 27, 2022

                */s/ Clement S. Roberts*
                Clement S. Roberts