QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
Melissa Baily (Bar No. 237649)
melissabaily@quinnemanuel.com
Lindsay Cooper (Bar No. 287125)
lindsaycooper@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:    (415) 875-6600
Facsimile:    (415) 875-6700

*Attorneys for Google LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GOOGLE LLC,<br><br>            Plaintiff,<br><br>       vs.<br><br>SONOS, INC.,<br><br>            Defendant. | CASE NO. 3:20-cv-06754-WHA<br>Related to CASE NO. 3:21-cv-07559-WHA<br><br>**PROOF OF SERVICE** |

I, Jocelyn Ma, declare and state as follows:

1. I am an attorney licensed to practice in the State of California and am admitted to practice before this Court. I am an associate at Quinn Emanuel Urquhart & Sullivan LLP, whose address is 50 California Street, 22nd Floor, San Francisco, CA 94111. I am over the age of eighteen and not a party to this action.

2. On July 11, 2022, I caused the following documents to be served on all counsel of record via electronic mail:

    a. Unredacted Versions of Exhibits 1-3 to Google's Notice of Deposition Testimony and Sonos's *Inter Partes* Review Patent Owner Response in Support of Google's Patent Showdown Summary Judgment Positions

3. The documents were transmitted via electronic mail to the addresses below, pursuant to the agreement between the parties, and the electronic mail transmission was reported as complete and without error.

| Recipient | Email Address: |
|---|---|
| Clement Seth Roberts<br>Bas De Blank<br>Alyssa Caridis<br>Evan D. Brewer<br>Shane D. Anderson<br>Joseph R. Kolker<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>The Orrick Building<br>405 Howard Street<br>San Francisco, CA 94105-2669<br>Telephone: (415) 773-5700<br>Facsimile: (415) 773-5759 | Sonos-NDCA06754-service@orrick.com |
| George I. Lee<br>Sean M. Sullivan<br>Rory P. Shea<br>J. Dan Smith<br>Michael P. Boyea<br>Cole Richter<br>Matthew J. Sampson<br>Jae Y. Pak<br>David R. Grosby<br>LEE SULLIVAN SHEA & SMITH | ls3_team@ls3ip.com |

LLP
656 W Randolph St., Floor 5W
Chicago, IL 60661
Telephone: (312) 754-0002
Facsimile: (312) 754-0003

*Counsel for Sonos, Inc.*

I declare under penalty of perjury under the laws of the United States of America that to the best of my knowledge the foregoing is true and correct. Executed on July 11, 2022, in San Francisco, California.

DATED: July 11, 2022

By: /s/ *Jocelyn Ma*
Jocelyn Ma