UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOOGLE LLC, | |
| Plaintiff, | No. C 20-06754 WHA |
| v. | |
| SONOS, INC., | **NOTICE RE FURTHER ORAL ARGUMENT** |
| Defendant. | |

For the time being, the Court does not need to hear any further oral argument. There will no further oral argument this week.

Dated: July 13, 2022.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE