| | |
|---|---|
| QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>  Charles K. Verhoeven (Bar No. 170151)<br>  charlesverhoeven@quinnemanuel.com<br>  Melissa Baily (Bar No. 237649)<br>  melissabaily@quinnemanuel.com<br>  Lindsay Cooper (Bar No. 287125)<br>  lindsaycooper@quinnemanuel.com<br>50 California Street, 22nd Floor<br>San Francisco, California 94111-4788<br>Telephone:     (415) 875-6600<br>Facsimile:     (415) 875-6700<br><br>*Attorneys for Google LLC* | CLEMENT SETH ROBERTS (BAR NO. 209203)<br>croberts@orrick.com<br>BAS DE BLANK (BAR NO. 191487)<br>basdeblank@orrick.com<br>ALYSSA CARIDIS (BAR NO. 260103)<br>acaridis@orrick.com<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>The Orrick Building<br>405 Howard Street<br>San Francisco, CA 94105-2669<br>Telephone: (415) 773-5700<br>Facsimile: (415) 773-5759<br><br>SEAN M. SULLIVAN (*pro hac vice*)<br>sullivan@ls3ip.com<br>COLE RICHTER (*pro hac vice*)<br>richter@ls3ip.com<br>LEE SULLIVAN SHEA & SMITH LLP<br>656 W Randolph St., Floor 5W<br>Chicago, IL 60661<br>Telephone:     (312) 754-0002<br>Facsimile:     (312) 754-0003<br><br>*Attorneys for Sonos, Inc.* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GOOGLE LLC,<br><br>          Plaintiff and Counter-defendant,<br><br>     vs.<br><br>SONOS, INC.,<br><br>          Defendant and Counter-claimant. | Case No. 3:20-cv-06754-WHA<br>Related to Case No. 3:21-cv-07559-WHA<br><br>**STIPULATION AND [PROPOSED] ORDER TO AMEND EXPERT PRETRIAL DEADLINES** |

Google LLC and Sonos, Inc. (collectively "the Parties") through their respective attorneys of record, hereby request that the Court modify the Order Re Pretrial Deadlines (Dkt. Nos. 285 and 290) in accordance with the stipulated schedule set forth herein:

WHEREAS, the current deadline for Rebuttal Expert Reports is July 20, 2022;

WHEREAS, the current deadline for the Close of Expert Discovery is August 3, 2022;

WHEREAS, the Parties have met and conferred in good faith and agreed, subject to the Court's approval, that extensions of the Rebuttal Expert Reports and Close of Expert Discovery dates are necessary and desirable to ensure adequate time for the Parties to conduct relevant discovery and finalize the rebuttal reports;

WHEREAS, the Parties agree that continuing the deadlines for Expert rebuttal and Expert discovery will not affect the Parties' ability to comply with the other deadlines set forth in this case;

THE PARTIES HEREBY STIPULATE, AGREE, AND REQUEST, that the Court modify pretrial deadlines as follows:

| Event | Previous Deadline | New Deadline |
|---|---|---|
| Rebuttal Expert Reports | July 20, 2022 | July 27, 2022 |
| Close of Expert Discovery | August 3, 2022 | August 17, 2022 |

IT IS SO STIPULATED.

Dated: July 15, 2022

Respectfully submitted,

*/s/ Lindsay Cooper*
Attorneys for GOOGLE LLC

QUINN EMANUEL URQUHART & SULLIVAN, LLP

*Counsel for Google LLC*

*/s/ Alyssa Caridis*
Attorneys for SONOS INC.

ORRICK, HERRINGTON & SUTCLIFFE LLP

*Counsel for Sonos Inc.*

**ECF ATTESTATION**

I, Alyssa Caridis, am the ECF User whose ID and password are being used to file this Joint Stipulation. In compliance with Civil Local Rule 5-1, I hereby attest that Lindsay Cooper, counsel for Google, has concurred in this filing.

Dated: July 15, 2022

By: */s/ Alyssa Caridis*
Alyssa Caridis

1                              **[PROPOSED] ORDER**

2      The Court, having considered the Stipulation to Amend Pretrial Expert Deadlines, finds there

3   is good cause to order:

4      Rebuttal Expert Reports will now be due July 27, 2022.

5      Close of Expert Discovery will now be August 17, 2022.

6   **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

7

8   Dated: _____, 2022       By: _____
                                         Hon. William Alsup
9                                        United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28