| | |
|---|---|
| 1 | CLEMENT SETH ROBERTS (STATE BAR NO. 209203) |
|   | croberts@orrick.com |
| 2 | BAS DE BLANK (STATE BAR NO. 191487) |
|   | basdeblank@orrick.com |
| 3 | ALYSSA CARIDIS (STATE BAR NO. 260103) |
|   | acaridis@orrick.com |
| 4 | EVAN D. BREWER (STATE BAR NO. 304411) |
|   | ebrewer@orrick.com |
| 5 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
|   | The Orrick Building |
| 6 | 405 Howard Street |
|   | San Francisco, CA 94105-2669 |
| 7 | Telephone:    +1 415 773 5700 |
|   | Facsimile:    +1 415 773 5759 |
| 8 | |
|   | SEAN M. SULLIVAN (*pro hac vice*) |
| 9 | sullivan@ls3ip.com |
|   | J. DAN SMITH (*pro hac vice*) |
| 10 | smith@ls3ip.com |
|   | MICHAEL P. BOYEA (*pro hac vice*) |
| 11 | boyea@ls3ip.com |
|   | COLE B. RICHTER (*pro hac vice*) |
| 12 | richter@ls3ip.com |
|   | LEE SULLIVAN SHEA & SMITH LLP |
| 13 | 656 W Randolph St., Floor 5W |
|   | Chicago, IL 60661 |
| 14 | Telephone:    +1 312 754 0002 |
|   | Facsimile:    +1 312 754 0003 |
| 15 | |
|   | *Attorneys for Sonos, Inc.* |
| 16 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA,

SAN FRANCISCO DIVISION

| | |
|---|---|
| GOOGLE LLC, | Case No. 3:20-cv-06754-WHA |
|   | Related to Case No.: 3:21-cv-07559-WHA |
| Plaintiff and Counter-defendant, | |
|   | **PROOF OF SERVICE OF SEALED** |
| v. | **MATERIAL RE SONOS, INC.'S** |
|   | **NOTICE OF LODGING** |
| SONOS, INC., | **PRESENTATION SLIDES** |
|   | |
| Defendant and Counter-claimant. | |

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action. My business address is Orrick, Herrington, & Sutcliffe, 777 South Figueroa Street, Suite 3200, Los Angeles, California 90017.

On July 29, 2022, I served the following document on the interested parties in this action:

Unredacted Version of Attachment A filed under Dkt 313 with Sonos Administrative Motion to Consider Sealing Another Party's Material (re Sonos Notice of Lodging Presentation Slides Used During July 13 Summary Judgment Hearing).

on the following service list as indicated below:

> Charles K. Verhoeven
> Lindsay Cooper
> QUINN EMANUEL URQUHART & SULLIVAN, LLP
> 50 California Street, 22nd Floor
> San Francisco, California 94111-478
> charlesverhoeven@quinnemanuel.com
> qe-sonos3@quinnemanuel.com

Attorneys for GOOGLE LLC

(BY E-MAIL OR ELECTRONIC TRANSMISSION) by electronically transmitting a true and correct copy of the document(s) in pdf format from email address amaruska@orrick.com to the email address(es) set forth in the service list. I did not receive, within a reasonable time after the transmission, any electronic message or indication that the transmission was unsuccessful or incomplete.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on July 29, 2022, in Los Angeles, California.

_____
Jean Kellett