| | |
|---|---|
| 1 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| | Charles Verhoeven (Bar No. 170151) |
| 2 | charlesverhoeven@quinnemanuel.com |
| | Melissa Baily (Bar No. 237649) |
| 3 | melissabaily@quinnemanuel.com |
| | Lindsay Cooper (Bar No. 287125) |
| 4 | lindsaycooper@quinnemanuel.com |
| | 50 California Street, 22nd Floor |
| 5 | San Francisco, California 94111 |
| | Telephone:     (415) 875-6600 |
| 6 | Facsimile:      (415) 875-6700 |

*Attorneys for GOOGLE LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GOOGLE LLC, | CASE NO. 3:20-cv-06754-WHA |
| Plaintiff, | Related to CASE NO. 3:21-cv-07559-WHA |
| vs. | **NOTICE OF APPEARANCE OF JAMES D. JUDAH** |
| SONOS, INC., | |
| Defendant. | |

**TO THE CLERK OF THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that pursuant to Local Civil Rule 5-1(c)(2), James D. Judah, an attorney with the firm of Quinn Emanuel Urquhart & Sullivan, LLP admitted to practice before this Court, hereby appears as an attorney of record for Google LLC in the above-captioned matter. Copies of all pleadings, papers, correspondence, and electronic filing notices should be directed to:

> James D. Judah (Bar No. 257112)
> QUINN EMANUEL URQUHART & SULLIVAN, LLP
> jamesjudah@quinnemanuel.com
> 50 California Street, 22nd Floor
> San Francisco, California 94111-4788
> Telephone:   (415) 875-6600
> Facsimile:   (415) 875-6700

DATED:  August 11, 2022

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By   */s/ James D. Judah*
James D. Judah
Attorney for GOOGLE LLC