1    QUINN EMANUEL URQUHART & SULLIVAN, LLP
       Charles K. Verhoeven (Bar No. 170151)
2       charlesverhoeven@quinnemanuel.com
       Melissa Baily (Bar No. 237649)
3       melissabaily@quinnemanuel.com
       Lindsay Cooper (Bar No. 287125)
4       lindsaycooper@quinnemanuel.com
     50 California Street, 22nd Floor
5    San Francisco, California 94111-4788
     Telephone:    (415) 875-6600
6    Facsimile:    (415) 875-6700

7    *Attorneys for Google LLC*

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO DIVISION

11   GOOGLE LLC,                              CASE NO. 3:20-cv-06754-WHA
                                              Related to CASE NO. 3:21-cv-07559-WHA
12                Plaintiff,
                                              **DECLARATION OF ANNE-RAPHAELLE**
13          vs.                               **AUBRY IN SUPPORT OF GOOGLE**
                                              **LLC'S ADMINISTRATIVE MOTION TO**
14   SONOS, INC.,                             **SEAL PORTIONS OF ITS MOTION FOR**
                                              **SUMMARY JUDGMENT SLIDES**
15                Defendant.

16

17

18

19

20

21

22

23

24

25

26

27

28

1        I, Anne-Raphaelle Aubry, declare and state as follows:

2        1.        I am an attorney licensed to practice in the State of Massachusetts and am admitted to

3    practice before this Court.  I am an associate at Quinn Emanuel Urquhart & Sullivan LLP representing

4    Google LLC ("Google") in this matter.  I have personal knowledge of the matters set forth in this

5    Declaration, and if called as a witness I would testify competently to those matters.

6        2.        I make this declaration in support of Google's Administrative Motion to File Under

7    Seal Portions of Its Notice of Lodging Presentation Slides Re The July 13, 2022 Summary Judgment

8    Hearing ("Notice").  If called as a witness, I could and would testify competently to the information

9    contained herein.

10       3.        Google seeks an order sealing the materials as listed below:

| Document | Portions to be Filed Under Seal | Designating Party |
|---|---|---|
| Attachment A to Google's Notice ("Attachment A") | Portions outlined in green boxes and portion outlined in a yellow box on page 4 | Google |

14   //

15   //

16   //

17   //

18   //

19   //

20   //

21   //

22   //

23   //

24   //

25   //

26   //

27   //

28

1        4.        The portions of Attachment A outlined in green and outlined in yellow on page 4

2   contain references to Google's confidential business information and trade secrets, including details

3   regarding source code, architecture, and technical operation of Google's products and functionalities

4   that Sonos accuses of infringement.  The specifics of how these functionalities operate is confidential

5   information that Google does not share publicly.  Thus, public disclosure of such information could

6   lead to competitive harm to Google as competitors could use these details regarding the architecture

7   and functionality of Google's products to gain a competitive advantage in the marketplace with

8   respect to their competing products.  I also understand that a less restrictive alternative than sealing

9   portions of the Notice would not be sufficient because the information sought to be sealed is Google's

10  confidential business information and trade secrets but is necessary to Google's patent showdown

11  motions for summary judgment.

12        I declare under penalty of perjury under the laws of the United States of America that to

13  the best of my knowledge the foregoing is true and correct.  Executed on August 15, 2022, in

14  Boston, Massachusetts.

15  DATED:  August 15, 2022

16                                                By:  _/s/ Anne-Raphaelle Aubry_____
                                                        Anne-Raphaelle Aubry
17

18

19

20

21

22

23

24

25

26

27

28

CASE NO. 3:20-cv-06754-WHA
                                        DECLARATION OF ANNE-RAPHAELLE AUBRY

1

**<u>ATTESTATION</u>**

2      I, Charles K. Verhoeven, am the ECF user whose ID and password are being used to file the

3 above Declaration. In compliance with Civil L.R. 5-1, I hereby attest that Anne-Raphaelle Aubry has

4 concurred in the aforementioned filing.

5

6 DATED:  August 15, 2022

7                                                         */s/ Charles K. Verhoeven*
                                                          Charles K. Verhoeven
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28