1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
    Charles K. Verhoeven (Bar No. 170151)
2   charlesverhoeven@quinnemanuel.com
    Melissa Baily (Bar No. 237649)
3   melissabaily@quinnemanuel.com
    Lindsay Cooper (Bar No. 287125)
4   lindsaycooper@quinnemanuel.com
5  50 California Street, 22nd Floor
   San Francisco, California 94111-4788
6  Telephone:    (415) 875-6600
   Facsimile:    (415) 875-6700
7
8  *Attorneys for GOOGLE LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GOOGLE LLC,<br><br>            Plaintiff,<br><br>      vs.<br><br>SONOS, INC.,<br><br>            Defendant. | CASE NO. 3:20-cv-06754-WHA<br>Related to CASE NO. 3:21-cv-07559-WHA<br><br>**[PROPOSED] ORDER GRANTING GOOGLE LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF ITS NOTICE OF LODGING PRESENTATION SLIDES RE THE JULY 13, 2022 SUMMARY JUDGMENT HEARING** |

1   Plaintiff Google LLC ("Google") has filed an Administrative Motion to File Under Seal
2   Portions of its Notice of Lodging Presentation Slides Re The July 13, 2022 Summary Judgment
3   Hearing ("Google's Administrative Motion").

4   Having considered Google's Administrative Motion, and compelling reasons to seal having
5   been shown, the Court **GRANTS** Google's Administrative Motion and **ORDERS** sealed the
6   documents listed below:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Attachment A to Google's Notice of Lodging Presentation Slides Re The July 13, 2022 Summary Judgment Hearing | Portions outlined in green boxes and portion outlined in a yellow box on page 4 | Google |

IT IS SO ORDERED.

DATED:

_____
The Honorable William Alsup
United States District Court Judge