1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
     Charles K. Verhoeven (Bar No. 170151)
2    charlesverhoeven@quinnemanuel.com
     Melissa Baily (Bar No. 237649)
3    melissabaily@quinnemanuel.com
     Lindsay Cooper (Bar No. 287125)
4    lindsaycooper@quinnemanuel.com
5  50 California Street, 22nd Floor
   San Francisco, California 94111-4788
6  Telephone:    (415) 875-6600
   Facsimile:    (415) 875-6700
7
8  *Attorneys for GOOGLE LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GOOGLE LLC,<br><br>            Plaintiff,<br><br>    vs.<br><br>SONOS, INC.,<br><br>            Defendant. | CASE NO. 3:20-cv-06754-WHA<br>Related to CASE NO. 3:21-cv-07559-WHA<br><br>**[PROPOSED] ORDER GRANTING GOOGLE'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |

1   Plaintiff Google LLC ("Google") has filed an Administrative Motion to Consider Whether
2   Another Party's Material Should Be Sealed ("Google's Administrative Motion").
3   Having considered Google's Administrative Motion, and compelling reasons to seal having
4   been shown, the Court **GRANTS** Google's Administrative Motion and **ORDERS** sealed the
5   documents listed below:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Attachment A to Google's Notice of Lodging Presentation Slides Re the July 13, 2022 Summary Judgment Hearing | Portions outlined in yellow boxes | Sonos |

IT IS SO ORDERED.

DATED:

_____
The Honorable William Alsup
United States District Court Judge