```
1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
     Charles K. Verhoeven (Bar No. 170151)
2    charlesverhoeven@quinnemanuel.com
     Melissa Baily (Bar No. 237649)
3    melissabaily@quinnemanuel.com
     Lindsay Cooper (Bar No. 287125)
4    lindsaycooper@quinnemanuel.com
   50 California Street, 22nd Floor
5  San Francisco, California 94111-4788
   Telephone: (415) 875-6600
6  Facsimile: (415) 875-6700

7
   Attorneys for GOOGLE LLC
8
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| GOOGLE LLC,<br><br>    Plaintiff and Counter-defendant,<br><br>vs.<br><br>SONOS INC.,<br><br>    Defendant and Counter-claimant. | Case No. 3:20-cv-06754-WHA<br>Related to Case No. 3:21-cv-07559-WHA<br><br>**GOOGLE LLC'S NOTICE OF LODGING PRESENTATION SLIDES RE THE JULY 13, 2022 SUMMARY JUDGMENT HEARING** |

PLEASE TAKE NOTICE that counsel for Google LLC ("Google") hereby lodges the presentation slides it prepared and presented to the Court and counsel on July 13, 2022 for the hearing on the parties' summary judgment motions held by the Honorable William Alsup. The slides are attached hereto as Attachment A.

DATED:  August 15, 2022                    Respectfully submitted,

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By      */s/ Charles K. Verhoeven*
CHARLES K. VERHOEVEN

*Attorneys for Google LLC*

**CERTIFICATE OF SERVICE**

The undersigned certifies that on August 15, 2022 all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system.

DATED: August 15, 2022

*/s/ Charles K. Verhoeven*

Charles K. Verhoeven