QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Charles K. Verhoeven (Bar No. 170151)
  charlesverhoeven@quinnemanuel.com
  Melissa Baily (Bar No. 237649)
  melissabaily@quinnemanuel.com
  Lindsay Cooper (Bar No. 287125)
  lindsaycooper@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:     (415) 875-6600
Facsimile:     (415) 875-6700
*Attorneys for Google LLC*

CLEMENT SETH ROBERTS (BAR NO. 209203)
croberts@orrick.com
BAS DE BLANK (BAR NO. 191487)
basdeblank@orrick.com
ALYSSA CARIDIS (BAR NO. 260103)
acaridis@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: (415) 773-5700
Facsimile: (415) 773-5759

SEAN M. SULLIVAN (*pro hac vice*)
sullivan@ls3ip.com
COLE RICHTER (*pro hac vice*)
richter@ls3ip.com
LEE SULLIVAN SHEA & SMITH LLP
656 W Randolph St., Floor 5W
Chicago, IL 60661
Telephone:     (312) 754-0002
Facsimile:     (312) 754-0003

*Attorneys for Sonos, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GOOGLE LLC., <br><br> Plaintiff and Counter-defendant, <br><br> vs. <br><br> SONOS, INC., <br><br> Defendant and Counter-claimaint. | Case No. 3:20-cv-06754-WHA <br> Related to Case No. 3:21-cv-07559-WHA <br><br> **STIPULATION AND [PROPOSED] ORDER TO ADJUST EXPERT PRETRIAL DEADLINES** |

1   Google LLC and Sonos, Inc. (collectively "the Parties") through their respective attorneys
2   of record, hereby request that the Court modify the Order Re Pretrial Deadlines (Dkt. 304) in
3   accordance with the stipulated schedule set forth herein:
4   WHEREAS, the current Close of Expert Discovery is August 17, 2022;
5   WHEREAS, the Parties have met and conferred in good faith and agreed, subject to the
6   Court's approval, that extension of the Close of Expert Discovery date is necessary and desirable to
7   accommodate the availability of the Parties' expert witnesses and to ensure adequate time for the
8   Parties to depose the expert witnesses;
9   WHEREAS, the Parties agree that continuing the deadlines for Expert Discovery will not
10  affect the Parties' ability to comply with the other deadlines set forth in this case;
11  THE PARTIES HEREBY STIPULATE, AGREE, AND REQUEST, that the Court modify
12  pretrial deadlines as follows:

| Event | Previous Deadline | New Deadline |
|---|---|---|
| Close of Expert Discovery | August 17, 2022 | September 2, 2022 |

IT IS SO STIPULATED.

Dated: August 19, 2022                          Respectfully submitted,

*/s/ Lindsay Cooper*                             */s/ Cole Richter*
Attorneys for GOOGLE LLC                         Attorneys for SONOS INC.

QUINN EMANUEL URQUHART &                         ORRICK, HERRINGTON & SUTCLIFFE LLP
SULLIVAN, LLP

                                                 *Counsel for Sonos Inc.*

*Counsel for Google LLC*

**ECF ATTESTATION**

I, Cole Richter, am the ECF User whose ID and password are being used to file this Joint Stipulation. In compliance with Civil Local Rule 5-1, I hereby attest that Lindsay Cooper, counsel for Google, has concurred in this filing.

Dated: August 19, 2022

By:  */s/ Cole Richter*

1      [PROPOSED] **ORDER**

2      The Court, having considered the Stipulation to Amend Pretrial Expert Deadlines, finds there

3  is good cause to order:

4      Close of Expert Discovery will now be September 2, 2022.

5  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

8  DATED: _____, 2022   By: _____
                                              Hon. William Alsup
                                              United States District Judge