CLEMENT SETH ROBERTS (STATE BAR NO. 209203)
croberts@orrick.com
BAS DE BLANK (STATE BAR NO. 191487)
basdeblank@orrick.com
ALYSSA CARIDIS (STATE BAR NO. 260103)
acaridis@orrick.com
EVAN D. BREWER (STATE BAR NO. 304411)
ebrewer@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:    +1 415 773 5700
Facsimile:    +1 415 773 5759

SEAN M. SULLIVAN (*pro hac vice*)
sullivan@ls3ip.com
MICHAEL P. BOYEA (*pro hac vice*)
boyea@ls3ip.com
COLE B. RICHTER (*pro hac vice*)
richter@ls3ip.com
LEE SULLIVAN SHEA & SMITH LLP
656 W Randolph St., Floor 5W
Chicago, IL 60661
Telephone:    +1 312 754 0002
Facsimile:    +1 312 754 0003

*Attorneys for Sonos, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GOOGLE LLC,<br><br>    Plaintiff and Counter-defendant,<br><br>v.<br><br>SONOS, INC.,<br><br>    Defendant and Counter-claimant. | Case No. 3:20-cv-06754-WHA<br>Related to Case No. 3:21-cv-07559-WHA<br><br>**DECLARATION OF COLE RICHTER IN SUPPORT OF JOINT STIPULATION TO ADJUST EXPERT PRETRIAL DEADLINES** |

I, Cole Richter, declare as follows and would so testify under oath if called upon to do so:

1. I am an attorney with the law firm of Lee Sullivan Shea & Smith LLP, counsel of record to Sonos, Inc. ("Sonos") in the above-captioned matter. I am admitted *pro hac vice* to this Court and a member in good standing of the Bar of the State of Illinois. I make this declaration pursuant to Local Rule 6-2 from personal knowledge and would testify to its contents if called as a witness.

2. Sonos and Google LLC ("the Parties") have jointly agreed that both parties need more time to adequately conduct expert discovery. The Parties believe that a short extension on the close of Expert Discovery that would enable expert depositions to occur prior to September 2, 2022 is necessary to accommodate the availability of the expert witnesses in this case.

3. The Parties agree that continuing the proposed deadline will not affect the Parties' ability to comply with other deadlines set forth in this case.

4. With respect to Civil L.R. 6-2(a)(2), I have reviewed of the docket for previous time modifications. On March 12, 2022, the Parties stipulated to an extension of Google's deadline to answer or move to dismiss Sonos's counterclaims to seven days after the Court's order on Google's motion to dismiss in the related case. Dkt. 156. On May 3, the Parties stipulated to an extension of the Parties' deadline to complete mediation. Dkt. 244. On May 18, the Court found good cause to move the July 13 final pretrial conference date and July 14 trial date to September 28 and October 3, respectively. Dkt. 269. On June 15, the Court granted the Parties' stipulated pretrial deadlines. Dkt. 290. On July 15, the Parties stipulated to an extension of the Expert Rebuttal and Expert Discovery deadlines. Dkt. 303. On July 15, the Court granted the Parties' stipulated extension to the Expert Rebuttal and Expert Discovery deadlines. Dkt. 304.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed this 19th day of August, 2022 in Chicago, Illinois

*/s/ Cole Richter*
Cole Richter