QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
Melissa Baily (Bar No. 237649)
melissabaily@quinnemanuel.com
Lindsay Cooper (Bar No. 287125)
lindsaycooper@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:   (415) 875-6600
Facsimile:    (415) 875-6700

*Attorneys for Google LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GOOGLE LLC,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>SONOS, INC.,<br><br>　　　　　Defendant. | CASE NO. 3:20-cv-06754-WHA<br>Related to CASE NO. 3:21-cv-07559-WHA<br><br>**DECLARATION OF JOCELYN MA IN SUPPORT OF GOOGLE LLC'S ADMINISTRATIVE MOTION TO SEAL PORTIONS OF THE PARTIES' JOINT DISCOVERY LETTER** |

I, Jocelyn Ma, declare and state as follows:

1. I am an attorney licensed to practice in the State of California and am admitted to practice before this Court. I am an associate at Quinn Emanuel Urquhart & Sullivan LLP representing Google LLC ("Google") in this matter. I have personal knowledge of the matters set forth in this Declaration, and if called as a witness I would testify competently to those matters.

2. I make this declaration in support of Google's Administrative Motion to File Under Seal Portions of the parties' Joint Discovery Letter regarding Topic No. 6 of Google's Federal Rule of Civil Procedure 30(b)(6) Notice of Deposition to Sonos, Inc. ("Sonos") ("Joint Discovery Letter"). If called as a witness, I could and would testify competently to the information contained herein.

3. Google seeks an order sealing the materials as listed below:

| Document | Portions to be Filed Under Seal | Designating Party |
|---|---|---|
| Joint Discovery Letter | Portions highlighted in green | Google and Sonos |
| Joint Discovery Letter Exhibit 1 ("Exhibit 1") | Portions highlighted in green | Google and Sonos |

//
//
//
//

4. The portions of the parties' Joint Discovery Letter and Exhibit 1 highlighted in green contain confidential business information, including terms to a confidential agreement and details regarding Google's business partnerships that are not public. Public disclosure of this information would harm Google's competitive standing and its ability to negotiate future agreements by giving competitors access to Google's highly confidential business thinking and asymmetrical information about Google's collaboration strategies and partnerships with other entities. If such information were made public, I understand that Google's competitive standing would be significantly harmed. I also understand that a less restrictive alternative than sealing the green-highlighted portions of the parties' Joint Discovery Letter would not be sufficient because the information sought to be sealed is Google's

proprietary and confidential business information but is necessary to the parties' Joint Discovery Letter.

I declare under penalty of perjury under the laws of the United States of America that to the best of my knowledge the foregoing is true and correct. Executed on August 19, 2022, in San Francisco, California.

DATED: August 19, 2022

By: */s/ Jocelyn Ma*
     Jocelyn Ma

**ATTESTATION**

I, Charles K. Verhoeven, am the ECF user whose ID and password are being used to file the above Declaration. In compliance with Civil L.R. 5-1, I hereby attest that Jocelyn Ma has concurred in the aforementioned filing.

DATED: August 19, 2022

                                             */s/ Charles K. Verhoeven*
                                             Charles K. Verhoeven