UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GOOGLE LLC,<br><br>            Plaintiff,<br><br>    vs.<br><br>SONOS, INC.,<br><br>            Defendant. | CASE NO. 3:20-cv-06754-WHA<br>Related to CASE NO. 3:21-cv-07559-WHA<br><br>**[PROPOSED] ORDER GRANTING GOOGLE LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF THE PARTIES' JOINT DISCOVERY LETTER** |

1  Plaintiff Google LLC ("Google") has filed an Administrative Motion to File Under Seal
2  Portions of the parties' Joint Discovery Letter regarding Topic No. 6 of Google's Federal Rule of
3  Civil Procedure 30(b)(6) Notice of Deposition to Sonos, Inc. ("Sonos") ("Google's Administrative
4  Motion").

5  Having considered Google's Administrative Motion, and good cause to seal having been
6  shown, the Court **GRANTS** Google's Administrative Motion and **ORDERS** sealed the documents
7  listed below:

| Document | Portions to Be Filed Under Seal | Designating Party |
| --- | --- | --- |
| Joint Discovery Letter regarding Topic No. 6 of Google's Federal Rule of Civil Procedure 30(b)(6) Notice of Deposition to Sonos | Portions highlighted in green | Google and Sonos |
| Joint Discovery Letter Exhibit 1 ("Exhibit 1") | Portions highlighted in green | Google and Sonos |

IT IS SO ORDERED.

DATED:

_____
The Honorable Donna M. Ryu
United States District Court Magistrate Judge