1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
     Charles K. Verhoeven (Bar No. 170151)
2    charlesverhoeven@quinnemanuel.com
     Melissa Baily (Bar No. 237649)
3    melissabaily@quinnemanuel.com
     Lindsay Cooper (Bar No. 287125)
4    lindsaycooper@quinnemanuel.com
5  50 California Street, 22nd Floor
   San Francisco, California 94111-4788
6  Telephone:     (415) 875-6600
   Facsimile:      (415) 875-6700
7

8  *Attorneys for GOOGLE LLC*

9                   UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                  SAN FRANCISCO DIVISION

12

13  GOOGLE LLC,                          CASE NO. 3:20-cv-06754-WHA
                                         Related to CASE NO. 3:21-cv-07559-WHA
14               Plaintiff,
                                         **[PROPOSED] ORDER GRANTING**
15         vs.                           **GOOGLE'S ADMINISTRATIVE**
                                         **MOTION TO CONSIDER WHETHER**
16  SONOS, INC.,                         **ANOTHER PARTY'S MATERIAL**
                                         **SHOULD BE SEALED**
17               Defendant.

18

19

20

21

22

23

24

25

26

27

28

1    Plaintiff Google LLC ("Google") has filed an Administrative Motion to Consider Whether

2  Another Party's Material Should Be Sealed in connection with the parties' Joint Discovery Letter

3  regarding Topic No. 6 of Google's Federal Rule of Civil Procedure 30(b)(6) Notice of Deposition

4  to Sonos, Inc. ("Sonos") ("Google's Administrative Motion").

5    Having considered Google's Administrative Motion, and good cause to seal having been

6  shown, the Court **GRANTS** Google's Administrative Motion and **ORDERS** sealed the documents

7  listed below:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Joint Discovery Letter regarding Topic No. 6 of Google's Federal Rule of Civil Procedure 30(b)(6) Notice of Deposition to Sonos | Portions highlighted in green and blue | Sonos |
| Joint Discovery Letter Exhibit 1 ("Exhibit 1") | Portions highlighted in green | Sonos |

    IT IS SO ORDERED.

DATED:

_____
The Honorable Donna M. Ryu
United States District Court Magistrate Judge