QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Charles K. Verhoeven (Bar No. 170151)
  charlesverhoeven@quinnemanuel.com
  Melissa Baily (Bar No. 237649)
  melissabaily@quinnemanuel.com
  Lindsay Cooper (Bar No. 287125)
  lindsaycooper@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:     (415) 875-6600
Facsimile:     (415) 875-6700
*Attorneys for Google LLC*

CLEMENT SETH ROBERTS (BAR NO. 209203)
croberts@orrick.com
BAS DE BLANK (BAR NO. 191487)
basdeblank@orrick.com
ALYSSA CARIDIS (BAR NO. 260103)
acaridis@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: (415) 773-5700
Facsimile: (415) 773-5759

SEAN M. SULLIVAN (*pro hac vice*)
sullivan@ls3ip.com
COLE RICHTER (*pro hac vice*)
richter@ls3ip.com
LEE SULLIVAN SHEA & SMITH LLP
656 W Randolph St., Floor 5W
Chicago, IL 60661
Telephone:     (312) 754-0002
Facsimile:     (312) 754-0003

*Attorneys for Sonos, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GOOGLE LLC.,<br><br>  Plaintiff and Counter-defendant,<br><br>vs.<br><br>SONOS, INC.,<br><br>  Defendant and Counter-claimant. | Case No. 3:20-cv-06754-WHA<br>Related to Case No. 3:21-cv-07559-WHA<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO ADJUST EXPERT PRETRIAL DEADLINES** |

1 | Google LLC and Sonos, Inc. (collectively "the Parties") through their respective attorneys of record, hereby request that the Court modify the Order Re Pretrial Deadlines (Dkt. 304) in accordance with the stipulated schedule set forth herein:

WHEREAS, the current Close of Expert Discovery is August 17, 2022;

WHEREAS, the Parties have met and conferred in good faith and agreed, subject to the Court's approval, that extension of the Close of Expert Discovery date is necessary and desirable to accommodate the availability of the Parties' expert witnesses and to ensure adequate time for the Parties to depose the expert witnesses;

WHEREAS, the Parties agree that continuing the deadlines for Expert Discovery will not affect the Parties' ability to comply with the other deadlines set forth in this case;

THE PARTIES HEREBY STIPULATE, AGREE, AND REQUEST, that the Court modify pretrial deadlines as follows:

| Event | Previous Deadline | New Deadline |
|---|---|---|
| Close of Expert Discovery | August 17, 2022 | September 2, 2022 |

IT IS SO STIPULATED.

Dated:  August 19, 2022                                  Respectfully submitted,

*/s/ Lindsay Cooper*                                           */s/ Cole Richter*
Attorneys for GOOGLE LLC                          Attorneys for SONOS INC.

QUINN EMANUEL URQUHART &               ORRICK, HERRINGTON & SUTCLIFFE LLP
SULLIVAN, LLP

                                                                       *Counsel for Sonos Inc.*

*Counsel for Google LLC*

**ECF ATTESTATION**

I, Cole Richter, am the ECF User whose ID and password are being used to file this Joint Stipulation. In compliance with Civil Local Rule 5-1, I hereby attest that Lindsay Cooper, counsel for Google, has concurred in this filing.

Dated: August 19, 2022

By: */s/ Cole Richter*

**[~~PROPOSED~~] ORDER**

The Court, having considered the Stipulation to Amend Pretrial Expert Deadlines, finds there is good cause to order:

Close of Expert Discovery will now be September 2, 2022.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:  August 22 , 2022   By: _____
Hon. William Alsup
United States District Judge