QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Charles K. Verhoeven (Bar No. 170151)
  charlesverhoeven@quinnemanuel.com
  Melissa Baily (Bar No. 237649)
  melissabaily@quinnemanuel.com
  Lindsay Cooper (Bar No. 287125)
  lindsaycooper@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:    (415) 875-6600
Facsimile:    (415) 875-6700

*Attorneys for GOOGLE LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GOOGLE LLC,<br><br>            Plaintiff,<br><br>     vs.<br><br>SONOS, INC.,<br><br>            Defendant. | CASE NO. 3:20-cv-06754-WHA<br>Related to CASE NO. 3:21-cv-07559-WHA<br><br>**GOOGLE'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |

## I.   INTRODUCTION

Pursuant to Civil Local Rule 79-5(f), Google LLC ("Google") respectfully submits this Administrative Motion to Consider Whether Another Party's Material Should Be Sealed in connection with Google's Motion to Bifurcate Validity from Willfulness and Damages for the Patent Showdown Trial ("Motion to Bifurcate"). Certain portions of the Motion to Bifurcate and documents filed in support thereof contain information that Sonos, Inc. ("Sonos") may consider confidential pursuant to the Stipulated Protective Order ("Protective Order") entered by this Court. Dkt. 94.  Accordingly, Google seeks to file under seal the documents and information as listed below:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Motion to Bifurcate | Portions highlighted in blue | Sonos |
| Exhibit 1 to the Declaration of Jocelyn Ma in Support of Google's Motion to Bifurcate ("Exhibit 1") | Entire Document | Sonos |

Materials and documents may be provisionally filed under seal pursuant to Civil Local Rule 79-5(f) when the document, or portions thereof, "has been designated as confidential by another party or non-party." L.R. 79-5(f). Google has redacted the portions of the Motion to Bifurcate highlighted in blue and filed the entirety of Exhibit 1 under seal because information therein may be considered "CONFIDENTIAL" and/or "HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY" under the Protective Order by Sonos.

//
//
//
//
//
//
//
//

1  In compliance with Civil Local Rule 79-5(d) and (e), unredacted versions of the above listed
2  documents accompany this Administrative Motion and redacted versions of the above listed
3  documents have been filed publicly. In accordance with Local Rule 79-5(c)(3), Google has also
4  filed a Proposed Order herewith.

6  DATED: August 24, 2022          QUINN EMANUEL URQUHART & SULLIVAN, LLP

8              By:   */s/ Charles K. Verhoeven*
                     Charles K. Verhoeven (Bar No. 170151)
                     charlesverhoeven@quinnemanuel.com
                     Melissa Baily (Bar No. 237649)
                     melissabaily@quinnemanuel.com
                     Lindsay Cooper (Bar No. 287125)
                     lindsaycooper@quinnemanuel.com
                     50 California Street, 22nd Floor
                     San Francisco, California 94111-4788
                     Telephone:   (415) 875-6600
                     Facsimile:   (415) 875-6700

                     *Attorneys for GOOGLE LLC*

# CERTIFICATE OF SERVICE

Pursuant to the Federal Rules of Civil Procedure and Local Rule 5-1, I hereby certify that, on August 24, 2022, all counsel of record who have appeared in this case are being served with a copy of the foregoing via the Court's CM/ECF system and email.

DATED: August 24, 2022

By: */s/ Charles K. Verhoeven*
  Charles K. Verhoeven