1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
     Charles K. Verhoeven (Bar No. 170151)
2    charlesverhoeven@quinnemanuel.com
     Melissa Baily (Bar No. 237649)
3    melissabaily@quinnemanuel.com
     Lindsay Cooper (Bar No. 287125)
4    lindsaycooper@quinnemanuel.com
   50 California Street, 22nd Floor
5  San Francisco, California 94111-4788
   Telephone:    (415) 875-6600
6  Facsimile:    (415) 875-6700

7  Attorneys for GOOGLE LLC

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                      SAN FRANCISCO DIVISION

11  GOOGLE LLC,                          CASE NO. 3:20-cv-06754-WHA
                                         Related to CASE NO. 3:21-cv-07559
12              Plaintiff,

13       vs.                             **DECLARATION OF JOCELYN MA IN
                                         SUPPORT OF GOOGLE LLC'S MOTION
14  SONOS, INC.,                         TO BIFURCATE VALIDITY FROM
                                         WILLFULNESS AND DAMAGES FOR
15              Defendant.               THE PATENT SHOWDOWN TRIAL**

16

17

18

19

20

21

22

23

24

25

26

27

28

I, Jocelyn Ma, declare and state as follows:

1.      I am an attorney licensed to practice in the State of California and am admitted to practice before this Court. I am an associate at Quinn Emanuel Urquhart & Sullivan LLC representing Google LLC ("Google") in this matter.  I make this declaration in support of Google's Motion to Bifurcate Validity from Willfulness and Damages for the Patent Showdown Trial ("Motion to Bifurcate").  If called as a witness, I could and would testify competently to the information contained herein.

2.      Attached as Exhibit 1 is a true and correct copy of an excerpt of the June 22, 2022 Expert Report of James E. Malackowski.

I declare under penalty of perjury that to the best of my knowledge the foregoing is true and correct.  Executed on August 24, 2022, in San Francisco, California.

DATED:  August 24, 2022

By:  _/s/ Jocelyn Ma_
      Jocelyn Ma

### **ATTESTATION**

I, Charles K. Verhoeven, am the ECF user whose ID and password are being used to file the above Declaration.  In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Jocelyn Ma has concurred in the aforementioned filing.


*/s/ Charles K. Verhoeven*
Charles K. Verhoeven