UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GOOGLE LLC,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>SONOS, INC.,<br><br>　　　　Defendant. | CASE NO. 3:20-cv-06754-WHA<br>Related to CASE NO. 3:21-cv-07559<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF GOOGLE LLC'S MOTION TO BIFURCATE VALIDITY FROM WILLFULNESS AND DAMAGES FOR THE PATENT SHOWDOWN TRIAL** |

1    Before the Court is Google LLC's Motion to Bifurcate Validity from Willfulness and Damages
2 for the Patent Showdown Trial ("Motion").  Having reviewed the Motion, and good cause appearing
3 therefor, this Court concludes that the Motion should be, and is hereby, **GRANTED**.  It is therefore
4 **ORDERED** that the issues of willfulness and infringement be bifurcated from the issue of validity
5 damages and tried separately

6    [   ] during the May 2023 trial

7    [   ] during the patent showdown.

9    **IT IS SO ORDERED.**

12 DATED:

_____
The Honorable William Alsup
United States District Court Judge