QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
Melissa Baily (Bar No. 237649)
melissabaily@quinnemanuel.com
Lindsay Cooper (Bar No. 287125)
lindsaycooper@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:     (415) 875-6600
Facsimile:     (415) 875-6700

Attorneys for GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GOOGLE LLC,<br><br>            Plaintiff,<br><br>    vs.<br><br>SONOS, INC.,<br><br>            Defendants. | CASE NO. 3:20-cv-06754-WHA<br>Related to CASE NO. 3:21-cv-07559-WHA<br><br>**DECLARATION OF NIMA HEFAZI IN SUPPORT OF GOOGLE LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF ITS MOTION FOR LEAVE TO AMEND INVALIDITY CONTENTIONS PURSUANT TO PATENT L.R. 3-6** |

I, Nima Hefazi, declare and state as follows:

1. I am an attorney licensed to practice in the State of California and am admitted to practice before this Court. I am of counsel at Quinn Emanuel Urquhart & Sullivan LLP representing Google LLC ("Google") in this matter. I make this declaration in support of Google's Administrative Motion to File Under Seal Portions of its Motion for Leave to Amend Invalidity Contentions Pursuant to Patent L.R. 3-6 ("Google's Administrative Motion"). If called as a witness, I could and would testify competently to the information contained herein.

2. Google's Administrative Motion seeks an order sealing the following materials:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Exhibit 1 to the Declaration of Nima Hefazi in Support of Google's Motion for Leave to Amend Invalidity Contentions Pursuant to Patent L.R. 3-6 ("Exhibit 1") | Portions outlined in blue boxes | Google |

3. The portions of Exhibit 1 outlined in blue boxes detail the operation and system design of functionalities of the YouTube Remote application and system, including the source code for the YouTube Remote. This document contains highly confidential and proprietary information regarding sensitive features of Google's product and system designs. The specifics of how these functionalities operate is confidential information that Google does not share publicly. Public disclosure of such information could lead to competitive harm to Google as competitors may alter their systems and practices relating to competing products. Thus, Google has good cause to seal the portions of Exhibit 1 outlined in blue boxes. A less restrictive alternative than sealing this document would not be sufficient because the information sought to be sealed is Google's proprietary and confidential business information—including source code—but is necessary to the argument in Google's Motion for leave to Amend Invalidity Contentions Pursuant to Patent L.R. 3-6.

//

//

//

1  I declare under penalty of perjury that to the best of my knowledge the foregoing is true and
2  correct. Executed on August 30, 2022, in Los Angeles, California.
3  DATED: August 30, 2022

4                                     By: __/s/ Nima Hefazi_____
5                                          Nima Hefazi

**ATTESTATION**

I, Charles K. Verhoeven, am the ECF user whose ID and password are being used to file the above Declaration. In compliance with Civil L.R. 5-1, I hereby attest that Nima Hefazi has concurred in the aforementioned filing.

DATED: August 30, 2022

                                                */s/ Charles K. Verhoeven*
                                                Charles K. Verhoeven