1
2
3
4
5
6                        UNITED STATES DISTRICT COURT
7                       NORTHERN DISTRICT OF CALIFORNIA
8                           SAN FRANCISCO DIVISION

9  | GOOGLE LLC,                    | CASE NO. 3:20-cv-06754-WHA
10 |              Plaintiff,         | Related to CASE NO. 3:21-cv-07559
11 |      vs.                        |
12 | SONOS, INC.,                    | **[PROPOSED] ORDER GRANTING GOOGLE LLC'S MOTION FOR LEAVE TO AMEND INVALIDITY CONTENTIONS PURSUANT TO PATENT L.R. 3-6**
13 |              Defendant.         |

Before the Court is Google LLC's Motion for Leave to Amend Invalidity Contentions Pursuant to Patent L.R. 3-6 ("Motion"). Having reviewed the Motion, and good cause appearing therefor, this Court concludes that the Motion should be, and is hereby, **GRANTED**.

**IT IS SO ORDERED.**

DATED:

The Honorable William Alsup
United States District Court Judge