QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
Melissa Baily (Bar No. 237649)
melissabaily@quinnemanuel.com
Lindsay Cooper (Bar No. 287125)
lindsaycooper@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:   (415) 875-6600
Facsimile:   (415) 875-6700

*Attorneys for GOOGLE LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GOOGLE LLC,<br><br>             Plaintiff,<br><br>       vs.<br><br>SONOS, INC.,<br><br>             Defendant. | Case No. 3:20-cv-06754-WHA<br>Related to Case No. 3:21-cv-07559-WHA<br><br>**GOOGLE LLC'S NOTICE OF WITHDRAWAL OF MOTION TO BIFURCATE VALIDITY FROM WILLFULNESS AND DAMAGES FOR THE PATENT SHOWDOWN TRIAL (DKT. 330)** |

1  **PLEASE TAKE NOTICE THAT** pursuant to Local Rule 7-7(e), Plaintiff Google LLC ("Google"), by and through its attorneys, hereby withdraws without prejudice its Motion to Bifurcate Validity from Willfulness and Damages for the Patent Showdown Trial ("Motion to Bifurcate," Dkt. 330) in light of the Court's September 1, 2022 order vacating the patent showdown trial (Dkt. 339). As the deadline for Google's reply in support of its Motion to Bifurcate was originally set for September 14, 2022, Google files this Notice of Withdrawal within the time for filing and serving a reply. The withdrawal of Google's Motion to Bifurcate obviates the need for the September 28, 2022 hearing on the motion. Google reserves the right to move to bifurcate the main trial currently scheduled for May 2023.

DATED: September 7, 2022

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By   */s/ Charles K. Verhoeven*
   Charles K. Verhoeven
   Melissa Baily
   Lindsay Cooper

*Attorneys for GOOGLE, LLC*

**CERTIFICATE OF SERVICE**

Pursuant to the Federal Rules of Civil Procedure and Local Rule 5-1, I hereby certify that, on September 7, 2022, all counsel of record who have appeared in this case are being served with a copy of the foregoing via the Court's CM/ECF system and email.

                                       */s/ Charles K. Verhoeven*
                                       Charles K. Verhoeven