1  CLEMENT SETH ROBERTS (STATE BAR NO. 209203)
   croberts@orrick.com
2  BAS DE BLANK (STATE BAR NO. 191487)
   basdeblank@orrick.com
3  ALYSSA CARIDIS (STATE BAR NO. 260103)
   acaridis@orrick.com
4  EVAN D. BREWER (STATE BAR NO. 304411)
   ebrewer@orrick.com
5  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
6  405 Howard Street
   San Francisco, CA 94105-2669
7  Telephone:   +1 415 773 5700
   Facsimile:   +1 415 773 5759
8
   SEAN M. SULLIVAN (*pro hac vice*)
9  sullivan@ls3ip.com
   J. DAN SMITH (*pro hac vice*)
10 smith@ls3ip.com
   MICHAEL P. BOYEA (*pro hac* vice)
11 boyea@ls3ip.com
   COLE B. RICHTER (*pro hac vice*)
12 richter@ls3ip.com
   LEE SULLIVAN SHEA & SMITH LLP
13 656 W Randolph St., Floor 5W
   Chicago, IL 60661
14 Telephone:   +1 312 754 0002
   Facsimile:   +1 312 754 0003
15
   *Attorneys for Sonos, Inc.*
16

17                UNITED STATES DISTRICT COURT

18                NORTHERN DISTRICT OF CALIFORNIA,

19                     SAN FRANCISCO DIVISION

20

21 | GOOGLE LLC,                              | Case No. 3:20-cv-06754-WHA
22 |                                          | Related to Case No. 3:21-cv-07559-WHA
   |    Plaintiff and Counter-defendant,      |
23 |                                          | **PROOF OF SERVICE OF SEALED
   |    v.                                    | MATERIAL RE SONOS, INC.'S
24 |                                          | OPPOSITION TO GOOGLE LLC'S
   | SONOS, INC.,                             | MOTION FOR LEAVE TO AMEND
25 |                                          | INVALIDITY CONTENTIONS**
   |    Defendant and Counter-claimant.       |

26
27
28

**PROOF OF SERVICE**

I am employed in the County of San Mateo, State of California. I am over the age of 18 years and not a party to the within action. My business address is Orrick, Herrington, & Sutcliffe, 1000 Marsh Rd., Menlo Park, California 94025.

On September 13, 2022, I served the following document(s) on the interested parties in this action:

> Sonos, Inc.'s Opposition to Google's Motion to Amend Invalidity Contentions Pursuant to Patent L.R. 3-6 (sealed version)

on the following service list as indicated below pursuant to agreement by the parties:

> Charles K. Verhoeven
> Lindsay Cooper
> QUINN EMANUEL URQUHART & SULLIVAN, LLP
> 50 California Street, 22nd Floor
> San Francisco, California 94111-478
> charlesverhoeven@quinnemanuel.com
> qe-sonos3@quinnemanuel.com
>
> Attorneys for GOOGLE LLC

(BY E-MAIL OR ELECTRONIC TRANSMISSION) by electronically transmitting a true and correct copy of the document(s) in pdf format from email address jcamaya@orrick.com to the email address(es) set forth in the service list. I did not receive, within a reasonable time after the transmission, any electronic message or indication that the transmission was unsuccessful or incomplete.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on September 13, 2022, in Fremont, California.

_____
John Camaya