UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA,

SAN FRANCISCO DIVISION

| | |
|---|---|
| GOOGLE LLC,<br><br>    Plaintiff and Counter-defendant,<br><br>v.<br><br>SONOS, INC.,<br><br>    Defendant and Counter-claimant. | Case No. 3:20-cv-06754-WHA<br>Related to Case No. 3:21-cv-07559-WHA<br><br>**[PROPOSED] ORDER GRANTING SONOS, INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |

1  Pursuant to Civil Local Rule 79-5, Sonos, Inc. ("Sonos") has filed an Administrative
2  Motion to Consider Whether Another Party's Material Should Be Sealed ("Administrative
3  Motion") in connection with Sonos's Brief in Response to Court's Order re Patent Showdown
4  ("Sonos's Brief"), and good cause to seal having been shown, the Court GRANTS Sonos's
5  Administrative Motion and ORDERS sealed the following:

| DOCUMENT | PORTIONS TO BE SEALED | DESIGNATING PARTY |
|---|---|---|
| Exhibit 2 to the Declaration of Alyssa Caridis in Support of Sonos's Brief | Portions outlined in red boxes | Bose |
| Exhibit 3 to the Declaration of Alyssa Caridis in Support of Sonos's Brief | Portions outlined in red boxes | Bose |

Dated: _____, 2022

HON. WILLIAM H. ALSUP
United States District Judge