UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GOOGLE LLC,<br><br>              Plaintiff,<br><br>  vs.<br><br>SONOS, INC.,<br><br>              Defendant. | CASE NO. 3:20-cv-06754-WHA<br>Related to CASE NO. 3:21-cv-07559-WHA<br><br>**[PROPOSED] ORDER GRANTING GOOGLE LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF ITS BRIEF SHOWING CAUSE WHY THE COURT SHOULD NOT ENTER SUMMARY JUDGMENT *SUA SPONTE* OF VALIDITY OF THE '885 PATENT** |

Plaintiff Google LLC ("Google") has filed an Administrative Motion to File Under Seal Portions of its Brief Showing Cause Why the Court Should Not Enter Summary Judgment *Sua Sponte* of Validity of the '885 Patent ("Brief Showing Cause").

Having considered Google's Administrative Motion, and compelling reasons to seal having been shown, the Court **GRANTS** Google's Administrative Motion and **ORDERS** sealed the documents listed below:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Exhibit 6 to the Declaration of Marc Kaplan in Support of Google's Brief Showing Cause | Portions outlined in red boxes on pages 181, 476, 477, 487-493 | Google |

IT IS SO ORDERED.

DATED:

_____
The Honorable William Alsup
United States District Court Judge