1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA,

SAN FRANCISCO DIVISION

| | |
|---|---|
| GOOGLE LLC,<br><br>          Plaintiff,<br><br>     v.<br><br>SONOS, INC.,<br><br>          Defendant. | Case No. 3:20-cv-06754-WHA<br><br>**[PROPOSED] ORDER GRANTING SONOS, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL DOCUMENTS FILED IN SUPPORT OF ITS BRIEF IN RESPONSE TO COURT'S ORDER RE PATENT SHOWDOWN TRIAL** |

Pursuant to Civil Local Rules 7-11 and 79-5, Defendant Sonos, Inc. ("Sonos") has filed an administrative motion ("Sonos's Administrative Motion") to file under seal a certain exhibit filed in support of Sonos's Brief in Response to Court's Order re Patent Showdown ("Sonos's Brief"). Having considered Sonos's Administrative Motion, and good cause to seal having been shown, the Court GRANTS Sonos's Administrative Motion and ORDERS sealed the following:

| DOCUMENT | PORTIONS TO BE SEALED | DESIGNATING PARTY |
|---|---|---|
| Exhibit 4 to the Declaration of Alyssa Caridis in Support of Sonos's Brief | Portions outlined in red boxes | Sonos |

Dated: _____, 2022

_____
HON. WILLIAM H. ALSUP
United States District Judge