CLEMENT SETH ROBERTS (STATE BAR NO. 209203)
croberts@orrick.com
BAS DE BLANK (STATE BAR NO. 191487)
basdeblank@orrick.com
ALYSSA CARIDIS (STATE BAR NO. 260103)
acaridis@orrick.com
EVAN D. BREWER (STATE BAR NO. 304411)
ebrewer@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:     +1 415 773 5700
Facsimile:     +1 415 773 5759

SEAN M. SULLIVAN (admitted *pro hac vice*)
sullivan@ls3ip.com
COLE B. RICHTER (admitted *pro hac vice*)
richter@ls3ip.com
LEE SULLIVAN SHEA & SMITH LLP
656 W Randolph St., Floor 5W
Chicago, IL 60661
Telephone:     +1 312 754 0002
Facsimile:     +1 312 754 0003

*Attorneys for Sonos, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GOOGLE LLC,<br><br>　　　Plaintiff and Counter-defendant,<br><br>v.<br><br>SONOS, INC.,<br><br>　　　Defendant and Counter-claimant. | Case No. 3:20-cv-06754-WHA<br>Related to Case No. 3:21-cv-07559-WHA<br><br>**DECLARATION OF ALYSSA CARIDIS IN SUPPORT OF SONOS, INC.'S BRIEF IN RESPONSE TO COURT'S ORDER RE PATENT SHOWDOWN TRIAL**<br><br>Complaint Filed: September 28, 2020 |

I, Alyssa Caridis, declare as follows and would so testify under oath if called upon to do so:

1. I am an attorney with the law firm of Orrick, Herrington & Sutcliffe LLP, counsel of record to Sonos, Inc. ("Sonos") in the above-captioned matter. I am a member in good standing of the Bar of the State of California. I make this declaration based on my personal knowledge, unless otherwise noted. If called, I can and will testify competently to the matters set forth herein.

2. I make this declaration in support of Sonos's Brief in Response to Court's Order re Patent Showdown Trial.

3. Attached as **Exhibit 1** is a true and correct copy of Google LLC's Exhibit 885-7 (Bose Lifestyle 50 System), Invalidity Claim Chart for U.S. Patent No. 10,848,885, served on December 6, 2021.

4. Attached as **Exhibit 2** is a true and correct copy of excerpts from the Opening Expert Report of Dr. Dan Schonfeld Regarding Claim 1 of U.S. Patent No. 10,848,885, originally served on June 22, 2022 and corrected on July 10, 2022.

5. Attached as **Exhibit 3** is a true and correct copy of excerpts from the Rebuttal Expert Report of Dr. Kevin C. Almeroth for "Patent Showdown," served on July 27, 2022.

6. Attached as **Exhibit 4** is a true and correct copy of excerpts from the Supplemental Expert Report of Dr. Dan Schonfeld Regarding Claim 1 of U.S. Patent No. 10,848,885, served on August 29, 2022.

7. Attached as **Exhibit 5** is a true and correct copy of excerpts from Google LLC's Exhibit 885-6 (Squeezebox), Invalidity Claim Chart for U.S. Patent No. 10,848,885, served on December 6, 2021.

8. Attached as **Exhibit 6** is a true and correct copy of an excerpt from U.S. Patent No. 10,848,885.

//

//

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed this 15th day of September, 2022 in Los Angeles, California.

/s/ *Alyssa Caridis*
Alyssa Caridis