# Exhibit 5

**Exhibit 885-6**
**Invalidity Claim Chart for U.S. Patent No. 10,848,885 ("the '885 patent")**

**Squeezebox1 and Squeezebox2 devices ("Squeezebox"):** Squeezebox1 and Squeezebox2 devices were publicly available at least as of May 2005.

Squeezebox anticipates and/or renders obvious at least claims 1, 3, 7, 8, 10, 14 of the '885 patent under 35 U.S.C. § 102 and 35 U.S.C. § 103, alone based on the state of the art and/or in combination with one or more of the secondary references noted in the below chart, or one or more of the references noted in Riders A-H, L. To the extent it is argued this reference does not disclose any element, that element would be obvious based on the state of the art and/or in combination with one or more of the references noted in Riders A-H, L.

The Squeezebox was described in a printed publication, or in public use, on sale, sold, known in this country, or otherwise available to the public before the priority date of the '885 patent and before September 2005. Features of the of the Squeezebox would have been apparent to a person of ordinary skill in the art, rendering the reference and publications prior art under § 102(a), (b), and (g) prior art.

At least the following documents describe the functionality of the Squeezebox:

1. [1] https://web.archive.org/web/20050207012626/http://www.slimdevices.com/pi_overview.html
2. [2] https://web.archive.org/web/20050207112450/http://www.slimdevices.com/pi_moreinfo.html
3. [3] https://web.archive.org/web/20050206021903/http://www.slimdevices.com/pi_specs.html
4. [4] https://web.archive.org/web/20050207011721/http://www.slimdevices.com/pi_features.html
5. [5] https://books.google.com/books?id=5NIDAAAAMBAJ&pg=RA1-PA34&dq=%22slim+devices%22+synchronized&hl=en&sa=X&ved=2ahUKEwicp7v96PLyAhXrN30KHRJDCvgQ6AF6BAgCEAI#v=onepage&q&f=false
6. [6] https://web.archive.org/web/20050713233701/http://www.slimdevices.com/pi_specs.html
7. [7] https://web.archive.org/web/20050714032953/http://www.slimdevices.com/pi_faq.html#about2-hwsync
8. [8] https://web.archive.org/web/20050403091101/http://softsqueeze.sourceforge.net/sync.html
9. [9] https://web.archive.org/web/20050207113013/http://www.slimdevices.com/pi_remotes.html
10. [10] https://forums.roku.com/viewtopic.php?t=3692
11. [11] https://web.archive.org/web/20070528122735/http://headworx.slupik.com/2007/03/multiroom-audio.html
12. [12] https://www.youtube.com/watch?v=5-IMSauUPAc
13. [13] https://web.archive.org/web/20060113080440/http://wiki.slimdevices.com/index.cgi?Synchronization
14. [14] https://web.archive.org/web/20060113082526/http://wiki.slimdevices.com/index.cgi?BeginnersGuide

| | | |
|---|---|---|
| | | When I did it, I chose the automatic setup. The device found my wireless network with no problem and was ready to go. I was able to browse my entire music library by artist, album, genre or playlist. I also could search for a song using the remote-control keypad—just type in the first few letters of the title.<br><br>Another cool function is the ability to use multiple Squeezebox units in your home. It works like this: Because they're wireless, several Squeezeboxes can exist on your network. Someone in the kitchen can listen to one stream of music using a small stereo or powered speakers, while someone in the living room listens to an entirely different stream. Alternately, the Squeezeboxes can be synchronized so that the same stream plays throughout the house over the network.<br><br>[5]<br><br>To the extent it is argued that these references do not disclose this claim element, it would have at least been obvious to combine these references with the references cited in Rider A. Further discussion of obviousness of this claim element is provided in Google's Invalidity Contentions Cover Pleading. |
| [1e] | *(i) receiving, from a network device over a data network, a first indication that the first zone player has been added to a first zone scene comprising a first predefined grouping of zone players including at least the first zone player* | Squeezebox includes receiving, from a network device over a data network, a first indication that the first zone player has been added to a first zone scene comprising a first predefined grouping of zone players including at least the first zone player and a second zone player that are to be configured for synchronous playback of media when the first zone scene is invoked. For example: |

| | | | |
|---|---|---|---|
| | *and a second zone player that are to be configured for synchronous playback of media when the first zone scene is invoked; and* | **Key features:**<br>• Stream digital music from your computer or over the Internet<br>• Listen to MP3, WMA, AAC, Apple Lossless, Ogg Vorbis, FLAC or uncompressed audio (WAV and AIFF)<br>• Browse and stream SHOUTcast Internet radio<br>• Place anywhere—low profile, built-in display, no TV required<br>• Connect to 802.11 wireless or ethernet network<br>• Plug into any home theater stereo or speakers with digital and analog outputs<br>• Synchronize multiple players for whole house audio<br>• Browse and search using custom infrared remote or any web browser<br>• Extra features—built-in alarm clock, music selection by Album Art, plugins, web interface skins and more!<br><br>[1]<br><br>• **Whole-house audio**—A key benefit of a digital music collection is having ubiquitous access to the music in every room and at any time. Is the system able to stream to multiple players? Can multiple players play in sync and independently? Is the player small enough to be placed in every room, and is the design smart enough not to require a TV for setup and normal operation? Squeezebox is designed from the ground up for a whole-house experience with multi-player sync and remote control and its elegant low-profile design fits in every room.<br><br>[2] | |

> When I did it, I chose the automatic setup. The device found my wireless network with no problem and was ready to go. I was able to browse my entire music library by artist, album, genre or playlist. I also could search for a song using the remote-control keypad—just type in the first few letters of the title.
>
> Another cool function is the ability to use multiple Squeezebox units in your home. It works like this: Because they're wireless, several Squeezeboxes can exist on your network. Someone in the kitchen can listen to one stream of music using a small stereo or powered speakers, while someone in the living room listens to an entirely different stream. Alternately, the Squeezeboxes can be synchronized so that the same stream plays throughout the house over the network.

[5]

> **Can I synchronize a Squeezebox2 with my Squeezebox or SLIMP3 players?**
> Absolutely. All three players can be synchronized in the same group.

[7]

> Can I use more than one Squeezebox2 with a single server?
>
> Yes, you can have any number of Squeezeboxes on your LAN, using a single instance of the SlimServer software. Thanks to the efficient design of our software and streaming protocol, even a low-end PC can service more than a dozen Squeezeboxes. Each player operates completely independently of the others, so you can have different music playing in your garage, kitchen, bed room, living room... wherever! In addition, if you have multiple Squeezeboxes, you can synchronize them so that they play back the same audio in every room of your house.

> Can I play the same audio Squeezebox2 is playing on my computer at the same time, synchronized?
>
> Yes, this is possible through a program by Richard Titmuss named SoftSqueeze. Please note that SoftSqueeze is written in Java and requires Java 1.5 in order to synchronize, but for more information please see Richard's SoftSqueeze web site. SoftSqueeze is also now included in SlimServer. For more information on this, see the WebStart documentation.

[7]

> **Synchronization**
>
> You can synchronize playback between Softsqueeze with Squeezebox2, Squeezebox and slimp3 hardware players, allowing you to create a 'whole house' audio system. To enable synchronization use either the Settings > Synchronize menu in the players, or the Player Settings web pages in the Slimserver.
>
> **How does synchronization work?**
>
> The Slimserver controls the audio buffer and playback on all the players that are synchronized together. When a track starts all the players are paused, and the audio buffers are filled ready for playback. The Slimserver monitors how full the audio buffers are, and when the buffers in all players have reached 70% or greater then a play command is sent to all the players. This process is repeated at the start of each track to ensure that music stays synchronized.

[8]

> In spite of the extremely frustrating time I had learning all this, I REALLY like how, when I've got the SlimServer 5.4.0 running, with my M500 and v. 1.12 SoftSqueeze client in a "Synchronization Group" that I can hit controls on ANY of them and have it affect ALL of them. The Web interface and the remote control on offer from Slim are rich, and usable.

[10]

> has many nice features working in tandem with Squeezeboxes. Normally each Squeezebox works independently. This means you turn each and every of them individually and you control them individually. Is is perfectly natural when you have just one Squeezebox. But when you get a second one, sometimes you miss the feature of having them both "in sync", playing exactly the same synchronized music, when moving from one room to another. Actually this is one nice feature of the Slimserver software. It enables you to group together a couple of players. Once done, the music can be controlled from each player (the other players react in sync), the only feature that works independently is volume control. And of course you can group / ungroup / regroup the players on the fly (from a Web interface or using a remote controller). That is really how multiroom system should work.

[11]

### Synchronization

You can synchronize two or more music players, so that the same music is being played in multiple parts of your house.

**Note:**

Synchronization can only happen between Squeezebox3rdGeneration, Squeezebox2, Squeezebox, SLIMP3, or SoftSqueeze.

[13]

### Squeezebox

See HardwareComparison for details of the various Squeezebox models. There are links on from there to details, including Owners Guides, for installation and setup.

Note that you can connect multiple Squeezeboxes to one Slimserver - one per room if you like! And then either have them all play their own thing, or synchronize any or all of them together.

[14]

| | | |
|---|---|---|
| | | **Controlling Multiple Squeezeboxes with One SlimServer**<br><br>Any number of Squeezebox2, Squeezebox or SLIMP3 on your network can connect to a single SlimServer. Each player operates independently of the others, so you can play different music on each one. You can also synchronize them to play the same music in every room of your house simultaneously.<br><br>If you have more than one player connected to your SlimServer, a drop-down list will appear in the web interface so that you can choose which player to control.<br><br>To synchronize multiple players with the web interface:<br><br>1. In the web interface, click on Player Settings, then Audio.<br>2. In the Synchronize section of the page, choose the player that you'd like to synchronize. Click Change.<br><br>[15]<br><br>To the extent it is argued that these references do not disclose this claim element, it would have at least been obvious to combine these references with the references cited in Rider A, E. Further discussion of obviousness of this claim element is provided in Google's Invalidity Contentions Cover Pleading. |
| [1f] | *(ii) receiving, from the network device over the data network, a second indication that the first zone player has been added to a second zone scene comprising a second predefined grouping of zone players including at least the first zone player and a third* | Squeezebox includes receiving, from the network device over the data network, a second indication that the first zone player has been added to a second zone scene comprising a second predefined grouping of zone players including at least the first zone player and a third zone player that are to be configured for synchronous playback of media when the second zone scene is invoked, wherein the second zone player is different than the third zone player.  For example: |

| | | |
|---|---|---|
| | *zone player that are to be configured for synchronous playback of media when the second zone scene is invoked, wherein the second zone player is different than the third zone player;* | **Key features:**<br>• Stream digital music from your computer or over the Internet<br>• Listen to MP3, WMA, AAC, Apple Lossless, Ogg Vorbis, FLAC or uncompressed audio (WAV and AIFF)<br>• Browse and stream SHOUTcast Internet radio<br>• Place anywhere—low profile, built-in display, no TV required<br>• Connect to 802.11 wireless or ethernet network<br>• Plug into any home theater stereo or speakers with digital and analog outputs<br>• Synchronize multiple players for whole house audio<br>• Browse and search using custom infrared remote or any web browser<br>• Extra features—built-in alarm clock, music selection by Album Art, plugins, web interface skins and more!<br><br>[1]<br><br>• **Whole-house audio**—A key benefit of a digital music collection is having ubiquitous access to the music in every room and at any time. Is the system able to stream to multiple players? Can multiple players play in sync and independently? Is the player small enough to be placed in every room, and is the design smart enough not to require a TV for setup and normal operation? Squeezebox is designed from the ground up for a whole-house experience with multi-player sync and remote control and its elegant low-profile design fits in every room.<br><br>[2] |

|  |  |  |
|---|---|---|
|  |  | **Can I synchronize a Squeezebox2 with my Squeezebox or SLIMP3 players?**<br>Absolutely. All three players can be synchronized in the same group.<br><br>[7]<br><br>**Can I use more than one Squeezebox2 with a single server?**<br>Yes, you can have any number of Squeezeboxes on your LAN, using a single instance of the SlimServer software. Thanks to the efficient design of our software and streaming protocol, even a low-end PC can service more than a dozen Squeezeboxes. Each player operates completely independently of the others, so you can have different music playing in your garage, kitchen, bed room, living room... wherever! In addition, if you have multiple Squeezeboxes, you can synchronize them so that they play back the same audio in every room of your house.<br><br>**Can I play the same audio Squeezebox2 is playing on my computer at the same time, synchronized?**<br>Yes, this is possible through a program by Richard Titmuss named SoftSqueeze. Please note that SoftSqueeze is written in Java and requires Java 1.5 in order to synchronize, but for more information please see Richard's SoftSqueeze web site. SoftSqueeze is also now included in SlimServer. For more information on this, see the WebStart documentation.<br><br>[7]<br><br>**Synchronization**<br>You can synchronize playback between Softsqueeze with Squeezebox2, Squeezebox and slimp3 hardware players, allowing you to create a 'whole house' audio system. To enable synchronization use either the Settings > Synchronize menu in the players, or the Player Settings web pages in the Slimserver.<br><br>**How does synchronization work?**<br>The Slimserver controls the audio buffer and playback on all the players that are synchronized together. When a track starts all the players are paused, and the audio buffers are filled ready for playback. The Slimserver monitors how full the audio buffers are, and when the buffers in all players have reached 70% or greater then a play command is sent to all the players. This process is repeated at the start of each track to ensure that music stays synchronized.<br><br>[8] |

In spite of the extremely frustrating time I had learning all this, I REALLY like how, when I've got the SlimServer 5.4.0 running, with my M500 and v. 1.12 SoftSqueeze client in a "Synchronization Group" that I can hit controls on ANY of them and have it affect ALL of them. The Web interface and the remote control on offer from Slim are rich, and usable.

[10]

has many nice features working in tandem with Squeezeboxes. Normally each Squeezebox works independently. This means you turn each and every of them individually and you control them individually. Is is perfectly natural when you have just one Squeezebox. But when you get a second one, sometimes you miss the feature of having them both "in sync", playing exactly the same synchronized music, when moving from one room to another. Actually this is one nice feature of the Slimserver software. It enables you to group together a couple of players. Once done, the music can be controlled from each player (the other players react in sync), the only feature that works independently is volume control. And of course you can group / ungroup / regroup the players on the fly (from a Web interface or using a remote controller). That is really how multiroom system should work.

[11]

**Synchronization**

You can synchronize two or more music players, so that the same music is being played in multiple parts of your house.

Note:

Synchronization can only happen between Squeezebox3rdGeneration, Squeezebox2, Squeezebox, SLIMP3, or SoftSqueeze.

[13]

**Squeezebox**

See HardwareComparison for details of the various Squeezebox models. There are links on from there to details, including Owners Guides, for installation and setup.

Note that you can connect multiple Squeezeboxes to one Slimserver - one per room if you like! And then either have them all play their own thing, or synchronize any or all of them together.

[14]

| | | |
|---|---|---|
| | | **Controlling Multiple Squeezeboxes with One SlimServer**<br><br>Any number of Squeezebox2, Squeezebox or SLIMP3 on your network can connect to a single SlimServer. Each player operates independently of the others, so you can play different music on each one. You can also synchronize them to play the same music in every room of your house simultaneously.<br><br>If you have more than one player connected to your SlimServer, a drop-down list will appear in the web interface so that you can choose which player to control.<br><br>To synchronize multiple players with the web interface:<br>1. In the web interface, click on Player Settings, then Audio.<br>2. In the Synchronize section of the page, choose the player that you'd like to synchronize. Click Change.<br><br>[15]<br><br>To the extent it is argued that these references do not disclose this claim element, it would have at least been obvious to combine these references with the references cited in Rider A, D, E, H. Further discussion of obviousness of this claim element is provided in Google's Invalidity Contentions Cover Pleading. |
| [1g] | *after receiving the first and second indications, continuing to operate in the standalone mode until a given one of the first and second zone scenes has been selected for invocation;* | Squeezebox includes after receiving the first and second indications, continuing to operate in the standalone mode until a given one of the first and second zone scenes has been selected for invocation.  For example: |