QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Charles K. Verhoeven (Bar No. 170151)
  charlesverhoeven@quinnemanuel.com
  Melissa Baily (Bar No. 237649)
  melissabaily@quinnemanuel.com
  Lindsay Cooper (Bar No. 287125)
  lindsaycooper@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:   (415) 875-6600
Facsimile:    (415) 875-6700

*Attorneys for GOOGLE LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GOOGLE LLC,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>SONOS, INC.,<br><br>　　　　Defendant. | CASE NO. 3:20-cv-06754-WHA<br>Related to CASE NO. 3:21-cv-07559-WHA<br><br>**GOOGLE'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |

## I. INTRODUCTION

Pursuant to Civil Local Rule 79-5(f), Google LLC ("Google") respectfully submits this Administrative Motion to Consider Whether Another Party's Material Should Be Sealed in connection with its Brief Showing Cause Why the Court Should Not Enter Summary Judgment *Sua Sponte* of Validity of the '885 Patent ("Brief Showing Cause"). Certain portions of the Brief Showing Cause and documents filed in support thereof contain information that Sonos and third-party Bose Corporation ("Bose") may consider confidential pursuant to the Stipulated Protective Order ("Protective Order") entered by this Court. Dkt. 94. Accordingly, Google seeks to file under seal the documents and information as listed below:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Brief Showing Cause | Portions highlighted in blue | Sonos |
| Exhibit 1 to the Declaration of Marc Kaplan in Support of Google's Brief Showing Cause | Entire Document | Sonos |
| Exhibit 3 to the Declaration of Marc Kaplan in Support of Google's Brief Showing Cause | Entire Document | Sonos |
| Exhibit 6 to the Declaration of Marc Kaplan in Support of Google's Brief Showing Cause | Entire Document | Sonos |
| Exhibit 9 to the Declaration of Marc Kaplan in Support of Google's Brief Showing Cause | Entire Document | Sonos |
| Exhibit 11 to the Declaration of Marc Kaplan in Support of Google's Brief Showing Cause | Entire Document | Sonos |
| Exhibit 12 to the Declaration of Marc Kaplan in Support of Google's Brief Showing Cause | Entire Document | Sonos & Bose |

Materials and documents may be provisionally filed under seal pursuant to Civil Local Rule 79-5(f) when the document, or portions thereof, "has been designated as confidential by another party or non-party." L.R. 79-5(f). Google has redacted the portions of the Brief Showing Cause highlighted in blue and submitted exhibits in support thereof under seal because information therein

1 may be considered "CONFIDENTIAL" and/or "HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY" under the Protective Order by Sonos and/or Bose.

In compliance with Civil Local Rule 79-5(d) and (e), unredacted versions of the above listed documents accompany this Administrative Motion and redacted versions of the above listed documents have been filed publicly. In accordance with Local Rule 79-5(c)(3), Google has also filed a Proposed Order herewith.

DATED: September 15, 2022

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: */s/ Charles K. Verhoeven*
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
Melissa Baily (Bar No. 237649)
melissabaily@quinnemanuel.com
Lindsay Cooper (Bar No. 287125)
lindsaycooper@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:   (415) 875-6600
Facsimile:     (415) 875-6700

*Attorneys for GOOGLE LLC*

**CERTIFICATE OF SERVICE**

Pursuant to the Federal Rules of Civil Procedure and Local Rule 5-1, I hereby certify that, on September 15, 2022, all counsel of record who have appeared in this case are being served with a copy of the foregoing via the Court's CM/ECF system and email.

DATED: September 15, 2022

By: */s/ Charles K. Verhoeven*
      Charles K. Verhoeven