QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Charles K. Verhoeven (Bar No. 170151)
  charlesverhoeven@quinnemanuel.com
  Melissa Baily (Bar No. 237649)
  melissabaily@quinnemanuel.com
  Lindsay Cooper (Bar No. 287125)
  lindsaycooper@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:    (415) 875-6600
Facsimile:    (415) 875-6700

*Attorneys for GOOGLE LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GOOGLE LLC,<br><br>            Plaintiff,<br><br>     vs.<br><br>SONOS, INC.,<br><br>            Defendant. | CASE NO. 3:20-cv-06754-WHA<br>Related to CASE NO. 3:21-cv-07559-WHA<br><br>**[PROPOSED] ORDER GRANTING GOOGLE'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |

Plaintiff Google LLC ("Google") has filed an Administrative Motion to Consider Whether Another Party's Material Should Be Sealed in connection with its Brief Showing Cause Why the Court Should Not Enter Summary Judgment *Sua Sponte* of Validity of the '885 Patent ("Brief Showing Cause") ("Google's Administrative Motion").

Having considered Google's Administrative Motion, and compelling reasons to seal having been shown, the Court **GRANTS** Google's Administrative Motion and **ORDERS** sealed the documents listed below:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Brief Showing Cause | Portions highlighted in blue | Sonos |
| Exhibit 1 to the Declaration of Marc Kaplan in Support of Google's Brief Showing Cause | Entire Document | Sonos |
| Exhibit 3 to the Declaration of Marc Kaplan in Support of Google's Brief Showing Cause | Entire Document | Sonos |
| Exhibit 6 to the Declaration of Marc Kaplan in Support of Google's Brief Showing Cause | Entire Document | Sonos |
| Exhibit 9 to the Declaration of Marc Kaplan in Support of Google's Brief Showing Cause | Entire Document | Sonos |
| Exhibit 11 to the Declaration of Marc Kaplan in Support of Google's Brief Showing Cause | Entire Document | Sonos |
| Exhibit 12 to the Declaration of Marc Kaplan in Support of Google's Brief Showing Cause | Entire Document | Sonos & Bose |

IT IS SO ORDERED.

DATED:

The Honorable William Alsup
United States District Court Judge