QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
Melissa Baily (Bar No. 237649)
melissabaily@quinnemanuel.com
Lindsay Cooper (Bar No. 287125)
lindsaycooper@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:   (415) 875-6600
Facsimile:   (415) 875-6700

*Attorneys for GOOGLE LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GOOGLE LLC,<br><br>            Plaintiff,<br><br>     vs.<br><br>SONOS, INC.,<br><br>            Defendant. | CASE NO. 3:20-cv-06754-WHA<br>Related to CASE NO. 3:21-cv-07559<br><br>**DECLARATION OF MARC KAPLAN IN SUPPORT OF GOOGLE LLC'S BRIEF SHOWING CAUSE WHY THE COURT SHOULD NOT ENTER SUMMARY JUDGMENT *SUA SPONTE* OF VALIDITY OF THE '885 PATENT** |

I, Marc Kaplan, declare and state as follows:

1. I am an attorney licensed to practice in the State of Illinois and have been admitted *pro hac vice* in this matter. I am a partner at Quinn Emanuel Urquhart & Sullivan LLC representing Google LLC ("Google") in this matter. I make this declaration in support of Google's Brief Showing Cause Why the Court Should Not Enter Summary Judgment *Sua Sponte* of Validity of the '885 Patent ("Brief Showing Cause"). If called as a witness, I could and would testify competently to the information contained herein.

2. Attached as Exhibit 1 is a true and correct copy of an excerpt of the Rebuttal Expert Report of Dr. Kevin C. Almeroth for "Patent Showdown" dated July 27, 2022.

3. Attached as Exhibit 2 is a true and correct copy of an excerpt of a document produced by Google in these matters bearing the Bates number GOOG-SONOS-NDCA-00108095.

4. Attached as Exhibit 3 is a true and correct copy of an excerpt of the transcript from the June 6, 2022 deposition of Robert Andrew Lambourne.

5. Attached as Exhibit 4 is a true and correct copy of Exhibit 1077 from the June 6, 2022 deposition of Robert Andrew Lambourne.

6. Attached as Exhibit 5 is a true and correct copy of Exhibit 1078 from the June 6, 2022 deposition of Robert Andrew Lambourne.

7. Attached as Exhibit 6 is a true and correct copy of the Opening Expert Report of Dr. Dan Schonfeld Regarding Claim 1 of U.S. Patent No. 10,848,885 dated June 22, 2022.

8. Attached as Exhibit 7 is a true and correct copy of Exhibit 6 from the June 6, 2022 deposition of Robert Andrew Lambourne.

9. Attached as Exhibit 8 is a true and correct copy of Exhibit 8 from the June 6, 2022 deposition of Robert Andrew Lambourne.

10. Attached as Exhibit 9 is a true and correct copy of a document produced by Sonos in these matters bearing the Bates number SONOS-SVG2-00026839.

11. Attached as Exhibit 10 is a true and correct copy of Provisional Patent Application Appendix A.

12. Attached as Exhibit 11 is a true and correct copy of an excerpt of Attachment A to Sonos's Second Supplemental Responses and Objections to Google's First Set of Interrogatories dated February 4, 2022.

13. Attached as Exhibit 12 is a true and correct copy of the Supplemental Expert Report of Dr. Dan Schonfeld Regarding Claim 1 of U.S. Patent No. 10,848,885 dated August 29, 2022.

I declare under penalty of perjury that to the best of my knowledge the foregoing is true and correct. Executed on September 15, 2022, in Chicago, Illinois.

DATED: September 15, 2022

By: */s/ Marc Kaplan*
    Marc Kaplan

**ATTESTATION**

I, Charles K. Verhoeven, am the ECF user whose ID and password are being used to file the above Declaration. In compliance with Civil L.R. 5-1(h)(3), I hereby attest that Marc Kaplan has concurred in the aforementioned filing.

*/s/ Charles K. Verhoeven*
Charles K. Verhoeven