# EXHIBIT 2

# EXHIBIT A

GOOG-SONOS-NDCA-00108095

http://web.archive.org/web/20050320050615/sonos.com/

GOOG-SONOS-NDCA-00108212



GOOG-SONOS-NDCA-00108213

http://web.archive.org/web/20050307214032/http://www.sonos.com/store/?tref=home1

GOOG-SONOS-NDCA-00108214



INTERNET ARCHIVE WaybackMachine
http://www.sonos.com/store/?tref=home1 Go
14 captures
25 Feb 2005 - 7 Aug 2007
FEB MAR DEC
2004 07 2005 2006
About this capture

SONOS™

My Cart | My Account

Home Products Store Community Support News & Reviews About Us

Home > Store

Sonos Store Order Status

**Sonos™ Digital Music System—Introductory Bundle**

**Price: $1199.00**

Add to My Cart

**Description:**
Get started listening to music in two rooms of your house with two Sonos™ ZonePlayers and a Sonos Controller. This introductory bundle will get you listening to all your digital music in two rooms, and you can simply add more ZonePlayers as needed. Includes Sonos System Setup software.

Learn more

**Sonos™ Controller CR100**

**Price: $399.00**

Add to My Cart

**Description:**
Wireless handheld controller with full-color LCD screen and scroll wheel that lets you control all your music and all your zones from anywhere in your home. Provides instant access to your entire digital music collection from the palm of your hand.

Learn more

**Sonos™ ZonePlayer ZP100**

**Price: $499.00**

Add to My Cart

**Description:**
Networked audio player that distributes, plays and amplifies your music all throughout your home — regardless of where your music is stored. Includes Sonos System Setup software.

Learn more

Contact Us 800.680.2345 Buy Online Now! Store Locator

Privacy Policy | Site Map | unsubscribe | ©2004-2005 Sonos, Inc.

http://web.archive.org/web/20050305043201/http://www.sonos.com/products/?tref=store2

GOOG-SONOS-NDCA-00108216



INTERNET ARCHIVE WaybackMachine
http://www.sonos.com/products/?tref=store2 Go
16 captures
25 Feb 2005 - 8 Aug 2007
FEB MAR AUG
05
2004 2005 2006
About this capture

SONOS™

My Cart | My Account

Home | Products | Store | Community | Support | News & Reviews | About Us

Home > Products

**Products**

- What Sonos Is
- How Sonos Works
- ZonePlayer
- Controller

**Stay Informed**

Stay up-to-date on what's happening at Sonos

Enter email address

Submit

See Sonos at Home
Click here to launch demo.

# Play any song. In any room. From anywhere.

Sonos is the first and only digital music system that lets you play all your digital music, all over your house—and control it all from the palm of your hand. Best of all, you don't need a PC in every room, a music server or a wireless network. Just a Sonos™ ZonePlayer and speakers in the rooms of your choice and a Sonos™ Controller in hand to access all your digital music, no matter where it's stored—on your PC, Mac or Network Attached Storage box.

**With a Sonos™ Digital Music System you can:**

- Simultaneously play the same song or different songs in as many rooms as you'd like — up to 32.
- Easily access your entire digital music collection with a full-color LCD screen and scroll wheel.
- Wirelessly control all your music and all your rooms—from anywhere with Sonosnet™.
- Enjoy great sound in every room.

## Digital music in every room.

That's right, every room—from the bedroom to the backyard. Now, you can liberate the digital music that's stored on your PC, Mac or Network Attached Storage box and spread it all throughout your house.

### Wireless, handheld control.

Sonos puts the control of all your music and all your rooms in the palm of your hand. With the Sonos wireless, handheld controller and Sonosnet™, our secure, wireless mesh network, you can instantly access your entire music collection from anywhere. No more running back and forth to your PC every time you want to turn on, change or turn off your music. No more pointing or line of sight requirements. Just freedom of movement and freedom of music.

### Superior audio quality.

ZonePlayer

The Sonos Digital Music System does more than just distribute and play music throughout your house. It amplifies it, too. With the ZonePlayer's high-performance built-in amplifier, you can enjoy superior audio quality—low distortion and a high signal to noise ratio—in every room.

Contact Us | 800.680.2345 | Buy Online Now! | Store Locator

Privacy Policy | Site Map | unsubscribe | ©2004-2005 Sonos, Inc.

http://web.archive.org/web/20050305100853/http://www.sonos.com/products/zoneplayer/

GOOG-SONOS-NDCA-00108218



INTERNET ARCHIVE
WaybackMachine
http://www.sonos.com/products/zoneplayer/ Go
169 captures
10 Jun 2004 - 18 Mar 2021
FEB MAR APR
05
2004 2005 2006
About this capture

**Products**
- What Sonos Is
- How Sonos Works
- ZonePlayer
- Controller

**Stay Informed**

Stay up-to-date on what's happening at Sonos
Enter email address
Submit

# It distributes. It plays. It amplifies.

The Sonos™ ZonePlayer brings great sounding music to any and every room in your house—regardless of where your music collection is stored. And we do mean *every* room. In fact, you can play the same song or different songs in as many rooms as you'd like. Simultaneously. No other digital music system lets you do that.

If you're still wondering why we called it a ZonePlayer rather than a room player, the answer is simple: a room doesn't always define the space where you want to listen to music—think living room + dining room, not to mention your backyard, garage and swimming pool.

more images
Order Now

Features | Specs | Software | Images |

- Multi-room digital music
- Superior audio quality
- Ease of set up and use
- Support for multiple music sources

**ZonePlayer Features** *Specifications*

| Feature | Description / Benefit |
|---|---|
| **Multi-room digital music** | |
| Built-in wireless capability | Connects ZonePlayers wirelessly when a wired Ethernet connection is not available. |
| Sonosnet™ | A secure, wireless mesh network that streams music wirelessly to other ZonePlayers, avoiding sources of wireless interference. |
| Multi-zone synchronous playback | Plays the same song simultaneously in different zones without echoes or delays. |
| Multi-stream playback | Plays different songs simultaneously in different zones. |
| **Superior audio quality** | |
| Tone and volume controls adjustable for each zone | Optimize sound performance for each zone using zone-specific bass, treble, balance, and loudness controls. Adjust volume by zone or group of zones. |
| Built-in, powerful amplifier | Powers large or small speakers with 50W per channel amplifier. |
| Subwoofer output with automatic crossover | Requires no adjustment of system settings when adding a subwoofer in a zone. |
| Radiant cooling | Operates silently — all you hear is the music. |
| **Ease of setup and use** | |
| Automatic set up | Automatic wired or wireless set up. Initialize new ZonePlayers with one button-press. |
| Expandable system design | Allows you to expand your digital music system room by room. |
| Compact size | Fits in spaces where traditional stereo components and shelf systems cannot. |
| 4-Port Ethernet switch | Enables multiple direct connections to routers, PCs, and other ZonePlayers. Ideal for houses with installed Ethernet wiring. |
| Front-panel volume controls | Provides quick access to volume and mute controls when you don't have a Controller in hand. |
| **Support for multiple music sources** | |
| Support for multiple music sources | Accesses music stored on up to 16 PCs, Macs, or NAS (Network Attached Storage) devices on your home network, as well as Internet radio and legacy A/V devices, such as CD players. |
| Playback of popular audio file types | Plays compressed MP3, WMA, and AAC (MPEG4) music files as well as uncompressed WAV files. |
| Playback of Internet radio | Plays Internet radio stations using "streaming MP3" format. ZonePlayer comes with over 70 pre-programmed radio stations and it's simple to add more. ** |
| Analog Audio Input with digital encoding | Music from an external audio source (such as a CD player or portable MP3 player) connected to one ZonePlayer can be played by all other ZonePlayers in the system. |

* All specifications subject to change without notice.

** Internet connection for access to Internet radio stations and online software updates (DSL, cable modem or LAN-based high-speed Internet connection recommended.)

*Internet functionality may require payment of separate fee to a service provider; local and/or long distance telephone charges may apply.*

Back to top

http://web.archive.org/web/20050305202132/http://www.sonos.com/products/zoneplayer/specs.htm

GOOG-SONOS-NDCA-00108220



INTERNET ARCHIVE WaybackMachine
http://www.sonos.com/products/zoneplayer/specs.htm Go
26 captures
8 Dec 2004 - 4 Mar 2007
FEB MAR APR
05
2004 2005 2007
About this capture

SONOS™

My Cart | My Account

Home | Products | Store | Community | Support | News & Reviews | About Us

Home > Products > ZonePlayer > Specs

**Products**

- What Sonos Is
- How Sonos Works
- ZonePlayer
- Controller

**Stay Informed**

Stay up-to-date on what's happening at Sonos

Enter email address

Submit

# It distributes. It plays. It amplifies.

The Sonos™ ZonePlayer brings great sounding music to any and every room in your house—regardless of where your music collection is stored. And we do mean *every* room. In fact, you can play the same song or different songs in as many rooms as you'd like. Simultaneously. No other digital music system lets you do that.

If you're still wondering why we called it a ZonePlayer rather than a room player, the answer is simple: a room doesn't always define the space where you want to listen to music—think living room + dining room, not to mention your backyard, garage and swimming pool.

more images

Order Now

Features | Specs | Software | Images

- Technical specs
- Package contents

## ZonePlayer Technical Specifications

*Specifications*

| Feature | Description |
|---|---|
| **Audio section** | |
| Rated output | 50W minimum RMS per channel (8 Ohms, 20-20kHz, THD+N < 0.02%) |
| Speaker connections | Spring binding posts |
| Line in | Auto-detecting RCA type |
| Line out | RCA type, variable audio output |
| Subwoofer out | Auto-detecting RCA type, 80 Hz crossover |
| **Music access** | |
| File types supported (44.1 kHz) | MP3, WMA, AAC (MPEG4),WAV<br>*Firmware upgradable to support future audio formats.*<br>*DRM-encrypted files not currently supported.* |
| File storage supported | Windows 2000, Windows XP; Mac OS X v10.2 or later; NAS (Network Attached Storage) devices supporting CIFS |
| Internet radio | Streaming MP3 |
| Ethernet connection | 4-port switch, 10/100Mbps, auto MDI/MDIX |
| Wireless connectivity | Sonosnet™, a secure peer-to-peer wireless mesh network |
| **General** | |
| Power Supply | AC 120/240, 50-60 Hz, user-switchable |
| Front-panel buttons | Volume and Mute |
| Front-panel LED indicators | ZonePlayer status and Mute status |
| Dimensions | 10.2 x 8.2 x 4.4 in. (260 x 209.5 x 113 mm) |
| Weight | 10 lb (4.5 kg) |
| Finish | Die cast matte aluminum enclosure on light gray base |

## ZonePlayer Package Contents

Sonos ZonePlayer ZP100, power cord, Ethernet cable, Sonos System Setup software CD-ROM, Sonos Digital Music System User Guide, ZonePlayer Quick Setup Instructions.

* All specifications subject to change without notice.

**Back to top**

Contact Us | 800.680.2345 | Buy Online Now! | Store Locator

Privacy Policy | Site Map | unsubscribe | ©2004-2005 Sonos, Inc.

http://web.archive.org/web/20050305201208/http://www.sonos.com/products/zoneplayer/software.htm

GOOG-SONOS-NDCA-00108222



INTERNET ARCHIVE WaybackMachine
http://www.sonos.com/products/zoneplayer/software.htm Go
27 captures
12 Jul 2004 - 20 Apr 2019
FEB MAR JUN
05
2004 2005 2006
About this capture

SONOS™

My Cart | My Account

Home | Products | Store | Community | Support | News & Reviews | About Us

Home > Products > ZonePlayer > Software

**Products**
- What Sonos Is
- How Sonos Works
- ZonePlayer
- Controller

**Stay Informed**

Stay up-to-date on what's happening at Sonos

Enter email address

Submit

# It distributes. It plays. It amplifies.

The Sonos™ ZonePlayer brings great sounding music to any and every room in your house—regardless of where your music collection is stored. And we do mean *every* room. In fact, you can play the same song or different songs in as many rooms as you'd like. Simultaneously. No other digital music system lets you do that.

If you're still wondering why we called it a ZonePlayer rather than a room player, the answer is simple: a room doesn't always define the space where you want to listen to music—think living room + dining room, not to mention your backyard, garage and swimming pool.

more images

Order Now

Features | Specs | Software | Images

## It's the software to help get you started.

- PC software
- Mac software

### PC Software

Designed with a user interface to accommodate a larger screen, the Sonos™ Desktop Controller software will guide you through both set up and music sharing. It offers all the same functionality as the Sonos™ Controller, but instead of being in the palm of your hand, it's all on your desktop.

**Features**
- Easy-to-use Assistant for set up and music sharing. Set up music folders on your hard drive so they can be shared across all ZonePlayers.
- Control of your Sonos™ Digital Music System from your desktop.
- Add and edit your choice of Internet radio stations.

View large image

| PC Software Requirements |
|---|
| PC running Windows XP or Windows 2000 |
| 500 MHz Pentium class processor or better |
| Latest Windows service packs recommended |
| Internet connection for access to Internet radio stations and online software updates (DSL, cable modem or LAN-based high-speed Internet connection recommended.) * |

Back to top

### Mac Software

Designed for Mac OS X, the Sonos™ Setup Assistant for Mac software will guide you through the set up of your Sonos Digital Music System.

Sonos Mac Assistant

View large image

**Features**
- Easy-to-use Assistant for set up and music sharing. Set up music folders on your hard drive so they can be shared across all ZonePlayers.

| MAC Software Requirements |
|---|
| Mac running OS X v10.2 or later |
| Internet connection for access to Internet radio stations and online software updates (DSL, cable modem or LAN-based high-speed Internet connection recommended.*) |

Back to top

** Internet functionality may require payment of separate fee to a service provider; local and/or long distance telephone charges may apply.*

Contact Us | 800.680.2345 | Buy Online Now! | Store Locator

Privacy Policy | Site Map | unsubscribe | ©2004-2005 Sonos, Inc.

http://web.archive.org/web/20050305185445/http://www.sonos.com/products/zoneplayer/images.htm

GOOG-SONOS-NDCA-00108224



INTERNET ARCHIVE WaybackMachine
http://www.sonos.com/products/zoneplayer/images.htm Go
26 captures
8 Dec 2004 - 29 Dec 2005
FEB MAR MAY
05
2004 2005 2006
About this capture

SONOS™

My Cart | My Account

Home | Products | Store | Community | Support | News & Reviews | About Us

Home > Products > ZonePlayer > Images

**Products**
- What Sonos Is
- How Sonos Works
- ZonePlayer
- Controller

**Stay Informed**

Stay up-to-date on what's happening at Sonos

Enter email address

Submit

# It distributes. It plays. It amplifies.

The Sonos™ ZonePlayer brings great sounding music to any and every room in your house—regardless of where your music collection is stored. And we do mean *every* room. In fact, you can play the same song or different songs in as many rooms as you'd like. Simultaneously. No other digital music system lets you do that.

If you're still wondering why we called it a ZonePlayer rather than a room player, the answer is simple: a room doesn't always define the space where you want to listen to music—think living room + dining room, not to mention your backyard, garage and swimming pool.

more images

Order Now

Features | Specs | Software | Images

(click thumbnail to change image)

Sonos

Contact Us 800.680.2345 Buy Online Now! Store Locator

Privacy Policy | Site Map | unsubscribe | ©2004-2005 Sonos, Inc.

http://web.archive.org/web/20050305094820/http://www.sonos.com/products/index.htm

GOOG-SONOS-NDCA-00108226



INTERNET ARCHIVE WayBackMachine
http://www.sonos.com/products/index.htm Go
123 captures
10 Jun 2004 - 13 Feb 2021
FEB MAR APR
05
2004 2005 2006
About this capture

Stay Informed
Stay up-to-date on what's happening at Sonos
Enter email address
Submit

# Play any song. In any room. From anywhere.

Sonos is the first and only digital music system that lets you play all your digital music, all over your house—and control it all from the palm of your hand. Best of all, you don't need a PC in every room, a music server or a wireless network. Just a Sonos™ ZonePlayer and speakers in the rooms of your choice and a Sonos™ Controller in hand to access all your digital music, no matter where it's stored—on your PC, Mac or Network Attached Storage box.

**With a Sonos™ Digital Music System you can:**

- Simultaneously play the same song or different songs in as many rooms as you'd like — up to 32.
- Easily access your entire digital music collection with a full-color LCD screen and scroll wheel.
- Wirelessly control all your music and all your rooms—from anywhere with Sonosnet™.
- Enjoy great sound in every room.

## Digital music in every room.

That's right, every room—from the bedroom to the backyard. Now, you can liberate the digital music that's stored on your PC, Mac or Network Attached Storage box and spread it all throughout your house.

### Wireless, handheld control.

Sonos puts the control of all your music and all your rooms in the palm of your hand. With the Sonos wireless, handheld controller and Sonosnet™, our secure, wireless mesh network, you can instantly access your entire music collection from anywhere. No more running back and forth to your PC every time you want to turn on, change or turn off your music. No more pointing or line of sight requirements. Just freedom of movement and freedom of music.

### Superior audio quality.

ZonePlayer

The Sonos Digital Music System does more than just distribute and play music throughout your house. It amplifies it, too. With the ZonePlayer's high-performance built-in amplifier, you can enjoy superior audio quality—low distortion and a high signal to noise ratio—in every room.

http://web.archive.org/web/20050304040617/http://www.sonos.com/products/how_sonos_works.htm

GOOG-SONOS-NDCA-00108228



INTERNET ARCHIVE WaybackMachine
http://www.sonos.com/products/how_sonos_works.htm Go
176 captures
10 Jun 2004 - 18 Apr 2017
FEB MAR APR
04
2004 2005 2006
About this capture

SONOS™

My Cart | My Account

Home | Products | Store | Community | Support | News & Reviews | About Us

Home > Products > How Sonos Works

**Products**

- What Sonos Is
- How Sonos Works
- ZonePlayer
- Controller

**Stay Informed**

Stay up-to-date on what's happening at Sonos

Enter email address

Submit

## No hex keys. No WEP keys. No SSID.

In other words, you don't need to be a professional installer to set it up, or a technical wizard to use it. Sonos was designed to work right out of the box. Just take your components, lay them out in your home and the result will be music to your ears.

### Here's how it works:

**The components:**

Sonos components

**The layout:**

Keep your PC and digital music right where they are — in your office, bedroom, wherever.

Put Sonos ZonePlayers (and speakers) in all the zones where you want music — there's no limit.

Access all your music and all your zones from your wireless Sonos Controller — which can be absolutely anywhere.

**The result:** A multi-room digital music system that's easy to set up and even easier to use.

Sonos

Contact Us | 800.680.2345 | Buy Online Now! | Store Locator

Privacy Policy | Site Map | unsubscribe | ©2004-2005 Sonos, Inc.

http://web.archive.org/web/20050305061518/http://www.sonos.com/products/controller/

GOOG-SONOS-NDCA-00108230



INTERNET ARCHIVE WaybackMachine
http://www.sonos.com/products/controller/ Go
140 captures
10 Jun 2004 - 28 Jul 2020
FEB MAR APR
05
2004 2005 2006
About this capture

SONOS™

My Cart | My Account

Home | Products | Store | Community | Support | News & Reviews | About Us

Home > Products > Controller

**Products**

- What Sonos Is
- How Sonos Works
- ZonePlayer
- Controller

**Stay Informed**

Stay up-to-date on what's happening at Sonos

Enter email address

Submit

# It's like having a giant jukebox of music at your fingertips.

Now you can have instant access to your entire digital music collection, including all your playlists, from anywhere in your home — inside or out. That's because the Sonos™ Controller uses Sonosnet™, our secure wireless mesh network that extends the range of your Controller throughout your entire home. Which means you don't have to run to your PC every time you want to turn on, change or turn off your music. And, you can control everything from volume to music selection in any room from anywhere.

$399.00 USD | more images

Order Now

When it comes to scrolling through your music library, browsing titles, viewing album art, queuing up tracks, choosing zones, and more, the large, full-color LCD screen and scroll wheel make it a real cinch. No other digital music system lets you do all that.

Features | Specs | Images

- Wireless, handheld control
- Full-color LCD screen and scroll wheel

**Controller Features** — *Specifications*

| Feature | Description / Benefit |
|---|---|
| **Wireless, handheld control** | |
| Integrated, multi-room control | Lets you control what music is playing in every room in your house, from anywhere in your house. Control of your music is not tied to the room where you're listening. |
| Sonosnet™ | A secure, peer-to-peer wireless mesh network that extends the range of the Controller to any room in your house, even outside. Avoids sources of wireless interference by communicating with the closest ZonePlayer, rather than through one distant control point. |
| Multiple options for music selection | Browse your digital music collection by Artist, Album, Genre, Track Name, Composer, or Playlist. |
| Queue-based music playback | Makes it easy to build and edit lists (queues) of songs to play, and to save lists for future playback. |
| Multiple music queues | Lets you use any Controller to build a separate queue of music to play in each zone or group of zones in your house. |
| Flexible playback options | Control what zone or group of zones plays the music selected, and set shuffle/repeat playback as desired. |
| High-capacity Lithium Ion battery | Lasts for over a week between battery charges, assuming typical usage. |
| **Full-color LCD screen and scroll wheel** | |
| High-resolution color screen | Makes everything on the screen brighter and easier to see, including full-color album artwork, if available. |
| Scroll wheel selector | Makes it quick and easy to scroll through large music collections and make selections. |
| Intuitive button layout | Provides complete music management and control. Two buttons are dedicated to providing direct access to the Controller's main menus (Music and Zones). |
| Movement sensor | Automatically turns the Controller on when you pick it up. |
| Backlit buttons and screen | Backlit buttons and screen make the Controller easy to operate in low-light conditions |
| Light sensor | Turns backlighting on only when necessary to conserve battery power. |

* All specifications subject to change without notice.

Back to top

Contact Us | 800.680.2345 | Buy Online Now! | Store Locator

Privacy Policy | Site Map | unsubscribe | ©2004-2005 Sonos, Inc.

http://web.archive.org/web/20050306040335/http://www.sonos.com/products/controller/specs.htm

GOOG-SONOS-NDCA-00108232



INTERNET ARCHIVE WaybackMachine http://www.sonos.com/products/controller/specs.htm Go
51 captures
8 Dec 2004 - 18 Nov 2008
FEB MAR APR
06
2004 2005 2006
About this capture

# It's like having a giant jukebox of music at your fingertips.

Now you can have instant access to your entire digital music collection, including all your playlists, from anywhere in your home — inside or out. That's because the Sonos™ Controller uses Sonosnet™, our secure wireless mesh network that extends the range of your Controller throughout your entire home. Which means you don't have to run to your PC every time you want to turn on, change or turn off your music. And, you can control everything from volume to music selection in any room from anywhere.

$399.00 USD
more images
Order Now

When it comes to scrolling through your music library, browsing titles, viewing album art, queuing up tracks, choosing zones, and more, the large, full-color LCD screen and scroll wheel make it a real cinch. No other digital music system lets you do all that.

Features | Specs | Images

- Technical specs
- Package contents

## Controller Technical Specifications

Specifications

| Feature | Description |
|---|---|
| **Display and User Interface** | |
| Screen Type | 3.5" (diagonal) color LCD with LED backlighting |
| Screen resolution | 240 x 320 (QVGA) |
| Browse control | Touch sensitive scroll wheel with center-mounted selector button |
| Function buttons | 9 backlit buttons, 3 soft-selector buttons below screen. |
| Indicators | Wireless signal strength and battery charge indicator (on-screen), battery status LEDs |
| **Power / Connections** | |
| Battery Type | Rechargeable Li-ION Polymer, factory-replaceable |
| DC Charger | Input 100-240VAC, 50-60 Hz Output 6VDC, 3.8A |
| Battery Charging Time | 2 hours to full charge |
| Wireless connectivity | Sonosnet™, a secure peer-to-peer wireless mesh network |
| **General** | |
| Dimensions | 6.5 x 3.8 x 0.95 in. (165 x 97 x 24.5 mm) |
| Weight | 12.5 oz. (360 g) |
| Finish | Metal cladding on light gray enclosure, splash resistant |

## Controller Package Contents

Sonos Controller CR100, AC Adapter, Power Cord, Controller Quick Setup Instructions.

* All specifications subject to change without notice.

Back to top

http://web.archive.org/web/20050305091219/http://www.sonos.com/products/controller/images.htm

GOOG-SONOS-NDCA-00108234



INTERNET ARCHIVE WayBackMachine
http://www.sonos.com/products/controller/images.htm Go
80 captures
8 Dec 2004 - 18 Nov 2008
JAN MAR MAY
05
2004 2005 2006
About this capture

SONOS™

My Cart | My Account

Home | Products | Store | Community | Support | News & Reviews | About Us

Home > Products > Controller > Images

**Products**

- What Sonos Is
- How Sonos Works
- ZonePlayer
- Controller

**Stay Informed**

Stay up-to-date on what's happening at Sonos

Enter email address

Submit

# It's like having a giant jukebox of music at your fingertips.

Now you can have instant access to your entire digital music collection, including all your playlists, from anywhere in your home — inside or out. That's because the Sonos™ Controller uses Sonosnet™, our secure wireless mesh network that extends the range of your Controller throughout your entire home. Which means you don't have to run to your PC every time you want to turn on, change or turn off your music. And, you can control everything from volume to music selection in any room from anywhere.

$399.00 USD

more images

Order Now

When it comes to scrolling through your music library, browsing titles, viewing album art, queuing up tracks, choosing zones, and more, the large, full-color LCD screen and scroll wheel make it a real cinch. No other digital music system lets you do all that.

Features | Specs | Images

(click thumbnail to change image)

Sonos

Contact Us 800.680.2345 Buy Online Now! Store Locator

Privacy Policy | Site Map | unsubscribe | ©2004-2005 Sonos, Inc.

http://web.archive.org/web/20050305074731/http://www.sonos.com/store/order_tracking.htm?tref=
home1

GOOG-SONOS-NDCA-00108236



GOOG-SONOS-NDCA-00108237

http://web.archive.org/web/20050408225450mp_/http://www.sonos.com/products/?tref=home2

GOOG-SONOS-NDCA-00108238



INTERNET ARCHIVE WaybackMachine
http://www.sonos.com/products/?tref=home2 Go
2 captures
8 Apr 2005 - 7 Sep 2005
MAR APR SEP
08
2004 2005 2006
About this capture

SONOS™

My Cart | My Account

Home | Products | Store | Community | Support | News & Reviews | About Us

Home > Products

**Products**

- What Sonos Is
- How Sonos Works
- ZonePlayer
- Controller
- Loudspeaker

Enter your phone number below, and you will be contacted by a Sonos representative.

Mon-Fri, 9am-9pm EST
Sat, 12pm-5pm EST

Enter Phone Number
Ext. (if applicable)

Submit

# Play any song. In any room. From anywhere.

Sonos is the first and only digital music system that lets you play all your digital music, all over your house—and control it all from the palm of your hand. Best of all, you don't need a PC in every room, a music server or a wireless network. Just a Sonos™ ZonePlayer and speakers in the rooms of your choice and a Sonos™ Controller in hand to access all your digital music, no matter where it's stored—on your PC, Mac or Network Attached Storage box.

**With a Sonos™ Digital Music System you can:**

- Simultaneously play the same song or different songs in as many rooms as you'd like — up to 32.
- Easily access your entire digital music collection with a full-color LCD screen and scroll wheel.
- Wirelessly control all your music and all your rooms—from anywhere with Sonosnet™.
- Enjoy great sound in every room.

## Digital music in every room.

That's right, every room—from the bedroom to the backyard. Now, you can liberate the digital music that's stored on your PC, Mac or Network Attached Storage box and spread it all throughout your house.

### Superior audio quality.

The Sonos Digital Music System does more than just distribute and play music throughout your house. It amplifies it, too. With the ZonePlayer's high-performance built-in amplifier, you can enjoy superior audio quality—low distortion and a high signal to noise ratio—in every room.

### Wireless, handheld control.

Sonos puts the control of all your music and all your rooms in the palm of your hand. With the Sonos wireless, handheld controller and Sonosnet™, our secure, wireless mesh network, you can instantly access your entire music collection from anywhere. No more running back and forth to your PC every time you want to turn on, change or turn off your music. No more pointing or line of sight requirements. Just freedom of movement and freedom of music.

### A perfect pair.

When we set out to create speakers for the Sonos Digital Music System we had three things in mind—acoustics, aesthetics and size. The Sonos Loudspeaker delivers on all three. These high-performance bookshelf speakers provide great sound in a small space and they sure look great doing it.

Contact Us | 800.680.2345 | Buy Online Now! | Store Locator

Privacy Policy | Site Map | unsubscribe | ©2004-2005 Sonos, Inc.

http://web.archive.org/web/20050307232359/http://www.sonos.com/store/?tref=home2

GOOG-SONOS-NDCA-00108240



INTERNET ARCHIVE WaybackMachine
http://www.sonos.com/store/?tref=home2 Go
13 captures
25 Feb 2005 - 7 Aug 2007
FEB MAR DEC
07
2004 2005 2006
About this capture

SONOS™

My Cart | My Account

Home | Products | Store | Community | Support | News & Reviews | About Us

Home > Store

Sonos Store

Order Status

**Sonos™ Digital Music System—Introductory Bundle**

Price: $1199.00

Add to My Cart

**Description:**
Get started listening to music in two rooms of your house with two Sonos™ ZonePlayers and a Sonos Controller. This introductory bundle will get you listening to all your digital music in two rooms, and you can simply add more ZonePlayers as needed. Includes Sonos System Setup software.

Learn more

**Sonos™ Controller CR100**

Price: $399.00

Add to My Cart

**Description:**
Wireless handheld controller with full-color LCD screen and scroll wheel that lets you control all your music and all your zones from anywhere in your home. Provides instant access to your entire digital music collection from the palm of your hand.

Learn more

**Sonos™ ZonePlayer ZP100**

Price: $499.00

Add to My Cart

**Description:**
Networked audio player that distributes, plays and amplifies your music all throughout your home — regardless of where your music is stored. Includes Sonos System Setup software.

Learn more

Contact Us | 800.680.2345 | Buy Online Now! | Store Locator

Privacy Policy | Site Map | unsubscribe | ©2004-2005 Sonos, Inc.

http://web.archive.org/web/20050305220859/http://www.sonos.com/community/?tref=ghome

GOOG-SONOS-NDCA-00108242



GOOG-SONOS-NDCA-00108243

http://web.archive.org/web/20050302003443/http://www.sonos.com/community/digital_expert/

GOOG-SONOS-NDCA-00108244



## Do you get calls when friends want to buy a digital camera?

Do you help all your friends set up their home networks? Do you sometimes feel like you run your own technical support line? If so, you're probably a Digital Expert, and at Sonos, we've got a program just for you. Not surprisingly, it's called the Digital Expert Program and it caters to all those under-appreciated, over-achieving technical gurus, like you. People who, in our opinion, deserve more support and recognition for the key role they play in helping others survive…and thrive in an increasingly technical world.

**As a Sonos Digital Expert, you'll receive:**

- Direct access to priority telephone technical support with a dedicated 800 number.
- Exclusive access to in-depth online technical documentation from our knowledge base.
- Rewards - a $20.00 gift certificate* redeemable at Amazon.com® for every eligible Sonos™ ZonePlayer you help register and install. See program details for all the facts and fine print.

**It's time to test your digital expertise.**

To become an official Sonos Digital Expert, you'll need to take and pass the Digital Expert test. It's just our way of qualifying the true Digital Experts from the wannabes. Don't worry, it's only 20 questions and, because we all suffer from occasional test anxiety, you can take it as many times as you like.

**Take the Test**

*Amazon.com and the Amazon.com logo are registered trademarks of Amazon.com, Inc. Amazon.com gift certificates are redeemable only at www.amazon.com. See www.amazon.com/gc-legal for terms and conditions of use of Amazon.com gift certificates. Amazon.com is not a sponsor of this promotion.

GOOG-SONOS-NDCA-00108245

http://web.archive.org/web/20050302005030/http://www.sonos.com/community/digital_expert/test/

GOOG-SONOS-NDCA-00108246



INTERNET ARCHIVE WaybackMachine
http://www.sonos.com/community/digital_expert/test/ Go
30 captures
13 Feb 2005 - 8 Aug 2007
FEB MAR APR
02
2004 2005 2006
About this capture

# Testing 1, 2, 3.

Before you start answering, please enter your email address.
This test requires 18 correct answers out of 20 in order to pass. Good luck.

## User Information

Email Address:

## Audio Section

**1.) Which of the following is a correct statement?**
- ◯ Decreasing Bass results in decreased response for high frequencies
- ◯ Increasing Treble results in increased response for low frequencies
- ◯ Increasing Bass results in increased response for low frequencies
- ◯ Increasing Treble results in decreased response for low frequencies

**2.) Which of the following is an effect of wiring speakers out of phase?**
- ◯ Weak central sound and a distorted sense of sound direction
- ◯ Enhanced central sound and a clear sense of sound direction
- ◯ Enhanced central sound and a distorted sense of sound direction
- ◯ Weak central sound and a clear sense of sound direction

**3.) Which of the following THD levels will result in better quality audio?**
- ◯ 1.00 %
- ◯ 0.02 %

## Digital Music Section

**4.) About how many songs can the Sonos™ Digital Music System index?**
- ◯ 500
- ◯ 2000
- ◯ 10000
- ◯ 30000

**5.) Does the Sonos™ Digital Music System support album cover art?**
- ◯ Yes
- ◯ No

**6.) What does MP3 stand for?**
- ◯ Music Protocol 3
- ◯ MPEG, Audio Layer 3
- ◯ MPEG, Version 3

**7.) What format of Internet Radio does the Sonos™ Digital Music System support?**
- ◯ Streaming RealAudio®
- ◯ Streaming Windows Media Audio®
- ◯ Streaming AIFF
- ◯ Streaming MP3

**8.) What is metadata?**
- ◯ A type of digital music file format
- ◯ A playlist file that stores a list of tracks
- ◯ Information in a file that describes the file. (e.g. track name, artist name)
- ◯ A type of streaming audio codec

**9.) What is the purpose of DRM?**
- ◯ Enhanced playback of audio files
- ◯ Replication management for audio files
- ◯ Enforcing copyright protection for audio files
- ◯ Allows for dynamic requests of digital music

## NAS Section

**10.) Does a NAS box need to be attached directly to a computer?**
- ◯ Yes
- ◯ No

**11.) What does NAS stand for?**
- ◯ Normal Application Standard
- ◯ Network Application Storage
- ◯ Network Attached Storage
- ◯ Network Appliance Standard

## Networking Section

12.) How are Sonos™ ZonePlayers and Controllers assigned IP Addresses on the network?

- ○ DHCP
- ○ AutoIP
- ○ Statically
- ○ DHCP and AutoIP
- ○ DHCP / AutoIP / Statically

13.) How many bits are in a byte?

- ○ 2
- ○ 8
- ○ 16
- ○ 32

14.) What does IP stand for?

- ○ Internet Prime
- ○ Internet Protocol
- ○ Independent Protocol
- ○ Independent Pipe

15.) What is Auto-IP?

- ○ The protocol used in a DHCP server
- ○ A method for dynamically assigning IP Addresses
- ○ A configuration system for modern routers
- ○ Windows IP management system

16.) What is DHCP used for?

- ○ Configuring a router
- ○ Translating a computer's name to its IP Address
- ○ Dynamically assigning IP Addresses
- ○ Dynamically checking for proxy servers

17.) What is TCP?

- ○ Transmission Control Protocol
- ○ Transfer Connection Protocol
- ○ Transit Connector Protocol
- ○ Telecommunication Central Protocol

## Product Section

18.) Can the Sonos™ Digital Music System be updated through the Internet?

- ○ Yes
- ○ No

19.) When multiple Sonos™ ZonePlayers are playing, they must all play the same track?

- ○ Yes
- ○ No

20.) Will the Sonos™ Digital Music System work with a hardware/software firewall?

- ○ Yes
- ○ No

Submit Test

GOOG-SONOS-NDCA-00108248

http://web.archive.org/web/20050305022733/http://forums.sonos.com/

GOOG-SONOS-NDCA-00108249



INTERNET ARCHIVE WayBackMachine
http://forums.sonos.com/ Go
399 captures
8 Dec 2004 - 19 Mar 2016
FEB MAR APR
05
2004 2005 2006
About this capture

SONOS™

My Cart | My Account

Home Products Store Community Support News & Reviews About Us

Home > Community > Forums

## Sonos Forums

User Name [User Name] Remember Me?
Password [ ] Log in

Register | FAQ | Members List | Calendar | Search | Today's Posts | Mark Forums Read

### Welcome to the Sonos Forums.

If this is your first visit, be sure to check out the FAQ by clicking the link above. You may have to register before you can post: click the register link above to proceed. To start viewing messages, select the forum that you want to visit from the selection below.

| Forum | Last Post | Threads | Posts |
|---|---|---|---|
| **Announcements** Announcements related to the forum. | Digital Experts by admin 02-04-2005 12:42 PM | 3 | 3 |
| **Getting Started** (1 Viewing) Discussion area to help with getting your Sonos DMS pumping music. | Music sharing on the Mac by rbreen Today 09:20 AM | 20 | 99 |
| **General Discussion** (1 Viewing) General discussion about the Sonos Digital Music System. | Sonos in an apartment complex by Malcolm - Sonos Today 01:03 PM | 184 | 788 |
| **Suggestions** (2 Viewing) Have a recommendation about our website or a cool feature you would like to see in future Sonos products? | Alarm, Sirius/XM, Photos,... by tlaffont Today 08:40 AM | 72 | 298 |

Mark Forums Read | View Forum Leaders

### What's Going On?

**Currently Active Users: 6 (3 members and 3 guests)**

Most users ever online was 200, 01-27-2005 at 11:10 AM.
arnolds, JohnnyQuest, Malcolm - Sonos

**Sonos Forums Statistics**

Threads: 301, Posts: 1,287, Members: 299
Welcome to our newest member, NumbGreenThumb

Forum Contains New Posts

Forum Contains No New Posts

Forum is Closed for Posting

All times are GMT -8. The time now is 06:23 PM.

Archive - Top

Contact Us 800.680.2345 Buy Online Now! Store Locator

Privacy Policy | Site Map | unsubscribe | ©2004-2005 Sonos, Inc.

http://web.archive.org/web/20050209103938/http://www.sonos.com/community/services/

GOOG-SONOS-NDCA-00108251



INTERNET ARCHIVE WaybackMachine
http://www.sonos.com/community/services/ Go
14 captures
9 Feb 2005 - 7 Aug 2007
JAN FEB MAY
2004 09 2005 2006
About this capture

SONOS™
My Cart | My Account
Home Products Store Community Support News & Reviews About Us
Home > Community > Services

Service with a smile.

## CD Ripping

- **www.getdigitalinc.com**
  Get Digital™ offers a fast, affordable, and easy-to-use method for converting your large personal CD collection to MP3s or other digital audio files compatible with your Sonos™ Digital Music System. For a limited time, when you purchase a Sonos Digital Music System you'll find a coupon enclosed for $50 off the Get Digital service.

  getdigitalinc.com

- **www.readytoplay.com**
  ReadyToPlay is the premier provider of low cost, quality digital conversion of your personal CD collection. We support MP3, AAC and all other digital audio formats compatible with your Sonos™ Digital Music System. ReadyToPlay services are available nationally on the web at www.readytoplay.com and through your local dealer. Let us do the work for you, so your Sonos Digital Music System is 'ready to play' out of the box!

  readytoplay.com

Community
• Community Overview
• Digital Expert
• Forums
Services

Stay Informed

Stay up-to-date on what's happening at Sonos

Enter email address

Submit

http://web.archive.org/web/20050305094806/http://www.sonos.com/support/?tref=ghome

GOOG-SONOS-NDCA-00108253



INTERNET ARCHIVE WaybackMachine
http://www.sonos.com/support/?tref=ghome Go
65 captures
25 Feb 2005 - 17 Dec 2010
FEB MAR DEC
05
2004 2005 2006
About this capture

SONOS™

My Cart | My Account

Home Products Store Community Support News & Reviews About Us

Home > Support

**Support**

- Support Overview
- FAQs
- Ask a Question
- Forums
- Downloads
- Documentsds
- My Support
- Phone Support

**Stay Informed**

Stay up-to-date on what's happening at Sonos

Enter email address

Submit

At your service. Six times over.

No matter what kind of support you need, you've come to the right place.

| | |
|---|---|
| FAQs | It's the fastest way to get answers—no question about it. |
| Ask a Question | Can't find it in the FAQs? Simply ask your own question and a Sonos technical support professional will respond ASAP. |
| Forums | Get tips and tricks from other Sonos owners—sometimes the community really does know best. |
| Downloads | Download PC and Mac software. |
| Dcouments | View product and industry documents. |
| My Support | Keep track of all your support activity, including questions asked…and answered, notification requests and your personal profile. |
| Phone Support | When only the voice of a friendly, knowledgeable technical support professional will do, we're just 10 toll-free digits away. |

Contact Us 800.680.2345 Buy Online Now! Store Locator

Privacy Policy | Site Map | unsubscribe | ©2004-2005 Sonos, Inc.

http://web.archive.org/web/20050308001101/http://www.sonos.com/news_and_reviews/?tref=ghome

GOOG-SONOS-NDCA-00108255



INTERNET ARCHIVE WaybackMachine
http://www.sonos.com/news_and_reviews/?tref=ghome Go
33 captures
25 Feb 2005 - 21 Mar 2012
FEB MAR DEC
08
2004 2005 2006
About this capture

SONOS™

My Cart | My Account

Home Products Store Community Support News & Reviews About Us

Home > News & Reviews

News & Reviews

- What's New
- Press Releases
- Awards
- Press Kit

Stay Informed

Stay up-to-date on what's happening at Sonos

Enter email address

Submit

# What's new?

Just about everything. Which is why we've got press releases to peruse, events to attend, and even digital assets to download.

## Press Releases

- SONOS ANNOUNCES RETAIL DISTRIBUTION OF THE AWARD-WINNING SONOS™ DIGITAL MUSIC SYSTEM
  March 07, 2005
- AWARD-WINNING SONOS™ DIGITAL MUSIC SYSTEM BEGINS SHIPPING TO CONSUMERS
  January 27, 2005
- REALNETWORKS and SONOS TEAM TO OFFER FIRST MULTI-ROOM DIGITAL MUSIC SERVICE
  January 05, 2005
- All Press Releases

## Awards

- All awards

For media inquiries, please email pr@sonos.com

Contact Us 800.680.2345 Buy Online Now! Store Locator

Privacy Policy | Site Map | unsubscribe | ©2004-2005 Sonos, Inc.

http://web.archive.org/web/20050310145812/http://www.sonos.com/news_and_reviews/press_releas
es/2005/pr_030705_retail.htm

GOOG-SONOS-NDCA-00108257



# SONOS ANNOUNCES RETAIL DISTRIBUTION OF THE AWARD-WINNING SONOS™ DIGITAL MUSIC SYSTEM

**Crutchfield, Magnolia Audio Video and Ovation Audio Video Among First Retailers to Offer Consumers Total Control of Their Digital Music Anywhere in the Home**

**SANTA BARBARA, Calif. — March 07, 2005 —** Sonos, Inc. today announced that the company has signed up more than 70 retailers and custom integrators to sell the award-winning Sonos™ Digital Music System. Retailers including Crutchfield, Magnolia Audio Video, Ovation Audio Video and 6th Avenue Electronics now offer their customers the Sonos Introductory Bundle of two Sonos™ ZonePlayers and one Sonos™ Controller for $1,199.

The Sonos Digital Music System is also available through the custom integrator channel, including New Jersey's TheaterMax, cyberManor in the San Francisco Bay Area and Chicago's Metronet Safe & Sound and can be seen in their showrooms.

"Digital music lovers can now go out and touch our product at the retail level. This is very important during the early sales cycle for a product that is developing a new category," said Tom Cullen, Vice President of Sales and Marketing, Sonos, Inc. "Once the consumer receives a demonstration of the product in-person, we believe they will see that their dream of whole-home digital music is now a reality."

The Sonos Digital Music System is the first and only multi-zone digital music system with a wireless, full-color LCD screen controller that lets consumers play all their digital music, all over their home, and control it all from the palm of their hand.

To learn more about the Sonos Digital Music System or to find a dealer, please visit www.sonos.com.

**About Sonos, Inc.**

Sonos has a team of highly-talented, music-loving software developers, audio engineers, hardware engineers, industrial and interactive designers, and usability engineers. Working side-by-side, they've created the Sonos Digital Music System, the first and only multi-zone digital music system with a wireless, full-color LCD screen controller. The Sonos Digital Music System is available at more than 70 retailers and custom integrators, including Crutchfield, Magnolia Audio Video, Ovation Audio Video, 6th Avenue Electronics, TheaterMax, cyberManor, Metronet Safe & Sound and more. Sonos is a privately-held company, headquartered in Santa Barbara, CA with offices in Cambridge, MA. To find out more about the company or the Sonos Digital Music System, please visit: www.sonos.com.

**Media Contact:**

Thomas Meyer
Sonos, Inc.
714.389.4639 - office
949.212.6201 - mobile
Thomas.meyer@sonos.com

GOOG-SONOS-NDCA-00108258

http://web.archive.org/web/20050306020438/http://www.sonos.com/news_and_reviews/press_releas
es/2005/pr_012705_ship.htm

GOOG-SONOS-NDCA-00108259



INTERNET ARCHIVE WaybackMachine
http://www.sonos.com/news_and_reviews/press_releases/2005/pr_012705_ship.htm Go
6 captures
29 Jan 2005 - 13 Nov 2006
FEB MAR AUG
06
2004 2005 2006
About this capture

# AWARD-WINNING SONOS™ DIGITAL MUSIC SYSTEM BEGINS SHIPPING TO CONSUMERS

**SANTA BARBARA, Calif. — January 27, 2005 —** Sonos, Inc. today announced that the award-winning Sonos™ Digital Music System has begun shipping to pre-order customers in the United States. The Sonos Digital Music System is the first and only multi-zone digital music system with a wireless, full-color LCD screen controller that lets consumers play all their digital music, all over their home, and control it all from the palm of their hand. The company expects that all pre-orders will be filled within 10 days.

The Sonos Digital Music System is now available for purchase online at www.sonos.com and will be offered at consumer electronic retailers across the nation over the next several weeks. Sonos now offers an introductory bundle of two Sonos™ ZonePlayers and a Sonos™ Controller for $1,199.00. Since the system is scalable up to 32 zones, additional ZonePlayers retail for $499.00 and additional Controllers retail for $399.00.

"After nearly three years of hard work, we are proud to offer digital music fans the first product that allows them to enjoy their digital music library throughout their entire home and control it all from the palm of their hand. At a quarter of the cost of traditional analog whole-home stereo systems, we make multi-room audio available to a much larger audience," said John MacFarlane, CEO, Sonos, Inc. "With focus on quality of design and ease-of-use, we have developed the Sonos Digital Music System for consumers who are looking for a stereo that gives them the control and flexibility that they have come to expect with their digital content."

Recently, the Sonos Digital Music System has received third-party praise for innovation and design, including 'Best in Audio – 2005 CEA Innovations Awards', '2005 iF Design Award', and '2005 CEA Mark of Excellence Finalist.'

The Sonos Digital Music System is comprised of two stylish components: the Sonos ZonePlayer, a networked audio player that distributes, plays and amplifies music in any "zone" in the home, and the Sonos Controller, a wireless handheld device with a full-color screen which allows the user to access, customize and control the music anywhere - from the bedroom to the backyard.

The ZonePlayer delivers great sound in every room through a powerful and compact 50 Watts/channel amplifier with component-quality audio specifications. The ZonePlayer can access and play a wide variety of music formats, including MP3, WMA, AAC (MPEG4) and WAV, stored on a PC, Mac or Network Attached Storage (NAS), and comes bundled with customizable Internet Radio stations. Built-in wired and wireless capabilities provide the consumer flexibility of installation at no extra cost.

The intuitive Controller, designed with a full-color LCD screen and touch-sensitive scroll wheel, provides consumers with simplicity – pick a zone, pick a song and hit play – unrestricted by line of sight. Consumers can play the same song synchronously in every room or play different songs in different rooms, queue-up favorites for the evening or rediscover their collection via random play; the options are virtually unlimited. The high resolution LCD shows what is playing in any zone at any time, including album art when available.

Sonos will distribute the product internationally later this year. To find out more about the Sonos Digital Music System or to place an order, please visit www.sonos.com.

**About Sonos, Inc.**

Sonos has a team of highly-talented, music-loving software developers, audio engineers, hardware engineers, industrial and interactive designers, and usability engineers. Working side-by-side, they've created the Sonos Digital Music System, the first and only multi-room digital music system with a wireless, full-color LCD screen controller. Sonos is a privately-held company, headquartered in Santa Barbara, CA with offices in Cambridge, MA. To find out more about the company or the Sonos Digital Music System, please visit: www.sonos.com.

**Media Contact:**

Thomas Meyer
Sonos, Inc.
714.389.4639 - office
949.212.6201 - mobile
Thomas.meyer@sonos.com

http://web.archive.org/web/20050221023339/http://www.sonos.com/news_and_reviews/press_releas
es/2005/pr_010505_real.htm

GOOG-SONOS-NDCA-00108261



## REALNETWORKS and SONOS TEAM TO OFFER FIRST MULTI-ROOM DIGITAL MUSIC SERVICE

**Rhapsody Will Be Available Via Sonos™ Digital Music System in March**

**See the Demo at CES; Sonos & RealNetworks Booths in LVCC South Hall**

**SEATTLE & SANTA BARBARA, Calif. — January 05, 2005 —** Sonos, Inc., the developer of the award-winning Sonos™ Digital Music System, and RealNetworks® (Nasdaq: RNWK), the leading creator of digital media services and software, today announced a partnership to integrate and promote the leading Rhapsody® online music service with the Sonos Digital Music System. Today's news marks the first time that a legal digital music service has been made available for use in multi-room environments. With Sonos and Rhapsody, consumers will now have the flexibility to enjoy multiple Rhapsody streams in different areas of the home, and for the first time, control it all from the palm of their hand.

The Sonos Digital Music System is the first and only multi-zone digital music system with a wireless, full-color LCD screen controller that lets consumers play all their digital music, all over their home, and control it all from the palm of their hand. Sonos customers with a Rhapsody subscription will now have easy access to their personalized Rhapsody library using their Sonos™ Controller and will be able to play the Rhapsody music over multiple Sonos™ ZonePlayers throughout the home perfectly synchronized. Subscribers will be able to browse and select their favorite music, playlists and Internet radio stations and will be able to view the track information and album art.

"We are delighted to offer our customers the ultimate Internet jukebox with access to the Rhapsody music service," said John MacFarlane, CEO, Sonos, Inc. "The flexibility and ease-of-use of the Sonos Digital Music System complements the service Rhapsody provides – the ability to instantly access a library of more than 65,000 CDs virtually anytime the consumer wants, throughout their entire home, putting the ultimate music collection right in the palm of their hand."

"The Sonos/Rhapsody combination is a highly compelling offering that enables consumers to enjoy Rhapsody in a completely new way," said Rob Glaser, chairman and CEO, RealNetworks. "Now, with the touch of a button, Sonos customers have total control and can enjoy Rhapsody all over their house. We're excited to be working with Sonos and think the relationship is harmonious for both companies."

The Rhapsody service will be offered via a free firmware upgrade to Sonos Digital Music System owners in March 2005. As part of the agreement, all Sonos Digital Music System owners will receive a 30-day free trial of the Rhapsody service.

Sonos and Rhapsody are both showcasing the new offering at the 2005 International Consumer Electronics Show in Las Vegas, NV. For a demo, please visit Sonos' booth in the Las Vegas Convention Center South Hall Booth 26813 or RealNetworks' booth in the Las Vegas Convention Center South Hall Booth 30337.

The Sonos Digital Music System will be sold online and at select retailers. Each ZonePlayer will retail for $499.00. Each Controller will retail for $399.00. Sonos will offer an introductory bundle of two ZonePlayers and a Controller for $1,199.00. To find out more about the Sonos Digital Music System or place an order, please visit www.sonos.com.

Rhapsody offers a simple and legal way to enjoy digital music online with unlimited access to a vast library of more than 850,000 full-length songs and 65,000 albums. Rhapsody subscribers have the ability to easily purchase their favorite tunes for just 79 cents per song, create their own commercial-free Internet radio stations, enjoy professionally programmed genre-specific stations, browse extensive music information and review editorial recommendations.

**About Sonos, Inc.**

Sonos has a team of highly-talented, music-loving software developers, audio engineers, hardware engineers, industrial and interactive designers, and usability engineers. Working side-by-side, they've created the Sonos Digital Music System, the first and only multi-room digital music system with a wireless, full-color LCD screen controller. Sonos is a privately-held company, headquartered in Santa Barbara, CA with offices in Cambridge, MA. To find out more about the company or the Sonos Digital Music System, please visit: www.sonos.com.

**About RealNetworks**

RealNetworks, Inc. is the leading creator of digital media services and software including the award-winning Rhapsody Internet jukebox service and RealPlayer 10, the first digital media player to integrate finding, organizing, buying, playing and managing digital audio and video in a single product. Consumers can access and experience audio/video programming and download RealNetworks' consumer software at www.real.com.

Broadcasters, network operators, media companies and enterprises use RealNetworks' products and services to create and deliver digital media to PCs, mobile phones and consumer electronics devices. RealNetworks' corporate information is located at www.realnetworks.com.

**Media Contact:**

Thomas Meyer
Sonos, Inc.
714.389.4639 - office
949.212.6201 - mobile
Thomas.meyer@sonos.com

Matt Graves
RealNetworks
415.934.2159 – office
415.290.3503 – mobile
mgraves@real.com

GOOG-SONOS-NDCA-00108262

GOOG-SONOS-NDCA-00108263

http://web.archive.org/web/20050324022915/http://www.sonos.com/news_and_reviews/press_releases/

GOOG-SONOS-NDCA-00108264



INTERNET ARCHIVE WaybackMachine
http://www.sonos.com/news_and_reviews/press_releases/ Go
39 captures
11 Jul 2004 - 5 Jul 2008
JAN MAR JUN
24
2004 2005 2006
About this capture

SONOS™

My Cart | My Account

Home Products Store Community Support News & Reviews About Us

Home > News & Reviews > Press Releases

News & Reviews
- What's New
- Product Reviews
- Press Releases
- Awards
- Press Kit

Chat with us is currently unavailable. It is available during the hours listed below.

Mon-Fri, 9am-9pm EST
Sat, 12pm-5pm EST

# Press Releases

**March, 2005**

- SONOS INTRODUCES THE SONOS™ LOUDSPEAKER SP100
- SONOS ANNOUNCES RETAIL DISTRIBUTION OF THE AWARD-WINNING SONOS™ DIGITAL MUSIC SYSTEM

**January, 2005**

- AWARD-WINNING SONOS™ DIGITAL MUSIC SYSTEM BEGINS SHIPPING TO CONSUMERS
- REALNETWORKS and SONOS TEAM TO OFFER FIRST MULTI-ROOM DIGITAL MUSIC SERVICE
- SONOS DIGITAL MUSIC SYSTEM HONORED WITH 2005 iF PRODUCT DESIGN AWARD

**November, 2004**

- SONOS™ DIGITAL MUSIC SYSTEM HONORED AS "BEST OF AUDIO" IN THE 2005 CES INNOVATIONS DESIGN & ENGINEERING AWARDS
- SONOS™ DIGITAL MUSIC SYSTEM HONORED BY POPULAR SCIENCE MAGAZINE

**June, 2004**

- WHOLE HOME DIGITAL MUSIC ARRIVES WITH THE SONOS™ DIGITAL MUSIC SYSTEM

**Archive: 2005 2004**

Contact Us 800.680.2345 Buy Online Now! Store Locator

Privacy Policy | Site Map | unsubscribe | ©2004-2005 Sonos, Inc.

http://web.archive.org/web/20050324041634/http://www.sonos.com/news_and_reviews/press_releas
es/2005/pr_032105_speaker.htm

GOOG-SONOS-NDCA-00108266



## SONOS INTRODUCES THE SONOS™ LOUDSPEAKER SP100

**SANTA BARBARA, Calif. — March 21, 2005 —** Sonos, Inc. today announced the immediate availability of a compact, high-performance bookshelf speaker. The company is now offering the Sonos™ Loudspeaker SP100 as an optional purchase with the award-winning Sonos™ Digital Music System. The sleek and contemporary speaker is engineered to deliver great sound in a compact form factor, all while providing digital music lovers with a complete home solution.

The style of the Sonos Loudspeaker SP100 complements the cosmetic design of the Sonos Digital Music System. The speaker features a matte dark-gray cabinet finish with a removable charcoal colored grille. The SP100 includes high-quality drivers, a 1" magnetically shielded Teteron dome tweeter, and a silver 5.5" magnetically shielded polypropylene copolymer core woofer. The speakers are designed with metal spring-binding posts and come with a pair of 14-gauge speaker wires.

"Although many consumers may already own speakers, we feel it is necessary to provide our customers with a full suite of products that will allow them to enjoy digital music throughout their home," said John MacFarlane, CEO, Sonos, Inc.

The Sonos Digital Music System is the first and only multi-zone digital music system with a wireless, full-color LCD screen controller that lets consumers play all their digital music, all over their home, and control it all from the palm of their hand.

The Sonos Digital Music System is available for purchase online and at select retailers. Sonos offers an introductory bundle of two Sonos™ ZonePlayers and a Sonos™ Controller for $1,199.00 without speakers, and $1,499.00 with speakers. Each Sonos™ ZonePlayer retails for $499.00. Each Sonos Controller retails for $399.00. The Sonos Loudspeaker SP100 retails for $179.00 a pair.

To find out more about the Sonos Digital Music System, to place an order or to locate a local Sonos dealer, please visit www.sonos.com.

**About Sonos, Inc.**

Sonos has a team of highly-talented, music-loving software developers, audio engineers, hardware engineers, industrial and interactive designers, and usability engineers. Working side-by-side, they've created the Sonos Digital Music System, the first and only multi-room digital music system with a wireless, full-color LCD screen controller. The Sonos Digital Music System is available direct from Sonos or at more than 90 retailers and custom integrators, including Crutchfield, Magnolia Audio Video, Ovation Audio Video, 6th Avenue Electronics, TheaterMax, cyberManor, Metronet Safe & Sound and more. Sonos is a privately-held company, headquartered in Santa Barbara, CA with offices in Cambridge, MA. To find out more about the company or the Sonos Digital Music System, please visit: www.sonos.com.

**Media Contact:**

Thomas Meyer
Sonos, Inc.
714.389.4639 - office
949.212.6201 - mobile
Thomas.meyer@sonos.com

GOOG-SONOS-NDCA-00108267

http://web.archive.org/web/20050316022859/http://www.sonos.com/news_and_reviews/press_releas
es/2005/pr_030705_retail.htm

GOOG-SONOS-NDCA-00108268



# SONOS ANNOUNCES RETAIL DISTRIBUTION OF THE AWARD-WINNING SONOS™ DIGITAL MUSIC SYSTEM

**Crutchfield, Magnolia Audio Video and Ovation Audio Video Among First Retailers to Offer Consumers Total Control of Their Digital Music Anywhere in the Home**

**SANTA BARBARA, Calif. — March 07, 2005 —** Sonos, Inc. today announced that the company has signed up more than 70 retailers and custom integrators to sell the award-winning Sonos™ Digital Music System. Retailers including Crutchfield, Magnolia Audio Video, Ovation Audio Video and 6th Avenue Electronics now offer their customers the Sonos Introductory Bundle of two Sonos™ ZonePlayers and one Sonos™ Controller for $1,199.

The Sonos Digital Music System is also available through the custom integrator channel, including New Jersey's TheaterMax, cyberManor in the San Francisco Bay Area and Chicago's Metronet Safe & Sound and can be seen in their showrooms.

"Digital music lovers can now go out and touch our product at the retail level. This is very important during the early sales cycle for a product that is developing a new category," said Tom Cullen, Vice President of Sales and Marketing, Sonos, Inc. "Once the consumer receives a demonstration of the product in-person, we believe they will see that their dream of whole-home digital music is now a reality."

The Sonos Digital Music System is the first and only multi-zone digital music system with a wireless, full-color LCD screen controller that lets consumers play all their digital music, all over their home, and control it all from the palm of their hand.

To learn more about the Sonos Digital Music System or to find a dealer, please visit www.sonos.com.

**About Sonos, Inc.**

Sonos has a team of highly-talented, music-loving software developers, audio engineers, hardware engineers, industrial and interactive designers, and usability engineers. Working side-by-side, they've created the Sonos Digital Music System, the first and only multi-room digital music system with a wireless, full-color LCD screen controller. The Sonos Digital Music System is available at more than 70 retailers and custom integrators, including Crutchfield, Magnolia Audio Video, Ovation Audio Video, 6th Avenue Electronics, TheaterMax, cyberManor, Metronet Safe & Sound and more. Sonos is a privately-held company, headquartered in Santa Barbara, CA with offices in Cambridge, MA. To find out more about the company or the Sonos Digital Music System, please visit: www.sonos.com.

**Media Contact:**

Thomas Meyer
Sonos, Inc.
714.389.4639 - office
949.212.6201 - mobile
Thomas.meyer@sonos.com

GOOG-SONOS-NDCA-00108269

http://web.archive.org/web/20050306020438/http://www.sonos.com/news_and_reviews/press_releas
es/2005/pr_012705_ship.htm

GOOG-SONOS-NDCA-00108270



# AWARD-WINNING SONOS™ DIGITAL MUSIC SYSTEM BEGINS SHIPPING TO CONSUMERS

**SANTA BARBARA, Calif. — January 27, 2005 —** Sonos, Inc. today announced that the award-winning Sonos™ Digital Music System has begun shipping to pre-order customers in the United States. The Sonos Digital Music System is the first and only multi-zone digital music system with a wireless, full-color LCD screen controller that lets consumers play all their digital music, all over their home, and control it all from the palm of their hand. The company expects that all pre-orders will be filled within 10 days.

The Sonos Digital Music System is now available for purchase online at www.sonos.com and will be offered at consumer electronic retailers across the nation over the next several weeks. Sonos now offers an introductory bundle of two Sonos™ ZonePlayers and a Sonos™ Controller for $1,199.00. Since the system is scalable up to 32 zones, additional ZonePlayers retail for $499.00 and additional Controllers retail for $399.00.

"After nearly three years of hard work, we are proud to offer digital music fans the first product that allows them to enjoy their digital music library throughout their entire home and control it all from the palm of their hand. At a quarter of the cost of traditional analog whole-home stereo systems, we make multi-room audio available to a much larger audience," said John MacFarlane, CEO, Sonos, Inc. "With focus on quality of design and ease-of-use, we have developed the Sonos Digital Music System for consumers who are looking for a stereo that gives them the control and flexibility that they have come to expect with their digital content."

Recently, the Sonos Digital Music System has received third-party praise for innovation and design, including 'Best in Audio — 2005 CEA Innovations Awards', '2005 iF Design Award', and '2005 CEA Mark of Excellence Finalist.'

The Sonos Digital Music System is comprised of two stylish components: the Sonos ZonePlayer, a networked audio player that distributes, plays and amplifies music in any "zone" in the home, and the Sonos Controller, a wireless handheld device with a full-color screen which allows the user to access, customize and control the music anywhere - from the bedroom to the backyard.

The ZonePlayer delivers great sound in every room through a powerful and compact 50 Watts/channel amplifier with component-quality audio specifications. The ZonePlayer can access and play a wide variety of music formats, including MP3, WMA, AAC (MPEG4) and WAV, stored on a PC, Mac or Network Attached Storage (NAS), and comes bundled with customizable Internet Radio stations. Built-in wired and wireless capabilities provide the consumer flexibility of installation at no extra cost.

The intuitive Controller, designed with a full-color LCD screen and touch-sensitive scroll wheel, provides consumers with simplicity – pick a zone, pick a song and hit play – unrestricted by line of sight. Consumers can play the same song synchronously in every room or play different songs in different rooms, queue-up favorites for the evening or rediscover their collection via random play; the options are virtually unlimited. The high resolution LCD shows what is playing in any zone at any time, including album art when available.

Sonos will distribute the product internationally later this year. To find out more about the Sonos Digital Music System or to place an order, please visit www.sonos.com.

**About Sonos, Inc.**

Sonos has a team of highly-talented, music-loving software developers, audio engineers, hardware engineers, industrial and interactive designers, and usability engineers. Working side-by-side, they've created the Sonos Digital Music System, the first and only multi-room digital music system with a wireless, full-color LCD screen controller. Sonos is a privately-held company, headquartered in Santa Barbara, CA with offices in Cambridge, MA. To find out more about the company or the Sonos Digital Music System, please visit: www.sonos.com.

**Media Contact:**

Thomas Meyer
Sonos, Inc.
714.389.4639 - office
949.212.6201 - mobile
Thomas.meyer@sonos.com

GOOG-SONOS-NDCA-00108271

http://web.archive.org/web/20050221023339/http://www.sonos.com/news_and_reviews/press_releas
es/2005/pr_010505_real.htm

GOOG-SONOS-NDCA-00108272

INTERNET ARCHIVE
WayBackMachine
7 captures
9 Jan 2005 - 9 Nov 2020

http://www.sonos.com/news_and_reviews/press_releases/2005/pr_010505_real.htm   Go

JAN FEB MAR
21
2004 2005 2006
About this capture

SONOS

Home | Products | Store | Community | Support | News & Reviews | About Us

My Cart | My Account

**News & Reviews**
- What's New
- Press Releases
- Awards
- Press Kit

**Stay Informed**
Stay up-to-date on what's happening at Sonos

Enter email address    Submit

There's a motion sensor in every Sonos Controller, so it wakes up when you pick it up.

Home > News & Reviews > Press Releases > 2005 > January 5th

## REALNETWORKS and SONOS TEAM TO OFFER FIRST MULTI-ROOM DIGITAL MUSIC SERVICE

**Rhapsody Will Be Available Via Sonos™ Digital Music System in March**

**See the Demo at CES; Sonos & RealNetworks Booths in LVCC South Hall**

**SEATTLE & SANTA BARBARA, Calif. — January 05, 2005 —** Sonos, Inc., the developer of the award-winning Sonos™ Digital Music System, and RealNetwork's® (Nasdaq: RNWK), the leading creator of digital media services and software, today announced a partnership to integrate and promote the leading Rhapsody® online music service with the Sonos Digital Music System. Today's news marks the first time that a legal digital music service has been made available for use in multi-room environments. With Sonos and Rhapsody, consumers will now have the flexibility to enjoy multiple Rhapsody streams in different areas of the home, and for the first time, control it all from the palm of their hand.

The Sonos Digital Music System is the first and only multi-zone digital music system with a wireless, full-color LCD screen controller that lets consumers play all their digital music, all over their home, and control it all from the palm of their hand. Sonos customers with a Rhapsody subscription will now have easy access to their personalized Rhapsody library using their Sonos™ Controller and will be able to play the Rhapsody music over multiple Sonos™ ZonePlayers throughout the home perfectly synchronized. Subscribers will be able to browse and select their favorite music, playlists and Internet radio stations and will be able to view the track information and album art.

"We are delighted to offer our customers the ultimate Internet jukebox with access to the Rhapsody music service," said John MacFarlane, CEO, Sonos, Inc. "The flexibility and ease-of-use of the Sonos Digital Music System complements the service Rhapsody provides – the ability to instantly access a library of more than 65,000 CDs virtually anytime the consumer wants, throughout their entire home, putting the ultimate music collection right in the palm of their hand."

"The Sonos/Rhapsody combination is a highly compelling offering that enables consumers to enjoy Rhapsody in a completely new way," said Rob Glaser, chairman and CEO, RealNetworks. "Now, with the touch of a button, Sonos customers have total control and can enjoy Rhapsody all over their house. We're excited to be working with Sonos and think the relationship is harmonious for both companies."

The Rhapsody service will be offered via a free firmware upgrade to Sonos Digital Music System owners in March 2005. As part of the agreement, all Sonos Digital Music System owners will receive a 30-day free trial of the Rhapsody service.

Sonos and Rhapsody are both showcasing the new offering at the 2005 International Consumer Electronics Show in Las Vegas, NV. For a demo, please visit Sonos' booth in the Las Vegas Convention Center South Hall Booth 26813 or RealNetworks' booth in the Las Vegas Convention Center South Hall Booth 30337.

The Sonos Digital Music System will be sold online and at select retailers. Each ZonePlayer will retail for $499.00. Each Controller will retail for $399.00. Sonos will offer an introductory bundle of two ZonePlayers and a Controller for $1,199.00. To find out more about the Sonos Digital Music System or place an order, please visit www.sonos.com.

Rhapsody offers a simple and legal way to enjoy digital music online with unlimited access to a vast library of more than 850,000 full-length songs and 65,000 albums. Rhapsody subscribers have the ability to easily purchase their favorite tunes for just 79 cents per song, create their own commercial-free Internet radio stations, enjoy professionally programmed genre-specific stations, browse extensive music information and review editorial recommendations.

**About Sonos, Inc.**

Sonos has a team of highly-talented, music-loving software developers, audio engineers, hardware engineers, industrial and interactive designers, and usability engineers. Working side-by-side, they've created the Sonos Digital Music System, the first and only multi-room digital music system with a wireless, full-color LCD screen controller. Sonos is a privately-held company, headquartered in Santa Barbara, CA with offices in Cambridge, MA. To find out more about the company or the Sonos Digital Music System, please visit: www.sonos.com.

**About RealNetworks**

RealNetworks, Inc. is the leading creator of digital media services and software including the award-winning Rhapsody Internet jukebox service and RealPlayer 10, the first digital media player to integrate finding, organizing, buying, playing and managing digital audio and video in a single product. Consumers can access and experience audio/video programming and download RealNetworks' consumer software at www.real.com.

Broadcasters, network operators, media companies and enterprises use RealNetworks' products and services to create and deliver digital media to PCs, mobile phones and consumer electronics devices. RealNetworks' corporate information is located at www.realnetworks.com.

**Media Contact:**

Thomas Meyer
Sonos, Inc.
714.389.4639 - office
949.212.6201 - mobile
Thomas.meyer@sonos.com

Matt Graves
RealNetworks
415.934.2159 – office
415.290.3503 – mobile
mgraves@real.com

Contact Us   800.680.2345   Buy Online Now!   Store Locator

GOOG-SONOS-NDCA-00108273

Privacy Policy | Site Map | unsubscribe | ©2004-2005 Sonos, Inc.

GOOG-SONOS-NDCA-00108274

http://web.archive.org/web/20050109112111/http://www.sonos.com/news_and_reviews/press_releas
es/2005/pr_010505_ifdesign.htm

GOOG-SONOS-NDCA-00108275



# SONOS DIGITAL MUSIC SYSTEM HONORED WITH 2005 iF PRODUCT DESIGN AWARD

**SANTA BARBARA, Calif. — January 05, 2005 —** The award-winning Sonos™ Digital Music System has been recognized by the international Industry Forum Design Community with a 2005 iF Design Award in the consumer electronics & telecommunications category. Sonos is the first and only multi-zone digital music system with a wireless, full-color LCD screen controller that lets consumers play all their digital music, all over their home, while controlling it all from the palm of their hand.

The international award is presented to products that "enhance appreciation for excellent design, draw attention to outstanding design achievements and help users recognize the different nuances in a complex product world."

"We are thrilled by the continued recognition our colleagues in the design community have presented the Sonos Digital Music System," said John MacFarlane, CEO, Sonos, Inc. "This recognition provides us reassurance that our focus on ease-of-use and quality of design is on track with our target consumer."

During development, Sonos' internal design team partnered with an industry-leading group of firms. Instrumental in bringing the Sonos Digital Music System to market are Gecko Design Inc., Inventec Multimedia & Telecom Corp., PixelMEDIA and Y Studios.

The Sonos Digital Music System will be sold online and at select retailers. Each ZonePlayer will retail for $499.00. Each Controller will retail for $399.00. Sonos will offer an introductory bundle of two ZonePlayers and a Controller for $1,199.00.

To find out more about the Sonos Digital Music System or place an order, please visit www.sonos.com.

**About iF Design Awards**

The iF seal serves as a decision-making tool in the marketplace. An iF award is a symbol of a company's commitment to innovation and its willingness to face the competition. Since its inauguration in 1953, the iF design award has existed as an enduring, prestigious trademark for outstanding design. Today, this award is regarded as one of the most important design competitions worldwide, attracting over 1,800 entries from 30 different countries every year. The jury, composed of top international designers, not only critically examines and selects the award-winning entries, but also guarantees iF's special status and the high-quality reputation of the iF label. More information about the awards can be found at http://www.ifdesign.de/awards_index_e.html.

**About Sonos, Inc.**

Sonos is comprised of a team of highly-talented, music-loving software developers, audio engineers, hardware engineers, industrial designers, and usability engineers. Working side-by-side, they've created the Sonos Digital Music System, the first and only multi-room digital music system with a wireless, full-color LCD screen controller. Sonos is a privately-held company, headquartered in Santa Barbara, CA. To find out more about the company or the Sonos Digital Music System, please visit: www.sonos.com.

Media Contact:
Thomas Meyer
Sonos, Inc.
714.389.4639 - office
949.212.6201 - cell
Thomas.meyer@sonos.com

GOOG-SONOS-NDCA-00108276

http://web.archive.org/web/20050316223026/http://www.sonos.com/news_and_reviews/press_releas
es/2004/pr_111104_ces.htm

GOOG-SONOS-NDCA-00108277



INTERNET ARCHIVE
WaybackMachine
http://www.sonos.com/news_and_reviews/press_releases/2004/pr_111104_ces.htm   Go
5 captures
9 Jan 2006 – 13 Nov 2006
JAN MAR MAR
16
2004 2005 2006
About this capture

SONOS™

Home  Products  Store  Community  Support  News & Reviews  About Us

My Cart | My Account

News & Reviews
• What's New
• Press Releases
• Product Reviews
• Awards
• Press Kit

Home > News & Reviews > Press Releases > 2004 > November 11th

## SONOS™ DIGITAL MUSIC SYSTEM HONORED AS "BEST OF AUDIO" IN THE 2005 CES INNOVATIONS DESIGN & ENGINEERING AWARDS

**SANTA BARBARA, Calif. — November 11, 2004 —** The Sonos™ Digital Music System has been honored by the Consumer Electronics Association (CEA) as "Best of Audio" in the 2005 CES Innovations Design and Engineering Awards competition. Sonos is the first and only multi-zone digital music system with a wireless, full-color LCD screen controller that lets consumers play all their digital music, all over their home, while controlling it all from the palm of their hand. Sponsored by the CEA and endorsed by the Industrial Designers Society of America (IDSA), the CES Innovations Awards highlight product advancements in technology design and engineering.

The Sonos Digital Music System is comprised of two stylish components: the Sonos™ ZonePlayer, a networked audio player that distributes, plays and amplifies music in any "zone" in the home, and the Sonos™ Controller, a wireless handheld device with a full-color screen which allows the user to access, customize and control the music anywhere.

"We are thrilled by the recognition our consumer electronics and design colleagues have provided us by choosing the Sonos Digital Music System as Best of Audio in the 2005 CES Innovations Awards," said John MacFarlane, CEO, Sonos, Inc. "We have compiled an industry-leading team of developers, designers and partners to build the digital music system of the future and look forward to introducing it to the international community at the Consumer Electronics Show in January."

During development, Sonos teamed with an industry-leading group of partners. Instrumental in bringing the Sonos Digital Music System to market are Gecko Design Inc., Inventec Multimedia & Telecom Corp., PixelMEDIA and Y-Studios.

The Sonos Digital Music System will be sold online and at select retailers. Each ZonePlayer will retail for $499.00. Each Controller will retail for $399.00. Sonos will offer an introductory bundle of two ZonePlayers and a Controller for $1,199.00.

To find out more about the Sonos Digital Music System or place an order, please visit www.sonos.com.

**About Sonos, Inc.**

Sonos has a team of highly-talented, music-loving software developers, audio engineers, hardware engineers, industrial and interactive designers, and usability engineers. Working side-by-side, they've created the Sonos Digital Music System, the first and only multi-room digital music system with a wireless, full-color LCD screen controller. Sonos is a privately-held company, headquartered in Santa Barbara, CA with offices in Cambridge, MA. To find out more about the company or the Sonos Digital Music System, please visit: www.sonos.com.

**About CES Innovations Awards**

The CES Innovations Design and Engineering Awards program recognizes the most innovative consumer electronics products in 20 categories. A preeminent panel of journalists, designers and engineers select the winners with endorsement from the Industrial Designers Society of America, the voice of industrial design.

**Media Contact:**

Thomas Meyer
Sonos, Inc.
714.389.4639 - office
949.212.6201 - mobile
Thomas.meyer@sonos.com

Our analog audio jacks are auto-detecting, so when you connect a CD player to a ZonePlayer, the entire system automatically recognizes it.

Enter your phone number below, and you will be contacted by a Sonos representative.
Mon-Fri, 9am-9pm EST
Sat, 12pm-5pm EST
Enter Phone Number

Contact Us   800.680.2345   Buy Online Now!   Store Locator
Privacy Policy | Site Map | unsubscribe | ©2004-2005 Sonos, Inc.

GOOG-SONOS-NDCA-00108278

http://web.archive.org/web/20050316222812/http://www.sonos.com/news_and_reviews/press_releas
es/2004/pr_111004_popsci.htm

GOOG-SONOS-NDCA-00108279



# SONOS™ DIGITAL MUSIC SYSTEM HONORED BY *POPULAR SCIENCE* MAGAZINE AS "2004 BEST OF WHAT'S NEW™"

**First Consumer Electronics Product Using Wireless Mesh Networking Recognized in Home Entertainment Category**

**SANTA BARBARA, Calif. — November 10, 2004** — The Sonos™ Digital Music System, the first and only multi-zone digital music system with a wireless, full-color LCD screen controller that lets consumers play all their digital music, all over their home, while controlling it all from the palm of their hand, has been honored by *Popular Science* magazine with the prestigious "2004 Best of What's New™" award in the Home Entertainment category.

The international award is presented to products that "enhance appreciation for excellent design, draw attention to outstanding design achievements and help users recognize the different nuances in a complex product world."

The ZonePlayer and Controller provide access to digital music throughout the home by communicating on a secure, peer-to-peer wireless mesh network called Sonosnet™. The award recognizes that the Sonos Digital Music System signifies a step forward in the home entertainment space by incorporating wireless mesh networking into a consumer electronics product, an industry first. Unlike traditional access point architecture, mesh provides consumers with a larger footprint throughout the home. The Controller can communicate with multiple ZonePlayers without significant distance limitations, line of sight requirements or loss of range or throughput. The cutting-edge Sonosnet removes the costly process of wiring a home to enjoy music in multiple rooms.

"The entire Sonos team is flattered that *Popular Science* has honored our two plus years of development in choosing the Sonos Digital Music System for Best of What's New in 2004," said John MacFarlane, CEO, Sonos, Inc. "We invented Sonosnet to help people enjoy multi-room digital music without the cost of expensive installation. Sonosnet is one of the many underlying technologies of the Sonos Digital Music System that will change the way people enjoy digital music throughout their home at a competitive price point."

The Sonos Digital Music System will be sold online and at select retailers. Each ZonePlayer will retail for $499.00. Each Controller will retail for $399.00. Sonos will offer an introductory bundle of two ZonePlayers and a Controller for $1,199.00. To place a pre-order or find out more about the Sonos Digital Music System, please visit www.sonos.com.

**About Sonos, Inc.**

Sonos has a team of highly-talented, music-loving software developers, audio engineers, hardware engineers, industrial and interactive designers, and usability engineers. Working side-by-side, they've created the Sonos Digital Music System, the first and only multi-room digital music system with a wireless, full-color LCD screen controller. Sonos is a privately-held company, headquartered in Santa Barbara, CA with offices in Cambridge, MA. To find out more about the company or the Sonos Digital Music System, please visit: www.sonos.com

**About *Popular Science* Best of What's New**

Each year, the editors of *Popular Science* review thousands of products in search of the top 100 tech innovations of the year--breakthrough products and technologies that represent a significant leap in their categories. The winners -- The Best of What's New -- are awarded inclusion in the much-anticipated December issue of *Popular Science* -- the most widely-read issue of the year since the birth of Best of What's New in 1987. Best of What's New awards are presented to 100 new products and technologies in 12 categories: Auto Tech, Aviation & Space, Cars, Computing, Engineering, Gadgets, General Innovation, Home Entertainment, Home Tech, Personal Health, Photography and Recreation.

**About *Popular Science* Magazine**

Founded in 1872, *Popular Science* is the world's largest science and technology magazine with a circulation of 1.45 million and 6.5 million monthly readers. Each month, *Popular Science* reports on the intersection of science and everyday life, with an eye toward what's new and why it matters. *Popular Science* is published by Time4 Media, a subsidiary of Time Inc., which is a wholly owned subsidiary of Time Warner Inc. (NYSE: TWX).

**Media Contact:**

Thomas Meyer
Sonos, Inc.
714.389.4639 - office
949.212.6201 - mobile
Thomas.meyer@sonos.com

GOOG-SONOS-NDCA-00108280

http://web.archive.org/web/20050316224023/http://www.sonos.com/news_and_reviews/press_releas
es/2004/pr_060704_launch.htm

GOOG-SONOS-NDCA-00108281

INTERNET ARCHIVE
WaybackMachine

http://www.sonos.com/news_and_reviews/press_releases/2004/pr_060704_launch.htm   Go

4 captures
16 Mar 2005 - 17 Jan 2008



Home > News & Reviews > Press Releases > 2004 > June 7

# WHOLE HOME DIGITAL MUSIC ARRIVES WITH THE SONOS™ DIGITAL MUSIC SYSTEM

**Multi-Zone Digital Music System Renders the Traditional Black Stereo Rack Obsolete**

**SANTA BARBARA, Calif. — June 07, 2004 —** Digital music fans can now listen to rock in the garden, punk in the playroom and fusion in the bedroom, with the launch of the **Sonos™ Digital Music System.** The Sonos offering is the first and only multi-zone digital music system with a wireless, full-color LCD screen controller that lets consumers play all their digital music, all over their home, while controlling it all from the palm of their hand.

The Sonos Digital Music System is comprised of two stylish components: the **Sonos™ ZonePlayer**, a networked audio player that distributes, plays and amplifies music in any "zone" in the home, and the **Sonos™ Controller**, a wireless handheld device with a full-color screen which allows the user to access, customize and control the music anywhere- from the bedroom to the backyard.

The ZonePlayer delivers great sound in every room through a powerful and compact 50 Watts/channel amplifier with component-quality audio specifications. The ZonePlayer can access and play a wide variety of music formats, including MP3, WMA, AAC (MPEG4) and WAV, stored on a PC, Mac or Network Attached Storage (NAS), and comes bundled with customizable Internet Radio stations. Built-in wired and wireless capabilities provide the consumer flexibility of installation at no extra cost.

The intuitive Controller, designed with a full-color LCD screen and touch-sensitive scroll wheel, provides consumers with simplicity - pick a zone, pick a song and hit play - unrestricted by line of sight. Consumers can play the same song synchronously in every room or play different songs in different rooms, queue-up favorites for the evening or rediscover their collection via random play; the options are virtually unlimited. The high resolution LCD shows what is playing in any zone at any time, including album art when available.

Network set-up is simple as the system automatically configures a secure wireless mesh network that seamlessly links the consumer's existing digital music library to the ZonePlayers and Controllers. The systems modular design allows the user to decide upon the number of ZonePlayers and Controllers needed based upon lay-out of the home and personal needs

"Until today, the challenge digital music lovers faced was how to free the music from the constraints of the PC and enjoy it throughout the home," said John MacFarlane, CEO, Sonos. "The Sonos Digital Music System has been designed from scratch to solve the well known set-up and control problems so that digital music lovers can enjoy all their music all over their home and control if from the palm of their hand as if it is one giant juke box. The System will change the way people enjoy digital music at home."

"An estimated 60 percent of residential broadband users have created their own music content libraries on home computers, and trends in music consumption and enjoyment point to personalization, portability, and in-home distribution," said Kurt Scherf, Vice President and Principal Analyst at Parks Associates, a market research and consulting company. "As digital music continues to grow in popularity, a new class of digital music systems, including those providing multiple zone capabilities, will become more attractive to those fans looking to expand the ways they enjoy their burgeoning digital music collections."

In support of the new product, Sonos will provide Monday through Saturday customer service and a 30-day, no-hassle return policy. The Sonos Digital Music System will ship in January 2005 and will be sold online and at select retailers. Each ZonePlayer will retail for $499.00. Each Controller will retail for $399.00. Sonos will offer an introductory bundle of two ZonePlayers and a Controller for $1,199.00.

To find out more about the Sonos Digital Music System, please visit www.sonos.com.

**About Sonos, Inc.**

Sonos has a team of highly-talented, music-loving software developers, audio engineers, hardware engineers, industrial and interactive designers, and usability engineers. Working side-by-side, they've created the Sonos Digital Music System, the first and only multi-room digital music system with a wireless, full-color LCD screen controller. Sonos is a privately-held company, headquartered in Santa Barbara, CA with offices in Cambridge, MA. To find out more about the company or the Sonos Digital Music System, please visit: www.sonos.com.

**Media Contact:**

Thomas Meyer
Sonos, Inc.
714.389.4639 - office
949.212.6201 - mobile
Thomas.meyer@sonos.com

GOOG-SONOS-NDCA-00108282

http://web.archive.org/web/20050308012012/http://www.sonos.com/news_and_reviews/awards/

GOOG-SONOS-NDCA-00108283



GOOG-SONOS-NDCA-00108284

http://web.archive.org/web/20050109112111/http://www.sonos.com/news_and_reviews/press_releas
es/2005/pr_010505_ifdesign.htm

GOOG-SONOS-NDCA-00108285



# SONOS DIGITAL MUSIC SYSTEM HONORED WITH 2005 iF PRODUCT DESIGN AWARD

**SANTA BARBARA, Calif. — January 05, 2005 —** The award-winning Sonos™ Digital Music System has been recognized by the international Industry Forum Design Community with a 2005 iF Design Award in the consumer electronics & telecommunications category. Sonos is the first and only multi-zone digital music system with a wireless, full-color LCD screen controller that lets consumers play all their digital music, all over their home, while controlling it all from the palm of their hand.

The international award is presented to products that "enhance appreciation for excellent design, draw attention to outstanding design achievements and help users recognize the different nuances in a complex product world."

"We are thrilled by the continued recognition our colleagues in the design community have presented the Sonos Digital Music System," said John MacFarlane, CEO, Sonos, Inc. "This recognition provides us reassurance that our focus on ease-of-use and quality of design is on track with our target consumer."

During development, Sonos' internal design team partnered with an industry-leading group of firms. Instrumental in bringing the Sonos Digital Music System to market are Gecko Design Inc., Inventec Multimedia & Telecom Corp., PixelMEDIA and Y Studios.

The Sonos Digital Music System will be sold online and at select retailers. Each ZonePlayer will retail for $499.00. Each Controller will retail for $399.00. Sonos will offer an introductory bundle of two ZonePlayers and a Controller for $1,199.00.

To find out more about the Sonos Digital Music System or place an order, please visit www.sonos.com.

**About iF Design Awards**

The iF seal serves as a decision-making tool in the marketplace. An iF award is a symbol of a company's commitment to innovation and its willingness to face the competition. Since its inauguration in 1953, the iF design award has existed as an enduring, prestigious trademark for outstanding design. Today, this award is regarded as one of the most important design competitions worldwide, attracting over 1,800 entries from 30 different countries every year. The jury, composed of top international designers, not only critically examines and selects the award-winning entries, but also guarantees iF's special status and the high-quality reputation of the iF label. More information about the awards can be found at http://www.ifdesign.de/awards_index_e.html.

**About Sonos, Inc.**

Sonos is comprised of a team of highly-talented, music-loving software developers, audio engineers, hardware engineers, industrial designers, and usability engineers. Working side-by-side, they've created the Sonos Digital Music System, the first and only multi-room digital music system with a wireless, full-color LCD screen controller. Sonos is a privately-held company, headquartered in Santa Barbara, CA. To find out more about the company or the Sonos Digital Music System, please visit: www.sonos.com.

**Media Contact:**
Thomas Meyer
Sonos, Inc.
714.389.4639 - office
949.212.6201 - cell
Thomas.meyer@sonos.com

GOOG-SONOS-NDCA-00108286

http://web.archive.org/web/20050524175411/http://www.popsci.com/popsci/bown/2004/homeentert
ainment/article/0,22221,767816,00.html

GOOG-SONOS-NDCA-00108287



INTERNET ARCHIVE WaybackMachine
http://www.popsci.com/popsci/bown/2004/homeentertainment/article/0%2C22221%2C767816%2C00.html Go
7 captures
24 May 2005 - 17 Oct 2007
APR MAY OCT
24
2004 2005 2007
About this capture

best of what's new

POPULAR science

John B. Carnett

**Sonos Digital Music System**
A better way to wirelessly stream music around the house

Go to Forums
Print This Article
E-Mail This Article

Sonos shores up the Wi-Fi connection—the weakest link in wireless home-audio networks—by enhancing it with the first consumer implementation of mesh networking, which automatically repairs disruptions in the signal. Music is delivered from your PC to anywhere in the house with high fidelity and no hiccups. Connect one ZonePlayer (which serves as a receiver and 100-watt amplifier) to the network or PC holding your songs, and connect all ZonePlayers to pairs of speakers, no stereo required.

· Two ZonePlayers plus controller, $1,199
· Additional ZonePlayers, $499

**More in Best of What's New: Home Entertainment**
• Ode to The Diode: Part III
• Last Year's Winners: Home Entertainment

ON THE WEB:
• Sonos

SUBSCRIBE NOW!



Customer Service

Copyright © 2004 Popular Science

A Time4 Media Company. All rights reserved. Reproduction in whole or in part without permission is prohibited.   |   Privacy Policy   |   Site Index

https://web.archive.org/web/20050311045455/http://playlistmag.com/reviews/2005/02/sonos/index.php

GOOG-SONOS-NDCA-00108303

INTERNET ARCHIVE
WaybackMachine
http://playlistmag.com/reviews/2005/02/sonos/index.php          Go
86 captures
10 Feb 2005 - 26 Feb 2021

FEB   MAR   MAY
11
2004  2005  2006
About this capture



Digital Music **playlist** for PC & Mac

| HOME | NEWS | FEATURES | MUSIC | PRODUCT GUIDE | HELP | FORUMS |

SEARCH

---

**TOP STORY**

**Set Your Music Free**
Whether you're lounging around the house or relaxing at the beach, we'll help you cut your headphone cord and find a set of speakers that can do your tunes justice.

**TODAY @ PLAYLIST**

**This Week's Featured Tracks**
Each week, Playlist's Glenn Peoples looks at special tracks offered by the iTunes Music Store and other select online music merchants. Here are the selections for the week of March 7th.

**TODAY'S DOWNLOAD**

**Ghost Train**
Spencer Bohren
MORE DOWNLOADS ▶

**TODAY'S PLAYLIST**

**New Orleans Musings**
MORE PLAYLISTS ▶

**NEWS HEADLINES**

**Luxpro Corp. rips off iPod shuffle**

**PodGear offers speakers for iPod, iPod shuffle**

**No Motorola iTunes phone launch at CeBit**

**DMC 8280 touts 30GB storage, FM transmitter**

**RECENTLY REVIEWED**

**Set Your Music Free**

**Review: Rogue Amoeba Airfoil**

**RECENT ACCESSORY REVIEWS**

**Pacific Rim Technologies Gel Shield (Cases)**

**Apple iPod shuffle Sport Case (Accessories)**

**TuneWear Prie Hook (Cases)**

---

February 07, 2005          PLAYLIST

## Review: Sonos Digital Music System

**Innovative system's similarities to the iPod are more than skin deep.**

*By Dan Frakes*

It used to be that listening to music at home happened mainly in one place—the room where all your CDs or, for us old-timers, LPs and cassettes were stored. A few houses had cheezy intercom-based speakers spread throughout the house, but these ugly wall consoles generally sat there, unused, a remnant of 1970s experiments in "cutting edge" technology. Upper-income-bracket audio geeks were able to install better whole-house audio systems, but these were rare.

That was then. Over the past few years, two technological trends have taken hold that promise to significantly change the face of home music listening. The first is the popularity of digital music. And by that I don't mean CDs, but rather the storage and playback of music data files: MP3s, AACs, AIFFs, WAVs, etc. More and more people are storing their entire music collection on computers, iPods, and other high-capacity media.

The second trend is the increasing pervasiveness of wireless data networks in the home. Nowadays, most people either have a wireless home network or know someone who does. It's safe to say that in the not-too-distant future, wireless home networks will be as common as wired telephones.

I bring up these two trends because of their inevitable convergence. It's only a matter of time before your average consumer realizes that if they have all their music stored in a format that can be sent over a wireless network, they should be able to listen to *any* of their music *anywhere* in their home at *any* time.

Several companies have attempted to bring this convergence to the masses, including Apple via its AirPort Express with AirTunes, Slim Devices with its Squeezebox, and Roku with its SoundBridge units. But each of these systems has significant flaws—an AirPort Express system can only play to a single room and has no screen; the Roku units can't sync across multiple rooms; and the Squeezebox, which probably does the most right, still doesn't make it easy to navigate large music collections. The market is ripe for a product that does the whole-house-music thing right.

Into this market Sonos has released its new Digital Music System. Billed as "All your digital music. All over your house," the Digital Music System aims to do just that by creating a mesh wireless network with access points—called ZonePlayers—in as many or as few rooms as you prefer. (A *mesh* network means that each access point is both a receiver and transmitter/repeater, so removing any one device won't affect the rest of the network.) Each ZonePlayer can be controlled independently of the others, or you can sync all of them up for full-house entertainment. The result? The music you want in whatever rooms you want it. The whole-house-music thing done right.



GOOG-SONOS-NDCA-00108304

But I'm getting ahead of myself here. First, let's talk about the hardware of the Digital Music System, which consists of two types of components: ZonePlayers (each officially called a ZonePlayer ZP100) and Controllers (each formally known as a Sonos Controller CR100).

**The Sonos Digital Music System in Detail: ZonePlayers**

Each aluminum and white ZonePlayer is only 10.2" x 8.2" x 4.4" and weighs just 10 pounds but includes an impressive bundle of technology: a 50-Watt integrated amplifier, wireless and wired connectivity (via built-in wireless support and a 4-port 10/100 switch), and digital-to-analog and analog-to-digital audio converters. Think of each unit as a sort of digital stereo, but with an important twist: Thanks to the Digital Music System's network functionality, any music or audio source accessible to one ZonePlayer becomes accessible to all others and you can control all ZonePlayers from a single location. (More on that in a bit.)



The ZonePlayer's built-in Class D integrated amplifier (provided by Tripath) is rated at 50 Watts into 8 Ohms, providing enough power to drive a pair of high-quality stereo speakers; you connect your speakers via high-quality, cylinder-spring binding posts. (I used various speaker systems—a $300 pair from PSB, a $1500 sub/sat combo from NHT, and even a $400 home theater setup from Logitech—for my review; Sonos plans to offer their own line of bookshelf-sized speakers for $150/pair.) Each ZonePlayer also has left/right RCA outputs for integrating the ZonePlayer into an existing stereo system (the jacks are variable level, not line-level, although Sonos may make this a switchable setting in a future software update) and an RCA sub-out jack with 80Hz automatic crossover for adding a powered subwoofer. Finally, each ZonePlayer has left/right RCA line-level inputs—a nice bonus that means you can connect your CD player, TV, or other stereo audio source to a ZonePlayer and then listen to that source through the connected speakers, saving you from having to buy a separate amplifier. (See "Secret Weapon," below, for another reason this is a killer feature.)



Although most audio functions are performed via the Sonos Controller (see below), each ZonePlayer provides mute, volume up, and volume down buttons on its face; I appreciated the ability to turn the volume in the current "zone" up or down—or mute it completely—if the Controller was elsewhere in the house.

If your home has a wired network, you can connect ZonePlayers together via Ethernet. However, if it doesn't—I suspect most houses won't—the built-in wireless functionality will automatically link all ZonePlayers up using a simple setup process (described below). The only requirement is that one ZonePlayer must be connected via Ethernet either to your existing network or to the computer/storage device holding your music files.

The ZonePlayer's digital-to-analog converter supports non-DRM (unprotected) MP3

GOOG-SONOS-NDCA-00108305

Media Player, and is compatible with most major standards, including MP3, WMA, AAC/MPEG4, and WAV audio files. Unfortunately, DRM-protected files, like those purchased from Apple's iTunes Music Store or any Windows Media music service (such as MusicMatch, SonyConnect and MTV), are not currently supported—a major drawback for people who have a significant number of audio tracks purchased online. (Sonos notes that ZonePlayers have upgradeable firmware, which should let them add support for additional formats in the future; for example, support for Real's Rhapsody subscription service is expected in March 2005.)

If you get tired of your own music, as long as one of your ZonePlayers is connected to the Internet—through an Internet router or via an Ethernet connection to a computer sharing it's Internet connection—you can also listen to Internet radio stations using the streaming MP3 format. Over 70 stations are pre-programmed, and you can add more easily. (Internet access also allows your ZonePlayers to check for software updates.)

As the above description makes pretty clear, the ZonePlayer is an impressive piece of hardware; it also looks attractive and feels solid. However, the piece of the system that you'll spend the most time with—and wow your friends with—is the Sonos Controller.

### The Sonos Digital Music System in Detail: Controllers

The heart of the Sonos Digital Music System is the wireless, handheld Sonos Controller. Looking like a cross between an iPod and portable video game system, the Controller is a chunky 6.5" x 3.8" x .95", weighs 12.5 ounces, and contains a 3.5", 240 x 320-pixel backlit LCD display. (I use "chunky" in a good way here—the Controller feels substantial in your hands and its size makes it easier to use than remotes that try to fit 50 buttons in a tiny space.) It uses the same wireless technology found in the ZonePlayer, so it can communicate with the entire Music System as long as it's in range of any ZonePlayer. A single Controller can be used to orchestrate your entire system, or you can purchase multiple Controllers so you don't have to carry one around the house.

The iPod-like part of the Controller is found on the right-hand side: a scroll wheel approximately the same size as the one found on an iPod mini, complete with center Enter/OK button. (I'm surprised Apple's normally-aggressive legal team hasn't been all over Sonos for this obviously-iPod-inspired scroll wheel. But I'm glad Sonos is using it, because it makes the Controller, like the iPod, extremely easy to use.) The rest of the Controller face holds the screen, 9 backlit buttons—mute, volume up/down, zones, music, return (similar to the iPod's Menu button), skip back, skip forward, play/pause—and three contextual "selector" buttons just below the screen whose function changes depending on what you're doing.



The Controller's simple layout and large screen work together to accomplish a rare feat in consumer electronics: simultaneously providing an intuitive interface and significant functionality. The basic feature set—choosing and playing songs, adjusting volume, etc. —is very easy to use, but once you get comfortable with the way the Sonos system works, you can take advantage of more advanced options.

After setting up your Digital Music System, as described below, playing music involves two simple steps: choosing a zone and choosing music. You choose a zone by pressing the Zone button and then selecting a zone from the list of ZonePlayers using the scroll wheel; until you return to the Zone menu, everything you do will affect only that zone. You then choose the music to be played by pressing the Music button, which brings up a Music Menu that looks and operates almost exactly like an iPod's menu system—if you've ever used an iPod, you'll feel right at home. If this process doesn't sound simple, it's only because it's hard to describe in text; to put it in perspective, on several occasions I handed the Controller to someone who'd never seen it before, and they were able to quickly figure these steps out without any assistance.

Like an iPod, you can browse your Music Library by artist, album, genre, track (song title), or playlist, but you can also browse by composer or folder—the latter should please non-iTunes/iPod users who are used to navigating their hard drive to locate and play music. When a track is playing, its song information is shown on the display, along with its album art, if present. (If your songs are missing art—I was disappointed how much of my music, ripped from my own CDs, was—you can add it using any of a number of free software titles. For example, Windows users can try iTunes Art Importer or Windows Media 10; Mac users should check out Fetch Art. Sonos also notes that you can

GOOG-SONOS-NDCA-00108306

put an album art image called *folder.gif* (or .jpg or .png) in the same directory on your drive as the album; the Controller will then display that image as the album art.) Once you've chosen the music for a zone, you can switch to another zone and queue up music for that one, and so on. The Controller's scroll wheel doesn't quite "feel" as good as the iPod's—mainly in terms of acceleration when scrolling through large track lists—but it's still head and shoulders better than the navigation system on any other MP3 player or digital music system we've tried.

The functionality I've described so far is likely what you'd expect from a system like this, but where the Sonos system truly shines is in its zone management. Using the Zone Menu, you can easily combine zones into *linked* zones that play the same music in sync. The easiest link is "Party Mode," which combines all zones into a single uber-zone, but you can also create smaller, independent linked zones. For example, you can combine the living room and kitchen into a linked zone that plays together while the bedroom does its own thing. Or you can enable Party Mode but drop one zone for a "quiet" room —the system automatically synchronizes all linked zones so that they play together perfectly, without any stutters or echoes. How cool is that? So cool that this is the first system I've seen that can actually do it. The possible zone combinations are limited only by the number of ZonePlayers you have.

The Controller is also used for simple tasks such as adjusting volume, muting, and controlling playback, and enabling shuffle and repeat modes, but you can perform those tasks for any individual ZonePlayer or any linked zone. And in yet another thoughtful feature, you can adjust the relative volumes of individual zones *within* a linked zone. In other words, if the bedroom and living room are linked, you can make the bedroom volume lower than the living room; when you increase the master volume, both rooms get louder but the bedroom volume remains lower than the living room. The Controller also provides zone-specific balance, bass, treble, and loudness controls.

The only real drawback to the controller is that some text is quite small; I didn't have any trouble with it, but I know more than a few people who would likely find it a strain to read. A "large type" option would be a nice addition.

The Controller is powered by a Lithium-Ion Polymer rechargeable battery that charges fully using the provided AC adapter in about 2 hours. (Sonos has a charging cradle in development; the Controller already has the charging contacts for such a setup.) In my testing, I used the Controller for nearly a week—under heavy use, with the screen on much more often than it would likely be under normal use (see the next paragraph)— without needing to recharge. When I finally did charge it, it topped off in less than 2 hours, as promised.

To preserve battery power, the Controller has two sleep modes. The first is *deep* sleep, which turns the controller off completely, requiring you to press a button to wake it up. This mode is much like sleep mode on a laptop and happens, by default, after four hours of inactivity. The second mode, *light* sleep, is like the screen dimming feature of most computers—after five minutes of inactivity the screen goes dark but the controller is still on. Like deep sleep, pressing any button wakes the Controller from light sleep, but in one of the coolest features I've seen on a consumer electronics device, the Controller also *has a built-in motion detector* that automatically wakes it from light sleep when you pick it up or otherwise move it. Sweet.

The Controller also has a couple other nice touches. The first is a sturdy rubber base that not only makes it easier to hold, but also lets you set it on a counter or table without it sliding around. The second is that the Controller is splash-resistant. Not water-resistant (or waterproof), but protected enough that you can use it in the kitchen without having to worry about every little drop of water.

## How much is it gonna cost me?

Alas, all this technology isn't cheap. ZonePlayers retail for $499 each, with Controllers at $399 each; a "starter" set of two ZonePlayers and a single Controller is $1199. Although these prices may seem high to many consumers, it's important to keep in mind that each ZonePlayer is, as mentioned above, an integrated amplifier, wireless base station, and digital-to-analog converter in one small unit; $499 doesn't seem so steep when you consider how much it would cost to buy similar components separately. It's also helpful to put the Digital Music System in context—it's designed to replace multi-room, built-in audio systems that often cost upwards of $10,000 for multiple rooms. For a budget of $2600 plus speakers, you can provide custom audio to four rooms with two Controllers.

Another way to look at the value of the Digital Music System is to consider what you would need to purchase to get similar functionality using other products. For example, you could purchase several of Apple's AirPort Express units at $129 each to deliver audio to different rooms. But you'd also need to purchase stereo systems for each room, you couldn't listen to music in more than one room at once, and you wouldn't be able to view and control the music being played without purchasing a laptop. Slim Devices' Squeezebox units provide a small screen and remote control, as well as a "synchronized play" option, but you're still talking $280 for each Sqeezebox, plus you'd again need to buy a stereo for each room at a few hundred bucks (at least) a pop. That's about the same price as the Sonos with many of the other limitations of the AirPort Express system.

In other words, you get what you pay for, and you get a lot with the Sonos Digital Music System. And once you spend some time setting it up and using it, you'll surely appreciate it even more.

GOOG-SONOS-NDCA-00108307

## Simple Setup

When talking about a system as full-featured as this, the biggest concern on many consumers' minds is likely to be the setup process. Fortunately, Sonos has also put a good deal of effort into making that process simple. For most home networks—those with an Internet router using DHCP—the process is as simple as:

- Plug speakers into the first ZonePlayer.

- Connect the power cable to the ZonePlayer and plug it in.

- Connect an Ethernet cable between the ZonePlayer and the router/hub/switch. (If your home network is completely wireless, you'll need to connect the cable between the ZonePlayer and the computer on which you'll install the setup software, and then turn on Internet Sharing [Mac OS X] or Network Bridge [Windows XP].)

- Install the setup software and follow the setup process. If you've got a Mac, this step will involve the Sonos Setup Assistant; on a Windows PC, you'll use the Sonos Setup Wizard. In either case, the software walks you through the process of adding the first zone: After pressing the Mute and Volume Up buttons on the ZonePlayer, it's detected by the software, you give it a name (Office, Family Room, Kitchen, etc.), and it's available for use.

- Tell the ZonePlayer where your music is located. The Sonos system can access music stored on a Mac running Mac OS X with Windows Sharing enabled or a PC running Windows XP or 2000 with Sharing enabled—these can be the computer on which you're running the Setup software or another computer on the network—or any SMB/CIFS-compatible NAS (network attached storage) device. (The advantage of using a NAS is that you can turn your computers off and still provide music access to your ZonePlayers; otherwise, the computer hosting your music must be turned on whenever you want to listen.) If you're running Windows XP or Mac OS X and store your music in your Music folder, the ZonePlayer will automatically find it and index its contents. (In my case, my music is stored on an external FireWire hard drive connected to a Mac running OS X 10.3. After setting the drive up under OS X as an SMB share, using the excellent SharePoints, I simply had to enter the URL to the share in the Setup Assistant.

A handy feature of the Digital Music System is that you don't need to store all your music on a single computer or network storage device—if there's music on your computer, your spouse's or roommate's computer, and even a laptop, you can add each music collection to your Sonos Music Library. You can even add the music collections from multiple user accounts on the same computer. The system supports up to 30,000 tracks stored on up to 16 computers and network storage devices. (This isn't counting any music you access via streaming Internet radio.)

You can also use the Sonos system with a Linux computer, although you'll have to perform the entire setup process from the Controller; the included User Guide provides more information. (This ability to do anything using the Controller, including entering text, is actually a nice feature no matter what platform you use; on a couple occasions I added additional music folders to my Sonos Music Library while sitting on the porch.)

Adding additional ZonePlayers is even simpler than adding the first; you simply access the System Settings screen on the Controller and then choose "Add a Zone Player." (Alternatively, you can use the Setup Assistant on a Mac or the Desktop Controller's Zone -> Zone Setup menu item on a Windows PC.) After pressing the Mute and Volume buttons on the new ZonePlayer, it's automatically added to the system and is immediately available for use, "inheriting" the already-indexed Music Library from any existing ZonePlayers. The Sonos system supports an impressive 32 zones—for those watching at home, that's $16,000 in ZonePlayers, not counting speakers and Controllers!

## Audio Fun

It's hard to complain about your job when you review products for a living, but the truth is that some products are less enjoyable to review than others. The Sonos Digital Music System, on the other hand, is one of those rare products that made me wish I had an excuse to spend more time with it. Reviewing the system was just, well, *fun*. For the most part, it did exactly what it claimed to do and did it in a way that made the system exciting to use. I often found myself wanting to pick up the Controller and change stuff... just because I could. I'd pipe Led Zeppelin into the family room from the other side of the house and pump up the volume... just because I could. I'd play Carmina Burana on all zones, letting the melodramatic chorus wash over the entire house... just because I could. You get the picture.

I found the sound quality of the ZonePlayers to be as good as the music files I fed them and the speakers I paired with them. 128kbps MP3s revealed their flaws, whereas uncompressed WAV files sounded as good as the original CDs played through an NAD CD player connected to the ZonePlayer's auxiliary-in. Similarly, a pair of $100 speakers sounded OK, but a $1500 NHT speaker system sounded great. These observations may sound obvious, but you'd be surprised how many consumer electronics products sound the same regardless of the quality of the sound source or the connected equipment. If a system can demonstrate differences in sources and components, it's doing something right. The ZonePlayer design won't outperform higher-end standalone components, but it sounded quite good for its price range.

In terms of wireless performance, in our test house with three ZonePlayers, each

separated by approximately 20 to 40 feet and two walls, I didn't experience a single dropout over a week of use, even when using uncompressed WAV files. (Sonos claims range of up to 100 feet—as long as each ZonePlayer is within 100 feet of at least one other ZonePlayer, all ZonePlayers and Controllers should be able to communicate.)

As I noted above, overall the Controller is intuitive and easy to use. So much so that houseguests who had never used the system before were able to pick it up and play music throughout the house. The only real criticism I had was that for those used to iTunes and iPods, the Sonos approach to playback takes some getting used to. In iTunes, when you play a song in a playlist—or browse to a particular artist, album, genre, etc., and then play a song within that group—it's like pressing play on a CD—all of the tracks in that group will be played. If you later navigate to another group of tracks, you can play those instead; the first group of songs are "forgotten." The Sonos system, on the other hand, is based on *queues*—you can't play a song with out adding it to the current queue. So when you navigate to a track/album/artist/playlist/etc., you can't just play the selected tracks; you have to add them to the queue. When you later navigate to another group of songs, the queue is not cleared—if you add the second group, you'll end up with a queue containing both sets of songs. What this means is that if you don't want to keep items in your queue when you change to a different track/artist/genre/etc., you have to manually clear the queue. Being an iTunes fan, I found this to be an inconvenience. It also makes you miss out on what Apple says is the most popular way for people to listen to their music: library-wide shuffle. You can create a queue that includes all your music and then play with shuffle mode enabled, but it's not as easy as simply choosing "Shuffle" from the iPod's main menu.

That being said, people who are used to one of the non-iTunes music management software titles for Windows, or who have an MP3 player other than an iPod, will likely be intimately familiar with this queue-based approach. And I have to admit that after using the Sonos system for a week I was less bothered by it than I was initially.

If you've created a queue that you especially like, you can save it as a Sonos Playlist. This makes it accessible in the future as a separate playlist in your Music Library. The User Guide also claims that the Digital Music System "can access playlists created using iTunes and Windows Media Player. In addition, any playlist saved in M3U, WPL and PLS formats are also supported." Although I would have appreciated the ability to export my iTunes playlists in order to access them from the Sonos controller, I unfortunately wasn't able to get this feature to work. I've asked Sonos for clarification on this feature and will update this review accordingly.

The only other minor music-related inconvenience is that if you add music to your computer's music library, your Digital Music System's music library is not automatically updated to reflect the new additions. You need to manually update your Music Library index via the Controller's System Settings -> Music Library Management menu.

## Computer Control

Although Sonos' handheld Controller provides comprehensive control over your Digital Music System, the company has also created an application for Windows computers, Sonos Desktop Controller, that provides the same functionality, via a similarly intuitive and attractive interface, on your computer screen. (A Mac version should be available later this year.) It's not necessary to use this software—all of its functions are available on the Controller—but it does offer one significant advantage: If you frequently create your own queues and playlists, the larger screen real estate makes it much easier to do. Although my music is stored on a Mac, on more than a few occasions I found myself using my Windows PC just to set up a new playlist.



GOOG-SONOS-NDCA-00108309

**Secret Weapon: Line-In**

One feature that Sonos only briefly mentions on their website and in the system's documentation is the Line-In connection on each ZonePlayer. Which is unfortunate, because this is a feature that adds significant functionality and flexibility to the system. Any external audio source—a CD player, DVD player, TV, iPod, or even the audio output from a computer—connected to the Line-In ports on a ZonePlayer can be played through that player's speaker. What's more, that source's audio can be streamed to any ZonePlayer(s) in your house. In other words, you can listen to not only your *digital* music anywhere in your house, but to *any* audio. And this feature isn't limited to a single ZonePlayer—you can hook up a different audio source to *each* ZonePlayer and all of those sources will be available to any ZonePlayer.

When using the Line-In feature, the connected ZonePlayer automatically encodes the audio source using either WAV or WMA format; you choose this setting in the Controller's System Settings -> Advanced Settings screen. If you're looking for the best sound quality, choose WAV. If you find that audio breaks up using the WAV setting, WMA requires less bandwidth and so may offer more reliable sound (although with inferior overall sound quality).

In my testing, this feature added a good deal of value to the Digital Music System as I was able to listen to new CDs throughout the house before I had the chance to rip them to my music library. I was also able to listen to the audio of the SuperBowl broadcast on the patio while cooking on the grill.

### The Lowdown

I've noted the Sonos Digital Music System's few flaws: an over-reliance on queues; the need to manually update your Music Library after adding new songs or creating/updating playlists on your computer; and a lack of support for DRM-protected music files from online music stores. While I'm at it, I should add to my wishlist support for other music formats, such as the popular Ogg Vorbis and FLAC encoders. I'm also anxious to see a Mac version of the Desktop Controller software.

However, even with those criticisms, it should be obvious that I'm very impressed by the Sonos system. I simply haven't seen a system that so effectively combines digital music, high-quality audio, wireless convenience, ease of use, and, well, *fun*. It turns your entire home—or as much of it as you're willing to pay for—into a system that can play any of your music, anywhere, at a moment's notice. And the fact that it scales so well—you can spend $100 on an inexpensive pair of speakers or hook a ZonePlayer up to a $50,000 high-end system, and listen to everything from low-bitrate MP3s to uncompressed audio—makes it an attractive system for nearly any level of musical appreciation and enjoyment. It's obvious that the folks at Sonos put a lot of thought into their Digital Music System, from the ZonePlayer's construction, to the Controller's interface, to the system's audio quality and ease of use. Little touches like the Controller's motion sensor and the ZonePlayer's audio-in connectors make an otherwise good system a great one.

The Sonos Controller's scroll wheel screams "iPod." But so do its ease of use, sound and build quality, and impressive performance. If you've got the cash, it's worth a look.

8 COMMENTS ON THIS STORY  EMAIL THIS STORY TO A FRIEND

AD SHOWCASE

Advertising  |  Press Releases  |  IDG Network

Copyright 2004 Mac Publishing LLC. All rights reserved

GOOG-SONOS-NDCA-00108310

https://web.archive.org/web/20060701051407/https://money.cnn.com/magazines/fortune/fortune_archive/2005/03/21/8254857/index.htm

GOOG-SONOS-NDCA-00108331

INTERNET ARCHIVE
Wayback Machine
https://money.cnn.com/magazines/fortune_archive/2005/03/21/8254857/index.htm    Go
23 captures
1 Jul 2006 - 6 Aug 2020

JUL JUN
01
2005  2006  2008   About this capture



The Internet home of: **FORTUNE** **Money** **BUSINESS 2.0** **FORTUNE**                          Subscribe to Fortune | Free Trial

CNN**Money**.com                      GET QUOTES  SYMBOL LOOK-UP    SEARCH  Entire Site    YAHOO! SEARCH

HOME | NEWS | MARKETS | TECHNOLOGY | JOBS & ECONOMY | PERSONAL FINANCE | LIFESTYLE | REAL ESTATE | SMALL BUSINESS | LISTS

# CARRY A TUNE FROM ROOM TO ROOM

**Upstairs, downstairs, all around the house, the Sonos Digital Music System is an easy, elegant--but pricey--way to liberate your MP3 files.**

By
March 21, 2005

**FORTUNE**

(FORTUNE Magazine) -- AS A MUSIC LOVER, I once enjoyed a whole-house stereo system that let me listen to my favorite tunes in the kitchen, the bathroom, or the bedroom, even though the stereo itself was in the living room. Of course, that was before I moved out of my one-room studio apartment and into a real house. Having more than one room complicates the musical ecosystem.

Until recently, only the super-rich could afford to install custom whole-house music systems. The fanciest of these systems use speakers and wires embedded in the walls and complex control pads that can separate the mansion into musical zones, allowing the owner to play Vivaldi in the formal dining room, for example, while guests in the drawing room are serenaded with Sarah Vaughan as they relax with brandy and cigars.

But thanks to the new Sonos Digital Music System, even the merely rich can indulge in the same kind of sensory extravagance enjoyed by billionaires (or people in studio apartments). Although it's not cheap--$1,199 and up, depending on how many rooms are added--the Sonos system outperforms many custom sound systems costing thousands of dollars more.

The Linux-based Sonos system consists of two or more shoebox-sized ZonePlayer amplifiers, one or more handheld Sonos Controllers, and your own stereo speakers. Using the iPod-like jog wheel and color display screen on the controller, you can stroll from room to room choosing albums or artists, switching among playlists, Internet radio stations, and music libraries, muting, pausing, and changing volume, linking or separating zones, and otherwise having fingertip control of your entire music universe. The music can follow you to any room equipped with a ZonePlayer receiver and, because the ZonePlayer creates its own wireless network, even to the swimming pool or garage. Or different family members can choose to play Green Day in one room, Maroon 5 in the next, Pink Floyd in the basement ... well, you get the idea. In other words, the Sonos Digital Music System takes the old-fashioned home stereo into the 21st century. The only drawback is that it may take until the 22nd century to pay off your credit card, especially if you live in a big house. Each ZonePlayer costs $499, and each controller costs $399, although you can save about $200 by buying a bundle consisting of two ZonePlayers and one Controller for $1,199 through the company's website (www.sonos.com). Each additional room you add to the network will cost $499 extra, plus the cost of any speakers and extra controllers you might want to scatter around the house.

I've been testing the new Sonos Digital Music System in three rooms, using three ZonePlayers and one Controller, for a total cost of $1,698, not counting the speakers. (Sonos plans to offer its own line of bookshelf speakers later this year at $149 a pair.) There are definitely cheaper ways to pump music over a home network into different rooms--I've tried the Roku SoundBridge Network Music Player and Apple's Airport Express, among others--but I haven't found any as easy to set up or as elegant to use as the Sonos system.

It took less than 30 minutes to have music playing in all three rooms, and that included 15 minutes on the phone with a Sonos support technician who patiently tracked down a glitch in my existing home network.

Although you don't need to have a home network installed to use the Sonos system, you do need to have a broadband Internet connection leading to a Windows 2000, XP, or Apple OS X computer through a device called a router. The router is not the same thing as a cable or DSL modem; it's a box that allows two or more computers to share one broadband Internet connection. If you don't already have a router, you can find good ones at most electronics stores for $50 to $100.

I plugged the first ZonePlayer into a Linksys Ethernet router that sits between my PC and my cable modem. Then, using the software that comes with the Sonos system, I took just a couple of minutes to turn on the PC's file-sharing capabilities and to add my MusicMatch and Windows Media Player music libraries to the Sonos index. (Later I did the same using a Macintosh and iTunes.)

While the first ZonePlayer communicates with the PC through the router, the other ZonePlayers and controllers create their own "mesh" wireless network that works independently of any wireless network you may already have. Adding additional ZonePlayers to the network is basically a one-button process. The drawback is that each ZonePlayer has to be within 100 feet of another ZonePlayer--less if you're beaming through walls and floors--to maintain the wireless connection. If your home has structured (built-in) Ethernet wiring, all the better; wired connections usually offer better performance, especially when the rooms are too far apart to allow strong wireless signals.

Because each ZonePlayer is a 50-watt-per-channel amplifier, all you have to do is attach a pair of speakers. However, people who already own nice audio equipment might choose to attach a ZonePlayer to the main stereo; it's a waste of the ZonePlayer amp, but it allows the digital music to be played through what may be the best sound system in the house.

On the downbeat, not all music files will work on the Sonos system. Standard MP3, AAC, WMA, and WAV music files all play nicely, along with Internet radio stations. But if you buy most of your music through the iTunes Music Store, MusicMatch, the MSN music store, or any of the other online services that encode songs with digital-rights management (DRM) copy protection, you'll have to go through the tedious process of converting those files to regular MP3s before you can play them through the Sonos system. So-called lossless formats also cause the Sonos to choke.

**Top Stories**

Kerkorian steps up the pressure

Make your money last in retirement

What is an American car, anyway?

Stocks head to the beach

Options gone wild!

**More from FORTUNE**

Toxic politics

U.S. automakers struggle through another summer

And the winner is ...

**FORTUNE 500**

**Current Issue**

**Subscribe to Fortune**

One exception: Real Network's Rhapsody online music-on-demand service plans to be Sonos-compatible within a few months, copy protection and all.

Although pricey, the Sonos system is the missing link in the evolution of digital music in the home.

| More Company News |
|---|
| U.S. automakers struggle through another summer |
| Genentech vision-loss drug gets FDA approval |
| Out with the old media... |
| **The Hot List** |
| Make your money last in retirement |
| $30k in wedding debt...all paid off |
| Smart car's cool, but may fall short |

© 2006 Cable News Network LP, LLLP. A Time Warner Company     ALL RIGHTS RESERVED.
• TERMS UNDER WHICH THIS SERVICE IS PROVIDED TO YOU.     • PRIVACY POLICY

GOOG-SONOS-NDCA-00108333

INTERNET ARCHIVE
WayBackMachine
14 captures
31 Oct 2005 - 7 Apr 2007
http://www.audioholics.com/productreviews/avhardware/SonosDigitalMusicSystemReview3.php   Go
SEP   OCT   DEC
◄   31   ►
2004   2005   2006
About this capture

**AUDIOHOLICS**
Online A/V Magazine
Pursuing the Truth in Audio & Video...

*Where audio and video equipment undergoes rigorous objective and subjective tests by our staff, ensuring that marketing slogans aren't the only guidelines for your home theater choices.*

October 31 2005

Become an AH Member!

Heard something cool? Send Us News!

Search: Audioholics

**Get an A/V Education**
What to Buy - Our Picks
Set-Up Your System
How to Shop
Research AV Topics
Learn About Specs & Formats
Fix Your Room Acoustics
Get the Latest Industry News
Read A/V Editorials
Read Press Releases
Try a DIY Project
Latest Trade Show News
Frequently Asked Questions
Forums: Talk With Others

**Read Reviews**
Receivers & Amplifiers
DVD & Media Players
HDTV, Projectors & Displays
Cables & Power Conditioners
Loudspeakers
Misc Equipment & Software
DVD Movie Reviews
CD/SACD/DVD-Audio Discs

**Buy & Sell Online**
Buying Guides - How to Shop
Recommended Online Stores
Find the Lowest Price Online
Sell your Gear - FREE!

**About Audioholics**
Our Mission Statement
Our Reference Systems
Read Staff Bios
Unabridged Manufacturer List
Contact the Staff
Advertise With Us
Get Cool Audioholics Stuff

**Audioholics Supports**

HTA HOME THEATER ALLIANCE

**Audioholics Editorials**

Home Theater Cruise Day 1
Monday, October 31 2005

Video iPod... The Art of the Deal
Thursday, October 27 2005

Five ($) Audio Myths Dispelled
Tuesday, October 18 2005

The Demand for HDTV and Emergence of IPTV
Monday, October 17 2005

Overview of Testing Methodologies
Tuesday, October 11 2005

The State of Downloadable Music & Storage
Monday, October 10 2005

Toshiba's Latest Round of HD-DVD Woes
Tuesday, October 4 2005

**Industry Press Releases**

Qsonix Launches Q100 Music Server
Thursday, October 27 2005

Powered by ABT Brand Targets Consumer Electronics OEM Market
Thursday, October 27 2005

Slim Devices Squeezebox v3 Shipping!
Tuesday, October 25 2005

Forums: Talk With Others | Professional Product Reviews | Consumer Product Reviews | Learn About Cables & Power | Set Up Your AV System | Our Picks on What to Buy | Find the Lowest Online Prices!

## Staff Product Reviews

**Sonos Wireless Digital Music System Review**
Review by Clint DeBoer
June 28, 2005

Page: 1 | 2 | 3 | 4 | Next

# Sending Music to Sonos ZonePlayers and Using the Music Library

**Sending Music to Various Zones**
Each Zone can either stream music from your music library, any of the ZonePlayer line inputs, or the Internet (via free online radio stations supported by Sonos or user-added MP3-streaming broadcasts). Did you catch the part about being able to select Line-inputs? Don't ignore that one. With Sonos, you can send any two-channel source into a ZonePlayer and then stream that source to any or all of your other zones. I would suggest hooking up the CD or DVD player's analogue outputs to the nearest ZonePlayer just because it allows you to quickly send a brand new disc (or perhaps one you haven't yet encoded) to another room with the push of a button.

The process for doing any of these things is so straightforward it is hardly worth noting. Use the Controller to select a zone, select your source and hit the 'Enter' button at the center of the scroll wheel.

**Linking Zones**
Not only can you add and assign new ZonePlayers to your Sonos Digital Music System network, you can group or 'Link' zones so that more than one ZonePlayer can play the same source. This is perfect for party modes or for when you might be jumping back and forth between two particular zones. This feature really takes this system up a notch as it truly makes it a whole house music *management* solution.

**Using the Music Library**
The Music Library allows you to choose music by the following parameters:

- Artist
- Album
- Composer
- Genre
- Track (an unabridged listing of all music in alphabetical file order)
- Imported Playlists (supports MusicMatch, Windows Media Player, WinAmp, and iTunes)
- Browse by Folder (a convenient folder view of all your stored music per shared resource)

I didn't see any missing attributes that would cause any concern. Overall, Sonos appears to have covered all the bases in allowing you to quickly and easily select music or add songs to a queue (a soft button option which appears whenever selecting or viewing a track).

**Connecting Speakers to the Sonos ZonePlayer**
As I mentioned earlier, the Sonos ZonePlayer contains a pair of 50 watt amplifiers that are capable of powering a pair of 8-ohm bookshelf speakers. Weighing in at 10 lbs, the ZonePlayer would appear to have a pretty robust power supply considering its modest size (we could not check under the hood due to the construction of the Sonos enclosure). Standard 14 gauge speaker wire is provided and can be used to connect a loudspeaker with the spring-loaded binding posts of the ZonePlayer. I found the posts to work equally well with banana plugs, though the cabling is what's provided.

Volume controls are available on the ZonePlayer, in addition to a Mute button, allowing you to make adjustments without requiring the Sonos Controller. The Mute button, if held for three seconds, can also be used to mute all players on the network. All of this comes in handy since, in many cases, there could be multiple zones and only one Sonos Controller (though multiple controllers can be used within a single system.) In future updates to the Sonos System we would love to see an expanded, optional version of the ZonePlayer that featured an on-board LCD screen and Controller so that key zones could operate without the wireless remote.

**The Sonos SP100 Loudspeakers**
We connected up the Sonos SP100 loudspeakers in one of our zones (an upstairs bedroom) and played a bit with the tone controls (configurable per zone) to dial in a sound that was to our liking. Adding a subwoofer (which automatically engages an 80Hz crossover) would be a great addition to any Sonos loudspeaker system as it would free up the speakers to address only the frequencies to which they are targeted and make better use of the Sonos' dual 50 watt amplifiers. What's nice about Sonos is that the system can be used with the preamp outs, the Sonos speakers, or you can connect your own bookshelf speakers for a more custom tailored sound - it's all about the choices.

**Using the Desktop Controller Application**
Working with the Desktop Controller application is very similar to using the Sonos Controller, though it offers a more compartmentalized, expanded view of many of the options. This is primarily due to a larger amount of screen real estate. In addition, the panes are more or less made up of a dynamic areas which update based on your selections. There is a 'Zones' pane for displaying your ZonePlayers; a 'Now Playing' pane with Music, Volume, EQ, and Queue controls; and a Music Library pane for displaying your playlists, tracks, line-in sources, and /or Internet radio stations.

Discuss this review in our Forums

Page: 1 | 2 | 3 | 4 | Next

GOOG-SONOS-NDCA-00108349