# EXHIBIT 5



**Mute indicator**

**Single zone volume bar**

**Mute indicator**

*The volume panel appears over the current screen. Volume can be controlled for a zone group or for an individual zone.*

**Group volume bar**

## To adjust volume or mute zones

1. From the **Zone** menu, use the scroll wheel to select the zone you want to change the volume settings for.

2. Use the **Volume Up** ➕ and **Down** ➖ buttons to change the volume to the desired level.

3. Touch **OK**, and the Volume panel disappears.

4. To mute a zone or a zone group, touch the **Mute** button (within a zone group, the mute button automatically mutes the last room where volume controls were adjusted.) Touch the **Mute** button again to unmute.

5. To mute all the ZonePlayers in your household, touch and hold the **Mute** button for 3 seconds. Touch and hold again for 3 seconds to unmute all ZonePlayers.

**Exhibit 1078**

## The Controller Main Menus



### *Zone menu*

- View zones
- Select zones
- Link or drop zones in a zone group
- Pause all ZonePlayers

### *Music menu*

- Music Library
- Sonos Playlists
- Internet Radio
- Line-In Music Sources
- System Settings



## Managing Your Zones

Touch the **Zones** button on your Controller to display the **Zone** menu where you can view the music selections playing in each room. From this menu, you can:

- See an alphabetical list of the zones in your household, along with the music currently playing in each zone
- Group zones together to play the same music across zones (create a *zone group*)
- Drop a zone from a zone group
- Pause all ZonePlayers in your household

Music will continue to play while you browse the **Zone** menu.

**Zones button**



*Touch the Zones button to view the music
playing in each room*

Music you select will play in the zone you highlight on the **Zone** menu. Use the scroll
wheel to highlight a zone, and touch **OK**. The **Now Playing** window appears. You can
then touch the **Music** button [music] to change the music selection for this zone.

 **Note:**  The currently selected zone will always show at the top of your Controller
screen so you can see which zone you are making changes to.

## *Zone groups*

Two or more zones can be grouped together to form a zone group, which allows you
to play the same music across zones. You can also link all the ZonePlayers in your house
with one touch by selecting **All Zones**-**Party Mode**. You can add and drop zones from
a zone group while your music is playing.

 **Note:**  Any zones you add to a group will automatically drop their current music
queue and begin to play the music that is playing in the zone group. You may
sometimes want to save your music queue as a Sonos playlist before linking zones.
See "To save a music queue as a Sonos playlist" on page 5-15.

### To add a zone to a zone group

1. Touch the **Zones** button on your Controller.



*Select zone where desired music is playing*

*Select zone to add to group*

2. Highlight the zone or zone group you want to add a zone to, and touch **Link Zone**.

 **Note:** The order in which you add a zone makes a difference. If you select **Link Zone** from a zone where there is no music playing, any zone you link to it will also be silent.

3. Highlight the zone you want to add to the group, and touch **OK**. If you want to join all the zones in your house to this music queue, select **All Zones-Party Mode**. All of your ZonePlayers will then play the same music until you drop the zones from the zone group.



*Kitchen and Garden make up a zone group*

*The music queue from the added zone is automatically replaced by the music queue from the zone or zone group it was linked to so that both zones play the same music*

**To drop a room from your zone group**

1.   Touch the **Zones** button on your Controller.



*Select zone
to drop from
group*

2.   Use the scroll wheel to highlight the zone group you want to change, and touch
     **Drop Zone**.

3.   Highlight the zone you want to drop from the group, and touch **OK**. The room
     that's removed from the zone group stops playing music. The other zones in the
     zone group continue unaffected.

**To turn off all ZonePlayers**

If you want to stop your Sonos Digital Music System from playing music, press **Pause
All** from the **Zones** menu. All of your ZonePlayers will remain *off* until you touch **Play**
⏯ to restart each zone or zone group.

## Making Music Selections

### *Browsing your music library*

You can browse for songs in a number of different ways. Using the Controller, you can make broad music selections like *play all available music by a particular artist*, or you can make specific selections like *play a single track by a particular artist on a specified album*. Selection choices include:

- Artist
- Album
- Composer
- Genre
- Tracks
- Imported Playlists
- Browse by Folder

 **Note:** If a computer on your network is turned off or is in "standby" mode, the music folders on that computer are unavailable to the Sonos Digital Music System until the computer is turned back on.

## The Music Queue

When you make music selections, they are added to a list of tracks called a *music queue*. You can create a different music queue for each zone in your house, or you can create a zone group and play the same music across multiple zones. A play indicator appears to the left of the currently playing track. When the current track ends, the next track in the queue starts to play, and play continues down through the list until the queue is completed. When you add tracks to a queue, they are placed at the end of the queue.

 **Note:** You can add tracks to the music queue while other tracks in the queue are playing.

**Play indicator**



## To select from your music library

1. From the **Zone** menu, highlight the zone where you want to play music, and then touch the **Music** button.
2. Select **Music Library,** and touch **OK**.



**Note:** The music you select will play in the zone or zone group that is currently showing at the top of your Controller screen.

3. Use the scroll wheel to browse the music library, and then highlight a selection.
4. Choose one of the following options:
   - Touch the **Play** button to play now.

Or,

   - Touch **Add to Queue** to add the selection to the end of your music queue.

Or,

   - Touch **OK** to *drill down* through the menu structure for more choices if an artist, album, composer, genre or folder is selected.

If you select by artist, all of your music by this artist is added to the music queue. To play a specific track by a particular artist, select **Music Library**→**Artist** and then touch **OK** to drill down through the menu structure until you see the track you want to play.

If you've created Sonos playlists (tracks you've organized into lists), you can play them anytime by selecting **Sonos Playlists** from the **Music** menu. For more information, see "To save a music queue as a Sonos playlist" on page 5-15.

 **Note:** If you have WAV files in your music collection, they are only available for browsing and/or selection via **Track** or **Browse by Folder**, as WAV files do not contain detailed information such as artist, title and genre.

5.     Touch the **Back** ⤺ button at any time to return to the previous music screen.

*Managing your music queue*



*Once you have added selections to a music queue, you can make changes to the queue list by selecting the View Queue soft button.*

 **Note:** Remember, the music you select will play in the zone or zone group that is currently showing at the top of your screen. To change zones, touch the **Zones** button.

- You can delete a track from the queue, or clear the entire queue.
- You can highlight a track in the queue list and touch **OK** to make it play now (the album art for this track then appears in the **Now Playing** window if it was saved with the track).
- You can save a music queue as a Sonos playlist.
- From the **Now Playing** screen, you can select **Play Mode** to cause the songs in the music queue to play in a different order.

**To remove a track from the music queue**

1. Touch **View Queue**.
2. Use the scroll wheel to highlight the song you want to remove from the queue.
3. Touch **Remove/Clear**.



4. Select **Remove Track**, and touch **OK**.

   The song disappears from the queue list.

**To clear the music queue**

1. Touch **Remove/Clear** from the **View Queue** window.
2. Select **Clear Queue**, and touch **OK**.

   This will clear the entire queue and the music will stop playing.

**To change the play mode**

1. From the **Zones** menu, touch **OK** to display the **Now Playing** screen.
2. Touch **Play Mode**.



Play mode icon

3. Use the scroll wheel to select a play mode, and touch **OK**.

The selected play mode appears as an icon on the **Now Playing** screen.

**Shuffle**. Plays the tracks in the music queue in a random order.

**Repeat**. Repeats the music queue after the last track has finished.

**Shuffle/Repeat**. Shows that both play modes are activated.

## Creating and Managing Sonos Playlists

Sonos playlists are music queues you save for future listening. For example, you might want to create a *jazz* playlist, a *party* playlist, or an *easy listening* playlist.

### To save a music queue as a Sonos playlist

1.  From the **View Queue** window, touch **Save Queue**.



2.  Select **OK** to save the playlist using the name displayed, or select **Enter a Different Name** and use the keyboard to type another name such as *jazz* or *party*.



3.  Touch **OK** after each letter entry, and then **Accept** when finished.

You can access these saved Sonos playlists later from the **Music** menu.

**To delete a Sonos playlist**

1. From the **Music** menu, highlight **Sonos Playlists**, and touch **OK**.

2. Use the scroll wheel to highlight the playlist you want to delete, and touch **Delete Playlist**.

3. Highlight **Yes** to confirm, and touch **OK**.


## Internet Radio

Sonos provides you with a selection of third-party streaming MP3 broadcasts, grouped by category. You can add additional radio stations using the Sonos Desktop Controller software. These additional stations are placed in your *Favorite Stations* folder.

1. From the **Music** menu, select **Internet Radio**.

2. Select the radio station category you want to choose from, and touch **OK**.



3. Select a radio station from the list, and touch the **Play** button. It immediately begins to play in the zone you have currently selected.

4.    To add a radio station from the preset list to your Favorite Stations folder, touch **Add to Favorites**.



5.    To add a radio station that does not appear in the Sonos supplied list, use the Desktop Controller software. See "To add an Internet radio station" on page 3-18 for additional information.

## System Settings

You can control many of the settings and preferences for the Sonos Digital Music System using your Controller.



*Music equalization.* Control a ZonePlayer's sound settings.

*Music library management.* Manage your shared music folders.

*Add a ZonePlayer.* Add new ZonePlayers to your Sonos Digital Music System.

*Rename ZonePlayers.* Change the name of a ZonePlayer.

*Controller settings.* Adjust the preference settings for your Controller.

*Online updates.* Search for and download software updates for your Sonos Digital Music System. If you have not yet registered your music system, you will be prompted to register before you can download updates.

*Advanced settings.* The following advanced settings may be changed when necessary. Detailed information for each option is presented later in this chapter.

- **System registration**. If you did not register your music system during the setup process, you can use this option to register later.

- **Auto check for system updates**. This preference option allows Sonos to automatically check for you on the availability of system updates.

- **Auto update Internet radio station list**. This preference option allows Sonos to automatically update your Internet radio station list.

- **Line-in encoding**. Set the encoding for external music sources to WMA (default) or WAV.

- **Wireless channel**. Change the wireless channel used by your Sonos Digital Music System.

*About your Digital Music System.* Display detailed information regarding your Sonos Digital Music System.

## Adjusting the Sound Settings for a ZonePlayer

You can change the sound settings (treble, bass, loudness, or balance) for each individual ZonePlayer.

1. From the **Music** menu, select **System Settings**→**Music Equalization**, and touch **OK**.

2. Use the scroll wheel to highlight the zone where you wish to change the settings, and touch **OK**.





*A control slide appears on top of the current screen*

3. Highlight the setting you wish to change, and touch **OK**.

4.  Use the scroll wheel to make adjustments to the control slide that appears on the screen, and then touch **OK**.

5.  If at any time you wish to change the settings for a ZonePlayer back to their original default values, select **Reset All.**

## Managing Your Music Folders

You can add or remove the shared folders Sonos accesses music from at any time. You may need to make changes if you add a computer to your home network, or if you move shared folders from one location to another.

If you add new music to a folder that is already indexed, you can simply update your music index to add this music to your library.

**To view your shared folders**

1.  From the **Music** menu, use the scroll wheel to highlight **System Settings**.

2.  Highlight **Music Library Management**, and touch **OK**.



3.  Highlight **Music Library Setup**, and touch **OK**.



The shared music folders that are currently accessible to your Sonos Digital Music System are displayed.

 **Note:** If a computer on your network is turned off or is in *standby* mode, the music folders on that computer are unavailable to the Sonos Digital Music System until the computer is turned back on.

### To add a new shared folder

1.  To make another shared folder available to your Sonos Digital Music System, touch **Add New** from the **Selected Shared Folders** screen. Your network will be scanned for shared folders that your system is not currently accessing.



2.  To select a shared folder from the displayed list, use the scroll wheel to highlight a shared folder, and touch the **OK** button.



3.  If this shared folder **does not** require a username and password, touch **OK** and the selected folder is added to your music system. If this shared folder **requires** a username and password, continue on to step 4.

4.  Touch **Type...** to enter a user name.

5.  Type the name of a user with permission to access this shared folder, and touch **Accept**.

6.  Use the scroll wheel to highlight the **Password** field and touch **Type...**

7.  Type the password associated with this user, and touch **Accept**.

8.  To add a shared folder that is not currently displayed in the list, touch **Add New**, and then **Enter New**.



9.  Touch **Type** to enter the path for this folder, and then touch **Accept**.

10. Touch **OK**.

    If the folder is not shared anonymously, you will need to enter a username and password.

11. Use the scroll wheel to highlight the **Username** field and touch **Type**.

12. Type the name of a user with permission to access this folder, and then touch **Accept**.

13. Use the scroll wheel to highlight the **Password** field and touch **Type**.

14. Type the password associated with this user, and then touch **Accept**.

15. Touch **OK** to confirm.

**To stop accessing a shared folder**

1.  From the **Music** menu, select **System Settings**→**Music Library Management**→**Music Library Setup**, and touch **OK**.

The shared music folders that are currently accessible to your Sonos Digital Music System are displayed.

2.  Use the scroll wheel to select the folder you wish to stop using, and touch **Remove**.

3.  Touch **OK** to confirm.

Your original folder will remain untouched on your computer. However you will no longer be able to access it from the Sonos Digital Music System.

### To update your music index
During the setup process, all of your available music shares are indexed for easy selection. If you add new music to a folder that has already been indexed, you can update your music index to add this music to your library.

1.  From the **Music** menu, select **System Settings**, and touch **OK**.

2.  Use the scroll wheel to highlight **Music Library Management**→**Update Music Index Now**, and touch **OK.**



3.  Highlight **Yes**, and touch **OK**.

The message, "updating music index" appears at the bottom of your Controller screen. When the message disappears, your new music is available.

## Adding More ZonePlayers

You can add more ZonePlayers to your Sonos Digital Music System any time by selecting **System Settings**→**Add a ZonePlayer** from the **Music** menu. Turn to Chapter 2 if you'd like help with the placement and setup of your new ZonePlayer(s).

## Renaming a ZonePlayer

1. From the **Music** menu, select **System Settings**→**Rename ZonePlayers** and touch **OK**.

2. Use the scroll wheel to highlight the ZonePlayer name you wish to change, and touch **OK.**

3. Use the scroll wheel to select a new name from the list, and then touch **OK**.



4. You can also type a unique name by selecting **Enter New.**



5. Use the scroll wheel to select each letter, touching **OK** after each entry.

6. Touch **Accept** to accept the new name, or touch **Cancel** to leave the screen without making a change.

## Adjusting Your Controller's Settings

There are several settings you can change on your Sonos Controller to suit your household preferences.

From the **Music** menu, select **System Settings**→**Controller Settings** and then use the scroll wheel to highlight the setting you wish to change.



*Click sound.* Adjust this setting to turn the Controller's scroll wheel "clicking" on or off.

*Sleep timer undocked.* Use this setting to select the amount of time after which your Controller enters *light sleep* mode when not connected to a power supply. The screen will turn off until motion is detected or a button is pressed.

*Sleep timer docked.* Use this setting to select the amount of time after which your Controller enters *light sleep* mode when plugged into the adapter. Because the Controller is connected to a power supply during this time, you can set this sleep timer significantly higher than the undocked sleep timer setting.

*Motion sensor.* Use this setting to turn the motion sensor on or off. The motion sensor automatically *wakes* your Controller when motion is detected.

*Advanced settings.* The **Advanced Settings** menu provides you with 3 additional menu choices:



- **Deep sleep timer**. Use this setting to set the deep sleep timer (2, 4, 8, or 12 hours) for your Controller. Your Controller will go into *deep sleep* to preserve the battery life when it is unused for this specified period of time. When your Controller wakes from deep sleep - either from the motion sensor or from a button touch - it will go through a restart cycle which takes several seconds.

- **Turn off Controller**. Use this setting to put your Controller into *deep sleep* any time it will not be in use for an extended period of time, or when you are transporting your Controller to another destination. This setting puts the Controller into deep sleep mode immediately rather than waiting for the deep sleep timer setting to be reached. **The Controller cannot be turned off while it is connected to the AC adapter**.

- **Factory reset**. Use this setting to return the Controller to its original factory settings. This will disconnect the Controller from your Sonos Digital Music System entirely (you can add it again at any time.) This may be necessary if the Controller gets associated to the wrong music system during setup, or if you wish to join your Controller to another Sonos Digital Music System.

## Connecting a Line-In Music Source

You can play music from an external line-in music source such as a CD player or portable music player that is connected to your Sonos Digital Music System.

 **Note:** You can listen to music from an external device in any zone, and use the Sonos Digital Music System to control the volume settings. However, you must control the playback (forward, pause, etc.) from the line-in source. If you have WMA encoding selected, you will notice a slight delay before the music starts to play.

### To connect a line-in music source

1.  Use a standard RCA cable to connect the outputs from the external source to the *Audio in* connections on the back of your ZonePlayer.



**Analog audio in**

2.  From the **Music** menu, select **Line-In Sources** and touch **OK.**



3.  Use the scroll wheel to select the zone where the external source is connected, and touch **OK**.

## Getting Software Updates

Sonos periodically provides you with software updates to improve performance or to add new features. Your music system must be registered in order to receive updates.

There are two preference options available:

- Do not automatically check for updates. From the **Music** menu, you should periodically select **System Settings**→**Online Updates** to check for software updates.
- Send a message when an update is available. (To change your preference setting, see "Auto check for software updates" on page 5-29.) The message, "Update Available" will appear on the **System Settings** menu next to **Online Updates** to indicate there are new Sonos updates available.

1. Touch **OK** to contact Sonos.
2. If there is an update available, select **Yes** to begin the update process.

Your ZonePlayers and the Controller will be updated together as all Sonos components must carry the same software version number. This process may take several minutes per device, depending upon your network connection. Because this process can run unattended, Sonos recommends you start the update when you will be away from your Sonos Digital Music System for a period of time. If you have the Desktop Controller software installed, you will have to update it the next time you start the application.

 **Caution** *Do not disconnect power from your ZonePlayer(s), or in any way disable your Sonos Digital Music System while this process is running. Contact Sonos Customer Support if an error occurs.*

### *Controller software updates*

In the event that your Controller's software version gets out of sync from the rest of your Sonos Digital Music System components, you will see the following message displayed on your Controller screen the next time you use it:

 

This Controller will be unavailable for use until you perform a software update to bring the Controller up to date. This situation will occur if you perform a software update from another Controller, or from the Desktop Controller software.

### *ZonePlayer(s) software updates*

If a ZonePlayer's software version gets out of sync from the rest of your Sonos Digital Music System components, you will see the following message displayed on your **Zones** menu:



*One or more ZonePlayers may need to be updated if you purchase a new ZonePlayer with a later software version, or if you plug in a ZonePlayer that was not in use when you performed your last software update.*

*You will also see this message if you have already updated your music system using the Controller. This message will indicate that the Desktop Controller software needs to be updated.*

Touch **OK** to begin the software update process.

## Advanced Settings

Upon occasion, it may be necessary to adjust some of the settings for your Sonos Digital Music System. You can also use the **Advanced Settings** menu to register your music system if you have not yet registered it.



### *System registration*

During the setup process, you are asked to register your Sonos Digital Music System. If you did not register at that time, you can register now. Registering your music system allows you to receive technical support as well as software upgrades. At no time is any of your information provided to other companies.

1. From the **Music** menu, select **System Settings**.
2. Select **Advanced Settings**→**System Registration**.

### *Auto check for software updates*

Sonos can automatically check your system for available software updates. Your music system must be registered in order to receive software updates. Change your preference by following the steps below.

1. From the **Music** menu, select **System Settings**.
2. Select **Advanced Settings**→**Auto Check for Software Updates**.
3. Select **On** to turn auto checking on, or **Off** to turn auto checking off, and then click **OK**.

*Auto update Internet radio station list*

You can receive automatic radio station updates whenever Sonos releases a new list. Your music system must be registered in order to receive updates. Change your preference by following the steps below.

1.   From the **Music** menu, select **System Settings**.

2.   Select **Advanced Settings**→**Auto Update Internet Radio Station List**.

3.   Select **On** to turn auto update on, or **Off** to turn auto update off, and then click **OK**.

*Line-in encoding*

If you have line-in music sources attached to a ZonePlayer, line-in encoding determines how the Sonos Digital Music System will encode the audio coming in from these sources. WMA encoding is the high-quality system default. For the highest quality sound you can select WAV uncompressed encoding (this selection requires more network bandwidth than WMA compressed audio).

1.   From the **Music** menu select **System Settings.**

2.   Select **Advanced Settings** →**Line-In Encoding**.

3.   Use the scroll wheel to select **WAV** or **WMA** encoding, and touch **OK**. When WMA is selected, you will notice a slight delay before the music starts to play.

*Wireless channel*

The Sonos Digital Music System selects the optimal radio frequency channel during setup. However, if you have other wireless devices using this channel, you may want to switch the Sonos Digital Music System to another channel to avoid conflicts, as conflicts may cause audio drop-outs.

1.   From the **Music** menu select **System Settings.**

2.   Select **Advanced Settings** →**Wireless Channel**.

     Use the scroll wheel to select a different wireless channel, and touch **OK**.

It may take several seconds for the switch to take effect. If you have music playing, a short music dropout will occur during the wireless channel change.

## Battery Charging

Your Controller can be recharged by plugging it into the AC adapter supplied with your Controller. The battery charge indicator  on your Controller will show you when it is time to recharge the Controller. If the battery charge gets very low, the battery status indicator light will light red. *Be sure to recharge using only the AC adapter supplied with your Sonos Controller.*

> ⚠ **Caution**  *Use only the supplied power adapter to charge the Controller's battery. Using another adapter will damage your Controller and void your product warranty.*

## Battery Replacement

After several years (depending upon usage), the battery on your Controller may not hold a charge as long as it once did. Because of the Controller's splash-resistant design, the battery on the Controller must be factory-replaced. Return it to the Sonos Service Center where it will be promptly replaced and returned to you. Go to *http://support.sonos.com* for instructions and battery replacement cost.

> ⚠ **Caution**  *Danger of explosion if battery is incorrectly replaced. Replace only with the same or equivalent type. Return to Sonos or an authorized Sonos service center for replacement.*

# Installation Tips and Basic Troubleshooting

## Basic Troubleshooting

 **Warning** *Under no circumstances should you try to repair the system yourself, as this will invalidate the warranty. Do not open the system as there is a risk of electric shock.*

If a problem occurs, first check the solutions listed below. If you are unable to remedy the problem by following these hints, go to the Sonos Service Center at http://support.sonos.com, or telephone us at (800) 680-2345.

| Problem | Solution |
|---|---|
| **The ZonePlayer Status indicator is not lit and no sound is produced when unit is plugged in.** | Check the insertion of the power cord plug. |
| **The ZonePlayer Status indicator is lit, but there is no sound.** | • Make sure speakers are connected securely.<br>• Make sure volume is set to a suitable level.<br>• Make sure MUTE is not on. |
| **Sound is produced from only one speaker.** | • Make sure speaker is connected securely.<br>• Make sure balance control is set correctly. |



| Problem | Solution |
|---------|----------|
| **The ZonePlayer does not operate properly.** | • Check to ensure that the ZonePlayer Status indicator on the front of the ZonePlayer is illuminated and solid white.<br>• Check to ensure that the green link light is lit on the Ethernet switch on the rear panel of the ZonePlayer that is wired into your network.<br>• Move the Controller closer to the ZonePlayer.<br>• Check to ensure there are no obstacles to impede wireless operation.<br>• The ZonePlayer may need to be reset. Disconnect the power cord for 5 seconds and then reconnect. Wait for the ZonePlayer to restart.<br>• If none of these work, the ZonePlayer may need to be factory reset. Disconnect power and then reconnect while pressing and holding the **Mute** button until the amber light begins to flash.<br>**Note:** *You should not factory reset all of your ZonePlayers at once or all preferences and playlists will be lost.* |
| **The Controller screen is frozen.** | Your Controller may need to be reset. Press and hold the **Mute** and **Music** buttons simultaneously on the Controller for approximately 3 seconds. The Controller will reset itself momentarily. |
| **The Controller screen is not displaying proper zones, or displays the message, "Searching for ZonePlayers..."** | • Make sure at least one ZonePlayer is plugged in and its Status indicator is illuminated solid white.<br>• Move the Controller closer to the ZonePlayer.<br>• Your Controller may be configured to work with a different Sonos Digital Music System. Disconnect the Controller from your music system, and then re-add it.<br>To disconnect the Controller:<br>• Touch **System Settings**→**Controller Settings**→**Advanced Settings**→**Factory Reset** from the **Music** menu.<br>Or,<br>• If the message "Searching for ZonePlayers" is displayed, touch **Settings**→**Factory Reset**. |

| Problem | Solution |
| --- | --- |
| **The ZonePlayer Status indicator changes to solid amber.** | This indicates that the ZonePlayer is experiencing an overheat condition.<br>• Check the ZonePlayer vents for adequate cooling<br>• Check for speaker shorts<br>• Mute ZonePlayer or unplug it for several minutes to allow it to cool |
| **The ZonePlayer has stopped playing music. The ZonePlayer Status indicator lights are flashing (long amber, short white, repeat)** | If the inadequate cooling condition (above) is not remedied, the ZonePlayer will automatically mute itself to prevent damage to the ZonePlayer.<br>• Check the ZonePlayer vents for adequate cooling<br>• Check for speaker shorts<br>• Leave ZonePlayer muted or unplug it for several minutes to allow it to cool |
| **Cannot access Internet radio, online updates, or system registration.** | • Your firewall may be blocking outgoing connections to the Internet. Ensure the firewall allows access to the Internet for the Ethernet MAC addresses of your Sonos components.<br>• Your firewall may be configured so that Sonos components cannot obtain an IP address. If so, your ZonePlayers and Controllers will display an IP address in the 169.254.xxx.yyy range even though there is a router/DHCP server on the network.The DHCP server built in to some routers may be configured to supply IP addresses only to devices with specific permitted Ethernet MAC addresses. If you have configured your router in this way, you will need to grant permission to the Ethernet MAC address of each Sonos component (including the Controller) before setting up your system. Go to *http://faq.sonos.com/dhcp* for more information. |

| Problem | Solution |
|---------|----------|
| **Why is there a delay when I play music from an external music source?** | If WMA is selected as the encoding method for your line-in music source, you will notice a slight delay before the music starts to play. |
| **The wrong album art, or no album art appears.** | Please visit our Website at *http://faq.sonos.com/art* for details on how album art is located and displayed. |
| **When I use my 2.4 GHz cordless phone, the music stops.** | • Change the wireless channel your Sonos Digital Music System is operating on by selecting **System Settings→Advanced Settings→Wireless Channel**. |
| **The Controller does not work in some parts of my home.** | • Move the Controller closer to a ZonePlayer<br>• Change the wireless channel by selecting **System Settings→Advanced Settings→Wireless Channel**. |
| **Some Internet radio stations do not play.** | Internet radio stations are broadcasts provided by 3rd parties. Problems related to the reliability of stations should be directed to the broadcaster directly. Go to *http://faq.sonos.com/radio* for additional information. |
| **Some of my music is not showing in my music library.** | • Some music formats are not currently supported by the Sonos Digital Music System. Unsupported format files do not display in your music library.<br>• If you recently added music to your computer or to another networked device, you may need to update your Sonos music index. To update the music index from your Controller, see "To update your music index" on page 5-22. To update from the DCR, see "To update your music index" on page 3-24. |

## ZonePlayer LED Explanations

| State | Mute Button Indicator | ZonePlayer Status Indicator | Additional Information |
|---|---|---|---|
| Powered up, connected to a Sonos Digital Music System | Off | Solid white | |
| Muted room | Solid green | Solid white | |
| Muted whole house | Flashing green to solid green | Solid white | |
| Powering up (booting) | Off | Flashing white | |
| Powered up, not connected to a Sonos Digital Music System | Flashing green | Flashing white | Flashing in unison |
| Looking for a Sonos Digital Music System | Flashing green | Flashing white | Flashing alternately |
| Powering up in reset mode | Off | Flashing amber | |

| State | Mute Button Indicator | ZonePlayer Status Indicator | Additional Information |
|---|---|---|---|
| **ZonePlayer overheat warning** | | Solid amber | The ZonePlayer is beginning to experience an inadequate cooling condition and will reduce to 75% volume<br>• Check the ZonePlayer vents for adequate cooling<br>• Check for speaker shorts<br>• Mute the sound or unplug the ZonePlayer for several minutes to allow it to cool |
| **ZonePlayer overheat shutdown (mute)** | | Long amber, short white, repeat | If the inadequate cooling condition (above) is not remedied, the ZonePlayer will automatically mute itself to prevent damage to the ZonePlayer |
| **Diagnostics mode** | | Solid or flashing red | You may be instructed to enter Diagnostics mode by a technician when you call Customer Support to report a problem.<br><br>If you inadvertently enter diagnostics mode, touch the **Mute** button to exit. |

## About Your Music System

If you make a call to Sonos Customer Support, you may be asked for specific details regarding your Sonos Digital Music System. You can find this information by choosing one of the following options:

- From the *Sonos Controller* **Music** menu, select **System Settings**→**About Your Digital Music System**.



Or,

- From the *Sonos Desktop Controller* menu bar, select **Help**→**About Sonos Desktop Controller**.



Or,

- From the *Sonos Setup Assistant* menu bar, select **Sonos**→**About Sonos Assistant**.



## Support Diagnostics

Support Diagnostics should only be accessed when you are talking with a Sonos Support representative (800-680-2345). For general Sonos support information, go to *http://sonos.com/support*.

### *From the Desktop Controller software:*

1. Click **File** →**Preferences** →**Support Diagnostics**.
2. Click **Submit Diagnostics** if you are instructed to do so by your Sonos Support representative.

### *From the Sonos Assistant software:*

1. From the **Sonos** menu, click **About Sonos Assistant**.
2. Click the Setup Assistant icon, and then click the **Upload Diagnostics** pop-up.
3. Click **Submit** if you are instructed to do so by your Sonos Support representative.

# Sonos™ Device Specifications

## Sonos ZonePlayer ZP100

| Feature | Description |
|---|---|
| **Audio Section** | |
| **Rated Output** | 50W min RMS per channel (8 Ohms, 20-20kHz, THD+N < 0.02%) |
| **Speaker Connections** | Spring binding posts |
| **Line In** | Auto-detecting RCA type |
| **Line Out** | RCA type, variable audio output |
| **Subwoofer Output** | Auto-detecting RCA type, 80 Hz crossover |
| **Music Access** | |
| **File Types Supported (44.1 kHz)** | MP3, WMA, AAC (MPEG4), WAV, AIFF, FLAC, Ogg Vorbis Note: *Firmware upgradable to support future audio formats. DRM-encrypted files not currently supported.* |
| **File Storage Supported** | Windows 2000, Windows XP or later, including Windows XP Media Center; Macintosh OS X or later; network-attached storage (NAS) devices supporting CIFS |
| **Internet Radio** | Streaming MP3 |



| Feature | Description |
| --- | --- |
| **Ethernet Connection** | 4-port switch, 10/100 Mbps, auto MDI/MDIX |
| **Wireless Connectivity** | Sonosnet™, a secure peer-to-peer wireless mesh network |
| **General** | |
| **Power Supply** | AC 120/240, 50-60 Hz, user-switchable |
| **Front Panel Buttons** | Volume and Mute |
| **Front Panel LED Indicators** | ZonePlayer Status and Mute Status |
| **Dimensions** | 10.2" x 8.2" x 4.4" (260 x 209.5 x 113 mm) |
| **Weight** | 10 lbs. (4.5 kg) |
| **Operating Temperature** | 32 º to 104º F (0º to 40º C) |
| **Finish** | Die-cast matte aluminum enclosure on light gray base |

* All specifications subject to change without notice.

## Sonos Controller CR100

| Feature | Description |
| --- | --- |
| **Display and User Interface** | |
| **Screen Type** | 3.5" (diagonal) color LCD with LED backlighting |
| **Screen Resolution** | 240 x 320 (QVGA) |
| **Browse Control** | Touch-sensitive scroll wheel with center-mounted selector button |
| **Function Buttons** | 9 backlit buttons, 3 soft-selector buttons below screen |
| **Indicators** | Wireless signal strength and battery charge indicator (on-screen), battery status indicator LEDs |
| **Power/Connections** | |
| **Battery Type** **Battery Charging Time** | Rechargeable Li-ION Polymer, factory replaceable 2 hours to full charge |
| **DC Charger** | Input 100-240 VAC, 50/60 Hz Output 6 VDC, 3.8 A |
| **Auxiliary Power Connection** | Bottom-mounted charger contacts |
| **Wireless Connectivity** | Sonosnet™, a secure peer-to-peer wireless mesh network |
| **General** | |
| **Dimensions** | 6.5" x 3.8" x 0.95" (165mm x 97mm x 24.5mm) |
| **Weight** | 12.5 oz. (360 g) |
| **Finish** | Metal cladding on light gray enclosure, splash-resistant |

\* All specifications subject to change without notice.

# System Setup-Without Windows® or Macintosh® OS X

If your operating system is not Windows XP, Windows 2000, or Macintosh OS X 10.2 or later, you can use the Sonos Controller to configure your music system and set up access to your music files. The Sonos Digital Music System will recognize many standard shared folders on your computer. For additional information, visit our Web site at *http://faq.sonos.com/shares*.

If you have digital music files stored on a computer or other device on your home network such as network-attached storage (NAS), the computer directories or folders that contain these music files must be *shared* so that the Sonos Digital Music System can access them. Before you begin, enable *file sharing* on each computer that holds the music files you want to access.

 **Note:** If you have just purchased a new Sonos Controller CR100, you should charge the battery. Connect your Sonos Controller to the power adapter using the adapter cable (see the Controller Quick Setup Instructions.) **You can use your Controller while it is charging.**



## Setup Using the Sonos Controller



1. From the **Welcome** screen, touch **OK** to begin the setup process.

2. Follow the Controller's on-screen prompts to connect and then name your ZonePlayer.



*Press and release the Mute and Volume Up buttons simultaneously on this ZonePlayer. You may release the buttons as soon as the Mute indicator (green) and the ZonePlayer Status indicator (white) start to blink alternately.*



*Successful connection*



ZonePlayer
status
indicator

Mute button

Volume up (+)

*Once the ZonePlayer is successfully connected, the
ZonePlayer Status indicator will stop flashing and
change to solid white (normal operation), and the
Mute indicator will go off.*

3.   Touch **OK**.

4.   When you see the message **System is Now Setup**, touch **OK**.

5.   Touch the **Music** button, and then select **System Settings** →**Music Library
     Management** →**Music Library Setup**.



6.   Touch **Add New**.

7.  Touch **Enter New**.



8.  Touch **Type** to enter the path for this folder, and then touch **Accept**.

9.  Touch **OK**.

    If the folder is not shared anonymously, you will need to enter a username and password.

10. Use the scroll wheel to highlight the **Username** field and touch **Type**.

11. Type the name of a user with permission to access this folder, and then touch **Accept**.

12. Use the scroll wheel to highlight the **Password** field and touch **Type**.

13. Type the password associated with this user, and then touch **Accept**.

14. To add another ZonePlayer to your music system, turn to "Adding More ZonePlayers" on page 2-7.

Turn to Chapter 5 to read more about the features and functions of your Sonos Controller.

## A

about your music system A-7
add Internet radio station 3-18
add shared folders 3-22, 4-8, 5-20
add to Favorites 3-19, 5-17
add ZonePlayer 2-8, 3-6, 5-22
adjust Controller settings 5-24
adjust sound settings 3-10, 5-18
adjust volume 3-9, 5-6
advanced preferences 3-26
advanced settings 5-29
analog audio in, ZonePlayer 2-4
analog audio out, ZonePlayer 2-3
audio specifications B-1
auto check for software updates 5-29
auto update Internet radio stations 5-30

## B

balance control 3-10, 5-18
battery charge indicator 5-4
battery charging time, Controller B-3
battery charging, Controller 5-31, C-1
battery replacement, Controller 5-31
battery status indicator 5-4
battery type, Controller B-3
browse control, Controller B-3
browsing music library 3-14, 5-11

## C

charger, Controller B-3
clear music queue 3-16, 5-14
click sound setting, Controller 5-24
connect line-in music source 3-20, 5-26



Index

connecting computer cable 2-5
connecting first ZonePlayer 2-5
connectors, rear panel ZonePlayer 2-3
Controller advanced settings 5-25
Controller deep sleep 5-4
Controller reset 5-5
Controller screen frozen A-2
Controller settings 5-24
Controller specifications B-3
Controller, turning off 5-25
create Sonos playlist 3-17, 5-15

D
deep sleep 5-4
deep sleep timer 5-25
delete radio station 3-19
delete Sonos playlist 3-17, 5-16
Desktop Controller software installation 3-2
Desktop Controller, using 3-7
device specifications B-1
diagnostics mode A-6
dimensions, ZonePlayer B-2
download software updates 3-25
drop zone 3-13, 5-10

E
edit radio station 3-19
equalizer button 3-9
Ethernet cable 2-5, 3-3
Ethernet connection B-2
Ethernet switch connectors 2-3

F
factory reset 3-27, 5-5
factory reset Zoneplayer A-2
factory reset, Controller 5-25, A-2
features, Controller 5-1

file storage supported B-1
file types supported B-1
first ZonePlayer connection 2-5
front panel indicators, ZonePlayer B-2

I
index music 3-24, 5-22
installation, DCR 3-2
installing Sonos Setup Assistant 4-1
installing speakers 2-4
Internet radio 3-18, 5-16
Internet radio preferences 3-20

L
left speaker terminals 2-3
light sensor 5-4
light sleep 5-4
line in, ZonePlayer B-1
line out, ZonePlayer B-1
line-in encoding 3-27, 5-30
line-in music source 3-20, 5-26
link zones 3-12, 5-9

M
Macintosh setup 4-1
mains input, ZonePlayer 2-3
manage shared folders 3-21, 4-7, 5-19
managing zones 3-10, 5-7
motion sensor 5-4, 5-24
music access B-1
music delay, troubleshooting A-4
music library 3-14, 5-11
music not showing, troubleshooting A-4
music queue 3-14, 5-11
music selection 3-13, 5-11
mute all 3-9, 5-6
mute all ZonePlayers 2-2

mute button indicator 2-2
mute button, DCR 3-9
mute button, ZonePlayer 2-2
mute zones 3-9, 5-6

N
network requirements 1-2
no music, troubleshooting A-3

O
online services, Sonos 1-3
operating systems 1-3
operating systems, alternate C-1
operating temperature specifications, ZonePlayer B-2
overheat condition, ZonePlayer A-3

P
package contents, Controller 5-1
package contents, ZonePlayer 2-1
party mode 3-12, 5-9
pause all, Controller 5-10
play formats 1-3
play mode 3-16, 5-14
playback controls, DCR 3-8
playlist formats 1-3
power supply, ZonePlayer B-2
power, ZonePlayer 2-3
preferences, Sonos Assistant 4-6
preferences-Internet radio 3-20
preferences-software updates 3-25

R
radio stations, troubleshooting A-4
rated output, ZonePlayer B-1
rear panel connectors, ZonePlayer 2-3
registration 3-27, 5-29
re-index music 3-24, 5-22

remove track 3-16, 5-14
rename ZonePlayer 3-6, 4-5, 5-23
repeat 5-15
reset Controller 5-5, A-2
reset Desktop Controller 3-27
reset ZonePlayer A-2
reset, Sonos Assistant 4-11
right speaker terminals 2-3

S
safety information 1-4
screen resolution, Controller B-3
screen type, Controller B-3
searching for ZonePlayers error A-2
select from music library 5-12
selecting music 3-15, 5-12
setting up your Macintosh 4-1
setting up, Windows 3-1
settings, Controller A-2
setup and operation, alternate C-1
setup using Controller C-1
setup, where to begin 2-1
setup, Windows XP/2000 3-1
shared folders 5-19, C-1
shared folders, Windows 3-1, 4-1
shuffle 5-15
shuffle/repeat 5-15
sleep modes, Controller 5-4
sleep timer docked 5-4, 5-24
sleep timer undocked 5-4, 5-24
software update preferences 3-25
software updates 3-24, 4-7, 5-27
solid amber ZonePlayer status indicator A-6
Sonos Assistant preferences 4-6
Sonos playlist, add 5-15
Sonos playlist, delete 5-16
Sonos playlists 3-17, 5-15

Sonos Setup Assistant 4-1
Sonosnet B-2
speaker connections, ZonePlayer B-1
speaker connector posts 2-4
speaker setup 2-4
specifications, Controller B-3
specifications, ZonePlayer B-1
standby mode 3-15
status indicator, ZonePlayer 2-2
stop accessing shared folder 3-24, 4-10, 5-21
stop system 3-27
stop system, Controller 5-10
submit diagnostics A-8
subwoofer output 2-4, B-1
support diagnostics A-8
system registration 3-27, 5-29
system requirements 1-3
system settings, Controller 5-17

T
technical support 1-4
troubleshooting A-1
troubleshooting, Controller A-2
troubleshooting, music library A-4
troubleshooting, no sound A-1
troubleshooting, ZonePlayer A-2
turn off Controller 5-5, 5-25
turn off music system 3-27, 5-10

U
update music index 3-24, 5-22
update wireless channel 3-26, 5-30
updates, Sonos Assistant 4-7
using the Controller 5-2
using the DCR interface 3-7
using the Sonos Assistant 4-4

V
view shared folders 5-19
voltage select 2-3
volume control 3-9, 5-5

W
WAV files 3-27, 5-30
weight B-2, B-3
where to begin 2-1
Windows XP/2000 setup 3-1
wired vs. wireless 2-7
wireless channel 3-26, 5-30
wireless connectivity B-2
wireless signal strength 5-4
WMA 5-30, A-4
wrong album art A-4

Y
your computer network 1-2

Z
zone groups 3-11, 5-8
zone management 3-10, 5-7
ZonePlayer dimensions B-2
ZonePlayer front panel 2-2
zoneplayer not working A-2
ZonePlayer overheat shutdown A-6
ZonePlayer overheat warning A-6
ZonePlayer reset A-2
ZonePlayer setup 2-1
ZonePlayer specifications B-1
ZonePlayer status indicator 2-2
ZonePlayer stopped A-3
ZonePlayer weight B-2
ZonePlayer, add 2-7