1  CLEMENT SETH ROBERTS (STATE BAR NO. 209203)
   croberts@orrick.com
2  BAS DE BLANK (STATE BAR NO. 191487)
   basdeblank@orrick.com
3  ALYSSA CARIDIS (STATE BAR NO. 260103)
   acaridis@orrick.com
4  EVAN D. BREWER (STATE BAR NO. 304411)
   ebrewer@orrick.com
5  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
6  405 Howard Street
   San Francisco, CA 94105-2669
7  Telephone:    +1 415 773 5700
   Facsimile:    +1 415 773 5759
8
   SEAN M. SULLIVAN (*pro hac vice*)
9  sullivan@ls3ip.com
   J. DAN SMITH (*pro hac vice*)
10 smith@ls3ip.com
   MICHAEL P. BOYEA (*pro hac* vice)
11 boyea@ls3ip.com
   COLE B. RICHTER (*pro hac vice*)
12 richter@ls3ip.com
   LEE SULLIVAN SHEA & SMITH LLP
13 656 W Randolph St., Floor 5W
   Chicago, IL 60661
14 Telephone:    +1 312 754 0002
   Facsimile:    +1 312 754 0003
15

*Attorneys for Sonos, Inc.*

16

17                     UNITED STATES DISTRICT COURT

18                   NORTHERN DISTRICT OF CALIFORNIA,

19                        SAN FRANCISCO DIVISION

20

21 | GOOGLE LLC,                              | Case No. 3:20-cv-06754-WHA
22 |                                          | Related to Case No. 3:21-cv-07559-WHA
   |     Plaintiff and Counter-defendant,     |
23 |     v.                                   | **PROOF OF SERVICE OF SEALED MATERIAL RE SONOS, INC.'S BRIEF IN RESPONSE TO COURT'S ORDER RE PATENT SHOWDOWN TRIAL**
24 | SONOS, INC.,                             |
25 |     Defendant and Counter-claimant.      |

26

27

28

**PROOF OF SERVICE**

I am employed in the County of San Mateo, State of California. I am over the age of 18 years and not a party to the within action. My business address is Orrick, Herrington, & Sutcliffe, 1000 Marsh Rd., Menlo Park, California 94025.

On September 15, 2022, I served the following documents on the interested parties in this action:

Exhibits 2, 3, and 4 filed in support of Sonos, Inc.'s Brief in Response to Court's Order Re Patent Showdown Trial (sealed versions)

on the following service list as indicated below pursuant to agreement by the parties:

| | |
|---|---|
| Charles K. Verhoeven<br>charlesverhoeven@quinnemanuel.com<br>Melissa J. Baily<br>melissabaily@quinnemanuel.com<br>Lindsay Cooper<br>lindsaycooper@quinnemanuel.com<br>Joseph LeRoy<br>josephleroy@quinnemanuel.com<br>Nima Hefazi<br>nimahefazi@quinnemanuel.com<br>Jocelyn Ma<br>jocelynma@quinnemanuel.com<br>Marc Kaplan<br>marckaplan@quinnemanuel.com<br>Lindsay Cooper<br>lindsaycooper@quinnemanuel.com<br>Lana Robins<br>lanarobins@quinnemanuel.com<br>Anne-Raphaëlle Aubry<br>anneraphaelleaubry@quinnemanuel.com<br>qe-sonos3@quinnemanuel.com<br>QUINN EMANUEL URQUHART<br>   & SULLIVAN, LLP<br>50 California Street, 22nd Floor<br>San Francisco, California 94111-478 | Attorneys for GOOGLE LLC |

(BY E-MAIL OR ELECTRONIC TRANSMISSION) by electronically transmitting a true and correct copy of the document(s) in pdf format from email address jcamaya@orrick.com to the email address(es) set forth in the service list. I did not receive, within a reasonable time after the transmission, any electronic message or indication that the transmission was unsuccessful or incomplete.

//

//

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on September 15, 2022, in Menlo Park, California.

_____
John Camaya