| | |
|---|---|
| 1 | CLEMENT SETH ROBERTS (STATE BAR NO. 209203) |
|   | croberts@orrick.com |
| 2 | BAS DE BLANK (STATE BAR NO. 191487) |
|   | basdeblank@orrick.com |
| 3 | ALYSSA CARIDIS (STATE BAR NO. 260103) |
|   | acaridis@orrick.com |
| 4 | EVAN D. BREWER (STATE BAR NO. 304411) |
|   | ebrewer@orrick.com |
| 5 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
|   | The Orrick Building |
| 6 | 405 Howard Street |
|   | San Francisco, CA 94105-2669 |
| 7 | Telephone:   +1 415 773 5700 |
|   | Facsimile:   +1 415 773 5759 |

SEAN M. SULLIVAN (*pro hac vice*)
sullivan@ls3ip.com
J. DAN SMITH (*pro hac vice*)
smith@ls3ip.com
MICHAEL P. BOYEA (*pro hac* vice)
boyea@ls3ip.com
COLE B. RICHTER (*pro hac vice*)
richter@ls3ip.com
LEE SULLIVAN SHEA & SMITH LLP
656 W Randolph St., Floor 5W
Chicago, IL 60661
Telephone:   +1 312 754 0002
Facsimile:   +1 312 754 0003

*Attorneys for Sonos, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA,

SAN FRANCISCO DIVISION

| | |
|---|---|
| GOOGLE LLC, | Case No. 3:20-cv-06754-WHA |
|  | Related to Case No. 3:21-cv-07559-WHA |
| Plaintiff and Counter-defendant, |  |
| v. | **PROOF OF SERVICE OF SEALED MATERIAL RE SONOS, INC.'S BRIEF IN RESPONSE TO COURT'S ORDER RE PATENT SHOWDOWN TRIAL** |
| SONOS, INC., |  |
| Defendant and Counter-claimant. |  |

PROOF OF SERVICE
3:20-CV-06754-WHA

**PROOF OF SERVICE**

I am employed in the County of San Mateo, State of California. I am over the age of 18 years and not a party to the within action. My business address is Orrick, Herrington, & Sutcliffe, 1000 Marsh Rd., Menlo Park, California 94025. On September 15, 2022, I served the following document(s) on non-party Bose Corporation:

1. Sonos, Inc.'s Administrative Motion To Consider Whether Another Party's Material Should Be Sealed
2. [Proposed] Order Granting Sonos, Inc.'s Administrative Motion To Consider Whether Another Party's Material Should Be Sealed
3. Exhibits 2 and 3 filed in support of Sonos, Inc.'s Brief in Response to Court's Order Re Patent Showdown Trial (sealed versions)

Service was made on Bose Corporation in the manner described as follows:

☒ **(VIA OVERNIGHT-FED EX)** I caused the within document(s) to be delivered by overnight courier to the address(es) set forth below.

> Bose Corporation, c/o
> 1505 Corporation 112
> C T CORPORATION SYSTEM
> 330 N BRAND BLVD STE 700
> GLENDALE, CA  91203

Registered Agent for Non-Party Bose Corporation

> Bose Corporation, c/o
> Andrew R. Kopsidas
> FISH & RICHARDSON P.C.
> 1000 Maine Ave. SW, Suite 1000
> Washington, DC 20024

Attorneys for Non-Party Bose Corporation

☐ **(VIA EMAIL)** On September 15, 2022, via electronic mail in Adobe PDF format the document(s) listed above to the electronic address(es) set forth below.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on September 15, 2022, in Menlo Park, California.

_____
John Camaya