| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar Number & Address): <br> CLEMENT SETH ROBERTS (SBN: 209203) <br> BAS DE BLANK (SBN: 191487) <br> ALYSSA CARIDIS (SBN: 260103) <br> EVAN D. BREWER (SBN: 304411) <br> ORRICK HERRINGTON <br> 405 HOWARD ST <br> SAN FRANCISCO   CA   94105 <br> ATTORNEY FOR (Name): SONOS, INC. | TELEPHONE NO.: <br> (415) 773-5700 <br><br> TRACKING NO.: <br> 1161108IV | FOR COURT USE ONLY |
|---|---|---|
| NAME OF COURT & DISTRICT/BRANCH, IF ANY: <br> UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION ||| 
| SHORT TITLE OF CASE: <br> GOOGLE LLC, V. SONOS, INC. |||

| PROOF OF SERVICE | HEARING DATE: | TIME: | DEPT./RM.: | CASE NUMBER: <br> 3:20-cv-6754 WHA |
|---|---|---|---|---|

1. I served the:

    a. **LETTER DATED SEPTEMBER 19, 2022; SONOS, INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED; [PROPOSED] ORDER GRANTING SONOS, INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**

    b. on (name): Bose Corporation, c/o CT Corporation

    c. by serving: CT CORPORATION SYSTEM, INC., REGISTERED AGENT, BY SERVING JOHN MONTIJO, PERSON AUTHORIZED TO ACCEPT SERVICE

    d. by delivery:  ☐ TO RESIDENCE     ☒ TO BUSINESS     ☐ OTHER (         )
       1. date: 9/20/2022
       2. time: 9:50AM
       3. address: 330 N. BRAND BLVD., STE 700.
          GLENDALE  CA  91203 BUSINESS

    e. ☐ by mailing
       1. date:
       2. city:

    f. ☐ witness fees paid.            ☐ production fees paid.
       amount:………$_____           amount:……..$_____

2. Manner of service: PERSONAL SERVICE VIA REGISTERED AGENT

3. At the time of service I was at least 18 years old and not a party to the action.

4. Process Server:                        ☐ Not A Registered California Process Server
   KARAPET ARAKELYAN                      ☒ Registered California Process Server
   800 W. 1ST St., Suite 200B             ☐ Owner  ☒ Employee  ☐ Independent Contractor
   Los Angeles, CA  90012                 ☒ Registration No.: 2022087156
   (213) 607-9000                         ☒ County: LOS ANGELES   ☒ Fee for service: $ 247.00

**USA Legal Network**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on:

Date: 09/20/2022                Signature_____