QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
Melissa Baily (Bar No. 237649)
melissabaily@quinnemanuel.com
Lindsay Cooper (Bar No. 287125)
lindsaycooper@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Attorneys for GOOGLE LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| GOOGLE LLC,<br><br>       Plaintiff,<br><br>   v.<br><br>SONOS, INC.,<br><br>       Defendant. | CASE NO. 3:20-cv-06754-WHA<br>Related to CASE NO. 3:21-cv-07559-WHA<br><br>**DECLARATION OF NIMA HEFAZI IN SUPPORT OF GOOGLE LLC'S REPLY IN SUPPORT OF ITS MOTION FOR LEAVE TO AMEND INVALIDITY CONTENTIONS PURSUANT TO PATENT L.R. 3-6** |

1    I, Nima Hefazi, declare as follows and would so testify under oath if called upon to do so:

2    1.    I am an attorney licensed to practice in the State of California and am admitted to
3    practice before this Court. I am of counsel at Quinn Emanuel Urquhart & Sullivan LLP representing
4    Google LLC ("Google") in this matter. I make this declaration in support of Google's Reply in
5    Support of its Motion for Leave to Amend Invalidity Contentions Pursuant to Patent L.R. 3-6
6    ("Reply"). If called as a witness, I could and would testify competently to the information contained
7    herein.

8    2.    Attached as Exhibit 1 is a true and correct copy of an excerpt of the Rebuttal Expert
9    Report of Samrat Bhattacharjee Regarding Non-Infringement of Claim 13 of U.S. Patent No.
10   9,967,615 and Other Issues.

11   I declare under penalty of perjury that the foregoing is true and correct to the best of my
12   knowledge. Executed on September 20, 2022 in Los Angeles, California.

13
14   DATED: September 20, 2022                    Respectfully submitted,
15
16                                                By    /s/ Nima Hefazi
17
18
19
20
21
22
23
24
25
26
27
28
                                                                      Case No. 3:20-cv-06754-WHA
                                                                      DECLARATION OF NIMA HEFAZI

**ATTESTATION**

I, Charles K. Verhoeven, am the ECF user whose ID and password are being used to file the above Declaration. In compliance with Civil L.R. 5-1, I hereby attest that Nima Hefazi has concurred in the aforementioned filing.

DATED: September 20, 2022

                                             */s/ Charles K. Verhoeven*

                                             Charles K. Verhoeven