1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
    Charles K. Verhoeven (Bar No. 170151)
2   charlesverhoeven@quinnemanuel.com
    Melissa Baily (Bar No. 237649)
3   melissabaily@quinnemanuel.com
    Lindsay Cooper (Bar No. 287125)
4   lindsaycooper@quinnemanuel.com
   50 California Street, 22nd Floor
5  San Francisco, California 94111-4788
   Telephone:     (415) 875-6600
6  Facsimile:     (415) 875-6700

7  *Attorneys for Google LLC*

8                   UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11  GOOGLE LLC,                        | CASE NO. 3:20-cv-06754-WHA
                                       | Related to CASE NO. 3:21-cv-07559-WHA
12              Plaintiff,
                                       | **GOOGLE LLC'S PUBLIC REDACTED
13         vs.                         | REFILING OF DOCUMENTS IN
                                       | RESPONSE TO OMNIBUS ORDER RE
14  SONOS, INC.,                       | MOTIONS TO SEAL (DKT. 334)**

15              Defendant.

1  In accordance with the Court's Omnibus Order Re Motions to Seal (Dkt. 334), Google LLC
2  ("Google") hereby refiles public redacted versions of Google's Opposition to Sonos's Motion for
3  Leave to Amend Infringement Contentions (Dkt. 140-3, "Opposition"), Exhibit 1 to Google's
4  Opposition (Dkt. 140-4), and Exhibit 6 to Google's Opposition (Dkt. 140-5).

7  DATED:  September 30, 2022            QUINN EMANUEL URQUHART & SULLIVAN, LLP

              By:    */s/ Charles K. Verhoeven*
                    Charles K. Verhoeven (Bar No. 170151)
                    charlesverhoeven@quinnemanuel.com
                    Melissa Baily (Bar No. 237649)
                    melissabaily@quinnemanuel.com
                    Lindsay Cooper (Bar No. 287125)
                    lindsaycooper@quinnemanuel.com
                    50 California Street, 22nd Floor
                    San Francisco, California 94111-4788
                    Telephone: (415) 875-6600
                    Facsimile: (415) 875-6700

                    *Attorneys for GOOGLE LLC*

# CERTIFICATE OF SERVICE

Pursuant to the Federal Rules of Civil Procedure and Local Rule 5-1, I hereby certify that, on September 30, 2022, all counsel of record who have appeared in this case are being served with a copy of the foregoing via the Court's CM/ECF system and email.

                                         */s/ Charles K. Verhoeven*
                                         Charles K. Verhoeven