# EXHIBIT 6
# FILED UNDER SEAL

Case 3:20-cv-06754-WHA   Document 360-3   Filed 09/30/22   Page 2 of 4

Ex. A –Infringement Contention Chart: U.S. Patent No. 9,967,615
HIGHLY CONFIDENTIAL - SOURCE CODE - ATTORNEYS' EYES ONLY

| Claim 13 | Accused Instrumentalities |
|---|---|
|  | Various other Cast-enabled apps available for installation on Cast-enabled displays provide similar functionality.<br><br>Sonos further incorporates by reference Google's response to Sonos's Fact Discovery Interrogatory No. 14, including any of Google's documents or source code cited therein. See Google LLC's First Objections and Responses to Plaintiff Sonos, Inc.'s First Set of Fact Discovery Interrogatories. |
| [13.5] after detecting the set of inputs to transfer playback from the control device to the particular playback device, causing playback to be transferred from the control device to the particular playback device, [13.6] wherein transferring playback from the control device to the particular playback device comprises: (a) causing one or more first cloud servers to add multimedia content to a local playback queue on the particular playback | Each Cast-enabled control device and each Cast-enabled app download server comprises a tangible, non-transitory computer-readable storage medium including executable instructions that, when executed by a Cast-enabled control device's processor, cause the Cast-enabled control device to, after detecting the set of inputs to transfer playback from the Cast-enabled control device to the particular Cast-enabled media player, cause playback to be transferred from the Cast-enabled control device to the particular Cast-enabled media player, where transferring playback from the Cast-enabled control device to the particular Cast-enabled media player comprises (a) causing one or more first cloud servers to add multimedia content to a local playback queue on the particular Cast-enabled media player, where adding the multimedia content to the local playback queue comprises the one or more first cloud servers adding, to the local playback queue, one or more resource locators corresponding to respective locations of the multimedia content at one or more second cloud servers of a streaming content service, (b) causing playback at the Cast-enabled control device to be stopped, and (c) modifying the one or more transport controls of the control interface to control playback by the particular Cast-enabled media player.<br><br>For instance, each Cast-enabled computing device is programmed such that, after detecting a set of inputs to transfer the Cast-enabled computing device's playback of multimedia content to at least one particular Cast-enabled media player connected to the same Wi-Fi network as the Cast-enabled computing device (which is the claimed "particular playback device"), the Cast-enabled computing device causes the playback of the multimedia content to be transferred to the at least one particular Cast-enabled media player, which involves the Cast-enabled computing device functioning to:<br><br>a) cause a first cloud server that is remote from the Cast-enabled computing device and the at least one particular Cast-enabled media player and accessible over the Internet (e.g., a first cloud server that is operated by either Google or a third-party service provider) to add resource locators for such multimedia content to a local playback queue of the particular Cast-enabled media player, where the resource locators correspond to locations of the multimedia content at a second cloud server that is |

48

Ex. A –Infringement Contention Chart: U.S. Patent No. 9,967,615
**HIGHLY CONFIDENTIAL - SOURCE CODE - ATTORNEYS' EYES ONLY**

| Claim 13 | Accused Instrumentalities |
|---|---|
| device, wherein adding the multimedia content to the local playback queue comprises the one or more first cloud servers adding, to the local playback queue, one or more resource locators corresponding to respective locations of the multimedia content at one or more second cloud servers of a streaming content service; (b) causing playback at the control device to be stopped; and (c) modifying the one or more transport controls of the control interface to control playback by the playback device; and | remote from the Cast-enabled computing device and the at least one particular Cast-enabled media player and accessible over the Internet (e.g., a second cloud server that is operated by either Google or a third-party service provider),<br>b) stop its own playback of the multimedia content from the streaming content service, and<br>c) modify one or more transport controls of its control interface such that the one or more transport controls function to control playback by the at least one particular Cast-enabled media player rather than playback by the Cast-enabled control device.<br><br>See, e.g., https://support.google.com/googlenest/answer/7181830 [Play media from Chromecast-enabled apps to your speaker or display] ("When you're connected, the Cast button will turn from light to dark grey, letting you know that you're connected."); https://support.google.com/chromecast/answer/6279384?hl=en [Cast audio from Chromecast-enabled apps to speakers] ("Once you're connected, you can cast music, radio stations, and podcasts directly to your audio device."); https://support.google.com/chromecast/answer/2995235?hl=en-AU [Cast from the YouTube app and YouTube.com]; https://support.google.com/youtubetv/answer/7353493?co=GENIE.Platform%3DAndroid&hl=en [Cast YouTube TV using Chromecast]; https://support.google.com/youtubekids/answer/6289408?hl=en&co=GENIE.Platform%3DAndroid [Watch YouTube Kids videos on your TV]; http://web.archive.org/web/20200927211448/https://support.google.com/chromecast/answer/6178107 [Listen to music with Google Play Music and Chromecast]; https://support.google.com/googlenest/answer/9563059?hl=en-IN [Move media from one cast device to another]; https://developer.android.com/guide/topics/media/media-routing [Routing between devices]; https://developers.google.com/cast/docs/web_receiver/queueing ("Queueing allows partner applications to better integrate with Cast by providing the following features: Support of Google's and partner's cloud queue implementation so externally stored and created queue can be directly loaded into Cast devices."); https://developers.google.com/cast/docs/ios_sender/queueing ("The Web Receiver SDK maintains the queue and responds to operations on the queue as long as the queue has at least one item currently active (playing or paused)."); https://developers.google.com/cast/docs/android_sender/queueing ("The Receiver SDK maintains the queue and responds to operations on the queue as long as the queue has at least one item currently active (playing or paused)."); https://developer.android.com/reference/java/net/URL [URL]. |

Case 3:20-cv-06754-WHA   Document 360-3   Filed 09/30/22   Page 4 of 4

Ex. A –Infringement Contention Chart: U.S. Patent No. 9,967,615
HIGHLY CONFIDENTIAL - SOURCE CODE - ATTORNEYS' EYES ONLY

| Claim 13 | Accused Instrumentalities |
|---|---|
| | • ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮<br><br>Sonos further incorporates by reference Google's response to Sonos's Fact Discovery Interrogatory Nos. 14-15, including any of Google's documents or source code cited therein. *See* Google LLC's First Objections and Responses to Plaintiff Sonos, Inc.'s First Set of Fact Discovery Interrogatories.<br><br>**_Google Play Music app_**<br><br>Each Cast-enabled computing device installed with the Google Play Music app is programmed such that, after detecting a set of inputs to transfer the Cast-enabled computing device's playback of multimedia content to at least one particular Cast-enabled media player, the Cast-enabled computing device functions to:<br>• (i) cause the particular Cast-enabled media player to launch the Google Play Music app and join the same "▮▮▮▮▮" as the Cast-enabled computing device;<br>• (ii) receive from the particular Cast-enabled media player an indication that the Cast-enabled media player joined the ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮;<br>• (iii) cause a Google Play Music queue server to sync a remote queue with the Cast-enabled computing device's local queue (e.g., ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮);<br>• (iv) transition its operating state (e.g., ▮▮▮▮▮▮▮▮▮▮▮▮) from a local playback mode to a remote playback mode in which the Cast-enabled computing device is configured to control the particular Cast-enabled media player's playback of the multimedia content rather than engaging in playback of the multimedia content itself; and<br>• (v) cause the particular Cast-enabled media player to ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ (e.g., with a "getItemWindow" message), ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ (e.g., an "ItemWindow" message), ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ (e.g., "itemIDs" and/or ▮▮▮▮▮▮) to its local playback queue.<br><br>The aforementioned functionality collectively satisfies claim limitations 13.5-13.6.<br><br>The following exemplary evidence demonstrates that each Cast-enabled control device installed with the Google Play Music app is programmed with this functionality: |