1   CLEMENT SETH ROBERTS (STATE BAR NO. 209203)
croberts@orrick.com
2   BAS DE BLANK (STATE BAR NO. 191487)
basdeblank@orrick.com
3   ALYSSA CARIDIS (STATE BAR NO. 260103)
acaridis@orrick.com
4   EVAN D. BREWER (STATE BAR NO. 304411)
ebrewer@orrick.com
5   ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
6   405 Howard Street
San Francisco, CA 94105-2669
7   Telephone:    +1 415 773 5700
Facsimile:    +1 415 773 5759
8
SEAN M. SULLIVAN (admitted *pro hac vice*)
9   sullivan@ls3ip.com
COLE B. RICHTER (admitted *pro hac vice*)
10  richter@ls3ip.com
LEE SULLIVAN SHEA & SMITH LLP
11  656 W Randolph St., Floor 5W
Chicago, IL 60661
12  Telephone:    +1 312 754 0002
Facsimile:    +1 312 754 0003
13
*Attorneys for Sonos, Inc.*
14

15                 UNITED STATES DISTRICT COURT

16              NORTHERN DISTRICT OF CALIFORNIA,

17                   SAN FRANCISCO DIVISION

18

19  GOOGLE LLC,                          Case No. 3:20-cv-06754-WHA
                                         Related to Case No. 3:21-cv-07559-WHA
20       Plaintiff and Counter-defendant,
                                         **SONOS, INC.'S REFILING OF PUBLIC**
21       v.                              **REDACTED DOCUMENT RE**
                                         **DKT. NO. 128 PURSUANT TO**
22  SONOS, INC.,                         **OMNIBUS ORDER RE MOTIONS TO**
                                         **SEAL (DKT. NO. 334)**
23       Defendant and Counter-claimant.

24

25

26

27

28

1      In accordance with the Court's Omnibus Order re Motions to Seal (Dkt. No. 334),

2  Sonos, Inc. ("Sonos") hereby refiles a public redacted version of Exhibit 1 to the Declaration of

3  Geoffrey Moss in Support of Sonos's Motion for Leave to Amend Infringement Contentions

4  Pursuant to Patent L.R. 3-6 (Dkt. No. 127-4).

5

6

7
   Dated:  October 3, 2022                    ORRICK HERRINGTON & SUTCLIFFE LLP
8                                             and
                                              LEE SULLIVAN SHEA & SMITH LLP
9
                                              By: */s/ Cole B. Richter*
10                                                Cole B. Richter

11
                                              *Attorneys for Sonos, Inc.*
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SONOS'S REFILING OF PUBLIC REDACTED
DOCUMENT PURSUANT TO OMNIBUS ORDER
3:20-CV-06754-WHA