CLEMENT SETH ROBERTS (STATE BAR NO. 209203)
croberts@orrick.com
BAS DE BLANK (STATE BAR NO. 191487)
basdeblank@orrick.com
ALYSSA CARIDIS (STATE BAR NO. 260103)
acaridis@orrick.com
EVAN D. BREWER (STATE BAR NO. 304411)
ebrewer@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:   +1 415 773 5700
Facsimile:   +1 415 773 5759

SEAN M. SULLIVAN (admitted *pro hac vice*)
sullivan@ls3ip.com
COLE B. RICHTER (admitted *pro hac vice*)
richter@ls3ip.com
LEE SULLIVAN SHEA & SMITH LLP
656 W Randolph St., Floor 5W
Chicago, IL 60661
Telephone:   +1 312 754 0002
Facsimile:   +1 312 754 0003

*Attorneys for Sonos, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA,

SAN FRANCISCO DIVISION

| | |
|---|---|
| GOOGLE LLC,<br><br>   Plaintiff and Counter-defendant,<br><br>   v.<br><br>SONOS, INC.,<br><br>   Defendant and Counter-claimant. | Case No. 3:20-cv-06754-WHA<br>Related to Case No. 3:21-cv-07559-WHA<br><br>**SONOS, INC.'S REFILING OF PUBLIC REDACTED DOCUMENTS RE DKT. NO. 150 PURSUANT TO OMNIBUS ORDER RE MOTIONS TO SEAL (DKT. NO. 334)** |

In accordance with the Court's Omnibus Order re Motions to Seal (Dkt. No. 334), Sonos, Inc. ("Sonos") hereby refiles public redacted versions of Exhibit 3 (Dkt. No. 151-2) and Exhibit 4 (Dkt. No. 151-3) to the Declaration of Geoffrey Moss in Support of Sonos's Motion for Leave to Amend Infringement Contentions Pursuant to Patent L.R. 3-6.

Dated:  October 3, 2022

ORRICK HERRINGTON & SUTCLIFFE LLP
*and*
LEE SULLIVAN SHEA & SMITH LLP

By: */s/ Cole B. Richter*
     Cole B. Richter

*Attorneys for Sonos, Inc.*