CLEMENT SETH ROBERTS (STATE BAR NO. 209203)
croberts@orrick.com
BAS DE BLANK (STATE BAR NO. 191487)
basdeblank@orrick.com
ALYSSA CARIDIS (STATE BAR NO. 260103)
acaridis@orrick.com
EVAN D. BREWER (STATE BAR NO. 304411)
ebrewer@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:    +1 415 773 5700
Facsimile:    +1 415 773 5759

SEAN M. SULLIVAN (admitted *pro hac vice*)
sullivan@ls3ip.com
COLE B. RICHTER (admitted *pro hac vice*)
richter@ls3ip.com
LEE SULLIVAN SHEA & SMITH LLP
656 W Randolph St., Floor 5W
Chicago, IL 60661
Telephone:    +1 312 754 0002
Facsimile:    +1 312 754 0003

*Attorneys for Sonos, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA,

SAN FRANCISCO DIVISION

| | |
|---|---|
| GOOGLE LLC,<br><br>    Plaintiff and Counter-defendant,<br><br>    v.<br><br>SONOS, INC.,<br><br>    Defendant and Counter-claimant. | Case No. 3:20-cv-06754-WHA<br>Related to Case No. 3:21-cv-07559-WHA<br><br>**SONOS, INC.'S REFILING OF PUBLIC REDACTED DOCUMENTS RE DKT. NO. 173 PURSUANT TO OMNIBUS ORDER RE MOTIONS TO SEAL (DKT. NO. 334)** |

1     In accordance with the Court's Omnibus Order re Motions to Seal (Dkt. No. 334),

2  Sonos, Inc. ("Sonos") hereby refiles public redacted versions of Exhibit CI (Dkt. No. 175-25),

3  Exhibit CJ (Dkt. No. 175-26), Exhibit CK (Dkt. No. 175-27), and Exhibit CL (Dkt. No. 175-28)

4  to Sonos's Amended Answer to Google's Second Amended Complaint and Sonos's

5  Counterclaims.

Dated:  October 3, 2022

ORRICK HERRINGTON & SUTCLIFFE LLP
*and*
LEE SULLIVAN SHEA & SMITH LLP

By: */s/ Cole B. Richter*
    Cole B. Richter

*Attorneys for Sonos, Inc.*