# EXHIBIT B

**Ex. A –Infringement Contention Chart: U.S. Patent No. 9,967,615**
**HIGHLY CONFIDENTIAL - SOURCE CODE - ATTORNEYS' EYES ONLY**

| Claim 13 | Accused Instrumentalities |
|---|---|
|  | Representative excerpts of Google's YouTube[3], ~~YouTube Music[4], YouTube TV[5],~~ and YouTube ~~Music~~Kids[6] app source code related to the aforementioned functionality include: <br><br> ███████████████████████████████████ <br> ███████████████████████████████████ <br><br> ███████████████████████ <br> █████████████████████████████ <br> ██ ████████████████████████████████████ <br> █████████████████████████████████████████ <br> ████████ <br><br> Sonos further incorporates by reference Google's response to Sonos's Fact Discovery Interrogatory No. 14, including any of Google's documents or source code cited therein. *See* Google LLC's First Objections and Responses to Plaintiff Sonos, Inc.'s First Set of Fact Discovery Interrogatories. <br><br> ***Google Play Music app*** <br><br> Each Cast-enabled control device installed with the Google Play Music app is programmed to identify one or more Cast-enabled media players connected to the same Wi-Fi network as the Cast-enabled control device by performing one or more discovery processes, as demonstrated by the following exemplary evidence: <br><br> • https://developer.android.com/reference/androidx/mediarouter/app/package-summary [androidx.mediarouter.app]; |



Ex. A –Infringement Contention Chart: U.S. Patent No. 9,967,615
HIGHLY CONFIDENTIAL - SOURCE CODE - ATTORNEYS' EYES ONLY

| Claim 13 | Accused Instrumentalities |
|---|---|
| |  |

**Ex. A –Infringement Contention Chart: U.S. Patent No. 9,967,615**
**HIGHLY CONFIDENTIAL - SOURCE CODE - ATTORNEYS' EYES ONLY**

| Claim 13 | Accused Instrumentalities |
|---|---|
| | <br><br>Additionally, Cast-enabled displays installed with various third-party Cast-enabled apps are also programmed to perform this functionality, including but not limited to the Spotify app, as illustrated by the following photos:<br><br><br><br>Various other Cast-enabled apps available for installation on Cast-enabled displays provide similar functionality.<br><br>Sonos further incorporates by reference Google's response to Sonos's Fact Discovery Interrogatory No. 14, including any of Google's documents or source code cited therein.  *See* Google LLC's First Objections and Responses to Plaintiff Sonos, Inc.'s First Set of Fact Discovery Interrogatories. |
| **[13.5]** after detecting the set of inputs to transfer playback from the | Each Cast-enabled control device and each Cast-enabled app download server comprises a tangible, non-transitory computer-readable storage medium including executable instructions that, when executed by a Cast-enabled control device's processor, cause the Cast-enabled control device to, after detecting the set of inputs to transfer playback from the Cast-enabled control device to the particular Cast-enabled media player, |

**Ex. A –Infringement Contention Chart: U.S. Patent No. 9,967,615**
**HIGHLY CONFIDENTIAL - SOURCE CODE - ATTORNEYS' EYES ONLY**

| Claim 13 | Accused Instrumentalities |
|---|---|
| | Each Cast-enabled computing device installed with any one of the YouTube, YouTube Music, YouTube TV[10], or YouTube Kids app is programmed such that, after detecting a set of inputs to transfer the Cast-enabled computing device's playback of multimedia content to at least one particular Cast-enabled media player, the Cast-enabled computing device functions to: |

[10] For YouTube TV, the below functionality is applicable in situations where the user selects to playback multimedia content from the user's "Library" or YouTube TV's "On Demand" catalog, as opposed to from YouTube TV's "Live" content.  *See, e.g.*, https://support.google.com/youtubetv/answer/7129564 [Record shows, sports, events, & movies].

**Ex. A –Infringement Contention Chart: U.S. Patent No. 9,967,615**
**HIGHLY CONFIDENTIAL - SOURCE CODE - ATTORNEYS' EYES ONLY**

| Claim 13 | Accused Instrumentalities |
|---|---|
| |  |

**Ex. A –Infringement Contention Chart: U.S. Patent No. 9,967,615**
**HIGHLY CONFIDENTIAL - SOURCE CODE - ATTORNEYS' EYES ONLY**

| Claim 13 | Accused Instrumentalities |
|---|---|
| |  |

**Ex. A –Infringement Contention Chart: U.S. Patent No. 9,967,615**
**HIGHLY CONFIDENTIAL - SOURCE CODE - ATTORNEYS' EYES ONLY**

| Claim 13 | Accused Instrumentalities |
|---|---|
| |  |

**Ex. A –Infringement Contention Chart: U.S. Patent No. 9,967,615**
**HIGHLY CONFIDENTIAL - SOURCE CODE - ATTORNEYS' EYES ONLY**

| Claim 13 | Accused Instrumentalities |
|---|---|
| |  |

**Ex. A –Infringement Contention Chart: U.S. Patent No. 9,967,615**
**HIGHLY CONFIDENTIAL - SOURCE CODE - ATTORNEYS' EYES ONLY**

| Claim 13 | Accused Instrumentalities |
|---|---|
| |  |

**Ex. A –Infringement Contention Chart: U.S. Patent No. 9,967,615**
**HIGHLY CONFIDENTIAL - SOURCE CODE - ATTORNEYS' EYES ONLY**

| Claim 13 | Accused Instrumentalities |
|---|---|
| |  |

**Ex. A –Infringement Contention Chart: U.S. Patent No. 9,967,615**
**HIGHLY CONFIDENTIAL - SOURCE CODE - ATTORNEYS' EYES ONLY**

| Claim 14 | Accused Instrumentalities |
|---|---|
| | <br><br>Likewise, Cast-enabled computing devices installed with various third-party Cast-enabled apps, including but not limited to Spotify, are programmed to detect a set of inputs to transfer playback from the Cast-enabled computing device to one of these created "speaker pairs" (e.g., the "Nest Audio Pair") that defines one particular "zone" of the Cast-enabled media playback system, as illustrated by the following screenshots: |

**Ex. A –Infringement Contention Chart: U.S. Patent No. 9,967,615**
**HIGHLY CONFIDENTIAL - SOURCE CODE - ATTORNEYS' EYES ONLY**

| Claim 14 | Accused Instrumentalities |
|---|---|
| | <br><br>Various other Cast-enabled apps available for installation on Cast-enabled computing devices provide similar functionality. *See, e.g.*, https://support.google.com/chromecast/answer/6279384?hl=en [Cast audio from Chromecast-enabled apps to speakers]; https://www.google.com/chromecast/built-in/apps/. |
| **[14.2]** wherein modifying the one or more transport controls of the control interface to control playback by the particular playback device comprises causing the one or more transport controls of the control | In accordance with the executable instructions, each Cast-enabled computing device is programmed such that modifying the one or more transport controls of the control interface to control playback by the particular Cast-enabled media player comprises causing the one or more transport controls of the control interface to control playback by the particular Cast-enabled media player and the additional Cast-enabled media player that are in the stereo pair.<br><br>For instance, each Cast-enabled computing device is programmed such that modifying the one or more transport controls (e.g., Play, Pause, Skip, etc.) of the control interface to control playback by the particular Cast-enabled media player comprises causing the one or more transport controls of the control interface to control playback by the particular Cast-enabled media player and the additional Cast-enabled media player that are in a "speaker pair." *See, e.g.*, https://support.google.com/googlenest/answer/7181830 [Play media from Chromecast-enabled apps to your speaker or display] ("You can even use your mobile device or tablet |

**Ex. A –Infringement Contention Chart: U.S. Patent No. 9,967,615**
**HIGHLY CONFIDENTIAL - SOURCE CODE - ATTORNEYS' EYES ONLY**

| Claim 15 | Accused Instrumentalities |
|---|---|
| |  |

**Ex. A –Infringement Contention Chart: U.S. Patent No. 9,967,615**
**HIGHLY CONFIDENTIAL - SOURCE CODE - ATTORNEYS' EYES ONLY**

| Claim 18 | Accused Instrumentalities |
|---|---|
| |  |



**Ex. A –Infringement Contention Chart: U.S. Patent No. 9,967,615**
**HIGHLY CONFIDENTIAL - SOURCE CODE - ATTORNEYS' EYES ONLY**

| Claim 18 | Accused Instrumentalities |
|---|---|



Ex. A –Infringement Contention Chart: U.S. Patent No. 9,967,615
HIGHLY CONFIDENTIAL - SOURCE CODE - ATTORNEYS' EYES ONLY

| Claim 18 | Accused Instrumentalities |
|---|---|
| |  |
| | Sonos further incorporates by reference Google's response to Sonos's Fact Discovery Interrogatory Nos. 14-15, including any of Google's documents or source code cited therein. *See* Google LLC's First Objections and Responses to Plaintiff Sonos, Inc.'s First Set of Fact Discovery Interrogatories. |

| Claim 19 | Accused Instrumentalities |
|---|---|
| **[19.0]** The tangible, non-transitory computer readable medium of claim 13, **[19.1]** wherein | As described above, each Cast-enabled control device and each Cast-enabled app download server comprises a "tangible, non-transitory computer-readable storage medium," as recited in claim 13.  Moreover, in accordance with the executable instructions, each Cast-enabled control device is programmed such that, (i) causing the graphical interface to display the control interface including one or more transport controls to control playback by the Cast-enabled control device comprises causing the graphical interface to display a |

Ex. A –Infringement Contention Chart: U.S. Patent No. 9,967,615
**HIGHLY CONFIDENTIAL - SOURCE CODE - ATTORNEYS' EYES ONLY**

| Claim 20 | Accused Instrumentalities |
|---|---|
| | aforementioned functionality satisfies claim limitation 20.1.  In this regard, Sonos contends that that (i) each of Google's data variables ████████████ and ████████████████ amounts to the claimed "local playback queue" with the "videoID" of the current media item amounting to "an identifier of the multimedia content," (ii) alternatively, one or both of Google's data variables ████████████ and ████████████████ in combination with Google's data variable upNextVideoID amounts to the claimed "local playback queue" with the "videoID" of the current media item and the "videoID" of the next media item each amounting to "an identifier of the multimedia content," and (iii) alternatively, Google's "WatchNextResponse" data structure by itself (or in combination with one or more of the aforementioned data variables) amounts to the claimed "local playback queue" with the "videoID" of one or more of the current, previous, and/or next media item amounting to "an identifier of the multimedia content."<br><br>***Google Play Music app***<br><br>As explained above, each Cast-enabled computing device installed with the Google Play Music app is programmed such that, after detecting a set of inputs to transfer the Cast-enabled computing device's playback of multimedia content to at least one particular Cast-enabled media player, the Cast-enabled computing device performs a variety of functions to transfer playback from the Cast-enabled computing device to the particular Cast-enabled media player.  One such function involves causing the particular Cast-enabled media player to contact the Google Play Music queue server for one or more "next" media items from the remote queue (e.g., with a ████████████ message), which causes the Google Play Music queue server to add one or more media-item identifiers (an ████████████ for each media item) to the particular Cast-enabled media player's local playback queue.  *See* claim limitations 13.5-13.6. The aforementioned functionality satisfies claim limitation 20.1.  In this regard, Sonos contends that that Google's data structure ████████████████ amounts to the claimed "local playback queue" with each of the ████████████████████ amounting to "an identifier of the multimedia content."<br><br>***Spotify app***<br><br>Each Cast-enabled control device installed with the Spotify app (which is Cast-enabled and utilizes the Cast SDK) is programmed such that, after detecting a set of inputs to transfer the Cast-enabled computing device's playback of multimedia content to at least one particular Cast-enabled media player, the Cast-enabled computing device performs a variety of functions to transfer playback from the Cast-enabled computing |