# EXHIBIT BB

Message

| | |
|---|---|
| **From**: | Tad Coburn [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=B459166ED3F349F79704FC0EE30191FA-TAD COBURN] |
| **Sent**: | 9/15/2014 10:36:57 AM |
| **To**: | Christopher Patnoe (patnoe@google.com) [patnoe@google.com]; Umesh Patil (upatil@google.com) [upatil@google.com] |
| **CC**: | Adam Graham [adam.graham@sonos.com]; Sherwin Liu [Sherwin.Liu@sonos.com]; Debajit Ghosh (debajit@google.com) [debajit@google.com]; Chris Kotowski [Chris.Kotowski@sonos.com] |
| **Subject**: | quick update on deliverables between Sonos and Google |
| **Attachments**: | SonosGroup_ssdp.txt; Samplejsoncommandeventscapture.docx |

Chris, Umesh –

**Sonos to Google deliverables**
We're on track to get you updated player firmware around the end of this week that will support PART of the websocket protocol. The build was cut Friday night.
I've attached two files that show the _exact_ websocket protocol format supported by the build. It is _not_ completely consistent with the current spec; please use these documents as a guideline to make sure your code will work with this drop of our firmware. We will be updating our code to match the latest spec this week.

Note: you will need to be on our "mainline alpha" build to receive this updated firmware. We'll have Christina Valente reach out to you to make sure your systems are setup to receive that line of development.

**Google to Sonos deliverables**
Sonos made some very good progress with the private APKs Chris Bunch sent us last week. Here are some things that would help us (Sonos) continue early integration testing this week. Each is in the form of a question.
1.	Can we temporarily use HTTP instead of HTTPS to access the cloud queue REST API? That would aid in debugging some of the 403 (etc) issues we've been hitting.
2.	Is the cloud queue REST API server up all the time? We are wondering if some of our problems last week were due to the Google team updating the cloud queue server code as Sonos was testing against that server.
3.	Would it be possible for Google to (temporarily) expose a simple HTML view onto the cloud queue so we can definitively see the track names and item ids for each track in the cloud queue? That would help us in verifying that our player is playing exactly what is expected (it might help you guys as well?)

Best regards,
- Tad

Highly Confidential - Attorneys' Eyes Only                                                                                                              SONOS-SVG2-00040194