# EXHIBIT BL

**To:** Tom Cullen[Tom.Cullen@sonos.com]; Andrew Schulert[Andrew.Schulert@sonos.com]; Nick Millington[Nick.Millington@sonos.com]
**From:** Patrick Spence[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=58D96AB87FBF411EAA48761F6B3421C8-PATRICK SPE]
**Sent:** Fri 3/14/2014 11:08:09 PM Eastern Standard Time
**Subject:** Jamie called...

They really want to get this launched. The level of eagerness is great, but I'm trying to figure it out because it seems a bit desperate.

1) they wanted to reiterate there was no conspiracy here, the move to Cast is literally happening in real-time so they wantedto let us know before launch because it's right thing to do & we could evaluate right path.
2) unprompted- they are committed to delivering all the v2 features/fixes (except ios obviously) asap (they're seeing how quickly they can do it) - they want to prove they're committed to a great experience and evolving MRP.
3) Cast may never make it; Jamie said he's seen it many times at Google, so stopping and waiting could mean we simply end up with MRP anyways. But he agreed this is unlikely given Chromecast momentum.
4) Sundar has asked Dave Burke to sit across both, and he will be heavily involved in development of Cast. Jamie said Dave is committed to evolving the experience on Sonos. Nick, this relationship is seeming more & more important the more we learn.

Highly Confidential - Attorneys' Eyes Only

SONOS-SVG2-00040224