1    CLEMENT SETH ROBERTS (STATE BAR NO. 209203)
     croberts@orrick.com
2    BAS DE BLANK (STATE BAR NO. 191487)
     basdeblank@orrick.com
3    ALYSSA CARIDIS (STATE BAR NO. 260103)
     acaridis@orrick.com
4    EVAN D. BREWER (STATE BAR NO. 304411)
     ebrewer@orrick.com
5    ORRICK, HERRINGTON & SUTCLIFFE LLP
     The Orrick Building
6    405 Howard Street
     San Francisco, CA 94105-2669
7    Telephone:     +1 415 773 5700
     Facsimile:     +1 415 773 5759
8
     SEAN M. SULLIVAN (admitted *pro hac vice*)
9    sullivan@ls3ip.com
     COLE B. RICHTER (admitted *pro hac vice*)
10   richter@ls3ip.com
     LEE SULLIVAN SHEA & SMITH LLP
11   656 W Randolph St., Floor 5W
     Chicago, IL 60661
12   Telephone:     +1 312 754 0002
     Facsimile:     +1 312 754 0003
13
     *Attorneys for Sonos, Inc.*
14

15                    UNITED STATES DISTRICT COURT

16                  NORTHERN DISTRICT OF CALIFORNIA,

17                       SAN FRANCISCO DIVISION

18

19   GOOGLE LLC,                          Case No. 3:20-cv-06754-WHA
                                          Related to Case No. 3:21-cv-07559-WHA
20        Plaintiff and Counter-defendant,
                                          **SONOS, INC.'S REFILING OF PUBLIC
21        v.                              DOCUMENT RE DKT. NO. 147
                                          PURSUANT TO OMNIBUS ORDER RE
22   SONOS, INC.,                         MOTIONS TO SEAL (DKT. NO. 334)**

23        Defendant and Counter-claimant.

24

25

26

27

28

1    In accordance with the Court's Omnibus Order re Motions to Seal (Dkt. No. 334),

2    Sonos, Inc. ("Sonos") hereby refiles a public version of Exhibit 4 to the Reply Declaration of

3    Geoffrey Moss in Support of Sonos's Motion For Leave to Amend Infringement Contentions

4    Pursuant to Patent L.R. 3-6 (Dkt. No. 148-2).

5

6

7
     Dated:  October 3, 2022                    ORRICK HERRINGTON & SUTCLIFFE LLP
8                                               *and*
                                                LEE SULLIVAN SHEA & SMITH LLP
9

10                                              By: */s/ Cole B. Richter*
                                                    Cole B. Richter

11
                                                *Attorneys for Sonos, Inc.*
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SONOS'S REFILING OF PUBLIC DOCUMENT
PURSUANT TO OMNIBUS ORDER
3:20-CV-06754-WHA