# EXHIBIT BI

**To:** Umesh Patil[upatil@google.com]
**Cc:** Sherwin Liu[Sherwin.Liu@sonos.com]; Christopher Patnoe[patnoe@google.com]; Chris Kotowski[chris.kotowski@sonos.com]; David DesRoches[david.desroches@sonos.com]; Brian Miller[Brian.Miller@sonos.com]; Chris Bunch[cbunch@google.com]; Johnny Zhou (jqz@google.com)[jqz@google.com]; Mark Fielbig (mfielbig@google.com) [mfielbig@google.com]
**From:** Tad Coburn[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=B459166ED3F349F79704FC0EE30191FA-TAD COBURN]
**Sent:** Wed 4/15/2015 3:00:18 PM Eastern Daylight Time
**Subject:** RE: Header names and search target...
**Attachment:** PDSW-SSDPDiscoveryofSonosGroups-150415-1446-4.pdf

---

Umesh –

Sorry for the slow follow up on this.  This is the thread where were discussing getting rid of the name "sonos" in the SSDP protocol.

Sonos proposes the following changes to the SSDP Group Discovery protocol:

"SONOS.COM" => "SMARTSPEAKER.AUDIO"  (everywhere)
"sonos-com" => "smartspeaker-audio"  (everywhere)
"SonosGroup" => "SpeakerGroup"  (a change to the SSDP service name everywhere)

I've attached an updated copy of the spec that reflects these changes.

- Tad

p.s. I also discovered a minor bug GOOGLE-144 in the GPM app while updating this spec ☺  The bug is independent of the spec change.

**From:** Umesh Patil [mailto:upatil@google.com]
**Sent:** Thursday, February 26, 2015 1:10 AM
**To:** Tad Coburn
**Cc:** Sherwin Liu; Christopher Patnoe; Chris Kotowski
**Subject:** Re: Header names and search target...


On Wed, Feb 25, 2015 at 12:46 PM, Tad Coburn <Tad.Coburn@sonos.com> wrote:
Umesh –

Hi, I just want to let you know that we're still working on a vendor-neutral proposal to address this issue.

Have you asked your internal folks yet how they feel about a vendor-neutral solution?  Sonos feels quite strongly that that is the correct way to go here.

Hi Tad:

Checked with Debajit and John and they are fine with a vendor-neutral solution.  Are there any naming proposals that I can pass around?

Thanks!

Umesh.


- Tad

**From:** Tad Coburn
**Sent:** Tuesday, February 17, 2015 3:56 PM
**To:** 'Umesh Patil'; Sherwin Liu
**Cc:** Christopher Patnoe; Chris Kotowski
**Subject:** RE: Header names and search target...

Umesh –

Hi.  We're going to have to think about this a bit.  We just had a preliminary meeting and would prefer using a single, vendor-neutral device type and domain name.  We don't really want to hard-code "google" into our code any more than you want to hard-code "sonos" into yours ☺

We will get back to you in a day or two with a hopefully vendor-neutral proposal.

One question for you:  do you expect other apps besides the GPM app (on iOS, Android and Chrome) to search for devices of this type?

- Tad

**From:** Umesh Patil [mailto:upatil@google.com]
**Sent:** Tuesday, February 17, 2015 2:12 AM
**To:** Tad Coburn; Sherwin Liu
**Cc:** Christopher Patnoe
**Subject:** Header names and search target...

Highly Confidential - Attorneys' Eyes Only                                                                                                                                    SONOS-SVG2-00040236

Hi Tad/Sherwin:

We currently have {groupinfo,websock,household}.sonos.com in the headers and urn:sonos-com:service:SonosGroup for the search target.

Can we change so that when the search target is urn:google-com:service:PlayMusic:1, you return {groupinfo,websock,household}.google.com?

That way, our spec for device discovery can list the Google specific names instead of mixing in Sonos as well. You could do likewise in your specs.

Thanks!

Umesh.
--
Umesh Patil | upatil@google.com | 650-253-8258


--
Umesh Patil | upatil@google.com | 650-253-8258

Highly Confidential - Attorneys' Eyes Only                                                                                                                    SONOS-SVG2-00040237