1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA,

10                       SAN FRANCISCO DIVISION

11

| | |
|---|---|
| 12  GOOGLE LLC, | Case No. 3:20-cv-06754-WHA |
| 13            Plaintiff, | **[PROPOSED] ORDER GRANTING SONOS, INC.'S RENEWED REQUEST RE ADMINISTRATIVE MOTIONS TO FILE UNDER SEAL DOCUMENTS FILED IN SUPPORT OF ITS ANSWER TO GOOGLE LLC'S SECOND AMENDED COMPLAINT RE DKT. NOS. 133 AND 174** |
| 14       v. | |
| 15  SONOS, INC., | |
| 16            Defendant. | |

Pursuant to Civil Local Rules 7-11 and 79-5, Defendant Sonos, Inc. ("Sonos") has filed a renewed request to file under seal portions of an exhibit filed in support of 1) Sonos, Inc.'s Answer to Google LLC's Second Amended Complaint and Sonos, Inc's Counterclaims ("Sonos's Answer") and 2) Sonos, Inc.'s Amended Answer to Google LLC's Second Amended Complaint and Sonos, Inc's Counterclaims ("Sonos's Amended Answer") (collectively "Sonos's Answer to SAC") (Dkt. Nos. 133 and 174).  Having considered Sonos's Renewed Administrative Motion, and good cause to seal having been shown, the Court GRANTS Sonos's Renewed Administrative Motion and ORDERS sealed the following:

| DOCUMENT | PORTIONS TO BE SEALED | DESIGNATING PARTY |
|---|---|---|
| Exhibit AZ to Sonos's Answer to SAC | Portions highlighted in green | Sonos |

Dated: _____, 2022

HON. WILLIAM H. ALSUP
United States District Judge