QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Charles K. Verhoeven (Bar No. 170151)
  charlesverhoeven@quinnemanuel.com
  Melissa Baily (Bar No. 237649)
  melissabaily@quinnemanuel.com
  Lindsay Cooper (Bar No. 287125)
  lindsaycooper@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:     (415) 875-6600
Facsimile:      (415) 875-6700

*Attorneys for GOOGLE LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GOOGLE LLC,<br><br>              Plaintiff,<br><br>     vs.<br><br>SONOS, INC.,<br><br>              Defendant. | CASE NO. 3:20-cv-06754-WHA<br>Related to CASE NO. 3:21-cv-07559-WHA<br><br>**GOOGLE'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |

## I. INTRODUCTION

Pursuant to Civil Local Rule 79-5(f), Google LLC ("Google") respectfully submits this Administrative Motion to Consider Whether Another Party's Material Should Be Sealed in connection with its Motion for Leave to File Supplemental Claim Construction Briefing ("Motion for Leave"). Certain portions of the Motion for Leave and documents filed in support thereof contain information that Sonos, Inc. ("Sonos") may consider confidential pursuant to the Stipulated Protective Order ("Protective Order") entered by this Court. Dkt. 94. Accordingly, Google seeks to file under seal the documents and information as listed below:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Motion for Leave | Portions highlighted in blue | Sonos |
| Exhibit 1 to the Declaration of Nima Hefazi in Support of Google's Motion for Leave | Entire Document | Sonos |
| Exhibit 2 to the Declaration of Nima Hefazi in Support of Google's Motion for Leave | Entire Document | Sonos |
| Exhibit 3 to the Declaration of Nima Hefazi in Support of Google's Motion for Leave | Entire Document | Sonos |
| Exhibit 4 to the Declaration of Nima Hefazi in Support of Google's Motion for Leave | Entire Document | Sonos |

Materials and documents may be provisionally filed under seal pursuant to Civil Local Rule 79-5(f) when the document, or portions thereof, "has been designated as confidential by another party or non-party." L.R. 79-5(f). Google has redacted the portions of its Motion for Leave highlighted in blue and submitted exhibits in support thereof under seal because information therein may be considered "CONFIDENTIAL" and/or "HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY" under the Protective Order by Sonos.

In compliance with Civil Local Rule 79-5(d) and (e), unredacted versions of the above listed documents accompany this Administrative Motion and redacted versions of the above listed documents have been filed publicly. In accordance with Local Rule 79-5(c)(3), Google has also filed a Proposed Order herewith.

1  DATED: October 6, 2022           QUINN EMANUEL URQUHART & SULLIVAN, LLP

   By:   */s/ Charles K. Verhoeven*
         Charles K. Verhoeven (Bar No. 170151)
         charlesverhoeven@quinnemanuel.com
         Melissa Baily (Bar No. 237649)
         melissabaily@quinnemanuel.com
         Lindsay Cooper (Bar No. 287125)
         lindsaycooper@quinnemanuel.com
         50 California Street, 22nd Floor
         San Francisco, California 94111-4788
         Telephone:  (415) 875-6600
         Facsimile:   (415) 875-6700

         *Attorneys for GOOGLE LLC*

# CERTIFICATE OF SERVICE

Pursuant to the Federal Rules of Civil Procedure and Local Rule 5-1, I hereby certify that, on October 6, 2022 all counsel of record who have appeared in this case are being served with a copy of the foregoing via the Court's CM/ECF system and email.

DATED: October 6, 2022

By:    */s/ Charles K. Verhoeven*
       Charles K. Verhoeven