QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Charles K. Verhoeven (Bar No. 170151)
  charlesverhoeven@quinnemanuel.com
  Melissa Baily (Bar No. 237649)
  melissabaily@quinnemanuel.com
  Lindsay Cooper (Bar No. 287125)
  lindsaycooper@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:   (415) 875-6600
Facsimile:   (415) 875-6700

*Attorneys for GOOGLE LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GOOGLE LLC,<br><br>            Plaintiff,<br><br>     vs.<br><br>SONOS, INC.,<br><br>            Defendant. | CASE NO. 3:20-cv-06754-WHA<br>Related to CASE NO. 3:21-cv-07559-WHA<br><br>**[PROPOSED] ORDER GRANTING GOOGLE'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |

Plaintiff Google LLC ("Google") has filed an Administrative Motion to Consider Whether Another Party's Material Should Be Sealed in connection with its Motion for Leave to File Supplemental Claim Construction Briefing ("Motion for Leave") ("Google's Administrative Motion").

Having considered Google's Administrative Motion, and good cause to seal having been shown, the Court **GRANTS** Google's Administrative Motion and **ORDERS** sealed the documents listed below:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Motion for Leave | Portions highlighted in blue | Sonos |
| Exhibit 1 to the Declaration of Nima Hefazi in Support of Google's Motion for Leave | Entire Document | Sonos |
| Exhibit 2 to the Declaration of Nima Hefazi in Support of Google's Motion for Leave | Entire Document | Sonos |
| Exhibit 3 to the Declaration of Nima Hefazi in Support of Google's Motion for Leave | Entire Document | Sonos |
| Exhibit 4 to the Declaration of Nima Hefazi in Support of Google's Motion for Leave | Entire Document | Sonos |

IT IS SO ORDERED.

DATED:

_____
The Honorable William Alsup
United States District Court Judge