UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GOOGLE LLC,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>SONOS, INC.,<br><br>　　　　Defendant. | CASE NO. 3:20-cv-06754-WHA<br>Related to CASE NO. 3:21-cv-07559<br><br>**[PROPOSED] ORDER GRANTING GOOGLE LLC'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL CLAIM CONSTRUCTION BRIEFING** |

1  Before the Court is Google LLC's Motion for Leave to File Supplemental Claim
2  Construction Briefing ("Motion"). Having reviewed the Motion, and good cause appearing therefor,
3  this Court concludes that the Motion should be, and is hereby, **GRANTED**.
4  **IT IS SO ORDERED.**

7  DATED:

   The Honorable William Alsup
   United States District Court Judge