QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
Melissa Baily (Bar No. 237649)
melissabaily@quinnemanuel.com
Lindsay Cooper (Bar No. 287125)
lindsaycooper@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

*Attorneys for GOOGLE LLC*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| GOOGLE LLC,<br><br>          Plaintiff,<br><br>     v.<br><br>SONOS, INC.,<br><br>          Defendant. | Case No. 3:20-cv-06754-WHA<br>Related to Case No. 3:21-cv-07559-WHA<br><br>**DECLARATION OF NIMA HEFAZI IN SUPPORT OF GOOGLE LLC'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL CLAIM CONSTRUCTION BRIEFING** |

I, Nima Hefazi, declare as follows and would so testify under oath if called upon to do so:

1. I am an attorney licensed to practice in the State of California and am admitted to practice before this Court. I am of counsel at Quinn Emanuel Urquhart & Sullivan LLP representing Google LLC ("Google") in this matter. I make this declaration in support of Google's Motion for Leave to File Supplemental Claim Construction Briefing ("Motion for Leave"). If called as a witness, I could and would testify competently to the information contained herein.

2. Google served its invalidity contentions on December 6, 2021.

3. Sonos, Inc. ("Sonos") served its infringement contentions on October 21, 2021.

4. Google became aware of Sonos's admissions to the Australian patent office only through its own diligence after the parties submitted their claim construction disclosures and briefs in this case.

5. The parties telephonically met and conferred about stipulating to supplemental claim construction briefing on September 21, 2022. During the meet and confer, Sonos indicated it would oppose Google's request for supplemental claim construction.

6. Attached as **Exhibit 1** is a true and correct copy of an excerpt of the transcript from the October 5, 2017 deposition of Tad Coburn in *Sonos, Inc. v. D&M Holdings Inc.*, No. 14-1330-WCB (D. Del. Oct. 21, 2014).

7. Attached as **Exhibit 2** is a true and correct copy of an excerpt of a document produced by Sonos in these matters bearing the Bates number SONOS-SVG200180136.

8. Attached as **Exhibit 3** is a true and correct copy of an excerpt of the transcript from the July 12, 2022 deposition of Tad Coburn in these matters.

9. Attached as **Exhibit 4** is a true and correct copy of an excerpt of the transcript from the April 13, 2022 deposition of Joni Hoadley in these matters.

10. Attached as **Exhibit 5** is a true and correct copy of an excerpt of the transcript from the August 10, 2021 Markman hearing in *Sonos, Inc. v. Google LLC*, Case No. 6:20-cv-00881-ADA (W.D. Tex.).

11. Attached as **Exhibit 6** is a true and correct copy of an excerpt of Google's April 7, 2022 response to Sonos's Interrogatory No. 12.

12. Attached as **Exhibit 7** is a true and correct copy of Australian Patent Application No. 2020239784.

13. Attached as **Exhibit 8** is a redline comparing the specifications in U.S. Patent No.10,779,033 and Australian Patent Application No. 2020239784.

14. Attached as **Exhibit 9** is a true and correct copy of the Australian Patent Examiner's October 14, 2021 report.

15. Attached as **Exhibit 10** is a true and correct copy of Sonos's April 26, 2022 response to the Australian Patent Examiner's October 14, 2021 report.

16. Attached as **Exhibit 11** is a true and correct copy of Sonos's June 27, 2022 response to the Australian Patent Examiner's October 14, 2021 report.

17. Attached as **Exhibit 12** is a true and correct copy of Google's March 31, 2021 First Set of Requests for Production to Sonos Regarding Claim Construction.

18. Attached as **Exhibit 13** is a true and correct copy of an excerpt of Google's August 7, 2021 First Set of Requests for Production to Sonos.

19. Attached as **Exhibit 14** is a true and correct copy of a September 2022 email chain between counsel for Google and counsel for Sonos regarding Google's motion for leave to file supplemental claim construction briefing.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed on October 6, 2022 in Los Angeles, California.

DATED: October 6, 2022    Respectfully submitted,

By */s/ Nima Hefazi*

**ATTESTATION**

I, Charles K. Verhoeven, am the ECF user whose ID and password are being used to file the above Declaration. In compliance with Civil L.R. 5-1, I hereby attest that Nima Hefazi has concurred in the aforementioned filing.

DATED: October 6, 2022

                                        */s/ Charles K. Verhoeven*
                                        Charles K. Verhoeven