# EXHIBIT 10

Case 3:20-cv-06754-WHA   Document 375-12   Filed 10/06/22   Page 2 of 4

26 Apr 2022

2020239784

| Commissioner of Patents | SPRUSON & FERGUSON |
|---|---|
| P O Box 200 | Sydney NSW |
| Woden ACT 2606 | Speed Dial 509 |
|  | (CCN 3710000177) |

26 April 2022

Our Ref: P116963D3:AJL
Telephone Contact: Ayesha Lee

Dear Commissioner

**Australian Patent Application No. 2020239784**
**Divisional of Application No. 2018203185**
**Sonos, Inc.**
**Systems and methods for networked music playback**

**Response to Examiner's Report / Withdrawal of Postponement of Acceptance**
The Examiner's Report dated 14 October 2021 is acknowledged.

The Applicant withdraws the request for postponement of acceptance.

No amendments are proposed at this time.

The Report finds that the specification not provide a clear enough and complete enough disclosure of the invention of claims 1-29, because it lacks sufficient information to enable the person skilled in the art to perform the invention over the whole scope of the claims without undue burden. In particular the Report references the "remote playlist queue".  The Applicant disagrees.

The "remote playback list" relates to a queue that the user is editing/managing in a third party application (see application as filed at [0082]. It is submitted that this would be clear to a person skilled in the art in the context of both the art and the specification as a whole.

The specification as filed at [0084] describes that parameters such as authentication, security, location, and so on can be configured for local playback of remote content. Paragraph [0087] describes a "*connection between the third-party application and the local playback device (e.g., Sonos ZonePlayer™) can be direct over a local area network (LAN), remote through a proxy server in the cloud, and so on*".

Third party applications 740 are shown in Fig. 7 as remote or separate to local content playback systems 760 and 770.

Interaction of the third party playlist systems and local or zone player systems is described at several point in the specification. The Applicant refers to paragraphs [0082] and [0084] which state:

> *[0082] Two-way communication helps enable features such as keeping a local playback queue synchronized with a queue that the user is editing/managing in the third party application;*

> *[0086] Certain embodiments allow a third party application to override a local playback queue with its own application-specific queue.*

Further, at least at paragraphs [0070], [0089] and [0090] of the application as filed describe interaction between a local playback system (such as a zone player) and a third party application. The paragraphs state at least the following (emphasis added):

This data, for application number 2020239784, is current as of 2022-10-05 21:00 AEST

*[0070]  For example, <u>a user listens to a third party music application (e.g., Pandora™, Rhapsody™, Spotify™, and so on) on her smart phone while commuting</u>. She's enjoying the current channel and, as she walks in the door to her home, <u>selects an option to continue playing that channel on her household music playback system (e.g., Sonos™). The playback system picks up from the same spot on the selected channel that was on her phone and outputs that content (e.g., that song) on speakers and/or other playback devices connected to the household playback system</u>. A uniform resource indicator (URI) (e.g., a uniform resource locator (URL)) can be passed to a playback device to fetch content from a cloud and/or other networked source, for example.*

*[0089]  Certain embodiments provide an approach similar to the "throw it over the wall" or one way communication approach of Figure 11 except that the third party application not only tells the local playback system what to play, but also maintains two-way communication with the local playback (e.g., Sonos™) system. <u>Two-way communication helps enable features such as keeping a local playback queue synchronized with a queue that the user is editing/managing in the third party application</u>; allow the third party application to know what is currently playing on the local playback system; <u>allow integrated transport control between the third party application and the local playback system</u>; and so on.*

*[0090]  In certain embodiments, a local playback system can pass information back to a third party application to indicate a current point of playback (e.g., now playing a third song in a playlist, fourth song in the playlist, and so on). The local playback system can pass parameter information, such as a change in volume, from a local multimedia playback device to the third party application so the application can reflect the change in volume to the user via its graphical user interface. The <u>third party application can instruct the local playback system to skip a song, go to a certain location, and so on</u>.*

In terms of playback system, person skilled in the art would understand the term "remote" to mean a system unconnected or with little relationship to an initial system. It is submitted that a person skilled in the art would clearly understand a playback queue or list on a third party application on a user device to be a "remote" playback queue in the context of a local or zone system.

The specification also sets out that the zone player knows the playback position of the queue of the third party application that it has been instructed to play back, and it can communicate that position with the third party application so that the third party application can reflect that information on the GUI. See for example [0070] above and [0083] which states in pert that "*a local playback system can pass information back to a third party application to indicate a current point of playback (e.g., now playing a third song in a playlist, fourth song in the playlist, and so on*".

Further, the specification provides detail of how a current point of playback in the remote queue (on the smartphone for example) can be passed to the local or zone player.

It is therefore submitted that specification provides a clear enough and complete enough disclosure to allow a person skilled the art to implement a remote playback queue and to "maintain a current point of playback of the zone player within the remote playback queue" without undue experimentation.

Acceptance of the application is respectfully requested.

26 Apr 2022

2020239784

Commissioner of Patents                                              Our Ref: P116963D3

26 Apr 2022

2020239784

Yours faithfully
**SPRUSON & FERGUSON**

Ayesha Lee
Registered Patent Attorney
ayesha.lee@spruson.com