1

2

3

4

5

6                          UNITED STATES DISTRICT COURT

7                         NORTHERN DISTRICT OF CALIFORNIA

8

9

10    GOOGLE LLC,

11              Plaintiff,                        No.  C 20-06754 WHA

12       v.

13    SONOS, INC.,                                **ORDER RE GOOGLE'S MOTION
                                                  FOR SUPPLEMENTAL CLAIM**
14              Defendant.                        **CONSTRUCTION BRIEFING**

15    _____

16          Google has filed a motion for leave to file supplemental claim construction briefing (Dkt.

17    No. 375).  Sonos may file an opposition brief of no more than sixteen pages within FOURTEEN

18    DAYS of this order.  For the time being, no further briefing will be allowed and no oral

19    argument will be heard.

20          **IT IS SO ORDERED.**

21

22    Dated:  October 11, 2022.

23

24                                               _____

25                                               WILLIAM ALSUP
                                                 UNITED STATES DISTRICT JUDGE
26

27

28

United States District Court
Northern District of California