UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GOOGLE LLC,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>SONOS, INC.,<br><br>　　　　Defendant. | CASE NO. 3:20-cv-06754-WHA<br>Related to CASE NO. 3:21-cv-07559-WHA<br><br>**[PROPOSED] ORDER GRANTING GOOGLE LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF THE PARTIES' JOINT DISCOVERY LETTER** |

1    Plaintiff Google LLC ("Google") has filed an Administrative Motion to File Under Seal
2 Portions of the parties' Joint Discovery Letter regarding Google's Interrogatories Nos. 11, 13, and
3 18 and Request for Production No. 58 ("Joint Discovery Letter") ("Google's Administrative
4 Motion").

5    Having considered Google's Administrative Motion, and good cause to seal having been
6 shown, the Court **GRANTS** Google's Administrative Motion and **ORDERS** sealed the documents
7 listed below:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Joint Discovery Letter | Portions highlighted in green | Google and Sonos, Inc. ("Sonos") |
| Joint Discovery Letter Exhibit 1 | Portions highlighted in green | Google and Sonos |

13    IT IS SO ORDERED.

16 DATED:

17                                  _____
                                    The Honorable Donna M. Ryu
                                    United States District Court Magistrate Judge