1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
     Charles K. Verhoeven (Bar No. 170151)
2    charlesverhoeven@quinnemanuel.com
     Melissa Baily (Bar No. 237649)
3    melissabaily@quinnemanuel.com
     James Judah (Bar No. 257112)
4    jamesjudah@quinnemanuel.com
     Lindsay Cooper (Bar No. 287125)
5    lindsaycooper@quinnemanuel.com
   50 California Street, 22nd Floor
6  San Francisco, California 94111
   Telephone:    (415) 875-6600
7  Facsimile:    (415) 875-6700

8    Marc Kaplan, *pro hac vice*
     marckaplan@quinnemanuel.com
9  191 N. Wacker Drive, Ste 2700
   Chicago, Illinois 60606
10 Telephone:    (312) 705-7400
   Facsimile:    (312) 705-7401

11 *Attorneys for Google LLC*

12                    UNITED STATES DISTRICT COURT

13                  NORTHERN DISTRICT OF CALIFORNIA

14                     SAN FRANCISCO DIVISION

15
   GOOGLE LLC,                              CASE NO. 3:20-cv-06754-WHA
16                                          Related to CASE NO. 3:21-cv-07559-WHA
                   Plaintiff,
17                                          **ATTACHMENT A TO THE
          vs.                               DECLARATION OF JOCELYN MA IN
18                                          SUPPORT OF SONOS, INC.'S
   SONOS, INC.,                             ADMINISTRATIVE MOTION TO
19                                          CONSIDER WHETHER ANOTHER
                   Defendant.               PARTY'S MATERIAL SHOULD BE
20                                          SEALED (DKT. NO. 377)**

21                                          **[FILED UNDER SEAL]**

22

23

24

25

26

27

28