1  CLEMENT SETH ROBERTS (STATE BAR NO. 209203)
    croberts@orrick.com
2  BAS DE BLANK (STATE BAR NO. 191487)
    basdeblank@orrick.com
3  ALYSSA CARIDIS (STATE BAR NO. 260103)
    acaridis@orrick.com
4  EVAN D. BREWER (STATE BAR NO. 304411)
    ebrewer@orrick.com
5  ORRICK, HERRINGTON & SUTCLIFFE LLP
    The Orrick Building
6  405 Howard Street
    San Francisco, CA 94105-2669
7  Telephone:    +1 415 773 5700
    Facsimile:    +1 415 773 5759
8
    SEAN M. SULLIVAN (admitted *pro hac vice*)
9  sullivan@ls3ip.com
    RORY P. SHEA (admitted *pro hac vice*)
10 shea@ls3ip.com
    J. DAN SMITH, III (admitted *pro hac vice*)
11 smith@ls3ip.com
    COLE RICHTER (admitted *pro hac vice*)
12 richter@ls3ip.com
    MICHAEL P. BOYEA (admitted *pro hac vice*)
13 boyea@ls3ip.com
    JAE Y. PAK (admitted *pro hac vice*)
14 pak@ls3ip.com
    LEE SULLIVAN SHEA & SMITH LLP
15 656 W Randolph St., Floor 5W
    Chicago, IL 60661
16 Telephone:    +1 312 754 0002
    Facsimile:    +1 312 754 0003
17
    *Attorneys for Sonos, Inc.*
18

19                   UNITED STATES DISTRICT COURT

20                  NORTHERN DISTRICT OF CALIFORNIA

21                       SAN FRANCISCO DIVISION

22  GOGLE LLC,                         | Case No. 3:20-cv-06754-WHA
                                        | Related to Case No. 3:21-cv-07559-WHA
23          Plaintiff and Counterdefendant,
                                        | **EXHIBIT 1 TO DECLARATION OF
24      v.                              | COLE B. RICHTER IN SUPPORT OF
                                        | GOOGLE'S ADMINISTRATIVE
25  SONOS, INC.,                        | MOTION TO CONSIDER WHETHER
                                        | ANOTHER PARTY'S MATERIAL
26          Defendant and Counterclaimant. | SHOULD BE SEALED (DKT. 380)**
27                                      | **[FILED UNDER SEAL]**
28