United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOOGLE LLC,<br><br>   Plaintiff,<br><br> v.<br><br>SONOS, INC.,<br><br>   Defendant. | Case No. 20-cv-06754-WHA (DMR)<br><br>**ORDER ON PENDING JOINT DISCOVERY LETTERS**<br><br>Re: Dkt. Nos. 378, 381 |

The court has reviewed the parties' October 14, 2022 joint discovery letters. [Docket Nos. 378, 381.] A number of the disputes raised in the joint letters appear to be moot because the parties have agreed to supplement certain discovery responses. Accordingly, the joint letters are denied without prejudice. The parties shall immediately meet and confer regarding the issues raised in the letters. If disputes remain after meeting and conferring, the parties shall file a joint letter in accordance with the court's Notice of Reference and Order re: Discovery Procedures (Docket No. 105) by no later than November 7, 2022.

**IT IS SO ORDERED.**

Dated: October 31, 2022



Donna M. Ryu
United States Magistrate Judge