UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GOOGLE LLC,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>SONOS, INC.,<br><br>　　　　Defendant. | CASE NO. 3:20-cv-06754-WHA<br>Related to CASE NO. 3:21-cv-07559-WHA<br><br>**[PROPOSED] ORDER GRANTING GOOGLE'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |

1    Plaintiff Google LLC ("Google") has filed an Administrative Motion to Consider Whether
2 Another Party's Material Should Be Sealed in connection with its Motion for Leave to File Motion
3 for Reconsideration or Clarification ("Motion for Leave") ("Google's Administrative Motion").
4    Having considered Google's Administrative Motion, and compelling reasons to seal having
5 been shown, the Court **GRANTS** Google's Administrative Motion and **ORDERS** sealed the
6 documents listed below:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Exhibit 1 to the Declaration of Marc Kaplan in Support of Google's Motion for Leave | Entire Document | Sonos |

IT IS SO ORDERED.

DATED:

_____
The Honorable William Alsup
United States District Court Judge