UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GOOGLE LLC,<br><br>    Plaintiff,<br><br>  vs.<br><br>SONOS, INC.,<br><br>    Defendant. | CASE NO. 3:20-cv-06754-WHA<br>Related to CASE NO. 3:21-cv-07559<br><br>**[PROPOSED] ORDER GRANTING GOOGLE LLC'S MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION OR CLARIFICATION** |

1  Before the Court is Google LLC's Motion for Leave to File Motion for Reconsideration or
2  Clarification ("Motion").  Having reviewed the Motion, and good cause appearing therefor, this
3  Court concludes that the Motion should be, and is hereby, **GRANTED**.
4  **IT IS SO ORDERED.**

7  DATED:

8  The Honorable William Alsup
   United States District Court Judge