QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Charles K. Verhoeven (Bar No. 170151)
  charlesverhoeven@quinnemanuel.com
  Melissa Baily (Bar No. 237649)
  melissabaily@quinnemanuel.com
  James Judah (Bar No. 257112)
  jamesjudah@quinnemanuel.com
  Lindsay Cooper (Bar No. 287125)
  lindsaycooper@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:     (415) 875-6600
Facsimile:     (415) 875-6700

  Marc Kaplan *(pro hac vice)*
  marckaplan@quinnemanuel.com
191 N. Wacker Drive, Ste 2700
Chicago, Illinois 60606
Telephone:     (312) 705-7400
Facsimile:     (312) 705-7401

*Attorneys for GOOGLE LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GOOGLE LLC,<br><br>              Plaintiff,<br><br>        vs.<br><br>SONOS, INC.,<br><br>              Defendant. | CASE NO. 3:20-cv-06754-WHA<br>Related to CASE NO. 3:21-cv-07559-WHA<br><br>**GOOGLE'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |

## I. INTRODUCTION

Pursuant to Civil Local Rule 79-5(f), Google LLC ("Google") respectfully submits this Administrative Motion to Consider Whether Another Party's Material Should Be Sealed in connection with the parties' Joint Discovery Letter regarding Google's Request for Production No. 58 ("Joint Discovery Letter"). Certain portions of the Joint Discovery Letter contain information that Sonos, Inc. ("Sonos") may consider confidential pursuant to the Stipulated Protective Order ("Protective Order") entered by this Court. Dkt. 94. Accordingly, Google seeks to file under seal the document as listed below:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Joint Discovery Letter | Portions highlighted in blue | Sonos |

Materials and documents may be provisionally filed under seal pursuant to Civil Local Rule 79-5(f) when the document, or portions thereof, "has been designated as confidential by another party or non-party." L.R. 79-5(f). Google has redacted the portions of the Joint Discovery Letter in support thereof highlighted in blue under seal because information therein may be considered "CONFIDENTIAL" and/or "HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY" under the Protective Order by Sonos.

//
//
//
//
//
//
//
//
//
//

1  In compliance with Civil Local Rule 79-5(d) and (e), an unredacted version of the above
2  listed document accompanies this Administrative Motion and a redacted version of the above listed
3  document has been filed publicly.  In accordance with Local Rule 79-5(c)(3), Google has also filed
4  a Proposed Order herewith.

6  DATED:  November 10, 2022            QUINN EMANUEL URQUHART & SULLIVAN, LLP

8               By:    /s/ Charles K. Verhoeven
                    Charles K. Verhoeven (Bar No. 170151)
                    charlesverhoeven@quinnemanuel.com
                    Melissa Baily (Bar No. 237649)
                    melissabaily@quinnemanuel.com
                    Lindsay Cooper (Bar No. 287125)
                    lindsaycooper@quinnemanuel.com
                    50 California Street, 22nd Floor
                    San Francisco, California 94111-4788
                    Telephone:     (415) 875-6600
                    Facsimile:      (415) 875-6700

                       *Attorneys for GOOGLE LLC*

**CERTIFICATE OF SERVICE**

Pursuant to the Federal Rules of Civil Procedure and Local Rule 5-1, I hereby certify that, on November 10, 2022, all counsel of record who have appeared in this case are being served with a copy of the foregoing via the Court's CM/ECF system and email.

DATED:  November 10, 2022

By:   */s/ Charles K. Verhoeven*
      Charles K. Verhoeven