# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| **GOOGLE LLC,** § <br> *Plaintiff,* § <br> § <br> v. § <br> § <br> **SONOS, INC.,** § <br> *Defendant.* § <br> § <br> § | CIVIL ACTION 3:20-cv-06754-WHA |

**SONOS, INC.'S OBJECTIONS AND RESPONSES TO**
**GOOGLE LLC'S SECOND SET OF REQUESTS FOR PRODUCTION (NOS. 43-89)**

Sonos, Inc. ("Sonos") responds to Google LLC's ("Google") second set of requests for production (Nos. 43-89) as follows.

## GENERAL OBJECTIONS

Sonos asserts each of the following General Objections to each of Google's requests for production. In addition to these General Objections, Sonos may also state Specific Objections to specific requests for production where appropriate. By setting forth such additional Specific Objections, Sonos does not in any way intend to limit or restrict its General Objections. Moreover, to the extent Sonos provides a response to any of Google's requests for production to which Sonos objects, such response shall not constitute a waiver of any General or Specific Objection.

1. Sonos's responses to Google's Second Set of Requests for Production (Nos. 43-89) are made to the best of Sonos's present knowledge, and Sonos reserves the right, at any time, to revise, correct, supplement, modify, or clarify the specific responses set forth below or the information disclosed therein. Discovery is in the early stages, and Sonos

Sonos objects to the Request to the extent that it calls for material protected from discovery by attorney-client privilege, the work product doctrine, or any other applicable privilege.

Sonos objects to the Request to the extent that it calls for material that is publicly available or otherwise equally available to Google.

Sonos objects to the extent the Request purports to call for documents outside Sonos's possession, custody, or control, such as Sonos's law firms' document retention policies.

Subject to these Specific Objections and the foregoing General Objections, and insofar as this request is understood, Sonos is not aware of any working examples of Sonos products or Sonos prototypes that practice the subject matter claimed in the '033 patent.

Sonos reserves the right to revise, correct, add to, supplement, or clarify its response to this Request for Production as additional information is discovered and/or becomes available.

**REQUEST FOR PRODUCTION NO. 58**

*Document relating to conception, design, development, and implementation of the Cloud Queue API mentioned on your website at https://developer.sonos.com/reference/cloud-queue-api/.*

**RESPONSE**

Sonos objects that the Request is overbroad, unduly burdensome, and not calculated to lead to the discovery of relevant documents, particularly to the extent that the Request requests documents regardless of time or whether they relate to any issue in this case.

Sonos objects to the Request to the extent that it calls for material protected from discovery by attorney-client privilege, the work product doctrine, or any other applicable privilege.

Sonos objects to the Request to the extent that it calls for material that is publicly available or otherwise equally available to Google.

Sonos objects to the extent the Request purports to call for documents outside Sonos's possession, custody, or control, such as Sonos's law firms' document retention policies.

Subject to these Specific Objections and the foregoing General Objections, and insofar as this request is understood, Sonos responds that it is willing to meet and confer with Google to understand what is sought by this request and how it is relevant to any issues in this case.

Sonos reserves the right to revise, correct, add to, supplement, or clarify its response to this Request for Production as additional information is discovered and/or becomes available.

**REQUEST FOR PRODUCTION NO. 59**

*Source code for the Cloud Queue API mentioned on your website at https://developer.sonos.com/reference/cloud-queue-api/, including the first version of the code.*

**RESPONSE**

Sonos objects that the Request is overbroad, unduly burdensome, and not calculated to lead to the discovery of relevant documents, particularly to the extent that the Request purports to require the production of versions of source code that are not purportedly relevant to any issue in this case.

Sonos objects to this request to the extent it seeks documents that involve third-party confidentiality interests and potential obligations of Sonos related to such third-party confidentiality interests.

Subject to these Specific Objections and the foregoing General Objections, and insofar as this request is understood, Sonos responds that it is willing to meet and confer with Google to understand what is sought by this request and how it is relevant to any issues in this case.

Sonos reserves the right to revise, correct, add to, supplement, or clarify its response to this Request for Production as additional information is discovered and/or becomes available.

Dated: December 27, 2021 Respectfully submitted,

By: /s/ Cole B. Richter

Cole B. Richter (admitted *pro hac vice*)
Illinois Bar No. 6315686
LEE SULLIVAN SHEA & SMITH LLP
656 W. Randolph St., Floor 5W
Chicago, IL 60661
Telephone: 312.754.9602
Facsimile: 312.754.9603
richter@ls3ip.com

Alyssa Caridis (admitted *pro hac vice*)
California Bar No. 260103
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa St., Suite 3200
Los Angeles, CA 90017
Telephone: 213.612.2372
Facsimile: 213.612.2499
acaridis@orrick.com

Clement Seth Roberts (admitted *pro hac vice*)
California Bar No. 209203
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard St.
San Francisco, CA 94105
Telephone: 415.773.5484
Facsimile: 415.773.5759
croberts@orrick.com

Bas de Blank (admitted *pro hac vice*)
California Bar No. 191487
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Blvd.
Menlo Park, CA 94205
Telephone: 650.614.7343
Facsimile: 650.614.7401
bdeblank@orrick.com

George I. Lee (admitted *pro hac vice*)

Illinois Bar No. 6225430
Sean M. Sullivan (admitted *pro hac vice*)
Illinois Bar No. 6230605
Rory P. Shea (admitted *pro hac vice*)
Illinois Bar No. 6290745
J. Dan Smith (admitted *pro hac vice*)
Illinois Bar No. 6300912
Cole B. Richter (admitted pro hac vice)
Illinois Bar No. 6315686
LEE SULLIVAN SHEA & SMITH LLP
656 W. Randolph St., Floor 5W
Chicago, IL 60661
Telephone:  312.754.9602
Facsimile:  312.754.9603
lee@ls3ip.com
sullivan@ls3ip.com
shea@ls3ip.com
smith@ls3ip.com
richter@ls3ip.com

*Counsel for Sonos, Inc.*

53