QUINN EMANUEL URQUHART &
SULLIVAN, LLP
  Charles K. Verhoeven (Bar No. 170151)
  charlesverhoeven@quinnemanuel.com
  Melissa Baily (Bar No. 237649)
  melissabaily@quinnemanuel.com
  James Judah (Bar No. 257112)
  jamesjudah@quinnemanuel.com
  Lindsay Cooper (Bar No. 287125)
  lindsaycooper@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:    (415) 875-6600
Facsimile:    (415) 875-6700

  Marc Kaplan (*pro hac vice*)
  marckaplan@quinnemanuel.com
191 N. Wacker Drive, Ste 2700
Chicago, Illinois 60606
Telephone:    (312) 705-7400
Facsimile:    (312) 705-7401

*Attorneys for Google LLC*

CLEMENT SETH ROBERTS (STATE
BAR NO. 209203)
croberts@orrick.com
BAS DE BLANK (STATE BAR NO.
191487)
basdeblank@orrick.com
ALYSSA CARIDIS (STATE BAR NO.
260103)
acaridis@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE
LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: (415) 773-5700
Facsimile: (415) 773-5759

SEAN M. SULLIVAN (admitted *pro hac
vice*)
sullivan@ls3ip.com
COLE RICHTER (admitted *pro hac vice*)
richter@ls3ip.com
LEE SULLIVAN SHEA & SMITH LLP
656 W Randolph St., Floor 5W
Chicago, IL 60661
Telephone:    (312) 754-0002
Facsimile:    (312) 754-0003

*Attorneys for Sonos, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GOOGLE LLC., <br><br> Plaintiff, <br><br> vs. <br><br> SONOS, INC., <br><br> Defendant. | CASE NO. 3:20-cv-06754-WHA <br> Related to CASE NO. 3:21-cv-07559-WHA <br><br> **STIPULATED REQUEST FOR ORDER EXTENDING EXPERT REPORT AND DISCOVERY DEADLINES** |

Pursuant to Civil Local Rule 6-2, Google LLC ("Google") and Sonos, Inc. ("Sonos") (collectively, "the Parties") jointly stipulate and request an order extending the expert report and discovery deadlines in accordance with the stipulated schedule set forth herein.

WHEREAS, the Parties have met and conferred in good faith and agreed, subject to the Court's approval, that extensions of the below expert report and discovery dates are necessary and desirable to accommodate the availability of the Parties' expert witnesses and to ensure adequate time for them to prepare their rebuttal and reply reports;

WHEREAS, the Parties agree that continuing the deadlines for expert reports and discovery will not affect the Parties' ability to comply with the other deadlines set forth in this case;

THE PARTIES HEREBY STIPULATE, AGREE, AND REQUEST, that the Court modify pretrial deadlines as follows:

| Event | Current Deadline Set Forth in Case Management Order (Dkt. 67) | Proposed Deadline |
|---|---|---|
| Deadline for rebuttal expert reports | December 14, 2022 | December 23, 2022 |
| Deadline for reply expert reports | December 21, 2022 | January 5, 2023 |
| Deadline for bringing discovery motions or extension motions based on discovery violations for expert discovery | December 23, 2022 | January 13, 2023 |
| Deadline for expert discovery[1] | January 4, 2023 | January 20, 2023 |

The Parties submit the accompanying declaration of James Judah in support hereof and respectfully request that the Court enter the attached proposed order.

IT IS SO STIPULATED.

//

//

//

//

---

[1]   The parties have agreed that the deposition of Google's damages expert, Christopher Bakewell, may take place during the week of January 23, 2022 to accommodate Mr. Bakewell's trial schedule.

Dated:  November 11, 2022                              Respectfully submitted,

 /s/ James Judah                                       /s/ Cole Richter
Attorneys for GOOGLE LLC                              Attorneys for SONOS, INC.

QUINN EMANUEL URQUHART &                              LEE SULLIVAN SHEA & SMITH LLP
SULLIVAN, LLP

*Counsel for Google LLC*                                *Counsel for Sonos, Inc.*

STIPULATED REQUEST FOR ORDER EXTENDING EXPERT REPORT AND DISCOVERY DEADLINES

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ECF ATTESTATION**

I, James Judah, am the ECF User whose ID and password are being used to file this Joint Stipulation.  In compliance with Civil Local Rule 5-1, I hereby attest that Cole Richter, counsel for Sonos, has concurred in this filing.

Dated:  November 11, 2022

By:    */s/ James Judah*
            James Judah

**[PROPOSED] ORDER**

The Court, having considered the Stipulated Request for Order Extending Expert Report and Discovery Deadlines, finds there is good cause to order the deadlines as follows:

| Event | Current Deadline Set Forth in Case Management Order (Dkt. 67) | Proposed Deadline |
|---|---|---|
| Deadline for rebuttal expert reports | December 14, 2022 | December 23, 2022 |
| Deadline for reply expert reports | December 21, 2022 | January 5, 2023 |
| Deadline for bringing discovery motions or extension motions based on discovery violations for expert discovery | December 23, 2022 | January 13, 2023 |
| Deadline for expert discovery[2] | January 4, 2023 | January 20, 2023 |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____, 2022  By:  _____

                                           Hon. William Alsup
                                           United States District Judge

---

[2]   The parties have agreed that the deposition of Google's damages expert, Christopher Bakewell, may take place during the week of January 23, 2022 to accommodate Mr. Bakewell's trial schedule.