UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOOGLE LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>SONOS, INC.,<br><br>        Defendant. | Case No. 20-cv-06754-WHA (DMR)<br><br>**ORDER ON OUTSTANDING DISCOVERY LETTER BRIEFS**<br><br>Re: Dkt. Nos. 377, 400 |

The court has reviewed the joint discovery letters filed at Docket Nos. 377 and 400. The court will hold a hearing on Defendant Sonos, Inc.'s ("Sonos") motion to compel (Docket No. 377) on December 8, 2022 at 1:00 p.m. via Zoom webinar.

As to Plaintiff Google, LLC's ("Google") motion to compel (Docket No. 399), the letter raises disputes that the parties should be able to resolve without court intervention. For example, Sonos contends that it has already produced "the latest version of" certain documents Google seeks, as well as "a sampling of the versions" of other documents. In response, Google asserts that Sonos "has not identified" the documents it purportedly produced. Accordingly, the joint letter is denied without prejudice. The parties shall immediately meet and confer in person regarding the issues raised in the letter, along with the relevant portions of the Sonos's production and any individual(s) with technical knowledge about the production. If disputes remain after meeting and conferring, the parties shall file a joint letter in accordance with the court's Notice of Reference and Order re: Discovery Procedures (Docket No. 105) by no later than November 28, 2022.

**IT IS SO ORDERED.**

Dated: November 16, 2022



_____
Donna M. Ryu
United States Magistrate Judge