1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA,

SAN FRANCISCO DIVISION

| | |
|---|---|
| GOOGLE LLC,<br><br>    Plaintiff and Counter-defendant,<br><br>v.<br><br>SONOS, INC.,<br><br>    Defendant and Counter-claimant. | Case No. 3:20-cv-06754-WHA<br>Related to Case No. 3:21-cv-07559-WHA<br><br>**[PROPOSED] ORDER GRANTING SONOS, INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |

Pursuant to Civil Local Rule 79-5, Sonos, Inc. ("Sonos") has filed an Administrative Motion to Consider Whether Another Party's Material Should Be Sealed ("Administrative Motion") in connection with Sonos, Inc.'s Motion For Leave To Amend Infringement Contentions Pursuant To Patent L.R. 3-6 ("Motion for Leave to Amend"), and good cause to seal having been shown, the Court GRANTS Sonos's Administrative Motion and ORDERS sealed the following:

| DOCUMENT | PORTIONS TO BE SEALED | DESIGNATING PARTY |
|---|---|---|
| Exhibit 1 to the Declaration of Geoffrey Moss in Support of Sonos, Inc.'s Unopposed Motion for Leave to Amend Infringement Contentions Pursuant to Patent L.R. 3-6 ("Declaration of Moss") | Entire document | Google |
| Exhibit 4 to the Declaration of Moss | Entire document | Google |
| Exhibit 8 to the Declaration of Moss | Entire document | Google |
| Exhibit 9 to the Declaration of Moss | Entire document | Google |

Dated: 

HON. WILLIAM H. ALSUP
United States District Judge