CLEMENT SETH ROBERTS (STATE BAR NO. 209203)
croberts@orrick.com
ALYSSA CARIDIS (STATE BAR NO. 260103)
acaridis@orrick.com
EVAN D. BREWER (STATE BAR NO. 304411)
ebrewer@orrick.com
Orrick, Herrington & Sutcliffe LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:   +1 415 773 5700
Facsimile:   +1 415 773 5759

SEAN M. SULLIVAN (*pro hac vice*)
sullivan@ls3ip.com
MICHAEL P. BOYEA (*pro hac vice*)
boyea@ls3ip.com
COLE B. RICHTER (*pro hac vice*)
richter@ls3ip.com
LEE SULLIVAN SHEA & SMITH LLP
656 W Randolph St., Floor 5W
Chicago, IL 60661
Telephone:   +1 312 754 0002
Facsimile:   +1 312 754 0003

*Attorneys for Sonos, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GOOGLE LLC,<br><br>    Plaintiff and Counterdefendant,<br><br>v.<br><br>SONOS, INC.,<br><br>    Defendant and Counterclaimant. | Case No. 3:20-cv-06754-WHA<br>Related to Case No. 3:21-cv-07559-WHA<br><br>**DECLARATION OF GEOFFREY MOSS IN SUPPORT OF SONOS, INC.'S MOTION FOR LEAVE TO AMEND INFRINGEMENT CONTENTIONS PURSUANT TO PATENT L.R. 3-6**<br><br>Date: Jan. 12, 2023<br>Time: 8:00 a.m.<br>Place: Courtroom 12, 19th Floor<br>Judge: Hon. William Alsup<br><br>Complaint Filed: September 28, 2020 |

I, Geoffrey Moss, declare as follows and would so testify under oath if called upon to do so:

1. I am an attorney with the law firm of Orrick, Herrington & Sutcliffe LLP, counsel of record to Sonos, Inc. ("Sonos") in the above-captioned matter. I am a member in good standing of the Bar of the State of California. I make this declaration based on my personal knowledge, unless otherwise noted. If called, I can and will testify competently to the matters set forth herein.

2. I make this declaration in support of Sonos's Motion for Leave to Amend Infringement Contentions Pursuant to Patent L.R. 3-6.

3. Attached as **Exhibit 1** is a true and correct copy of Sonos's proposed amended infringement contentions for U.S. Patent No. 10,799,033 ("the '033 patent") that shows all of the proposed changes in redline. The full and complete proposed amended infringement contention chart for the '033 patent was served on Google's counsel on November 21, 2022.

4. Attached as **Exhibit 2** is a true and correct copy of Sonos's initial infringement contention chart for the '033 patent served on December 11, 2020 in what is now the -7559 case.

5. Attached as **Exhibit 3** is a true and correct copy of Plaintiff's First Set of Fact Discovery Interrogatories to Defendants dated on August 7, 2021. These requests were served while the -7559 case was still pending in the Western District of Texas.

6. Attached as **Exhibit 4** is a true and correct copy of Google LLC's Third Supplemental Objections and responses to Plaintiff Sonos, Inc.'s First Set of Fact discovery Interrogatories (Nos. 13, 14, 15) dated February 4, 2022.

7. Attached as **Exhibit 5** is a true and correct copy of Sonos, Inc.'s First Rule 30(b)(6) Notice of Deposition of Google LLC dated January 5, 2022. Sonos subsequently served a corrected copy of that Notice in April 2022. *See* Dkt. 378-1.

8. Attached as **Exhibit 6** is a true and correct copy of Google LLC's Objections and Responses to Sonos, Inc.'s January 5, 2022 Rule 30(b)(6) Notice of Deposition of Google LLC dated February 3, 2022.

9. Attached as **Exhibit 7** is a true and correct copy of an email thread between counsel for Sonos and counsel Google sent between March 15, 2022 and April 13, 2022.

10. Attached as **Exhibit 8** is a true and correct copy of an email thread between counsel for Sonos and counsel for Google sent between April 19, 2022 and June 10, 2022.

11. Attached as **Exhibit 9** is a true and correct copy of a letter from Cole Richter to Jocelyn Ma re Google's discovery deficiencies.

12. Attached as **Exhibit 10** is a true and correct copy of an email from Nima Hefazi to Cole Richter dated November 10, 2022.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed this 23rd day of November, 2022 in Los Angeles, California.

_____
GEOFFREY MOSS