# EXHIBIT 10

| | |
|---|---|
| **From:** | Nima Hefazi <nimahefazi@quinnemanuel.com> |
| **Sent:** | Thursday, November 10, 2022 1:01 PM |
| **To:** | Cole Richter |
| **Cc:** | QE-Sonos3-Core; Sonos-NDCA06754-service; QE-Sonos3 |
| **Subject:** | Sonos III: Deposition of Travis Maclellan |

**This message originated from outside your organization**

Cole,

Without agreeing that the Cast SDK or Stream Transfer are properly accused, Google agrees to designate Tavis M. on the operation of Stream Transfer in the Cast SDK in response to Sonos's Topic No. 1.  Please confirm that this resolves the pending request in Sonos's letter brief for an additional witness on this topic.

Thanks,
Nima