UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA,

SAN FRANCISCO DIVISION

| | |
|---|---|
| GOOGLE LLC,<br><br>    Plaintiff and Counter-defendant,<br><br>v.<br><br>SONOS, INC.,<br><br>    Defendant and Counter-claimant. | Case No. 3:20-cv-06754-WHA<br>Related to Case No. 3:21-cv-07559-WHA<br><br>**[PROPOSED] ORDER GRANTING SONOS, INC.'S MOTION FOR LEAVE TO AMEND INFRINGEMENT CONTENTIONS PURSUANT TO PATENT L.R. 3-6** |

1  Before the Court is Sonos, Inc's Motion for Leave to Amend Infringement Contentions
2  Pursuant to Patent L.R. 3-6 ("Motion") as to U.S. Patent No. 10,779,033 filed on November 23,
3  2022. Accordingly, having reviewed the parties' submissions, and good cause having been
4  shown, the Court grants Sonos's Motion.

**IT IS SO ORDERED.**

Dated: _____, 2022

                                          HON. WILLIAM H. ALSUP
                                          United States District Judge