November 29, 2022

Hon. Donna M. Ryu, Magistrate Judge (N.D. Cal.)

Re: *Google LLC v. Sonos, Inc.*; Case No. 3:20-cv-06754-WHA (DMR) (N.D. Cal.)

Dear Magistrate Judge Ryu:

Google LLC ("Google") and Sonos, Inc. ("Sonos") respectfully submit this joint letter response to the Court's Order on Outstanding Discovery Letter Briefs (Dkt. 403). In the Order, the Court ordered the parties to "meet and confer in person regarding the issues raised in the letter" and "file a joint letter . . . by no later than November 28, 2022" if disputes remained. *Id.* at 1.

The parties met and conferred and have agreed to a compromise. In exchange for Google's agreement that this will moot all discovery disputes and Google will not raise any further disputes on this issue, Sonos will:

- Provide the bates number of the latest version of the "Cloud" (SONOS-SVG2-00233659), "Cloud Queue Implementation Details" (SONOS-SVG2-00233711), and "Cloud Queue REST API Design Spec" (SONOS-SVG2-00233715) documents;
- Produce at least one representative version (to the extent they exist) for the years 2013-2016 of the "Queues in the Cloud" and "Feature – Cloud Queue REST API" documents;
- Confirm one way or the other whether "Copy of CQ Rest API Design Spec" is Version 1 of the "CQ REST API" document at SONOS-SVG2-00233660 and SONOS-SVG2-00233670, and, if not, provide the bates number of Version 1 for each of SONOS-SVG2-00233660 and SONOS-SVG2-00233670; and
- Provide screenshots showing dates of each comment in the cloud queue documents.

Thus, the parties now write to inform the Court that the issue is moot at this time.

DATED: November 29, 2022                    QUINN EMANUEL URQUHART & SULLIVAN, LLP

By */s/ Charles K. Verhoeven*
Charles K. Verhoeven
Melissa J. Baily
James Judah
Lindsay Cooper
Marc Kaplan

*Attorneys for Google LLC*

01980-00181/13754950.2

LEE SULLIVAN SHEA SMITH LLP

By <u>*/s/ Cole Richter*</u>
Cole Richter

*Attorneys for Sonos, Inc.*

**ATTESTATION**

  I, Charles K. Verhoeven, am the ECF user whose ID and password are being used to file the above Letter. In compliance with Civil L.R. 5-1(h)(3), I hereby attest that Cole Richter concurred in the aforementioned filing.

DATED: November 29, 2022

                  */s/ Charles K. Verhoeven*
                  Charles K. Verhoeven