UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOOGLE LLC,<br><br>            Plaintiff,<br><br>     v.<br><br>SONOS, INC.,<br><br>            Defendant. | Case No. 20-cv-06754-WHA (DMR)<br><br>**ORDER RE: JOINT DISCOVERY LETTER**<br><br>Re: Dkt. No. 377 |

The parties filed a joint discovery letter on October 14, 2022 in which Defendant Sonos, Inc. moves to compel Plaintiff Google LLC to designate a witness or witnesses to testify in response to Sonos's Rule 30(b)(6) deposition notice and to respond to a single interrogatory. [Docket No. 377.]  The joint letter is set for hearing on December 8, 2022.

One of the issues raised in the joint letter is the competency of the two witnesses Google previously designated to testify regarding Sonos's 30(b)(6) Topic No. 1(iii)(a)-(c), "stream transfer" functionality.  On November 23, 2022, Sonos filed a motion for leave to amend its infringement contentions in which it asserts that Google recently designated a third individual, Tavis Maclellan, as its 30(b)(6) witness for the subject of stream transfer functionality.  Sonos states that it deposed Maclellan on November 11, 2022 and obtained testimony on that subject. [Docket No. 407 at 2-3.]  Thus, it appears that the parties' dispute about Topic No. 1(iii)(a)-(c) is moot.  By no later than **3:00 p.m. on Monday, December 5, 2022**, the parties shall submit a joint letter that does not exceed one page stating whether the dispute about Topic No. 1(iii)(a)-(c) is moot and thus withdrawn, and whether any other disputes addressed in the October 14, 2022 joint letter are impacted by Maclellan's deposition and therefore withdrawn.

**IT IS SO ORDERED.**

Dated: December 2, 2022



Donna M. Ryu
United States Magistrate Judge