

December 5, 2022

**Orrick, Herrington & Sutcliffe LLP**
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669

+1 415 773 5700
**orrick.com**


**Clement Seth Roberts**

**E** croberts@orrick.com
**D** +1 415 773 5484
**F** +1 415 773 5759

Hon. Donna M. Ryu, Magistrate Judge
United States District Court
Northern District of California
1301 Clay Street, Courtroom 4
Oakland, CA 94612

Re: <em>Google, LLC v. Sonos, Inc.</em>; Case No. 3:20-cv-06754-WHA (DMR) (N.D. Cal.)

Dear Judge Ryu:

Google LLC ("Google") and Sonos, Inc. ("Sonos") respectfully submit this joint letter response to the Court's Order regarding the Pending Joint Discovery Letter ("Order").[1] In the Order, the Court requested the parties file a letter stating "whether the dispute about Topic No. 1(iii)(a)-(c) is moot and thus withdrawn, and whether any other disputes addressed in the October 14, 2022 joint letter are impacted by Maclellan's deposition and therefore withdrawn. Dkt. 411.

On November 10, 2022, Google designated Tavis Maclellan to testify "on the operation of Stream Transfer in the Cast SDK in response to Sonos's Topic No. 1." Sonos deposed Mr. Maclellan on November 11, 2022. Given Mr. Maclellan's testimony and to reduce the disputed issues for the Court, Sonos withdraws the portion of its request for Google to provide a witness regarding Topic 1(iii)(a)-(c).

The rest of Sonos's requests remain pending. As a summary, these are:

1. an additional designee on Topic 1(i);

2. an additional designee on Topic No. 1(v)(a)-(d), (vi)(a)-(d), (vii)(a)-(d);

3. an additional designee on Topic No. 1(vi)(b)/(d), (vii)(b)/(d); and

---

[1] The relevant case management deadlines include: the deadline for bringing all discovery motions or extension motions based on discovery violations (October 16, 2022); close of non-expert discovery (November 30, 2022); close of expert discovery (January 20, 2022); deadline to file dispositive motions (January 26, 2023); pretrial conference (May 3, 2023); and trial (May 10, 2023).



Hon. Donna M. Ryu, Magistrate Judge
United States District Court
Northern District of California
December 5, 2022
Page Two

    4.   an additional response to Sonos's Interrogatory No. 14.

Dkt. 377.

Respectfully submitted,

DATED: December 5, 2022        QUINN EMANUEL URQUHART & SULLIVAN,
LLP

By /s/ *Charles K. Verhoeven*
Charles K. Verhoeven
Melissa J. Baily
Lindsay Cooper
Marc Kaplan

*Attorneys for Google LLC*


ORRICK, HERRINGTON & SUTCLIFFE LLP

By /s/ *Clement S. Roberts*
Clement S. Roberts

*Attorneys for Sonos, Inc.*