UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GOOGLE LLC,

      Plaintiff,

  v.

SONOS, INC.,

      Defendant.

No. C 20-06754

**NOTICE RE THIS WEEK'S HEARING**

The Court believes that this Thursday's hearing on Google's motion for leave to amend invalidity contentions would be a suitable opportunity for young attorneys with five or fewer years of experience to argue for both sides.

Dated: December 6, 2022.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE