| | |
|---|---|
| QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>  Charles K. Verhoeven (Bar No. 170151)<br>  charlesverhoeven@quinnemanuel.com<br>  Melissa Baily (Bar No. 237649)<br>  melissabaily@quinnemanuel.com<br>  James Judah (Bar No. 257112)<br>  jamesjudah@quinnemanuel.com<br>  Lindsay Cooper (Bar No. 287125)<br>  lindsaycooper@quinnemanuel.com<br>50 California Street, 22nd Floor<br>San Francisco, California 94111-4788<br>Telephone:    (415) 875-6600<br>Facsimile:    (415) 875-6700<br><br>  Marc Kaplan (*pro hac vice*)<br>  marckaplan@quinnemanuel.com<br>191 N. Wacker Drive, Ste 2700<br>Chicago, Illinois 60606<br>Telephone:    (312) 705-7400<br>Facsimile:    (312) 705-7401<br><br>*Attorneys for Google LLC* | CLEMENT SETH ROBERTS (STATE BAR NO. 209203)<br>croberts@orrick.com<br>BAS DE BLANK (STATE BAR NO. 191487)<br>basdeblank@orrick.com<br>ALYSSA CARIDIS (STATE BAR NO. 260103)<br>acaridis@orrick.com<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>The Orrick Building<br>405 Howard Street<br>San Francisco, CA 94105-2669<br>Telephone: (415) 773-5700<br>Facsimile: (415) 773-5759<br><br>SEAN M. SULLIVAN (admitted *pro hac vice*)<br>sullivan@ls3ip.com<br>COLE RICHTER (admitted *pro hac vice*)<br>richter@ls3ip.com<br>LEE SULLIVAN SHEA & SMITH LLP<br>656 W Randolph St., Floor 5W<br>Chicago, IL 60661<br>Telephone:    (312) 754-0002<br>Facsimile:    (312) 754-0003<br><br>*Attorneys for Sonos, Inc.* |

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| GOOGLE LLC.,<br><br>              Plaintiff,<br><br>      vs.<br><br>SONOS, INC.,<br><br>              Defendant. | CASE NO. 3:20-cv-06754-WHA<br>Related to CASE NO. 3:21-cv-07559-WHA<br><br>**STIPULATED REQUEST FOR ORDER EXTENDING DEADLINE FOR GOOGLE LLC'S OPPOSITION TO SONOS, INC.'S MOTION FOR LEAVE TO AMEND INFRINGEMENT CONTENTIONS PURSUANT TO PATENT L.R. 3-6** |

01980-00181/13763902.1

Case No. 3:20-cv-06754-WHA
STIPULATED REQUEST FOR ORDER EXTENDING DEADLINE FOR GOOGLE'S OPPOSITION TO SONOS'S MOTION TO AMEND

Pursuant to Civil Local Rule 6-2, Google LLC ("Google") and Sonos, Inc. ("Sonos") (collectively, the "Parties") jointly stipulate and request an order extending the deadline for Google's Opposition to Sonos's Motion for Leave to Amend Infringement Contentions Pursuant to Patent L.R. 3-6 ("Motion to Amend," Dkt. 407) ("Opposition").

WHEREAS, Sonos's Motion to Amend was filed on November 23, 2022, the day before Thanksgiving;

WHEREAS, Sonos did not serve sealed Exhibits 1, 4, 8, and 9 to Sonos's Motion to Amend until November 28, 2022;

WHEREAS, Google's Opposition is due on December 7, 2022;

WHEREAS, Google has agreed not to object to or oppose a Sonos request to supplement the briefing and hearing record concerning Google's motion for leave to amend its '033 invalidity contentions (Dkt. 336) in the event Google takes contradictory positions in its opposition to Dkt. 407;

WHEREAS, the Parties agree that continuing the deadline for Google's Opposition will not affect the Parties' ability to comply with the other deadlines set forth in this case;

THE PARTIES HEREBY STIPULATE, AGREE, AND REQUEST, that the Court extend the deadline for Google's Opposition to December 12, 2022.

The Parties submit the accompanying declaration of James Judah in support hereof and respectfully request that the Court enter the attached proposed order.

IT IS SO STIPULATED.

Dated: December 6, 2022                    Respectfully submitted,

/s/ Charles K. Verhoeven                   /s/ Cole Richter
Attorneys for GOOGLE LLC                   Attorneys for SONOS, INC.

QUINN EMANUEL URQUHART &                   LEE SULLIVAN SHEA & SMITH LLP
SULLIVAN, LLP

*Counsel for Google LLC*                   *Counsel for Sonos, Inc.*

**ECF ATTESTATION**

I, Charles K. Verhoeven, am the ECF User whose ID and password are being used to file this Joint Stipulation.  In compliance with Civil Local Rule 5-1, I hereby attest that Cole Richter, counsel for Sonos, has concurred in this filing.

Dated:  December 6, 2022

By: */s/ Charles K. Verhoeven*
Charles K. Verhoeven

# [PROPOSED] ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____, 2022   By: _____
Hon. William Alsup
United States District Judge