QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Charles K. Verhoeven (Bar No. 170151)
  charlesverhoeven@quinnemanuel.com
  Melissa Baily (Bar No. 237649)
  melissabaily@quinnemanuel.com
  James Judah (Bar No. 257112)
  jamesjudah@quinnemanuel.com
  Lindsay Cooper (Bar No. 287125)
  lindsaycooper@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:     (415) 875-6600
Facsimile:     (415) 875-6700

  Marc Kaplan (*pro hac vice*)
  marckaplan@quinnemanuel.com
191 N. Wacker Drive, Ste 2700
Chicago, Illinois 60606
Telephone:     (312) 705-7400
Facsimile:     (312) 705-7401

*Attorneys for Google LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GOOGLE LLC,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>SONOS, INC.,<br><br>　　　　Defendant. | CASE NO. 3:20-cv-06754-WHA<br>Related to CASE NO. 3:21-cv-07559-WHA<br><br>**DECLARATION OF JAMES JUDAH IN SUPPORT OF STIPULATED REQUEST FOR ORDER EXTENDING DEADLINE FOR GOOGLE'S OPPOSITION TO SONOS'S MOTION FOR LEAVE TO AMEND INFRINGEMENT CONTENTIONS PURSUANT TO PATENT L.R. 3-6** |

I, James Judah, declare and state as follows:

1. I am an attorney licensed to practice in the State of California and am admitted to practice before this Court. I am a partner at Quinn Emanuel Urquhart & Sullivan LLP representing Google LLC ("Google") in this matter. I have personal knowledge of the matters set forth in this Declaration, and if called as a witness I would testify competently to those matters.

2. I make this declaration in support of the Stipulated Request for Order Extending Deadline for Google LLC's Opposition to Sonos, Inc.'s ("Sonos") Motion for Leave to Amend Infringement Contentions Pursuant to Patent L.R. 3-6 ("Motion to Amend," Dkt. 407) ("Opposition").

3. The Parties believe that an extension of the deadline for Google's Opposition is necessary and desirable to accommodate the Thanksgiving holiday and late service of sealed Exhibits 1, 4, 8, and 9 to Sonos's Motion to Amend.

4. The Parties agree that the proposed extensions will not affect the Parties' ability to comply with other deadlines set forth in this case such as the deadline for dispositive motions.

5. With respect to Civil L.R. 6-2(a)(2), I am aware of six previous modifications to the case schedule based on my review of the docket. On March 12, 2022, the Parties stipulated to an extension of Google's deadline to answer or move to dismiss Sonos's counterclaims to seven days after the Court's order on Google's motion to dismiss in the related case. Dkt. 156. On May 18, 2022, the Court vacated the initial patent showdown trial date and set the trial for October 3, 2022. Dkt. 269. On May 4, 2022, the Court granted the Parties' stipulated request to extend the mediation deadline to accommodate their preferred mediator's schedule. Dkt. 245. On July 15, 2022, the Court granted the Parties' stipulated request to extend expert pretrial deadlines for the patent showdown trial. Dkt. 304. On August 22, 2022, the Court granted the parties' stipulated request to extend the expert discovery deadline for the patent showdown trial. Dkt. 328. On November 14, 2022, the Court granted the parties' stipulated request to extend expert report and discovery deadlines. Dkt. 402.

1  I declare under penalty of perjury under the laws of the United States of America that to the
2  best of my knowledge the foregoing is true and correct. Executed on December 6, 2022 in
3  Hillsborough, California.
4  DATED: December 6, 2022

By: */s/ James Judah*
James Judah