December 9, 2022

Hon. Donna M. Ryu, Magistrate Judge (N.D. Cal.)

Re: *Google, LLC v. Sonos, Inc.*; Case No. 3:20-cv-06754-WHA (DMR) (N.D. Cal.)

Dear Judge Ryu:

Google LLC ("Google") and Sonos, Inc. ("Sonos") respectfully submit this supplemental joint letter brief per the Court's Order. *See* Dkt. 414.

> QUINN EMANUEL URQUHART & SULLIVAN, LLP
>
> By /s/ *Charles K. Verhoeven*
> Charles K. Verhoeven
> Melissa J. Baily
> Lindsay Cooper
> Marc Kaplan
>
> *Attorneys for Google LLC*
>
> ORRICK, HERRINGTON & SUTCLIFFE LLP
>
> By /s/ *Clement S. Roberts*
> Clement S. Roberts
>
> *Attorneys for Sonos, Inc.*

**FILER'S ATTESTATION**

I, Clement S. Roberts, pursuant to Civil Local Rule 5-1(h)(3), attest that all other Signatories listed, and on whose behalf the filing is submitted, have concurred in the filing of the document.

Dated: December 9, 2022                          */s/ Clement S. Roberts*
                                                          Clement S. Roberts

01980-00181/13773245.4

# Google LLC and Sonos, Inc.'s Supplemental Joint Discovery Letter per the Court's Order (ECF No. 414)

# FILED UNDER SEAL