CLEMENT SETH ROBERTS (STATE BAR NO. 209203)
croberts@orrick.com
ALYSSA CARIDIS (STATE BAR NO. 260103)
acaridis@orrick.com
EVAN D. BREWER (STATE BAR NO. 304411)
ebrewer@orrick.com
Orrick, Herrington & Sutcliffe LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:   +1 415 773 5700
Facsimile:   +1 415 773 5759

SEAN M. SULLIVAN (*pro hac vice*)
sullivan@ls3ip.com
MICHAEL P. BOYEA (*pro hac vice*)
boyea@ls3ip.com
COLE B. RICHTER (*pro hac vice*)
richter@ls3ip.com
LEE SULLIVAN SHEA & SMITH LLP
656 W Randolph St., Floor 5W
Chicago, IL 60661
Telephone:   +1 312 754 0002
Facsimile:   +1 312 754 0003

*Attorneys for Sonos, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA,

SAN FRANCISCO DIVISION

| | |
|---|---|
| GOOGLE LLC,<br><br>    Plaintiff and Counter-defendant,<br><br>    v.<br><br>SONOS, INC.,<br><br>    Defendant and Counter-claimant. | Case No. 3:20-cv-06754-WHA<br>Related to Case No. 3:21-cv-07559-WHA<br><br>**SONOS, INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |

## I. INTRODUCTION

Pursuant to Civil Local Rule 79-5(f), Sonos, Inc. ("Sonos") hereby respectfully submits this Administrative Motion to Consider Whether Another Party's Material Should Be Sealed ("Administrative Motion") in connection with Sonos, Inc.'s and Google LLC's ("Google") Supplemental Joint Discovery Letter Brief ("Supplemental Joint Discovery Letter Brief"). Specifically, Sonos seeks to file under seal the information and/or document(s) listed below:

| DOCUMENT | PORTIONS TO BE SEALED | DESIGNATING PARTY |
|---|---|---|
| Supplemental Joint Discovery Letter Brief | Entire document | Google |
| Exhibit 1 to Joint Discovery Letter Brief | Entire document | Google |

## II. LEGAL STANDARD

Materials and documents may be provisionally filed under seal pursuant to Civil Local Rule 79-5(f) when the document, or portions thereof, "has been designated as confidential by another party or non-party." *See* L.R. 79-5(f).

## III. GOOGLE LLC'S CONFIDENTIAL INFORMATION

Sonos seeks to seal the information and/or document(s) listed in the above table because they may contain information that Google considers Confidential and/or Highly Confidential-Attorneys' Eyes Only and/or Highly Confidential-Source Code pursuant to the Protective Order entered by this Court. Dkt. 92. Sonos takes no position on the merits of sealing Google's designated material, and expects Google to file one or more declarations in accordance with the Local Rules.

## IV. CONCLUSION

In compliance with Civil Local Rule 79-5(d) and (e), unredacted versions of the above-listed documents accompany this Administrative Motion and redacted versions are filed publicly. A proposed order is being filed concurrently herewith. For the foregoing reasons, Sonos respectfully requests that the Court grant Sonos's Administrative Motion.

| | | |
|---|---|---|
| 1 | Dated: December 9, 2022 | ORRICK HERRINGTON & SUTCLIFFE LLP |
| 2 | | *and* |
| | | LEE SULLIVAN SHEA & SMITH LLP |
| 3 | | |
| 4 | | By: */s/ Clement S. Roberts* |
| | |     Clement S. Roberts |
| 5 | | *Attorneys for Sonos, Inc.* |