1 | CLEMENT SETH ROBERTS (STATE BAR NO. 209203)
croberts@orrick.com
2 | BAS DE BLANK (STATE BAR NO. 191487)
basdeblank@orrick.com
3 | ALYSSA CARIDIS (STATE BAR NO. 260103)
acaridis@orrick.com
4 | EVAN D. BREWER (STATE BAR NO. 304411)
ebrewer@orrick.com
5 | ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
6 | 405 Howard Street
San Francisco, CA 94105-2669
7 | Telephone: +1 415 773 5700
Facsimile: +1 415 773 5759

SEAN M. SULLIVAN (*pro hac vice*)
sullivan@ls3ip.com
J. DAN SMITH (*pro hac vice*)
smith@ ls3ip.com
MICHAEL P. BOYEA (*pro hac vice*)
boyea@ ls3ip.com
COLE B. RICHTER (*pro hac vice*)
richter@ls3ip.com
LEE SULLIVAN SHEA & SMITH LLP
656 W Randolph St., Floor 5W
Chicago, IL 60661
Telephone: +1 312 754 0002
Facsimile: +1 312 754 0003

*Attorneys for Sonos, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA,

SAN FRANCISCO DIVISION

| | |
|---|---|
| GOOGLE LLC,<br><br>　　Plaintiff and Counter-defendant,<br><br>　　v.<br><br>SONOS, INC.,<br><br>　　Defendant and Counter-claimant. | Case No. 3:20-cv-06754-WHA<br>Related to Case No.: 3:21-cv-07559-WHA<br><br>**PROOF OF SERVICE OF SEALED MATERIAL RE SUPPLEMENTAL JOINT DISCOVERY LETTER** |

# PROOF OF SERVICE

I am employed in the County of San Mateo, State of California. I am over the age of 18 years and not a party to the within action. My business address is Orrick, Herrington, & Sutcliffe, 1000 Marsh Rd., Menlo Park, California 94025.

On December 9, 2022, I served the following document(s) on the interested parties in this action:

Supplemental Joint Discovery Letter Brief and Exhibit A (sealed versions)

on the following service list as indicated below:

> Charles K. Verhoeven
> Lindsay Cooper
> QUINN EMANUEL URQUHART & SULLIVAN, LLP
> 50 California Street, 22nd Floor
> San Francisco, California 94111-478
> charlesverhoeven@quinnemanuel.com
> qe-sonos3@quinnemanuel.com
>
> Attorneys for GOOGLE LLC

(BY E-MAIL OR ELECTRONIC TRANSMISSION) by electronically transmitting a true and correct copy of the document(s) in pdf format from email address amaruska@orrick.com to the email address(es) set forth in the service list. I did not receive, within a reasonable time after the transmission, any electronic message or indication that the transmission was unsuccessful or incomplete.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on December 9, 2022, in Fremont, California.

_____
John Camaya