```
 1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
      Charles K. Verhoeven (Bar No. 170151)
 2    charlesverhoeven@quinnemanuel.com
      Melissa Baily (Bar No. 237649)
 3    melissabaily@quinnemanuel.com
      James Judah (Bar No. 257112)
 4    jamesjudah@quinnemanuel.com
      Lindsay Cooper (Bar No. 287125)
 5    lindsaycooper@quinnemanuel.com
    50 California Street, 22nd Floor
 6  San Francisco, California 94111
    Telephone:    (415) 875-6600
 7  Facsimile:    (415) 875-6700

 8    Marc Kaplan, pro hac vice
      marckaplan@quinnemanuel.com
 9  191 N. Wacker Drive, Ste 2700
    Chicago, Illinois 60606
10  Telephone:    (312) 705-7400
    Facsimile:    (312) 705-7401
11
    Attorneys for Google LLC
12
```

*Attorneys for Google LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GOOGLE LLC,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>SONOS, INC.,<br><br>　　　　　Defendant. | CASE NO. 3:20-cv-06754-WHA<br>Related to CASE NO. 3:21-cv-07559-WHA<br><br>**ATTACHMENT A TO THE DECLARATION OF JOCELYN MA IN SUPPORT OF SONOS, INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED (DKT. NO. 421)**<br><br>**[FILED UNDER SEAL]** |