# Exhibit 1

**Page 22**

1  BY MR. BOYEA:                              9:39AM
2      Q   And is your testimony that you only have
3  vague knowledge of casting?
4      MR. KAPLAN:  Object to form, misstates
5  testimony.                                 9:39AM
6      THE WITNESS:  My answer was in particular
7  to these steps that are in front of me.
8  BY MR. BOYEA:
9      Q   Okay.  Let's move on to starting at
10  Line 10 of that same page that you're looking at.  9:39AM
11      There is discussion of, quote/unquote,
12  stream transfer a feature that Google refers to as
13  "stream transfer."
14      Are you familiar with stream transfer?
15      A   Can you clarify what "stream transfer" is  9:39AM
16  exactly?
17      Q   If you could read what is set forth their
18  starting at Lines 14, this is Google's own
19  documentation referring to stream transfer.
20      Go ahead and give that a read and let me  9:40AM
21  know if you're familiar with what stream transfer
22  is.
23      A   Line 14 references a blog.
24      Q   Yes.
25      A   Do you want me to read that?           9:40AM

**Page 23**

1      Q   There is a screenshot below starting at   9:40AM
2  Line 15, if you could read that screenshot that
3  refers to "stream transfer."  Read it to yourself
4  and let me know if you're familiar with what is
5  being referred to as a stream transfer feature.    9:40AM
6      A   What lines should I stop reading?
7      Q   What lines did you read?
8      A   Fourteen through 23.
9      Q   I think that's sufficient.
10      Are you familiar with the stream transfer   9:41AM
11  feature that's referred to in those lines?
12      A   I have heard of the word "stream transfer."
13      Q   You've heard of it.
14      Are you familiar with the functionality
15  that enables that feature to be used by a user?    9:41AM
16      MR. KAPLAN:  Object to form.
17      THE WITNESS:  Can you clarify what do you
18  mean by being familiar with?
19  BY MR. BOYEA:
20      Q   Are you going to be able to tell me how   9:41AM
21  that feature is actually implemented?
22      A   I'm not.  I do not know how stream transfer
23  works underneath the...
24      MR. BOYEA:  Okay.  So Sonos is going to
25  object obviously, Marc, because Mr. Mo is designated  9:42AM

**Page 24**

1  for this topic for four different apps.         9:42AM
2      So we'll just put that objection in and
3  we'll resolve that off the record.
4      Q   So, Mr. Mo, if you turn to the following
5  page, you'll see starting at Line 5 through 8 there  9:42AM
6  is some discussion of an "up next" feature and an
7  "autoplay" feature.
8      Let me know once you're there.
9      A   I'm there.
10      Q   Can you go ahead and review the screenshot  9:42AM
11  that starts at Line 10?
12      A   Okay.  I've seen that screenshot.
13      Q   Are you familiar with the feature that
14  Google refers to as "up next"?  And specifically up
15  next suggests additional content based on whatever  9:43AM
16  you're currently watching.
17      Are you familiar with that feature?
18      A   I have seen the feature.
19      Q   You've seen the feature.
20      Are you going to be able to me how the up     9:43AM
21  next feature is implemented in Google's system?
22      A   No, I'm not able to.
23      MR. BOYEA:  All right.  Sonos is going to
24  object once again because Mr. Mo is designated on
25  this topic for four different YouTube apps.        9:43AM

**Page 25**

1      MR. KAPLAN:  Well, very quickly, Mr. Mo is   9:43AM
2  designated on these topics as they relate to casting
3  functionality for four different apps.
4      MR. BOYEA:  Yes, I understand that.  They
5  are part and parcel of one another.              9:44AM
6      But we'll have to figure this out off the
7  record.  So --
8      MR. KAPLAN:  You can object now, but I
9  think as we get into questions, I think some of this
10  is going to be sorted out.  So let's continue and  9:44AM
11  short circuit any questions on sort of functionality
12  as to these topics.
13      MR. BOYEA:  Marc, but you know you guys
14  designated him for all of these topics for four
15  different apps.  I'm going to have a very short    9:44AM
16  amount of time to ask him questions and I'm having
17  to spend this time telling him told that he doesn't know
18  information regarding these topics.
19      So I'm going to have to prioritize what I
20  ask because he's telling me he doesn't know about  9:44AM
21  these features.
22      MR. KAPLAN:  He knows about cast.  That's
23  what he's been designated on.  I think if you ask
24  those questions that you had planned to ask for
25  cast, then we're going to cover these topics        9:45AM

7 (Pages 22 - 25)

1  sufficiently.                              9:45AM
2       But please continue.
3  BY MR. BOYEA:
4     Q   Mr. Mo, if you look at the bottom of the
5  page that you're at, there is another screenshot   9:45AM
6  called "Autoplay videos."
7       Do you see that?
8     A   I see the section.  Is there a screenshot
9  that you wanted me to look at?
10    Q   Yes.  It starts at Line 24, 25.  There is   9:45AM
11  a screenshot that's titled "Autoplay videos."
12    A   Okay.  I see it.
13    Q   Are you familiar with the autoplay feature
14  being described in this screenshot?
15    A   The screenshot being the text about     9:45AM
16  autoplay?
17    Q   Yes, exactly.
18    A   Without the context of which this text is
19  from, it's hard to know which specific
20  autoplay is for.                           9:46AM
21    Q   So it describes here in the screenshot,
22  "The autoplay feature on YouTube."
23       So are you familiar with the autoplay
24  feature on YouTube?
25    A   I'm aware of it.                        9:46AM

Page 26

1     Q   Are you going to be able to explain how   9:46AM
2  the autoplay feature is implemented on the YouTube
3  apps?
4     A   Which YouTube app specifically?
5     Q   Let's start with the YouTube main app or   9:46AM
6  just the YouTube app.
7       Are you familiar with how the autoplay
8  feature is implemented in that app?
9       MR. KAPLAN:  Object to form.
10      THE WITNESS:  Is there a specific context   9:47AM
11  within which the app is used?
12  BY MR. BOYEA:
13    Q   Whether it's casting or not casting.
14      MR. KAPLAN:  Object to form.
15      THE WITNESS:  So you're asking         9:47AM
16  specifically about apps on a particular surface?
17  BY MR. BOYEA:
18    Q   I'm asking -- yes, let's start with when
19  YouTube is being run on a phone, for instance, are
20  you familiar with how the autoplay feature is   9:47AM
21  implemented?
22    A   I need more specific context in addition to
23  that.
24    Q   What else, what other context do you need?
25    A   Whether it's related -- whether it's during   9:48AM

Page 27

1  casting.                                   9:48AM
2     Q   Yes.  So before casting.
3     A   Before casting, I'm not familiar with
4  autoplay.
5     Q   And what about after casting, are you   9:48AM
6  familiar with autoplay?
7     A   It depends on which -- I would need you to
8  clarify again where -- what part of the YouTube
9  experience you're referring to.
10    Q   I'm not sure I know what other context I   9:48AM
11  need to give you.
12      So in the context of casting YouTube to a
13  receiver device, are you familiar with how the
14  autoplay feature is implemented?
15    A   On which device?                       9:49AM
16    Q   Are there multiple devices that autoplay
17  would be implemented on?
18    A   Yes, depending on the context once again.
19    Q   In the context of casting YouTube to a
20  receiver, what other context do you need to know to   9:49AM
21  be able to answer my question?
22    A   Just which client do you want to know about
23  autoplay for that particular use case?
24    Q   When you say "client," what do you mean by
25  the term "client"?                         9:49AM

Page 28

1     A   Sender or receiver.                    9:49AM
2     Q   So we're going to get into some
3  terminology, so maybe this is good.
4       Can you explain to me what you mean by
5  "sender"?                                  9:50AM
6     A   Sender is what I refer to as YouTube client
7  such as a mobile device where a user may cast from.
8       The receiver device, the receiver client
9  is the device for the client that the user is
10  casting to.                                9:50AM
11    Q   Okay.  And in this context I want to make
12  sure I understand what the receiver is.  Is that in
13  a Chromecast device?
14    A   That can be one.
15    Q   Okay.  And would that -- would a receiver   9:50AM
16  be any Nest Smart speaker?
17    A   Yes.  Some Nest speakers are considered to
18  be a receiver device.
19    Q   You said, "Some Nest speakers are
20  considered to be speaker devices."           9:51AM
21      What Nest speakers are not considered
22  receiver devices?
23    A   I don't know off the top of my head.
24    Q   So are you able to think of any Nest
25  speaker that would not be considered a receiver   9:51AM

Page 29

1 device?                                   9:51AM
2     A   Not that I am aware of right now.
3     Q   So would you agree with me that a Nest
4 Mini, Nest Audio, Nest Hub and Nest Hub Max would be
5 considered a receiver device?             9:52AM
6         MR. KAPLAN:  Object to form.
7         THE WITNESS:  When they are being used in
8 casting, yes.
9 BY MR. BOYEA:
10    Q   Would you agree with me that a Home Mini,   9:52AM
11 Home, Home Max and Home Hub are considered to be
12 receiver devices when used in casting?
13    A   Yes, I would refer to those as receiver
14 devices.
15    Q   I know you said yes to Chromecast earlier,   9:52AM
16 but would a Chromecast, Chromecast Audio, Chromecast
17 Ultra and Chromecast with Google TV be considered a
18 receiver in casting?
19    A   Yes, they can be referred to as receivers.
20    Q   And then what about the Nest WiFi Point,    9:53AM
21 would that be considered a receiver when casting?
22    A   I'm aware of one Nest WiFi that can act as a
23 receiver device.
24    Q   And is that the Nest WiFi Point?
25    A   I'm not familiar with the actual names, the  9:53AM

Page 30

1 official names.                           9:53AM
2     Q   Okay.  So you used the term "sender"
3 before.  Are you familiar with the Nest Hub devices?
4     A   Yes, I've heard of Nest Hubs.
5     Q   Is a Nest Hub device, can it be considered   9:53AM
6 a sender when casting?
7     A   No.  I don't -- I would not refer to it as a
8 sender.
9     Q   Okay.  So I'm going to get back to these
10 topics that you've been designated for.    9:54AM
11        Now, are you familiar with the source code
12 that enables the casting functionality in Google's
13 products?
14    A   Can you please speak more specific?
15    Q   Sure.  Have you -- do you write source      9:55AM
16 code for the casting functionality?
17    A   Yes, I have written code that deals with
18 casting.
19    Q   And what code have you written that deals
20 with casting?                            9:55AM
21    A   I'm sorry, something triggered within my
22 house that is playing sound.  Can I disable that?
23    Q   Yes.  Go ahead.
24    A   Okay.
25        MR. KAPLAN:  Too many smart devices.      9:55AM

Page 31

1         THE WITNESS:  Sorry about that.         9:56AM
2         MR. BOYEA:  No problem.
3     Q   So I asked previously:  What code have you
4 written that deals with casting?
5     A   Do you have any specifics in mind?  Since   9:56AM
6 that's pretty broad.
7     Q   Sure.  You mentioned sender and receiver
8 before.  So let me start with:  Have you written
9 sender side code for casting?
10    A   For YouTube on the YouTube clients.        9:56AM
11    Q   And when you say "for YouTube," are you
12 referring specifically to the YouTube main app or
13 more generally to the YouTube apps that I understand
14 there are four -- at least four different YouTube
15 apps?                                    9:57AM
16        MR. KAPLAN:  Object to form.
17        THE WITNESS:  What are the four YouTube
18 apps once again?
19 BY MR. BOYEA:
20    Q   So you're familiar with the YouTube main    9:57AM
21 app; correct?
22    A   I am, yes.
23    Q   And that's typically more generally just
24 referred to as the YouTube app; isn't that right?
25    A   That can be the case, yes.              9:57AM

Page 32

1     Q   And you're familiar with the YouTube Music   9:57AM
2 app; correct?
3     A   I'm aware of the YouTube Music app.
4     Q   And you're aware of the YouTube Kids app;
5 correct?                                 9:57AM
6     A   Yes.
7     Q   And you're aware of the YouTube TV app;
8 correct?
9     A   Can you also -- is there a specific device
10 of which these apps went on as well?       9:58AM
11    Q   You know, you might have cut out in the
12 middle of that question.  Can you just repeat it?
13    A   I was asking you to clarify if there are
14 certain devices of which these apps are running on
15 that you're asking about.                  9:58AM
16    Q   At this point I'm just trying to -- you
17 asked me to go over the four YouTube apps with you,
18 agnostic to what they are running on.  The last one
19 I'm asking about is the YouTube TV app.  I'm just
20 making sure you have an understanding of the four    9:58AM
21 YouTube apps I'm referring to?
22    A   I am aware of those products, yes.
23    Q   When I refer to the YouTube apps in this
24 deposition, I want you to understand that those are
25 the four YouTube apps that I am referring to.      9:58AM

Page 33

Page 34

1    A   Okay.                           9:58AM
2    Q   You previously said that you haven't
3  written sender side code for YouTube on YouTube
4  clients.
5        My follow-up question to that is: The   9:59AM
6  YouTube code that you've written, is it for one of
7  these -- one of the four YouTube apps or is it for
8  multiple of them?
9    A   The code I've written, it can be for -- it
10  can be for any YouTube clients that want the sender  9:59AM
11  features, sender capability.
12   Q   Have you -- sorry, I didn't mean to
13  interrupt you.
14       Have you written code for the receiver
15  side of casting YouTube?                  10:00AM
16  ████████████████████████
   ████████████████████
   ██ ██ ████████████████████████████
   ████████████████████████████ █████
   ██████████████████████
22   Q   Is there a -- let me strike that.  I'll
23  return to that question later.
24       So I want to shift gears just a little bit
25  and ask you what you did to prepare for the   10:00AM

Page 35

1  deposition today.                       10:01AM
2        Let me first start by asking:  Did you
3  have any meetings in preparation for your deposition
4  today?
5        MR. KAPLAN:  You can answer that yes or   10:01AM
6  no.
7        THE WITNESS:  Yes.
8  BY MR. BOYEA:
9    Q   When did those meetings take place?
10   A   Yesterday.                        10:01AM
11   Q   Other than the meeting yesterday, did you
12  have any other meeting in preparation for the
13  deposition today?
14   A   No.
15   Q   How long was the meeting yesterday?   10:01AM
16   A   It was around eight hours.
17   Q   Who was present at that meeting?
18   A   Mishima was one of them.
19   Q   Anyone else?
20   A   Ruth.                            10:01AM
21   Q   Who is Ruth?
22   A   She is a legal person from Google.
23   Q   So Google in-house; is that correct?
24   A   I don't know how to differentiate the terms.
25   Q   Is Ruth a lawyer?                 10:02AM

Page 36

1    A   I don't know.                     10:02AM
2    Q   What was Ruth's last name?
3    A   I actually don't have -- I don't know from
4  the top of my head.
5    Q   Was there anyone else that was at the   10:02AM
6  meeting?
7    A   Yes.
8    Q   Who else?
9    A   Neema.
10   Q   Anyone else?                      10:02AM
11   A   Marc.
12   Q   Anyone else?
13   A   Patrick.
14   Q   Is Patrick, what was his last name?
15   A   I don't, again, recall right now.   10:03AM
16   Q   Anybody else?
17   A   Met with Chaoren Li.
18   Q   Could you spell that for the record?
19   A   Yes, C-H-A-O-R-E-N, L-I.
20   Q   Who is Chaoren Li?                 10:03AM
21   A   He is an engineer.
22   Q   Is he an engineer at Google?
23   A   Yes.
24   Q   What is his role at Google?
25   A   He is an engineer at YouTube.       10:04AM

Page 37

1    Q   Does he work on sender devices?     10:04AM
2    A   I don't know how to answer that.  From the
3  top of my head, I don't know.
4    Q   So you understand that Mr. Li works on
5  YouTube, but you don't know if he works on sender   10:04AM
6  devices.  Is that fair?
7    A   I can't answer how much or little experience
8  he has had on the sender side.
9    Q   Was there anybody else that was at the
10  meeting?                              10:04AM
11   A   Yes.
12   Q   Who?
13   A   Andreas.
14   Q   Can you spell that for the record?
15   A   A-N-D-R-E-A-S.                     10:05AM
16   Q   Is that a first or last name?
17   A   I believe it's his first.
18   Q   Do you have a last name for Andreas?
19   A   No.  Not from memory.
20   Q   And who is Andreas?                10:05AM
21   A   He's a YouTube engineer.
22   Q   Is there a specific subject matter within
23  YouTube that Andreas deals with?
24   A   I know that he has at least worked on
25  ████████████                          10:06AM

**Page 38**

1  Q   And what is ███████           10:06AM
2  A   ███████████████████
   ████████████
4  Q   When you say ███████ is that a
5  cloud service?                     10:06AM
6  A   Yes.
7  Q   Is the YouTube -- strike that.
8      Is the ███████ used with all four
9  of the YouTube apps?
10 A   I don't know. I don't know if all four use 10:06AM
11 █████████.
12 Q   Was there anybody else that was present at
13 the meeting yesterday?
14 A   Not that I remember right now.
15 Q   Did you review any documents during the 10:07AM
16 meeting?
17     MR. KAPLAN: Object to form. I have to
18 give a quick instruction on privilege here. I think
19 the question is a little too broad.
20     You can answer whether documents that you 10:07AM
21 reviewed refreshed your recollection or taught you
22 information subject to the 30(b)(6) topics.
23 BY MR. BOYEA:
24 Q   Sorry, you cut out there.
25 A   Can you rephrase that question?   10:08AM

**Page 39**

1  Q   Yes. The question was: Did you review 10:08AM
2  any documents during your meeting yesterday?
3      MR. KAPLAN: And the instruction is you
4  can answer with respect to documents that refreshed
5  your recollection and with respect to any documents 10:08AM
6  that may have prepared you on the topics and taught
7  you information for those 30(b)(6) topics. Okay?
8      THE WITNESS: I did not go over any
9  documents that taught me new things.
10 BY MR. BOYEA:                        10:08AM
11 Q   Did you go over any documents that
12 refreshed your recollection about the testimony that
13 you would be giving today?
14 A   No.
15 Q   So I want to begin with talking about 10:08AM
16 playing back YouTube at a sender device.
17     Do you have knowledge regarding that
18 subject matter?
19 A   Can you rephrase that question, please?
20 Q   Sure. One of the topics you're designated 10:09AM
21 for is the design and operation of a computer such
22 as a pixel device receiving and playing a sequence
23 of media items in connection with, and it would be
24 the four YouTube apps that we discussed previously.
25     So what I'm asking is if you have   10:09AM

**Page 40**

1  knowledge regarding a pixel device or the like   10:09AM
2  receiving and playing a sequence of media items in
3  connection with running one of the YouTube apps?
4  A   That can be -- that can be vague. If you
5  can -- if you can refine the use case even more.   10:10AM
6  Q   Sure. You agree with me that any of the
7  YouTube apps can run on a phone; correct?
8  A   What kind of phone, specifically?
9  Q   How about an Android phone? Are there
10 Android phones that run the YouTube apps?   10:10AM
11 A   Yes.
12 Q   And are there iOS or Apple phones that run
13 the YouTube apps?
14 A   Yes.
15 Q   So in that context, whether it's Android 10:10AM
16 or iOS, are you familiar with how the YouTube app
17 would run on the phone?
18 A   Sorry, that's still vague in terms of just
19 YouTube app running on a phone.
20 Q   Let me strike it then.         10:11AM
21     How about with respect to a user playing
22 back YouTube content on an Android or iOS phone?
23 A   I have some knowledge.
24 Q   Okay. So let's start with do you agree
25 with me that every device that can run a YouTube app 10:11AM

**Page 41**

1  has a central processing unit?         10:11AM
2      MR. KAPLAN: Object to form, scope.
3      THE WITNESS: I don't really know like
4  if -- that's a difficult question for me to just
5  make a statement like that.            10:12AM
6  BY MR. BOYEA:
7  Q   Let me ask it this way: Are you aware of
8  any device that can run a YouTube app that does not
9  have a central processing unit?
10     MR. KAPLAN: Object to form and scope.   10:12AM
11     THE WITNESS: I'm unaware of any.
12 BY MR. BOYEA:
13 Q   Are you aware of any device that can run a
14 YouTube app that does not have memory?
15     MR. KAPLAN: Object to form and scope.   10:12AM
16     THE WITNESS: Not that I can think of
17 right now.
18 BY MR. BOYEA:
19 Q   Are you aware of any device that can run a
20 YouTube app that does not store a YouTube app   10:12AM
21 software on that memory?
22     MR. KAPLAN: Object to form and scope.
23     THE WITNESS: Can you rephrase that?
24 BY MR. BOYEA:
25 Q   Sure. Are you aware of any device that   10:13AM

11 (Pages 38 - 41)

| | |
|---|---|
| 1  Q  Have you heard of a WiFi chipset?  10:19AM | 1  A user could select a single video to  10:22AM |
| 2  MR. KAPLAN:  Object to scope.  You can | 2  watch; correct? |
| 3  answer the question. | 3  A  I don't know what a user could do. |
| 4  THE WITNESS:  WiFi chipset?  Possibly. | 4  Q  So let me get -- this is your testimony, |
| 5  BY MR. BOYEA:  10:19AM | 5  Mr. Mo, so I just want to make sure I'm  10:22AM |
| 6  Q  Let me ask you this:  For a sender device | 6  understanding it. |
| 7  that's running the YouTube app, does that sender | 7  You're not sure if a user can select a |
| 8  device connect to a WiFi network?  Does it have that | 8  single video for playback via the YouTube app; is |
| 9  capability? | 9  that your testimony? |
| 10  MR. KAPLAN:  Object to form.  10:19AM | 10  MR. KAPLAN:  Object to form, 10:22AM |
| 11  THE WITNESS:  Can you repeat that | 11  mischaracterizes testimony. |
| 12  question? | 12  THE WITNESS:  No, what I meant was I would |
| 13  BY MR. BOYEA: | 13  not know what a user may or may not do in a given -- |
| 14  Q  Sure.  A sender device that's running a | 14  in a given situation. |
| 15  YouTube app, can that device connect to a WiFi  10:19AM | 15  BY MR. BOYEA:  10:23AM |
| 16  network? | 16  Q  I'm not asking you that.  I'm asking that |
| 17  A  If that device has that capability. | 17  it's possible for a user to select a single video |
| 18  Q  And what would give that device the | 18  for playback through a YouTube app on a sender; |
| 19  capability to connect to a WiFi network? | 19  right? |
| 20  A  Software support and hardware support.  10:20AM | 20  MR. KAPLAN:  Object to scope.  10:23AM |
| 21  MR. KAPLAN:  Object to scope. | 21  THE WITNESS:  I know that for the main app |
| 22  BY MR. BOYEA: | 22  on mobile, that is a -- I believe that's the case, |
| 23  Q  What hardware support would it need to | 23  it's a supported case. |
| 24  have to be able to connect to a WiFi network? | 24  BY MR. BOYEA: |
| 25  MR. KAPLAN:  Object to scope.  10:20AM | 25  Q  Mr. Mo, have you used the YouTube main app  10:23AM |
| Page 46 | Page 48 |

| | |
|---|---|
| 1  THE WITNESS:  Specifically I wouldn't be  10:20AM | 1  before?  10:23AM |
| 2  able to tell you other than WiFi hardware, | 2  MR. KAPLAN:  Object to scope. |
| 3  WiFi-enabled hardware. | 3  THE WITNESS:  On select devices. |
| 4  BY MR. BOYEA: | 4  BY MR. BOYEA: |
| 5  Q  Are you aware of any sender device that  10:20AM | 5  Q  And have you used it on a sender device?  10:23AM |
| 6  can run a YouTube app that does not have | 6  MR. KAPLAN:  Objection. |
| 7  WiFi-enabled hardware? | 7  THE WITNESS:  I have used YouTube main app |
| 8  MR. KAPLAN:  Object to form. | 8  on an Android phone. |
| 9  THE WITNESS:  Not that I can think of. | 9  BY MR. BOYEA: |
| 10  BY MR. BOYEA:  10:21AM | 10  Q  And have you played back video content on  10:24AM |
| 11  Q  In the context of the YouTube apps, do you | 11  the Android phone while using the YouTube main app? |
| 12  agree with me that a user could select a single | 12  A  Yes, I have. |
| 13  media item for playback at a sender device running | 13  Q  In doing so, have you ever selected a |
| 14  any of the YouTube apps? | 14  single video for playback? |
| 15  A  Please repeat that.  10:21AM | 15  MR. KAPLAN:  Object to form and scope.  10:24AM |
| 16  Q  So in the context of the YouTube apps, | 16  THE WITNESS:  I've played a video of |
| 17  those allow a user to select a single media item for | 17  interest. |
| 18  playback; correct? | 18  BY MR. BOYEA: |
| 19  MR. KAPLAN:  Object to form, scope. | 19  Q  I'm trying to get some basics here, |
| 20  THE WITNESS:  It's hard to say.  It's --  10:22AM | 20  Mr. Mo.  That's what I'm asking is how a user  10:24AM |
| 21  BY MR. BOYEA: | 21  actually can use one of these devices.  I'm not |
| 22  Q  Why is it hard to say? | 22  asking you trick questions.  I'm just trying to get |
| 23  A  I would need more specifics. | 23  some baseline terminology with you. |
| 24  Q  So let's start with a YouTube app running | 24  Is it the case that for at least certain |
| 25  on a sender.  Okay?  10:22AM | 25  of the YouTube apps, it's possible to select a  10:24AM |
| Page 47 | Page 49 |

1   playlist of media items for playback?                  10:24AM
2        MR. KAPLAN:  Object to scope.
3        THE WITNESS:  You asked if it's possible
4   for which app?
5   BY MR. BOYEA:                                          10:25AM
6     Q   Let's start with the YouTube main app.
7     A   Mm-hmm.  Whether it's possible to play
8   playlists?
9     Q   Correct.
10        MR. KAPLAN:  Object to scope.             10:25AM
11        THE WITNESS:  I believe -- yes, I believe
12   that's possible.
13   BY MR. BOYEA:
14     Q   And it's possible to play a playlist in
15   YouTube Music; correct?                               10:25AM
16        MR. KAPLAN:  Same objection.
17        THE WITNESS:  Can you define "playlist"
18   exactly?
19   BY MR. BOYEA:
20     Q   Have you -- does Google use the phrase   10:26AM
21   "playlist" in the context of YouTube Music?
22     A   I -- I use playlist within that context.
23     Q   How do you use the term "playlist" in the
24   context of YouTube Music?
25     A   It depends on the context of the         10:26AM

1   conversation.                                          10:26AM
2     Q   What does it depend on?
3        MR. KAPLAN:  Object to scope.
4        THE WITNESS:  Whether I'm talking about it
5   from -- as like a user or something else.     10:26AM
6   BY MR. BOYEA:
7     Q   Let's use that understanding.  When you're
8   using it in the context of from a user's
9   perspective, is it possible to play a playlist in
10   YouTube Music?                                        10:27AM
11     A   I don't believe so.
12     Q   And what about YouTube Kids, is it
13   possible to select a playlist for playback?
14     A   I don't know actually.
15     Q   Okay.  So in the context of the YouTube  10:27AM
16   sender, have you heard the phrase "local queue"
17   before?
18     A   In the context of -- I'm sorry, can you
19   repeat that?
20     Q   In the context of a YouTube sender -- let 10:28AM
21   me strike that.
22        In the context of a sender running a
23   YouTube app, have you heard the phrase "local queue"
24   before?
25     A   Is there more specifics to that?         10:28AM

1     Q   What other specifics would you need?      10:28AM
2     A   Just within the context of anything or --
3     Q   So in the context of the YouTube app
4   playing back on the sender device, have you heard
5   the phrase "local queue" before?                      10:28AM
6     A   I've heard of it.
7     Q   And what is the local queue in that
8   context?
9        MR. KAPLAN:  Object to form and scope.
10        THE WITNESS:  It depends on -- it's a very  10:29AM
11   abstract term.
12   BY MR. BOYEA:
13     Q   Well, your testimony is that you have
14   heard the phrase "local queue" before in the context
15   of the YouTube app playing back on the sender 10:29AM
16   device.
17        So I want to try to understand what your
18   understanding is of that term in that context.
19        MR. KAPLAN:  Object to form,
20   mischaracterizes testimony.                   10:29AM
21        THE WITNESS:  I've heard of it with
22   regards to just playing -- having a user have --
23   being able to play things that they want on the
24   phone.
25

1   BY MR. BOYEA:                                          10:30AM
2     Q   Is a local queue stored on the phone in
3   this context?
4        MR. KAPLAN:  Object to form.
5        THE WITNESS:  I don't know.             10:30AM
6   BY MR. BOYEA:
7     Q   Let me ask you this:  In the context of
8   YouTube Music, are you familiar with the ability for
9   a user to listen to music without an internet
10   connection?                                           10:30AM
11     A   Yes, I have -- I'm aware of something like
12   that.
13     Q   In that context where a user is playing
14   back music without an internet connection, would
15   there be a local queue on the phone?          10:31AM
16        MR. KAPLAN:  Object to form.
17        THE WITNESS:  I don't know whether it's
18   called that or not.  It's YouTube Music client
19   specific.
20   BY MR. BOYEA:                                         10:31AM
21     Q   Do you work on YouTube Music client
22   specific code?
23     A   Depends on -- again, depends on the
24   different clients aside from products itself.
25     Q   What do you mean depends on the different  10:31AM



**Page 58 (left column)**

8    A   Yes, I do see that.
9    Q   Do you have any reason to disagree with
10   that statement?                    10:47AM
11   A   I don't know other than I just see that's
12   what it says.
13   Q   Do you have an understanding of what it
14   means, "client-side construct"?
15   A   I can only interpret based on reading this.  10:48AM
16   Q   As Google's designee on the topics here, I
17   would like to get Google's position on what a
18   client-side construct means in this context.
19   A   I didn't write this, so I wouldn't be able
20   to answer that.                    10:48AM
21   Q   Okay.  Do you know what -- do you see a
22   little bit later, two sentences in it describes,
23
24
25        Are you familiar with what a renderer is?  10:48AM

**Page 59 (bottom left column)**

1    A   I've heard that term before.     10:48AM
2    Q   Can you explain to me what does that mean
3    at Google, "renderer"?
4    A   It can mean many things within Google.  I'll
5    take that definition -- it depends on context again.  10:49AM
6    Q   In the context of YouTube Music and in
7    this document, I'm trying to understand what this
8    terminology means.
9        So as Google's designee, can you explain
10   to me what "renderer" means in the context of this  10:49AM
11   document?
12   A   Let me read through this first.
13       The first section I read.
14   Q   After reading the first section, can you
15   give an explanation of what the phrase "renderer"  10:50AM
16   means?
17   A
18
19                              Yes.
20   Q   Can you explain to me what is a
21                         then?
22   A   Is there -- without looking at the
23   definition of that, I wouldn't be able to tell you
24   other than it's a type of message.
25   Q   Where would I find the definition of    10:51AM

**Page 60 (right column)**

1                                    ?     10:51AM
2    A   Without -- again, without knowing exactly
3    where this came from, it's difficult for me to know
4    what this is actually referring to.
5    Q   So as Google's designee, can you explain  10:51AM
6    to me in this context what a renderer is without
7    having additional information given to you?
8        MR. KAPLAN:  Object to form.  You can
9    answer.
10       THE WITNESS:  Again, with sort of the    10:52AM
11   limited context of this and from my prior experience
12   with working with renderers, it's a name -- it's a
13   name that we give to, you know, information that's
14   somewhere.  It's just a naming convention.
15   BY MR. BOYEA:                       10:52AM
16   Q   Okay.  So you see there is a statement
17   that says
18
19       What is
20   A   Again, without knowing specifically what  10:53AM
21   this is pointing to, I can't give an exact answer.
22   Q   Can you give any educated guess as
23   Google's designee as to what            means
24   in --
25       MR. KAPLAN:  Object to form.  But you can  10:53AM

**Page 61 (bottom right column)**

1    answer.                             10:53AM
2        THE WITNESS:  I would assume that it's
3    equivalent to the            that exists
4    for YouTube.  And this is music-specific.
5    BY MR. BOYEA:                       10:53AM
6    Q   Can you explain to me what the
7                       is in the context of YouTube?
8    A   So, for -- yes, I can.
9    Q   Go ahead please.
10       MR. KAPLAN:  Object to form.          10:54AM
11       THE WITNESS:  Again, the client's example
12   YouTube main app,            a -- essentially
13
14
15   BY MR. BOYEA:                       10:54AM
16   Q
17   A
18
19
20                                      10:54AM
21   A   Loosely speaking, again, it's a name that we
22   just use.
23   Q   It has to refer to something; right?  You
24   said,
25       I guess what did you mean by that?    10:55AM

16 (Pages 58 - 61)



**Page 62**

1   A   I was just referring to the                10:55AM
2   ███████████.
3   Q
    ███████████████
    ███████████████
    ███████████████
    ███████████████
    ███████████████

12      MR. KAPLAN: Object to form.
13      THE WITNESS: Can you repeat that?
14  BY MR. BOYEA:
15  ███████████████
    ███████████████
    ███████████████
    ███████████████

22  A   From reading this document, that's what it's
23  suggesting.
24  Q   Okay. So let's go back to the document.
25  If you can go to the second page.        10:56AM

**Page 63**

1   A   Okay.                                10:57AM
2   ███████████████
    ███████████████
    ███████████████

7       Do you see that?
8   A   Yes, I do see that.
9   Q   So I want to ask you some questions on the
10  terminology here so I have an understanding of what   10:57AM
11  this means.
12  ███████████████
    ███████████████
    ███████████████                          10:57AM
16      MR. KAPLAN: Object to form.
17      THE WITNESS: Nothing other than what I
18  said earlier.
19  BY MR. BOYEA:
20  ███████████████
    ███████████████
    ███████████████
    ███████████████                          10:58AM

**Page 64**

1   A   No.                                  10:58AM
2   Q   So is that the end of your response?
3   A   I'm scanning the rest of the document to see
4   if it provides more information.
5   Q   Maybe I'll ask a follow-up question.  10:59AM
6       If you look a little bit further down in
7   the document, there is a diagram.
8   ███████████████
    ███████████████

11  A   I do.
12  ███████████████
    ███████████████
    ███████████████
    ███████████████
    ███████████████
    ███████████████
    ███████████████
    ███████████████                          11:00AM

**Page 65**

    ███████████████
    ███████████████
    ███████████████                          11:00AM
6   Q   Separate and aside from this document, are
7   you -- have you had any experience with the
8   ███████████ service?
9   A   No, I haven't had any experience other than
10  I think I'm aware of it. Yes.             11:01AM
11  Q   Okay. So you might not have information
12  for me on this, but let me ask the last question
13  from that statement you're looking at above.
    ███████████████
    ███████████████
    ███████████████
    ███████████████
    ███████████████
    ███████████████                          11:01AM



**Page 66**

```
[REDACTED]                          11:01AM
 2      A   I wouldn't be able to tell you.  Again, I
 3   didn't write this document and short of that being
 4   described here, I can't tell you.
 5   [REDACTED]
     [REDACTED]
     [REDACTED]
     [REDACTED]
     [REDACTED]
     [REDACTED]
14      Q   Well, Mr. Mo, you're Google's designee
15   here and I can read these words and I can try to      11:02AM
16   figure out what it means, but you're the one in the
17   position to tell me what it means to Google.  So I'm
18   trying to get your best estimation of what this is
19   referring to.
20           Are you able to give any testimony on        11:03AM
21   behalf of Google here as to what the autoplay
22   reference in this document is referring to?
23      A   No, I'm not.
24           MR. KAPLAN:  Object to form.
25           THE WITNESS:  Again, not for this            11:03AM
```

**Page 67**

```
 1   specific -- this document and for the -- this queue   11:03AM
 2   renderers for autoplay that you've asked for.
 3   BY MR. BOYEA:
 4      Q   Maybe there is another document that might
 5   give a little bit more context.                       11:04AM
 6           MR. BOYEA:  Jae is going to be introducing
 7   what is going to be labeled as Mo Exhibit 4.
 8           (Exhibit 4 was marked for identification.)
 9           MR. BOYEA:  That should be coming through.
10   For the record, what has been marked for              11:04AM
11   identification as Mo Exhibit 4 is a copy of a
12   document titled "Server" and has a starting Bates
13   number of GOOG-SONOSWDTX-00039785.
14      Q   Mr. Mo, let me know once you have that
15   opened up.                                            11:04AM
16      A   I have it open.
17      Q   This appears to be another page from the
18   same location as the last document we were looking
19   at.  You see again it says, "Reviewed by davidjn" at
20   the top?                                              11:05AM
21      A   Yes, I see that.
22      Q   Davidjn is a reference to David Nicholson,
23   a Google employee; correct?
24      A   That, again, looks familiar to me.  Yes, I
25   think -- without knowing the source of this, it looks  11:05AM
```

**Page 68**

```
 1   like it could be.                                     11:05AM
 2      Q   And to be clear, I'll just let you know
 3   that any document that has the GOOG-SONOS starting
 4   in the Bates number on the bottom right corner,
 5   that's a document that Google has produced to Sonos   11:05AM
 6   in this case.
 7           So I'm going to have you go to the fifth
 8   page of the document and you should see a diagram
 9   that says, [REDACTED]
10           Let me know once you're there.               11:06AM
11      A   Is that Page 5?
12      Q   It should be Page 5 of the document and
13   there should be a blue box at the top of the
14   diagram.
15      A   I'm on that page.                             11:07AM
16   [REDACTED]
     [REDACTED]
     [REDACTED]
     [REDACTED]
22           MR. KAPLAN:  Object to form.  You can
23   answer.
24           THE WITNESS:  Can you rephrase your
25   question?                                             11:07AM
```

**Page 69**

```
 1   BY MR. BOYEA:                                         11:07AM
 2   [REDACTED]
 4           MR. KAPLAN:  Same objection.  You can
 5   answer that.                                          11:07AM
 6           THE WITNESS:  No, I'm not.
 7   BY MR. BOYEA:
 8      Q   [REDACTED]
     [REDACTED]
     [REDACTED]
     [REDACTED]
     [REDACTED]
     [REDACTED]
     [REDACTED]
     [REDACTED]
     [REDACTED]
     [REDACTED]
     [REDACTED]
                                                   11:09AM
```



**Page 70 (left column)**

1  ████████████████████

2  ████████

3     Q   So is that a yes or no to my question?

4     MR. KAPLAN:  Object to form.

5     THE WITNESS:  Again, it's -- your question   11:09AM

6  was around whether the music client -- can you

7  repeat your question again?

8  BY MR. BOYEA:

9  ████████████████████

████████████████████████

██  ████████████████

████████████

██████████████████

██████████████████

████████████

██████████████████████

██████

████████████████

████████████████

██████████████████   11:10AM

**Page 72 (right column)**

1  ████████   11:12AM

2  ████████████████████

████████████████████████

██  ██████████████████

██  ████████████

████████████████████

██  ██  ████████████████   11:13AM

11     Q   Go ahead.

12     A   I was going to say if you can provide more

13  concrete examples.

14     Q   Hopefully this will help.  I'm going to

15  introduce another exhibit.  Maybe this will give you   11:13AM

16  a little bit more concrete substance here.

17     MR. BOYEA:  Jae is going to identify an

18  exhibit that's going to be identified as Mo

19  Exhibit 5.

20     (Exhibit 5 was marked for identification.)   11:13AM

21  BY MR. BOYEA:

22     Q   Before that comes through, Mr. Mo, do you

23  understand that when a YouTube sender is playing

24  media, that it can play back through a sequence of

25  media items at a given time?   11:14AM

**Page 71 (left column)**

1     MR. KAPLAN:  Object to form.  But you can   11:11AM

2  answer.

3     THE WITNESS:  I don't know.  It goes back

4  to this is what the diagram shows.

5  BY MR. BOYEA:   11:11AM

6     Q   And again, you're Google's designee here.

7  So I just want to make sure this is Google's

8  testimony.

9     So you can't give me an answer one way or

10  the other?   11:11AM

11     MR. KAPLAN:  Objection to form, misstates

12  testimony.

13     THE WITNESS:  I did not write this

14  document.

15  BY MR. BOYEA:   11:11AM

16  ██  ████████████████

████████████████████████

████████████

19     A   Are you asking me if I --

20     Q   Could you explain to me what that is a   11:12AM

21  reference to?

22     A   I'll have to read this document to see what

23  it's -- why it's there.

24     Q   Let me ask you more generally.

25  ████████████████   11:12AM

**Page 73 (right column)**

1     MR. KAPLAN:  Object to form.   11:14AM

2     THE WITNESS:  Can you repeat that?

3  BY MR. BOYEA:

4     Q   Sure.  When a YouTube sender is playing

5  back media, you understand that it can play back   11:14AM

6  through a sequence of media items; right?

7     MR. KAPLAN:  Object to form.

8     THE WITNESS:  Can you give a more concrete

9  example?

10  BY MR. BOYEA:   11:14AM

11     Q   Why don't you go ahead and open Mo

12  Exhibit 5 now.

13     Let me know once you have that up.

14     A   Yes.

15     Q   These are screenshots that were captured   11:15AM

16  this weekend on a pixel device running the different

17  YouTube apps.

18     I would like to ask you some questions

19  here.  Hopefully this will give you a little bit

20  more context.   11:15AM

21     So the first screenshot labeled

22  "Screenshot Number 1", does that look familiar to

23  you, the GUI at least look familiar to you?

24     MR. KAPLAN:  Object to form and

25  authenticity.   11:15AM

19 (Pages 70 - 73)

**Page 74**

1  THE WITNESS: I've seen something similar  11:15AM
2  to it.
3  BY MR. BOYEA:
4   Q   You agree with me that this is a
5  YouTube -- a screenshot of a YouTube main app;  11:15AM
6  right?
7   A   Again, without knowing the source of the
8  screenshot, it's hard to say whether it's from a
9  natural YouTube app or not.
10   Q   I'll represent that this was captured on  11:15AM
11  the pixel device running the YouTube main app.  And
12  so I want to ask you some questions here.
13  So you see in the upper -- not all the way
14  to the upper right corner of Screenshot 1, but that
15  there is an icon that has "cc" in it?  11:16AM
16   A   Yes, I see that.
17   Q   Then to the left of that there is what I
18  believe is referred to as the cast icon; correct?
19   A   It looks like one, yes.
20   Q   Then to the left of that is another icon  11:16AM
21  with -- looks to be like a play -- a circle around
22  like a play icon.
23  Do you see that?
24  MR. KAPLAN: Object to form.
25  THE WITNESS: I see -- yes, I see another  11:16AM

**Page 76**

1   Q   Do you have an understanding of what  11:18AM
2  "Autoplay is on" is referring to in the YouTube Kids
3  context?
4   A   I cannot say definitively.
5   Q   Does YouTube Kids refer to autoplay in any  11:18AM
6  other context other than it being a recommendation
7  of a video after the current video finishes?
8   A   Again, it depends on context.  It could be
9  different things just from experience.
10   Q   In this context shown in Screenshot  11:18AM
11  Number 2, you can't tell me what "Autoplay is on" is
12  referring to?
13  MR. KAPLAN: Object to form.  But you can
14  answer.
15  THE WITNESS: I can only guess what it's  11:19AM
16  for.
17  BY MR. BOYEA:
18   Q   Well, as Google's 30(b)(6) designee, can
19  you give me an educated guess as to what you think
20  this is for?  11:19AM
21  MR. KAPLAN: Object to form.  But you can
22  answer.
23  THE WITNESS: Again, this is outside of
24  the context of casting, so my guess is that it could
25  be similar to what is shown above in the main app,  11:19AM

**Page 75**

1  icon, it's to the other cast like icon.  11:16AM
2  BY MR. BOYEA:
3   Q   Are you familiar with what the icon next
4  to the cast icon is used for?
5   A   As a user, I believe from experience, yes.  11:17AM
6   Q   What is it used for then?
7   A   To enable recommendations when the current
8  video finishes.
9   Q   Is that the same thing as the feature that
10  Google refers to as autoplay?  11:17AM
11  MR. KAPLAN: Object to form.  But you can
12  answer.
13  THE WITNESS: That term is actually
14  overloaded.  So maybe if you can provide a more
15  concrete definition of "autoplay."  11:17AM
16  BY MR. BOYEA:
17   Q   Well, I'm asking how Google uses that
18  terminology.  So you can see below in Screenshot
19  Number 2, I'll represent that this is a screenshot
20  that was taken using the YouTube Kids app on a pixel  11:17AM
21  device.
22  You see right in the middle it says,
23  "Autoplay is on."
24  Do you see that?
25   A   I do see that.  11:18AM

**Page 77**

1  that it would enable recommendations for when the  11:19AM
2  current video ends.
3  BY MR. BOYEA:
4   Q   Now, you've referred to recommendations.
5  Where do these recommendations come from?  11:20AM
6   A   I'm not an expert in recommendations on
7  YouTube.  They come from essentially a service.
8  That's one way to get recommendations.
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24   Q   If you scroll to the second page of this
25  document, there are two screenshots labeled  11:21AM

20 (Pages 74 - 77)

1  Screenshot 3 and Screenshot 4. I'll represent that   11:21AM
2  these were screenshots taken on a pixel device
3  running the YouTube Music app.
4       Do you see in Screenshot Number 4, Mr. Mo,
5  there is an autoplay banner about a little more than   11:21AM
6  halfway above -- between the halfway point of this
7  screenshot.
8       Do you see that?
9   A  Yes, I see that.
10  Q  Are you familiar with how the section of   11:22AM
11 this screen is populated below the autoplay section?
12  A  No, I'm not.
13  ████ ███████████████████████████
14
15 ███████████                11:22AM
16  A  I don't know in this case.
17  Q  Who at Google would you go ask if you
18 wanted to find the answer to that question?  Do you
19 have anybody in mind?
20  A  No, I would -- someone on the YouTube Music   11:23AM
21 team.
22  Q  And who would you at the YouTube Music
23 team start with if you were trying to find the
24 answer to that question?
25  A  I don't have a person off the top of my mind 11:23AM
                                              Page 78

1   For the record, this is a document titled   11:25AM
2  "Cast" and the first Bates number is
3  GOOG-SONOSWDTX-000 39484.
4   Q  Let me know when you have that open,
5  Mr. Mo.                    11:25AM
6   A  Yes, I have it open.
7   Q  Have you seen this document before?
8   A  It looks familiar.  I can't say for sure
9  whether I've seen this specific one or not.
10  Q  But you've seen documents like this?   11:26AM
11  A  I've seen documents that has similar
12 content.
13  Q  And where would you have seen documents
14 like this?
15  A  I'm looking at the left side, it's a --   11:26AM
16 essentially it's a team site.
17  Q  Do you have access to this team site?
18  A  Again, I don't know.  It looks like it.  It
19 looks like this document could come from it.  It
20 have --                    11:27AM
21  Q  Yes, go ahead.
22  A  And I have had access to the team site
23 before.
24  Q  This is a team site that's internal to
25 Google; correct?              11:27AM
                                              Page 80

1  setting here.                11:23AM
2   Q  Is there a team lead over in the YouTube
3  Music team -- I guess.  Let me strike that.
4      Is there a leader of the YouTube Music
5  team that you would go to?       11:23AM
6   A  I don't know who that person would be.
7   Q  All right.  So if you scroll to the third
8  page of this document, there is a screenshot labeled
9  Screenshot Number 5.  And I'll represent to you that
10 this is a screenshot that was captured on a pixel   11:24AM
11 device running the YouTube TV app.
12      Do you see below the halfway point of the
13 screenshot, there is an "Up Next" section there?
14  A  Yes, I see that.
15  Q  Do you have an understanding of where the   11:24AM
16 "Up Next" information comes from?
17  A  No, I don't have that knowledge.
18  Q  Okay.  So let's shift gears a little bit
19 here and talk about -- we'll get another document
20 introduced here.              11:24AM
21      MR. BOYEA:  This will be marked for
22 identification purposes as Mo Exhibit 6.
23      (Exhibit 6 was marked for identification.)
24      MR. BOYEA:  That should be coming through
25 now, Mr. Mo.  Go ahead and take a look at that.   11:25AM
                                              Page 79

1   A  Yes, it would be.            11:27AM
2   Q  All right.  So do you have a general
3  understanding of what the context of this document
4  is?
5      I'll ask a better question.  Let me strike  11:27AM
6  that.
7      Do you have a general understanding of the
8  subject matter of this document titled "Cast"?
9   A  Can you give me a few moments to read
10 through this?                11:27AM
11  Q  Yes, sure.
12      Now that you have had a chance to read
13 through it, do you have an understanding of the
14 general subject matter of this document?
15  A  Yes, I do in general, a general level.    11:29AM
16  Q  And what is your general understanding of
17 the subject matter?
18      MR. KAPLAN:  Object to form.  But you can
19 answer.
20      THE WITNESS:  Just a high level of what   11:29AM
21 he's talking about here in this doc.
22 BY MR. BOYEA:
23  Q  And what is that?
24 ████ ██████████████████████████
25  Q  Perfect.  That's what I want to get into.   11:29AM
                                              Page 81

21 (Pages 78 - 81)



3    Q    That was super helpful.  Maybe let me just
4  unpack that a little bit.

1:00PM
Page 106

1:02PM
Page 107

1:03PM
Page 108

1:05PM
Page 109

HIGHLY CONFIDENTIAL - SOURCE CODE



Veritext Legal Solutions
866 299-5127

1  and wants to listen to an album -- are you following   1:27PM
2  me so far?
3      A   This is on the sender side this is happening
4  on?
5      Q   Yes, on the sender side.  So if they want   1:28PM
6  to listen to an album, are you familiar with the
7  album appearing in the up next panel?
8      A   No.  Can you clarify some more?
9      Q   Let me see if we have an example.  Let me
10  see.  We're going to introduce another exhibit.   1:29PM
11  Hopefully this can give you a little bit more
12  context.
13      MR. BOYEA:  Jae just added to the shared
14  folder what we marked as Mo Exhibit 7.
15      (Exhibit 7 was marked for identification.)   1:29PM
16      MR. BOYEA:  Let me know once you have
17  that.
18      For the record, this is a screenshot that
19  was recently captured on a pixel device of the
20  YouTube app.                                  1:29PM
21      THE WITNESS:  I have it open.
22  BY MR. BOYEA:
23      Q   Okay.  And so, Mr. Mo, as you can see
24  here, this is a screenshot of a YouTube app.  And
25  there is a current cast session that says, "Playing

Page 122

1  on Speaker A."                                1:30PM
2      Do you see that?
3      MR. KAPLAN:  Object to authenticity.  Go
4  ahead.
5      THE WITNESS:  I do see this picture that's   1:30PM
6  in this document.
7  BY MR. BOYEA:
8      Q   Are you familiar with the panel that is
9  shown where it says, "TV queue 2/2" and then below
10  that, "Autoplay is on"?                       1:30PM
11      Have you seen that before?
12      A   I can't say for certain.  The UI is -- maybe
13  I'm more familiar with another UI.
14      Q   But are you familiar with this type of UI
15  where there are TV queue items followed by an   1:30PM
16  autoplay section?
17      A   Yes, I have seen UIs with similar layouts.
18      Q   ████████████████████████████████
19  ████████████████████████████████████████
20  ████████████████████████████ Let's start there.
21  ████████████████████████████████ Let's start there.
22      MR. KAPLAN:  Object to form.
23      THE WITNESS:  It's hard to say without
24  knowing exactly what is actually happening behind
25  the scenes with this UI.                      1:31PM

Page 123

1  BY MR. BOYEA:                                 1:31PM
2      Q   What information would you need to know?
3      A   Just where it's getting the data from for
4  populating this TV queue section.
5      Q   Yes, those are the questions I'm asking   1:32PM
6  you, right?
7      You are Google's 30(b)(1) witness on the
8  accused autoplay functionality for the YouTube apps.
9      So what I'm asking you is:  As Google's
10  representative, how is the TV queue represented here   1:32PM
11  on the screen, how is that presented in ████████
12  ████████████, if at all?
13      MR. KAPLAN:  Object to form and
14  authenticity.
15      THE WITNESS:  Again, not knowing exactly   1:32PM
16  where -- what this is tied to, which client, which
17  date, I can't say for certain.
18  BY MR. BOYEA:
19      Q   All right.  The date this was taken was
20  this weekend using a current YouTube app running on   1:33PM
21  a pixel device -- or excuse me, on an iPhone and --
22  yeah, it was running on an iPhone.
23      So what other information do you need from
24  me?
25      A   There's also a lot of things that I alluded   1:33PM

Page 124

1  to before YouTube runs experiments, which means that   1:33PM
2  not all the users are guaranteed to get the same
3  experience.
4      Q   How does that change your answer?
5      A   I can't say anything with particularity.   1:33PM
6      Q   You're Google's 30(b) -- yeah, go ahead.
7      A   I just wouldn't be able to say for certain
8  for this specific case.
9      Q   Let's take it away from this specific
10  case.                                          1:34PM
11      You understand that YouTube, you can cast
12  a user-selected item; correct, a user-selected
13  video; right?
14      A   Yes.
15      Q   And in the casting context, YouTube will   1:34PM
16  provide an autoplay recommendation; correct?
17      A   It provides the capability for which the
18  user can enable.
19      Q   And in fact, YouTube has autoplay enabled
20  by default; right?                            1:34PM
21      MR. KAPLAN:  Object to form and scope.
22      THE WITNESS:  I don't know.
23  BY MR. BOYEA:
24      Q   You don't know one way or the other;
25  right?                                        1:34PM

Page 125

32 (Pages 122 - 125)



Page 126

```
1    A   I don't think there's any definitive answer  1:34PM
2  that can be just answered for all contexts.
3    Q   Let's assume autoplay is enabled.  When a
4  user casts a single selected video, there will be an
5  autoplay recommended video after that; correct?      1:35PM
6    A   Sorry, after what?
7    Q   The autoplay recommended video would be
8  the video that would be playing next after the
9  user-selected video; correct?
10    A   Yes, for the context where a single video is  1:35PM
11  selected.
12
```
                                              1:36PM

Page 128

```
1                                               1:38PM
2    Q   I think we'll circle back to asking some
3  specific questions about the
4        But returning to Exhibit 7, I just want to
5  make sure I understand.                       1:39PM
6        So as Google's 30(b)(6) -- as Google's
7  30(b)(6) designee, are you testifying here today
8  that you're unfamiliar with the user interface
9  that's shown in Exhibit 7?
10        MR. KAPLAN:  Object to form, scope.    1:39PM
11        THE WITNESS:  I'm saying that I can't say
12  definitively what the data source is for what is
13  shown here.
14  BY MR. BOYEA:
15    Q   Could you make an educated guess as to the  1:39PM
16  data source of what is shown as Google's 30(b)(6)
17  designee?
18        MR. KAPLAN:  Object to form.  You can
19  answer.
20
```
                                              1:40PM

Page 127

```
1
```
                                              :38PM

Page 129

```
1  BY MR. BOYEA:                                1:40PM
2    Q   What does the phrase "TV queue" mean in
3  the context of YouTube?
4        MR. KAPLAN:  Object to form.
5        THE WITNESS:  It's really ambiguous to me.  1:40PM
6  I would say it depends on what we're talking to
7  specifically.  I know it mentions TV queue in this
8  screenshot.
9  BY MR. BOYEA:
10
```
                                              1:41PM
```
16  BY MR. BOYEA:
17
```
                                              1:42PM

Veritext Legal Solutions
866 299-5127





Veritext Legal Solutions
866 299-5127





**Page 174**

[Lines 1–25 redacted]

3:20PM

**Page 175**

[Lines 1–25 redacted]

3:22PM

**Page 176**

4    THE REPORTER:  Is this a good time for a
5  break?                              3:22PM
6        MR. KAPLAN:  Before we take a break, could
7  we mark the transcript as highly confidential source
8  code, please?
9        THE REPORTER:  Sure.
10       MR. BOYEA:  Let's go ahead and go off the    3:23PM
11  record.
12       THE VIDEOGRAPHER:  Off the record at
13  3:23 p.m.
14       (Recess taken.)
15       VIDEOGRAPHER:  We're back on the record.    3:34PM
16  The time is 3:34 p.m. Pacific time.
17       MR. BOYEA:  We're going to introduce
18  another exhibit here.  This is some additional
19  screenshots, Mr. Mo, that I want you to take a look
20  at.                                 3:34PM
21       And I'm going to just walk through them
22  with you and see if you can explain some things to
23  me.  This is going to be marked as Mo Exhibit 8.
24       (Exhibit 8 was marked for identification.)
25       MR. BOYEA:  It should be coming through

**Page 177**

1  now.                               3:35PM
2        THE WITNESS:  I have it loaded.
3  BY MR. BOYEA:
4     Q   Okay.  All right.  Mr. Mo, these are some
5  screenshots that I took this past weekend and this    3:35PM
6  was done on an iPhone and there is a cast session
7  that's established.
8        In Screenshot 1 we see that there is a
9  first video being played with the title that has
10  "Max Homa," H-O-M-A in it.           3:35PM
11       Do you see that?
12    A   Yes, I do.
13    Q   In this circumstance, the speaker -- the
14  receiver named Speaker A is currently playing the
15  Max Homa video.                     3:35PM
16       And so would it be the case that the cast
17  receiver would have a video ID stored corresponding
18  to that video that's being played?
19       MR. KAPLAN:  Objection, authenticity.
20       THE WITNESS:  Sorry, can you walk me    3:36PM
21  through like the scenario of which you've got here?
22  BY MR. BOYEA:
23    Q   Yes.  So Screenshot Number 1, it was local
24  playback on the iPhone and then it was a cast
25  directed to a Hub display.  So the Hub display is    3:36PM

45 (Pages 174 - 177)



**Page 178**

1  what's named Speaker A.                3:36PM
2      And so my first question is:  Would the
3  Hub display have a video ID corresponding to the Max
4  Homa video that's being played?
5      MR. KAPLAN:  Object to form.        3:37PM
6      THE WITNESS:  It's hard for me to answer
7  or say based off of a screenshot.
8  BY MR. BOYEA:
9      Q   Again, I'm trying to use these screenshots
10  to direct what is going on because you can't really   3:37PM
11  take a picture of what a -- what speakers are doing
12  when they are playing video and the like.
13      So I don't want you to get so worried
14  about what is being displayed on the screen, but the
15  general functionality is really what I'm interested   3:37PM
16  in.
17      So in an example like this where a Hub
18  device is playing a song from YouTube and it's in a
19  cast session, it would have a video ID retained
20  locally corresponding to the video that it's        3:38PM
21  playing; right?
22      MR. KAPLAN:  Object to form.
23      THE WITNESS:  Yes, the receiver would have
24  a video ID for the actual video that is playing on
25  the device, on the receiver device.                 3:38PM

**Page 179**

1  BY MR. BOYEA:                          3:38PM
2
16      MR. KAPLAN:  Object to form.       3:39PM
17      THE WITNESS:  I don't know if I'm -- from
18  memory whether that gets deleted or not or if it
19  makes another
20      THE REPORTER:  I'm sorry, I didn't   3:40PM
21  understand that.
22
                                          3:40PM

**Page 180**

1
15      Screen 2, autoplay is off.  And then   3:41PM
16  Screen 3, autoplay is back on and the autoplay video
17  is "2001 Masters Tournament."
18      Do you see that?  So that's what I'm
19  really trying to ask you about here.
20      So let me reframe the question.     3:41PM
21
24      MR. KAPLAN:  Object to form.
25      THE WITNESS:  From memory, I'm not certain   3:41PM

**Page 181**

1  what actually happens on the receiver side.   3:41PM
2  BY MR. BOYEA:
3
23      MR. KAPLAN:  Object to form.
24
                                          3:43PM

Veritext Legal Solutions
866 299-5127



Page 182

1
2
3
4
5
6
7
8
9
10
11 BY MR. BOYEA:
12
13
14
15
16
17
18
19
20
21
22
23
24
25                                            3:45PM

Page 183

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24 BY MR. BOYEA:
25   Q   One of the topics that you're designated    3:46PM

Page 184

1   for is subpart 3 of Topic 1, which is the design and    3:46PM
2   operation of the aforementioned stream transfer
3   accused functionality relating to the YouTube apps.
4        And when I asked you earlier, you had
5   noted that you don't have knowledge of the stream    3:47PM
6   transfer function.  Is that accurate?  Did I get
7   that right in your testimony earlier?
8        MR. KAPLAN:  Object to form.
9        THE WITNESS:  Sorry, I don't remember the
10   entire context of that question.    3:47PM
11 BY MR. BOYEA:
12   Q   All right.  So maybe why don't I start
13   over for us then.
14        So are you familiar with the feature
15   called "stream transfer" in the context of any of    3:47PM
16   the YouTube apps?
17   A   Yes, I've heard of stream transfer feature.
18   Q   Are you knowledgeable regarding the
19   implementation details of that feature?
20   A   I have some knowledge as it pertains to    3:48PM
21   YouTube.
22        MR. BOYEA:  Okay.  So why don't we go
23   ahead and introduce a new document here.  And Jae is
24   going to pull that up for us.  That's going to be
25   identified as Mo Exhibit 9 for identification    3:48PM

Page 185

1   purposes.    3:48PM
2        (Exhibit 9 was marked for identification.)
3 BY MR. BOYEA:
4   Q   Mr. Mo, you should see that now and go
5   ahead and read that when you get the chance.    3:49PM
6        MR. BOYEA:  For the record, this is a
7   document entitled "Cast Stream Transfer and YouTube"
8   and the first Bates-labeled page shows
9   GOOG-SONOSWDTX-00041934.
10   Q   Mr. Mo, let me know when you have that    3:49PM
11   open.
12   A   I have that open.
13   Q   You're familiar with this document;
14   correct?
15   A   I see my name at the top.  Let me review    3:49PM
16   this.
17        I skimmed through it.
18   Q   Your name is next to owner; correct?
19   A   Yes, I see that.
20   Q   What does that mean that you're the owner    3:51PM
21   of this document?
22   A   Generally it just means that, you know,
23   whoever is on that file -- sorry, on that line has
24   contributed into it.
25   Q   So have you contributed -- did you    3:52PM



1  contribute to this document, the authorship of it?      3:52PM
2      A   It's -- I don't have any concrete memory of
3  what I added.  It's possible, yes.
4      Q   Does your name appear next to the owner
5  line of many Google documents that you didn't      3:52PM
6  contribute to?
7          MR. KAPLAN:  Object to form, scope.
8          THE WITNESS:  There are lots of Google
9  documents, so I can't say.
10  BY MR. BOYEA:      3:52PM
11      Q   So your testimony is that the owner line
12  with your name next to it does not mean that you
13  contributed to this document?
14          MR. KAPLAN:  Objection, misstates
15  testimony, form, scope.      3:52PM
16          THE WITNESS:  No, I'm not saying that I
17  did not contribute to it, rather I don't remember
18  exactly what I contributed to this doc.
19  BY MR. BOYEA:
20      Q   But this is a Google document; right?      3:53PM
21      A   It looks like one.
22      Q   And your name appears to it; right?
23      A   Yes.
24      Q   It's dealing with -- the subject matter is
25  "cast stream transfer."      3:53PM

Page 186

1          And this presumably is written for other      3:53PM
2  people working on the cast stream transfer at
3  Google; right?
4      A   That's rather vague.  Again, there's
5  multiple owners of the file.  It's hard to identify --  3:53PM
6  there is no rhyme or reason what the original intent
7  of this was.
8      Q   You've taken a look at this document.
9  What was the purpose of this document?
10      A   From reading this, it looks like a      3:54PM
11  project/mini design doc explaining the topic of cast
12  stream transfer and YouTube.
13
                                                       3:55PM
21      Q   Is Nicholas still at Google?
22      A   I don't know.
23
                              ?      3:56PM

Page 187

1          MR. KAPLAN:  Objection, scope.      3:56PM
2          THE WITNESS:  Someone from Google HR.
3  BY MR. BOYEA:
4      Q   But you don't know whether that individual
5  is still at Google; is that your testimony?      3:56PM
6          MR. KAPLAN:  Objection.
7          THE WITNESS:  Where I am right now,
8  current I don't know.
9  BY MR. BOYEA:
10      Q   Go ahead and turn to PDF Page 5 of this      3:56PM
11  document, ending in 938 in the Bates number.
12      A   Okay.
13      Q   Go ahead and read starting from the
14  paragraph that says "Instead" through the Number 7
15  bullet point that's listed there.      3:56PM
16          Because I want to ask you about these
17  steps that are specified here.
18      A   Okay.  I've read to Step 7.
19      Q   So my question is:  Is this an accurate
20  explanation of how stream transfer works for the      3:58PM
21  YouTube apps?
22      A   What is actually described here from my
23  understanding is rather vague and not accurate.
24      Q   What is not accurate about what is
25  described here?      3:58PM

Page 188

1
                                                       4:00PM

Page 189

HIGHLY CONFIDENTIAL - SOURCE CODE





1  BY MR. BOYEA:                                    4:39PM
2      Q   Welcome back, Mr. Mo.  Let's return -- if
3  you could pull up Exhibit 5 again.  Let me know once
4  you have that up.
5      A   Yes.                                      4:39PM
6      Q   Go to Page 2 -- sorry, if you can go ahead
7  and go to Page 2 when you get a chance.
8      A   Okay.
9  █████████████████████████████████████
   ████████████████████████████████████████████
   █████████████████████
   ████████████████████████████████
   █████████████████████████████████████████
   █████████████████████
   █████████████████████████████
   ████████████████████████████████████████
   █████████████████████████████████████
   ████████████████████████████████████████
   ██████████████████████████████████
   ████████████████████████████████████
   ████████████████████████████████████████
   ████████████████████████████
   ████████████████████████████████████████████
   ██████████████████████████████████
                                                   4:40PM
                                              Page 206

1      THE WITNESS:  I don't know without        4:40PM
2  actually seeing the content.
3  BY MR. BOYEA:
4      Q   With the limited time we have, maybe we'll
5  just have to ask another witness that.              4:41PM
6      So looking at Screenshots 3 and 4 shown on
7  Page 2 here, we have the YouTube Music app.  This is
8  before a cast session is invoked; okay?
9      A   Yes.
10     Q   You'll see in Screenshot 4, there is a     4:41PM
11 first song followed by songs listed under autoplay;
12 right?
13     A   Yes.
14 █  ████████████████████████████████████████
   ████████████████████████████████████████████
   █████████████████████████████████████████████
   █████████████████████████████
18     A   I don't know.
19     Q   Who would know the answer to that?
20     A   Given this looks like YouTube Music, which  4:42PM
21 is the app that's shown here, it's a YouTube Music
22 functionality, so somebody from the YouTube Music
23 team.
24     Q   And this is functionality related to
25 casting from YouTube Music to a cast receiver;        4:42PM
                                              Page 207

1  correct?                                           4:42PM
2      A   So to clarify, you're asking for on the
3  right, Screenshot 4 would be what happens in the
4  context of casting?
5  ████████████████████████████████████████
   ███████████████████████████████████████████
   ████████████████████████████████████████████████
   ████████████████████████
10     A   If you could provide maybe a little bit more  4:43PM
11 concrete example and we can walk through phases, that
12 may help to provide an answer.
13     Q   Yes.  So the phases are -- as shown in
14 these screenshots, the current song that's being
15 played is "Come Together" by the Beatles and there   4:43PM
16 is an autoplay section with various songs below it.
17     Do you see that there on Screenshot 4?
18     A   Yes.
19     Q   And so the scenario would be a user then
20 pressing the cast icon shown in Screenshot 3 to       4:43PM
21 cause a cast session to be created with a cast
22 receiver?
23     A   Okay.  Yeah, I don't know.
24     Q   So as Google's 30(b)(6) designee for
25 subpart 2 of Topic 1, your answer is you don't know   4:44PM
                                              Page 208

1  for Google?                                        4:44PM
2      MR. KAPLAN:  Objection, form, misstates
3  testimony and the context.
4      THE WITNESS:  Yeah, it's hard to say for
5  this specific screenshot that I am not familiar      4:44PM
6  with.
7  BY MR. BOYEA:
8      Q   Are you familiar with -- let's step away
9  from the screenshot, I guess -- so a circumstance
10 where YouTube Music is being played on a sender,     4:44PM
11 there is an autoplay section of music that's
12 populated on the sender and then the sender casts to
13 a cast receiver.
14     Are you generally aware of that type of
15 circumstance?                                        4:45PM
16     A   I'm less familiar with just this list of
17 songs under the autoplay, the autoplay section.
18     Q   As Google's corporate designee on casting
19 and on autoplay, at least for YouTube Music, you
20 don't know anything beyond what I've been asking you  4:45PM
21 about; is that right?
22     A   I don't know the specifics.
23 █  ████████████████████████████████████████
   ████████████████████████████████████████
                                                   4:45PM
                                              Page 209

Page 210

```
1      A   Yeah, I don't know -- specifically I don't    4:46PM
2  know what happens with the autoplay, those songs
3  underneath the autoplay.  I would say that's a YouTube
4  Music feature.
5      MR. BOYEA:  At this point this is going to    4:46PM
6  conclude Sonos's questions for today on the 30(b)(6)
7  topics.  However, Sonos is going to leave the
8  30(b)(6) deposition of Google open on Topics --
9  Topic 1, subparts 2 through 7 in view of Google's
10 late production of source code printouts that    4:46PM
11 Sonos's counsel is still not in possession of and in
12 view of Sonos's review of the transcript that
13 reveals any topics that Mr. Mo was not prepared to
14 testify about.
15      MR. KAPLAN:  For the record, we disagree    4:47PM
16 with that position and we think that the deposition
17 is -- excuse me, we disagree with that position and
18 we believe that the deposition should be wrapped up
19 with respect to the topics that Mr. Mo was
20 designated on.                                    4:47PM
21      We will however --
22      MR. BOYEA:  We will resolve that later.
23      MR. KAPLAN:  We will resolve it later,
24 agreed.  And we also reserve our right to read and
25 sign for the 30(b)(6) portion.                    4:47PM
```

Page 211

```
1      MR. BOYEA:  All right.  Do we need to jump    4:47PM
2  off to do the 30(b)(1) in a different session?
3      THE REPORTER:  Not from my point of view.
4  I'm not sure about the videographer, though.  David?
5      THE VIDEOGRAPHER:  No, I don't think we    4:48PM
6  have to.  We can just make note of it and we can
7  continue on.
8      MR. BOYEA:  Is that okay with you, Marc?
9      MR. KAPLAN:  That's fine with me.  It
10 sounds like the transcript is going to show that we    4:48PM
11 ended the 30(b)(6) session and we're starting the
12 30(b)(1) session and that's all we're looking for.
13      The separately transcribed I think just
14 means having some indicator designation showing that
15 we're switching over, which it sounds like we have.    4:48PM
16      (Discussion off the record.)
17      (The following testimony was amended to
18 the end of the 30(b)(6) deposition as requested by
19 Counsel.)
20      THE WITNESS:  I do have something that I    5:31PM
21 was thinking at the last break over a screenshot in
22 particular that was presented to me.
23      I was wondering if that was something that
24 I can clarify to see if we can further discuss
25 actually?                                          5:31PM
```

Page 212

```
1      MR. BOYEA:  All right.  Because that was    5:31PM
2  part of the 30(b)(6) conversation, I'm going to ask
3  that this be part of the 30(b)(6) portion of the
4  transcript, if you're good with that, Marc.
5      MR. KAPLAN:  I think that's fair.    5:31PM
6  BY MR. BOYEA:
7      Q   Mr. Mo, can you just tell me what exhibit?
8      A   Exhibit 5 at Page 2.
9      Q   All right.  This is the page that has
10 Screenshot 3 and Screenshot 4; is that right?    5:32PM
11     A   Yes.
12     Q   So what did you want to talk about in this
13 exhibit?
14     A   I was wondering if you could -- would you be
15 able to find or explain the content underneath this    5:32PM
16 autoplay section?
17         I'm only asking because, again, I'm not --
18 I don't work on YouTube Music sender app.  So the UI
19 is not familiar to me.  So I kind of wanted to have
20 you clarify the actual content underneath because I    5:33PM
21 might have had some misassumption about what it is.
22     Q   Let me ask you this, first, Mr. Mo:  Did
23 you speak to anybody during any of the breaks about
24 the substance of your testimony here?
25     A   No.                                       5:33PM
```

Page 213

```
1      Q   So I don't know what more information I    5:33PM
2  can give you other than the content that is
3  appearing below the autoplay is just -- my
4  understanding is it's additional songs that would be
5  played at the sender that's, you know, running the    5:33PM
6  YouTube Music app.
7          So from the user's perspective, if I
8  listened all the way through "Come Together," "Here
9  Comes the Sun" would play immediately following
10 that.                                             5:34PM
11     A   Okay.  So that -- those content underneath,
12 what would happen if autoplay is turned off?
13     Q   My understanding, at least from the
14 screenshot level, the user-facing level, those would
15 go away and all you would see is "Come Together" in    5:34PM
16 this particular instance.
17     A   I see, okay.
18     Q   Does that refresh your recollection on
19 anything that we talked about before that you would
20 want to go over again or --                       5:34PM
21     A   No.  So I wasn't sure whether if I was
22 thinking that everything down there was autoplay, just
23 because it was underneath the autoplay text.  But I
24 should have clarified further with you.
25         But no, I think how you explained it, even    5:35PM
```

54 (Pages 210 - 213)

1  with that, I don't know what happens.   5:35PM
2       MR. BOYEA:  Okay.  Fair enough.  I
3  appreciate you trying to clarify that and to see if
4  you could give any more testimony on it.
5       (Start of 30(b)(1) testimony.)
6  BY MR. BOYEA:
7       Q   So we're going to transition over to the
8  30(b)(1) portion of the deposition.
9       So, Mr. Mo, I'm now going to ask you
10 questions in your personal capacity.   4:49PM
11     We had introduced, before the deposition
12 started, a first exhibit which is labeled Mo
13 Exhibit 1.  Why don't you go ahead and open that up.
14     A   Okay.
15     Q   Is this a copy of your LinkedIn profile?   4:49PM
16     A   No, it's not.
17     Q   Once I saw you, I did not think that this
18 looked like you.
19     So do you have your own LinkedIn profile
20 or no?   4:49PM
21     A   Yes, I'm on LinkedIn.
22     Q   How is your name spelled in your LinkedIn
23 profile, Vince or Vincent?
24     A   It's Vincent Mo.
25     Q   I think Jae is going to grab that.   4:50PM
                                              Page 214

1       Let me ask you this:  When did you start   4:50PM
2  working at Google?
3       A   I started some time in 2010.
4       Q   What were you doing before you joined
5  Google?   4:50PM
6       A   I was a software engineer at a company
7  called EADS North America.
8       Q   Okay.  I have limited time, so I'm not
9  going to get into too much.  But where were you at
10 before that EADS North America company?   4:50PM
11     A   I was in school at UCI.
12     Q   Did you obtain a degree at UCI?
13     A   Yes, I did.
14     Q   What is your degree in?
15     A   I have a BS in computer engineering and   4:51PM
16 electrical engineering.
17     Q   Do you have any other degrees?
18     A   No, I don't.
19     Q   No master's degrees or anything like that?
20     A   Correct.   4:51PM
21     Q   What is the date of your graduation?
22     A   End of 2004.
23     Q   You started at Google in 2010.  What were
24 you working on when you first started working at
25 Google?   4:52PM
                                              Page 215

1       A   I was on the platform software team --   4:52PM
2  sorry, platform infrastructure engineering.  It's part
3  of the data center infrastructure PA.
4       Q   Then we did you get involved with YouTube?
5       A   I joined YouTube in 2016.   4:52PM
6       Q   It looks like we may have a copy here.
7       MR. BOYEA:  Jae, can you go ahead and
8  introduce that for us as the next exhibit, which
9  would be Mo Exhibit 11?
10     (Exhibit 11 was marked for identification.)   4:52PM
11 BY MR. BOYEA:
12     Q   Mr. Mo, let me know when you have that
13 pulled up.
14     A   Yes, I have it.
15     Q   I think this one looks more like you.  Is   4:53PM
16 this your LinkedIn profile?
17     A   Yes, it looks like it.
18     Q   All right.  Did you prepare the contents
19 of the LinkedIn profile that we have a copy of here?
20     A   Like did I write this?   4:53PM
21     Q   Sure.  Like under the experience sections,
22 did you write the descriptions that follow?
23     A   Yes.
24     Q   Okay.  Before you started working on the
25 YouTube team, had you worked on any of Google's   4:53PM
                                              Page 216

1  media apps at all?   4:53PM
2       A   No, I did not.
3       Q   So you didn't work on the Google Play
4  Music app?
5       A   No.   4:54PM
6       Q   After you joined YouTube, did you work on
7  the Google Play Music app at all?
8       A   No.
9       Q   Do you have Google devices at your home?
10     A   Yes, I do.   4:54PM
11     Q   Do you have any Chromecast devices?
12     A   Yes.
13     Q   What Chromecast device do you have at
14 home?
15     A   I have Chromecast Ultra, Chromecast Google   4:54PM
16 TV, probably the first generation Chromecast as well.
17 A good number of Chromecast models for previous
18 testing and development.
19     Q   What about any of the Nest or Home smart
20 speakers, do you have any of those at home?   4:55PM
21     A   Yes, I do.
22     Q   Which ones do you have at home?
23     A   I have Nest Hub, Nest Hub Max, Nest WiFi.
24 Do you want me to keep ongoing?
25     Q   Yes, let's talk about whatever you have at   4:55PM
                                              Page 217



```
1    A   I'm unaware.                        5:11PM
2        MR. BOYEA:  Why don't we take maybe our
3   last break and I'll look through my notes and see if
4   there's anything else that I want to ask Mr. Mo.
5   And we can jump back on.  How about at 7:20 Central  5:12PM
6   time?
7        MR. KAPLAN:  Okay.
8        THE VIDEOGRAPHER:  Off the record at
9   5:12 p.m.
10       (Recess taken.)                     5:12PM
11       THE VIDEOGRAPHER:  We're back on the
12  record at 5:22 p.m. Pacific time.
13  BY MR. BOYEA:
14   Q   All right.  Mr. Mo, just a few more
15  questions for you.                       5:22PM
16       Can you open up Exhibit 6 again for me?
17   A   Okay.
18   Q   At the very bottom of Page 1 of this
19  exhibit, you're going to see a sentence that says,
20  "The Cast team are thinking."            5:22PM
21       Do you see that?
22   A   I'm sorry, page what?
23   Q   The first page, the very bottom of the
24  first page.
25   A   Okay.  Yes, I see it.               5:22PM
                                        Page 226
```

```
1    Q   Can you read that paragraph that starts,  5:22PM
2   "The Cast team are thinking," and let me know once
3   you've read it.
4    A   Okay.  I just read it.
5    Q   Do you know, is what's being discussed  5:23PM
6   here with respect to eliminating the need for dial
7   and cast, is that something that the cast team is
8   currently working on?
9    A   I don't know if it's currently -- I don't
10  know what they are currently working on.  5:23PM
11   Q   To your knowledge, is this relayed casting
12  feature that's referred to in this paragraph, is
13  that implemented in any way currently?
14   A   From my recollection, I believe that it's
15  supported at least in some cases.  I don't know what  5:23PM
16  the some cases are.
17   Q   Do you know, is that a feature that is
18  used by the general public today when using casting?
19   A   I actually don't know.
20       MR. KAPLAN:  Object to form on that.  5:24PM
21  BY MR. BOYEA:
22
25   A   No, I'm not aware.                 5:24PM
                                        Page 227
```

```
1                                          5:26PM
                                        Page 228
```

```
1                                          5:28PM
                                        Page 229
```

Veritext Legal Solutions
866 299-5127



**Page 230**

1    I was wondering if that was something that    5:31PM
2    I can clarify to see if we can further discuss
3    actually?
4         MR. BOYEA:  All right.  Because that was
5    part of the 30(b)(6) conversation, I'm going to ask    5:31PM
6    that this be part of the 30(b)(6) portion of the
7    transcript, if you're good with that, Marc.
8         MR. KAPLAN:  I think that's fair.
9    BY MR. BOYEA:
10    Q   Mr. Mo, can you just tell me what exhibit?    5:31PM
11    A   Exhibit 5 at Page 2.
12    Q   All right.  This is the page that has
13    Screenshot 3 and Screenshot 4; is that right?
14    A   Yes.
15    Q   So what did you want to talk about in this    5:32PM
16    exhibit?
17    A   I was wondering if you could -- would you be
18    able to find or explain the content underneath this
19    autoplay section?
20         I'm only asking because, again, I'm not --    5:32PM
21    I don't work on YouTube Music sender app.  So the UI
22    is not familiar to me.  So I kind of wanted to have
23    you clarify the actual content underneath because I
24    might have had some misassumption about what it is.
25    Q   Let me ask you this, first, Mr. Mo:  Did

5:29PM
Page 230

**Page 231**

1

5:31PM
Page 231

**Page 232**

1    you speak to anybody during any of the breaks about    5:33PM
2    the substance of your testimony here?
3    A   No.
4    Q   So I don't know what more information I
5    can give you other than the content that is    5:33PM
6    appearing below the autoplay is just -- my
7    understanding is it's additional songs that would be
8    played at the sender that's, you know, running the
9    YouTube Music app.
10         So from the user's perspective, if I    5:33PM
11    listened all the way through "Come Together," "Here
12    Comes the Sun" would play immediately following
13    that.
14    A   Okay.  So that -- those content underneath,
15    what would happen if autoplay is turned off?    5:34PM
16    Q   My understanding, at least from the
17    screenshot level, the user-facing level, those would
18    go away and all you would see is "Come Together" in
19    this particular instance.
20    A   I see, okay.    5:34PM
21    Q   Does that refresh your recollection on
22    anything that we talked about before that you would
23    want to go over again or --
24    A   No.  So I wasn't sure whether if I was
25    thinking that everything down there was autoplay, just    5:34PM

Page 233

59 (Pages 230 - 233)