UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA,

SAN FRANCISCO DIVISION

| | |
|---|---|
| GOOGLE LLC,<br><br>    Plaintiff and Counter-defendant,<br><br>v.<br><br>SONOS, INC.,<br><br>    Defendant and Counter-claimant. | Case No. 3:20-cv-06754-WHA<br>Related to Case No. 3:21-cv-07559-WHA<br><br>**[PROPOSED] ORDER GRANTING SONOS, INC.'S MOTION FOR LEAVE TO AMEND INFRINGEMENT CONTENTIONS PURSUANT TO PATENT L.R. 3-6** |

1 | Before the Court is Sonos, Inc's Motion for Leave to Amend Infringement Contentions
2 | Pursuant to Patent L.R. 3-6 ("Motion") as to U.S. Patent No. 10,469,966 filed on December 19,
3 | 2022. Accordingly, having reviewed the parties' submissions, and good cause having been
4 | shown, the Court grants Sonos's Motion.

**IT IS SO ORDERED.**

Dated: _____, 2022

_____
HON. WILLIAM H. ALSUP
United States District Judge