1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   Melissa Baily (Bar No. 237649)
3  melissabaily@quinnemanuel.com
   James Judah (Bar No. 257112)
4  jamesjudah@quinnemanuel.com
   Lindsay Cooper (Bar No. 287125)
5  lindsaycooper@quinnemanuel.com
6  50 California Street, 22nd Floor
   San Francisco, California 94111-4788
7  Telephone:    (415) 875-6600
   Facsimile:    (415) 875-6700
8
   Marc Kaplan (pro hac vice)
9  marckaplan@quinnemanuel.com
   191 N. Wacker Drive, Ste 2700
10 Chicago, Illinois 60606
   Telephone:    (312) 705-7400
11 Facsimile:    (312) 705-7401

12
   Attorneys for Google LLC
13

14

15

CLEMENT SETH ROBERTS (STATE BAR NO. 209203)
croberts@orrick.com
BAS DE BLANK (STATE BAR NO. 191487)
basdeblank@orrick.com
ALYSSA CARIDIS (STATE BAR NO. 260103)
acaridis@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: (415) 773-5700
Facsimile: (415) 773-5759

SEAN M. SULLIVAN (admitted pro hac vice)
sullivan@ls3ip.com
COLE RICHTER (admitted pro hac vice)
richter@ls3ip.com
LEE SULLIVAN SHEA & SMITH LLP
656 W Randolph St., Floor 5W
Chicago, IL 60661
Telephone:    (312) 754-0002
Facsimile:    (312) 754-0003

Attorneys for Sonos, Inc.

16

17                    UNITED STATES DISTRICT COURT

18                  NORTHERN DISTRICT OF CALIFORNIA

19                      SAN FRANCISCO DIVISION

20

21 GOOGLE LLC.,

22          Plaintiff,

23     vs.

24 SONOS, INC.,

25          Defendant.

26

CASE NO. 3:20-cv-06754-WHA
Related to CASE NO. 3:21-cv-07559-WHA

**STIPULATED REQUEST FOR ORDER EXTENDING DEADLINES FOR EXPERT DISCOVERY, EXPERT REPORTS, AND DISPOSITIVE MOTIONS**

27

28

01980-00181/13798269.1

1    Pursuant to Civil Local Rule 6-2, Google LLC ("Google") and Sonos, Inc. ("Sonos")

2  (collectively, "Parties") jointly stipulate and request an order extending the deadlines for expert

3  discovery, expert reports, and dispositive motions.

4    WHEREAS, Google filed a Motion for Leave to Amend Invalidity Contentions Pursuant to

5  Patent L.R. 3-6 ("Motion for Leave," Dkt. 336) on August 30, 2022;

6    WHEREAS, non-expert discovery closed on November 30, 2022 (Dkt. 67);

7    WHEREAS, opening expert reports were served on November 30, 2022 (*id.*);

8    WHEREAS, the Court granted Google's Motion for Leave on December 8, 2022 (Dkt. 418);

9    WHEREAS, during the hearing on Google's Motion for Leave on December 8, 2022, the

10  Court "allow[ed] Sonos to have the discovery that it needs on [] two [YouTube] engineers" in light

11  of the new amendments to Google's invalidity contentions (Dkt. 425 at 32:1-2);

12    WHEREAS, the Court noted during the hearing that "[i]f this means that you need more

13  time on the opposition expert report, I will be favorably inclined to that" (*id.* at 32:7-8);

14    WHEREAS, the two YouTube engineers Sonos intends to depose live and work in

15  Switzerland, which requires the issuance of letters rogatory before any deposition, and are further

16  traveling on pre-planned Christmas vacations during the second half of December (Declaration of

17  James Judah ¶ 4);

18    WHEREAS, the Parties met and conferred on a case schedule that would permit adequate

19  time to take the two depositions, consider them in rebuttal and reply expert reports, and address

20  them in dispositive motions (*id.* ¶ 5);

21    WHEREAS, the Parties agree that continuing the deadlines for expert discovery, expert

22  reports, and dispositive motions will not affect the Parties' ability to comply with the other deadlines

23  set forth in this case;

24    THE PARTIES HEREBY STIPULATE, AGREE, AND REQUEST, that the Court modify

25  the current expert discovery, expert report, and dispositive motion deadlines as follows:

26

27

28

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Deadline for rebuttal expert reports | December 23, 2022 (Dkt. 402) | January 13, 2023 |
| Deadline for reply expert reports | January 5, 2023 (Dkt. 402) | January 23, 2023 |
| Deadline for bringing discovery motions or extension motions based on discovery violations for expert discovery | January 13, 2023 (Dkt. 402) | January 27, 2023 |
| Deadline for expert discovery | January 20, 2023 (Dkt. 402) | January 31, 2023 |
| Deadline for dispositive motions | January 26, 2023 (Dkt. 67) | February 6, 2023 |

The Parties submit the accompanying declaration of James Judah in support hereof and respectfully request that the Court enter the attached proposed order.

IT IS SO STIPULATED.

Dated:  December 21, 2022                          Respectfully submitted,

*/s/ Charles K. Verhoeven*                          */s/ Sean Sullivan*
Attorneys for GOOGLE LLC                          Attorneys for SONOS, INC.

QUINN EMANUEL URQUHART &                          LEE SULLIVAN SHEA & SMITH LLP
SULLIVAN, LLP

*Counsel for Google LLC*                          *Counsel for Sonos, Inc.*

STIPULATED REQUEST FOR ORDER EXTENDING DEADLINES FOR EXPERT DISCOVERY, EXPERT REPORTS, AND DISPOSITIVE MOTIONS

1

**ECF ATTESTATION**

2          I, Charles K. Verhoeven, am the ECF User whose ID and password are being used to file

3  this Joint Stipulation.  In compliance with Civil Local Rule 5-1, I hereby attest that Sean Sullivan,

4  counsel for Sonos, has concurred in this filing.

5   Dated:  December 21, 2022

6                                                                By:      */s/ Charles K. Verhoeven*
                                                                           Charles K. Verhoeven
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATED REQUEST FOR ORDER EXTENDING DEADLINES FOR EXPERT DISCOVERY, EXPERT REPORTS,
AND DISPOSITIVE MOTIONS

1
## [PROPOSED] **ORDER**

2
**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

3

4

5   DATED: _____, 2022   By:    _____

6                                                    Hon. William Alsup
                                                     United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATED REQUEST FOR ORDER EXTENDING DEADLINES FOR EXPERT DISCOVERY, EXPERT REPORTS, AND DISPOSITIVE MOTIONS