QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
Melissa Baily (Bar No. 237649)
melissabaily@quinnemanuel.com
James Judah (Bar No. 257112)
jamesjudah@quinnemanuel.com
Lindsay Cooper (Bar No. 287125)
lindsaycooper@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:   (415) 875-6600
Facsimile:   (415) 875-6700

Marc Kaplan (*pro hac vice*)
marckaplan@quinnemanuel.com
191 N. Wacker Drive, Ste 2700
Chicago, Illinois 60606
Telephone:   (312) 705-7400
Facsimile:   (312) 705-7401

*Attorneys for Google LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GOOGLE LLC,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>SONOS, INC.,<br><br>　　　　　　Defendant. | CASE NO. 3:20-cv-06754-WHA<br>Related to CASE NO. 3:21-cv-07559-WHA<br><br>**DECLARATION OF JAMES JUDAH IN SUPPORT OF STIPULATED REQUEST FOR ORDER EXTENDING DEADLINES FOR EXPERT DISCOVERY, EXPERT REPORTS, AND DISPOSITIVE MOTIONS** |

I, James Judah, declare and state as follows:

1. I am an attorney licensed to practice in the State of California and am admitted to practice before this Court. I am a partner at Quinn Emanuel Urquhart & Sullivan LLP representing Google LLC ("Google") in this matter. I have personal knowledge of the matters set forth in this Declaration, and if called as a witness I would testify competently to those matters.

2. I make this declaration in support of Google's and Sonos, Inc.'s ("Sonos") (collectively, "Parties") Stipulated Request for Order Extending Deadlines for Expert Discovery, Expert Reports, and Dispositive Motions.

3. The Parties believe that an extension of the expert discovery, expert report, and dispositive motion deadlines is necessary and desirable in light of the Court's December 8, 2022 Order granting Google's Motion for Leave to Amend Invalidity Contentions Pursuant to Patent L.R. 3-6 (Dkt. 336).

4. Given the new amendments to Google's invalidity contentions, Sonos wishes to take the depositions of up to two YouTube engineers who live and work in Switzerland. It is my understanding that Switzerland requires the issuance of letters rogatory before any deposition. Also, both of these witnesses are traveling on pre-planned Christmas vacations in the second half of December.

5. The Parties met and conferred on a case schedule that would permit adequate time to take the two depositions, consider them in rebuttal and reply expert reports, and address them in dispositive motions.

6. The Parties agree that continuing the deadlines for expert discovery, expert reports, and dispositive motions will not affect the Parties' ability to comply with the other deadlines set forth in this case.

7. With respect to Civil L.R. 6-2(a)(2), I am aware of seven previous modifications to the case schedule based on my review of the docket. On March 12, 2022, the Parties stipulated to an extension of Google's deadline to answer or move to dismiss Sonos's counterclaims to seven days after the Court's order on Google's motion to dismiss in the related case. Dkt. 156. On May 18, 2022, the Court vacated the initial patent showdown trial date and set the trial for October 3,

2022. Dkt. 269. On May 4, 2022, the Court granted the Parties' stipulated request to extend the mediation deadline to accommodate their preferred mediator's schedule. Dkt. 245. On July 15, 2022, the Court granted the Parties' stipulated request to extend expert pretrial deadlines for the patent showdown trial. Dkt. 304. On August 22, 2022, the Court granted the Parties' stipulated request to extend the expert discovery deadline for the patent showdown trial. Dkt. 328. On November 14, 2022, the Court granted the Parties' stipulated request to extend expert report and discovery deadlines. Dkt. 402. On December 7, 2022, the Court granted the Parties' stipulated request to extend the deadline for Google's Opposition to Sonos's Motion for Leave to Amend Infringement Contentions Pursuant to Patent L.R. 3-6. Dkt. 417.

I declare under penalty of perjury under the laws of the United States of America that to the best of my knowledge the foregoing is true and correct. Executed on December 21, 2022 in Hillsborough, California.

DATED: December 21, 2022

By: /s/ James Judah
James Judah

## **ATTESTATION**

I, Charles K. Verhoeven, am the ECF user whose ID and password are being used to file the above Declaration. In compliance with Civil L.R. 5-1(h)(3), I hereby attest that James Judah has concurred in the aforementioned filing.

DATED: December 21, 2022

> */s/ Charles K. Verhoeven*
> Charles K. Verhoeven