| | |
|---|---|
| QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>  Charles K. Verhoeven (Bar No. 170151)<br>  charlesverhoeven@quinnemanuel.com<br>  Melissa Baily (Bar No. 237649)<br>  melissabaily@quinnemanuel.com<br>  James Judah (Bar No. 257112)<br>  jamesjudah@quinnemanuel.com<br>  Lindsay Cooper (Bar No. 287125)<br>  lindsaycooper@quinnemanuel.com<br>50 California Street, 22nd Floor<br>San Francisco, California 94111-4788<br>Telephone:    (415) 875-6600<br>Facsimile:    (415) 875-6700<br><br>  Marc Kaplan (*pro hac vice*)<br>  marckaplan@quinnemanuel.com<br>191 N. Wacker Drive, Ste 2700<br>Chicago, Illinois 60606<br>Telephone:    (312) 705-7400<br>Facsimile:    (312) 705-7401<br><br>*Attorneys for Google LLC* | CLEMENT SETH ROBERTS (STATE BAR NO. 209203)<br>croberts@orrick.com<br>BAS DE BLANK (STATE BAR NO. 191487)<br>basdeblank@orrick.com<br>ALYSSA CARIDIS (STATE BAR NO. 260103)<br>acaridis@orrick.com<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>The Orrick Building<br>405 Howard Street<br>San Francisco, CA 94105-2669<br>Telephone: (415) 773-5700<br>Facsimile: (415) 773-5759<br><br>SEAN M. SULLIVAN (admitted *pro hac vice*)<br>sullivan@ls3ip.com<br>COLE RICHTER (admitted *pro hac vice*)<br>richter@ls3ip.com<br>LEE SULLIVAN SHEA & SMITH LLP<br>656 W Randolph St., Floor 5W<br>Chicago, IL 60661<br>Telephone:    (312) 754-0002<br>Facsimile:    (312) 754-0003<br><br>*Attorneys for Sonos, Inc.* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GOOGLE LLC.,<br><br>             Plaintiff,<br><br>      vs.<br><br>SONOS, INC.,<br><br>             Defendant. | CASE NO. 3:20-cv-06754-WHA<br>Related to CASE NO. 3:21-cv-07559-WHA<br><br>**STIPULATED REQUEST FOR ORDER EXTENDING DEADLINES FOR EXPERT DISCOVERY, EXPERT REPORTS, AND DISPOSITIVE MOTIONS** |

01980-00181/13798269.1

Pursuant to Civil Local Rule 6-2, Google LLC ("Google") and Sonos, Inc. ("Sonos") (collectively, "Parties") jointly stipulate and request an order extending the deadlines for expert discovery, expert reports, and dispositive motions.

WHEREAS, Google filed a Motion for Leave to Amend Invalidity Contentions Pursuant to Patent L.R. 3-6 ("Motion for Leave," Dkt. 336) on August 30, 2022;

WHEREAS, non-expert discovery closed on November 30, 2022 (Dkt. 67);

WHEREAS, opening expert reports were served on November 30, 2022 (*id.*);

WHEREAS, the Court granted Google's Motion for Leave on December 8, 2022 (Dkt. 418);

WHEREAS, during the hearing on Google's Motion for Leave on December 8, 2022, the Court "allow[ed] Sonos to have the discovery that it needs on [] two [YouTube] engineers" in light of the new amendments to Google's invalidity contentions (Dkt. 425 at 32:1-2);

WHEREAS, the Court noted during the hearing that "[i]f this means that you need more time on the opposition expert report, I will be favorably inclined to that" (*id.* at 32:7-8);

WHEREAS, the two YouTube engineers Sonos intends to depose live and work in Switzerland, which requires the issuance of letters rogatory before any deposition, and are further traveling on pre-planned Christmas vacations during the second half of December (Declaration of James Judah ¶ 4);

WHEREAS, the Parties met and conferred on a case schedule that would permit adequate time to take the two depositions, consider them in rebuttal and reply expert reports, and address them in dispositive motions (*id.* ¶ 5);

WHEREAS, the Parties agree that continuing the deadlines for expert discovery, expert reports, and dispositive motions will not affect the Parties' ability to comply with the other deadlines set forth in this case;

THE PARTIES HEREBY STIPULATE, AGREE, AND REQUEST, that the Court modify the current expert discovery, expert report, and dispositive motion deadlines as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Deadline for rebuttal expert reports | December 23, 2022 (Dkt. 402) | January 13, 2023 |
| Deadline for reply expert reports | January 5, 2023 (Dkt. 402) | January 23, 2023 |
| Deadline for bringing discovery motions or extension motions based on discovery violations for expert discovery | January 13, 2023 (Dkt. 402) | January 27, 2023 |
| Deadline for expert discovery | January 20, 2023 (Dkt. 402) | January 31, 2023 |
| Deadline for dispositive motions | January 26, 2023 (Dkt. 67) | February 6, 2023 |

The Parties submit the accompanying declaration of James Judah in support hereof and respectfully request that the Court enter the attached proposed order.

IT IS SO STIPULATED.

Dated: December 21, 2022                                     Respectfully submitted,

*/s/ Charles K. Verhoeven*                                    */s/ Sean Sullivan*
Attorneys for GOOGLE LLC                                      Attorneys for SONOS, INC.

QUINN EMANUEL URQUHART &                                      LEE SULLIVAN SHEA & SMITH LLP
SULLIVAN, LLP

*Counsel for Google LLC*                                      *Counsel for Sonos, Inc.*

**ECF ATTESTATION**

I, Charles K. Verhoeven, am the ECF User whose ID and password are being used to file this Joint Stipulation. In compliance with Civil Local Rule 5-1, I hereby attest that Sean Sullivan, counsel for Sonos, has concurred in this filing.

Dated: December 21, 2022

By: */s/ Charles K. Verhoeven*
Charles K. Verhoeven

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: __December 22__, 2022  By: _____
Hon. William Alsup
United States District Judge