1   QUINN EMANUEL URQUHART & SULLIVAN, LLP
    Charles K. Verhoeven (Bar No. 170151)
2     charlesverhoeven@quinnemanuel.com
    Melissa Baily (Bar No. 237649)
3     melissabaily@quinnemanuel.com
    Lindsay Cooper (Bar No. 287125)
4     lindsarycooper@quinnemanuel.com
5   50 California Street, 22nd Floor
    San Francisco, California 94111-4788
6   Telephone: (415) 875-6600
    Facsimile: (415) 875-6700
7
    *Attorneys for Google, LLC*

CLEMENT SETH ROBERTS (SBN 209203)
  croberts@orrick.com
ALYSSA CARIDIS (SBN 260103)
  acaridis@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: +1 415 773 5700
Facsimile: +1 415 773 5759

*Attorneys for Sonos, Inc.*

8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                       SAN FRANCISCO DIVISION

12

13   GOOGLE LLC,

14             Plaintiff,

15        vs.

16   SONOS, INC.,

17             Defendant.

18

19

Case No. 3:20-cv-06754 WHA
Related to Case No. 4:21-07559

**JOINT MOTION FOR ISSUANCE OF LETTER OF RENEWED REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE AND APPOINTMENT OF COMMISSIONERS TO TAKE EVIDENCE PURSUANT TO CHAPTER II, ARTICLE 17 OF THE HAGUE CONVENTION OF 18 MARCH 1970 ON THE TAKING OF EVIDENCE ABROAD IN CIVIL OR COMMERCIAL MATTERS**

20

21   Referral: Hon. Donna M. Ryu, USMJ

22

23

24

25

26

27

28

Case No. 3:20-cv-06754 WHA
JOINT MOTION FOR ISSUANCE OF LETTER OF RENEWED REQUEST FOR
INTERNATIONAL JUDICIAL ASSISTANCE

December 22, 2022

Submitted via ECF

Hon. Donna M. Ryu, USMJ
Oakland Courthouse, Courtroom 4
1301 Clay Street, 3rd Floor
Oakland, CA 94612

Re:   Joint Submission for Issuance of Letter of Renewed Request for International
       Judicial Assistance
       *Google LLC v. Sonos, Inc.*, Case No. 4:20-cv-06754-WHA (N.D. Cal.)
       *Sonos, Inc. v. Google LLC.*, Case No. 4:21-cv-07559-WHA (N.D. Cal.)

Your Honor:

The parties in the above-referenced actions seek the Court's assistance in order to take additional deposition testimony from witness Janos Levai in Switzerland. The Court previously assisted the parties in obtaining permission to depose Mr. Levai in Switzerland, granting the parties' joint motion on April 25, 2022 and appointing various of the parties' counsel as commissioners. *See* Dkts. 225, 226. However, on December 8, 2022, this Court ruled that Sonos was permitted to take additional testimony from Mr. Levai in connection with granting Google, LLC's ("Google") Motion Amend for Leave to Amend Invalidity Contentions Pursuant to Patent L.R. 3-6. *See* Dkts. 418, 425. Mr. Levai is a Software Engineer at Google who will offer further testimony relevant to this action. The parties have agreed to again conduct a remote live video deposition of Mr. Levai in Switzerland.

Switzerland, as a party to the Hague Convention, requires litigants to obtain permission from the Federal Office of Justice before taking deposition testimony of a witness located in Switzerland. Google has corresponded with the Federal Office of Justice, who has confirmed that the parties may request a "renewal" of the previously-granted permission for Mr. Levai's deposition in Switzerland by submitting a short supplemental order from this Court that explains the purpose of the additional testimony and the similarities to the previous deposition. To that end, the parties request that the Court (1) appoint a Swiss commissioner and appoint representatives for the parties who will participate in the deposition as commissioners, and (2) request judicial assistance from the applicable Swiss authorities.

Accordingly, we ask that the Court grant the parties' Joint Motion for Issuance of Letter of Renewed Request for International Judicial Assistance and Appointment Of Commissioners to Take Evidence Pursuant to Chapter II, Article 17 of The Hague Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters. The parties have agreed that Olivier Buff, a Swiss attorney representing the Google, will again be appointed Swiss Commissioner. The parties have also agreed that Nima Hefazi and James Judah will be appointed commissioners for Google, and Dan Smith, Michael Boyea, and Sean Sullivan will be appointed commissioners for Sonos, Inc.

01980-00181/13796048.3

1

Thank you for Your Honor's kind attention to this matter.

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

01980-00181/13796048.3

1    Sonos, Inc. ("Sonos") and Google LLC ("Google") hereby move the Court pursuant to

2    Fed. R. Civ. P. 28(b) for entry of an order (the "Order"):

3    (1) Appointing Nima Hefazi and James Judah on behalf of Google and Dan Smith,

4        Michael Boyea, and Sean Sullivan on behalf of Sonos, as commissioners (together, the

5        "Commissioners"), pending the approval of the Swiss authorities, to conduct the

6        additional examination of witness Janos Levai in Switzerland pursuant to Chapter II,

7        Article 17 of the Hague Convention of 18 March 1970 on the Taking of Evidence

8        Abroad in Civil or Commercial Matters, T.I.A.S. No. 7444, 23 U.S.T. 2555 ("Chapter

9        II of the Hague Convention");

10   (2) Appointing Olivier Buff as commissioner (the "Swiss Commissioner"), pending the

11       approval of the Swiss authorities, to supervise the additional examination of witness

12       Janos Levai in Switzerland pursuant to Chapter II of the Hague Convention;

13   (3) Issuing a Letter of Renewed Request for International Judicial Assistance ("Letter of

14       Renewed Request") pursuant to 28 U.S.C. § 1781 and Chapter II of the Hague

15       Convention;

16   (4) Directing submission of the Letter of Renewed Request for Assistance to the Swiss

17       Federal Office of Justice ("FOJ") for the purpose of approving the appointment of the

18       Commissioner; and

19   (5) Granting such other and further relief as this Court may deem just and proper.

20       The parties have agreed to use the procedures of Chapter II of the Hague Convention to

21   facilitate the deposition of Janos Levai in Switzerland, who has consented to being deposed there

22   via remote means.  Under Chapter II, a deposition is supervised by a Swiss Commissioner and

23   conducted by commissioners representing the parties and duly appointed by the Court in the U.S.

24   proceeding, all of whom are authorized to proceed by the FOJ at the request of the U.S. tribunal.

25   This procedure will not restrict the scope of discovery otherwise permissible under the Federal Rules

26   of Civil Procedure.

27       The steps to proceed under Chapter II of the Hague Convention and in accordance with the

28   FOJ's directive are as follows:

1. The Court must duly appoint one or several commissioner(s) for the purpose of taking evidence abroad. A proposed order for the Court to appoint commissioners is attached hereto as Exhibit A (the "Proposed Order").

2. The Court must issue the Letter of Renewed Request to the FOJ for authorization to take evidence abroad. A proposed Letter of Renewed Request is attached hereto as Exhibit B (the "Proposed Letter of Renewed Request").

3. The Proposed Letter of Renewed Request must be filed with the FOJ. Google will undertake this step if the Court grants the instant motion.

4. Upon approval from the FOJ and subject to the terms contained in the Proposed Letter of Renewed Request, the parties will arrange for a live video deposition. Olivier Buff will be present in person at the deposition of Mr. Janos Levai to supervise proceedings.

5. The deposition will take place at the Swiss offices of Quinn Emanuel at Dufourstrasse 29, 8008 Zürich, Switzerland or another nearby office if additional space is required. Mr. Janos Levai has agreed to voluntarily comply by proceeding pursuant to Chapter II of the Hague Convention.

6. Neither the entry of the Proposed Order, the Proposed Letter of Renewed Request nor the conduct of the deposition pursuant to Chapter II of the Hague Convention shall constitute or operate as a waiver of the attorney-client privilege, the work product doctrine, or any other privileges, rights, protections, or objections that may apply to that evidence under the laws of Switzerland, or of the United States, nor as a concession that any assertion of any such privilege, right, protection, or objection is necessarily valid.

Dated: December 22, 2022                    Respectfully submitted,

/s/ Sean Sullivan                           /s/ Charles K. Verhoeven
Sean Sullivan                               Charles K. Verhoeven
Attorneys for SONOS, INC.                   Attorneys for GOOGLE LLC

LEE SULLIVAN SHEA SMITH LLP                 QUINN EMANUEL URQUHART &
                                            SULLIVAN, LLP

01980-00181/13796048.3

1

### ATTESTATION OF CONCURRENCE

2

3       I am the ECF user whose ID and password are being used to file this Joint Motion for

4   Issuance of Letter of Request for International Judicial Assistance and Appointment of

5   Commissioners to Take Evidence Pursuant to Chapter II, Article 17 of The Hague Convention of

6   18 March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters.  Pursuant to

7   Civil L.R. 5-1(h)(3), I hereby attest that each of the signatories identified above has concurred in

8   the filing of this document.

9   Dated: December 22, 2022          By_____*/s/ Charles K. Verhoeven*_____
                                              Charles K. Verhoeven
10                                            *Counsel on behalf of Google*

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-5-                          Case No. 3:20-cv-06754 WHA
JOINT MOTION FOR ISSUANCE OF LETTER OF RENEWED REQUEST FOR
INTERNATIONAL JUDICIAL ASSISTANCE

01980-00181/13796048.3