# EXHIBIT 12

# FILED UNDER SEAL

HIGHLY CONFIDENTIAL, ATTORNEYS' EYES ONLY, SOURCE CODE

```
1                UNITED STATES DISTRICT COURT

2             FOR THE NORTHERN DISTRICT OF CALIFORNIA

3

4     GOOGLE LLC;                        )
                                         )
5                    Plaintiff,          )
                                         )
6          vs.                           )   Case No.
                                         )   3:20-cv-06754-WHA
7     SONOS, INC.;                       )
                                         )
8                    Defendant.          )
      _____)
9                                        )
      SONOS, INC.;                       )
10                                       )
                     Plaintiff,          )
11                                       )
12         vs.                           )   Case No.
                                         )   3:21-cv-07559-WHA
      GOOGLE LLC;                        )
13                                       )
                     Defendant.          )
14    _____)
15     HIGHLY CONFIDENTIAL, ATTORNEYS' EYES ONLY, SOURCE CODE
16
17          30(B)(6) WITNESS FOR GOOGLE & 30(B)(1)
18       VIDEOTAPED REMOTE DEPOSITION OF TAVIS MACLELLAN
19                  Richmond, California
20                Friday, November 11, 2022
21
22    Reported by:
23    Lynda L. Fenn, CSR, RPR
24    CSR No. 12566
25    JOB No. 5577014
```

Page 1

HIGHLY CONFIDENTIAL, ATTORNEYS' EYES ONLY, SOURCE CODE

```
 1                    Richmond, California

 2                 Friday, November 11, 2022

 3                 9:03 a.m.  -  3:45 p.m.

 4

 5

 6

 7           THE VIDEOGRAPHER:  Good morning.  We're      09:03:10

 8    going on the record at 9:03 a.m. on November 11th,   09:03:12

 9    2022.                                                09:03:14

10           This is media unit one of the                09:03:16

11    video-recorded deposition of Tavis Maclellan, and    09:03:18

12    Tavis Maclellan is a 30(b)(6) witness for Google      09:03:21

13    taken by counsel for plaintiff, slash, defendant in   09:03:26

14    the matter of Sonos, Inc., versus Google filed in the  09:03:29

15    United States District Court for the Northern         09:03:33

16    District of California.  The case number is           09:03:36

17    3:20-cv-06754-WHA and related case number is          09:03:45

18    3:21-cv-07559-WHA.                                    09:03:48

19           This deposition is being conducted remotely   09:03:53

20    using virtual technology.                             09:03:55

21           My name is Jeff Nichols from the firm         09:03:57

22    Veritext Legal Solutions and I am the videographer.   09:04:01

23    The court reporter is Lynda Fenn from the firm        09:04:03

24    Veritext Legal Solutions.                             09:04:07

25           Counsel will now please state their           09:04:08
```

Page 5

HIGHLY CONFIDENTIAL, ATTORNEYS' EYES ONLY, SOURCE CODE

| | | |
|---|---|---|
| 1 | appearances and affiliations for the record. | 09:04:10 |
| 2 | MR. BOYEA:  Michael Boyea from Lee, | 09:04:14 |
| 3 | Sullivan, Shea & Smith on behalf of Sonos. | 09:04:20 |
| 4 | MR. KAPLAN:  This is Marc Kaplan from Quinn | 09:04:21 |
| 5 | Emanuel Urquhart & Sullivan on behalf of Google and | 09:04:28 |
| 6 | the witness and with me today is Patrick Weston from | 09:04:31 |
| 7 | Google. | 09:04:38 |
| 8 | THE VIDEOGRAPHER:  Thank you. | 09:04:39 |
| 9 | Will the court reporter please swear in the | 09:04:40 |
| 10 | witness. | 09:04:57 |
| 11 | THE COURT REPORTER:  Mr. Maclellan, please | 09:04:57 |
| 12 | raise your right hand. | 09:04:59 |
| 13 | | |
| 14 | TAVIS MACLELLAN, | |
| 15 | produced as a witness on behalf of the | |
| 16 | Plaintiff/Defendant, and having been first duly | |
| 17 | sworn, was examined and testified as follows: | |
| 18 | | |
| 19 | EXAMINATION | |
| 20 | BY MR. BOYEA: | |
| 21 | Q   Good morning, please state and spell your | 09:05:02 |
| 22 | name for the record? | 09:05:05 |
| 23 | A   My name is Tavis Maclellan, first name | 09:05:05 |
| 24 | Tavis, T-a-v-i-s, last name Maclellan, | 09:05:07 |
| 25 | M-a-c-l-e-l-l-a-n. | 09:05:13 |

Page 6

HIGHLY CONFIDENTIAL, ATTORNEYS' EYES ONLY, SOURCE CODE

| | | |
|---|---|---|
| 1 | BY MR. BOYEA: | 09:41:34 |
| 2 | Q   Well, yeah, you -- so we were talking about | 09:41:35 |
| 3 | | 09:41:37 |
| 4 | | 09:41:40 |
| 5 | | 09:41:45 |
| 6 | | 09:41:47 |
| 7 | | 09:41:50 |
| 8 | | 09:41:53 |
| 9 | A   Uh-huh. | 09:41:55 |
| 10 | | 09:41:57 |
| 11 | | 09:41:59 |
| 12 | | 09:42:03 |
| 13 | | 09:42:07 |
| 14 | | 09:42:10 |
| 15 | | 09:42:12 |
| 16 | | 09:42:16 |
| 17 | | 09:42:19 |
| 18 | | 09:42:23 |
| 19 | | 09:42:25 |
| 20 | | 09:42:28 |
| 21 | | 09:42:32 |
| 22 | | 09:42:35 |
| 23 | Q   Okay. | 09:42:46 |
| 24 | So other than a hub do you know is stream | 09:42:47 |
| 25 | transfer -- let me strike that. | 09:42:50 |

Page 37

```
 1        A   At a high level or are you asking, like,    10:42:09

 2                                                         10:42:12

 3                                                         10:42:13

 4        A   I mean, I can run through the --            10:42:15

 5        Q   Sure.  Yeah, that would be great.           10:42:20

 6                                                         10:42:25

 7                                                         10:42:31

 8                                                         10:42:35

 9                                                         10:42:40

10                                                         10:42:44

11                                                         10:42:46

12                                                         10:42:48

13                                                         10:42:54

14                                                         10:42:57

15                                                         10:42:58

16                                                         10:43:04

17                                                         10:43:08

18                                                         10:43:12

19                                                         10:43:15

20                                                         10:43:19

21                                                         10:43:21

22                                                         10:43:35

23                                                         10:43:37

24                                                         10:43:41

25                                                         10:43:43
```

Page 74

```
 1    your question was?                                      11:36:47

 2         Q    Yeah.                                         11:36:48

 3                                                            11:36:48

 4                                                            11:36:53

 5                                                            11:36:57

 6                                                            11:37:01

 7                                                            11:37:05

 8                                                            11:37:14

 9              MR. KAPLAN:  Object to form.                  11:37:15

10              THE WITNESS:  So, like I said, there are      11:37:18

11                                                            11:37:21

12                                                            11:37:28

13                                                            11:37:31

14                                                            11:37:35

15                                                            11:37:38

16                                                            11:37:41

17                                                            11:37:43

18                                                            11:37:47

19    BY MR. BOYEA:                                           11:37:55

20         Q    So do you have any understanding of the       11:37:55

21                                                            11:37:57

22              MR. KAPLAN:  Object to form.                  11:38:08

23                                                            11:38:09

24                                                            11:38:15

25                                                            11:38:19
```



Page 114

HIGHLY CONFIDENTIAL, ATTORNEYS' EYES ONLY, SOURCE CODE

| | | |
|---|---|---|
| 1 | | 13:37:24 |
| 2 | | 13:37:26 |
| 3 | | 13:37:28 |
| 4 | | 13:37:30 |
| 5 | | 13:37:31 |
| 6 | | 13:37:33 |
| 7 | | 13:37:38 |
| 8 | MR. BOYEA:  Okay. | 13:37:40 |
| 9 | BY MR. BOYEA: | 13:37:40 |
| 10 | | 13:37:42 |
| 11 | | 13:37:45 |
| 12 | | 13:37:50 |
| 13 | | 13:37:55 |
| 14 | | 13:37:58 |
| 15 | | 13:38:01 |
| 16 | | 13:38:02 |
| 17 | | 13:38:04 |
| 18 | | 13:38:09 |
| 19 | | 13:38:11 |
| 20 | | 13:38:14 |
| 21 | | 13:38:17 |
| 22 | | 13:38:21 |
| 23 | | 13:38:25 |
| 24 | Q   Okay.  So, let me just summarize where | 13:38:25 |
| 25 | we're at, because I know you think we're going to | 13:38:27 |

Page 165

HIGHLY CONFIDENTIAL, ATTORNEYS' EYES ONLY, SOURCE CODE



```
 1                                                   13:38:30

 2                                                   13:38:33

 3                                                   13:38:35

 4                                                   13:38:41

 5                                                   13:38:45

 6                                                   13:38:50

 7            MR. KAPLAN:  Object to form.          13:38:52

 8                                                   13:38:52

 9                                                   13:38:59

10                                                   13:39:01

11       BY MR. BOYEA:                               13:39:01

12                                                   13:39:02

13                                                   13:39:06

14            MR. KAPLAN:  Object to form.          13:39:07

15                                                   13:39:07

16                                                   13:39:09

17                                                   13:39:11

18                                                   13:39:12

19                                                   13:39:15

20                                                   13:39:18

21                                                   13:39:21

22                                                   13:39:23

23                                                   13:39:24

24                                                   13:39:27

25            MR. KAPLAN:  Object to form.          13:39:32
```

Page 166

| | | |
|---|---|---|
| 1 | | 13:39:33 |
| 2 | | 13:39:37 |
| 3 | | 13:39:39 |
| 4 | | 13:39:41 |
| 5 | | 13:39:45 |
| 6 | | 13:39:50 |
| 7 | | 13:39:50 |
| 8 | | 13:39:52 |
| 9 | | 13:39:57 |
| 10 | | 13:40:00 |
| 11 | | 13:40:03 |
| 12 | | 13:40:04 |
| 13 | | 13:40:05 |
| 14 | | 13:40:09 |
| 15 | | 13:40:14 |
| 16 | | 13:40:18 |
| 17 | MR. KAPLAN:  Same objection. | 13:40:21 |
| 18 | | 13:40:22 |
| 19 | | 13:40:24 |
| 20 | | 13:40:27 |
| 21 | MR. BOYEA:  Correct.  Okay. | 13:40:32 |
| 22 | Now is a good time to take a break if you | 13:40:33 |
| 23 | want and then we can continue after. | 13:40:35 |
| 24 | MR. KAPLAN:  That's fine. | 13:40:38 |
| 25 | MR. BOYEA:  We can keep going, it's up to | 13:40:38 |

Page 167

HIGHLY CONFIDENTIAL, ATTORNEYS' EYES ONLY, SOURCE CODE

```
 1    you, Mr. Maclellan.                              13:40:41

 2           THE WITNESS:  No, we can take a short     13:40:42

 3    break.                                           13:40:44

 4           MR. BOYEA:  Five or ten minutes again?    13:40:45

 5           THE WITNESS:  Let's do ten minutes.       13:40:46

 6           MR. BOYEA:  Perfect.  Okay.               13:40:48

 7           THE VIDEOGRAPHER:  We are going off the   13:40:49

 8    record.  The time is 1:40 p.m.                   13:40:50

 9           (Brief interruption in proceedings.)      13:55:07

10           THE VIDEOGRAPHER:  We are back on record. 13:55:07

11    The time is 1:55 p.m.                            13:55:09

12    BY MR. BOYEA:                                    13:55:12

13        Q   Welcome back, Mr. Maclellan.            13:55:13

14                                                     13:55:14

15                                                     13:55:16

16                                                     13:55:19

17                                                     13:55:24

18        A   Okay.  I'm there.                        13:55:32

19           MR. BOYEA:  And for the record, this is   13:55:34

20                                                     13:55:35

21                                                     13:55:37

22    BY MR. BOYEA:                                    13:55:39

23                                                     13:55:39

24                                                     13:55:42

25                                                     13:55:46
```

Page 168

HIGHLY CONFIDENTIAL, ATTORNEYS' EYES ONLY, SOURCE CODE

| | | |
|---|---|---|
| 1 | | 13:55:52 |
| 2 | MR. KAPLAN:  Object to form. | 13:55:58 |
| 3 | | 13:56:01 |
| 4 | | 13:56:02 |
| 5 | | 13:56:07 |
| 6 | | 13:56:13 |
| 7 | | 13:56:17 |
| 8 | | 13:56:19 |
| 9 | | 13:56:22 |
| 10 | | 13:56:22 |
| 11 | | 13:56:25 |
| 12 | | 13:56:32 |
| 13 | | 13:56:34 |
| 14 | | 13:56:38 |
| 15 | | 13:56:38 |
| 16 | | 13:56:43 |
| 17 | | 13:56:46 |
| 18 | | 13:56:49 |
| 19 | | 13:56:52 |
| 20 | | 13:56:54 |
| 21 | | 13:57:00 |
| 22 | | 13:57:04 |
| 23 | | 13:57:04 |
| 24 | | 13:57:06 |
| 25 | | 13:57:10 |

Page 169

HIGHLY CONFIDENTIAL, ATTORNEYS' EYES ONLY, SOURCE CODE

| | | |
|---|---|---|
| 1 | | 13:57:13 |
| 2 | | 13:57:15 |
| 3 | | 13:57:19 |
| 4 | | 13:57:19 |
| 5 | | 13:57:22 |
| 6 | MR. BOYEA:  Okay. | 13:57:22 |
| 7 | BY MR. BOYEA: | 13:57:22 |
| 8 | Q   All right. | 13:57:23 |
| 9 | | 13:57:23 |
| 10 | | 13:57:26 |
| 11 | | 13:57:32 |
| 12 | | 13:57:36 |
| 13 | | 13:57:41 |
| 14 | | 13:57:43 |
| 15 | MR. KAPLAN:  Object to form. | 13:57:49 |
| 16 | | 13:57:51 |
| 17 | | 13:57:53 |
| 18 | | 13:57:56 |
| 19 | | 13:58:00 |
| 20 | | 13:58:04 |
| 21 | | 13:58:05 |
| 22 | | 13:58:07 |
| 23 | | 13:58:12 |
| 24 | | 13:58:17 |
| 25 | | 13:58:22 |

Page 170

| | |
|---|---|
| 1 | 13:58:24 |
| 2 | 13:58:26 |
| 3 | 13:58:31 |
| 4 | 13:58:34 |
| 5 | 13:58:38 |
| 6 | 13:58:40 |
| 7 | 13:58:42 |
| 8 | 13:58:45 |
| 9 | 13:58:47 |
| 10 | 13:58:52 |
| 11 | 13:58:54 |
| 12 | 13:58:55 |
| 13 | 13:58:59 |
| 14 | 13:59:02 |
| 15 | 13:59:05 |
| 16 | 13:59:07 |
| 17 | 13:59:10 |
| 18 | 13:59:14 |
| 19 | 13:59:17 |
| 20 | 13:59:21 |
| 21 | 13:59:23 |
| 22 | 13:59:25 |
| 23 | 13:59:27 |
| 24 | 13:59:31 |
| 25 | 13:59:34 |

Page 171

HIGHLY CONFIDENTIAL, ATTORNEYS' EYES ONLY, SOURCE CODE

| | |
|---|---|
| 1 | 13:59:38 |
| 2 | 13:59:41 |
| 3 | 13:59:44 |
| 4 | 13:59:46 |
| 5 | 13:59:51 |
| 6 | 13:59:54 |
| 7 | 14:00:00 |
| 8 | 14:00:03 |
| 9 | 14:00:06 |
| 10 | 14:00:07 |
| 11 | 14:00:10 |
| 12 | 14:00:15 |
| 13 | 14:00:17 |
| 14 | 14:00:20 |
| 15 | 14:00:24 |
| 16 | 14:00:27 |
| 17 | 14:00:29 |
| 18 | 14:00:30 |
| 19 | 14:00:34 |
| 20 | 14:00:35 |
| 21 | 14:00:38 |
| 22 | 14:00:41 |
| 23 | 14:00:43 |
| 24 | 14:00:50 |
| 25 | 14:00:53 |

Page 172

HIGHLY CONFIDENTIAL, ATTORNEYS' EYES ONLY, SOURCE CODE

| | |
|---|---|
| 1 | 14:00:58 |
| 2 | 14:01:00 |
| 3 | 14:01:01 |
| 4 | 14:01:04 |
| 5 | 14:01:09 |
| 6 | 14:01:11 |
| 7 | 14:01:12 |
| 8 | 14:01:14 |
| 9 | 14:01:17 |
| 10 | 14:01:21 |
| 11 | 14:01:23 |
| 12 | 14:01:24 |
| 13 | 14:01:27 |
| 14 | 14:01:30 |
| 15 | 14:01:33 |
| 16 | 14:01:36 |
| 17 | 14:01:37 |
| 18 | 14:01:40 |
| 19 | 14:01:43 |
| 20 | 14:01:47 |
| 21 | 14:01:48 |
| 22 | 14:01:50 |
| 23 | 14:01:53 |
| 24 | 14:01:55 |
| 25 | 14:01:58 |

Page 173

HIGHLY CONFIDENTIAL, ATTORNEYS' EYES ONLY, SOURCE CODE

| 1 | | 14:02:00 |
| 2 | MR. BOYEA:  Okay. | 14:02:03 |
| 3 | BY MR. BOYEA: | 14:02:03 |
| 4 | | 14:02:04 |
| 5 | | 14:02:07 |
| 6 | | 14:02:14 |
| 7 | | 14:02:18 |
| 8 | Is that effectively what's happening? | 14:02:23 |
| 9 | MR. KAPLAN:  Object to form. | 14:02:33 |
| 10 | | 14:02:34 |
| 11 | | 14:02:36 |
| 12 | | 14:02:38 |
| 13 | | 14:02:39 |
| 14 | | 14:02:40 |
| 15 | | 14:02:42 |
| 16 | | 14:02:45 |
| 17 | | 14:02:50 |
| 18 | | 14:02:53 |
| 19 | MR. BOYEA:  I see. | 14:02:53 |
| 20 | | 14:02:55 |
| 21 | | 14:02:55 |
| 22 | | 14:02:57 |
| 23 | | 14:03:00 |
| 24 | | 14:03:03 |
| 25 | | 14:03:05 |

Page 174

HIGHLY CONFIDENTIAL, ATTORNEYS' EYES ONLY, SOURCE CODE

| | | |
|---|---|---|
| 1 | | 14:03:08 |
| 2 | | 14:03:13 |
| 3 | Q   I see.  All right. | 14:03:16 |
| 4 | | 14:03:18 |
| 5 | | 14:03:20 |
| 6 | | 14:03:24 |
| 7 | | 14:03:30 |
| 8 | A   Sorry, I'm still looking.  I think I might | 14:04:07 |
| 9 | know where it is. | 14:04:09 |
| 10 | Q   No worries. | 14:04:10 |
| 11 | | 14:04:22 |
| 12 | | 14:04:23 |
| 13 | | 14:04:28 |
| 14 | | 14:04:34 |
| 15 | | 14:04:38 |
| 16 | | 14:04:41 |
| 17 | | 14:04:43 |
| 18 | | 14:04:46 |
| 19 | | 14:04:48 |
| 20 | | 14:04:53 |
| 21 | MR. BOYEA:  Correct. | 14:04:55 |
| 22 | MR. KAPLAN:  I'm actually still pulling it | 14:04:55 |
| 23 | up too. | 14:04:57 |
| 24 | BY MR. BOYEA: | 14:05:02 |
| 25 | Q   So, Mr. Maclellan, I understand -- | 14:05:03 |

Page 175

```
 1    method and that's going to be -- your file is going        14:10:12

 2                                                               14:10:16

 3                                                               14:10:29

 4                                                               14:10:32

 5          MR. BOYEA:  Yeah.                                    14:10:33

 6          MR. KAPLAN:  Okay.  Give us just a second.           14:10:34

 7          MR. BOYEA:  Uh-huh.                                  14:10:36

 8          THE WITNESS:  I have it opened, though.              14:10:37

 9          MR. BOYEA:  Perfect.  And for the record,            14:10:39

10                                                               14:10:41

11                                                               14:10:46

12                                                               14:10:51

13          Let me know once you are there, Marc.                14:10:53

14          MR. KAPLAN:  Almost.                                 14:10:56

15          Okay.  Yeah.                                         14:11:09

16          MR. BOYEA:  All right.                               14:11:11

17    BY MR. BOYEA:

18       Q   Mr. Maclellan, if you could just help me           14:11:12

19                                                               14:11:14

20                                                               14:11:16

21                                                               14:11:19

22                                                               14:11:23

23          MR. KAPLAN:  Object to form.  Scope.                 14:11:26

24                                                               14:11:28

25                                                               14:11:30
```

Page 180

| | |
|---|---|
| 1 | 14:11:31 |
| 2 | 14:11:36 |
| 3 | 14:11:40 |
| 4 | 14:11:41 |
| 5 | 14:11:43 |
| 6 | 14:11:47 |
| 7 | 14:11:48 |
| 8 | 14:11:50 |
| 9 | 14:11:52 |
| 10 | 14:11:54 |
| 11 | 14:11:57 |
| 12 | 14:11:58 |
| 13 | 14:12:04 |
| 14 | 14:12:08 |
| 15 | 14:12:12 |
| 16 | 14:12:15 |
| 17 | 14:12:17 |
| 18 | 14:12:20 |
| 19 | 14:12:25 |
| 20 | 14:12:29 |
| 21 | 14:12:31 |
| 22 | 14:12:33 |
| 23 | 14:12:39 |
| 24 | 14:12:42 |
| 25 | 14:12:44 |

Page 181

HIGHLY CONFIDENTIAL, ATTORNEYS' EYES ONLY, SOURCE CODE

| | |
|---|---|
| 1 | 14:12:46 |
| 2 | 14:12:49 |
| 3 | 14:12:52 |
| 4 | 14:12:55 |
| 5 | 14:12:57 |
| 6 | 14:13:00 |
| 7 | 14:13:03 |
| 8 | 14:13:05 |
| 9 | 14:13:06 |
| 10 | 14:13:09 |
| 11 | 14:13:11 |
| 12 | 14:13:13 |
| 13 | 14:13:16 |
| 14 | 14:13:20 |
| 15 | 14:13:23 |
| 16 | 14:13:27 |
| 17 | 14:13:32 |
| 18 | 14:13:38 |
| 19 | 14:13:42 |
| 20 | 14:13:46 |
| 21 | 14:13:49 |
| 22 | 14:13:53 |
| 23 | 14:13:56 |
| 24 | 14:14:01 |
| 25 | 14:14:04 |

Page 182

HIGHLY CONFIDENTIAL, ATTORNEYS' EYES ONLY, SOURCE CODE

| # | | Time |
|---|---|---|
| 1 | | 14:14:06 |
| 2 | | 14:14:07 |
| 3 | | 14:14:10 |
| 4 | | 14:14:13 |
| 5 | | 14:14:16 |
| 6 | | 14:14:18 |
| 7 | | 14:14:24 |
| 8 | | |
| 9 | | 14:14:28 |
| 10 | | 14:14:31 |
| 11 | | 14:14:34 |
| 12 | | 14:14:38 |
| 13 | | 14:14:42 |
| 14 | | 14:14:43 |
| 15 | | 14:14:45 |
| 16 | | 14:14:48 |
| 17 | | 14:14:51 |
| 18 | | 14:14:51 |
| 19 | | 14:14:54 |
| 20 | | 14:14:57 |
| 21 | | 14:15:01 |
| 22 | | 14:15:03 |
| 23 | | 14:15:06 |
| 24 | | 14:15:10 |
| 25 | | 14:15:14 |

Page 183



| 1 | | 14:28:26 |
| 2 | | 14:28:29 |
| 3 | | 14:28:32 |
| 4 | | 14:28:36 |
| 5 | | 14:28:37 |
| 6 | | 14:28:40 |
| 7 | | 14:28:45 |
| 8 | | 14:28:47 |
| 9 | | 14:28:48 |
| 10 | | 14:28:50 |
| 11 | | 14:28:54 |
| 12 | | 14:28:57 |
| 13 | | 14:28:59 |
| 14 | | 14:29:01 |
| 15 | | 14:29:03 |
| 16 | | 14:29:05 |
| 17 | MR. BOYEA:  That makes sense. | 14:29:10 |
| 18 | BY MR. BOYEA: | |
| 19 | | 14:29:11 |
| 20 | | 14:29:14 |
| 21 | | 14:29:18 |
| 22 | | 14:29:20 |
| 23 | | 14:29:21 |
| 24 | | 14:29:24 |
| 25 | | 14:29:27 |

Page 195

| | | |
|---|---|---|
| 1 | MR. KAPLAN:  Object to form. | 14:29:31 |
| 2 | | 14:29:31 |
| 3 | | |
| 4 | | 14:29:38 |
| 5 | | 14:29:41 |
| 6 | | 14:29:44 |
| 7 | | 14:29:48 |
| 8 | | 14:29:51 |
| 9 | | 14:29:53 |
| 10 | | 14:29:56 |
| 11 | | 14:30:00 |
| 12 | | 14:30:01 |
| 13 | | 14:30:03 |
| 14 | | 14:30:08 |
| 15 | | 14:30:11 |
| 16 | MR. BOYEA:  I see.  I see.  Okay. | 14:30:15 |
| 17 | BY MR. BOYEA: | |
| 18 | Q   So shifting gears a little bit, the first | 14:30:17 |
| 19 | | 14:30:19 |
| 20 | | 14:30:22 |
| 21 | | 14:30:25 |
| 22 | | 14:30:28 |
| 23 | | 14:30:31 |
| 24 | | 14:30:37 |
| 25 | | 14:30:42 |



Page 196

HIGHLY CONFIDENTIAL, ATTORNEYS' EYES ONLY, SOURCE CODE

1    STATE OF CALIFORNIA        )

2                              )    ss.

3    COUNTY OF LOS ANGELES      )

4         I, Lynda L. Fenn, Certified Shorthand

5    Reporter No. 12566 for the State of California, do

6    hereby certify:

7         That prior to being examined, the witness named

8    in the foregoing deposition was duly sworn to testify

9    the truth, the whole truth, and nothing but the

10   truth;

11        That said deposition was taken down by me in

12   shorthand at the time and place therein named and

13   thereafter reduced by me to typewritten form and that

14   the same is a true, correct, and complete transcript

15   of said proceedings.

16        Before completion of the deposition, review of

17   the transcript [ X ] was [  ] was not requested.  If

18   requested, any changes made by the deponent (and

19   provided to the reporter) during the period allowed

20   are appended hereto.

21        I further certify that I am not interested in

22   the outcome of the action.

23        Witness my hand this 16th day of November, 2022.

24

25        Lynda L. Fenn, CSR, RPR

                                        Page 247