# EXHIBIT 12

# FILED UNDER SEAL

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**
**SOURCE CODE**

```
 1              UNITED STATES DISTRICT COURT
 2         FOR THE NORTHERN DISTRICT OF CALIFORNIA
 3    SONOS, INC.,
 4         Plaintiff,
 5              vs.           Case No. 3:21-CV-07559-WHA
 6    GOOGLE LLC
 7         Defendant.
      _____
 8    -AND-
 9    GOOGLE LLC,
10         Plaintiff,
11              vs.           Case No. 3:20-CV-06754-WHA
12    SONOS, INC.,
13         Defendant.
      _____
14       **HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**
15                    **SOURCE CODE**
16
17       ZOOM DEPOSITION OF DAN SCHONFELD, Ph.D.
18    (Reported Remotely via Video & Web Videoconference)
19        Northbrook, Illinois (Deponent's location)
                 Wednesday, August 31, 2022
20
      STENOGRAPHICALLY REPORTED BY:
21    REBECCA L. ROMANO, RPR, CSR, CCR
      California CSR No. 12546
22    Nevada CCR No. 827
      Oregon CSR No. 20-0466
23    Washington CCR No. 3491
24    JOB NO. 5414658
25    PAGES 1 - 252
```

Page 1

```
1    objection to this deposition officer administering          09:15:40
2    a binding oath to the deponent via remote
3    videoconference, starting with the noticing
4    attorney, please.
5            MR. SMITH:  No objection.                           09:15:55
6            MS. AUBRY:  No objection.
7            THE COURT REPORTER:  Okay, Doctor, if you
8    could raise your right hand for me, please.
9            THE DEPONENT:  (Complies.)
10           THE COURT REPORTER:  You do solemnly                09:15:58
11   state, under penalty of perjury, that the testimony
12   you are about to give in this deposition shall be
13   the truth, the whole truth and nothing but the
14   truth?
15           THE DEPONENT:  I do.                                09:15:58
16           THE VIDEOGRAPHER:  Please continue.
17
18
19
20                                                               09:15:58
21
22
23
24
25   /////                                                       09:16:13
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY - SOURCE CODE

```
 1                                                           11:16:03
 2
 3
 4
 5                                                           11:16:26
 6
 7
 8
 9
10      Q.   (By Mr. Smith)                                  11:16:52
11
12
13
14
15      A.                                                   11:17:09
16
17
18
19
20                                                           11:17:25
21
22
23
24
25      Q.   Okay.  So let's -- let's do an example.         11:17:40
```

Page 66

| | | |
|---|---|---|
| 1 | ███████████████████ ████ | 11:20:24 |
| 2 | ████████████████████████ | |
| 3 | ████:█:████:███ -- :███ | |
| 4 | ███████████████████████ | |
| 5 | ██████████████████████ | 11:20:38 |
| 6 | ██████ ████ ███████ ████ | |
| 7 | █ -- █████ ████████ ██████ | |
| 8 | ███████ ████████ ██████ █ | |
| 9 | █████████ -- ██████████ | |
| 10 | ██████████ | 11:20:59 |

11  Q.  Okay.  So, then, let's -- let's go back
12  to -- to your report and going back to -- it's
13  paragraph 726 and 728, and I want to give you a
14  new -- different scenarios, and I want you just to
15  tell me how the -- how the non-infringing         11:21:22
16  alternative would operate in those scenarios.
17       Does that make sense?
18  A.  Yeah, I will do my best.  Yeah.
19  Q.  ███ █████████████████.
20  ████████████████████████████████.              11:21:40
21  ████████████████ ████████.
22  █████████████.
23  A.  ██████████████████████.
24  ██████████████.
25  Q.  █████████████████████████.              11:22:15

Page 69

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY - SOURCE CODE

```
 1   ██████████████████████████████████████        11:22:20
 2   ██  ████████████████████████████████
 3   ████████████
 4        A.  ██████████████████████████████
 5   ██████████████████████████████████████        11:22:35
 6   ████████████████████
 7        Q.  ████████████████████████████████████
 8   ████████████████████████████████████████
 9   ██  ████████████████████████████████
10   ████████                                       11:23:02
11        A.  █  ██████████████████████████████████
12   ██████████████  ████████████████████  █
13   ██████████████████  ████████████████████████
14   ████████████
15        Q.  Okay.                                  11:23:13
16        A.  I may have missed something.
17        Q.  Yeah, what I'm --
18        A.  One of the two questions --
19        Q.  No --
20        A.  -- they sounded identical to me.       11:23:18
21        Q.  ██████  ██████████████████████████
22   ████████████████████████████████
23   ██████████████████████████████████████  ████
24   ██████████████████
25        ████████████████████████████████          11:23:32
```

Page 70

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY
SOURCE CODE

```
 1  ███████ ███ ████████████ ██████
 2  █████ ██████████████ ██████
 3  █████████████████████
 4  ████████ ██████████
 5       A.  ████████████████████ ██████
 6  ██████████████ ██████
 7       Q.  Okay.  ██ █████████████
 8  ████████████████████
 9  ████████████████ █████                         
10  ███                                    11:24:03
11       A.  ██████████████████ ████
12  ████ -- █████████████████
13  ████ ████████████████
14       Q.  Okay.  ████████████
15  ██████████████████████            11:24:19
16  █████████████████████████
17  ████████████████████
18  ███
19       A.  ███ █████████████████
20  ████████████████                  11:24:35
21  █████████████████████
22  █████████████████████
23  ████████████████████ █
24  ███████████████████
25  █████████████████                  11:24:55
```

Page 71

```
 1        I, Rebecca L. Romano, a Registered
 2   Professional Reporter, Certified Shorthand
 3   Reporter, Certified Court Reporter, do hereby
 4   certify:
 5        That the foregoing proceedings were taken
 6   before me remotely at the time and place herein set
 7   forth; that any deponents in the foregoing
 8   proceedings, prior to testifying, were administered
 9   an oath; that a record of the proceedings was made
10   by me using machine shorthand which was thereafter
11   transcribed under my direction; that the foregoing
12   transcript is true record of the testimony given.
13        Further, that if the foregoing pertains to the
14   original transcript of a deposition in a Federal
15   Case, before completion of the proceedings, review
16   of the transcript [ ] was [X] was not requested.
17        I further certify I am neither financially
18   interested in the action nor a relative or employee
19   of any attorney or any party to this action.
20        IN WITNESS WHEREOF, I have this date
21   subscribed my name this 6th day of September, 2022.
22
23        [signature: Rebecca L. Romano]
24        Rebecca L. Romano, RPR, CCR
25        CSR. No 12546
```

Page 250

# ERRATA SHEET

**Case Names:**   *Google LLC v. Sonos, Inc.*
Case No. 3:20-cv-06754-WHA

*Sonos, Inc. v. Google LLC*
Case No. 3:21-cv-07559-WHA

**Deposition Date:**   August 31, 2022

**Deponent:**   Dan Schonfeld

I, Dan Schonfeld, do hereby certify that I read the foregoing transcript of my testimony taken on August 31, 2022, and further certify that it is a true and accurate record of my testimony, with the exception of the corrections listed below:

| Page | Line | Now Reads | Should Read | Reason |
|---|---|---|---|---|
| 15 | 2-3 | and for – re-cross motion | re: cross motion | Spelling error |
| 22 | 7 | and – my understanding | my understanding | Transcription error |
| 26 | 17 | there are notifications | there are ramifications | Transcription error |
| 29 | 3 | nuanced that the | nuanced than that, the | Transcription error |
| 33 | 1 | over the | go over the | Transcription error |
| 34 | 22 | and the patent | and the patent examiner | Transcription error |
| 44 | 11 | fact that are multiple ways | fact that there are multiple ways | Transcription error |
| 47 | 12-13 | in the high level | at a high level | Transcription error |
| 47 | 23 | of the target scene [sic] | of the target zone scene | Misspoke |
| 49 | 21 | flushed out | fleshed out | Transcription error |
| 50 | 13 | forming zone scene | forming a zone scene | Transcription error |
| 53 | 11 | that right | that's right | Transcription error |
| 60 | 23 | Blakewell's | Bakewell's | Misspoke |
| 61 | 23 | slightly different word. | slightly different words. | Transcription error |
| 65 | 2 | may be | maybe | Spelling error |
| 65 | 4 | clearer | clear | Transcription error |
| 68 | 6 | think meaning | think the meaning | Transcription error |
| 74 | 22 | separate entity | a separate entity | Transcription error |
| 75 | 8 | join to a group | joined to a group | Transcription error |
| 75 | 10 | dynamic group | dynamic groups | Transcription error |
| 75 | 17 | dynamic group | dynamic groups | Transcription error |
| 76 | 10 | and you do not | if you do not | Transcription error |
| 87 | 14 | what to use | want to use | Transcription error |
| 91 | 23 | that – and integrated | that are integrated | Transcription error |
| 104 | 12 | morph it something | morph it into something | Transcription error |
| 116 | 14 | and some form of | and used some form of | Transcription error |
| 118 | 22 | Sonos claims | Sonos's claims | Transcription error |

| 118 | 22 | that Sonos prior | that the Sonos prior | Transcription error |
|---|---|---|---|---|
| 119 | 11 | Dr. Almeroth he did | Dr. Almeroth had said | Transcription error |
| 120 | 21 | it is far removed | it is as far removed | Transcription error |
| 120 | 22 | possible is just | possible. It is just | Transcription error |
| 124 | 13 | joined first group | joined the first group | Transcription error |
| 130 | 22 | principal | principle | Transcription error |
| 131 | 6 | keep it very | keep it to a very | Transcription error |
| 137 | 16 | implication | invocation | Misspoke |
| 138 | 4 | design is simple | design is a simple | Transcription error |
| 141 | 6 | not the technology comparability | not at economic comparability | Transcription error |
| 147 | 7 | synchronization | in synchronization | Transcription error |
| 148 | 1 | synchronization | in synchronization | Transcription error |
| 150 | 23 | '855 [sic] | '885 | Misspoke |
| 150 | 25 | '855 [sic] | '885 | Misspoke |
| 152 | 22 | two media | two media players | Transcription error |
| 153 | 10-11 | '855 [sic] | '885 | Misspoke |
| 153 | 21 | specific | specification | Transcription error |
| 153 | 21 | '855 [sic] | '885 | Misspoke |
| 154 | 2 | '855 [sic] | '885 | Misspoke |
| 154 | 17 | '855 [sic] | '885 | Misspoke |
| 155 | 9 | need to | needed to | Transcription error |
| 155 | 18 | describing specification | described in the specification | Transcription error |
| 155 | 22-23 | specification talks | specification that talks | Transcription error |
| 159 | 24 | to application | two applications | Spelling error |
| 174 | 18 | my obvious | my obviousness | Transcription error |
| 176 | 19 | the fact the | the fact that the | Transcription error |
| 176 | 21 | compromising | comprising | Transcription error |
| 177 | 11 | can be simultaneous | cannot be simultaneous | Transcription error |
| 187 | 21 | implication | invocation | Misspoke |
| 191 | 4 | ▮▮▮▮ [sic] | ▮▮▮▮ | Misspoke |
| 191 | 11 | ▮▮▮▮ [sic] | ▮▮▮▮ | Misspoke |
| 191 | 15 | ▮▮▮▮ [sic] | ▮▮▮▮ | Misspoke |
| 191 | 20 | teaches | teachings | |
| 192 | 13-14 | ▮▮▮▮ [sic] | ▮▮▮▮ | Misspoke |
| 192 | 18-19 | ▮▮▮▮ [sic] | ▮▮▮▮ | Misspoke |
| 197 | 25 | ▮▮▮▮ [sic] | ▮▮▮▮ | Misspoke |
| 199 | 19 | two distinction | two distinct | Transcription error |
| 208 | 3 | it's disclosing | it's not disclosing | Transcription error |
| 219 | 9 | whether it's prior | whether it's a prior | Transcription error |
| 232 | 8 | a obviousness | an obviousness | Spelling error |

| | | | | |
|---|---|---|---|---|
| 232 | 20 | obvious combination | obviousness combination | Transcription error |
| 242 | 16 | obvious analysis | obviousness analysis | Transcription error |

Dated: October 5, 2022

By: /s/ Dan Schonfeld
Dan Schonfeld