UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOOGLE LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>SONOS, INC.,<br><br>    Defendant. | No. 20-06754 WHA<br><br>**ORDER GRANTING LEAVE TO FILE MOTION FOR RECONSIDERATION** |

Google has filed a request pursuant to Local Rule 7-9 for leave to file a motion for reconsideration of the October 18, 2022 order entering summary judgment in favor of Sonos as to the validity of claim 1 of the '885 patent (Dkt. No. 397).

Google is granted leave to file a motion for reconsideration. Google's motion must be filed by **NOON ON JANUARY 9, 2023**. Sonos's opposition is due by **NOON ON JANUARY 18**. Google's reply brief, if any, is due by **NOON ON JANUARY 25**. No hearing will be scheduled for the time being.

**IT IS SO ORDERED.**

Dated: December 29, 2022.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE