UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| GOOGLE LLC, | CASE NO. 3:20-cv-06754-WHA |
|---|---|
| Plaintiff, | Related to CASE NO. 3:21-cv-07559 |
| vs. | **[PROPOSED] ORDER GRANTING GOOGLE LLC'S MOTION FOR RECONSIDERATION OR CLARIFICATION** |
| SONOS, INC., | |
| Defendant. | |

Before the Court is Google LLC's Motion for Reconsideration or Clarification ("Motion"). Having reviewed the Motion, and good cause appearing therefor, this Court concludes that the Motion should be, and is hereby, **GRANTED**, and the October 18, 2022 order granting summary judgment in favor of Sonos, Inc. as to the validity of the '885 Patent is hereby **VACATED**.

**IT IS SO ORDERED.**

DATED:

The Honorable William Alsup
United States District Court Judge