| | |
|---|---|
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | CLEMENT SETH ROBERTS (Bar No. 209203) |
|   Charles K. Verhoeven (Bar No. 170151) | croberts@orrick.com |
|   charlesverhoeven@quinnemanuel.com | BAS DE BLANK (Bar No. 191487) |
|   Melissa Baily (Bar No. 237649) | basdeblank@orrick.com |
|   melissabaily@quinnemanuel.com | ALYSSA CARIDIS (Bar No. 260103) |
|   James Judah (Bar No. 257112) | acaridis@orrick.com |
|   jamesjudah@quinnemanuel.com | ORRICK, HERRINGTON & SUTCLIFFE LLP |
|   Lindsay Cooper (Bar No. 287125) | The Orrick Building |
|   lindsaycooper@quinnemanuel.com | 405 Howard Street |
| 50 California Street, 22nd Floor | San Francisco, CA 94105-2669 |
| San Francisco, California 94111-4788 | Telephone: (415) 773-5700 |
| Telephone: (415) 875-6600 | Facsimile: (415) 773-5759 |
| Facsimile: (415) 875-6700 | |
| | SEAN M. SULLIVAN (*pro hac vice*) |
|   Marc Kaplan (*pro hac vice*) | sullivan@ls3ip.com |
|   marckaplan@quinnemanuel.com | COLE RICHTER (*pro hac vice*) |
| 191 N. Wacker Drive, Ste 2700 | richter@ls3ip.com |
| Chicago, Illinois 60606 | LEE SULLIVAN SHEA & SMITH LLP |
| Telephone: (312) 705-7400 | 656 W Randolph St., Floor 5W |
| Facsimile: (312) 705-7401 | Chicago, IL 60661 |
| | Telephone: (312) 754-0002 |
| | Facsimile: (312) 754-0003 |
| *Attorneys for Google LLC* | *Attorneys for Sonos, Inc.* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GOOGLE LLC., <br><br> Plaintiff, <br><br> vs. <br><br> SONOS, INC., <br><br> Defendant. | CASE NO. 3:20-cv-06754-WHA <br> Related to CASE NO. 3:21-cv-07559-WHA <br><br> **STIPULATED REQUEST FOR ORDER EXTENDING DEADLINES FOR EXPERT DISCOVERY, EXPERT REPORTS, AND DISPOSITIVE MOTIONS** |

Pursuant to Civil Local Rule 6-2, Google LLC ("Google") and Sonos, Inc. ("Sonos") (collectively, "Parties") jointly stipulate and request an order extending the remaining deadlines for expert discovery, expert reports, and dispositive motions.

WHEREAS, non-expert discovery closed on November 30, 2022 (Dkt. 67);

WHEREAS, opening expert reports were served on November 30, 2022 (*id.*);

WHEREAS, rebuttal expert reports were served on January 13, 2023;

WHEREAS, the Parties agreed that, subject to the Court's approval, an extension of the remaining expert discovery, expert report, and dispositive motion deadlines by one week is necessary and desirable to complete expert discovery and prepare dispositive motions.

WHEREAS, the Parties agree that continuing the remaining deadlines for expert discovery, expert reply reports, and dispositive motions will not affect the Parties' ability to comply with the other deadlines set forth in this case;

THE PARTIES HEREBY STIPULATE, AGREE, AND REQUEST, that the Court modify the current remaining expert discovery, expert report, and dispositive motion deadlines as follows:

| **Event** | **Current Deadline** | **Proposed Deadline** |
|---|---|---|
| Deadline for reply expert reports | January 23, 2023 (Dkt. 434) | January 30, 2023 |
| Deadline for bringing discovery motions or extension motions based on discovery violations for expert discovery | January 27, 2023 (Dkt. 434) | February 3, 2023 |
| Deadline for expert discovery | January 31, 2023 (Dkt. 434) | February 7, 2023*<br><br>*The deposition of Mr. Bakewell will take place on February 9th. |
| Deadline for dispositive motions | February 6, 2023 (Dkt. 434) | February 13, 2023 |

The Parties submit the accompanying declaration of Elizabeth Moulton in support hereof and respectfully request that the Court enter the attached proposed order.

IT IS SO STIPULATED.

Dated: January 20, 2023                                   Respectfully submitted,

| /s/ Charles K. Verhoeven | /s/ Elizabeth Moulton |
|---|---|
| Attorneys for GOOGLE LLC | Attorneys for SONOS, INC. |

QUINN EMANUEL URQUHART & SULLIVAN, LLP

ORRICK, HERRINGTON & SUTCLIFFE LLP

LEE SULLIVAN SHEA & SMITH LLP

*Counsel for Google LLC*

*Counsel for Sonos, Inc.*

**ECF ATTESTATION**

I, Elizabeth Moulton, am the ECF User whose ID and password are being used to file this Joint Stipulation. In compliance with Civil Local Rule 5-1, I hereby attest that Charles K. Verhoeven, counsel for Google, has concurred in this filing.

Dated: January 20, 2023

By:    */s/* Elizabeth Moulton
        Elizabeth Moulton

# [PROPOSED] ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____, 2023   By: _____
                                              Hon. William Alsup
                                              United States District Judge