CLEMENT SETH ROBERTS (Bar No. 209203)
croberts@orrick.com
BAS DE BLANK (Bar No. 191487)
basdeblank@orrick.com
ALYSSA CARIDIS (Bar No. 260103)
acaridis@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: (415) 773-5700
Facsimile: (415) 773-5759

SEAN M. SULLIVAN (pro hac vice)
sullivan@ls3ip.com
COLE RICHTER (pro hac vice)
richter@ls3ip.com
LEE SULLIVAN SHEA & SMITH LLP
656 W Randolph St., Floor 5W
Chicago, IL 60661
Telephone: (312) 754-0002

Facsimile: (312) 754-0003

*Attorneys for Sonos, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GOOGLE LLC,<br><br>    Plaintiff and Counter-defendant,<br><br>v.<br><br>SONOS, INC.,<br><br>    Defendant and Counter-claimant. | Case No. 3:20-cv-06754-WHA<br>Related to Case No. 3:21-cv-07559-WHA<br><br>**DECLARATION OF ELIZABETH MOULTON IN SUPPORT OF STIPULATED REQUEST FOR ORDER EXTENDING DEADLINES FOR EXPERT DISCOVERY, EXPERT REPORTS, AND DISPOSITIVE MOTIONS** |

I, Elizabeth Moulton, declare as follows and would so testify under oath if called upon to do so:

1.      I am an attorney with the law firm of Orrick, Herrington & Sutcliffe LLP, counsel of record to Sonos, Inc. ("Sonos") in the above-captioned matter. I am a member in good standing of the Bar of the State of California. I make this declaration based on my personal knowledge, unless otherwise noted. If called, I can and will testify competently to the matters set forth herein.

2.      I make this declaration in support of Sonos's and Google LLC's ("Google") (collectively, "Parties") Stipulated Request for Order Extending Deadlines for Expert Discovery, Expert Reports, and Dispositive Motions.

3.      The Parties believe that an extension of the remaining expert discovery, expert report, and dispositive motion deadlines is necessary and desirable to adequately complete expert discovery and prepare dispositive motions for the Court.  The Parties believe that extensions for the Expert rebuttal and the close of Expert discovery are necessary to fully address the key issues in this case.

4.      The Parties agree that continuing the remaining deadlines for expert discovery, expert reports, and dispositive motions will not affect the Parties' ability to comply with the other deadlines set forth in this case.

5.      With respect to Civil L.R. 6-2(a)(2), I am aware of eight previous modifications to the case schedule based on my review of the docket. On March 12, 2022, the Parties stipulated to an extension of Google's deadline to answer or move to dismiss Sonos's counterclaims to seven days after the Court's order on Google's motion to dismiss in the related case. Dkt. 156. On May 18, 2022, the Court vacated the initial patent showdown trial date and set the trial for October 3, 2022. Dkt. 269. On May 4, 2022, the Court granted the Parties' stipulated request to extend the mediation deadline to accommodate their preferred mediator's schedule. Dkt. 245. On July 15, 2022, the Court granted the Parties' stipulated request to extend expert pretrial deadlines for the patent showdown trial. Dkt. 304. On August 22, 2022, the Court granted the Parties' stipulated request to extend the expert discovery deadline for the patent showdown trial. Dkt. 328. On November 14, 2022, the Court granted the Parties' stipulated request to extend expert report and

discovery deadlines. Dkt. 402. On December 7, 2022, the Court granted the Parties' stipulated request to extend the deadline for Google's Opposition to Sonos's Motion for Leave to Amend Infringement Contentions Pursuant to Patent L.R. 3-6. Dkt. 417.  On December 22, 2022, the Court granted the Parties' stipulated request to extend the deadline for Expert Discovery, Expert Reports, and Dispositive Motions.

I declare under penalty of perjury under the law of the United States of America that the foregoing is true and correct to the best of my knowledge. Executed this 20th day of January, 2023 in Zephyr Cove, Nevada.

/s/ *Elizabeth Moulton*
Elizabeth Moulton

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## ECF ATTESTATION

I, Elizabeth Moulton, am the ECF User whose ID and password are being used to file this Declaration.  In compliance with Civil Local Rule 5-1, I hereby attest that Charles K. Verhoeven, counsel for Google, has concurred in the aforementioned filing.

Dated:  January 20, 2023

By:    */s/* Elizabeth Moulton
Elizabeth Moulton