UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GOOGLE LLC,

        Plaintiff,

  v.

SONOS, INC.,

        Defendant.

No. 20-06754 WHA

**ORDER DENYING REQUEST TO MODIFY CASE SCHEDULE**

Today, the Friday before the Monday deadline for reply expert reports, the parties have requested an extension (Dkt. No. 449). Specifically, they request to extend the deadlines for the remaining expert reports, expert discovery, and dispositive motions. The parties state that this is "necessary and desirable" but provide no justification in their stipulation or attached declaration beyond that it is "necessary to fully address the key issues in the case" (Moulton Decl. 1).

The request is **DENIED**. Expert report and discovery deadlines have already been extended several times in this action, most recently in December. Moreover, trial is scheduled to begin in early May. Given the impending trial date, no further extensions will be granted absent an exceedingly compelling justification.

**IT IS SO ORDERED.**

Dated: January 20, 2023.

                                            _____
                                            WILLIAM ALSUP
                                            UNITED STATES DISTRICT JUDGE