UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOOGLE LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>SONOS, INC.,<br><br>        Defendant. | No. C 20-06754 WHA<br><br>**REQUEST RE SONOS'S MOTION TO AMEND ITS INFRINGEMENT CONTENTIONS** |

Sonos has filed a motion to amend its infringement contentions (Dkt. No. 430). Although the motion was filed thirty-two days ago, Google has not submitted a response. Google must file a submission indicating whether it opposes the motion by **TUESDAY, JANUARY 24, 2023, AT NOON**.

    **IT IS SO ORDERED.**

Dated: January 20, 2023.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE