UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GOOGLE LLC,

      Plaintiff,

v.

SONOS, INC.,

      Defendant.

No. C 20-06754

**ORDER GRANTING LEAVE TO AMEND INFRINGEMENT CONTENTIONS**

Sonos has filed a motion to amend its infringement contentions as to U.S. Patent No. 10,469,966 pursuant to Patent Local Rule 3-6 (Dkt. No. 430). Google does not oppose the motion (Dkt. No. 452).

Upon review, this order finds that Sonos has good cause to amend. The motion is **GRANTED**.

**IT IS SO ORDERED.**

Dated: January 23, 2023.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE