1   CLEMENT SETH ROBERTS (SBN 209203)
    croberts@orrick.com
2   BAS DE BLANK (SBN 191487)
    basdeblank@orrick.com
3   ALYSSA CARIDIS (SBN 260103)
    acaridis@orrick.com
4   EVAN D. BREWER (SBN 304411)
    ebrewer@orrick.com
5   ORRICK, HERRINGTON & SUTCLIFFE LLP
    The Orrick Building
6   405 Howard Street
    San Francisco, CA 94105-2669
7   Telephone:     +1 415 773 5700
    Facsimile:     +1 415 773 5759
8
    SEAN M. SULLIVAN (admitted *pro hac vice*)
9   sullivan@ls3ip.com
    COLE RICHTER (admitted *pro hac vice*)
10  richter@ls3ip.com
    LEE SULLIVAN SHEA & SMITH LLP
11  656 W Randolph St., Floor 5W
    Chicago, IL 60661
12  Telephone:     +1 312 754 0002
    Facsimile:     +1 312 754 0003
13
    *Attorneys for Sonos, Inc.*
14

15              UNITED STATES DISTRICT COURT

16          NORTHERN DISTRICT OF CALIFORNIA,

17              SAN FRANCISCO DIVISION

18

19  GOOGLE LLC,                          Case No. 3:20-cv-06754-WHA
                                         Related to Case No. 3:21-cv-07559-WHA
20      Plaintiff and Counter-defendant,
                                         **DECLARATION OF CLEMENT
21      v.                               ROBERTS IN SUPPORT OF SONOS,
                                         INC.'S ADMINISTRATIVE MOTION
22  SONOS, INC.,                         TO FILE UNDER SEAL RE JOINT
                                         DISCOVERY LETTER BRIEF**
23      Defendant and Counter-claimant.

24

25

26

27

28

1    I, Clement Roberts, declare as follows and would so testify under oath if called upon to do

2  so:

3    1.    I am an attorney with the law firm of Orrick, Herrington & Sutcliffe LLP, counsel

4  of record to Sonos, Inc. ("Sonos") in the above-captioned matter.  I am a member in good

5  standing of the Bar of the State of California.  I make this declaration based on my personal

6  knowledge, unless otherwise noted.  If called, I can and will testify competently to the matters set

7  forth herein.

8    2.    I make this declaration in support of Sonos's Administrative Motion to File Under

9  Seal in connection with Sonos, Inc.'s and Google LLC's ("Google") Joint Discovery Letter Brief

10  ("Joint Discovery Letter Brief").

11    3.    Sonos seeks an order sealing the materials as listed below:

12
13

| DOCUMENT | PORTIONS TO BE SEAL | DESIGNATING PARTY |
|---|---|---|
| Joint Discovery Letter Brief | Portions highlighted in blue | Sonos |
| Joint Discovery Letter Brief | Portions highlighted in yellow | Sonos and Google |
| Exhibit 1 to Joint Discovery Letter Brief | Portions highlighted in blue | Sonos |
| Exhibit 1 to Joint Discovery Letter Brief | Portions highlighted in yellow | Sonos and Google |

14
15
16
17
18

19    4.    The portions of the Joint Discovery Letter Brief and Exhibit 1 highlighted in blue

20  and yellow contain references Sonos's confidential business information and trade secrets,

21  including Sonos's research and development processes.  The specifics of how these

22  functionalities and processes operate is confidential information that Sonos does not share

23  publicly.  Thus, public disclosure of such information may lead to competitive harm as Sonos's

24  competitors could use these details regarding the architecture and functionality of these products

25  to gain a competitive advantage in the marketplace with respect to their competing products.

26  Additionally, some of the yellow highlighted portions include terms to confidential agreements

27  that are not public.  Disclosure of this information would harm Sonos's competitive standing by

28  giving Sonos's competitors highly sensitive information about Sonos's business dealings with

DECL. OF ROBERTS ISO SONOS'S ADMINISTRATIVE
MOTION TO FILE UNDER SEAL
3:20-CV-06754-WHA

1   other entities.  A less restrictive alternative than sealing the portions of the Joint Discovery Letter

2   Brief and Exhibit 1, as indicated in the table above,  would not be sufficient because the

3   information sought to be sealed is Sonos's confidential business information and trade secrets and

4   is integral to Sonos's legal arguments.

5

6       I declare under penalty of perjury that the foregoing is true and correct to the best of my

7   knowledge.  Executed this 23rd day of January, 2023 in Belevedere, California.

8

9                           /s/ Clement S. Roberts
                            Clement S. Roberts

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECL. OF ROBERTS ISO SONOS'S ADMINISTRATIVE
MOTION TO FILE UNDER SEAL
3:20-CV-06754-WHA