1
2
3
4
5
6
7

8        UNITED STATES DISTRICT COURT

9        NORTHERN DISTRICT OF CALIFORNIA,

10       SAN FRANCISCO DIVISION

11

12  | GOOGLE LLC, | Case No. 3:20-cv-06754-WHA

13  |     Plaintiff and Counter-defendant, | **[PROPOSED] ORDER GRANTING SONOS, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL RE JOINT DISCOVERY LETTER BRIEF**

14  |     v. |

15  | SONOS, INC., |

16  |     Defendant and Counter-claimant. |

Pursuant to Civil Local Rules 7-11 and 79-5, Sonos, Inc. ("Sonos") has filed an administrative motion ("Sonos's Administrative Motion") in connection with Sonos, Inc.'s and Google LLC's ("Google") Joint Discovery Letter Brief ("Joint Discovery Letter Brief"), and good cause to seal having been shown, the Court GRANTS Sonos's Administrative Motion and ORDERS sealed the following:

| DOCUMENT | PORTIONS TO BE SEALED | DESIGNATING PARTY |
|---|---|---|
| Joint Discovery Letter Brief | Portions highlighted in blue | Sonos |
| Joint Discovery Letter Brief | Portions highlighted in yellow | Sonos and Google |
| Exhibit 1 to Joint Discovery Letter Brief | Portions highlighted in blue | Sonos |
| Exhibit 1 to Joint Discovery Letter Brief | Portions highlighted in yellow | Sonos and Google |

Dated: _____, 2023

HON. DONNA M. RYU
United States District Magistrate Judge