UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA,

SAN FRANCISCO DIVISION

| | |
|---|---|
| GOOGLE LLC,<br><br>    Plaintiff and Counter-defendant,<br><br>v.<br><br>SONOS, INC.,<br><br>    Defendant and Counter-claimant. | Case No. 3:20-cv-06754-WHA<br>Related to Case No. 3:21-cv-07559-WHA<br><br>**[PROPOSED] ORDER GRANTING SONOS, INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED RE JOINT DISCOVERY LETTER BRIEF** |

1  Pursuant to Civil Local Rule 79-5, Sonos, Inc. ("Sonos") has filed an Administrative
2  Motion to Consider Whether Another Party's Material Should Be Sealed ("Administrative
3  Motion") in connection with Sonos, Inc.'s and Google LLC's ("Google") Joint Discovery Letter
4  Brief ("Joint Discovery Letter Brief"), and good cause to seal having been shown, the Court
5  GRANTS Sonos's Administrative Motion and ORDERS sealed the following:

| DOCUMENT | PORTIONS TO BE SEALED | DESIGNATING PARTY |
|---|---|---|
| Joint Discovery Letter Brief | Portions highlighted in yellow | Google and Sonos |
| Exhibit 1 to Joint Discovery Letter Brief | Portions highlighted in green and outlined in blue boxes | Google |
| Exhibit 1 to Joint Discovery Letter Brief | Portions highlighted in yellow | Google and Sonos |

Dated: _____, 2023

_____
HON. DONNA M. RYU
United States District Magistrate Judge