1
2
3
4                   UNITED STATES DISTRICT COURT
5               NORTHERN DISTRICT OF CALIFORNIA
6
7    GOOGLE LLC,                          Case No.  20-cv-06754-WHA (DMR)
8                   Plaintiff,
9         v.                             **ORDER ON JOINT DISCOVERY
                                         LETTER**
10   SONOS, INC.,
                                         Re: Dkt. No. 455
11                  Defendant.

12       The court has reviewed the January 23, 2023 joint discovery letter in which Sonos moves

13  to strike "two sets of previously undisclosed theories in two discovery responses" served on the

14  last day of fact discovery.  [Docket No. 455.]  While Google disputes Sonos's contentions, it goes

15  on to propose that Sonos take "a short deposition" related to Google's unclean hands defense.  It

16  notes that Sonos "will have the opportunity to depose Google's experts on the topic" of secondary

17  considerations of non-obviousness "in the upcoming week."  *Id*. at 4, 5.  Sonos did not respond to

18  either point.

19       The parties shall immediately meet and confer to discuss solutions short of Sonos'

20  proposed remedy of striking the theories.  The parties shall file a joint letter that does not exceed

21  two pages setting forth the results of their meet and confer by no later than February 2, 2023.

22
23       **IT IS SO ORDERED.**

24  Dated: January 26, 2023

25
26                                                     Donna M. Ryu
                                                       United States Magistrate Judge
27

28

