QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Charles K. Verhoeven (Bar No. 170151)
  charlesverhoeven@quinnemanuel.com
  Melissa Baily (Bar No. 237649)
  melissabaily@quinnemanuel.com
  James Judah (Bar No. 257112)
  jamesjudah@quinnemanuel.com
  Lindsay Cooper (Bar No. 287125)
  lindsaycooper@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:     (415) 875-6600
Facsimile:      (415) 875-6700

  Marc Kaplan (pro hac vice)
  marckaplan@quinnemanuel.com
191 N. Wacker Drive, Ste 2700
Chicago, Illinois 60606
Telephone:     (312) 705-7400
Facsimile:      (312) 705-7401

*Attorneys for Google LLC*

CLEMENT SETH ROBERTS (STATE BAR NO. 209203)
croberts@orrick.com
BAS DE BLANK (STATE BAR NO. 191487)
basdeblank@orrick.com
ALYSSA CARIDIS (STATE BAR NO. 260103)
acaridis@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: (415) 773-5700
Facsimile: (415) 773-5759

SEAN M. SULLIVAN (admitted *pro hac vice*)
sullivan@ls3ip.com
COLE RICHTER (admitted *pro hac vice*)
richter@ls3ip.com
LEE SULLIVAN SHEA & SMITH LLP
656 W Randolph St., Floor 5W
Chicago, IL 60661
Telephone:     (312) 754-0002
Facsimile:      (312) 754-0003

*Attorneys for Sonos, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GOOGLE LLC., <br><br> Plaintiff, <br><br> vs. <br><br> SONOS, INC., <br><br> Defendant. | CASE NO. 3:20-cv-06754-WHA <br> Related to CASE NO. 3:21-cv-07559-WHA <br><br> **STIPULATED REQUEST FOR ORDER EXTENDING EXPERT DISCOVERY DEADLINE** |

Pursuant to Civil Local Rule 6-2, Google LLC ("Google") and Sonos, Inc. ("Sonos") (collectively, "Parties") jointly stipulate and request an order extending the expert discovery deadline in accordance with the stipulated schedule set forth herein.

WHEREAS, the current Close of Expert Discovery is January 31, 2023 (Dkt. 434);

WHEREAS, the Parties have met and conferred in good faith and agreed, subject to the Court's approval, that extension of the Close of Expert Discovery date is necessary and desirable to accommodate the teaching schedule and international travel of the Parties' expert witnesses and to ensure adequate time for the Parties to depose the expert witnesses;

WHEREAS, the Parties agree that continuing the deadline for Close of Expert Discovery will not affect the Parties' ability to comply with the other deadlines set forth in this case and will not affect the current dispositive motion deadline, which is February 6, 2023 (*Id.*);

THE PARTIES HEREBY STIPULATE, AGREE, AND REQUEST, that the Court modify pretrial deadlines as follows:

| Event | Previous Deadline | Proposed Deadline |
| --- | --- | --- |
| Close of Expert Discovery | January 31, 2023 | February 3, 2023 |

The Parties submit the accompanying declaration of Jocelyn Ma in support hereof and respectfully request that the Court enter the attached proposed order.

IT IS SO STIPULATED.

Dated:  January 27, 2023

Respectfully submitted,

*/s/ Charles K. Verhoeven*
Attorneys for GOOGLE LLC

QUINN EMANUEL URQUHART & SULLIVAN, LLP

*Counsel for Google LLC*

*/s/ Sean M. Sullivan*
Attorneys for SONOS, INC.

LEE SULLIVAN SHEA & SMITH LLP

*Counsel for Sonos, Inc.*

**[PROPOSED] ORDER**

The Court, having considered the Stipulated Request for Order Extending Expert Report and Discovery Deadlines, finds there is good cause to order the deadlines as follows:

Close of Expert Discovery will now be February 3, 2023.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  January 27 , 2023   By: _____
Hon. William Alsup
United States District Judge