UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA,

SAN FRANCISCO DIVISION

| | |
|---|---|
| GOOGLE LLC,<br><br>    Plaintiff and Counter-defendant,<br><br>v.<br><br>SONOS, INC.,<br><br>    Defendant and Counter-claimant. | Case No. 3:20-cv-06754-WHA<br>Related to Case No. 3:21-cv-07559-WHA<br><br>**[PROPOSED] ORDER GRANTING SONOS, INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |

Pursuant to Civil Local Rule 79-5, Sonos, Inc. ("Sonos") has filed an Administrative Motion to Consider Whether Another Party's Material Should Be Sealed ("Administrative Motion") in connection with Sonos's Motion to Strike Portions of Google's Expert Invalidity and Noninfringement Reports ("Sonos's Motion"), and good cause to seal having been shown, the Court GRANTS Sonos's Administrative Motion and ORDERS sealed the following:

| DOCUMENT | PORTIONS TO BE SEALED | DESIGNATING PARTY |
|---|---|---|
| Exhibit D to the Declaration of Geoffrey Moss in Support of Sonos's Motion | Portions outlined in red boxes | Bose |
| Exhibit Q to the Declaration of Geoffrey Moss in Support of Sonos's Motion | Entire document | Bose |
| Exhibit T to the Declaration of Geoffrey Moss in Support of Sonos's Motion | Portions outlined in red boxes | Bose |

Dated: _____, 2023

                                                HON. WILLIAM H. ALSUP
                                                United States District Judge