1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA,

SAN FRANCISCO DIVISION

| GOOGLE LLC, | Case No. 3:20-cv-06754-WHA |
|---|---|
| Plaintiff and Counter-defendant, | **[PROPOSED] ORDER GRANTING SONOS, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL RE MOTION TO STRIKE** |
| v. | |
| SONOS, INC., | |
| Defendant and Counter-claimant. | |

Pursuant to Civil Local Rules 7-11 and 79-5, Sonos, Inc. ("Sonos") has filed an administrative motion ("Sonos's Administrative Motion") in connection with Sonos's Motion to Strike Portions of Google's Expert Invalidity and Noninfringement Reports ("Sonos's Motion"), and good cause to seal having been shown, the Court GRANTS Sonos's Administrative Motion and ORDERS sealed the following:

| DOCUMENT | PORTIONS TO BE SEALED | DESIGNATING PARTY |
|---|---|---|
| Exhibit J to Sonos's Motion | Portions outlined in red boxes | Sonos and Google |

Dated: _____, 2023

                                            HON. WILLIAM H. ALSUP
                                            United States District Judge