1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA,

SAN FRANCISCO DIVISION

| GOOGLE LLC, | Case No. 3:20-cv-06754-WHA |
|---|---|
| Plaintiff and Counter-defendant, | Related to Case No. 3:21-cv-07559-WHA |
| v. | **[PROPOSED] ORDER GRANTING SONOS, INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED RE MOTION TO STRIKE** |
| SONOS, INC., | |
| Defendant and Counter-claimant. | |

Pursuant to Civil Local Rule 79-5, Sonos, Inc. ("Sonos") has filed an Administrative Motion to Consider Whether Another Party's Material Should Be Sealed ("Administrative Motion") in connection with Sonos's Motion to Strike Portions of Google's Expert Invalidity and Noninfringement Reports ("Sonos's Motion"), and good cause to seal having been shown, the Court GRANTS Sonos's Administrative Motion and ORDERS sealed the following:

| DOCUMENT | PORTIONS TO BE SEALED | DESIGNATING PARTY |
|---|---|---|
| Sonos's Motion | Portions highlighted in blue and outlined in red boxes | Google |
| Exhibit A to Sonos's Motion | Entire Document | Google |
| Exhibit B to Sonos's Motion | Entire Document | Google |
| Exhibit C to Sonos's Motion | Entire Document | Google |
| Exhibit E to Sonos's Motion | Portions outlined in red boxes | Google |
| Exhibit I to Sonos's Motion | Entire Document | Google |
| Exhibit J to Sonos's Motion | Portions outlined in red boxes | Google and Sonos |
| Exhibit J to Sonos's Motion | Remainder of document | Google |
| Exhibit K to Sonos's Motion | Entire Document | Google |
| Exhibit L to Sonos's Motion | Entire Document | Google |
| Exhibit U to Sonos's Motion | Entire Document | Google |
| Exhibit V to Sonos's Motion | Entire Document | Google |
| Exhibit W to Sonos's Motion | Entire Document | Google |
| Exhibit X to Sonos's Motion | Entire Document | Google |

Dated: _____, 2023

HON. WILLIAM H. ALSUP
United States District Judge