CLEMENT SETH ROBERTS (STATE BAR NO. 209203)
croberts@orrick.com
BAS DE BLANK (STATE BAR NO. 191487)
basdeblank@orrick.com
ALYSSA CARIDIS (STATE BAR NO. 260103)
acaridis@orrick.com
EVAN D. BREWER (STATE BAR NO. 304411)
ebrewer@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:     +1 415 773 5700
Facsimile:      +1 415 773 5759

SEAN M. SULLIVAN (admitted *pro hac vice*)
sullivan@ls3ip.com
COLE B. RICHTER (admitted *pro hac vice*)
richter@ls3ip.com
LEE SULLIVAN SHEA & SMITH LLP
656 W Randolph St., Floor 5W
Chicago, IL 60661
Telephone:     +1 312 754 0002
Facsimile:      +1 312 754 0003

*Attorneys for Sonos, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GOOGLE LLC,<br><br>    Plaintiff and Counter-defendant,<br><br>v.<br><br>SONOS, INC.,<br><br>    Defendant and Counter-claimant. | Case No. 3:20-cv-06754-WHA<br>Related to Case No. 3:21-cv-07559-WHA<br><br>**DECLARATION OF GEOFFREY MOSS IN SUPPORT OF SONOS, INC.'S MOTION TO STRIKE PORTIONS OF GOOGLE'S EXPERT INVALIDITY AND NONINFRINGEMENT REPORTS**<br><br>Complaint Filed: September 28, 2020 |

I, Geoffrey Moss, declare as follows and would so testify under oath if called upon to do so:

1. I am an attorney with the law firm of Orrick, Herrington & Sutcliffe LLP, counsel of record to Sonos, Inc. ("Sonos") in the above-captioned matter. I am a member in good standing of the Bar of the State of California. I make this declaration based on my personal knowledge, unless otherwise noted. If called, I can and will testify competently to the matters set forth herein.

2. I make this declaration in support of Sonos's Motion to Strike Portions of Google's Expert Invalidity and Noninfringement Reports.

3. Attached as **Exhibit A** is a true and correct copy of excerpts from the Opening Expert Report of Samrat Bhattacharjee Regarding Invalidity of U.S. Patent Nos. 10,779,033 and 9,967,615 and Other Issues, dated November 30, 2022.

4. Attached as **Exhibit B** is a true and correct copy of excerpts from the Rebuttal Expert Report of Samrat Bhattacharjee Regarding Non-infringement of U.S. Patent No. 10,779,033 and Other Issues, dated January 13, 2023.

5. Attached as **Exhibit C** is a true and correct copy of excerpts from the Reply Expert Report of Samrat Bhattacharjee Regarding Non-infringement of U.S. Patent No. 10,779,033 and Other Issues, dated January 23, 2023.

6. Attached as **Exhibit D** is a true and correct copy of excerpts from the Opening Expert Report of Dr. Dan Schonfeld Regarding U.S. Patent No. 10,848,885 and U.S. Patent No. 10,469,966, dated November 30, 2022.

7. Attached as **Exhibit E** is a true and correct copy of excerpts from the Rebuttal Expert Report of Dan Schonfeld, Ph.D., dated January 13, 2023.

8. Attached as **Exhibit F** is a true and correct copy of excerpts from the Reply Expert Report of Dr. Dan Schonfeld Regarding U.S. Patent No. 10,848,885 and U.S. Patent No. 10,469,966, dated January 23, 2023.

9. Attached as **Exhibit G** is a true and correct copy of emails from Cole Richter to Nima Hefazi, dated March 3 and March 11, 2022.

10. Attached as **Exhibit H** is a true and correct copy of Plaintiff's First Set of Fact Discovery Interrogatories to Defendants from *Sonos, Inc. v. Google LLC*, Case No. 6:20-cv-00881-ADA (W.D. Tex.), dated August 7, 2021.

11. Attached as **Exhibit I** is a true and correct copy of Google LLC's Eighth Supplemental Objections and Responses to Plaintiff Sonos, Inc.'s First Set of Fact Discovery Interrogatories (No. 18), dated November 21, 2022.

12. Attached as **Exhibit J** is a true and correct copy of Google LLC's Ninth Supplemental Objections and Responses to Plaintiff Sonos, Inc.'s First Set of Fact Discovery Interrogatories (No. 12), dated November 29, 2022.

13. Attached as **Exhibit K** is a true and correct copy of the Invalidity Claim Chart for U.S. Patent No. 10,779,033, Exhibit 33-1 ("the Tungsten System") to Google's invalidity contentions dated December 6, 2021.

14. Attached as **Exhibit L** is a true and correct copy of the Invalidity Claim Chart for U.S. Patent No. 10,779,033, Exhibit 33-3 ("YouTube Remote") to Google's invalidity contentions dated December 6, 2021.

15. Attached as **Exhibit M** is a true and correct copy of the Invalidity Claim Chart for U.S. Patent No. 10,469,966, Exhibit 966-7 ("Bose Lifestyle") to Google's invalidity contentions dated December 6, 2021.

16. Attached as **Exhibit N** is a true and correct copy of the Invalidity Claim Chart for U.S. Patent No. 10,848,885, Exhibit 885-7 ("Bose Lifestyle") to Google's invalidity contentions dated December 6, 2021.

17. Attached as **Exhibit O** is a true and correct copy of a document produced in this matter, bearing Bates Nos. BOSE_SUB-0000001 - BOSE_SUB-0000055.

18. Attached as **Exhibit P** is a true and correct copy of a document produced in this matter, bearing Bates Nos. BOSE_SUB-0000450 - BOSE_SUB-0000454.

19. Attached as **Exhibit Q** is a true and correct copy of a document produced in this matter, bearing Bates Nos. BOSE_SUB-0000594 - BOSE_SUB-0000601.

20. Attached as **Exhibit R** is a true and correct copy of a document produced in this matter, bearing Bates Nos. BOSE_SUB-0000361 - BOSE_SUB-0000448.

21. Attached as **Exhibit S** is a true and correct copy of a webpage capture: https://www.bose.com/en_us/support/products/bose_home_theater_support/bose_5_speaker_home_theater_support/ls50.html.

22. Attached as **Exhibit T** is a true and correct copy of excerpts from the Rebuttal Expert Report of Dr. Kevin C. Almeroth, dated January 13, 2023.

23. Attached as **Exhibit U** is a true and correct copy of excerpts from the Opening Expert Report of Samrat Bhattacharjee Regarding Invalidity of Claim 13 of U.S. Patent No. 9,967,615 and Other Issues, dated June 22, 2022.

24. Attached as **Exhibit V** is a true and correct copy of excerpts from the Rebuttal Expert Report of Samrat Bhattacharjee Regarding Non-infringement of Claim 13 of U.S. Patent No. 9,967,615 and Other Issues, dated July 27, 2022.

25. Attached as **Exhibit W** is a true and correct copy of excerpts from the Reply Expert Report of Douglas C. Schmidt, dated January 23, 2023.

26. Attached as **Exhibit X** is a true and correct copy of excerpts from Google LLC's Supplemental Responsive Damages Contentions Pursuant to Patent Local Rule 3-9, dated November 30, 2022.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed this 27th day of January, 2023 in Los Angeles, California.

/s/
Geoffrey Moss