# EXHIBIT P

# Lifestyle® SA-2 Stereo Amplifier

## Product Positioning

- Our most popular Lifestyle® system expansion stereo amplifier.
- Enjoy Bose® sound throughout your home – from one Lifestyle® system. The Lifestyle® SA-2 stereo amplifier is designed for Lifestyle® system owners who want to enjoy Bose quality music in additional rooms of their home – indoors and outdoors – with their choice of Bose speakers.

## Headlines

*Expand your Lifestyle® system to additional rooms – easily and elegantly.*
Introducing the new Lifestyle® SA-2 stereo amplifier from Bose.

*Bring Bose® sound to other rooms in your home – from your Lifestyle® system.*
Introducing the new Lifestyle® SA-2 stereo amplifier from Bose.

*Enjoy Bose® sound here…and there…from your Lifestyle® system.*
Introducing the new Lifestyle® SA-2 stereo amplifier from Bose.

*Movies in one room. Music in up to 14 additional rooms. All from your Lifestyle® system.*
Introducing the new Lifestyle® SA-2 stereo amplifier from Bose.

## Key Product Benefits (in order of importance)

- **High-quality sound performance:** Bose patented signal processing circuitry enables full, rich stereo sound, even at low volumes.
- **Easy hookup:** Connects to Lifestyle® systems with a single Bose® expansion cable.
- **Easy, elegant placement:** Small footprint allows amplifier to easily be hidden in a room. Mounting flanges included for mounting to wall or floor joist.
- **Versatility, enabled by Bose® link:**
    – Enables choice between two independent audio streams from the Lifestyle® system (for example, a movie in one room, music in another).
    – Includes expansion output for "daisy-chaining" multiple Lifestyle® amplifiers for up to 14 additional rooms of audio.
    – Each amplifier can be controlled independently with a Lifestyle® expansion remote control (sold separately).

## Key Technologies To Highlight (use icons as provided)

- **Bose® link:** A Bose proprietary networking technology that allows for easy, seamless expansion of your Lifestyle® system so you can enjoy different audio sources in different rooms, including outdoors. (*See Bose® link icon on "Technology Icons" page.)
- **Bose® patented signal processing circuitry:** Automatically adjusts tonal balance at different volume levels. Thus, music sounds lifelike with full, rich lows at almost any listening level, while speech consistently sounds natural.
- **Thermal compression circuitry:** Provides automatic protection for the amplifier electronics. If the amplifier approaches an unsafe operating temperature, the volume level is automatically lowered until a safe temperature is reached. Then, the volume is automatically returned to its original level.

For all copy on this page:   CD-ROM *folder:*   copy blocks
                             CD-ROM *file:*     promocopy.pdf

## ADDITIONAL PRODUCT INFORMATION

### DETAILED PRODUCT INFORMATION

- Room selector switches assign the amplifier to a specific room and radio frequency remote control.
- Mini-DIN expansion input and output easily connects multiple Lifestyle® amplifiers to the Lifestyle® media center in a daisy chain, whenever two or more pairs of speakers are desired in a specific location (for example, outdoors or in a large hall).
- Wired Volume Control (VCA) input provides connection for an on-wall volume control (can be used with or in place of a Lifestyle® radio frequency remote control).
- Finned cast aluminum housing dissipates heat efficiently for lower operating temperatures, even at full output.
- Integrated mounting flanges allow for permanent mounting to walls or floor joists, if desired.
- Bose® expansion cable allows for a single connection of the amplifier to the Lifestyle® media center or multi-room interface.
- Dimensions: 4½"H x 14⅛"W x 5½"D (9 x 36 x 13.8 cm).
- Weight in carton: 7.6 lbs. (3.45 kg.).
- Power rating: Two-channel stereo operation, 40 watts (minimum) per channel.
- Speaker impedance: Compatible with speakers rated 6 ohms or higher.
- Color: Black.
- Limited one-year transferable warranty remains with the system even if ownership passes to another person.

### OPTIONAL ACCESSORIES

- Lifestyle® radio frequency expansion remote controls (RC-18S for Lifestyle® 18 and 28 Series II systems, RC-38S and Personal® Music Center II for Lifestyle® 38 and 48 systems).

For all copy on this page:   CD-ROM folder:   copy blocks
                             CD-ROM file:     promocopy.pdf

BOSE_SUB-0000451

# LIFESTYLE® SA-2 STEREO AMPLIFIER

## SUGGESTED ADVERTISING SAMPLES

### ADVERTISING COPY BLOCK

Attention Lifestyle® system owners: Did you know your Lifestyle® system can deliver music to other areas in your home – even while it's busy playing a DVD movie in the main room? Bose® link expansion capability makes it possible. And the Lifestyle® SA-2 stereo amplifier makes it easy. One simple connection of the SA-2 amplifier to the Bose® link output of your Lifestyle® system media center brings fresh musical possibilities to another room, including outdoors. Just add your choice of Bose stereo speakers. (Note: Lifestyle® SA-3 amplifier recommended for more powerful Bose speakers.) You can listen to what's playing in the main room…a CD, for example, or something different – perhaps your favorite FM station. Both at the same time, from one Lifestyle® system. So, the kids and their friends can keep on watching their movie while you enjoy some quality time – and quality Bose sound – out on the patio. And you can control your music from wherever you are with the dedicated radio frequency remote control. Bose patented signal processing circuitry automatically adjusts tonal balance for practically any volume level. The SA-2 amplifier is small enough to be easily hidden on the floor or on a shelf. You can even mount it to a wall or a floor joist. Get more out of your Lifestyle® system through Bose® link…and the SA-2 Lifestyle® stereo amplifier.

### CATALOGUE COPY BLOCK

**Bose® Lifestyle® SA-2 Stereo Amplifier**
The most popular stereo amplifier from Bose works with your Lifestyle® system – and Bose® link – to bring music to a second room of your home, even outdoors. Simply connect the amplifier to the Bose® link output of your Lifestyle® media center with the included Bose® link cable, then connect your choice of Bose speakers to the amplifier. With the optional Lifestyle® expansion remote control you can choose the same musical program playing in the main room (a CD, for example) or something different (FM stereo). Compatible with Bose speakers rated 6 ohms or higher. Two-channel stereo operation, 40 watts (minimum) per channel. Size: 3½"H x 14⅛"W x 5½"D. Color: Black.

### SIMPLIFIED BULLETED FORMAT

Our most popular Lifestyle® system expansion stereo amplifier.
* Works with your Lifestyle® system and Bose® link to bring high-quality sound to other rooms in your home.
* Full, rich stereo sound, even at low volumes, from Bose® patented signal processing circuitry.
* Enables on-location choice between two independent audio streams from a Bose® link-enabled Lifestyle® system, with a Lifestyle® expansion remote control.
* Easy to hook up, easy to conceal.
* Room selector switches can assign multiple SA-2 amplifiers to specific rooms and specific Lifestyle® radio frequency remote controls.

For all copy on this page:   CD-ROM *folder:*   *copy blocks*
                             CD-ROM *file:*     *promocopy.pdf*

## PRODUCT PHOTOS



**Black:**
CD-ROM folder: photography
CD-ROM file: SA2_001_H.tif

## BOSE® LOGOS

### USE IN BLACK OR REVERSE TO WHITE ONLY



CD-ROM folder: logos
CD-ROM file: boselogo_01.eps



CD-ROM folder: logos
CD-ROM file: boselogo_02.eps



CD-ROM folder: logos
CD-ROM file: boselogo_03.eps



CD-ROM folder: logos
CD-ROM file: boselogo_04.eps

## BOSE® TECHNOLOGY ICON GUIDELINES

When using the Bose® technology icons please follow these guidelines:

1. The icons must be reproduced exactly as shown. They may not be altered.

2. The icons cannot be any smaller than ¼".

3. If possible, the icons should be printed in color to distinguish them from one another. If printed in color, they must be printed in the following Pantone color:

   Bose® link icon: Pantone 7469

5. If the icons cannot be printed in color, they may be printed in: all white, all black, or all silver. Please use this Pantone color for silver: Pantone 877.

6. We recommend using the icons with the corresponding copy from the "Key Technology" section in the Ad Source. Although the icons can be used on their own, it is good to reinforce their benefits with copy.






CD-ROM folder: logos  
CD-ROM file: BoseLink_solid.eps    BoseLink_icon.eps

CD-ROM folder: logos  
CD-ROM file: BoseLink_b&w.eps    BoseLink_outilne.eps