# EXHIBIT S

# Lifestyle® 50 system

Sold from 1970 - 2003



**Search our repository of product guides, how-tos and troubleshooting.** Just type your request below

Search *



Downloads



Accessories



Repair / Replace