UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA,

SAN FRANCISCO DIVISION

| | |
|---|---|
| GOOGLE LLC,<br><br>      Plaintiff and Counter-defendant,<br><br>   v.<br><br>SONOS, INC.,<br><br>      Defendant and Counter-claimant. | Case No. 3:20-cv-06754-WHA<br>Related to Case No. 3:21-cv-07559-WHA<br><br>**[PROPOSED] ORDER GRANTING SONOS, INC.'S MOTION TO STRIKE PORTIONS OF GOOGLE'S EXPERT INVALIDITY AND NONINFRINGEMENT REPORTS** |

1  Before the Court is Sonos, Inc.'s Motion to Strike Portions of Google's Expert Invalidity
2  and Noninfringement Expert Reports ("Motion") filed on January 27, 2023. Accordingly, having
3  reviewed the parties' submissions, and good cause having been shown, the Court grants Sonos,
4  Inc.'s Motion.

**IT IS SO ORDERED.**

Dated: _____, 2023

_____
HON. WILLIAM H. ALSUP
United States District Judge