CLEMENT SETH ROBERTS (STATE BAR NO. 209203)
croberts@orrick.com
BAS DE BLANK (STATE BAR NO. 191487)
basdeblank@orrick.com
ALYSSA CARIDIS (STATE BAR NO. 260103)
acaridis@orrick.com
EVAN D. BREWER (STATE BAR NO. 304411)
ebrewer@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:    +1 415 773 5700
Facsimile:    +1 415 773 5759

SEAN M. SULLIVAN (*pro hac vice*)
sullivan@ls3ip.com
J. DAN SMITH (*pro hac vice*)
smith@ls3ip.com
MICHAEL P. BOYEA (*pro hac vice*)
boyea@ls3ip.com
COLE B. RICHTER (*pro hac vice*)
richter@ls3ip.com
LEE SULLIVAN SHEA & SMITH LLP
656 W Randolph St., Floor 5W
Chicago, IL 60661
Telephone:    +1 312 754 0002
Facsimile:    +1 312 754 0003

*Attorneys for Sonos, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA,

SAN FRANCISCO DIVISION

| | |
|---|---|
| GOOGLE LLC,<br><br>　　　Plaintiff and Counter-defendant,<br><br>　　　v.<br><br>SONOS, INC.,<br><br>　　　Defendant and Counter-claimant. | Case No. 3:20-cv-06754-WHA<br>Related to Case No. 3:21-cv-07559-WHA<br><br>**PROOF OF SERVICE OF SEALED MATERIAL RE SONOS, INC.'S MOTION TO STRIKE** |

# PROOF OF SERVICE

I am employed in the County of San Mateo, State of California. I am over the age of 18 years and not a party to the within action. My business address is Orrick, Herrington, & Sutcliffe, 1000 Marsh Rd., Menlo Park, California 94025. On January 27, 2023, I served the following document(s) on non-party Bose Corporation:

1. Sonos, Inc.'s Administrative Motion To Consider Whether Another Party's Material Should Be Sealed
2. [Proposed] Order Granting Sonos, Inc.'s Administrative Motion To Consider Whether Another Party's Material Should Be Sealed
3. Exhibits D, Q, and T filed in support of Sonos, Inc.'s Motion to Strike Portions of Google's Expert Invalidity and Noninfringement Reports (sealed versions)

Service was made on Bose Corporation in the manner described as follows:

☒ **(VIA OVERNIGHT-FED EX)** I caused the within document(s) to be delivered by overnight courier to the address(es) set forth below.

> Bose Corporation
> 100 THE MOUNTAIN RD
> FRAMINGHAM, MA 01701

Non-Party Bose Corporation

> Bose Corporation, c/o
> 1505 Corporation 112
> C T CORPORATION SYSTEM
> 330 N BRAND BLVD STE 700
> GLENDALE, CA  91203
>
> Bose Corporation, c/o
> CT CORPORATION SYSTEM INC
> 155 FEDERAL STREET SUITE 700
> BOSTON, MA 02110

Registered Agents for Non-Party Bose Corporation

> Bose Corporation, c/o
> Andrew R. Kopsidas
> FISH & RICHARDSON P.C.
> 1000 Maine Ave. SW, Suite 1000
> Washington, DC 20024

Attorneys for Non-Party Bose Corporation

☐  **(VIA EMAIL)**  On January 27, 2023, via electronic mail in Adobe PDF format the document(s) listed above to the electronic address(es) set forth below.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on January 27, 2022, in Menlo Park, California.

_____
John Camaya