CLEMENT SETH ROBERTS (STATE BAR NO. 209203)
croberts@orrick.com
BAS DE BLANK (STATE BAR NO. 191487)
basdeblank@orrick.com
ALYSSA CARIDIS (STATE BAR NO. 260103)
acaridis@orrick.com
EVAN D. BREWER (STATE BAR NO. 304411)
ebrewer@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:     +1 415 773 5700
Facsimile:     +1 415 773 5759

SEAN M. SULLIVAN (*pro hac vice*)
sullivan@ls3ip.com
J. DAN SMITH (*pro hac vice*)
smith@ls3ip.com
MICHAEL P. BOYEA (*pro hac* vice)
boyea@ls3ip.com
COLE B. RICHTER (*pro hac vice*)
richter@ls3ip.com
LEE SULLIVAN SHEA & SMITH LLP
656 W Randolph St., Floor 5W
Chicago, IL 60661
Telephone:     +1 312 754 0002
Facsimile:     +1 312 754 0003

*Attorneys for Sonos, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA,

SAN FRANCISCO DIVISION

| | |
|---|---|
| GOOGLE LLC,<br><br>    Plaintiff and Counter-defendant,<br><br>    v.<br><br>SONOS, INC.,<br><br>    Defendant and Counter-claimant. | Case No. 3:20-cv-06754-WHA<br>Related to Case No. 3:21-cv-07559-WHA<br><br>**PROOF OF SERVICE OF SEALED MATERIAL RE SONOS, INC.'S MOTION TO STRIKE** |

# PROOF OF SERVICE

I am employed in the County of San Mateo, State of California. I am over the age of 18 years and not a party to the within action. My business address is Orrick, Herrington, & Sutcliffe, 1000 Marsh Rd., Menlo Park, California 94025.

On January 27, 2023, I served the following documents on the interested parties in this action:

Sonos, Inc.'s Motion to Strike Portions of Google's Expert Invalidity and Noninfringement Reports (sealed version)

Exhibits A-E, I-L, Q, and T-X filed in support of Sonos, Inc.'s Motion to Strike Portions of Google's Expert Invalidity and Noninfringement Reports (sealed versions)

on the following service list as indicated below pursuant to agreement by the parties:

| | |
|---|---|
| Charles K. Verhoeven<br>charlesverhoeven@quinnemanuel.com<br>Melissa J. Baily<br>melissabaily@quinnemanuel.com<br>Lindsay Cooper<br>lindsaycooper@quinnemanuel.com<br>Joseph LeRoy<br>josephleroy@quinnemanuel.com<br>Nima Hefazi<br>nimahefazi@quinnemanuel.com<br>Jocelyn Ma<br>jocelynma@quinnemanuel.com<br>Marc Kaplan<br>marckaplan@quinnemanuel.com<br>Lindsay Cooper<br>lindsaycooper@quinnemanuel.com<br>Lana Robins<br>lanarobins@quinnemanuel.com<br>Anne-Raphaëlle Aubry<br>anneraphaelleaubry@quinnemanuel.com<br>qe-sonos3@quinnemanuel.com<br>QUINN EMANUEL URQUHART<br>   & SULLIVAN, LLP<br>50 California Street, 22nd Floor<br>San Francisco, California 94111-478 | Attorneys for GOOGLE LLC |

(BY E-MAIL OR ELECTRONIC TRANSMISSION) by electronically transmitting a true and correct copy of the document(s) in pdf format from email address jcamaya@orrick.com to the email address(es) set forth in the service list. I did not receive, within a reasonable time after the transmission, any electronic message or indication that the transmission was unsuccessful or incomplete.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on January 27, 2023, in Menlo Park, California.

_____
John Camaya