QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
Melissa Baily (Bar No. 237649)
melissabaily@quinnemanuel.com
James Judah (Bar No. 257112)
jamesjudah@quinnemanuel.com
Lindsay Cooper (Bar No. 287125)
lindsaycooper@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Marc Kaplan (*pro hac vice*)
marckaplan@quinnemanuel.com
191 N. Wacker Drive, Ste 2700
Chicago, Illinois 60606
Telephone: (312) 705-7400
Facsimile: (312) 705-7401

*Attorneys for Google LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GOOGLE LLC,<br>Plaintiff,<br>vs.<br>SONOS, INC.,<br>Defendant. | Case No. 3:20-cv-06754-WHA<br>Related to Case No. 3:21-cv-07559-WHA<br><br>**DECLARATION OF NIMA HEFAZI IN SUPPORT OF GOOGLE LLC'S ADMINISTRATIVE MOTION TO SEAL PORTIONS OF ITS MOTION TO STRIKE PORTIONS OF THE EXPERT REPORTS OF DOUGLAS SCHMIDT** |

I, Nima Hefazi, declare and state as follows:

1. I am an attorney licensed to practice in the State of California and am admitted to practice before this Court. I am of counsel at Quinn Emanuel Urquhart & Sullivan LLP representing Google LLC ("Google") in this matter. I have personal knowledge of the matters set forth in this Declaration, and if called as a witness I would testify competently to those matters.

2. I make this declaration in support of Google's Administrative Motion to File Under Seal Portions of its Motion to Strike Portions of the Expert Reports of Douglas Schmidt ("Motion to Strike"). If called as a witness, I could and would testify competently to the information contained herein.

3. Google seeks an order sealing the materials as listed below:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Motion to Strike | Portions highlighted in yellow | Google |
| Exhibit 1 to the Declaration of Marc Kaplan in Support of Google's Motion to Strike ("Exhibit 1") | Entire document | Google |
| Exhibit 2 to the Declaration of Marc Kaplan in Support of Google's Motion to Strike ("Exhibit 2") | Entire document | Google |
| Exhibit 3 to the Declaration of Marc Kaplan in Support of Google's Motion to Strike ("Exhibit 3") | Entire document | Google |
| Exhibit 4 to the Declaration of Marc Kaplan in Support of Google's Motion to Strike ("Exhibit 4") | Entire document | Google |
| Exhibit 5 to the Declaration of Marc Kaplan in Support of Google's Motion to Strike ("Exhibit 5") | Entire document | Google |
| Exhibit 6 to the Declaration of Marc Kaplan in Support of Google's Motion to Strike ("Exhibit 6") | Entire document | Google |

4. The portions of Google's Motion to Strike highlighted in yellow and Exhibits 1 – 8 contain references to Google's confidential business information and trade secrets, including details regarding architecture and technical operation of Google's products and functionalities that Sonos accuses of infringement. The specifics of how these functionalities operate is confidential information

that Google does not share publicly. Thus, public disclosure of such information could lead to competitive harm to Google as competitors could use these details regarding the architecture and functionality of Google's products to gain a competitive advantage in the marketplace with respect to their competing products. I also understand that a less restrictive alternative than sealing these documents would not be sufficient because the information sought to be sealed is Google's confidential business information and trade secrets but is necessary to Google's Motion to Strike.

I declare under penalty of perjury under the laws of the United States of America that to the best of my knowledge the foregoing is true and correct. Executed on January 27, 2023, in Los Angeles, California.

DATED: January 27, 2023

By: */s/ Nima Hefazi*
Nima Hefazi

**ATTESTATION**

I, Charles K. Verhoeven, am the ECF user whose ID and password are being used to file the above Declaration. In compliance with Civil L.R. 5-1, I hereby attest that Nima Hefazi has concurred in the aforementioned filing.

DATED: January 27, 2023

*/s/ Charles K. Verhoeven*
Charles K. Verhoeven