UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GOOGLE LLC,<br><br>            Plaintiff,<br><br>       vs.<br><br>SONOS, INC.,<br><br>            Defendant. | Case No. 3:20-cv-06754-WHA<br>Related to Case No. 3:21-cv-07559-WHA<br><br>**[PROPOSED] ORDER GRANTING GOOGLE LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF ITS MOTION TO STRIKE PORTIONS OF THE EXPERT REPORTS OF DOUGLAS SCHMIDT** |

1  Plaintiff Google LLC ("Google") has filed an Administrative Motion to File Under Seal
2  Portions of its Motion to Strike Portions of the Expert Reports of Douglas Schmidt ("Motion to
3  Strike")
4  Having considered Google's Administrative Motion, and good cause to seal having been
5  shown, the Court **GRANTS** Google's Administrative Motion and **ORDERS** sealed the documents
6  listed below:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Motion to Strike | Portions highlighted in yellow | Google |
| Exhibit 1 to the Declaration of Marc Kaplan in Support of Google's Motion to Strike ("Exhibit 1") | Entire document | Google |
| Exhibit 2 to the Declaration of Marc Kaplan in Support of Google's Motion to Strike ("Exhibit 2") | Entire document | Google |
| Exhibit 3 to the Declaration of Marc Kaplan in Support of Google's Motion to Strike ("Exhibit 3") | Entire document | Google |
| Exhibit 4 to the Declaration of Marc Kaplan in Support of Google's Motion to Strike ("Exhibit 4") | Entire document | Google |
| Exhibit 5 to the Declaration of Marc Kaplan in Support of Google's Motion to Strike ("Exhibit 5") | Entire document | Google |
| Exhibit 6 to the Declaration of Marc Kaplan in Support of Google's Motion to Strike ("Exhibit 6") | Entire document | Google |

1  IT IS SO ORDERED.

2

3  DATED:

4

5

6

7  _____
   The Honorable William Alsup
8  United States District Court Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28