QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Charles K. Verhoeven (Bar No. 170151)
  charlesverhoeven@quinnemanuel.com
  Melissa Baily (Bar No. 237649)
  melissabaily@quinnemanuel.com
  James Judah (Bar No. 257112)
  jamesjudah@quinnemanuel.com
  Lindsay Cooper (Bar No. 287125)
  lindsaycooper@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:     (415) 875-6600
Facsimile:     (415) 875-6700

  Marc Kaplan (pro hac vice)
  marckaplan@quinnemanuel.com
191 N. Wacker Drive, Ste 2700
Chicago, Illinois 60606
Telephone:     (312) 705-7400
Facsimile:     (312) 705-7401

*Attorneys for GOOGLE LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GOOGLE LLC,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>SONOS, INC.,<br><br>　　　　　Defendant. | CASE NO. 3:20-cv-06754-WHA<br>Related to CASE NO. 3:21-cv-07559-WHA<br><br>**[PROPOSED] ORDER GRANTING GOOGLE'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |

1   Plaintiff Google LLC ("Google") has filed an Administrative Motion to Consider Whether
2 Another Party's Material Should Be Sealed in connection with Google LLC's Motion to Strike
3 Portions of the Expert Reports of Douglas Schmidt ("Motion to Strike") ("Google's Administrative
4 Motion").

5   Having considered Google's Administrative Motion, and good cause to seal having been
6 shown, the Court **GRANTS** Google's Administrative Motion and **ORDERS** sealed the documents
7 listed below:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Exhibit 1 to Google's Motion to Strike | Entire document | Sonos & Google |
| Exhibit 2 to Google's Motion to Strike | Entire document | Sonos & Google |
| Exhibit 3 to Google's Motion to Strike | Entire document | Sonos & Google |
| Exhibit 4 to Google's Motion to Strike | Entire document | Sonos & Google |
| Exhibit 5 to Google's Motion to Strike | Entire document | Sonos & Google |
| Exhibit 6 to Google's Motion to Strike | Entire document | Sonos & Google |

   IT IS SO ORDERED.

DATED:

_____
The Honorable William H. Alsup
United States District Court Judge