QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Charles K. Verhoeven (Bar No. 170151)
  charlesverhoeven@quinnemanuel.com
  Melissa Baily (Bar No. 237649)
  melissabaily@quinnemanuel.com
  James Judah (Bar No. 257112)
  jamesjudah@quinnemanuel.com
  Lindsay Cooper (Bar No. 287125)
  lindsaycooper@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:   (415) 875-6600
Facsimile:   (415) 875-6700

  Marc Kaplan (*pro hac vice*)
  marckaplan@quinnemanuel.com
191 N. Wacker Drive, Ste 2700
Chicago, Illinois 60606
Telephone:   (312) 705-7400
Facsimile:   (312) 705-7401

*Attorneys for GOOGLE LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GOOGLE LLC,<br><br>Plaintiff,<br><br>vs.<br><br>SONOS, INC.,<br><br>Defendant. | CASE NO. 3:20-cv-06754-WHA<br>Related to CASE NO. 3:21-cv-07559<br><br>**DECLARATION OF MARC KAPLAN IN SUPPORT OF GOOGLE LLC'S MOTION TO STRIKE PORTIONS OF THE EXPERT REPORTS OF DOUGLAS SCHMIDT** |

I, Marc Kaplan, declare and state as follows:

1. I am an attorney licensed to practice in the State of Illinois and have been admitted *pro hac vice* in this matter. I am a partner at Quinn Emanuel Urquhart & Sullivan LLC representing Google LLC ("Google") in this matter. I make this declaration in support of Google's Motion to Strike Portions of the Expert Reports of Douglas Schmidt ("Motion to Strike"). If called as a witness, I could and would testify competently to the information contained herein.

2. Google served the opening expert report of Dr. Samrat Bhattacharjee, in which he opined that the asserted claims of the '033 patent were invalid, on November 30, 2022.

3. On January 13, 2023, the parties exchanged reply expert reports, including reply reports from Dr. Schmidt on infringement and Dr. Bhattacharjee on invalidity.

4. Attached as Exhibit 1 is a true and correct copy of Sonos, Inc.'s ("Sonos") November 28, 2022 supplemental infringement contentions.

5. Attached as Exhibit 2 is a true and correct copy of the Opening Report of Douglas C. Schmidt dated November 30, 2022.

6. Attached as Exhibit 3 is a true and correct copy of the Rebuttal Expert Report of Douglas C. Schmidt dated January 13, 2023.

7. Attached as Exhibit 4 is a true and correct copy of the Rebuttal Expert Report of Samrat Bhattacharjee Regarding Non-Infringement of U.S. Patent No. 10,779,033 and Other Issues dated January 13, 2023.

8. Attached as Exhibit 5 is a true and correct copy of the Reply Expert Report of Douglas C. Schmidt dated January 23, 2023.

9. Attached as Exhibit 6 is a true and correct copy of Attachment A to Sonos, Inc.'s Second Supplemental Responses and Objections to Google's First Set of Interrogatories dated February 4, 2022.

//
//
//

1  I declare under penalty of perjury that to the best of my knowledge the foregoing is true and
2  correct. Executed on January 27, 2023, in Chicago, Illinois.

4  DATED: January 27, 2023

By: /s/ Marc Kaplan
Marc Kaplan

**ATTESTATION**

I, Charles K. Verhoeven, am the ECF user whose ID and password are being used to file the above Declaration. In compliance with Civil L.R. 5-1(h)(3), I hereby attest that Marc Kaplan has concurred in the aforementioned filing.

*/s/ Charles K. Verhoeven*
Charles K. Verhoeven