1
2
3
4
5

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GOOGLE LLC,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>SONOS, INC.,<br><br>　　　　Defendant. | CASE NO. 3:20-cv-06754-WHA<br>Related to CASE NO. 3:21-cv-07559<br><br>**[PROPOSED] ORDER GRANTING GOOGLE LLC'S MOTION TO STRIKE PORTIONS OF THE EXPERT REPORTS OF DOUGLAS SCHMIDT** |

1  Before the Court is Google LLC's Motion to Strike Portions of the Expert Reports of Douglas
2  Schmidt ("Motion to Strike").  Having reviewed the Motion to Strike, and good cause appearing
3  therefor, this Court concludes that the Motion should be, and is hereby, **GRANTED**.
4  **IT IS SO ORDERED.**

7  DATED:

   The Honorable William Alsup
   United States District Court Judge