CLEMENT SETH ROBERTS (SBN 209203)
croberts@orrick.com
BAS DE BLANK (SBN 191487)
basdeblank@orrick.com
ALYSSA CARIDIS (SBN 260103)
acaridis@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:    +1 415 773 5700
Facsimile:    +1 415 773 5759

SEAN M. SULLIVAN (*pro hac vice*)
sullivan@ls3ip.com
MICHAEL P. BOYEA (*pro hac vice*)
boyea@ls3ip.com
COLE B. RICHTER (*pro hac vice*)
richter@ls3ip.com
LEE SULLIVAN SHEA & SMITH LLP
656 W Randolph St., Floor 5W
Chicago, IL 60661
Telephone:    +1 312 754 0002
Facsimile:    +1 312 754 0003

*Attorneys for Sonos, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GOOGLE LLC,<br><br>    Plaintiff and Counterdefendant,<br><br>    v.<br><br>SONOS, INC.,<br><br>    Defendant and Counterclaimant. | Case No. 3:20-cv-06754-WHA<br>Related to Case No. 3:21-cv-07559-WHA<br><br>**SONOS, INC.'S STATEMENT REGARDING GOOGLE'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED (DKT. 468)** |

1  Sonos, Inc. hereby submits this statement regarding Google LLC's Administrative Motion
2  to Consider Whether Another Party's Material Should Be Sealed ("Administrative Motion") filed
3  on January 27, 2023 (Dkt. 468) ("Administrative Motion"), in connection with the Google's
4  Motion to Strike Portions of the Expert Reports of Douglas Schmidt ("Motion to Strike") (Dkt.
5  469)
6  Sonos advises that the information and/or material identified by Google in its
7  Administrative Motion do not contain Sonos confidential information and/or material.

10  Dated: February 3, 2023                By: */s/ Cole B. Richter*
11                                              CLEMENT SETH ROBERTS
                                                BAS DE BLANK
                                                ALYSSA CARIDIS
12                                              EVAN D. BREWER

13                                          ORRICK, HERRINGTON & SUTCLIFFE LLP

14                                              SEAN M. SULLIVAN
                                                COLE B. RICHTER
15
16                                          LEE SULLIVAN SHEA & SMITH LLP

17                                              *Attorneys for Defendant Sonos, Inc.*

SONOS'S STMNT. RE GOOGLE'S ADMIN. MOT.
TO CONSIDER WHETHER ANOTHER PARTY'S
MATERIAL SHOULD BE SEALED (DKT. 468)
3:20-CV-06754-WHA

1