UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA,

SAN FRANCISCO DIVISION

| | |
|---|---|
| GOOGLE LLC,<br><br>    Plaintiff and Counter-defendant,<br><br>v.<br><br>SONOS, INC.,<br><br>    Defendant and Counter-claimant. | Case No. 3:20-cv-06754-WHA<br>Related to Case No. 3:21-cv-07559-WHA<br><br>**[PROPOSED] ORDER GRANTING SONOS, INC.'S MOTION TO REALIGN THE PARTIES** |

1  Before the Court is Sonos, Inc's Motion to Realign the Parties filed on February 6, 2023.
2  Accordingly, having reviewed the parties' submissions, and good cause having been shown, the
3  Court grants Sonos's Motion to Realign the Parties in this action for purposes of the upcoming
4  trial, designating Sonos, Inc., as "Plaintiff" and Google LLC as "Defendant."

**IT IS SO ORDERED.**

Dated: _____, 2023

                                                     _____
                                                     HON. WILLIAM H. ALSUP
                                                     United States District Judge