# EXHIBIT 9





# Sonos® Controller for iPad™
# User Guide

SONOS-SVG2-00059406

# Music Services

A music service is an online music store or online service that sells audio on a per-song, per audiobook, or subscription basis. Sonos is compatible with several music services— for the latest list of compatible music services, you can visit our Website at *www.sonos.com/howitworks/music/partners/default.aspx*.

(Some music services may not be available in your country. Please check the individual music service's Web site for more information.

To activate any of the free music service trials that are included with your Sonos system, your Sonos system must be registered. If you have not yet registered, you can go to "System Registration" on page 1-10 for help with this step.

- If you are an Audible user, see "Audible.com®" on page 4-10 for more information.
- If you are a Deezer user, see "Deezer" on page 4-11 for more information.
- If you are a Last.fm user, see "Last.fm" on page 4-11 for more detail.
- If you are a Pandora user, see "Pandora®" on page 4-14 for more detail.
- If you would like to learn more about Napster, see "Napster®" on page 4-12 for more detail.
- If you would like to learn more about Rhapsody, see "Rhapsody®" on page 4-16 for additional detail.
- If you would like to learn more about SIRIUS, see "SIRIUS®" on page 4-18 for more detail.
- If you are a Spotify user, see "Spotify®" on page 4-19 for more detail.
- If you are a Wolfgang's Vault user, see "Wolfgang's Vault" on page 4-20 for more detail.
- If you subscribe to a music service that is not listed above, see "Adding a compatible music service" on page 4-9 for more information.

Touch **Music Menu** to see the music services.

If you don't currently have a music service enabled, you can **More Music** to see additional audio services available for use with the Sonos Multi-Room Music System.

## *Activating a music trial*

Free music service trials are available in some countries. (Please check the individual music service's Web site for more information.) If there is a music service trial available on your Controller, simply follow the steps below to activate it. After the trial period is up, you will need to subscribe to the music service to keep the music playing.

1. From the **Music Menu**, touch **More Music**.
2. Select the music trial you would like to activate.
3. Follow the on-screen prompts to start your trial.

## *Adding a compatible music service*

If you are currently subscribed to a music service that's compatible with Sonos, simply add your music service login and password information to Sonos and you'll have instant access to the music service from your Sonos system. To see the latest list of compatible music services, you can go to *www.sonos.com/howitworks/music/partners/default.aspx*.

1. From the **Music Menu**, touch **More Music**.
2. Touch to select the Sonos-compatible music service you would like to add.
3. Touch **I already have an account**.
4. Type your music service login and password, and then touch **Done**.

Your login and password will be verified with the music service. Once your credentials have been verified, your music service will appear as an option on the **Music Menu**.