UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA,

SAN FRANCISCO DIVISION

| | |
|---|---|
| GOOGLE LLC,<br><br>    Plaintiff and Counter-defendant,<br><br>v.<br><br>SONOS, INC.,<br><br>    Defendant and Counter-claimant. | Case No. 3:20-cv-06754-WHA<br>Related to Case No. 3:21-cv-07559-WHA<br><br>**[PROPOSED] ORDER GRANTING SONOS'S MOTION FOR SUMMARY JUDGMENT REGARDING GOOGLE'S CONTRACT-RELATED CLAIMS** |

Before the Court is Sonos, Inc's Motion for Summary Judgment filed on February 6, 2023. Accordingly, having reviewed the parties' submissions, and good cause having been shown, the Court grants Sonos's Motion for Summary Judgment against Google with respect to Google's claims for breach of contract and conversion.

**IT IS SO ORDERED.**

Dated: _____, 2023

                                      HON. WILLIAM H. ALSUP
                                      United States District Judge