UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA,

SAN FRANCISCO DIVISION

| | |
|---|---|
| GOOGLE LLC,<br><br>    Plaintiff and Counter-defendant,<br><br>v.<br><br>SONOS, INC.,<br><br>    Defendant and Counter-claimant. | Case No. 3:20-cv-06754-WHA<br>Related to Case No. 3:21-cv-07559-WHA<br><br>**[PROPOSED] ORDER GRANTING SONOS, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL RE SONOS'S MOTION FOR SUMMARY JUDGMENT REGARDING GOOGLE'S CONTRACT-RELATED CLAIMS** |

Pursuant to Civil Local Rules 7-11 and 79-5, Sonos, Inc. ("Sonos") has filed an administrative motion ("Sonos's Administrative Motion") in connection with Sonos's Motion for Summary Judgment Regarding Google's Contract-Related Claim ("Sonos's Motion"), and good cause to seal having been shown, the Court GRANTS Sonos's Administrative Motion and ORDERS sealed the following:

| DOCUMENT | PORTIONS TO BE SEALED | DESIGNATING PARTY |
|---|---|---|
| Sonos's Motion | Portions highlighted in blue | Sonos |
| Sonos's Motion | Portions highlighted in green | Sonos and Google |
| Exhibit 1 to Kwasizur Declaration | Entire Document | Sonos and Google |
| Exhibit 1 to Schmidt Declaration | Entire Document | Sonos |
| Exhibit 2 to Kolker Declaration | Entire Document | Sonos and Google |
| Exhibit 3 to Kolker Declaration | Entire Document | Sonos |
| Exhibit 4 to Kolker Declaration | Entire Document | Sonos |
| Exhibit 5 to Kolker Declaration | Entire Document | Sonos |
| Exhibit 6 to Kolker Declaration | Entire Document | Sonos |
| Exhibit 7 to Kolker Declaration | Entire Document | Sonos |
| Exhibit 8 to Kolker Declaration | Entire Document | Sonos |
| Exhibit 12 to Kolker Declaration | Entire Document | Sonos |

Dated: _____, 2023

HON. WILLIAM H. ALSUP
United States District Judge