CLEMENT SETH ROBERTS (STATE BAR NO. 209203)
croberts@orrick.com
BAS DE BLANK (STATE BAR NO. 191487)
basdeblank@orrick.com
ALYSSA CARIDIS (STATE BAR NO. 260103)
acaridis@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:   +1 415 773 5700
Facsimile:   +1 415 773 5759

SEAN M. SULLIVAN (*pro hac vice*)
sullivan@ls3ip.com
J. DAN SMITH (*pro hac vice*)
smith@ls3ip.com
MICHAEL P. BOYEA (*pro hac* vice)
boyea@ls3ip.com
COLE B. RICHTER (*pro hac vice*)
richter@ls3ip.com
LEE SULLIVAN SHEA & SMITH LLP
656 W Randolph St., Floor 5W
Chicago, IL 60661
Telephone:   +1 312 754 0002
Facsimile:   +1 312 754 0003

*Attorneys for Sonos, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA,

SAN FRANCISCO DIVISION

| | |
|---|---|
| GOOGLE LLC,<br><br>    Plaintiff and Counter-defendant,<br><br>v.<br><br>SONOS, INC.,<br><br>    Defendant and Counter-claimant. | Case No. 3:20-cv-06754-WHA<br>Related to Case No. 3:21-cv-07559-WHA<br><br>**PROOF OF SERVICE OF SEALED MATERIAL RE SONOS, INC.'S MOTION FOR SUMMARY JUDGMENT REGARDING GOOGLE'S CONTRACT-RELATED CLAIMS** |

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action. My business address is Orrick, Herrington, & Sutcliffe, 355 S. Grand Avenue, Suite 2700, Los Angeles, CA 90071.

On February 6, 2023, I served the following documents on the interested parties in this action:

- Sonos, Inc.'s Motion For Summary Judgment Regarding Google's Contract-Related Claim (Sealed Version);
- Exhibit 1 to the Declaration Of Alaina Kwasizur In Support Of Sonos's Motion For Summary Judgment Regarding Google's Contract-Related Claims (Sealed Version);
- Exhibit 1 to the Declaration Of Douglas C. Schmidt In Support Of Sonos's Motion For Summary Judgment Regarding Google's Contract-Related Claims (Sealed Version);
- Exhibits 2 through 8 and Exhibit 12 to the Declaration Of Joseph R. Kolker In Support Of Sonos's Motion For Summary Judgment Regarding Google's Contract-Related Claims (Sealed Version).

on the following service list as indicated below pursuant to agreement by the parties:

Charles K. Verhoeven
charlesverhoeven@quinnemanuel.com
Nima Hefazi
nimahefazi@quinnemanuel.com
Jocelyn Ma
jocelynma@quinnemanuel.com
Marc Kaplan
marckaplan@quinnemanuel.com
Lindsay Cooper
lindsaycooper@quinnemanuel.com
Lana Robins
lanarobins@quinnemanuel.com
Anne-Raphaëlle Aubry
anneraphaelleaubry@quinnemanuel.com
qe-sonos3@quinnemanuel.com

QUINN EMANUEL URQUHART & SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111-478

Attorneys for GOOGLE LLC

(BY E-MAIL OR ELECTRONIC TRANSMISSION) by electronically transmitting a true and correct copy of the document(s) in pdf format from email address amaruska@orrick.com to the email address(es) set forth in the service list. I did not receive, within a reasonable time after the transmission, any electronic message or indication that the transmission was unsuccessful or incomplete.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on February 6, 2023, in Los Angeles, California.

Amy Maruska