1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
    Charles K. Verhoeven (Bar No. 170151)
2   charlesverhoeven@quinnemanuel.com
    Melissa Baily (Bar No. 237649)
3   melissabaily@quinnemanuel.com
    James Judah (Bar No. 257112)
4   jamesjudah@quinnemanuel.com
    Lindsay Cooper (Bar No. 287125)
5   lindsaycooper@quinnemanuel.com
   50 California Street, 22nd Floor
6  San Francisco, California 94111-4788
   Telephone:     (415) 875-6600
7  Facsimile:      (415) 875-6700

8
    Marc Kaplan *(pro hac vice)*
9   marckaplan@quinnemanuel.com
   191 N. Wacker Drive, Ste 2700
10 Chicago, Illinois 60606
   Telephone: (312) 705-7400
11 Facsimile: (312) 705-7401

12 *Attorneys for Google LLC*

13                    UNITED STATES DISTRICT COURT

14                   NORTHERN DISTRICT OF CALIFORNIA

15                        SAN FRANCISCO DIVISION

16 GOOGLE LLC,                        CASE NO. 3:20-cv-06754-WHA
                                      Related to CASE NO. 3:21-cv-07559-WHA
17             Plaintiff,

18        vs.                         **DECLARATION OF JOCELYN MA IN SUPPORT OF GOOGLE LLC'S ADMINISTRATIVE MOTION TO SEAL PORTIONS OF ITS MOTION FOR SUMMARY JUDGMENT**
19 SONOS, INC.,

20             Defendant.

01980-00181/13869613.1

CASE NO. 3:20-cv-06754-WHA
DECLARATION OF JOCELYN MA IN SUPPORT OF GOOGLE LLC'S ADMINISTRATIVE MOTION TO SEAL PORTIONS OF ITS MOTION FOR SUMMARY JUDGMENT

I, Jocelyn Ma, declare and state as follows:

1. I am an attorney licensed to practice in the State of California and am admitted to practice before this Court. I am an associate at Quinn Emanuel Urquhart & Sullivan LLP representing Google LLC ("Google") in this matter. I have personal knowledge of the matters set forth in this Declaration, and if called as a witness I would testify competently to those matters.

2. I make this declaration in support of Google's Administrative Motion to File Under Seal Portions of its Motion for Summary Judgment ("Motion"). If called as a witness, I could and would testify competently to the information contained herein.

3. Google seeks an order sealing the materials as listed below:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Google's Motion | Portions highlighted in yellow and green and outlined in red boxes | Google and Sonos |
| Exhibit 1 (January 23, 2023 Reply Report of Dr. Dan Schonfeld Regarding U.S. Patent No. 10,848,885 and U.S. Patent No. 10,469,966) | Portions outlined in red boxes | Google and Sonos |
| Exhibit 2 (January 23, 2023 Reply Expert Report of Dr. Kevin C. Almeroth) | Portions outlined in red boxes | Google and Sonos |
| Exhibit 5 (January 13, 2023 Rebuttal Expert Report of Dan Schonfeld, Ph.D.) | Portions outlined in red boxes | Google |
| Exhibit 11 (November 30, 2022 Opening Expert Report of Samrat Bhattacharjee Regarding Invalidity of U.S. Patent Nos. 10,779,033 and 9,967,615 and Other Issues) | Portions outlined in red boxes | Google |
| Exhibit 12 (January 23, 2023 Reply Expert Report of Samrat Bhattacharjee Regarding Non-Infringement of U.S. Patent No. 10,779,033 and Other Issues) | Portions outlined in red boxes | Google |
| Exhibit 14 (January 13, 2023 Rebuttal Expert Report of Douglas C. Schmidt) | Entire document | Google |
| Exhibit 17 (Transcript from the January 6, 2023 Deposition of Janos Levai) | Entire document | Google |
| Exhibit 18 (Document bearing starting bates number GOOG-SONOSNDCA-00075593) | Entire document | Google |

| | | |
|---|---|---|
| Exhibit 19 (Transcript from the February 2, 2023 Deposition of Douglas Schmidt) | Portions outlined in red boxes | Google |
| Exhibit 21 (January 13, 2023 Rebuttal Expert Report of Samrat Bhattacharjee Regarding Non-Infringement of U.S. Patent No. 10,779,033 and Other Issues) | Portions outlined in red boxes | Google |
| Exhibit 22 (Document bearing starting bates number GOOG-SONOSWDTX-00041617) | Entire document | Google |

4. Exhibits 14, 17, 18, and 22 contain references to Google's confidential business information and trade secrets, including details regarding source code, architecture, and technical operation of Google's products and functionalities that Sonos accuses of infringement. The specifics of how these functionalities operate is confidential information that Google does not share publicly. Thus, public disclosure of such information could lead to competitive harm to Google as competitors could use these details regarding the architecture and functionality of Google's products to gain a competitive advantage in the marketplace with respect to their competing products. I also understand that a less restrictive alternative than sealing these exhibits would not be sufficient because the information sought to be sealed is Google's confidential business information and trade secrets but is necessary to Google's Motion.

5. The portions highlighted in yellow and outlined in red boxes in Google's Motion and Exhibits 1, 2, 5, 11, 12, 19, and 21 also contain references to Google's confidential business information and trade secrets, including details regarding source code, architecture, and technical operation of Google's products and functionalities that Sonos accuses of infringement. The specifics of how these functionalities operate is confidential information that Google does not share publicly. Thus, public disclosure of such information could lead to competitive harm to Google as competitors could use these details regarding the architecture and functionality of Google's products to gain a competitive advantage in the marketplace with respect to their competing products. I also understand that a less restrictive alternative than sealing these exhibits would not be sufficient because the information sought to be sealed is Google's confidential business information and trade secrets but is necessary to Google's Motion.

1  I declare under penalty of perjury under the laws of the United States of America that to the
2  best of my knowledge the foregoing is true and correct. Executed on February 6, 2023, in San
3  Francisco, California.

5  DATED: February 6, 2023

By: */s/ Jocelyn Ma*
Jocelyn Ma

01980-00181/13869613.1

-3-   CASE NO. 3:20-cv-06754-WHA
DECLARATION OF JOCELYN MA IN SUPPORT OF GOOGLE LLC'S ADMINISTRATIVE MOTION
TO SEAL PORTIONS OF ITS MOTION FOR SUMMARY JUDGMENT

**ATTESTATION**

I, Charles K. Verhoeven, am the ECF user whose ID and password are being used to file the above Declaration. In compliance with Civil L.R. 5-1, I hereby attest that Jocelyn Ma has concurred in the aforementioned filing.

DATED: February 6, 2023

/s/ *Charles K. Verhoeven*
Charles K. Verhoeven

01980-00181/13869613.1

-4-   CASE NO. 3:20-cv-06754-WHA
DECLARATION OF JOCELYN MA IN SUPPORT OF GOOGLE LLC'S ADMINISTRATIVE MOTION TO SEAL PORTIONS OF ITS MOTION FOR SUMMARY JUDGMENT