UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GOOGLE LLC,<br><br>              Plaintiff,<br><br>     vs.<br><br>SONOS, INC.,<br><br>              Defendant. | CASE NO. 3:20-cv-06754-WHA<br>Related to CASE NO. 3:21-cv-07559-WHA<br><br>**[PROPOSED] ORDER GRANTING GOOGLE LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF ITS MOTION FOR SUMMARY JUDGMENT** |

Plaintiff Google LLC ("Google") has filed an Administrative Motion to File Under Seal Portions of its Patent Showdown Motion for Summary Judgment ("Google's Administrative Motion").

Having considered Google's Administrative Motion, and compelling reasons to seal having been shown, the Court **GRANTS** Google's Administrative Motion and **ORDERS** sealed the documents listed below:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Google's Motion | Portions highlighted in yellow and green and outlined in red boxes | Google and Sonos |
| Exhibit 1 (January 23, 2023 Reply Report of Dr. Dan Schonfeld Regarding U.S. Patent No. 10,848,885 and U.S. Patent No. 10,469,966) | Portions outlined in red boxes | Google and Sonos |
| Exhibit 2 (January 23, 2023 Reply Expert Report of Dr. Kevin C. Almeroth) | Portions outlined in red boxes | Google and Sonos |
| Exhibit 5 (January 13, 2023 Rebuttal Expert Report of Dan Schonfeld, Ph.D.) | Portions outlined in red boxes | Google |
| Exhibit 11 (November 30, 2022 Opening Expert Report of Samrat Bhattacharjee Regarding Invalidity of U.S. Patent Nos. 10,779,033 and 9,967,615 and Other Issues) | Portions outlined in red boxes | Google |
| Exhibit 12 (January 23, 2023 Reply Expert Report of Samrat Bhattacharjee Regarding Non-Infringement of U.S. Patent No. 10,779,033 and Other Issues) | Portions outlined in red boxes | Google |
| Exhibit 14 (January 13, 2023 Rebuttal Expert Report of Douglas C. Schmidt) | Entire document | Google |
| Exhibit 17 (Transcript from the January 6, 2023 Deposition of Janos Levai) | Entire document | Google |
| Exhibit 18 (Document bearing starting bates number GOOG-SONOSNDCA-00075593) | Entire document | Google |
| Exhibit 19 (Transcript from the February 2, 2023 Deposition of Douglas Schmidt) | Portions outlined in red boxes | Google |
| Exhibit 21 (January 13, 2023 Rebuttal Expert Report of Samrat Bhattacharjee Regarding Non-Infringement of U.S. Patent No. 10,779,033 and Other Issues) | Portions outlined in red boxes | Google |

01980-00181/13869614.1

Case No. 3:20-cv-06754-WHA
[PROPOSED] ORDER GRANTING GOOGLE LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF ITS MOTION FOR SUMMARY JUDGMENT

| Exhibit 22 (Document bearing starting bates number GOOG-SONOSWDTX-00041617) | Entire document | Google |

IT IS SO ORDERED.

DATED: _____

_____
The Honorable William Alsup
United States District Court Judge

01980-00181/13869614.1

Case No. 3:20-cv-06754-WHA
[PROPOSED] ORDER GRANTING GOOGLE LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF ITS MOTION FOR SUMMARY JUDGMENT