# EXHIBIT 10

| '885 Patent Claim 1 | '966 Patent Claim 1 |
|---|---|
| [1.0] A first zone player comprising: | [1.1] A computing device comprising: one or more processors; |
| [1.1] a network interface that is configured to communicatively couple the first zone player to at least one data network; | |
| [1.2] one or more processors; | |
| [1.3] a non-transitory computer-readable medium; and | [1.2] a non-transitory computer-readable medium; and program instructions stored on the non-transitory computer-readable medium that, when executed by the one or more processors, cause the computing device to perform functions comprising: |
| [1.4] program instructions stored on the non-transitory computer-readable medium that, when executed by the one or more processors, cause the first zone player to perform functions comprising: | |
| [1.5] while operating in a standalone mode in which the first zone player is configured to play back media individually in a networked media playback system comprising the first zone player and at least two other zone players: | [1.3] while serving as a controller for a networked media playback system comprising a first zone player and at least two other zone players, wherein the first zone player is operating in a standalone mode in which the first zone player is configured to play back media individually: |
| [1.6] (i) receiving, from a network device over a data network, a first indication that the first zone player has been added to a first zone scene comprising a first predefined grouping of zone players including at least the first zone player and a second zone player that are to be configured for synchronous playback of media when the first zone scene is invoked; and | [1.4] receiving a first request to create a first zone scene comprising a first predefined grouping of zone players including at least the first zone player and a second zone player that are to be configured for synchronous playback of media when the first zone scene is invoked;<br><br>[1.5] based on the first request, i) causing creation of the first zone scene, ii) causing an indication of the first zone scene to be transmitted to the first zone player, and iii) causing storage of the first zone scene; |
| [1.7] (ii) receiving, from the network device over the data network, a second indication that the first zone player has been added to a second zone scene comprising a second predefined grouping of zone players including at least the first zone player and a third zone player that are to be configured for synchronous playback of media when the second zone scene is invoked, wherein the second zone player is different than the third zone player; | [1.6] receiving a second request to create a second zone scene comprising a second predefined grouping of zone players including at least the first zone player and a third zone player that are to be configured for synchronous playback of media when the second zone scene is invoked, wherein the third zone player is different than the second zone player;<br><br>[1.7] based on the second request, i) causing creation of the second zone scene, ii) causing an indication of the second zone scene to be transmitted to the first zone player, and iii) causing storage of the second |

| | |
|---|---|
| | zone scene; displaying a representation of the first zone scene and a representation of the second zone scene; |
| [1.8] after receiving the first and second indications, continuing to operate in the standalone mode until a given one of the first and second zone scenes has been selected for invocation; | |
| [1.9] after the given one of the first and second zone scenes has been selected for invocation, receiving, from the network device over the data network, an instruction to operate in accordance with a given one of the first and second zone scenes respectively comprising a given one of the first and second predefined groupings of zone players; and | [1.7 continued] and while displaying the representation of the first zone scene and the representation of the second zone scene, receiving a third request to invoke the first zone scene; and |
| [1.10] based on the instruction, transitioning from operating in the standalone mode to operating in accordance with the given one of the first and second predefined groupings of zone players such that the first zone player is configured to coordinate with at least one other zone player in the given one of the first and second predefined groupings of zone players over a data network in order to output media in synchrony with output of media by the at least one other zone player in the given one of the first and second predefined groupings of zone players. | [1.8] based on the third request, causing the first zone player to transition from operating in the standalone mode to operating in accordance with the first predefined grouping of zone players such that the first zone player is configured to coordinate with at least the second zone player to output media in synchrony with output of media by at least the second zone player. |

**'966 Patent Claim 2**
2. The computing device of claim 1, further comprising program instructions stored on the non-transitory computer-readable medium that, when executed by the one or more processors, cause the computing device to perform functions comprising:
while the first zone player is configured to coordinate with at least the second zone player to play back media in synchrony with at least the second zone player, receiving a fourth request to invoke the second zone scene; and
based on the fourth request, causing the first zone player to (a) cease to operate in accordance with the first predefined grouping of zone players such that the first zone player is no longer configured to coordinate with at least the second zone player to output media in synchrony with output of media by at least the second zone player and (b) begin to operate in accordance with the second predefined grouping of zone players such that the first zone player is configured to coordinate with at least the third zone player to output media in synchrony with output of media by at least the third zone player.

**Claim 2 adds a fourth request which transitions from invoking zone scene one to invoking zone scene two. This claim is obvious for the same reasons as claim 1—for example, because the Sonos 2005 system and the Sonos forums together disclose multiple zone scenes that can be invoked on command by a user.**

**'966 Patent Claim 3[1]**
3. The computing device of claim 1, wherein causing storage of the first zone scene comprises causing storage of the first zone scene at a location other than the computing device, and wherein causing storage of the second zone scene comprises causing storage of the second zone scene at the location other than the computing device.

**Claim 3 adds the requirement that storage of the zone scene does not take place at the computing device (controller). Because the Sonos 2005 system stored groups at the zone player and because the Sonos forums teach using saved groups, it would have been obvious to save the grouping information at the zone player.** *E.g.*, **Schonfeld Op. Rep. ¶¶ 356, 285.**

**'966 Patent Claim 4**
4. The computing device of claim 3, wherein the location other than the computing device comprises a zone player of the first predefined grouping of zone players.

**See claim 3.**

**'966 Patent Claim 6**
6. The computing device of claim 1, wherein the first predefined grouping of zone players does not include the third zone player, and wherein the second predefined grouping of zone players does not include the second zone player.

**Claim 6 requires that the first and second zone scenes do not overlap with the second and third zone players. This claim is obvious for the same reasons that the Sonos 2005 system and the Sonos forums disclose overlapping groups. The prior art discloses partially as opposed to fully overlapping groups.**

**'966 Patent Claim 8**
8. The computing device of claim 1, wherein receiving the first request comprises receiving a first set of one or more inputs via a user interface of the computing device, wherein receiving the second request comprises receiving a second set of one or more inputs via the user interface, and wherein receiving the third request comprises receiving a third set of one or more inputs via the user interface.

**Claim 8 requires using a user interface to receive requests. The Sonos 2005 system discloses using a user interface, and the Sonos 2005 system and Sonos forums render obvious the claimed requests to create zone scenes.**

**'966 Patent Claim 9**
9. A non-transitory computer-readable medium, wherein the non-transitory computer-readable medium is provisioned with program instructions that are executable to cause a computing device to perform functions comprising:
while serving as a controller for a networked media playback system comprising a first zone player and at least two other zone players, wherein the first zone player is operating in a standalone mode in which the first zone player is configured to play back media individually:
receiving a first request to create a first zone scene comprising a first predefined grouping of zone players including at least the first zone player and a second zone player that are to be configured for synchronous playback of media when the first zone scene is invoked;
based on the first request, i) causing creation of the first zone scene, ii) causing an indication of the first zone scene to be transmitted to the first zone player, and iii) causing storage of the first zone scene;
receiving a second request to create a second zone scene comprising a second predefined grouping of zone players including at least the first zone player and a third zone player that are to be configured for synchronous playback of media when the second zone scene is invoked, wherein the third zone player is different than the second zone player;
based on the second request, i) causing creation of the second zone scene, ii) causing an indication of the second zone scene to be transmitted to the first zone player, and iii) causing storage of the second zone scene;
displaying a representation of the first zone scene and a representation of the second zone scene; and
while displaying the representation of the first zone scene and the representation of the second zone scene, receiving a third request to invoke the first zone scene; and
based on the third request, causing the first zone player to transition from operating in the standalone mode to operating in accordance with the first predefined grouping of zone players such that the first zone player is configured to coordinate with at least the second zone player to output media in synchrony with output of media by at least the second zone player.

**Claim 9 is substantially similar to claim 1 and is obvious for the same reasons.**

**'966 Patent Claim 11[2]**
11. The non-transitory computer-readable medium of claim 9, wherein causing storage of the first zone scene comprises causing storage of the first zone scene at a location other than the computing device, and wherein causing storage of the second zone scene comprises causing storage of the second zone scene at the location other than the computing device.

*See* Claim 3.

**'966 Patent Claim 12**
12. The non-transitory computer-readable medium of claim 11, wherein the location other than the computing device comprises a zone player of the first predefined grouping of zone players.

*See* Claim 4.

**'966 Patent Claim 14**
14. The non-transitory computer-readable medium of claim 9, wherein the first predefined grouping of zone players does not include the third zone player, and wherein the second predefined grouping of zone players does not include the second zone player.

*See* Claim 6.

**'966 Patent Claim 16**
16. The non-transitory computer-readable medium of claim 9, wherein receiving the first request comprises receiving a first set of one or more inputs via a user interface of the computing device, wherein receiving the second request comprises receiving a second set of one or more inputs via the user interface, and wherein receiving the third request comprises receiving a third set of one or more inputs via the user interface.
*See* Claim 8.