QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
Melissa Baily (Bar No. 237649)
melissabaily@quinnemanuel.com
James Judah (Bar No. 257112)
jamesjudah@quinnemanuel.com
Lindsay Cooper (Bar No. 287125)
lindsaycooper@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:     (415) 875-6600
Facsimile:      (415) 875-6700

Marc Kaplan (pro hac vice)
marckaplan@quinnemanuel.com
191 N. Wacker Drive, Ste 2700
Chicago, Illinois 60606
Telephone:     (312) 705-7400
Facsimile:      (312) 705-7401

*Attorneys for GOOGLE LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GOOGLE LLC,<br><br>          Plaintiff,<br><br>     vs.<br><br>SONOS, INC.,<br><br>          Defendant. | CASE NO. 3:20-cv-06754-WHA<br>Related to CASE NO. 3:21-cv-07559-WHA<br><br>**[PROPOSED] ORDER GRANTING GOOGLE'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |

Plaintiff Google LLC ("Google") has filed an Administrative Motion to Consider Whether Another Party's Material Should Be Sealed in connection with Google LLC's Motion for Summary Judgment ("Motion") ("Google's Administrative Motion").

Having considered Google's Administrative Motion, and compelling reasons to seal having been shown, the Court **GRANTS** Google's Administrative Motion and **ORDERS** sealed the documents listed below:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Google's Motion | Portions highlighted in blue and green | Sonos |
| Exhibit 1 to Google's Motion | Entire document | Sonos |
| Exhibit 2 to Google's Motion | Entire document | Sonos |
| Exhibit 3 to Google's Motion | Entire document | Sonos |
| Exhibit 6 to Google's Motion | Entire document | Sonos |
| Exhibit 8 to Google's Motion | Entire document | Sonos |
| Exhibit 9 to Google's Motion | Entire document | Sonos |
| Exhibit 13 to Google's Motion | Entire document | Sonos |
| Exhibit 14 to Google's Motion | Entire document | Sonos |
| Exhibit 19 to Google's Motion | Entire document | Sonos |
| Exhibit 21 to Google's Motion | Entire document | Sonos |

IT IS SO ORDERED.

DATED:

_____
The Honorable William H. Alsup
United States District Court Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Case No. 3:20-cv-06754-WHA
[PROPOSED] ORDER GRANTING GOOGLE'S ADMINISTRATIVE MOTION