| | |
|---|---|
| 1 | CLEMENT SETH ROBERTS (SBN 209203) |
| | croberts@orrick.com |
| 2 | BAS DE BLANK (SBN 191487) |
| | basdeblank@orrick.com |
| 3 | ALYSSA CARIDIS (SBN 260103) |
| | acaridis@orrick.com |
| 4 | Orrick, Herrington & Sutcliffe LLP |
| | The Orrick Building |
| 5 | 405 Howard Street |
| | San Francisco, CA 94105-2669 |
| 6 | Telephone:   +1 415 773 5700 |
| | Facsimile:   +1 415 773 5759 |

SEAN M. SULLIVAN (pro hac vice)
sullivan@ls3ip.com
MICHAEL P. BOYEA (pro hac vice)
boyea@ls3ip.com
COLE RICHTER (pro hac vice)
richter@ls3ip.com
LEE SULLIVAN SHEA & SMITH LLP
656 W Randolph St., Floor 5W
Chicago, IL 60661
Telephone:   +1 312 754 0002
Facsimile:   +1 312 754 0003

*Attorneys for Sonos, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GOOGLE LLC, | Case No. 3:20-cv-06754-WHA |
| Plaintiff and Counterdefendant, | Related to Case No. 3:21-cv-07559-WHA |
| v. | **DECLARATION OF COLE RICHTER IN SUPPORT OF SONOS, INC.'S OPPOSITION TO GOOGLE'S MOTION TO STRIKE EXPERT REPORTS** |
| SONOS, INC., | |
| Defendant and Counterclaimant. | Date: March 9, 2023 |
| | Time: 8:00 a.m. |
| | Place: Courtroom 12, 19th Floor |
| | Judge: Hon. William Alsup |
| | |
| | Complaint Filed: September 28, 2020 |

I, Cole Richter, declare as follows and would so testify under oath if called upon to do so:

1. I am an attorney with the law firm of Lee, Sullivan, Shea & Smith, LLP, counsel of record to Sonos, Inc. ("Sonos") in the above-captioned matter. I am a member in good standing of the Bar of the State of Illinois. I make this declaration based on my personal knowledge, unless otherwise noted. If called, I can and will testify competently to the matters set forth herein.

2. I make this declaration in support of Sonos, Inc.'s Opposition To Google's Motion To Strike Expert Reports.

3. Attached as **Exhibit 1** is a true and correct copy of excerpts from the Opening Expert Report of Douglas C. Schmidt dated November 30, 2022. This exhibit has been highlighted for convenience.

4. Attached as **Exhibit 2** is a true and correct copy of excerpts from the Rebuttal Expert Report of Douglas C. Schmidt dated January 13, 2023.

5. Attached as **Exhibit 3** is a true and correct copy of excerpts from the Reply Expert Report of Douglas C. Schmidt dated January 23, 2023.

6. Attached as **Exhibit 4** is a true and correct copy of excerpts from the deposition transcript of Douglas Schmidt taken on February 2, 2023. This exhibit has been highlighted for convenience.

7. Attached as **Exhibit 5** is a true and correct copy of excerpts from Sonos's Exhibit B – Infringement Contention Chart: U.S. Patent No. 10,779,033. This exhibit has been highlighted for convenience.

8. Attached as **Exhibit 6** is a true and correct copy of excerpts from Google LLC's Ninth Supplemental Objections and Responses to Plaintiff Sonos, Inc.'s First Set of Fact Discovery Interrogatories (No. 12) dated November 29, 2022. This exhibit has been highlighted for convenience.

9. Attached as **Exhibit 7** is a true and correct copy of excerpts from the Opening Expert Report of Samrat Bhattacharjee Regarding Invalidity of U.S. Patent Nos. 10,779,033 and 9,967,615 and Other Issues. This exhibit has been highlighted for convenience.

10. Attached as **Exhibit 8** is a true and correct copy of excerpts from a technical document produced by Google at GOOG-SONOSWDTX-00039785.

11. Attached as **Exhibit 9** is a true and correct copy of excerpts from a technical document produced by Google at GOOG-SONOSWDTX-00039798.

12. Attached as **Exhibit 10** is a true and correct copy of a document comparing Mr. Schmidt's expert reports to Sonos's infringement contentions (Ex. 5).

13. Attached as **Exhibit 11** is a true and correct copy of excerpts from Google LLC's Third Supplemental Objections and Responses to Plaintiff Sonos, Inc.'s First Set of Fact Discovery Interrogatories (No. 15).

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed this 10th day of February, 2023 in Chicago, Illinois.

/s/ Cole Richter
Cole Richter