UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA,

SAN FRANCISCO DIVISION

| | |
|---|---|
| GOOGLE LLC,<br><br>    Plaintiff and Counter-defendant,<br><br>v.<br><br>SONOS, INC.,<br><br>    Defendant and Counter-claimant. | Case No. 3:20-cv-06754-WHA<br>Related to Case No. 3:21-cv-07559-WHA<br><br>**[PROPOSED] ORDER GRANTING SONOS, INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED RE SONOS, INC.'S OPPOSITION TO GOOGLE'S MOTION TO STRIKE EXPERT REPORTS** |

Pursuant to Civil Local Rule 79-5, Sonos, Inc. ("Sonos") has filed an Administrative Motion to Consider Whether Another Party's Material Should Be Sealed ("Administrative Motion") in connection with Sonos, Inc.'s Opposition To Google's Motion To Strike Expert Reports ("Sonos's Opposition"), and good cause to seal having been shown, the Court GRANTS Sonos's Administrative Motion and ORDERS sealed the following:

| DOCUMENT | PORTIONS TO BE SEALED | DESIGNATING PARTY |
|---|---|---|
| Sonos's Opposition | Portions highlighted in yellow and green boxes | Google |
| Exhibit 1 to the Declaration of Cole Richter in Support of Opposition ("Decl. of Richter") | Entire Document | Google |
| Exhibit 2 to Decl. of Richter | Entire Document | Google |
| Exhibit 3 to Decl. of Richter | Entire Document | Google |
| Exhibit 4 to Decl. of Richter | Entire Document | Google |
| Exhibit 5 to Decl. of Richter | Entire Document | Google |
| Exhibit 6 to Decl. of Richter | Entire Document | Google |
| Exhibit 7 to Decl. of Richter | Entire Document | Google |
| Exhibit 8 to Decl. of Richter | Entire Document | Google |
| Exhibit 9 to Decl. of Richter | Entire Document | Google |
| Exhibit 10 to Decl. of Richter | Entire Document | Google |
| Exhibit 11 to Decl. of Richter | Entire Document | Google |

Dated: _____, 2023

HON. WILLIAM H. ALSUP
United States District Judge