QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Charles K. Verhoeven (Bar No. 170151)
  charlesverhoeven@quinnemanuel.com
  Melissa Baily (Bar No. 237649)
  melissabaily@quinnemanuel.com
  James Judah (Bar No. 257112)
  jamesjudah@quinnemanuel.com
  Lindsay Cooper (Bar No. 287125)
  lindsaycooper@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:   (415) 875-6600
Facsimile:    (415) 875-6700

  Marc Kaplan (*pro hac vice*)
  marckaplan@quinnemanuel.com
191 N. Wacker Drive, Ste 2700
Chicago, Illinois 60606
Telephone:   (312) 705-7400
Facsimile:    (312) 705-7401

*Attorneys for GOOGLE LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GOOGLE LLC,<br><br>    Plaintiff,<br><br>    vs.<br><br>SONOS, INC.,<br><br>    Defendant. | CASE NO. 3:20-cv-06754-WHA<br>Related to CASE NO. 3:21-cv-07559-WHA<br><br>**[PROPOSED] ORDER GRANTING GOOGLE'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |

Plaintiff Google LLC ("Google") has filed an Administrative Motion to Consider Whether Another Party's Material Should Be Sealed in connection with Google's Opposition to Sonos's Motion to Strike Portions of Google's Noninfringement and Invalidity Expert Reports ("Opposition") ("Google's Administrative Motion").

Having considered Google's Administrative Motion, and good cause to seal having been shown, the Court **GRANTS** Google's Administrative Motion and **ORDERS** sealed the documents listed below:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Opposition | Portions highlighted in blue | Sonos |
| Exhibit 2 to the Declaration of Marc Kaplan | Entire document | Sonos |
| Exhibit 3 to the Declaration of Marc Kaplan | Entire document | Sonos |
| Exhibit 4 to the Declaration of Marc Kaplan | Entire document | Sonos |
| Exhibit 9 to the Declaration of Marc Kaplan | Entire document | Sonos |
| Exhibit 14 to the Declaration of Marc Kaplan | Entire document | Sonos |
| Exhibit 15 to the Declaration of Marc Kaplan | Entire document | Sonos |
| Exhibit 16 to the Declaration of Marc Kaplan | Entire document | Sonos |
| Exhibit 19 to the Declaration of Marc Kaplan | Portions outlined in blue boxes | Sonos |
| Exhibit 21 to the Declaration of Marc Kaplan | Portions outlined in blue boxes | Sonos |
| Exhibit 22 to the Declaration of Marc Kaplan | Entire document | Sonos |
| Exhibit 23 to the Declaration of Marc Kaplan | Entire document | Sonos |
| Exhibit 24 to the Declaration of Marc Kaplan | Portions outlined in blue boxes | Sonos |

IT IS SO ORDERED.

1
2
3  DATED:
4                                               _____
                                                The Honorable William H. Alsup
5                                               United States District Court Judge
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28