1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   Melissa Baily (Bar No. 237649)
3  melissabaily@quinnemanuel.com
   James Judah (Bar No. 257112)
4  jamesjudah@quinnemanuel.com
   Lindsay Cooper (Bar No. 287125)
5  lindsaycooper@quinnemanuel.com
   50 California Street, 22nd Floor
6  San Francisco, California 94111-4788
   Telephone:   (415) 875-6600
7  Facsimile:   (415) 875-6700

8  Marc Kaplan (*pro hac vice*)
   marckaplan@quinnemanuel.com
9  191 N. Wacker Drive, Ste 2700
   Chicago, Illinois 60606
10 Telephone:   (312) 705-7400
   Facsimile:   (312) 705-7401
11
   *Attorneys for Google LLC*
12
                        UNITED STATES DISTRICT COURT
13
                       NORTHERN DISTRICT OF CALIFORNIA
14
                            SAN FRANCISCO DIVISION
15

| GOOGLE LLC, | Case No. 3:20-cv-06754-WHA |
|---|---|
| Plaintiff, | Related to Case No. 3:21-cv-07559-WHA |
| vs. | **DECLARATION OF NIMA HEFAZI IN SUPPORT OF GOOGLE LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF ITS OPPOSITION TO SONOS'S MOTION TO STRIKE PORTIONS OF GOOGLE'S INVALIDITY AND NONINFRINGEMENT EXPERT REPORTS** |
| SONOS, INC., | |
| Defendant. | |

I, Nima Hefazi, declare and state as follows:

1. I am an attorney licensed to practice in the State of California and am admitted to practice before this Court. I am of counsel at Quinn Emanuel Urquhart & Sullivan LLP representing Google LLC ("Google") in this matter. I have personal knowledge of the matters set forth in this Declaration, and if called as a witness I would testify competently to those matters.

2. I make this declaration in support of Google's Administrative Motion to File Under Seal Portions of its Opposition to Sonos's Motion to Strike Portions of Google's Noninfringement and Invalidity Expert Reports ("Opposition"). If called as a witness, I could and would testify competently to the information contained herein.

3. Google seeks an order sealing the materials as listed below:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Opposition | Portions highlighted in yellow | Google |
| Exhibit 5 to the Declaration of Marc Kaplan ("Exhibit 5") | Portions outlined in red boxes | Google |
| Exhibit 8 to the Declaration of Marc Kaplan ("Exhibit 8") | Portions outlined in red boxes | Google |
| Exhibit 9 to the Declaration of Marc Kaplan ("Exhibit 9") | Portions outlined in red boxes | Google |
| Exhibit 10 to the Declaration of Marc Kaplan ("Exhibit 10") | Entire document | Google |
| Exhibit 13 to the Declaration of Marc Kaplan ("Exhibit 13") | Portions outlined in red boxes | Google |
| Exhibit 19 to the Declaration of Marc Kaplan ("Exhibit 19") | Portions outlined in red boxes | Google |
| Exhibit 20 to the Declaration of Marc Kaplan ("Exhibit 20") | Portions outlined in red boxes | Google |
| Exhibit 21 to the Declaration of Marc Kaplan ("Exhibit 21") | Portions outlined in red boxes | Google |
| Exhibit 22 to the Declaration of Marc Kaplan ("Exhibit 22") | Portions outlined in red boxes | Google |
| Exhibit 24 to the Declaration of Marc Kaplan ("Exhibit 24") | Portions outlined in red boxes | Google |
| Exhibit 25 to the Declaration of Marc Kaplan ("Exhibit 25") | Entire document | Google |

4. The portions of Google's Opposition highlighted in yellow, the portions of Exhibits 5, 8, 9, 13, 19, 20, 21, 22, and 24 outlined in red boxes, and Exhibits 10 and 25 contain references to Google's confidential business information and trade secrets, including details regarding architecture and technical operation of Google's products and functionalities that Sonos accuses of infringement, that Google contends is prior art, and/or that are currently under development and have not yet been released. The specifics of how these functionalities operate is confidential information that Google does not share publicly. Thus, public disclosure of such information could lead to competitive harm to Google as competitors could use these details regarding the architecture and functionality of Google's products to gain a competitive advantage in the marketplace with respect to their competing products. Google has therefore designated this information as HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY under the protective order (Dkt. No. 92). I also understand that a less restrictive alternative than sealing these documents would not be sufficient because the information sought to be sealed is Google's confidential business information and trade secrets but is necessary to Google's Opposition.

I declare under penalty of perjury under the laws of the United States of America that to the best of my knowledge the foregoing is true and correct. Executed on February 10, 2023, in Los Angeles, California.

DATED: February 10, 2023

By:   */s/ Nima Hefazi*
      Nima Hefazi

## ATTESTATION

I, Charles K. Verhoeven, am the ECF user whose ID and password are being used to file the above Declaration. In compliance with Civil L.R. 5-1, I hereby attest that Nima Hefazi has concurred in the aforementioned filing.

DATED: February 10, 2023

*/s/ Charles K. Verhoeven*
Charles K. Verhoeven