UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GOOGLE LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>SONOS, INC.,<br><br>    Defendant. | Case No. 3:20-cv-06754-WHA<br>Related to Case No. 3:21-cv-07559-WHA<br><br>**[PROPOSED] ORDER GRANTING GOOGLE LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF ITS OPPOSITION TO SONOS'S MOTION TO STRIKE PORTIONS OF GOOGLE'S INVALIDITY AND NONINFRINGEMENT EXPERT REPORTS** |

Plaintiff Google LLC ("Google") has filed an Administrative Motion to File Under Seal Portions of its Opposition to Sonos's Motion to Strike Portions of Google's Noninfringement and Invalidity Expert Reports ("Opposition").

Having considered Google's Administrative Motion, and good cause to seal having been shown, the Court **GRANTS** Google's Administrative Motion and **ORDERS** sealed the documents listed below:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Opposition | Portions highlighted in yellow | Google |
| Exhibit 5 to the Declaration of Marc Kaplan | Portions outlined in red boxes | Google |
| Exhibit 8 to the Declaration of Marc Kaplan | Portions outlined in red boxes | Google |
| Exhibit 9 to the Declaration of Marc Kaplan | Portions outlined in red boxes | Google |
| Exhibit 10 to the Declaration of Marc Kaplan | Entire document | Google |
| Exhibit 13 to the Declaration of Marc Kaplan | Portions outlined in red boxes | Google |
| Exhibit 19 to the Declaration of Marc Kaplan | Portions outlined in red boxes | Google |
| Exhibit 20 to the Declaration of Marc Kaplan | Portions outlined in red boxes | Google |
| Exhibit 21 to the Declaration of Marc Kaplan | Portions outlined in red boxes | Google |
| Exhibit 22 to the Declaration of Marc Kaplan | Portions outlined in red boxes | Google |
| Exhibit 24 to the Declaration of Marc Kaplan | Portions outlined in red boxes | Google |
| Exhibit 25 to the Declaration of Marc Kaplan | Entire document | Google |

1   IT IS SO ORDERED.

2

3   DATED:

4

5

6

7                                                   _____
                                                    The Honorable William Alsup
8                                                   United States District Court Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28