QUINN EMANUEL URQUHART & SULLIVAN, LLP
 Charles K. Verhoeven (Bar No. 170151)
 charlesverhoeven@quinnemanuel.com
 Melissa Baily (Bar No. 237649)
 melissabaily@quinnemanuel.com
 James Judah (Bar No. 257112)
 jamesjudah@quinnemanuel.com
 Lindsay Cooper (Bar No. 287125)
 lindsaycooper@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:     (415) 875-6600
Facsimile:     (415) 875-6700

 Marc Kaplan (*pro hac vice*)
 marckaplan@quinnemanuel.com
191 N. Wacker Drive, Ste 2700
Chicago, Illinois 60606
Telephone:     (312) 705-7400
Facsimile:     (312) 705-7401

*Attorneys for GOOGLE LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GOOGLE LLC,<br><br>            Plaintiff,<br><br>     vs.<br><br>SONOS, INC.,<br><br>            Defendant. | CASE NO. 3:20-cv-06754-WHA<br>Related to CASE NO. 3:21-cv-07559<br><br>**DECLARATION OF MARC KAPLAN IN SUPPORT OF GOOGLE LLC'S OPPOSITION TO SONOS'S MOTION TO STRIKE PORTIONS OF GOOGLE'S NONINFRINGEMENT AND INVALIDITY EXPERT REPORTS** |

I, Marc Kaplan, declare and state as follows:

1. I am an attorney licensed to practice in the State of Illinois and have been admitted *pro hac vice* in this matter. I am a partner at Quinn Emanuel Urquhart & Sullivan LLC representing Google LLC ("Google") in this matter. I make this declaration in support of Google's Opposition to Sonos, Inc.'s ("Sonos") Motion to Strike Portions of Google's Noninfringement and Invalidity Expert Reports ("Opposition"). If called as a witness, I could and would testify competently to the information contained herein.

2. Google served its Patent Local Rule 3-3 invalidity contentions on December 6, 2021. Sonos exchanged communications with Google regarding Google's invalidity contentions throughout at least March 2022, yet never moved for relief based on any alleged deficiencies.

3. Google served Sonos with a production by Bose on September 30, 2021.

4. Attached as Exhibit 1 is a true and correct copy of excerpts of the Rebuttal Expert Report of Dan Schonfeld, Ph.D. dated January 13, 2023.

5. Attached as Exhibit 2 is a true and correct copy of excerpts of Sonos's Corrected Supplemental Responses and Objections to Google's First Set of Interrogatories [1-20] and Attachment A to Sonos's Corrected Supplemental Responses and Objections to Google's First Set of Interrogatories [1-20] dated November 30, 2022.

6. Attached as Exhibit 3 is a true and correct copy of excerpts of the Opening Report of Douglas C. Schmidt dated November 30, 2022.

7. Attached as Exhibit 4 is a true and correct copy of excerpts of Appendix 2 of the Opening Report of Douglas C. Schmidt dated November 30, 2022.

8. Attached as Exhibit 5 is a true and correct copy of excerpts of the Opening Expert Report of Samrat Bhattacharjee Regarding Invalidity of U.S. Patent Nos. 10,799,033 and 9,967,615 and Other Issues dated November 30, 2022.

9. Attached as Exhibit 6 is a true and correct copy of Google's Bose Lifestyle 50 System Invalidity Claim Chart for U.S. Patent No. 10,848,885 from its December 6, 2021 invalidity contentions.

10. Attached as Exhibit 7 is a true and correct copy of Google's Bose Lifestyle 50 System Invalidity Claim Chart for U.S. Patent No. 10,469,966 from its December 6, 2021 invalidity contentions.

11. Attached as Exhibit 8 is a true and correct copy of excerpts of the transcript from the April 21, 2022 deposition of David Nicholson.

12. Attached as Exhibit 9 is a true and correct copy of excerpts of the Rebuttal Expert Report of Douglas C. Schmidt dated January 13, 2023.

13. Attached as Exhibit 10 is a true and correct copy of a document entitled "The Queue" bearing starting bates number GOOG-SONOSWDTX-00039798.

14. Attached as Exhibit 11 is a true and correct copy of excerpts of the Opening Report of Dr. Dan Schonfeld Regarding Claim 1 of U.S. Patent No. 10,848,885 dated June 22, 2022.

15. Attached as Exhibit 12 is a true and correct copy of excerpts of transcript from Dr. Dan Schonfeld's August 31, 2022 deposition.

16. Attached as Exhibit 13 is a true and correct copy of excerpts of the transcript from Dr. Dan Schonfeld's February 3, 2023 deposition.

17. Attached as Exhibit 14 is a true and correct copy of excerpts of the Opening Expert Report of Dr. Dan Schonfeld Regarding U.S. Patent No. 10,848,885 and U.S. Patent No. 10,469,966 dated November 30, 2022.

18. Attached as Exhibit 15 is a true and correct copy of excerpts of the Rebuttal Expert Report of Dr. Kevin C. Almeroth for "Patent Showdown" dated July 27, 2022.

19. Attached as Exhibit 16 is a true and correct copy of excerpts of the Rebuttal Expert Report of Dr. Kevin C. Almeroth dated January 13, 2023.

20. Attached as Exhibit 17 is a true and correct copy of excerpts of Sonos's Objections and Responses to Google's First Set of Interrogatories (1-20) dated September 7, 2021.

21. Attached at Exhibit 18 is a true and correct copy of excerpts of Google's First Objections and Responses to Plaintiff Sonos, Inc.'s First Set of Fact Discovery Interrogatories dated September 7, 2021.

22. Attached as Exhibit 19 is a true and correct copy of excerpts of the Rebuttal Expert Report of Samrat Bhattacharjee Regarding Non-Infringement of U.S. Patent No. 10,779,033 and Other Issues dated January 13, 2023.

23. Attached as Exhibit 20 is a true and correct copy of excerpts of Google's Third Supplemental Objections and Responses to Plaintiff Sonos, Inc.'s First Set of Fact Discovery Interrogatories (No. 15) dated November 3, 2022.

24. Attached as Exhibit 21 is a true and correct copy of excerpts of the Rebuttal Expert Report of Samrat Bhattacharjee Regarding Non-Infringement of Claim 13 of U.S. Patent No. 9.967,615 and Other Issues dated July 27, 2022.

25. Attached as Exhibit 22 is a true and correct copy of excerpts of the transcript from Douglas Schmidt's February 2, 2023 deposition.

26. Attached as Exhibit 23 is a true and correct copy of excerpts of the Reply Expert Report of Dr. Kevin C. Almeroth dated January 23, 2023.

27. Attached as Exhibit 24 is a true and correct copy of excerpts of Google's Eighth Supplemental Objections and Responses to Plaintiff Sonos, Inc.'s First Set of Fact Discovery Interrogatories (No. 18) dated November 21, 2022.

28. Attached as Exhibit 25 is a true and correct copy of a document titled "Streaming Watch (Everywhere?)" bearing starting bates number GOOG-SONOSNDCA-00070863.

I declare under penalty of perjury that to the best of my knowledge the foregoing is true and correct. Executed on February 10, 2023, in Chicago, Illinois.

DATED: February 10, 2023

By: */s/ Marc Kaplan*
Marc Kaplan

**ATTESTATION**

I, Charles K. Verhoeven, am the ECF user whose ID and password are being used to file the above Declaration. In compliance with Civil L.R. 5-1(h)(3), I hereby attest that Marc Kaplan has concurred in the aforementioned filing.

*/s/ Charles K. Verhoeven*
Charles K. Verhoeven