# EXHIBIT 1

ATTORNEYS' EYES ONLY – SOURCE CODE

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

|  |  |
|---|---|
| GOOGLE LLC,<br><br>            Plaintiff<br><br>    v.<br><br><br>SONOS, INC.,<br><br>            Defendant. | CASE NO. 3:20-cv-06754-WHA<br>Related to CASE NO. 3:21-cv-07559-WHA |

# REBUTTAL EXPERT REPORT OF DAN SCHONFELD, Ph.D.

ATTORNEYS' EYES ONLY – SOURCE CODE

first zone player is configured to coordinate with at least the third zone player to output media in synchrony with output of media by at least the third zone player.

132.    For the same reasons already discussed above in connection with claim limitations 2.0-2.2 of asserted claim 2 of the '966 patent, it is my opinion that the accused Google Products do not meet claim limitations 10.0-10.2 of asserted claim 10 of the '966 patent.

**I.     Claim 11**

133.    Claim 11 of the '966 patent requires the following:

[11.0] The non-transitory computer-readable medium of claim 9, [11.1] wherein causing storage of the first zone scene comprises causing storage of the first zone scene at a location other than the computing device, and [11.2] wherein causing storage of the second zone scene comprises causing storage of the second zone scene at the location other than the computing device.

134.    For the same reasons already discussed above in connection with claim limitations 3.0-3.2 of claim 3 of the '966 patent, it is my opinion that the Accused Google Products do not meet claim limitations 11.0-11.3 of claim 11 of the '966 patent.

**J.     Claim 12**

135.     Claim 12 of the '966 patent requires the following:

[12.0] The non-transitory computer-readable medium of claim 11, [12.1] wherein the location other than the computing device comprises a zone player of the first predefined grouping of zone players.

136.    For the same reasons already discussed above in connection with claim limitations 4.0-4.1 of asserted claim 4 of the '966 patent, it is my opinion that the Accused Google Products do not meet claim limitations 12.0-12.1 of asserted claim 12 of the '966 patent.

**K.     Claim 14**

137.    Claim 14 of the '966 patent requires the following:

[14.0] The non-transitory computer-readable medium of claim 9, [14.1] wherein the first predefined grouping of zone players does not include the third zone player, and [14.2] wherein the second predefined grouping of zone players does not include the second zone player.

DATED:  January 13, 2023

_____

Dan Schonfeld, Ph.D.