# EXHIBIT 5

Contains Highly Confidential AEO and Source Code Materials

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GOOGLE LLC,<br><br>         Plaintiff,<br><br>v.<br><br>SONOS, INC.,<br><br>         Defendant. | CASE NO. 3:20-cv-06754-WHA<br><br>Related to CASE NO. 3:21-cv-07559-WHA |

**OPENING EXPERT REPORT OF SAMRAT BHATTACHARJEE REGARDING INVALIDITY OF U.S. PATENT NOS. 10,779,033 AND 9,967,615 AND OTHER ISSUES**

<u>HIGHLY CONFIDENTIAL AEO AND SOURCE CODE MATERIALS</u>

https://web.archive.org/web/20120815211100/http://www.appbrain.com/app/youtube-remote/com.google.android.ytremote (GOOG-SONOS-NDCA-00108095 at 117-8); *see also*

███████████████████████████████████████████████████████████

███ These versions of the YouTube Remote were available for download on the Android Market and the AppBrain market no later than the dates identified in the image above. *Id.*; see also Bobohalma Decl., 3.

271. For example, the images below are from a document whose filename is ████ ██████████████████ I understand that the metadata for this document states it was last modified on January 12, 2011. This is the same release date identified for Version 1.4 in the screenshot above of the Android marketplace. The image on the left from this document shows a screenshot of the YTR application playing a video on the YTR application in standalone mode, while the image on the right shows the YTR application detecting an indication that the YTR application is connected to a leanback screen for playback:

Contains Highly Confidential AEO and Source Code Materials

 

272. ████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

The aim of the study and its participants are described in the document as follows:

123

which case the YTR application would play the video in full screen view. *See* **Video** #1 at 0:25-0:40. The user could also play, pause, fast forward or rewind the video using the graphical interface on the YTR application. *Id.* at 1:33-2:00.

298. When operating in standalone mode, the YouTube Remote application was also configured to be able to play back ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Under Sonos's interpretation, a YTR application is configured for "playback of a remote playback queue provided by a cloud-based computing system associated with a cloud-based media service" where it plays back a list of recommended videos ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. *See* Section VI (Claim Construction), Section IX.A (YouTube Remote System). The prior art YTR application discloses this limitation under Sonos's interpretation.

299. <u>First,</u> the prior art YTR application satisfies this limitation when playing the list of recommended videos in standalone mode. The images below show examples of a user playing back a list of recommended videos using the YTR application on the mobile phone. The list of recommended videos are provided by a ▮▮▮▮▮▮▮▮ to the mobile device, as confirmed above in my analysis of the ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. *See* Section IX.A (YouTube Remote System).

Contains Highly Confidential AEO and Source Code Materials

_____
Samrat Bhattacharjee