# EXHIBIT 8

```
 1                 UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA
 2
 3      GOODLE LLC,                      )
 4              PLAINTIFF,                )
 5        VS.                             ) Case No.
 6      SONOS, INC.,                     ) 3:20-cv-06754-
 7              DEFENDANT.                ) WHA
 8      _____)
 9      SONOS, INC.,                     )
10              PLAINTIFF,                )
11        VS.                             ) 3:21-CV-07559-
12      GOOGLE, LLC,                     ) WHA
13              DEFENDANT.                )
14      _____)
15                   C O N F I D E N T I A L
16
17            (THIS TRANSCRIPT HAS BEEN DESIGNATED
18       HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER)
19
20              ZOOM VIDEOTAPED DEPOSITION OF
21                     DAVID NICHOLSON
22                 THURSDAY, APRIL 21, 2022
23
24      JOB NO. 5193787
25      REPORTED BY:  D'ANNE MOUNGEY, CSR 7872

                                                      Page 1
```

```
 1   DEPOSITION OF DAVID NICHOLSON, TAKEN ON BEHALF OF SONOS AT
 2   SAN FRANCISCO, CALIFORNIA, COMMENCING AT 9:04 A.M. ON
 3   THURSDAY, APRIL 21, 2022, BEFORE D'ANNE MOUNGEY, CSR 7872.
 4
 5   APPEARANCES OF COUNSEL:
 6
 7      FOR SONOS, INC.:
 8          LEE SULLIVAN SHEA & SMITH, LLP
 9          BY:  JAE PAK, ESQ.
10               MICHAEL BOYEA, ESQ.
            656 W RANDOLPH STREET
11          SUITE 5W
12          CHICAGO, ILLINOIS 60661
            1-312-754-9602
13          LEE@LS3IP.COM
14
15      FOR GOOGLE, LLC:
16          QUINN EMANUEL URQUHART & SULLIVAN, LLP
17          BY:  MARC KAPLAN, ESQ.
18          50 CALIFORNIA STREET
19          22ND FLOOR
20          SAN FRANCISCO, CALIFORNIA 94111
            415.875.6600
21          MARCKAPLAN@QUINNEMANUEL.COM
22
23      ALSO PRESENT:
24          DEMARRON BERKLEY, IN-HOUSE GOOGLE COUNSEL
25          DAVID WEST, VIDEOGRAPHER
```

HIGHLY CONFIDENTIAL

| | | |
|---|---|---|
| 1 | SAN FRANCISCO, CALIFORNIA | |
| 2 | THURSDAY, APRIL 21, 2022; 9:04 A.M. | |
| 3 | | |
| 4 | | |
| 5 | THE VIDEOGRAPHER: Good morning. We're on | 09:04:12 |
| 6 | the record. The time is 9:04 a.m. and the date | |
| 7 | today is April 21, 2022. | |
| 8 | Please note the microphones are sensitive | |
| 9 | and may pick up whispering and private | |
| 10 | conversations. | 09:04:35 |
| 11 | Audio and video recording will continue to | |
| 12 | take place unless all parties agree to go off the | |
| 13 | record. | |
| 14 | This is media unit 1 of the video recorded | |
| 15 | deposition of David Nicholson, taken by counsel for | 09:04:46 |
| 16 | Sonos, Inc. in the matter of "Sonos, Inc. Versus | |
| 17 | Google, LLC and Google, LLC versus Sonos, Inc.," | |
| 18 | filed in the United States District Court for the | |
| 19 | Northern District of California. The case number is | |
| 20 | 3:21-cv-07559-WHA and 3:21-cv06754-WHA. | 09:05:03 |
| 21 | The deposition is being conducted using | |
| 22 | remote counsel technology and all participants are | |
| 23 | attending remotely. | |
| 24 | My name is David West. I am the | |
| 25 | videographer. The court reporter is D'Anne Moungey. | 09:05:24 |

Page 4

| | | |
|---|---|---|
| 1 | We represent Veritext Legal Solutions.  I'm not | |
| 2 | related to any party in this action, nor am I | |
| 3 | financially interested in the outcome. | |
| 4 |      Counsel will now state their appearance and | |
| 5 | affiliations for the record.  If there are any | 09:05:39 |
| 6 | objections to proceeding, please state them at the | |
| 7 | time of your appearance, beginning with the noticing | |
| 8 | attorney. | |
| 9 |      MR. PAK:  This is Jae Pak from the law firm | |
| 10 | of Lee Sullivan Shea & Smith representing Sonos, | 09:05:51 |
| 11 | Inc.  And today I have with me also Michael Boyea, | |
| 12 | also from Lee Sullivan Shea & Smith, representing | |
| 13 | Sonos. | |
| 14 |      MR. KAPLAN:  This is Marc Kaplan from Quinn | |
| 15 | Emanuel Urquhart & Sullivan on behalf of Google and | 09:06:08 |
| 16 | the witness.  With me today is Demarron Berkley from | |
| 17 | Google. | |
| 18 |      THE VIDEOGRAPHER:  Thank you. | |
| 19 |      The court reporter may now swear the | |
| 20 | witness in and we will continue. | 09:06:22 |
| 21 | /// | |
| 22 | /// | |
| 23 | /// | |
| 24 | | |
| 25 | | 09:06:38 |

```
 1                     DAVID NICHOLSON,
 2         having been first duly sworn by the reporter,
 3             was examined and testified as follows:
 4
 5            THE VIDEOGRAPHER:  Please continue.              09:06:40
 6
 7                          EXAMINATION
 8     BY MR. PAK:
 9         Q    Mr. Nicholson, could you please state and
10     spell your name for the record.                         09:06:44
11         A    David John Nicholson.  It's D-A-V-I-D,
12     J-O-H-N, N-I-C-H-O-L-S-O-N.
13         Q    What is your current home address?
14         A    ███████████████████████████████████
15     ████████████████████████████.                           09:07:14
16         Q    Are you at home right now?
17         A    Yes.
18         Q    Have you been deposed before?
19         A    Nope.
20         Q    Other than a deposition, have you ever         09:07:33
21     given sworn testimony?
22         A    No.
23         Q    Just so we're on the same page, I'm going
24     to run through some general procedures for this
25     deposition.  And since this is your first time, I'm     09:07:49
```

Page 6

```
 1    consider containers.
 2    BY MR. PAK:
 3        Q    Okay.  So what this -- what's going on in
 4    this first arrow, right, is ████████████████         11:19:57
 5    ████████████████████████████████
 6    ████████████████████████████████
 7    ████████████████████████████████
 8    ████████████  is that right?
 9        A    The diagram here has the ████████
10    ████████████████████████████████                     11:20:19
11    ████████████    I do see bullet point number 2
12    ████████████████████████
13        Q    Okay.  So you understand that ████████
14    ████████████████████████████████████████
15    ████████████████  that's described in this          11:20:40
16    document?
17            MR. KAPLAN:  Object to form.
18            THE WITNESS:  ████████████████████████
19    ████████████████████████████████ █
20    ████████████████████████████████████                 11:20:59
21    ████████████████████████  ████████████
22    ████████████████████████████
23    ██████  ████████████████████████
24    ████████████████████████████████████
25    ████████████████████████████████████                 11:21:22
```

Page 85

HIGHLY CONFIDENTIAL

```
 1   ███████████████████████████
 2   BY MR. PAK:
 3       Q   Okay.  So in the ████████████████████
 4   ██████████████████████████████████████████        11:21:39
 5   ████████████████████████████████
 6   ██████████████████████
 7       A   I can read in this diagram that ████████
 8   ██████████████████████████████████████████
 9   ██████████████████████████████████████████
10   ████████████                                      11:22:04
11       Q   Do you know if this set playlist message
12   includes what's called a video ID?
13       A   I do not know the details of the structure
14   ████████████
15       Q   Do you see in this first arrow, it says,   11:22:20
16   ██████████████████████████████████████████
17   ████████ video ID and video IDs?
18       A   Yes.
19       Q   Do you know what a current video ID is?
20       A   Yes.  So we previously looked at a diagram 11:22:37
21   ████████████████████████████████.  I don't
22   recall -- should I find what diagram I'm referring
23   to?
24       Q   Are you talking about a diagram that we've
25   seen earlier today?                                11:23:03
```

Page 86

```
1      A    Yeah.  We discussed a diagram that ▮▮▮▮
2   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
3   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
4        ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
5   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮      11:23:16
6   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
7   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ video IDs.
8        ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
9   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ current video ID, meaning the
10  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮      11:23:34
11  ▮▮▮▮▮▮▮▮▮ video IDs ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
12  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
13  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
14     Q    Okay.  How many video IDs ▮▮▮▮▮▮▮▮▮▮
15  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮                     11:23:57
16     A    That's very dependent on ▮▮▮▮▮▮▮▮▮▮▮
17  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
18     Q    So in the current implementation, do you
19  know how many video IDs ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
20  ▮▮▮▮▮▮▮▮▮                                        11:24:17
21     A    No.
22     Q    Do you know the ▮▮▮▮▮▮▮▮▮▮▮▮▮
23  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
24  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮
25     A    No.  I mentioned before I don't know the   11:24:38
```

```
 1    ██████████████    ██████████████
 2    ████████████████████████████
 3    ██████████████████████████████
 4    ██████████████.
 5           MR. PAK:  How about I introduce a new          11:24:57
 6    document here.  Give me one second.
 7           It's going to be labeled Exhibit 19.  And
 8    for the record, it's Bates labeled -- what the Bates
 9    beginning ending in 37243.
10              (Whereupon, Sonos Exhibit 19 was            11:25:20
11              marked for identification by the
12              Court Reporter.)
13           MR. PAK:  Let me know when you have that
14    open.
15           THE WITNESS:  Yeah, I have it open.            11:25:25
16    BY MR. PAK:
17       Q    Okay.  So do you recognize this document?
18       A    Yes.
19       Q    This is a document that you wrote before?
20       A    I'm not the original author, but I have      11:25:39
21    contributed to it.
22       Q    Is this document up to date?
23       A    I don't know.
24       Q    Okay.  I want to go to page 16 of the
25    document and there's a header that says, ████████    11:26:04
```

Page 88

```
 1      ███████████████
 2              Do you see that?
 3      A       Yep.
 4      Q       Underneath there's a set playlist message.
 5              Do you see that?                              11:26:20
 6      A       Yep.
 7      Q       And under that, ████████████████
 8      ████████████████████████████████ video ID,
 9      ██████████████████████████████████████████
10              Do you see that?                              11:26:36
11      A       Yep.
12      Q       Are these ███████████████████████████
13      ██████████████████████████████████████████
14      ████████████████
15              MR. KAPLAN:  Objection; asked and answered,   11:26:48
16      calls for speculation.
17              THE WITNESS:  So, again, I don't know the
18      full structure of the API.  I think this doc is
19      supposed to give some of the fields.  I don't know
20      if this is supposed to be all of the fields, and     11:27:04
21      there's examples and a description.
22              I could read these fields off and I don't
23      know if this is up to date or if this is the full or
24      complete API.  I don't know.
25      ///                                                   11:27:18
```

HIGHLY CONFIDENTIAL

```
1    BY MR. PAK:
2        Q    Is a video ID █████████████████
3    ████████████████████████████████████████
4    ████████████████████████
5            MR. KAPLAN:  Objection; asked and answered.     11:27:30
6            THE WITNESS:  Yeah.  Again, I can see the
7    video ID ███████████████████████████████
8    ████████████████████████████████████████
9    ████████████████████████████████████
10   ████████                                                11:27:45
11   BY MR. PAK:
12       Q    How about we go back to Exhibit 18.  I want
13   to go back to that sequence diagram on page 4.
14       A    I'm there.
15       Q    Okay.  So after the ███████████████           11:28:01
16   ████████████████████████████████████████
17   ████████████████████████████████████████
18   the document says:
19              ████████████████████████
20              ██████████████████████                       11:28:18
21              ████████████████████████
22              ██████████████
23              Do you see that?
24       A    Yes.
25       Q    Do you know what a ████████████ is?           11:28:30
```

Page 90

```
1         MR. KAPLAN:  Objection; asked and answered.
2         Go ahead.
3         THE WITNESS:  Well, the doc specifically
4    follows it up with the, quote, ███████████████        11:28:42
5    ███████████████████████████████████████
6    ██████████████████████  ████████████ for
7    ████████████
8    BY MR. PAK:
9         Q    ████████████████████████████████
10   ██████████████████████                              11:29:01
11        A    What do you mean by that?
12        Q    So where is █████████████████████
13   █████████████
14        A    So the ███████████████████████
15   █████████████████████████████████                   11:29:31
16   █████████████████  What's not shown in this diagram
17   are the █████████████████████████████
18   ████████████████████████
19             But the ████████████████████████
20   ████████ video IDs ████████████████████████        11:29:52
21   ████████████████.
22        Q    What's ██████████████████████
23        A    So the ████████████████████████
24   ████████████████████████████  ████████████
25   █████████████████████████████████████              11:30:19

                                                        Page 91
```

HIGHLY CONFIDENTIAL

```
 1                                      That's my

 2    understanding of the

 3

 4        Q    Okay.  With respect to the

 5                         the document says:                  11:30:45

 6

 7

 8

 9

10                                                             11:30:59

11

12             Do you see that?

13        A    I do see that.

14        Q    And the TV here, again, can be the Google

15    Home Mini; is that right?                                11:31:23

16        A    Yes.

17        Q    Okay.  Then looking at the

18

19

20                                       .                     11:31:46

21             Do you see that?

22        A    Yes.

23        Q    Is this

24

25                                                             11:32:09
```

Page 92

HIGHLY CONFIDENTIAL

```
 1            MR. KAPLAN:  Object to form.
 2            THE WITNESS:  I don't know.
 3    BY MR. PAK:
 4       Q    Okay.  With respect to ▬▬▬▬▬▬▬▬
 5    ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬                    11:32:37
 6    ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
 7    ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
 8    ▬▬▬▬▬▬▬▬▬
 9            MR. KAPLAN:  Object to form.
10            THE WITNESS:  I'm not an expert in that   11:33:01
11    area.  I could read this diagram.  It looks like --
12    ▬▬▬▬▬▬▬▬▬▬    ▬▬▬▬▬▬▬▬▬▬▬▬▬▬
13    ▬▬▬▬▬▬▬▬▬▬   ▬▬▬▬▬▬  ▬▬▬▬▬
14    ▬▬▬▬▬▬▬▬▬▬▬▬▬▬   ▬▬▬▬▬▬▬▬
15    ▬▬▬▬▬▬▬▬▬▬▬▬▬▬   ▬▬▬▬▬▬▬▬▬▬             11:33:22
16    ▬▬
17            I don't know all the details of what else
18    the TV does.
19    BY MR. PAK:
20       Q    Do you know what a ▬▬▬▬▬▬▬ is?           11:33:41
21       A    ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
22    ▬▬▬▬▬▬▬▬▬▬▬▬▬.
23       Q    What is the ▬▬▬▬▬▬▬▬▬
24       A    ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
25    ▬▬▬▬  ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬  ▬▬▬▬                      11:34:02
```

Page 93

HIGHLY CONFIDENTIAL



```
 1   [REDACTED]
 2   [REDACTED]
 3   [REDACTED]
 4   [REDACTED]
 5   [REDACTED]                                              11:34:32
 6   [REDACTED]
 7   [REDACTED]
 8   [REDACTED]
 9   [REDACTED]
10   a video ID [REDACTED]                                   11:34:55
11   [REDACTED]
12          MR. PAK:  I think maybe it will be helpful
13   if we start with like a specific scenario and then
14   revisit this sequence diagram.
15          I want to introduce Exhibit 20 here.             11:35:10
16             (Whereupon, Sonos Exhibit 20 was
17              marked for identification by the
18              Court Reporter.)
19          MR. PAK:  It's being uploaded.  Let me know
20   when you have that open.                                11:35:25
21          THE WITNESS:  Yep.
22   BY MR. PAK:
23      Q   Okay.  Again, I'll represent to you the
24   screenshots that I took from the YouTube Music app
25   using a Pixel 6 phone, and I took them very             11:35:38
```

Page 94

```
 1     ████████████████████████████████████
 2     ████████████████████
 3          MR. KAPLAN:  Object to form, incomplete
 4     hypothetical, vague.
 5          THE WITNESS:  ███████████████████         12:50:45
 6     ███████████████████████████████
 7     ██████████████████████████████
 8     ████████████████████
 9     BY MR. PAK:
10          Q    Does the receiver have to know what the   12:51:06
11     next song is?
12          A    Can you clarify the question?
13               Can you clarify the question?
14          Q    Yeah.
15               So in this hypothetical where you have    12:51:20
16     three songs in the expand up next tab, right, the
17     song in the casting session -- in the casting state,
18     what information does a receiver need to know in
19     order to play the currently playing song but also
20     know that it has to play the next song after that    12:51:45
21     currently playing song?
22          MR. KAPLAN:  Object to form, calls for
23     narrative, vague.
24          THE WITNESS:  I'll try to give an answer.
25               So the Watch Next response is returned to  12:52:04
```

Page 113

```
1    the receiver will contain video ID, or the currently
2    playing song, somewhere in the response tree.  I
3    don't know the intricate details of where in the
4    response tree.
5    ███████████████████████████████████████             12:52:27
6    ███ -- sorry.
7    ███████████████████████████████████
8    ██████████████████████████████ the video ID
9    ████████████████████████████████████████
10   ████████████████ the video ID ██████████████████   12:52:46
11   ███████████████████████████████████
12   ███████████████████████████████████
13   ███████████████████████████████████
14   ███████████████████████████████████
15   ███████████████████████████████████                 12:53:16
16   ████████████████████████████
17   ██████████████████████████████████
18   ███
19              For the ██████████████████████
20   ██████████████ I mentioned this before.  It's       12:53:31
21   ████████████████████████████████████
22   ████████████████████████████████████
23   █████████████ I don't remember the exact name of
24   ████████████████████████████████████
25   video ID ██████████████████████████████            12:53:54
```

Veritext Legal Solutions
866 299-5127

```
 1      ████████████████████.
 2             And when that happens, ██████████████
 3      ██████████████████████████████████████
 4      video ID, ██████████████████████████████        
 5      ████████████████████████████████████████    12:54:10
 6      ████████████████████████████████
 7      ████████████████████████████████
 8      BY MR. PAK:
 9         Q    Now, does the receiver store the video IDs?
10         A    What do you mean by "store the video IDs"?  12:54:30
11         Q    Does the receiver store the video IDs
12      locally within memory?
13             MR. KAPLAN:  Object to form, vague.
14             THE WITNESS:  Yeah.  I mean, the
15      responses -- the receiver receives the Watch Next  12:54:49
16      response and that response contains video IDs.  I
17      think by definition, those video IDs are somewhere
18      in memory.
19             MR. PAK:  I'm going to introduce another
20      doc here.  I'll try to find it here.          12:55:13
21             It's going to be Exhibit 22.  And for the
22      record, it's Bates labeled Bates number ending in
23      51490.
24      ///
25      ///                                            12:55:41
```

```
 1   STATE OF CALIFORNIA    )
 2   COUNTY OF LOS ANGELES ) ss.
 3
 4           I, D'Anne Moungey, C.S.R. No. 7872 in and
 5   for the State of California, do hereby certify:
 6           That prior to being examined, the witness
 7   named in the foregoing deposition was by me duly
 8   sworn to testify to the truth, the whole truth, and
 9   nothing but the truth;
10           That said deposition was taken down by me
11   in shorthand at the time and place therein named and
12   thereafter reduced to typewriting under my
13   direction, and the same is a true, correct, and
14   complete transcript of  said proceedings;
15           That if the foregoing pertains to the
16   original transcript of a deposition in a Federal
17   Case, before completion of the proceedings, review
18   of the transcript { } was { } was not required.
19           I further certify that I am not interested
20   in the  event of the action.
21           Witness my hand this 26th day of April, 2022
22
23
24           D'ANNE MOUNGEY, CSR No. 7872
25           For the State of California
```

Page 163