# EXHIBIT 13

```
 1              UNITED STATES DISTRICT COURT
 2           FOR THE NORTHERN DISTRICT OF CALIFORNIA
 3    --------------------------------------------------x
      SONOS, INC.,
 4
                    Plaintiff,
 5    vs.                        Case No. 3:21-CV-07559-WHA
 6    GOOGLE LLC,
                    Defendant.
 7    --------------------------------------------------x
 8    -AND-
 9    --------------------------------------------------
10              UNITED STATES DISTRICT COURT
11           FOR THE NORTHERN DISTRICT OF CALIFORNIA
12    --------------------------------------------------x
13    GOOGLE LLC,
14                  Plaintiff,
15    vs.                        Case No. 3:20-CV-06754-WHA
16    SONOS, INC.,
                    Defendant.
17    --------------------------------------------------x
18       **HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**
19                    **SOURCE CODE**
20
21     REMOTE VIDEOTAPED DEPOSITION BY VIRTUAL ZOOM OF
22                  DAN SCHONFELD, PH.D.
23                Friday, February 3, 2023
24    Reported By: Lynne Ledanois, CSR 6811
25    Job No. 5698162
```

Page 1

```
 1    playing audio on speakers and thus are all part of the      10:37AM
 2    same endeavor.  For example, SA-2 and SA-3 Amplifiers
 3    are both part of the Lifestyle family to which the
 4    Bose systems belong."
 5             And I would just simply add that my                10:37AM
 6    analysis of the Bose system is not based on
 7    anticipation.
 8             Whether it was actually combined in a
 9    particular way or not, this is not part of my
10    analysis.                                                   10:38AM
11             All I simply point out, that they are all
12    part of the Bose audio systems available and a
13    person of skill would at least consider other Bose
14    products in combination with the various other audio
15    products provided by Bose.                                  10:38AM
16       Q    But you're not aware of anybody that
17    actually combined those Bose products into a single
18    system; correct?
19       A    I would -- I didn't check for this.  I'm not
20    sure offhand and there may be something in my report        10:39AM
21    in the documents that I relied on that talks about it.
22             I know that there are certain combinations
23    like the ones of the amplifiers that are described.
24    Whether the entirety of the system was actually
25    implemented in this way or not, I'm not sure.  I            10:39AM
```

Page 120

| | | |
|---|---|---|
| 1 | over the past ten, 15 minutes. | 1:09PM |
| 2 | BY MR. SMITH: | |
| 3 |     Q   Is the same true for infringement by use | |
| 4 | of the computing device or by making the computing | |
| 5 | device? | 1:09PM |
| 6 |        MR. KAPLAN:  Objection to form. | |
| 7 |        THE WITNESS:  Yes, it's my understanding | |
| 8 | it would be the same because if you were to use it, | |
| 9 | you're still not be capable of doing it without also | |
| 10 | using the auxiliary structure such as the additional | 1:10PM |
| 11 | zone players. | |
| 12 | BY MR. SMITH: | |
| 13 |     Q   Now, if we can turn to Paragraph 152 of | |
| 14 | your report, and this is about NIA Number 2. | |
| 15 |        MR. SMITH:  Dr. Schonfeld, I think the | 1:10PM |
| 16 | report may be on the mic again. | |
| 17 |        MR. KAPLAN:  There was a little bit of | |
| 18 | feedback, Dan, but it's gone now. | |
| 19 |        (Reporter clarification.) | |
| 20 |        THE WITNESS:  I have the paragraph in | 1:11PM |
| 21 | front of me. | |
| 22 | BY MR. SMITH: | |
| 23 |     Q   If you do down two-thirds of the way down, | |
| 24 | there is a sentence that says, "Although in my | |
| 25 | opinion, this non-infringing alternative would be | 1:11PM |

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | commercially acceptable to users." | 1:11PM |
| 2 |     Do you see that? | |
| 3 | A   Yes, I do. | |
| 4 | Q   So it's your opinion that NIA Number 2 is | |
| 5 | commercially acceptable to users; is that correct? | 1:11PM |
| 6 | A   It is my opinion that this non-infringing | |
| 7 | alternative would be acceptable to users. | |
| 8 | Q   And if you turn to Paragraph 159, this is | |
| 9 | talking about NIA Number 3; correct? | |
| 10 | A   Yes. | 1:12PM |
| 11 | Q   And is it your opinion that NIA Number 3 | |
| 12 | is commercially acceptable to users? | |
| 13 | A   So yes, it's just my opinion that whether | |
| 14 | you name something morning, afternoon versus blue and | |
| 15 | red, there is not a significant change in the user | 1:13PM |
| 16 | point of view. | |
| 17 |     As I stated in the report, ▮▮▮▮▮ | |
| 18 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | |
| 19 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, ▮▮▮▮▮▮▮▮▮▮ | |
| 20 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 1:14PM |
| 21 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | |
| 22 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | |
| 23 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | |
| 24 |     So in my opinion, based on that statistic, | |
| 25 | it seems to me like getting rid of groupings | 1:14PM |

Page 176

1   altogether would also be commercially acceptable to   1:14PM

2   most users.

3           And so that certainly would apply to both

4   non-infringing alternatives 2 and 3.

5       Q   And do you typically provide opinions on   1:14PM

6   whether or non-infringing alternatives are

7   commercially acceptable?

8       A   Only on the technical side.  So in other

9   words, there is also an economic prong as to whether

10  it's commercially acceptable.  And I do not provide an   1:15PM

11  opinion on that issue.  I think that's addressed by

12  the damages expert.

13      Q   But you do address commercial

14  acceptability from the technical perspective; is

15  that correct?                                            1:15PM

16      A   Quite frequently, yes.

17      Q   And if we turn to Paragraph 178, this is

18  discussing an additional non-infringing alternative

19  that's called "no identification of group to zone

20  scenes"; is that correct?                                1:15PM

21      A   Let me take back what I just said a second

22  ago.  I think you asked me about...

23      Q   I don't want to waste any time on the last

24  one.  But, yes, I think you were talking about this

25  NIA as opposed to overlap, okay?                         1:16PM

```
 1        A    Sorry about that, but just to summarize it,     1:16PM
 2   what I just said previously with regard to the colors
 3   would be applicable to your next question, not to this
 4   one.  Sorry about that.
 5        Q    No problem.  I appreciate the                   1:16PM
 6   clarification.
 7             So with respect to this NIA, if we look at
 8   Paragraph 179, you talk about the ability of a user
 9   to select a picture.
10             Do you see that?                                1:16PM
11        A    As one example out of a list of examples.
12        Q    Focusing on that example, let's assume
13   that the picture depicted something thematic like a
14   morning sunrise or something like that and the user
15   could select that picture and assign that picture to     1:17PM
16   a speaker group that was intended to be used in the
17   morning.
18             Would that satisfy the common theme
19   requirement of a zone scene?
20        A    My understanding is a common theme             1:17PM
21   requirement is based on the court's order in the
22   partial summary judgment.
23             And specifically I state in Paragraph 178,
24   "As the court held in the summary judgment order, to
25   the extent a 'common theme' is required by the term      1:18PM
```

Page 178

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | alone.  It's clearly outputting audio from the red | 2:02PM |
| 2 | speaker.  I just don't know what the other speaker is | |
| 3 | doing. | |
| 4 |     Q   I'll represent to you none of the other | |
| 5 | speakers are playing audio, only the red speaker is | 2:02PM |
| 6 | playing. | |
| 7 |     A   So if the red speaker is playing back audio | |
| 8 | individually, then based on that what I understand | |
| 9 | from this hypothetical example, then the red | |
| 10 | speaker -- well, I assume that what you're saying is | 2:03PM |
| 11 | playing back audio individually from the red speaker | |
| 12 | and, therefore, is operating in standalone mode in | |
| 13 | this particular situation. | |
| 14 |     Q   So if we turn to the second page, which is | |
| 15 | another example, now the -- it's the same system and | 2:03PM |
| 16 | the audio has been paused and you can see that the | |
| 17 | Spotify app still shows the connection with the red | |
| 18 | speaker in green.  It now shows the play button | |
| 19 | because the music paused.  You can see that it's | |
| 20 | paused at two minutes, seven seconds. | 2:03PM |
| 21 |     And then if you look over at the Google | |
| 22 | Home app screenshot, you can also see that the red | |
| 23 | speaker is now paused and the music is stopped at | |
| 24 | that same point.  There's one minute, 15 seconds | |
| 25 | left and that's shown in both screenshots. | 2:04PM |

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | Do you see that? | 2:04PM |
| 2 | A   I believe I do see what you're referring to. | |
| 3 | Q   Now, in your opinion, is that red speaker | |
| 4 | still operating in standalone mode? | |
| 5 | MR. KAPLAN:  Objection, asked and | 2:04PM |
| 6 | answered. | |
| 7 | THE WITNESS:  I was just going to say that | |
| 8 | I believe that's the same speaker you asked me | |
| 9 | several times today about the pause case.  And as I | |
| 10 | said, I would have to know a little bit more about | 2:04PM |
| 11 | what's happening internally when you pause in this | |
| 12 | particular application and so -- in the Spotify | |
| 13 | application and what does it do in terms of the | |
| 14 | buffering and the queuing. | |
| 15 | And so I have not dealt with this kind of | 2:04PM |
| 16 | scenario, I have not had to deal with it and so I | |
| 17 | don't have a conclusion at the moment on the fly. | |
| 18 | BY MR. SMITH: | |
| 19 | Q   So what would you be looking for, what | |
| 20 | would tell you if this speaker was operating in | 2:05PM |
| 21 | standalone mode while being paused? | |
| 22 | A   Well, I mean, for example, I would say that | |
| 23 | it's -- for instance, if -- I'm just going to say the | |
| 24 | following:  I would have to think about this situation | |
| 25 | and I have not reached a conclusion at this point. | 2:05PM |

| | | |
|---|---|---|
| 1 | Q    Okay.  Now, if we look back at Claim 1 of | 2:05PM |
| 2 | the '966 patent and we look at that Limitation 1.11, | |
| 3 | so the very last limitation. | |
| 4 | A    Yes. | |
| 5 | Q    Now, your opinion is that when the first | 2:06PM |
| 6 | zone player is operating in accordance with the | |
| 7 | first predefined group such that the first zone | |
| 8 | player is configured to coordinate with at least the | |
| 9 | second zone player to output media in synchrony, is | |
| 10 | it your opinion that that requires a group to be | 2:07PM |
| 11 | actually playing the audio in synchrony? | |
| 12 | A    The answer is yes.  I think I referred | |
| 13 | several times today to Claim 2 which says it pretty | |
| 14 | emphatically because it says if you are not playing | |
| 15 | back in synchrony, I'm paraphrasing using my own | 2:08PM |
| 16 | language, then you do not -- then you're not | |
| 17 | configured to coordinate to output media in synchrony. | |
| 18 | And so I think that is clear from both the | |
| 19 | use of configured throughout the specification in | |
| 20 | the abstract and in the claims including, for | 2:08PM |
| 21 | example, Claim 2, it makes it clear that configured | |
| 22 | as used in this context means that you must actually | |
| 23 | be playing back music in synchrony. | |
| 24 | Q    Now, if we look at Limitation 1.6 of | |
| 25 | Claim 1 of the '966 patent, and do you see the | 2:09PM |

```
1    limitation about causing storage of the first zone      2:09PM
2    scene?
3            Do you see that?
4        A   Yes, I do.
5        Q   Is it your opinion that that storage must       2:09PM
6    be persistent storage or could it be satisfied by
7    dynamic storage?
8            MR. KAPLAN:  Object to form.
9    BY MR. SMITH:
10       Q   While you're thinking about it, let me          2:12PM
11   just rephrase the question a little bit here.
12           Is it your opinion that the causing
13   storage element requires persistent storage?
14       A   So if you look, for example, at
15   Paragraph 117 of Exhibit 1351, I point to the fact      2:13PM
16   that -- beginning in the sixth line from the bottom of
17   the page of Page 62, I note that ████████
18   ████████████████████████████████████████
19   ████████████████████████████████████████
20   ██████████████████████████████████                      2:13PM
21   ████████████████████
22        ████████████████████████████████
23   ████████████████████████████████████████
24   ██████████████████████████████████
25   ████████                                                2:14PM
```

Page 202

| | | |
|---|---|---|
| 1 | ███████████████████████████████████ | 2:14PM |
| 2 | ████████████████████████████ | |
| 3 | ███████████████████████████ | |
| 4 | And then I go on from there.  So if one | |
| 5 | were to take the plain and ordinary meaning of the | 2:14PM |
| 6 | word "causing storage of the first zone scene," I | |
| 7 | would say that a person -- a POSITA would generally | |
| 8 | associate storage with persistent storage and | |
| 9 | nonvolatile memory or persistent memory. | |
| 10 | I think that that is the common way in | 2:14PM |
| 11 | which people use -- for example, when you buy a | |
| 12 | computer, a PC, a laptop, you're given a number of | |
| 13 | different parameters such as the CPU speeds, the | |
| 14 | bandwidth, storage capacity, memory capacity.  So | |
| 15 | memory is usually volatile, storage is nonvolatile. | 2:15PM |
| 16 | I am aware that the spec sometimes talks | |
| 17 | about memory, for example, memory 206 for saving | |
| 18 | configuration files. | |
| 19 | But my view is that in that context, it's | |
| 20 | using memory as saving in way that could be used in | 2:15PM |
| 21 | the future and, therefore, it would have to be | |
| 22 | persistent storage or nonvolatile storage in my | |
| 23 | opinion. | |
| 24 | I think the court's order for the partial | |
| 25 | summary judgment, if my memory is correct -- I can | 2:15PM |

Page 203

| | | |
|---|---|---|
| 1 | go back, I have the order here -- it talks about the | 2:16PM |
| 2 | fact that you want to save the zone scene for future | |
| 3 | use and if you're using volatile storage, there is | |
| 4 | no future use, it's only available while you're | |
| 5 | actually engaged with the computing device. | 2:16PM |
| 6 |     Q   Would you agree that you can store | |
| 7 | information in volatile memory? | |
| 8 |     A   I would say it depends on the context.  In | |
| 9 | this context the answer would be probably no. | |
| 10 |     Q   So in this context you're saying you | 2:16PM |
| 11 | cannot store information in volatile memory? | |
| 12 |     A   I would say in general, no.  People in the | |
| 13 | field and actually not just in this field but in the | |
| 14 | broad field of electrical engineering, they are do not | |
| 15 | talk about storage in nonvolatile memory because | 2:16PM |
| 16 | anything you put in nonvolatile memory, you turn the | |
| 17 | device off, you turn it back on and it's done. | |
| 18 |     So if you want to have the ability to have | |
| 19 | a summer zone scene, and if you were to turn your | |
| 20 | speaker off and turn it back on in summertime, there | 2:17PM |
| 21 | would not be any summer zone scene waiting for you | |
| 22 | because it's stored in non -- in volatile memory. | |
| 23 |     The only way to maintain it is to actually | |
| 24 | store it and usually the word "store," with rare | |
| 25 | exceptions, is used to mean store in persistent | 2:17PM |

1  I, LYNNE M. LEDANOIS, a Certified
2  Shorthand Reporter of the State of California, do
3  hereby certify:
4  That the foregoing proceedings were taken
5  before me at the time and place herein set forth;
6  that a record of the proceedings was made by me
7  using machine shorthand which was thereafter
8  transcribed under my direction; that the foregoing
9  transcript is a true record of the testimony given.
10  Further, that if the foregoing pertains to
11  the original transcript of a deposition in a Federal
12  Case, before completion of the proceedings, review
13  of the transcript [x] was [] wasn't requested.
14  I further certify I am neither financially
15  interested in the action nor a relative or employee
16  of any attorney or party to this action.
17  IN WITNESS WHEREOF, I have this date
18  subscribed my name.
19  Dated: February 7, 2023

*Lynne Marie Ledanois*

LYNNE MARIE LEDANOIS

CSR No. 6811