# EXHIBIT 19

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GOOGLE LLC, | CASE NO. 3:20-cv-06754-WHA |
| Plaintiff | Related to CASE NO. 3:21-cv-07559-WHA |
| v. | |
| SONOS, INC., | |
| Defendant. | |

**REBUTTAL EXPERT REPORT OF SAMRAT BHATTACHARJEE REGARDING NON-INFRINGEMENT OF U.S. PATENT NO. 10,779,033 AND OTHER ISSUES**

HIGHLY CONFIDENTIAL AEO AND SOURCE CODE MATERIALS

particular playback device, wherein transferring playback from the control device to the particular playback device comprises: (a) causing one or more first cloud servers to add multimedia content to a local playback queue on the particular playback device." Sonos argued that a "playback device" is a Cast-receiver device. Thus, the question for the Patent Showdown was whether when Casting to a Cast-receiver device a "playback queue" is stored locally on the Cast-receiver device. Limitation 1.4, in contrast, has nothing to do with Casting or Cast receivers-it deals with playback on a User Device that occurs *prior* to Casting.

182. ███████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████ More specifically, as I showed in my declaration during the Patent Showdown, when Casting, a Cast-receiver may play back a cloud queue (████████████████████████████████████████).[16] '615 Showdown Declaration, ¶¶ 50, 65, 73.

---

[16] ████████████████████████████████████████

Contains Highly Confidential AEO and Source Code Materials

183. I did not opine that a cloud queue is played back *prior* to Casting when a sender device is playing back locally. In fact, the cloud queue discussed in my Patent Showdown declaration, the ▮▮▮▮, is a MDx playback queue that is established *after* Casting is initiated. *See* Section IX.A.2.ii.. The ▮▮▮▮ does not exist prior to Casting, and thus cannot be the "remote playback queue" that is played back in Limitation 1.4, which again relates to playback prior to Casting.

184. The documents Dr. Schmidt cites confirm that a local playback queue is used *prior to* Casting, whereas a MDx playback queue may be used *after* Casting is initiated. *See* ¶¶166-167. Further, Dr. Schmidt points to the ▮▮▮▮. ▮▮▮▮



185. Thus, Google does not infringe the '615 patent because when Casting the accused YouTube applications play back an "MDx playback queue" (cloud queue), whereas the claims of the '615 patent require playing back a "local playback queue" on the receiver when Casting. Google also does not infringe the '033 patent because the claims of the '033 patent require playing

---

17 ▮▮▮▮

back "a remote playback queue" on a User Device prior to Casting, and then transferring playback of "the remote playback queue" to a receiver when Casting. The MDx playback queue that is played back on a receiver device *after* Casting is not played back on a User Device (and does not even exist) prior to Casting. Thus, the opinions I offered in connection with the Patent Showdown on the '615 patent are not inconsistent with my opinions here.

### 3. Hub Devices With The Accused YouTube Applications Do Not Satisfy Limitation 1.4

#### (A) The Accused YouTube Applications Do Not Play A Playback Queue Provided By A Third-Party Application

186. As I showed above in connection with my discussion of User Devices, the plain meaning of "remote playback queue" in view of the specification refers to a playback queue provided by a third-party application. The YouTube functionality that Sonos accuses on Hub Devices also does not play a playback queue provided by a third-party application. Thus, Dr. Schmidt cannot show that the Hub Devices play back a "remote playback queue."

#### (B) A Hub Device Is Not In A "Computing Device" In A "First Mode" When A Mobile Device Is Casting To It

187. It is also my opinion that a Hub Device is *not* a "computing device" operating in the claimed "first mode" when a User Device is Casting to the Hub Device.

188. [REDACTED]

Contains Highly Confidential AEO and Source Code Materials

I, Samrat Bhattacharjee, declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED:  January 13, 2023

_____
Samrat Bhattacharjee