# EXHIBIT 20

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Charles K. Verhoeven (Bar No. 170151)
  charlesverhoeven@quinnemanuel.com
  Melissa Baily (Bar No. 237649)
  melissabaily@quinnemanuel.com
  Lindsay Cooper (Bar No. 287125)
  lindsaycooper@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Attorneys for GOOGLE LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| GOOGLE LLC,<br><br>                          Plaintiff<br><br>        v.<br><br>SONOS, INC.,<br><br>                          Defendant. | Case No. 3:20-cv-06754-WHA |

**GOOGLE LLC'S THIRD SUPPLEMENTAL OBJECTIONS AND RESPONSES TO PLAINTIFF SONOS, INC.'S FIRST SET OF FACT DISCOVERY INTERROGATORIES (NO. 15)**

Pursuant to Rule 33 of the Federal Rules of Civil Procedure, Defendant Google LLC ("Google") hereby objects and responds to Plaintiff Sonos, Inc.'s ("Sonos") First Set of Fact Discovery Interrogatories to Defendant ("Interrogatories"). Google responds to these Interrogatories based on its current understanding and the information reasonably available to Google at the present time. Google reserves the right to supplement these responses if and when additional information becomes available.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

1 **OBJECTIONS AND RESPONSES TO FACT DISCOVERY INTERROGATORIES**

2 **INTERROGATORY NO. 15:**

3    For each of the YouTube, YouTube Music, YouTube TV, Google Play Music, Google

4 Podcasts, and Spotify media services, describe in detail how an Accused Google Product (e.g., an

5 Accused Cast-Enabled Media Player or Accused Pixel Device) receives and then plays back a

6 sequence of media items (e.g., songs, podcast episodes, etc.) in connection with a given one of the

7 aforementioned media services including, but not limited to, (i) describing in detail any

8 communications between the Accused Google Product and any web server (e.g., Accused Google

9 Server or third-party server) and how such communications take place, (ii) describing in detail how

10 any Accused Google Server generates, maintains, and/or updates a set of one or more media-item

11 "recommendations"[1] that are sent to the Accused Google Product and how those

12 "recommendations" are sent to the Accused Google Product, and (iii) describing in detail how any

13 Accused Google Server facilitates Google's "Autoplay feature"[2] for playback at the Accused

14 Google Product and how the "Autoplay feature" is utilized at the Accused Google Product.

15 **OBJECTIONS:**  Google incorporates by reference all of its General Objections as if fully set forth

16 herein.  Google objects to the characterization of this interrogatory as a single interrogatory given

17 that it contains multiple discrete subparts under Fed. R. Civ. P. 33(a)(1).  Google objects to this

18 interrogatory on the grounds that it is vague, ambiguous, unclear as to information sought, and

19 lacking sufficient particularity to permit Google to reasonably prepare a response with respect to the

20 undefined terms "receives and then plays back a sequence of media items," "in connection with a

21 given one of the aforementioned media services," "communications between the Accused Google

22 Product and any web server," "how such communications take place," "generates, maintains and/or

23 updates," "how those 'recommendations' are sent to the Accused Google Product," "how any

24

---

25 [1] *See, e.g.*, https://www.youtube.com/howyoutubeworks/product-features/recommendations/;
https://support.google.com/youtubemusic/answer/6313542?hl=en;

26 https://support.google.com/websearch/answer/10017274?hl=en&co=GENIE.Platform%3DAndroi
d#zippy=.

27 [2] *See, e.g.*,
https://support.google.com/youtube/answer/6327615?hl=en&co=GENIE.Platform%3DAndroid;

28 https://support.google.com/websearch/answer/10017274?hl=en&co=GENIE.Platform%3DAndroi
d#zippy=.

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

Accused Google Server facilitates Google's 'Autoplay feature' for playback at the Accused Product," and "how the 'Autoplay feature' is utilized at the Accused Google Product."  Google further objects to this interrogatory to the extent that it assumes the existence of hypothetical facts that are incorrect or unknown to Google.

Google also objects to this interrogatory as overbroad, burdensome, and not proportional to the needs of the case, including to the extent it seeks information that is not relevant to any claim or defense of any party or to the subject matter of this action, including to the extent that it seeks information regarding non-accused instrumentalities or technology such as "Spotify media services" and "third-party server[s]."  Google further objects to this interrogatory as overbroad and unduly burdensome to the extent that it seeks information that is publicly available, not uniquely within the control of Google, or is equally available to Sonos.  Google additionally objects to this interrogatory to the extent it seeks communications and information protected from disclosure by the attorney-client privilege and/or attorney work product doctrine.  Google further objects to this interrogatory to the extent it seeks confidential and/or proprietary business information.  Google also objects to this interrogatory to the extent that it premature seeks expert discovery, opinion, and/or testimony.  Google additionally objects to this interrogatory to the extent it seeks information that is not reasonably accessible or that is not within Google's possession, custody, or control.  Google further objects to this interrogatory to the extent it seeks information that is unnecessarily cumulative or duplicative of information sought by other discovery, including Request for Production No. 20.

**RESPONSE:**

Subject to and without waiving the foregoing General and Specific objections, Google responds, as follows:

Pursuant to Rule 33(d) of the Federal Rules of Civil Procedure, Google further refers Sonos to the source code that Google has made available and the following documents containing information responsive to this interrogatory: GOOG-SONOSWDTX-00005033-53611.

**SUPPLEMENTAL RESPONSE:**  Google maintains the General and Specific objections set forth above.  Google further objects to this interrogatory on the grounds that it is vague and

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

ambiguous to the extent it seeks information regarding products not specifically identified by make or model number in Sonos's infringement contentions.  Google also objects to this interrogatory to the extent it seeks to encompass Spotify, which is a separate, third-party application.  Subject to and without waiving the foregoing General and Specific objections, Google responds, as follows:

Google refers Sonos to the source code that Google has made available, which is the best evidence of how the devices operate with respect to the operation of the accused functionalities. Pursuant to Rule 33(d) of the Federal Rules of Civil Procedure, Google further refers Sonos to the following documents created during product development which may contain information response to this interrogatory:  GOOG-SONOSWDTX-00041650, GOOG-SONOSWDTX-00039521, GOOG-SONOSWDTX-00041722, GOOG-SONOSWDTX-00040397, GOOG-SONOSWDTX-00042266, GOOG-SONOSWDTX-00042272, GOOG-SONOSWDTX-00042282, GOOG-SONOSWDTX-00042365, GOOG-SONOSWDTX-00042378, GOOG-SONOSWDTX-00042380, GOOG-SONOSWDTX-00042385, GOOG-SONOSWDTX-00042397, GOOG-SONOSWDTX-00042402, GOOG-SONOSWDTX-00042404, GOOG-SONOSWDTX-00042413, GOOG-SONOSWDTX-00042754, GOOG-SONOSWDTX-00042954, GOOG-SONOSWDTX-00043052, GOOG-SONOSWDTX-00043318, GOOG-SONOSWDTX-00043323, GOOG-SONOSWDTX-00043799-803, GOOG-SONOSWDTX-00043820, GOOG-SONOSWDTX-00051820, GOOG-SONOSWDTX-00051848, GOOG-SONOSWDTX-00051918, GOOG-SONOSWDTX-00051924, GOOG-SONOSWDTX-00051927, GOOG-SONOSWDTX-00052944-71, GOOG-SONOSWDTX-00051608, GOOG-SONOSWDTX-00051943, GOOG-SONOSWDTX-00037978, GOOG-SONOSWDTX-00051947, GOOG-SONOSWDTX-00037634, GOOG-SONOSWDTX-00053379, GOOG-SONOSWDTX-00036998, GOOG-SONOSWDTX-00037178, GOOG-SONOSWDTX-00037042, GOOG-SONOSWDTX-00037081, GOOG-SONOSWDTX-00037220, GOOG-SONOSWDTX-00040331-83, GOOG-SONOSWDTX-00043467, GOOG-SONOSWDTX-00043471, GOOG-SONOSWDTX-00043550, GOOG-SONOSWDTX-00037146, GOOG-SONOSWDTX-00043548, GOOG-SONOSWDTX-00043676, GOOG-

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1  SONOSWDTX-00037178; *see also* GOOG-SONOSWDTX-00005033-8471, GOOG-
2  SONOSWDTX-00022175-371, GOOG-SONOSWDTX-00036346-53611.

3  **SECOND SUPPLEMENTAL RESPONSE:**

4      Google maintains the General and Specific objections set forth above.  Google further
5  objects to this interrogatory on the grounds that it is vague, ambiguous, and overbroad to the extent
6  it seeks information regarding products not specifically identified by make or model number in
7  Sonos's infringement contentions, or that have now been dropped by Sonos (*e.g.*, Podcast).  Google
8  also objects to this interrogatory to the extent it seeks to encompass Spotify, which is a separate,
9  third-party application.  Subject to and without waiving the foregoing General and Specific
10  objections, Google responds, as follows:

11      Google fully incorporates herein by reference its responses to Interrogatory No. 14.  Google
12  further responds that casting operations involving the identified "autoplay" feature are generally
13  described at least in GOOG-SONOSWDTX-00043467, GOOG-SONOSWDTX-00041491 and
14  implemented in the source code provided by Google.

15      The illustration below provides a simplified view of the general architecture that is employed
16  by devices running MDx applications (e.g., YouTube or YouTube Music):



27  GOOG-SONOSWDTX-00041650.  In this diagram, "

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1 ██████████████████████████████████████████████████████

2 ██████████████████████████████████████████████████████

3 ██████████████████████████████████████████████████████

4 ████  ████████████████████████████████████

5   ████████████████████████████████████████████████████

6 ██████████████████████████████████ videoId.  *Id.* at 8.  The

7 parameters of a setPlaylist message sent to the Screen are shown below:

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25 *Id.*

26   ████████████████████████████████████████████████████

27 ████████████████████████ of videoIds ████████████████████

28

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1  ██████████████████████████████████████████████████████████████

2  ████  videoId (i.e., it is no longer a list) used to identify the video to play.  *Id.*

3  ████  ████ █ ██████ █ ███████  ███  █████  ████████  ████  ██  █

4  ██████████████████████████████████████████████████████████████

5  █████████████████

6  █  ██████████████████████

7  █  ██████████████████████████████████

8  █  ████

9  █  ████████████████████████████████████

10  █  █████████████

11  █  ████████████████████████████████████████

12  █  ███

13  █  ██████████

14  █  ████████████████████████████████

15  █  ███████████████████████████████

16  █  █████████

17  █  ██████████████████████████████████████████████████████████

As can be seen, the field "videoId" of the ████████████████ is a string from the videoId

18  field in the incoming "setPlaylist" message.  To playback a video, the ██████████████

19  ████████████████████████████████████████████████

20

An example of a "method" the Screen can receive from the YouTube Frontend service is the

21  "GetWatchNext" method. Generally, at some point after the Screen begins playback of the current

22  media item, GetWatchNext is called by the Screen to request the next WatchEndpPoint. In response

23  to GetWatchNext, the Screen receives WatchNextResponse, a protobuf message, which contains

24  the videoId for the next item to play, along with metadata for the item currently playing, and other

25  elements, such as an autoplay setting, for example.

26  Within the YT Main app, if the user has reached the end of a playlist, or there is no other

27  item to play next, the autoplay feature could be used to continue playing content. Specifically, when

28

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

WatchNextResponse is loaded, the local variable upNextVideoId would be used to notify the Remote of what the next autoplay media item is, but upNextVideoId would not be used by any function to perform playback.  upNextVideoId is not used for YT Music, at least because YT Music does not enable autoplay.

**THIRD SUPPLEMENTAL RESPONSE:** Google maintains the General and Specific objections set forth above. Google further objects to this Interrogatory as compound, irrelevant, and unduly burdensome in that it seeks a response "[f]or each of the YouTube, YouTube Music, YouTube TV, Google Play Music, Google Podcasts, and Spotify Media services."  For example, Sonos has dropped the "Google Podcasts" and "Spotify" applications from the case.  Further, Sonos accused the Google Play Music application of infringing only its '615 patent, and the Court has now granted summary judgment that the "Google Play Music" application does not infringe the '615 patent.  Accordingly, Google will limit its response to the "You Tube Music," "YouTube Music," and YouTube TV applications.  Google further objects to this interrogatory as vague, ambiguous, overbroad and unduly burdensome, including as to the phrase "describe in detail how an Accused Google Product (e.g., an Accused Cast-Enabled Media Player or Accused Pixel Device) receives and then plays back a sequence of media items (e.g., songs, podcast episodes, etc.) in connection with a given one of the aforementioned media services."  The accused YouTube applications and systems have numerous functionalities and features, involve many different playback scenarios, and are comprised of millions of lines of source code.  Google also objects to this interrogatory to the extent Sonos is seeking to shift the burden of proving infringement on to Google.  It is Sonos's burden, not Google's to prove infringement.  Moreover, Sonos's definition of "Accused Google Product" purports to encompass thousands of different (and unspecified) hardware devices.  It is not practical for Google to describe "in detail" every playback scenario for every hardware device.  Sonos's infringement contentions are also vague and ambiguous as to the particular functionality that it is accusing.  Google will provide a reasonable level of detail regarding how the accused applications playback media based on its current understanding of Sonos's contentions.

A Pixel Device running an accused YouTube application allows users to add media items to a playlist on their Pixel Device.  For example, the images below are of a YouTube Music application

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

playing a playlist containing three songs ("The Best of Ben E. King", "Stand by Me", and "Just the Two of Us") on the Pixel Device.  Image 1 shows the currently playing song.  Images 2 and 3 show a toggle button that can be used by the user to enable or disable "Autoplay."  In Image 2, Autoplay is turned off.  In Image 3, Autoplay is turned on and additional recommended media items (*e.g.*, "Just the Two of Us," "Somewhere Over the Rainbow," etc.) are displayed below the toggle button.  When the user created playlist is exhausted, the Pixel Device will begin playing Autoplay items.

| **Image 1** | **Image 2** | **Image 3** |
|---|---|---|
|  |  |  |

Sticking with the above example, the file ███████████████ specifies the queue interface and the file █████████████████████ implements the queue.  They maintain locally, on the Pixel Device, a user-editable list of videos (███████████████) and an Autoplay List with recommended videos (█████████████).  The user-editable list initially contains information for the three songs ("The Best of Ben E. King", "Stand by Me", and "Just the Two of Us") in the above example.  The Autoplay List contains information for the Autoplay items that follow (e.g., "Just the Two of Us," "Somewhere Over the Rainbow," etc.).  The user-editable and Autoplay lists are stored locally on the Pixel Device as ██████████████.  After the Pixel Device exhausts playback of the user editable list, the first media item in the Autoplay list is added to the user editable list and selected for playback.  A user may also select an Autoplay List item at any time, in which case the selected

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1   Autoplay List item (and all preceding items in the Autoplay List) are moved to the ████████

2   and the selected item will be played back.  For instance, if the user selects "Somewhere Over the

3   Rainbow," then that item and the previous item in the Autoplay List (i.e., "Just the Two of Us") are

4   added to the ████████████ on the Pixel Device and "Somewhere Over the Rainbow" will be

5   played back.

6         The Pixel Device communicates with a WatchNext service over the Internet when playing

7   media items on the Pixel Device.  *See* ████████████████████████████; *see*

8   *also*      GOOG-SONOSWDTX-00039785.              *See*      ████████████████████

9   ████████████; *see also*  GOOG-SONOSWDTX-00039785.[5]   For instance, the Pixel

10  Device transmits a WatchNext request message to the WatchNext service to obtain metadata for the

11  currently playing media item.  When starting playback of a playlist, a WatchNext request message

12  may also be used to obtain recommended Autoplay videos.  There is not a "remote playback queue"

13  from which these recommended videos are retrieved.   Instead, the recommended videos are

14  dynamically generated by a "MixService"—based on criteria such as the video the user is watching,

15  a user's watch history, and various other criteria and algorithm inputs—and returned to the Pixel

16  Device in the WatchNext Response.  Recommended videos are only temporarily maintained in the

17  cloud and discarded when, for instance, a user restarts playback of the current playlist.

18        The Pixel Device also communicates with a Player service over the Internet when playing

19  media items on the device.  For example, in addition to the WatchNext request the Pixel Device

20  sends a GetPlayer request to the Player Service.  The Player service determines in real-time which

21  ████████████ in Google's Content Delivery Network a user should talk to for a particular request

22

23  ────────────────────

24  [3] ████████████████████████████████

25  [4] ████████████████████████████

26  [5]  Unlike the situation where a receiver device is playing back media during casting—which may
27  involve the receiver device obtaining a WatchNext Response that includes Autoplay sets with
    video renderers for a previous ████████████████ or next ████████████████
28  command—playback locally on the Pixel Device does not use previous and next video renderers.

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1   and returns to the Pixel Device ███████████████████████ ████ . ██████████ ██████

2   ████████████████ ██████ ████████████ ███████ █████ ██████ ██████ ████   GOOG-

3   SONOSNDCA-00115814 (██████████████████████) at slide 9; GOOG-SONOSNDCA-

4   00115893 (████████████████) at 3 ("█████████████████████████████████████████

5   ████████████████████████████████████████████████████████████████████████████

6   ████████████████████████████████████████████████████████████████████████████

7   ███████ ). ████████████████████████████████████████████████████████████████████

8   ██████    *See also* 7-27-2022 Bhattacharjee Rebuttal Rpt., ¶¶94-100.

9        A Pixel Device may also cast music for playback on a receiver device.  When casting, the

10  accused receiver device will  playback a cloud queue.  Version 3 of Google's "Multi-Device

11  Experience" (or MDx) protocol is used to manage playback on a receiver device during casting.  In

12  particular,  the  YouTube  application  communicates  with  the  MDx  server,  which  in  turn

13  communicates  with  the  receiver  device. ██████████████████████████████████████████

14  ████████████████████████████████    Once connected, the receiver device can receive "methods"

15  (*i.e.*, messages or commands) from the MDx server.  An example of one such method is the

16  "setPlaylist" method. ████████████████████████████████████████████████████████

17  ████████████████████████████████████████████████████████████████████████████

18  ████████████████████████████████████████████████████████████████████████████

19  ████ ████ ████ █████ █████ █████ █ █████ █████ █████ ███ ██████ █████ ████

20  ████████████████████████████████ ████████████████████████████████████████████

21  ██████████████████████████ . at 8.  The parameters of a setPlaylist message sent

22  from the MDx server to the receiver device are described above in Google's Second Supplemental

23  Response and include the media item that should begin playing on the receiver device.  *See also* 7-

24  27-2022 Bhattacharjee Rebuttal Rpt., ¶88.  The receiver device receives the setPlaylist message sent

25

26

27  _____

28  [6] █████████████████████████████████████████████████████████████████████

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1  by the MDx server. █████████████████████████████████████████████

2  ██████████████████████████████████████

3  ████████████████████████████████████████████████████████████████

4  ████████████████████████████████████████████████████████████████

5  ████████  *See, e.g,* GOOG-SONOSWDTX-00039491.   The WatchNext request message includes,

6  among      other      things,      the      videoID      of      the      media      currently      playing

7  (████████████████████████████ and the playlistID corresponding to the cloud queue

8  at the MDx server ████████████████████████████  The WatchNext request is

9  received      by      the      InnerTube      servers      ████████  ████████  ████████████████

10  ██████████████████  ████  ████  ████  ██████████████████  ████████  ██████

11  ████████████████  ████████████████████  ██████  ████████  ██████  ████████  ████  ██████

12  ████████████████████████████████████████████████████████████████

13  ██████████████████████████████████████  with  a  large  volume  of

14  information, primarily relating to metadata for the currently playing media item.  Within this large

15  volume of information is the videoId for the next media item in the cloud queue. The GetPlayer

16  request causes the Player service to return to the receiver device ████████████████████████

17  ████████████████████████████████████████████████████████████████.

18  The receiver will send a get WatchNext request and GetPlayer request each time a new song or

19  video starts playing.  *See also* 7-27-2022 Bhattacharjee Rebuttal Rpt., ¶¶90-92.

20

21

22

23

24

25

26

27  ────────────────────
   [7] ███████████████████████████████████████

28  ██████████████████

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

1   DATED: November 3, 2022         QUINN EMANUEL URQUHART & SULLIVAN, LLP

2

3                                   By:    _/s/ Charles K. Verhoeven_
                                          Charles K. Verhoeven (*pro hac vice*)
4                                         charlesverhoeven@quinnemanuel.com
                                          Melissa Baily (*pro hac vice*)
5                                         melissabaily@quinnemanuel.com
                                          Lindsay Cooper (*pro hac vice*)
6                                         lindsaycooper@quinnemanuel.com
                                          QUINN EMANUEL URQUHART &
7                                         SULLIVAN LLP
                                          50 California Street, 22nd Floor
8                                         San Francisco, California 94111-4788
                                          Telephone:   (415) 875 6600
9                                         Facsimile:   (415) 875 6700

10                                  *Counsel for Defendant Google LLC*

11

12

13

14                                  **CERTIFICATE OF SERVICE**

15          The undersigned hereby certifies that all counsel of record who have consented to electronic

16   service are being served with a copy of this document via email on November 3, 2022.

17                                  _/s/ Nima Hefazi_
                                    Nima Hefazi

18

19

20

21

22

23

24

25

26

27

28