UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA,

SAN FRANCISCO DIVISION

| | |
|---|---|
| GOOGLE LLC,<br><br>    Plaintiff and Counter-defendant,<br><br>v.<br><br>SONOS, INC.,<br><br>    Defendant and Counter-claimant. | Case No. 3:20-cv-06754-WHA<br>Related to Case No. 3:21-cv-07559-WHA<br><br>**[PROPOSED] ORDER GRANTING SONOS, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL RE DKT. 484 (GOOGLE'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED)** |

Pursuant to Civil Local Rules 7-11 and 79-5, Sonos, Inc. ("Sonos") has filed an Administrative Motion To File Under Seal Re Dkt. 484 (Google's Administrative Motion To Consider Whether Another Party's Material Should Be Sealed) ("Sonos's Administrative Motion"), and good cause to seal having been shown, the Court GRANTS Sonos's Administrative Motion and ORDERS sealed the following:

| Document | Portions Google Sought to Be Filed Under Seal | Portions Sonos Seeks to Be Filed Under Seal | Designating Party |
|---|---|---|---|
| Exhibit 1 to Motion | Entire document | Portions highlighted in blue | Sonos |
| Exhibit 6 to Motion | Entire document | Portions highlighted in blue | Sonos |
| Exhibit 8 to Motion | Entire document | Portions highlighted in blue | Sonos |

Dated: _____, 2023

HON. WILLIAM H. ALSUP
United States District Judge