CLEMENT SETH ROBERTS (STATE BAR NO. 209203)
croberts@orrick.com
BAS DE BLANK (STATE BAR NO. 191487)
basdeblank@orrick.com
ALYSSA CARIDIS (STATE BAR NO. 260103)
acaridis@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:   +1 415 773 5700
Facsimile:   +1 415 773 5759

SEAN M. SULLIVAN (admitted pro hac vice)
sullivan@ls3ip.com
MICHAEL P. BOYEA (admitted pro hac vice)
boyea@ls3ip.com
COLE RICHTER (admitted pro hac vice)
richter@ls3ip.com
LEE SULLIVAN SHEA & SMITH LLP
656 W Randolph St., Floor 5W
Chicago, IL 60661
Telephone:   +1 312 754 0002
Facsimile:   +1 312 754 0003

*Attorneys for Sonos, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GOOGLE LLC,<br><br>    Plaintiff and Counter-defendant,<br><br>v.<br><br>SONOS, INC.,<br><br>    Defendant and Counter-claimant. | Case No. 3:20-cv-06754-WHA<br>Related to Case No. 3:21-cv-07559-WHA<br><br>**REPLY DECLARATION OF GEOFFREY MOSS IN SUPPORT OF SONOS, INC.'S MOTION TO STRIKE PORTIONS OF GOOGLE'S EXPERT INVALIDITY AND NONINFRINGEMENT REPORTS**<br><br>Date: March 9, 2023<br>Time: 8:00 a.m.<br>Place: Courtroom 12, 19th Floor<br>Judge: Hon. William Alsup<br><br>Complaint Filed: September 28, 2020 |

I, Geoffrey Moss, declare as follows and would so testify under oath if called upon to do so:

1. I am an attorney with the law firm of Orrick, Herrington & Sutcliffe LLP, counsel of record to Sonos, Inc. ("Sonos") in the above-captioned matter. I am a member in good standing of the Bar of the State of California. I make this declaration based on my personal knowledge, unless otherwise noted. If called, I can and will testify competently to the matters set forth herein.

2. I make this declaration in support of Sonos's Motion to Strike Portions of Google's Expert Invalidity and Noninfringement Reports.

3. Attached as **Exhibit Y** is a true and correct copy of excerpts from the Rebuttal Expert Report of Samrat Bhattacharjee Regarding Non-infringement of Claim 13 of U.S. Patent No. 9,967,615 and Other Issues, dated July 27, 2022.

4. Attached as **Exhibit Z** is a true and correct copy of excerpts from the Supplemental Expert Report of Dr. Dan Schonfeld Regarding Claim 1 of U.S. Patent No. 10,848,885, dated August 29, 2022.

5. Attached as **Exhibit AA** is a true and correct copy of an email thread between counsel for Google and counsel for Sonos, sent December 3, 2021 to February 11, 2022.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed this 17th day of February, 2023 in Los Angeles, California.

_____
GEOFFREY MOSS