UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA,

SAN FRANCISCO DIVISION

| | |
|---|---|
| GOOGLE LLC,<br><br>    Plaintiff and Counter-defendant,<br><br>v.<br><br>SONOS, INC.,<br><br>    Defendant and Counter-claimant. | Case No. 3:20-cv-06754-WHA<br>Related to Case No. 3:21-cv-07559-WHA<br><br>**[PROPOSED] ORDER GRANTING SONOS, INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED RE ITS REPLY IN SUPPORT OF MOTION TO STRIKE PORTIONS OF GOOGLE'S EXPERT INVALIDITY AND NONINFRINGEMENT REPORTS** |

Pursuant to Civil Local Rule 79-5, Sonos, Inc. ("Sonos") has filed an Administrative Motion to Consider Whether Another Party's Material Should Be Sealed ("Administrative Motion") in connection with Sonos, Inc.'s Reply in Support of Motion to Strike Portions of Google's Expert Invalidity and Noninfringement Reports ("Sonos's Reply"), and good cause to seal having been shown, the Court GRANTS Sonos's Administrative Motion and ORDERS sealed the following:

| DOCUMENT | PORTIONS TO BE SEALED | DESIGNATING PARTY |
|---|---|---|
| Sonos's Reply | Portions highlighted in blue | Google |
| Exhibit Y to the Declaration of Geoffrey Moss in Support of Reply ("Decl. of Moss") | Entire Document | Google |
| Exhibit Y to the Declaration of Geoffrey Moss in Support of Reply ("Decl. of Moss") | Portions in red boxes | Google and Sonos |
| Exhibit AA to Decl. of Moss | Entire Document | Google |

Dated: _____, 2023

_____
HON. WILLIAM H. ALSUP
United States District Judge