1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA,

SAN FRANCISCO DIVISION

| GOOGLE LLC, | Case No. 3:20-cv-06754-WHA |
|---|---|
| Plaintiff and Counter-defendant, | **[PROPOSED] ORDER GRANTING SONOS, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL RE ITS REPLY IN SUPPORT OF MOTION TO STRIKE PORTIONS OF GOOGLE'S EXPERT INVALIDITY AND NONINFRINGEMENT REPORTS** |
| v. | |
| SONOS, INC., | |
| Defendant and Counter-claimant. | |

Pursuant to Civil Local Rules 7-11 and 79-5, Sonos, Inc. ("Sonos") has filed an administrative motion ("Sonos's Administrative Motion") in connection with Sonos, Inc.'s Reply in Support of Motion to Strike Portions of Google's Expert Invalidity and Noninfringement Reports ("Sonos's Reply"), and good cause to seal having been shown, the Court GRANTS Sonos's Administrative Motion and ORDERS sealed the following:

| DOCUMENT | PORTIONS TO BE SEALED | DESIGNATING PARTY |
|---|---|---|
| Exhibit Y to the Declaration of Geoffrey Moss in Support of Reply ("Decl. of Moss") | Portions in red boxes | Google and Sonos |
| Exhibit Y to the Declaration of Geoffrey Moss in Support of Reply ("Decl. of Moss") | Portions in blue boxes | Sonos |

Dated: _____, 2023

_____
HON. WILLIAM H. ALSUP
United States District Judge