1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GOOGLE LLC,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>SONOS, INC.,<br><br>　　　　　Defendant. | Case No. 3:20-cv-06754-WHA<br>Related to Case No. 3:21-cv-07559-WHA<br><br>**[PROPOSED] ORDER GRANTING GOOGLE LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF ITS REPLY IN SUPPORT OF ITS MOTION TO STRIKE PORTIONS OF THE EXPERT REPORTS OF DOUGLAS SCHMIDT** |

Plaintiff Google LLC ("Google") has filed an Administrative Motion to File Under Seal Portions of its Reply in Support of its Motion to Strike Portions of the Expert Reports of Douglas Schmidt ("Administrative Motion").

Having considered Google's Administrative Motion, and good cause to seal having been shown, the Court **GRANTS** Google's Administrative Motion and **ORDERS** sealed the documents listed below:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Google's Reply in Support of its Motion to Strike Portions of the Expert Reports of Douglas Schmidt ("Reply") | Portions highlighted in yellow and green; portions outlined in red boxes | Google |
| Exhibit 1 to the Declaration of Nima Hefazi in Support of Google's Reply | Portions outlined in red boxes | Google |
| Exhibit 2 to the Declaration of Nima Hefazi in Support of Google's Reply | Portions outlined in red boxes | Google |
| Exhibit 3 to the Declaration of Nima Hefazi in Support of Google's Reply | Portions outlined in red boxes | Google |

IT IS SO ORDERED.

DATED:

_____
The Honorable William Alsup
United States District Court Judge