QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Charles K. Verhoeven (Bar No. 170151)
  charlesverhoeven@quinnemanuel.com
  Melissa Baily (Bar No. 237649)
  melissabaily@quinnemanuel.com
  James Judah (Bar No. 257112)
  jamesjudah@quinnemanuel.com
  Lindsay Cooper (Bar No. 287125)
  lindsaycooper@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:    (415) 875-6600
Facsimile:    (415) 875-6700

  Marc Kaplan *(pro hac vice)*
  marckaplan@quinnemanuel.com
191 N. Wacker Drive, Ste 2700
Chicago, Illinois 60606
Telephone:    (312) 705-7400
Facsimile:    (312) 705-7401

*Attorneys for GOOGLE LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GOOGLE LLC,<br><br>         Plaintiff,<br><br>    vs.<br><br>SONOS, INC.,<br><br>         Defendant. | CASE NO. 3:20-cv-06754-WHA<br>Related to CASE NO. 3:21-cv-07559-WHA<br><br>**GOOGLE'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |

## I. INTRODUCTION

Pursuant to Civil Local Rule 79-5(f), Google LLC ("Google") respectfully submits this Administrative Motion to Consider Whether Another Party's Material Should Be Sealed in connection with Google's Reply in Support of its Motion to Strike Portions of the Expert Reports of Douglas Schmidt ("Reply"). Certain documents filed in support of Google's Reply contain information that Sonos, Inc. ("Sonos") may consider confidential pursuant to the Stipulated Protective Order ("Protective Order") entered by this Court. Dkt. 94. Accordingly, Google seeks to file under seal the documents and information as listed below:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Google's Reply | Portions highlighted in blue and green | Sonos |
| Exhibit 1 to the Declaration of Nima Hefazi in Support of Google's Reply ("Hefazi Declaration") | Entire document | Sonos |
| Exhibit 2 to the Hefazi Declaration | Entire document | Sonos |
| Exhibit 3 to the Hefazi Declaration | Entire document | Sonos |
| Exhibit 4 to the Hefazi Declaration | Entire document | Sonos |

Materials and documents may be provisionally filed under seal pursuant to Civil Local Rule 79-5(f) when the document, or portions thereof, "has been designated as confidential by another party or non-party." L.R. 79-5(f). Google has submitted the above exhibits under seal because information therein may be considered "CONFIDENTIAL," "HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY," and/or "HIGHLY CONFIDENTIAL—SOURCE CODE" under the Protective Order by Sonos.

In compliance with Civil Local Rule 79-5(d) and (e), unredacted versions of the above listed documents accompany this Administrative Motion and redacted versions of the above listed documents have been filed publicly. In accordance with Local Rule 79-5(c)(3), Google has also filed a Proposed Order herewith.

| | | |
|---|---|---|
| 1 | DATED:  February 17, 2023 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 2 | | |
| 3 | | By:   /s/ Charles K. Verhoeven<br>       Charles K. Verhoeven (Bar No. 170151)<br>       charlesverhoeven@quinnemanuel.com |
| 4 | | Melissa Baily (Bar No. 237649)<br>melissabaily@quinnemanuel.com |
| 5 | | Lindsay Cooper (Bar No. 287125)<br>lindsaycooper@quinnemanuel.com |
| 6 | | 50 California Street, 22nd Floor |
| 7 | | San Francisco, California 94111-4788<br>Telephone:     (415) 875-6600 |
| 8 | | Facsimile:      (415) 875-6700 |
| 9 | | |
| 10 | | Marc Kaplan *(pro hac vice)*<br>marckaplan@quinnemanuel.com |
| 11 | | 191 N. Wacker Drive, Ste 2700<br>Chicago, Illinois 60606 |
| 12 | | Telephone:     (312) 705-7400<br>Facsimile:      (312) 705-7401 |
| 13 | | *Attorneys for GOOGLE LLC* |

**CERTIFICATE OF SERVICE**

Pursuant to the Federal Rules of Civil Procedure and Local Rule 5-1, I hereby certify that, on February 17, 2023, all counsel of record who have appeared in this case are being served with a copy of the foregoing via the Court's CM/ECF system and email.

DATED: February 17, 2023

By:    */s/ Charles K. Verhoeven*
        Charles K. Verhoeven