QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Charles K. Verhoeven (Bar No. 170151)
  charlesverhoeven@quinnemanuel.com
  Melissa Baily (Bar No. 237649)
  melissabaily@quinnemanuel.com
  James Judah (Bar No. 257112)
  jamesjudah@quinnemanuel.com
  Lindsay Cooper (Bar No. 287125)
  lindsaycooper@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:     (415) 875-6600
Facsimile:     (415) 875-6700

  Marc Kaplan (pro hac vice)
  marckaplan@quinnemanuel.com
191 N. Wacker Drive, Ste 2700
Chicago, Illinois 60606
Telephone:     (312) 705-7400
Facsimile:     (312) 705-7401

*Attorneys for GOOGLE LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GOOGLE LLC,<br><br>             Plaintiff,<br><br>       vs.<br><br>SONOS, INC.,<br><br>             Defendant. | CASE NO. 3:20-cv-06754-WHA<br>Related to CASE NO. 3:21-cv-07559<br><br>**DECLARATION OF NIMA HEFAZI IN SUPPORT OF GOOGLE LLC'S REPLY IN SUPPORT OF ITS MOTION TO STRIKE PORTIONS OF THE EXPERT REPORTS OF DOUGLAS SCHMIDT** |

I, Nima Hefazi, declare and state as follows:

1.  I am an attorney licensed to practice in the State of California and am admitted to practice before this Court.  I am of counsel at Quinn Emanuel Urquhart & Sullivan LLP representing Google LLC ("Google") in this matter.  I make this declaration in support of Google's Reply in Support of its Motion to Strike Portions of the Expert Reports of Douglas Schmidt ("Reply").  If called as a witness, I could and would testify competently to the information contained herein.

2.  Attached as Exhibit 1 is a true and correct copy of excerpts of the Opening Expert Report of Douglas C. Schmidt dated November 30, 2022, with the portions Google seeks to strike highlighted in blue.

3.  Attached as Exhibit 2 is a true and correct copy of excerpts of the Rebuttal Expert Report of Douglas C. Schmidt dated January 13, 2023, with the portions Google seeks to strike highlighted in blue.

4.  Attached as Exhibit 3 is a true and correct copy of excerpts of the Reply Expert Report of Douglas C. Schmidt dated January 23, 2023, with the portions Google seeks to strike highlighted in blue and green.

5.  Attached as Exhibit 4 is a true and correct copy of excerpts of Sonos, Inc.'s Corrected Supplemental Responses and Objections to Google's First Set of Interrogatories [1-20] dated November 30, 2022.

I declare under penalty of perjury that to the best of my knowledge the foregoing is true and correct.  Executed on February 17, 2023, in Los Angeles, California.

DATED:  February 17, 2023

By: /s/ Nima Hefazi
Nima Hefazi

**ATTESTATION**

I, Charles K. Verhoeven, am the ECF user whose ID and password are being used to file the above Declaration. In compliance with Civil L.R. 5-1(h)(3), I hereby attest that Nima Hefazi has concurred in the aforementioned filing.

*/s/ Charles K. Verhoeven*
Charles K. Verhoeven