# EXHIBIT 5

# FILED UNDER SEAL

Ex. B –Infringement Contention Chart: U.S. Patent No. 10,779,033
HIGHLY CONFIDENTIAL - SOURCE CODE - ATTORNEYS' EYES ONLY

| Claim 1 | Accused Instrumentalities |
|---|---|
| **[1.0]** A computing device comprising: | Google's "Cast" technology enables an "Android, iOS, or Web app to direct its streaming video and audio to a TV or sound system," where the app "becomes the remote control to play, pause, seek, rewind, stop, and otherwise control the media."  https://developers.google.com/cast.[1]  In Google's "Cast" framework, there are two core categories of devices: (1) "sender" devices, which are computing devices installed with a Cast-enabled Android, iOS, Chrome, or browser-based app accessed via either an app store or Chromecast-enabled site URL[2] (including youtube.com, music.youtube.com, tv.youtube.com, and spotify.com), and (2) "receiver" devices, which are Cast-enabled media players such as an audio or video playback device.  *See, e.g.,* https://developers.google.com/cast/docs/developers; https://developers.google.com/cast/glossary; https://developers.google.com/cast/docs/ux_guidelines. <br><br> There are many different Cast-enabled Android, iOS, Chrome, or browser-based apps that allow a user to transfer playback of streaming media content from the user's smartphone, tablet, or computer device to a Cast-enabled media player and then control the Cast-enabled media player's playback using the Cast-enabled app.  This includes Google's own Cast-enabled apps, such as the YouTube Music app, the YouTube app, the YouTube TV app, and the YouTube Kids app, as well as a host of different third-party Cast-enabled apps, such as the Spotify app.  *See, e.g.,* https://support.google.com/chromecastbuiltin/answer/6279384?hl=en#zippy=%2Cbefore-you-begin-casting%2Ccast-from-chromecast-enabled-apps-to-your-audio-device%2Cfind-new-content-to-cast; https://www.google.com/chromecast/built-in/apps/.  These Cast-enabled apps can be installed and run on any smartphone, tablet, or computer device that supports Android, iOS, Chrome, or browser-based apps, including Google's own "Pixel" smartphone, tablet, and computer devices (*e.g.*, the Pixel, Pixel XL, Pixel 2, Pixel 2 XL, Pixel 3, Pixel 3 XL, Pixel 3a, Pixel 3a XL, Pixel 4, Pixel 4 XL, Pixel 4a, Pixel 4a (5G), Pixel 5, Pixel 5a (5G), Pixel 6 phones, the Pixel Slate tablet, and the Pixelbook and Pixelbook Go laptops) as well as many third-party smartphone, tablet, or computer device.  *See, e.g.,* https://store.google.com/us/magazine/compare_pixel; https://store.google.com/us/product/google_pixelbook_specs; https://store.google.com/us/product/pixel_slate_specs.  For purposes of this chart, any smartphone, tablet, or computer device installed with a Cast-enabled Android, iOS, Chrome, or browser-based app (e.g., accessed |

---

[1] Additional information regarding the accused instrumentalities is set forth in the Infringement Contention Chart for U.S. Patent No. 9,967,615 (Ex. A), which is incorporated herein by reference.

[2] *See, e.g.,* https://support.google.com/chromecast/answer/3265953?hl=en.

Ex. B –Infringement Contention Chart: U.S. Patent No. 10,779,033
HIGHLY CONFIDENTIAL - SOURCE CODE - ATTORNEYS' EYES ONLY

| Claim 1 | Accused Instrumentalities |
|---------|---------------------------|
| | via an app store or Chromecast-enabled site URL) that allows a user to transfer playback of streaming media content from the smartphone, tablet, or computer device to a Cast-enabled media player and then control the Cast-enabled media player's playback using the Cast-enabled app will be referred to as a "Cast-enabled computing device." |

As set out in the Supplemental Infringement Contentions, Sonos has endeavored to list the possible third-party smartphone, tablet, and computer devices that may have been used to download and install one or more accused Cast-enabled apps between May 2018 to present.  *See* Appx. 1.  Each of these third-party smartphone, tablet, and computer devices, when installed with at least one Cast-enabled app, meets all elements of the claims as explained in more detail herein.  As set forth below, Sonos cites representative examples of Google smartphone, tablet, and computer devices meeting elements 1.1, 1.2, and 1.3, but notes that the hardware aspects recited in elements 1.1, 1.2, and 1.3 have become ubiquitous among all smartphone, tablet, and computer devices.  Each possible third-party smartphone, tablet, and computer device listed in Appendix 1 contains these aspects and thus meets elements 1.1, 1.2, and 1.3.

There are also many different Cast-enabled media players to which playback of streaming media content can be transferred from a Cast-enabled computing device.  This includes Google's own Cast-enabled media players, such as the Home Mini, Nest Mini, Home, Home Max, Home Hub, Nest Hub, Nest Hub Max, Nest Wifi Point, Chromecast, Chromecast Audio, Chromecast Ultra, Chromecast with Google TV, and Nest Audio media players, as well as various other third-party media players with built-in Cast functionality.  *See, e.g.,*
https://store.google.com/us/product/google_home_max?hl=en-US;
https://store.google.com/us/product/chromecast_google_tv_compare?hl=en-US;
https://www.google.com/chromecast/built-in/audio/.

Certain of these Cast-enabled media players also include a display screen and firmware that enables the Cast-enabled media players to additionally function as a control device for other Cast-enabled media players.  This sub-category of Cast-enabled media players, which will be referred to herein as "Cast-enabled displays," includes Google's Home Hub, Nest Hub, and Nest Hub Max media players.  *See, e.g.,*
https://store.google.com/us/product/google_nest_hub?hl=en-US#overview-modal-music;
https://store.google.com/us/product/google_nest_hub_max?hl=en-US;
https://support.google.com/googlenest/answer/9165738?hl=en. Similar to the Cast-enabled computing devices, these Cast-enabled displays have Cast-enabled software (e.g., firmware and/or Cast-enabled apps)

**Ex. B –Infringement Contention Chart: U.S. Patent No. 10,779,033**
**HIGHLY CONFIDENTIAL - SOURCE CODE - ATTORNEYS' EYES ONLY**

| Claim 1 | Accused Instrumentalities |
|---|---|
| | that allows a user to transfer playback of streaming media content from the Cast-enabled display to another Cast-enabled media player and then control that other Cast-enabled media player's playback using the Cast-enabled display's user interface.  For purposes of this chart, Cast-enabled computing devices and Cast-enabled displays may be referred to collectively as "Cast-enabled control devices."<br><br>Google also hosts backend software on Cloud-based infrastructure owned and/or operated by Google (sometimes referred to as Google Cloud Platform or "GCP" for short) that facilitates the aforementioned Cast functionality for transferring playback of streaming media content from a Cast-enabled control device to a Cast-enabled media player and/or controlling the Cast-enabled media player's playback.<br><br>As described in further detail below, each Cast-enabled control device is a "computing device," as recited in claim 1.  Further, because each Cast-enabled media player is a data network device (*i.e.*, a device that is configured to connect to and communicate over a medium that interconnects devices in a manner that enables them to send digital data packets to and receive digital data packets from each other) and is configured to process and output audio, each Cast-enabled media player is a "playback device" as recited in claim 1.  *See, e.g.*, Pl.'s Opening Markman Br. (D.I. 60 of 20-cv-881-ADA) at pp. 4-6, 23-26, Exs. 24-25; Pl.'s Reply Markman Br. (D.I. 66 of 20-cv-881-ADA) at pp. 2-3, 10-12, Exs. 26-27; SONOS-SVG2-00018184 - SONOS-SVG2-00018236 [ITC Order No. 20] at p. 15; https://support.google.com/googlenest/answer/7072284?hl=en; https://support.google.com/chromecast/answer/3046409?hl=en; https://store.google.com/us/product/nest_wifi_specs?hl=en-US. |
| **[1.1]** at least one processor; | Each Cast-enabled control device includes at least one processor.  *See, e.g.*, https://store.google.com/us/magazine/compare_pixel; https://store.google.com/us/product/google_pixelbook_specs; https://store.google.com/us/product/pixel_slate_specs; https://store.google.com/us/product/google_home_max?hl=en-US. |
| **[1.2]** a non-transitory computer-readable medium; | Each Cast-enabled control device includes a non-transitory computer-readable medium.  *See, e.g.*, https://store.google.com/us/magazine/compare_pixel; https://store.google.com/us/product/google_pixelbook_specs; https://store.google.com/us/product/pixel_slate_specs; https://store.google.com/us/product/google_home_max?hl=en-US. |

**Ex. B –Infringement Contention Chart: U.S. Patent No. 10,779,033**
**HIGHLY CONFIDENTIAL - SOURCE CODE - ATTORNEYS' EYES ONLY**

| Claim 1 | Accused Instrumentalities |
|---|---|
| **[1.3]** and program instructions stored on the non-transitory computer-readable medium that, when executed by the at least one processor, cause the computing device to perform functions comprising: | Each Cast-enabled control device includes program instructions stored on the non-transitory computer-readable medium that enable the Cast-enabled control device to perform the functions identified below.  *See, e.g.,* https://store.google.com/us/magazine/compare_pixel; https://store.google.com/us/product/google_pixelbook_specs; https://store.google.com/us/product/pixel_slate_specs; https://store.google.com/us/product/google_home_max?hl=en-US. |
| **[1.4]** operating in a first mode in which the computing device is configured for playback of a remote playback queue provided by a cloud-based computing system associated with a cloud-based media service; | Each Cast-enabled control device comprises program instructions stored on the Cast-enabled control device's non-transitory computer-readable medium that, when executed by the Cast-enabled control device's processor, cause the Cast-enabled control device to operate in a first mode in which the Cast-enabled control device is configured for playback of a remote playback queue provided by a cloud-based computing system associated with a cloud-based media service.

For instance, each Cast-enabled computing device is programmed with the capability to operate in a mode in which the Cast-enabled computing device is configured for playback of a remote playback queue provided by a cloud-based computing system that takes the form of one or more cloud servers associated with a cloud-based media service (e.g., a Google service such as YouTube, YouTube Music, YouTube TV, YouTube Kids, etc. or a third-party service such as Spotify, etc.) that are remote from the Cast-enabled computing device and accessible over the Internet, which may be operated by Google or a third-party service provider.  *See, e.g.,* https://support.google.com/googlenest/answer/7181830 [Play media from Chromecast-enabled apps to your speaker or display]; https://support.google.com/chromecast/answer/2995235?hl=en-AU [Cast from the YouTube app and YouTube.com]; https://support.google.com/googlenest/answer/9563059?hl=en-IN [Move media from one cast device to another]; https://support.google.com/youtubetv/answer/7353493?co=GENIE.Platform%3DAndroid&hl=en [Cast YouTube TV using Chromecast]; https://support.google.com/youtubekids/answer/6289408?hl=en&co=GENIE.Platform%3DAndroid [Watch |

4

**Ex. B –Infringement Contention Chart: U.S. Patent No. 10,779,033**
**HIGHLY CONFIDENTIAL - SOURCE CODE - ATTORNEYS' EYES ONLY**

| Claim 1 | Accused Instrumentalities |
|---|---|
| | YouTube Kids videos on your TV]; https://support.google.com/chromecast/answer/3265953?hl=en [Chromecast-enabled site vs. casting a tab]; https://support.google.com/youtube/answer/6327615?hl=en [Autoplay videos]; https://developers.google.com/cast/docs/web_receiver/queueing; https://developers.google.com/cast/docs/ios_sender/queueing; https://developers.google.com/cast/docs/android_sender/queueing; *see also, e.g.,* ████████████████████ ████████████████████████████████████████████████ <br><br> Cast-enabled computing devices installed with various of Google's own Cast-enabled apps are programmed to perform this functionality, including but not limited to the YouTube, YouTube Music, YouTube TV, and YouTube Kids apps, as illustrated by the following screenshots: <br><br>  |

**Ex. B –Infringement Contention Chart: U.S. Patent No. 10,779,033**
**HIGHLY CONFIDENTIAL - SOURCE CODE - ATTORNEYS' EYES ONLY**

| Claim 1 | Accused Instrumentalities |
|---|---|
| |  |

**Ex. B –Infringement Contention Chart: U.S. Patent No. 10,779,033**
**HIGHLY CONFIDENTIAL - SOURCE CODE - ATTORNEYS' EYES ONLY**

| Claim 1 | Accused Instrumentalities |
|---------|---------------------------|
| | <br><br>Likewise, Cast-enabled computing devices installed with various third-party Cast-enabled apps are also programmed to perform this functionality, including but not limited to the Spotify app, as illustrated by the following screenshot:<br><br><br><br>Various other Cast-enabled apps available for installation on Cast-enabled computing devices provide similar functionality.  *See, e.g.,* https://support.google.com/chromecast/answer/6279384?hl=en [Cast audio from Chromecast-enabled apps to speakers]; https://www.google.com/chromecast/built-in/apps/. |

**Ex. B –Infringement Contention Chart: U.S. Patent No. 10,779,033**
**HIGHLY CONFIDENTIAL - SOURCE CODE - ATTORNEYS' EYES ONLY**

| Claim 1 | Accused Instrumentalities |
|---------|---------------------------|
| | Each Cast-enabled display is also programmed with the capability to operate in a mode in which the Cast-enabled display is configured for playback of a remote playback queue provided by a cloud-based computing system that takes the form of one or more cloud servers associated with a cloud-based media service (e.g., a Google service such as YouTube, YouTube Music, etc., or a third-party service such as Spotify, etc.) that are remote from the Cast-enabled display and accessible over the Internet, which may be operated by Google or a third-party service provider. *See, e.g.*, https://store.google.com/us/product/google_nest_hub?hl=en-US#overview-modal-music ("YouTube Music on demand. . . . Stream top music services."); https://store.google.com/us/product/google_nest_hub_max?hl=en-US ("[J]am out with YouTube Music."); https://support.google.com/googlenest/answer/9165738?hl=en ("With YouTube built-in to your Google Nest display, you can watch YouTube Originals, how-to videos and much more, seamlessly on your screen."). <br><br> Cast-enabled displays installed with various of Google's own Cast-enabled apps are programmed to perform this functionality, including but not limited to the YouTube and YouTube Music apps, as illustrated by the following photos: <br><br>  |

**Ex. B –Infringement Contention Chart: U.S. Patent No. 10,779,033**
**HIGHLY CONFIDENTIAL - SOURCE CODE - ATTORNEYS' EYES ONLY**

| Claim 1 | Accused Instrumentalities |
|---|---|
|  |  |
|  | Additionally, Cast-enabled displays installed with various third-party Cast-enabled apps are also programmed to perform this functionality, including but not limited to the Spotify app, as illustrated by the following photo: |
|  |  |
|  | Various other Cast-enabled apps available for installation on Cast-enabled displays provide similar functionality. |
|  | Further details regarding how a Cast-enabled control device carries out this functionality, along with representative examples of other evidence demonstrating this functionality, are summarized below. |
|  | ***YouTube, YouTube Music, YouTube TV, & YouTube Kids apps*** |
|  | Each Cast-enabled computing device installed with any one of the YouTube, YouTube Music, YouTube TV, or YouTube Kids app is programmed such that it can operate in a mode in which the Cast-enabled computing |

9

Ex. B –Infringement Contention Chart: U.S. Patent No. 10,779,033
HIGHLY CONFIDENTIAL - SOURCE CODE - ATTORNEYS' EYES ONLY

| Claim 1 | Accused Instrumentalities |
|---|---|
| | device is configured for playback of a remote playback queue (referred to herein as a "Watch Next" queue) provided by one or more cloud servers (e.g., a "Watch Next," "InnerTube," or "MDx" server) associated with the YouTube, YouTube Music, YouTube TV, or YouTube Kids media service. The aforementioned functionality satisfies claim limitation 1.4. |
| | Faced with this clear evidence that Google's Cast-enabled computing devices are capable of playing back a "remote playback queue" as required by claim limitation 1.4, and that Google's Cast-enabled computing devices and Cast-enabled media players also utilize such a "remote playback queue" in the manner recited by the remaining limitations of claim 1 (as explained in further detail below), Google has now proposed a brand new construction for the term "playback queue," which Google appears to be pursuing for the sole purpose of attempting to avoid infringement of the claim limitations that reference a "remote playback queue." |
| | In particular, for the first time on February 3, 2022, Google took the position that the term "playback queue" should be construed as "[a]n ordered list of multimedia items that is selected by the user for playback." In this regard, Google apparently intends to argue that the accused "Watch Next" queue is not a "remote playback queue" because it is not "[a]n ordered list of multimedia items that is selected by the user for playback," although Google has not provided any explanation as to exactly why it has introduced this construction of "playback queue," and it is still not clear how Google intends to interpret or apply this construction of "playback queue" in the context of the claims of the '033 Patent. In any event, Sonos disagrees that this is the proper construction for "playback queue" as that term is used in the context of the '033 Patent and will provide its position regarding the flaws in Google's proposed construction during the claim construction process. However, even if the Court were to adopt such a construction for "playback queue," Sonos maintains that the accused "Watch Next" queue would still amount to the claimed "remote playback queue" either literally or at the very least under the Doctrine of Equivalents ("DoE"), and because of this, each Cast-enabled computing device installed with any one of the YouTube, YouTube Music, YouTube TV, or YouTube Kids apps would still satisfy the claim limitations that reference a "remote playback queue" either literally or at the very least under DoE. |
| | As established by the evidence cited herein, when a user initiates local playback of user-selected media content from a YouTube, YouTube Music, YouTube TV, or YouTube Kids service on a Cast-enabled computing device, this causes the Cast-enabled computing device to become configured for playback of a playback queue referred to herein as a ▮▮▮▮▮▮▮▮▮▮▮▮ |

**Ex. B –Infringement Contention Chart: U.S. Patent No. 10,779,033**
**HIGHLY CONFIDENTIAL - SOURCE CODE - ATTORNEYS' EYES ONLY**

| Claim 1 | Accused Instrumentalities |
|---|---|
| | ("Every time a user loads the YouTube homepage or a video watch page, YouTube suggests other videos to watch. . . . Recommendations, or recs, . . When a user loads a video, clicks on a recommendation from the Home page, or clicks on a search result, they see a video watch page containing their chosen video, along with a queue of other recommendations under Up next."); <br><br> As noted above, the first aspect of Google's new construction of "playback queue" is that it requires an "ordered list of multimedia items." The accused "Watch Next" queue clearly meets this "ordered list of multimedia items" aspect of Google's new construction, at least by virtue of the fact that the Sonos does not see any credible basis for Google to contend otherwise, but it is also not clear how Google intends to interpret or apply the phrase "ordered list" in |

---

[3] https://support.google.com/youtube/answer/6327615?hl=en [Autoplay videos]; https://support.google.com/youtubekids/answer/6130531?hl=en [Recommended videos]; https://support.google.com/youtubekids/answer/6138623?hl=en&co=GENIE.Platform%3DAndroid [Accessibility on YouTube Kids] ("When autoplay is turned on, we'll automatically play another related video.");

Ex. B –Infringement Contention Chart: U.S. Patent No. 10,779,033
HIGHLY CONFIDENTIAL - SOURCE CODE - ATTORNEYS' EYES ONLY

| Claim 1 | Accused Instrumentalities |
|---------|---------------------------|
| | the context of its new construction, and Sonos expressly reserves its right to further supplement its infringement contentions if Google later attempts to advance a new interpretation of the phrase "ordered list." |

Turning to the second aspect of Google's new construction of "playback queue," Google is also now attempting to add a requirement that the "ordered list of multimedia items" be "selected by the user for playback." Notably, Google has yet to provide any basis for its position that this new limitation is a required aspect of a "playback queue," and it is still not clear how Google intends to interpret or apply this new limitation in the context of its construction. This is particularly the case given that Google seems to be defining the "remote playback queue" – which is a data structure that is configured to contain an identification of whatever media content is queued for playback at a given time (*i.e.*, a container) – in terms of the unrelated details as to how the media items contained within the "remote playback queue" were previously selected, which would result in a nonsensical interpretation of the claims where a data structure would qualify as a "remote playback queue" during some periods of time (*i.e.*, when it contains user-selected media items) and would not qualify as a "remote playback queue" during other periods of time (*i.e.*, when it does not contain user-selected media items) despite the fact that it is the exact same data structure and is being used in the exact same manner to facilitate playback. Nevertheless, Google appears to have imported this new limitation into its construction so that it can then argue that, because the accused "Watch Next" queue may contain some media items that were directly selected by a user and other items that were not directly selected by a user (e.g., media items identified by a YouTube service based on the user's selection), the accused "Watch Next" queue is not a "remote playback queue." However, even setting aside the flaws in Google's construction (which will be addressed during the claim construction process), such a non-infringement argument fails for several reasons.

***First***, the evidence cited herein establishes that the "Watch Next" queue will contain a locator of at least an initial media item that was directly selected by the user for playback along with locators of additional "Autoplay" media items that were identified based on the user's selection of the initial media item. In this respect, the "Watch Next" queue literally amounts to an "ordered list of multimedia items that is selected by the user for playback" because the initial media item in the "Watch Next" queue was selected by the user and the additional media items were then identified based on the user's selection. Thus, because each Cast-enabled computing device installed with any one of the YouTube, YouTube Music, YouTube TV, or YouTube Kids apps is programmed to perform the functionality of claim limitation 1.4 (as well as the other claim limitations that refer to a "remote playback queue"), with respect to the "Watch Next" queue that

Ex. B –Infringement Contention Chart: U.S. Patent No. 10,779,033
HIGHLY CONFIDENTIAL - SOURCE CODE - ATTORNEYS' EYES ONLY

| Claim 1 | Accused Instrumentalities |
|---------|---------------------------|
|  | literally amounts to "an ordered list of multimedia items that is selected by the user for playback," each such Cast-enabled computing device would still literally satisfy claim limitation 1.4 (as well as the other claim limitations that refer to a "remote playback queue") under Google's construction for this additional reason.<br><br>**Second**, to the extent that the Court adopts Google's construction of "playback queue" and Google then later tries to argue that a the "Watch Next" queue does not literally amount to an "ordered list of multimedia items that is selected by the user for playback" unless every single media item in the "Watch Next" queue is directly selected by the user, the relevant functionality carried out by a Cast-enabled computing device with respect to a "Watch Next" queue containing at least one media item that was directly selected by a user and other items that were not directly selected by a user (e.g., media items identified by a YouTube service based on the user's selection) still satisfies claim limitation 1.4 (as well as the other claim limitations that refer to a "remote playback queue") under DoE.  This is because there is merely an insubstantial difference between (i) a Cast-enabled computing device (or Cast-enabled media player) having responsibility for playback of a "remote playback queue" in which all of the media items were directly selected by a user and (ii) a Cast-enabled computing device (or Cast-enabled media player having responsibility) for playback of a "remote playback queue" in which only the initial media item was directly selected by the user while the other media item was identified based on the user's selection of the initial media item.  Indeed, a Cast-enabled computing device performs the same function (e.g., operating in a first mode in which it is configured for playback of the "Watch Next" queue), in the same way (e.g., by interacting with the one or more cloud servers providing the "Watch Next" queue), to achieve the same result (e.g., playing back media items from the "Watch Next" queue) **regardless** of whether the media items in the "Watch Next" queue were all directly selected by a user or only the initial media item in the "Watch Next" queue was directly selected by the user and the rest were identified based on the user's selection.  And likewise, the cloud-based computing system that provides the "Watch Next" queue performs the same function (e.g., maintaining a "remote playback queue"), in the same way (e.g., by storing locators of media items for playback), to achieve the same result (e.g., providing a "remote playback queue" for playback by a Cast-enabled computing device) **regardless** of whether the media items in the "Watch Next" queue were all directly selected by a user or only the initial media item in the "Watch Next" queue was directly selected by the user and the rest were identified based on the user's selection.<br><br>For all of the foregoing reasons, Sonos maintains that, even if the Court were to adopt Google's new construction for "playback queue," each Cast-enabled computing device installed with any one of the |

13

Ex. B –Infringement Contention Chart: U.S. Patent No. 10,779,033
**HIGHLY CONFIDENTIAL - SOURCE CODE - ATTORNEYS' EYES ONLY**

| Claim 1 | Accused Instrumentalities |
|---------|---------------------------|
|  | YouTube, YouTube Music, YouTube TV, or YouTube Kids apps would still satisfy claim limitation 1.4 (as well as the other claim limitations that reference the "remote playback queue") literally, or at the very least, under DoE. |

While Sonos has made its best effort to interpret and understand Google's evolving construction of "remote playback queue" / "playback queue," and to provide Sonos's infringement position under that evolving construction, it remains unclear how Google intends to interpret and apply that construction to the accused instrumentalities.  As such, Sonos expressly reserves the right to further supplement its infringement contentions if Google later attempts to advance an interpretation of this construction that differs from Sonos's current understanding.

The following exemplary evidence demonstrates that each Cast-enabled control device installed with the YouTube, YouTube Music, YouTube TV, or YouTube Kids app is programmed with this functionality:

- ███████████████████████████████
- https://support.google.com/youtubekids/answer/6130531?hl=en [Recommended videos];
- https://support.google.com/youtubekids/answer/6138623?hl=en&co=GENIE.Platform%3DAndroid [Accessibility on YouTube Kids] ("When autoplay is turned on, we'll automatically play another related video.");
- ███████ at 11-12 ████████████████ at 13 ██████████████████
- ███████ at 23-24, 27;
- ███████████████████████

**Ex. B –Infringement Contention Chart: U.S. Patent No. 10,779,033**
**HIGHLY CONFIDENTIAL - SOURCE CODE - ATTORNEYS' EYES ONLY**

| Claim 1 | Accused Instrumentalities |
|---|---|
| |  |

15

**Ex. B –Infringement Contention Chart: U.S. Patent No. 10,779,033**
**HIGHLY CONFIDENTIAL - SOURCE CODE - ATTORNEYS' EYES ONLY**

| Claim 1 | Accused Instrumentalities |
|---------|---------------------------|
|  | ████████████████████████████████████████████████████████████████████████ |

- *Id*. at 90-91;
- ████████████████████████████████████████████████████████████

**Ex. B –Infringement Contention Chart: U.S. Patent No. 10,779,033**
**HIGHLY CONFIDENTIAL - SOURCE CODE - ATTORNEYS' EYES ONLY**

| Claim 1 | |
|---------|--|
| | |

**Ex. B –Infringement Contention Chart: U.S. Patent No. 10,779,033**
**HIGHLY CONFIDENTIAL - SOURCE CODE - ATTORNEYS' EYES ONLY**

| Claim 1 | |
|---|---|
| | |

**Ex. B –Infringement Contention Chart: U.S. Patent No. 10,779,033**
**HIGHLY CONFIDENTIAL - SOURCE CODE - ATTORNEYS' EYES ONLY**

| Claim 1 | Accused Instrumentalities |
| --- | --- |
| | |

**Ex. B –Infringement Contention Chart: U.S. Patent No. 10,779,033**
**HIGHLY CONFIDENTIAL - SOURCE CODE - ATTORNEYS' EYES ONLY**

| Claim 1 | Accused Instrumentalities |
|---------|---------------------------|
|         |                           |

**Ex. B –Infringement Contention Chart: U.S. Patent No. 10,779,033**
**HIGHLY CONFIDENTIAL - SOURCE CODE - ATTORNEYS' EYES ONLY**

| Claim 1 | Accused Instrumentalities |
|---------|---------------------------|
|  | |

**Ex. B –Infringement Contention Chart: U.S. Patent No. 10,779,033**
**HIGHLY CONFIDENTIAL - SOURCE CODE - ATTORNEYS' EYES ONLY**

| Claim 1 | Accused Instrumentalities |
|---------|---------------------------|
|         |                           |

**Ex. B –Infringement Contention Chart: U.S. Patent No. 10,779,033**
**HIGHLY CONFIDENTIAL - SOURCE CODE - ATTORNEYS' EYES ONLY**

| Claim 1 | Accused Instrumentalities |
|---------|---------------------------|
|         |                           |

**Ex. B –Infringement Contention Chart: U.S. Patent No. 10,779,033**
**HIGHLY CONFIDENTIAL - SOURCE CODE - ATTORNEYS' EYES ONLY**

| Claim 1 | Accused Instrumentalities |
|---|---|
|  |  |

**Ex. B –Infringement Contention Chart: U.S. Patent No. 10,779,033**
**HIGHLY CONFIDENTIAL - SOURCE CODE - ATTORNEYS' EYES ONLY**

| Claim 1 | Accused Instrumentalities |
|---------|---------------------------|
|  | Sonos further incorporates by reference Google's response to Sonos's Fact Discovery Interrogatory No. 15, including any of Google's documents or source code cited therein.  *See* Google LLC's First Objections and Responses to Plaintiff Sonos, Inc.'s First Set of Fact Discovery Interrogatories. <br><br> ***Spotify app*** <br><br> Each Cast-enabled computing device installed with the Spotify app is programmed such that it can operate in a mode in which the Cast-enabled computing device is configured for playback of a remote playback queue (e.g., a "Spotify queue") provided by one or more cloud servers associated with the Spotify media service. The aforementioned functionality satisfies claim limitation 1.4. |

Ex. B –Infringement Contention Chart: U.S. Patent No. 10,779,033
**HIGHLY CONFIDENTIAL - SOURCE CODE - ATTORNEYS' EYES ONLY**

| Claim 1 | Accused Instrumentalities |
|---|---|
| | Sonos further incorporates by reference Google's response to Sonos's Fact Discovery Interrogatory No. 15, including any of Google's documents or source code cited therein.  *See* Google LLC's First Objections and Responses to Plaintiff Sonos, Inc.'s First Set of Fact Discovery Interrogatories. <br><br> ***Cast-Enabled Displays*** <br><br> Each Cast-enabled display is programmed such that it can operate in a mode in which the Cast-enabled display is configured for playback of a remote playback queue provided by one or more cloud servers associated with a particular media service that the Cast-enabled display was selected to playback from (e.g., YouTube, YouTube Music, Spotify, etc.).  The aforementioned functionality satisfies claim limitation 1.4. <br><br> The following exemplary evidence demonstrates that each Cast-enabled display is programmed with this functionality: <br><br> • https://developers.google.com/cast/docs/web_receiver/queueing?hl=en ("Queueing allows partner applications to better integrate with Cast by providing the following features: Support of Google's and partner's cloud queue implementation so externally stored and created queue can be directly loaded into Cast devices."). |

9 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

**Ex. B –Infringement Contention Chart: U.S. Patent No. 10,779,033**
**HIGHLY CONFIDENTIAL - SOURCE CODE - ATTORNEYS' EYES ONLY**

| Claim 1 | |
|---|---|
| | |
| | Sonos further incorporates by reference Google's response to Sonos's Fact Discovery Interrogatory No. 15, including any of Google's documents or source code cited therein.  *See* Google LLC's First Objections and Responses to Plaintiff Sonos, Inc.'s First Set of Fact Discovery Interrogatories. |
| **[1.5]** while operating in the first mode, displaying a representation of one or more playback devices in a media playback system that are each i) communicatively coupled to the computing device over a data network and ii) available to accept playback responsibility for | Each Cast-enabled control device comprises program instructions stored on the Cast-enabled control device's non-transitory computer-readable medium that, when executed by the Cast-enabled control device's processor, cause the Cast-enabled control device to, while operating in the first mode, display a representation of one or more Cast-enabled media players in a Cast-enabled playback system that are each (i) communicatively coupled to the Cast-enabled control device over a data network and (ii) available to accept playback responsibility for the remote playback queue. <br><br>For instance, each Cast-enabled computing device is programmed such that, while operating in a mode in which the Cast-enabled computing device is configured for playback of a remote playback queue provided by a cloud server associated with a cloud-based media service (e.g., a Google service such as YouTube, YouTube Music, YouTube TV, YouTube Kids, etc., or a third-party service such as Spotify, etc.), the Cast-enabled computing device is operable to detect a selection of a displayed selectable option (e.g., a selectable "Cast button") for transferring playback of audio content (e.g., music, podcasts, etc.) and/or audiovisual content (e.g., videos) from the Cast-enabled computing device to another device, which triggers the Cast-enabled computing device to display a list of available devices for transferring playback that includes one or more Cast-enabled media players in a Cast-enabled playback system that are each (i) communicatively coupled to the Cast-enabled computing device over a Wi-Fi network and (ii) available to accept playback |