# EXHIBIT 10

# FILED UNDER SEAL

Exhibit 10 to Sonos's Opposition to Google's Motion to Strike the Expert Reports of Dr. Schmidt
**HIGHLY CONFIDENTIAL - SOURCE CODE - ATTORNEYS' EYES ONLY**

| Expert Report Material Google Seeks to Strike | Sonos's Infringement Contentions (Ex. 5) |
|---|---|
| Ex. 1, ¶128: I will generally refer to the list of media items provided by the YouTube cloud infrastructure for playback as the "Watch Next queue." [REDACTED], *e.g.*, GOOG-SONOSWDTX-00039785 [Server], 88, 90-91.<br><br>Ex. 1, ¶235: **Third**, the Watch Next queue provided by the YouTube cloud infrastructure (e.g., managed by the [REDACTED]rs and accessed by the WatchNext service) amounts to "a remote playback queue provided by a cloud-based computing system associated with a cloud-based media service" under the plain and ordinary meaning of that claim term in light of the Court's construction of "playback queue."<br><br>Ex. 3, ¶46: Dr. Bhattacharjee's Rebuttal Report largely ignores these playback scenarios. It appears that Dr. Bhattacharjee does this to push the false narrative that [REDACTED] *See, e.g.*, Bhatta. Rebuttal Report, ¶¶60-70. But as I explained in my Opening Report, it is the YouTube cloud infrastructure –and specifically, [REDACTED] – that provides the list of media items that run the show for a YouTube Sender's playback (what I refer to as the "Watch Next queue"). *See, e.g.*, Schmidt Op. Report, ¶¶124-30, 152, 231-35, 248. | Pages 9-10: Each Cast-enabled computing device installed with any one of the YouTube, YouTube Music, YouTube TV, or YouTube Kids app is programmed such that it can operate in a mode in which the Cast-enabled computing device is configured for playback of a remote playback queue (referred to herein as a "Watch Next" queue) provided by one or more cloud servers (e.g., a "Watch Next," "InnerTube," or "MDx" server) associated with the YouTube, YouTube Music, YouTube TV, or YouTube Kids media service. The aforementioned functionality satisfies claim limitation 1.4.<br><br>Pages 10-11: As established by the evidence cited herein, when a user initiates local playback of user-selected media content from a YouTube, YouTube Music, YouTube TV, or YouTube Kids service on a Cast-enabled computing device, this causes the Cast-enabled computing device to become configured for playback of a playback queue referred to herein as a "Watch Next" queue that is remote from the Cast-enabled computing device and will contain (i) a locator of at least one media item that was selected by the user for playback along with (ii) locators for additional media items that were identified by the applicable YouTube service based on the user's selection of the media content and are seeded for playback after the user-selected media content, which are referred to as "Autoplay"[1] media items. [REDACTED]<br><br>Page 15: GOOG-SONOSWDTX-00039785 [REDACTED] at 87-88 ("The [REDACTED] provides a representation of the queue. It calls into the [REDACTED] for video IDs in the playlist . . . . |

**Exhibit 10 to Sonos's Opposition to Google's Motion to Strike the Expert Reports of Dr. Schmidt**
**HIGHLY CONFIDENTIAL - SOURCE CODE - ATTORNEYS' EYES ONLY**

| Expert Report Material Google Seeks to Strike | Sonos's Infringement Contentions (Ex. 5) |
|---|---|
| Ex. 3, ¶124: To start, that I am not aware of what label Google uses internally to refer to the list of media items provided by the YouTube cloud infrastructure for playback by a YouTube Sender is immaterial to whether I identified the "remote playback queue" that is called for by claim 1 of the '033 Patent. As I explained in my Opening Report (*see, e.g.,* Schmidt Op. Report, ¶¶99, 124-128, 231-42) and above (*supra* ¶¶46-52), [REDACTED] Moreover, as I explained before, Google and Dr. Bhattacharjee repeatedly represented to the Court that Google's accused YouTube systems **use only** a "remote playback queue" (or in Google's words, a "cloud queue"). *See, e.g.,* Schmidt Rebuttal Report, ¶302. | Pages 23-25: [REDACTED] |
| Ex. 2, ¶589: In contrast, as explained in my Opening Report, the infringing Watch Next queue that is provided by Google's YouTube cloud infrastructure is maintained by the YouTube cloud infrastructure while an infringing Sender operates in the mode where the Sender is configured to playback from the Watch Next queue. *See, e.g.*, Schmidt Op. Report, ¶¶126-28. In fact, [REDACTED] of the YouTube cloud infrastructure provides a representation of the queue that includes videoIDs that are for playback by the Sender. *Id.* [REDACTED] | Pages 15-16: [REDACTED] video IDs [REDACTED] at 88: |



**Exhibit 10 to Sonos's Opposition to Google's Motion to Strike the Expert Reports of Dr. Schmidt**
**HIGHLY CONFIDENTIAL - SOURCE CODE - ATTORNEYS' EYES ONLY**

| [redacted] Seeks to Strike | Sonos's Infringement Contentions (Ex. 5) |
|---|---|
| [redacted] | [redacted]<br><br>*Id*. at 90-91;<br><br>[redacted] |
| Ex. 3, ¶50. As I explained in my Opening Report, the WatchNext service provides data identifying next media items (videoIds) in the WatchNext queue by making calls [redacted] *ee* Schmidt Op. Report, ¶¶126-28, 248. In this respect, the [redacted] which is identified by a [redacted] videoIds [redacted] *See, e.g.*, *id*.; Nicholson Dep. Tr., 56:1-57:2 …. [redacted] | Pages 15-16: [redacted] video IDs [redacted]<br><br>Pages 23-25: [redacted] |

**Exhibit 10 to Sonos's Opposition to Google's Motion to Strike the Expert Reports of Dr. Schmidt**
**HIGHLY CONFIDENTIAL - SOURCE CODE - ATTORNEYS' EYES ONLY**

| Expert Report Material Google Seeks to Strike | Sonos's Infringement Contentions (Ex. 5) |
|---|---|
| ■■■ [redacted] ■■■ | ■■■ [redacted] ■■■ |
| Ex. 3, ¶51. For certain types of service-provided playlists, like radio- and mix-based playlists, the P■■■ ■■■ or videoIds to add to the Watch Next queue. *See, e.g.*, GOOG-SONOSWDTX-00039785 ■■■ 88; GOOG-SONOSWDTX-00039809 ■■■ ; Nicholson Dep. Tr., 49:10-50:19, 69:10-70:5, 73:13-74:9. | Page 11: GOOG-SONOSWDTX-00039785 ■■■<br><br>Pages 15-16: GOOG-SONOSWDTX-00039785 ■■■ ] at 87-88 ("■■■ [redacted] ■■■ |
| Ex. 3, ¶52: ■■■ [redacted] ■■■ | Pages 10-11: As established by the evidence cited herein, ■■■ [redacted] ■■■ |



**Exhibit 10 to Sonos's Opposition to Google's Motion to Strike the Expert Reports of Dr. Schmidt**
**HIGHLY CONFIDENTIAL - SOURCE CODE - ATTORNEYS' EYES ONLY**

| Expert Report Material Google Seeks to Strike | Sonos's Infringement Contentions (Ex. 5) |
|---|---|
| ■■■ | ■■■<br><br>Pages 15-16: ■■■ for video IDs ■■■ |

**Exhibit 10 to Sonos's Opposition to Google's Motion to Strike the Expert Reports of Dr. Schmidt**
**HIGHLY CONFIDENTIAL - SOURCE CODE - ATTORNEYS' EYES ONLY**

| Expert Report Material Google Seeks to Strike | Sonos's Infringement Contentions (Ex. 5) |
| --- | --- |
| | [redacted] *Id.* at 90-91; [redacted] at 99 …. |
| Ex. 3, ¶67. As another example, [redacted] Dx session [redacted] MDx [redacted] MDx [redacted] in MDx [redacted] MDx [redacted] | Pages 10-11, 15-16 [redacted]. |

**Exhibit 10 to Sonos's Opposition to Google's Motion to Strike the Expert Reports of Dr. Schmidt**
**HIGHLY CONFIDENTIAL - SOURCE CODE - ATTORNEYS' EYES ONLY**

| Expert Report Material Google Seeks to Strike | Sonos's Infringement Contentions (Ex. 5) |
|---|---|
| videoId)] ▮ | |
| Ex. 3, ¶69. Thus, the evidence undermines Dr. Bhattacharjee's opinions that the YouTube cloud infrastructure does not provide a list of media items for playback by a Sender before Casting and for playback by a Receiver after Casting. This is summarized best by the following illustration showing the ▮ providing a list of media items for playback before and after Casting:<br><br>[DIAGRAM]<br><br>GOOG-SONOSWDTX-00039480▮, 82 (annotations added). | Page 41 (citing GOOG-SONOSWDTX-00039480▮) |

7