CLEMENT SETH ROBERTS (SBN 209203)
croberts@orrick.com
BAS DE BLANK (SBN 191487)
basdeblank@orrick.com
ALYSSA CARIDIS (SBN 260103)
acaridis@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:   +1 415 773 5700
Facsimile:   +1 415 773 5759

SEAN M. SULLIVAN (*pro hac vice*)
sullivan@ls3ip.com
MICHAEL P. BOYEA (*pro hac* vice)
boyea@ls3ip.com
COLE B. RICHTER (*pro hac vice*)
richter@ls3ip.com
LEE SULLIVAN SHEA & SMITH LLP
656 W Randolph St., Floor 5W
Chicago, IL 60661
Telephone:   +1 312 754 0002
Facsimile:   +1 312 754 0003

*Attorneys for Sonos, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA,

SAN FRANCISCO DIVISION

| | |
|---|---|
| GOOGLE LLC,<br><br>　　　Plaintiff and Counter-defendant,<br><br>　　　v.<br><br>SONOS, INC.,<br><br>　　　Defendant and Counter-claimant. | Case No. 3:20-cv-06754-WHA<br>Related to Case No. 3:21-cv-07559-WHA<br><br>**PROOF OF SERVICE OF SEALED MATERIAL RE SONOS, INC.'S REPLY IN SUPPORT OF MOTION TO STRIKE PORTIONS OF GOOGLE'S EXPERT INVALIDITY AND NONINFRINGEMENT REPORTS** |

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action. My business address is Orrick, Herrington, & Sutcliffe, 355 S. Grand Avenue, Suite 2700, Los Angeles, CA 90071.

On February 17, 2023, I served the following documents on the interested parties in this action:

> Sonos, Inc.'s Reply In Support Of Motion To Strike Portions Of Google's Expert Invalidity And Noninfringement Reports [Sealed Version]
>
> Exhibits Y and AA to the Reply Declaration of Geoffrey Moss In Support Of Sonos, Inc.'s Motion To Strike Portions Of Google's Expert Invalidity And Noninfringement Reports [Sealed Version]

on the following service list as indicated below pursuant to agreement by the parties:

Charles K. Verhoeven
charlesverhoeven@quinnemanuel.com
Nima Hefazi
nimahefazi@quinnemanuel.com
Jocelyn Ma
jocelynma@quinnemanuel.com
Marc Kaplan
marckaplan@quinnemanuel.com
Lindsay Cooper
lindsaycooper@quinnemanuel.com
Lana Robins
lanarobins@quinnemanuel.com
Anne-Raphaëlle Aubry
anneraphaelleaubry@quinnemanuel.com
qe-sonos3@quinnemanuel.com

QUINN EMANUEL URQUHART & SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111-478

Attorneys for GOOGLE LLC

(BY E-MAIL OR ELECTRONIC TRANSMISSION) by electronically transmitting a true and correct copy of the document(s) in pdf format from email address amaruska@orrick.com to the email address(es) set forth in the service list. I did not receive, within a reasonable time after the transmission, any electronic message or indication that the transmission was unsuccessful or incomplete.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on February 17, 2023, in Los Angeles, California.

*Amy Maruska*
Amy Maruska