# EXHIBIT C

*Google, LLC v. Sonos, Inc.*, Case No. 3:20-cv-06754-WHA

I, Douglas C. Schmidt, declare as follows and would so testify under oath if called upon:

1.  I make this declaration based on my personal knowledge, unless otherwise noted.  If called, I can and will testify competently to the matters set forth herein.

2.  I make this declaration in support of Sonos's Opposition to Google's Motion for Summary Judgment.

3.  I am the Cornelius Vanderbilt Professor of Engineering in the Department of Electrical Engineering and Computer Science at Vanderbilt University in Nashville, TN, where I also served as the Associate Provost for Research Development and Technologies and the co-Director of the Data Science Institute.

4.  Attached as Exhibit E are excerpts of my opening expert report in this case, served on November 30, 2022.

5.  Attached as Exhibit F are excerpts of my rebuttal expert report in this case, served on January 13, 2023.

6.  Attached as Exhibit G are excerpts of my reply expert report in this case, served on January 23, 2023.

7.  These excerpts described above in paragraphs 4-6 are—in relevant part—my expert opinions, and I will testify to these opinions under oath at trial.

   I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.  Executed this 21st day of February, 2023 in Nashville, Tennessee.

_____
Douglas C. Schmidt