# EXHIBIT D

*Google, LLC v. Sonos, Inc.*, Case No. 3:20-cv-06754-WHA

I, Kevin C. Almeroth, declare as follows and would so testify under oath if called upon:

1. I make this declaration based on my personal knowledge, unless otherwise noted. If called, I can and will testify competently to the matters set forth herein. I make this declaration in support of Sonos's Opposition to Google's Motion for Summary Judgment.

2. I am a Professor Emeritus in the Department of Computer Science at the University of California, Santa Barbara (UCSB).

3. Attached as Exhibit H are excerpts of my opening Showdown supplemental expert report in this case, served on July 18, 2022.

4. Attached as Exhibit I are excerpts of my rebuttal Showdown expert report in this case, served on July 27, 2022.

5. Attached as Exhibit J are excerpts of my opening expert report in this case, served on November 30, 2022.

6. Attached as Exhibit K are excerpts of my rebuttal expert report in this case, served on January 13, 2023.

7. Attached as Exhibit L are excerpts of my supplemental reply expert report in this case, served on January 26, 2023.

8. These excerpts described above in paragraphs 3-7 are—in relevant part—my expert opinions, and I will testify to these opinions under oath at trial.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge. Executed this 21st day of February, 2023 in Vancouver, British Columbia.

*/s/ Kevin C. Almeroth*

Kevin C. Almeroth