# **EXHIBIT R**



Sonos UI Specification
**Zone Scenes**
Also called:
Zone Configurations

Version 001
Rob Lambourne
Created: 12/20/05
Modified: 12/21/05
© 2004-2005 Sonos, Inc.

*About this document*

## Table of Contents

1  INTRODUCTION ........................................................................................................................... 2
    1.1   SETTING A ZONE SCENE ................................................................................................................ 2
2  **INVOKING A SCENE** ................................................................................................................ 5
    2.1   HANDHELD CONTROLLER ............................................................................................................. 5
    2.2   DESKTOP CONTROLLERS .............................................................................................................. 8
3  SCENE SETUP .............................................................................................................................. 9
    3.1   HANDHELD CONTROLLER ............................................................................................................. 9
    3.2   DESKTOP CONTROLLERS .............................................................................................................. 9
    3.3   ADDITIONAL SETUP IDEAS .......................................................................................................... 16
4  **ALTERNATIVE LINKING METHODS** ................................................................................ 17
    4.1   MULTIPLE SELECT IN LINK AND DROP ZONE PANELS .................................................................... 17
5  **RELATED IDEAS** .................................................................................................................... 19
    5.1   ZONE SCENES THAT PLAY MUSIC .................................................................................................. 19
    5.2   RELATIONSHIP TO THE ALARM CLOCK .......................................................................................... 19
    5.3   COMPRESS ZONES IN THE ZONE MENU .......................................................................................... 20

**Sonos UI Specification: Zone Scenes**

# 1    Introduction

The Zone Scene feature allows the user to arrange the zones into groups using one single command. This is similar to the current Party Mode setting that is available. However, the Zone Scene feature is much more flexible and powerful.

Currently in the Sonos UI, zone groups are created by manually linking zones one at a time until the desired zone grouping is reached.

For Example

Start with **Living Room**

- Link the Kitchen to the Living Room to make a group of (**Living Room + Kitchen**)
- Then link the Den to the (**Living Room + Kitchen**) to make a group of (**Living Room + Kitchen + Den**)

The Zone Scene feature would allow the user to create a group of (**Living Room + Kitchen + Den**) with one command.

## 1.1    Setting a Zone Scene

### 1.1.1   Simple Scenes

Simple scenes allow the user to set up a single zone group per scene.

*For example:*
 "Morning Scene" would group Bedroom + Den + Dining Room, but would leave all other zones in the house untouched.



Note: Zones do not need to be separated before the Scene is invoked.

### 1.1.2   Advanced Scenes

Highly Confidential - Attorneys' Eyes Only                                                                      SONOS-SVG2-00026840