1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT
9                        NORTHERN DISTRICT OF CALIFORNIA,
10                              SAN FRANCISCO DIVISION
11

12 | GOOGLE LLC,

13 |     Plaintiff and Counter-defendant,

14 |     v.

15 | SONOS, INC.,

16 |     Defendant and Counter-claimant.

Case No. 3:20-cv-06754-WHA
Related to Case No. 3:21-cv-07559-WHA

**[PROPOSED] ORDER GRANTING SONOS, INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED RE ITS OPPOSITION TO GOOGLE'S MOTIONS FOR SUMMARY JUDGMENT**

Pursuant to Civil Local Rule 79-5, Sonos, Inc. ("Sonos") has filed an Administrative Motion to Consider Whether Another Party's Material Should Be Sealed ("Administrative Motion") in connection with Sonos, Inc.'s Opposition to Google's Motions for Summary Judgment ("Sonos's Opposition"), and good cause to seal having been shown, the Court GRANTS Sonos's Administrative Motion and ORDERS sealed the following:

| DOCUMENT | PORTIONS TO BE SEALED | DESIGNATING PARTY |
|---|---|---|
| Sonos's Opposition | Portions highlighted in green | Google |
| Exhibit E | Entire Document | Google |
| Exhibit F | Entire Document | Google |
| Exhibit G | Entire Document | Google |
| Exhibit H | Entire Document | Google |
| Exhibit J | Entire Document | Google |
| Exhibit L | Entire Document | Google |
| Exhibit M | Entire Document | Google |
| Exhibit N | Entire Document | Google |
| Exhibit O | Entire Document | Google |
| Exhibit P | Entire Document | Google |

Dated: _____, 2023

HON. WILLIAM H. ALSUP
United States District Judge