UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA,

SAN FRANCISCO DIVISION

| | |
|---|---|
| GOOGLE LLC,<br><br>　　Plaintiff and Counter-defendant,<br><br>　　v.<br><br>SONOS, INC.,<br><br>　　Defendant and Counter-claimant. | Case No. 3:20-cv-06754-WHA<br><br>**[PROPOSED] ORDER GRANTING SONOS, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL RE ITS OPPOSITION TO GOOGLE'S MOTIONS FOR SUMMARY JUDGMENT** |

Pursuant to Civil Local Rules 7-11 and 79-5, Sonos, Inc. ("Sonos") has filed an administrative motion ("Sonos's Administrative Motion") in connection with Sonos, Inc.'s Opposition to Google's Motions for Summary Judgment ("Sonos's Opposition"), and good cause to seal having been shown, the Court GRANTS Sonos's Administrative Motion and ORDERS sealed the following:

| DOCUMENT | PORTIONS TO BE SEALED | DESIGNATING PARTY |
|---|---|---|
| Exhibit I | Portions in red boxes | Sonos |
| Exhibit K | Portions in red boxes | Sonos |

Dated: _____, 2023

　　　　　　　　　　　　　　　　　　HON. WILLIAM H. ALSUP
　　　　　　　　　　　　　　　　　　United States District Judge