QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Charles K. Verhoeven (Bar No. 170151)
  charlesverhoeven@quinnemanuel.com
  Melissa Baily (Bar No. 237649)
  melissabaily@quinnemanuel.com
  James Judah (Bar No. 257112)
  jamesjudah@quinnemanuel.com
  Lindsay Cooper (Bar No. 287125)
  lindsaycooper@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:     (415) 875-6600
Facsimile:     (415) 875-6700

  Marc Kaplan *(pro hac vice)*
  marckaplan@quinnemanuel.com
191 N. Wacker Drive, Ste 2700
Chicago, Illinois 60606
Telephone: (312) 705-7400
Facsimile: (312) 705-7401

*Attorneys for Google LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GOOGLE LLC,<br><br>         Plaintiff,<br><br>     vs.<br><br>SONOS, INC.,<br><br>         Defendant. | CASE NO. 3:20-cv-06754-WHA<br>Related to CASE NO. 3:21-cv-07559-WHA<br><br>**DECLARATION OF LANA ROBINS IN SUPPORT OF GOOGLE LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF ITS OPPOSITION TO SONOS, INC.'S MOTION TO REALIGN THE PARTIES** |

I, Lana Robins, declare and state as follows:

1. I am an attorney licensed to practice in the State of California and am admitted to practice before this Court. I am an associate at Quinn Emanuel Urquhart & Sullivan LLP representing Google LLC ("Google") in this matter. I have personal knowledge of the matters set forth in this Declaration, and if called as a witness I would testify competently to those matters.

2. I make this declaration in support of Google's Administrative Motion to File Under Seal Portions of its Opposition to Sonos, Inc.'s Motion to Realign the Parties ("Opposition"). If called as a witness, I could and would testify competently to the information contained herein.

3. Google seeks an order sealing the materials as listed below:

| Document | Portions to Be Filed Under Seal | Designating Party |
| --- | --- | --- |
| Google's Opposition | Portions highlighted in green | Google |
| Exhibit 1 to the Declaration of Jocelyn Ma in Support of Google's Opposition ("Exhibit 1") | Entire document | Google |

//
//
//
//
//
//
//
//
//
//
//
//
//

-1-  
CASE NO. 3:20-cv-06754-WHA  
DECLARATION OF LANA ROBINS

4.       The portions of Google's Opposition highlighted in green and Exhibit 1 contain information about a confidential, non-public, and/or unexecuted agreements between Google and Sonos that Google has designated "CONFIDENTIAL" under the Stipulated Protective Order.  The terms and specifics of Google's licensing agreements is confidential information that Google does not share publicly.  The specifics of how these functionalities operate is confidential information that Google does not share publicly.  Thus, public disclosure of this information would harm Google's competitive standing in future negotiations by allowing competitors access to confidential information that Google does not have similar access to about its competitors.  I also understand that a less restrictive alternative than sealing these exhibits would not be sufficient because the information sought to be sealed is Google's confidential business information but is necessary to Google's Opposition.

I declare under penalty of perjury under the laws of the United States of America that to the best of my knowledge the foregoing is true and correct.  Executed on February 21, 2023, in Mill Valley, California.

By:  */s/ Lana Robins*
       Lana Robins

**ATTESTATION**

I, Charles K. Verhoeven, am the ECF user whose ID and password are being used to file the above Declaration. In compliance with Civil L.R. 5-1, I hereby attest that Lana Robins has concurred in the aforementioned filing.

DATED: February 21, 2023

                                                  */s/ Charles K. Verhoeven*
                                                  Charles K. Verhoeven