QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Charles K. Verhoeven (Bar No. 170151)
  charlesverhoeven@quinnemanuel.com
  Melissa Baily (Bar No. 237649)
  melissabaily@quinnemanuel.com
  James Judah (Bar No. 257112)
  jamesjudah@quinnemanuel.com
  Lindsay Cooper (Bar No. 287125)
  lindsaycooper@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:     (415) 875-6600
Facsimile:     (415) 875-6700

  Marc Kaplan *(pro hac vice)*
  marckaplan@quinnemanuel.com
191 N. Wacker Drive, Ste 2700
Chicago, Illinois 60606
Telephone:     (312) 705-7400
Facsimile:     (312) 705-7401

*Attorneys for GOOGLE LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GOOGLE LLC,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>SONOS, INC.,<br><br>　　　　Defendant. | CASE NO. 3:20-cv-06754-WHA<br>Related to CASE NO. 3:21-cv-07559<br><br>**DECLARATION OF JOCELYN MA IN SUPPORT OF GOOGLE LLC'S REPLY IN SUPPORT OF OPPOSITION TO SONOS, INC.'S MOTION TO REALIGN THE PARTIES** |

I, Jocelyn Ma, declare and state as follows:

1. I am an attorney licensed to practice in the State of California and am admitted to practice before this Court. I am an associate at Quinn Emanuel Urquhart & Sullivan LLP representing Google LLC ("Google") in this matter. I make this declaration in support of Google's Opposition to Sonos, Inc.'s Motion to Realign the Parties. If called as a witness, I could and would testify competently to the information contained herein.

2. Attached as Exhibit 1 is a true and correct copy of a document produced in this action bearing the Bates number GOOG-SONOSNDCA-00116067.

3. Attached as Exhibit 2 is a true and correct copy of the draft complaint that Sonos, Inc. sent Google on September 28, 2020, produced in this action bearing the Bates number GOOG-SONOSNDCA-00056148.

4. The vast majority of the Google witnesses that were deposed in this action reside in the Northern District of California, including nearly every one of Google's corporate designees.

5. Google served opening expert reports addressing invalidity for the patent showdown on June 22, 2022 for the patent showdown and on November 30, 2022 for the full trial, the same days that Sonos served opening expert reports addressing infringement.

I declare under penalty of perjury that to the best of my knowledge the foregoing is true and correct. Executed on February 21, 2023, in San Francisco, California.

By: /s/ Jocelyn Ma
    Jocelyn Ma

**ATTESTATION**

I, Charles K. Verhoeven, am the ECF user whose ID and password are being used to file the above Declaration. In compliance with Civil L.R. 5-1(h)(3), I hereby attest that Jocelyn Ma has concurred in the aforementioned filing.

/s/ *Charles K. Verhoeven*
Charles K. Verhoeven