1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   Melissa Baily (Bar No. 237649)
3  melissabaily@quinnemanuel.com
   James Judah (Bar No. 257112)
4  jamesjudah@quinnemanuel.com
   Lindsay Cooper (Bar No. 287125)
5  lindsaycooper@quinnemanuel.com
   50 California Street, 22nd Floor
6  San Francisco, California 94111-4788
   Telephone:     (415) 875-6600
7  Facsimile:      (415) 875-6700

8    Marc Kaplan (pro hac vice)
     marckaplan@quinnemanuel.com
9  191 N. Wacker Drive, Ste 2700
   Chicago, Illinois 60606
10 Telephone:     (312) 705-7400
   Facsimile:      (312) 705-7401

11

12 Attorneys for GOOGLE LLC

13                    UNITED STATES DISTRICT COURT

14                   NORTHERN DISTRICT OF CALIFORNIA

15                       SAN FRANCISCO DIVISION

16 GOOGLE LLC,                          CASE NO. 3:20-cv-06754-WHA
                                        Related to CASE NO. 3:21-cv-07559-WHA
17              Plaintiff,
                                        **GOOGLE'S ADMINISTRATIVE**
18       vs.                            **MOTION TO CONSIDER WHETHER**
                                        **ANOTHER PARTY'S MATERIAL**
19                                      **SHOULD BE SEALED**
   SONOS, INC.,
20
                Defendant.
21

22

23

24

25

26

27

28

01980-00181/13900053.1

I.      **INTRODUCTION**

Pursuant to Civil Local Rule 79-5(f), Google LLC ("Google") respectfully submits this Administrative Motion to Consider Whether Another Party's Material Should Be Sealed in connection with Google's Opposition to Sonos, Inc.'s ("Sonos") Summary Judgment Regarding Google's Contract-Related Claims ("Opposition").  Certain documents filed in support of Google's Opposition contain information that Sonos may consider confidential pursuant to the Stipulated Protective Order ("Protective Order") entered by this Court.  Dkt. 94.  Accordingly, Google seeks to file under seal the documents and information as listed below:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Opposition | Portions highlighted in blue and green | Sonos |
| Exhibit 1 | Entire Document | Sonos |
| Exhibit 2 | Entire Document | Sonos |
| Exhibit 3 | Entire Document | Sonos |
| Exhibit 4 | Entire Document | Sonos |
| Exhibit 5 | Entire Document | Sonos |
| Exhibit 6 | Entire Document | Sonos |
| Exhibit 7 | Entire Document | Sonos |
| Exhibit 8 | Entire Document | Sonos |
| Exhibit 9 | Entire Document | Sonos |
| Exhibit 10 | Entire Document | Sonos |
| Exhibit 11 | Entire Document | Sonos |
| Exhibit 12 | Entire Document | Sonos |
| Exhibit 13 | Entire Document | Sonos |

01980-00181/13900053.1

| | | |
|---|---|---|
| Exhibit 14 | Entire Document | Sonos |
| Exhibit 17 | Entire Document | Sonos |
| Exhibit 18 | Entire Document | Sonos |
| Exhibit 19 | Entire Document | Sonos |
| Exhibit 20 | Entire Document | Sonos |
| Exhibit 21 | Entire Document | Sonos |
| Exhibit 22 | Entire Document | Sonos |
| Exhibit 24 | Entire Document | Sonos |
| Exhibit 26 | Entire Document | Sonos |
| Exhibit 27 | Entire Document | Sonos |
| Exhibit 28 | Entire Document | Sonos |
| Exhibit 29 | Entire Document | Sonos |
| Exhibit 30 | Entire Document | Sonos |
| Exhibit 31 | Entire Document | Sonos |
| Exhibit 33 | Entire Document | Sonos |
| Exhibit 34 | Entire Document | Sonos |
| Exhibit 35 | Entire Document | Sonos |
| Exhibit 36 | Entire Document | Sonos |
| Exhibit 37 | Entire Document | Sonos |
| Exhibit 38 | Entire Document | Sonos |

| Exhibit 40 | Entire Document | Sonos |
|---|---|---|
| Exhibit 41 | Entire Document | Sonos |

Materials and documents may be provisionally filed under seal pursuant to Civil Local Rule 79-5(f) when the document, or portions thereof, "has been designated as confidential by another party or non-party."  L.R. 79-5(f).  Google has submitted the above exhibits under seal because information therein may be considered "CONFIDENTIAL," "HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY," and/or "HIGHLY CONFIDENTIAL—SOURCE CODE" under the Protective Order by Sonos.

In compliance with Civil Local Rule 79-5(d) and (e), unredacted versions of the above listed documents accompany this Administrative Motion and redacted versions of the above listed documents have been filed publicly.  In accordance with Local Rule 79-5(c)(3), Google has also filed a Proposed Order herewith.

DATED:  February 21, 2023

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By:   */s/ Charles K. Verhoeven*
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
Melissa Baily (Bar No. 237649)
melissabaily@quinnemanuel.com
James Judah (Bar No. 257112)
jamesjudah@quinnemanuel.com
Lindsay Cooper (Bar No. 287125)
lindsaycooper@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:    (415) 875-6600
Facsimile:    (415) 875-6700

Marc Kaplan *(pro hac vice)*
marckaplan@quinnemanuel.com
191 N. Wacker Drive, Ste 2700
Chicago, Illinois 60606
Telephone:    (312) 705-7400
Facsimile:    (312) 705-7401

*Attorneys for GOOGLE LLC*

01980-00181/13900053.1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

Pursuant to the Federal Rules of Civil Procedure and Local Rule 5-1, I hereby certify that, on February 21, 2023, all counsel of record who have appeared in this case are being served with a copy of the foregoing via the Court's CM/ECF system and email.


DATED:  February 21, 2023

By:   */s/ Charles K. Verhoeven*
Charles K. Verhoeven

Case No. 3:20-cv-06754-WHA
GOOGLE'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL
SHOULD BE SEALED