QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Charles K. Verhoeven (Bar No. 170151)
  charlesverhoeven@quinnemanuel.com
  Melissa Baily (Bar No. 237649)
  melissabaily@quinnemanuel.com
  James Judah (Bar No. 257112)
  jamesjudah@quinnemanuel.com
  Lindsay Cooper (Bar No. 287125)
  lindsaycooper@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:     (415) 875-6600
Facsimile:     (415) 875-6700

  Marc Kaplan (pro hac vice)
  marckaplan@quinnemanuel.com
191 N. Wacker Drive, Ste 2700
Chicago, Illinois 60606
Telephone:     (312) 705-7400
Facsimile:     (312) 705-7401

*Attorneys for GOOGLE LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GOOGLE LLC,<br><br>              Plaintiff,<br><br>     vs.<br><br>SONOS, INC.,<br><br>              Defendant. | CASE NO. 3:20-cv-06754-WHA<br>Related to CASE NO. 3:21-cv-07559-WHA<br><br>**[PROPOSED] ORDER GRANTING GOOGLE'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |

1    Plaintiff Google LLC ("Google") has filed an Administrative Motion to Consider Whether
2 Another Party's Material Should Be Sealed in connection with Google's Opposition to Sonos, Inc.'s
3 ("Sonos") Motion for Summary Judgment Regarding Google's Contract-Related Claims
4 ("Opposition") ("Google's Administrative Motion").

5    Having considered Google's Administrative Motion, and compelling reasons to seal having
6 been shown, the Court **GRANTS** Google's Administrative Motion and **ORDERS** sealed the
7 documents listed below:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Opposition | Portions highlighted in blue and green | Sonos |
| Exhibit 1 | Entire Document | Sonos |
| Exhibit 2 | Entire Document | Sonos |
| Exhibit 3 | Entire Document | Sonos |
| Exhibit 4 | Entire Document | Sonos |
| Exhibit 5 | Entire Document | Sonos |
| Exhibit 6 | Entire Document | Sonos |
| Exhibit 7 | Entire Document | Sonos |
| Exhibit 8 | Entire Document | Sonos |
| Exhibit 9 | Entire Document | Sonos |
| Exhibit 10 | Entire Document | Sonos |
| Exhibit 11 | Entire Document | Sonos |
| Exhibit 12 | Entire Document | Sonos |
| Exhibit 13 | Entire Document | Sonos |

|  |  |  |
|---|---|---|
| Exhibit 14 | Entire Document | Sonos |
| Exhibit 17 | Entire Document | Sonos |
| Exhibit 18 | Entire Document | Sonos |
| Exhibit 19 | Entire Document | Sonos |
| Exhibit 20 | Entire Document | Sonos |
| Exhibit 21 | Entire Document | Sonos |
| Exhibit 22 | Entire Document | Sonos |
| Exhibit 24 | Entire Document | Sonos |
| Exhibit 26 | Entire Document | Sonos |
| Exhibit 27 | Entire Document | Sonos |
| Exhibit 28 | Entire Document | Sonos |
| Exhibit 29 | Entire Document | Sonos |
| Exhibit 30 | Entire Document | Sonos |
| Exhibit 31 | Entire Document | Sonos |
| Exhibit 33 | Entire Document | Sonos |
| Exhibit 34 | Entire Document | Sonos |
| Exhibit 35 | Entire Document | Sonos |
| Exhibit 36 | Entire Document | Sonos |
| Exhibit 37 | Entire Document | Sonos |
| Exhibit 38 | Entire Document | Sonos |

| Exhibit 40 | Entire Document | Sonos |
|---|---|---|
| Exhibit 41 | Entire Document | Sonos |

IT IS SO ORDERED.

DATED:

_____
The Honorable William H. Alsup
United States District Court Judge