1
2
3
4
5
6
7
8

9 UNITED STATES DISTRICT COURT

10 NORTHERN DISTRICT OF CALIFORNIA

11 SAN FRANCISCO DIVISION

| | |
|---|---|
| GOOGLE LLC,<br><br>      Plaintiff,<br><br>   vs.<br><br>SONOS, INC.,<br><br>      Defendant. | CASE NO. 3:20-cv-06754-WHA<br>Related to CASE NO. 3:21-cv-07559-WHA<br><br>**[PROPOSED] ORDER GRANTING GOOGLE LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF ITS OPPOSITION TO SONOS, INC.'S MOTION FOR SUMMARY JUDGMENT REGARDING GOOGLE'S CONTRACT-RELATED CLAIMS** |

1  Plaintiff Google LLC ("Google") has filed an Administrative Motion to File Under Seal
2  Portions of its Opposition to Sonos, Inc.'s ("Sonos") Motion for Summary Judgment Regarding
3  Google's Contract-Related Claims ("Google's Administrative Motion").

4  Having considered Google's Administrative Motion, and compelling reasons to seal having
5  been shown, the Court **GRANTS** Google's Administrative Motion and **ORDERS** sealed the
6  documents listed below:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Opposition | Portions highlighted in yellow and green | Google |
| Exhibit 5 | Entire document | Google |
| Exhibit 9 | Entire document | Google |
| Exhibit 10 | Entire document | Google |
| Exhibit 16 | Entire document | Google |
| Exhibit 17 | Entire document | Google |
| Exhibit 18 | Entire document | Google |
| Exhibit 19 | Entire document | Google |
| Exhibit 21 | Entire document | Google |
| Exhibit 33 | Entire document | Google |
| Exhibit 35 | Entire document | Google |
| Exhibit 36 | Entire document | Google |
| Exhibit 37 | Entire document | Google |
| Exhibit 38 | Entire document | Google |
| Exhibit 40 | Entire document | Google |

| Exhibit 41 | Entire document | Google |

IT IS SO ORDERED.

DATED:

_____
The Honorable William Alsup
United States District Court Judge