# Exhibits 1-14
# Filed Under Seal