# Exhibits 16-22
# Filed Under Seal