# Exhibit 23

PATENT
Attorney Docket No. 14-0508p

# Application for a United States Patent
# United States Patent and Trademark Office

Title:          Cloud Queue

Inventor(s):    Steven Beckhardt
                Arthur L. Coburn, IV

PATENT
Attorney Docket No. 14-0508p

URI or URL for each identifiable audio item found. Other examples for managing and maintaining audio content sources may also be possible.

[40]   The above discussions relating to playback devices, controller devices, playback zone configurations, and media content sources provide only some examples of operating environments within which functions and methods described below may be implemented. Other operating environments and configurations of media playback systems, playback devices, and network devices not explicitly described herein may also be applicable and suitable for implementation of the functions and methods.

## II.   Example Cloud Queue

### Queues in the Cloud

### Terminology

CloudQueue - a Sonos "queue" which exists in the cloud. A Sonos player synchronizes to a CloudQueue and uses it as a source of track to be played.

"queue" in this context refers to the list of tracks that is actively being played by a Sonos player.  Think of a CloudQueue as a replacement for the queue data structure stored within a Sonos player.

CloudQueue Sync Protocol (or API) - an application-level network protocol (or set of methods and events) used by a Sonos player to stay synchronized with a CloudQueue.  This protocol allows the Sonos player to update very quickly when changes are made to the CloudQueue.

CloudQueue API - a set of application-level network protocols used to browse, edit, and control playback of a CloudQueue.

### Statement

Putting the queue has the following possible advantages:

- allow control of a Sonos player from a device that is not on the LAN where the Sonos player lives; this opens up a number of possible social scenarios
- avoid RAM limitations on Sonos players
    - the number of tracks in the queue can be unlimited and can far exceed the number of tracks that a Sonos player could store in RAM

17