# Exhibit 25

# CLAIMS

1.  (Currently Amended)  A computing device comprising:

at least one processor;

a non-transitory computer-readable medium; and

program instructions stored on the non-transitory computer-readable medium that, when executed by the at least one processor, cause the computing device to perform functions comprising:

operating in a first mode in which the computing device is configured for playback of <ins>a remote playback queue provided by</ins> <del>given audio content that is obtainable from</del> a cloud-based computing system associated with a <ins>cloud-based</ins> media service;

while operating in the first mode, displaying a representation of one or more playback devices in a media playback system that are each i) communicatively coupled to the computing device over a data network and ii) available to accept playback responsibility for the <del>given audio content</del> <ins>remote playback queue</ins>;

while displaying the representation of the one or more playback devices, receiving user input indicating a selection of at least one given playback device from the one or more playback devices;

based on receiving the user input, transmitting an instruction for <ins>the at least one given playback device to take over playback</ins> responsibility for <ins>playback of the remote playback queue</ins> <del>the given audio content to be transferred</del> from the computing device <del>to</del><ins>,</ins> <ins>wherein the instruction configures</ins> the at least one given playback device <del>such that i) an identifier of the given audio content and a playback position for the given audio content are provided to the given playback device and ii) the given playback device becomes</del>

3

~~configured for playback of the given audio content based on the identifier and the playback position~~ <u>to (i) communicate with the cloud-based computing system in order to obtain data identifying a next one or more media items that are in the remote playback queue, (ii) use the obtained data to retrieve at least one media item in the remote playback queue from the cloud-based media service; and (iii) play back the retrieved at least one media item</u>;

  detecting an indication that playback responsibility for the <u>remote playback queue</u> ~~given audio content~~ has been successfully transferred from the computing device to the at least one given playback device; and

  after detecting the indication, transitioning from i) the first mode in which the computing device is configured for playback of the <u>remote playback queue</u> ~~given audio content~~ to ii) a second mode in which the computing device is configured to control the at least one given playback device's playback of the <u>remote playback queue</u> ~~given audio content~~ and the computing device is no longer configured for playback of the <u>remote playback queue</u>~~given audio content~~.

2. (Canceled)

3. (Canceled)

4. (Currently Amended) The computing device of claim 1, wherein the instruction comprises an instruction for the cloud-based computing system associated with the media service to provide the <u>data identifying the next one or more media items</u> ~~identifier of the given audio~~

4