# Exhibits 26-31
# Filed Under Seal