# Exhibit 32

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

|  |  |  |
|---|---|---|
| SONOS, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | NO. 6:20-cv-00881-ADA |
| | § | |
| Google LLC, | § | |
| | § | |
| Defendant. | § | |
| | § | |
| | § | |

<u>PLAINTIFF SONOS, INC.'S THIRD SUPPLEMENTAL PRELIMINARY
INFRINGEMENT CONTENTIONS</u>

Plaintiff Sonos, Inc. ("Sonos" or "Plaintiff") accuses Defendant Google LLC ("Google"
or "Defendant") of infringing U.S. Patent Nos. 9,967,615 (the "'615 Patent"), 10,779,033 (the
"'033 Patent"), 9,344,206 (the "'206 Patent"), 10,469,966 (the "'966 Patent"), and 10,848,885
("the '885 Patent") (collectively, "the Asserted Patents").  On December 11, 2020, Sonos served
its Preliminary Infringement Contentions for the '615, '033, '206, and '966 Patents, on February
17, 2021, Sonos served its First Supplemental Preliminary Infringement Contentions to add
contentions for the '885 Patent, and on June 4, 2021, Sonos served its Second Supplemental
Preliminary Infringement Contentions.  Sonos now hereby further supplements its Preliminary
Infringement Contentions.

Sonos bases these contentions on its current knowledge, understanding, and belief as to
the facts and information available as of the date of these contentions. Sonos has not yet
completed its investigation, collection of information, discovery, or analysis relating to this
action, and additional discovery, including discovery from Google and third parties, may lead
Sonos to further amend, revise, and/or supplement these contentions.  Indeed, the accused
functionalities of the accused instrumentalities are implemented, at least in part, by Google's
proprietary and specialized electronics, firmware, and/or software, and the precise designs,
processes, and algorithms used to perform the accused functionalities are held secret, at least in

1

# I.     PRELIMINARY INFRINGEMENT CONTENTIONS

Sonos contends that the Asserted Patents are infringed, either individually or in combination, by the following products (individually or collectively, "Accused Product(s)"):

*'615 and '033 Patents*

- Smartphone, tablet, and computer devices, including Google's own "Pixel" smartphone, tablet, and computer devices (e.g., the Pixel, Pixel XL, Pixel 2, Pixel 2 XL, Pixel 3, Pixel 3 XL, Pixel 3a, Pixel 3a XL, Pixel 4, Pixel 4 XL, Pixel 4a, Pixel 4a (5G), Pixel 5 phones, the Pixel Slate tablet, and the Pixelbook and Pixelbook Go laptops), as well as third-party smartphone, tablet, or computer devices, that are installed with (i) any of Google's own Cast-enabled Android, iOS, or Chrome apps that allow a user to transfer playback of streaming media content from the user's smartphone, tablet, or computer devices to a Cast-enabled media player and then control the Cast-enabled media player's playback, including but not limited to the YouTube Music app, Google Play Music app, YouTube app, Google Podcasts app, and YouTube TV app, and/or (ii) any third-party Cast-enabled app that allows a user to transfer playback of streaming media content from the user's smartphone, tablet, or computer devices to a Cast-enabled media player and then control the Cast-enabled media player's playback, including but not limited to the Spotify app[1] (referred to herein either individually or collectively as the "accused Cast-enabled apps");

- Cast-enabled media players having a display screen and installed with Cast-enabled software (e.g., firmware and/or Cast-enabled apps) that allows a user to transfer playback of streaming media content from the Cast-enabled media player to another Cast-enabled media player and then control the other Cast-enabled media player's playback, including Google's Home Hub, Nest Hub, and Nest Hub Max media players (referred to herein as "Cast-enabled displays");

- Servers that host at least one of the accused Cast-enabled apps for download onto smartphone, tablet, and computer devices; and

- Cloud-based infrastructure hosting backend software that facilitates the aforementioned Cast functionality for transferring playback of streaming media content to a Cast-enabled media player and/or controlling the Cast-enabled media player's playback.

*'206 and '966 Patents*

- Smartphone, tablet, and computer devices, including Google's own "Pixel" smartphone, tablet, and computer devices (e.g., the Pixel, Pixel XL, Pixel 2, Pixel 2 XL, Pixel 3, Pixel 3XL, Pixel 3a, Pixel 3a XL, Pixel 4, Pixel 4 XL, Pixel 4a, Pixel 4a (5G), Pixel 5 phones, the Pixel Slate tablet, and the Pixelbook and Pixelbook Go laptops), as well as third-party

---

[1] *See, e.g.,* https://support.google.com/chromecastbuiltin/answer/6279384?hl=en#zippy=%2Cbefore-you-begin-casting%2Ccast-from-chromecast-enabled-apps-to-your-audio-device%2Cfind-new-content-to-cast; https://www.google.com/chromecast/built-in/apps/.