# Exhibits 33-38
# Filed Under Seal