# Exhibits 40-41
# Filed Under Seal