# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

### CIVIL LAW AND MOTION MINUTE ORDER

| | | |
|---|---|---|
| **Date:** 2/23/2023 | **Time:** 1:45-2:07 | **Judge:** DONNA M. RYU |
| **Case No.:** 3:20-cv-06754-WHA | **Case Name:** Google LLC v. Sonos, Inc. | |

**For Plaintiff:**
James Judah
Nima Hefazi

**For Defendant:**
Cole Richter

**Deputy Clerk:** Ivy Lerma Garcia          **Recorded in Zoom:** 1:45-2:07

### PROCEEDINGS HELD BY ZOOM VIDEOCONFERENCE

1. Joint Discovery Letter Briefs [Documents 456 and 471], Sonos's motion to strike "new theories" disclosed in supplemental discovery responses served on the last day of discovery:

   Interrogatory No. 19: As stated on the record, by serving a supplemental response on the last day of discovery that disclosed new information, Google prejudiced Sonos' ability to take discovery on its unclean hands defense based on Sonos's conduct with third parties. This prejudice can be remedied through additional discovery. Therefore, the motion to strike the unclean hands defense is denied. Sonos is granted leave to take a two-hour Rule 30(b)(6) deposition of Google on the subject of its unclean hands defense based on Sonos's use of jointly-developed information/technology with third parties, plus a two-hour deposition of either John Evans or Paul Joyce (Sonos may choose which witness) on the same subject.

   Interrogatory No. 20: For the reasons stated on the record, Sonos's motion to strike Google's supplemental response to Interrogatory No. 20 regarding secondary considerations of non-obviousness is denied.

**Order to be prepared by:**
( )     Plaintiff          ( )     Defendant          ( )     Court

cc: Chambers