CLEMENT SETH ROBERTS (SBN 209203)
croberts@orrick.com
BAS DE BLANK (SBN 191487)
basdeblank@orrick.com
ALYSSA CARIDIS (SBN 260103)
acaridis@orrick.com
Orrick, Herrington & Sutcliffe LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:   +1 415 773 5700
Facsimile:   +1 415 773 5759

SEAN M. SULLIVAN (pro hac vice)
sullivan@ls3ip.com
MICHAEL P. BOYEA (pro hac vice)
boyea@ls3ip.com
COLE RICHTER (pro hac vice)
richter@ls3ip.com
LEE SULLIVAN SHEA & SMITH LLP
656 W Randolph St., Floor 5W
Chicago, IL 60661
Telephone:   +1 312 754 0002
Facsimile:   +1 312 754 0003

*Attorneys for Sonos, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GOOGLE LLC,<br><br>Plaintiff and Counterdefendant,<br><br>v.<br><br>SONOS, INC.,<br><br>Defendant and Counterclaimant. | Case No. 3:20-cv-06754-WHA<br>Related to Case No. 3:21-cv-07559-WHA<br><br>**DECLARATION OF JOSEPH R. KOLKER IN SUPPORT OF SONOS'S RENEWED MOTION TO REALIGN THE PARTIES REPLY**<br><br>Date: March 30, 2023<br>Time: 8:00 a.m.<br>Place: Courtroom 12, 19th Floor<br>Judge: Hon. William Alsup<br><br>Second Amended Complaint Filed:<br>February 4, 2022 |

I, Joseph R. Kolker, declare as follows and would so testify under oath if called upon to do so:

1. I am an attorney with the law firm of Orrick, Herrington & Sutcliffe LLP, counsel of record to Sonos, Inc. ("Sonos") in the above-captioned matter. I am a member in good standing of the New York State Bar and am admitted to practice before this Court in this matter *pro hac vice*. I make this declaration based on my personal knowledge, unless otherwise noted. If called, I can and will testify competently to the matters set forth herein.

2. I make this declaration in support of Sonos's Renewed Motion to Realign the Parties and Sonos's supporting reply brief.

3. The table below identifies each fact witness who was deposed in this matter, the witness's location at their deposition, and whether the witness was employed by either party:

| Witness | Location | Party |
|---|---|---|
| Jeffrey Armstrong | Chicago, Illinois | Akerman LLP |
| Steven Beckhardt | Boston, Massachusetts | Sonos |
| Kristen Bender | Los Angeles, California | Former Sonos employee |
| Ramona Bobohalma | Zurich, Switzerland | Google |
| Christopher Butts | Chicago, Illinois | Sonos |
| Christopher Chan | Oakland, California | Google |
| Tad Coburn | Wolfeboro, New Hampshire | Sonos |
| Chris Cooke | Half Moon Bay, California | Google |
| Keith Juiliano Corbin | Watertown, Massachusetts | Former Sonos employee |
| David DesRoches | Lexington, Massachusetts | Former Sonos employee |
| Graham Farrar | Santa Barbara, California | Former Sonos employee |
| Oriol Prieto Gasco | Brookline, Massachusetts | Google |
| Debajit Ghosh | Menlo Park, California | Google |
| James Goddard | San Francisco, California | Google |
| Adam Graham | Milton, Massachusetts | Sonos |
| Joni Hoadley | Santa Barbara, California | Former Sonos employee |
| Allison (House) Elliott | Seattle, Washington | Former Sonos employee |
| Jason Kendall | North Attleborough, Massachusetts | Former Sonos employee |
| Kelly Keniston | New York, New York | Google |

| Witness | Location | Party |
|---|---|---|
| Brandon Kennedy | Chicago, Illinois | Lee Sullivan Shea & Smith LLP |
| Alaina Kwasizur | San Diego, California | Sonos |
| Robert Lambourne | Santa Barbara, California | Sonos |
| Janos Levai | Zurich, Switzerland | Google |
| Kenneth Mackay | Sunnyvale, California | Google |
| Tavis Maclellan | Richmond, California | Google |
| Michael Maigret | Saratoga, California | Google |
| Nick Millington | Santa Barbara, California | Sonos |
| Ali Mills | San Francisco, California | Google |
| Vincent Mo | Millbrae, California | Google |
| David Nicholson | San Francisco, California | Google |
| Umesh Patil | Mountain View, California | Google |
| Chris Patnoe | London, England | Google |
| Justin Pedro | Waterloo, Ontario | Google |
| Juergen Schmerder | Stuart, Florida | Former Sonos employee |
| Andrew Schulert | Cambridge, Massachusetts | Former Sonos employee |
| Tomer Shekel | Israel | Google |
| Jeff Torgerson | Stanwood, Washington | Former Sonos employee |
| Christina Valente | Belmont, Massachusetts | Former Sonos employee |

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed this 28th day of February, 2023 in Yonkers, New York.

JOSEPH R. KOLKER