CLEMENT SETH ROBERTS (SBN 209203)
croberts@orrick.com
BAS DE BLANK (SBN 191487)
basdeblank@orrick.com
ALYSSA CARIDIS (SBN 260103)
acaridis@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:   +1 415 773 5700
Facsimile:   +1 415 773 5759

SEAN M. SULLIVAN (*pro hac vice*)
sullivan@ls3ip.com
COLE B. RICHTER (*pro hac vice*)
richter@ls3ip.com
LEE SULLIVAN SHEA & SMITH LLP
656 W Randolph St., Floor 5W
Chicago, IL 60661
Telephone:   +1 312 754 0002
Facsimile:   +1 312 754 0003

*Attorneys for Sonos, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GOOGLE LLC,<br><br>    Plaintiff and Counter-defendant,<br><br>v.<br><br>SONOS, INC.,<br><br>    Defendant and Counter-claimant. | Case No. 3:20-cv-06754-WHA<br>Related to Case No. 3:21-cv-07559-WHA<br><br>**REPLY DECLARATION OF DOUGLAS C. SCHMIDT IN SUPPORT OF SONOS'S MOTION FOR SUMMARY JUDGMENT REGARDING GOOGLE'S CONTRACT-RELATED CLAIMS**<br><br>Date: March 30, 2023<br>Time: 8:00 A.M.<br>Place: Courtroom 12, 19th Floor<br>Judge: Hon. William Alsup<br><br>Complaint Filed: September 28, 2020 |

I, Douglas C. Schmidt, declare as follows and would so testify under oath if called upon to do so:

1. I make this declaration based on my personal knowledge, unless otherwise noted. If called, I can and will testify competently to the matters set forth herein.

2. I make this declaration in further support of Sonos's Motion for Summary Judgment.

3. On February 6, 2023, counsel for Sonos submitted a declaration I made in support of Sonos's Motion for Summary Judgment. *See* Dkt. No. 478-3. I hereby incorporate that declaration herein as if stated in full.

4. Attached as Exhibit 13 are further excerpts of my rebuttal expert report in this case, served on January 13, 2023. These excerpts are—in relevant part—my expert opinions, and I will testify to these opinions under oath at trial.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed this 28th day of February, 2023 in Nashville, Tennessee.

_____
Douglas C. Schmidt