CLEMENT SETH ROBERTS (SBN 209203)
croberts@orrick.com
BAS DE BLANK (SBN 191487)
basdeblank@orrick.com
ALYSSA CARIDIS (SBN 260103)
acaridis@orrick.com
Orrick, Herrington & Sutcliffe LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:     +1 415 773 5700
Facsimile:     +1 415 773 5759

SEAN M. SULLIVAN (*pro hac vice*)
sullivan@ls3ip.com
COLE B. RICHTER (*pro hac vice*)
richter@ls3ip.com
LEE SULLIVAN SHEA & SMITH LLP
656 W Randolph St., Floor 5W
Chicago, IL 60661
Telephone:     +1 312 754 0002
Facsimile:     +1 312 754 0003

*Attorneys for Sonos, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GOOGLE LLC,<br><br>    Plaintiff and Counterdefendant,<br><br>v.<br><br>SONOS, INC.,<br><br>    Defendant and Counterclaimant. | Case No. 3:20-cv-06754-WHA<br>Related to Case No. 3:21-cv-07559-WHA<br><br>**REPLY DECLARATION OF JOSEPH R. KOLKER IN SUPPORT OF SONOS'S MOTION FOR SUMMARY JUDGMENT REGARDING GOOGLE'S CONTRACT-RELATED CLAIMS**<br><br>Date: March 30, 2023<br>Time: 8:00 a.m.<br>Place: Courtroom 12, 19th Floor<br>Judge: Hon. William Alsup<br><br>Complaint Filed: September 28, 2020 |

I, Joseph R. Kolker, declare as follows and would so testify under oath if called upon to do so:

1. I am an attorney with the law firm of Orrick, Herrington & Sutcliffe LLP, counsel of record to Sonos, Inc. ("Sonos") in the above-captioned matter. I am a member in good standing of the New York State Bar and am admitted to practice before this Court in this matter *pro hac vice*. I make this declaration based on my personal knowledge, unless otherwise noted. If called, I can and will testify competently to the matters set forth herein.

2. I make this declaration in support of Sonos's Motion for Summary Judgment Regarding Google's Contract-Related Claims.

3. Attached as **Exhibit 14** is a true and correct copy of excerpts from the deposition transcript of Debajit Ghosh taken on May 20, 2022.

4. Attached as **Exhibit 15** is a true and correct copy of an email between Sonos and Google personnel, dated September 2, 2016 (SONOS-SVG2-00043200), and the email's attachment (SONOS-SVG2-00043201-SONOS-SVG2-00043202).

5. Attached as **Exhibit 16** is a true and correct copy of excerpts from the deposition transcript of Allison House Elliott taken on May 27, 2022.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed this 28th day of February, 2023 in Yonkers, New York.

_____
JOSEPH R. KOLKER