UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA,

SAN FRANCISCO DIVISION

| | |
|---|---|
| GOOGLE LLC,<br><br>    Plaintiff and Counter-defendant,<br><br>v.<br><br>SONOS, INC.,<br><br>    Defendant and Counter-claimant. | Case No. 3:20-cv-06754-WHA<br>Related to Case No. 3:21-cv-07559-WHA<br><br>**[PROPOSED] ORDER GRANTING SONOS, INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED RE SONOS'S REPLY ISO MOTION FOR SUMMARY JUDGMENT REGARDING GOOGLE'S CONTRACT-RELATED CLAIMS** |

Pursuant to Civil Local Rule 79-5, Sonos, Inc. ("Sonos") has filed an Administrative Motion to Consider Whether Another Party's Material Should Be Sealed ("Administrative Motion") in connection with Sonos's Reply in Support of Motion for Summary Judgment Regarding Google's Contract-Related Claims ("Sonos's Reply"), and good cause to seal having been shown, the Court GRANTS Sonos's Administrative Motion and ORDERS sealed the following:

| DOCUMENT | PORTIONS TO BE SEALED | DESIGNATING PARTY |
|---|---|---|
| Sonos's Reply | Portions highlighted in green | Google and Sonos |
| Sonos's Reply | Portions highlighted in blue | Google |
| Exhibit 14 to Kolker Reply Declaration | Entire Document | Google |
| Exhibit 15 to Kolker Reply Declaration | Entire Document | Google and Sonos |

Dated: _____, 2023

                                          _____
                                          HON. WILLIAM H. ALSUP
                                          United States District Judge