# EXHIBIT 1

*Transcript from the January 6, 2023 Deposition of Janos Levai*

**Page 58**

1  exactly what the message name is.  4:08PM
2   Q   Right. But in either Party Mode or
3  non-Party Mode, there is a set playlist message sent
4  from the MDx server down to the Leanback screens;
5  right?  4:08PM
6   A   Yes.
7   Q   All right. In either Party Mode or
8  non-Party Mode, is there ever an instance where the
9  screens will request a list of video items from the
10  MDx server?  4:08PM
11      MR. HEFAZI: Objection, form.
12      THE WITNESS: Right now I don't remember
13  whether there is an instance. I would have to look
14  at the source code.
15  BY MR. SULLIVAN:  4:09PM
16   Q   In both Party Mode and non-Party Mode, the
17  Leanback screens always get the entire list of
18  videos for playback; right?
19   A   Yes.
20   Q   Now, I believe you've -- well, strike  4:09PM
21  that.
22      When a user edits its playlist in
23  non-Party Mode -- let me start over.
24      If a user edits the playlist in the
25  YouTube Remote application in Party Mode, are just  4:10PM

**Page 59**

1  the edits sent from the mobile phone to the MDx  4:10PM
2  server or does it send the entire edited playlist?
3   A   I don't know for sure. I need to look at
4  the code.
5   Q   Where is the source of truth in Party  4:11PM
6  Mode?
7   A   In Party Mode, I believe that would be the
8  MDx server.
9   Q   And why do you believe that?
10   A   Well, because that's where, if a YouTube  4:12PM
11  remote app joined the session, initiated Party Mode
12  and sends a list of videos, the MDx server would keep
13  a copy of it and then it would send that. It would
14  update all the devices in that session with that list.
15   Q   Well, all the devices such as the Leanback  4:12PM
16  screens and the YouTube remotes, they also store and
17  maintain a copy of that playlist; correct?
18   A   Well, they need to so that they can show it
19  in DUI to the user.
20   Q   And so they can play it back; right?  4:12PM
21   A   Well, in remote mode, yes, the lounge screen
22  plays back those videos.
23   Q   Plays back those videos stored locally on
24  the screen; right?
25      MR. HEFAZI: Objection, form.  4:13PM

**Page 60**

1      THE WITNESS: Well, it gets a list of  4:13PM
2  videos and which one to play and starts playing that
3  video. And then in order to know which video to
4  play next when the current one ends, it refers to
5  that list.  4:13PM
6  BY MR. SULLIVAN:
7   Q   The locally stored list on the Leanback
8  screens; correct?
9   A   Yes. I don't believe it asked the MDx
10  server for which video to play next when the current  4:13PM
11  ended. I believe it referred to that list that it
12  caught before.
13      MR. SULLIVAN: Let's take a ten-minute
14  break.
15      THE VIDEOGRAPHER: We're going off the  4:14PM
16  record. The time is 4:14.
17      (Recess taken.)
18      THE VIDEOGRAPHER: We're back on the
19  record the time is 4:26.
20  BY MR. SULLIVAN:  4:26PM
21   Q   Mr. Levai, take a look at Deposition
22  Exhibit Number 1314.
23   A   All right. I have it open.
24   Q   I want you to turn to I think it's Page 3
25  of the PDF, and it ends with the Bates Number 196.  4:26PM

**Page 61**

1   A   Yes.  4:26PM
2   Q   Now, there is a heading there that says
3  "Screen to Server messages."
4      Do you see that?
5   A   Yes.  4:27PM
6   Q   And these would be Leanback screen to MDx
7  server messages; correct?
8      MR. HEFAZI: Objection, form.
9      THE WITNESS: Yes.
10  BY MR. SULLIVAN:  4:27PM
11   Q   Now, the first message listed there is
12  called "nowPlaying."
13      Do you see that?
14   A   Yes.
15   Q   Is that a message that the Leanback screen  4:27PM
16  would have sent to an MDx server in non-Party Mode?
17   A   I believe so, yes.
18   Q   All right. If you look at the next page,
19  so the last page of Exhibit 114, which ends in Bates
20  Number 197, there is a message listed there called  4:27PM
21  "nowPlayingPlaylist."
22      Do you see that?
23   A   Yes.
24   Q   Is that a message that the Leanback screen
25  would have sent to the MDx server in non-Party Mode?  4:28PM