# EXHIBIT 3
## FILED UNDER SEAL

*November 30, 2022 Opening Expert Report of Dr. Kevin C. Almeroth*