# EXHIBIT 4
## FILED UNDER SEAL

*Exhibit Q to the November 30, 2022 Opening Expert Report of Dr. Kevin C. Almeroth*