# EXHIBIT 5
## FILED UNDER SEAL

*Transcript from the January 30, 2023 Deposition of Kevin Almeroth*