# EXHIBIT 6

*Transcript from the May 10, 2022 Deposition of Kenneth J. MacKay*

### Page 210

```
 1  YouTube Music app code itself.  But I am familiar       03:22:24
 2  with the protocol used, in general, between sender
 3  apps and devices in order to launch.
 4      Q.  Okay.  So can you -- so in this example,
 5  when a user selects a particular speaker group from    03:22:43
 6  the connect to a device list that's shown in the
 7  middle screenshot, are you able to tell me what
 8  happens at -- what the device running the
 9  YouTube Music app sends to the player or players in
10  the group?                                              03:23:09
11      MR. KAPLAN:  Object to scope.
12      THE DEPONENT:  So I can -- I can describe
13  the flow -- the general flow.  There are, I guess,
14  a lot of app-specific messages that I'm not
15  familiar with.  So each individual app can send its    03:23:26
16  own messages, I guess, across a Cast connection.
17  And so I'm not -- I'm not sure what specifically
18  YouTube sends, but I can describe the overall flow.
19      Q.  (By Mr. Shea)  Okay.  Yeah.  That would
20  be great.                                               03:23:44
21      So if you could describe that overall
22  flow for us, that would be perfect.
23      A.  Sure.
24      So the -- the list that's displayed there
25  is the list of Cast devices or, I guess, virtual       03:23:54
```

### Page 211

```
 1  devices that have been discovered on the local         03:24:00
 2  network through mDNS.  And so that -- that
 3  discovery provides the name and the IP address and
 4  port of -- of those virtual devices.
 5      And so when the user selects a specific            03:24:15
 6  device to cast to, the Cast SDK will set up a Cast
 7  connection to that virtual device, so -- so to the
 8  IP address and port that was advertised.  And then
 9  it will send a launch command to that device, which
10  contains information about the app to be launched    03:24:35
11  and some other metadata that could be app specific,
12  I think.
13      MR. KAPLAN:  Objection to that question.
14      THE DEPONENT:  And then -- there's kind
15  of a lot more detail, I guess.  How much detail do   03:24:52
16  you want me to go into?
17      Q.  (By Mr. Shea)  Well, yeah.  I think that
18  was a really good starting point, Mr. MacKay.  So
19  let me ask a couple follow-ups.
20      With respect to that launch command that         03:25:04
21  you mentioned, is that a message that gets sent
22  from the device running the sender app to the
23  Google player over local network?
24      MR. KAPLAN:  Object to scope.
25      THE DEPONENT:  Yes.                               03:25:22
```

### Page 212

```
 1      Q.  (By Mr. Shea)  And in -- in a scenario       03:25:22
 2  where the device -- where the target that is
 3  selected is a speaker group as opposed to a single
 4  device, is it the case that that message -- the
 5  launch message will get sent to the leader of the    03:25:48
 6  speaker group?
 7      MR. KAPLAN:  Object to scope.
 8      THE DEPONENT:  So it's sent to the --
 9  it's sent to the IP address and port that was
10  advertised and discovered in the mDNS record.  So    03:25:59
11  typically that will be the leader, but there are
12  edge cases where it wouldn't be.
13      So for example, if the leader recently
14  changed or if there are multiple leaders for -- for
15  whatever reason, like they didn't discover each       03:26:14
16  other properly.  So --
17      Q.  (By Mr. Shea)  So you're --
18      A.  -- in typical -- in typical operation, it
19  would be to the leader, but it -- it's not always
20  the case.                                             03:26:29
21      Q.  In the edge case you mentioned where
22  there was two leaders, are you saying that's a
23  scenario where the leader election process hasn't
24  reached a final answer yet, and so during that
25  period it's possible that multiple players in the    03:26:46
```

### Page 213

```
 1  group may be advertising that group?                  03:26:48
 2      A.  Yeah, or just in general, since the
 3  leader election process happens continually.
 4  Depending on sort of network conditions, there can
 5  be cases where two devices both think they're the    03:27:01
 6  leader of -- of a group that they're in.
 7      Q.  Okay.  Okay.  That's a very helpful
 8  clarification.  I appreciate it.
 9      But -- but aside from those edge cases,
10  the -- the general functionality would be that the   03:27:21
11  message would get sent over a local network to the
12  leader of the speaker group; is that right?
13      A.  Yes.
14      Q.  Okay.  So I don't have screenshots for
15  this, in part, because, as you noted earlier, it's   03:27:42
16  discontinued.
17      But -- but I do think you said you have
18  some familiarity with the Google Play Music app as
19  it previously existed?
20      A.  Yes.  I've used it for testing purpose.      03:27:56
21      Q.  And is it the case that -- would the
22  Google Play music app use a similar framework -- or
23  did it use a similar framework to what you just
24  described in order to initiate the launch of a
25  speaker group?                                        03:28:12
```