# EXHIBIT 7

*February 28, 2023 Declaration of Kenneth MacKay*

## DECLARATION OF KENNETH MACKAY

I, Kenneth MacKay, declare as follows:

1. I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently thereto if called upon to do so.

2. I am a Senior Staff Software Engineer at Google based in Sunnyvale, California. I have been responsible for, among other things, writing and reviewing design documents and source code related to functionality within Google Chromecast and speaker products, including for example the Nest Audio and the Nest Hub. I refer to those products in this document generally as the Google speaker products.

3. When Google's speaker products are powered on, but before they receive input from a user, those products are inactive in that they have not received signaling or commands causing those products to prepare to play or output media individually or as a member of a speaker group.

4. A user may command a Google speaker product to prepare to play or output media individually or as a member of a speaker group. For example, a user may use a Google application, such as the YouTube Music application, to Cast to a Google speaker product. As part of the Casting process, the speaker will no longer be in an inactive state and will instead prepare to play back or output media individually or as a member of a speaker group, including by launching an application on the Google speaker product that assists with play back or output of media—for example, the YouTube Music application.

5. The Google speaker product may also return to an inactive state if the launched application, for example YouTube Music, running on the Google speaker product is stopped. When the launched application is stopped, the speaker will become inactive. The speaker would need to receive a command in order to cause the speaker to operate by playing

back media individually or as a group member.

## CONCLUSION

I, Kenneth MacKay, declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: February 28, 2023

_____
Kenneth MacKay