QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Charles K. Verhoeven (Bar No. 170151)
  charlesverhoeven@quinnemanuel.com
  Melissa Baily (Bar No. 237649)
  melissabaily@quinnemanuel.com
  James Judah (Bar No. 257112)
  jamesjudah@quinnemanuel.com
  Lindsay Cooper (Bar No. 287125)
  lindsaycooper@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:     (415) 875-6600
Facsimile:     (415) 875-6700

  Marc Kaplan (*pro hac vice*)
  marckaplan@quinnemanuel.com
191 N. Wacker Drive, Ste 2700
Chicago, Illinois 60606
Telephone:     (312) 705-7400
Facsimile:     (312) 705-7401

*Attorneys for GOOGLE LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GOOGLE LLC,<br><br>          Plaintiff,<br><br>     vs.<br><br>SONOS, INC.,<br><br>          Defendant. | CASE NO. 3:20-cv-06754-WHA<br>Related to CASE NO. 3:21-cv-07559<br><br>**GOOGLE LLC'S MEMORANDUM PURSUANT TO THE COURT'S ORDER RE MOTION FOR RECONSIDERATION (DKT. 539)** |

1   Google submits this memorandum pursuant to the Court's March 2, 2023 Order granting
2   Google's Motion for Reconsideration of the Court's prior "showdown" ruling entering summary
3   judgment of validity of claim 1 of the '885 Patent (Dkt. 539).

4   As of the February 6, 2023 deadline for dispositive motions, Google's Motion for
5   Reconsideration had been fully briefed and was pending resolution.  Dkt. 434.  In its Motion for
6   Summary Judgment, Google (i) noted the status of the pending Motion for Reconsideration and (ii)
7   addressed why the Court should enter summary judgment of invalidity of claim 1 of the '885
8   Patent.  *See* Dkt. 483 n.5 & 15-20.  Sonos responded to Google's arguments regarding the invalidity of
9   claim 1 of the '885 Patent in its opposition brief.  Dkt. 509-2 at 10-19.  Google's Motion for Summary
10  Judgment is now fully briefed and scheduled for hearing on March 30, 2023.  Dkt. 485.

11  Accordingly, summary judgment issues relevant to claim 1 of the '885 Patent have been
12  briefed by the parties and no modification to the summary judgment process is necessary.

14  DATED:  March 6, 2023

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By:   */s/ Charles K. Verhoeven*
    Charles K. Verhoeven (Bar No. 170151)
    charlesverhoeven@quinnemanuel.com
    Melissa Baily (Bar No. 237649)
    melissabaily@quinnemanuel.com
    James Judah (Bar No. 257112)
    jamesjudah@quinnemanuel.com
    Lindsay Cooper (Bar No. 287125)
    lindsaycooper@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:   (415) 875-6600
Facsimile:   (415) 875-6700

    Marc Kaplan *(pro hac vice)*
    marckaplan@quinnemanuel.com
191 N. Wacker Drive, Ste 2700
Chicago, Illinois 60606
Telephone:   (312) 705-7400
Facsimile:   (312) 705-7401

*Attorneys for GOOGLE LLC*

## CERTIFICATE OF SERVICE

Pursuant to the Federal Rules of Civil Procedure and Local Rule 5-1, I hereby certify that, on March 6, 2023, all counsel of record who have appeared in this case are being served with a copy of the foregoing via the Court's CM/ECF system and email.

DATED:  March 6, 2023

By:  */s/ Charles K. Verhoeven*
     Charles K. Verhoeven