UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GOOGLE LLC,

        Plaintiff,

v.

SONOS, INC.,

        Defendant.

No. C 20-06754 WHA

**ORDER RE REQUESTED RESPONSES**

The undersigned has reviewed the parties' requested responses (Dkt. Nos. 540, 541). The supplemental rebuttal report of Sonos's expert Dr. Kevin Almeroth on the validity of the '885 patent will be due in **FOURTEEN DAYS**, at which time it will be submitted (Dkt. No. 540 at 1 n.1). The hearing on March 30, 2023, and the trial set for May 8, 2023, will take place as scheduled.

**IT IS SO ORDERED.**

Dated: March 7, 2023.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE