# EXHIBIT 14

# FILED UNDER SEAL

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1            UNITED STATES DISTRICT COURT
 2         FOR THE NORTHERN DISTRICT OF CALIFORNIA
 3   SONOS, INC.,
 4       Plaintiff,
 5           vs.              Case No. 3:21-CV-07559-WHA
 6   GOOGLE LLC
 7       Defendant.
 8   _____

     -AND-
 9
     GOOGLE LLC,
10
         Plaintiff,
11
             vs.              Case No. 3:20-CV-06754-WHA
12
     SONOS, INC.,
13
         Defendant.
14   _____
15       **HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**
16           ZOOM DEPOSITION OF DEBAJIT GHOSH
17   (Reported Remotely via Video & Web Videoconference)
18       Menlo Park, California (Deponent's location)
19                 Friday, May 20, 2022
20
     STENOGRAPHICALLY REPORTED BY:
21   REBECCA L. ROMANO, RPR, CSR, CCR
     California CSR No. 12546
22   Nevada CCR No. 827
     Oregon CSR No. 20-0466
23   Washington CCR No. 3491
24   JOB NO. 5245569
25   PAGES 1 - 192
```

Page 1

```
 1  integration launched, correct?            02:50:27
 2       MS. BAILY:  Object to form.
 3       THE DEPONENT:  We discussed the -- the --
 4  the beer test, you know, terminology prior to --
 5  with, you know -- Sonos and -- and Play Music had   02:50:48
 6  discussions about that beer test prior to the
 7  Play Music-Sonos initial integration launch.
 8       Q.  (By Mr. Grosby)  Okay.  And -- and you
 9  would agree that Google's work on the cloud queue
10  implementation began in earnest after the          02:51:07
11  Sonos-Google Play Music integration launch?
12       MS. BAILY:  Object to form.
13       THE DEPONENT:  I had engineers work on
14  actually building out the cloud queue service
15  after -- you know, I had them shift over to that   02:51:29
16  after building out the Play Music-Sonos -- initial
17  Play Music-Sonos integration.
18       Q.  (By Mr. Grosby)  Okay.  So you'd agree
19  with me that temporally the order of events were
20  Sonos explained the beer test concept, the         02:51:45
21  Sonos-Google Play Music integration initial version
22  launched, and then work on the cloud queue
23  implementation began, correct?
24       MS. BAILY:  Object to form.
25       THE DEPONENT:  I -- I think you're --        02:51:58
                                                     Page 158
```

```
 1       That was --                                   02:53:50
 2       Q.  Was that cloud queue service -- oh,
 3  sorry.  Go ahead.
 4       A.  I was going to say, that was, in fact,
 5  the original push and inspiration for building out  02:54:00
 6  the cloud queue, was to support a better Chromecast
 7  integration.
 8       Q.  And was the cloud queue service just for
 9  Google Play Music?
10       A.  The cloud queue service that we were     02:54:21
11  building was specific to Google Play Music.
12       Q.  Was the cloud queue service implemented
13  to work with MRP?
14       MS. BAILY:  Object to form.
15       THE DEPONENT:  Cloud queue -- from what I    02:54:40
16  remember, cloud queue and MRP are orthogonal
17  things.
18       Q.  (By Mr. Grosby)  So would you say that
19  the cloud queue implementation replaced MRP?
20       A.  No.                                      02:54:58
21       Q.  Was the phrase "cloud queue" and "beer
22  test" used interchangeably at Google?
23       MS. BAILY:  Object to form.
24       THE DEPONENT:  I don't think I can speak
25  on behalf of all of Google.                       02:55:51
                                                     Page 160
```

```
 1  the -- the thing I'm struggling with is you are    02:52:00
 2  subsampling the sequence of events.
 3       Within that sequence, as we've talked
 4  about -- and I'm happy to go through the -- the
 5  full sequence again.                               02:52:15
 6       Within that sequence, we started
 7  discussions with Sonos.  Sonos and -- and
 8  Play Music started discussions about the
 9  integration.  As part of that, Sonos explained the
10  desire for passing the beer test.  We explained our  02:52:34
11  solution for passing the beer test through the
12  cloud queue.
13       And we then shipped the initial version
14  of the Play Music-Sonos integration.  And then we
15  started working on the actual cloud queue service.  02:52:52
16       Q.  (By Mr. Grosby)  Okay.  Thank you.
17       Was the cloud queue implementation
18  designed to work with Chromecast?
19       A.  The cloud queue service that we built was
20  designed to work with a number of our remote       02:53:26
21  playback integrations.
22       Q.  Was Chromecast one of them?
23       A.  The cloud queue service that we -- we
24  built was designed to work with a number of these
25  remote playback integrations, including Chromecast.  02:53:47
                                                     Page 159
```

```
 1       On -- on the Play Music team, at least       02:56:01
 2  the -- the team members that I was interacting with
 3  most closely, we did not use cloud queue and beer
 4  test interchangeably.
 5       Beer test was a -- a -- you know,            02:56:13
 6  was a -- a concept and the cloud queue was a -- a
 7  roadmap item that we would talk to Sonos about
 8  whenever they would bring up the -- the beer test.
 9       Q.  (By Mr. Grosby)  So when you said that
10  MRP and the -- and the cloud queues are orthogonal,  02:56:46
11  can you explain what you mean?
12       A.  Yeah.  MRP -- media -- if I remember
13  correctly, stands for media route provider or media
14  route protocol, or something like that.
15       It includes a couple of different            02:57:05
16  aspects.  The -- the core of that is something that
17  allows a media route provider to publish the
18  routes, the -- the names of destinations that could
19  be selected for remote playback.
20       And then -- and then, I think, provided      02:57:41
21  the way that the application could send, you know,
22  a -- and I think another aspect in -- allowed an
23  application to send a media item to that route for
24  playback.
25       Cloud queue is a service that we built       02:58:13
                                                     Page 161
```

**Page 162**

1 for Play Music that -- that allows for a cloud  02:58:20
2 service -- I'm sorry -- that allows a remote
3 playback end point to directly get the set of
4 songs, you know, one song, or whatever, at a time
5 from that cloud end point for playback. So there  02:58:53
6 are different parts of an overall end-to-end stack.
7     (Discussion off the stenographic record.)
8     Q.  (By Mr. Grosby) I'd like to move to talk
9 about what happens when a Cast session is
10 initiated.  02:59:33
11     And in order to do that, I think it would
12 be -- it would be good to get an understanding
13 of the -- the terminology of -- of a Cast session.
14     What do you understand a sender to be?
15     A.  When I think about -- it's been a long  02:59:49
16 time since I've thought about this.
17     When I think about Cast, remote playback,
18 I think of the sender as the device that the user
19 is interacting with browsing. In the case of
20 music, browsing their music or their media and  03:00:07
21 issuing playback commands, pause commands, things
22 like that.
23     Q.  Would you consider someone's mobile phone
24 to be a sender?
25     MS. BAILY: Object to form.  03:00:32

**Page 163**

1     THE DEPONENT: I would consider the media  03:00:33
2 application running on someone's mobile phone or
3 their Web browser, or whatever other device, to be
4 the -- that they're using for controlling playback
5 to be the sender.  03:00:51
6     Q.  (By Mr. Grosby) And then what's a
7 receiver?
8     A.  In a remote playback integration, I think
9 of the receiver as the device that receives the
10 commands from the sender and basically follows  03:01:08
11 those commands and plays the -- the media that it's
12 been told to play.
13     Q.  And then what's the difference between
14 MRP and Cast?
15     A.  I'm trying to remember the details.  03:01:47
16     As I think we discussed before, MRP is a
17 API on Android that allows -- allows, you know,
18 media providers to publish a list of routes of
19 destinations for remote media playback and allows
20 for some commands to be sent through that that's an  03:02:21
21 Android API.
22     And -- and Cast is -- when I think of
23 Cast, I think of the Cast API for use with
24 Chromecast and -- and related devices that has
25 libraries on multiple platforms and allows a media  03:02:47

**Page 164**

1 application to play media on a Cast device and  03:02:55
2 allows the Cast device to render that media. So it
3 has APIs across -- you know, across that -- that
4 whole stack that I talked about.
5     Q.  And what does it mean to initiate a Cast  03:03:18
6 session?
7     A.  When I think about initiating a Cast
8 session, I think about the media application
9 running on a device setting up a Cast media session
10 on a -- on something like a Chromecast device  03:03:47
11 or any -- any Cast compatible device.
12     Q.  Okay. Mr. Ghosh, if you can look at your
13 Google Drive, I am dropping in what has been
14 previously marked as Exhibit 14.
15     THE DEPONENT: Okay.  03:04:16
16     Q.  (By Mr. Grosby) Let me know when you
17 have that open.
18     A.  Okay. I have it open.
19     Q.  So this is a demonstrative that's
20 previously been created to just help us walk  03:04:24
21 through an example of a Cast session.
22     A.  Okay.
23     Q.  So -- so looking at screenshot 1, would
24 you agree that screenshot 1 shows a song being
25 played in Google Play Music on a sender?  03:04:43

**Page 165**

1     MS. BAILY: Object to form.  03:04:48
2     THE DEPONENT: Not -- it's a little bit
3 hard to tell. But I -- I think not quite. That's
4 not what I think I'm seeing.
5     Q.  (By Mr. Grosby) What do you think you're  03:05:02
6 seeing?
7     A.  Sorry. This is a little bit hard to --
8 to tell because I'm not sure I have the full
9 context. But from what I think I'm seeing, I think
10 I'm seeing music playing back locally on what looks  03:05:13
11 like a phone.
12     Q.  Right. So -- right.
13     So the phone would be the sender, right?
14     MS. BAILY: Object to form.
15     THE DEPONENT: There were -- I'm sorry.  03:05:42
16 Go ahead.
17     MS. BAILY: Sorry. Object to form.
18     Go ahead.
19     THE DEPONENT: If there were a Cast or
20 remote play -- like this icon -- this integration  03:05:55
21 is more general than Cast. That icon is also used
22 for Bluetooth playback, from what I remember. It
23 was used in Sonos remote playback.
24     So if a user presses that icon and
25 connects with a Chromecast or a Cast device, then  03:06:24