|   |   |
|---|---|
| 1 |   |
| 2 |   |
| 3 |   |
| 4 |   |
| 5 |   |
| 6 |   |
| 7 |   |
| 8 |   |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| GOOGLE LLC, | Case No. 3:20-cv-06754-WHA |
|---|---|
| Plaintiff, | Related to Case No. 3:21-cv-07559-WHA |
| vs. | **[PROPOSED] ORDER GRANTING GOOGLE LLC'S REVISED ADMINISTRATIVE MOTION TO FILE UNDER SEAL PURSUANT TO THE COURT'S OMNIBUS ORDER RE MOTIONS TO SEAL (DKT. 518)** |
| SONOS, INC., |   |
| Defendant. |   |

1    Plaintiff Google LLC ("Google") has filed a Revised Administrative Motion to File Under
2 Seal Pursuant to the Court's Omnibus Order Re Motions to Seal (Dkt. 518) ("Google's Revised
3 Administrative Motion").
4    Having considered Google's Revised Administrative Motion, and compelling reasons to seal
5 having been shown, the Court **GRANTS** Google's Revised Administrative Motion and **ORDERS**
6 sealed the documents listed below:

| Dkt. | Document | Portions Google Originally Sought to File Under Seal | Portions Google Now Seeks to File Under Seal | Designating Party |
|---|---|---|---|---|
| Dkt. 210-3 | Exhibit 1 | Entire document (Dkt. 210) | Portions outlined in blue boxes | Google |
| Dkt. 252-3 / Dkt. 263-1 | Exhibit 1 | Portions outlined in red boxes (Dkt. 262) | Portions outlined in blue boxes | Google |
| Dkt. 209-4 | Exhibit B | Portions outlined in red boxes (Dkt. 215) | Portions outlined in blue boxes on page 10 | Google |
| Dkt. 247-3 | Google's Opposition to Sonos, Inc.'s ("Sonos") Motion for Summary Judgment Pursuant to the Court's Patent Showdown Procedure | Portions highlighted in yellow and green; portions outlined in red boxes (Dkt. 247) | Portion outlined in blue box on page 10 | Google |
| Dkt. 252-2 | Sonos's Opposition to Google's Motion for Summary Judgment Pursuant to the Court's Patent Showdown Procedure | Portions highlighted in green (Dkt. 262) | Portions outlined in blue boxes on page 2 | Google |
| Dkt. 276-4 / Dkt. 277-3 | Exhibit 1 | Portions highlighted in yellow (Dkt. 276) | Portions outlined in blue boxes on page 4 | Google |

25    IT IS SO ORDERED.

1  DATED:

2

3

4

5                                             _____
                                              The Honorable William Alsup
6                                             United States District Court Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28