| | |
|---|---|
| QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>　Charles K. Verhoeven (Bar No. 170151)<br>　charlesverhoeven@quinnemanuel.com<br>　Melissa Baily (Bar No. 237649)<br>　melissabaily@quinnemanuel.com<br>　James Judah (Bar No. 257112)<br>　jamesjudah@quinnemanuel.com<br>　Lindsay Cooper (Bar No. 287125)<br>　lindsaycooper@quinnemanuel.com<br>50 California Street, 22nd Floor<br>San Francisco, California 94111-4788<br>Telephone:　(415) 875-6600<br>Facsimile:　(415) 875-6700<br><br>　Marc Kaplan (*pro hac vice*)<br>　marckaplan@quinnemanuel.com<br>191 N. Wacker Drive, Ste 2700<br>Chicago, Illinois 60606<br>Telephone:　(312) 705-7400<br>Facsimile:　(312) 705-7401<br><br>*Attorneys for Google LLC* | CLEMENT SETH ROBERTS (STATE BAR NO. 209203)<br>croberts@orrick.com<br>BAS DE BLANK (STATE BAR NO. 191487)<br>basdeblank@orrick.com<br>ALYSSA CARIDIS (STATE BAR NO. 260103)<br>acaridis@orrick.com<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>The Orrick Building<br>405 Howard Street<br>San Francisco, CA 94105-2669<br>Telephone: (415) 773-5700<br>Facsimile: (415) 773-5759<br><br>SEAN M. SULLIVAN (admitted *pro hac vice*)<br>sullivan@ls3ip.com<br>COLE RICHTER (admitted *pro hac vice*)<br>richter@ls3ip.com<br>LEE SULLIVAN SHEA & SMITH LLP<br>656 W Randolph St., Floor 5W<br>Chicago, IL 60661<br>Telephone:　(312) 754-0002<br>Facsimile:　(312) 754-0003<br><br>*Attorneys for Sonos, Inc.* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GOOGLE LLC.,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>SONOS, INC.,<br><br>　　　　Defendant. | CASE NO. 3:20-cv-06754-WHA<br>Related to CASE NO. 3:21-cv-07559-WHA<br><br>**STIPULATED REQUEST FOR ORDER SETTING SCHEDULE FOR PRETRIAL DEADLINES WITH ORDER AS AMENDED** |

Pursuant to Civil Local Rule 6-2, Google LLC ("Google") and Sonos, Inc. ("Sonos") jointly stipulate and request an order setting a pretrial exchange schedule.

WHEREAS, the Parties have met and conferred in good faith and agreed, subject to the Court's approval, that their proposed schedule for pretrial exchanges will facilitate the resolution of pretrial disclosure disputes before the deadline for the proposed pretrial order;

WHEREAS, the proposed deadlines below are either not set, or earlier than those set, by the Guidelines for Trial and Final Pretrial Conference in Civil Jury Cases Before the Honorable William Alsup (the "Guidelines"), with the exception of the deadline for the parties to serve oppositions to motions *in limine*;

WHEREAS, the Parties propose and agree to exchanging oppositions to motions in *limine* on April 24, 2023 at 10 p.m. P.T. instead of the April 21, 2022 deadline set by the Guidelines to ensure that the parties have adequate time to respond to multiple motions, including *Daubert* motions pursuant to the Court's Order re *Daubert* Motions (Dkt. 291);

WHEREAS, the Parties agree that the new proposed deadline to exchange oppositions to motions in *limine* deadline will not affect the date on which they are filed with the Court;

WHEREAS, the Parties agree that their proposed schedule for pretrial exchanges will not affect the Parties' ability to comply with the other deadlines set forth in this case;

THE PARTIES HEREBY STIPULATE, AGREE, AND REQUEST, that the Court modify pretrial deadlines as follows:

| Event | Current Deadline[1] | Proposed Deadline |
|---|---|---|
| Sonos to serve drafts of pretrial order materials (*i.e.*, joint pretrial order, jury instructions, verdict form, voir dire, juror questionnaire) | N/A | April 3, 2023 |
| Parties to exchange pretrial disclosures required by Fed. R. Civ. P. 26(a)(3) (except for deposition designations) | April 8, 2023 | April 3, 2023 |

---

[1] *See* Guidelines for Trial and Final Pretrial Conference in Civil Jury Cases Before the Honorable William Alsup.

| | | |
|---|---|---|
| Parties to exchange lists of potential motions *in limine* on which agreement may be reached | N/A | April 5, 2023, with mutual exchange at 10 p.m. PT |
| Google to serve redlines for jury instructions | N/A | April 12, 2023 |
| Parties to serve motions *in limine* | April 13, 2023 | April 13, 2023, with mutual exchange at 10 p.m. PT |
| Google to serve redlines of all draft pretrial order materials (*i.e.*, joint pretrial order, verdict form, voir dire, juror questionnaire) | N/A | April 14, 2023 |
| Parties to serve objections pursuant to Fed. R. Civ. P. 26(a)(3)(B) | April 22, 2023 | April 17, 2023 |
| Parties to identify any topics on which they will file trial briefs | N/A | April 21, 2023, with mutual exchange at 10 p.m. PT |
| Parties to serve oppositions to motions *in limine* | April 21, 2023 | April 24, 2023, with mutual exchange at 10 p.m. PT |
| Parties to exchange jury instruction legal memoranda | N/A | April 22, 2023, with mutual exchange at 10 p.m. PT |
| Parties to file joint proposed pretrial order materials, motions in *limine* with oppositions, memoranda of law regarding jury instructions, and optional trial briefs | April 26, 2023 | April 26, 2023 (no change) |

The Parties submit the accompanying declaration of Jocelyn Ma in support hereof and respectfully request that the Court enter the attached proposed order.

IT IS SO STIPULATED.

Dated:  March 8, 2023                                         Respectfully submitted,

*/s/ Charles K. Verhoeven*                                  */s/ Clement Seth Roberts*
Attorneys for GOOGLE LLC                              Attorneys for SONOS, INC.

QUINN EMANUEL URQUHART &               ORRICK, HERRINGTON & SUTCLIFFE
SULLIVAN, LLP                                                  LLP

*Counsel for Google LLC*                                   *Counsel for Sonos, Inc.*

**ECF ATTESTATION**

I, Charles K. Verhoeven, am the ECF User whose ID and password are being used to file this Joint Stipulation. In compliance with Civil Local Rule 5-1, I hereby attest that Clement Roberts, counsel for Sonos, has concurred in this filing.

Dated: March 8, 2023

By: */s/ Charles K. Verhoeven*
Charles K. Verhoeven

**[PROPOSED] ORDER**

The parties shall please limit motions *in limine* to five per side and limit them to circumstances that really require a ruling in advance of opening statements. This is without prejudice to raising evidentiary issues on a daily basis as the trial progresses.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: __March 9_____, 2023.   By: _____
　　　　　　　　　　　　　　　　　　　　　Hon. William Alsup
　　　　　　　　　　　　　　　　　　　　　United States District Judge