QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
Melissa Baily (Bar No. 237649)
melissabaily@quinnemanuel.com
James Judah (Bar No. 257112)
jamesjudah@quinnemanuel.com
Lindsay Cooper (Bar No. 287125)
lindsaycooper@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone:     (415) 875-6600
Facsimile:     (415) 875-6700

Marc Kaplan (*pro hac vice*)
marckaplan@quinnemanuel.com
191 N. Wacker Drive, Ste 2700
Chicago, Illinois 60606
Telephone:     (312) 705-7400
Facsimile:     (312) 705-7401

*Attorneys for GOOGLE LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GOOGLE LLC,<br><br>                Plaintiff,<br><br>        vs.<br><br>SONOS, INC,,<br><br>                Defendant. | CASE NO. 3:20-cv-06754-WHA<br>Related to CASE NO. 3:21-cv-07559-WHA<br><br>**NOTICE OF APPEARANCE OF IMAN LORDGOOEI** |

**TO THE CLERK OF THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that pursuant to Local Civil Rule 5-1(c)(2), Iman Lordgooei, an attorney with the firm of Quinn Emanuel Urquhart & Sullivan, LLP admitted to practice before this Court, hereby appears as an attorney of record for Google LLC in the above-captioned matter. Copies of all pleadings, papers, correspondence, and electronic filing notices should be directed to:

> Iman Lordgooei (Bar No. 251320)
> QUINN EMANUEL URQUHART & SULLIVAN, LLP
> imanlordgooei@quinnemanuel.com
> 50 California Street, 22nd Floor
> San Francisco, California 94111-4788
> Telephone:   (415) 875-6600
> Facsimile:    (415) 875-6700

DATED:  March 16, 2023           QUINN EMANUEL URQUHART & SULLIVAN, LLP

By   */s/ Iman Lordgooei*
     Iman Lordgooei
     Attorney for GOOGLE LLC

-1-                     Case No. 3:21-cv-07559-WHA
NOTICE OF APPEARANCE OF IMAN LORDGOOEI