UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GOOGLE LLC,

    Plaintiff,

v.

SONOS, INC.,

    Defendant.

No. C 20-06754 WHA

**REQUEST FOR INFORMATION**

In Sonos's opposition to Google's motion for summary judgment, Sonos does not respond to Google's argument that a list of service-recommended videos provided by the YouTube cloud servers for playback on the YouTube Remote prior art constituted a "remote playback queue," disclosing limitation 1.4 of the '033 patent (Google Br. 9–11).

Sonos shall file a responsive brief of no more than five pages by **TOMORROW AT 12:00 P.M.** In this brief, Sonos shall please address how this list of service-recommended media items can be distinguished from the list of service-recommended media items that it argues is a "remote playback queue" in the accused YouTube applications, drawing upon the existing record. No new declarations or exhibits please.

Meanwhile, Google shall file a brief of no more than five pages by **TOMORROW AT 12:00 P.M.** addressing the following question: in the event that the Court finds the asserted claims of the '033 patent invalid, does this moot Google's contract-based claims? Google shall also draw upon the existing record and cite to specifics.

Finally, the Court suggests that junior lawyers be designated to argue a substantial part of these motions. Please be aware that there will not be time to reach every item.

**IT IS SO ORDERED.**

Dated: March 28, 2023.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

United States District Court
Northern District of California