QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Charles K. Verhoeven (Bar No. 170151)
  charlesverhoeven@quinnemanuel.com
  Melissa Baily (Bar No. 237649)
  melissabaily@quinnemanuel.com
  James Judah (Bar No. 257112)
  jamesjudah@quinnemanuel.com
  Lindsay Cooper (Bar No. 287125)
  lindsaycooper@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:     (415) 875-6600
Facsimile:     (415) 875-6700

  Marc Kaplan (pro hac vice)
  marckaplan@quinnemanuel.com
191 N. Wacker Drive, Ste 2700
Chicago, Illinois 60606
Telephone:     (312) 705-7400
Facsimile:     (312) 705-7401

*Attorneys for Google LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GOOGLE LLC,<br><br>                       Plaintiff,<br><br>       vs.<br><br>SONOS, INC.,<br><br>                       Defendant. | Case No. 3:20-cv-06754-WHA<br>Related to Case No. 3:21-cv-07559-WHA<br><br>**GOOGLE LLC'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |

## I. INTRODUCTION

Pursuant to Civil Local Rule 79-5, Google LLC ("Google") respectfully submits this Administrative Motion to Consider Whether Another Party's Material Should be Considered in connection with Google's Response to the Court's Request for Information (Dkt. 549) ("Response"). Certain portions of Google's Response contain information that Sonos, Inc. ("Sonos") may consider confidential pursuant to the Stipulated Protective Order ("Protective Order") entered by this Court. Dkt. 94. Accordingly, Google seeks to file under seal the portions of the Response listed below:

| DOCUMENT | PORTIONS SOUGHT TO BE SEALED | DESIGNATING PARTY |
|---|---|---|
| Google's Response | Portions highlighted in blue | Sonos |

Materials and documents may be provisionally filed under seal pursuant to Civil Local Rule 79-5(f) when the document, or portions thereof, "has been designated as confidential by another party or non-party." L.R. 79-5(f). Google has submitted the above portions of its Response under seal because information therein may be considered "CONFIDENTIAL," "HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY," and/or "HIGHLY CONFIDENTIAL—SOURCE CODE" under the Protective Order by Sonos.

In compliance with Civil Local Rule 79-5(d) and (e), an unredacted version of Google's Response accompanies this Administrative Motion and a redacted version of Google's Response has been filed publicly. In accordance with Local Rule 79-5(c)(3), Google has also filed a Proposed Order herewith.

| | |
|---|---|
| DATED: March 29, 2023 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |

By <u>*Charles K. Verhoeven*</u>
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
Melissa Baily (Bar No. 237649)
melissabaily@quinnemanuel.com
James Judah (Bar No. 257112)
jamesjudah@quinnemanuel.com
Lindsay Cooper (Bar No. 287125)
lindsaycooper@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Marc Kaplan *(pro hac vice)*
marckaplan@quinnemanuel.com
191 N. Wacker Drive, Ste 2700
Chicago, Illinois 60606
Telephone:    (312) 705-7400
Facsimile:    (312) 705-7401

*Attorneys for Google LLC*

**CERTIFICATE OF SERVICE**

Pursuant to the Federal Rules of Civil Procedure and Local Rule 5-1, I hereby certify that, on March 29, 2023, all counsel of record who have appeared in this case are being served with a copy of the foregoing via the Court's CM/ECF system and email.

*Charles K. Verhoeven*
Charles K. Verhoeven