UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOOGLE LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>SONOS, INC.,<br><br>        Defendant. | Case No. 3-20-CV-03845-EMC<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |

# [PROPOSED] ORDER

Before the Court is Google LLC's ("Google") Administrative Motion to Consider Whether Another Party's Material Should be Sealed in connection with Google's Response to the Court's Request for Information (Dkt. 549) (the "Motion"). Having considered the Motion and other papers on file, and good cause having been found, the Court GRANTS the motion and ORDERS sealed the portions of Google's Response below:

| DOCUMENT | PORTIONS TO BE SEALED | DESIGNATING PARTY |
|---|---|---|
| Google's Response | Portions highlighted in blue | Sonos |

**IT IS SO ORDERED.**

DATED: _____      _____

Honorable William Alsup
United States District Judge