CLEMENT SETH ROBERTS (SBN 209203)
croberts@orrick.com
BAS DE BLANK (SBN 191487)
basdeblank@orrick.com
ALYSSA CARIDIS (SBN 260103)
acaridis@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:   +1 415 773 5700
Facsimile:   +1 415 773 5759

SEAN M. SULLIVAN (*pro hac vice*)
sullivan@ls3ip.com
MICHAEL P. BOYEA (*pro hac* vice)
boyea@ls3ip.com
COLE B. RICHTER (*pro hac vice*)
richter@ls3ip.com
LEE SULLIVAN SHEA & SMITH LLP
656 W Randolph St., Floor 5W
Chicago, IL 60661
Telephone:   +1 312 754 0002
Facsimile:   +1 312 754 0003

*Attorneys for Sonos, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA,

SAN FRANCISCO DIVISION

| | |
|---|---|
| GOOGLE LLC,<br><br>       Plaintiff and Counter-defendant,<br><br>       v.<br><br>SONOS, INC.,<br><br>       Defendant and Counter-claimant. | Case No. 3:20-cv-06754-WHA<br>Related to Case No. 3:21-cv-07559-WHA<br><br>**PROOF OF SERVICE OF SEALED MATERIAL RE SONOS, INC.'S RESPONSE TO REQUEST FOR INFORMATION** |

**PROOF OF SERVICE**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action. My business address is Orrick, Herrington, & Sutcliffe, 355 S. Grand Avenue, Suite 2700, Los Angeles, CA 90071.

On March 29, 2023, I served the following documents on the interested parties in this action:

Sonos, Inc.'s Response To Request For Information (Sealed Version)

on the following service list as indicated below pursuant to agreement by the parties:

| | |
|---|---|
| Charles K. Verhoeven<br>charlesverhoeven@quinnemanuel.com<br>Nima Hefazi<br>nimahefazi@quinnemanuel.com<br>Jocelyn Ma<br>jocelynma@quinnemanuel.com<br>Marc Kaplan<br>marckaplan@quinnemanuel.com<br>Lindsay Cooper<br>lindsaycooper@quinnemanuel.com<br>Lana Robins<br>lanarobins@quinnemanuel.com<br>Anne-Raphaëlle Aubry<br>anneraphaelleaubry@quinnemanuel.com<br>qe-sonos3@quinnemanuel.com | QUINN EMANUEL URQUHART<br>& SULLIVAN, LLP<br>50 California Street, 22nd Floor<br>San Francisco, CA 94111-478<br><br>Attorneys for GOOGLE LLC |

(BY E-MAIL OR ELECTRONIC TRANSMISSION) by electronically transmitting a true and correct copy of the document(s) in pdf format from email address amaruska@orrick.com to the email address(es) set forth in the service list. I did not receive, within a reasonable time after the transmission, any electronic message or indication that the transmission was unsuccessful or incomplete.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on March 29, 2023, in Los Angeles, California.

Amy Maruska