QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Charles K. Verhoeven (Bar No. 170151)
  charlesverhoeven@quinnemanuel.com
  Melissa Baily (Bar No. 237649)
  melissabaily@quinnemanuel.com
  James Judah (Bar No. 257112)
  jamesjudah@quinnemanuel.com
  Lindsay Cooper (Bar No. 287125)
  lindsaycooper@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:     (415) 875-6600
Facsimile:     (415) 875-6700

  Marc Kaplan (pro hac vice)
  marckaplan@quinnemanuel.com
191 N. Wacker Drive, Ste 2700
Chicago, Illinois 60606
Telephone:     (312) 705-7400
Facsimile:     (312) 705-7401

*Attorneys for Google LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GOOGLE LLC,<br><br>             Plaintiff,<br><br>     vs.<br><br>SONOS, INC.,<br><br>             Defendant. | Case No. 3:20-cv-06754-WHA<br>Related to Case No. 3:21-cv-07559-WHA<br><br>**GOOGLE LLC'S NOTICE OF WITHDRAWAL OF ITS RESPONSE TO SONOS'S RENEWED MOTION TO REALIGN THE PARTIES**<br><br>The Hon. William H. Alsup<br>Date:       March 30, 2023<br>Time:       8:00 a.m.<br>Location:   Courtroom 12, 19th Floor |

**PLEASE TAKE NOTICE THAT** pursuant to Civil Local Rule 7-7(e), Google LLC ("Google"), by and through its attorneys, hereby withdraws its previously-filed Response to Sonos's Renewed Motion to Realign the Parties (Dkt. 513). Google no longer opposes Sonos's Motion, and the withdrawal of Google's Response should obviate the need for argument on Sonos's Renewed Motion to Realign the Parties (Dkt. 477) at the March 30, 2023 hearing.

DATED: March 29, 2023

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By   *Charles K. Verhoeven*
   Charles K. Verhoeven (Bar No. 170151)
   charlesverhoeven@quinnemanuel.com
   Melissa Baily (Bar No. 237649)
   melissabaily@quinnemanuel.com
   James Judah (Bar No. 257112)
   jamesjudah@quinnemanuel.com
   Lindsay Cooper (Bar No. 287125)
   lindsaycooper@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

   Marc Kaplan *(pro hac vice)*
   marckaplan@quinnemanuel.com
191 N. Wacker Drive, Ste 2700
Chicago, Illinois 60606
Telephone:   (312) 705-7400
Facsimile:   (312) 705-7401

*Attorneys for Google LLC*

**ATTESTATION**

Pursuant to the Federal Rules of Civil Procedure and Local Rule 5-1, I hereby certify that, on March 29, 2023, all counsel of record who have appeared in this case are being served with a copy of the foregoing via the Court's CM/ECF system and email.

*Charles K. Verhoeven*
Charles K. Verhoeven