UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GOOGLE LLC,

    Plaintiff,

v.

SONOS, INC.,

    Defendant.

No. C 20-06754 WHA

**REQUEST FOR INFORMATION**

Each party shall please file a brief of no more than three pages on its construction of the term "remote playback queue" by **TOMORROW, MARCH 31, 2023, at 5:00 P.M.** Again, please draw upon the existing record and cite to specifics.

**IT IS SO ORDERED.**

Dated: March 30, 2023.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE