Clement S. Roberts (SBN 209203)
*croberts@orrick.com*
ORRICK HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, CA 94105
Tel: (415) 773-5700 -- Fax: (415) 773-5759

Alyssa Caridis (SBN 260103)
*acaridis@orrick.com*
ORRICK HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Tel: (213) 629-2020 -- Fax: (213) 612-2499

George I. Lee
*lee@ls3ip.com*
Sean M. Sullivan
*sullivan@ls3ip.com*
Rory P. Shea
*shea@ls3ip.com*
J. Dan Smith
*smith@ls3ip.com*
Michael P. Boyea
*boyea@ls3ip.com*
Cole B. Richter
*richter@ls3ip.com*
LEE SULLIVAN SHEA & SMITH LLP
656 W Randolph St, Floor 5W
Chicago, IL 60661
Tel: (312) 754-0002 -- Fax: (312) 754-0003

*Attorneys for Sonos, Inc.*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONOS, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> GOOGLE LLC, <br><br> *Defendant*. | Case No. 3:20-cv-6754 <br><br> **SONOS, INC.'S NOTICE OF WITHDRAWAL OF DKT. 560, PAGE 3, LINES 17-26** <br><br> Date: April 3, 2023 |

**NOTICE**

On April 3, 2023, Google alleged that Sonos included a "new, untimely summary judgment argument" in Sonos's Response to Court's Second Request for Information at Dkt. 560, page 3, lines 17-26. In view of this allegation, Google requested that Sonos "withdraw the[se] portions" or stipulate that Google can file a motion for leave to submit a response. Sonos disagrees that these portions constitute a new or untimely summary judgment argument, especially given the discussion had during the summary judgment hearing on March 30, 2023.

However, to avoid burdening the Court with further briefing on this issue, Sonos withdraws lines 17-26 of page 3 of its Response (Dkt. 560) without prejudice. Of course, if the Court would like further briefing on this or any other issue, Sonos is happy to submit such briefing.

Dated: April 3, 2023

ORRICK HERRINGTON & SUTCLIFFE LLP
*and*
LEE SULLIVAN SHEA & SMITH LLP

By: */s/ Cole B. Richter*
     Cole B. Richter (admitted *pro hac*)

     *Attorneys for Sonos, Inc.*