| UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA CAND 435 (CAND Rev. 08/2018) | **TRANSCRIPT ORDER** **Please use one form per court reporter.** *CJA counsel please use Form CJA24* Please read instructions on next page. | COURT USE ONLY **DUE DATE:** |
|---|---|---|

| 1a. CONTACT PERSON FOR THIS ORDER<br>Catherine Schmitz | 2a. CONTACT PHONE NUMBER<br>(415) 203-4438 | 3. CONTACT EMAIL ADDRESS<br>caschmitz@polsinelli.com |
|---|---|---|
| 1b. ATTORNEY NAME (if different)<br>Joshua L. Rayes | 2b. ATTORNEY PHONE NUMBER<br>(415) 248-2141 | 3. ATTORNEY EMAIL ADDRESS<br>jrayes@polsinelli.com |

| 4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE)<br>Polsinelli LLP<br>Three Embarcadero Center, Suite 2400<br>San Francisco, CA 94111 | 5. CASE NAME<br>Sonos v. Google | 6. CASE NUMBER<br>3:20-cv-06754-W |
|---|---|---|
| 7. COURT REPORTER NAME ( FOR FTR, LEAVE BLANK AND CHECK BOX)→ ☐ FTR<br>Belle Ball | 8. THIS TRANSCRIPT ORDER IS FOR:<br>☐ APPEAL ☐ CRIMINAL ☐ In forma pauperis (NOTE: Court order for transcripts must be attached)<br>☐ NON-APPEAL ☑ CIVIL CJA: <u>Do not use this form; use Form CJA24.</u> | |

**9. TRANSCRIPT(S) REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested), format(s) & quantity and delivery type:

a. HEARING(S) (OR PORTIONS OF HEARINGS)  
b. SELECT FORMAT(S) (*NOTE: ECF access is included with purchase of PDF, text, paper or condensed.*)  
c. DELIVERY TYPE ( Choose one per line)

| DATE | JUDGE (initials) | TYPE (e.g. CMC) | PORTION If requesting less than full hearing, specify portion (e.g. witness or time) | PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED (email) | ECF ACCESS (web) | ORDINARY (30-day) | 14-Day | EXPEDITED (7-day) | 3-DAY | DAILY (Next day) | HOURLY (2 hrs) | REALTIME |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/30/2023 | WHA | 464 | Motion to Strike | ● | ○ | ○ | ○ | ○ | ○ | ⬤ | ○ | ○ | ○ | ○ | ○ |
| 03/30/2023 | WHA | 469 | Motion to Strike | ● | ○ | ○ | ○ | ○ | ○ | ● | ○ | ○ | ○ | ○ | ○ |
| 03/30/2023 | WHA | 477 | Renewed Mtn to Realign Parties | ● | ○ | ○ | ○ | ○ | ○ | ● | ○ | ○ | ○ | ○ | ○ |
| 03/30/2023 | WHA | 478 | MSJ | ● | ○ | ○ | ○ | ○ | ○ | ● | ○ | ○ | ○ | ○ | ○ |
| 04/03/2023 | WHA | 483 | MSJ | ● | ○ | ○ | ○ | ○ | ○ | ● | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |

10. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC:

ORDER & CERTIFICATION (11. & 12.) By signing below, I certify that I will pay all charges (deposit plus additional).

| 11. SIGNATURE   /s/ Joshua L. Rayes | 12. DATE<br>04/03/2023 |
|---|---|

Clear Form          Save as new PDF

Minute Entry for proceedings held before Judge William Alsup: Motion Hearing held on 3/30/2023 re 464 MOTION to Strike, 469 MOTION to Strike, 477 Renewed MOTION To Realign The Parties, 478 MOTION for Summary Judgment, and 483 MOTION for Summary Judgment. Parties orally stipulated to and Court granted that parties be realigned for purposes of trial, designating Sonos as Plaintiff and Google as Defendant. All other motions taken under submission.Total Time in Court: 2 Hours; 33 Minutes. Court Reporter: Belle Ball. Sonos Attorneys: Clem Roberts, Sean Sullivan, Cole Richter, Alyssa Caridis, J. Dan Smith, Rory Shea. Google Attorneys: Lana Robins, Jocelyn Ma, Lindsay Cooper, Sean Pak, Melissa Baily. (This is a text-only entry generated by the court. There is no document associated with this entry.) (afm, COURT STAFF) (Date Filed: 3/30/2023) (Entered: 03/30/2023)

As of March 31, 2023, PACER did not contain a publicly available document associated with this docket entry. The text of the docket entry is shown above.

*Google LLC v. Sonos, Inc.*
3-20-cv-06754 (NDCA), 3/30/2023, docket entry 557