PERKINS COIE LLP
Dan L. Bagatell (Cal. Bar No. 218879)
DBagatell@perkinscoie.com
3 Weatherby Road
Hanover, New Hampshire 03755
Telephone:     (602) 351-8250
Facsimile:      (602) 648-7150

Counsel for GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| GOOGLE LLC,<br><br>           Plaintiff,<br><br>      vs.<br><br>SONOS, INC.,<br><br>           Defendant. | CASE NO. 3:20-cv-06754-LB<br><br>**NOTICE OF APPEARANCE OF<br>DAN L. BAGATELL** |

1  TO THE CLERK OF THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

2      PLEASE TAKE NOTICE that Dan L. Bagatell, an attorney with the firm of Perkins Coie

3  LLP, and admitted to practice before this Court, hereby appears as an additional attorney of record

4  for Google LLC in the above-captioned matter.  His contact information is:

5      Dan L. Bagatell (Cal. Bar No. 218879)
    DBagatell@perkinscoie.com
6      3 Weatherby Road
    Hanover, New Hampshire 03755
7      (602) 351-8250 telephone
    (602) 648-7150 facsimile
8

9

10 DATED:  April 20, 2023        PERKINS COIE LLP

11         By: */s/ Dan L. Bagatell*
12           Dan L. Bagatell

13         Attorney for GOOGLE LLC

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28