UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONOS, INC., <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | No. C 20-06754 WHA <br> No. C 21-07559 WHA <br><br> (Consolidated) <br><br> **REFERRAL TO JUDGE THOMAS HIXSON FOR MEDIATION** |

This action was originally referred to a private mediator for settlement, but the private mediation has become bogged down in larger world-wide disputes. This action, however, can and should be settled on its own merits, regardless of those other disputes. Consequently, this consolidated case is hereby **REFERRED** to Judge Thomas Hixson for mediation. Judge Hixson's chambers will contact counsel to schedule. This is mandatory, not optional.

**IT IS SO ORDERED.**

Dated: April 20, 2023.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE