FILED
Apr 21 2023
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOOGLE LLC,<br><br>        Plaintiff,<br><br>   v.<br><br>SONOS, INC.,<br><br>        Defendant.<br><br>        and<br><br>SONOS INC.,<br><br>        Plaintiff,<br><br>   v.<br><br>GOOGLE LLC.,<br><br>        Defendant. | Case No. 20-cv-06754-WHA  (TSH)<br><br>**ORDER SCHEDULING SETTLEMENT CONFERENCE**<br><br><br><br>Case No. 21-cv-07559 WHA  (TSH) |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

This case was referred to Magistrate Judge Thomas S. Hixson for a settlement conference.

**A.    Time and Location of the Settlement Conference**

The settlement conference shall take place in person on **May 2, 2023, at 10:00 A.M.** in Courtroom E, located on the 15th Floor of the Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

**B.     Participants**

Lead trial counsel must attend the settlement conference with the parties and with the persons having full authority to negotiate and settle the case. Everyone whose approval is necessary to reach a settlement must be present in person.

**C.     Settlement Conference Statements**

No later than April 28, 2023, each party must email pdf versions of their settlement conference statements to TSHsettlement@cand.uscourts.gov. If the statement contains voluminous exhibits, the party must also lodge (not e-file or file) it by submitting it to Magistrate Judge Hixson, 450 Golden Gate Avenue, 16th Floor, San Francisco, CA 94102, in a sealed envelope prominently marked "**SETTLEMENT CONFERENCE DOCUMENTS: DO NOT FILE**."

The settlement conference statement shall include the following:

1.   A list of names, titles, and positions of persons who will attend the conference.

2.   A brief statement of the facts of the case.

3.   A brief statement of the claims and defenses including, but not limited to, statutory or other grounds upon which the claims are founded, a candid evaluation of the parties' likelihood of prevailing on the claims and defenses, and a description of the major issues in dispute.

4.   A summary of the proceedings to date and any pending motions.

5.   The relief sought.

6.   Any discrete issue that, if resolved, would facilitate the resolution of the case.

7.   The party's position on settlement, including present demands and offers and a history of past settlement discussions.

The parties must exchange their settlement conference statements with each other. In addition, any party may submit an additional confidential letter to the Court. The contents of this letter will not be disclosed to the other parties.

**D.     Additional Requirements**

The parties shall notify chambers immediately at (415) 522-4698 if the case settles prior to the date of the settlement conference. Counsel must provide a copy of this order to all

2

participating parties.  Counsel must review Northern District of California ADR Local Rule 7, available at http://www.adr.cand.uscourts.gov.

**IT IS SO ORDERED.**

Dated: 4/21/2023

_____
THOMAS S. HIXSON
United States Magistrate Judge