CLEMENT SETH ROBERTS (STATE BAR NO. 209203)
croberts@orrick.com
BAS DE BLANK (STATE BAR NO. 191487)
basdeblank@orrick.com
ALYSSA CARIDIS (STATE BAR NO. 260103)
acaridis@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:   +1 415 773 5700
Facsimile:   +1 415 773 5759

SEAN M. SULLIVAN (*pro hac vice*)
sullivan@ls3ip.com
MICHAEL P. BOYEA (*pro hac vice*)
boyea@ls3ip.com
COLE B. RICHTER (*pro hac vice*)
richter@ls3ip.com
LEE SULLIVAN SHEA & SMITH LLP
656 W Randolph St., Floor 5W
Chicago, IL 60661
Telephone:   +1 312 754 0002
Facsimile:   +1 312 754 0003

*Attorneys for Sonos, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA,

SAN FRANCISCO DIVISION

| | |
|---|---|
| SONOS, INC., <br><br> Plaintiff and Counter-defendant, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant and Counter-claimant. | Case No. 3:20-cv-06754-WHA <br> Related to Case No. 3:21-cv-07559-WHA <br><br> **SONOS, INC.'S NOTICE OF LODGING PRESENTATION SLIDES RE THE MARCH 30, 2023 HEARING** |

1    PLEASE TAKE NOTICE that counsel for Sonos, Inc. hereby lodges the presentation
2 slides it prepared and presented to the Court and counsel on March 30, 203 for the hearing on the
3 parties' dispositive motions held by the Honorable William Alsup.  The slides are attached hereto
4 as Attachments A to E.

6 Dated:  April 21, 2023                    ORRICK HERRINGTON & SUTCLIFFE LLP
                                            *and*
7                                           LEE SULLIVAN SHEA & SMITH LLP

8                                           By: */s/ Clement Seth Roberts*
9                                                Clement Seth Roberts

10                                          *Attorneys for Sonos, Inc.*