# EXHIBIT A

**PUBLIC - REDACTED**

# SONOS'S MOTION FOR SUMMARY JUDGMENT

# Timeline of Events Relevant to Google's Breach of Contract Claim



2

# Section 3.5 of 2013 Content Integration Agreement



*Kolker Dec.* (Dkt. 478-5), Ex. 2 at Recitals.



*Kolker Dec.* (Dkt. 478-5), Ex. 2 at § 3.2.

## in the 2013 Content Integration Agreement



*Kolker Dec.* (Dkt. 478-5), Ex. 2 at Recitals.



4

# Section 3.4 of 2013 Content Integration Agreement



*Kolker Dec.* (Dkt. 478-5), Ex. 2 at § 3.4.

# Section 12.8 of 2018 Service Integration Agreement



*Kwasizur Dec.* (Dkt. 478-1), Ex. 1 at § 12.8.

# "Direct Control" in the SIA



SIA -- *Kwasizur Dec.* (Dkt. 478-1), Ex. 1 at § 1.5.



SIA -- *Kwasizur Dec.* (Dkt. 478-1), Ex. 1 at § 3.1.2.

# Purpose of the SIA



SIA -- *Kwasizur Dec.* (Dkt. 478-1), Ex. 1 at Recitals.

# Same Subject Matter in the CIA and SIA



CIA -- *Kolker Dec.* (Dkt. 478-5), Ex. 2 at Recitals.

SIA -- *Kwasizur Dec.* (Dkt. 478-1), Ex. 1 at Recitals.

CIA -- *Kolker Dec.* (Dkt. 478-5), Ex. 2 at Recitals.

SIA -- *Kwasizur Dec.* (Dkt. 478-1), Ex. 1 at § 1.

9

# Section 5.3 of 2018 Service Integration Agreement



*Kwasizur Dec.* (Dkt. 478-1), Ex. 1 at § 5.3.