1  CLEMENT SETH ROBERTS (SBN 209203)
   croberts@orrick.com
2  BAS DE BLANK (SBN 191487)
   basdeblank@orrick.com
3  ALYSSA CARIDIS (SBN 260103)
   acaridis@orrick.com
4  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
5  405 Howard Street
   San Francisco, CA 94105-2669
6  Telephone:    +1 415 773 5700
   Facsimile:    +1 415 773 5759
7
   SEAN M. SULLIVAN (pro hac vice)
8  sullivan@ls3ip.com
   MICHAEL P. BOYEA (pro hac vice)
9  boyea@ls3ip.com
   COLE RICHTER (pro hac vice)
10 richter@ls3ip.com
   LEE SULLIVAN SHEA & SMITH LLP
11 656 W Randolph St., Floor 5W
   Chicago, IL 60661
12 Telephone:    +1 312 754 0002
   Facsimile:    +1 312 754 0003
13
   *Attorneys for Sonos, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA,

SAN FRANCISCO DIVISION

| | |
|---|---|
| SONOS, INC., <br><br> Plaintiff and Counter-defendant, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant and Counter-claimant. | Case No. 3:20-cv-06754-WHA <br> Related to Case No. 3:21-cv-07559-WHA <br><br> **DECLARATION OF CLEMENT ROBERTS IN SUPPORT OF SONOS, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL RE NOTICE OF LODGING PRESENTATION SLIDES RE THE MARCH 30, 2023 HEARING** |

1  I, Clement Roberts, declare as follows and would so testify under oath if called upon to do

2  so:

3  1.   I am an attorney with the law firm of Orrick, Herrington & Sutcliffe LLP, counsel

4  of record to Sonos, Inc. ("Sonos") in the above-captioned matter. I am a member in good

5  standing of the Bar of the State of California. I make this declaration based on my personal

6  knowledge, unless otherwise noted. If called, I can and will testify competently to the matters set

7  forth herein.

8  2.   I make this declaration in support of Sonos's Administrative Motion to File Under

9  Seal in connection with Sonos's Notice of Lodging Presentation Slides Re the March 30, 2023

10  Hearing ("Sonos's Notice of Lodging").

11  3.   Sonos seeks an order sealing the materials as listed below:

| DOCUMENT | PORTIONS TO BE SEALED | DESIGNATING PARTY |
|---|---|---|
| Attachment A to Sonos's Notice of Lodging | Portions outlined in red boxes on pages 2-10 | Sonos and Google |
| Attachment E to Sonos's Notice of Lodging | Portions outlined in red boxes on pages 29, 30-32 | Sonos |

17  4.   The portions of Attachment E outlined in red boxes contain references to Sonos's

18  confidential business information and trade secrets, including confidential technical details

19  regarding the operation of Sonos products. Thus, public disclosure of such information may lead

20  to competitive harm as Sonos's competitors could use these details regarding the operation and

21  functionality of these products to gain a competitive advantage in the marketplace with respect to

22  their competing products. Additionally, the portions of Attachment A outlined in red boxes

23  include terms to confidential agreements that are not public. Specifically, that Attachment shows

24  the terms on which Sonos works with content service providers to integrate their content into

25  Sonos's system, a regular part of Sonos's commercial work. Disclosure of this information

26  would harm Sonos's competitive standing by giving Sonos's competitors highly sensitive

27  information about Sonos's business dealings with other entities. *See, e.g.*, Dkt. 518 at 15

28  (granting Google's request to "seal information related to third-party license agreements, public

1  disclosure of which may cause Google harm"); Case No. 3:21-cv-7559-WHA, Dkt. 228 at 3-4
2  (granting motions "to seal references to confidential business negotiations and agreements, public
3  disclosure of which may cause both parties harm").  Sealing this information would thus "prevent
4  competitors from gaining insight into [Sonos's] business model and strategy."  *In re Qualcomm*
5  *Litig.*, No. 3:17-cv-0108-GPC-MDD, at *4 (S.D. Cal. Nov. 8, 2017).  A less restrictive alternative
6  than sealing the portions of Sonos's Motion and the exhibits indicated in the table above, would
7  not be sufficient because the information sought to be sealed is Sonos's confidential business
8  information and trade secrets and is integral to Sonos's legal arguments.  *See* Declaration of Clem
9  Roberts in Support of Administrative Motion filed concurrently herewith, ¶ 4.
10         I declare under penalty of perjury that the foregoing is true and correct to the best of my
11 knowledge.  Executed this 21st day of April, 2023 in Belevedere, California.

*/s/ Clement S. Roberts*
Clement Seth Roberts