UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA,

SAN FRANCISCO DIVISION

| | |
|---|---|
| SONOS, INC.,<br><br>  Plaintiff and Counter-defendant,<br><br>v.<br><br>GOOGLE LLC,<br><br>  Defendant and Counter-claimant. | Case No. 3:20-cv-06754-WHA<br>Related to Case No. 3:21-cv-07559-WHA<br><br>**[PROPOSED] ORDER GRANTING SONOS, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL RE NOTICE OF LODGING PRESENTATION SLIDES RE THE MARCH 30, 2023 HEARING** |

Pursuant to Civil Local Rules 7-11 and 79-5, Sonos, Inc. ("Sonos") has filed an administrative motion ("Sonos's Administrative Motion") in connection with Sonos's Notice of Lodging Presentation Slides Re the March 30, 2023 Hearing ("Sonos's Notice of Lodging"), and good cause to seal having been shown, the Court GRANTS Sonos's Administrative Motion and ORDERS sealed the following:

| DOCUMENT | PORTIONS TO BE SEALED | DESIGNATING PARTY |
|---|---|---|
| Attachment A to Sonos's Notice of Lodging | Portions outlined in red boxes on pages 2-10 | Sonos and Google |
| Attachment E to Sonos's Notice of Lodging | Portions outlined in red boxes on pages 29, 30-32 | Sonos |

Dated: _____, 2023

HON. WILLIAM H. ALSUP
United States District Judge