1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA,

SAN FRANCISCO DIVISION

| | |
|---|---|
| SONOS, INC.,<br><br>　　Plaintiff and Counter-defendant,<br><br>　　v.<br><br>GOOGLE LLC,<br><br>　　Defendant and Counter-claimant. | Case No. 3:20-cv-06754-WHA<br>Related to Case No. 3:21-cv-07559-WHA<br><br>**[PROPOSED] ORDER GRANTING SONOS, INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED RE NOTICE OF LODGING PRESENTATION SLIDES RE THE MARCH 30, 2023 HEARING** |

Pursuant to Civil Local Rule 79-5, Sonos, Inc. ("Sonos") has filed an Administrative Motion to Consider Whether Another Party's Material Should Be Sealed ("Administrative Motion") in connection with Sonos's Notice of Lodging Presentation Slides Re the March 30, 2023 Hearing ("Sonos's Notice of Lodging"), and good cause to seal having been shown, the Court GRANTS Sonos's Administrative Motion and ORDERS sealed the following:

| DOCUMENT | PORTIONS TO BE SEALED | DESIGNATING PARTY |
|---|---|---|
| Attachment A to Sonos's Notice of Lodging | Portions outlined in red boxes on pages 2-10 | Google and Sonos |
| Attachment B to Sonos's Notice of Lodging | Portions outlined in red boxes on pages 9-24, 27, 37, 39-48, 51, 52, and 54 | Google |
| Attachment C to Sonos's Notice of Lodging | Portions outlined in red boxes on pages 2-5, 9, 11, 14, 15, 18-23, 26 | Google |
| Attachment D to Sonos's Notice of Lodging | Portions outlined in red boxes on pages 2-5, 12-17, 21, 22, 24, 29, 30, 32, 33, 35, 38-44, 50-51, and 53 | Google |

Dated: _____, 2023

_____
HON. WILLIAM H. ALSUP
United States District Judge