| | |
|---|---|
| CLEMENT SETH ROBERTS (SBN 209203)<br>croberts@orrick.com<br>BAS DE BLANK (SBN 191487)<br>basdeblank@orrick.com<br>ALYSSA CARIDIS (SBN 260103)<br>acaridis@orrick.com<br>EVAN D. BREWER (SBN 304411)<br>ebrewer@orrick.com<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>The Orrick Building<br>405 Howard Street<br>San Francisco, CA 94105-2669<br>Telephone:    +1 415 773 5700<br>Facsimile:    +1 415 773 5759<br><br>SEAN M. SULLIVAN (*pro hac vice*)<br>sullivan@ls3ip.com<br>J. DAN SMITH (*pro hac vice*)<br>smith@ls3ip.com<br>MICHAEL P. BOYEA (*pro hac vice*)<br>boyea@ls3ip.com<br>COLE B. RICHTER (*pro hac vice*)<br>richter@ls3ip.com<br>LEE SULLIVAN SHEA & SMITH LLP<br>656 W Randolph St., Floor 5W<br>Chicago, IL 60661<br>Telephone:    +1 312 754 0002<br>Facsimile:    +1 312 754 0003<br><br>*Attorneys for Sonos, Inc.* | QUINN EMANUEL URQUHART &<br>SULLIVAN, LLP<br>  Sean Pak (Bar No. 219032)<br>  seanpak@quinnemanuel.com<br>  Melissa Baily (Bar No. 237649)<br>  melissabaily@quinnemanuel.com<br>  James Judah (Bar No. 257112)<br>  jamesjudah@quinnemanuel.com<br>  Lindsay Cooper (Bar No. 287125)<br>  lindsaycooper@quinnemanuel.com<br>  Iman Lordgooei (Bar No. 251320)<br>  imanlordgooei@quinnemanuel.com<br>50 California Street, 22nd Floor<br>San Francisco, California 94111-4788<br>Telephone:    (415) 875-6600<br>Facsimile:    (415) 875-6700<br><br>  Marc Kaplan (*pro hac vice*)<br>  marckaplan@quinnemanuel.com<br>191 N. Wacker Drive, Ste 2700<br>Chicago, Illinois 60606<br>Telephone:    (312) 705-7400<br>Facsimile:    (312) 705-7401<br><br>*Attorneys for GOOGLE, LLC* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SONOS, INC.,<br><br>             Plaintiff,<br><br>     v.<br><br>GOOGLE LLC,<br><br>             Defendant. | Case No. 3:20-cv-06754-WHA<br>Related to Case No. 3:21-cv-07559-WHA<br><br>**JOINT REQUEST AND [PROPOSED] ORDER REGARDING COURTROOM EQUIPMENT**<br><br>Judge:   Hon. William Alsup<br>Trial Date: May 8, 2023 |

Plaintiff Sonos, Inc. and Defendant Google LLC (the "Parties") hereby respectfully request permission to bring the equipment listed below into Courtroom 12, 19th Floor, on Friday, May 5, 2023 at 10:00 AM PT, as agreed upon between the Parties and Hon. William Alsup's Courtroom Deputy, Ms. Angie Meuleman, for use during trial in the above captioned matter, currently scheduled to commence on May 8, 2023.

1. Computers and peripherals (i.e. laptop computers, portable external hard drives, VGA adapters, USB hubs, cabling, power strips, extension cords, power cords, etc.)
2. Projector (and accompanying stand) (one)
3. Projection screen (and accompanying stand) (one)
4. Speaker system (one; unless courtroom speaker system can be utilized)
5. LCD monitors (four)
6. Video switches and splitters
7. Tech Tables (one or two per side, as allowed by Court and available space)
8. Printers (two, for use in breakout rooms)
9. Library/binder carts (for use in Court and/or breakout rooms)
10. Boxes of documents to lodge with the Court (trial exhibits and original deposition transcripts, as required by standing order), as well as boxes of documents for each party to reference during trial

| | | |
|---|---|---|
| 1 | Date:   April 25, 2023 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 2 | | |
| 3 | | By:  /s/ Alyssa Caridis |
| | | ALYSSA CARIDIS |
| 4 | | Attorneys for Plaintiff SONOS INC. |
| 5 | Dated:   April 25, 2023 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 7 | | By:  /s/ Sean S. Pak |
| | | Sean S. Pak |
| 8 | | Attorneys for Defendant GOOGLE LLC |

-3-

REQUEST AND [PROPOSED] ORDER
RE COURTROOM EQUIPMENT
Case No. 3:20-cv-06754-WHA

4146-0035-0535

**ATTESTATION OF E-FILED SIGNATURE**

I, Alyssa Caridis, am the ECF User whose ID and password are being used to file this Joint Request and [Proposed] Order Regarding Courtroom Equipment. In compliance with General Order 45, X.B., I hereby attest that Sean Pak has concurred in this filing.

April 25, 2023

                                             */s/ Alyssa Caridis*
                                             ALYSSA CARIDIS