UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SONOS, INC.,<br><br>      Plaintiff,<br><br>  v.<br><br>GOOGLE LLC,<br><br>      Defendant. | Case No. 3:20-cv-06754-WHA<br>Related to Case No. 3:21-cv-07559-WHA<br><br>**[PROPOSED] ORDER REGARDING COURTROOM EQUIPMENT**<br><br>Judge: The Honorable William Alsup<br>Trial Date: May 8, 2023 |

  Plaintiff Sonos, Inc. and Defendant Google LLC ("Parties") have filed a Joint Request Regarding Courtroom Equipment ("Request").

  Having considered the Request, the Court orders that the Request is GRANTED.

  IT IS SO ORDERED.

Dated: _____, 2023

                     _____<br>
                     HON. WILLIAM ALSUP<br>
                     United States District Court Judge