1  CLEMENT SETH ROBERTS (SBN 209203)
   croberts@orrick.com
2  BAS DE BLANK (SBN 191487)
   basdeblank@orrick.com
3  ALYSSA CARIDIS (SBN 260103)
   acaridis@orrick.com
4  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
5  405 Howard Street
   San Francisco, CA 94105-2669
6  Telephone:    +1 415 773 5700
   Facsimile:    +1 415 773 5759
7
   SEAN M. SULLIVAN (admitted *pro hac vice*)
8  sullivan@ls3ip.com
   COLE RICHTER (admitted *pro hac vice*)
9  richter@ls3ip.com
   LEE SULLIVAN SHEA & SMITH LLP
10 656 W Randolph St., Floor 5W
   Chicago, IL 60661
11 Telephone:    +1 312 754 0002
   Facsimile:    +1 312 754 0003
12
   *Attorneys for Sonos, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA,

SAN FRANCISCO DIVISION

| | |
|---|---|
| SONOS, INC.,<br><br>    Plaintiff and Counter-defendant,<br><br>    v.<br><br>GOOGLE LLC,<br><br>    Defendant and Counter-claimant. | Case No. 3:20-cv-06754-WHA<br>Related to Case No. 3:21-cv-07559-WHA<br><br>**DECLARATION OF CLEMENT ROBERTS IN SUPPORT OF SONOS, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL RE SONOS'S MOTION *IN LIMINE* NO. 1** |

1          I, Clement Roberts, declare as follows and would so testify under oath if called upon to do

2  so:

3          1.      I am an attorney with the law firm of Orrick, Herrington & Sutcliffe LLP, counsel

4  of record to Sonos, Inc. ("Sonos") in the above-captioned matter. I am a member in good

5  standing of the Bar of the State of California. I make this declaration based on my personal

6  knowledge, unless otherwise noted. If called, I can and will testify competently to the matters set

7  forth herein.

8          2.      I make this declaration in support of Sonos's Administrative Motion to File Under

9  Seal in connection with Sonos's Motion *in Limine* No. 1 ("Sonos's Motion") and Google's

10 Response to Motion *in Limine* No. 1 ("Google's Response").

11         3.      Sonos seeks an order sealing the materials as listed below:

| DOCUMENT | PORTIONS TO BE SEALED | DESIGNATING PARTY |
|---|---|---|
| Exhibit A to Kolker Declaration | Portions highlighted in blue | Sonos |
| Exhibit B to Kolker Declaration | Portions highlighted in blue | Sonos |
| Google's Response | Portions highlighted in blue | Sonos |
| Google's Response | Portions highlighted in green | Sonos and Google |
| Exhibit 1 to Cooper Declaration | Entire Document | Sonos |
| Exhibit 2 to Cooper Declaration | Portions highlighted in blue | Sonos |
| Exhibit 3 to Cooper Declaration | Portions highlighted in blue | Sonos |

21         4.      The portions of Google's Response highlighted in blue and green, and the exhibits

22 listed above (including the blue highlighted portions of Exhibits A and B to the Kolker

23 Declaration, the blue highlighted portions of Exhibits 2 and 3 to the Cooper Declaration, and all

24 of Exhibit 1 to the Cooper Declaration), contain references to Sonos's confidential business

25 information and trade secrets, including the details of Sonos's confidential licenses and license

26 offers with third parties, including Google. Sonos's licensing practices, history, and previous

27 license agreements are all confidential information that Sonos does not share publicly. Thus,

28 public disclosure of such information may lead to competitive harm as Sonos's competitors could

1  use these details to gain a competitive advantage in the marketplace.  A less restrictive alternative
2  than sealing the portions of Sonos's Motion and the exhibits indicated in the table above, would
3  not be sufficient because the information sought to be sealed is Sonos's confidential business
4  information and trade secrets and is integral to Sonos's legal arguments (in the case of Exhibits A
5  and B to the Kolker Declaration) or cited by Google (in the case of Google's Response and
6  Exhibits 1, 2, and 3 to the Cooper Declaration).

8      I declare under penalty of perjury that the foregoing is true and correct to the best of my
9  knowledge.  Executed this 25th day of April, 2023 in Belevedere, California.

*/s/ Clement S. Roberts*
Clement Seth Roberts