1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                    NORTHERN DISTRICT OF CALIFORNIA,
10                           SAN FRANCISCO DIVISION
11

12 | SONOS, INC.,                              | Case No. 3:20-cv-06754-WHA
13 |     Plaintiff and Counter-defendant,      | Related to Case No. 3:21-cv-07559-WHA
14 |     v.                                    | **[PROPOSED] ORDER GRANTING SONOS, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL RE SONOS'S MOTION *IN LIMINE* NO. 1**
15 | GOOGLE LLC,
16 |     Defendant and Counter-claimant.

Pursuant to Civil Local Rules 7-11 and 79-5, Sonos, Inc. ("Sonos") has filed an administrative motion ("Sonos's Administrative Motion") in connection with Sonos's Motion *in Limine* No. 1 ("Sonos's Motion") and Google's Response to Motion *in Limine* No. 1 ("Google's Response"), and good cause to seal having been shown, the Court GRANTS Sonos's Administrative Motion and ORDERS sealed the following:

| DOCUMENT | PORTIONS TO BE SEALED | DESIGNATING PARTY |
|---|---|---|
| Exhibit A to Kolker Declaration | Portions highlighted in blue | Sonos |
| Exhibit B to Kolker Declaration | Portions highlighted in blue | Sonos |
| Google's Response | Portions highlighted in blue | Sonos |
| Google's Response | Portions highlighted in green | Sonos and Google |
| Exhibit 1 to Cooper Declaration | Entire Document | Sonos |
| Exhibit 2 to Cooper Declaration | Portions highlighted in blue | Sonos |
| Exhibit 3 to Cooper Declaration | Portions highlighted in blue | Sonos |

Dated: _____, 2023

　　　　　　　　　　　　　　　　　　　　　　　　HON. WILLIAM H. ALSUP
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge