UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA,

SAN FRANCISCO DIVISION

| | |
|---|---|
| GOOGLE LLC,<br><br>  Plaintiff and Counter-defendant,<br><br>v.<br><br>SONOS, INC.,<br><br>  Defendant and Counter-claimant. | Case No. 3:20-cv-06754-WHA<br>Related to Case No. 3:21-cv-07559-WHA<br><br>**[PROPOSED] ORDER GRANTING SONOS, INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED RE SONOS, INC.'S MOTION *IN LIMINE* NO. 1** |

Pursuant to Civil Local Rule 79-5, Sonos, Inc. ("Sonos") has filed an Administrative Motion to Consider Whether Another Party's Material Should Be Sealed ("Administrative Motion") in connection Sonos's Motion *in Limine* No. 1 ("Sonos's Motion") and Google's Response to Motion *in Limine* No. 1 ("Google's Response"), and good cause to seal having been shown, the Court GRANTS Sonos's Administrative Motion and ORDERS sealed the following:

| DOCUMENT | PORTIONS TO BE SEALED | DESIGNATING PARTY |
|---|---|---|
| Sonos's Motion | Portions highlighted in yellow | Google |
| Exhibit A to Kolker Declaration | Entire document | Google |
| Exhibit B to Kolker Declaration | Entire document | Google |
| Google's Response | Portions highlighted in yellow | Google |
| Google's Response | Portions highlighted in green | Google and Sonos |
| Exhibit 1 to Cooper Declaration | Entire document | Google and Sonos |
| Exhibit 2 to Cooper Declaration | Entire document | Google and Sonos |
| Exhibit 3 to Cooper Declaration | Entire document | Google and Sonos |
| Exhibit 5 to Cooper Declaration | Portions highlighted in yellow | Google |
| Exhibit 9 to Cooper Declaration | Entire document | Google |

Dated: _____, 2023

_____
HON. WILLIAM H. ALSUP
United States District Judge