1  CLEMENT SETH ROBERTS (SBN 209203)
   croberts@orrick.com
2  BAS DE BLANK (SBN 191487)
   basdeblank@orrick.com
3  ALYSSA CARIDIS (SBN 260103)
   acaridis@orrick.com
4  Orrick, Herrington & Sutcliffe LLP
   The Orrick Building
5  405 Howard Street
   San Francisco, CA 94105-2669
6  Telephone:   +1 415 773 5700
   Facsimile:   +1 415 773 5759
7
   SEAN M. SULLIVAN (pro hac vice)
8  sullivan@ls3ip.com
   MICHAEL P. BOYEA (pro hac vice)
9  boyea@ls3ip.com
   COLE RICHTER (pro hac vice)
10 richter@ls3ip.com
   LEE SULLIVAN SHEA & SMITH LLP
11 656 W Randolph St., Floor 5W
   Chicago, IL 60661
12 Telephone:   +1 312 754 0002
   Facsimile:   +1 312 754 0003
13
   *Attorneys for Sonos, Inc.*
14

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SONOS, INC.,<br><br>       Plaintiff and Counterdefendant,<br><br>v.<br><br>GOOGLE LLC,<br><br>       Defendant and Counterclaimant. | Case No. 3:20-cv-06754-WHA<br>Related to Case No. 3:21-cv-07559-WHA<br><br>**DECLARATION OF JOSEPH R. KOLKER IN SUPPORT OF SONOS'S MOTION *IN LIMINE* NO. 1 TO LIMIT THE TESTIMONY OF GOOGLE'S DAMAGES EXPERT W. CHRISTOPHER BAKEWELL**<br><br>Judge:  Hon. William Alsup<br>Pretrial Conf.: May 3, 2023<br>Time: 12:00 p.m.<br>Courtroom:  12, 19th Floor<br>Trial Date: May 8, 2023 |

I, Joseph R. Kolker, declare as follows and would so testify under oath if called upon to do so:

1. I am an attorney with the law firm of Orrick, Herrington & Sutcliffe LLP, counsel of record to Sonos, Inc. ("Sonos") in the above-captioned matter. I am a member in good standing of the New York State Bar and am admitted to practice before this Court in this matter *pro hac vice*. I make this declaration based on my personal knowledge, unless otherwise noted. If called, I can and will testify competently to the matters set forth herein.

2. I make this declaration in support of Sonos's Motion *in Limine* No. 1 to Limit the Testimony of Google's Damages Expert W. Christopher Bakewell.

3. Attached as **Exhibit A** is a true and correct copy of excerpts from the deposition transcript of Christopher Bakewell, taken on January 31, 2023.

4. Attached as **Exhibit B** is a true and correct copy of excerpts from the Rebuttal Expert Report Regarding Damages of W. Chistopher Bakewell, dated January 13, 2023.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed this 13th day of April, 2023 in Yonkers, New York.

_____
JOSEPH R. KOLKER