QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Sean Pak (Bar No. 219032)
  seanpak@quinnemanuel.com
  Melissa Baily (Bar No. 237649)
  melissabaily@quinnemanuel.com
  James Judah (Bar No. 257112)
  jamesjudah@quinnemanuel.com
  Lindsay Cooper (Bar No. 287125)
  lindsaycooper@quinnemanuel.com
  Iman Lordgooei (Bar No. 251320)
  imanlordgooei@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:     (415) 875-6600
Facsimile:     (415) 875-6700

  Marc Kaplan *(pro hac vice)*
  marckaplan@quinnemanuel.com
191 N. Wacker Drive, Ste 2700
Chicago, Illinois 60606
Telephone:     (312) 705-7400
Facsimile:     (312) 705-7401

*Attorneys for GOOGLE LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SONOS, INC.,<br><br>　　　　Plaintiff and Counter-Defendant,<br><br>　　vs.<br><br>GOOGLE LLC,<br><br>　　　　Defendant and Counter-Claimant. | Case No. 3:20-cv-06754-WHA<br>Related to Case No. 3:21-cv-07559<br><br>**DECLARATION OF LINDSAY COOPER IN SUPPORT OF GOOGLE LLC'S RESPONSE TO SONOS, INC.S' MOTION *IN LIMINE* NO. 1 TO LIMIT THE TESTIMONY OF GOOGLE'S DAMAGES EXPERT W. CHRISTOPHER BAKEWELL** |

I, Lindsay Cooper, declare and state as follows:

1. I am an attorney licensed to practice in the State of California and am admitted to practice before this Court. I am a partner at Quinn Emanuel Urquhart & Sullivan LLC representing Google LLC ("Google") in this matter. I make this declaration in support of Google's Response to Sonos, Inc.'s ("Sonos") Motion *in Limine* No. 1 to Limit the Testimony of Google's Damages Expert W. Christopher Bakewell. I have personal knowledge of the matters set forth in this Declaration, and if called as a witness I would testify competently to those matters.

2. Attached as Exhibit 1 is a true and correct copy of excerpts of the December 9, 2022 Supplemental Expert Report of James E. Malackowski.

3. Attached as Exhibit 2 is a true and correct copy of excerpts of Christopher Bakewell's January 13, 2023 Rebuttal Expert Report Regarding Damages.

4. Attached as Exhibit 3 is a true and correct copy of excerpts of the January 30, 2023 Corrections, Clarifications and Updates to Rebuttal Expert Report of W. Christopher Bakewell.

5. Attached as Exhibit 4 is a true and correct copy of excerpts of the transcript from the January 30, 2023 deposition of James E. Malackowski.

6. Attached as Exhibit 5 is a true and correct copy of excerpts of the January 13, 2023 Rebuttal Report of Dan Schonfeld, Ph.D.

7. Attached as Exhibit 6 is a true and correct copy of U.S. Patent No. 7,542,816.

8. Attached as Exhibit 7 is a true and correct copy of U.S. Patent No. 7,562,117.

9. Attached as Exhibit 8 is a true and correct copy of U.S. Patent No. 7,603,414.

10. Attached as Exhibit 9 is a true and correct copy of excerpts of the transcript from the August 26, 2022 deposition of James E. Malackowski.

//
//
//
//
//
//

11.     Attached as Exhibit 10 is a true and correct copy of an email chain between Google's counsel and Sonos's counsel.

I declare under penalty of perjury that to the best of my knowledge the foregoing is true and correct. Executed on April 24, 2023, in Mill Valley, California.

DATED: April 24, 2023

By: _/s/ Lindsay Cooper_<br>Lindsay Cooper

**ECF ATTESTATION**

I, Clement S. Roberts, am the ECF User whose ID and password are being used to file this Declaration. In compliance with Civil Local Rule 5-1, I hereby attest that Lindsay Cooper, counsel for Google, has concurred in this filing.

Dated:  April 25, 2023

By: */s/ Clement S. Roberts*
       Clement S. Roberts