# EXHIBIT 4

CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1            UNITED STATES DISTRICT COURT
 2       FOR THE NORTHERN DISTRICT OF CALIFORNIA
 3   SONOS, INC.,
 4       Plaintiff,
 5           vs.            Case No. 3:21-CV-07559-WHA
 6   GOOGLE LLC
 7       Defendant.
     _____
 8
     -AND-
 9
     GOOGLE LLC,
10
         Plaintiff,
11
             vs.            Case No. 3:20-CV-06754-WHA
12
     SONOS, INC.,
13
         Defendant.
14   _____
            **CONFIDENTIAL - ATTORNEYS' EYES ONLY**
15
         ZOOM DEPOSITION OF JAMES E. MALACKOWSKI
16
     (Reported Remotely via Video & Web Videoconference)
17
            Miami, Florida (Deponent's location)
18
                 Monday, January 30, 2022
19
                       Volume 1
20
     STENOGRAPHICALLY REPORTED BY:
21   REBECCA L. ROMANO, RPR, CSR, CCR
     California CSR No. 12546
22   Nevada CCR No. 827
     Oregon CSR No. 20-0466
23   Washington CCR No. 3491
24   JOB NO. 5686085
25   PAGES 1 - 297
```

Page 1

CONFIDENTIAL - ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | A.   There are three which are identified by | 10:19:10 |
| 2 | name within my report. | |
| 3 | Q.   How many hours have they billed to this | |
| 4 | matter to date? | |
| 5 | A.   I don't know.  Mr. Hess is the billing | 10:19:18 |
| 6 | partner.  But I suspect their time commitment is | |
| 7 | the same or greater than mine. | |
| 8 | Q.   And what are the -- the billable rates -- | |
| 9 | or withdrawn. | |
| 10 | What are the billing rates of those | 10:19:32 |
| 11 | individuals who assisted you in preparing these | |
| 12 | reports? | |
| 13 | A.   They range from, I believe, approximately | |
| 14 | $225 an hour to approximately $595 per hour. | |
| 15 | Q.   Do you know how much Ocean Tomo has | 10:19:46 |
| 16 | billed for your team's work on this case? | |
| 17 | A.   I don't.  It would be substantial, | |
| 18 | several hundred thousand dollars, but I don't know | |
| 19 | the total. | |
| 20 | Q.   You agree that lost profits is not the | 10:19:57 |
| 21 | appropriate form of compensation here, correct? | |
| 22 | A.   Well, ultimately that's a decision for | |
| 23 | the fact-finder.  I am not offering a lost profits | |
| 24 | calculation as part of my expert work. | |
| 25 | Q.   Your report relies in part on opinions of | 10:20:12 |

Page 16

| | | |
|---|---|---|
| 1 | does not practice? | 02:49:28 |
| 2 | A.   Yeah.  You don't need to practice the | |
| 3 | patent yourself in order to lose sales to a third | |
| 4 | party who does practice.  That's not a requirement. | |
| 5 | Cases are very specific to that point. | 02:49:40 |
| 6 | Q.   You're talking about the Panduit factors? | |
| 7 | A.   Well, Panduit factors focus on the -- one | |
| 8 | measure of lost profits methodology, but there are | |
| 9 | cases that specifically have awarded lost profits | |
| 10 | to patent holders who do not practice the specific | 02:49:57 |
| 11 | claim asserted against the defendant. | |
| 12 | Q.   Right, but we're not talking about a lost | |
| 13 | profits methodology here.  I'm just asking you | |
| 14 | about your -- your opinions about Sonos lost sales. | |
| 15 | And so I -- I appreciate that it may not | 02:50:10 |
| 16 | be required for the patent holder to practice the | |
| 17 | product under a lost profits analysis, but that | |
| 18 | wasn't my question. | |
| 19 | My question is do you believe that Sonos | |
| 20 | has lost sales due to Google's purported | 02:50:24 |
| 21 | infringement of the '033 patent, even though Sonos | |
| 22 | does not practice that patent? | |
| 23 | A.   Yes, I do believe that.  I have not | |
| 24 | quantified that. | |
| 25 | Q.   Are you aware of any specific sales that | 02:50:36 |

Page 162

| | | |
|---|---|---|
| 1 | Sonos has lost due to Google's infringement of the | 02:50:38 |
| 2 | '033 patent? | |
| 3 |     A.   No. | |
| 4 |     Q.   Are you aware of any specific sales that | |
| 5 | Sonos has lost due to Google's infringement of the | 02:50:46 |
| 6 | Zone Scene patents? | |
| 7 |     A.   No.  If you're talking about a sale to a | |
| 8 | particular customer or a retailer, no, I don't have | |
| 9 | data that would allow me to do that.  Obviously | |
| 10 | there's information describing Google's desire to | 02:50:59 |
| 11 | be within the same retail locations on the same | |
| 12 | shelves, the perception of directly competing or | |
| 13 | their view of directly competing, but I can't | |
| 14 | quantify that. | |
| 15 |     And this is one of the realized benefits | 02:51:12 |
| 16 | of the efficient infringement methodology that | |
| 17 | Google's practicing.  They're not going to be | |
| 18 | charged with lost profits in this case. | |
| 19 |     Q.   Let's see.  On page 221 in the second | |
| 20 | paragraph, you go on to opine, middle of the | 02:51:30 |
| 21 | paragraph:  "For example, the Google Home Mini | |
| 22 | predatorily implemented Sonos' valuable patented | |
| 23 | technology into an all-in-one wireless multiroom | |
| 24 | product that Google sells at a highly subsidized | |
| 25 | price point or even gives away for free." | 02:51:46 |

```
 1   products?                                              03:16:48
 2        A.   I think that's generally the same
 3   question but with different descriptors.  And yes,
 4   there are other components in the players that are
 5   not covered specifically by the '885, as I            03:16:58
 6   understand it.
 7        Q.   Would you agree that the accused grouping
 8   functionality is not the primary or main component
 9   of the accused Google media content players?
10        A.   Yes.                                         03:17:12
11        Q.   Do you -- is it your opinion that the
12   accused '885 functionality drives demand for
13   accused Google media content players?
14        A.   In part, but not sufficient to determine
15   a lost profits calculation.                            03:17:31
16        Q.   So you believe that consumers are buying,
17   for example, the Nest Wi-Fi Point because of the
18   accused grouping functionality?
19        A.   I believe that one of the reasons is the
20   feature set that would include that, and that is,    03:17:49
21   in part, why that feature set is promoted by
22   Google.  I don't believe that it's sufficient basis
23   for demand for lost profits or to invoke the entire
24   market rule, for example, and expand greatly the
25   royalty base.                                         03:18:06
```

Page 182

1       I, Rebecca L. Romano, a Certified Shorthand
2  Reporter of the State of California, do hereby
3  certify:
4       That the foregoing proceedings were taken
5  before me remotely at the time and place herein set
6  forth; that any deponents in the foregoing
7  proceedings, prior to testifying, were administered
8  an oath; that a record of the proceedings was made
9  by me using machine shorthand which was thereafter
10 transcribed under my direction; that the foregoing
11 transcript is true record of the testimony given.
12      Further, that if the foregoing pertains to the
13 original transcript of a deposition in a Federal
14 Case, before completion of the proceedings, review
15 of the transcript [ ] was [X] was not requested.
16      I further certify I am neither financially
17 interested in the action nor a relative or employee
18 of any attorney or any party to this action.
19      IN WITNESS WHEREOF, I have this date
20 subscribed my name.
21 Dated:  February 2, 2023
22
23
24                          _____
                            Rebecca L. Romano, RPR, CCR
25                          CSR. No 12546

Page 294

Veritext Legal Solutions
866 299-5127