CLEMENT SETH ROBERTS (SBN 209203)
croberts@orrick.com
BAS DE BLANK (SBN 191487)
basdeblank@orrick.com
ALYSSA CARIDIS (SBN 260103)
acaridis@orrick.com
Orrick, Herrington & Sutcliffe LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:    +1 415 773 5700
Facsimile:    +1 415 773 5759

SEAN M. SULLIVAN (*pro hac vice*)
sullivan@ls3ip.com
COLE B. RICHTER (*pro hac vice*)
richter@ls3ip.com
LEE SULLIVAN SHEA & SMITH LLP
656 W Randolph St., Floor 5W
Chicago, IL 60661
Telephone:    +1 312 754 0002
Facsimile:    +1 312 754 0003

*Attorneys for Sonos, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SONOS, INC., <br><br> Plaintiff and Counterdefendant, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant and Counterclaimant. | Case No. 3:20-cv-06754-WHA <br> Related to Case No. 3:21-cv-07559-WHA <br><br> **DECLARATION OF JOSEPH R. KOLKER IN SUPPORT OF SONOS, INC.'S MOTION *IN LIMINE* NO. 2 TO LIMIT THE TESTIMONY OF GOOGLE'S TECHNICAL EXPERT DR. DAN SCHONFELD** <br><br> Judge:  Hon. William Alsup <br> Pretrial Conf.:  May 3, 2023 <br> Time:  12:00 p.m. <br> Courtroom:  12, 19th Floor <br> Trial Date:  May 8, 2023 |

I, Joseph R. Kolker, declare as follows and would so testify under oath if called upon to do so:

1. I am an attorney with the law firm of Orrick, Herrington & Sutcliffe LLP, counsel of record to Sonos, Inc. ("Sonos") in the above-captioned matter. I am a member in good standing of the New York State Bar and am admitted to practice before this Court in this matter *pro hac vice*. I make this declaration based on my personal knowledge, unless otherwise noted. If called, I can and will testify competently to the matters set forth herein.

2. I make this declaration in support of Sonos's Motion *in Limine* No. 2 to Limit the Testimony of Google's Technical Expert Dr. Dan Schonfeld.

3. Attached hereto as **Exhibit A** is a true and correct copy of excerpts from the Opening Expert Report of Dr. Dan Schonfeld Regarding U.S. Patent No. 10,848,885 and U.S. Patent No. 10,469,966, dated November 30, 2022.

4. Attached hereto as **Exhibit B** is a true and correct copy of excerpts from the Reply Expert Report of Dr. Dan Schonfeld Regarding U.S. Patent No. 10,848,885 and U.S. Patent No. 10,469,966, dated January 23, 2023.

5. Attached hereto as **Exhibit C** is a true and correct copy of the Asserted Claims of U.S. Patent No. 10,848,885 and U.S. Patent No. 10,469,966.

6. Attached hereto as **Exhibit D** is a true and correct copy of an excerpt from Sonos, Inc.'s Corrected Supplemental Disclosure of Asserted Claims and Infringement Contentions, dated February 21, 2022.

7. Attached hereto as **Exhibit E** is a true and correct copy of excerpts from the Rebuttal Expert Report of Dr. Kevin C. Almeroth, dated January 13, 2023.

8. Attached hereto as **Exhibit F** is a true and correct copy of The Bose Lifestyle 50 System, Owner's Guide, dated October 17, 2001 and bearing production numbers BOSE_SUB-0000001 - BOSE_SUB-0000055.

1

Decl. of Kolker ISO Sonos, Inc.'s Motion *In Limine* No. 2 To Limit The Testimony of Google's Technical Expert Dr. Dan Schonfeld
Case No. 3:20-cv-06754-WHA

1  I declare under penalty of perjury that the foregoing is true and correct to the best of my
2  knowledge. Executed this 13th day of April, 2023 in Yonkers, New York.

_____
JOSEPH R. KOLKER

2

Decl. of Kolker ISO Sonos, Inc.'s Motion *In Limine*
No. 2 To Limit The Testimony of Google's
Technical Expert Dr. Dan Schonfeld
Case No. 3:20-cv-06754-WHA