QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Sean Pak (Bar No. 219032)
  seanpak@quinnemanuel.com
  Melissa Baily (Bar No. 237649)
  melissabaily@quinnemanuel.com
  James Judah (Bar No. 257112)
  jamesjudah@quinnemanuel.com
  Lindsay Cooper (Bar No. 287125)
  lindsaycooper@quinnemanuel.com
  Iman Lordgooei (Bar No. 251320)
  imanlordgooei@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:    (415) 875-6600
Facsimile:    (415) 875-6700

  Marc Kaplan (pro hac vice)
  marckaplan@quinnemanuel.com
191 N. Wacker Drive, Ste 2700
Chicago, Illinois 60606
Telephone:    (312) 705-7400
Facsimile:    (312) 705-7401

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SONOS, INC.,<br><br>           Plaintiff and Counter-Defendant,<br><br>vs.<br><br>GOOGLE LLC,<br><br>           Defendant and Counter-Claimant. | CASE NO. 3:20-cv-06754-WHA<br><br>**DECLARATION OF JASON C. WILLIAMS IN SUPPORT OF GOOGLE'S RESPONSE TO SONOS'S MOTION *IN LIMINE* NO. 2 TO LIMIT THE TESTIMONY OF GOOGLE'S TECHNICAL EXPERT DR. DAN SCHONFELD** |

I, Jason C. Williams, declare and state as follows:

1. I am an attorney licensed to practice in the State of Massachusetts and I am admitted to practice before this Court. I am an attorney at the firm of Quinn Emanuel Urquhart & Sullivan, LLP and I am counsel of record for Plaintiff Google LLC ("Google").

2. I provide this declaration in support of Google's Response to Sonos's Motion In Limine No. 2 To Limit The Testimony Of Google's Technical Expert Dr. Dan Schonfeld. If called as a witness, I could and would testify competently to the information contained herein.

3. Exhibit A is a true and accurate copy of excerpts from the Opening Report of Dr. Dan Schonfeld dated November 30, 2022.

4. Exhibit B is a true and accurate copy of excerpts from the Rebuttal Report of Dr. Kevin Almeroth dated January 13, 2023.

5. Exhibit C is a true and accurate copy of excerpts from the First Supplemental Rebuttal Report of Dr. Kevin Almeroth dated March 21, 2023.

6. Exhibit D is a true and accurate copy of excerpts from the Opening Report of Dr. Kevin Almeroth dated November 30, 2022.

7. Exhibit E is a true and accurate copy of excerpts from the deposition transcript of Dr. Dan Schonfeld dated February 2, 2023.

8. Exhibit F is a true and accurate copy of excerpts from the Opening Report of Mr. James Malackowski dated November 30, 2022.

9. Exhibit G is a true and accurate copy of excerpts from the Opening Report of Dr. Dan Schonfeld dated June 22, 2022.

10. I declare under penalty of perjury under the laws of the United States of America that to the best of my knowledge the foregoing is true and correct. Executed on April 24, 2023, in New York, New York.

1  DATED: April 24, 2023				Respectfully submitted,

				By	*/s/ Jason Williams*
					Jason Williams

**ECF ATTESTATION**

I, Clement S. Roberts, am the ECF User whose ID and password are being used to file this Declaration. In compliance with Civil Local Rule 5-1, I hereby attest that Jason Williams, counsel for Google, has concurred in this filing.

Dated: April 25, 2023

By: */s/ Clement S. Roberts*
  Clement S. Roberts