UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA,

SAN FRANCISCO DIVISION

| | |
|---|---|
| SONOS, INC.,<br><br>    Plaintiff and Counter-defendant,<br><br>v.<br><br>GOOGLE LLC,<br><br>    Defendant and Counter-claimant. | Case No. 3:20-cv-06754-WHA<br>Related to Case No. 3:21-cv-07559-WHA<br><br>**[PROPOSED] ORDER GRANTING SONOS, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL RE SONOS'S MOTION *IN LIMINE* NO. 3** |

Pursuant to Civil Local Rules 7-11 and 79-5, Sonos, Inc. ("Sonos") has filed an administrative motion ("Sonos's Administrative Motion") in connection with Sonos's Motion *in Limine* No. 3 ("Sonos's Motion") and Google's Response to Motion *in Limine* No. 3 ("Google's Response"), and good cause to seal having been shown, the Court GRANTS Sonos's Administrative Motion and ORDERS sealed the following:

| DOCUMENT | PORTIONS TO BE SEALED | DESIGNATING PARTY |
|---|---|---|
| Google's Response | Portions highlighted in blue | Sonos |
| Exhibit 1 to Kaplan Declaration | Portions highlighted in blue | Sonos |
| Exhibit 2 to Kaplan Declaration | Portions highlighted in blue | Sonos |

Dated: _____, 2023

                                    HON. WILLIAM H. ALSUP
                                    United States District Judge