# Sonos, Inc.'s Motion *In Limine* No. 3

# EXHIBIT B

Contains Highly Confidential AEO and Source Code Materials

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| GOOGLE LLC,<br><br>　　　　　Plaintiff<br><br>　v.<br><br>SONOS, INC.,<br><br>　　　　　Defendant. | CASE NO. 3:20-cv-06754-WHA<br>Related to CASE NO. 3:21-cv-07559-WHA |

**OPENING EXPERT REPORT OF DR. DAN SCHONFELD REGARDING U.S. PATENT NO. 10,848,885 AND U.S. PATENT NO. 10,469,966**

Contains Highly Confidential AEO and Source Code Materials

|       |                                                                              |    |
|-------|------------------------------------------------------------------------------|----|
| II.   | SUMMARY OF OPINIONS                                                          | 4  |
| III.  | QUALIFICATIONS                                                               | 5  |
| IV.   | MATERIALS CONSIDERED                                                         | 9  |
| V.    | LEGAL STANDARDS                                                              | 10 |
|       | A.   Legal Standard for Priority Date                                        | 10 |
|       | B.   Prior Art                                                               | 10 |
|       | C.   Legal Standard for Anticipation                                         | 11 |
|       | D.   Legal Standard for Obviousness                                          | 12 |
|       | E.   Legal Standard for Conception and Reduction to Practice                 | 14 |
|       | F.   Legal Standard for Written Description                                  | 15 |
|       | G.   Person of Ordinary Skill in the Art                                     | 15 |
|       | H.   Patent Claims and Claim Construction                                    | 16 |
|       | I.   Presumption of Validity                                                 | 16 |
|       | J.   Legal Standard for Prior Art                                            | 16 |
|       | K.   Obviousness-Type Double Patenting                                       | 17 |
| VI.   | THE '885 PATENT and '966 PATENT                                              | 20 |
|       | A.   Background                                                              | 20 |
|       | B.   Specification                                                           | 20 |
|       | C.   Asserted Claims                                                         | 21 |
|       | D.   Prosecution History                                                     | 24 |
|       |     2.   '885 Patent                                     | 24 |
|       |     3.   '966 Patent                                     | 30 |
|       | E.   Effective Priority Date                                                 | 33 |
| VII.  | PERSON OF ORDINARY SKILL IN THE ART                                          | 33 |
| VIII. | CLAIM CONSTRUCTION                                                           | 34 |
| IX.   | THE COURT'S JULY 21, 2022 ORDER AND CLAIM CONSTRUCTION DEVELOPMENTS          | 36 |
|       |     1.   Zone Scene                                      | 36 |
|       |     2.   Indication                                      | 38 |
|       |     3.   Standalone                                      | 40 |
|       |     4.   Written Description                             | 40 |
| X.    | STATE OF THE ART AND OVERVIEW OF THE PRIOR ART                               | 47 |
|       | A.   Sonos's Own Systems                                                     | 50 |

|   |   |   |   |   |
|---|---|---|---|---|
|   |   | 2. | The Sonos System Overview | 55 |
|   |   | 3. | The Sonos Webpage | 84 |
|   |   | 4. | Evidence Considered for the Sonos System | 92 |
|   | B. | The Sonos Forums | | 93 |
|   | C. | Logitech Slim Devices / Squeezebox | | 131 |
|   |   | 5. | Evidence Considered for the Squeezebox System | 131 |
|   | D. | Bose | | 169 |
|   | E. | Millington | | 181 |
|   | F. | Lambourne | | 183 |
|   | G. | Nourse | | 184 |
|   | H. | Crestron | | 185 |
|   | I. | Yamaha DME | | 199 |
| XI. | INVALIDITY OF '885 PATENT BASED ON ANTICIPATION AND OBVIOUSNESS | | | 219 |
|   | A. | Obviousness In View of the Prior Art Sonos Products ("Sonos System") | | 219 |
|   |   | 2. | Limitation 1 (preamble): "A first zone player comprising:" | 220 |
|   |   | 3. | Limitation 1.1: "a network interface that is configured to communicatively couple the first zone player to at least one data network;" | 224 |
|   |   | 4. | Limitation 1.2: "one or more processors;" | 231 |
|   |   | 5. | Limitation 1.3: "a non-transitory computer-readable medium; and" | 234 |
|   |   | 6. | Limitation 1.4: "program instructions stored on the non-transitory computer-readable medium that, when executed by the one or more processors, cause the first zone player to perform functions comprising:" | 237 |
|   |   | 7. | Limitation 1.5: "while operating in a standalone mode in which the first zone player is configured to play back media individually in a networked media playback system comprising the first zone player and at least two other zone players:" | 237 |
|   |   | 8. | Limitation 1.6: "(i) receiving, from a network device over a data network, a first indication that the first zone player has been added to a first zone scene comprising a first predefined grouping of zone players including at least the first zone player and a second zone player that are to be configured for synchronous playback of media when the first zone scene is invoked; and" | 248 |
|   |   | 9. | Limitation 1.7: "(ii) receiving, from the network device over the data network, a second indication that the first zone player has been added to a second zone scene comprising a second predefined |   |

|  |  |  |
|---|---|---|
|  | grouping of zone players including at least the first zone player and a third zone player that are to be configured for synchronous playback of media when the second zone scene is invoked, wherein the second zone player is different than the third zone player;" | 285 |
| 10. | Limitation 1.8: "after receiving the first and second indications, continuing to operate in the standalone mode until a given one of the first and second zone scenes has been selected for invocation;" | 303 |
| 11. | Limitation 1.9: "after the given one of the first and second zone scenes has been selected for invocation, receiving, from the network device over the data network, an instruction to operate in accordance with a given one of the first and second zone scenes respectively comprising a given one of the first and second predefined groupings of zone players; and" | 320 |
| 12. | Limitation 1.10: "based on the instruction, transitioning from operating in the standalone mode to operating in accordance with the given one of the first and second predefined groupings of zone players such that the first zone player is configured to coordinate with at least one other zone player in the given one of the first and second predefined groupings of zone players over a data network in order to output media in synchrony with output of media by the at least one other zone player in the given one of the first and second predefined groupings of zone players." | 326 |
| B. | Anticipation over and Obviousness In View of Squeezebox | 333 |
| 13. | Limitation 1 (preamble): "A first zone player comprising:" | 339 |
| 14. | Limitation 1.1: "a network interface that is configured to communicatively couple the first zone player to at least one data network;" | 343 |
| 15. | Limitation 1.2: "one or more processors;" | 344 |
| 16. | Limitation 1.3: "a non-transitory computer-readable medium; and" | 348 |
| 17. | Limitation 1.4: "program instructions stored on the non-transitory computer-readable medium that, when executed by the one or more processors, cause the first zone player to perform functions comprising:" | 350 |
| 18. | Limitation 1.5: "while operating in a standalone mode in which the first zone player is configured to play back media individually in a networked media playback system comprising the first zone player and at least two other zone players:" | 350 |
| 19. | Limitation 1.6: "(i) receiving, from a network device over a data network, a first indication that the first zone player has been added to a first zone scene comprising a first predefined grouping of zone players including at least the first zone player and a second zone |  |

Contains Highly Confidential AEO and Source Code Materials

| | | |
|---|---|---|
| | | player that are to be configured for synchronous playback of media when the first zone scene is invoked; and" ......................................... 354 |
| | 20. | Limitation 1.7: "(ii) receiving, from the network device over the data network, a second indication that the first zone player has been added to a second zone scene comprising a second predefined grouping of zone players including at least the first zone player and a third zone player that are to be configured for synchronous playback of media when the second zone scene is invoked, wherein the second zone player is different than the third zone player;" ............ 412 |
| | 21. | Limitation 1.8: "after receiving the first and second indications, continuing to operate in the standalone mode until a given one of the first and second zone scenes has been selected for invocation;" ........... 505 |
| | 22. | Limitation 1.9: "after the given one of the first and second zone scenes has been selected for invocation, receiving, from the network device over the data network, an instruction to operate in accordance with a given one of the first and second zone scenes respectively comprising a given one of the first and second predefined groupings of zone players; and" ................................................................... 523 |
| | 23. | Limitation 1.10: "based on the instruction, transitioning from operating in the standalone mode to operating in accordance with the given one of the first and second predefined groupings of zone players such that the first zone player is configured to coordinate with at least one other zone player in the given one of the first and second predefined groupings of zone players over a data network in order to output media in synchrony with output of media by the at least one other zone player in the given one of the first and second predefined groupings of zone players." ............................................... 525 |
| C. | | Obviousness Type Double Patenting Over U.S. Patent No. 9,141,645 ............. 526 |
| | 24. | Limitation 1 (preamble): "A first zone player comprising:" ................. 538 |
| | 25. | Limitation 1.1: "a network interface that is configured to communicatively couple the first zone player to at least one data network;" ................................................................................................ 538 |
| | 26. | Limitation 1.2: "one or more processors;" .......................................... 539 |
| | 27. | Limitation 1.3: "a non-transitory computer-readable medium; and" ..... 540 |
| | 28. | Limitation 1.4: "program instructions stored on the non-transitory computer-readable medium that, when executed by the one or more processors, cause the first zone player to perform functions comprising:" ............................................................................................ 541 |
| | 29. | Limitation 1.5: "while operating in a standalone mode in which the first zone player is configured to play back media individually in a networked media playback system comprising the first zone player and at least two other zone players:" ................................................. 541 |

Contains Highly Confidential AEO and Source Code Materials

30. Limitation 1.6: "(i) receiving, from a network device over a data network, a first indication that the first zone player has been added to a first zone scene comprising a first predefined grouping of zone players including at least the first zone player and a second zone player that are to be configured for synchronous playback of media when the first zone scene is invoked; and" ........................................... 542

31. Limitation 1.7: "(ii) receiving, from the network device over the data network, a second indication that the first zone player has been added to a second zone scene comprising a second predefined grouping of zone players including at least the first zone player and a third zone player that are to be configured for synchronous playback of media when the second zone scene is invoked, wherein the second zone player is different than the third zone player;" ............ 543

32. Limitation 1.8: "after receiving the first and second indications, continuing to operate in the standalone mode until a given one of the first and second zone scenes has been selected for invocation;" ........... 545

33. Limitation 1.9: "after the given one of the first and second zone scenes has been selected for invocation, receiving, from the network device over the data network, an instruction to operate in accordance with a given one of the first and second zone scenes respectively comprising a given one of the first and second predefined groupings of zone players; and" ............................................................................ 545

34. Limitation 1.10: "based on the instruction, transitioning from operating in the standalone mode to operating in accordance with the given one of the first and second predefined groupings of zone players such that the first zone player is configured to coordinate with at least one other zone player in the given one of the first and second predefined groupings of zone players over a data network in order to output media in synchrony with output of media by the at least one other zone player in the given one of the first and second predefined groupings of zone players." ............................................... 546

D. Claim 1 Is Invalid Based On Bose Lifestyle in view of General knowledge of a POSITA, the Sonos Forums, Rajapaske, Nourse or Millington ................. 547

35. Limitation 1 (preamble): "A first zone player comprising:" .................. 548

36. Limitation 1.1: "a network interface that is configured to communicatively couple the first zone player to at least one data network;" ........................................................................................ 559

37. Limitation 1.2: "one or more processors;" .......................................... 582

38. Limitation 1.3: "a non-transitory computer-readable medium; and" ..... 586

39. Limitation 1.4: "program instructions stored on the non-transitory computer-readable medium that, when executed by the one or more processors, cause the first zone player to perform functions comprising:" ........................................................................................ 587

Contains Highly Confidential AEO and Source Code Materials

| | | | |
|---|---|---|---|
| | 40. | Limitation 1.5: "while operating in a standalone mode in which the first zone player is configured to play back media individually in a networked media playback system comprising the first zone player and at least two other zone players:" | 588 |
| | 41. | Limitation 1.6: "(i) receiving, from a network device over a data network, a first indication that the first zone player has been added to a first zone scene comprising a first predefined grouping of zone players including at least the first zone player nd a second zone player that are to be configured for synchronous playback of media when the first zone scene is invoked; and" | 597 |
| | 42. | Limitation 1.7: "(ii) receiving, from the network device over the data network, a second indication that the first zone player has been added to a second zone scene comprising a second predefined grouping of zone players including at least the first zone player and a third zone player that are to be configured for synchronous playback of media when the second zone scene is invoked, wherein the second zone player is different than the third zone player;" | 613 |
| XII. | INVALIDITY OF '966 PATENT BASED ON ANTICIPATION AND OBVIOUSNESS | | 646 |
| | A. | '966 Claims Are Obvious Based On Prior Art Sonos Products ("Sonos System") | 646 |
| | | 2. Claim 1 Is Obvious Based On Prior Art Sonos Products ("Sonos System") | 647 |
| | | 3. Claim 2 Is Obvious Based On Prior Art Sonos System. | 650 |
| | | 4. Claim 3 is Obvious Based On Prior Art Sonos System. | 651 |
| | | 5. Claim 4 Is Obvious Based On Prior Art Sonos System. | 651 |
| | | 6. Claim 6 Is Obvious Based On Prior Art Sonos System. | 651 |
| | | 7. Claim 8 Is Obvious Based On Prior Art Sonos System. | 652 |
| | | 8. Claim 9 Is Obvious Based On Prior Art Sonos System. | 652 |
| | | 9. Claim 10 Is Obvious Based On Prior Art Sonos System. | 653 |
| | | 10. Claim 11 Is Obvious Based On Prior Art Sonos System. | 654 |
| | | 11. Claim 12 Is Obvious Based On Prior Art Sonos System. | 654 |
| | | 12. Claim 14 Is Obvious Based On Prior Art Sonos System. | 654 |
| | | 13. Claim 16 Is Obvious Based On Prior Art Sonos System. | 655 |
| | B. | '966 Claims Are Obvious Based On Squeezebox in view of General knowledge of a POSITA, the Sonos System, the Sonos Forums, the Bose Lifestyle, or Millington. | 655 |

Contains Highly Confidential AEO and Source Code Materials

14. Claim 1 Is Invalid Based On Squeezebox in view of General knowledge of a POSITA, the Sonos System, the Sonos Forums, the Bose Lifestyle, or Millington .............................................................. 655

15. Claim 2 Is Obvious Based On Squeezebox in view of General knowledge of a POSITA, the Sonos System, the Sonos Forums, the Bose Lifestyle, or Millington .............................................................. 658

16. Claim 3 is Obvious Based On Squeezebox in view of General knowledge of a POSITA, the Sonos System, the Sonos Forums, the Bose Lifestyle, or Millington .............................................................. 659

17. Claim 4 Is Obvious Based On Squeezebox in view of General knowledge of a POSITA, the Sonos System, the Sonos Forums, the Bose Lifestyle, or Millington .............................................................. 659

18. Claim 6 Is Obvious Based On Squeezebox in view of General knowledge of a POSITA, the Sonos System, the Sonos Forums, the Bose Lifestyle, or Millington .............................................................. 660

19. Claim 8 Is Obvious Based On Squeezebox in view of General knowledge of a POSITA, the Sonos System, the Sonos Forums, the Bose Lifestyle, or Millington .............................................................. 660

20. Claim 9 Is Obvious Based On Squeezebox in view of General knowledge of a POSITA, the Sonos System, the Sonos Forums, the Bose Lifestyle, or Millington .............................................................. 660

21. Claim 10 Is Obvious Based On Squeezebox in view of General knowledge of a POSITA, the Sonos System, the Sonos Forums, the Bose Lifestyle, or Millington .............................................................. 662

22. Claim 11 Is Obvious Based On Squeezebox in view of General knowledge of a POSITA, the Sonos System, the Sonos Forums, the Bose Lifestyle, or Millington .............................................................. 663

23. Claim 12 Is Obvious Based On Squeezebox in view of General knowledge of a POSITA, the Sonos System, the Sonos Forums, the Bose Lifestyle, or Millington .............................................................. 663

24. Claim 14 Is Obvious Based On Squeezebox in view of General knowledge of a POSITA, the Sonos System, the Sonos Forums, the Bose Lifestyle, or Millington .............................................................. 663

25. Claim 16 Is Obvious Based On Squeezebox in view of General knowledge of a POSITA, the Sonos System, the Sonos Forums, the Bose Lifestyle, or Millington .............................................................. 664

C. '966 Claims Are Obvious Based On Bose Lifestyle in view of General knowledge of a POSITA, the Sonos Forums, Nourse, Rajapakse or Millington ................................................................................................ 664

Contains Highly Confidential AEO and Source Code Materials

26. Claim 1 Is Invalid Based On Bose Lifestyle in view of General knowledge of a POSITA, the Sonos Forums, Nourse, Rajapakse or Millington. .................................................................................................. 664

27. Claim 2 Is Obvious Based On Bose Lifestyle in view of General knowledge of a POSITA, the Sonos Forums, Nourse, Rajapakse or Millington. .................................................................................................. 667

28. Claim 3 is Obvious Based On Bose Lifestyle in view of General knowledge of a POSITA, the Sonos Forums, Nourse, Rajapakse or Millington. .................................................................................................. 667

29. Claim 4 Is Obvious Based On Bose Lifestyle in view of General knowledge of a POSITA, the Sonos Forums, Nourse, Rajapakse or Millington. .................................................................................................. 668

30. Claim 6 Is Obvious Based On Bose Lifestyle in view of General knowledge of a POSITA, the Sonos Forums, Nourse, Rajapakse or Millington. .................................................................................................. 668

31. Claim 8 Is Obvious Based On Bose Lifestyle in view of General knowledge of a POSITA, the Sonos Forums, Nourse, Rajapakse or Millington. .................................................................................................. 668

32. Claim 9 Is Obvious Based On Bose Lifestyle in view of General knowledge of a POSITA, the Sonos Forums, Nourse, Rajapakse or Millington. .................................................................................................. 669

33. Claim 10 Is Obvious Based On Bose Lifestyle in view of General knowledge of a POSITA, the Sonos Forums, Nourse, Rajapakse or Millington. .................................................................................................. 670

34. Claim 11  Is Obvious Based On Bose Lifestyle in view of General knowledge of a POSITA, the Sonos Forums, Nourse, Rajapakse or Millington. .................................................................................................. 671

35. Claim 12 Is Obvious Based On Bose Lifestyle in view of General knowledge of a POSITA, the Sonos Forums, Nourse, Rajapakse or Millington. .................................................................................................. 671

36. Claim 14 Is Obvious Based On Bose Lifestyle in view of General knowledge of a POSITA, the Sonos Forums, Nourse, Rajapakse or Millington. .................................................................................................. 672

37. Claim 16 Is Obvious Based On Bose Lifestyle in view of General knowledge of a POSITA, the Sonos Forums, Nourse, Rajapakse or Millington. .................................................................................................. 672

D. '966 Claims Are Obvious Based on Obviousness Type Double Patenting Over The '645 patent.................................................................................... 672

38. Claim 1 Is Invalid Based On The '645 Patent..................................... 672

39. Claim 2 Is Obvious Based On The '645 Patent................................... 675

Contains Highly Confidential AEO and Source Code Materials

| | | |
|---|---|---:|
| | 40. Claim 3 is Obvious Based On The '645 Patent................................... | 675 |
| | 41. Claim 4 Is Obvious Based On The '645 Patent................................... | 676 |
| | 42. Claim 6 Is Obvious Based On The '645 Patent................................... | 676 |
| | 43. Claim 8 Is Obvious Based On The '645 Patent................................... | 676 |
| | 44. Claim 9 Is Obvious Based On The '645 Patent................................... | 676 |
| | 45. Claim 10 Is Obvious Based On The '645 Patent................................. | 678 |
| | 46. Claim 11 Is Obvious Based On The '645 Patent................................. | 679 |
| | 47. Claim 12 Is Obvious Based On The '645 Patent................................. | 679 |
| | 48. Claim 14 Is Obvious Based On The '645 Patent................................. | 679 |
| | 49. Claim 16 Is Obvious Based On The '645 Patent................................. | 679 |
| XIII. | NON-INFRINGING ALTERNATIVES.................................................................... | 679 |
| XIV. | SECONDARY CONSIDERATION OF NON-OBVIOUSNESS............................... | 684 |
| XV. | RESERVATION OF RIGHTS................................................................................... | 686 |

Contains Highly Confidential AEO and Source Code Materials

I, Dan Schonfeld, declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED:  November 30, 2022

_____
Dan Schonfeld, Ph.D