QUINN EMANUEL URQUHART & SULLIVAN, LLP
Sean Pak (Bar No. 219032)
seanpak@quinnemanuel.com
Melissa Baily (Bar No. 237649)
melissabaily@quinnemanuel.com
James Judah (Bar No. 257112)
jamesjudah@quinnemanuel.com
Lindsay Cooper (Bar No. 287125)
lindsaycooper@quinnemanuel.com
Iman Lordgooei (Bar No. 251320)
imanlordgooei@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:   (415) 875-6600
Facsimile:    (415) 875-6700

Marc Kaplan (pro hac vice)
marckaplan@quinnemanuel.com
191 N. Wacker Drive, Ste 2700
Chicago, Illinois 60606
Telephone:   (312) 705-7400
Facsimile:    (312) 705-7401

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SONOS, INC.,<br><br>          Plaintiff and Counter-Defendant,<br><br>vs.<br><br>GOOGLE LLC,<br><br>          Defendant and Counter-Claimant. | CASE NO. 3:20-cv-06754-WHA<br><br>**DECLARATION OF MARC KAPLAN IN SUPPORT OF GOOGLE'S RESPONSE TO SONOS'S MOTION *IN LIMINE* NO. 3 TO EXCLUDE INVALIDITY BASED ON LACK OF WRITTEN DESCRIPTION OR ENABLEMENT FOR THE '885 AND '966 PATENTS** |

I, Marc Kaplan, declare and state as follows:

1. I am an attorney licensed to practice in the State of Illinois and am admitted to practice before this Court. I am a Partner at the firm of Quinn Emanuel Urquhart & Sullivan, LLP and am counsel of record for Plaintiff Google LLC ("Google").

2. I provide this declaration in support of Google's Response to Sonos's Motion In Limine No. 3 To Exclude Invalidity Based on Lack of Written Description or Enablement For The '885 and '966 Patents. If called as a witness, I could and would testify competently to the information contained herein.

3. Exhibit 1 is a true and accurate excerpt of the Opening Report of Dr. Dan Schonfeld dated November 30, 2022.

4. Exhibit 2 is a true and accurate excerpt of the Reply Report of Dr. Dan Schonfeld dated January 23, 2023.

5. I declare under penalty of perjury under the laws of the United States of America that to the best of my knowledge the foregoing is true and correct. Executed on April 24, 2023, in Chicago, Illinois.

DATED: April 24, 2023                    Respectfully submitted,

                                         By    */s/ Marc Kaplan*
                                                Marc Kaplan

**ECF ATTESTATION**

I, Clement S. Roberts, am the ECF User whose ID and password are being used to file this Declaration. In compliance with Civil Local Rule 5-1, I hereby attest that Marc Kaplan, counsel for Google, has concurred in this filing.

Dated: April 25, 2023

By: */s/ Clement S. Roberts*
Clement S. Roberts