CLEMENT SETH ROBERTS (SBN 209203)
croberts@orrick.com
BAS DE BLANK (SBN 191487)
basdeblank@orrick.com
ALYSSA CARIDIS (SBN 260103)
acaridis@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:   +1 415 773 5700
Facsimile:   +1 415 773 5759

SEAN M. SULLIVAN (admitted *pro hac vice*)
sullivan@ls3ip.com
COLE RICHTER (admitted *pro hac vice*)
richter@ls3ip.com
LEE SULLIVAN SHEA & SMITH LLP
656 W Randolph St., Floor 5W
Chicago, IL 60661
Telephone:   +1 312 754 0002
Facsimile:   +1 312 754 0003

*Attorneys for Sonos, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA,

SAN FRANCISCO DIVISION

| | |
|---|---|
| SONOS, INC.,<br><br>Plaintiff and Counter-defendant,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant and Counter-claimant. | Case No. 3:20-cv-06754-WHA<br>Related to Case No. 3:21-cv-07559-WHA<br><br>**DECLARATION OF CLEMENT ROBERTS IN SUPPORT OF SONOS, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL RE SONOS'S MOTION *IN LIMINE* NO. 4** |

1  I, Clement Roberts, declare as follows and would so testify under oath if called upon to do so:

2  1. I am an attorney with the law firm of Orrick, Herrington & Sutcliffe LLP, counsel of record to Sonos, Inc. ("Sonos") in the above-captioned matter. I am a member in good standing of the Bar of the State of California. I make this declaration based on my personal knowledge, unless otherwise noted. If called, I can and will testify competently to the matters set forth herein.

2. I make this declaration in support of Sonos's Administrative Motion to File Under Seal in connection with Sonos's Motion *in Limine* No. 4 ("Sonos's Motion") and Google's Response to Motion *in Limine* No. 4 ("Google's Response").

3. Sonos seeks an order sealing the materials as listed below:

| DOCUMENT | PORTIONS TO BE SEALED | DESIGNATING PARTY |
|---|---|---|
| Google's Response | Portions highlighted in green | Sonos and Google |
| Exhibit 8 to Judah Declaration | Entire document | Sonos and Google |

4. The portions of Google's Response highlighted in green, and the exhibit listed above, contain references to Sonos's confidential business information and trade secrets, including details of Sonos's licensing negotiations with Google. The green-highlighted portion of Google's response includes details from a confidential license negotiation document between Sonos and Google, and Exhibit 8 is that document. Disclosure of this information would harm Sonos's competitive standing by giving Sonos's competitors highly sensitive information about Sonos's business dealings with other entities. A less restrictive alternative than sealing the portions of the Sonos's Motion and the exhibits indicated in the table above would not be sufficient because the information sought to be sealed is Sonos's confidential business information and trade secrets and is cited by Google.

1       I declare under penalty of perjury that the foregoing is true and correct to the best of my

2 knowledge. Executed this 25th day of April, 2023 in Belevedere, California.

                                                      */s/ Clement S. Roberts*
                                                      Clement Seth Roberts