QUINN EMANUEL URQUHART & SULLIVAN, LLP
Sean Pak (Bar No. 219032)
seanpak@quinnemanuel.com
Melissa Baily (Bar No. 237649)
melissabaily@quinnemanuel.com
James Judah (Bar No. 257112)
jamesjudah@quinnemanuel.com
Lindsay Cooper (Bar No. 287125)
lindsaycooper@quinnemanuel.com
Iman Lordgooei (Bar No. 251320)
imanlordgooei@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:  (415) 875-6600
Facsimile:  (415) 875-6700

Marc Kaplan *(pro hac vice)*
marckaplan@quinnemanuel.com
191 N. Wacker Drive, Ste 2700
Chicago, Illinois 60606
Telephone:  (312) 705-7400
Facsimile:  (312) 705-7401

*Attorneys for GOOGLE LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SONOS, INC.,<br><br>　　　　Plaintiff and Counter-Defendant,<br><br>　　vs.<br><br>GOOGLE LLC,<br><br>　　　　Defendant and Counter-Claimant. | Case No. 3:20-cv-06754-WHA<br>Related to Case No. 3:21-cv-07559<br><br>**DECLARATION OF JAMES JUDAH IN SUPPORT OF GOOGLE LLC'S RESPONSE TO SONOS, INC.'S MOTION *IN LIMINE* NO. 4 TO PRECLUDE GOOGLE FROM REFERENCING UNASSERTED OR NO LONGER ASSERTED PATENTS** |

I, James Judah, declare and state as follows:

1. I am an attorney licensed to practice in the State of California and am admitted to practice before this Court. I am a partner at Quinn Emanuel Urquhart & Sullivan LLC representing Google LLC ("Google") in this matter. I make this declaration in support of Google's Response to Sonos, Inc.'s ("Sonos") Motion *in Limine* No. 4 to Preclude Google from Referencing Unasserted or No Longer Asserted Patents. I have personal knowledge of the matters set forth in this Declaration, and if called as a witness I would testify competently to those matters.

2. Attached as Exhibit 1 is a true and correct copy of excerpts of the transcript from the August 10, 2021 Markman hearing in *Sonos, Inc. v. Google LLC*, No. 6:20-cv-00881-ADA (W.D. Tex.).

3. Attached as Exhibit 2 is a true and correct copy of excerpts of Sonos's November 30, 2022 Corrected Supplemental Responses and Objections to Google's First Set of Interrogatories [1-20].

4. Attached as Exhibit 3 is a true and correct copy of excerpts of the November 30, 2022 Opening Expert Report of Dr. Kevin C. Almeroth.

5. Attached as Exhibit 4 is a true and correct copy of excerpts of the December 9, 2022 Supplemental Expert Report of James E. Malackowski.

6. Attached as Exhibit 5 is a true and correct copy of Sonos's Trial Exhibit 6136 bearing starting bates number GOOG-SONOSNDCA-00056148.

7. Attached as Exhibit 6 is a true and correct copy of Sonos's Trial Exhibit 6130 bearing starting bates number GOOG-SONOSNDCA-00056001.

8. Attached as Exhibit 7 is a true and correct copy of excerpts of the parties' Joint Proposed Jury Instructions as of April 22, 2023.

9. Attached as Exhibit 8 is a true and correct copy of Google's Trial Exhibit 2109 bearing starting bates number GOOG-SONOSNDCA-00116067.

I declare under penalty of perjury that to the best of my knowledge the foregoing is true and correct. Executed on April 24, 2023, in Hillsborough, California.

DATED: April 24, 2023

By: /s/ James Judah
James Judah

# ECF ATTESTATION

I, Clement S. Roberts, am the ECF User whose ID and password are being used to file this Declaration. In compliance with Civil Local Rule 5-1, I hereby attest that James Judah, counsel for Google, has concurred in this filing.

Dated: April 25, 2023

By: */s/ Clement S. Roberts*
    Clement S. Roberts