# EXHIBIT 1

```
                                                                    1

 1               IN THE UNITED STATES DISTRICT COURT
                 FOR THE WESTERN DISTRICT OF TEXAS
 2                        WACO DIVISION

 3   SONOS, INC.                  *      August 10, 2021
                                  *
 4   VS.                          * CIVIL ACTION NO. W-20-CV-881
                                  *
 5   GOOGLE LLC                   *

 6           BEFORE THE HONORABLE ALAN D ALBRIGHT
                 DISCOVERY HEARING (via Zoom)
 7
     APPEARANCES:
 8
     For the Plaintiff:      Cole Richter, Esq.
 9                           Rory P. Shea, Esq.
                             David R. Grosby, Esq.
10                           Jae Y. Pak, Esq.
                             Michael P. Boyea, Esq.
11                           John Dan Smith, III, Esq.
                             Lee Sullivan Shea & Smith LLP
12                           656 W. Randolph Street, Floor 5w
                             Chicago, IL 60661
13
                             Mark D. Siegmund, Esq.
14                           Law Firm of Walt Fair, PLLC
                             1508 N. Valley Mills Drive
15                           Waco, TX 76710

16   For the Defendant:      Charles K. Verhoeven, Esq.
                             Jordan R. Jaffe, Esq.
17                           Lindsay M. Cooper, Esq.
                             Quinn Emanuel Urquhart &
18                             Sullivan, LLP
                             50 California St., 22nd Floor
19                           San Francisco, CA 94111

20                           Marc L. Kaplan, Esq.
                             Quinn Emanuel Urquhart & Sullivan LLP
21                           191 N. Wacker Drive, Suite 2700
                             Chicago, IL 60606
22
                             Stephen Burbank, Esq.
23                           Scott, Douglass & McConnico, LLP
                             303 Colorado Street, Suite 2400
24                           Austin, TX 78701

25
```

*KRISTIE M. DAVIS, OFFICIAL COURT REPORTER*
*U.S. DISTRICT COURT, WESTERN DISTRICT OF TEXAS (WACO)*

1       THE COURT:  I'll be back.
2       (Pause in proceedings.)
3       THE COURT:  If we can go back on the record.
4       If you'll give me one second.
5       For the claim terms "zone configuration" and "group
6  configuration," the Court is going to amend its construction
7  and find that both these claim terms are indefinite.
8       What is the next claim term that we need to take up?
9       MR. SHEA:  Your Honor, do I have any ability to respond to
10 that?
11      THE COURT:  Not much.  I mean, I've found that the -- I've
12 made my decision.  I'm ready to move on.
13      What is the next claim term?
14      MR. VERHOEVEN:  Your Honor, the next term in the zone --
15 if we want to stick with "zone," which I think is most
16 efficient, with the "zone" terms, the next term is one you've
17 ruled in your tentative is indefinite.  It's the "causing the
18 selectable indication."
19      THE COURT:  Right.
20      MR. VERHOEVEN:  It's a dependent claim.  We are -- we're
21 perfectly happy with the tentative, Your Honor, but I suspect
22 the other side may want to argue, but I'm not sure.
23      THE COURT:  No.  I'm sure they do.
24      Mr. Shea, is that you taking up causing --
25      MR. RICHTER:  No.  I think -- I apologize, Your Honor.  I

```
 1  UNITED STATES DISTRICT COURT )
 2  WESTERN DISTRICT OF TEXAS    )
 3
 4      I, Kristie M. Davis, Official Court Reporter for the
 5  United States District Court, Western District of Texas, do
 6  certify that the foregoing is a correct transcript from the
 7  record of proceedings in the above-entitled matter.
 8      I certify that the transcript fees and format comply with
 9  those prescribed by the Court and Judicial Conference of the
10  United States.
11      Certified to by me this 11th day of August 2021.
12
13                              /s/ Kristie M. Davis
                                KRISTIE M. DAVIS
14                              Official Court Reporter
                                800 Franklin Avenue
15                              Waco, Texas 76701
                                (254) 340-6114
16                              kmdaviscsr@yahoo.com
17
18
19
20
21
22
23
24
25
```