# EXHIBIT 6

Message

| | |
|---|---|
| **From**: | Alaina Kwasizur [alaina.kwasizur@sonos.com] |
| **Sent**: | 9/28/2020 7:52:23 PM |
| **To**: | Bradley Riel [bradriel@google.com]; Tim Kowalski [timkow@google.com] |
| **CC**: | legal-notices@google.com |
| **Subject**: | Sonos Notice |
| **Attachments**: | 2020-09-28 Draft Sonos-Google WDTX Complaint for Patent Infringement.pdf; EX 01 - US9967615B2.pdf; EX 02 - US10779033B2.pdf; EX 03 - US9344206B2.pdf; EX 04 - US10469966B2.pdf; EX 05 - US9219460B2.pdf |

Dear Tim and Brad,

As you know, Sonos spent years trying patiently and in good faith to resolve Google's infringement of Sonos's intellectual property. Despite Sonos's efforts, our discussions have never meaningfully progressed. Even since we filed in the ITC, Google has increased the scope of its infringement and brought a multiplicity of retaliatory lawsuits in countries around the world. These lawsuits will not have their intended effect.

Attached please find a courtesy copy of the complaint that we will file Tuesday, September 29th in the United States District Court. In this lawsuit, Sonos will focus on Google's infringement of U.S. Patents 9,967,615; 10,779,033; 9,344,206; 10,469,966; and 9,219,460 although, as we have discussed, Google infringes many more of Sonos's patents.

We continue to be hopeful that Google will reconsider its infringement and its refusal to engage in a meaningful discussion.

Best,


--
**Alaina Kwasizur**
Sonos, Inc. | General Counsel, AMPAC | alaina.kwasizur@sonos.com