1

2

3

4

5

6

7

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA,

10              SAN FRANCISCO DIVISION

11

12   SONOS, INC.,

13        Plaintiff and Counter-defendant,

14        v.

15   GOOGLE LLC,

16        Defendant and Counter-claimant.

17

18

19

20

21

22

23

24

25

26

27

28

Case No. 3:20-cv-06754-WHA
Related to Case No. 3:21-cv-07559-WHA

**[PROPOSED] ORDER GRANTING
SONOS, INC.'S ADMINISTRATIVE
MOTION TO CONSIDER WHETHER
ANOTHER PARTY'S MATERIAL
SHOULD BE SEALED RE SONOS,
INC.'S MOTION *IN LIMINE* NO. 5**

Pursuant to Civil Local Rule 79-5, Sonos, Inc. ("Sonos") has filed an Administrative Motion to Consider Whether Another Party's Material Should Be Sealed ("Administrative Motion") in connection Sonos's Motion *in Limine* No. 5 ("Sonos's Motion") and Google's Response to Motion *in Limine* No. 5 ("Google's Opposition"), and good cause to seal having been shown, the Court GRANTS Sonos's Administrative Motion and ORDERS sealed the following:

| DOCUMENT | PORTIONS TO BE SEALED | DESIGNATING PARTY |
|---|---|---|
| Sonos's Motion | Portions highlighted in yellow | Google |
| Exhibit A to Kolker Declaration | Entire document | Google |
| Exhibit B to Kolker Declaration | Entire document | Google |
| Exhibit C to Kolker Declaration | Entire document | Google |
| Google's Response | Portions highlighted in yellow | Google |

Dated: _____, 2023

_____
HON. WILLIAM H. ALSUP
United States District Judge

[PROPOSED] ORDER GRANTING SONOS'S
ADMINISTRATIVE MOTION TO FILE UNDER SEAL
3:20-CV-06754-WHA