QUINN EMANUEL URQUHART & SULLIVAN, LLP
Sean Pak (Bar No. 219032)
seanpak@quinnemanuel.com
Melissa Baily (Bar No. 237649)
melissabaily@quinnemanuel.com
James Judah (Bar No. 257112)
jamesjudah@quinnemanuel.com
Lindsay Cooper (Bar No. 287125)
lindsaycooper@quinnemanuel.com
Iman Lordgooei (Bar No. 251320)
imanlordgooei@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:    (415) 875-6600
Facsimile:    (415) 875-6700

Marc Kaplan (pro hac vice)
marckaplan@quinnemanuel.com
191 N. Wacker Drive, Ste 2700
Chicago, Illinois 60606
Telephone:    (312) 705-7400
Facsimile:    (312) 705-7401

Attorneys for GOOGLE LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| SONOS, INC.,<br><br>           Plaintiff,<br><br>     v.<br><br>GOOGLE LLC,<br><br>           Defendant. | CASE NO. 3:20-cv-06754-WHA<br><br>**DECLARATION OF IMAN LORDGOOEI IN SUPPORT OF GOOGLE LLC'S RESPONSE TO SONOS' MOTION *IN LIMINE* NO. 5 TO EXCLUDE ACCUSATIONS THAT SONOS ACTED IMPROPERLY** |

I, Iman Lordgooei, declare and state as follows:

1. I am an attorney licensed to practice in the State of California and am admitted to practice before this Court. I am a partner at Quinn Emanuel Urquhart & Sullivan LLC representing Google LLC ("Google") in this matter. I make this declaration in support of Google's Response to Sonos's Motion *In Limine* No. 5 to Exclude Accusations that Sonos Acted Improperly. I have personal knowledge of the matters set forth in this Declaration, and if called as a witness I would testify competently to those matters.

2. Exhibit 1 is a true and accurate excerpt of Google's Invalidity Contentions with excerpts of Claim Charts for U.S. Patent 10,469,966 and U.S. Patent 10,848,885.

3. Exhibit 2 is a true and accurate excerpt of Dr. Dan Schonfeld's Opening Report regarding U.S. Patent Nos. 10,848,885 and 10,469,966, dated November 30, 2022.

4. I declare under penalty of perjury under the laws of the United States of America that to the best of my knowledge the foregoing is true and correct. Executed on April 24, 2023, in Los Angeles, California.

DATED:  April 24, 2023                    Respectfully submitted,

                                          By   /s/ Iman Lordgooei
                                               Iman Lordgooei

**ECF ATTESTATION**

I, Clement S. Roberts, am the ECF User whose ID and password are being used to file this Declaration. In compliance with Civil Local Rule 5-1, I hereby attest that Iman Lordgooei, counsel for Google, has concurred in this filing.

Dated: April 25, 2023

By: */s/ Clement S. Roberts*
Clement S. Roberts