# EXHIBIT 2

Contains Highly Confidential AEO and Source Code Materials

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| GOOGLE LLC, | | CASE NO. 3:20-cv-06754-WHA |
| | Plaintiff | Related to CASE NO. 3:21-cv-07559-WHA |
| v. | | |
| SONOS, INC., | | |
| | Defendant. | |

**OPENING EXPERT REPORT OF DR. DAN SCHONFELD REGARDING U.S. PATENT NO. 10,848,885 AND U.S. PATENT NO. 10,469,966**

Contains Highly Confidential AEO and Source Code Materials

173.    Dr. Almeroth specifically identifies a January 2006 Sonos User Guide that he contends is not prior art.  Dr. Almeroth does not contend that this user guide does not reflect the functionality of the prior art products (available one month prior), nor does he contend that the disclosures of this user guide differ substantively from that of prior Sonos user guides, which are indisputably prior art, and upon which I also rely.  Almeroth Rebuttal Report at ¶278.

174.    Dr. Almeroth also specifically identifies a July 11, 2006 printout of Sonos's webpage describing the ZP80 product.  As I discussed immediately above, Dr. Almeroth does not identify any substantive differences between the disclosures in this document, which describe the prior art products, and those dated prior to December 2005.  Almeroth Rebuttal Report at ¶279.

### B.    The Sonos Forums

175.    I understand that the Sonos Forums were publicly available at least as of September 2005, making them prior art under 35 U.S.C. 102(a), 102(b), and 102(f).

176.    Mr. Farrar, who was employed in customer support at Sonos, worked on and has testified to the Sonos Forums.  Farrar Dep. Tr. at 38:19-24; 48:23-49:2.  He posted on the Sonos Forums and had roughly 824 replies to Forum posts.  *Id*. at 51:2-15; Ex. 5.  He also testified that he did not have reason to believe that the dates on the exhibits introduced at his depositions— which were prior art Sonos Forum posts—were inaccurate.  *Id*. at 52:5-54:5.

177.    In the Forum Post entitled "Macro / presets," users suggested various features for the Sonos products.  Farrar Dep. Ex. 6.  I have excerpted certain posts within this thread below. First, however, I note that as annotated below, this Forum post predates the earliest claimed priority date of the '885 and '966 patents as well as Sonos's claimed invention date, which is shown by hovering over the date of those posts.

Contains Highly Confidential AEO and Source Code Materials
688

I, Dan Schonfeld, declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED:  November 30, 2022

Dan Schonfeld, Ph.D