UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SONOS, INC.,<br><br>      Plaintiff,<br><br> v.<br><br>GOOGLE LLC,<br><br>      Defendant. | Case No. 3:20-cv-06754-WHA<br>Related to Case No. 3:21-cv-07559-WHA<br><br>[~~PROPOSED~~] **ORDER REGARDING COURTROOM EQUIPMENT**<br><br>Judge: The Honorable William Alsup<br>Trial Date: May 8, 2023 |

  Plaintiff Sonos, Inc. and Defendant Google LLC ("Parties") have filed a Joint Request Regarding Courtroom Equipment ("Request").  Items 2 and 3 (Projector and Projection Screen) to be further discussed at pretrial conference.

  Having considered the Request, the Court orders that the Request is GRANTED.

  IT IS SO ORDERED.

Dated:  April 26 , 2023

                _____
                HON. WILLIAM ALSUP
                United States District Court Judge