1

2

3

4

5

6

7

8

9          UNITED STATES DISTRICT COURT

10          NORTHERN DISTRICT OF CALIFORNIA

11            SAN FRANCISCO DIVISION

12  SONOS, INC.,                              Case No. 3:20-cv-06754-WHA
                                               Related to Case No. 3:21-cv-07559-WHA
13

14            Plaintiff and Counter-          **[PROPOSED] ORDER GRANTING
              Defendant,                      GOOGLE LLC'S ADMINISTRATIVE
15                                            MOTION TO FILE UNDER SEAL
                                              PORTIONS OF ITS MOTION *IN LIMINE*
16       vs.                                  NO. 1 TO EXCLUDE THE EXPERT
                                              REPORT AND TESTIMONY OF MR.
17  GOOGLE LLC,                               JAMES MALACKOWSKI REGARDING
                                              DAMAGES, AS WELL AS RELATED
18            Defendant and Counter-          OPINIONS AND TESTIMONY OF DR.
              Claimant.                       KEVIN ALMEROTH**
19

20

21

22

23

24

25

26

27

28

Plaintiff Google LLC ("Google") has filed an Administrative Motion to File Under Seal Portions of its Motion *in Limine* No. 1 to Exclude the Expert Report and Testimony of Mr. James Malackowski Regarding Damages, as Well as Related Opinions and Testimony of Dr. Kevin Almeroth ("Motion *in Limine* No. 1") ("Google's Administrative Motion")

Having considered Google's Administrative Motion, and good cause to seal having been shown, the Court **GRANTS** Google's Administrative Motion and **ORDERS** sealed the documents listed below:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Exhibit D to the Declaration of Joseph Kolker in Support of Sonos's Opposition to Google's Motion *in Limine* No. 1 ("Exhibit D") | Portions outlined in red boxes | Google |
| Exhibit E to the Declaration of Joseph Kolker in Support of Sonos's Opposition to Google's Motion *in Limine* No. 1 ("Exhibit E") | Portions outlined in red boxes | Google |

IT IS SO ORDERED.

DATED:

_____
The Honorable William Alsup
United States District Court Judge