QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Sean Pak (Bar No. 219032)
  seanpak@quinnemanuel.com
  Melissa Baily (Bar No. 237649)
  melissabaily@quinnemanuel.com
  James Judah (Bar No. 257112)
  jamesjudah@quinnemanuel.com
  Lindsay Cooper (Bar No. 287125)
  lindsaycooper@quinnemanuel.com
  Iman Lordgooei (Bar No. 251320)
  imanlordgooei@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:     (415) 875-6600
Facsimile:     (415) 875-6700

  Marc Kaplan (*pro hac vice*)
  marckaplan@quinnemanuel.com
191 N. Wacker Drive, Ste 2700
Chicago, Illinois 60606
Telephone:     (312) 705-7400
Facsimile:     (312) 705-7401

*Attorneys for GOOGLE LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SONOS, INC.,<br><br>                Plaintiff,<br><br>        vs.<br><br>GOOGLE LLC,<br><br>                Defendant. | Case No. 3:20-cv-06754-WHA<br>Related to Case No. 3:21-cv-07559-WHA<br><br>**GOOGLE'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |

# I.     INTRODUCTION

Pursuant to Civil Local Rule 79-5(f), Google LLC ("Google") respectfully submits this Administrative Motion to Consider Whether Another Party's Material Should Be Sealed in connection with its Motion *in Limine* No. 1 to Exclude the Expert Report and Testimony of Mr. James Malackowski Regarding Damages, as Well as Related Opinions and Testimony of Dr. Kevin Almeroth ("Motion *in Limine* No. 1").  Certain portions of documents filed in support thereof contain information that Sonos, Inc. ("Sonos") may consider confidential pursuant to the Stipulated Protective Order ("Protective Order") entered by this Court.  Dkt. 94.  Accordingly, Google seeks to file under seal the documents and information as listed below:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Exhibit 1 to the Declaration of James Judah in Support of Google's Motion *in Limine* No. 1 | Entire Document | Sonos |
| Exhibit 5 to the Declaration of James Judah in Support of Google's Motion *in Limine* No. 1 | Entire Document | Sonos |
| Exhibit 6 to the Declaration of James Judah in Support of Google's Motion *in Limine* No. 1 | Entire Document | Sonos |
| Exhibit 7 to the Declaration of James Judah in Support of Google's Motion *in Limine* No. 1 | Entire Document | Sonos |
| Exhibit 8 to the Declaration of James Judah in Support of Google's Motion *in Limine* No. 1 | Entire Document | Sonos |
| Exhibit D to the Declaration of Joseph Kolker in Support of Sonos's Opposition to Google's Motion *in Limine* No. 1 ("Exhibit D") | Portions outlined in blue boxes | Sonos |

Materials and documents may be provisionally filed under seal pursuant to Civil Local Rule 79-5(f) when the document, or portions thereof, "has been designated as confidential by another party or non-party." L.R. 79-5(f).  Google has submitted exhibits in support of its Motion for Leave

under seal because information therein may be considered "CONFIDENTIAL" and/or "HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY" under the Protective Order by Sonos.

In compliance with Civil Local Rule 79-5(d) and (e), an unredacted version of Exhibit D accompanies this Administrative Motion and a redacted version Exhibit D has been filed publicly. In accordance with Local Rule 79-5(c)(3), Google has also filed a Proposed Order herewith.

DATED:  April 26, 2023

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By:   */s/ Sean Pak*
         Sean Pak

*Attorneys for GOOGLE LLC*

1

## <u>CERTIFICATE OF SERVICE</u>

2   Pursuant to the Federal Rules of Civil Procedure and Local Rule 5-1, I hereby certify that,

3 on April 26, 2023, all counsel of record who have appeared in this case are being served with a copy

4 of the foregoing via the Court's CM/ECF system and email.

5

6 DATED:  April 26, 2023

7          By:  */s/ Sean Pak*

8               Sean Pak

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28