1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
     Sean Pak (Bar No. 219032)
2    seanpak@quinnemanuel.com
     Melissa Baily (Bar No. 237649)
3    melissabaily@quinnemanuel.com
     James Judah (Bar No. 257112)
4    jamesjudah@quinnemanuel.com
     Lindsay Cooper (Bar No. 287125)
5    lindsaycooper@quinnemanuel.com
     Iman Lordgooei (Bar No. 251320)
6    imanlordgooei@quinnemanuel.com
   50 California Street, 22nd Floor
7  San Francisco, California 94111-4788
   Telephone:     (415) 875-6600
8  Facsimile:     (415) 875-6700

9    Marc Kaplan (pro hac vice)
     marckaplan@quinnemanuel.com
10 191 N. Wacker Drive, Ste 2700
   Chicago, Illinois 60606
11 Telephone:     (312) 705-7400
   Facsimile:     (312) 705-7401

12

13              **UNITED STATES DISTRICT COURT**

14             **NORTHERN DISTRICT OF CALIFORNIA**

15                **SAN FRANCISCO DIVISION**

16

17 SONOS, INC.,                                  CASE NO. 3:20-cv-06754-WHA

18                                               **DECLARATION OF JAMES JUDAH IN**
19              Plaintiff and Counter-           **SUPPORT OF GOOGLE LLC'S MOTION**
                Defendant,                       ***IN LIMINE* NO. 1 TO EXCLUDE**
20                                               **PORTIONS OF THE EXPERT REPORT**
   vs.                                           **AND CERTAIN TESTIMONY OF MR.**
21                                               **JAMES MALACKOWSKI REGARDING**
22 GOOGLE LLC,                                   **HIS "MARKET APPROACH" TO**
                                                 **CALCULATING DAMAGES, AS WELL**
23              Defendant and Counter-           **AS THE EXPERT REPORT AND**
                Claimant.                        **TESTIMONY OF DR. KEVIN**
24                                               **ALMEROTH**

25

26

27

28

I, James Judah, declare and state as follows:

1.     I am an attorney licensed to practice in the State of California and am admitted to practice before this Court.  I am a Partner at the firm of Quinn Emanuel Urquhart & Sullivan, LLP and am counsel of record for Plaintiff  Google LLC ("Google").

2.     I provide this declaration in support of Google's Motion *In Limine* No. 1 to Exclude Portions of The Expert Report And Certain Testimony of Mr. James Malackowski Regarding his "Market Approach" to Calculating Damages, as Well as the Expert Report and Testimony of Dr. Kevin Almeroth.  If called as a witness, I could and would testify competently to the information contained herein.

3.     Exhibit 1 is a true and accurate excerpt of the Supplemental Expert Report of Dr. James Malackowski dated December 9, 2022.

4.     Exhibit 2 is a true and accurate copy of a capture from the "Welcome to IFTTT" page of the IFTTT website, https://ifttt.com/explore/welcome_to_iftttas of April 13, 2023.

5.     Exhibit 3 is a true and accurate copy of a capture from the "What is IFTTT" page of the IFTTT website, https://ifttt.com/explore/new_to_ifttt as of April 13, 2023.

6.     Exhibit 4 is a true and accurate copy of a capture from the "IFTTT Plans at a glance" page of the IFTTT website, https://help.ifttt.com/hc/en-us/articles/360053706813-IFTTT-Plans-at-a-glance as of April 13, 2023.

7.     Exhibit 5 is a true and accurate excerpt of the January 30, 2023 deposition transcript of Dr. James Malackowski.

8.     Exhibit 6 is a true and accurate excerpt of the Opening Expert Report of Dr. Kevin C. Almeroth dated November 30, 2022.

9.     Exhibit 7 is a true and accurate excerpt of the August 28, 2022 deposition transcript of Dr. James Malackowski.

10.     Exhibit 8 is a true and accurate excerpt of the January 30, 2023 deposition transcript of Dr. Kevin Almeroth.

//

//

11.     Exhibit 9 is a true and accurate excerpt of the Rebuttal Expert Report Regarding Damages of W. Christopher Bakewell dated January 13, 2023.

12.     I declare under penalty of perjury under the laws of the United States of America that to the best of my knowledge the foregoing is true and correct.  Executed on April 13, 2023, in Hillsborough, California.

DATED:  April 13, 2023                    Respectfully submitted,


By    */s/ James Judah*
                    James Judah