# EXHIBIT 3



Learn about IFTTT AI
Explore Plans Developers Log in Get started

Back
Popular

## What is IFTTT?

- **Connect, integrate, and automate. It's easy with IFTTT.**

## What is IFTTT?

IFTTT is short for If This Then That, and is the best way to integrate apps, devices, and services. We help devices, services, and apps work together in new and powerful ways.

IFTTT was founded on the belief that every thing works better together. Tech incompatibility has become challenging for anyone trying to build a smart home or create automatic routines in their life. IFTTT makes it easy.

[Get started]

## What can IFTTT do?

To put it simply, IFTTT can do anything!



Some of our most popular smart home Applets include using the weather to determine the temperature in your home, turning on your security system when you leave your home, and using your voice to turn on a device. The most common social media Applets help cross-post content automatically and streamline your online strategy.

- ○
  ### Get a notification when the International Space Station passes over your house
  by IFTTT
  195.6k

- ○
  ### Get the weather forecast every day at 7:00 AM
  Weather Underground
  482.3k

- ○
  ### Tweet your Instagrams as native photos on Twitter
  Instagram
  648.5k

- ○
  ### Track your work hours in Google Calendar
  Google
  218.7k

- You can create your own Applets or enable published Applets by clicking on them.

  You can customize Applets even more using advanced [Pro and Pro+ features like filter code, queries, and multi-actions](#).

## Automating is as easy as...

Each service has a combination of triggers and actions that can be combined to create the automations that help you achieve your goals, be more efficient, and improve your smart home.

### 1. Choose your trigger



**2. Choose your action**



**3. Name your Applet and hit Finish**



## What services are on IFTTT?

We have over 700 services ready to be automated, with more being added every week. Check out if the services you want to use are on IFTTT.

Don't see the service you want? With Webhooks the 700+ services you see are just the start.

### Every thing works better together

Automate and integrate your favorite services. Get started right now to transform the way you use your devices!

**Get started**

You may also like



**Introducing IFTTT AI Services**

Automate your business with IFTTT's AI tools!



**Top Applets of 2023**

We are rounding up the most popular Applets of 2023 Take a look and see if your favorite Applet made the list, or get inspired to enable a new one today.



**How to show you are watching Youtube on Discord**

Show your friends what YouTube video you are currently viewing by displaying the custom status on your Discord profile. It's simple and it also works with Netflix, SoundCloud, Twitch and YouTube Music.



- Partner program
- About
- Help
- Careers
- Contact
- Privacy



More, faster, better Applets

Get access to 20 Applets, multiple actions, and other advanced features.

Try it free

