# EXHIBIT 4

4/13/23, 8:16 PM



# IFTTT

Back

IFTTT Help Center  >  Account  >  Billing, plans, and pricing

# IFTTT Plans at a glance

3 months ago · Updated

- Free
- Pro
- Pro+
- Do you support annual billing?

For users, IFTTT comes in three flavors - Free, Pro and Pro+

## Free

On the Free plan, you can enable a limited number of Applets. Either create them yourself or choose from the millions of published Applets that have already been made.

You can also add a delay before the action in your Applets.

The Free plan has no subscription fees.

## Pro

The Pro plan has extra perks.

- You can create and enable up to 20 Applets
- Perform multiple actions with the same Applet
- Pro users' Applets run faster

## Pro+

Pro+ unlocks our best and most powerful tools.

- Create and enable unlimited Applets
- Add logic to your Applets with queries and filter code
- Connect multiple accounts per service

Visit the Plans page for pricing and a full comparison of all IFTTT plans.

## Do you support annual billing?

Yes! You can subscribe to any paid plan on a monthly or yearly basis.

How to contact support or give feedback

Return to top ⬆

## Related articles

Can I make Applets work faster?

Creating your own Applet

What is IFTTT?

When do I contact support?

What is a query?

Help     Careers     Terms & Privacy


