UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SONOS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> GOOGLE LLC, <br><br> Defendant. | Case No. 3:20-cv-06754-WHA <br> Related to Case No. 3:21-cv-07559-WHA <br><br> **[PROPOSED] ORDER GRANTING GOOGLE'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |

1    Plaintiff Google LLC ("Google") has filed an Administrative Motion to Consider Whether
2 Another Party's Material Should Be Sealed in connection with its Motion *in Limine* No. 2 to Exclude
3 Portions of the Expert Report and Certain Testimony of Mr. James Malackowski Regarding
4 Damages ("Motion *in Limine* No. 2") ("Google's Administrative Motion").

5    Having considered Google's Administrative Motion, and good cause to seal having been
6 shown, the Court **GRANTS** Google's Administrative Motion and **ORDERS** sealed the documents
7 listed below:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Exhibit 1 to the Declaration of Lindsay Cooper in Support of Google's Motion *in Limine* No. 2 | Entire Document | Sonos |
| Exhibit 2 to the Declaration of Lindsay Cooper in Support of Google's Motion *in Limine* No. 2 | Entire Document | Sonos |
| Exhibit 3 to the Declaration of Lindsay Cooper in Support of Google's Motion *in Limine* No. 2 | Entire Document | Sonos |
| Exhibit A to the Declaration of Joseph Kolker in Support of Sonos's Opposition to Google's Motion *in Limine* No. 2 | Portions outlined in blue boxes | Sonos |

   IT IS SO ORDERED.

DATED:

_____
The Honorable William Alsup
United States District Court Judge