UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SONOS, INC.,<br><br>  Plaintiff and Counter-Defendant,<br><br>  vs.<br><br>GOOGLE LLC,<br><br>  Defendant and Counter-Claimant. | Case No. 3:20-cv-06754-WHA<br>Related to Case No. 3:21-cv-07559-WHA<br><br>**[PROPOSED] ORDER GRANTING GOOGLE LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF ITS MOTION *IN LIMINE* NO. 2 TO EXCLUDE PORTIONS OF THE EXPERT REPORT AND CERTAIN TESTIMONY OF MR. JAMES MALACKOWSKI REGARDING DAMAGES** |

Plaintiff Google LLC ("Google") has filed an Administrative Motion to File Under Seal Portions of its Motion *in Limine* No. 2 to Exclude Portions of the Expert Report and Certain Testimony of Mr. James Malackowski Regarding Damages ("Motion *in Limine* No. 2") ("Google's Administrative Motion")

Having considered Google's Administrative Motion, and good cause to seal having been shown, the Court **GRANTS** Google's Administrative Motion and **ORDERS** sealed the documents listed below:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Exhibit 1 to the Declaration of Lindsay Cooper in Support of Google's Motion *in Limine* No. 2 ("Exhibit 1") | Portions outlined in red boxes | Google |
| Exhibit A to the Declaration of Joseph Kolker in Support of Sonos's Opposition to Google's Motion *in Limine* No. 2 ("Exhibit A") | Portions outlined in red boxes | Google |

IT IS SO ORDERED.

DATED:

_____
The Honorable William Alsup
United States District Court Judge