| | |
|---|---|
| 1 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| | Sean Pak (Bar No. 219032) |
| 2 | seanpak@quinnemanuel.com |
| | Melissa Baily (Bar No. 237649) |
| 3 | melissabaily@quinnemanuel.com |
| | James Judah (Bar No. 257112) |
| 4 | jamesjudah@quinnemanuel.com |
| | Lindsay Cooper (Bar No. 287125) |
| 5 | lindsaycooper@quinnemanuel.com |
| | Iman Lordgooei (Bar No. 251320) |
| 6 | imanlordgooei@quinnemanuel.com |
| | 50 California Street, 22nd Floor |
| 7 | San Francisco, California 94111-4788 |
| | Telephone:   (415) 875-6600 |
| 8 | Facsimile:    (415) 875-6700 |
| 9 | Marc Kaplan (pro hac vice) |
| | marckaplan@quinnemanuel.com |
| 10 | 191 N. Wacker Drive, Ste 2700 |
| | Chicago, Illinois 60606 |
| 11 | Telephone:   (312) 705-7400 |
| | Facsimile:    (312) 705-7401 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SONOS, INC., | CASE NO. 3:20-cv-06754-WHA |
| Plaintiff and Counter-Defendant, | **DECLARATION OF LINDSAY COOPER IN SUPPORT OF GOOGLE LLC'S MOTION *IN LIMINE* NO. 2 TO PORTIONS OF THE EXPERT REPORT AND CERTAIN TESTIMONY OF MR. JAMES MALACKOWSKI REGARDING DAMAGES** |
| vs. | |
| GOOGLE LLC, | |
| Defendant and Counter-Claimant. | |

I, Lindsay Cooper, declare and state as follows:

1. I am an attorney licensed to practice in the State of California and am admitted to practice before this Court. I am a partner at the firm of Quinn Emanuel Urquhart & Sullivan, LLP and am counsel of record for Plaintiff Google LLC ("Google").

2. I provide this declaration in support of Google's Motion *In Limine* No. 2 to Exclude Portions of The Expert Report And Certain Testimony of Mr. James Malackowski Regarding Damages. If called as a witness, I could and would testify competently to the information contained herein.

3. Exhibit 1 is a true and accurate excerpt of the Supplemental Expert Report of Mr. James Malackowski dated December 9, 2022.

4. Exhibit 2 is a true and accurate excerpt of the January 30, 2023 deposition transcript of James Malackowski.

5. Exhibit 3 is a true and accurate excerpt of the August 26, 2022 deposition transcript of James Malackowski.

6. Exhibit 4 is a true and accurate copy of the document bearing the Bates number SONOS-SVG2-00056406.

7. I declare under penalty of perjury under the laws of the United States of America that to the best of my knowledge the foregoing is true and correct. Executed on April 13, 2023, in Mill Valley, California.

DATED: April 13, 2023                    Respectfully submitted,


                                         By    /s/ Lindsay Cooper
                                                Lindsay Cooper