UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SONOS, INC.,<br><br>        Plaintiff,<br><br>  vs.<br><br>GOOGLE LLC,<br><br>        Defendant. | Case No. 3:20-cv-06754-WHA<br>Related to Case No. 3:21-cv-07559-WHA<br><br>**[PROPOSED] ORDER GRANTING GOOGLE'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |

1  Plaintiff Google LLC ("Google") has filed an Administrative Motion to Consider Whether
2  Another Party's Material Should Be Sealed in connection with its Motion *in Limine* No. 3 to Exclude
3  Portions of The Expert Report And Certain Testimony of Mr. James Malackowski and Dr. Kevin
4  Almeroth Regarding Google's Non-Infringing Alternatives ("Motion *in Limine* No. 3") ("Google's
5  Administrative Motion").

6  Having considered Google's Administrative Motion, and good cause to seal having been
7  shown, the Court **GRANTS** Google's Administrative Motion and **ORDERS** sealed the documents
8  listed below:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Exhibit 1 to the Declaration of Jocelyn Ma in Support of Google's Motion *in Limine* No. 3 | Entire Document | Sonos |
| Exhibit 2 to the Declaration of Jocelyn Ma in Support of Google's Motion *in Limine* No. 3 | Entire Document | Sonos |
| Exhibit 3 to the Declaration of Jocelyn Ma in Support of Google's Motion *in Limine* No. 3 | Entire Document | Sonos |

IT IS SO ORDERED.

DATED:

————————————————————
The Honorable William Alsup
United States District Court Judge