1
2
3
4
5
6
7
8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11                        SAN FRANCISCO DIVISION

12  SONOS, INC.,                        | Case No. 3:20-cv-06754-WHA
                                        | Related to Case No. 3:21-cv-07559-WHA
13
                                        | **[PROPOSED] ORDER GRANTING
14          Plaintiff and Counter-      | GOOGLE LLC'S ADMINISTRATIVE
            Defendant,                  | MOTION TO FILE UNDER SEAL
15                                      | PORTIONS OF ITS MOTION *IN LIMINE*
       vs.                              | NO. 3 TO EXCLUDE PORTIONS OF
16                                      | THE EXPERT REPORT AND CERTAIN
                                        | TESTIMONY OF MR. JAMES
17  GOOGLE LLC,                         | MALACKOWSKI AND DR. KEVIN
                                        | ALMEROTH REGARDING GOOGLE'S
18          Defendant and Counter-      | NON-INFRINGING ALTERNATIVES**
            Claimant.
19
20
21
22
23
24
25
26
27
28

1    Plaintiff Google LLC ("Google") has filed an Administrative Motion to File Under Seal
2 Portions of its Motion *in Limine* No. 3 to Exclude Portions of The Expert Report And Certain
3 Testimony of Mr. James Malackowski and Dr. Kevin Almeroth Regarding Google's Non-Infringing
4 Alternatives ("Motion *in Limine* No. 3") ("Google's Administrative Motion").

5    Having considered Google's Administrative Motion, and good cause to seal having been
6 shown, the Court **GRANTS** Google's Administrative Motion and **ORDERS** sealed the documents
7 listed below:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Exhibit 3 to the Declaration of Jocelyn Ma in Support of Google's Motion *in Limine* No. 3 ("Exhibit 3") | Portions outlined in red boxes | Google |

    IT IS SO ORDERED.

DATED:

_____
The Honorable William Alsup
United States District Court Judge

Case No. 3:20-cv-06754-WHA
[PROPOSED] ORDER GRANTING GOOGLE'S ADMINISTRATIVE MOTION