QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Sean Pak (Bar No. 219032)
  seanpak@quinnemanuel.com
  Melissa Baily (Bar No. 237649)
  melissabaily@quinnemanuel.com
  James Judah (Bar No. 257112)
  jamesjudah@quinnemanuel.com
  Lindsay Cooper (Bar No. 287125)
  lindsaycooper@quinnemanuel.com
  Iman Lordgooei (Bar No. 251320)
  imanlordgooei@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:     (415) 875-6600
Facsimile:     (415) 875-6700

  Marc Kaplan (pro hac vice)
  marckaplan@quinnemanuel.com
191 N. Wacker Drive, Ste 2700
Chicago, Illinois 60606
Telephone:     (312) 705-7400
Facsimile:     (312) 705-7401

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SONOS, INC.,<br><br>      Plaintiff and Counter-Defendant,<br><br>vs.<br><br>GOOGLE LLC,<br><br>      Defendant and Counter-Claimant. | CASE NO. 3:20-cv-06754-WHA<br><br>**DECLARATION OF JOCELYN MA IN SUPPORT OF GOOGLE LLC'S MOTION *IN LIMINE* NO. 3 TO EXCLUDE PORTIONS OF THE EXPERT REPORT AND CERTAIN TESTIMONY OF MR. JAMES MALACKOWSKI AND DR. ALMEROTH REGARDING GOOGLE'S NON-INFRINGING ALTERNATIVES** |

I, Jocelyn Ma, declare and state as follows:

1. I am an attorney licensed to practice in the State of California and am admitted to practice before this Court. I am an associate at the firm of Quinn Emanuel Urquhart & Sullivan, LLP and am counsel of record for Plaintiff Google LLC ("Google").

2. I provide this declaration in support of Google's Motion *In Limine* No. 3 to Exclude Portions of The Expert Report And Certain Testimony of Mr. James Malackowski and Dr. Kevin Almeroth Regarding Google's Non-Infringing Alternatives. If called as a witness, I could and would testify competently to the information contained herein.

3. Exhibit 1 is a true and accurate excerpt of the Opening Expert Report of Dr. Kevin C. Almeroth dated November 30, 2022.

4. Exhibit 2 is a true and accurate excerpt of the Reply Expert Report of Dr. Kevin C. Almeroth dated January 23, 2023.

5. Exhibit 3 is a true and accurate excerpt of the Supplemental Expert Report of Dr. James Malackowski dated December 9, 2022.

6. I declare under penalty of perjury under the laws of the United States of America that to the best of my knowledge the foregoing is true and correct. Executed on April 13, 2023, in San Francisco, California.

DATED:  April 13, 2023                                  Respectfully submitted,


                                                        By    /s/ Jocelyn Ma
                                                                Jocelyn Ma