CLEMENT SETH ROBERTS (STATE BAR NO. 209203)
croberts@orrick.com
BAS DE BLANK (STATE BAR NO. 191487)
basdeblank@orrick.com
ALYSSA CARIDIS (STATE BAR NO. 260103)
acaridis@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:     +1 415 773 5700
Facsimile:     +1 415 773 5759

SEAN M. SULLIVAN (*pro hac vice*)
sullivan@ls3ip.com
J. DAN SMITH (*pro hac vice*)
smith@ls3ip.com
MICHAEL P. BOYEA (*pro hac vice*)
boyea@ls3ip.com
COLE B. RICHTER (*pro hac vice*)
richter@ls3ip.com
LEE SULLIVAN SHEA & SMITH LLP
656 W Randolph St., Floor 5W
Chicago, IL 60661
Telephone:     +1 312 754 0002
Facsimile:     +1 312 754 0003

*Attorneys for Sonos, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA,

SAN FRANCISCO DIVISION

| | |
|---|---|
| SONOS, INC., <br><br> Plaintiff and Counter-defendant, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant and Counter-claimant. | Case No. 3:20-cv-06754-WHA <br> Related to Case No. 3:21-cv-07559-WHA <br><br> **SONOS, INC.'S OPPOSITION TO GOOGLE LLC'S MOTION *IN LIMINE* NO. 3** <br><br> Judge: Hon. William Alsup <br> Pretrial Conf.: May 3, 2023 <br> Time: 12:00 p.m. <br> Courtroom: 12, 19th Floor <br> Trial Date: May 8, 2023 |

# MEMORANDUM OF POINTS AND AUTHORITIES

## I. INTRODUCTION

Google's Motion *in Limine* No. 3 seeks to exclude Sonos's technical expert, Dr. Kevin Almeroth, and Sonos's damages expert, Mr. James Malackowski, from providing opinions that Google's purported non-infringing alternatives for the '885 and '966 patents are not viable because they infringe other *unasserted* Sonos patents. *See* Mot. at 1-3.

## II. ARGUMENT

While Sonos disagrees with the assertions set forth in Google's Motion *in Limine* No. 3, Dr. Almeroth and Mr. Malackowski will not provide opinions at the upcoming trial that Google's purported non-infringing alternatives for the '885 and '966 patents infringe *unasserted* Sonos patents.

However, Sonos will present argument that Google's purported non-infringing alternatives for the '885 and '966 patents still infringe the *asserted* '885 and/or '966 patents. Additionally, Sonos and/or its witnesses may reference and/or rely on other unasserted Sonos patents for other purposes.

## III. CONCLUSION

Google's Motion *in Limine* No. 3 is moot.

Dated: April 24, 2023

ORRICK HERRINGTON & SUTCLIFFE LLP
*and*
LEE SULLIVAN SHEA & SMITH LLP

By: */s/ Clement Seth Roberts*
    Clement Seth Roberts

*Attorneys for Sonos, Inc.*

**ATTESTATION**

I, Sean Pak, am the ECF user whose ID and password are being used to file the above document. In compliance with Civil L.R. 5-1, I hereby attest that counsel for Sonos has concurred in the aforementioned filing.

DATED: April 26, 2023

/s/ Sean Pak
Sean Pak