UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SONOS, INC., <br><br>             Plaintiff, <br><br>    vs. <br><br> GOOGLE LLC, <br><br>             Defendant. | Case No. 3:20-cv-06754-WHA <br> Related to Case No. 3:21-cv-07559-WHA <br><br> **[PROPOSED] ORDER GRANTING GOOGLE'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |

Plaintiff Google LLC ("Google") has filed an Administrative Motion to Consider Whether Another Party's Material Should Be Sealed in connection with its Motion *in Limine* No. 4 to Exclude References to Alleged Anticompetitive Conduct and Financial Information Unrelated to Accused Products ("Motion *in Limine* No. 4") ("Google's Administrative Motion").

Having considered Google's Administrative Motion, and good cause to seal having been shown, the Court **GRANTS** Google's Administrative Motion and **ORDERS** sealed the documents listed below:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Exhibit 1 to the Declaration of Lana Robins in Support of Google's Motion *in Limine* No. 4 | Entire Document | Sonos |
| Exhibit 2 to the Declaration of Lana Robins in Support of Google's Motion *in Limine* No. 4 | Entire Document | Sonos |
| Exhibit 7 to the Declaration of Lana Robins in Support of Google's Motion *in Limine* No. 4 | Entire Document | Sonos |
| Sonos's Opposition to Motion *in Limine* No. 4 ("Opposition") | Portions outlined in blue boxes | Sonos |
| Exhibit A to the Declaration of Joseph Kolker in Support of Sonos's Opposition to Google's Motion in Limine No. 4 ("Exhibit A") | Portions outlined in blue boxes | Sonos |
| Exhibit C to the Declaration of Joseph Kolker in Support of Sonos's Opposition to Google's Motion in Limine No. 4 | Entire Document | Sonos |
| Exhibit D to the Declaration of Joseph Kolker in Support of Sonos's Opposition to Google's Motion in Limine No. 4 ("Exhibit D") | Portions outlined in blue boxes | Sonos |

1   IT IS SO ORDERED.

4   DATED:

_____
The Honorable William Alsup
United States District Court Judge