# APPENDIX B

APPENDIX B

SONOS'S AMENDED WITNESS LIST

Sonos, Inc. ("Sonos") hereby discloses the following witnesses it may call live or by deposition at trial, pursuant to Rule 26(a)(3)(A)(i) of the Federal Rules of Civil Procedure, and in accordance with the Guidelines for Trial and Final Pretrial Conference in Civil Jury Cases Before the Honorable William Alsup.

Sonos identifies the name, manner and substance of the testimony of each witness (including non-cumulative testimony) it expects to present or may present at trial, other than solely for impeachment.  Contact information has already been provided but may be provided again upon request.

1. WITNESSES SONOS EXPECTS TO CALL

Sonos presently expects to present testimony from the following witnesses subject to Sonos's right to modify this list based on developments in the case and further Court rulings.

| Witness | Fact / Expert | Manner of Presentation | Substance of Testimony |
|---|---|---|---|
| Kevin Almeroth | Expert | Live | Non-cumulative testimony regarding the subject matter covered in Dr. Almeroth's expert reports in this matter, including infringement and validity of the '885 and '966 patents |
| Robert Lambourne | Fact | Live | Non-cumulative testimony regarding the conception and reduction to practice of the technology disclosed in the '885 and '966 patents |
| Nick Millington | Fact | Live | Non-cumulative testimony regarding Sonos's products and technology; corroboration of the conception and reduction to practice of the technology disclosed in one or more of the patents-in-suit; Sonos's course of dealing with Google; and the Google-Sonos collaborations and information shared between the parties |

| Witness | Fact / Expert | Manner of Presentation | Substance of Testimony |
|---|---|---|---|
| James Malackowski | Expert | Live | Non-cumulative testimony regarding the subject matter covered in Mr. Malackowski's expert reports in this matter, including Google's liability for damages for infringement of the '885 and '966 patents |
| Alaina Kwasizur | Fact | Live and/or deposition | Non-cumulative testimony regarding Sonos's negotiations with Google; notice to Google of one or more of the patents-in-suit; notice to Google's of Sonos's patented technology; notice of infringement. |

2. **WITNESSES SONOS MAY CALL**

Sonos may call the following witnesses subject to Sonos's right to modify this list based on developments in the case and further Court rulings.

| Witness | Fact / Expert | Manner of Presentation | Substance of Testimony With Statement of Non-Cumulative Testimony (if any) |
|---|---|---|---|
| Christopher Bakewell | Expert | Live and/or deposition | Non-cumulative testimony regarding the subject matter covered in Mr. Bakewell's expert reports in this matter related to Sonos's claim for damages |
| Christopher Butts | Fact | Live and/or deposition | Non-cumulative testimony regarding prosecution of the '885 and '966 patents; Sonos's licensing negotiations with Google; notice to Google of one or more of the patents-in-suit; notice to Google's of Sonos's patented technology; and notice of infringement |
| Christopher Chan | Fact | Live and/or deposition | Non-cumulative testimony regarding Google's products and Sonos's patents; and design, development, and usage of the accused products and Google's marketing of accused media players |
| Debajit Ghosh | Fact | Live and/or deposition | Non-cumulative testimony regarding Google's products and Google's use of the accused functionality. |

| Witness | Fact / Expert | Manner of Presentation | Substance of Testimony With Statement of Non-Cumulative Testimony (if any) |
|---|---|---|---|
| Kenneth MacKay | Fact | Live and/or deposition | Non-cumulative testimony regarding Google's products; and design and development of the accused grouping functionality, including Google's new software update for the accused grouping functionality. |
| Tavis Maclellan | Fact | Live and/or deposition | Non-cumulative testimony regarding Google's products; and design, development, and use of the accused grouping functionality |
| Michael Maigret | Fact | Live and/or deposition | Non-cumulative testimony regarding financial information for the accused hardware products and applications |
| Vincent Mo | Fact | Live and/or deposition | Non-cumulative testimony regarding Google's products and Google's use of the accused functionality. |
| Umesh Patil | Fact | Live and/or deposition | Non-cumulative testimony regarding Google's products and Google's use of the accused functionality |
| Justin Pedro | Fact | Live and/or deposition | Non-cumulative testimony regarding Google's products; and design and development of the speaker grouping functionality within the Google Home application, and Google's use of the accused functionality |
| Dan Schonfeld | Expert | Live and/or deposition | Non-cumulative testimony regarding the subject matter covered in Dr. Schonfeld's expert reports in this matter related to the '885 and '966 patents |
| Tomer Shekel | Fact | Live and/or deposition | Non-cumulative testimony regarding Google's course of dealing with Sonos; the Google-Sonos collaborations and information shared between the parties; and Google's products and Sonos's patents |

3. **OTHER**

In addition to the witnesses identified above, Sonos reserves the right to call witnesses for the purposes of rebuttal or impeachment and may call witnesses identified on Google's witness

list.  Sonos also reserves the right to correct, amend and/or supplement its witness list in light of further rulings by the Court, including any new rulings regarding the amount of time allotted for the parties to present their case at trial, or any other changed circumstances.  Sonos also reserves the right to supplement this list and call individuals that Google designates as Rule 30(b)(6) designees or are otherwise deposed after the service of this list.

      Sonos also reserves the right to present the deposition testimony of any witnesses listed above who are unavailable to testify at trial. Sonos reserves the right to designate the prior deposition or trial testimony of any witness for the purpose of authenticating documents or other evidence.  Should Google introduce any deposition testimony it has designated for witnesses not at trial, Sonos reserves the right to designate testimony from any witness identified by Google.