# APPENDIX C

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Sean Pak (Bar No. 219032)
seanpak@quinnemanuel.com
Melissa Baily (Bar No. 237649)
melissabaily@quinnemanuel.com
James Judah (Bar No. 257112)
jamesjudah@quinnemanuel.com
Lindsay Cooper (Bar No. 287125)
lindsaycooper@quinnemanuel.com
Iman Lordgooei (Bar No. 251320)
imanlordgooei@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:    (415) 875-6600
Facsimile:     (415) 875-6700

Marc Kaplan (*pro hac vice*)
marckaplan@quinnemanuel.com
191 N. Wacker Drive, Ste 2700
Chicago, Illinois 60606
Telephone:    (312) 705-7400
Facsimile:     (312) 705-7401

*Attorneys for GOOGLE LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SONOS, INC.,<br><br>         Plaintiff and Counter-Defendant,<br><br>    vs.<br><br>GOOGLE LLC,<br><br>         Defendant and Counter-Claimant. | Case No. 3:20-cv-06754-WHA<br>Related to Case No. 3:21-cv-07559-WHA<br><br>**GOOGLE LLC'S FIRST AMENDED RULE 26(a)(3) WITNESS LIST** |

Google LLC ("Google") hereby provides its amended witness list pursuant to Federal Rule of Civil Procedure 26(a)(3) and paragraphs 1 and 2(a) of the Guidelines for Trial and Final Pretrial Conference in Civil Jury Cases Before the Honorable William Alsup.

Google identifies the name and, if not previously provided, the address, telephone number, and anticipated testimony of each witness it may present at trial other than solely for impeachment — separately identifying those Google expects to present and those it may call if the need arises. The inclusion of a witness on Google's list of potential witnesses does not represent that Google will call (or otherwise require that Google calls) that witness to testify, does not constitute a representation that Google will bring an identified potential witness to trial, and does not mean that Google has the power to compel the attendance or live testimony of that potential witness. Google's listing of potential witnesses and designations of deposition testimony is also made based on Google's present understanding of the trial date, the availability of potential witnesses, and the issues. In the event that an individual whom Google identified as a potential witness is not available for trial or otherwise cannot testify in person, Google may designate a replacement witness to testify either in person or by deposition, and will provide reasonable notice to Sonos, Inc. ("Sonos").

Google reserves the right to call any witness on any of Sonos's witness lists. Google further reserves the right to supplement this list based on discovery not yet taken in the case. Google also reserves the right to call rebuttal witnesses who are not listed below to testify at trial either in person or by deposition in response to the testimony offered by Sonos and/or with respect to any defenses or issues on which Sonos bears the burden of proof. Google reserves the right to call additional witnesses to testify at trial either in person or by deposition to provide foundation testimony should any party contest the authenticity or admissibility of any material proffered at trial. After the parties exchange objections to such materials, Google will address this issue with Sonos and/or the Court, and will provide notice of any additional witnesses it will or may call to establish the authenticity and admissibility of materials to be proffered at trial.

After the parties complete their pretrial exchanges and the Court rules on motions or other disputes that are presented during pretrial, Google reserves the right to further clarify the witnesses

it will and whether the respective witnesses will provide their testimony in person or by deposition.

I.  **WITNESSES GOOGLE WILL PRESENT AT TRIAL**

| Name | Contact Information | Substance of Testimony |
|---|---|---|
| Christopher Bakewell | May be reached through counsel for Google. | Mr. Bakewell will provide non-cumulative testimony regarding damages for infringement of U.S. Patent Nos. 10,469,966 ("'966 patent") and 10,848,885 ("'885 patent"). |
| Dr. Bobby Bhattacharjee | May be reached through counsel for Google. | Dr. Bhattacharjee will provide non-cumulative testimony regarding the invalidity of U.S. Patent No. 9,967,615 ("'615 patent"). |
| Ken Mackay | May be reached through counsel for Google. | Mr. Mackay will provide non-cumulative testimony regarding the origin of speaker grouping, the design of Google's speaker grouping, and the availability, acceptability, and implementation of non-infringing alternative designs. Google further identifies the subjects of the Rule 30(b)(6) topic(s) for which Mr. Mackay was designated as Google's corporate witness. |
| Dr. Dan Schonfeld | May be reached through counsel for Google. | Dr. Schonfeld will provide non-cumulative testimony regarding the non-infringement, invalidity, non-infringing alternatives, usage and/or value of the '966 and '885 patents, and the technical comparability of certain patent agreements. |

1  II.     **WITNESSES GOOGLE MAY PRESENT AT TRIAL IF THE NEED ARISES**

| Name | Contact Information | Substance of Testimony |
| --- | --- | --- |
| Ramona Bobohalma[1] | May be reached through counsel for Google. | Ms. Bobohalma may provide non-cumulative testimony concerning the accused casting playback of queues functionality for YouTube and YouTube Music and the design and development of YouTube Remote. |
| Chris Chan | May be reached through counsel for Google. | Mr. Chan may provide non-cumulative testimony concerning the design, development, and usage of the accused functionalities as well as the marketing of accused media players.  Google further identifies the subjects of the Rule 30(b)(6) topic(s) for which Mr. Chan was designated as Google's corporate witness. |
| Arthur "Tad" Coburn | Last known address: Lexington, Massachusetts | Mr. Coburn will provide non-cumulative testimony regarding his purported invention and conception or reduction to practice of the '615 patent. |
| Tim Kowalski | May be reached through counsel for Google. | Mr. Kowalski may provide non-cumulative testimony regarding Google's licenses, licensing negotiations, and licensing policy. |
| Janos Levai | May be reached through counsel for Google. | Mr. Levai may provide non-cumulative testimony concerning the design and development of the accused casting playback of queues functionality for YouTube and YouTube Music and the design and development of YouTube Remote. |
| Logitech Inc. | Last known address: 7700 Gateway Boulevard Newark, California 94560 | Logitech may provide non-cumulative testimony concerning Logitech prior art |

---

[1]  If called, this witness may need to testify remotely.

| Name | Contact Information | Substance of Testimony |
|---|---|---|
|  |  | related to the '966 and '885 patents. |
| Tomer Shekel[2] | May be reached through counsel for Google. | Mr. Shekel may provide non-cumulative testimony concerning Google's multizone technology and disclosure to Sonos. |

### III. WITNESSES WHO MAY TESTIFY BY DEPOSITION

The following witnesses may testify by deposition:

Jeffrey Armstrong

Chris Butts

Tad Coburn

Keith Corbin

Graham Farrar

Joni Hoadley

Brandon Kennedy

Alaina Kwasizur

Robert Lambourne

Nick Millington

DATED: April 17, 2023                QUINN EMANUEL URQUHART & SULLIVAN, LLP


By   /s/ Sean Pak
      Sean Pak
      Attorneys for Google LLC

---

[2] If called, this witness may need to testify remotely.

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who have consented to electronic service are being served with a copy of this document via email on April 17, 2023.

*/s/ Lana Robins*
Lana Robins