# APPENDIX E

1  CLEMENT SETH ROBERTS (SBN 209203)
   croberts@orrick.com
2  BAS DE BLANK (SBN 191487)
   basdeblank@orrick.com
3  ALYSSA CARIDIS (SBN 260103)
   acaridis@orrick.com
4  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
5  405 Howard Street
   San Francisco, CA 94105-2669
6  Telephone:   +1 415 773 5700
   Facsimile:   +1 415 773 5759
7
   SEAN M. SULLIVAN (*pro hac vice*)
8  sullivan@ls3ip.com
   J. DAN SMITH (*pro hac vice*)
9  smith@ ls3ip.com
   MICHAEL P. BOYEA (*pro hac vice*)
10 boyea@ ls3ip.com
   COLE B. RICHTER (*pro hac vice*)
11 richter@ls3ip.com
   LEE SULLIVAN SHEA & SMITH LLP
12 656 W Randolph St., Floor 5W
   Chicago, IL 60661
13 Telephone:   +1 312 754 0002
   Facsimile:   +1 312 754 0003
14
   *Attorneys for Sonos, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA,

SAN FRANCISCO DIVISION

| | |
|---|---|
| SONOS, INC., <br><br> Plaintiff and Counter-defendant, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant and Counter-claimant. | Case No. 3:20-cv-06754-WHA <br> Related to Case No. 3:21-cv-07559-WHA <br><br> **SONOS, INC.'S PROPOSED VERDICT FORM** <br><br> Judge: Hon. William Alsup <br> Pretrial Conf.: May 3, 2023 <br> Time: 12:00 p.m. <br> Courtroom: 12, 19th Floor <br> Trial Date: May 8, 2023 |

## **VERDICT FORM**

When answering the following questions and filling out this Verdict Form, please follow the directions provided throughout this Verdict Form and the final jury instructions. Your answer to each question must be unanimous.

We, the jury, unanimously agree to the answers to the following questions and return them under the instructions of this court as our verdict in this case.

### **ISSUES RELATED TO INFRINGEMENT AND INVALIDITY**

1. Has Sonos proven by a preponderance of the evidence that the new version of Google's products infringe Claim 1 of U.S. Patent No. 10,848,885 (the "'885 patent")? *A "yes" is a finding for Sonos, a "no" is a finding for Google.*

    **YES** _____     **NO** _____

2. Has Google proven by clear and convincing evidence that Claim 1 of the '885 Patent is invalid? *A "yes" is a finding for Google, a "no" is a finding for Sonos.*

    **YES** _____     **NO** _____

3. Has Sonos proven by a preponderance of the evidence that the prior version of Google's products infringed any of the following claims of U.S. Patent No. 10,469,966 (the "'966 patent")? *A "yes" is a finding for Sonos, a "no" is a finding for Google.*

    a. Claim 1:    **YES** _____    **NO**_____

    b. Claim 2:    **YES** _____    **NO**_____

    c. Claim 4:    **YES** _____    **NO**_____

    d. Claim 6:    **YES** _____    **NO**_____

    e. Claim 8:    **YES** _____    **NO**_____

4. Has Sonos proven by a preponderance of the evidence that the new version of Google's products infringe any of the following claims of the '966 patent? *A "yes" is a finding for Sonos, a "no" is a finding for Google.*

    f. Claim 1:    **YES** _____    **NO**_____

    g. Claim 2:    **YES** _____    **NO**_____

    h. Claim 4:    **YES** _____    **NO**_____

    i. Claim 6:    **YES** _____    **NO**_____

    j. Claim 8:    **YES** _____    **NO**_____

5. Has Google proven by clear and convincing evidence that any of the following claims of the '966 patent are invalid? *A "yes" is a finding for Google, a "no" is a finding for Sonos.*

    a. Claim 1:     **YES** _____     **NO**_____

    b. Claim 2:     **YES** _____     **NO**_____

    c. Claim 4:     **YES** _____     **NO**_____

    d. Claim 6:     **YES** _____     **NO**_____

    e. Claim 8:     **YES** _____     **NO**_____

**WILLFUL INFRINGEMENT**

6. *You should only answer this question if you found at least one claim of the '966 patent was both infringed and not invalid. If you did not, then do not answer this question and instead proceed to the next question.* Has Sonos proven by a preponderance of the evidence that Google's infringement of the '966 patent is willful? *A "yes" is a finding for Sonos, a "no" is a finding for Google.*

    **YES** _____     **NO**_____

## **DAMAGES**

7. If you found that claim 1 of the '885 patent is not invalid, and/or if you found that any claim of the '966 patent was both infringed and not invalid, what form of damages do you find is adequate to compensate Sonos for Google's infringement? *Check only one*:

**PER UNIT ROYALTY _____**      OR

**LUMP SUM_____**

8. What amount of damages do you find would fairly and reasonably compensate Sonos for Google's infringement? Write out the amount in numbers and then in words:

Total in numbers:  $_____

Total in words:  _____

You have now reached the end of the verdict form and should review it to ensure it accurately reflects your unanimous determinations. The Presiding Juror should then sign and date the verdict form in the spaces below and notify the Security Guard that you have reached a verdict. The Presiding Juror should retain possession of the verdict form and bring it when the jury is brought back into the courtroom.

DATED: _____, 2023      BY: _____
                                                                              Presiding Juror