UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SONOS, INC.,<br><br>Plaintiff and Counter-Defendant,<br><br>vs.<br><br>GOOGLE LLC,<br><br>Defendant and Counter-Claimant. | Case No. 3:20-cv-06754-WHA<br>Related to Case No. 3:21-cv-07559-WHA<br><br>**[PROPOSED] ORDER GRANTING GOOGLE LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF ITS MOTION *IN LIMINE* NO. 4 TO EXCLUDE REFERENCES TO ALLEGED ANTICOMPETITIVE CONDUCT AND FINANCIAL INFORMATION UNRELATED TO ACCUSED PRODUCTS** |

Plaintiff Google LLC ("Google") has filed an Administrative Motion to File Under Seal Portions of its Motion *in Limine* No. 4 to Exclude References to Alleged Anticompetitive Conduct and Financial Information Unrelated to Accused Products ("Motion *in Limine* No. 4") ("Google's Administrative Motion").

Having considered Google's Administrative Motion, and good cause to seal having been shown, the Court **GRANTS** Google's Administrative Motion and **ORDERS** sealed the documents listed below:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Motion *in Limine* No. 4 | Portions highlighted in yellow | Google |
| Exhibit 1 to the Declaration of Lana Robins in Support of Motion *in Limine* No. 4 ("Exhibit 1") | Portions outlined in red boxes | Google |
| Exhibit 5 to the Declaration of Lana Robins in Support of Motion *in Limine* No. 4 ("Exhibit 5") | Portions outlined in red boxes | Google |
| Exhibit 6 to the Declaration of Lana Robins in Support of Motion *in Limine* No. 4 ("Exhibit 6") | Portions outlined in red boxes | Google |
| Sonos's Opposition to Motion *in Limine* No. 4 ("Opposition") | Portions outlined in red boxes | Google |
| Exhibit A to the Declaration of Joseph Kolker in Support of Sonos's Opposition to Google's Motion *in Limine* No. 4 ("Exhibit A") | Portions outlined in red boxes | Google |
| Exhibit D to the Declaration of Joseph Kolker in Support of Sonos's Opposition to Google's Motion *in Limine* No. 4 ("Exhibit D") | Portions outlined in red boxes | Google |

IT IS SO ORDERED.

DATED:

> The Honorable William Alsup
> United States District Court Judge