# EXHIBIT 6
# FILED UNDER SEAL

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
1              IN THE UNITED STATES DISTRICT COURT
2             FOR THE NORTHERN DISTRICT OF CALIFORNIA
3
4
5    GOOGLE LLC,
6                 Plaintiff,
7           vs.                         No. 3:20-cv-6754
8    SONOS, INC.,
9                 Defendant.
     _____/
10
11
12      -- HIGHLY CONFIDENTIAL, ATTORNEYS' EYES ONLY --
13
14     VIDEO-RECORDED FEDERAL RULE 30(B)(6) DEPOSITION OF
15              GOOGLE LLC, BY CHRISTOPHER CHAN
16                  Remote Zoom Proceedings
17                    Oakland, California
18                Tuesday, November 29, 2022
19
20
21
22
23   REPORTED BY:
24   LESLIE ROCKWOOD ROSAS, RPR, CSR 3462
25   Pages 1 - 134                           Job No. 5594471
```

Page 1

```
 1    happy to as well.
 2         Q.   Yeah, I'm going to need you to look at these
 3    exhibits today.  So they're in that Google Drive folder.
 4              Take a look at Exhibit 2.  And my first question
 5    is going to be:  Do you recognize the document?               09:12:46
 6         A.   Is this the one labeled "Balance Launch
 7    Narrative"?
 8         Q.   No.  I'm not sure you're in the right folder.
 9         A.   Okay.
10              MR. JUDAH:  Yeah, let me put it in the chat so     09:13:04
11    you can see it.
12              I'm requesting access to the folder myself now.
13              THE WITNESS:  Is this the one whose file name is
14    "Sonos V Google 30(b)(6) Notice (Corrected)"?
15         Q.   BY MR. SULLIVAN:  Yes, it is.                      09:13:30
16         A.   Can I take a moment to look at the document?
17         Q.   Of course.  Throughout the day, take as little
18    or as long as you need to look at any of the documents
19    that I'm going to ask you to look at, okay?
20         A.   Okay.                                              09:15:36
21         Q.   Okay.  Do you recognize this document?
22         A.   Portions of it, yes.
23         Q.   Which portions?
24         A.   Topics 3 and 4 towards the end.
25         Q.   Great.  That would be on the second-to-last       09:15:47
```

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1   page; correct?
 2       A.  Yes.
 3       Q.  Okay.  And you understand that Google has
 4   designated you to testify on their behalf regarding
 5   Topics 3 and 4 of this Notice; is that right?                09:16:00
 6           MR. JUDAH:  I'll note that subject to Google's
 7   objections.
 8           But you can answer, Mr. Chan.
 9           THE WITNESS:  Yes, I do.
10       Q.  BY MR. SULLIVAN:  Okay.  And more specifically,      09:16:09
11   you are Google's corporate designee on Topic 3 as it
12   relates to:  One, Google's strategies for the sale and
13   marketing of the accused functionalities and the accused
14   hardware products; two, the competitive relationship
15   between the parties to the extent there is one; and 3,      09:16:30
16   metrics information regarding installs of the accused
17   software apps on the accused hardware devices and usage
18   of the accused functionalities.
19           Is that correct?
20       A.  Are you reading from part of the document?           09:16:48
21       Q.  No.  I'm actually reading from representations
22   from Google's counsel that was filed.
23       A.  Got it.
24           MR. JUDAH:  So, Mr. Chan, you can answer based
25   on your understanding.                                       09:16:59
```

Page 15

| | | |
|---|---|---|
| 1 | THE WITNESS:  Yes, this is my understanding. | |
| 2 | Q.  BY MR. SULLIVAN:  And you are Google's corporate | |
| 3 | designee on Topic 4 as it relates to:  One, customer | |
| 4 | feedback, including comments and/or complaints regarding | |
| 5 | the accused functionalities, to the extent such feedback | 09:17:29 |
| 6 | exists and is reasonably within Google's possession, | |
| 7 | custody, and control; and two, metrics information | |
| 8 | regarding usage of the accused functionalities. | |
| 9 | Is that correct? | |
| 10 | A.  That sounds right. | 09:17:46 |
| 11 | MR. JUDAH:  Yeah.  The same, Mr. Chan. | |
| 12 | Q.  BY MR. SULLIVAN:  And you understand your | |
| 13 | testimony in these topics will be binding on Google; | |
| 14 | right? | |
| 15 | A.  I'm not sure what "binding on Google" means. | 09:18:02 |
| 16 | Q.  You're answering on behalf of the company today | |
| 17 | with respect to this 30(b)(6) deposition notice; correct? | |
| 18 | A.  That is my understanding, yes. | |
| 19 | MR. JUDAH:  Objection to form. | |
| 20 | Q.  BY MR. SULLIVAN:  And you are prepared to | 09:18:28 |
| 21 | testify regarding these topics today? | |
| 22 | A.  I am prepared to testify. | |
| 23 | Q.  Before preparing for this deposition, were you | |
| 24 | knowledgeable concerning these topics? | |
| 25 | A.  I have knowledge around both of these topics, | 09:18:46 |

Page 16

1  yes.

2    Q.  Is there anyone at Google that is more

3  knowledgeable about either of these topics?

4    MR. JUDAH:  Objection to form.

5    THE WITNESS:  I'm not aware.    09:18:57

6    Q.  BY MR. SULLIVAN:  Okay.  Let's take a look at

7  what we've marked as Deposition Exhibit Number 1260.

8  That should be in the folders as well.

9    A.  Yep.

10    Q.  Do you recognize this document?    09:19:19

11    MR. JUDAH:  And I apologize.  I'm still waiting

12  for access to the folder.  Was there -- I can look up the

13  doc separately.  Sean, is there a Bates Number for this

14  or?

15    MR. SULLIVAN:  No.  It's his LinkedIn page.    09:19:36

16    MR. JUDAH:  Okay, okay.  I'll look at it.  You

17  can proceed.

18    Q.  BY MR. SULLIVAN:  At least, I think it's your

19  LinkedIn page, but that's my question for you, Mr. Chan.

20  Did I do a good job of downloading and capturing your    09:19:51

21  LinkedIn page correctly?

22    A.  This looks like my LinkedIn page, yes.

23    Q.  Is the information on your LinkedIn page, which

24  is Exhibit 1260, accurate?

25    A.  To the best of my knowledge, yes.    09:20:17

1     Q.  Are there any changes that you're aware of or

2  that should be made to that LinkedIn page?

3     A.  Not at this time, no.

4     Q.  So it's up to date; right?

5         MR. JUDAH:  Objection.  Form.                    09:20:34

6         THE WITNESS:  That is my understanding as I am

7  reviewing it.

8     Q.  BY MR. SULLIVAN:  So it says here that you're a

9  product manager; is that right?

10    A.  Yes.                                             09:21:08

11    Q.  Well, let me -- let me correct that.  You were a

12 product manager at Google from May 2017 to October of

13 2020; is that right?

14    A.  Yes, that's correct.

15    Q.  And then you got promoted to senior product      09:21:20

16 manager?

17    A.  Yes, that's correct.

18    Q.  And that is your current title?

19    A.  Yes.

20    Q.  So what products are you responsible for as a    09:21:30

21 product manager at Google?

22        MR. JUDAH:  Objection.  Form.

23        THE WITNESS:  Are you asking right now or in

24 prior months or years?

25    Q.  BY MR. SULLIVAN:  Let's start with when you were 09:21:45

Page 18

```
 1    just a product manager, and then I'll ask about if it's

 2    changed in your role as senior product manager.

 3             MR. JUDAH:  Same objection.

 4             THE WITNESS:  So when I was a product manager, I

 5    worked on Google Home Max.                                      09:22:03

 6        Q.   BY MR. SULLIVAN:  Okay.  Any other products?

 7        A.   Also I worked on Nest Mini.

 8        Q.   Any other products?

 9        A.   Also I worked on Nest Audio.

10        Q.   How about Google Home; did you work on that            09:22:28

11    product?

12             MR. JUDAH:  Objection.  Form.

13             THE WITNESS:  I worked on software features that

14    impacted Google Home, but not the hardware product

15    itself.                                                         09:22:42

16        Q.   BY MR. SULLIVAN:  Are there any other products

17    that we didn't just discuss?

18        A.   I worked on software features for additional

19    products.

20        Q.   And what were those software features and              09:23:06

21    products?

22        A.   Software features included our group playback

23    functionality.

24        Q.   Okay.  Any other features?

25        A.   Our stream transfer functionality.                     09:23:28
```

Veritext Legal Solutions
866 299-5127

```
 1    remember all the details beyond facts that like the
 2    orange color was the one that we were interested in
 3    marketing to, and they were defined by their kind of
 4    tech-forward attitudes or willingness to invest kind of
 5    earlier into tech.                                          13:59:32
 6        Q.  Because of the color orange?
 7            MR. JUDAH:  Objection.  Form.
 8            THE WITNESS:  No, it was -- it was just a pithy
 9    way of describing the different segments.  I can't recall
10    any specifics about why they were labeled orange.           13:59:45
11        Q.  BY MR. SULLIVAN:  Any other segments?
12        A.  I can't think of any others.
13        Q.  Does Google sell any of its smart speakers at a
14    price that is below their cost?
15        A.  For both Nest Mini and Nest Audio, the MSRPs are    14:00:19
16    above their bill of materials.
17        Q.  How much above?
18            MR. JUDAH:  Objection.  Form.  Objection.
19    Outside the scope.
20            THE WITNESS:  It's been a while since I've          14:00:41
21    worked on both products so I can only provide rough
22    estimates.
23        Q.  BY MR. SULLIVAN:  Sure.  What are they?
24            MR. JUDAH:  Same objections.
25            THE WITNESS:  So Nest Mini's bill of materials I    14:00:51
```

Page 124

```
 1    recall being ███████████████████ and sold for $49

 2    MSRP.  And then Nest Audio's bill of materials I think

 3    was around ███████████████████ and then sold at an

 4    MSRP of $99.

 5        Q.  BY MR. SULLIVAN:  Does Google make money off of    14:01:15

 6    its smart speakers?

 7            MR. JUDAH:  Objection.  Outside the scope.

 8    Objection to form.

 9            THE WITNESS:  I'm not in the finance department

10    so I'm not privy to the top level kind of P&L.              14:01:28

11        Q.  BY MR. SULLIVAN:  Do you have any idea of

12    whether Google's smart speakers are profitable?

13            MR. JUDAH:  Same objections.

14            THE WITNESS:  Not really.

15        Q.  BY MR. SULLIVAN:  Would Google sell a product       14:01:48

16    that wasn't profitable?

17            MR. JUDAH:  Same objections.

18            THE WITNESS:  I can't speak to the hypothetical,

19    but I can say that Google encourages all of our hardware

20    products to be run sustainably.                             14:02:04

21        Q.  BY MR. SULLIVAN:  And how does Google make money

22    from its smart speakers?

23            MR. JUDAH:  Same objections.

24            THE WITNESS:  I don't know that Google makes

25    money from its smart speakers.                              14:02:23
```

Page 125

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1   STATE OF CALIFORNIA      ) ss:
 2   COUNTY OF MARIN          )
 3
 4           I, LESLIE ROCKWOOD ROSAS, RPR, CSR NO. 3462, do
 5   hereby certify:
 6           That the foregoing deposition testimony was
 7   taken before me at the time and place therein set forth
 8   and at which time the witness was administered the oath;
 9           That testimony of the witness and all objections
10   made by counsel at the time of the examination were
11   recorded stenographically by me, and were thereafter
12   transcribed under my direction and supervision, and that
13   the foregoing pages contain a full, true and accurate
14   record of all proceedings and testimony to the best of my
15   skill and ability.
16           I further certify that I am neither counsel for
17   any party to said action, nor am I related to any party
18   to said action, nor am I in any way interested in the
19   outcome thereof.
20           IN WITNESS WHEREOF, I have subscribed my name
21   this 30th day of November, 2022.
22
23
24
25           LESLIE ROCKWOOD ROSAS, RPR, CSR NO. 3462
```

Page 131