CLEMENT SETH ROBERTS (SBN 209203)
croberts@orrick.com
BAS DE BLANK (SBN 191487)
basdeblank@orrick.com
ALYSSA CARIDIS (SBN 260103)
acaridis@orrick.com
Orrick, Herrington & Sutcliffe LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:   +1 415 773 5700
Facsimile:   +1 415 773 5759

SEAN M. SULLIVAN (*pro hac vice*)
sullivan@ls3ip.com
COLE B. RICHTER (*pro hac vice*)
richter@ls3ip.com
LEE SULLIVAN SHEA & SMITH LLP
656 W Randolph St., Floor 5W
Chicago, IL 60661
Telephone:   +1 312 754 0002
Facsimile:   +1 312 754 0003

*Attorneys for Sonos, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SONOS, INC.,<br><br>  Plaintiff and Counterdefendant,<br><br>v.<br><br>GOOGLE LLC,<br><br>  Defendant and Counterclaimant. | Case No. 3:20-cv-06754-WHA<br>Related to Case No. 3:21-cv-07559-WHA<br><br>**DECLARATION OF JOSEPH R. KOLKER IN SUPPORT OF SONOS, INC.'S OPPOSITION TO GOOGLE LLC'S MOTION *IN LIMINE* NO. 4**<br><br>Judge:  Hon. William Alsup<br>Pretrial Conf.:  May 3, 2023<br>Time:  12:00 p.m.<br>Courtroom:  12, 19th Floor<br>Trial Date:  May 8, 2023 |

1    I, Joseph R. Kolker, declare as follows and would so testify under oath if called upon to
2    do so:
3        1.   I am an attorney with the law firm of Orrick, Herrington & Sutcliffe LLP, counsel
4    of record to Sonos, Inc. ("Sonos") in the above-captioned matter. I am a member in good
5    standing of the New York State Bar and am admitted to practice before this Court in this matter
6    *pro hac vice*. I make this declaration based on my personal knowledge, unless otherwise noted.
7    If called, I can and will testify competently to the matters set forth herein.
8        2.   I make this declaration in support of Sonos's Opposition to Google LLC's Motion
9    *In Limine* No. 4.
10       3.   Attached hereto as **Exhibit A** is a true and correct copy of excerpts from the
11   Supplemental Expert Report of James E. Malackowski, dated December 9, 2022.
12       4.   Attached hereto as **Exhibit B** is a true and correct copy of an excerpt from the
13   deposition transcript of Christopher Chan, taken on November 29, 2022.
14       5.   Attached hereto as **Exhibit C** is a true and correct copy of a document entitled
15   "Sonos IP License Model," dated July 12, 2018, bearing production numbers SONOS-SVG2-
16   00041807 - SONOS-SVG2-00041860.
17       6.   Attached hereto as **Exhibit D** is a true and correct copy of an excerpt from the W.
18   Christopher Bakewell's Rebuttal Expert Report Regarding Damages, dated January 13, 2023.
19       7.   Attached hereto as **Exhibit E** is a true and correct copy of an excerpt from the
20   Reply Expert Report of James E. Malackowski, dated January 23, 2023.

1  I declare under penalty of perjury that the foregoing is true and correct to the best of my
2  knowledge.  Executed this 24th day of April, 2023 in Yonkers, New York.

_____
JOSEPH R. KOLKER

**ATTESTATION**

I, Sean Pak, am the ECF user whose ID and password are being used to file the above document. In compliance with Civil L.R. 5-1, I hereby attest that counsel for Sonos has concurred in the aforementioned filing.

DATED: April 26, 2023

*/s/ Sean Pak*
Sean Pak