# Sonos, Inc.'s Opp'n to Google LLC's Motion *In Limine* No. 4

# EXHIBIT B

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
1              IN THE UNITED STATES DISTRICT COURT
2            FOR THE NORTHERN DISTRICT OF CALIFORNIA
3
4
5    GOOGLE LLC,
6               Plaintiff,
7          vs.                          No. 3:20-cv-6754
8    SONOS, INC.,
9               Defendant.
     _____/
10
11
12      -- HIGHLY CONFIDENTIAL, ATTORNEYS' EYES ONLY --
13
14    VIDEO-RECORDED FEDERAL RULE 30(B)(6) DEPOSITION OF
15             GOOGLE LLC, BY CHRISTOPHER CHAN
16                 Remote Zoom Proceedings
17                   Oakland, California
18               Tuesday, November 29, 2022
19
20
21
22
23   REPORTED BY:
24   LESLIE ROCKWOOD ROSAS, RPR, CSR 3462
25   Pages 1 - 134                        Job No. 5594471
```

Page 1

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1                IN THE UNITED STATES DISTRICT COURT

 2              FOR THE NORTHERN DISTRICT OF CALIFORNIA

 3

 4

 5    GOOGLE LLC,

 6              Plaintiff,

 7         vs.                        No. 3:20-cv-06754

 8    SONOS, INC.,

 9              Defendant.
      _____/
10

11

12        -- HIGHLY CONFIDENTIAL, ATTORNEYS' EYES ONLY --

13

14          Video-recorded Federal Rule 30(b)(6) deposition

15    of GOOGLE LLC, by CHRISTOPHER CHAN, taken on behalf of

16    the Defendant, Remote Zoom Proceedings from Oakland,

17    California, beginning at 9:06 a.m. Pacific Standard Time

18    and ending at 2:27 p.m. Pacific Standard Time, on

19    Tuesday, November 29, 2022, before Leslie Rockwood Rosas,

20    RPR, Certified Shorthand Reporter No. 3462.

21

22

23

24

25
                                                      Page 2
```

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1   APPEARANCES:
 2
 3   FOR THE PLAINTIFF:
 4        LEE SULLIVAN SHEA & SMITH LLP
 5        BY: SEAN M. SULLIVAN, ESQ.
 6        565 West Randolph Street, Floor 5W
 7        Chicago, Illinois 60661
 8        (312) 754-0002
 9        sullivan@ls3ip.com
10
11
12   FOR THE DEFENDANT:
13        QUINN EMANUEL URQUHART & SULLIVAN LLP
14        BY: JAMES D. JUDAH, ESQ.
15        50 California Street, 22nd Floor
16        San Francisco, California 94111
17        (415) 785-6420
18        jamesjudah@quinnemanuel.com
19
20   Also Present:
21        Patrick Weston, Google Inhouse Counsel
22        David West, Videographer
23
24
25
```

Veritext Legal Solutions
866 299-5127

```
 1                          I N D E X
 2
 3
 4    TUESDAY, NOVEMBER 29, 2022
 5
 6    WITNESS                                      EXAMINATION
 7    CHRISTOPHER CHAN
 8
 9        BY MR. SULLIVAN                                   11
10
11
12
13
14         QUESTIONS WITNESS INSTRUCTED NOT TO ANSWER:
15                          (NONE)
16
17
18
19
20
21
22
23
24
25
                                                    Page 4
```

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1            (Exhibit 1274, Spreadsheet,
 2            GOOG-SONOSNDCA-00117828, was marked for
 3            identification by counsel electronically.)
 4            (Exhibit 1275, Spreadsheet,
 5            GOOG-SONOSNDCA-00117829, was marked for
 6            identification by counsel electronically.)
 7            (Exhibit 1276, Spreadsheet,
 8            GOOG-SONOSNDCA-00075635, was marked for
 9            identification by counsel electronically.)
10                          --oOo--                          09:06:14
11            THE VIDEOGRAPHER:  Good morning.  We are on the
12   record.  The time is 9:06 a.m., and that is Pacific time.
13            The date today is November 29th, 2022.
14            Please note that this deposition is being
15   conducted virtually.  Quality of recording depends on the  09:06:57
16   quality of camera and internet connection of
17   participants.  What is seen from the witness and heard on
18   screen is what will be recorded.
19            Audio and video recording will continue to take
20   place unless all parties agree to go off the record.      09:07:12
21            This is Media Unit 1 of the video-recorded
22   deposition of Chris Chan, taken by counsel for Sonos,
23   Inc., in the matter of Sonos, Inc., versus Google LLC,
24   and Google LLC versus Sonos, Inc., filed in the United
25   States District Court for the Northern District of       09:07:30
```

Page 9

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

1   California, Case Number 3:21-cv-07559-WHA and

2   3:20-cv-06754-WHA.

3           The deposition is being conducted remotely using

4   virtual technology.  My name is David West.  I am the

5   videographer.  The court reporter is Leslie Rosas.  We         09:07:53

6   represent Veritext Legal Solutions.

7           I am not related to any party in this action nor

8   am I financially interested in the outcome.

9           If there are any objections to proceeding,

10  please state them at the time of your appearance.              09:08:06

11          Counsel and all present will now state their

12  appearances and affiliations for the record, beginning

13  with the noticing attorney.

14          MR. SULLIVAN:  Yeah, this is Sean Sullivan from

15  Lee Sullivan Shea & Smith LLP on behalf of Sonos, Inc.         09:08:20

16          MR. JUDAH:  James Judah on behalf of Google,

17  with Quinn Emanuel.

18          THE REPORTER:  Mr. Weston?

19          MR. WESTON:  Apologies.  I was stuck on mute.

20          I'm Patrick Weston, inhouse counsel from Google.       09:08:42

21          THE VIDEOGRAPHER:  Go ahead, Leslie.

22          THE REPORTER:  Thank you.

23          Mr. Chan, if you would raise your right hand,

24  please, I'll swear you in.  Thank you.

25          You do solemnly state that the evidence you            09:08:50

```
 1   shall give in this matter shall be the truth, the whole

 2   truth, and nothing but the truth, so help you God?

 3           THE WITNESS:  Yes.

 4           THE REPORTER:  Thank you.

 5           You may proceed, Counsel.                      09:09:03

 6

 7                        EXAMINATION

 8   BY MR. SULLIVAN:

 9       Q.  Good morning, Mr. Chan.

10       A.  Good morning.                                  09:09:08

11       Q.  Could you please state and spell your full name

12   for the record.

13       A.  Christopher Chan, C-H-R-I-S-T-O-P-H-E-R,

14   C-H-A-N.

15       Q.  And what town do you live in?                  09:09:23

16       A.  Oakland.

17       Q.  Okay.  Are you at your home right now for this

18   deposition?

19       A.  Yes, I am.

20       Q.  And have you been deposed before?              09:09:33

21       A.  Yes.

22       Q.  About how many times?

23       A.  I think once.

24       Q.  Okay.  Was that the ITC case between Google and

25   Sonos?                                                 09:09:46
```

Page 11

1  market?

2      MR. JUDAH:  Objection.  Form.

3      THE WITNESS:  There might be in the minds of
4  some people, but I don't know.

5      Q.  BY MR. SULLIVAN:  Does Google compete with Sonos   13:35:22
6  if the smart speaker market?

7      MR. JUDAH:  Objection.  Form.

8      THE WITNESS:  I view Amazon as a more direct
9  competitor of Google for smart speakers.

10     Q.  BY MR. SULLIVAN:  I'm well aware that you    13:35:37
11 compete with Amazon.  But my question is:  Does Google
12 compete with Sonos in the smart speaker market?

13     MR. JUDAH:  Objection.  Form.

14     THE WITNESS:  I don't really see much
15 competition there.    13:35:53

16     Q.  BY MR. SULLIVAN:  Why not?

17     MR. JUDAH:  Same objection.

18     THE WITNESS:  Because the offerings are at
19 different price points, and to put it another way, I
20 think when people are looking for Sonos products, they're   13:36:06
21 looking for the speaker, and for -- when they're looking
22 at Google products, they're looking more for the smart.

23     Q.  BY MR. SULLIVAN:  Well, again, you know,
24 Google -- sorry.

25     Again, Sonos sells smart speakers; right?    13:36:29

```
 1        A.  I'm aware Sonos selling -- Sonos 1 smart
 2   speakers, yes.
 3        Q.  Okay.  And you're saying the Sonos 1 doesn't
 4   compete with any of Google's smart speakers?
 5        MR. JUDAH:  Objection.  Form.                    13:36:50
 6        THE WITNESS:  I can see that for some -- some
 7   users, they might be deciding between Sonos 1 and Nest
 8   Audio, but the price points are quite different, and
 9   ultimately, they are different ecosystems.  So I don't
10   know how much of a competition it actually is.        13:37:05
11        Q.  BY MR. SULLIVAN:  What do you mean they're in
12   different ecosystems?
13        A.  So what I mean by that is the Sonos devices are
14   in the Sonos ecosystem and that Nest smart speakers are
15   in the Nest ecosystem.                                13:37:27
16        Q.  What do you mean by the term "ecosystem"?
17        A.  By "ecosystem," I mean a set of devices under
18   the same brand.
19        Q.  Does the ecosystem affect what speaker a user
20   purchases?                                            13:38:01
21        MR. JUDAH:  Objection.  Form.  Objection.
22   Outside -- to the extent it's outside the scope.
23        THE WITNESS:  I think that's the hope, but I
24   haven't seen much data in regards to the Nest ecosystem.
25        Q.  BY MR. SULLIVAN:  So if somebody buys a Nest  13:38:17
```

```
 1   speaker, they become part of the Nest ecosystem; is that
 2   right?
 3           MR. JUDAH:  Objection.  Form.  Objection.
 4   Outside the scope.
 5           THE WITNESS:  That's the intent, but I haven't      13:38:38
 6   seen strong data to support it.
 7       Q.  BY MR. SULLIVAN:  If someone buys a Sonos
 8   speaker, then they would be in the Sonos ecosystem;
 9   right?
10           MR. JUDAH:  Same objections.                        13:38:50
11           THE WITNESS:  That sounds right.
12       Q.  BY MR. SULLIVAN:  And if they're in the Nest
13   ecosystem, when they buy their second speaker, they'd
14   likely purchase a Nest speaker for that second speaker;
15   right?                                                     13:39:12
16           MR. JUDAH:  Objection.  Form.
17           THE WITNESS:  That's the hope, but I haven't
18   seen strong data that suggests the narrative that you are
19   describing.
20       Q.  BY MR. SULLIVAN:  Well, are you aware of anyone    13:39:23
21   buying a Nest speaker and then turning around and buying
22   a Sonos speaker as a second speaker?
23           MR. JUDAH:  Objection.  Form.
24           THE WITNESS:  I'm sure they exist.
25       Q.  BY MR. SULLIVAN:  You're sure they exist, but I    13:39:44
```

Page 110

```
 1    thought you said that they don't compete; right?

 2            MR. JUDAH:  Objection.  Form.

 3            THE WITNESS:  Yes, that that was my like general

 4    view about competition.

 5        Q.  BY MR. SULLIVAN:  So Google and Sonos don't          13:40:02

 6    compete, but you're aware of the fact that somebody that

 7    bought a Google speaker as a first speaker may buy a

 8    Sonos speaker as a second speaker.

 9            Did I get that right?

10            MR. JUDAH:  Objection.  Form.                         13:40:25

11            THE WITNESS:  I was saying I'm sure they

12    probably exist, but I have not seen concrete data to that

13    effect.

14        Q.  BY MR. SULLIVAN:  Well, how are you sure that

15    they probably exist if you're also sure that Google and     13:40:37

16    Sonos don't compete with each other?

17            MR. JUDAH:  Objection.  Form.

18            THE WITNESS:  I'm struggling with the

19    correlation between ownership of multiple devices with

20    different brands and competition.                           13:40:50

21        Q.  BY MR. SULLIVAN:  Well, if you're buying

22    Google's speakers, you're not buying Sonos' speakers;

23    right?

24            MR. JUDAH:  Objection.  Form.

25            THE WITNESS:  Well, I don't know if I agree with    13:41:02
```

```
 1   STATE OF CALIFORNIA     ) ss:
 2   COUNTY OF MARIN          )
 3
 4          I, LESLIE ROCKWOOD ROSAS, RPR, CSR NO. 3462, do
 5   hereby certify:
 6          That the foregoing deposition testimony was
 7   taken before me at the time and place therein set forth
 8   and at which time the witness was administered the oath;
 9          That testimony of the witness and all objections
10   made by counsel at the time of the examination were
11   recorded stenographically by me, and were thereafter
12   transcribed under my direction and supervision, and that
13   the foregoing pages contain a full, true and accurate
14   record of all proceedings and testimony to the best of my
15   skill and ability.
16          I further certify that I am neither counsel for
17   any party to said action, nor am I related to any party
18   to said action, nor am I in any way interested in the
19   outcome thereof.
20          IN WITNESS WHEREOF, I have subscribed my name
21   this 30th day of November, 2022.
22
23
24
25          LESLIE ROCKWOOD ROSAS, RPR, CSR NO. 3462
```

Page 131

# ERRATA SHEET

**Case Names:**     *Google LLC v. Sonos, Inc.*
Case No. 3:20-cv-06754-WHA

*Sonos, Inc. v. Google LLC*
Case No. 3:21-cv-07559-WHA

**Deposition Date:**     November 29, 2022

**Deponent:**     Christopher Chan

I, Christopher Chan, do hereby certify that I read the foregoing transcript of my testimony taken on November 29, 2022, and further certify that it is a true and accurate record of my testimony, with the exception of the corrections listed below:

| Page | Line | Now Reads | Should Read | Reason |
|---|---|---|---|---|
| 14 | 6 | Balance | Valens | Transcription error |
| 20 | 13 | Rings | brings | Transcription error |
| 25 | 15 | Key counsel | PCounsel | Transcription error |
| 28 | 5 | antics | analytics | Transcription error |
| 38 | 9 | a map | an app | Transcription error |
| 43 | 1 | map | app | Transcription error |
| 48 | 5 | TV HTML 5 | TVHTML5 | Transcription error |
| 55 | 24 | carrying | Pairing | Transcription error |
| 72 | 3 | stayed | installed | Transcription error |
| 73 | 20 | stored | storage | Transcription error |
| 122 | 2 | Google assistant home control | Google Assistant, home control | Transcription error |
| | | | | |
| | | | | |
| | | | | |

Dated: _____        By: _____
                                             Christopher Chan