QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Sean Pak (Bar No. 219032)
  seanpak@quinnemanuel.com
  Melissa Baily (Bar No. 237649)
  melissabaily@quinnemanuel.com
  James Judah (Bar No. 257112)
  jamesjudah@quinnemanuel.com
  Lindsay Cooper (Bar No. 287125)
  lindsaycooper@quinnemanuel.com
  Iman Lordgooei (Bar No. 251320)
  imanlordgooei@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:     (415) 875-6600
Facsimile:     (415) 875-6700

  Marc Kaplan *(pro hac vice)*
  marckaplan@quinnemanuel.com
191 N. Wacker Drive, Ste 2700
Chicago, Illinois 60606
Telephone:     (312) 705-7400
Facsimile:     (312) 705-7401

*Attorneys for GOOGLE LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SONOS, INC.,<br><br>              Plaintiff,<br><br>       vs.<br><br>GOOGLE LLC,<br><br>              Defendant. | Case No. 3:20-cv-06754-WHA<br>Related to Case No. 3:21-cv-07559<br><br>**DECLARATION OF JOCELYN MA IN SUPPORT OF GOOGLE LLC'S MEMORANDUM IN SUPPORT OF ITS PROPOSED DISPUTED JURY INSTRUCTIONS** |

I, Jocelyn Ma, declare and state as follows:

1. I am an attorney licensed to practice in the State of California and am admitted to practice before this Court. I am an associate at Quinn Emanuel Urquhart & Sullivan LLC representing Google LLC ("Google") in this matter. I make this declaration in support of Google's Memorandum in Support of its Proposed Disputed Jury Instructions. I have personal knowledge of the matters set forth in this Declaration, and if called as a witness I would testify competently to those matters.

2. Attached as Exhibit 1 is a true and correct copy of excerpts of the November 30, 2022 Opening Expert Report of Dr. Dan Schonfeld..

3. Attached as Exhibit 2 is a true and correct copy of excerpts the transcript of the January 20, 2023 deposition of James E. Malackowski.

4. Attached as Exhibit 3 is a true and correct copy of excerpts of Sonos, Inc.'s Revised Supplemental Disclosure of Asserted Claims and Infringement Contentions.

I declare under penalty of perjury that to the best of my knowledge the foregoing is true and correct. Executed on April 26, 2023, in San Francisco, California.

DATED:  April 26, 2023

By:  */s/ Jocelyn Ma*
     Jocelyn Ma