# EXHIBIT 1

Contains Highly Confidential AEO and Source Code Materials

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

GOOGLE LLC,

Plaintiff

v.

SONOS, INC.,

Defendant.

CASE NO. 3:20-cv-06754-WHA
Related to CASE NO. 3:21-cv-07559-WHA

## OPENING EXPERT REPORT OF DR. DAN SCHONFELD REGARDING U.S. PATENT NO. 10,848,885 AND U.S. PATENT NO. 10,469,966

Contains Highly Confidential AEO and Source Code Materials

173.     Dr. Almeroth specifically identifies a January 2006 Sonos User Guide that he contends is not prior art.  Dr. Almeroth does not contend that this user guide does not reflect the functionality of the prior art products (available one month prior), nor does he contend that the disclosures of this user guide differ substantively from that of prior Sonos user guides, which are indisputably prior art, and upon which I also rely.  Almeroth Rebuttal Report at ¶278.

174.     Dr. Almeroth also specifically identifies a July 11, 2006 printout of Sonos's webpage describing the ZP80 product.  As I discussed immediately above, Dr. Almeroth does not identify any substantive differences between the disclosures in this document, which describe the prior art products, and those dated prior to December 2005.  Almeroth Rebuttal Report at ¶279.

### B.     The Sonos Forums

175.     I understand that the Sonos Forums were publicly available at least as of September 2005, making them prior art under 35 U.S.C. 102(a), 102(b), and 102(f).

176.     Mr. Farrar, who was employed in customer support at Sonos, worked on and has testified to the Sonos Forums.  Farrar Dep. Tr. at 38:19-24; 48:23-49:2.  He posted on the Sonos Forums and had roughly 824 replies to Forum posts.  *Id*. at 51:2-15; Ex. 5.  He also testified that he did not have reason to believe that the dates on the exhibits introduced at his depositions—which were prior art Sonos Forum posts—were inaccurate.  *Id*. at 52:5-54:5.

177.     In the Forum Post entitled "Macro / presets," users suggested various features for the Sonos products.  Farrar Dep. Ex. 6.  I have excerpted certain posts within this thread below. First, however, I note that as annotated below, this Forum post predates the earliest claimed priority date of the '885 and '966 patents as well as Sonos's claimed invention date, which is shown by hovering over the date of those posts.

Contains Highly Confidential AEO and Source Code Materials



See Farrar Dep. Ex. 6-7 (annotated) (screenshot taken hovering over post date to expose full date).

178.   As I explained for example during my deposition, the discussion of linking and unlinking in JeffT's post means that there has to be a mechanism for setting up the group and then invoking it at a later time when it's relinked, such that the zones would allow overlapping scenes, i.e., speakers in overlapping groups.  For example, the post discusses two different Party Modes, one in winter (without deck speakers), and one in Summer (with deck speakers).  Almeroth Dep.

Contains Highly Confidential AEO and Source Code Materials

Tr. pp 188-196.

179.    I have excerpted certain posts within this thread below.  It is notable that Sonos's

product management team (likely including Mr. Lambourne) was made aware of the issues raised

in the Forum thread.  Farrar Dep. Tr. at 91:13-94:7; Lambourne Dep. Tr. at 143:7-144:11.

> Q Did any of the product management teams review the forums to identify consumer pinpoints?
> THE WITNESS: I imagine that might have happened, but I couldn't say the specific person or time.
> Q Did you ever review the Sonos forums to determine whether they were particular consumer pain points with any of the Sonos products?
> THE WITNESS: I read forum posts from time to time, yes.
> Q Why did you read forum posts from time to time?
> THE WITNESS: To see what people were saying about our product.
> Q How did the feedback that you were getting through the Sonos forums affect your work?
> THE WITNESS: I think -- I mean, it would depend what the comments were, but people might describe situations in which they were not happy, which we might try and solve for, or for situations which they were happy which we know that that was a good thing. Generally feedback.
>
> Lambourne Dep. Tr. at 143:7-144:11.

180.    Mr. Robert Lambourne, who was responsible for the UX aspects of the Sonos

System, testified that the alleged invention addressed the same topic as the Forum posts below and

believed that the concerns users were showing was also addressed in the same way by the alleged

inventions.  Lambourne Dep. Tr. at 128:8-131:17.

Contains Highly Confidential AEO and Source Code Materials

## Macro / presets

16 years ago · 61 replies

---

**J**  JeffT

Just got the intro bundle, and I am impressed. I did a search and did not find this suggested, but I would save Zone links as favorites. With only 2 ZPs it is not a problem yet, but when I add more it maybe. I would like to setup say Morning mode for the units I want in the morning and a preset volume between the units. Another example I would have 2 party modes, Summer and Winter. The Summer mode would include the deck speakers and the Winter mode would not. Also it would be nice to have playlists or radio station associated with each mode. So when I get up I press Morning the DI Chill radio station plays.

Jeff

---

**K**  kengreenwood                                                                                              16 years ago

I would find this functionality useful as well... I find myself manually linking and unlinking zones and setting volumes in a very repetitive way. I would think that a macro type function would be able to save those manual steps into a single selection of a favorite.

👍     ,,

---

**🎭**  Majik                                                                                                         16 years ago

Yes this sounds good.

Something like the ability to create a "zone group" which appears on the zone list, and perhaps the ability to hide/lock individual zones.

I'm not sure how the "Preset volume" and source/playlist would work in this context. You wouldn't necessarily want this activated every time you selected the zone group, or how would you select the group to change the volume, etc.?

Perhaps we need a "presets", page (perhaps using the soft-keys on the Zone screen) to allow a preset to be initiated. This preset could comprise a zone (or zone group), a volume profile, and a source or playlist, or it could be a macro sequence.

Discuss..... :)

Cheers,

Keith

👍     ,,

Contains Highly Confidential AEO and Source Code Materials

**floras_dad**                                                          16 years ago

Great idea. A macro-like scripter would enable you to set groups of zones, associate playlists/i-radio, volumes, etc. You could do these as dynamic "presets" based on the Party Mode--which the spouse would love--like Entertaining, Romantic Dinner, Ambiance, etc.

This is a great like-to-have.

👍  ''

---

**sinuswave**                                                          15 years ago

Just stumbled across what might make for an interesting feature. This came from discussion with my wife over an easier way for her to operate the remote controller. More specifically, the idea was born as we were having a glass of wine on the patio the other evening (listening to Sonos near the pool of course).

So you spend some time building a playlist and decide to let er rip throughout your house. My wife will spend a while (sometimes a long while) tweaking the volumes by zone, zone structure (play here - not here, etc) and pretty much fine tune the listening environment in our house to enjoy as she goes about her daily activities. It might be a hard rock playlist one day, or a love song playlist the next, each having a seperately crafted listening ambience as one moves throughout the house.

(Anyone guessed the feature yet?)

Yes, why not incorporate a feature when special playlists are saved/stored the user can set the zone structrures, zone volumes, zone on/off, etc and allow it to be SAVED with the playlist. This way you go to playlist, select your carefully crafted artistic masterpiece and the whole environment adjusts right before your very ears (so to speak).

So when I go to work in the morning, and my wife fires up the playlist she wants, all things adjust automatically just the way she likes it, every single time.

Talk about upping the WAF radically ... this could do it.

P.S. I like it too ....... what say you Sonos?

{Sorry if this is repeat of earlier recommendation I did search under keywords "memorized features"}

👍  ''

---

**Majik**                                                              15 years ago

This could be called "Scenes".

Contains Highly Confidential AEO and Source Code Materials



**Charles R**                                                                                          15 years ago

I like the concept but would prefer saving the configuration under System Settings - ZonePlayer Settings.

👍     ”

---

**DigitalBoy**                                                                                        15 years ago

I like the 'scene' concept, but also agree that this is not related to playlists. You should be able to select a scene regardless of what you are playing - on the fly queue, radio, playlist etc.

I guess optionally, a playlist could be associated with a scene. But a scene is distinct, and not limited to a playlist is my point.

db

👍     ”

---

**sinuswave**                                                                                         15 years ago

Ok. I see the valid point of stored settings for the Zone Players in lieu of "in association with" playlists. However, being able to attach/link a playlist to a zone player "scene" would be most useful. This would keep the user from having to select the "scene" each time for a selected playlist establishing a consistent listening experience. The "scene" definition was brilliant BTW. You could develop romantic diner at home scene, pool party scene, baby asleep scene, working in home office scene, etc.

Still think it sounds like it would be worth looking into as I can not see that it would be too complicated to accomplish in future software upgrades.

Contains Highly Confidential AEO and Source Code Materials

 John Ashman                                                                    15 years ago

Whatever folder you assign as your favorites. Perhaps 3 or 4 folders, one for each person in the family. So "A" could be "dad's", "B" could be "mom's", etc. Or a single person might have "A" attached to his "R&R favorites" and "B" attached to "Music for dates". Then all you have to do is press one of the buttons and *blammo*, the folder starts playing with a pre-programmed setting of whether it in random or not.

I am assuming you understand that Sonos uses folders, right? Or should I call them "playlists"?



---

 Majik                                                                          15 years ago

Playlists makes more sense in a Sonos context.

A "folder" is where you store the music at a file-system level.

Now I understand what you're suggesting, I have to say I'm not in favour. There are a limited number of controls (and therefore functions) on the Sonos controller interface, and I'm not sure I would like to see them used up on

Contains Highly Confidential AEO and Source Code Materials

something so trivial and that, I suspect, most people won't use.

Cheers,

Keith

👍   99

---

ⓑ  DigitalBoy                                                                    15 years ago

No one is trying to be difficult re folders vs playlist. Folders to pretty much everyone would mean operating system directories, not groups of tracks. These are almost universally referred to as playlists, not just within Sonos, but any digital music player.

I think I'm with Keith on this. The playlist list is only a click or so away, and given the limited number of buttons, I don't think this is good use of them. It would mean removing view queue, add to queue type functionality - functionality that will likely have higher use than favorites.

Having said that, I think John touches on a good point. I believe the organisation of imported playlists, Sonos playlists and personal radio streams could be better organised. The user should be able to merge these and create hierarchies. Although I appreciate the technical angle, from a pure user perspective having to go into different menus to access these, and seeing only 1 giant level is not enough. For example, the top level should simply be favorites (for which a soft button could jump to), then beneath that a user could have Mum, Dad, Johnny for example, then in each of those subgroups, playlists and/or further subgroups. In other words, allow the user to decide how he/she wants to organise it. Similar to Favorites in IE.

db

Contains Highly Confidential AEO and Source Code Materials

 **John Ashman**                                                    15 years ago

Well, look, I'm a dealer and having a "one touch" operation would be a HUGE selling point. As in "here, press this". Here's what I have to do to get *my* music going:

Press "Music"
Spin dial
Press "imported playlist"
Spin dial
Press enter to select
Press enter to say "play now"
Press play mode
Spin dial

https://en.community.sonos.com/music-services-and-sources-228994/macro-presets-4528                        6/19

---

/28/22, 10:50 AM                        Macro / presets | Sonos Community

Press enter to select shuffle

I think I even missed something. So there's nearly 10 steps to get my favorite "playlist" going the way I want.

Also, I'm not suggesting that the current unit should have this feature, but there will be a next generation controller

and this feature should *absolutely* be on there. To suggest that the feature is "trivial" and that "no one would use" it is grossly out of touch with the people that use the system. One touch? Or ten? Gee, what do I prefer?

 👍  "

Contains Highly Confidential AEO and Source Code Materials

 **Majik**                                                                    15 years ago

You've missed about 100 steps in your "1-touch" scenario: those required to construct all of the different playlists.

Whilst this might be useful as a quick dealer demo, I can't see people wanting it in real life.

The "1-touch" benefit completely goes out the windows as soon as you add in the playlist maintenence. I actually doubt very many people listen the the same, small, fixed set of playlists day in-day out.

For instance, I have a set of playlists for different things (e.g. 60's music), but I rarely use them. I normally prefer to select my music on a whim, based on scanning through my collection and seeing who I fancy listing to at a particular time.

You haven't convinced me that this isn't a trivial feature. There are a large number of other functions that could apply to having their own dedicated button. Given a choice of these I would reckon "selecting a predefined playlist" would be quite far down on most people's list.

As a user I would be totally against having a feature whose main use was as a Sales tool, but which was of little use under normal conditions.

Now, if you expand this to some sort of "macro" button where people (including Salesmen) can pre-define their own preferred actions against a "1-touch" button, then it starts to make some sense.

Contains Highly Confidential AEO and Source Code Materials

 **John Ashman**                                                                                      15 years ago

> **Majik wrote:**
> *You've missed about 100 steps in your "1-touch" scenario: those required to construct all of the different playlists.*

Perhaps, but you only have to do that *once* with a few minor updates a few times a year. You don't have do it *every* single time as you do with starting a playlist

> *Whilst this might be useful as a quick dealer demo, I can't see people wanting it in real life.*

You should get out more and actually speak with end users. I guarantee every one of my customers would use this virtually every day. I certainly would.

> *The "1-touch" benefit completely goes out the windows as soon as you add in the playlist maintenence. I actually doubt very many people listen the the same, small, fixed set of playlists day in-day out.*

That's why I call it a "favorite" button. I actually *do* listen to one playlist just about every day, unless I'm specifically in the mood for a specific genre. And it would be *far* more useful for a family.

> *For instance, I have a set of playlists for different things (e.g. 60's music), but I rarely use them. I normally prefer to select my music on a whim, based on scanning through my collection and seeing who I fancy listing to at a particular time.*

That's you. But you shouldn't be telling other people what they won't use. I can get a list of people who *will* use the feature if need be.

> *You haven't convinced me that this isn't a trivial feature. There are a large number of other functions that could apply to having their own dedicated button. Given a choice of these I would reckon "selecting a predefined playlist" would be quite far down on most people's list.*

Contains Highly Confidential AEO and Source Code Materials

Thankfully, I don't care if you're convinced or not. You don't have to buy it or use it. I just care if Sonos is listening. But I'm kind of annoyed that you're standing in the way of progress here.

> *As a user I would be totally against having a feature whose main use was as a Sales tool, but which was of little use under normal conditions.*

Don't use it then. Then I'm "totally against" internet radio or Rhapsody because *I* don't use it. Get rid of the color screen. I don't need a sub out, take it away. See how that works? I can come up with half a dozen useful features that I don't use that *you* probably couldn't live without.

> *Now, if you expand this to some sort of "macro" button where people (including Salesmen) can pre-define their own preferred actions against a "1-touch" button, then it starts to make some sense.*

Nothing wrong with that. It could even be your favorite internet radio station. See, adding to an idea is better than complaining about it. Of course, I'd love to know what is behind your negative, anti-sales person attitude. We're the guys that actually talk to customers on a daily basis and support the company with actual income.

Contains Highly Confidential AEO and Source Code Materials

 Majik                                                               15 years ago

> **John Ashman wrote:**
> *You should get out more and actually speak with end users.*

Perhaps youy should get out a bit and speak with end-users too.... ones that have actually been users of the system for 6 months or so.

Having been a Sonos user for over a year (long enough to know the difference between "folders" and playlists"), and having been a member of this forum for most of that time, I think Ihave a good view of what users are asking for.

One of the most common requests on this forum is better playlist/queue management. This implies people don't program up a handful of playlists and then listen to the same one day in, day out for the next 6 months.

Conversely this is the first time I can recall anyone asking (or even suggesting) a dedicated playlist hot-button.

Most of the suggestions on this forum that have merit are quickly followed up be other users saying "yes please", or "sounds like a good idea". This one hasn't so draw your own conclusions.

> *I guarantee every one of my customers would use this virtually every day. I certainly would.*

I think you are wrong. I'm not a betting man, but if it was feasible I would put a bet on the vast majority of your users NOT using this (in the limited form you suggest) regularly after a year. The fact what you're suggesting is

Contains Highly Confidential AEO and Source Code Materials

users NOT using this (in the limited form you suggest) regularly after a year. The fact what you're suggesting is simply too restrictive, and adds very little benefit. In essence it is placing too much value on a relatively trivial function which takes a small number of button presses in reality.

Now, user-programmable macro-buttons... that would have some merit.

> *That's why I call it a "favorite" button. I actually \*do\* listen to one playlist just about every day, unless I'm specifically in the mood for a specific genre. And it would be \*far\* more useful for a family.*

I have some playlists for some members of my family. Guess what? They never use them. Playlists has to be one of the most underused features of Sonos in our household. I may be unique, but I don't think I am, and even when they are used, we mix a match (maybe select 2 different playlists and add to the queue and randomise).

I think one of the joys of Sonos is the ability to explore the music we have. Having a fixed playlist which to use every day doesn't appeal to me.

> *That's you. But you shouldn't be telling other people what they won't use. I can get a list of people who \*will\* use the feature if need be.*

And what you are describing is you. You can't honestly speak for your customers unless you go around each of their homes several months after they have bought their Sonos system, and spend a few days observing their useage habits.

If you said your job was a GUI designer I might have placed more credence on your views. I find it noteworthy that of all of the music systems out there, most of whom have been designed with professional experts in ergonomics, usability, and interface design, I can't think of a single one that has the feature you propose.

> *But I'm kind of annoyed that you're standing in the way of progress here.*

This is NOT progress, and the fact you make such a facile statements as this makes me lose a lot of respect for your suggestions.

Progress is a steady improvement. This, to me, is just a change with a limited benefit to a very limited portion of the user base.

Contains Highly Confidential AEO and Source Code Materials

*See, adding to an idea is better than complaining about it.*

You should also pay more attention. I did add to that idea. I said it would have more merit if it was they were generic programmable hot-buttons, not fixed-function playlist-only ones.

I'm not arguing against progress. I'm arguing that the idea should needs more research and thought. That in itself

tps://en.community.sonos.com/music-services-and-sources-228994/macro-presets-4528

---

'28/22, 10:50 AM                                    Macro / presets | Sonos Community

I'm not arguing against progress, I'm arguing that the idea should needs more research and thought. That in itself it is too limited to be of use for most people.

I'm also not arguing against brainstorming. Brainstorming is coming up with lots of spur-of-the-moment, random ideas. The next stage of this is to qualify them, work out if they are useful or not, and discard the ones which are not. The ones you keep you then refine and work out the wrinkles. If you post such a proposal on this forum then you have to expect some criticism, objections, discussion, and even modification of that proposal.

This is what qualifies these ideas and crystalises peoples views on them, and eventually leads to sensible discussion about new features that would benefit everyone, not just a few, vocal people who dig their heels in because they are emotionally attached to their idea.

I've made suggestions myself, and others have said, "not for me", or "that wouldn't work". The trick is not to take it personally.

Most of the forum members, including myself, are keen to explore and debate new ideas in order to improve the product. Sonos does appear to listen to these, but they debate is often as important as the idea itself. This helps to show the level of desire/support in the user base as well as the users concerns, and often good feedback on how the original suggestion could be improved.

I have provided this feedback: I said the facility was too limited for most people, but expanding the idea to be a generic macro/function button would be better.

Note that this has already been suggested on the forum, and had some support.

*Of course, I'd love to know what is behind your negative, anti-sales person attitude. We're the guys that actually talk to customers on a daily basis and support the company with actual income.*

I'm not anti-Sales people at all. I've worked in Sales and Sales support myself across a range of markets from retail through to Corporate Sales to large multinationals.

Contains Highly Confidential AEO and Source Code Materials

Tring to twist my arguments into being "anti-Sales" is another example of you being facile and devisive.

What I'm against is making significant changes to a product simply to make a Salesman's life easier. Actually I'm not even against that. If the changes are simple, cosmetic, and effective then I'm all for it. If, for instance, changing the color of the Sonos logo a shade increased Sales by 10% then I'm all for it.

On the other hand, with so many other truly beneficial improvements to the system that could be made, I'm against major changes to the system functionality (especially ones which are significant and expensive) which most people will not use if the primary reason for that change is to make it easier for a Salesman to demo it.

Cheers,

Keith

 DigitalBoy                                              15 years ago

I'll try to get this back on track. In no way are my comments intended to target a particular view (or person) on these forums....:)

Just trying to understand how most people use Sonos. Playlists are without doubt very useful, and something I use frequently. But it's not my *most* used feature. More often, I randomly queue up tracks/albums/artists etc. No particular pattern etc - just depends on mood, time of day, color of the sky (or type of beverage 😉 ). I would get very bored, very quickly if I just played a particular playlist over and over.

I do like the idea or better organising the library, with a favorites concept (not limited to playlists), user defined hierarchy folders etc etc. So I could have groups of artists together, or playlists, radio stations etc. All 'mixed' up (differentiated by icon). Similar to a favorites menu in IE etc.

Where the above discussion breaks down for me, is dedicating a button to link to one specific item. I'd rather have the freedom to define my own structure, folders, subfolders etc. Then I can have most used near the top level, and barely used buried deeply in my own folder structure.

Just my 2c.

db

Contains Highly Confidential AEO and Source Code Materials

 **John Ashman**                                          15 years ago

I'd like to personally invite all moderators to please delete their unhelpful messages, thank you. Otherwise, I'll have to restart this thread and specifically request at the top "no moderators" and then have a chat with Sonos. If I wanted sarcastic, unhelpful people in my life, I'd sell Sony, thanks.

Back to the subject. I called it "favorite folders" because it's NOT just playlists. It's genres, artists, *whatever*.

Here's the thing about these buttons. They could:

1. Recall a favorite radio station so one press activates it.
2. Recall a single playlist, genre, artist, etc for instant access.
3. Recall *multiple* playlists for instant access, such combining two similar genres or your three different bands or shuffle both you and your wife's music. Your choice.
4. Alternatively, for those that despise the idea so much, have "saved configurations", like saving your linkages for "Party Mode" in which 3 or 4 zones are automatically linked and, optionally, a particular playlist started.

ttps://en.community.sonos.com/music-services-and-sources-228994/macro-presets-4528                                  14/19

/28/22, 10:50 AM                                    Macro / presets | Sonos Community

And it would save your preferred play mode as part of the memory.

For those that won't use it, sorry. Not everyone will use every feature, I sure don't. But it would be nice to see a little respect for those that have different needs and wants that yourselves. I don't go around from thread to thread attacking other people's ideas. Let them stand or fall on their own merit. And for god's sake, if you're a moderator, remember what the job entails. You're a referee, not quarterback and certainly not the team owner. Stop trying to throw the game.

 **Graham - Sonos**  Avid Contributor I · 824 replies                     15 years ago

> **John Ashman wrote:**
> *Mine does regularly. Every time I start my playlist, I have to go to shuffle, without exception. Sure, as long as it is uninterrupted, fine. But if I do something else, then reload my queue, I have to go back to shuffle. Not that this has much to do with my idea, exactly.*

Play mode (i.e. shuffle and repeat) are a zoneplayer settings, clearing the queue, adding songs etc should have no effect on it. If you're seeing otherwise please let me know as i believe it is a bug and would like to track it down. (the one exception is linking rooms, the queue that wins is also the play mode that wins).

best,
-graham

Contains Highly Confidential AEO and Source Code Materials




RO53BEN  Enthusiast II · 4290 replies                                          15 years ago

> *John Ashman wrote:*
> *Back to the subject. I called it "favorite folders" because it's NOT just playlists. It's genres, artists, *whatever*.*
>
> *Here's the thing about these buttons. They could:*
>
> *1. Recall a favorite radio station so one press activates it.*
> *2. Recall a single playlist, genre, artist, etc for instant access.*
> *3. Recall *multiple* playlists for instant access, such combining two similar genres or your three different bands or shuffle both you and your wife's music. Your choice.*
> *4. Alternatively, for those that despise the idea so much, have "saved configurations", like saving your linkages for "Party Mode" in which 3 or 4 zones are automatically linked and, optionally, a particular playlist started.*
>
> *And it would save your preferred play mode as part of the memory.*

Ah in that case, this appears to be a suggestion for some kind of macro button. This has been suggested before, so, as I've done with many others, I'll merge it with the existing thread to avoid duplication.

Contains Highly Confidential AEO and Source Code Materials



**shoehorn** Contributor III · 27 replies                                    15 years ago

How about some form of macro?
I regularly find myself tuning into the same radio station in the morning.
It would be great if I could push one button and the controller could do it all for me as opposed to 4 or 5 buttons and a few scrolls!

👍 Like          ❞ Quote

---

**sullidav** Avid Contributor I · 57 replies                               15 years ago

I'd like something akin to "speed dial" buttons, programmable, so by hitting one button, rather than several buttons and wheel spins, I could immediately get say a) radio station WWOZ New Orleans, or b) two particular favorite albums, c) a particular playlist playing in random order, or d) our CD player. This might be workable using the 3 buttons on the bottom left, or with new buttons on the remote, but would I think be a very cool and valuable addition to a GREAT product. Many thanks.

👍 Like          ❞ Quote

---

**ogeneo** Contributor III · 98 replies                                    15 years ago

Excellent idea! Coming from Roku devices, they had a nice feature "presets" that could be any URL, playlist, album and so on.

A nice "shortcuts" menu would be appreciated.

👍 Like          ❞ Quote

---

**PaulS** Contributor III · 77 replies                                     15 years ago

> ***shoehorn wrote:***
>
> *It would be great if I could push one button and the controller could do it all for me as opposed to 4 or 5 buttons and a few scrolls!*

Press the "read-my-mind" button and the controller works out exactly which songs I want to hear and at what volume and in which zones....

.... Oh ....

.... You mean that's not what you had in mind ?

Contains Highly Confidential AEO and Source Code Materials

 ccoveney  Contributor III · 27 replies                                          14 years ago

At bedtime, i almost always switch to a particular internet radio stream, set the sleep timer to 15 mins, and add my bedroom zone, and drop my study zone.

This would be really cool if there was macro or scripting to allow me to automate this and call it "go to bed...."

Maybe the mac version supports applescripting? I'm not good at applescript tho.

Something that would be esoteric, but good for folks like me.

👍 Like        💬 Quote

---

 Kenn · 1 reply                                                                  12 years ago

I would Like to be able to Record macros, name Them and have Them as icons in the opening display of my controlled. That Way i could Pick my controllere up in the morning, Press the "good morning" macro wich starts my favorits radiocannel up and creates a zone for both my Livingroom and kitchen.

👍 Like        💬 Quote

---

 Ubertaffy  Avid Contributor I · 1345 replies                          12 years ago

and the natural 2nd step would be to have the macro be an option for the alarms, so your alarm at a set time could call the macro, setting up what the OP mentioned.

👍 Like        💬 Quote

---

 micklord · 10 replies                                11 years ago

Hi,

I had the idea to have a setting from the controller or controller software to choose a settable configuration of players and volume setting, such as "Party - LOUD" or "Living Room - Soft" or "Pool - Chat". The owner could design presets of his/her own that fit certain players or sets of players with a certain volume level on each player.

My 2 cents....

Contains Highly Confidential AEO and Source Code Materials



dongennl · 5 replies                                                    11 years ago

Hi,

Love my 4 zones, but what I'd really like to see added are 'house presets', a 'recipe' for a number of
or all zones. A bit like alarms, but not necessarily timed, and for multiple zones.

They would be definable whole-house states, a bit like Lutron lets you pre-programme all your lights
in various rooms to change on a single button, example:

- 'Home after work': 2 zones on an internet radio station that plays background lounge music, 1 zone
in bathroom on a predefined playlist

- 'Sunday morning': another combination of playlists, radio stations and volumes for a number of or all
zones.

Think this would also be a great feature for large installations in hotels, shops, spas, etc. that don't
have time to setup/manage each zone separately.

Anyone else have similar needs?

best

👍 Like          99 Quote



m0urs  Lyricist II · 4 replies                                          10 years ago

I would like to see a feature which allows me to define linked zones together with volume and the
music source (e.g. a certain radio station) as presets.

So I would be easily able to play a certain music source on my favourite players with the right volume
on all speakers without defining that every time.

Just as switching on a normal radio, e.g.

Would be great to see that some time in future!

Contains Highly Confidential AEO and Source Code Materials

 **dtohmatsu** Avid Contributor I · 225 replies                                    10 years ago

From a post a couple of years ago.

Quote:
Originally Posted by upstatemike View Post
1) Grandma Mode (similiar to "One Touch On") The ability to configure a CR200 controller so the
Home button is re-purposed to toggle a specific play list or Internet Radio Station On and Off in a
specific zone. This way, no matter what state the controller or zone player were last left in, Grandma
can turn on the radio using only the hard buttons and it will always work for her. Other family
members can still override the default setup using the menus on the touch screen so there is no loss
of functionality for everyone else... it just means Grandma can now use the system without always
having to ask for help.
GRANDMA MODE ... YES!!!! AKA HUNGOVER AND CRAWLING INTO THE SHOWER MODE.

It should also allow setup for default volume and sleep timer. AKA DRUNK AND ABOUT TO PASS
OUT MODE

👍 Like         Quote

---

 **iLudo** · 2 replies                                                           9 years ago

I love my sonos !

Sonos controller on my computer or on iOS is great and always improving.

One feature would be really usefull : shortcuts.

For example : It would great if I could easily create one button (easily reachable) that would directly
launch my favourite radio in the kitchen.
Or another that would launch this spotify playList in the living room at 60% of the volume.
Or "random music" from my library all over the house.

Even better : one of the shortcut could be activated directly on the player, without using the controller
(for example, by pressing 3x the volume + button)....

I'm sure you, at Sonos, have a lot of ideas. But everything you can do to make it faster to launch
music would be great !

Contains Highly Confidential AEO and Source Code Materials



**Cascades** · 3 replies                                           8 years ago

DongennI nailed exactly what I'm hoping Sonos develops. I have 24 zones in my house and audio level setting is a chore.

The analog in the lighting world would be Lutron's Homeworks QS or RadioRA system. Keypads typically have 1-4 scenes for how each light should behave. For example, our kitchen lighting Lutron keypad has "All on", "Cook", "Eat", "Relax" and "Night."

My sense is that Sonos has a ton of growth potential in the whole house automation market. Creating volume "scene buttons" will really help make Sonos attractive to system designers.

PS THANK YOU SONOS!!! I LOVE YOU!!!!

> **dongennl;127211 wrote:**
> Hi,
> Love my 4 zones, but what I'd really like to see added are 'house presets', a 'recipe' for a number of or all zones. A bit like alarms, but not necessarily timed, and for multiple zones.
> They would be definable whole-house states, a bit like Lutron lets you pre-programme all your lights in various rooms to change on a single button, example:
> - 'Home after work': 2 zones on an internet radio station that plays background lounge music, 1 zone in bathroom on a predefined playlist
> - 'Sunday morning': another combination of playlists, radio stations and volumes for a number of or all zones.
>
> Think this would also be a great feature for large installations in hotels, shops, spas, etc. that don't have time to setup/manage each zone separately.
>
> Anyone else have similar needs?
> best

Contains Highly Confidential AEO and Source Code Materials



**HiFiAtLast** Trending Lyricist I · 19 replies                                    8 years ago


 +1

+1
Yes please Sonos. I vote strongly to have 'house presets' or a similar 'macro' function added to a future Controller update - to let me switch more easily between my different uses of my Sonos system.

I listen to many voice/spoken podcasts as I walk and work between different rooms.

Or I listen with delight to my loud music through my main speakers as I work at one particular desk.

For the rest of the time I listen in only some of my rooms to quiet background streamed radio, which doesn't impede conversations or phone calls etc..

That's three very different sets of volume + speaker on/off settings, and equalisation settings too (for the podcasts), which are a real chore to tweak backwards and forwards each time I change my 'work mode'!

Please please ...

Colin P.

Contains Highly Confidential AEO and Source Code Materials

 

**mrweb** Trending Lyricist I · 12 replies                                    8 years ago

For example I could have a Preset Button named 'late night upstairs' and could get preset volume levels for every room as I always have that time. Another preset button could be 'disco' and then I would get quite high volume in every room.

And furthermore, the preset button would determine the source like Spotify or Line-In.

That would be a nice and cool feature, wouldn't it?

👍 Like          99 Quote



**the_lhc** Avid Contributor I · 2581 replies                                8 years ago

Yes but again you need to make these points at ask.Sonos.com, Sonos doesn't read these forums.

👍 Like          99 Quote

 

**JDCJ** · 189 replies                                                      8 years ago

Yes. Currently far too many button presses to get something going right now through the controllers. Especially if you routinely go to one or two favorite playlists or stations most.

👍 Like          99 Quote



**the_lhc** Avid Contributor I · 2581 replies                                8 years ago

*JDCJ;211486 wrote:*
*Yes. Currently far too many button presses to get something going right now through the controllers. Especially if you routinely go to one or two favorite playlists or stations most.*

That's what the "Favorites" screen is for, add the most commonly used stations in there (dunno if it works for playlists, I don't use them).

Contains Highly Confidential AEO and Source Code Materials



**Buegie** · 702 replies                                                           8 years ago

> **the_lhc;211487 wrote:**
> *That's what the "Favorites" screen is for, add the most commonly used stations in there (dunno if it works for playlists, I don't use them).*

I can confirm that the "Favorites" selection also works perfectly for Playlists.

Best of Luck

👍 Like      💬 Quote

---



**JDCJ** · 189 replies                                                             8 years ago

It does, and I use favorites for most everything, but it still requires pressing zone, music button, favorites, playlist selection, play now. I am not at my Sonos right now, so that is from memory, but it is still usually around 5 presses on a phone controller.

If there were some preset/favorites options from the home or music screen, it would reduce that some. Just removing the last "play now" button press would help a little. I think the other option is "info," but I never use that. It is just not a very efficient user interface, and anything that can get my music playing with fewer screen taps makes me more likely to use it more frequently.

EDIT: Actually, make that more like 7 presses (I forgot about Play All tracks and some other press).



👍 Like      💬 Quote

---



**Humm**  Contributor II · 2 replies                                               7 years ago

I dream of being able to save room volume settings with a Playlist.

I wish for a way to save Volume levels anywhere other then the Alarm settings.

Please?

Thanks for listening...

David

Contains Highly Confidential AEO and Source Code Materials




Stuart_W  Local Superstar  ·  4103 replies                                         5 years ago

> **User808643 wrote:**
> *It has been 10 years since this feature was requested. 10 years! I would actually buy more Sonos speakers if it wasn't such a pain to reconfigure everything constantly.*
>
> *Seriously, this must be easy to implement??*

it's hardly a pain to group/ungroup rooms. It takes seconds. In fact less than seconds.

If you're suggesting you have to re-configure because your current groups are lost then you have network issues you need to resolve as groups will remain unless un-grouped or you turn speakers off or you have network issue.

Contains Highly Confidential AEO and Source Code Materials

 **User808643** · 18 replies                                          5 years ago

> **Stuart_W wrote:**
>> **User808643 wrote:**
>> *It has been 10 years since this feature was requested. 10 years! I would actually buy more Sonos speakers if it wasn't such a pain to reconfigure everything constantly.*
>>
>> *Seriously, this must be easy to implement??*
>
> *it's hardly a pain to group/ungroup rooms. It takes seconds. In fact less than seconds.*
>
> *If you're suggesting you have to re-configure because your current groups are lost then you have network issues you need to resolve as groups will remain unless un-grouped or you turn speakers off or you have network issue.*

I can't agree Stuart.

So in my situation, I have a Play 5 connected to the television through via the line in. It's usually used like a Playbar (which is too big for my situation). I have a Play1 in the kitchen, and another in the bedroom.

In the morning, I have an alarm set in the bedroom to bring on the radio. I'd like to be able to have the radio playing on all speakers every morning. Sometimes I want to have the line in from the TV playing on the Play 5 as well as in the kitchen so I can hear the tv moving from room to room. The volume needs to be turned right up for the line in vs radio.

These are just a couple of scenarios, where input/speaker combo/volume need to be re-adjusted each time. It doesn't take "less than seconds" as you suggest.

This is why I want presets, available on the first screen of the App, and to be able to apply them to alarms.

Farrar Dep. Ex. 6, 7.

181.    Just like the Forum thread discussed above, another Forum thread called "virtual zones and zone grouping" similarly disclosed the claimed features. As with the "macro / presets" Forum thread, this thread also took place prior to the earliest claimed effective filing date and prior to Sonos's claimed conception date as well.

Contains Highly Confidential AEO and Source Code Materials



Farrar Dep. Ex. 8-11.

182.    And as with the "macro / presets" thread, Sonos employees participated in the thread, and were therefore aware of these ideas from the Forum threads at the time, and indeed noted that the product management team would consider those ideas. I have cited this testimony above.  Mr. Lambourne similarly testified that these Forum posts were relevant to the alleged inventions and that the inventions would be responsive to the concerns identified by users therein.

Contains Highly Confidential AEO and Source Code Materials

Again, I have cited this testimony above.  I have excerpted relevant portions of this Forum thread below.



Contains Highly Confidential AEO and Source Code Materials



**garty**  Contributor III · 395 replies                                    16 years ago

I agree - I suggested this a while back.



I work from home and I have zones I use while I'm working and a different set of zones in the evening
or at weekends. It certainly would make the system even easier to use if one could select a group of
zones quickly.



**Majik** · 6113 replies                                                    16 years ago

Agreed.

The ease of lining/unlinking zones is also dependent on the number of zones you have. 2 or 3 zones
isn't too much of an imposition, but I imagine 6 or more is quite painful.

Just imagine if you had the full 32 zones!

At the moment we have a single, pre-defined group, that being "All Zones". I would like to see this as
the default, but with the ability to configure your own groups and to delete the "All zones" group
(some may not want this).

This would help with people who are having trouble blasting their neighbours during 2am parties by
accidentally selecting hottub/garden.

Now this brings an interesting question: should zones be allowed to be in more than one group? If
this is allowed, are there any unwanted side-effects with this?

Personally I would be happy with a grouping that allowed zones to be in at most one group (and this
might be the easiest to implement), but others may not.

Also, if zone groups were allowed, what "display options" would be useful for the Zones display. Off
the top of my head I can see uses for:

* Hide all zones (only show groups)
* Sorting (by name or groups before zones)

These could be either by a user preference or by a toggle button on the zone screen.

Also, how would these be displayed on the other screens (e.g. now playing)... as groups or as
individual zones? I suspect individual zones would be better, as this takes into account all
circumstances of use.

Cheers,

Keith

Contains Highly Confidential AEO and Source Code Materials

 **DigitalBoy**  Avid Contributor I  ·  1321 replies                                          16 years ago

I like the idea. Why not have custom zone groups (like the party zone, but user customizable)? A Zone can be in 1 or more zone groups. Further you should be able to activate a group, and then add/drop individual zones for a one-off group (which is what we have now, but no ability to persist the group).

eg 'Downstairs' might be kitchen, den, master bedroom. I select the zone group 'Downstairs' and all 3 zones are sync'd. Then I add a zone 'Patio' just like we do now and 4 zones are sync'd. If I do nothing, the 4 zone group is lost when I unlink. However, maybe I decide I want this as a new group, so save it as 'Patio and downstairs'.

I'm not sure advanced group management is necessary, as you are unlikely to have 200 groups. Even with a large setup (10+ zones) it's probable you'll only have half a dozen or so groups.

Hopefully we'll see this in 1.4 🙂

db

 **Lord Hemming**  Contributor I  ·  1 reply                                          15 years ago

I have a few zones now, two of my zones are so close (open plan area of the house) I always play the same music. I would like to be able to permanently link two ZPs as a single zone.

 👍 Like          💬 Quote

 **AudioX**  Lyricist III  ·  5 replies                                          15 years ago

I totally agree - being able to group & save zones as a preset would be very useful.

 👍 Like          💬 Quote

 **DigitalBoy**  Avid Contributor I  ·  1321 replies                                          15 years ago

For any non-Sonos users browsing these forums, you can group zones already. That's one of the big pluses for Sonos - zone grouping and perfect synchronization between zones. What we're asking for here is the ability to save a predefined group of zones as a new virtual zone to make it easy to select in future. Currently you need to link up all the zones that you want to group each time you change the zone grouping.

There is also another thread about 'scenes' where there is some overlap. That thread is more about setting volumes etc for all the zones in a group. It might make sense to combine these 2 requests as 1. The default of course would be equal volume for all the zones in a defined group. But the ability to customize the relative volume, and save that as a virtual zone would be a plus.

db

Contains Highly Confidential AEO and Source Code Materials

 sinuswave  Lyricist III  ·  5 replies                                    15 years ago

There does seem to be some overlap in the Virtual Zone Theory and the Scene Theory. The two
would indeed appear to be reasonably synergistic making a software "super feature" if you will.

I still do not want to diminish the significance of being able to have a playlist
associated with presets of volume, zone players or "virtual zones" and while we are dreaming, toss in
a timer function (as discussed ad nauseum) in these forums.

👍 Like          ❞ Quote

 AudioX  Lyricist III  ·  5 replies                                      15 years ago

> **DigitalBoy wrote:**
> *What we're asking for here is the ability to save a predefined group of zones as a new virtual zone*
> *to make it easy to select in future....*
>
> *...the ability to customize the relative volume, and save that as a virtual zone would be a plus.*

It would probably work best by having an option when a zone is added to the group to adjust volume
to match group or keep existing volume level.

When group name is selected Vol +/- operates across the board, and volumes are all relative. Zones
would already have been set to the same volume if required when added to the group.

Individual zones could be adjusted on the fly by highlighting the zone name (not the group) and
pressing vol +/-.

Contains Highly Confidential AEO and Source Code Materials

 **DigitalBoy**  Avid Contributor I · 1321 replies                          15 years ago

> **AudioX wrote:**
> *Individual zones could be adjusted on the fly by highlighting the zone name (not the group) and pressing vol +/-.*

You can already do this. You are not forced to have the same relative volume across all zones. The request from most users is **persistence**. It would be nice if, once you customized the relative volume, you save this as a virtual zone, or 'scene' so that it could be recalled in the future, complete with the saved *relative volume* - of course the master volume might be different, but the relativity between zones should not be lost.

db

 1 person likes this

👍 Like          ❝ Quote

 **MarcG**  Contributor I · 5 replies                                       15 years ago

I am just re-suggesting a feature that, alas, did not make it into Version 2.0.

My suggestion is for Virtual Zones. When I first bought my Sonos I thought it could handle multiple, permanent multi-zoneplayer zones, but it can not. I have no ability to set up a zone called 'Kitchen-Deck' which consists of mu Kitchen ZP and my Deck ZP, and to ALSO have a zone called 'Living Room-Kitchen' which consists of my living room ZP and my deck ZP. Instead I have to create a temporary zone and then later unlink it and link up a new temporary zone.

I know one of the issues with this approach would be dealing with 2 zones that shared a ZP, but I believe that would be able to be dealt with by one of 2 plans.

1. If any ZP that is part of the zone you are trying to use is already 'active', you are not allowed to interrupt

2. Last one wins. This means that if Virtual Zone 1 has my kitchen in it and is playing and I choose Virtual Zone 2 which also has my kitchen in it and I hit play, that the kitchen zone will swicth to playing the new choise.

Anyway, I realize there will be some things to work out, but as I add players to my house, this feature will be key to having a customized system.

Marc

Contains Highly Confidential AEO and Source Code Materials

 **alphagetti666** Contributor III · 70 replies                    15 years ago

With my my working shift work, I most certainly have to continually redefine my linked zones... one set when she's awake or not home, the other when she's trying to sleep... virtual zones would most certainly be a good thing.

In my case, I'd only need to be able to define four virtual zones.

👍 Like          🔇 Quote

---

 **John Ashman** Contributor III · 102 replies                    15 years ago

As usual, I'm risking finding out that Sonos has this feature already (since this thing is like an onion), but it would be nice to be able to preset special "clusters" of zones, kind of like mini party modes, but with only several zones, not all. For instance, we're doing a 20-zone house that has at least three distinct areas that would never be together, the master suite area, the living area and the guest suite area. Plus two guest bedrooms, child's bedroom, office that could/should be totally segregated.

Or, it would be nice to completely isolate several areas, a Sonos system within a Sonos system, so that certain remotes don't see every zone, just the ones it is most likely to control.

Perhaps these could be handled in the Sonos controller software and then each remote can have a setting in the advanced settings which "cluster" it is in.

👍 Like          🔇 Quote

---

 **Graham - Sonos** Avid Contributor I · 824 replies                    15 years ago

I personally like this idea... it has been suggested before with names such as 'zone scenes' or 'zone profiles'.

I think its a good idea, though can appreciate that it would be a good amount of UI work to get just right and not be confusing...

Its on the Radar for the PM guys, but not in the near term from what i know.

best,
-graham

Contains Highly Confidential AEO and Source Code Materials



J  John Ashman  Contributor III  ·  102 replies                                    15 years ago

I like "zone clusters", a brilliant name for a redundant idea if I've ever heard one 😊

👍 Like        ❞ Quote

S  scottmi  Contributor III  ·  12 replies                                          15 years ago

yes another great idea..! how has investigation and development of this feature progressed? Getting
any closer?

👍 Like        ❞ Quote

•••  buzz  ·  18545 replies                                                        15 years ago

scottmi,

SONOS never publishes their development plans.

Contains Highly Confidential AEO and Source Code Materials



**svk** Contributor III · 40 replies                                    14 years ago

There are definitely zones that I don't "need" that I would likely add if I had the ability to group and persist them.

For example:

Bedroom Bathroms
Hallways

In some cases I got around this by wiring, the hard way, what would have been more easily handled with additional zone players. In other cases I abandoned the thought all together.

Has anyone else put off purchasing additional zones due to the absence of "virtual zones"?

👍 Like          99 Quote



**Dr Tchok** Avid Contributor I · 459 replies                          14 years ago

No, but I think the Virtual Zone is a great idea...

👍 Like          99 Quote



**waveman69** Contributor III · 11 replies                             14 years ago

I like the virutal zones suggestion. :rolleyes:

I want allso to see a feature like give premission to control some zones from a specified control or hide "these zones" on specifed controller.

Example:

My children share a zone player in the playroom with a control and can play what they want but they can allso change music/volym round the house if they want or without knowing it.

Wavey

Contains Highly Confidential AEO and Source Code Materials



**Beejay**  Contributor III  ·  167 replies                         14 years ago

> *Graham - Sonos;27804 wrote:*
>
> *I personally like this idea... it has been suggested before with names such as 'zone scenes' or 'zone profiles'.*
>
> *I think its a good idea, though can appreciate that it would be a good amount of UI work to get just right and not be confusing...*
>
> *Its on the Radar for the PM guys, but not in the near term from what i know.*
>
> *best,*
> *-graham*

Wow....this is about as much as Sonos give away on anything!

Personally I think its a great idea....the UI is simple - the same way you add zones now - you just have another option "create virtual zone", then you either display these amongst acutal zones (taking the highest common denominator if any are ever selected) or (my prefered option) virtual zones is a soft key at the bottom of the zones screen. When selected, the zones screen behaves the sames for virtual zones (Again on link zones or drop zones you take the highest common denominator). If you go back to the standard Zone screen, the actual zones are joined as per the virtual zone config. Easy....not confusing.:D

👍 Like        💬 Quote

---



**Robert**  Avid Contributor I  ·  12 replies                       14 years ago

I have grown my Sonos footprint from about 4 zones to now about 20 zones. As my Sonos footprint grew I have starting wanting a couple of features that I did not need when I had a smaller set up.

First, I would like a way to save zone configurations. This would be an extension to the existing "[All Zones - Party Mode]" configuration. In an ideal world users could create additional named configurations like "Morning Radio" or "Evening Party". So for example "Morning Radio" would link all the hallway zones and the master bedroom zones and the kitchen and family room zones. Because I have outside zones that I don't want linked even with an all house party even the existing [All Zones - Party Mode] does not usually work for me.

The second feature it to make all the volumes for the selected zones be equal. Presumably this would b e a new button on the volume dialog. If I link 10 or more zones it is a pain to get all the volumes to be equal. The work around is to lower, as a group, all the zones to zero then bring them all back up the desired volume but this is a hack.

Farrar Dep. Ex. 8-11.

Contains Highly Confidential AEO and Source Code Materials

I, Dan Schonfeld, declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED:  November 30, 2022

_____

Dan Schonfeld, Ph.D