# EXHIBIT 2

CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1            UNITED STATES DISTRICT COURT
 2        FOR THE NORTHERN DISTRICT OF CALIFORNIA
 3   SONOS, INC.,
 4        Plaintiff,
 5            vs.              Case No. 3:21-CV-07559-WHA
 6   GOOGLE LLC
 7        Defendant.
     _____
 8
     -AND-
 9
     GOOGLE LLC,
10
          Plaintiff,
11
              vs.              Case No. 3:20-CV-06754-WHA
12
     SONOS, INC.,
13
          Defendant.
14   _____
            **CONFIDENTIAL - ATTORNEYS' EYES ONLY**
15
         ZOOM DEPOSITION OF JAMES E. MALACKOWSKI
16
     (Reported Remotely via Video & Web Videoconference)
17
           Miami, Florida (Deponent's location)
18
                 Monday, January 30, 2022
19
                        Volume 1
20
     STENOGRAPHICALLY REPORTED BY:
21   REBECCA L. ROMANO, RPR, CSR, CCR
     California CSR No. 12546
22   Nevada CCR No. 827
     Oregon CSR No. 20-0466
23   Washington CCR No. 3491
24   JOB NO. 5686085
25   PAGES 1 - 297


                                                    Page 1
```

1  products?                                               03:16:48

2      A.   I think that's generally the same

3  question but with different descriptors.  And yes,

4  there are other components in the players that are

5  not covered specifically by the '885, as I              03:16:58

6  understand it.

7      Q.   Would you agree that the accused grouping

8  functionality is not the primary or main component

9  of the accused Google media content players?

10     A.   Yes.                                           03:17:12

11     Q.   Do you -- is it your opinion that the

12 accused '885 functionality drives demand for

13 accused Google media content players?

14     A.   In part, but not sufficient to determine

15 a lost profits calculation.                             03:17:31

16     Q.   So you believe that consumers are buying,

17 for example, the Nest Wi-Fi Point because of the

18 accused grouping functionality?

19     A.   I believe that one of the reasons is the

20 feature set that would include that, and that is,       03:17:49

21 in part, why that feature set is promoted by

22 Google.  I don't believe that it's sufficient basis

23 for demand for lost profits or to invoke the entire

24 market rule, for example, and expand greatly the

25 royalty base.                                           03:18:06

```
 1        I, Rebecca L. Romano, a Certified Shorthand
 2   Reporter of the State of California, do hereby
 3   certify:
 4        That the foregoing proceedings were taken
 5   before me remotely at the time and place herein set
 6   forth; that any deponents in the foregoing
 7   proceedings, prior to testifying, were administered
 8   an oath; that a record of the proceedings was made
 9   by me using machine shorthand which was thereafter
10   transcribed under my direction; that the foregoing
11   transcript is true record of the testimony given.
12        Further, that if the foregoing pertains to the
13   original transcript of a deposition in a Federal
14   Case, before completion of the proceedings, review
15   of the transcript [ ] was [X] was not requested.
16        I further certify I am neither financially
17   interested in the action nor a relative or employee
18   of any attorney or any party to this action.
19        IN WITNESS WHEREOF, I have this date
20   subscribed my name.
21   Dated:  February 2, 2023
22
23
24                    _____
                      Rebecca L. Romano, RPR, CCR
25                    CSR. No 12546
```

Page 294