UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SONOS, INC.,<br><br>  Plaintiff and Counter-Defendant,<br><br>  vs.<br><br>GOOGLE LLC,<br><br>  Defendant and Counter-Claimant. | Case No. 3:20-cv-06754-WHA<br>Related to Case No. 3:21-cv-07559-WHA<br><br>**[PROPOSED] ORDER GRANTING GOOGLE LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF ITS TRIAL BRIEF** |

1  Plaintiff Google LLC ("Google") has filed an Administrative Motion to File Under Seal
2  Portions of its Trial Brief ("Google's Administrative Motion").
3  Having considered Google's Administrative Motion, and good cause to seal having been
4  shown, the Court **GRANTS** Google's Administrative Motion and **ORDERS** sealed the portions of
5  Google's Trial Brief highlighted in green.

7  IT IS SO ORDERED.

9  DATED:

                                                      The Honorable William Alsup
                                                      United States District Court Judge