UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SONOS, INC.,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>GOOGLE LLC,<br><br>　　　　Defendant. | Case No. 3:20-cv-06754-WHA<br>Related to Case No. 3:21-cv-07559-WHA<br><br>**[PROPOSED] ORDER GRANTING GOOGLE'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF ITS NOTICE OF LODGING PRESENTATION SLIDES RE THE MARCH 30, 2023 SUMMARY JUDGMENT HEARING** |

Plaintiff Google LLC ("Google") has filed an Administrative Motion to File Under Seal Portions of Its Notice Of Lodging Presentation Slides Re The March 30, 2023 Summary Judgment Hearing ("Google's Administrative Motion").

Having considered Google's Administrative Motion, and compelling reasons to seal having been shown, the Court **GRANTS** Google's Administrative Motion and **ORDERS** sealed the documents listed below:

| Document | Portions to Be Filed Under Seal | Designating Party |
| --- | --- | --- |
| Attachment A to Google's Notice of Lodging Presentation Slides Re the March 30, 2023 Summary Judgment Hearing ("Attachment A") | Portions outlined in yellow boxes | Google |
| Attachment A | Portions outlined in green boxes | Google and Sonos |

IT IS SO ORDERED.

DATED:

_____
The Honorable William Alsup
United States District Court Judge