1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SONOS, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>GOOGLE LLC,<br><br>    Defendant. | CASE NO. 3:20-cv-06754-WHA<br>Related to CASE NO. 3:21-cv-07559-WHA<br><br>**[PROPOSED] ORDER GRANTING GOOGLE'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |

1   Plaintiff Google LLC ("Google") has filed an Administrative Motion to Consider Whether
2   Another Party's Material Should Be Sealed ("Google's Administrative Motion").
3   Having considered Google's Administrative Motion, and compelling reasons to seal having
4   been shown, the Court **GRANTS** Google's Administrative Motion and **ORDERS** sealed the
5   documents listed below:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Attachment A to Google's Notice of Lodging Presentation Slides Re The March 30, 2023 Summary Judgment Hearing ("Attachment A") | Portions outlined in purple boxes | Sonos |
| Attachment A | Portions outlined in green boxes | Sonos and Google |

IT IS SO ORDERED.

DATED:

_____
The Honorable William Alsup
United States District Court Judge