QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Sean Pak (Bar No. 219032)
  seanpak@quinnemanuel.com
  Melissa Baily (Bar No. 237649)
  melissabaily@quinnemanuel.com
  James Judah (Bar No. 257112)
  jamesjudah@quinnemanuel.com
  Lindsay Cooper (Bar No. 287125)
  lindsaycooper@quinnemanuel.com
  Iman Lordgooei (Bar No. 251320)
  imanlordgooei@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:     (415) 875-6600
Facsimile:     (415) 875-6700

  Marc Kaplan *(pro hac vice)*
  marckaplan@quinnemanuel.com
191 N. Wacker Drive, Ste 2700
Chicago, Illinois 60606
Telephone:     (312) 705-7400
Facsimile:     (312) 705-7401

*Attorneys for GOOGLE, LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| SONOS, INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Case No. 3:20-cv-06754-WHA<br>Related to Case No. 3:21-cv-07559-WHA<br><br>**GOOGLE LLC'S NOTICE OF LODGING PRESENTATION SLIDES RE THE MARCH 30, 2023 SUMMARY JUDGMENT HEARING** |

1  PLEASE TAKE NOTICE that counsel for Google LLC ("Google") hereby lodges the
2  presentation slides it prepared and presented to the Court and counsel on March 30, 2023 for the
3  hearing on the parties' summary judgment motions held by the Honorable William Alsup (Dkt.
4  557). The slides are attached hereto as Attachment A.

6  DATED: April 28, 2023        Respectfully submitted,

   QUINN EMANUEL URQUHART &
   SULLIVAN, LLP

   By  /s/ Sean Pak
       Sean Pak
       Melissa Baily
       James D. Judah
       Lindsay Cooper
       Marc Kaplan
       Iman Lordgooei

   *Attorneys for Google LLC*

**CERTIFICATE OF SERVICE**

The undersigned certifies that on April 28, 2023, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system.

DATED: April 28, 2023

                                                    */s/ Sean Pak*
                                                    Sean Pak