UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONOS, INC.,<br><br>   Plaintiff,<br><br>   v.<br><br>GOOGLE LLC,<br><br>   Defendant. | No. C 20-06754 WHA<br>No. C 21-07559 WHA<br><br>(Consolidated)<br><br>**REQUEST FOR SUPPLEMENTAL BRIEFING AND JURY INSTRUCTION** |

In a supplemental brief of no more than ten pages, each side shall please address the extent to which the asserted claims of the '966 patent should stand or fall with the asserted claim of the '885 patent for all issues that remain to be tried, as well as the possibility of a stipulation to that effect that might conserve resources. These supplemental briefs shall be due on **MONDAY, MAY 1, at 4:00 P.M.**

The Court has reviewed the joint proposed final pretrial order and observes that the parties dispute, *inter alia*, whether there is a properly disclosed derivation defense. Each side shall please file a supplemental brief of no more than five pages on this issue by **WEDNESDAY, MAY 3, at 7:30 A.M.**

Finally, the parties shall please meet and confer for the purpose of jointly proposing a jury instruction, to be read early at trial, explaining to the jury that claim 1 of the '885 patent is

1  infringed and why it is infringed.  This proposed jury instruction shall be filed no later than

2  **WEDNESDAY, MAY 3, at 7:30 A.M.**

3      **IT IS SO ORDERED.**

5  Dated:  April 28, 2023.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE