CLEMENT SETH ROBERTS (SBN 209203)
croberts@orrick.com
BAS DE BLANK (SBN 191487)
basdeblank@orrick.com
ALYSSA CARIDIS (SBN 260103)
acaridis@orrick.com
Orrick, Herrington & Sutcliffe LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:  +1 415 773 5700
Facsimile:  +1 415 773 5759

SEAN M. SULLIVAN (*pro hac vice*)
sullivan@ls3ip.com
COLE B. RICHTER (*pro hac vice*)
richter@ls3ip.com
LEE SULLIVAN SHEA & SMITH LLP
656 W Randolph St., Floor 5W
Chicago, IL 60661
Telephone:  +1 312 754 0002
Facsimile:  +1 312 754 0003

*Attorneys for Sonos, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SONOS, INC.,<br><br>    Plaintiff and Counterdefendant,<br><br>v.<br><br>GOOGLE LLC,<br><br>    Defendant and Counterclaimant. | Case No. 3:20-cv-06754-WHA<br><br>Consolidated with<br>Case No. 3:21-cv-07559-WHA<br><br>**DECLARATION OF JOSEPH R. KOLKER IN SUPPORT OF SONOS, INC.'S SUPPLEMENTAL BRIEF REGARDING '885 AND '966 PATENTS**<br><br>Judge:  Hon. William Alsup<br>Pretrial Conf.:  May 3, 2023<br>Time:  12:00 p.m.<br>Courtroom:  12, 19th Floor<br>Trial Date:  May 8, 2023 |

I, Joseph R. Kolker, declare as follows and would so testify under oath if called upon to do so:

1.  I am an attorney with the law firm of Orrick, Herrington & Sutcliffe LLP, counsel of record to Sonos, Inc. ("Sonos") in the above-captioned matter. I am a member in good standing of the New York State Bar and am admitted to practice before this Court in this matter *pro hac vice*. I make this declaration based on my personal knowledge, unless otherwise noted. If called, I can and will testify competently to the matters set forth herein.

2.  I make this declaration in support of Sonos's Supplemental Brief Regarding '885 and '966 Patents.

3.  Attached hereto as **Exhibit 1** is a true and correct copy of a document produced in discovery in this case, bearing Bates range GOOG-SONOSWDTX-00005793-5802.

4.  Attached hereto as **Exhibit 2** is a true and correct copy of a document produced in discovery in this case, bearing Bates range GOOG-SONOSNDCA-00056732-56777.

5.  Attached hereto as **Exhibit 3** is a true and correct copy of excerpts from the Opening Expert Report of Dr. Kevin C. Almeroth, dated November 30, 2022.

6.  Attached hereto as **Exhibit 4** is a true and correct copy excerpts from the deposition transcript of Kenneth MacKay, taken on May 10, 2022.

7.  Attached hereto as **Exhibit 5** is a true and correct copy of excerpts from the Rebuttal Expert Report of Dr. Kevin C. Almeroth for the "Patent Showdown," dated July 27, 2022.

8.  Attached hereto as **Exhibit 6** is a true and correct copy of excerpts from the Rebuttal Expert Report of Dr. Kevin C. Almeroth, dated January 13, 2023.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed this 1st day of May, 2023 in San Francisco, California.

_____
JOSEPH R. KOLKER