# EXHIBIT 1

Chromecast Help

Describe your issue

Sign in

Help Center   Community                                                                                           Chromecast (external link)

Main Page   Chromecast   Chromecast Audio

Listen to media  >  Listen to music on speakers and displays

Need help? Contact the **Chromecast Support Team** for assistance.

# Listen to music on speakers and displays

Enjoy music from popular music services by artist, song, genre, album, playlist, mood or activity.

Whether a single person or multiple people are using a Google Nest or Google Home speaker or display, each person can link only a single account per streaming service. Learn how to link your music services and set your default service.

You'll get different music based on the content partner and your subscription.

**\*Note**: Some of these partners may be unavailable in your region. Contact the partner to check their availability where you live, or explore all the music partners available on the Google Assistant.

- **YouTube Music\*, Spotify Free\*, Pandora\*** - You'll get a station of songs inspired by the song, album or artist you requested (free radio service).
- **YouTube Premium\*, YouTube Music Premium\*, Spotify Premium\*, Apple Music\*, Pandora Premium\*, Deezer Premium\*** - You'll get specific songs, albums or artists along with music based on genre, mood or activity or your personal playlists.

**Note**: If Digital Wellbeing is enabled, this feature may be restricted or blocked by Downtime, Filters or Do not disturb.

Learn more about Digital Wellbeing.

## Basic voice commands for all content providers

| To do this: | Say "Ok Google" or "Hey Google," then: |
|---|---|
| Request a song | "Play <song name>," "Play <song name> by <artist name>," "Play <song name> from <album name>," "Play <song name> on <music service>," or "Play songs like <song-name>" |
| Request an artist | "Play <artist name>," "Play music by <artist name>," "Play <artist name> on <music service>," or "Play songs like <artist-name>" |
| Request an album | "Play <album name>," "Play <album name> by <artist name>," or "Play <album name> by <artist name> on <music service>" |
| Play music based on genre, mood, or activity | "Play classical music," "Play happy music," "Play music for cooking," or "Play <genre> on <music service>" |
| Play personalized suggested content from chosen service | "Play some music," or "Play <genre> music on <music service>" |
| Shuffle | "Shuffle," "Shuffle <album>," "Shuffle some music," "Play <album> and shuffle," "Play <album> shuffled," or "Play <album> on shuffle" <br><br> You can also use an artist or playlist name instead of an album name. |
| Pause | "Pause," "Pause the music" |
| Resume | "Resume," "Continue playing" |
| Stop | "Stop," "Stop the music" |
| Play next song | "Next," "Skip," or "Next song" |
| What's playing | "What's playing?," "What song is playing?," or "What artist is playing?" |
| Control volume | "Set volume to 5," "Set volume to 40%" |
| Play music on your speakers, TV, or video device | "Play music on my living room TV," "Play <genre> on my bedroom speakers" <br><br> **Note**: You must use a Chromecast, Chromecast built-in TV or Assistant built-in TV that is linked to Google Nest or Home speaker or display. |
| Play music on a speaker group | "Play music on all speakers" <br><br> **Note**: Set up a speaker group in the Google Home app to enable this feature. |

## Advanced voice commands for free and subscription services

**\*Note**: Some of these partners may be unavailable in your region. Contact the partner to check their availability where you live, or explore all the music partners available on the Google Assistant.

### Listen to media

- Photo frame on your Google Nest display
- Listen to music on speakers and displays
- Link your music services and set your default service
- Voice Match and media on Google Nest or Home devices
- Listen to podcasts
- Listen to radio
- Listen to news
- Listen to audiobooks on Google Nest and Google Home speakers and displays
- Control restricted content
- Play media from Chromecast-enabled apps to your Google Nest or Google Home speaker or display
- Play content from Chrome browser to speakers or displays
- Play Android Audio on Google Nest or Home devices
- Bluetooth on speakers and displays
- Relax with your Google Nest or Home speaker or display
- Make story time more magical with Google Nest and Google Home speakers and displays
- Google Nest display with YouTube built-in
- Watch YouTube TV on your Google Nest Display
- Move media from one cast device to another
- Link your radio services
- Watch Sling TV on your Google Nest display

GOOG-SONOSWDTX-00005793

## YouTube Music (Free and Premium)*

To listen to YouTube Music on your speaker or display, you must link your YouTube Music account. There are a couple ways to listen to music using YouTube Music.

Personal results allow you to play your personal playlists, view your liked songs, and access your music library content on your devices. Learn more about personal results and how to turn them on.

### YouTube Music Premium

If you have a YouTube Music Premium account, you can play content on demand. You can get specific songs and albums along with music based on genre, mood or activity, and YouTube Music's curated playlists.

### YouTube Music

If you don't have a YouTube Music Premium account, you'll get a station of songs inspired by the song, album, or artist you asked for. You can't get specific songs, or albums on demand, but you can ask for music based on genre, mood or activity, or for YouTube Music-curated playlists.

### What you'll get

Here's what to expect if you're using YouTube Music vs YouTube Music Premium:

|  | YouTube Music on Google Nest or Home speakers or displays, smart speakers or audio groups will play: | YouTube Music Premium on Google Nest or Home speakers or displays, smart speakers or audio groups will play: |
| --- | --- | --- |
| Request a song | Station of songs inspired by the requested song | Requested song |
| Request an album | Station of songs inspired by the requested album | Requested album |
| Request a YouTube Music-generated playlist | The requested and closely related playlists on shuffle | Requested playlist |
| Request a personal playlist | Station of songs inspired by your requested playlist | Requested playlist |
| Play uploaded music | Music or album from your library (Personal results must be turned on.) | Music or album from your library (Personal results must be turned on.) |
| Play your liked songs | Speakers: A station inspired by your liked music<br><br>Smart Displays: Liked playlist with ads<br><br>(Personal results must be turned on.) | Liked playlist<br><br>(Personal results must be turned on.) |
| Play a previous song | Not supported | Supported |
| Repeat a song or skip within a song | Not supported | Supported |

**Note:** If you've turned on Voice Match, it will verify your identity before playing personal playlists or liked songs.

Your speaker or display may take several hours to recognize a newly-created, private playlist.

### Advanced voice commands

In addition to basic voice commands, you can use these advanced commands when listening to YouTube Music Premium.

| To do this: | Say "Ok Google" or "Hey Google," then: |
| --- | --- |
| Like or dislike a song | "I like this song," "Thumbs up," or "I dislike this song," "Thumbs down" |
| Like or dislike the current station | "Save this station," "Follow this station" or "Unsave this station," "Unfollow this station" |
| Play your liked songs | "Play my liked songs," "Play my liked music," or "Play my thumbs up" |
| Play a public playlist | "Play top 100 songs," "Play <playlist name>" |
| Play a personal playlist | "Play my <named playlist>" |
| Play uploaded music | "Play <song name> from my library" |
| Play previous song | "Back," "Previous" |
| Skip forward | "Skip forward <X> seconds" |

GOOG-SONOSWDTX-00005794

| Shuffle | "Shuffle" |
|---|---|
| Repeat song | "Play it again," "Play this song again" |

**Note**: You must purchase a YouTube Premium subscription to get specific songs and albums. This subscription is required for most functionality. The Google Account you used to link to your speaker or display is the default YouTube Music account associated with your speaker or display. To change the YouTube Music account associated with your speaker or display, you must unlink the Google Account that was used to set up your speaker or display. Learn how to unlink a Google Account from your speaker or display and link a new Google Account.

## Spotify (Free and Premium)*

To listen to Spotify on your speaker or display, you must link your Spotify account. There are a couple of ways to listen to music using Spotify.

### Spotify Premium

If you have a Spotify Premium account you can play content on demand. You **can get specific** songs, albums, or artists along with music based on genre, mood or activity, Spotify's curated playlists, and your personal playlists.

### Spotify Free

If you don't have a Spotify Premium account, you'll get a station of songs inspired by the song, album, artist or personal playlists you asked for. You **can't get specific** songs, albums, artists or personal playlists on demand, but you can ask for music based on genre, mood or activity, or for Spotify-curated playlists.

Spotify Free also offers different listening experiences if you're casting to TVs or speakers, giving you more ways to enjoy your music. Learn more about playing music on TVs, speakers, and groups.

### What you'll get

Here's what to expect if you're using Spotify Free vs Spotify Premium on a specific device:

| | **Spotify Free** on **your speaker or display** or **audio group** will play: | **Spotify Free** on remote Chromecast-built in **audio device** (Example: Chromecast Audio) will play: | **Spotify Free** on remote Chromecast-built in **video device** (Example: Chromecast) will play: | **Spotify Premium** on **all devices** (Google Nest or Home speakers or displays, audio groups, audio devices and video devices) |
|---|---|---|---|---|
| Request a song | Station of songs inspired by the requested song | Station of songs inspired by the requested song | Requested song | Requested song |
| Request an album | Station of songs inspired by the requested album | Station of songs inspired by the requested album | Requested song | Requested song |
| Request an artist | Station of songs inspired by the requested artist | A shuffle of the artist songs | Tops songs from the artist | Tops songs from the artist |
| Request a Spotify curated playlist, like Discover Weekly | The requested playlist on shuffle | Requested playlist on shuffle | Requested playlist | Requested playlist |
| Request a personal playlist on Spotify | Station of songs inspired by the playlist | Playlist on shuffle | Requested playlist | Requested playlist |
| Playing a previous song | Not supported | Not supported | Supported | Supported |
| Repeat a song or skip within a song | Not supported | Not supported | Supported | Supported |

### Advanced voice commands

In addition to basic voice commands, you can use these advanced commands when listening to Spotify Free or Premium.

| To do this: | Say "Ok Google" or "Hey Google," then: |
|---|---|

GOOG-SONOSWDTX-00005795

| | |
|---|---|
| Play your liked songs from your Spotify library | "Play my songs," "Play my library" |
| Play playlist | "Play Discover Weekly," "Play <playlist name>" |
| Play playlist pre-shuffled | "Shuffle Discover Weekly," "Play <playlist name> on shuffle" |
| Play personal playlist<br>Shuffle personal playlist | "Play <named playlist>"<br>"Shuffle <named playlist>" |
| Like or dislike a song | "I like this song" or "I dislike this song"<br>"Thumbs up" or "Thumbs down" |
| Like or dislike the current playlist, album, or artist | "Save this playlist" or "Unsave this playlist"<br>"Follow this playlist" or "Unfollow this playlist"<br>You can also say "this album" or "this artist" instead of "this playlist." |
| Play previous song | "Back," "Previous" |
| Skip forward | "Skip forward <X> seconds" |
| Shuffle | "Shuffle" |
| Repeat song | "Play it again," "Play this song again" |
| Play playlist in a loop | "Repeat on" or "Repeat off" |

It may take your speaker or display several hours to recognize a newly-created, private playlist.

## Apple Music*

To listen to Apple Music on your speaker or display, you must link your Google account with your Apple Music account. **Note**: An Apple Music subscription is required to play music using Google Nest and Home devices.

You can get specific songs, albums, or artists along with music based on genre, mood or activity, Apple Music's curated playlists, and your personal playlists.

### Advanced voice commands

In addition to basic voice commands, you can use these advanced commands when listening to Apple Music.

| To do this: | Say "Ok Google" or "Hey Google," then: |
|---|---|
| Play your liked songs from your Apple Music library | "Play my songs," "Play my library" |
| Play playlist | "Play New Music Daily," "Play <playlist name>" |
| Play playlist pre-shuffled | "Shuffle New Music Daily," "Play <playlist name> on shuffle" |
| Play personal playlist<br>Shuffle personal playlist | "Play <named playlist>"<br>"Shuffle <named playlist>" |
| Like or dislike a song | "I like this song" or "I dislike this song"<br>"Thumbs up" or "Thumbs down" |
| Like or dislike the current playlist, album, or artist | "Save this playlist" or "Unsave this playlist"<br>"Follow this playlist" or "Unfollow this playlist"<br>You can also say "this album" or "this artist" instead of "this playlist." |
| Play previous song | "Back," "Previous" |
| Skip forward | "Skip forward <X> seconds" |
| Shuffle | "Shuffle" |
| Repeat song | "Play it again," "Play this song again" |
| Play playlist in a loop | "Repeat on" or "Repeat off" |

## Pandora (Free and Premium) (U.S. only)*

Pandora is only available in the U.S.

### Pandora

You'll get a station of songs inspired by or similar to the song, album, artist, or genre you selected. You can't request specific songs, artists or albums. Ads will play occasionally between songs.

### Pandora Premium

GOOG-SONOSWDTX-00005796

You can request specific songs. From a mobile device or computer, you can also create fully customizable playlists that can be played on your speaker or display. Your listening experience won't be interrupted by ads. Music will play at higher quality.

To listen to Pandora on your Google Nest or Home speaker or display, you must link your Pandora account.

| When you say "Ok Google" or "Hey Google," then: | Pandora | Pandora Premium |
| --- | --- | --- |
| "Play my shuffle," "Play my shuffle radio" | Play personalized radio from Pandora. | Play personalized radio from Pandora. |
| "Play my Thumbprint radio"  **Note:** To play your thumbprint radio, you must have saved several stations and thumbed up several songs in order for Pandora to understand what you like. | Play personalized radio based on songs you've thumbed on Pandora. | Play personalized radio based on songs you've thumbed on Pandora. |
| "Play Radioactive by Imagine Dragons" | A station that plays similar songs by related artists will be created. | Pandora will play your song, followed by playlist of similar songs. |
| "Play Hardwired by Metallica" | A station will be created that plays songs similar to songs found on the album. | Pandora will play the album you requested. |
| "Play Beyoncé" | A station that plays the artist and related artists will be created. | Pandora will shuffle songs by the artist. |
| "Play classic country", "Play <Pandora station name>" | The station will be played. | The station or playlist will be played. |
| "Thumbs up," "Thumbs down," "I like this song" | Like or dislike a song from Pandora. | Like or dislike a song from Pandora. |

**Deezer (Premium and Family)**

**Note:** A Deezer Premium or Deezer Family subscription is required to play music using Google Nest and Home devices. Deezer Free is not supported.

| To do this: | Say "Ok Google" or "Hey Google," then: |
| --- | --- |
| Play your Flow | "Play my Flow" |
| Play curated playlist from your library | "Play <named playlist>" |
| Play album | "Play <named album>" |
| Play previous song | "Back," 'Previous" |
| Skip forward | "Skip forward <X> seconds" |
| Shuffle | "Shuffle" |
| Repeat song | "Play it again," "Play this song again," "Repeat the song" |

## Listen to music with Voice Match

If you've set up Voice Match, guests and housemates can't currently access your library content. However, you can give them access by uploading your music to their account.

If you haven't set up Voice Match, guests and housemates can access music from your library.

Learn more about media and multiple users.

## Other ways to control music

**Android**    iPhone & iPad

**From the Google Nest or Google Home device**

### Speakers

**Google Home**

| To do this: | Touch Google Home like this: | Image |
| --- | --- | --- |
| Play, pause, or stop alarm or timer  | Tap once on the top of the device. | |
| Turn up the volume | Swipe clockwise on the top of the device.  **Note:** This only adjusts the volume of media. You can adjust alarms and timers volume anytime in the Google Home app. | |

GOOG-SONOSWDTX-00005797

| | | |
|---|---|---|
| Turn down the volume 🔊 | Swipe counterclockwise on the top of the device.<br><br>**Note**: This only adjusts the volume of media and your Google Assistant. At volume level 0, all media will be muted but your Google Assistant will still speak at a minimum level. It doesn't adjust the volume of alarms and timers. | |
| Start your request 🎤 | Press and hold down on the top of the device. | |
| Mic on or off | Press the microphone mute button on the back of the device.<br><br>**Note**: If you mute the microphone, it prevents Google Home from listening or responding. To interact with Google Home, the microphone must be on. | |
| Factory reset the device | Press and hold the factory reset button located on the back of Google Home. | |
| Turn off power | Unplug power cable from Google Home. | |

### Google Nest Mini (2nd gen)

**Note**: The Google Nest Mini (2nd gen) has a wall mount screw slot on the back. If your device doesn't have a wall mount screw slot, it is a Google Home Mini (1st gen).

| To do this: | Touch Google Nest Mini like this: | Image |
|---|---|---|
| Play, pause, or stop **media** or **end a current phone call** | Tap the **center** of the Nest Mini. | |
| Stop a ringing **alarm or timer** | Tap the **center** of the Nest Mini. | |
| Turn up the volume | Tap the **right side** of the Nest Mini.<br><br>10 total taps will be maximum volume.<br><br>**Note**: This only adjusts the volume of media and your Google Assistant. At volume level 0, all media will be muted but your Google Assistant will still speak at a minimum level. It doesn't adjust the volume of alarms and timers.<br><br>To reverse controls, open the Home app 🏠 > tap your device > Settings ⚙ > **Reverse device controls.** | |
| Turn down the volume | Tap on the **left side** of the Nest Mini.<br><br>10 total taps will mute all audio except your Google Assistant.<br><br>**Note**: This only adjusts the volume of media and your Google Assistant. At volume level 0, all media will be muted but your Google Assistant will still speak at a minimum level. It doesn't adjust the volume of alarms and timers.<br><br>To reverse controls, open the Home app 🏠 > tap your device > Settings ⚙ > **Reverse device controls.** | |
| Turn mic on or off | Toggle the mic on or off switch found next to the power cord. The switch will display orange when the microphone is turned off.<br><br>**Note**: If you turn off the microphone, it prevents Nest Mini from listening or responding. To interact by voice with Nest Mini, the microphone must be on. | |
| Factory reset the device | Turn the mic off, then press and hold the lights in the center of the Nest Mini.<br><br>Hold for about 15 seconds. | |
| Turn off power | Unplug the power cable from Nest Mini. | |
| Start your request 🎤 | **Note**: You can't press and hold the top of the Nest Mini to start a request with your Assistant.<br><br>Instead, say "Hey Google" to start your request. | |

## Google Home Mini (1st gen)

| To do this: | Touch Google Home Mini like this: | Image |
|---|---|---|
| Play, pause, or stop **media** or end a current phone call | Press and hold **either side** of Home Mini. | |
| Stop a ringing **alarm or timer** | Press and hold **either side** of Home Mini. | |
| Turn up the volume | Tap on **right side** of Home Mini.<br><br>To reach maximum volume, tap to volume level 10.<br><br>**Note:** This only adjusts the volume of media and your Google Assistant. At volume level 0, all media will be muted but your Google Assistant will still speak at a minimum level. It doesn't adjust the volume of alarms and timers. | |
| Turn down the volume | Press and hold **left side** of Home Mini.<br><br>10 total taps will mute all audio except your Google Assistant.<br><br>**Note:** This only adjusts the volume of media and your Google Assistant. At volume level 0, all media will be muted but your Google Assistant will still speak at a minimum level. It doesn't adjust the volume of alarms and timers. | |
| Turn mic on or off | Toggle the mic on or off switch found next to the power cord. The switch will display orange when the microphone is turned off.<br><br>**Note:** If you turn off the microphone, it prevents Home Mini from listening or responding. To interact with Home Mini, the microphone must be on. | |
| Factory reset the device | Press and hold the factory reset button located below the power cord on the bottom of Home Mini. Find the circle etched into the base.<br><br>Hold for about 12 seconds. | |
| Turn off power | Unplug the power cable from Home Mini. | |
| Start your request | **Note**: You can't press and hold the top of Home Mini to start a request with your Assistant.<br><br>Instead, say "Hey Google" to start your request. | |

## Google Home Max

| To do this: | Touch Google Home Max like this: | Image |
|---|---|---|
| Play, pause, or stop **media**<br><br>Stop a ringing **alarm or timer**<br><br>End a **call** | Horizontal placement: Tap the line located on the top of Max.<br><br>Vertical placement: Tap the line located on the right side of Max. | |
| Turn **up** the volume | Horizontal placement: Swipe from left to right along the line located on the top of Max.<br><br>Vertical placement: Swipe up along the line located on the right side of Max. | |
| Turn **down** the volume | Horizontal placement: Swipe from right to left along the line located on the top of Max.<br><br>Vertical placement: Swipe down along the line located on the right side of Max. | |

| | | |
|---|---|---|
| Turn mic on or off | Toggle the mic on or off switch located on the back of Max. The switch will display orange when the microphone is turned off. You can't use your voice or the Google Home app to turn on or off the mic.<br><br>**Note:** Turning off the microphone:<br>• prevents Google Home from listening or responding. To interact with Google Home, the microphone must be on.<br>• turns off Room EQ. | |
| Factory reset the device | Press and hold the factory reset button located above the power cord on the back of Max. Find the small grey button.<br><br>Hold for about 12 seconds. | |
| Turn off power | Unplug the power cable from Max. | |

## Google Nest Audio

| To do this: | Touch Google Nest Audio like this: | Image |
|---|---|---|
| Play, pause, or stop **media** or **end a current phone call** | Tap the **center** of the Nest Audio. | |
| Stop a ringing **alarm** or **timer** | Tap the **center** of the Nest Audio. | |
| Turn up the volume | Tap the **right side** of the Nest Audio.<br><br>20 total taps will be maximum volume.<br><br>**Note**: This only adjusts the volume of media and your Google Assistant. At volume level 0, all media will be muted but your Google Assistant will still speak at a minimum level. It doesn't adjust the volume of alarms and timers. | |
| Turn down the volume | Tap on the **left side** of the Nest Audio.<br><br>20 total taps will mute all audio except your Google Assistant.<br><br>**Note**: This only adjusts the volume of media and your Google Assistant. At volume level 0, all media will be muted but your Google Assistant will still speak at a minimum level. It doesn't adjust the volume of alarms and timers. | |
| Turn mic on or off | Toggle the mic on or off switch found next to the power cord. The switch will display orange when the microphone is turned off.<br><br>**Note:** If you turn off the microphone, it prevents Nest Audio from listening or responding. To interact by voice with Nest Audio, the microphone must be on. | |
| Factory reset the device | Turn the mic off, then press and hold the lights in the center of the Nest Audio.<br><br>Hold for about 15 seconds. | |
| Turn off power | Unplug the power cable from Nest Audio. | |
| Start your request | **Note**: You can't press and hold the top of the Nest Audio to start a request with your Assistant.<br><br>Instead, say "Hey Google" to start your request. | |

## Google Nest Wifi point

| To do this: | Touch Nest Wifi point like this: | Image |
|---|---|---|
| Play, pause, or stop | Tap the center of the Nest Wifi point. | |

| | | |
|---|---|---|
| or stop **media** or **end a current phone call** | | |
| Stop a **ringing alarm or timer** | Tap the center of the Nest Wifi point. | |
| Turn **up** the volume | Tap on the right side of the Nest Wifi point.<br><br>10 total taps will be maximum volume.<br><br>**Note**: This only adjusts the volume of media and your Google Assistant. At volume level 0, all media will be muted but your Google Assistant will still speak at a minimum level. It doesn't adjust the volume of alarms and timers | |
| Turn **down** the volume | Tap on the left side of the Nest Wifi point.<br><br>10 total taps will mute all audio except your Google Assistant.<br><br>**Note**: This only adjusts the volume of media and your Google Assistant. At volume level 0, all media will be muted but your Google Assistant will still speak at a minimum level. It doesn't adjust the volume of alarms and timers. | |
| Turn mic on or off | Toggle the mic on or off switch found next to the power cord. The switch will display orange when the microphone is turned off.<br><br>**Note**: If you turn off the microphone, it prevents Nest Wifi point from listening or responding. To interact by voice with your Nest Wifi point, the microphone must be on. | |
| Turn off power | Unplug the power cable from Nest Wifi point. | |
| Start your request | **Note**: You can't press and hold the top of a Nest Wifi point to start a request with your Assistant.<br><br>Instead, say "Hey Google" to start your request. | |

## Displays

 Google Nest Hub

| To do this: | Touch Google Nest Hub like this: | Image |
|---|---|---|
| Turn **up** the volume | Press the upper volume button on the back of Google Nest Hub. | |
| Turn **down** the volume | Press the lower volume button on the back of Google Nest Hub. | |

Additional controls for managing the volume of multiple devices are available on your display. Learn more about multi-room controls.

 Google Nest Hub Max

| To do this: | Touch Nest Hub Max like this: | Image |
|---|---|---|
| Turn **up** the volume | Press the upper volume button on the back of Nest Hub Max. | |



| | | |
|---|---|---|
| Turn **down** the volume | Press the lower volume button on the back of Nest Hub Max. | |

Additional controls for managing the volume of multiple devices are available on your display. Learn more about multi-room controls.

**From the Google Home app**

1. Make sure your mobile device or tablet is connected to the same Wi-Fi network or linked to the same account as your speaker or display.
2. Open the Google Home app 🏠.
3. Tap **Play music** under the name of the device you want to use.

Your device will play music from your default music provider. You can pause, resume, change volume and skip forward or backward in the song.

## Troubleshooting

1. Make sure your music provider accounts are linked to your speaker or display.
2. If you're not getting the music you expect, be more specific with your request.
   a. Add "...**by <Artist>**" to your request. (Example: "Hey Google, play a song by Sia.")
   b. Add "... **album, playlists, song**" to your request. (Example: "Hey Google, play my morning rock playlist.")
3. If you want to listen to music that's not from your default service, add "...**on <music service>**" to your request.

## Related articles

- Play audio on speakers and TVs from Google Nest or Home devices
- Play video on TVs from Google Nest or Home devices
- Play Android Audio on Google Nest or Home devices
- Play media from Chromecast-enabled apps to Google Nest or Home devices
- Listen to radio
- Listen to podcasts
- Control restricted content on Google Nest or Home devices

⚠ Give feedback about this article

Was this helpful?   [Yes]   [No]

---

## Need more help?

Sign in for additional support options to quickly solve your issue

[Sign in]

©2020 Google · Privacy Policy · Terms of Service

GOOG-SONOSWDTX-00005802