AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Northern District of California ▾

| | |
|---|---|
| SONOS, INC., | ) |
| *Plaintiff* | ) |
| v. | ) Case No.   3:20-cv-06754-WHA |
| GOOGLE LLC, | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

SONOS, INC.                                                                                          .

Date:     05/01/2023

*Attorney's signature*

Geoffrey G. Moss  (SBN 258827)
*Printed name and bar number*

355 S. Grand Avenue
Suite 2700
Los Angeles, CA  90071
*Address*

gmoss@orrick.com
*E-mail address*

(213) 629-2020
*Telephone number*

(213) 612-2499
*FAX number*