UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONOS, INC., <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | No. C 20-06754 WHA <br> No. C 21-07559 WHA <br><br> (Consolidated) <br><br> **REQUEST FOR INFORMATION** |

The parties shall please come to today's hearing prepared to answer the following questions:

1. In the real world, how much money has the IFTTT app developer received as a result of sales on the Google Play store?
2. In the real world, how many downloads have been made of the IFTTT app?
3. How many users have the Google Home app installed?
4. How many uses does Sonos accuse of infringing the patents?

**IT IS SO ORDERED.**

Dated: May 3, 2023.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE