CLEMENT SETH ROBERTS (SBN 209203)
croberts@orrick.com
BAS DE BLANK (SBN 191487)
basdeblank@orrick.com
ALYSSA CARIDIS (SBN 260103)
acaridis@orrick.com
Orrick, Herrington & Sutcliffe LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:    +1 415 773 5700
Facsimile:    +1 415 773 5759

SEAN M. SULLIVAN (*pro hac vice*)
sullivan@ls3ip.com
COLE B. RICHTER (*pro hac vice*)
richter@ls3ip.com
LEE SULLIVAN SHEA & SMITH LLP
656 W Randolph St., Floor 5W
Chicago, IL 60661
Telephone:    +1 312 754 0002
Facsimile:    +1 312 754 0003

*Attorneys for Sonos, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SONOS, INC.,<br><br>Plaintiff and Counterdefendant,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant and Counterclaimant. | Case No. 3:20-cv-06754-WHA<br><br>Consolidated with<br>Case No. 3:21-cv-07559-WHA<br><br>**DECLARATION OF JOSEPH R. KOLKER IN SUPPORT OF SONOS, INC.'S SUPPLEMENTAL BRIEF REGARDING GOOGLE'S CLAIMED DERIVATION DEFENSE**<br><br>Judge: Hon. William Alsup<br>Pretrial Conf.: May 3, 2023<br>Time: 12:00 p.m.<br>Courtroom: 12, 19th Floor<br>Trial Date: May 8, 2023 |

I, Joseph R. Kolker, declare as follows and would so testify under oath if called upon to do so:

1. I am an attorney with the law firm of Orrick, Herrington & Sutcliffe LLP, counsel of record to Sonos, Inc. ("Sonos") in the above-captioned matter. I am a member in good standing of the New York State Bar and am admitted to practice before this Court in this matter *pro hac vice*. I make this declaration based on my personal knowledge, unless otherwise noted. If called, I can and will testify competently to the matters set forth herein.

2. I make this declaration in support of Sonos's Supplemental Brief Regarding Google's Claimed Derivation Defense.

3. Attached hereto as **Exhibit A** is a true and correct copy of excerpts of Google's invalidity contentions, served on December 6, 2021.

4. On April 3, 2023, pursuant to the Court's scheduling order, Dkt. 547, Sonos served draft proposed pretrial order materials on Google, including the proposed pretrial order, proposed jury instructions, proposed verdict form, proposed voir dire, proposed jury questionnaire, and proposed neutral statement of the case for voir dire.

5. Attached hereto as **Exhibit B** is a true and correct copy of Google's redlines to the joint proposed jury instructions, which Google served on April 12, 2023, pursuant to the Court's scheduling order, Dkt. 547. In order to facilitate filing via CM/ECF, Sonos has converted the Word document served by Google into a PDF; Sonos will provide the original Word document upon the Court's request.

6. On April 14, 2023, pursuant to the Court's scheduling order, Dkt. 547, Google served redlines to the joint pretrial order and verdict form (among other pretrial order materials). Among Google's redlines to the pretrial order was the addition of two "factual issues that remain to be tried": "Whether Claim 1 of the '885 patent is invalid by way of derivation" and "Whether Claims 1, 2, 4, 6, 8, 9, 10, 12, 14, and 16 of the '966 patent are invalid by way of derivation." Google made corresponding redlines to the proposed verdict form. Sonos will provide these documents upon the Court's request.

7. Attached hereto as **Exhibit C** is a true and correct copy of an email chain between counsel for Google and counsel for Sonos in this case dated between April 3, 2023 and April 18, 2023.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed this 2nd day of May, 2023 in San Francisco, California.

_____
JOSEPH R. KOLKER

2

Decl. of J. Kolker ISO Sonos, Inc.'s
Suppl. Brief re Google's Claimed
Derivation Defense
Case No. 3:20-cv-06754-WHA