UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONOS, INC., <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | No. C 20-06754 WHA <br> No. C 21-07559 WHA <br><br> (Consolidated) <br><br> **JUROR HARDSHIP PRE-EXCUSALS** |

Unless there is an objection from counsel by **2:00 P.M.**, the following potential jurors (as listed on the "Attorney's List") will be pre-excused:

| | |
|---|---|
| #1 (R.A.) | #29 (M.M.) |
| #2 (J.A.) | #30 (J.M.) |
| #8 (E.C.) | #34 (H.Q.) |
| #14 (M.D.) | #35 (S.R.) |
| #17 (G.G.) | #40 (B.S.) |
| #19 (J.H.) | #45 (S.W.) |
| #25 (T.L.) | |
| #26 (K.M.) | |
| #27 (P.M.) | |

1    All other potential jurors must come to jury selection. Counsel can raise further arguments
2    during *voir dire*.
3        In light of the quantity of pre-excusals, to ensure that a jury can be selected, an additional
4    ten potential jurors will attend. They may not have had time to complete the questionnaire in
5    advance.
6        **IT IS SO ORDERED.**

8    Dated: May 3, 2023.

                                     WILLIAM ALSUP
                                     UNITED STATES DISTRICT JUDGE