UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONOS, INC., <br>     Plaintiff, <br>   v. <br> GOOGLE LLC, <br>     Defendant. | No. C 20-06754 WHA <br> No. C 21-07559 WHA <br> (Consolidated) <br> **ADDITIONAL JUROR HARDSHIP PRE-EXCUSALS** |

As stated in the prior order, an additional ten potential jurors were added. Some have submitted questionnaire responses. Unless counsel objects by **6:00 P.M.**, the following potential jurors will be excused: R.P., K.P., C.T., Y.R.

**IT IS SO ORDERED.**

Dated: May 3, 2023.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE