| | |
|---|---|
| 1 | CLEMENT SETH ROBERTS (STATE BAR NO. 209203) |
| | croberts@orrick.com |
| 2 | BAS DE BLANK (STATE BAR NO. 191487) |
| | basdeblank@orrick.com |
| 3 | ALYSSA CARIDIS (STATE BAR NO. 260103) |
| | acaridis@orrick.com |
| 4 | EVAN D. BREWER (STATE BAR NO. 304411) |
| | ebrewer@orrick.com |
| 5 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | The Orrick Building |
| 6 | 405 Howard Street |
| | San Francisco, CA 94105-2669 |
| 7 | Telephone:  +1 415 773 5700 |
| | Facsimile:  +1 415 773 5759 |

SEAN M. SULLIVAN (*pro hac vice*)
sullivan@ls3ip.com
J. DAN SMITH (*pro hac vice*)
smith@ls3ip.com
MICHAEL P. BOYEA (*pro hac vice*)
boyea@ls3ip.com
COLE B. RICHTER (*pro hac vice*)
richter@ls3ip.com
LEE SULLIVAN SHEA & SMITH LLP
656 W Randolph St., Floor 5W
Chicago, IL 60661
Telephone:  +1 312 754 0002
Facsimile:  +1 312 754 0003

*Attorneys for Sonos, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA,

SAN FRANCISCO DIVISION

| | |
|---|---|
| SONOS, INC., | Case No. 3:20-cv-06754-WHA |
| | Related to Case No. 3:21-cv-07559-WHA |
| Plaintiff and Counter-defendant, | |
| v. | **PROOF OF SERVICE OF SEALED EXHIBITS IN SUPPORT OF GOOGLE'S ADMINISTRATIVE MOTIONS TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED (DKTS. 608, 614)** |
| GOOGLE LLC, | |
| Defendant and Counter-claimant. | |

# PROOF OF SERVICE

I am employed in the County of San Mateo, State of California. I am over the age of 18 years and not a party to the within action. My business address is Orrick, Herrington, & Sutcliffe, 1000 Marsh Rd., Menlo Park, California 94025.

On May 3, 2023, I served the following documents on the interested parties in this action:

Exhibits 2 and 3 [to the Declaration of Lindsay Cooper in Support of Google's Motion *in Limine* No. 2] attached to the Declaration of Cole B. Richter in Support of Google's Administrative Motion to Consider Whether Another Party's Material Should be Sealed (Dkt. 608) (sealed versions)

Exhibit 1 [to the Declaration of Lana Robins in Support of Google's Motion *in Limine* No. 4] attached to the Declaration of Cole B. Richter in Support of Google's Administrative Motion to Consider Whether Another Party's Material Should be Sealed (Dkt. 614) (sealed version)

on the following service list as indicated below pursuant to agreement by the parties:

| | |
|---|---|
| Charles K. Verhoeven<br>Nima Hefazi<br>Jocelyn Ma<br>Marc Kaplan<br>Lindsay Cooper<br>Lana Robins<br>Anne-Raphaëlle Aubry | QUINN EMANUEL URQUHART<br>& SULLIVAN, LLP<br>50 California Street, 22nd Floor<br>San Francisco, CA 94111-478<br><br>Attorneys for GOOGLE LLC |

Email: qe-sonos3@quinnemanuel.com

(BY E-MAIL OR ELECTRONIC TRANSMISSION) by electronically transmitting a true and correct copy of the document(s) in pdf format from email address jcamaya@orrick.com to the email address(es) set forth in the service list. I did not receive, within a reasonable time after the transmission, any electronic message or indication that the transmission was unsuccessful or incomplete.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on May 3, 2023, in Fremont, California.

_____
John Camaya