UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONOS, INC., <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | No. C 20-06754 WHA <br> No. C 21-07559 WHA <br><br> (Consolidated) <br><br> **FOLLOW UP ON REQUEST FOR INFORMATION** |

Before the final pretrial conference, an order requested that the parties come prepared to answer four questions (Dkt. No. 649). At the final pretrial conference, the parties indicated that they were still seeking answers to some of these questions and that they would follow up. Both sides shall file their updated answers to these questions by **TOMORROW, MAY 5, at 6:30 P.M.** These answers should take up no more than two pages.

**IT IS SO ORDERED.**

Dated: May 4, 2023.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE