UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONOS, INC., <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | No. C 20-06754 WHA <br> No. C 21-07559 WHA <br><br> (Consolidated) <br><br> **REQUEST RE MINIMUM JURY SIZE** |

On Monday, counsel shall please state whether they and their clients will stipulate to a minimum size for our jury of five (instead of six), for obvious reasons.

**IT IS SO ORDERED.**

Dated: May 5, 2023.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE