CLEMENT SETH ROBERTS (SBN 209203)
croberts@orrick.com
BAS DE BLANK (SBN 191487)
basdeblank@orrick.com
ALYSSA CARIDIS (SBN 260103)
acaridis@orrick.com
Orrick, Herrington & Sutcliffe LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:   +1 415 773 5700
Facsimile:   +1 415 773 5759

SEAN M. SULLIVAN (*pro hac vice*)
sullivan@ls3ip.com
COLE B. RICHTER (*pro hac vice*)
richter@ls3ip.com
LEE SULLIVAN SHEA & SMITH LLP
656 W Randolph St., Floor 5W
Chicago, IL 60661
Telephone:   +1 312 754 0002
Facsimile:   +1 312 754 0003

*Attorneys for Sonos, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SONOS, INC., <br><br> Plaintiff and Counterdefendant, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant and Counterclaimant. | Case No. 3:20-cv-06754-WHA <br><br> Consolidated with <br> Case No. 3:21-cv-07559-WHA <br><br> **DECLARATION OF JOHN DAN SMITH III IN SUPPORT OF SONOS, INC.'S BRIEF REGARDING DR. SCHONFELD'S SUPPLEMENTAL REPLY REPORT** <br><br> Judge:  Hon. William Alsup <br> Pretrial Conf.:  May 3, 2023 <br> Time:  12:00 p.m. <br> Courtroom:  12, 19th Floor <br> Trial Date:  May 8, 2023 |

I, John Dan Smith III, declare as follows and would so testify under oath if called upon to do so:

1. I am an attorney with the law firm of Lee Sullivan Shea & Smith LLP, counsel for Sonos, Inc. ("Sonos") in the above-captioned matter. I am a member in good standing of the Bar of the State of Illinois and am admitted to practice before this Court in this matter *pro hac vice*. I make this declaration based on my personal knowledge, unless otherwise noted. If called, I can and will testify competently to the matters set forth herein.

2. I make this declaration in support of Sonos's Brief Regarding Dr. Schonfeld's Supplemental Reply Report.

3. Attached hereto as **Exhibit A** is a true and correct copy of the First Supplemental Reply Expert Report of Dr. Dan Schonfeld Regarding U.S. Patent No. 10,848,885 and U.S. Patent No. 10,469,966 with the new opinions offered by Dr. Schonfeld highlighted in yellow.

4. Attached hereto as **Exhibit B** is a true and correct copy of an email from Anne-Raphaëlle Aubry to me regarding the First Supplemental Rebuttal Expert Report of Dr. Kevin C. Almeroth, dated March 27, 2023.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed this 5th day of May, 2023 in San Francisco, California.

_____
John Dan Smith III