# EXHIBIT B

| | |
|---|---|
| **From:** | Anne-Raphaëlle Aubry <anneraphaelleaubry@quinnemanuel.com> |
| **Sent:** | Monday, March 27, 2023 5:04 PM |
| **To:** | Dan Smith�; QE-Sonos3 |
| **Cc:** | Sonos-NDCA06754-service |
| **Subject:** | RE: Sonos v. Google (N.D. Cal. 3:20-6754 and 3:21-cv-7559): First Supplemental Rebuttal Expert Report of Dr. Kevin C. Almeroth |

**This message originated from outside your organization**

Counsel,

In view of Sonos's March 21, 2023 Supplemental Rebuttal Expert Report of Dr. Almeroth, please provide dates for the deposition of Dr. Almeroth. Google also plans to serve a short reply report responding to Dr. Almeroth's 52-page report and the accompanying 237 pages of demonstratives by April 11th.  Please confirm that Sonos will not object to Google's proposed reply report.

Best,

Anne

**From:** Dan Smith <smith@ls3ip.com>
**Sent:** Wednesday, March 22, 2023 1:33 AM
**To:** QE-Sonos3 <qe-sonos3@quinnemanuel.com>
**Cc:** Sonos-NDCA06754-service <sonos-ndca06754-service@orrick.com>
**Subject:** Re: Sonos v. Google (N.D. Cal. 3:20-6754 and 3:21-cv-7559): First Supplemental Rebuttal Expert Report of Dr. Kevin C. Almeroth

**[EXTERNAL EMAIL from smith@ls3ip.com]**

Password: AlmerothSupp2023!

**From:** Dan Smith <smith@ls3ip.com>
**Date:** Wednesday, March 22, 2023 at 12:31 AM
**To:** "qe-sonos3@quinnemanuel.com" <qe-sonos3@quinnemanuel.com>
**Cc:** Sonos-NDCA06754-service <sonos-ndca06754-service@orrick.com>
**Subject:** Sonos v. Google (N.D. Cal. 3:20-6754 and 3:21-cv-7559): First Supplemental Rebuttal Expert Report of Dr. Kevin C. Almeroth

Counsel,

The First Supplemental Rebuttal Expert Report of Dr. Kevin C. Almeroth, including Exhibit 1, is available for download at the link below.  The password for the link will be sent separately.

REDACTED

Best,
Dan

**J. Dan Smith**



Lee Sullivan Shea & Smith LLP
656 W Randolph St, Floor 5W, Chicago, IL 60661
312.754.9602  *Main* | 312.754.9608  *Direct*
smith@ls3ip.com | www.ls3ip.com