# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# CIVIL MINUTES

| **Date:** 5/4/2023 | **Time:** 8:00 – 1:32 = 3 Hours; 43 Minutes | **Judge:** WILLIAM ALSUP |
|---|---|---|
| **Case No.:** 20-cv-06754-WHA | **Case Name:** Sonos, Inc. v. Google, LLC | |
| **Deputy Clerk:** Angella Meuleman | **Court Reporter:** Ana Dub | |

**Attorneys for Plaintiff:** Alyssa Caridis, Cole Richter, George Lee, Sean Sullivan, Clem Roberts

**Attorneys for Defendant:** Sean Pak, Melissa Baily, James Judah, Jocelyn Ma

## PROCEEDINGS

JURY SELECTION – Held;

## SUMMARY

Peremptory challenges exercised. Jury of seven members selected and sworn.

Trial schedule is modified as follows:

Brocket protocol: Trial days: 5/8 thru 5/12. Dark day will be Monday, 5/15. Further trial settings: 5/16 thru 5/19; 5/26, 5/30, 5/31.

See Trial Log for further details.