UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 20-cv-6754-WHA
Case Name: Sonos, Inc. v. Google LLC

## TRIAL SHEET, EXHIBIT and WITNESS LIST

| JUDGE: William Alsup | PLAINTIFF ATTORNEYS: Alyssa Caridis, Cole Richter, George Lee, Sean Sullivan, Clem Roberts | DEFENSE ATTORNEY: Sean Pak, Melissa Baily, James Judah, Jocelyn Ma |
|---|---|---|
| TRIAL DATE: 05/04/2023 | REPORTER(S): Ana Dub | CLERK: Angella Meuleman |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 8:00 a.m. | | | Court in session. Housekeeping matters discussed outside presence of jury. | |
| | | 8:09 a.m. | | | Court in recess. | |
| | | 9:04 a.m. | | | Court reconvened. Jury panel entered courtroom and sworn. Court begins voir dire of jury panel. | |
| | | 10:30 a.m. | | | Jury panel excused for break. Hardships discussed outside presence of jury. | |
| | | 10:40 a.m. | | | Court in recess. | |
| | | 10:48 a.m. | | | Court reconvened. Jury panel present. Voir dire of jury panel continues. | |
| | | 11:27 a.m. | | | Jury panel excused for lunch break. | |
| | | 11:30 a.m. | | | Housekeeping matters discussed outside presence of jury. Court in recess. | |
| | | 12:05 p.m. | | | Court reconvened. Housekeeping matters discussed outside presence of jury. | |
| | | 12:10 p.m. | | | Jury panel present. Voir dire continues. | |
| | | | | | Court discussed following schedule with jurors re: Brocket protocol: 5/8 thru 5/12. Dark day will be Monday, 5/15. Further settings: 5/16 thru 5/19; 5/26, 5/30, 5/31. | |
| | | 1:08 p.m. | | | Jury panel excused for break. Court discussed peremptory challenges with counsel and allows counsel time for deciding challenges. | |
| | | 1:11 p.m. | | | Court in recess. | |
| | | 1:22 p.m. | | | Court reconvened. Jury present. Peremptory challenges exercised. | |
| | | 1:27 p.m. | | | Jury selected and sworn. Additional jurors thanked and excused. Court admonished selected jurors and instructed parties to return on Monday, 5/8/2023, at 7:30AM. for trial. | |
| | | 1:32 p.m. | | | Court adjourned. | |

1