UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONOS, INC., <br>     Plaintiff, <br>   v. <br> GOOGLE LLC, <br>     Defendant. | No. C 20-06754 WHA <br> No. C 21-07559 WHA <br><br> (Consolidated) <br><br> **REQUEST FOR DOCUMENTS** |

On Monday, counsel shall please provide hard copies of the entire expert report of Dr. James Malackowski, dated December 9, 2022, as well as the entire corresponding reply and rebuttal reports, and the complete transcripts of the depositions of Dr. Malackowski.

**IT IS SO ORDERED.**

Dated: May 5, 2023.

                                             WILLIAM ALSUP <br>
                                             UNITED STATES DISTRICT JUDGE