QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Sean Pak (Bar No. 219032)
  seanpak@quinnemanuel.com
  Melissa Baily (Bar No. 237649)
  melissabaily@quinnemanuel.com
  James Judah (Bar No. 257112)
  jamesjudah@quinnemanuel.com
  Lindsay Cooper (Bar No. 287125)
  lindsaycooper@quinnemanuel.com
  Iman Lordgooei (Bar No. 251320)
  imanlordgooei@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:    (415) 875-6600
Facsimile:    (415) 875-6700

  Marc Kaplan (*pro hac vice*)
  marckaplan@quinnemanuel.com
191 N. Wacker Drive, Ste 2700
Chicago, Illinois 60606
Telephone:    (312) 705-7400
Facsimile:    (312) 705-7401

*Attorneys for Google LLC*

CLEMENT SETH ROBERTS (STATE BAR NO. 209203)
croberts@orrick.com
BAS DE BLANK (STATE BAR NO. 191487)
basdeblank@orrick.com
ALYSSA CARIDIS (STATE BAR NO. 260103)
acaridis@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: (415) 773-5700
Facsimile: (415) 773-5759

SEAN M. SULLIVAN (admitted *pro hac vice*)
sullivan@ls3ip.com
COLE RICHTER (admitted *pro hac vice*)
richter@ls3ip.com
LEE SULLIVAN SHEA & SMITH LLP
656 W Randolph St., Floor 5W
Chicago, IL 60661
Telephone:    (312) 754-0002
Facsimile:    (312) 754-0003

*Attorneys for Sonos, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SONOS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> GOOGLE LLC, <br><br> Defendant. | Case No. 3:20-cv-06754-WHA <br> Consolidated with Case No. 3:21-cv-07559-WHA <br><br> **STIPULATED REQUEST FOR ORDER SETTING SCHEDULE FOR WITNESS AND EXHIBIT DISCLOSURES** |

Pursuant to Civil Local Rule 7-12, Google LLC ("Google") and Sonos, Inc. ("Sonos") (collectively, "Parties") jointly stipulate and request an order setting a schedule for witness and exhibit disclosures.

WHEREAS, the Parties stipulated to a schedule for witness and exhibit disclosures in their Proposed Joint Final Pretrial Order (Dkt. 615 at 10-14);

WHEREAS, the Court directed the Parties to "file revised stipulations regarding timely exchanges," including to accommodate the 5:00 p.m. deadline set by the Court for filing any objections regarding opening statement demonstratives (Dkt. 660 at 9);

WHEREAS, the Parties have met and conferred in good faith and agreed, subject to the Court's approval, that their proposed schedule for witness and exhibit disclosures will facilitate the resolution of disclosure disputes;

WHEREAS, the Parties have agreed to forgo the filing of briefs covering lingering disputes related to exchange of witnesses, exhibits, and demonstratives and will address outstanding issues with the Court during the morning's *in limine* proceedings;

THE PARTIES HEREBY STIPULATE, AGREE, AND REQUEST, that the Court set deadlines for witness and exhibit disclosures as follows:

| Disclosure | Deadline |
|---|---|
| *Witnesses* | |
| Identification of Witnesses | Each party will provide notice, by email, no later than 4:00 p.m. each day, of all witnesses intended to be presented live or by deposition two calendar days later at trial |
| *Direct Examination Exhibits* | |
| Identification of Direct Examination Exhibits | Each party will provide, by email, a list of all exhibits expected to be used during direct examination no later than 5:00 p.m. one calendar day before such intended use |
| Objections to Direct Examination Exhibits | The receiving party shall provide objections to the direct examination exhibits identified by the disclosing party by 8:00 p.m. that evening |
| Supplementation of Direct Examination Exhibits | The disclosing party may minimally supplement its direct exhibits in response to the receiving party's disclosure of cross-examination exhibits by 7:00 p.m. |

| | |
|---|---|
| Meet and Confer Regarding Direct Examination Exhibits | The Parties will meet and confer regarding objections to direct examination exhibits by 9:00 p.m. the same evening |
| *Cross Examination Exhibits* | |
| Identification of Cross Examination Exhibits | Each party will provide, by email, a list of all exhibits expected to be used during cross examination (except for those to be used for impeachment) no later than 6:00 p.m. one calendar day before such intended use |
| Objections to Cross Examination Exhibits | The receiving party shall provide objections to the cross examination exhibits identified by the disclosing party by 8:00 p.m. that evening |
| Meet and Confer Regarding Cross Examination Exhibits | The Parties will meet and confer regarding objections to cross examination exhibits by 9:00 p.m. the same evening |
| *Direct Examination Demonstratives* | |
| Identification of Direct Examination Demonstratives | By no later than 5:00 p.m. one calendar day before a witness is called, the disclosing party will provide to the receiving party, by email, copies of all demonstrative exhibits that the disclosing party anticipates using on direct examination |
| Objections to Direct Examination Demonstratives | The receiving party will provide objections to the direct examination demonstratives identified by the disclosing party by 8:00 p.m. that evening |
| Meet and Confer Regarding Direct Examination Demonstratives | The Parties will meet and confer regarding objections to direct examination demonstratives by 9:00 p.m. the same evening |
| *Physical and/or Live Exhibits and Demonstratives* | |
| Availability of Physical and/or Live Exhibits and Demonstratives | The Parties will make available for inspection all physical or live exhibits or demonstratives that they plan to use during direct examination or during opening statements by 7:00 p.m. two nights before their intended use by sending pictures and then making the physical item available for inspection |
| Objections to Physical and/or Live Exhibits and Demonstratives | The Parties will exchange objections to the physical or live exhibits or demonstratives identified by the disclosing party by 8:00 p.m. one night before their intended use |
| Meet and Confer Regarding Physical and/or Live Exhibits and Demonstratives | The Parties will meet and confer regarding objections to physical and/or live exhibits and demonstratives by 9:00 p.m. the same evening |
| *Demonstratives Created in the Courtroom* | |
| Demonstratives Created in the Courtroom | A party who creates a demonstrative in the courtroom must provide the other party with a |

| | photograph or other electronic file of the demonstrative by 6:00 p.m. the same day |
|---|---|
| *Opening Statement Exhibits and Demonstratives* | |
| Exchange of Opening Statement Exhibits and Demonstratives | By no later than 9:00 a.m. on Sunday, May 7, 2023, the Parties will exchange, by email, lists of (a) any exhibits that the party intends to publish in its opening statement and (b) copies of any demonstrative exhibits that the party intends to use in its opening statement. If a party intends to create a demonstrative during the opening statement itself, a mock-up of such demonstrative conveying all the details and substance of the demonstrative to be created during the opening statement must be disclosed at the same time as the other opening statement demonstratives. Any physical demonstratives, including any poster boards, must be made available for inspection at the same time and photos or electronic images of the physical demonstratives must be disclosed at the same time along with the other demonstratives |
| Objections to Opening Statement Exhibits and Demonstratives | By no later than 12:00 p.m. on Sunday, May 7, 2023, the Parties will exchange written notice of any objections to opening statement demonstratives and exhibits |
| Meet and Confer Regarding Opening Statement Exhibits and Demonstratives | The Parties will meet and confer regarding objections to opening statement exhibits and demonstratives by 1:00 p.m. on Sunday, May 7, 2023 |
| File Briefs Identifying Disputes Regarding Opening Statement Exhibits and Demonstratives[1] | To the extent the Parties do not agree on opening statement exhibits and demonstratives, the Parties will file short briefs identifying any disputes the Parties request the Court address before opening statements by 5:00 pm on Sunday, May 7, 2023 |

   IT IS SO STIPULATED.

---

[1] Briefs will not exceed four pages each, single spaced.

| | |
|---|---|
| Dated: May 5, 2023 | Respectfully submitted, |
| /s/ Sean Pak | /s/ Clement S. Roberts |
| Attorneys for GOOGLE LLC | Attorneys for SONOS, INC. |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| *Counsel for Google LLC* | *Counsel for Sonos, Inc.* |

**ECF ATTESTATION**

I, Sean Pak, am the ECF User whose ID and password are being used to file this Joint Stipulation. In compliance with Civil Local Rule 5-1, I hereby attest that Clement S. Roberts, counsel for Sonos, has concurred in this filing.

Dated: May 5, 2023

                          By:    */s/ Sean Pak*
                                Sean Pak

[PROPOSED] **ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____, 2023   By: _____
Hon. William Alsup
United States District Judge