QUINN EMANUEL URQUHART & SULLIVAN, LLP
Melissa Baily (Bar No. 237649)
melissabaily@quinnemanuel.com

50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Attorneys for GOOGLE LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| GOOGLE LLC,<br><br>            Plaintiff,<br><br>    vs.<br><br>SONOS, INC.,<br><br>            Defendant. | CASE NO. 3:20-cv-06754-WHA<br><br>**NOTICE OF APPEARANCE OF JEFF NARDINELLI** |

**TO THE CLERK OF THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Jeff Nardinelli, an attorney with the firm of Quinn Emanuel Urquhart & Sullivan, LLP, and admitted to practice before this Court, hereby appears as an attorney of record for Google LLC in the above-captioned matter. Copies of all pleadings, papers, correspondence, and electronic filing notices should be directed to:

> Jeff Nardinelli (SBN 295932)
> jeffnardinelli@quinnemanuel.com
> 50 California Street, 22nd Floor
> San Francisco, California 94111
> (415) 875-6600
> (415) 875-6700 facsimile

DATED: May 5, 2023                    QUINN EMANUEL URQUHART &
                                      SULLIVAN, LLP


                                      By /s/ *Jeff Nardinelli*
                                         Jeff Nardinelli
                                         Attorney for Google, LLC