QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Sean Pak (Bar No. 219032)
  seanpak@quinnemanuel.com
  Melissa Baily (Bar No. 237649)
  melissabaily@quinnemanuel.com
  James Judah (Bar No. 257112)
  jamesjudah@quinnemanuel.com
  Lindsay Cooper (Bar No. 287125)
  lindsaycooper@quinnemanuel.com
  Iman Lordgooei (Bar No. 251320)
  imanlordgooei@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:    (415) 875-6600
Facsimile:    (415) 875-6700

  Marc Kaplan (*pro hac vice*)
  marckaplan@quinnemanuel.com
191 N. Wacker Drive, Ste 2700
Chicago, Illinois 60606
Telephone:    (312) 705-7400
Facsimile:    (312) 705-7401

*Attorneys for GOOGLE LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SONOS, INC.,<br><br>       Plaintiff and Counter-Defendant,<br><br>   vs.<br><br>GOOGLE LLC,<br><br>       Defendant and Counter-Claimant. | Case No. 3:20-cv-06754-WHA<br>Related to Case No. 3:21-cv-07559<br><br>**DECLARATION OF LINDSAY COOPER IN SUPPORT OF GOOGLE LLC'S RESPONSE TO REQUEST FOR INFORMATION (DKTS. 649, 661)** |

I, Lindsay Cooper, declare and state as follows:

1. I am an attorney licensed to practice in the State of California and am admitted to practice before this Court. I am a partner at Quinn Emanuel Urquhart & Sullivan LLC representing Google LLC ("Google") in this matter. I make this declaration in support of Google's Response to Request for Information (Dkts. 649, 661) ("Response to Request for Information"). I have personal knowledge of the matters set forth in this Declaration, and if called as a witness I would testify competently to those matters.

2. Attached as Exhibit 1 is a true and correct excerpt of the transcript from the January 30, 2023 deposition of James E. Malackowski.

3. Attached as Exhibit 2 is a true and correct excerpt of Christopher Bakewell's January 13, 2023 Rebuttal Expert Report Regarding Damages.

I declare under penalty of perjury that to the best of my knowledge the foregoing is true and correct. Executed on May 5, 2023, in San Francisco, California.

DATED: May 5, 2023

By: */s/ Lindsay Cooper*
Lindsay Cooper

**ATTESTATION**

I, Sean Pak, am the ECF user whose ID and password are being used to file the above Declaration. In compliance with Civil L.R. 5-1(h)(3), I hereby attest that Lindsay Cooper has concurred in the aforementioned filing.

*/s/ Sean Pak*
Sean Pak