# EXHIBIT 1

CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1              UNITED STATES DISTRICT COURT
 2         FOR THE NORTHERN DISTRICT OF CALIFORNIA
 3   SONOS, INC.,
 4        Plaintiff,
 5            vs.              Case No. 3:21-CV-07559-WHA
 6   GOOGLE LLC
 7        Defendant.
     _____
 8
     -AND-
 9
     GOOGLE LLC,
10
          Plaintiff,
11
              vs.              Case No. 3:20-CV-06754-WHA
12
     SONOS, INC.,
13
          Defendant.
14   _____
             **CONFIDENTIAL - ATTORNEYS' EYES ONLY**
15
            ZOOM DEPOSITION OF JAMES E. MALACKOWSKI
16
     (Reported Remotely via Video & Web Videoconference)
17
            Miami, Florida (Deponent's location)
18
                  Monday, January 30, 2022
19
                        Volume 1
20
     STENOGRAPHICALLY REPORTED BY:
21   REBECCA L. ROMANO, RPR, CSR, CCR
     California CSR No. 12546
22   Nevada CCR No. 827
     Oregon CSR No. 20-0466
23   Washington CCR No. 3491
24   JOB NO. 5686085
25   PAGES 1 - 297
```

Page 1

CONFIDENTIAL - ATTORNEYS EYES ONLY

```
1      A.   I don't believe so.                          04:52:15

2      Q.   This report is actually a survey about

3  the COVID-19 pandemic and how that effected smart

4  speaker owners and the use of voice assistants,

5  correct?                                              04:52:28

6      A.   It includes discussions regarding the

7  impact of COVID.  Given the timing of this report,

8  which is spring of 2020, that's true.  But working

9  from home during COVID would also have effects on

10 consumers' use of, for example, the                   04:52:46

11 patents-in-suit.

12     Q.   You don't know how many times that

13 29 percent of households identified in this survey

14 that have three or more smart speakers have

15 actually used an allegingly infringer -- infringing   04:53:01

16 speaker to set up speaker groups, correct?

17     A.   No, I don't know the number of times.

18     Q.   You're aware that Google produced usage

19 metrics regarding its grouping functionality?

20     A.   Yes.  I believe those are discussed in       04:53:25

21 Mr. Bakewell's report.

22     Q.   You did not include -- you did not

23 include any analysis of those usage metrics in your

24 calculation for royalties for the Zone Scene

25 patents, correct?                                     04:53:40
```

| | | |
|---|---|---|
| 1 | A.   I don't know what you mean by that | 04:53:42 |
| 2 | question.  I did consider Mr. Bakewell's critique | |
| 3 | and specifically adjusted for his critique with | |
| 4 | respect to non-Android installation data. | |
| 5 | Q.   Well, I'm referring to the usage metrics | 04:54:00 |
| 6 | regarding usage of the grouping setting up speaker | |
| 7 | groups. | |
| 8 | A.   Well, I think that's the multi-device | |
| 9 | expect -- expectation of the MDX data that we | |
| 10 | talked about earlier.  I have not used that | 04:54:19 |
| 11 | specifically for this part of my analysis. | |
| 12 | Q.   You -- you did use the MDX_CASTing usage | |
| 13 | metrics for calculating royalties for the | |
| 14 | '033 patent, correct? | |
| 15 | A.   I did. | 04:54:35 |
| 16 | Q.   But you did not use a use of metrics for | |
| 17 | grouping functionality in your reasonable royalty | |
| 18 | calculations for the Zone Scene patents, correct? | |
| 19 | A.   Correct. | |
| 20 | Q.   Why not? | 04:54:50 |
| 21 | A.   Well, the market data point that I use is | |
| 22 | independent of actual usage.  And so, for example, | |
| 23 | for IFTTT, the same subscription fee applies | |
| 24 | whether you use the embodied applets once or many | |
| 25 | times.  So in order to match closely the benchmark, | 04:55:08 |

Page 244

1        I, Rebecca L. Romano, a Certified Shorthand
2   Reporter of the State of California, do hereby
3   certify:
4        That the foregoing proceedings were taken
5   before me remotely at the time and place herein set
6   forth; that any deponents in the foregoing
7   proceedings, prior to testifying, were administered
8   an oath; that a record of the proceedings was made
9   by me using machine shorthand which was thereafter
10  transcribed under my direction; that the foregoing
11  transcript is true record of the testimony given.
12       Further, that if the foregoing pertains to the
13  original transcript of a deposition in a Federal
14  Case, before completion of the proceedings, review
15  of the transcript [ ] was [X] was not requested.
16       I further certify I am neither financially
17  interested in the action nor a relative or employee
18  of any attorney or any party to this action.
19       IN WITNESS WHEREOF, I have this date
20  subscribed my name.
21  Dated:  February 2, 2023

                            _____
                            Rebecca L. Romano, RPR, CCR
25                          CSR. No 12546

Page 294