# EXHIBIT 2
# FILED UNDER SEAL

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| GOOGLE LLC,<br><br>*Plaintiff,*<br><br>v.<br><br>SONOS, INC.,<br><br>*Defendant.* | Case No. 3:20-cv-06754-WHA<br>Related to Case No. 3:21-cv-07559-WHA |

**REBUTTAL EXPERT REPORT**
**REGARDING DAMAGES**

**January 13, 2023**

Respectfully Submitted,

*[signature: WCBakewell]*

_____
W. Christopher Bakewell

*Google LLC v. Sonos, Inc., Case No. 3:20-cv-6754*
Rebuttal Expert Report of W. Christopher Bakewell

**Exhibit 4.3**

███████████████████████████████████████ (1)

███████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

**<u>Notes & Sources:</u>**
(1) See Exhibit 4.5; Almeroth Opening Report, p. 7; Interview of Dr. Schonfeld.
(2) See Exhibit 4.5; Unique connected devices. Interview of Mr. Chan and Deposition of Christopher Chan, November 29, 2022, pp. 54-56 and 64-65.
(3) ███████████████████████████████████████████████████ Interview of Mr. Chan and Deposition of Christopher Chan, November 29, 2022, Exhibit 1261.
(4) ███████████████████████████████████████████████████████ Interview of Mr. Chan and Deposition of Christopher Chan, November 29, 2022, Exhibit 1261. Mr. Mackay testified that a dynamic group ███████████████████████████████████████████ See Deposition of Kenneth J. Mackay, May 10, 2022, p. 64.
(5) ████████████████████████████████████████████████████████ Interview of Mr. Chan and Deposition of Christopher Chan, November 29, 2022, Exhibit 1261.
(6) ███████████████████████████████████████████████████████████ Interview of Mr. Chan and Deposition of Christopher Chan, November 29, 2022, Exhibit 1261.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

*Google LLC v. Sonos, Inc., Case No. 3:20-cv-6754*
Rebuttal Expert Report of W. Christopher Bakewell

**Exhibit 4.4**

[redacted]

*Notes & Sources:*
(1) See Exhibit 4.6; Almeroth Opening Report, p. 7; Interview of Dr. Schonfeld.
(2) See Exhibit 4.6; Unique connected devices. Interview of Mr. Chan and Deposition of Christopher Chan, November 29, 2022, pp. 54-56 and 64-65.
(3) See Exhibit 4.7; Almeroth Opening Report, p. 7; Interview of Dr. Schonfeld.
(4) See Exhibit 4.7; Unique connected devices. Interview of Mr. Chan and Deposition of Christopher Chan, November 29, 2022, pp. 54-56 and 64-65.
(5) [redacted] See Deposition of Christopher Chan, November 29, 2022, pp. 54-56; Interview of Dr. Schonfeld. [redacted]

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY