UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SONOS, INC.,<br><br>  Plaintiff and Counter-Defendant,<br><br>  vs.<br><br>GOOGLE LLC,<br><br>  Defendant and Counter-Claimant. | Case No. 3:20-cv-06754-WHA<br>Related to Case No. 3:21-cv-07559-WHA<br><br>**[PROPOSED] ORDER GRANTING GOOGLE LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF ITS RESPONSE TO SONOS, INC.'S REQUEST FOR CLARIFICATION** |

Plaintiff Google LLC ("Google") has filed an Administrative Motion to File Under Seal Portions of its Response to Sonos's Request for Clarification ("Response") ("Google's Administrative Motion")

Having considered Google's Administrative Motion, and good cause to seal having been shown, the Court **GRANTS** Google's Administrative Motion and **ORDERS** sealed the documents listed below:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Response | Portions highlighted in green | Google and Sonos |
| Exhibit 2 to the Declaration of James Judah | Entire Document | Google and Sonos |
| Exhibit 5 to the Declaration of James Judah | Entire Document | Google and Sonos |

IT IS SO ORDERED.

DATED:

_____
The Honorable William Alsup
United States District Court Judge