1    QUINN EMANUEL URQUHART & SULLIVAN, LLP
       Sean Pak (Bar No. 219032)
2      seanpak@quinnemanuel.com
       Melissa Baily (Bar No. 237649)
3      melissabaily@quinnemanuel.com
       James Judah (Bar No. 257112)
4      jamesjudah@quinnemanuel.com
       Lindsay Cooper (Bar No. 287125)
5      lindsaycooper@quinnemanuel.com
       Iman Lordgooei (Bar No. 251320)
6      imanlordgooei@quinnemanuel.com
     50 California Street, 22nd Floor
7    San Francisco, California 94111-4788
     Telephone:    (415) 875-6600
8    Facsimile:    (415) 875-6700

9      Marc Kaplan (*pro hac vice*)
       marckaplan@quinnemanuel.com
10   191 N. Wacker Drive, Ste 2700
     Chicago, Illinois 60606
11   Telephone:    (312) 705-7400
     Facsimile:    (312) 705-7401

12   *Attorneys for GOOGLE LLC*

13

14                      UNITED STATES DISTRICT COURT

15                    NORTHERN DISTRICT OF CALIFORNIA

16                        SAN FRANCISCO DIVISION

17   SONOS, INC.,                          Case No. 3:20-cv-06754-WHA
                                           Related to Case No. 3:21-cv-07559-WHA
18            Plaintiff,
                                           **GOOGLE'S ADMINISTRATIVE
19        vs.                              MOTION TO CONSIDER WHETHER
                                           ANOTHER PARTY'S MATERIAL
20   GOOGLE LLC,                           SHOULD BE SEALED**

21            Defendant.

22

23

24

25

26

27

28

                                                    Case No. 3:20-cv-06754-WHA

## I.       INTRODUCTION

Pursuant to Civil Local Rule 79-5(f), Google LLC ("Google") respectfully submits this Administrative Motion to Consider Whether Another Party's Material Should Be Sealed in connection with its Response to Sonos, Inc.'s ("Sonos") Request for Clarification ("Response"). Certain portions of Google's Response contain information that Sonos may consider confidential. Accordingly, Google seeks to file under seal the documents and information as listed below:

| Document | Portions to Be Filed Under Seal | Designating Party |
| --- | --- | --- |
| Response | Portions highlighted in green | Sonos and Google |
| Exhibit 2 to the Declaration of James Judah | Entire Document | Sonos and Google |
| Exhibit 5 to the Declaration of James Judah | Entire Document | Sonos and Google |

Materials and documents may be provisionally filed under seal pursuant to Civil Local Rule 79-5(f) when the document, or portions thereof, "has been designated as confidential by another party or non-party." L.R. 79-5(f).  Google has submitted exhibits in support of its Motion for Leave under seal because information therein may be considered confidential by Sonos.

In compliance with Civil Local Rule 79-5(d) and (e), an unredacted version of Google's Response accompanies this Administrative Motion and a redacted version of Google's Response has been filed publicly.  In accordance with Local Rule 79-5(c)(3), Google has also filed a Proposed Order herewith.

DATED:  May 6, 2023

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By:   _/s/ Sean Pak_
Sean Pak

_Attorneys for GOOGLE LLC_

1

**CERTIFICATE OF SERVICE**

2          Pursuant to the Federal Rules of Civil Procedure and Local Rule 5-1, I hereby certify that,

3   on May 6, 2023, all counsel of record who have appeared in this case are being served with a copy

4   of the foregoing via the Court's CM/ECF system and email.

5

6    DATED:  May 6, 2023

7                                                      By:   */s/ Sean Pak*
                                                              Sean Pak
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28