1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SONOS, INC.,<br><br>  Plaintiff,<br><br> vs.<br><br>GOOGLE LLC,<br><br>  Defendant. | Case No. 3:20-cv-06754-WHA<br>Related to Case No. 3:21-cv-07559-WHA<br><br>**[PROPOSED] ORDER GRANTING GOOGLE'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |

Plaintiff Google LLC ("Google") has filed an Administrative Motion to Consider Whether Another Party's Material Should Be Sealed in connection with Google's Response to Sonos, Inc.'s Request for Clarification ("Response") ("Administrative Motion").

Having considered Google's Administrative Motion, and good cause to seal having been shown, the Court **GRANTS** Google's Administrative Motion and **ORDERS** sealed the documents listed below:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Response | Portions highlighted in green | Sonos and Google |
| Exhibit 2 to the Declaration of James Judah | Entire Document | Sonos and Google |
| Exhibit 5 to the Declaration of James Judah | Entire Document | Sonos and Google |

IT IS SO ORDERED.

DATED:

The Honorable William Alsup
United States District Court Judge