QUINN EMANUEL URQUHART & SULLIVAN, LLP
Sean Pak (Bar No. 219032)
seanpak@quinnemanuel.com
Melissa Baily (Bar No. 237649)
melissabaily@quinnemanuel.com
James Judah (Bar No. 257112)
jamesjudah@quinnemanuel.com
Lindsay Cooper (Bar No. 287125)
lindsaycooper@quinnemanuel.com
Iman Lordgooei (Bar No. 251320)
imanlordgooei@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:     (415) 875-6600
Facsimile:     (415) 875-6700

Marc Kaplan *(pro hac vice)*
marckaplan@quinnemanuel.com
191 N. Wacker Drive, Ste 2700
Chicago, Illinois 60606
Telephone:     (312) 705-7400
Facsimile:     (312) 705-7401

*Attorneys for GOOGLE LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SONOS, INC.,<br><br>　　　　　Plaintiff and Counter-Defendant,<br><br>　　vs.<br><br>GOOGLE LLC,<br><br>　　　　　Defendant and Counter-Claimant. | Case No. 3:20-cv-06754-WHA<br>Related to Case No. 3:21-cv-07559<br><br>**DECLARATION OF JAMES JUDAH IN SUPPORT OF GOOGLE LLC'S RESPONSE TO SONOS, INC.'S REQUEST FOR CLARIFICATION** |

I, James Judah, declare and state as follows:

1. I am an attorney licensed to practice in the State of California and am admitted to practice before this Court. I am a partner at Quinn Emanuel Urquhart & Sullivan LLC representing Google LLC ("Google") in this matter. I make this declaration in support of Google's Response to Sonos, Inc.'s ("Sonos") Request for Clarification. I have personal knowledge of the matters set forth in this Declaration, and if called as a witness I would testify competently to those matters.

2. Attached as Exhibit 1 is a true and correct excerpt of the transcript from the May 3, 2023 pretrial conference in this action.

3. Attached as Exhibit 2 is a true and correct copy of a document produced by Sonos in this action bearing starting bates number SONOS-SVG2-00041568.

4. Attached as Exhibit 3 is a true and correct copy of a document produced by Google in this action bearing starting bates number GOOG-SONOSNDCA-00055711.

5. Attached as Exhibit 4 is a true and correct copy of a document produced by Google in this action bearing starting bates number GOOG-SONOSNDCA-00055800.

6. Attached as Exhibit 5 is a true and correct copy of a document produced by Google in this action bearing starting bates number GOOG-SONOSNDCA-00116067.

7. Attached as Exhibit 6 is a true and correct excerpt of a transcript from the August 10, 2021 *Markman* hearing in *Sonos, Inc. v. Google LLC*, No. W-20-CV-881 (W.D. Tex.).

I declare under penalty of perjury that to the best of my knowledge the foregoing is true and correct. Executed on May 6, 2023, in San Francisco, California.

DATED: May 6, 2023

By: /s/ James Judah
James Judah

## ATTESTATION

I, Sean Pak, am the ECF user whose ID and password are being used to file the above Declaration. In compliance with Civil L.R. 5-1(h)(3), I hereby attest that James Judah has concurred in the aforementioned filing.

*/s/ Sean Pak*
Sean Pak