# EXHIBIT 4

**Sonos's Claim Chart**
**U.S. Patent No. 9,344,206**

| Claim: 1 | Chromecast-Enabled Computing Devices |
|---|---|
| A multimedia controller including a processor, the controller configured to: | Google's line of Chromecast-enabled audio players includes, *inter alia*, the Google Home Mini, the Google Home, the Google Home Max, the Google Home Hub, and the Chromecast dongles, and these Chromecast-enabled audio players are controlled by smartphones, tablets, and computers installed with the Google Home app, the Google Play Music app, and/or other Chromecast-enabled apps (where a computing device installed with at least one of these apps is referred to herein as a "Chromecast-enabled computing device"). Each of the foregoing Chromecast-enabled audio players comprises an "independent playback device" as recited in claim 1, and each Chromecast-enabled computing device comprises a "multimedia controller including a processor" as recited in claim 1. *See, e.g.,* https://store.google.com/us/product/google_home_max?hl=en-US; https://store.google.com/us/product/google_home_max_partners?hl=en-US; https://play.google.com/store/apps/details?id=com.google.android.apps.chromecast.app&hl=en_US. |
| receive, via a network interface, a zone configuration from a first independent playback device of a plurality of independent playback devices, wherein the zone configuration is configured via the controller and maintained at the first independent playback device, and wherein the zone configuration characterizes one or more zone scenes, each zone scene identifying a group configuration associated with two or more of the plurality of independent playback devices; and | A Chromecast-enabled computing device is configured to receive, via a network interface, a zone configuration from a first Chromecast-enabled audio player of a plurality of Chromecast-enabled audio players, where the zone configuration is configured via the Chromecast-enabled computing device, maintained at the first Chromecast-enabled audio player, and characterizes one or more zone scenes that each identify a group configuration associated with two or more of the plurality of Chromecast-enabled audio players.

For instance, when a Chromecast-enabled playback system includes a plurality of Chromecast-enabled audio players, a Chromecast-enabled computing device on the same LAN as the plurality of Chromecast-enabled audio players can be used to facilitate creation of a zone scene identifying a particular group configuration comprising two or more Chromecast-enabled audio players in the Chromecast-enabled playback system. One example of this functionality is illustrated by the following screenshots, which shows the creation of a "Downstairs" zone scene that identifies a particular group configuration comprising the "Max B" and "Max W" players in a Chromecast-enabled playback system: |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**TRIAL EXHIBIT 6089**

CASE NO. 3:20-cv-06754-WHA

DATE ENTERED_____

BY _____

DEPUTY CLERK

**Confidential – Subject to FRE 408**                    1

**Sonos's Claim Chart**
**U.S. Patent No. 9,344,206**



CONFIDENTIAL

GOOG-SONOSNDCA-00055801

**Sonos's Claim Chart**
**U.S. Patent No. 9,344,206**

| | |
|---|---|
| | Once the zone scene identifying the particular group configuration has been created, a zone configuration characterizing this zone scene is stored by one or more of the plurality of Chromecast-enabled audio players in the system (e.g., one or more of the Chromecast-enabled audio players included in the particular group configuration). |

Thereafter, any Chromecast-enabled computing device on the same LAN as the plurality of Chromecast-enabled audio players in the playback system functions to receive the zone configuration characterizing the created zone scene from one of the plurality of Chromecast-enabled audio players in the playback system at various times – including in advance of the Chromecast-enabled computing device displaying the zone scene as an available option for playback in the Google Home app, the Google Play app, and/or another Chromecast-enabled app. This functionality is illustrated by the following screenshots, which show a Chromecast-enabled computing device that has received a zone configuration charactering a "Downstairs" zone scene and a "Party" zone scene:



Notably, a Chromecast-enabled computing device is capable of displaying a zone scene as an available option for playback regardless of whether that Chromecast-enabled computing device was used to create the zone scene (in fact, regardless of whether the Chromecast-enabled computing device was even powered up or on the same LAN as the Chromecast-enabled playback system at

CONFIDENTIAL                                                                          GOOG-SONOSNDCA-00055802

**Sonos's Claim Chart**
**U.S. Patent No. 9,344,206**

| | |
|---|---|
| | the time that the zone scene was created), which confirms that a Chromecast-enabled computing device receives an indication of the one or more zone scenes from one of the Chromecast-enabled audio players in the playback system.<br><br>To facilitate the above functionality, every Chromecast-enabled computing device is programmed with the capability to receive, from one of a plurality of Chromecast-enabled audio players in a Chromecast-enabled playback system, a zone configuration characterizing one or more zone scenes that each identify a respective group configuration comprising two or more Chromecast-enabled audio players in the Chromecast-enabled playback system. |
| cause a selectable indication of the received zone configuration to be displayed, wherein the displayed selectable indication is selectable to cause one or more of the zone scenes to be invoked by two or more of the plurality of independent playback devices. | A Chromecast-enabled computing device is configured to cause a selectable indication of the received zone configuration to be displayed, where the displayed selectable indication is selectable to cause one or more of the zone scenes to be invoked by two or more of the plurality of Chromecast-enabled audio players.<br><br>For instance, as noted above, a Chromecast-enabled computing device is configured to (i) receive a zone configuration characterizing one or more zone scenes that each identify a respective group configuration comprising two or more Chromecast-enabled audio players in the Chromecast-enabled playback system and (ii) cause an indication of the received zone configuration to be displayed that is selectable to cause a zone scene to be invoked by two or more Chromecast-enabled audio players.  This functionality is illustrated by the following screenshots, which show an indication of a received zone configuration characterizing a "Downstairs" zone scene that is selectable to cause the "Downstairs" zone scene to be invoked: |

**Confidential – Subject to FRE 408**                    4

**Sonos's Claim Chart**
**U.S. Patent No. 9,344,206**



**Confidential – Subject to FRE 408**                    5

CONFIDENTIAL

GOOG-SONOSNDCA-00055804