# EXHIBIT 6

```
 1                IN THE UNITED STATES DISTRICT COURT
                   FOR THE WESTERN DISTRICT OF TEXAS
 2                            WACO DIVISION

 3   SONOS, INC.                   *      August 10, 2021
                                   *
 4   VS.                           * CIVIL ACTION NO. W-20-CV-881
                                   *
 5   GOOGLE LLC                    *

 6             BEFORE THE HONORABLE ALAN D ALBRIGHT
                   DISCOVERY HEARING (via Zoom)
 7
     APPEARANCES:
 8
     For the Plaintiff:       Cole Richter, Esq.
 9                            Rory P. Shea, Esq.
                              David R. Grosby, Esq.
10                            Jae Y. Pak, Esq.
                              Michael P. Boyea, Esq.
11                            John Dan Smith, III, Esq.
                              Lee Sullivan Shea & Smith LLP
12                            656 W. Randolph Street, Floor 5w
                              Chicago, IL 60661
13
                              Mark D. Siegmund, Esq.
14                            Law Firm of Walt Fair, PLLC
                              1508 N. Valley Mills Drive
15                            Waco, TX 76710

16   For the Defendant:      Charles K. Verhoeven, Esq.
                             Jordan R. Jaffe, Esq.
17                           Lindsay M. Cooper, Esq.
                             Quinn Emanuel Urquhart &
18                             Sullivan, LLP
                             50 California St., 22nd Floor
19                           San Francisco, CA 94111

20                           Marc L. Kaplan, Esq.
                             Quinn Emanuel Urquhart & Sullivan LLP
21                           191 N. Wacker Drive, Suite 2700
                             Chicago, IL 60606
22
                             Stephen Burbank, Esq.
23                           Scott, Douglass & McConnico, LLP
                             303 Colorado Street, Suite 2400
24                           Austin, TX 78701

25
```

*KRISTIE M. DAVIS, OFFICIAL COURT REPORTER*
*U.S. DISTRICT COURT, WESTERN DISTRICT OF TEXAS (WACO)*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**TRIAL EXHIBIT 3934**

Case No. 3:20-cv-06754-WHA
DATE ENTERED _____
BY _____
DEPUTY CLERK

1  THE COURT: I'll be back.

2  (Pause in proceedings.)

3  THE COURT: If we can go back on the record.

4  If you'll give me one second.

5  For the claim terms "zone configuration" and "group

6  configuration," the Court is going to amend its construction

7  and find that both these claim terms are indefinite.

8  What is the next claim term that we need to take up?

9  MR. SHEA: Your Honor, do I have any ability to respond to

10 that?

11 THE COURT: Not much. I mean, I've found that the -- I've

12 made my decision. I'm ready to move on.

13 What is the next claim term?

14 MR. VERHOEVEN: Your Honor, the next term in the zone --

15 if we want to stick with "zone," which I think is most

16 efficient, with the "zone" terms, the next term is one you've

17 ruled in your tentative is indefinite. It's the "causing the

18 selectable indication."

19 THE COURT: Right.

20 MR. VERHOEVEN: It's a dependent claim. We are -- we're

21 perfectly happy with the tentative, Your Honor, but I suspect

22 the other side may want to argue, but I'm not sure.

23 THE COURT: No. I'm sure they do.

24 Mr. Shea, is that you taking up causing --

25 MR. RICHTER: No. I think -- I apologize, Your Honor. I

```
1  UNITED STATES DISTRICT COURT )
2  WESTERN DISTRICT OF TEXAS    )
3
4      I, Kristie M. Davis, Official Court Reporter for the
5  United States District Court, Western District of Texas, do
6  certify that the foregoing is a correct transcript from the
7  record of proceedings in the above-entitled matter.
8      I certify that the transcript fees and format comply with
9  those prescribed by the Court and Judicial Conference of the
10 United States.
11     Certified to by me this 11th day of August 2021.
12
                                 /s/ Kristie M. Davis
13                               KRISTIE M. DAVIS
                                 Official Court Reporter
14                               800 Franklin Avenue
                                 Waco, Texas 76701
15                               (254) 340-6114
                                 kmdaviscsr@yahoo.com
```