# EXHIBIT 1

# Sonos's Licensing



**Alaina Kwasizur**

General Counsel

 

 

 

PDX1.1