# EXHIBIT 2

# Sonos's Notice to Google



**Alaina Kwasizur**

General Counsel





PDX1.2