# EXHIBIT 3

# Sonos's Draft Complaint



'615



'033



'206




'460



'966






Invalid as obvious

Invalid as obvious

Invalid as indefinite

Withdrawn



36