# EXHIBIT 4

# Prior Art: Sonos 2005 System



**SONOS**

**Robert Lambourne**
**'885, '966 Patents Inventor**

From: Rob Lambourne
Sent: Monday, April 11, 2005 3:18 PM
To: Andrew Schulert
Subject: RE: Another UI idea - grouping/ungrouping zones

2. Allow a user to save Zone Profiles (as requested by Tom and others). This would allow a user with one click to put their Zones into predefined groups (think Party-mode, but instead off linking all Zones, certain Zones get grouped. Tom has the experience that he ends most evenings in Party Mode - but most mornings, he wants to link all the 'living spaces', but ungroup the bedrooms (or words to that effect).

**TX0120**