# EXHIBIT D

| | |
|---|---|
| **From:** | Cole Richter <richter@ls3ip.com> |
| **Sent:** | Wednesday, November 9, 2022 8:32 AM |
| **To:** | Jocelyn Ma; Sonos-NDCA06754-service; LS3 Team |
| **Cc:** | QE-Sonos3 |
| **Subject:** | RE: Google v. Sonos - Meet and Confer |

**[EXTERNAL EMAIL from richter@ls3ip.com]**

Jocelyn,

We confirm that Sonos does not intend to retain a survey expert or have its current experts conduct any surveys.

Regarding the Judge's order regarding expert illustrations, Dkt. 67, ¶ 9:

> *Illustrative animations, diagrams, charts and models may be used on direct examination only if they were part of the expert's report, with the exception of simple drawings and tabulations that plainly illustrate what is already in the report, which can be drawn by the witness at trial or otherwise shown to the jury.*

We reiterate that it is impossible in advance to articulate precisely what Sonos would and would not consider as complying with this rule.  Sonos intends to comply with this rule and reserves its right to object under this rule to anything that it determines at the time to not comply.  For purposes of planning, however, Sonos does not intend to object to stylistic and non-substantive changes to the illustrations, such as font changes, highlighting, adding a party's logo to the header/footer, creating a background slide with an expert's headshot and CV summary, etc.

Finally, your proposal regarding expert discovery is generally fine.  We propose some additional minor tweaks, just give me a call if you'd like to discuss.

| Event | Current Deadline | Proposed Deadline | Sonos Proposal |
|---|---|---|---|
| Deadline for non-expert discovery Deadline for opening expert reports | November 30, 2022 | No change | |
| Deadline for rebuttal ~~responsive~~ expert reports | December 14, 2022 | December 22, 2022 | December 23, 2022 |
| Deadline for reply ~~rebuttal~~ expert reports | December 21, 2022 | January 3, 2023 | January 6, 2023 |
| Deadline for bringing discovery motions or extension motions based on discovery violations for expert discovery | December 23, 2022 | January 9, 2023 | January 13, 2023 |
| Deadline for expert discovery | January 4, 2023 | January 16, 2023 | January 20, 2023 |
| Last day to file dispositive motions | January 26, 2023 | No change | |

Best,
Cole

1

**From:** Jocelyn Ma <jocelynma@quinnemanuel.com>
**Sent:** Tuesday, November 8, 2022 6:11 PM
**To:** Cole Richter <richter@ls3ip.com>; Sonos-NDCA06754-service <Sonos-NDCA06754-service@orrick.com>; LS3 Team <LS3_team@ls3ip.com>
**Cc:** QE-Sonos3 <qe-sonos3@quinnemanuel.com>
**Subject:** RE: Google v. Sonos - Meet and Confer

Cole,

Following up on the below expert report-related issues.

Thanks,
Jocelyn

**From:** Jocelyn Ma
**Sent:** Saturday, November 5, 2022 2:13 PM
**To:** Cole Richter <richter@ls3ip.com>; Sonos-NDCA06754-service <Sonos-NDCA06754-service@orrick.com>; LS3 Team <LS3_team@ls3ip.com>
**Cc:** QE-Sonos3 <qe-sonos3@quinnemanuel.com>
**Subject:** RE: Google v. Sonos - Meet and Confer

Cole,

Thanks for the meet and confer yesterday.  We look forward to receiving a draft of the joint letter, as well as your proposal regarding Judge Alsup's requirement that "illustrative animations, diagrams, charts and models" be included in expert reports.  In addition, please let us know if Sonos plans to retain a survey expert and/or provide testimony at trial on a survey conducted by one of its experts such that Google can adequately obtain a counter-expert if necessary.

As discussed, please see below for a proposed revised expert report schedule that allows the parties more time for responsive reports:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Deadline for non-expert discovery<br>Deadline for opening expert reports | November 30, 2022 | No change |
| Deadline for responsive expert reports | December 14, 2022 | December 22, 2022 |
| Deadline for rebuttal expert reports | December 21, 2022 | January 3, 2023 |
| Deadline for bringing discovery motions or extension motions based on discovery violations for expert discover | December 23, 2022 | January 9, 2023 |
| Deadline for expert discovery | January 4, 2023 | January 16, 2023 |
| Last day to file dispositive motions | January 26, 2023 | No change |

Let us know if a further discussion would be helpful.

Best,
Jocelyn