QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Sean Pak (Bar No. 219032)
  seanpak@quinnemanuel.com
  Melissa Baily (Bar No. 237649)
  melissabaily@quinnemanuel.com
  James Judah (Bar No. 257112)
  jamesjudah@quinnemanuel.com
  Lindsay Cooper (Bar No. 287125)
  lindsaycooper@quinnemanuel.com
  Iman Lordgooei (Bar No. 251320)
  imanlordgooei@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:     (415) 875-6600
Facsimile:      (415) 875-6700

  Marc Kaplan *(pro hac vice)*
  marckaplan@quinnemanuel.com
191 N. Wacker Drive, Ste 2700
Chicago, Illinois 60606
Telephone:     (312) 705-7400
Facsimile:      (312) 705-7401

*Attorneys for GOOGLE LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SONOS, INC.,<br><br>            Plaintiff,<br><br>     vs.<br><br>GOOGLE LLC,<br><br>            Defendant. | CASE NO. 3:20-cv-06754-WHA<br>Related to CASE NO. 3:21-cv-07559-WHA<br><br>**DECLARATION OF ANNE-RAPHAELLE AUBRY IN SUPPORT OF GOOGLE LLC'S ADMINISTRATIVE MOTION TO SEAL ATTACHMENTS TO ITS BRIEF REGARDING DISPUTED DEMONSTRATIVES OF DR. ALMEROTH** |

I, Anne-Raphaelle Aubry, declare and state as follows:

1. I am an attorney licensed to practice in the State of Massachusetts and am admitted to practice *pro hac vice* before this Court. I am an associate at Quinn Emanuel Urquhart & Sullivan LLP representing Google LLC ("Google") in this matter. I have personal knowledge of the matters set forth in this Declaration, and if called as a witness I would testify competently to those matters.

2. I make this declaration in support of Google's Administrative Motion to File Under Seal Portions of Its Letter Brief Regarding Disputed Demonstratives of Dr. Almeroth ("Brief"). If called as a witness, I could and would testify competently to the information contained herein.

3. Google seeks an order sealing the materials as listed below:

| Document | Portions to be Filed Under Seal | Designating Party |
|---|---|---|
| Attachment A to Google's Brief ("Attachment A") | Entire Document | Google and Sonos |
| Attachment B to Google's Brief ("Attachment B") | Entire Document | Google and Sonos |

4. Attachments A and B contain references to Google's confidential business information and trade secrets, including details regarding source code, architecture, and technical operation of Google's products and functionalities that Sonos accuses of infringement. The specifics of how these functionalities operate is confidential information that Google does not share publicly. Thus, public disclosure of such information could lead to competitive harm to Google as competitors could use these details regarding the architecture and functionality of Google's products to gain a competitive advantage in the marketplace with respect to their competing products. Google has therefore designated this information as HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY and/ or HIGHLY CONFIDENTIAL/ATTORNEYS' EYES ONLY—SOURCE CODE under the protective order (Dkts. 92, 94).

5. Attachments A and B contain regarding confidential business agreements that are not public, as well as details regarding the future business and commercial plans of partnerships. I understand that public disclosure of this information would harm Google's competitive standing and its ability to negotiate future agreements by giving competitors access to Google's highly confidential

business thinking and asymmetrical information about Google's collaboration strategies to other entities. If such information were made public, I understand that Google's competitive standing would be significantly harmed. Google has therefore designated this information as HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY under the protective order (Dkts. 92, 94). I also understand that this Court has previously granted sealing of the same and/or similar information. *See, e.g.*, Dkts. 39 at 1; 334 at 3.

I declare under penalty of perjury under the laws of the United States of America that to the best of my knowledge the foregoing is true and correct. Executed on May 7, 2023, in San Francisco, California.

DATED: May 7, 2023

By:   */s/ Anne-Raphaelle Aubry*
        Anne-Raphaelle Aubry

-2-   CASE NO. 3:20-cv-06754-WHA
DECLARATION OF ANNE-RAPHAELLE AUBRY

## ATTESTATION

I, Sean Pak, am the ECF user whose ID and password are being used to file the above Declaration. In compliance with Civil L.R. 5-1, I hereby attest that Anne-Raphaelle Aubry has concurred in the aforementioned filing.

DATED: May 7, 2023

*/s/ Sean Pak*
Sean Pak