UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SONOS, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 3:20-cv-06754-WHA<br>Related to Case No. 3:21-cv-07559-WHA<br><br>**[PROPOSED] ORDER GRANTING GOOGLE'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF ITS LETTER BRIEF REGARDING DISPUTED DEMONSTRATIVES OF DR. ALMEROTH** |

1    Plaintiff Google LLC ("Google") has filed an Administrative Motion to File Under Seal
2 Portions of Its Letter Brief Regarding Disputed Demonstratives of Dr. Almeroth ("Google's
3 Administrative Motion").

4    Having considered Google's Administrative Motion, and good cause to seal having been
5 shown, the Court **GRANTS** Google's Administrative Motion and **ORDERS** sealed the documents
6 listed below:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Attachment A to Google's Letter Brief Regarding Disputed Demonstratives of Dr. Almeroth ("Attachment A") | Attachment A | Google and Sonos |
| Attachment B to Google's Letter Brief Regarding Disputed Demonstratives of Dr. Almeroth ("Attachment B") | Attachment B | Google and Sonos |

IT IS SO ORDERED.

DATED:

_____
The Honorable William Alsup
United States District Court Judge