## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Case No: 20-cv-06754-WHA
Case Name: Sonos, Inc. v. Google, LLC

## TRIAL SHEET, EXHIBIT and WITNESS LIST

| JUDGE: | | PLAINTIFFS ATTORNEYS: | | | DEFENSE ATTORNEYS: | |
|---|---|---|---|---|---|---|
| **William Alsup** | | Sean Sullivan, Alyssa Caridis, Dan Smith, Cole Richter, Clem Roberts | | | Sean Pak, Melissa Baily,  Iman Lordgooei, James Judah | |
| TRIAL DATE: | | REPORTER(S): | | | CLERK: | |
| 05/08/2023 | | Marla Knox | | | Angella Meuleman | |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 7:26 a.m. | | | Court in session.  Housekeeping matters discussed outside presence of jury.  Parties did not stipulate to 5 jurors.  [674] Motion for Clarification and objections to exhibits discussed. Court ruled as stated on the record. | |
| | | 8:00 a.m. | | | Jury present.  Court welcomes jury and gives preliminary instructions.  Video re: patents played for jury. | |
| | | 8:29 a.m. | | | Opening statement presented by Sean Sullivan, on behalf of Sonos, Inc. | |
| | | 8:52 a.m. | | | Opening statement presented by Sean Pak, on behalf of Google, LLC. | |
| | | 9:27 a.m. | | | Jury excused for break.  Objections to hearsay exhibits discussed outside presence of jury.  Court ruled as stated on the record. | |
| | | 9:38 a.m. | | | Court in recess. | |
| | | 9:55 a.m. | | | Court reconvened.  Housekeeping matters discussed outside presence of jury. | |
| | | 9:57 a.m. | | | Jury present.  Witness.  **Nick Millington**, approaches the witness stand and sworn for testimony.   Direct examination of witness by Sean Sullivan. | |
| TX7200 | | | X | X | Presentation: Sonos Investor Event. | |
| TX6982 | | | X | X | Architecture – Sonos Home Network, Annotated. | |
| TX6975 | | | X | X | Rincon Audio Zone Player Functional Specification, Version 0.3. | |
| TX308 | | | X | X | Webpage: Sonos – How it started. | |
| TX3840 | | | X | X | Sonos ZP100. (Physical Exhibit). | |
| PX0100 | | | X | X | Sonos Digital Music System Controller CR100. (Physical). | |
| TX6979 | | | X | X | An Audio Hub That Actually Works. | |
| TX6974 | | | X | X | Presentation: Sonos Digital Music System. | |
| | | 10:50 A.M. | | | Jury excused for break. | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | 10:51 a.m. | | | Court in recess. | |
| | | 11:03 a.m. | | | Court reconvened. Jury present.  Direct examination of witness continues. | |
| TX6730 | | | X | X | Changelog. | |
| TX7214 | | | X | X | Webpage: Sonos – Using the Sonos App. | |
| TX8237 | | | X | X | Ribbon Copy of U.S. Patent No. 10,469,966 (physical) | |
| TX8238 | | | X | X | Ribbon Copy of U.S. Patent No. 10,848,885 (physical) | |
| TX0344 | | | X | X | Email from Nick Millington to John MacFarlane et al. | |
| TX0347 | | | X | | Email from Ted Kartzman to Kristen Bender. | |
| TX0359 | | | X | X | Email from Dejabit Ghosh to Kristen Bender. | |
| TX0458 | | | X | X | Google Home Player (physical). | |
| TX0468 | | | X | X | Sonos Play 1 (physical). | |
| TX0459 | | | X | X | Google Home Max Player (physical). | |
| TX0467 | | | X | X | Sonos Play 5 (physical). | |
| | | 11:42 a.m. | | | Cross-examination of witness by Iman Lordgooei. | |
| | TX0062 | | X | X | Sonos Digital Music System User Guide, Part 1. | |
| | TX0063 | | X | X | Sonos Digital Music System User Guide, Part 2. | |
| | | 1:00 p.m. | | | Jury admonished and excused for the day.  Court instructed them to return tomorrow no later than 7:45 a.m. | |
| | | 1:10 p.m. | | | Housekeeping matters discussed outside presence of jury.  Court adjourned. | |