1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
     Sean Pak (Bar No. 219032)
2    seanpak@quinnemanuel.com
     Melissa Baily (Bar No. 237649)
3    melissabaily@quinnemanuel.com
     James Judah (Bar No. 257112)
4    jamesjudah@quinnemanuel.com
     Lindsay Cooper (Bar No. 287125)
5    lindsaycooper@quinnemanuel.com
     Iman Lordgooei (Bar No. 251320)
6    imanlordgooei@quinnemanuel.com
   50 California Street, 22nd Floor
7  San Francisco, California 94111-4788
   Telephone:     (415) 875-6600
8  Facsimile:     (415) 875-6700

9    Marc Kaplan *(pro hac vice)*
     marckaplan@quinnemanuel.com
10 191 N. Wacker Drive, Ste 2700
   Chicago, Illinois 60606
11 Telephone:     (312) 705-7400
   Facsimile:     (312) 705-7401
12
   *Attorneys for GOOGLE LLC*

13

14                     UNITED STATES DISTRICT COURT

15                     NORTHERN DISTRICT OF CALIFORNIA

16                          SAN FRANCISCO DIVISION

17  SONOS, INC.,                          Case No. 3:20-cv-06754-WHA
                                          Related to Case No. 3:21-cv-07559-WHA
18
              Plaintiff,
19                                        **GOOGLE'S ADMINISTRATIVE
       vs.                                MOTION TO CONSIDER WHETHER
20                                        ANOTHER PARTY'S MATERIAL
   GOOGLE LLC,                            SHOULD BE SEALED**
21
              Defendant.
22

23

24

25

26

27

28

## I. INTRODUCTION

Pursuant to Civil Local Rule 79-5(f), Google LLC ("Google") respectfully submits this Administrative Motion to Consider Whether Another Party's Material Should Be Sealed in connection with its Objection to Sonos's Demonstrative Disclosure for Mr. James Malackowski ("Objection"). Certain portions of Google's Motion to Exclude contain information that Sonos may consider confidential. Accordingly, Google seeks to file under seal the documents and information as listed below:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Objection | Portions highlighted in blue | Sonos |
| Exhibit 1 to the Declaration of Lindsay Cooper in Support of Google's Objection | Entire Document | Sonos |
| Exhibit 2 to the Declaration of Lindsay Cooper in Support of Google's Objection | Entire Document | Sonos |
| Exhibit 3 to the Declaration of Lindsay Cooper in Support of Google's Objection | Entire Document | Sonos |

Materials and documents may be provisionally filed under seal pursuant to Civil Local Rule 79-5(f) when the document, or portions thereof, "has been designated as confidential by another party or non-party." L.R. 79-5(f). Google has submitted exhibits in support of its Motion to Exclude under seal because information therein may be considered confidential by Sonos.

In compliance with Civil Local Rule 79-5(d) and (e), an unredacted version of Google's Response accompanies this Administrative Motion and a redacted version of Google's Motion to Exclude has been filed publicly. In accordance with Local Rule 79-5(c)(3), Google has also filed a Proposed Order herewith.

| | | |
|---|---|---|
| 1 | DATED: May 8, 2023 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 2 | | |
| 3 | | By:    */s/ Sean Pak* <br>       Sean Pak |
| 4 | | *Attorneys for GOOGLE LLC* |

**CERTIFICATE OF SERVICE**

Pursuant to the Federal Rules of Civil Procedure and Local Rule 5-1, I hereby certify that, on May 8, 2023, all counsel of record who have appeared in this case are being served with a copy of the foregoing via the Court's CM/ECF system and email.

DATED: May 8, 2023

By: */s/ Sean Pak*
Sean Pak