# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# *AMENDED CIVIL MINUTES

| Date: 5/8/2023 | Time: 7:26 – 1:10 = 5 Hours; 15 Minutes | Judge: WILLIAM ALSUP |
|---|---|---|
| Case No.: 20-cv-06754-WHA | Case Name: Sonos, Inc. v. Google, LLC | |
| Deputy Clerk: Angella Meuleman | Court Reporter: Marla Knox | |

**Attorneys for Plaintiff:** Sean Sullivan, Alyssa Caridis, Dan Smith, Cole Richter, Clem Roberts

**Attorneys for Defendant:** Sean Pak, Melissa Baily, Iman Lordgooei, James Judah

## PROCEEDINGS

JURY TRIAL – Held.

## SUMMARY

[674] Motion for Clarification and objections to exhibits discussed. Court ruled as stated on the record.

Opening statement presented by Sean Sullivan, on behalf of Sonos, Inc.
Opening statement presented by Sean Pak, on behalf of Google, LLC.

Witness: Nick Millington.
Admitted Exhibits: TX7200, TX6982, TX6975, TX0308, TX3840, PX0100, TX6979, TX6974, TX6730, TX7214, TX8237, TX8238, TX0344, TX0359, TX0458, TX0459, TX0467, TX0468, TX0062, TX0063, *TX0347.

See Trial Log for further details.