UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 20-cv-06754-WHA
Case Name: Sonos, Inc. v. Google, LLC

**AMENDED TRIAL SHEET, EXHIBIT and WITNESS LIST**

| JUDGE: **William Alsup** | PLAINTIFFS ATTORNEYS: Sean Sullivan, Alyssa Caridis, Dan Smith, Cole Richter, Clem Roberts | DEFENSE ATTORNEYS: Sean Pak, Melissa Baily, Iman Lordgooei, James Judah |
|---|---|---|
| TRIAL DATE: 05/08/2023 | REPORTER(S): Marla Knox | CLERK: Angella Meuleman |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 7:26 a.m. | | | Court in session. Housekeeping matters discussed outside presence of jury. Parties did not stipulate to 5 jurors. [674] Motion for Clarification and objections to exhibits discussed. Court ruled as stated on the record. | |
| | | 8:00 a.m. | | | Jury present. Court welcomes jury and gives preliminary instructions. Video re: patents played for jury. | |
| | | 8:29 a.m. | | | Opening statement presented by Sean Sullivan, on behalf of Sonos, Inc. | |
| | | 8:52 a.m. | | | Opening statement presented by Sean Pak, on behalf of Google, LLC. | |
| | | 9:27 a.m. | | | Jury excused for break. Objections to hearsay exhibits discussed outside presence of jury. Court ruled as stated on the record. | |
| | | 9:38 a.m. | | | Court in recess. | |
| | | 9:55 a.m. | | | Court reconvened. Housekeeping matters discussed outside presence of jury. | |
| | | 9:57 a.m. | | | Jury present. Witness, **Nick Millington**, approaches the witness stand and sworn for testimony. Direct examination of witness by Sean Sullivan. | |
| TX7200 | | | X | X | Presentation: Sonos Investor Event. | |
| TX6982 | | | X | X | Architecture – Sonos Home Network, Annotated. | |
| TX6975 | | | X | X | Rincon Audio Zone Player Functional Specification, Version 0.3. | |
| TX308 | | | X | X | Webpage: Sonos – How it started. | |
| TX3840 | | | X | X | Sonos ZP100. (Physical Exhibit). | |
| PX0100 | | | X | X | Sonos Digital Music System Controller CR100. (Physical). | |
| TX6979 | | | X | X | An Audio Hub That Actually Works. | |
| TX6974 | | | X | X | Presentation: Sonos Digital Music System. | |
| | | 10:50 A.M. | | | Jury excused for break. | |

|  |  |  |  |  | |
|---|---|---|---|---|---|
|  |  | 10:51 a.m. |  |  | Court in recess. |
|  |  | 11:03 a.m. |  |  | Court reconvened. Jury present. Direct examination of witness continues. |
| TX6730 |  |  | X | X | Changelog. |
| TX7214 |  |  | X | X | Webpage: Sonos – Using the Sonos App. |
| TX8237 |  |  | X | X | Ribbon Copy of U.S. Patent No. 10,469,966 (physical) |
| TX8238 |  |  | X | X | Ribbon Copy of U.S. Patent No. 10,848,885 (physical) |
| TX0344 |  |  | X | X | Email from Nick Millington to John MacFarlane et al. |
| TX0347 |  |  | X | *X | Email from Ted Kartzman to Kristen Bender. |
| TX0359 |  |  | X | X | Email from Dejabit Ghosh to Kristen Bender. |
| TX0458 |  |  | X | X | Google Home Player (physical). |
| TX0468 |  |  | X | X | Sonos Play 1 (physical). |
| TX0459 |  |  | X | X | Google Home Max Player (physical). |
| TX0467 |  |  | X | X | Sonos Play 5 (physical). |
|  |  | 11:42 a.m. |  |  | Cross-examination of witness by Iman Lordgooei. |
|  | TX0062 |  | X | X | Sonos Digital Music System User Guide, Part 1. |
|  | TX0063 |  | X | X | Sonos Digital Music System User Guide, Part 2. |
|  |  | 1:00 p.m. |  |  | Jury admonished and excused for the day. Court instructed them to return tomorrow no later than 7:45 a.m. |
|  |  | 1:10 p.m. |  |  | Housekeeping matters discussed outside presence of jury. Court adjourned. |
|  |  |  |  |  | *Exhibit admitted as discussed outside presence of jury. |