UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOOGLE LLC,<br><br>        Plaintiff,<br><br>  v.<br><br>SONOS, INC.,<br><br>        Defendant. | Case No. 20-cv-06754-WHA<br><br>**ORDER DENYING PRO HAC VICE APPLICATION** |

The pro hac vice application of Attorney Brittany Vacek Ruyak is **DENIED** for failing to comply with Civil Local Rule 11-3. That rule requires an applicant to certify that "he or she is an active member in good standing of the bar of a United States Court or of the highest court of another State or the District of Columbia, specifying such bar" (emphasis added). Filling out the pro hac vice form from the district court website such that it identifies only the state of bar membership — e.g., "the bar of Texas" — is inadequate under the rule because it fails to identify a specific court. While the application fee does not need to be paid again, the application cannot be processed until a corrected form is submitted.

**IT IS SO ORDERED.**

Dated: May 9, 2023

                                                    WILLIAM ALSUP<br>
                                                    United States District Judge