# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** 5/9/2023 | **Time:** 7:30 – 1:00 = 4 Hours; 58 Minutes | **Judge:** WILLIAM ALSUP |
|---|---|---|
| **Case No.:** 20-cv-06754-WHA | **Case Name:** Sonos, Inc. v. Google, LLC | |
| **Deputy Clerk:** Angella Meuleman | **Court Reporter:** Marla Knox | |

**Attorneys for Plaintiff:** Sean Sullivan, Alyssa Caridis, Dan Smith, Cole Richter, Clem Roberts

**Attorneys for Defendant:** Sean Pak, Melissa Baily, Iman Lordgooei, James Judah

## PROCEEDINGS

JURY TRIAL – Held.

## SUMMARY

Witnesses: Nick Millington, Robert Lambourne.
Admitted Exhibits: TX6973, TX6991, TX8236, TX6539, TX0120, TX6545, TX6544, TX8239, TX6780, TX3930, TX3941, TX2425, TX2424, TX6609, TX2831, TX3937.

See Trial Log for further details.