UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 20-cv-06754-WHA
Case Name: Sonos, Inc. v. Google, LLC

# TRIAL SHEET, EXHIBIT and WITNESS LIST

| JUDGE: **William Alsup** | PLAINTIFFS ATTORNEYS: Sean Sullivan, Alyssa Caridis, Dan Smith, Cole Richter, Clem Roberts | DEFENSE ATTORNEYS: Sean Pak, Melissa Baily, Iman Lordgooei, James Judah |
|---|---|---|
| TRIAL DATE: 05/09/2023 | REPORTER(S): Marla Knox | CLERK: Angella Meuleman |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 7:30 a.m. | | | Court in session. Housekeeping matters discussed outside presence of the jury. Objections to demonstratives discussed and Court ruled as stated on the record. | |
| | | 7:51 a.m. | | | Jury present. Witness, **Nick Millington**, on witness stand. Cross-examination continues by Iman Lordgooei. | |
| | | 8:11 a.m. | | | Court thanked and excused witness. | |
| | | 8:12 a.m. | | | Witness, **Robert Lambourne**, approached the witness stand and sworn for testimony. Direct examination of witness by Alyssa Caridis. | |
| TX6973 | | | X | X | Presentation: From Rincon to Sonos – The Journey by Sonos. | |
| TX6991 | | | X | X | Sonos Digital Music System User Guide (April 2005) | |
| TX8236 | | | X | X | Computation Book by Rob Lambourne. | |
| TX6539 | | | X | X | Handwritten notes showing diagram of Group, Zone Groups and Setup Zone Groups. | |
| TX0120 | | | X | X | Email from Rob Lambourne to Andrew Schulert. | |
| | | 9:12 a.m. | | | Jury excused for break. Housekeeping matters discussed outside presence of jury. | |
| | | 9:16 a.m. | | | Court in recess. | |
| | | 9:30 a.m. | | | Court reconvened. Housekeeping matters discussed outside presence of jury. | |
| | | 9:32 a.m. | | | Jury present. Court instructs jury re: patents as stated on the record. | |
| | | 9:38 a.m. | | | Direct examination of witness continues by Alyssa Caridis. | |
| TX6545 | | | X | X | Sonos UI Specification for Zone Scenes. | |
| TX6544 | | | X | X | Sonos UI Specification for Clock and Alarm Clock. | |
| TX8239 | | | X | X | Ribbon copy of certificate of correction for U.S. Patent No. 10,848,885. | |
| TX6780 | | | X | X | Webpage: CNN underscored. | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | 10:05 a.m. | | | Cross-examination of witness by Sean Pak. | |
| | | 11:07 a.m. | | | Jury excused for break. Housekeeping matters discussed outside presence of jury. | |
| | | 11:10 a.m. | | | Court in recess. | |
| | | 11:28 a.m. | | | Court reconvened. | |
| | | 11:29 a.m. | | | Jury present. Court instructed jurors re: patents as stated on the record. Cross-examination of witness continues by Sean Pak. | |
| | TX6572 | | X | | Email from Rob Lambourne to Sonos-Software. | |
| | TX3930 | | X | X | Sonos Community: Macro/presets. | |
| | TX3941 | | X | X | Email from R. Lambourne – Subject RE: Off-ZonePlayer indexes. | |
| | TX2425 | | X | X | Virtual Zones and Zone Grouping. | |
| | TX2424 | | X | X | Virtual Zones and Zone Grouping. | |
| | TX6609 | | X | X | Products in our space with a focus on Graphic Design, Rob Lamborne, Rincon Networks, Exhibit 10. | |
| | TX2831 | | X | X | Slim Device Squeezebox2, without remote (physical). | |
| | TX3937 | | X | X | Email from P. Hainsworth. | |
| | | 1:00 p.m. | | | Court admonished and excused jurors for the day. Parties to return tomorrow at 7:30a.m. | |