# EXHIBIT 2

HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY

QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Charles K. Verhoeven (Bar No. 170151)
  charlesverhoeven@quinnemanuel.com
  Melissa Baily (Bar No. 237649)
  melissabaily@quinnemanuel.com
  James Judah (Bar No. 257112)
  jamesjudah@quinnemanuel.com
  Lindsay Cooper (Bar No. 287125)
  lindsaycooper@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:   (415) 875-6600
Facsimile:   (415) 875-6700

  Marc Kaplan (*pro hac vice*)
  marckaplan@quinnemanuel.com
191 N. Wacker Drive, Ste 2700
Chicago, Illinois 60606
Telephone:   (312) 705-7400
Facsimile:   (312) 705-7401

*Attorneys for Google LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| GOOGLE LLC, | CASE NO. 3:20-cv-06754-WHA |
|---|---|
| Plaintiff, | Related to Case No. 3:21-cv-07559-WHA |
| vs. | **GOOGLE LLC'S THIRD SUPPLEMENTAL INITIAL DISCLOSURES** |
| SONOS, INC., | |
| Defendant. | |

**HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY**

|   |   |   |   |
|---|---|---|---|
|   | 94111<br>415-875-6600 |   |   |
| McDonnell Boehen Hubert & Berghoff LLP | 300 S Wacker Dr #3100<br>Chicago, Illinois 60606 | Prosecuting/filing attorneys for U.S. Patent No. 9,967,615 and U.S Provisional Patent Application 62/007,906 | Matters concerning the filing and prosecution of the Patents-in-Suit. |
| Nick Millington | Last known address:<br><br>4670 La Espada Drive<br>Santa Barbara, California 93111 | Sonos employee | Prior art, use, sale, offer for sale, conception and reduction to practice (if any) of U.S. Patent Nos. 10,848,885 and 10,469,966; matters concerning Google's and Sonos's collaboration regarding the integration of Google's music services into Sonos's products. |
| Ali Mills | May be reached through counsel for Google.<br><br>Quinn Emanuel Urquhart & Sullivan, LLP<br>50 California Street, 22nd Floor<br>San Francisco, California 94111<br>415-875-6600 | Google employee | Matters concerning the design and development of the accused casting playback of queues functionality for YouTube and YouTube Music. |
| Vincent Mo | May be reached through counsel for Google.<br><br>Quinn Emanuel Urquhart & Sullivan, LLP<br>50 California Street, 22nd Floor<br>San Francisco, California 94111<br>415-875-6600 | Google employee | Matters concerning the design and development of the accused casting playback of queues functionality for YouTube and YouTube Music; matters concerning alternatives to accused functionalities and products. |
| David Nicholson | May be reached through counsel for Google. | Google employee | Matters concerning the design and development of the accused casting |

**HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY**

Google expressly reserves the right to supplement its responses pursuant to Rule 26(e) of the Federal Rules of Civil Procedure as its investigation continues.

DATED: November 30, 2022          QUINN EMANUEL URQUHART & SULLIVAN, LLP

By   */s/ Charles K. Verhoeven*
     Charles K. Verhoeven
     Attorneys for Plaintiff Google LLC

**HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who have consented to electronic service are being served with a copy of this document via email on November 30, 2022.

*/s/ Jocelyn Ma*
Jocelyn Ma