1  CLEMENT SETH ROBERTS (SBN 209203)
   croberts@orrick.com
2  BAS DE BLANK (SBN 191487)
   basdeblank@orrick.com
3  ALYSSA CARIDIS (SBN 260103)
   acaridis@orrick.com
4  Orrick, Herrington & Sutcliffe LLP
   The Orrick Building
5  405 Howard Street
   San Francisco, CA 94105-2669
6  Telephone:    +1 415 773 5700
   Facsimile:     +1 415 773 5759
7
   SEAN M. SULLIVAN (*pro hac vice*)
8  sullivan@ls3ip.com
   COLE B. RICHTER (*pro hac vice*)
9  richter@ls3ip.com
   LEE SULLIVAN SHEA & SMITH LLP
10 656 W Randolph St., Floor 5W
   Chicago, IL 60661
11 Telephone:    +1 312 754 0002
   Facsimile:     +1 312 754 0003
12
13 *Attorneys for Sonos, Inc.*

14              UNITED STATES DISTRICT COURT

15            NORTHERN DISTRICT OF CALIFORNIA

16               SAN FRANCISCO DIVISION

17 SONOS, INC.,                          | Case No. 3:20-cv-06754-WHA

18            Plaintiff and Counterdefendant,   | Consolidated with
                                                  Case No. 3:21-cv-07559-WHA
19 v.

20 GOOGLE LLC,                           | **DECLARATION OF JOSEPH R.
                                           KOLKER IN SUPPORT OF SONOS'S
21           Defendant and Counterclaimant.   | BRIEF RE CAST TECHNOLOGY**

22                                         Judge:  Hon. William Alsup
                                           Courtroom:  12, 19th Floor
23                                         Trial Date: May 8, 2023

24

25

26

27

28

I, Joseph R. Kolker, declare as follows and would so testify under oath if called upon to do so:

1.      I am an attorney with the law firm of Orrick, Herrington & Sutcliffe LLP, counsel of record to Sonos, Inc. ("Sonos") in the above-captioned matter.  I am a member in good standing of the New York State Bar and am admitted to practice before this Court in this matter *pro hac vice*.  I make this declaration based on my personal knowledge, unless otherwise noted. If called, I can and will testify competently to the matters set forth herein.

2.      I make this declaration in support of Sonos's Supplemental Brief Regarding "Casting."

3.      Attached hereto as **Exhibit A** is a true and correct copy of the designated excerpts from the November 22, 2022 deposition of Tomer Shekel that were played in video form for the jury on May 10, 2023.

4.      Attached hereto as **Exhibit B** is a true and correct copy of Trial Exhibit 0125.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.  Executed this 10th day of May, 2023 in San Francisco, California.

_____
JOSEPH R. KOLKER