# EXHIBIT B



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**TRIAL EXHIBIT 0125**

CASE NO. 3:20-cv-06754-WHA
DATE ENTERED_____
BY _____
DEPUTY CLERK

Google

## Agenda

- Introduction
- Discussion points
- Main UX flows
  - Casting
  - Updates
  - Multi-Zone groups

Google Confidential and Proprietary

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-SONOSNDCA-00117801



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    GOOG-SONOSNDCA-00117802



Google Cast is a multi-device technology that lets users send and control content like video and audio from a small computing device like a phone, tablet, or laptop to large rendering devices like a television, or speakers.

Google

## C4A Program overview

- Uses Google Cast SDK
- Enables Google Cast content support for C4A devices
- Streaming only Audio & metadata (No Video/Graphics)
- Setup through Google Cast app and OEM's setup flow
- Cast SW Includes Cast Multi-Zone feature
- Plays on top of OEM's Multi-Channel mechanisms

Google Confidential and Proprietary

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-SONOSNDCA-00117804

Google

## Discussion points

- Development process and release cycle
  - SW development & Integration
  - Pushing updates
  - QA and certification

- Supported platforms
  - HW requirements
  - Platform SW and libraries

- Multi-Zone features alignment and flows

Google Confidential and Proprietary

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-SONOSNDCA-00117805



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
GOOG-SONOSNDCA-00117806



GOOG-SONOSNDCA-00117807









HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
GOOG-SONOSNDCA-00117811

Google

## C4A Update UX goals

- Pushing Cast & Platform SW updates in a "user friendly" way:
  - Without interfering the user
  - No user intervention

- Support upgrading 'Legacy' platform to C4A devices

- Adjust update flows for "no-display" devices:
  - Indicate updates to the users through supported UIs
  - Integrate zero-day update into setup flow

Google Confidential and Proprietary

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-SONOSNDCA-00117812







Why forcing the mandatory update as part of the setup? Since audio devices has no display to convey the message, and we don't want user to "finish setup" try to cast, and fail because the device is downloading a mandatory update and he can't cast

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-SONOSNDCA-00117815



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-SONOSNDCA-00117816

Google

## Multi Zone Groups - C4A Device<->Group relationship

- Each C4A device can be a member of several groups
- Chromecasts shall be supported as group members
- Up to ~10 devices speakers in a single group



Google Confidential and Proprietary

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-SONOSNDCA-00117817



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-SONOSNDCA-00117818









HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
GOOG-SONOSNDCA-00117822



