# EXHIBIT 1

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1            UNITED STATES DISTRICT COURT
 2         FOR THE NORTHERN DISTRICT OF CALIFORNIA
 3     --------------------------------------------------x
       SONOS, INC.,
 4
                  Plaintiff,
 5     vs.                      Case No. 3:21-CV-07559-WHA
 6     GOOGLE LLC,
                  Defendant.
 7     --------------------------------------------------x
 8     -AND-
 9     ----------------------------------------------------
10              UNITED STATES DISTRICT COURT
11         FOR THE NORTHERN DISTRICT OF CALIFORNIA
12     --------------------------------------------------x
13     GOOGLE LLC,
14                Plaintiff,
15     vs.                      Case No. 3:20-CV-06754-WHA
16     SONOS, INC.,
                  Defendant.
17     --------------------------------------------------x
18        **HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**
19                     **SOURCE CODE**
20
21     REMOTE VIDEOTAPED DEPOSITION BY VIRTUAL ZOOM OF
22                  DAN SCHONFELD, PH.D.
23                Friday, February 3, 2023
24     Reported By: Lynne Ledanois, CSR 6811
25     Job No. 5698162


                                              Page 1
```

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1                 UNITED STATES DISTRICT COURT
 2            FOR THE NORTHERN DISTRICT OF CALIFORNIA
 3    --------------------------------------------------------x
      SONOS, INC.,
 4
                  Plaintiff,
 5    vs.                         Case No. 3:21-CV-07559-WHA
 6    GOOGLE LLC,
                  Defendant.
 7    --------------------------------------------------------x
 8    -AND-
 9    --------------------------------------------------------
10                 UNITED STATES DISTRICT COURT
11            FOR THE NORTHERN DISTRICT OF CALIFORNIA
12    --------------------------------------------------------x
13    GOOGLE LLC,
14                Plaintiff,
15    vs.                         Case No. 3:20-CV-06754-WHA
16    SONOS, INC.,
17                Defendant.
      --------------------------------------------------------x
18
19          Videotaped deposition of DAN SCHONFELD, PH.D.,
20    taken in Northbrook, Illinois, at 8:13 a.m. CST on
21    Friday, February 3, 2023, before Lynne Ledanois,
22    Certified Shorthand Reporter No. 6811.
23
24
25
                                                      Page 2
```

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1                REMOTE APPEARANCES
 2
 3    Counsel for Sonos LLC:
 4            LEE SULLIVAN SHEA & SMITH LLP
 5            BY:  JOHN DAN SMITH
 6            Attorney at Law
 7            656 W Randolph Street
 8            Suite 5W
 9            Chicago, Illinois 60661
10            smith@ls3ip.com
11
12    Counsel for Google LLC:
13            QUINN EMANUEL URQUHART & SULLIVAN, LLP
14            BY: MARC KAPLAN
15            Attorney at Law
16            191 N. Wacker Drive
17            Suite 2700
18            Chicago, Illinois 60606
19            marckaplan@quinnemanuel.com
20
21    ALSO PRESENT:  John MacDonell, Videographer
22
23
24
25
```

```
 1                  Friday, February 3, 2023

 2                        8:13 a.m. CST

 3    _____

 4              THE VIDEOGRAPHER:  We're on the record.

 5    It's 8:13 a.m. Central time on February 3rd, 2023.        6:13AM

 6              This is the deposition of Dr. Dan

 7    Schonfeld.  We're here in the matter of Google

 8    versus Sonos.  I'm John MacDonnell, the videographer

 9    with Veritext.

10              Before the reporter swears the witness,         6:13AM

11    would counsel please identify themselves beginning

12    with the noticing attorney, please.

13              MR. SMITH:  Dan Smith from Lee Sullivan

14    Shea & Smith on behalf of Sonos.

15              MR. KAPLAN:  This is Marc Kaplan from          6:13AM

16    Quinn Emanuel Urquhart & Sullivan on behalf of

17    Google.

18                   DAN SCHONFELD, PH.D.,

19     having been first duly sworn, testified as follows:

20                          EXAMINATION                        6:13AM

21    BY MR. SMITH:

22         Q    Good morning, Dr. Schonfeld.

23         A    Good morning.

24         Q    You understand that you're under oath

25    today; is that correct?                                  6:15AM
```

Page 6

| | | |
|---|---|---|
| 1 | A    I do. | 6:15AM |
| 2 | Q    And you've been deposed many times in the | |
| 3 | past; is that right? | |
| 4 | A    I've been deposed many times in the past, | |
| 5 | yes. | 6:15AM |
| 6 | Q    So given that, I think we can just jump | |
| 7 | right in without going through the formal rules of a | |
| 8 | deposition. | |
| 9 | Is that okay with you? | |
| 10 | A    Sure. | 6:15AM |
| 11 | Q    One more thing before we get going.  Can | |
| 12 | you confirm you don't have any notes in front of you | |
| 13 | besides copies of your expert reports? | |
| 14 | A    I have hard copies of my expert reports, I | |
| 15 | have hard copies of the patents and I have hard copies | 6:15AM |
| 16 | of the demonstratives attached to my expert reports. | |
| 17 | And I have -- I have a hard copy of the | |
| 18 | court's order for partial summary judgment. | |
| 19 | I think I believe that's it. | |
| 20 | Q    You don't have any notes on those | 6:16AM |
| 21 | documents; is that correct? | |
| 22 | A    No.  These are fresh hard copy printouts | |
| 23 | provided to me by counsel.  I have not even looked at | |
| 24 | them other than to confirm that these are the | |
| 25 | documents that I asked for. | 6:16AM |

| | | |
|---|---|---|
| 1 | "But the UUID and speaker group name are | 2:14PM |
| 2 | not a 'zone scene' because they contain no | |
| 3 | information about the group membership." | |
| 4 | And then I go on from there. So if one | |
| 5 | were to take the plain and ordinary meaning of the | 2:14PM |
| 6 | word "causing storage of the first zone scene," I | |
| 7 | would say that a person -- a POSITA would generally | |
| 8 | associate storage with persistent storage and | |
| 9 | nonvolatile memory or persistent memory. | |
| 10 | I think that that is the common way in | 2:14PM |
| 11 | which people use -- for example, when you buy a | |
| 12 | computer, a PC, a laptop, you're given a number of | |
| 13 | different parameters such as the CPU speeds, the | |
| 14 | bandwidth, storage capacity, memory capacity. So | |
| 15 | memory is usually volatile, storage is nonvolatile. | 2:15PM |
| 16 | I am aware that the spec sometimes talks | |
| 17 | about memory, for example, memory 206 for saving | |
| 18 | configuration files. | |
| 19 | But my view is that in that context, it's | |
| 20 | using memory as saving in way that could be used in | 2:15PM |
| 21 | the future and, therefore, it would have to be | |
| 22 | persistent storage or nonvolatile storage in my | |
| 23 | opinion. | |
| 24 | I think the court's order for the partial | |
| 25 | summary judgment, if my memory is correct -- I can | 2:15PM |

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

1        I, LYNNE M. LEDANOIS, a Certified
2   Shorthand Reporter of the State of California, do
3   hereby certify:
4        That the foregoing proceedings were taken
5   before me at the time and place herein set forth;
6   that a record of the proceedings was made by me
7   using machine shorthand which was thereafter
8   transcribed under my direction; that the foregoing
9   transcript is a true record of the testimony given.
10       Further, that if the foregoing pertains to
11  the original transcript of a deposition in a Federal
12  Case, before completion of the proceedings, review
13  of the transcript [x] was [ ] wasn't requested.
14       I further certify I am neither financially
15  interested in the action nor a relative or employee
16  of any attorney or party to this action.
17       IN WITNESS WHEREOF, I have this date
18  subscribed my name.
19  Dated: February 7, 2023

*Lynne Marie Ledanois*

LYNNE MARIE LEDANOIS
24  CSR No. 6811

Page 207

# ERRATA SHEET

| Case Names: | *Google LLC v. Sonos, Inc.* |
|---|---|
| | Case No. 3:20-cv-06754-WHA |
| | |
| | *Sonos, Inc. v. Google LLC* |
| | Case No. 3:21-cv-07559-WHA |
| | |
| **Deposition Date:** | February 3, 2023 |
| | |
| **Deponent:** | Dan Schonfeld |

I, Dan Schonfeld, do hereby certify that I read the foregoing transcript of my testimony taken on February 3, 2023, and further certify that it is a true and accurate record of my testimony, with the exception of the corrections listed below:

| Page | Line | Now Reads | Should Read | Reason |
|---|---|---|---|---|
| 18 | 22 | "in Section XI," in Section 11." | "in Section XI." | Transcription error |
| 19 | 6-7 | "in Section,' 11, 'XI" | "in Section XI" | Transcription error |
| 19 | 12 | "that that" | "is that that" | Transcription error |
| 21 | 11 | "still my opinion." | "still my opinions." | Transcription error |
| 21 | 18 | "Section 11, Section XI," | "Section XI," | Transcription error |
| 23 | 6 | "I dent" | "I don't" | Transcription error |
| 25 | 24 | "what specifically" | "what was specifically" | Transcription error |
| 27 | 6 | "what I said," | "what I said is," | Transcription error |
| 28 | 4 | "systems can be" | "systems that can be" | Transcription error |
| 30 | 17 | "Sonos forum" | "Sonos forums" | Transcription error |
| 32 | 12 | "do it at all" | "do it all" | Transcription error |
| 33 | 2 | "Sonos forum" | "Sonos forums" | Transcription error |
| 33 | 13 | "Sonos forum" | "Sonos forums" | Transcription error |
| 33 | 17 | "Sonos forum" | "Sonos forums" | Transcription error |
| 35 | 14 | "own speakers." | "all speakers." | Transcription error |
| 36 | 10 | "Sonos forum" | "Sonos forums" | Transcription error |
| 36 | 19 | "continues to" | "continue to" | Transcription error |
| 36 | 24 | "deck speaker" | "deck speakers" | Transcription error |
| 38 | 14 | "requirement to operating | "requirement to operate" | Transcription error |
| 43 | 20 | "downstairs zone scene" | "the downstairs zone scene" | Transcription error |
| 51 | 15 | "the same answer" | "the same answers" | Transcription error |
| 55 | 10 | "invocation" | "indication" | Transcription error |
| 55 | 11 | "Sonos forum" | "Sonus forums" | Transcription error |
| 56 | 16 | "a created" | "created" | Transcription error |

1

| 59 | 13 | "Sonos forum" | "Sonos forums" | Transcription error |
| 59 | 17 | ", do it" | ", to do it" | Transcription error |
| 59 | 21-22 | "Sonos forum" | "Sonos forums" | Transcription error |
| 60 | 6 | "Sonos forum" | "Sonos forums" | Transcription error |
| 60 | 7 | "Sonos forum" | "Sonos forums" | Transcription error |
| 61 | 5 | "quote, stupid is not a teach a way" | "quote, stupid, end quote is not teaching a way" | Transcription error |
| 61 | 8 | "suggests" | "suggest" | Transcription error |
| 64 | 8 | "Sonos forum" | "Sonos forums" | Transcription error |
| 64 | 8 | "Sonos forum" | "Sonos forums" | Transcription error |
| 65 | 21 | "we" | "he" | Transcription error |
| 65 | 24 | "Sonos forum" | "Sonos forums" | Transcription error |
| 67 | 17 | "totality operations" | "totality of the operations" | Transcription error |
| 98 | 24 | "talked" | "talked about" | Transcription error |
| 99 | 16 | "would have been a found" | "would have been found" | Transcription error |
| 103 | 1 | "what the" | "that the" | Transcription error |
| 111 | 1 | "should have been done" | "could have been done" | Transcription error |
| 112 | 3 | "Player 2, 2" | "Player 2," | Transcription error |
| 114 | 16 | "known." | "no longer." | Transcription error |
| 114 | 23 | "just two-button" | "just a two-button" | Transcription error |
| 114 | 25 | "different" | "difference" | Transcription error |
| 116 | 6 | "require two-button" | "require a two-button" | Transcription error |
| 120 | 11 | "point out, that" | "point out, is that" | Transcription error |
| 126 | 11 | "Sonos forum" | "Sonos forums" | Transcription error |
| 130 | 25 | "redesign" | "redesigned" | Transcription error |
| 131 | 19 | "compete" | "complete" | Transcription error |
| 133 | 14 | "before finish" | "before I finish" | Transcription error |
| 149 | 3 | "stopped" | "it is stopped" | Transcription error |
| 150 | 7 | "standalone mode" | "in standalone mode" | Transcription error |
| 151 | 15 | "more interpretation" | "my interpretation" | Transcription error |
| 158 | 4 | "individually and" | "individually. And" | Transcription error |
| 158 | 4-5 | "to -- you can operate" | "to operate" | Transcription error |
| 161 | 18 | "shutdown" | "showdown" | Transcription error |
| 175 | 9 | "you're still" | "you'd still" | Transcription error |
| 176 | 19 | "in 2022 less, than" | "in 2022, less than" | Transcription error |
| 179 | 20 | "correctly." | "currently." | Transcription error |
| 184 | 2 | "Sonos in both" | "Sonos on both" | Transcription error |
| 196 | 11 | "statued" | "status" | Transcription error |
| 204 | 14 | "they are do not" | "they do not" | Transcription error |

Dated: March 8, 2023                    By: _____
                                            Dan Schonfeld