# EXHIBIT 2

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1              UNITED STATES DISTRICT COURT
 2          FOR THE NORTHERN DISTRICT OF CALIFORNIA
 3
 4   SONOS, INC.,
 5        Plaintiff,
 6              vs.      Case No. 3:21-CV-07559-WHA
 7   GOOGLE LLC
 8        Defendant.
     _____
 9   -AND-
10   GOOGLE LLC,
11        Plaintiff,
12              vs.      Case No. 3:20-CV-06754-WHA
13   SONOS, INC.,
14        Defendant.
     _____
15     **ATTORNEYS' EYES ONLY - HIGHLY CONFIDENTIAL**
16         **ATTORNEYS EYES ONLY - SOURCE CODE**
17
18     ZOOM DEPOSITION OF GOOGLE's 30(b)(6) & 30(b)(1)
19                  KENNETH J. MACKAY
20   (Reported Remotely via Video & Web Videoconference)
        Sunnyvale, California (Deponent's location)
21                  Tuesday, May 10, 2022
     STENOGRAPHICALLY REPORTED BY:
22   REBECCA L. ROMANO, RPR, CSR, CCR
     California CSR No. 12546
23   Nevada CCR No. 827
     Oregon CSR No. 20-0466
24   Washington CCR No. 3491
     JOB NO. 5229656
25   PAGES 1 - 288
```

                                                 Page 1

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1              UNITED STATES DISTRICT COURT

 2          FOR THE NORTHERN DISTRICT OF CALIFORNIA

 3

 4   SONOS, INC.,

 5        Plaintiff,

 6             vs.       Case No. 3:21-CV-07559-WHA

 7   GOOGLE LLC

 8        Defendant.
     _____

 9   -AND-

10   GOOGLE LLC,

11        Plaintiff,

12             vs.       Case No. 3:20-CV-06754-WHA

13   SONOS, INC.,

14        Defendant.
     _____

15

16             DEPOSITION OF KENNETH J. MACKAY, taken on

17   behalf of the Sonos, Inc., with the deponent

18   located in Sunnyvale, California, commencing at

19   9:05 a.m., Tuesday, May 10, 2022, remotely reported

20   via Video & Web Videoconference before

21   REBECCA L. ROMANO, a Certified Shorthand

22   Reporter, Certified Court Reporter, Registered

23   Professional Reporter.

24

25
```

                                               Page  2

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1                  APPEARANCES OF COUNSEL

 2     (All parties appearing via Web Videoconference)

 3

 4     For the Sonos, Inc:

 5          LEE SULLIVAN SHEA & SMITH LLP

 6          BY:  RORY P. SHEA

 7          BY:  DAVID R. GROSBY

 8          Attorneys at Law

 9          656 Randolph Street

10          Floor 5W

11          Chicago, Illinois 60661

12          (312) 754-9602

13          shea@ls3ip.com

14          grosby@ls3ip.com

15

16     For the Google LLC:

17          QUINN EMANUEL URQUHART & SULLIVAN, LLP

18          BY:  MARC L. KAPLAN

19          Attorney at Law

20          191 N. Wacker Drive

21          Suite 2700

22          Chicago, Illinois 60606

23          (312) 705-7400

24          marckaplan@quinnemanuel.com

25     /////
```

Page  3

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1                    APPEARANCES(cont'd)

 2    (All parties appearing via Web Videoconference)

 3

 4

 5    ALSO PRESENT:

 6         David West, Videographer

 7         Patrick Weston, Senior Litigation Counsel at

 8    Google

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25    /////
```

Page 4

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | The court reporter may swear the witness | 09:08:03 |
| 2 | in and we will continue. | |
| 3 | THE COURT REPORTER:  Mr. MacKay, If you | |
| 4 | could raise your right hand for me, please. | |
| 5 | THE DEPONENT:  (Complies.) | 09:08:07 |
| 6 | THE COURT REPORTER:  You do solemnly | |
| 7 | state, under penalty of perjury, that the testimony | |
| 8 | you are about to give in this deposition shall be | |
| 9 | the truth, the whole truth and nothing but the | |
| 10 | truth? | 09:08:07 |
| 11 | THE DEPONENT:  I do. | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | 09:08:07 |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | 09:08:07 |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | 09:08:07 |

Page 10

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1    that group is in?                              12:24:12

 2         A.   I don't think so.  Not that I can think

 3    of.

 4         Q.   Would it be fair to say that at that time

 5    where a group has been created but not yet      12:24:30

 6    launched, that the group exists in an unlaunched

 7    state?

 8         A.   Yes.

 9              MR. KAPLAN:  Object to form.

10         Q.   (By Mr. Shea)  And -- and is another way  12:24:44

11    to think about that, that at the -- in the time

12    between when the group is created and when it is

13    launched, that the speaker group would be inactive?

14              MR. KAPLAN:  Object to form.

15              THE DEPONENT:  Yes, I think so.        12:25:06

16         Q.   (By Mr. Shea)  And I think we've talked

17    about this as well before, but just to clarify, you

18    agree that a speaker group is something that is

19    saved by a user in advance of being launched?

20         A.   Well, again, the -- the group might never  12:25:31

21    be launched.  Like you might never cast to the

22    group.  So it's -- I would characterize it as -- a

23    static group is something that the user configures

24    and it's saved persistently.

25         Q.   Okay.  And -- and saved prior to any    12:25:48
```

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    I, Rebecca L. Romano, a Registered

2    Professional Reporter, Certified Shorthand

3    Reporter, Certified Court Reporter, do hereby

4    certify:

5    That the foregoing proceedings were taken

6    before me remotely at the time and place herein set

7    forth; that any deponents in the foregoing

8    proceedings, prior to testifying, were administered

9    an oath; that a record of the proceedings was made

10   by me using machine shorthand which was thereafter

11   transcribed under my direction; that the foregoing

12   transcript is true record of the testimony given.

13   Further, that if the foregoing pertains to the

14   original transcript of a deposition in a Federal

15   Case, before completion of the proceedings, review

16   of the transcript [X] was [ ] was not requested.

17   I further certify I am neither financially

18   interested in the action nor a relative or employee

19   of any attorney or any party to this action.

20   IN WITNESS WHEREOF, I have this date

21   subscribed my name this 13th day of May, 2022.

22

23

24   Rebecca L. Romano, RPR, CCR

25   CSR. No 12546

Page  284

**ERRATA SHEET**

| Case Names: | *Google LLC v. Sonos, Inc.*<br>Case No. 3:20-cv-06754-WHA |
| --- | --- |
| | *Sonos, Inc. v. Google LLC*<br>Case No. 3:21-cv-07559-WHA |

**Deposition Date:**   May 10, 2022

**Deponent:**   Kenneth MacKay (30(b)(6))

I, Kenneth MacKay, do hereby certify that I read the foregoing transcript of my testimony taken on May 10, 2022, and further certify that it is a true and accurate record of my testimony, with the exception of the corrections listed below:

| Page | Line | Now Reads | Should Read | Reason |
| --- | --- | --- | --- | --- |
| | | | 30(b)(6) | |
| 26 | 12 | Numerate | Numerette | Transcription error |
| 27 | 13 | Numerate | Numerette | Transcription error |
| 32 | 12 | application manager ample | application_manager_impl | Transcription error |
| 34 | 24 | ruled | rolled | Transcription error |
| 45 | 15 | Corelan | Korlan | Transcription error |
| 85 | 6 | Joint | Join | Transcription error |
| 122 | 13 | Joint | Join | Transcription error |
| 236 | 3 | Receiver_name space_handler.cc | receiver_namespace_handler.cc | Transcription error |
| | | | 30(b)(1) | |
| 261 | 15 | Tabus | Tavis | Transcription error |
| 261 | 15 | YoungJin | Byungchul | Transcription error |

Dated:  2022-Jun-28              By: */s/  Kenneth MacKay*
                                    Kenneth MacKay

1