# EXHIBIT 2

**Volume 3**

**Pages 371 - 568**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Before The Honorable William H. Alsup, Judge

| | |
|---|---|
| SONOS, INC., )<br>)<br>      Plaintiff and )<br>Counter-Defendant, )<br>)<br>  VS. )<br>)<br>GOOGLE, LLC, )<br>)<br>      Defendant and )<br>Counter-Claimant. )<br>_____) | **NO. C 20-6754 WHA**<br>Related Case No. **C 21-07559 WHA** |

San Francisco, California
Tuesday, May 9, 2023

**TRANSCRIPT OF JURY TRIAL PROCEEDINGS**

**APPEARANCES**:

For Plaintiff/Counter-Defendant:

        ORRICK, HERRINGTON & SUTCLIFFE LLP
        The Orrick Building
        405 Howard Street
        San Francisco, California  94105
  **BY: CLEMENT S. ROBERTS, ATTORNEY AT LAW**
      **ELIZABETH R. MOULTON, ATTORNEY AT LAW**

        ORRICK, HERRINGTON & SUTCLIFFE LLP
        777 South Figueroa Street, Suite 3200
        Los Angeles, California 90017
  **BY: ALYSSA M. CARIDIS, ATTORNEY AT LAW**

**(APPEARANCES CONTINUED ON FOLLOWING PAGE)**

REPORTED BY:  Marla F. Knox, CSR No. 14421, RPR, CRR, RMR
              United States District Court - Official Reporter

1  order.

2  **THE COURT:** All right. Hand that up. Bring back in
3  the jury. Be seated, everyone.

4  **MS. CARIDIS:** Your Honor, I do have those binders of
5  the patents. I don't know if you wanted to pass them out.

6  **THE COURT:** I didn't want binders. I just want the
7  patents because the binders will be too bulky. If you can take
8  the patents out and just have them loose and each one stapled.
9  That's what -- that's the way I want to hand them out.

10  **THE CLERK:** All rise for the jury.

11  (Proceedings were heard in the presence of the jury:)

12  **THE COURT:** Be seated, please. Welcome back. I want
13  to give you possibly a helpful statement. I had previously
14  interpreted the meaning of some of the language in the patent
15  claims. You must accept these instructions as correct.

16  For the '885 patent, I have determined that the phrase,
17  "Indication that the first ZonePlayer has been added to a zone
18  scene" means "Indication from the network device that the
19  ZonePlayer has been added by the user to a zone scene."

20  I will say that again so you will get it. It means
21  "Indication from the network device that the ZonePlayer has
22  been added by the user to a zone scene."

23  For both patents I have determined that "zone scene" means
24  a previously saved grouping of ZonePlayers according to a
25  common theme.

### **CERTIFICATE OF REPORTER**

I certify that the foregoing is a correct transcript from the record of proceedings in the above-entitled matter.

DATE:   Tuesday, May 9, 2023

_____

Marla F. Knox, CSR No. 14421, RPR, CRR, RMR
United States District Court - Official Reporter