# EXHIBIT 3

```
                                              Pages 1 - 132

             UNITED STATES DISTRICT COURT

           NORTHERN DISTRICT OF CALIFORNIA

Before The Honorable William H. Alsup, Judge

GOOGLE LLC,                      )
                                 )
          Plaintiff,             )
                                 )
   VS.                           )  NO. C 20-06754 WHA
                                 )
SONOS, INC.,                     )
                                 )
          Defendant.             )
_____)
                                 )
SONOS, INC.,                     )
                                 )
          Plaintiff,             )
                                 )
   VS.                           )  NO. C 21-07559 WHA
                                 )
GOOGLE LLC,                      )
                                 )
          Defendant.             )
_____)

                                 San Francisco, California
                                 Wednesday, May 3, 2023

                 TRANSCRIPT OF PROCEEDINGS
APPEARANCES:

For Plaintiff:
                     ORRICK, HERRINGTON & SUTCLIFFE LLP
                     The Orrick Building
                     405 Howard Street
                     San Francisco, California 94105
                BY:  CLEMENT S. ROBERTS, ATTORNEY AT LAW
                     ELIZABETH MOULTON, ATTORNEY AT LAW

            (APPEARANCES CONTINUED ON FOLLOWING PAGE)


REPORTED BY:  Ana Dub, RDR, CRR, CSR No. 7445
              Official United States Reporter
```

1    And I'll have it up here.

2    Then you will say: Paragraph 102.

3    I'll turn to that. I'll read it. And I'll say: Okay.
4 That's pretty close. I'll let the question.

5    But let's say that I turn to page 102 or paragraph 102 and
6 it's some cross-reference. Then I have to say to you: No,
7 that's not good enough. Explain to me why that
8 cross-reference -- where is that cross-reference?

9    So then you have to say: Well, it's at paragraph 74.

10   So then we go back to paragraph 74. Then I have to make a
11 decision.

12   Now, you have brought this on yourself by having a
13 convoluted expert report, and it's going to interrupt the flow
14 of your presentation and come out of your time.

15         **MR. PAK:** Understood, Your Honor.

16         **THE COURT:** Too bad, but that's the way it is.

17   But I will decide question by question whether or not
18 I think the report discloses the opinions that are being
19 offered.

20   Now, on the other hand, if you start asking --
21 interrupting just for the sake of interrupting, that's not good
22 either, and I'll have to find a way to deal with that. So
23 please only make objections where you think in the end you're
24 going to win.

25         **MR. SMITH:** So, Your Honor, I just need to --

1  Witnesses do not wear a mask.  Witnesses, it's important
2  that the jury see their demeanor.  That's part of it.
3      **MR. PAK:**  Thank you.
4      **THE COURT:**  Okay.  I'm going to let you go now.  Good
5  luck to both sides.  I'll see you 8 o'clock tomorrow morning.
6      **THE CLERK:**  Court is adjourned.
7      (Proceedings adjourned at 2:50 p.m.)
8               ---o0o---

**CERTIFICATE OF REPORTER**

I certify that the foregoing is a correct transcript from the record of proceedings in the above-entitled matter.

DATE:  Wednesday, May 3, 2023

*Ana Dub*

_____

Ana Dub, RMR, RDR, CRR, CCRR, CRG, CCG
CSR No. 7445, Official United States Reporter