UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA,

SAN FRANCISCO DIVISION

| | |
|---|---|
| SONOS, INC.,<br><br>    Plaintiff and Counter-defendant,<br><br>v.<br><br>GOOGLE LLC,<br><br>    Defendant and Counter-claimant. | Case No. 3:20-cv-06754-WHA<br><br>Consolidated with<br>Case No. 3:21-cv-07559-WHA<br><br>**[PROPOSED] ORDER GRANTING SONOS, INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED RE SONOS, INC.'S PROFFER OF TESTIMONY OF ALAINA KWASIZUR** |

Pursuant to Civil Local Rule 79-5, Sonos, Inc. ("Sonos") has filed an Administrative Motion to Consider Whether Another Party's Material Should Be Sealed ("Administrative Motion") in connection with Sonos's Proffer of Testimony of Alaina Kwasizur ("Sonos's Proffer"), and good cause to seal having been shown, the Court GRANTS Sonos's Administrative Motion and ORDERS sealed the following:

| DOCUMENT | PORTIONS TO BE SEALED | DESIGNATING PARTY |
|---|---|---|
| Kwasizur Declaration in support of Sonos's Proffer | Entire document | Google |
| Exhibit 1 to Kwasizur Declaration | Entire document | Google |
| Exhibit 2 to Kwasizur Declaration | Entire document | Google |
| Exhibit 5 to Kwasizur Declaration | Entire document | Google |
| Exhibit 6 to Kwasizur Declaration | Entire document | Google |
| Exhibit 7 to Kwasizur Declaration | Entire document | Google |
| Exhibit 9 to Kwasizur Declaration | Entire document | Google |
| Exhibit 10 to Kwasizur Declaration | Entire document | Google |
| Exhibit 11 to Kwasizur Declaration | Entire document | Google |
| Exhibit 12 to Kwasizur Declaration | Entire document | Google |
| Exhibit 13 to Kwasizur Declaration | Entire document | Google |
| Exhibit 14 to Kwasizur Declaration | Entire document | Google |
| Exhibit 15 to Kwasizur Declaration | Entire document | Google |
| Exhibit 17 to Kwasizur Declaration | Entire document | Google |

Dated: _____, 2023

HON. WILLIAM H. ALSUP
United States District Judge

1

[PROPOSED] ORDER GRANTING SONOS'S ADMIN.
MOTION TO CONSIDER WHETHER ANOTHER
PARTY'S MATERIAL SHOULD BE SEALED
3:20-CV-06754-WHA