# DECLARATION OF ALAINA KWASIZUR IN SUPPORT OF SONOS, INC.'S PROFFER OF TESTIMONY

# FILED UNDER SEAL