# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** 5/10/2023 | **Time:** 7:26 – 1:01: = 4 Hours; 58 Minutes | **Judge:** WILLIAM ALSUP |
|---|---|---|
| **Case No.:** 20-cv-06754-WHA | **Case Name:** Sonos, Inc. v. Google, LLC | |
| **Deputy Clerk:** Angella Meuleman | **Court Reporter:** Marla Knox | |

**Attorneys for Plaintiff:** Sean Sullivan, Alyssa Caridis, Dan Smith, Cole Richter, Rory Shea, Clem Roberts

**Attorneys for Defendant:** Sean Pak, Melissa Baily, Iman Lordgooei, James Judah

## PROCEEDINGS

JURY TRIAL – Held.

## SUMMARY

Witnesses: Robert Lambourne, Tomer Sheken (video deposition), Justin Pedro (video deposition), Kenneth MacKay (video deposition), Kevin Almeroth, Ph.D.
Admitted Exhibits: TX0125, TX0042, TX0078, TX0081, TX0082, TX0084, TX0036, TX0038, TX0041, TX0043, TX0044, TX0045, TX0048, TX0155, TX0156, TX0466, TX0440, TX0464

See Trial Log for further details.