# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** 5/11/2023 | **Time:** 7:00 – 1:10 = 5 Hours; 12 Minutes | **Judge:** WILLIAM ALSUP |
|---|---|---|
| **Case No.:** 20-cv-06754-WHA | **Case Name:** Sonos, Inc. v. Google, LLC | |
| **Deputy Clerk:** Angella Meuleman | **Court Reporter:** Marla Knox | |

**Attorneys for Plaintiff:** Sean Sullivan, Alyssa Caridis, Dan Smith, Cole Richter, Rory Shea, Clem Roberts

**Attorneys for Defendant:** Sean Pak, Melissa Baily, Iman Lordgooei, James Judah

## PROCEEDINGS

JURY TRIAL – Held.

## SUMMARY

Witnesses: Kevin Almeroth, Ph.D.
Admitted Exhibits: TX0001, TX0003, TX6698, TX0441, TX6453, TX0115, TX0442, TX6612, TX6292, TX0004, TX0006.

See Trial Log for further details.