UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 20-cv-06754-WHA
Case Name: Sonos, Inc. v. Google, LLC

## TRIAL SHEET, EXHIBIT and WITNESS LIST

| JUDGE: **William Alsup** | PLAINTIFFS ATTORNEYS: Sean Sullivan, Alyssa Caridis, Dan Smith, Rory Shea, Cole Richter, Clem Roberts | DEFENSE ATTORNEYS: Sean Pak, Melissa Baily, Iman Lordgooei, James Judah |
|---|---|---|
| TRIAL DATE: 05/11/2023 | REPORTER(S): Marla Knox | CLERK: Angella Meuleman |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
|  |  | 7:00 a.m. |  |  | Court in session. Briefs and housekeeping matters discussed outside presence of jury. Court ruled as stated on the record. |  |
|  |  | 8:00 a.m. |  |  | Court in recess. |  |
|  |  | 8:08 a.m. |  |  | Court reconvened. Jury present. Witness, **Kevin Almeroth, Ph.D.**, on witness stand. Direct examination of witness continues by Rory Shea. |  |
| TX0001 |  |  | X | X | U.S. Patent No. 10,469,966. |  |
| TX0003 |  |  | X | X | U.S. Patent No. 10,848,885. |  |
| TX6698 |  |  | X | X | Video: How to create a Speaker Group. |  |
| TX0441 |  |  | X | X | Screenshots related to Dr. Almeroth's testing of Google's products. |  |
| TX6453 |  |  | X | X | Multizone – cast shell integration. |  |
|  |  | 9:21 a.m. |  |  | Jury excused for break. Court requests and housekeeping matters discussed outside presence of jury. |  |
|  |  | 9:27 a.m. |  |  | Court in recess. |  |
|  |  | 9:43 a.m. |  |  | Court reconvened. Matters discussed outside presence of jury. |  |
|  |  | 9:47 a.m. |  |  | Jury present. Direct examination of witness continues by Rory Shea. |  |
| TX0115 |  |  | X | X | Webpage: IFTTT, What is IFTTT. |  |
| TX0442 |  |  | X | X | Screenshots related to Dr. Almeroth's testing of IFTTT products. |  |
| TX6612 |  |  | X | X | Webpage: Google Chrome Blog: Even more to love about Chromecast Audio. |  |
| TX6292 |  |  | X | X | Webpage: Google Chromecast built-in. |  |
|  |  | 10:15 a.m. |  |  | Cross-examination of witness by Sean Pak. |  |
|  | TX0004 |  | X | X | File History for U.S. Patent No. 10,469,966. (Excerpted) |  |

1

| | | | | | | |
|---|---|---|---|---|---|---|
| | TX0006 | | X | X | File History for U.S. Patent No. 10,848,885. (Excerpted) | |
| | | 11:25 a.m. | | | Jury excused for break. Court in recess. | |
| | | 11:41 a.m. | | | Court reconvened. Housekeeping matters discussed outside presence of jury. | |
| | | 11:44 a.m. | | | Jury present. Cross-examination of witness continues by Sean Pak. | |
| | | 12:38 p.m. | | | Re-direct examination of witness by Rory Shea. | |
| | | 12:58 p.m. | | | Jury admonished and excused for the day. | |
| | | | | | Issues introduced by parties and housekeeping matters discussed outside presence of jury. Court ruled as stated on the record. | |
| | | 1:10 p.m. | | | Court adjourned. | |