CLEMENT SETH ROBERTS (SBN 209203)
croberts@orrick.com
BAS DE BLANK (SBN 191487)
basdeblank@orrick.com
ALYSSA CARIDIS (SBN 260103)
acaridis@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:   +1 415 773 5700
Facsimile:   +1 415 773 5759

SEAN M. SULLIVAN (*pro hac vice*)
sullivan@ls3ip.com
J. DAN SMITH (*pro hac vice*)
smith@ls3ip.com
MICHAEL P. BOYEA (*pro hac vice*)
boyea@ls3ip.com
COLE B. RICHTER (*pro hac vice*)
richter@ls3ip.com
LEE SULLIVAN SHEA & SMITH LLP
656 W Randolph St., Floor 5W
Chicago, IL 60661
Telephone:   +1 312 754 0002
Facsimile:   +1 312 754 0003

*Attorneys for Sonos, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA,

SAN FRANCISCO DIVISION

| | |
|---|---|
| SONOS, INC., <br><br> Plaintiff and Counter-defendant, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant and Counter-claimant. | Case No. 3:20-cv-06754-WHA <br><br> Consolidated with <br> Case No. 3:21-cv-07559-WHA <br><br> **SONOS, INC.'S TIMELINE** <br><br> Judge: Hon. William Alsup <br> Courtroom: 12, 19th Floor <br> Trial Date: May 8, 2023 |

Pursuant to the Court's request, Tr. 811:10-12, Sonos provides a timeline for the Court:

- January 2005:  Sonos releases Sonos 2005 System

- December 21, 2005: '885 & '966 Patents – Stipulated Conception Date

- September 12, 2006: '885 & '966 Patents – Provisional application filed

- September 11, 2007:  U.S. Patent No. 8,483,853 filed (the first non-provisional in the zone scenes family)

- May 17, 2013: U.S. Patent No. 8,843,228 filed (second non-provisional)

- July 9, 2013: U.S. Patent No. 8,483,853 issued

- August 21, 2014: U.S. Patent No. 9,344,206 filed (third non-provisional)

- September 23, 2014: U.S. Patent No. 8,843,228 issued

- December 2015: Google releases accused functionality

- May 17, 2016: U.S. Patent No. 9,344,206 issued

- August 2016:  Sonos first provides notice of the zone scenes patent family

- February 2019:  Sonos provides claim charts showing Google's infringement, including the '206 and '228 patent.

- April 12, 2019: U.S. Patent Nos. 10,848,885 & 10,469,966 filed

- November 5, 2019: '966 Patent issued

- June 8, 2020: Sonos first releases feature practicing '885 & '966 Patent

- September 28, 2020: This lawsuit filed

- November 24, 2020: '885 Patent issued

| | | |
|---|---|---|
| 1 | Dated: May 11, 2023 | ORRICK HERRINGTON & SUTCLIFFE LLP |
| 2 | | *and* |
| | | LEE SULLIVAN SHEA & SMITH LLP |
| 3 | | |
| 4 | | By: */s/ Clement Seth Roberts* |
| | | Clement Seth Roberts |
| 5 | | *Attorneys for Sonos, Inc.* |