QUINN EMANUEL URQUHART & SULLIVAN, LLP
Sean Pak (Bar No. 219032)
seanpak@quinnemanuel.com
Melissa Baily (Bar No. 237649)
melissabaily@quinnemanuel.com
James Judah (Bar No. 257112)
jamesjudah@quinnemanuel.com
Lindsay Cooper (Bar No. 287125)
lindsaycooper@quinnemanuel.com
Iman Lordgooei (Bar No. 251320)
imanlordgooei@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:     (415) 875-6600
Facsimile:     (415) 875-6700

Marc Kaplan *(pro hac vice)*
marckaplan@quinnemanuel.com
191 N. Wacker Drive, Ste 2700
Chicago, Illinois 60606
Telephone:     (312) 705-7400
Facsimile:     (312) 705-7401

*Attorneys for GOOGLE LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SONOS, INC.,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>GOOGLE LLC,<br><br>　　　　　Defendant. | Case No. 3:20-cv-06754-WHA<br>Consolidated with Case No. 3:21-cv-07559<br><br>**DECLARATION OF MARC KAPLAN IN SUPPORT OF GOOGLE LLC'S RESPONSE TO THE COURT'S REQUEST FOR BRIEFING ON WRITTEN DESCRIPTION SUPPORT FOR THE '885 AND '966 PATENTS** |

I, Marc Kaplan, declare and state as follows:

1. I am an attorney licensed to practice in the State of Illinois and have been admitted *pro hac vice* in this matter. I am a partner at Quinn Emanuel Urquhart & Sullivan LLC representing Google LLC ("Google") in this matter. I make this declaration in support of Google's Response to the Court's Request for Briefing on Written Description Support for the '885 and '966 Patents. If called as a witness, I could and would testify competently to the information contained herein.

2. Attached as Exhibit 1 is a true and correct copy of an excerpt of the May 10, 2023 trial transcript.

3. Attached as Exhibit 2 is a true and correct copy of an excerpt of TX0004.

4. Attached as Exhibit 3 is a true and correct copy of TX2651.

5. Attached as Exhibit 4 is a true and correct copy of an excerpt of the May 11, 2023 trial transcript.

6. Attached as Exhibit 5 is a true and correct copy of an excerpt of the May 9, 2023 trial transcript.

I declare under penalty of perjury that to the best of my knowledge the foregoing is true and correct. Executed on May 11, 2023, in San Francisco, California.

DATED: May 11, 2023

By: /s/ Marc Kaplan
    Marc Kaplan

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ATTESTATION**

I, Sean Pak, am the ECF user whose ID and password are being used to file the above Declaration. In compliance with Civil L.R. 5-1(h)(3), I hereby attest that Marc Kaplan has concurred in the aforementioned filing.

*/s/ Sean Pak*
Sean Pak