# EXHIBIT 1

**Volume 4**

**Pages 569 - 709**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Before The Honorable William H. Alsup, Judge

```
SONOS, INC.,                    )
                                )
          Plaintiff and         )
Counter-Defendant,              )
                                )
  VS.                           )    NO. C 20-6754 WHA
                                )Related Case No. C 21-07559 WHA
GOOGLE, LLC,                    )
                                )
          Defendant and         )
Counter-Claimant.               )
_____ )
```

San Francisco, California
Wednesday, May 10, 2023

**TRANSCRIPT OF JURY TRIAL PROCEEDINGS**

**APPEARANCES**:

For Plaintiff/Counter-Defendant:

                    ORRICK, HERRINGTON & SUTCLIFFE LLP
                    The Orrick Building
                    405 Howard Street
                    San Francisco, California  94105
            BY:  **CLEMENT S. ROBERTS, ATTORNEY AT LAW**
                 **ELIZABETH R. MOULTON, ATTORNEY AT LAW**

                    ORRICK, HERRINGTON & SUTCLIFFE LLP
                    777 South Figueroa Street, Suite 3200
                    Los Angeles, California 90017
            BY:  **ALYSSA M. CARIDIS, ATTORNEY AT LAW**

**(APPEARANCES CONTINUED ON FOLLOWING PAGE)**

REPORTED BY:  Marla F. Knox, CSR No. 14421, RPR, CRR, RMR
              United States District Court - Official Reporter

1   to select from to create that second zone scene, including ones

2   that happen to be part of the first zone scene.  And that was

3   the language that Your Honor pointed to in rejecting Google's

4   motion on this very issue.

5          **THE COURT:**  Well, I -- that's it.

6          **MR. PAK:**  It doesn't say much, Your Honor, and that's

7   the reason why --

8          **THE COURT:**  I don't -- well, here is what I -- summary

9   judgment is one thing.  Getting deep into a trial like this is

10  another.

11         One of the things that is coming through to me in all of

12  this testimony is that there was a lot of prior art and that

13  the actual invention over the prior art was this idea of

14  overlapping zone scenes.

15         So, you would think there would be column after column

16  that would explain to an engineer how to implement overlapping

17  zone scenes and because that was the greatest thing since

18  sliced bread was overlapping zone scenes; and, yet, that's all

19  you can point to is that one thing.

20         That -- I may -- I worry if I -- I'm not taking anything

21  back right now anyway, but I'm putting you all on notice that

22  it worries me that something that thin can support something

23  this big as a supposed improvement over the prior art.

24         I know I ruled against you on it and maybe -- is this --

25  I'm going to -- don't answer this now, but is this for the

 1 | jury, or is this for me?  Is there questions of fact here?  And

 2 | it troubles me that a thin, single sentence, by implication --

 3 | it's not even clear-cut.  It doesn't say "overlapping zone

 4 | scenes."  You have to infer that -- that it can support the

 5 | essence of the invention over the prior art.

 6 |         MR. RICHTER:  We would be happy to brief the issue.

 7 |         THE COURT:  I think you should.  I -- give me briefs

 8 | on that not tomorrow but maybe by the next day, an

 9 | 8:00 o'clock -- tomorrow at 8:00 o'clock.  Give me -- p.m.

10 | Give me five-page briefs on that subject.

11 |     And don't say something like, "Oh, you have already

12 | ruled." I know I ruled.  I went back and looked at it a while

13 | ago.  But that was summary judgment.  This is the real thing

14 | now.  This is where the rubber meets the road.  And maybe I

15 | will change my mind, maybe not.  I'm not sure.  Don't -- I'm

16 | just talking out loud here because I'm learning it in greater

17 | detail now than I understood it before.

18 |         MR. RICHTER:  Understood, Your Honor.

19 |     I will note it could be relevant the fact that Google is

20 | not challenging the written description at this trial.

21 |         THE COURT:  Well, I'm bringing it up myself.

22 |         MR. RICHTER:  Fair enough.

23 |         THE COURT:  I'm bringing it myself.

24 |         MR. RICHTER:  Understood.

25 |         THE COURT:  Because I'm not going to relive this case

1

2

3                        **CERTIFICATE OF REPORTER**

4            I certify that the foregoing is a correct transcript

5    from the record of proceedings in the above-entitled matter.

6

7    DATE:   Wednesday, May 10, 2023

8

9

10

11    _____

12           Marla F. Knox, CSR No. 14421, RPR, CRR, RMR
              United States District Court - Official Reporter
13

14

15

16

17

18

19

20

21

22

23

24

25