# EXHIBIT 2



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | ISSUE DATE | PATENT NO. | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 16/383,565 | 11/05/2019 | 10469966 | 07-0901-CON0419B | 5746 |

135176        7590        10/16/2019
LS3 Sonos
Lee Sullivan Shea & Smith LLP
656 W. Randolph St.
Floor 5W
Chicago, IL 60661

# ISSUE NOTIFICATION

The projected patent number and issue date are specified above.

## Determination of Patent Term Adjustment under 35 U.S.C. 154 (b)
(application filed on or after May 29, 2000)

The Patent Term Adjustment is 0 day(s). Any patent to issue from the above-identified application will include an indication of the adjustment on the front page.

If a Continued Prosecution Application (CPA) was filed in the above-identified application, the filing date that determines Patent Term Adjustment is the filing date of the most recent CPA.

Applicant will be able to obtain more detailed information by accessing the Patent Application Information Retrieval (PAIR) WEB site (http://pair.uspto.gov).

Any questions regarding the Patent Term Extension or Adjustment determination should be directed to the Office of Patent Legal Administration at (571)-272-7702. Questions relating to issue and publication fee payments should be directed to the Application Assistance Unit (AAU) of the Office of Data Management (ODM) at (571)-272-4200.

APPLICANT(s) (Please see PAIR WEB site http://pair.uspto.gov for additional applicants):

Robert A. Lambourne, Santa Barbara, CA;
SONOS, INC., Santa Barbara, CA;

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**TRIAL EXHIBIT 0004**

CASE NO. 3:20-cv-06754-WHA
DATE ENTERED_____
BY _____
        DEPUTY CLERK

The United States represents the largest, most dynamic marketplace in the world and is an unparalleled location for business investment, innovation, and commercialization of new technologies. The USA offers tremendous resources and advantages for those who invest and manufacture goods here. Through SelectUSA, our nation works to encourage and facilitate business investment. To learn more about why the USA is the best country in the world to develop technology, manufacture products, and grow your business, visit SelectUSA.gov.

IR103 (Rev. 10/09)

SONOS-SVG2-00006559

TX0004, Page 1 of 4721



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 16/383,565 | 04/12/2019 | Robert A. Lambourne | 07-0901-CON0419B | 5746 |

135176    7590    09/23/2019
LS3 Sonos
Lee Sullivan Shea & Smith LLP
656 W. Randolph St.
Floor 5W
Chicago, IL 60661

| EXAMINER |
|---|
| MCCORD, PAUL C |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2656 | |

| NOTIFICATION DATE | DELIVERY MODE |
|---|---|
| 09/23/2019 | ELECTRONIC |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

Notice of the Office communication was sent electronically on above-indicated "Notification Date" to the following e-mail address(es):

ls3_docketing@cardinal-ip.com
york@ls3ip.com

PTOL-90A (Rev. 04/07)

SONOS-SVG2-00006560

TX0004, Page 2 of 4721



UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

| | |
|---|---|
| Application No. : | 16383565 |
| Applicant : | Lambourne |
| Filing Date : | 04/12/2019 |
| Date Mailed : | 09/23/2019 |

# NOTICE TO FILE CORRECTED APPLICATION PAPERS

*Notice of Allowance Mailed*

This application has been accorded an Allowance Date and is being prepared for issuance. The application, however, is incomplete for the reasons below.

**Applicant is given two (2) months from the mail date of this Notice within which to respond. This time period for reply is extendable under 37 CFR 1.136(a) for only TWO additional MONTHS.**

The informalities requiring correction are indicated in the attachment(s). If the informality pertains to the abstract, specification (including claims) or drawings, the informality must be corrected with an amendment in compliance with 37 CFR 1.121 (or, if the application is a reissue application, 37 CFR 1.173). Such an amendment may be filed after payment of the issue fee if limited to correction of informalities noted herein. See Waiver of 37 CFR 1.312 for Documents Required by the Office of Patent Publication, 1280 Off. Gaz. Patent Office 918 (March 23, 2004). In addition, if the informality is not corrected until after payment of the issue fee, for purposes of 35 U.S.C. 154(b)(1)(iv), "all outstanding requirements" will be considered to have been satisfied when the informality has been corrected. A failure to respond within the above-identified time period will result in the application being ABANDONED.

See attachment(s).

*A copy of this notice MUST be returned with the reply. Please address response to*
*"Mail Stop Issue Fee, Commissioner for Patents,*
*P.O. Box 1450, Alexandria, VA 22313-1450".*

/Naran Hem/
Publication Branch
Office of Data Management
(571) 272-4200

**Application No. <u>16383565</u>**

# IDENTIFICATION OF SPECIFICATION/DRAWING INCONSISTENCIES

| X | On Page <u>SPEC 08/23/2019 (amendment)</u> of the specification there is a brief description of FIG. <u>7-8</u>, but the drawings filed <u>04/12/2019</u> do not include a drawing with that designation.  Applicant must respond either by supplying the omitted drawing or by amending the specification to remove all references to that drawing.

☐ The drawings filed  include FIG. , but the specification's brief description of the drawings does not describe a drawing with that designation.  Applicant must respond either by amending the specification to add a brief description of that drawing or by correcting the drawings to remove the drawing in question.

☐ In the utility application, drawings are present in the application and are referred to in the detailed description of the invention, but the specification does not contain a brief description of the several views as required by 37 CFR 1.74 and 37 CFR 1.77(b)(9).

☐ The design application does not contain a description of the figure or figures of the drawing as required by 37 CFR 1.153(a) and 37 CFR 1.154(b)(4).

☐ In the plant application, the specification does not contain a brief description of the drawing as required by 37 CFR 1.163(c)(8).

☐ Page  of the specification refers to FIG. , but no drawing with that designation is described in the brief description of the drawings and no drawing with that designation is present in the application.  Applicant must respond either by amending the specification to remove all references to that drawing, or by supplying that drawing and amending the specification to add a brief description of it.

☐ In the reissue application, FIG. , is labeled as "New" but is not described in the reissue specification's brief description of the drawings.  Applicant must respond by amending the reissue specification's brief description of the drawings to add a brief description of the new drawing.

☐ OTHER:

☐ COMMENTS:

NEW SHEET



FIG. 7

SONOS-SVG2-00006563

TX0004, Page 5 of 4721

NEW SHEET



FIG. 8

SONOS-SVG2-00006564

TX0004, Page 6 of 4721

# Electronic Acknowledgement Receipt

| | |
|---|---|
| EFS ID: | 37237772 |
| Application Number: | 16383565 |
| International Application Number: | |
| Confirmation Number: | 5746 |
| Title of Invention: | Zone Scene Management |
| First Named Inventor/Applicant Name: | Robert A. Lambourne |
| Customer Number: | 135176 |
| Filer: | Brandon Jacob Kennedy |
| Filer Authorized By: | |
| Attorney Docket Number: | 07-0901-CON0419B |
| Receipt Date: | 23-SEP-2019 |
| Filing Date: | 12-APR-2019 |
| Time Stamp: | 10:59:40 |
| Application Type: | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | no |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | | 07-0901-CON0419B_Response_to_NFC AP.pdf | 306173<br>1ab905e43950022fdd50aedf5c2e72ac6b48bfd5 | yes | 7 |

| Multipart Description/PDF files in .zip description | | |
|---|---|---|
| Document Description | Start | End |
| Post Allowance Communication - Incoming | 1 | 5 |
| Drawings-only black and white line drawings | 6 | 7 |

| Warnings: |
|---|
| Information: |
| Total Files Size (in bytes): 306173 |

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

**New Applications Under 35 U.S.C. 111**
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.
**National Stage of an International Application under 35 U.S.C. 371**
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.
**New International Application Filed with the USPTO as a Receiving Office**
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

SONOS-SVG2-00006566

## SPECIFICATION AMENDMENTS

- Please amend current paragraphs [0026] and [0027] of the specification as indicated below.

**[0026]** FIG. 5C shows a user interface to allow a user to adjust a volume level of the zone players in a zone scene individually or collectively; ~~and~~

**[0027]** FIG. 6 shows a flowchart or process of providing a player theme or a zone scene for a plurality of players, where one or more of the players are placed in a zone; and [[.]]


- Please insert the following new paragraphs into the specification immediately after current paragraph [0027] and update all subsequent paragraph numbers. The described Figures 7 and 8 are attached, each bearing the label "New Sheet" in the top margin.

**[0028]** FIG. 7 shows an example user interface for invoking a zone scene; and

**[0029]** FIG. 8 shows another example user interface for invoking a zone scene.


- Please amend current paragraph [0060] of the specification as indicated below, which will become paragraph [0062] to reflect the new paragraphs [0028] and [0029] above.

**[0062]** FIG. 5B shows another user interface 520 to allow a user to form a scene. The user interface 520 that may be displayed on a controller or a computing device, lists available zones in a system. <u>The list of zones in the user interface 520 includes ALL the zones in the system, including the zones that are already grouped.</u> A checkbox is provide next to each of the zones so that a user may check in the zones to be associated with the scene.