# EXHIBIT 4

**Volume 5**

**Pages 710 - 945**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Before The Honorable William H. Alsup, Judge

| | |
|---|---|
| SONOS, INC., | ) |
| | ) |
| Plaintiff and | ) |
| Counter-Defendant, | ) |
| | ) |
| VS. | )   **NO. C 20-6754 WHA** |
| | )Related Case No. **C 21-07559 WHA** |
| GOOGLE, LLC, | ) |
| | ) |
| Defendant and | ) |
| Counter-Claimant. | ) |
| | ) |

San Francisco, California
Thursday, May 11, 2023

**TRANSCRIPT OF JURY TRIAL PROCEEDINGS**

**APPEARANCES**:

For Plaintiff/Counter-Defendant:

                    ORRICK, HERRINGTON & SUTCLIFFE LLP
                    The Orrick Building
                    405 Howard Street
                    San Francisco, California  94105
          BY:  **CLEMENT S. ROBERTS, ATTORNEY AT LAW**
               **ELIZABETH R. MOULTON, ATTORNEY AT LAW**

                    ORRICK, HERRINGTON & SUTCLIFFE LLP
                    777 South Figueroa Street, Suite 3200
                    Los Angeles, California 90017
          BY:  **ALYSSA M. CARIDIS, ATTORNEY AT LAW**

          **(APPEARANCES CONTINUED ON FOLLOWING PAGE)**

REPORTED BY:  Marla F. Knox, CSR No. 14421, RPR, CRR, RMR
              United States District Court - Official Reporter

1  **Q.**   So in between Sonos had hundreds of features that they

2  released beginning with their Sonos 2005 prior art system.  Do

3  you agree?

4  **A.**   They did.  I think that's right.

5  **Q.**   They changed icons.  They added more playlists.  They

6  increased the number of songs you can store.  They integrated

7  with different types of services, music services.  They

8  included a voice-activation feature.  They did all of these

9  things and sold hundreds of thousands of speakers for 15 years

10 without ever having the benefit of these two patents.  You

11 would agree?

12 **A.**   I would agree because there wasn't the hardware capability

13 needed for implementing these patents until S2 came out.

14 **Q.**   Are you -- we'll get to -- we'll get to the prior art,

15 Doctor, but you would agree at least Sonos had all of these

16 features and product models in the market for roughly 15 years

17 before they decided to put this feature, the patented feature,

18 into their products.  Do you agree?

19 **A.**   No, that's not right.  Not all of the devices were

20 available.  In fact, that was the point.  Until S2 came out,

21 there wasn't the hardware and the memory to support the storage

22 of these zone scenes.

23 **Q.**   But, Doctor, another part of that is interesting to me is

24 but Google released the accused grouping technology in the 2015

25 time period; correct?

1   **A.**   That's correct.

2   **Q.**   So Google had its accused technology five years before

3   Sonos.  Are you telling this jury that there was absolutely no

4   demand for the technology or there was no available computing

5   components that were available to implement the zone scenes

6   technology for 15 years?  Is that what you're telling this

7   jury?

8   **A.**   There were about three questions in that.

9   **Q.**   Sorry.

10      Are you telling this jury that computers weren't smart

11  enough for 15 years to implement the zone scenes technology at

12  issue in this case?

13  **A.**   No.  It was a hardware issue that Sonos had to deal with,

14  specifically to what would go into their products.

15  **Q.**   So it was a Sonos hardware issue; right?

16  **A.**   It was, to my understanding.

17  **Q.**   Okay.  But Google didn't have any hardware issues because

18  they implemented the accused technology in 2015; correct?

19  **A.**   I can't say that means they had no hardware issues, but my

20  understanding is they did commercialize it in 2015.

21  **Q.**   There certainly must have been some -- some interest in

22  the future or some reason why they introduced it in 2015;

23  correct?  Are you telling this jury that the demand for the

24  zone scenes technology all of the sudden materialized in 2020?

25  **A.**   There were two questions there.  If you're asking me about

1  scenes would exist, and then it also had to store the

2  programming instructions to make that happen.

3      And so the point that I was making is, that kind of

4  capability as part of Sonos' hardware development effort didn't

5  exist until S2, and so there wasn't really an opportunity to

6  deploy that kind of functionality until S2, the next

7  generations of speakers, existed.

8  **Q.**    Thank you.

9      So I want to talk a little bit more about the claims and

10  some of your interpretation of those claims.

11      So maybe we can pull your demonstrative deck back up.

12          **MR. SHEA:**  Mr. Jay, can we do that?  Great.

13  **BY MR. SHEA:**

14  **Q.**    So, first of all, Mr. Pak asked you a number of questions

15  about this storage idea.  Do you remember that, Dr. Almeroth?

16  **A.**    Yes, I do.

17          **MR. SHEA:**  So, first of all, can we go to Slide 25 of

18  the demonstrative presentation?

19  **BY MR. SHEA:**

20  **Q.**    And, Dr. Almeroth, can you explain for us again, what is

21  the agreed interpretation of the term "zone scene" as you

22  currently understand it?

23  **A.**    That's a previously saved grouping of zone players

24  according to a common theme.

25  **Q.**    And then can we turn to the 9 -- claim 1 of the '966

1

2

3                    **CERTIFICATE OF REPORTER**

4          I certify that the foregoing is a correct transcript

5    from the record of proceedings in the above-entitled matter.

6

7    DATE:    Thursday, May 11, 2023

8

9

10

11    _____

12          Marla F. Knox, CSR No. 14421, RPR, CRR, RMR
              United States District Court - Official Reporter
13

14

15

16

17

18

19

20

21

22

23

24

25