# EXHIBIT 5

**Volume 3**

**Pages 371 - 568**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Before The Honorable William H. Alsup, Judge

| | | |
|---|---|---|
| SONOS, INC., | ) | |
| | ) | |
|     Plaintiff and | ) | |
| Counter-Defendant, | ) | |
| | ) | |
|   VS. | ) | **NO. C 20-6754 WHA** |
| | ) | Related Case No. **C 21-07559 WHA** |
| GOOGLE, LLC, | ) | |
| | ) | |
|     Defendant and | ) | |
| Counter-Claimant. | ) | |
| | ) | |

San Francisco, California
Tuesday, May 9, 2023

**TRANSCRIPT OF JURY TRIAL PROCEEDINGS**

**APPEARANCES**:

For Plaintiff/Counter-Defendant:

    ORRICK, HERRINGTON & SUTCLIFFE LLP
    The Orrick Building
    405 Howard Street
    San Francisco, California  94105
**BY:  CLEMENT S. ROBERTS, ATTORNEY AT LAW**
    **ELIZABETH R. MOULTON, ATTORNEY AT LAW**

    ORRICK, HERRINGTON & SUTCLIFFE LLP
    777 South Figueroa Street, Suite 3200
    Los Angeles, California 90017
**BY:  ALYSSA M. CARIDIS, ATTORNEY AT LAW**

**(APPEARANCES CONTINUED ON FOLLOWING PAGE)**

REPORTED BY:  Marla F. Knox, CSR No. 14421, RPR, CRR, RMR
              United States District Court - Official Reporter

| | | |
|---|---|---|
| 1 | **A.** | Sonos. |
| 2 | **Q.** | And what is your current position at Sonos? |
| 3 | **A.** | I'm the director of user experience for professional. |
| 4 | **Q.** | And what your responsibilities as the director of user |
| 5 | | experience for professional? |
| 6 | **A.** | Yes.  I manage the design team that works on user |
| 7 | | experience that addresses the needs of professional users in |
| 8 | | business environments. |
| 9 | **Q.** | And can you tell us a little bit about your educational |
| 10 | | background? |
| 11 | **A.** | Yes.  I have a degree -- well, I'm from the UK originally. |
| 12 | | I have a degree from the University there called Loughborough |
| 13 | | University, and that's in design and technology, and I |
| 14 | | graduated there in 1991. |
| 15 | **Q.** | Okay.  You mentioned a degree in design and technology. |
| 16 | | Can you explain a little bit more what that is? |
| 17 | **A.** | Yes.  It's a degree in product design sometimes called |
| 18 | | industrial design.  At other universities that run similar |
| 19 | | course it is sometimes referred to as industrial design |
| 20 | | engineering.  My university called it design and technology. |
| 21 | **Q.** | And did you attain any other degrees after your design and |
| 22 | | technology degree from Loughborough University? |
| 23 | **A.** | Yes.  I have a second degree, a master's degree in |
| 24 | | computer-related design, and that's from the Royal College of |
| 25 | | Art in London in the UK. |

1  **A.** That's correct.

2  **Q.** In your written description, you didn't provide any

3  descriptions of other types of source code or program

4  instructions because you don't write those types of

5  instructions; correct?

6  **A.** That's right. I don't write source code.

7  **Q.** You have never written source code for any Sonos product;

8  correct?

9  **A.** Correct.

10 **Q.** That's not your job responsibility; right?

11 **A.** Correct.

12 **Q.** And so here when we look at your invention being described

13 in the '966 patent, one of the things that could be a set of

14 program instructions to carry out the rest of your invention

15 claim could be a macro; correct?

16 **A.** I'm not sure I would make that leap. I mean, macros I'm

17 describing in the sketchbook as a sequence of events. Group

18 this with this room with this room.

19     When the claims talk about program instructions, they

20 could be referring to the source code, software code.

21 **Q.** Sir, you didn't describe any software or source code in

22 your written description of your invention for the '966 and the

23 '885 patents; correct?

24 **A.** Are you talking about notepads here or the patents?

25 **Q.** The patents.

**CERTIFICATE OF REPORTER**

I certify that the foregoing is a correct transcript from the record of proceedings in the above-entitled matter.

DATE:   Tuesday, May 9, 2023

_____

Marla F. Knox, CSR No. 14421, RPR, CRR, RMR
United States District Court - Official Reporter