QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Sean Pak (Bar No. 219032)
  seanpak@quinnemanuel.com
  Melissa Baily (Bar No. 237649)
  melissabaily@quinnemanuel.com
  James Judah (Bar No. 257112)
  jamesjudah@quinnemanuel.com
  Lindsay Cooper (Bar No. 287125)
  lindsaycooper@quinnemanuel.com
  Iman Lordgooei (Bar No. 251320)
  imanlordgooei@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:     (415) 875-6600
Facsimile:     (415) 875-6700

  Marc Kaplan *(pro hac vice)*
  marckaplan@quinnemanuel.com
191 N. Wacker Drive, Ste 2700
Chicago, Illinois 60606
Telephone:     (312) 705-7400
Facsimile:     (312) 705-7401

*Attorneys for GOOGLE LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SONOS, INC.,<br><br>   Plaintiff,<br><br>   vs.<br><br>GOOGLE LLC,<br><br>   Defendant. | Case No. 3:20-cv-06754-WHA<br>Consolidated with Case No. 3:21-cv-07559-WHA<br><br>**GOOGLE LLC'S PROPOSED TIMELINE** |

Google respectfully submits this proposed timeline pursuant to the Court's request for a timeline that shows the important dates, including the date Sonos's products were first launched, the claimed conception date, the date of the provisional application, the date that Google first released the accused feature, the date that Sonos applied for the asserted patents, the date when the patents issued, and the date when Sonos first released the claimed feature.  *See* 5/10 Trial Tr. at 708:11-709:6; 5/11 Trial Tr. at 809:9-15.

| Date | Event |
| --- | --- |
| January 2005 | Sonos 2005 System Released |
| February 2005 | First Sonos Forums Post |
| December 21, 2005 | Claimed conception date |
| September 12, 2006 | Provisional application filing date |
| September 11, 2007 | Non-provisional application filing date |
| December 2015 | **Google** releases products with accused feature |
| April 12, 2019 | '996 and '885 Patent applications filed |
| August 2019 | Added "all groups" to specification |
| November 5, 2019 | '996 Patent issues |
| June 2020 | **Sonos** releases products with claimed feature |
| November 24, 2020 | '885 Patent issues |

Dated:  May 11, 2023

Respectfully submitted,

/s/ Sean Pak
Attorneys for GOOGLE LLC

QUINN EMANUEL URQUHART & SULLIVAN, LLP

*Counsel for Google LLC*

## **ATTESTATION**

Pursuant to the Federal Rules of Civil Procedure and Local Rule 5-1, I hereby certify that, on May 11, 2023, all counsel of record who have appeared in this case are being served with a copy of the foregoing via the Court's CM/ECF system and email.

DATED: May 11, 2023

By:  */s/ James Judah*
     James Judah