UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SONOS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> GOOGLE LLC, <br><br> Defendant. | Case No. 3:20-cv-06754-WHA <br> Related to Case No. 3:21-cv-07559-WHA <br><br> **[PROPOSED] ORDER GRANTING GOOGLE'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |

1  Plaintiff Google LLC ("Google") has filed an Administrative Motion to Consider Whether
2  Another Party's Material Should Be Sealed in connection with its Response to Sonos's Request Re:
3  No Longer Asserted Patents (Dkt. 699) and Proffer of Testimony of Alaina Kwasizur (Dkt. 715)
4  ("Response to Request and Proffer) ("Google's Administrative Motion").

5  Having considered Google's Administrative Motion, and good cause to seal having been
6  shown, the Court **GRANTS** Google's Administrative Motion and **ORDERS** sealed the documents
7  listed below:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Response to Request and Proffer | Portions highlighted in blue | Google and Sonos |
| Exhibit 2 | Entire Document | Google and Sonos |

IT IS SO ORDERED.

DATED:

_____
The Honorable William Alsup
United States District Court Judge