# EXHIBIT 1

# Revised 5/11 935am

## Designation List Report

**Kowalski, Tim**                                    **2023-05-08**

| | |
|---|---|
| Sonos Affirmatives | 00:10:58 |
| **TOTAL RUN TIME** | **00:10:58** |

Documents linked to video:
T8240



**Kowalski_T - Revised 5/11 935am**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 10:05 - 10:07 | **Kowalski, Tim 2023-05-08** | 00:00:05 | Kowalski_T.1 |

10:05    Can you please state your full name for
10:06    the record?
10:07    A.  Timothy Michael Kowalski.

| 10:11 - 10:12 | **Kowalski, Tim 2023-05-08** | 00:00:03 | Kowalski_T.2 |

10:11    Q.  And who are you employed by?
10:12    A.  Google.

| 15:07 - 15:11 | **Kowalski, Tim 2023-05-08** | 00:00:15 | Kowalski_T.3 |

15:07    Q.  How long have you worked at Google LLC?
15:08    A.  A little over ten years.  I think I started
15:09    in September of 2012.
15:10    Q.  And what is your current title?
15:11    A.  Senior counsel.

| 15:15 - 15:21 | **Kowalski, Tim 2023-05-08** | 00:00:29 | Kowalski_T.4 |

15:15    Q.  What are your job responsibilities in your
15:16    current position?
15:17    A.  I manage the patent and transactions team.
15:18    Q.  What does that entail?
15:19    A.  Managing a group of attorneys, the overall
15:20    work stream or focus of the group is to negotiate and
15:21    execute patent licenses on behalf of Google.

| 16:17 - 16:22 | **Kowalski, Tim 2023-05-08** | 00:00:20 | Kowalski_T.5 |

16:17    Q.  Just briefly, what formal education do you
16:18    have?
16:19    A.  I received a B.S. in mechanical engineering
16:20    from Purdue University and then my law degree from
16:21    what used to be the John Marshall Law School, now is
16:22    the University of Illinois Chicago law school.

| 18:14 - 18:15 | **Kowalski, Tim 2023-05-08** | 00:00:06 | Kowalski_T.6 |

18:14    Q.  Do you use any Sonos products?
18:15    A.  Yes.

| 18:20 - 18:23 | **Kowalski, Tim 2023-05-08** | 00:00:14 | Kowalski_T.7 |

18:20    Q.  In what time frame did you acquire these
18:21    Sonos products for personal use?
18:22    A.  Sometime in 2015, 2016 time frame when we
18:23    were building our house.

| 19:04 - 19:06 | **Kowalski, Tim 2023-05-08** | 00:00:12 | Kowalski_T.8 |

19:04    Q.  Approximately how many Sonos products do

**Kowalski_T - Revised 5/11 935am**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 19:05      you own? | | |
| | 19:06    A.   Six or eight maybe, probably eight. | | |
| 22:09 - 22:10 | **Kowalski, Tim 2023-05-08** | 00:00:00 | Kowalski_T.9 |
| | 22:09      (Whereupon, Exhibit 1 was marked for | | |
| | 22:10      identification.) | | |
| 58:19 - 59:22 | **Kowalski, Tim 2023-05-08** | 00:01:36 | Kowalski_T.10 |
| | 58:19    Q.   Do you have an understanding of the | | |
| | 58:20      distinction between an operating company versus a | | |
| | 58:21      nonpracticing entity? | | |
| | 58:22    A.   Yes, as a general matter I do. | | |
| | 58:23    Q.   What is that understanding? | | |
| | 58:24    A.   Well, I understand an operating company is | | |
| | 58:25      in the business of selling products and a -- I'm | | |
| | 59:01      sorry, what was the other term you used? | | |
| | 59:02    Q.   My question was what your understanding is | | |
| | 59:03      of the distinction between an operating company | | |
| | 59:04      versus a nonpracticing entity? | | |
| | 59:05    A.   Okay.  So, yes.  A general high-level | | |
| | 59:06      understanding of a nonpracticing entity is a company | | |
| | 59:07      that is not involved in selling products and therefore | | |
| | 59:08      isn't using its patents. | | |
| | 59:09    Q.   So is it your understanding that an | | |
| | 59:10      operating company is in the business of selling | | |
| | 59:11      products while a nonpracticing entity is not in the | | |
| | 59:12      business of selling products? | | |
| | 59:13    A.   Generally, yes. | | |
| | 59:14    Q.   Do you understand Sonos, Inc. to be a | | |
| | 59:15      nonpracticing entity? | | |
| | 59:16    A.   No.  My understanding is Sonos sells | | |
| | 59:17      products.  In fact, we talked about the ones that I | | |
| | 59:18      purchased earlier. | | |
| | 59:19    Q.   Do you understand Sonos to be a competitor | | |
| | 59:20      to Google? | | |
| | 59:21    A.   In what sense? | | |
| | 59:22    Q.   In any sense. | | |
| 59:24 - 60:02 | **Kowalski, Tim 2023-05-08** | 00:00:12 | Kowalski_T.11 |
| | 59:24      THE WITNESS:  At one point in time we were | | |
| | 59:25      both selling speakers.  So we may have been | | |
| | 60:01      competitive with respect to speakers at one point in | | |
| | 60:02      time. | | |

**Kowalski_T - Revised 5/11 935am**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 60:04 - 60:11 | **Kowalski, Tim 2023-05-08** | 00:00:43 | Kowalski_T.12 |

> 60:04   Q.  And at what point in time was that?
> 60:05   A.  I think around -- we're not really selling
> 60:06        speakers anymore to my knowledge.  I know in 2017
> 60:07        roughly, I may be off by a year or two, we sold what I
> 60:08        refer to as a premium speaker.
> 60:09   Q.  Is it your understanding that Sonos and
> 60:10        Google were competitors in the speaker market at one
> 60:11        point in time?

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 60:13 - 60:16 | **Kowalski, Tim 2023-05-08** | 00:00:08 | Kowalski_T.13 |

> 60:13        THE WITNESS:  Yes, at least one point I
> 60:14        would say competitors in the high-end speaker market
> 60:15        at one point in time, premium speaker market at one
> 60:16        point in time.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 65:09 - 65:09 | **Kowalski, Tim 2023-05-08** | 00:00:04 | Kowalski_T.14 |

> 65:09   Q.  Has Google ever tracked Sonos's patents?

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 65:16 - 65:17 | **Kowalski, Tim 2023-05-08** | 00:00:05 | Kowalski_T.15 |

> 65:16        THE WITNESS:  I don't think I have any
> 65:17        non-privileged information that's responsive.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 66:05 - 66:06 | **Kowalski, Tim 2023-05-08** | 00:00:04 | Kowalski_T.16 |

> 66:05   Q.  Has Google ever done any searches for
> 66:06        Sonos patents?

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 66:09 - 66:11 | **Kowalski, Tim 2023-05-08** | 00:00:05 | Kowalski_T.17 |

> 66:09        THE WITNESS:  I don't think I have any
> 66:10        non-privileged information that's responsive to that
> 66:11        question.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 66:13 - 66:14 | **Kowalski, Tim 2023-05-08** | 00:00:04 | Kowalski_T.18 |

> 66:13   Q.  Has Google ever attempted to locate family
> 66:14        members of Sonos patents?

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 66:17 - 66:22 | **Kowalski, Tim 2023-05-08** | 00:00:13 | Kowalski_T.19 |

> 66:17        THE WITNESS:  Again, I don't have any
> 66:18        non-privileged information to answer in response to
> 66:19        that question.
> 66:20        BY MR. KOLKER:
> 66:21   Q.  Did Google make an effort to learn when
> 66:22        Sonos filed new patents?

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 66:25 - 67:01 | **Kowalski, Tim 2023-05-08** | 00:00:05 | Kowalski_T.20 |

**Kowalski_T - Revised 5/11 935am**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 66:25   THE WITNESS:  I don't have non-privileged | | Kowalski_T.20 |
| | 67:01   information responsive to that question. | | |
| 86:23 - 86:24 | **Kowalski, Tim 2023-05-08** | 00:00:08 | Kowalski_T.24 |
| 🔗 T8240.1 | 86:23   Q.  Mr. Kowalski, can you pull up what we | | |
| | 86:24   marked as Deposition Exhibit Number 1? | | |
| 87:04 - 87:05 | **Kowalski, Tim 2023-05-08** | 00:00:04 | Kowalski_T.25 |
| 🔗 T8240.1.1 | 87:04   Q.  Would you take a minute to review the | | |
| | 87:05   first page of this document. | | |
| 87:07 - 87:10 | **Kowalski, Tim 2023-05-08** | 00:00:12 | Kowalski_T.26 |
| | 87:07   Q.  Did reviewing that first page refresh your | | |
| | 87:08   recollection as to whether Google filed an action | | |
| | 87:09   for declaratory judgment of noninfringement of the | | |
| | 87:10   '966 patent? | | |
| 87:13 - 87:15 | **Kowalski, Tim 2023-05-08** | 00:00:10 | Kowalski_T.27 |
| | 87:13   THE WITNESS:  I see that this document | | |
| | 87:14   shows that Google filed a declaratory judgment | | |
| | 87:15   action of noninfringement of the '966 patent. | | |
| 87:17 - 88:03 | **Kowalski, Tim 2023-05-08** | 00:00:41 | Kowalski_T.28 |
| 🔗 T8240.12 | 87:17   Q.  If you can go ahead and go down to | | |
| | 87:18   Page 12, which is the second-to-last page of the | | |
| | 87:19   document. | | |
| | 87:20   A.  Yes, I think I'm there. | | |
| 🔗 T8240.12.1 | 87:21   Q.  For the record, I'm looking at the | | |
| | 87:22   signature page which has a date and a signature by | | |
| | 87:23   Google attorneys. | | |
| | 87:24   Is that what you're looking at? | | |
| | 87:25   A.  Yes. | | |
| | 88:01   Q.  Do you see that says that this document is | | |
| | 88:02   dated September 28th, 2020? | | |
| | 88:03   A.  I see that. | | |
| 88:12 - 88:14 | **Kowalski, Tim 2023-05-08** | 00:00:12 | Kowalski_T.29 |
| | 88:12   Q.  And just to make sure we're looking at the | | |
| 🔗 T8240.12.2 | 88:13   same document, does the case number read | | |
| | 88:14   3:20-cv-06754, dash, followed by two letters? | | |
| 88:15 - 88:19 | **Kowalski, Tim 2023-05-08** | 00:00:15 | Kowalski_T.30 |
| | 88:15   A.  Yes. | | |
| | 88:16   Q.  Okay.  Any reason to doubt that this | | |
| | 88:17   document was filed by Google on September 28th, | | |

**Kowalski_T - Revised 5/11 935am**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

| | 88:18    2020? | | |
| | 88:19    A.  I don't have any reason to doubt that. | | |
| 89:08 - 89:10 | **Kowalski, Tim 2023-05-08** | 00:00:08 | Kowalski_T.31 |
| | 89:08    Q.  Do you have any understanding as to | | |
| | 89:09         whether this declaratory judgment action alleges | | |
| | 89:10         that Google did not infringe the '966 patent? | | |
| 89:12 - 89:14 | **Kowalski, Tim 2023-05-08** | 00:00:09 | Kowalski_T.32 |
| | 89:12         THE WITNESS:  I believe this document is | | |
| | 89:13         Google is seeking a declaratory judgment of | | |
| | 89:14         noninfringement of the '966 patent. | | |
| 92:02 - 92:09 | **Kowalski, Tim 2023-05-08** | 00:00:18 | Kowalski_T.33 |
| 🗙 Clear | 92:02    Q.  Do you know when Google formed a basis as | | |
| | 92:03         to its belief that it did not infringe the '966 | | |
| | 92:04         patent? | | |
| | 92:05         MR. NARDINELLI:  Object to form.  And | | |
| | 92:06         also, Tim, I will instruct you not to answer that | | |
| | 92:07         question on grounds of privilege. | | |
| | 92:08         THE WITNESS:  Confirming I will follow | | |
| | 92:09         counsel's advice. | | |
| 92:11 - 94:02 | **Kowalski, Tim 2023-05-08** | 00:01:55 | Kowalski_T.34 |
| | 92:11    Q.  Did Google form a basis as to its belief | | |
| | 92:12         that it did not infringe the '966 patent prior to | | |
| | 92:13         receiving Sonos's draft complaint or after receiving | | |
| | 92:14         Sonos's draft complaint? | | |
| | 92:15         MR. NARDINELLI:  Tim, instructing you not | | |
| | 92:16         to answer that question on grounds of privilege. | | |
| | 92:17         THE WITNESS:  Confirming I'm going to | | |
| | 92:18         follow counsel's advice. | | |
| | 92:19         BY MR. KOLKER: | | |
| | 92:20    Q.  As a general matter, what is Google's | | |
| | 92:21         policy for filing a legal pleading? | | |
| | 92:22         MR. NARDINELLI:  Instruct you not to | | |
| | 92:23         answer on grounds of privilege. | | |
| | 92:24         THE WITNESS:  Confirming I'm going to | | |
| | 92:25         follow counsel's advice. | | |
| | 93:01         BY MR. KOLKER: | | |
| | 93:02    Q.  For a legal pleading in general to be | | |
| | 93:03         filed on Google's behalf, does Google have a policy | | |
| | 93:04         of requiring review by Google? | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 93:05   MR. NARDINELLI:  Instruct you not to | | |
| | 93:06   answer on grounds of privilege. | | |
| | 93:07   THE WITNESS:  Confirming I'm going to | | |
| | 93:08   follow counsel's advice. | | |
| | 93:09   BY MR. KOLKER: | | |
| | 93:10  Q.  When Google reviews legal pleadings prior | | |
| | 93:11   to filing, what is the scope of Google's review? | | |
| | 93:12   MR. NARDINELLI:  Instruct you not to | | |
| | 93:13   answer on basis of privilege. | | |
| | 93:14   THE WITNESS:  Confirming I'm going to | | |
| | 93:15   follow counsel's advice. | | |
| | 93:16   BY MR. KOLKER: | | |
| | 93:17  Q.  Do you understand that there is a Rule 11 | | |
| | 93:18   obligation to certify that factual contentions have | | |
| | 93:19   evidentiary support or, if specifically so | | |
| | 93:20   identified, will likely have evidentiary support | | |
| | 93:21   after a reasonable opportunity for further | | |
| | 93:22   investigation or discovery? | | |
| | 93:23   MR. NARDINELLI:  If you know the answer to | | |
| | 93:24   that, Tim, you can answer yes or no. | | |
| | 93:25   THE WITNESS:  I'm generally aware of | | |
| | 94:01   Rule 11.  I am not a litigator, so it doesn't come | | |
| | 94:02   up in my daily practice. | | |
| 94:04 - 95:03 | **Kowalski, Tim 2023-05-08** | 00:00:54 | Kowalski_T.35 |
| | 94:04  Q.  Google states in this pleading that it | | |
| | 94:05   does not infringe the '966 patent. | | |
| | 94:06   Do you know if that contention had | | |
| | 94:07   evidentiary support at the time that this was filed? | | |
| | 94:08   MR. NARDINELLI:  Instruct you not to | | |
| | 94:09   answer on grounds of privilege. | | |
| | 94:10   THE WITNESS:  Confirming I'm going to | | |
| | 94:11   follow counsel's advice. | | |
| | 94:12   BY MR. KOLKER: | | |
| | 94:13  Q.  Prior to filing this declaratory judgment | | |
| | 94:14   complaint, did Google have an opportunity to confirm | | |
| | 94:15   its contention that it did not have -- the '966 | | |
| | 94:16   patent had evidentiary support? | | |
| | 94:17   MR. NARDINELLI:  Instruct you not to | | |
| | 94:18   answer on grounds of privilege. | | |
| | 94:19   THE WITNESS:  Confirming I'm going to | | |

**Kowalski_T - Revised 5/11 935am**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 94:20    follow counsel's advice. | | |
| | 94:21    BY MR. KOLKER: | | |
| | 94:22   Q.   As a general matter, would Google file a | | |
| | 94:23    pleading with the court if it did not believe the | | |
| | 94:24    statements were true? | | |
| | 94:25    MR. NARDINELLI: Instruction not to answer | | |
| | 95:01    on grounds of privilege. Also object to form. | | |
| | 95:02    THE WITNESS: Confirming I'm going to | | |
| | 95:03    follow counsel's advice. | | |
| 95:05 - 95:21 | **Kowalski, Tim 2023-05-08** | 00:00:51 | Kowalski_T.36 |
| | 95:05   Q.   Would Google have filed this declaratory | | |
| | 95:06    judgment action if it did not believe the statements | | |
| | 95:07    that it did not infringe the '966 patent were true? | | |
| | 95:08    MR. NARDINELLI: Objection, calls for | | |
| | 95:09    speculation. I'll also instruct you, Tim, not to | | |
| | 95:10    answer on grounds of privilege. | | |
| | 95:11    THE WITNESS: Confirming I'm going to | | |
| | 95:12    follow counsel's advice. | | |
| | 95:13    BY MR. KOLKER: | | |
| | 95:14   Q.   Would Google have filed this declaratory | | |
| | 95:15    judgment action if it did not have a sufficient | | |
| | 95:16    basis to believe the statements that it did not | | |
| | 95:17    infringe the '966 patent were true? | | |
| | 95:18    MR. NARDINELLI: Object to form. Instruct | | |
| | 95:19    you not to answer on grounds of privilege. | | |
| | 95:20    THE WITNESS: Confirming I'm going to | | |
| | 95:21    follow counsel's advice. | | |

| | |
|---|---|
| Sonos Affirmatives | 00:10:58 |
| **TOTAL RUN TIME** | **00:10:58** |

Documents linked to video:
T8240