# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### CIVIL MINUTES

| **Date:** 5/12/2023 | **Time:**  7:24 –  1:02 = 5 Hours; 15 Minutes | **Judge:** WILLIAM ALSUP |
|---|---|---|
| **Case No.**: 20-cv-06754-WHA | **Case Name:** Sonos, Inc. v. Google, LLC | |
| **Deputy Clerk:** Angella Meuleman | **Court Reporter:** Marla Knox | |

**Attorneys for Plaintiff:** Sean Sullivan, Alyssa Caridis, Dan Smith, Cole Richter, Rory Shea, Clem Roberts.

**Attorneys for Defendant:** Sean Pak, Melissa Baily, Iman Lordgooei, James Judah.

## PROCEEDINGS

JURY TRIAL – Held.

### SUMMARY

Witnesses:  Kevin Almeroth, Ph.D., Timothy Kowalski (video deposition), Alaina Kwasizur, James Maleckowski.

Admitted Exhibits: TX8240, TX6721, TX6631, TX6632, TX6130 (as amended), TX6136 (with redactions only).

See Trial Log for further details.