UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 20-cv-06754-WHA
Case Name: Sonos, Inc. v. Google, LLC

## TRIAL SHEET, EXHIBIT and WITNESS LIST

| JUDGE: **William Alsup** | PLAINTIFFS ATTORNEYS: Sean Sullivan, Alyssa Caridis, Dan Smith, Rory Shea, Cole Richter, Clem Roberts | DEFENSE ATTORNEYS: Sean Pak, Melissa Baily, Iman Lordgooei, James Judah |
|---|---|---|
| TRIAL DATE: 05/12/2023 | REPORTER(S): Marla Knox | CLERK: Angella Meuleman |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 7:24 a.m. | | | Court in session. Briefs and housekeeping matters discussed outside presence of jury. Court directed parties to submit briefs on 5/14/2023, by 5PM, as stated on the record. | |
| | | 8:01 a.m. | | | Jury present. Witness, **Kevin Almeroth, Ph.D.**, on witness stand. Re-cross examination of witness continues by Sean Pak. | |
| | | 8:26 a.m. | | | Court excused witness. | |
| | | | | | Plaintiff reads an interrogatory response to the jury as stated on the record. | |
| | | 8:30 a.m. | | | Deposition video of witness, **Timothy Kowalski**, displayed for jury (11 minutes assessed to Sonos). | |
| TX8240 | | | X | X | Complaint for Declaratory Judgment (TX). | |
| | | | | | Witness, **Alaina Kwasizur**, approaches the witness stand and sworn for testimony. Direct examination of witness by Cole Richter. | |
| TX0307 | | | X | | Webpage: IEEE. | |
| TX6721 | | | X | X | Confidential Patent Covenant Agreement between DEI Sales, Inc. and Sonos, Inc. | |
| TX6632 | | | X | X | Confidential Patent License Agreement between Lenbrook Industries Limited and Sonos, Inc. | |
| TX6631 | | | X | X | Confidential Patent License Agreement between Pass & Seymour, Inc. and Sonos, Inc. | |
| TX6130 | | | X | X | Email from Alaina Kwasizur to Bradley Riel, et al re: Sonos Notice. (Admitted as amended, as stated on the record) | |
| | | 9:21 a.m. | | | Jury excused for break. Housekeeping matters discussed outside presence of jury. | |
| | | 9:30 a.m. | | | Court in recess. | |
| | | 9:46 a.m. | | | Court reconvened. Exhibits discussed outside presence of jury. | |
| | | 9:52 a.m. | | | Jury present. Direct examination of witness continues by Cole Richter. | |

| | | | | | | |
|---|---|---|---|---|---|---|
| TX6136 | | | X | X | Complaint for Patent Infringement in Sonos, Inc. v. Google LLC (WDTX), with redactions only. Admitted for notice only. | |
| | | 10:08 a.m. | | | Cross-examination of witness by Melissa Baily. | |
| | | 10:32 a.m. | | | Re-direct examination of witness by Cole Richter. | |
| | | 10:37 a.m. | | | Re-cross examination of witness by Melissa Baily. | |
| | | 10:41 a.m. | | | Witness, **James Maleckowski**, approaches the witness stand and sworn for testimony. Direct examination of witness by Alyssa Caridis. | |
| | | 11:17 a.m. | | | Jury excused for break. Housekeeping matters discussed outside presence of jury. | |
| | | 11:39 a.m. | | | Court in recess. | |
| | | 11:43 a.m. | | | Jury present. Direct examination of witness continues by Alyssa Caridis. | |
| | | 12:16 p.m. | | | Cross-examination of witness by Melissa Baily. | |
| | | 1:00 p.m. | | | Jury admonished and excused for the day and to report back on Tuesday morning, 5/16/2023, at 7:45 a.m. | |
| | | 1:02 p.m. | | | Court adjourned. | |