UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONOS, INC., <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE, LLC., <br><br> Defendant. | No. C 20-06754 WHA <br> No. C 21-07559 WHA <br><br> (Consolidated) <br><br> **ADDITIONAL QUESTIONS FOR REQUESTED BRIEFING** |

In the requested briefing already due Sunday, May 14, the parties shall please address the following additional questions:

1. Can Sonos claim priority for the '966 patent, written from the perspective of the controller, back to a provisional application that said it was not expected that the controller could do the claimed invention?

2. Was the statement referenced above specifically brought to the attention of the examiner on the '966 patent?

3. Were the appendices ever represented to the PTO to be the user manual? How did they differ from the user manual for the Sonos 2005 system? What is the legal significance of any discrepancy?

4. What lurks in the prosecution history of the '206 patent, and other patents in the zone scene family, that sheds light on what led to the one sentence amendment to column 10 of the specifications of the two patents-in-suit in 2019, or otherwise bears on these issues?

5. Does the sentence added to column 10 of these specifications go to the priority date for conception or to written description only?  If written description only, then the Google systems would not be prior art to the two patents-in-suit, true?

6. Please quote each place in this case (all the way back to day one in both actions) where either side represented to a court that the specifications of the two patents-in-suit were the same as the provisional application specification or the first non-provisional application specification.

All requested briefing shall now be due on SUNDAY, MAY 14, at 8:00 P.M.

**IT IS SO ORDERED.**

Dated:  May 13, 2023.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2