# EXHIBIT 4

# 6/22/2022 SCREENSHOTS RELATED TO TESTING OF GOOGLE PRODUCTS

## (Screenshots Taken on Apple iPhone 12 Pro Running iOS Operating System)

1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**TRIAL EXHIBIT 0441**

CASE NO. 3:20-cv-06754-WHA
DATE ENTERED_____
BY _____
DEPUTY CLERK

**Google Test System**



  

2

**Device Settings for Google Nest Hub Player ("Kitchen"), Google Home Mini Player ("Master Bedroom"), and Google Nest Audio Player ("Living Room")**





3

**Initiating Playback of Audio on Google Nest Hub Player ("Kitchen")**



4

**Creating and Saving "Morning" Speaker Group That Includes Google Nest Hub Player ("Kitchen") and Google Home Mini Player ("Master Bedroom") While Google Nest Hub Player ("Kitchen") Is Playing Audio**



5



TX0441, Page 6 of 90

**Creating and Saving "Evening" Speaker Group That Includes Google Nest Hub Player ("Kitchen") and Google Nest Audio Player ("Living Room") While Google Nest Hub Player ("Kitchen") Is Playing Audio**



7



**Group Settings for "Morning" and "Evening" Speaker Groups**




9

**Google Test System Before and After "Morning" and "Evening" Speaker Groups Are Created and Saved**




TX0441, Page 10 of 90

**Launching "Morning" Speaker Group From Google Home App's Main Page When Google Nest Hub Player ("Kitchen") Is Playing Audio**




11

**Launching "Morning" Speaker Group From Google Home App's Media Tab When No Google Players are Playing Audio**



12

**Launching "Morning" Speaker Group From Google Home App's Media Tab When Google Nest Hub Player ("Kitchen") Is Playing Audio**



13

**Launching "Morning" Speaker Group From Google Home App's Media Tab When Google Home Mini Player ("Master Bedroom") Is Playing Audio**



14

**Launching "Morning" Speaker Group From Google's YouTube Music App When No Google Players Are Playing Audio**







15

**Launching "Morning" Speaker Group From Google's YouTube Music App When Google Nest Hub Player ("Kitchen") Is Playing Audio**







16

**Launching "Morning" Speaker Group From Google's YouTube Music App When Google Home Mini Player ("Master Bedroom") Is Playing Audio**







17

**Launching "Morning" Speaker Group From the Spotify App When No Google Players Are Playing Audio**



18

**Launching "Morning" Speaker Group From the Spotify App When Google Nest Hub Player ("Kitchen") Is Playing Audio**





19

**Launching "Morning" Speaker Group From the Spotify App When Google Home Mini Player ("Master Bedroom") Is Playing Audio**





20

# 11/30/2022 SCREENSHOTS RELATED TO TESTING OF GOOGLE PRODUCTS

## (Screenshots Taken on Google Pixel 7 Phone Running Android Operating System)

21

**Google Test System**







22

**Device Settings for Google Nest Hub Player ("Kitchen"), Google Home Mini Player ("Master Bedroom"), and Google Nest Audio Player ("Living Room")**



TX0441, Page 23 of 90

**Initiating Playback of Audio on Google Nest Hub Player ("Kitchen")**





24

**Creating and Saving "Morning" Speaker Group That Includes Google Nest Hub Player ("Kitchen") and Google Home Mini Player ("Master Bedroom") While Google Nest Hub Player ("Kitchen") Is Playing Audio**



25



TX0441, Page 26 of 90

**Creating and Saving "Evening" Speaker Group That Includes Google Nest Hub Player ("Kitchen") and Google Nest Audio Player ("Living Room") While Google Nest Hub Player ("Kitchen") Is Playing Audio**



27



TX0441, Page 28 of 90

**Group Settings for "Morning" and "Evening" Speaker Groups**

 

29

**Google Test System Before and After "Morning" and "Evening" Speaker Groups Are Created and Saved**




**Launching "Morning" Speaker Group From Google Home App's Media Tab When No Google Players are Playing Audio**



**Launching "Morning" Speaker Group From Google Home App's Media Tab When Google Nest Hub Player ("Kitchen") Is Playing Audio**



**Launching "Morning" Speaker Group From Google Home App's Media Tab When Google Home Mini Player ("Master Bedroom") Is Playing Audio**



33

**Launching "Evening" Speaker Group From Google Home App's Media Tab When Google Nest Hub Player ("Kitchen") And Google Home Mini Player ("Master Bedroom") Are Both Playing Audio as Part of Launched "Morning" Speaker Group**



**Launching "Morning" Speaker Group From Google's YouTube Music App When No Google Players Are Playing Audio**

  

 

35

**Launching "Morning" Speaker Group From Google's YouTube Music App When Google Nest Hub Player ("Kitchen") Is Playing Audio**







36

**Launching "Morning" Speaker Group From Google's YouTube Music App When Google Home Mini Player ("Master Bedroom") Is Playing Audio**








37

**Launching "Evening" Speaker Group From Google's YouTube Music App When Google Nest Hub Player ("Kitchen") And Google Home Mini Player ("Master Bedroom") Are Both Playing Audio as Part of Launched "Morning" Speaker Group**

  

 

38

**Launching "Morning" Speaker Group From the Spotify App When No Google Players Are Playing Audio**



39

**Launching "Morning" Speaker Group From the Spotify App When Google Nest Hub Player ("Kitchen") Is Playing Audio**



40

**Launching "Morning" Speaker Group From the Spotify App When Google Home Mini Player ("Master Bedroom") Is Playing Audio**



41

**Launching "Evening" Speaker Group From the Spotify App When Google Nest Hub Player ("Kitchen") And Google Home Mini Player ("Master Bedroom") Are Both Playing Audio as Part of Launched "Morning" Speaker Group**



# 11/30/2022 SCREENSHOTS RELATED TO TESTING OF GOOGLE PRODUCTS

## (Screenshots Taken on Google Pixelbook Laptop Running ChromeOS Operating System)

43

**Initiating Playback of Audio on Google Nest Hub player ("Kitchen")**



44

**Creating and Saving "Morning" Speaker Group That Includes Google Nest Hub Player ("Kitchen") and Google Home Mini Player ("Master Bedroom") While Google Nest Hub Player ("Kitchen") Is Playing Audio**



45

**Creating and Saving "Evening" Speaker Group That Includes Google Nest Hub Player ("Kitchen") and Google Nest Audio Player ("Living Room") While Google Nest Hub Player ("Kitchen") Is Playing Audio**



46

**Group Settings for "Morning" and "Evening" Speaker Groups**





**Google Test System Before and After "Morning" and "Evening" Speaker Groups Are Created and Saved**




TX0441, Page 48 of 90

**Launching "Morning" Speaker Group From Google Home App's Media Tab When No Google Players are Playing Audio**



**Launching "Morning" Speaker Group From Google Home App's Media Tab When Google Nest Hub Player ("Kitchen") Is Playing Audio**



50

**Launching "Morning" Speaker Group From Google Home App's Media Tab When Google Home Mini Player ("Master Bedroom") Is Playing Audio**



**Launching "Evening" Speaker Group From Google Home App's Media Tab When Google Nest Hub (Player "Kitchen") And Google Home Mini Player ("Master Bedroom") Are Both Playing Audio as Part of Launched "Morning" Speaker Group**



52

**Launching "Morning" Speaker Group From Google's YouTube Music App When No Google Players Are Playing Audio**








53

**Launching "Morning" Speaker Group From Google's YouTube Music App When Google Nest Hub Player ("Kitchen") Is Playing Audio**








54

**Launching "Morning" Speaker Group From Google's YouTube Music App When Google Home Mini Player ("Master Bedroom") Is Playing Audio**








55

**Launching "Evening" Speaker Group From Google's YouTube Music App When Google Nest Hub Player ("Kitchen") And Google Home Mini Player ("Master Bedroom") Are Both Playing Audio as Part of Launched "Morning" Speaker Group**








56

**Launching "Morning" Speaker Group From the Spotify App When No Google Players Are Playing Audio**



**Launching "Morning" Speaker Group From the Spotify App When Google Nest Hub Player ("Kitchen") Is Playing Audio**




58

**Launching "Morning" Speaker Group From the Spotify App When Google Home Mini Player ("Master Bedroom") Is Playing Audio**



59

**Launching "Evening" Speaker Group From the Spotify App When Google Nest Hub Player ("Kitchen") And Google Home Mini Player ("Master Bedroom") Are Both Playing Audio as Part of Launched "Morning" Speaker Group**



60

# 11/30/2022 SCREENSHOTS RELATED TO TESTING OF GOOGLE PRODUCTS

## (Screenshots Taken on Apple iPhone 12 Pro Running iOS Operating System)

**Initiating Playback of Audio on Google Nest Hub player ("Kitchen")**





62

**Creating and Saving "Morning" Speaker Group That Includes Google Nest Hub Player ("Kitchen") and Google Home Mini Player ("Master Bedroom") While Google Nest Hub Player ("Kitchen") Is Playing Audio**



63



**Creating and Saving "Evening" Speaker Group That Includes Google Nest Hub Player ("Kitchen") and Google Nest Audio Player ("Living Room") While Google Nest Hub Player ("Kitchen") Is Playing Audio**



65



TX0441, Page 66 of 90

**Group Settings for "Morning" and "Evening" Speaker Groups**




**Google Test System Before and After "Morning" and "Evening" Speaker Groups Are Created and Saved**




68

**Launching "Morning" Speaker Group From Google Home App's Media Tab When No Google Players are Playing Audio**



69

**Launching "Morning" Speaker Group From Google Home App's Media Tab When Google Nest Hub Player ("Kitchen") Is Playing Audio**



70

**Launching "Morning" Speaker Group From Google Home App's Media Tab When Google Home Mini Player ("Master Bedroom") Is Playing Audio**



71

**Launching "Evening" Speaker Group From Google Home App's Media Tab When Google Nest Hub Player ("Kitchen") And Google Home Mini Player ("Master Bedroom") Are Both Playing Audio as Part of Launched "Morning" Speaker Group**



**Launching "Morning" Speaker Group From Google's YouTube Music App When No Google Players Are Playing Audio**











73

**Launching "Morning" Speaker Group From Google's YouTube Music App When Google Nest Hub Player ("Kitchen") Is Playing Audio**











74

**Launching "Morning" Speaker Group From Google's YouTube Music App When Google Home Mini Player ("Master Bedroom") Is Playing Audio**








75

**Launching "Evening" Speaker Group From Google's YouTube Music App When Google Nest Hub Player ("Kitchen") And Google Home Mini Player ("Master Bedroom") Are Both Playing Audio as Part of Launched "Morning" Speaker Group**











76

**Launching "Morning" Speaker Group From the Spotify App When No Google Players Are Playing Audio**



**Launching "Morning" Speaker Group From the Spotify App When Google Nest Hub Player ("Kitchen") Is Playing Audio**



78

**Launching "Morning" Speaker Group From the Spotify App When Google Home Mini Player ("Master Bedroom") Is Playing Audio**



**Launching "Evening" Speaker Group From the Spotify App When Google Nest Hub Player ("Kitchen") And Google Home Mini Player ("Master Bedroom") Are Both Playing Audio as Part of Launched "Morning" Speaker Group**



80

# 1/23/2023 SCREENSHOTS RELATED TO TESTING OF GOOGLE PRODUCTS

## (Screenshots Taken on Google Pixel 6 Phone Running Android Operating System)

**Creating and Saving New "Evening" Speaker Group That Includes First Google Nest Audio Player ("Den speaker") and Second Google Nest Audio Player ("Attic speaker") While No Google Players are Playing Audio**



82

**Creating and Saving New "Evening" Speaker Group That Includes First Google Nest Audio Player ("Den speaker") and Second Google Nest Audio Player ("Attic speaker") While First Google Nest Audio Player ("Den speaker") Is Playing Audio**



83

**Creating and Saving New "Evening" Speaker Group That Includes First Google Nest Audio Player ("Den speaker") and Second Google Nest Audio Player ("Attic speaker") While First Google Nest Audio Player ("Den speaker") Is Playing Audio ("Side to Side") and Second Google Nest Audio Player ("Attic speaker") Is Playing Audio ("Dance Monkey")**

 



85

**Adding a Google Nest Hub Player ("Kitchen") That Is Not Playing Audio to a Pre-existing, Unlaunched "Morning" Speaker Group That Includes First Google Nest Audio Player ("Den speaker") and Second Google Nest Audio Player ("Attic speaker") That Are Not Playing Audio**



86

**Adding a Google Nest Hub Player ("Kitchen") That Is Playing Audio to a Pre-existing, Unlaunched "Morning" Speaker Group That Includes First Google Nest Audio Player ("Den speaker") and Second Google Nest Audio Player ("Attic speaker") That Are Not Playing Audio**







87

**Adding a Google Nest Hub Player ("Kitchen") That Is Not Playing Audio To a Pre-existing, Launched "Morning" Speaker Group That Includes First Google Nest Audio Player ("Den speaker") and Second Google Nest Audio Player ("Attic speaker") That Are Both Playing Audio ("Bang Bang") as Part of the Pre-existing, Launched "Morning" Speaker Group**



88

**Adding a Google Nest Hub Player ("Kitchen") That Is Playing Audio ("Cheap Thrills") To a Pre-existing, Launched "Morning" Speaker Group That Includes First Google Nest Audio Player ("Den speaker") and Second Google Nest Audio Player ("Attic speaker") That Are Both Playing Audio ("Side by Side") as Part of the Pre-existing, Launched "Morning" Speaker Group**

 

89











90