QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Sean Pak (Bar No. 219032)
  seanpak@quinnemanuel.com
  Melissa Baily (Bar No. 237649)
  melissabaily@quinnemanuel.com
  James Judah (Bar No. 257112)
  jamesjudah@quinnemanuel.com
  Lindsay Cooper (Bar No. 287125)
  lindsaycooper@quinnemanuel.com
  Iman Lordgooei (Bar No. 251320)
  imanlordgooei@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:     (415) 875-6600
Facsimile:     (415) 875-6700

  Marc Kaplan *(pro hac vice)*
  marckaplan@quinnemanuel.com
191 N. Wacker Drive, Ste 2700
Chicago, Illinois 60606
Telephone:     (312) 705-7400
Facsimile:     (312) 705-7401

*Attorneys for GOOGLE LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SONOS, INC.,<br><br>            Plaintiff,<br><br>    vs.<br><br>GOOGLE LLC,<br><br>            Defendant. | Case No. 3:20-cv-06754-WHA<br>Consolidated with Case No. 3:21-cv-07559<br><br>**DECLARATION OF MARC KAPLAN IN SUPPORT OF GOOGLE LLC'S RESPONSE TO THE COURT'S INQUIRY ON THE APPENDICES IN THE SONOS 2006 PROVISIONAL AND ADDITIONAL QUESTIONS FOR REQUESTED BRIEFING (DKT. 719)** |

I, Marc Kaplan, declare and state as follows:

1. I am an attorney licensed to practice in the State of Illinois and have been admitted *pro hac vice* in this matter. I am a partner at Quinn Emanuel Urquhart & Sullivan LLC representing Google LLC ("Google") in this matter. I make this declaration in support of Google's Response to the Court's Inquiry on the Appendices in the Sonos 2006 Provisional and Additional Questions for Requested Briefing (Dkt. 719). If called as a witness, I could and would testify competently to the information contained herein.

2. Attached as Exhibit 1 is a true and correct copy of an excerpt of the May 12, 2023 trial transcript in this action.

3. Attached as Exhibit 2 is a true and correct copy of Office Action Responses for the '885 and '966 patents dated August 23, 2019.

4. Attached as Exhibit 3 is a true and correct copy of TX0062 and TX0063.

5. Attached as Exhibit 4 is a true and correct copy of TX6544.

6. Attached as Exhibit 5 is a true and correct copy of TX6545.

7. Attached as Exhibit 6 is a true and correct copy of an excerpt of the May 11, 2023 trial transcript in this action.

8. Attached as Exhibit 7 is a true and correct copy of an excerpt of the May 10, 2023 trial transcript in this action.

I declare under penalty of perjury that to the best of my knowledge the foregoing is true and correct. Executed on May 14, 2023, in San Francisco, California.

DATED: May 14, 2023

By: */s/ Marc Kaplan*
Marc Kaplan

**ATTESTATION**

I, Sean Pak, am the ECF user whose ID and password are being used to file the above Declaration. In compliance with Civil L.R. 5-1(h)(3), I hereby attest that Marc Kaplan has concurred in the aforementioned filing.

*/s/ Sean Pak*
Sean Pak