# EXHIBIT 1

**Volume 6**

**Pages 946 - 1175**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Before The Honorable William H. Alsup, Judge

SONOS, INC.,                          )
                                      )
          Plaintiff and               )
Counter-Defendant,                    )
                                      )
  VS.                                 )   **NO. C 20-6754 WHA**
                                      ) Related Case No. **C 21-07559 WHA**
GOOGLE, LLC,                          )
                                      )
          Defendant and               )
Counter-Claimant.                     )
_____)

San Francisco, California
Friday, May 12, 2023

<u>**TRANSCRIPT OF JURY TRIAL PROCEEDINGS**</u>

<u>**APPEARANCES**</u>:

For Plaintiff/Counter-Defendant:

              ORRICK, HERRINGTON & SUTCLIFFE LLP
              The Orrick Building
              405 Howard Street
              San Francisco, California  94105
      BY:  **CLEMENT S. ROBERTS, ATTORNEY AT LAW**
            **ELIZABETH R. MOULTON, ATTORNEY AT LAW**

              ORRICK, HERRINGTON & SUTCLIFFE LLP
              777 South Figueroa Street, Suite 3200
              Los Angeles, California 90017
      BY:  **ALYSSA M. CARIDIS, ATTORNEY AT LAW**

      **(APPEARANCES CONTINUED ON FOLLOWING PAGE)**

REPORTED BY:  Marla F. Knox, CSR No. 14421, RPR, CRR, RMR
             United States District Court - Official Reporter

1  because you know how busy they are.  They're busier than even a

2  district judge, and so I'm -- and they may not have understood

3  the significance of it and the priority dates and leaving to

4  the judge later to figure out does this sentence count for

5  purposes of a 2005 priority or for purposes of a 2018 priority.

6  If it's 2018, then maybe the Google system predates your whole

7  thing and your patent is invalid.  Maybe.

8          **MR. SHEA:**  So, Your Honor --

9          **THE COURT:**  But just a second.

10     You led me to believe, Mr. Pak, that 5B came in in 2018.

11         **MR. PAK:**  I apologize if that was the impression.  I'm

12  talking about 5B with that sentence.  5B with that sentence.

13  Without that sentence, 5B does not get you to overlapping zone

14  scenes.  That sentence is critical to understand how you go

15  from Figure 5B.

16         **THE COURT:**  All right.  We've got -- is the jury

17  ready?

18         **THE LAW CLERK:**  Yeah.

19         **THE COURT:**  All right.  Hang on a minute.

20     I want additional briefing.

21         **MR. PAK:**  Thank you.

22         **MR. SHEA:**  Thank you, Your Honor.

23         **THE COURT:**  I want to know -- and I want it by Sunday

24  night at 5:00 p.m., not 8:00 p.m., and I -- and I want to

25  understand the legal significance of an appendix:  Is it part

1   of the specification?  What does it mean?

2       The priority date -- there's, in my mind, a 50-50 chance

3   that these patents are invalid because the Google system

4   predated them because it was inadequate written description

5   prior to that date, and that's the very reason you snuck it in

6   there.

7       That's my suspicion.  You're sitting around the conference

8   room there at the Sonos saying "How can we -- we don't have a

9   good enough description.  Maybe we better -- let's move this

10  in."

11      Now, maybe -- maybe the law is, "Oh, no, this counts as

12  part of the appendix.  It counts."  But, to my mind, the whole

13  point of the written description is to teach the world how to

14  do it.  If you have to go find something in some appendix

15  that's online, that's crazy.  What a crazy way to run a system.

16      So I -- I feel like there's a significant written

17  description issue here with respect to the claims in suit.  Do

18  not slide off of that.  I want to know case law that deals with

19  appendixes priority dates laid it out.

20          **MR. PAK:**  Thank you, Your Honor.

21          **THE COURT:**  Now, I want to know something.  Was there

22  anything else in 2018 or '19 that was snuck into the

23  specification?  Even one word I want to know.

24          **MR. PAK:**  I'll go back and check.  I don't know.

25          **MR. SHEA:**  I can address that, Your Honor.  I know the

1

2

3                     **<u>CERTIFICATE OF REPORTER</u>**

4           I certify that the foregoing is a correct transcript

5    from the record of proceedings in the above-entitled matter.

6

7    DATE:    Friday, May 12, 2023

8

9

10

11    _____

12           Marla F. Knox, CSR No. 14421, RPR, CRR, RMR
              United States District Court - Official Reporter
13

14

15

16

17

18

19

20

21

22

23

24

25