# EXHIBIT 6

**Volume 5**

**Pages 710 - 945**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Before The Honorable William H. Alsup, Judge

| | |
|---|---|
| SONOS, INC., ) | |
| ) | |
| Plaintiff and ) | |
| Counter-Defendant, ) | |
| ) | |
| VS. ) | **NO. C 20-6754 WHA** |
| ) | Related Case No. **C 21-07559 WHA** |
| GOOGLE, LLC, ) | |
| ) | |
| Defendant and ) | |
| Counter-Claimant. ) | |
| ) | |

San Francisco, California
Thursday, May 11, 2023

**TRANSCRIPT OF JURY TRIAL PROCEEDINGS**

**APPEARANCES**:

For Plaintiff/Counter-Defendant:

        ORRICK, HERRINGTON & SUTCLIFFE LLP
        The Orrick Building
        405 Howard Street
        San Francisco, California  94105
**BY:**  **CLEMENT S. ROBERTS, ATTORNEY AT LAW**
     **ELIZABETH R. MOULTON, ATTORNEY AT LAW**

        ORRICK, HERRINGTON & SUTCLIFFE LLP
        777 South Figueroa Street, Suite 3200
        Los Angeles, California 90017
**BY:**  **ALYSSA M. CARIDIS, ATTORNEY AT LAW**

**(APPEARANCES CONTINUED ON FOLLOWING PAGE)**

REPORTED BY:  Marla F. Knox, CSR No. 14421, RPR, CRR, RMR
            United States District Court - Official Reporter

1 patent was already out there in the ether.

2    Okay.  Can we -- are they all here yet?  Is there anything
3 else urgent to bring up before we bring in the jury?

4        **MR. RICHTER:**  One point of clarification.

5        **THE COURT:**  Sure.  Please go ahead.

6        **MR. RICHTER:**  I need to apologize for a clarification.
7    You and I had a discussion yesterday about the
8 specification in this case and whether it's the same, and I
9 said it was the same, and that's true insofar as there's an
10 incorporation by reference in the specification to the
11 provisional.
12    However, the specification has changed in slight ways as
13 the applicant has amended the specification over the years to
14 bring in things from the provisional, which is perfectly
15 permissible under Rule 57(g).  I just thought I should bring
16 that up.

17        **THE COURT:**  I appreciate you telling me that, but --

18        **MR. RICHTER:**  I apologize for any confusion,
19 Your Honor.

20        **THE COURT:**  All right.  Before you bring the jury,
21 well, then that comes back to a different point, which is --
22 and, you know, this is just my -- my -- I'm not making a ruling
23 on this, but I -- the word "overlapping" never appears in the
24 specification.  It just doesn't.

25    And so when I asked the witness yesterday, he pointed to

### CERTIFICATE OF REPORTER

I certify that the foregoing is a correct transcript from the record of proceedings in the above-entitled matter.

DATE:   Thursday, May 11, 2023

_____

Marla F. Knox, CSR No. 14421, RPR, CRR, RMR
United States District Court - Official Reporter