# EXHIBIT 7

Volume 4

Pages 569 - 709

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Before The Honorable William H. Alsup, Judge

SONOS, INC.,                          )
                                      )
          Plaintiff and               )
Counter-Defendant,                    )
                                      )
   VS.                                )    NO. C 20-6754 WHA
                                      )Related Case No. C 21-07559 WHA
GOOGLE, LLC,                          )
                                      )
          Defendant and               )
Counter-Claimant.                     )
_____)

                          San Francisco, California
                          Wednesday, May 10, 2023

               TRANSCRIPT OF JURY TRIAL PROCEEDINGS

APPEARANCES:

For Plaintiff/Counter-Defendant:

                    ORRICK, HERRINGTON & SUTCLIFFE LLP
                    The Orrick Building
                    405 Howard Street
                    San Francisco, California  94105
               BY:  CLEMENT S. ROBERTS, ATTORNEY AT LAW
                    ELIZABETH R. MOULTON, ATTORNEY AT LAW

                    ORRICK, HERRINGTON & SUTCLIFFE LLP
                    777 South Figueroa Street, Suite 3200
                    Los Angeles, California 90017
               BY:  ALYSSA M. CARIDIS, ATTORNEY AT LAW

          (APPEARANCES CONTINUED ON FOLLOWING PAGE)

REPORTED BY:  Marla F. Knox, CSR No. 14421, RPR, CRR, RMR
              United States District Court - Official Reporter

1   versus this business record from the time that you were working

2   on the zone scenes technology, which in your opinion is a more

3   reliable source?

4   A.   Um, well, I think the document is written down.  I mean,

5   I -- the point it's trying to make with that --

6   Q.   If you can answer my question, Mr. Lambourne.  Between

7   your recollection sitting here today trying to remember what

8   happened 17 years ago versus a business record that you

9   created, last modified January 19th, 2006, in your opinion

10  which is a better and more reliable source of what actually

11  happened in the January timeframe of 2006?

12  A.   In the document -- the document would be more reliable.

13  Q.   Thank you.  And you see that January 19th, 2006, is the

14  last modification document.  Do you remember that?

15  A.   Yes.

16  Q.   And let's scroll through again just to remind the jury

17  what this document is.  If you go down to section 4, do you

18  recall that we talked about the zone scenes chapter?

19  A.   Yes.

20  Q.   And zone scenes chapter is described in the notes as

21  concept of zone scenes but they are described in the final

22  chapter.  Do you see that?

23  A.   Yes.

24  Q.   And if we go to chapter 4 -- Mr. Fisher, page 27 -- this

25  is what you wrote in your business record back in January of

1    2006.  "Party Mode that currently ships with the product is one

2    example of a zone scene;" correct?

3    A.   I did write that, yes.

4    Q.   You disagree with it now but what you wrote back then is

5    Party Mode that currently ships with the 2005 prior art system

6    is one example of a zone scene; correct?

7    A.   I did write that, yes.

8    Q.   Yes.  The dates are important.  So if this document, going

9    back to the first page, was last modified January 19th, 2006?

10   A.   Correct.

11   Q.   Keep that date in mind.  The document that counsel showed

12   you, the zone scene specification --

13           MR. PAK:  Let's pull up TX6545 -- Mr. Fisher, maybe we

14   can leave this on the top portion of the screen.  On the bottom

15   let's pull up TX6545.

16                   (Pause in proceedings.)

17   BY MR. PAK:

18   Q.   Do you see, sir, that TX6545, the zone scenes UI

19   specification that you discussed with counsel, was last

20   modified on December 21, 2005?

21   A.   Yeah, I see that, yes.

22   Q.   So you had completed your work on the zone scenes

23   specification in its entirety by December 21, 2005.  Do you see

24   that?

25   A.   I had completed the spec, yes.

1   **Q.**   That's right.   And then later you came back and last

2   modified the TX6544, the clock and alarm clock specification,

3   on January 19th, 2006; correct?

4   **A.**   Yes.

5   **Q.**   So after you had completed your zone scenes UI

6   specification, a few weeks later you came back and modified the

7   Sonos UI specification for clock and alarm clock with a chapter

8   titled "Zone Scenes;" is that true?

9   **A.**   I wouldn't -- I wouldn't agree with that conclusion.   I

10   modified the document but I might have modified any part of it.

11   **Q.**   Sir, we are talking about the facts, not your

12   recollection.   You don't know with certainty what you actually

13   did 17 years ago; correct?

14          **THE COURT:**   Well, his -- what he is saying is he might

15   have modified the document but maybe that chapter was already

16   in there.

17   **BY MR. PAK:**

18   **Q.**   We don't know?

19          **THE COURT:**   We don't -- he is saying that.   He says he

20   doesn't know, but the way you pitched your question was he

21   modified chapter 4 and -- after he finished the other document,

22   and he is saying he doesn't agree necessarily with that

23   conclusion.

24          **MR. PAK:**   Thank you, Your Honor.

25   \\\

1    BY MR. PAK:

2    Q.    My point is simply this:  Around the same time that you

3    were completing the zone scenes UI specification, which is

4    TX6545, you were around the same time period writing the clock

5    and alarm clock UI specification with the last modification

6    date of January 19th, 2006; correct?

7    A.    Yes.

8    Q.    And in that first document, TX6544, you wrote "Party Mode

9    is one example of a zone scene;" correct?

10   A.    Yes.

11   Q.    Thank you.  And I don't want to repeat my examination from

12   yesterday, but I think we already established that nothing in

13   the actual claim language of claim 1 of the '885 and claim 1 of

14   the '966 patent requires a user to create and save the claimed

15   zone scenes; correct?

16   A.    The claim didn't use the -- use the word "user."  I didn't

17   see the word "user," correct.

18   Q.    So when you gave testimony about how the Party Mode in the

19   Sonos 2005 system was not user created or user named, the

20   actual claims being asserted in this case do not contain those

21   requirements for claim 1 of each patent; correct?

22   A.    I mean, yeah, the invention described "user" a lot.  The

23   word "user" is not in the claims.

24   Q.    You wrote the specification.  Your lawyers wrote the

25   claims; is that right?

PROCEEDINGS

```
 1                 (Proceedings resumed at 11:02 a.m.)

 2          THE CLERK:  Please remain seated.  Please come to

 3   order.

 4          THE COURT:  All right.  Let's go back to work.

 5   Everybody here?  Be seated, please.

 6      I have got a question for my own edification.  I have been

 7   reading -- when all of you get to be in your 70s, maybe you

 8   will understand.  It's so hard to read this fine print.  I

 9   really struggle at my age trying to read this print.  And I can

10   do it, but sometimes I have to start over because my eyes go

11   off onto a different line.

12      But is this the -- I'm reading the one that happens to be

13   '966 -- is that the same as what was published in 2005, or is

14   this a brand-new -- brand-new specification?

15          MR. RICHTER:  The specification was published in 2006,

16   I believe, Your Honor, but it's a straight continuation and so

17   it's the nearly identical specification from the original

18   filing, yes.

19          THE COURT:  But it's different in some respect?

20          MR. RICHTER:  It has an initial sentence in the very

21   first that says this application claims priority to such and

22   such an application.  Other than that, no changes.

23          THE COURT:  All right.  So this -- column 8 where it

24   has the paragraph that says, "One mechanism for joining zone

25   players together," et cetera, and then it has bathroom bedroom,
```

**ALMEROTH - DIRECT / SHEA**

1        **THE COURT:**  All right.  It's unnecessary to get me to

2   certify that.  I don't do that.  The Federal Rules do not

3   require that.

4        But as long as any expert witness stays within their area

5   of expertise, we will be fine.  So please proceed.  Ask your

6   first question.

7        **MR. SHEA:**  Thank you, Your Honor.

8   **BY MR. SHEA:**

9   **Q.**   Dr. Almeroth, are you being compensated for your work on

10  this case?

11  **A.**   Yes, I am.

12  **Q.**   Is that compensation dependent upon anything that happens

13  over the course of this trial?

14  **A.**   No.  I'm here to give my independent opinions as I see the

15  systems and how they operated, and so my compensation is not

16  dependent on giving opinions one way or another.

17  **Q.**   Dr. Almeroth, let's start by talking about the patents.

18  You can find those in your exhibits binder that I handed to

19  you, yes, at -- and the first -- I want to have you go to TX1

20  and TX3.

21  **A.**   Okay.

22  **Q.**   Maybe we could -- we could just look at TX1 as

23  representative.

24       How do the '885 and '966 patents relate?

25  **A.**   They are part of what's called a "continuation chain."  So

1   they date back over time where patents were filed with the same

2   specification and they have different sets of claims at the

3   end.  But the description of the invention, what the

4   specification is, the columns in it, the figures, that's all

5   the same.

6   **Q.**   What do the '885 and '966 patents say about the problems

7   that existed in the art at the time?

8   **A.**   Yeah.  So far we have heard a lot about what was happening

9   in the 2005 timeframe.  The one thing I wanted to add is that

10  there's a part of the specification that describes those kinds

11  of problems before it gets into the part that describes the

12  solution.

13       So, Mr. Jay, if you go to TX1, the '966 patent, about the

14  bottom of column 1 around line 62, that's one of the places to

15  look.

16       And what this talks about generally is the problems with

17  traditional multizone audio systems, that they are hard wired

18  or controlled by a pre-configured and preprogrammed controller.

19       And we have heard that described in a couple of different

20  ways, the idea that you have groups that are already defined,

21  like Party Mode where they can't be changed or even where you

22  have things like traditional speakers that are connected by

23  wires through an AV receiver.

24       And so the patent starts off by describing some of the

25  problems with those kinds of solutions.

1

2

3                          <u>**CERTIFICATE OF REPORTER**</u>

4           I certify that the foregoing is a correct transcript

5      from the record of proceedings in the above-entitled matter.

6

7      DATE:   Wednesday, May 10, 2023

8

9

10

11      _____

12           Marla F. Knox, CSR No. 14421, RPR, CRR, RMR
             United States District Court - Official Reporter
13

14

15

16

17

18

19

20

21

22

23

24

25