1  CLEMENT SETH ROBERTS (SBN 209203)
   croberts@orrick.com
2  BAS DE BLANK (SBN 191487)
   basdeblank@orrick.com
3  ALYSSA CARIDIS (SBN 260103)
   acaridis@orrick.com
4  Orrick, Herrington & Sutcliffe LLP
   The Orrick Building
5  405 Howard Street
   San Francisco, CA 94105-2669
6  Telephone:    +1 415 773 5700
   Facsimile:    +1 415 773 5759
7
   SEAN M. SULLIVAN (pro hac vice)
8  sullivan@ls3ip.com
   MICHAEL P. BOYEA (pro hac vice)
9  boyea@ls3ip.com
   COLE RICHTER (pro hac vice)
10 richter@ls3ip.com
   LEE SULLIVAN SHEA & SMITH LLP
11 656 W Randolph St., Floor 5W
   Chicago, IL 60661
12 Telephone:    +1 312 754 0002
   Facsimile:    +1 312 754 0003
13
   *Attorneys for Sonos, Inc.*
14

15              UNITED STATES DISTRICT COURT

16              NORTHERN DISTRICT OF CALIFORNIA

17                 SAN FRANCISCO DIVISION

18 GOOGLE LLC,                          Case No. 3:20-cv-06754-WHA
                                        Related to Case No. 3:21-cv-07559-WHA
19        Plaintiff and Counterdefendant,
                                        **DECLARATION OF RORY SHEA IN**
20 v.                                   **SUPPORT OF SONOS, INC.'S BRIEF**
                                        **REGARDING PRIORITY DATE AND**
21 SONOS, INC.,                         **WRITTEN DESCRIPTION**

22        Defendant and Counterclaimant.
                                        Date: March 9, 2023
23                                      Time: 8:00 a.m.
                                        Place: Courtroom 12, 19th Floor
24                                      Judge: Hon. William Alsup

25                                      Complaint Filed: September 28, 2020

26

27

28

I, Cole Richter, declare as follows and would so testify under oath if called upon to do so:

1. I am an attorney with the law firm of Lee, Sullivan, Shea & Smith, LLP, counsel of record to Sonos, Inc. ("Sonos") in the above-captioned matter. I am a member in good standing of the Bar of the State of Illinois. I make this declaration based on my personal knowledge, unless otherwise noted. If called, I can and will testify competently to the matters set forth herein.

2. I make this declaration in support of Sonos, Inc.'s Opposition To Google's Motion To Strike Expert Reports.

3. Attached as **Exhibit 1** is a true and correct copy of U.S. App. No. 60/825,407 (2006 provisional application). This exhibit has been highlighted for convenience.

4. Attached as **Exhibit 2** is a true and correct copy of excerpts from U.S. App. No. 11/853,790 (2007 application). This exhibit has been highlighted for convenience.

5. Attached as **Exhibit 3** is a true and correct copy of U.S. Patent No. 10,848,885 (TX0003).

6. Attached as **Exhibit 4** is a true and correct copy of U.S. Patent No. 10,469,966 (TX0001).

7. Attached as **Exhibit 5** is a true and correct copy of U.S. Patent No. 8,483,853 (TX6667).

8. Attached as **Exhibit 6** is a true and correct copy of excerpts from U.S. App. No. 13/896,829 (May 2013 application). This exhibit has been highlighted for convenience.

9. Attached as **Exhibit 7** is a true and correct copy of U.S. Patent No. 8,843,228 (TX6668).

10. Attached as **Exhibit 8** is a true and correct copy of excerpts from U.S. App. No. 14/465,457 (August 2014 application). This exhibit has been highlighted for convenience.

11. Attached as **Exhibit 9** is a true and correct copy of U.S. Patent No. 9,344,206 (TX6669).

12. Attached as **Exhibit 10** is a true and correct copy of excerpts from U.S. App. No. 15/130,919 (2016 application). This exhibit has been highlighted for convenience.

13.     Attached as **Exhibit 11** is a true and correct copy of the Nov, 18, 2019 Response to Office Action from the 2016 application.  This exhibit has been highlighted for convenience.

14.     Attached as **Exhibit 12** is a true and correct copy of the Aug 23, 2019 Response to Office Action from the '885 application.  This exhibit has been highlighted for convenience.

15.     Attached as **Exhibit 13** is a true and correct copy of the Aug 23, 2019 Response to Office Action from the '966 application.  This exhibit has been highlighted for convenience.

16.     Attached as **Exhibit 14** is a true and correct copy of June 4, 2019 Preliminary Amendment from the May 2019 application.  This exhibit has been highlighted for convenience.

17.     Attached as **Exhibit 15** is a true and correct copy of U.S. Patent No. 11,388,532 (TX7213).

18.     Attached as **Exhibit 16** is a true and correct copy of file history excerpts from U.S. App. No. 16/383,561 (885 application).  This exhibit has been highlighted for convenience.

19.     Attached as **Exhibit 17** is a true and correct copy of file history excerpts from U.S. App. No. 16/383,565 (966 application).  This exhibit has been highlighted for convenience.

20.     Attached as **Exhibit 18** is a true and correct copy of excerpts from U.S. App. No. 16/422,160 (May 2019 application).  This exhibit has been highlighted for convenience.

21.     Attached as **Exhibit 19** is a true and correct copy of U.S. Patent No. 10,897,679.

22.     Attached as **Exhibit 20** is a true and correct copy of excerpts of the deposition of Tim Kowalski taken on May 8, 2023.

23.     Attached as **Exhibit 21** is a true and correct copy of Sonos UI Specification: Zone Scenes (TX6545).

24.     Attached as **Exhibit 22** is a true and correct copy of the Sonos User Guide (2005) (TX6991).

25.     Attached as **Exhibit 23** is a true and correct copy of excerpts from the 2016 application File History.  This exhibit has been highlighted for convenience.

26.     Attached as **Exhibit 24** is a true and correct copy of excerpts from the 2016 application File History.  This exhibit has been highlighted for convenience.

27.     Attached as **Exhibit 25** is a true and correct copy of the September 19, 2019 Correction Response from the '885 application.  This exhibit has been highlighted for convenience.

28.     Attached as **Exhibit 26** is a true and correct copy of the September 23, 2019 Correction Response from the '966 application.  This exhibit has been highlighted for convenience.


I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed this 14th day of May, 2023 in San Francisco, California.

Rory Shea

DECL. OF SHEA ISO SONOS'S BRIEF REGARDING
PRIORITY DATE AND WRITTEN DESCRIPTION
3:20-CV-06754-WHA