# EXHIBIT 1
# Part 2 of 2

**Alarm length/Sleep timer icon on Now Playing Screen**







- The sleep timer icon is shown next to the Shuffle and Repeat icons
- The right edge of the snooze icon aligns with the right edge of the track progress bar
- The separation between the icons is 5 clear pixels
- The blue Rhapsody Radio 'bubble' should be horizontally resized when the snooze icon is present.
- The gap between the right edge of the blue bubble and the left edge of the snooze icon should be 5 clear pixels.
- The snooze icon should site in the vertically in the middle of the blue bubble (5 pixels above, 5 below).

---

**Sonos UI Specification: Alarm Clock**

### 3.5    Alarms Overview



*Note the absence of the View Queue and Queue Counter when we go one level deeper in the alarm UI. This is to reduce any confusion that may occur between the Alarm music and the Current Queue of music.*

**Play Alarm Now soft button**



User selects 'Play Alarm' from the pop-up. The alarm will activate.
– The UI will stay on the same screen (but without the popup)
– TBD – this may change if alarms automatically trigger the clock view

**3.6     New Album and Editing an existing alarm**



**New  Alarm**

- Adds a new alarm with the default settings
- The screen navigates to show the new alarm page.
- The system can contain up to 32 alarms
- If the limits of 32 alarms is reached, add alarm will trigger the following popup message (the UI will not navigate to the "New Alarm" page.

- You can't add any more alarms, please delete an alarm before you add a new one.
- Press Ok to Continue.

- The default settings for an alarm are described in the section below.

**Edit Alarm**
Clicking OK on an existing alarm will navigate the UI to that alarm's edit page.

**Save Alarm**
Pressing the Save button will save the alarm and navigate to the Alarms List screen
No confirmation will be shown (Save is an explicit action that doesn't result in deleted information if pressed by mistake).

**Navigating Away from the New/Edit Alarm page**

If an alarm has been edited, or the alarm is new and the following navigation buttons are pressed, a resultant confirmation box will be shown.

Back button
Zones button
Music button



## 3.7    Alarm Settings/Variables



Each alarm will have the following variables

- – Alarm On/Off
- – Time
- – Zone
- – Music
- – Frequency [once]
- – Alarm Length
- – *Play Mode (TBD we may add shuffle mode as an option)*

**Sonos UI Specification: Alarm Clock**

### 3.7.1    Alarm on/off



This allows the alarm to be turned on/off without losing the alarm settings.

### 3.7.2   Alarm Time



    –   The time set popup consists of three fields

    –   TBD – should the 3 fields become 2 if the user has set the system to 24 hour clock?



**Sonos UI Specification: Alarm Clock**

### 3.7.3   Alarm Zone



**Sonos UI Specification: Alarm Clock**

### 3.7.4   Alarm Music



– The Select Music UI is a limited form of the regular CR music browse
– The user should not be able to drill down to the track level
– On the level *above* the track level, if the user presses OK, they will see the confirmation dialog.
– When the user press OK on the confirmation dialog, the UI should return to the main Alarm variables page (top left of above diagram). This transition is made without an animation.
– **Rhapsody Stations and Current Queue are TBD items**

**Relationship to the Now Playing Screen and Back Button.**

If the user presses the Music button while on the alarm screens, the UI will navigate to the Now Playing screen.

If the user navigates to the Now Playing screen from screens 2, 3 or 4 (above), and subsequently press the Back button, the UI should navigate back to screen 1 (and not 2, 3, or 4). This is designed to avoid confusion between the Music choices for the alarm and music choices for general playback.

**Sonos UI Specification: Alarm Clock**

### 3.7.5   Alarm Frequency



**Sonos UI Specification: Alarm Clock**

### 3.7.6   Alarm Length



– The 'No Limit' option means that no alarm timer will be set
– The alarm timer is the same as the sleep timer.
– When an alarm with a timer (anything other than 'no limit') starts, the sleep timer for the zone (or zone group) is triggered.
– Users can override the alarm timer by setting the sleep timer.

**Zone linking/unlinking activities**

– The alarm length applies to the zone group at the time the alarm is triggered (zone + any linked zones)
– Any zone later added to the group will take on the timer from this alarm.
– Any zone dropped from the group will no longer take part in the alarm length timer.
– Any zone from this group taken by another group will take the timer of the group it is joining (i.e. it will lose it's original timer).
– Pausing the music has no effect on the alarm length timer .
– Clearing the Queue has no effect on a sleep timer .
– Altering the Queue (adding, moving, deleting tracks)  has no effect on the sleep timer

---

**Sonos UI Specification: Alarm Clock**

**Alarm length/Sleep timer icon on Now Playing Screen**

See Section on Sleep Timer earlier in this document.

### 3.7.7   Play Alarm Now



**Sonos UI Specification: Alarm Clock**

## 3.8    Setting the current date and time



### 3.8.1   Time Zone



### 3.8.2   Adjust for Daylight Savings



### 3.8.3   Contact Sonos for Updates



### 3.8.4   Date



    –  If the system is set to get the date and time from the Internet, the user should not be able to manually adjust the date and time.

    –  In this case, a simple message is shown instead of the date or time editor.

### 3.8.5   Time



    –  If the system is set to get the date and time from the Internet, the user should not be able to manually adjust the date and time.

    –  In this case, a simple message is shown instead of the date or time editor.

**Sonos UI Specification: Alarm Clock**

### 3.8.6   Date Format



### 3.8.7   Time Format



### 3.9    Buzzer



- – Buzzer has it's own Now Playing screen
- – Play/Pause will work the same as regular music
- – The template for the Now Playing screen if the Line-In Source Now Playing.

# 4      UI Spec for DCRs

## 4.1      PC Menu



**Letter Underscore shortcuts**

Current underscore short cuts on this menu: N, P, L, D, Z

Click and Alarms (C)
Sleep Timer (S)

**Sonos UI Specification: Alarm Clock**

## 4.2    Sleep Timer



– Sleep timer will have the following variables: Off, 15min, 30mins, 45mins, 1hours, 2 hours.
– A sleep timer applies to all the current zones in the current group
– When the sleep timer stops (i.e. the time reaches 0 seconds), it should revert to 'Off.'.
– At the end of the sleep time (0 seconds), the current Zone Group should be Paused.
– The time in parenthesis should show the count down.
– If the current zone group is already paused, no changes to the play head will be made.
– (the alarm timer is the same as the sleep time, described later in this document)


**Rules for Zone Group changes while the Sleep timer is active**

– A Sleep timer is set for the current zone (or zone group) that the user is viewing on the CR. The timer is applied to all the zones in that particular group.
– Any zone added to the zone group takes on the same timer.
– Any zone dropped from the group will have it's timer reset to Off.
– Any zone taken by another group will take the timer of the group it is joining (i.e. it will lose it's original timer).
– Pausing the music has no effect on a sleep timer .
– Clearing the Queue has no effect on a sleep time .
– Altering the Queue (adding, moving, deleting tracks)  has no effect on the sleep timer
– The user can change the timer settings while it is running (i.e. turn it off, or change the sleep time).

**The Now Playing screen showing the Sleep Timer/ Alarm Timer**

 

 



- The sleep timer icon is shown next to the Shuffle and Repeat icons
- The right edge of the snooze icon aligns with the right edge of the track progress bar
- The separation between the icons is 6 clear pixels
- The blue Rhapsody Radio 'bubble' should be horizontally resized when the snooze icon is present.
- The gap between the right edge of the blue bubble and the left edge of the snooze icon should be 6 clear pixels.
- The snooze icon should site in the vertically in the middle of the blue bubble (in actual fact it will be off-centre (lower) by one pixel).
- The Shuffle and Repeat icons will need to be lowered to align horizontally with the snooze icon.
- TBD – can a tool tip rollover show the remaining time.

## 4.3    Clock and Alarms



TBD –state when the time has been lost (due to power failure for instance)

**Alarm List**
– Shows each alarm with a list of major attributes (but not all attributes)

**Tool Tips**
Tip box shows an overview of all the Alarm's attributes

**Add Alarms**
– Alarms are named with standard names – no custom names for alarms.
– The system limits the number of alarms to 32 alarms
– If n alarms is exceeded, the following message will show:
  ▪ You can't add any more alarms, please delete an alarm before you add a new one [OK[

**Delete**
– Following message:
  ▪ Are you sure you want to delete the alarm? [Yes] [Cancel]

**Sonos UI Specification: Alarm Clock**

## 4.4      Edit an Alarm



### 4.4.1   Details of Settings

**Alarm**
- On
- Off
-

**Time**
- Same as default Windows/Mac time setting field

**Zone**
- A single list of the zones in the system is presented.
- The alarm will also sound in any rooms that are linked to the selected zone at the time of the alarm.

**Music**



- TBD – this could also be a combo-box with sub menus.
- **TBD – we may add "Rhapsody Stations" and "Current Queue" to this list.**

**Frequency**
- Once
- Weekdays
- Weekends
- Everyday

**Alarm Length**
- No Limits
- 15 mins
- 30 mins
- 45 mins
- 1 hour

---

- 2 hours

- The 'No Limit' option means that no alarm timer will be set
- The alarm timer is the same as the sleep timer.
- When an alarm with a timer (anything other than 'no limit') starts, the sleep timer for the zone (or zone group) is triggered.
- Users can override the alarm timer by setting the sleep timer.

**Zone linking/unlinking activities**

- The alarm length applies to the zone group at the time the alarm is triggered (zone + any linked zones)
- Any zone later added to the group will take on the timer from this alarm.
- Any zone dropped from the group will no longer take part in the alarm length timer.
- Any zone from this group taken by another group will take the timer of the group it is joining (i.e. it will lose it's original timer).
- Pausing the music has no effect on the alarm length timer .
- Clearing the Queue has no effect on a sleep timer .
- Altering the Queue (adding, moving, deleting tracks)  has no effect on the sleep timer

**The Now Playing screen showing the Sleep Timer/ Alarm Timer**

See Section for Sleep Timer earlier in this document.

### 4.5    Setting the current date and time on the Desktop Controllers

During the initial setup Wizard, if the DCR is creating a new system (i.e. not just joining an existing system) – the date and time from the PC will be captured and used for the Sonos clock..



**Sonos UI Specification: Alarm Clock**

### 4.6    Setting alarm music directly from the Music Library

This feature is TBD pending feedback from John B.



Should the user be able to add to a New alarm – in which case the edit alarm panel should then open.

### 4.7    Buzzer



- Buzzer has it's own Now Playing screen
- Play/Pause will work the same as regular music
- The template for the Now Playing screen if the Line-In Source Now Playing.

---

**34**

**Sonos UI Specification: Alarm Clock**

# 5        Date and Time formats

## 5.1        Date Formats

**Three date formats will be provided**

Date Month Year (DMY)
Month Date Year (MDY)
Year Month Date (YMD)

**Desktop Controllers**

Months are written in full

(MDY) October 21, 2006 (date should be followed by comma)
(DMY) 21 October 2006 (no commas)
(YMD) 2006 October 21 (no commas)

**Handheld Controllers**

Months will be abbreviated to 3 or 4 letters.
Days of the week (clock face only) will be abbreviated to 2 or 3 letters

Setup screens and menus will show:

(MDY) Oct 21, 2006
(DMY) 21 Oct 2006
(YMD) 2006 Oct 21

For the clock screen, use shortened versions of the day of the week.

(MDY) Mon, Oct 21, 2006
(DMY) Mon, 21 Oct 2006
(YMD) 2006 Oct 21, Mon

Abbreviations for English are as follows:
Mon, Tue, Wed, Thu, Fri, Sat, Sun
Jan, Feb, Mar Apr, May, Jun, Jul, Aug, Sep, Oct, Nov, Dec

**Setup dialogs**

Setup dialogs that show separate fields for fields will not contain commas or colons

For example, the following setup dialog does not contain a comma, even though the date is written-out with a comma **(Oct 21, 2006)**

---

**Sonos UI Specification: Alarm Clock**



## 5.2    Time Formats

**Two time formats will be provided**

12 hour clock (am/pm)
24 hour clock

A colon (:) should be used to separate hours and minutes. Seconds are not used anywhere in the UI.

*12 hour*
HH:MM_am (where am, pm are localized)

*24 hour*
HH:MM

Single digit times should not be expressed with a leading zero

*12 hour clock*
Use            6:17 am
Don't use      06:17 am

*24 hour clock*
Use            6:17 and 0:12
Don't Use      06:17 and 00:12

### 5.2.1   Date Range limits

It will be possible to set the clock and alarms from 12.00am year 2000 to 11.59 2099.

Sonos UI Specification: Alarm Clock

# 6    Special Cases

## 6.1    Lost ZonePlayers and Hidden ZonePlayers - HHCR

*No ZonePlayers in the system -* UI reverts to the Zone menu with limited settings. Access to Clock and Alarms is not possible.

*Only Hidden ZonePlayers in the system -* reverts to the Zone menu with limited settings. Access to the Clock and Alarms is not possible.

*If a zone assigned to an alarm becomes lost, or hidden*



Alarm Overview shows a hidden, or non-available zone




Zone available (normal state)                No Zone Available, or Zone is hidden.

---

37

- If a zone becomes unavailable, or it becomes a hidden Extender, the Alarm zone menu item will show "No Zone Selected". The alarm will not sound. The Alarm should however remain in the 'On' state (in the case of a ZP that is temporarily unplugged).
- If the ZP becomes available again (Plugged back in, or brought out of extender mode), the Alarm zone will show the ZonePlayer name.
- If an alarm is renamed, the Alarm zone menu item will show the new name.

**Sonos UI Specification: Alarm Clock**

### 6.2    Lost ZonePlayers and Hidden ZonePlayers - DCRs

*No ZonePlayers in the system or if all ZonePlayers become hidden*

Clocks and Alarms menu item will be grayed-out.

However, if the Clocks and Alarms dialogs are already open:

–   The Alarms overview panel will remain open if no Zones are present, but all the
      alarms in the table should be cleared.
–   Likewise the Add, Edit and Delete buttons will be grayed-out.
–   The date and time should also be cleared, and the "Date and Time" Settings
      button should be grayed-out.
–   If the "Edit" alarms modal dialog/sheet is open, All selections should be grayed-
      out,  except 'cancel'.



**Sonos UI Specification: Alarm Clock**

### 6.3    No Date or Time - HHCR

Date and Time can be lost if:

– The date and time are set manually and all the ZPs in a system lose power
– Date and Time are set to Internet time, the Internet connection is broken and all the ZonePlayers lost power.

**Main Clocks and Alarm screen**



**Clock Screen**



**Sonos UI Specification: Alarm Clock**

**Alarms Overview Screen**



*Nice to have*, if user tries to view/set alarms while there is no time, we show a dialog box that informs the user (but doesn't prevent them from viewing and editing the alarms).

**Date and Time Settings**



**For the short period while Sonos is acquiring the time, but it is not yet set**



It is proposed that we only show 'acquiring' on the Date and Time settings page.

The 'acquiring' message does not need to propagate to other screens of the UI.

**Sonos UI Specification: Alarm Clock**

### 6.4      No Date or Time - DCRs



    –   The red text under the Internet date and time communicates that the Internet connection to SonosTime is not available. At this stage the system will be either counting time using its internal clock, or the time will be not set.

# Electronic Patent Application Fee Transmittal

| | |
|---|---|
| **Application Number:** | |
| **Filing Date:** | |
| **Title of Invention:** | Controlling and manipulating groupings in a multi-zone music or media system |
| **First Named Inventor:** | Robert A.  Lambourne |
| **Filer:** | Joe Zheng |
| **Attorney Docket Number:** | RIN-022P |

Filed as Small Entity

## Provisional Filing Fees

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Basic Filing:** | | | | |
| Provisional Application filing fee | 2005 | 1 | 100 | 100 |
| **Pages:** | | | | |
| **Claims:** | | | | |
| **Miscellaneous-Filing:** | | | | |
| **Petition:** | | | | |
| **Patent-Appeals-and-Interference:** | | | | |
| Post-Allowance-and-Post-Issuance: | | | | |
| **Extension-of-Time:** | | | | |

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Miscellaneous:** | | | | |
| | | | **Total in USD ($)** | **100** |

| Document Number | Document Description | File Name | File Size(Bytes) | Multi Part | Pages |
|---|---|---|---|---|---|
| 1 | Specification | ProvisionalAsfiled.pdf | 117135 | no | 14 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 2 | Drawings | Drawings.pdf | 94791 | no | 5 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 3 | Specification | AppendixA.pdf | 450053 | no | 20 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 4 | Specification | AppendixB.pdf | 979042 | no | 43 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 5 | Fee Worksheet (PTO-875) | fee-info.pdf | 8123 | no | 2 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| | | **Total Files Size (in bytes):** | 1649144 | | |

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable.  It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

**New Applications Under 35 U.S.C. 111**
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

**National Stage of an International Application under 35 U.S.C. 371**
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.