# EXHIBIT 11

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 37781955 |
| **Application Number:** | 15130919 |
| **International Application Number:** | |
| **Confirmation Number:** | 9288 |
| **Title of Invention:** | Zone Scene Activation |
| **First Named Inventor/Applicant Name:** | Robert A. Lambourne |
| **Customer Number:** | 135176 |
| **Filer:** | Brandon Jacob Kennedy |
| **Filer Authorized By:** | |
| **Attorney Docket Number:** | 07-0901-CON0416 |
| **Receipt Date:** | 18-NOV-2019 |
| **Filing Date:** | 15-APR-2016 |
| **Time Stamp:** | 23:55:39 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | yes |
| Payment Type | CARD |
| Payment was successfully received in RAM | $440 |
| RAM confirmation Number | E2019AHN56077772 |
| Deposit Account | 506632 |
| Authorized User | Brandon Kennedy |

The Director of the USPTO is hereby authorized to charge indicated fees and credit any overpayment as follows:

37 CFR 1.16 (National application filing, search, and examination fees)

37 CFR 1.17 (Patent application and reexamination processing fees)

37 CFR 1.19 (Document supply fees)

37 CFR 1.20 (Post Issuance fees)

37 CFR 1.21 (Miscellaneous fees and charges)

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Foreign Reference | KR20060030713A.pdf | 491045 / b9aa9194af1250f344534310066788e4bf621b900 | no | 12 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 2 | Foreign Reference | WO9709756A2.pdf | 2241998 / a68831fab8827bd3e7c3a29f3b8047f8780f8b76 | no | 22 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 3 | Non Patent Literature | 2016108041348_CN_OA_11-0401-CN-DIV_6-27-19_.pdf | 1884990 / 4c4ff56a4feecdef92da213372abde19671041d | no | 15 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 4 | Non Patent Literature | 2016108041348_Translation_of_OA_11-0401-CN-DIV_6-27-19_10pages.pdf | 163678 / 6c5dcef2401dba928e351a452173fb6ad6fcf805 | no | 10 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 5 | Non Patent Literature | 171988678_EP_OA_11-0401-EP-DIV3_9-16-19_6pages.pdf | 215573 / 6aed82c199df9705eea269910b9f4f9d3afc313 | no | 6 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 6 | Non Patent Literature | 2017211958_JP_Final_OA_11-0401-JP-DIV3_6-4-19_8pages.pdf | 1296521 / b37f926bf6d32ff5dba0447988ad4ef9d9228 06c | no | 8 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |

| 7 | Non Patent Literature | 2017211958_JP_Translation_of_OA_6-4-19_7pages.pdf | 80824<br><br>0ae979c6c93aaf514aec7b2f182e2b8cd91d5ca4 | no | 5 |
|---|---|---|---|---|---|
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 8 | Non Patent Literature | Bluesound_First_Amended_Answer.pdf | 1317454<br><br>9ebf190de9e7198eb282fa710e55437a5f286ffb | no | 66 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 9 | Non Patent Literature | 15405931_NFOA_14-0601-CON0117_13pages.pdf | 467483<br><br>5ac2ca7faaee61d6a79905ffc92f0fc44b86e3c1 | no | 13 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 10 | Non Patent Literature | 16422160_NFOA_07-0901-CON0519_8-28-19_14pages.pdf | 516947<br><br>4d90198577965e3bb7793564321cfd72b317dbf0 | no | 14 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 11 | Non Patent Literature | 16383561_NFOA_07-0901-CON0419A_7-5-19_12pages.pdf | 400602<br><br>dd85ce5118f36a922c3ae57190b673be87e3224c | no | 12 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 12 | Non Patent Literature | 16383565_NFOA_07-0901-CON0419B_7-5-19_11pages.pdf | 379062<br><br>d17217ff3c8b3a812a16f875957df42a25778802 | no | 11 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 13 | Non Patent Literature | 16422160_NOA_07-0901-CON0519_11-04-19_13pages.pdf | 616934<br><br>e2f97d774594306166e2dac39fc730adfdb04c6f | no | 13 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |

| 14 | Non Patent Literature | 16383561_NOA_07-0901-CON0419A_9-9-19_18pages.pdf | 795598<br><br>7cb017d7eb3d8f8a99c91e94396ceabc3727e0fc | no | 18 |
|---|---|---|---|---|---|
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 15 | Non Patent Literature | 16128443_NOA_11-0401-CON0918A_6-10-19_10pages.pdf | 507881<br><br>575a03cc90f2ab7a7f2faee7d0012ba36703cfac | no | 10 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 16 | Non Patent Literature | 16129758_NOA_11-0401-CON0918B_5-30-19_7pages.pdf | 408140<br><br>8f51dae535bb5af928775a925aeb87d11a8e5cbe | no | 7 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 17 | Non Patent Literature | 16383565_NOA_07-0901-CON0419B_9-5-19_14pages.pdf | 633055<br><br>a2abeff6f606943bfe3d15d8ae80f396f7a17f88 | no | 14 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 18 | Non Patent Literature | Chertov_IPR_Declaration_re_US7391791.pdf | 1315231<br><br>a09035be3c9f1b7d4535c44b8916ae2d925b74ed | no | 92 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 19 | Non Patent Literature | Chertov_IPR_Declaration_re_US8942252.pdf | 1061538<br><br>24a4f5c46818f0337fbb840e3d250ba2918fda553 | no | 81 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 20 | Non Patent Literature | Bluesound_Answer_Exhibit_A_10-14-19_3pages.pdf | 700504<br><br>bea13eb9a07e0e20c0b0a7f80108261c286686a9 | no | 3 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |

| 21 | Non Patent Literature | Bluesound_Answer_Exhibit_C_10-14-19_16pages.pdf | 295512<br><br>79d869254fc632db0a5acd2ae8791191895938a3 | no | 16 |
|---|---|---|---|---|---|

**Warnings:**

**Information:**

| 22 | Non Patent Literature | Bluesound_Answer_Exhibit_D_10-14-19_36pages.pdf | 1070335<br><br>5a7d0c1e97c71bb9904a88df82603ab7a315f629 | no | 36 |
|---|---|---|---|---|---|

**Warnings:**

**Information:**

| 23 | Non Patent Literature | Bluesound_Answer_Exhibit_E_10-14-19_21pages.pdf | 581432<br><br>10f01327e22a98696e228012522b887f50b2e02c | no | 21 |
|---|---|---|---|---|---|

**Warnings:**

**Information:**

| 24 | Non Patent Literature | Bluesound_Answer_10-14-19_66pages.pdf | 1356492<br><br>56f34b470e08ebed160308d3f675acc9acb1ab6c | no | 66 |
|---|---|---|---|---|---|

**Warnings:**

**Information:**

| 25 | Information Disclosure Statement (IDS) Form (SB08) | 07-0901-CON0416_0_IDS_20191118152512.pdf | 1054846<br><br>c54e3fd5806a10027a48f2aed9f4c60e390fd70c | no | 7 |
|---|---|---|---|---|---|

**Warnings:**

**Information:**

| 26 | | 07-0901-CON0416_Response_to_NFOA.pdf | 140987<br><br>95e508be9a43a243788f7fe5996193fd4b61e24a | yes | 17 |
|---|---|---|---|---|---|

| Multipart Description/PDF files in .zip description | | |
|---|---|---|
| **Document Description** | **Start** | **End** |
| Applicant Arguments/Remarks Made in an Amendment | 15 | 17 |
| Claims | 4 | 14 |
| Specification | 2 | 3 |

| | Amendment/Req. Reconsideration-After Non-Final Reject | | 1 | 1 |
|---|---|---|---|---|

| **Warnings:** | | | | |
|---|---|---|---|---|

| **Information:** | | | | |
|---|---|---|---|---|

| 27 | Drawings-only black and white line drawings | New_Figs.pdf | 104963<br>0b56ac56e6b998da82ffded4914963bf2d33f6d8 | no | 2 |
|---|---|---|---|---|---|

| **Warnings:** | | | | |
|---|---|---|---|---|

| **Information:** | | | | |
|---|---|---|---|---|

| 28 | Fee Worksheet (SB06) | fee-info.pdf | 32463<br>cd3e3972d99aa56320c8854364c168a6cac4fcd3 | no | 2 |
|---|---|---|---|---|---|

| **Warnings:** | | | | |
|---|---|---|---|---|

| **Information:** | | | | |
|---|---|---|---|---|

| | | **Total Files Size (in bytes):** | 20132088 |
|---|---|---|---|

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

**New Applications Under 35 U.S.C. 111**
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

**National Stage of an International Application under 35 U.S.C. 371**
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

**New International Application Filed with the USPTO as a Receiving Office**
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

**IN THE UNITED STATES PATENT AND TRADEMARK OFFICE**
**(Attorney Docket No. 07-0901-CON0416)**

| | | |
|---|---|---|
| In the Application of: | ) | |
|     Robert Lambourne | ) | Examiner: McCord, Paul |
| | ) | |
| Serial No.: 15/130,919 | ) | Group Art Unit: 2656 |
| | ) | |
| Filed: April 15, 2016 | ) | Confirmation No. 9288 |
| | ) | |
| Title:   Zone Scene Activation | ) | |
| | ) | |

**RESPONSE TO NON-FINAL OFFICE ACTION**
**MAILED JULY 17, 2019**

In response to the Non-Final Office Action mailed July 17, 2019, Applicant submits the following amendments and remarks.

**Specification Amendments** begin at page 2.

**Claim Amendments** begin at page 4.

**Remarks** begin at page 15.

Applicant believes that all fees required for the present response have been filed during the electronic filing process. Applicant authorizes the office to charge any underpayment or credit any overpayment to Deposit Account No. 506632, and to treat any filing in this matter that requires an extension of time as incorporating a request for the extension.

## SPECIFICATION AMENDMENTS

- Please amend current paragraphs [0026] and [0027] of the specification as indicated below.

[0026]  FIG. 5C shows a user interface to allow a user to adjust a volume level of the zone players in a zone scene individually or collectively; ~~and~~

[0027]  FIG. 6 shows a flowchart or process of providing a player theme or a zone scene for a plurality of players, where one or more of the players are placed in a zone; and [[.]]

- Please insert the following new paragraphs into the specification immediately after current paragraph [0027] and update all subsequent paragraph numbers.  The described Figures 7 and 8 are attached, each bearing the label "New Sheet" in the top margin.

[0028]  FIG. 7 shows an example user interface for invoking a zone scene; and

[0029]  FIG. 8 shows another example user interface for invoking a zone scene.

- Please amend current paragraph [0060] of the specification as indicated below, which will become paragraph [0062] to reflect the new paragraphs [0028] and [0029] above.

[0062]  FIG. 5B shows another user interface 520 to allow a user to form a scene. The user interface 520 that may be displayed on a controller or a computing device, lists available zones in a system. The list of zones in the user interface 520 includes ALL the zones in the system, including the zones that are already grouped. A checkbox is provide next to each of the zones so that a user may check in the zones to be associated with the scene.

- Please insert the following new paragraphs into the specification immediately after current paragraph [0066], which will become paragraph [0068] to reflect the new paragraphs [0028] and [0029] above.

**[0069]** FIG. 7 shows an example user interface for invoking a zone scene. The user interface of Figure 7 shows a Zone Menu that includes selectable indications of zone scenes.

**[0070]** FIG. 8 shows another example user interface for invoking a zone scene. Figure 8 shows a Zone Menu that includes a softkey indicating a Scenes menu.  Pressing the Scenes softkey will show the Scenes menu where all the available zone scenes are shown as selectable indications.

## CLAIM AMENDMENTS

1.      (Currently Amended) A ~~multimedia controller including a processor, the controller configured to~~ computing device comprising:

one or more processors;

a non-transitory computer-readable medium, and

program instructions stored on the non-transitory computer-readable medium that are executable by the at least one processor and thereby cause the computing device to be configured to:

        while serving as a controller for a networked media playback system comprising a first zone player and a second zone player, wherein the first zone player is operating in a standalone mode in which the first zone player is configured to play back media individually:

                receive, via a network interface, zone configuration data ~~from a first independent playback device, wherein the zone configuration data is configured via the controller and maintained at the first independent playback device, and wherein the zone configuration data~~ that characterizes two or more zone scenes, wherein a first zone scene ~~identifies~~ comprises a first group configuration including ~~the at~~ least a first ~~independent playback device~~zone player and a second ~~independent playback device~~zone player that are to be configured for synchronous playback of media when the first zone scene is invoked, and wherein a second zone scene ~~identifies~~ comprises a second group configuration including the first ~~independent playback device~~zone player but not the second ~~independent playback device~~zone player; ~~and~~

cause selectable indications of the two or more zone scenes to be displayed, wherein the displayed selectable indications are each selectable to cause a respective one of the two or more zone scenes to be invoked by the first independent playback device; and

receive a request to invoke the first zone scene; and

based on the request, cause the first zone player to transition from operating in the standalone mode to operating in accordance with the first group configuration such that the first zone player is configured to coordinate with at least the second zone player to output media in synchrony with output of media by at least the second zone player.

2.      (Currently Amended) The computing device multimedia controller of claim 1, wherein the program instructions that are executable by the at least one processor and thereby cause causing the selectable indications indication of the two or more first zone scenes scene to be displayed comprises comprise program instructions that are executable by the at least one processor and thereby cause the computing device to be configured to cause causing an indication of the first group configuration associated with the two or more independent playback devices to be displayed.

3.      (Currently Amended) The computing device multimedia controller of claim [[2]] 1, wherein the indication of the first group configuration comprises consists of one group of independent playback devices zone players to be configured for synchronous playback of media when the first zone scene is invoked.

4.      (Currently Amended) The computing device ~~multimedia controller~~ of claim [[3]] 1, wherein the ~~indication of the~~ first group configuration comprises two or more groups of ~~independent playback devices~~ zone players, each respective group of zone players configured for synchronous playback of respective media when the first zone scene is invoked.

5.      (Canceled)

6.      (Canceled)

7.      (Currently Amended) The computing device ~~multimedia controller~~ of claim 1, further configured to:

before receiving the zone configuration data, ~~send, to the first independent playback device, a command to save~~ cause storage of the zone configuration data characterizing ~~at least one of~~ the two or more zone scenes.

8.      (Currently Amended) The computing device ~~multimedia controller~~ of claim [[7]] 1, wherein the ~~command to save the at least one of the~~ zone configuration data characterizing the two or more zone scenes comprises (a) an indication of ~~two or more independent playback devices identified by~~ at least the first zone player and the second zone player comprising the first zone scene and (b) at least one other parameter pertaining to the first zone scene.

9.      (Currently Amended) The computing device ~~multimedia controller~~ of claim 8, wherein the at least one other parameter pertaining to the first zone scene is one or more of (i) a

volume level, (ii) a specific ~~music~~media item to be played back, (iii) a play back mode, or (iv) an equalization.

10.     (Currently Amended) The ~~computing device~~ ~~multimedia controller~~ of claim 1, wherein each of the ~~first zone player and the second zone player~~ ~~independent playback devices~~ is associated with a name.

11.     (Currently Amended) The ~~computing device~~ ~~multimedia controller~~ of claim 1, wherein each of the two or more zone scenes is associated with a name.

12.     (Currently Amended) A method implemented by a computing device, the method comprising:

while serving as a controller for a networked media playback system comprising a first zone player and a second zone player, wherein the first zone player is operating in a standalone mode in which the first zone player is configured to play back media individually:

receiving ~~by a multimedia controller including a processor,~~ via a network interface, zone configuration data ~~from a first independent playback device, wherein the zone configuration data is configured via the controller and maintained at the first independent playback device, and wherein the zone configuration data~~ that characterizes two or more zone scenes, wherein a first zone scene ~~identifies~~ comprises a first group configuration including ~~the~~ at least a first ~~independent playback device~~zone player and a second ~~independent playback device~~ zone player that are to be configured for synchronous playback of media when the first zone scene is invoked, and wherein a second zone scene

identifies comprises a second group configuration including the first independent playback

device zone player but not the second independent playback device zone player; and

    causing selectable indications of the two or more zone scenes to be displayed,

wherein the displayed selectable indications are each selectable to cause a respective one

of the two or more zone scenes to be invoked by the first independent playback device; and

        receiving a request to invoke the first zone scene; and

based on the request, causing the first zone player to transition from operating in the

standalone mode to operating in accordance with the first group configuration such that the first

zone player is configured to coordinate with at least the second zone player to output media in

synchrony with output of media by at least the second zone player.


    13.    (Currently Amended) The method of claim 12, wherein causing the selectable

indications indication of the two or more first zone scenes scene to be displayed comprises causing

an indication of the first group configuration associated with the two or more independent playback

devices to be displayed.


    14.    (Currently Amended) The method of claim [[13]] 12, wherein the indication of the

first group configuration comprises consists of one group of independent playback devices zone

players to be configured for synchronous playback of media when the first zone scene is invoked.


    15.    (Currently Amended) The method of claim [[14]] 12, wherein the indication of the

first group configuration comprises two or more groups of independent playback devices zone

players, each respective group of zone players configured for synchronous playback of respective media when the first zone scene is invoked.

16.     (Canceled)

17.     (Canceled)

18.     (Currently Amended) The method of claim 12, further comprising:

before receiving the zone configuration data, ~~sending, to the first independent playback device, a command to save~~ cause storage of the zone configuration data characterizing ~~at least one of~~ the two or more zone scenes.

19.     (Currently Amended)  The method of claim [[18]] 12, wherein the ~~command to save the at least one of the~~ zone configuration data characterizing the two or more zone scenes comprises (a) an indication of ~~two or more independent playback devices identified by~~ at least the first zone player and the second zone player comprising the first zone scene and (b) at least one other parameter pertaining to the first zone scene.

20.     (Currently Amended) The method of claim 19, wherein the at least one other parameter pertaining to the first zone scene is one or more of (i) a volume level, (ii) a specific ~~music~~ media item to be played back, (iii) a play back mode, or (iv) an equalization.

9

21.     (Currently Amended) The method of claim 12, wherein each of the <u>first zone player</u> <u>and the second zone player</u> ~~independent playback devices~~ is associated with a name.

22.     (Previously Presented) The method of claim 12, wherein each of the two or more zone scenes is associated with a name.

23.     (Currently Amended) A tangible, non-transitory computer-readable medium<u>,</u> <u>wherein the non-transitory computer-readable medium is provisioned with</u> ~~having stored therein~~ <u>program</u> instructions <u>that are</u> executable by one or more processors ~~to cause~~ <u>such that</u> a computing device ~~to perform operations comprising~~ <u>is configured to</u>:

<u>while serving as a controller for a networked media playback system comprising a first</u> <u>zone player and a second zone player, wherein the first zone player is operating in a standalone</u> <u>mode in which the first zone player is configured to play back media individually:</u>

<u>receive</u>~~receiving~~, via a network interface, zone configuration data ~~from a first~~ ~~independent playback device, wherein the zone configuration data is configured via the~~ ~~controller and maintained at the first independent playback device, and wherein the zone~~ ~~configuration data~~ <u>that</u> characterizes two or more zone scenes, wherein a first zone scene ~~identifies~~ <u>comprises</u> a first group configuration including ~~the~~ <u>at least a</u> first ~~independent~~ ~~playback device~~<u>zone player</u> and a second ~~independent playback device~~ <u>zone player that are</u> <u>to be configured for synchronous playback of media when the first zone scene is invoked</u>, and wherein a second zone scene ~~identifies~~ <u>comprises</u> a second group configuration including the first ~~independent playback device~~ <u>zone player</u> but not the second ~~independent~~ ~~playback device~~ <u>zone player</u>; and

~~cause~~causing selectable indications of the two or more zone scenes to be displayed, wherein the displayed selectable indications are each selectable to cause one of the two or more zone scenes to be invoked by the first independent playback device, and

receive a request to invoke the first zone scene; and

based on the request, cause the first zone player to transition from operating in the standalone mode to operating in accordance with the first group configuration such that the first zone player is configured to coordinate with at least the second zone player to output media in synchrony with output of media by at least the second zone player.

24.    (Currently Amended) The non-transitory computer readable medium of claim 23, wherein the program instructions that are executable by at least one processor such that the computing device is configured to cause ~~causing~~ the selectable ~~indications~~ indication of the ~~two or more~~ first zone ~~scenes~~ scene to be displayed ~~comprises~~ comprise program instructions that are executable by at least one processor such that the computing device is configured to cause ~~causing~~ an indication of the first group configuration ~~associated with the two or more independent playback devices~~ to be displayed.

25.    (Currently Amended) The non-transitory computer readable medium of claim [[24]] 23, wherein the ~~indication of the first~~ group configuration ~~comprises~~ consists of one group of ~~independent playback devices~~ zone players to be configured for synchronous playback of media when the first zone scene is invoked.

26.     (Currently Amended) The non-transitory computer readable medium of claim [[25]] 23, wherein the ~~indication of the~~ first group configuration comprises two or more groups of ~~independent playback devices~~ zone players, each respective group of zone players configured for synchronous playback of respective media when the first zone scene is invoked.

27.     (Canceled)

28.     (Canceled)

29.     (Currently Amended) The non-transitory computer readable medium of claim 23, wherein the operations further comprise:

before receiving the zone configuration data, ~~sending, to the first independent playback device, a command to save~~ cause storage of the zone configuration data characterizing ~~at least one of~~ the two or more zone scenes.

30.     (Currently Amended)  The non-transitory computer readable medium of claim [[29]] 23, wherein  the ~~command to save the at least one of the~~ zone configuration data characterizing the two or more zone scenes comprises (a) an indication of ~~two or more independent playback devices identified by~~ at least the first zone player and the second zone player comprising the first zone scene and (b) at least one other parameter pertaining to the first zone scene.

31.     (Currently Amended) The non-transitory computer readable medium of claim 30, wherein the at least one other parameter pertaining to the first zone scene is one or more of (i) a

volume level, (ii) a specific ~~music~~media item to be played back, (iii) a play back mode, or (iv) an equalization.

32.     (Currently Amended) The non-transitory computer readable medium of claim 23, wherein each of the ~~first zone player and the second zone player~~ ~~independent playback devices~~ is associated with a name.

33.     (Previously Presented) The non-transitory computer readable medium of claim 23, wherein each of the two or more zone scenes is associated with a name.

34.     (New) The computing device of claim 7, wherein the program instructions that are executable by the at least one processor and thereby cause the computing device to be configured to cause storage of the zone configuration data comprise program instructions that are executable by the at least one processor and thereby cause the computing device to be configured to cause storage of the zone configuration data at a location other than the computing device.

35.     (New)  The computing device of claim 34, wherein the location other than the computing device is the first zone player.

36.     (New)  The method of claim 18, wherein causing storage of the zone configuration data comprises causing storage of the zone configuration data at a location other than the computing device.

37.     (New)   The method of claim 36, wherein the location other than the computing device is the first zone player.

38.     (New)   The non-transitory computer readable medium of claim 29, wherein the program instructions that are executable by at least one processor such that the computing device is configured to cause storage of the zone configuration data comprise program instructions that are executable by at least one processor such that the computing device is configured to cause storage of the zone configuration data at a location other than the computing device.

39.     (New)   The non-transitory computer readable medium of claim 38, wherein the location other than the computing device is the first zone player.

## REMARKS

1.   **Summary of the Office Action**

In the Non-Final Office Action mailed July 17, 2019 (the "Action"), the Office rejected

claims 1-33 under 35 U.S.C. § 103 as being allegedly unpatentable over Yamaha DME Designer

Version 3.5 ("DME") in view of U.S. Patent Pub. 2005/0195999 ("Takemura").

2.   **Summary of Examiner Interview**

A telephonic Examiner Interview took place on June 28, 2019. Participants included

Examiner Paul McCord and Applicant's representative Brandon Kennedy. During the interview, the

participants discussed the forthcoming rejections of the claims as well as suggested amendments to

the claims. No agreement regarding allowance was reached.  Applicant thanks the Examiner for his

time in conducting the interview.

3.   **Amendment to the Specification**

In the present response, pursuant to 37 CFR 1.57(g), Applicant inserts material into the

specification and figures that was previously incorporated by reference in this application, and the

amendment contains no new matter.  In particular, the inserted material can be found at least at pp. 5-

6 and 17 of Appendix A to provisional application 60/825,407, the entirety of which was incorporated

by reference on the filing date of this application.

4.   **Status of the Claims**

Without conceding the merits of the claim rejections, Applicant has amended claims 1-4,

7-15, 18-21, 23-26, and 29-32 and has canceled claims 5-6, 16-17, and 27-28.  Applicant has also

added claims 34-39.  Claims 1-4, 7-15, 18-26, and 29-39 are now pending, of which claims 1, 12,

and 23 are independent and the remainder are dependent.  No new matter has been added by way of these amendments.

**5.      Response to Rejections of Claims 1, 12, and 23 under 35 U.S.C. § 103**

As noted above, the Examiner rejected independent claims 1, 12, and 23 under § 103 as unpatentable over the DME in view of Takemura.  Applicant respectfully disagrees, and submits that, as discussed during the interview, DME in view of Takemura does not teach at least "while . . . the first zone player is operating in a standalone mode in which the first zone player is configured to play back media individually . . . receive a request to invoke the first zone scene; and based on the request, cause the first zone player to transition from operating in the standalone mode to operating in accordance with the first group configuration such that the first zone player is configured to coordinate with at least the second zone player to output media in synchrony with output of media by at least the second zone player" in combination with the other elements in amended claims 1, 12, and 23.

Applicant has also reviewed the Cobranet and Ethersound references noted in the Action at p. 7 and respectfully submits that they also do not compensate for the shortcomings of DME and Takemura.

Because the combination of DME and Takemura does not teach every element of independent claims 1, 12, and 23, the cited combination does not render claims 1, 12, and 23 unpatentable.  Consequently, Applicant requests withdrawal of the § 103 rejections of claims 1, 12, and 23 over the combination of DME and Takemura, and submits that independent claims 1, 12, and 23 should be allowed.  Further, Applicant submits that dependent claims 2-4, 7-11, 13-15,

18-22, 24-26, and 29-39  should be allowed as well for at least the reason that they each depend from an allowable independent claim.


6.      **Conclusion**

For at least the foregoing reasons, Applicant submits that the claims are in condition for allowance. Applicant thus respectfully requests favorable reconsideration and allowance of the claims. Applicant does not acquiesce in any assertion by the Examiner that is not expressly addressed by these remarks. Should the Examiner wish to discuss this case, the Examiner is encouraged to call the undersigned at (312) 754-9315.


Respectfully submitted,

**LEE SULLIVAN SHEA &
SMITH LLP**

Date: November 18, 2019          By:  /Brandon J. Kennedy/
                                                Brandon J. Kennedy
                                                Reg. No. 67,894

NEW SHEET



*FIG. 7*

NEW SHEET



FIG. 8