# EXHIBIT 14

# Electronic Acknowledgement Receipt

| | |
|---|---|
| EFS ID: | 36200494 |
| Application Number: | 16422160 |
| International Application Number: | |
| Confirmation Number: | 7343 |
| Title of Invention: | Zone Scene Management |
| First Named Inventor/Applicant Name: | Robert A. Lambourne |
| Customer Number: | 135176 |
| Filer: | Brandon Jacob Kennedy |
| Filer Authorized By: | |
| Attorney Docket Number: | 07-0901-CON0519 |
| Receipt Date: | 04-JUN-2019 |
| Filing Date: | 24-MAY-2019 |
| Time Stamp: | 16:48:09 |
| Application Type: | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | no |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | | 07-0901-CON0519_Preliminary_Amendment.pdf | 107263<br>3b9ae302f7f1ab3a411145f0151564cb12d39b2b | yes | 4 |

| Multipart Description/PDF files in .zip description | | | |
|---|---|---|---|
| Document Description | | Start | End |
| Applicant Arguments/Remarks Made in an Amendment | | 4 | 4 |
| Specification | | 2 | 3 |
| Preliminary Amendment | | 1 | 1 |

| Warnings: |
|---|
| Information: |

| | | | | | |
|---|---|---|---|---|---|
| 2 | Drawings-only black and white line drawings | New_Figs.pdf | 104963<br><br>0b56ac56e6b998db82ffded4914963bf2d33f6d8 | no | 2 |

| Warnings: |
|---|
| Information: |

| Total Files Size (in bytes): | 212226 |
|---|---|

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

New Applications Under 35 U.S.C. 111
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.
National Stage of an International Application under 35 U.S.C. 371
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.
New International Application Filed with the USPTO as a Receiving Office
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
(Docket No. 07-0901-CON0519)

| | |
|---|---|
| In the Application of: ) | |
|     Robert Lambourne ) | Examiner: TBD |
| ) | |
| Application No.: 16/422,160 ) | Group Art Unit: TBD |
| ) | |
| Filed: May 24, 2019 ) | Confirmation No. 7343 |
| ) | |
| Title: Zone Scene Management ) | |
| ) | |

**PRELIMINARY AMENDMENT**

Prior to examination of the above-referenced patent application, Applicant submits the following amendments and remarks.

**Specification Amendments** begin at page 2.

**Remarks** begin at page 4.

Applicant believes that no fees are required for the present submission. Applicant authorizes the office to charge any underpayment or credit any overpayment to Deposit Account No. 506632, and to treat any filing in this matter that requires an extension of time as incorporating a request for the extension.

PATENT
Attorney Docket No. 07-0901-CON0519

## Amendment to the Specification

- Please amend current paragraphs [0026] and [0027] of the specification as indicated below.

[0026]   FIG. 5C shows a user interface to allow a user to adjust a volume level of the zone players in a zone scene individually or collectively; ~~and~~

[0027]   FIG. 6 shows a flowchart or process of providing a player theme or a zone scene for a plurality of players, where one or more of the players are placed in a zone<u>; and</u> [[.]]


- Please insert the following new paragraphs into the specification immediately after current paragraph [0027] and update all subsequent paragraph numbers. The described Figures 7 and 8 are attached, each bearing the label "New Sheet" in the top margin.

[0028]   FIG. 7 shows an example user interface for invoking a zone scene; and

[0029]   FIG. 8 shows another example user interface for invoking a zone scene.


- Please amend current paragraph [0060] of the specification as indicated below, which will become paragraph [0062] to reflect the new paragraphs [0028] and [0029] above.

[0062]   FIG. 5B shows another user interface 520 to allow a user to form a scene. The user interface 520 that may be displayed on a controller or a computing device, lists available zones in a system. <u>The list of zones in the user interface 520 includes ALL the zones in the system, including the zones that are already grouped.</u> A checkbox is provide next to each of the zones so that a user may check in the zones to be associated with the scene.

2

PATENT
Attorney Docket No. 07-0901-CON0519

- Please insert the following new paragraphs into the specification immediately after current paragraph [0066], which will become paragraph [0068] to reflect the new paragraphs [0028] and [0029] above.

[0069]   FIG. 7 shows an example user interface for invoking a zone scene. The user interface of Figure 7 shows a Zone Menu that includes selectable indications of zone scenes.

[0070]   FIG. 8 shows another example user interface for invoking a zone scene. Figure 8 shows a Zone Menu that includes a softkey indicating a Scenes menu.  Pressing the Scenes softkey will show the Scenes menu where all the available zone scenes are shown as selectable indications.

3

PATENT
Attorney Docket No. 07-0901-CON0519

## Remarks

Applicant respectfully requests that the Examiner enter this Preliminary Amendment before examination. In this amendment made pursuant to 37 CFR 1.57(g), Applicant inserts material into the specification and figures that was previously incorporated by reference in this application, and the amendment contains no new matter. In particular, the inserted material can be found at least at pp. 5-6 and 17 of Appendix A to provisional application 60/825,407, the entirety of which was incorporated by reference on the filing date of this application.

Should the Examiner wish to discuss this case, the Examiner is encouraged to call the undersigned at (312) 754-9315.

Respectfully submitted,

**LEE SULLIVAN SHEA & SMITH LLP**

Date: June 4, 2019            By: /Brandon J. Kennedy/
                                  Brandon J. Kennedy
                                  Reg. No. 67,894

NEW SHEET



*FIG. 7*

NEW SHEET



FIG. 8