# EXHIBIT 20

```
 1                 UNITED STATES DISTRICT COURT
 2           FOR THE NORTHERN DISTRICT OF CALIFORNIA
 3    ----------------------------------------------------x
      SONOS, INC.,
 4
                    Plaintiff,
 5    vs.                          Case No. 3:21-CV-07559-WHA
 6    GOOGLE LLC,
                    Defendant.
 7    ----------------------------------------------------x
 8    -AND-
 9    ------------------------------------------------------
10                 UNITED STATES DISTRICT COURT
11           FOR THE NORTHERN DISTRICT OF CALIFORNIA
12    ----------------------------------------------------x
13    GOOGLE LLC,
14                  Plaintiff,
15    vs.                          Case No. 3:20-CV-06754-WHA
16    SONOS, INC.,
                    Defendant.
17    ----------------------------------------------------x
18              **CONFIDENTIAL BUSINESS INFORMATION**
19              **SUBJECT TO PROTECTIVE ORDER**
20        REMOTE VIDEOTAPED DEPOSITION BY VIRTUAL ZOOM OF
21                         TIM KOWALSKI
22                     Monday, May 8, 2023
23
24    Reported By: Lynne Ledanois, CSR 6811
25    Job No. 5907206


                                                       Page 1
```

CONFIDENTIAL BUSINESS INFORMATION - SUBJECT TO PROTECTIVE ORDER

| | | |
|---|---|---|
| 1 | Ledanois.  We represent Veritext Legal Solutions. | 10:04AM |
| 2 | I am not related to any party in this | |
| 3 | action nor am I financially interested in the | |
| 4 | outcome. | |
| 5 | If there are any objections to proceeding, | 10:04AM |
| 6 | please state them at the time of your appearance. | |
| 7 | Counsel will now state their appearances | |
| 8 | and affiliations for the record beginning with the | |
| 9 | noticing attorney. | |
| 10 | MR. KOLKER:  Hi.  My name is Joseph Kolker | 10:04AM |
| 11 | from Orrick, Herrington & Sutcliffe on behalf of | |
| 12 | Sonos, Inc.  And with me today from Orrick is Bas de | |
| 13 | Blank. | |
| 14 | MR. NARDINELLI:  This is Jeff Nardinelli | |
| 15 | from Quinn Emanuel on behalf of Google and the | 10:05AM |
| 16 | witness and with me is Jim Sherwood, in-house | |
| 17 | counsel for Google. | |
| 18 | THE VIDEOGRAPHER:  Thank you.  The court | |
| 19 | reporter may now swear the witness in and we will | |
| 20 | continue. | 10:05AM |
| 21 | (Witness sworn.) | |
| 22 | THE VIDEOGRAPHER:  Counsel, please | |
| 23 | continue. | |
| 24 | TIMOTHY KOWALSKI, | |
| 25 | having been duly sworn, testified as follows: | 2:03PM |

Page 9

```
1    Sonos's patents?                                    12:01PM
2              MR. NARDINELLI:  Tim, let me caution you
3    not to reveal any privileged information or
4    communications.  Other than that, please answer
5    Mr. Kolker's question.                              12:01PM
6              THE WITNESS:  What do you mean by
7    "monitored"?
8    BY MR. KOLKER:
9         Q    Has Google ever tracked Sonos's patents?
10             MR. NARDINELLI:  Again, Tim, answer only  12:01PM
11   if you have non-privileged information.  So
12   information, for instance, that you might know about
13   how Google's counsel may or may not track Sonos's
14   patents, I'll instruct you not to provide any of
15   that information because that would be privileged.  12:02PM
16             THE WITNESS:  I don't think I have any
17   non-privileged information that's responsive.
18   BY MR. KOLKER:
19        Q    Has Google ever done any searches for
20   Sonos's patents?                                    12:02PM
21             MR. NARDINELLI:  I'll give the same
22   cautionary instruction there, Tim.  If you have
23   knowledge of Google's counsel searching for Sonos
24   patents for legal or litigation-related reasons,
25   I'll instruct you not to share any of that          12:02PM
```

1      information because that would be privileged.         12:02PM

2              THE WITNESS:  Can you repeat the question,

3      please?

4      BY MR. KOLKER:

5         Q    Has Google ever done any searches for          12:02PM

6      Sonos patents?

7              MR. NARDINELLI:  Same instruction and also

8      object to form.

9              THE WITNESS:  I don't think I have any

10     non-privileged information that's responsive to that  12:02PM

11     question.

12     BY MR. KOLKER:

13        Q    Has Google ever attempted to locate family

14     members of Sonos patents?

15             MR. NARDINELLI:  Same instruction and also    12:03PM

16     object to form.

17             THE WITNESS:  Again, I don't have any

18     non-privileged information to answer in response to

19     that question.

20     BY MR. KOLKER:                                         12:03PM

21        Q    Did Google make an effort to learn when

22     Sonos filed new patents?

23             MR. NARDINELLI:  Same instruction with

24     respect to privilege, Tim, and also object to form.

25             THE WITNESS:  I don't have non-privileged     12:03PM

Page 66

1          I, LYNNE M. LEDANOIS, a Certified

2    Shorthand Reporter of the State of California, do

3    hereby certify:

4          That the foregoing proceedings were taken

5    before me at the time and place herein set forth;

6    that a record of the proceedings was made by me

7    using machine shorthand which was thereafter

8    transcribed under my direction; that the foregoing

9    transcript is a true record of the testimony given.

10         Further, that if the foregoing pertains to

11   the original transcript of a deposition in a Federal

12   Case, before completion of the proceedings, review

13   of the transcript [X] was [ ] wasn't requested.

14         I further certify I am neither financially

15   interested in the action nor a relative or employee

16   of any attorney or party to this action.

17         IN WITNESS WHEREOF, I have this date

18   subscribed my name.

19

20   Dated: 5/8/23

21

22

23

24                    _____

                              LYNNE MARIE LEDANOIS

25                            CSR No. 6811

Page 115