# EXHIBIT 25

# Electronic Acknowledgement Receipt

| | |
|---|---|
| EFS ID: | 37218859 |
| Application Number: | 16383561 |
| International Application Number: | |
| Confirmation Number: | 5592 |
| Title of Invention: | Zone Scene Management |
| First Named Inventor/Applicant Name: | Robert A. Lambourne |
| Customer Number: | 135176 |
| Filer: | Brandon Jacob Kennedy |
| Filer Authorized By: | |
| Attorney Docket Number: | 07-0901-CON0419A |
| Receipt Date: | 19-SEP-2019 |
| Filing Date: | 12-APR-2019 |
| Time Stamp: | 17:24:47 |
| Application Type: | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | no |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | | 07-0901-CON0419A_Response_to_NFCAP.pdf | 280116<br>62700149d28c7c4f5dc2cd4885622f835b306a9f | yes | 7 |

| Multipart Description/PDF files in .zip description | | |
|---|---|---|
| **Document Description** | **Start** | **End** |
| Post Allowance Communication - Incoming | 1 | 5 |
| Drawings-only black and white line drawings | 6 | 7 |

**Warnings:**

**Information:**

| **Total Files Size (in bytes):** | 280116 |
|---|---|

**This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.**

**New Applications Under 35 U.S.C. 111**

**If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.**

**National Stage of an International Application under 35 U.S.C. 371**

**If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.**

**New International Application Filed with the USPTO as a Receiving Office**

**If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.**

**IN THE UNITED STATES PATENT AND TRADEMARK OFFICE**
Case No. 07-0901-CON0419A

In re Application of:

Sonos, Inc.

Serial No.: 16/383,561

Filing Date: July 9, 2018

Title: Zone Scene Management

Confirmation No.: 5592

Examiner: McCord, Paul C.

Group Art Unit: 2656

Mail Stop Issue Fee
Commissioner for Patents
P.O. Box 1450
Alexandria, Virginia 22313-1450

**AMENDMENT IN RESPONSE TO NOTICE TO FILE CORRECTED APPLICATION PAPERS**

In response to the Notice to File Corrected Application Papers mailed on September 13, 2019 for the above-referenced application, which has been allowed, Applicant submits the following amendment pursuant to 37 CFR § 1.121.

Applicant believes that no fee is due at this time, but the Commissioner is authorized to charge any fees to Deposit Account No. 506632 to the extent that a fee is required with this submission.

**REMARKS**

In the Notice to File Corrected Application Papers mailed on September 13, 2019 for the above-referenced application, which has been allowed, the Office noted that: "On Page 2, (SPEC 08/23/2019) of the specification there is a brief description of FIG. 7-8, but the drawings filed 04/12/2019 do not include a drawing with that designation. Applicant must respond either by supplying the omitted drawing or by amending the specification to remove all references to that drawing."

In response to the Notice, Applicant hereby provides FIG. 7 and FIG. 8, which were inadvertently missing from the amendment filed on August 23, 2019. As discussed in the amendment, and pursuant to 37 CFR 1.57(g), FIG. 7 and FIG. 8 can be found in Appendix A to provisional application 60/825,407, the entirety of which was incorporated by reference on the filing date of this application.

Should the Examiner wish to further discuss this case, the Examiner is welcome to call the undersigned at (312) 754-9315.

Respectfully submitted,

Dated: September 19, 2019

By: /Brandon J. Kennedy/

Brandon J. Kennedy
Reg. No. 67,894
Lee Sullivan Shea & Smith LLP
656 W Randolph St., Floor 5W
Chicago, Illinois 60661
(312) 754-9602

NEW SHEET




FIG. 7

NEW SHEET




*FIG. 8*