CLEMENT SETH ROBERTS (SBN 209203)
croberts@orrick.com
BAS DE BLANK (SBN 191487)
basdeblank@orrick.com
ALYSSA CARIDIS (SBN 260103)
acaridis@orrick.com
Orrick, Herrington & Sutcliffe LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:    +1 415 773 5700
Facsimile:    +1 415 773 5759

SEAN M. SULLIVAN (*pro hac vice*)
sullivan@ls3ip.com
COLE B. RICHTER (*pro hac vice*)
richter@ls3ip.com
LEE SULLIVAN SHEA & SMITH LLP
656 W Randolph St., Floor 5W
Chicago, IL 60661
Telephone:    +1 312 754 0002
Facsimile:    +1 312 754 0003

*Attorneys for Sonos, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SONOS, INC., <br><br> Plaintiff and Counterdefendant, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant and Counterclaimant. | Case No. 3:20-cv-06754-WHA <br><br> Consolidated with <br> Case No. 3:21-cv-07559-WHA <br><br> **DECLARATION OF ALYSSA CARIDIS IN SUPPORT OF SONOS, INC.'S PROFFER RE REVENUE ASSOCIATED WITH ACCUSED PRODUCTS** <br><br> Judge:  Hon. William Alsup <br> Courtroom: 12, 19th Floor <br> Trial Date: May 8, 2023 |

I, Alyssa Caridis, declare as follows and would so testify under oath if called upon to do so:

1. I am an attorney with the law firm of Orrick, Herrington & Sutcliffe LLP, counsel of record to Sonos, Inc. ("Sonos") in the above-captioned matter. I am a member in good standing of the Bar of the State of California. I make this declaration based on my personal knowledge, unless otherwise noted. If called, I can and will testify competently to the matters set forth herein.

2. I make this declaration in support of Sonos's Proffer re Revenue Associated With Accused Products.

3. Attached hereto as **Exhibit A** is a true and correct copy of PDX3.32, excerpted from the direct examination demonstratives for James Malackowski..

4. Attached hereto as **Exhibit B** is a true and correct copy of an excerpt of Trial Exhibit 6256.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed this 15th day of May, 2023 in San Francisco, California.

_____
Alyssa Caridis