UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA,

SAN FRANCISCO DIVISION

| | |
|---|---|
| SONOS, INC.,<br><br>    Plaintiff and Counter-defendant,<br><br>v.<br><br>GOOGLE LLC,<br><br>    Defendant and Counter-claimant. | Case No. 3:20-cv-06754-WHA<br><br>Consolidated with<br>Case No. 3:21-cv-07559-WHA<br><br>**[PROPOSED] ORDER GRANTING SONOS, INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED RE SONOS, INC.'S BRIEF REGARDING IFTTT** |

Pursuant to Civil Local Rule 79-5, Sonos, Inc. ("Sonos") has filed an Administrative Motion to Consider Whether Another Party's Material Should Be Sealed ("Administrative Motion") in connection with Sonos's Brief Regarding IFTTT ("Sonos's Brief"), and good cause to seal having been shown, the Court GRANTS Sonos's Administrative Motion and ORDERS sealed the following:

| DOCUMENT | PORTIONS TO BE SEALED | DESIGNATING PARTY |
|---|---|---|
| Exhibit 1 to Caridis Declaration in Support of Sonos's Brief | Entire document | Google |
| Exhibit 4 to Caridis Declaration in Support of Sonos's Brief | Entire document | Google |

Dated: _____, 2023

_____
HON. WILLIAM H. ALSUP
United States District Judge