CLEMENT SETH ROBERTS (SBN 209203)
croberts@orrick.com
BAS DE BLANK (SBN 191487)
basdeblank@orrick.com
ALYSSA CARIDIS (SBN 260103)
acaridis@orrick.com
Orrick, Herrington & Sutcliffe LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:   +1 415 773 5700
Facsimile:    +1 415 773 5759

SEAN M. SULLIVAN (*pro hac vice*)
sullivan@ls3ip.com
COLE B. RICHTER (*pro hac vice*)
richter@ls3ip.com
LEE SULLIVAN SHEA & SMITH LLP
656 W Randolph St., Floor 5W
Chicago, IL 60661
Telephone:   +1 312 754 0002
Facsimile:    +1 312 754 0003

*Attorneys for Sonos, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SONOS, INC.,<br><br>    Plaintiff and Counterdefendant,<br><br>v.<br><br>GOOGLE LLC,<br><br>    Defendant and Counterclaimant. | Case No. 3:20-cv-06754-WHA<br><br>Consolidated with<br>Case No. 3:21-cv-07559-WHA<br><br>**DECLARATION OF ALYSSA CARIDIS IN SUPPORT OF SONOS, INC.'S BRIEF REGARDING IFTTT**<br><br>Judge:  Hon. William Alsup<br>Courtroom:  12, 19th Floor<br>Trial Date:  May 8, 2023 |

I, Alyssa Caridis, declare as follows and would so testify under oath if called upon to do so:

1. I am an attorney with the law firm of Orrick, Herrington & Sutcliffe LLP, counsel of record to Sonos, Inc. ("Sonos") in the above-captioned matter. I am a member in good standing of the Bar of the State of California. I make this declaration based on my personal knowledge, unless otherwise noted. If called, I can and will testify competently to the matters set forth herein.

2. I make this declaration in support of Sonos's Brief Regarding IFTTT.

3. Attached hereto as **Exhibit 1** is a true and correct copy of excerpts of an email chain between counsel for Google and Sonos, including an email from J. Ma, counsel for Google, to A. Caridis, counsel for Sonos, dated May 17, 2022.

4. Attached hereto as **Exhibit 2** is a true and correct copy of excerpts from Plaintiff's First Set of Fact Discovery Requests For the Production of Documents and Things to Defendants from Case No. 6:20-cv-00881-ADA (W.D. Tex.), dated August 7, 2021.

5. Attached hereto as **Exhibit 3** is a true and correct copy of excerpts from Sonos, Inc.'s Second Set of Requests for Production from this matter, dated January 28, 2022.

6. Attached hereto as **Exhibit 4** is a true and correct copy of excerpts from the Rebuttal Expert Report of W. Christopher Bakewell Regarding Damages, dated January 13, 2023.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed this 16th day of May, 2023 in San Francisco, California.

_____
Alyssa Caridis