# EXHIBIT 2

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| **SONOS, INC.,**  *Plaintiff*, | § § § § § § § § § § | CIVIL ACTION 6:20-cv-00881-ADA |
| v. | | |
| **GOOGLE LLC**  *Defendant.* | | |

**PLAINTIFF'S FIRST SET OF FACT DISCOVERY REQUESTS FOR
THE PRODUCTION OF DOCUMENTS AND THINGS TO DEFENDANTS**

Pursuant to Rules 26 and 34 of the Federal Rules of Civil Procedure and the Order Governing Proceedings - Patent Case, Plaintiff Sonos, Inc. ("Sonos") propounds the following requests to Defendant Google LLC ("Google") for the production of the documents and things specified below for inspection and copying. The documents and things shall be produced within thirty days from the service of these requests to Sonos's counsel, Lee Sullivan Shea & Smith LLP, 656 W. Randolph St., Chicago, Illinois 60661. This is a continuing request for documents and things as they become available to you.

**DEFINITIONS AND INSTRUCTIONS**

For purposes of responding to these requests, the following definitions and instructions shall apply:

1. The Definitions and Instructions set forth in Sonos's First Set of Fact Discovery Interrogatories for to Defendant are incorporated by reference and apply to these discovery requests, in addition to those stated below.

2. The terms "Plaintiff" and "Sonos" shall mean Sonos, Inc., any predecessor,

1

**REQUEST NO. 21**

All documents and things concerning any test, study, or evaluation of the Accused Instrumentalities, whether internal or external, including but not limited to any alpha test, beta test, user study, or third-party approval process for any Accused Instrumentality.

**REQUEST NO. 22**

All documents and things concerning use or demonstration of, or training related to, the Accused Instrumentalities by Google or by any third party (including but not limited to customers of the Accused Instrumentalities).

**REQUEST NO. 23**

All documents and things concerning the manufacture of each Accused Pixel Device and Accused Cast-Enabled Media Player, including but not limited to bills of materials, costs of goods, and documents concerning any pre-installed software (e.g., firmware and/or any Accused Cast-Enabled Apps).

**REQUEST NO. 24**

All documents and things concerning communications between Defendant and any third party regarding the Accused Instrumentalities, including but not limited to communications between Defendant and customers of the Accused Instrumentalities and feedback from customers of the Accused Instrumentalities relating thereto.

**REQUEST NO. 54**

All documents and things concerning any actual or prospective agreement and/or relationship between Defendant and any third-party streaming media service provider (e.g., Spotify, TuneIn, iHeartRadio, TIDAL, Amazon Music, Deezer, etc.) regarding the Accused Instrumentalities.

**REQUEST NO. 55**

All documents and things concerning any royalty base or royalty rate related to the Accused Instrumentalities or any other product or service connected to and/or promoted by the Accused Instrumentalities.

Dated: August 7, 2021                                                  Respectfully submitted,

By:    */s/ Cole B. Richter*

Cole B. Richter (admitted *pro hac vice*)
Illinois Bar No. 6315686
LEE SULLIVAN SHEA & SMITH LLP
656 W. Randolph St., Floor 5W
Chicago, IL 60661
Telephone:  312.754.9602
Facsimile:  312.754.9603
richter@ls3ip.com

Alyssa Caridis (admitted *pro hac vice*)
California Bar No. 260103
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa St., Suite 3200
Los Angeles, CA 90017
Telephone:  213.612.2372

Facsimile:  213.612.2499
acaridis@orrick.com

Clement Seth Roberts (admitted *pro hac vice*)
California Bar No. 209203
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard St.
San Francisco, CA 94105
Telephone:  415.773.5484
Facsimile:  415.773.5759
croberts@orrick.com

Bas de Blank (admitted *pro hac vice*)
California Bar No. 191487
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Blvd.
Menlo Park, CA 94205
Telephone:  650.614.7343
Facsimile:  650.614.7401
bdeblank@orrick.com


George I. Lee (admitted *pro hac vice*)
Illinois Bar No. 6225430
Sean M. Sullivan (admitted *pro hac vice*)
Illinois Bar No. 6230605
Rory P. Shea (admitted *pro hac vice*)
Illinois Bar No. 6290745
J. Dan Smith (admitted *pro hac vice*)
Illinois Bar No. 6300912
Cole B. Richter (admitted pro hac vice)
Illinois Bar No. 6315686
LEE SULLIVAN SHEA & SMITH LLP
656 W. Randolph St., Floor 5W
Chicago, IL 60661
Telephone:  312.754.9602
Facsimile:  312.754.9603
lee@ls3ip.com
sullivan@ls3ip.com
shea@ls3ip.com
smith@ls3ip.com
richter@ls3ip.com

Mark D. Siegmund
State Bar No. 24117055
mark@waltfairpllc.com
Law Firm of Walt, Fair PLLC.

27

1508 North Valley Mills Drive
Waco, Texas 76710
Telephone: (254) 772-6400
Facsimile: (254) 772-6432

*Counsel for Plaintiff Sonos, Inc.*

28