# EXHIBIT 3

ATTORNEYS' EYES ONLY SOURCE CODE

```
1              IN THE UNITED STATES DISTRICT COURT
2            FOR THE NORTHERN DISTRICT OF CALIFORNIA
3
4
5     GOOGLE LLC,
6                 Plaintiff,
7          vs.                       No. 3:20-cv-06754-WHA
8     SONOS, INC.,
9                 Defendant.
      _____/
10
11
12          -- ATTORNEYS' EYES ONLY SOURCE CODE --
13
14        VIDEO-RECORDED DEPOSITION OF KEN MACKAY
15          IN HIS INDIVIDUAL CAPACITY AND AS A
16      FEDERAL RULE 30(B)(6) WITNESS FOR GOOGLE LLC
17                Remote Zoom Proceedings
18                 Sunnyvale, California
19              Wednesday, January 25, 2023
20
21
22
23    REPORTED BY:
24    LESLIE ROCKWOOD ROSAS, RPR, CSR 3462
25    Pages 1 - 88                          Job No. 5682406
```

Page 1

```
1        Q.  Can you explain for me the practical differences
2    between this StopPlayback() function and the
3    StopCurrentApp() function?
4           MR. KAPLAN:  Object to form.
5           THE WITNESS:  So I don't remember exactly when     10:33:25
6    we call this, but I think -- I think this doesn't -- this
7    only stops the playback.  So it's as if you're stopping
8    the track, the media track from playing, but it doesn't
9    stop the app itself.  So the app is still running.
10       Q.  BY MR. SHEA:  And if the goal of what -- here,    10:33:55
11   let me try to ask it a different way.
12          Would it have been technically possible --
13   sorry.  Let me try it a third time.
14          Were there technical reasons why you chose to
15   use StopCurrentApp() as opposed to StopPlayback() in the  10:34:15
16   RefreshDeviceGroups() function?
17          MR. KAPLAN:  Object to form.
18          THE WITNESS:  I think StopCurrentApp() is both
19   simpler and covers more cases.  So it stops not only
20   playback, but it stops the app itself and -- yeah.        10:34:40
21       Q.  BY MR. SHEA:  I see here that in the
22   StopPlayback() function, it makes reference to a group as
23   well.
24          Do you see that?
25       A.  Yes.                                              10:35:04
```

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.