UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SONOS, INC.,<br><br>   Plaintiff and Counter-Defendant,<br><br>vs.<br><br>GOOGLE LLC,<br><br>   Defendant and Counter-Claimant. | Case No. 3:20-cv-06754-WHA<br>Consolidated with Case No. 3:21-cv-07559-WHA<br><br>**[PROPOSED] ORDER GRANTING GOOGLE LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF ITS RESPONSE TO SONOS, INC.'S BRIEF REGARDING THE PARTIES' POSITIONS ON STANDALONE MODE** |

Plaintiff Google LLC ("Google") has filed an Administrative Motion to File Under Seal Portions of its Response to Response to Sonos, Inc.'s ("Sonos") Brief Regarding the Parties' Positions on Standalone Mode ("Response") ("Google's Administrative Motion")

Having considered Google's Administrative Motion, and good cause to seal having been shown, the Court **GRANTS** Google's Administrative Motion and **ORDERS** sealed the documents listed below:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Exhibit 1 | Portions outlined in red boxes | Google |
| Exhibit 2 | Portions outlined in red boxes | Google |

IT IS SO ORDERED.

DATED:

_____
The Honorable William Alsup
United States District Court Judge