CLEMENT SETH ROBERTS (SBN 209203)
croberts@orrick.com
BAS DE BLANK (SBN 191487)
basdeblank@orrick.com
ALYSSA CARIDIS (SBN 260103)
acaridis@orrick.com
Orrick, Herrington & Sutcliffe LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:    +1 415 773 5700
Facsimile:     +1 415 773 5759

SEAN M. SULLIVAN (pro hac vice)
sullivan@ls3ip.com
MICHAEL P. BOYEA (pro hac vice)
boyea@ls3ip.com
COLE RICHTER (pro hac vice)
richter@ls3ip.com
LEE SULLIVAN SHEA & SMITH LLP
656 W Randolph St., Floor 5W
Chicago, IL 60661
Telephone:    +1 312 754 0002
Facsimile:     +1 312 754 0003

*Attorneys for Sonos, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SONOS, INC., <br><br> Plaintiff and Counterdefendant, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant and Counterclaimant. | Case No. 3:20-cv-06754-WHA <br><br> Consolidated with <br> Case No. 3:21-cv-07559-WHA <br><br> **DECLARATION OF COLE B. RICHTER IN SUPPORT OF SONOS, INC.'S SUPPLEMENTAL BRIEF REGARDING APPENDIX A OF THE '407 PROVISIONAL SPECIFICATION** <br><br> Judge:  Hon. William Alsup <br> Courtroom: 12, 19th Floor <br> Trial Date: May 8, 2023 |

I, Cole B. Richter, declare as follows and would so testify under oath if called upon to do so:

1. I am an attorney with the law firm of Lee, Sullivan, Shea & Smith, LLP, counsel of record to Sonos, Inc. ("Sonos") in the above-captioned matter. I am a member in good standing of the Bar of the State of Illinois. I make this declaration based on my personal knowledge, unless otherwise noted. If called, I can and will testify competently to the matters set forth herein.

2. I make this declaration in support of Sonos, Inc.'s Supplemental Brief Regarding Appendix A of the '407 Provisional Specification.

3. Attached as **Exhibit 1** is a true and correct copy of an excerpt from U.S. Appl. No. 60/825,407 (2006 provisional application). This exhibit has been highlighted for convenience.

4. Attached as **Exhibit 2** is a true and correct copy of U.S. Patent No. 5,987,434, filed as Dkt. 114-2 in Case No. 2:15-cv-01367-JRG-RSP (E.D. Tex. May 19, 2016).

5. Attached as **Exhibit 3** is a true and correct copy of U.S. Appl. No. 60/809,898, filed as Dkt. 313-7 in Case No. 3:13-cv-00808-MHL (E.D. Va. Jan. 23, 2020).

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed this 16th day of May, 2023 in San Francisco, California.

*/s/ Cole B. Richter*
COLE B. RICHTER