UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 20-cv-06754-WHA
Case Name: Sonos, Inc. v. Google, LLC

## TRIAL SHEET, EXHIBIT and WITNESS LIST

| JUDGE: **William Alsup** | PLAINTIFFS ATTORNEYS: Sean Sullivan, Alyssa Caridis, Dan Smith, Rory Shea, Cole Richter, Clem Roberts, David Grosby, Geoff Moss | DEFENSE ATTORNEYS: Sean Pak, Melissa Baily, Iman Lordgooei, James Judah, Jason Williams |
|---|---|---|
| TRIAL DATE: 05/16/2023 | REPORTER(S): Marla Knox | CLERK: Angella Meuleman |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 7:33 a.m. | | | Court in session. Parties to meet and confer re: trial time assessed thus far. Further housekeeping matters discussed outside presence of jury. | |
| | | 8:02 a.m. | | | Jury present. Witness, **James Maleckowski**, on witness stand. Cross-examination of witness continues by Melissa Baily. | |
| | TX6016 | | X | X | Google Agreement. | |
| | | 8:10 a.m. | | | Re-direct examination of witness by Alyssa Caridis. | |
| | | 8:26 a.m. | | | Re-cross examination of witness by Melissa Baily. | |
| | | 8:31 a.m. | | | Witness thanked and excused. | |
| | | 8:32 a.m. | | | Witness, **Christopher Chan**, by video deposition played for jury. | |
| TX00128 | | | X | X | Spreadsheet. | |
| TX00130 | | | X | X | Spreadsheet. | |
| TX00138 | | | X | X | Spreadsheet. | |
| TX00139 | | | X | X | Spreadsheet. | |
| | | 8:54 a.m. | | | Plaintiff **RESTS**. | |
| | | 8:54 a.m. | | | Jury excused for break. | |
| | | | | | Oral Motion for Rule 50(a) by Sean Pak, made outside presence of jury. | |
| | | 8:55 a.m. | | | Court in recess. | |
| | | 9:15 a.m. | | | Court reconvened. Jury present. Witness, **Kenneth MacKay**, on witness stand and sworn for testimony. Direct examination of witness by Sean Pak. | |
| | TX6454 | | X | X | Multizone Audio Design (Draft). | |
| | | 10:02 a.m. | | | Cross-examination of witness by Dan Smith. | |
| | | 10:17 a.m. | | | Jury excused for break. Court in recess. | |

1

| | | | | | | |
|---|---|---|---|---|---|---|
| | | 10:28 a.m. | | | Court reconvened. Jury present. Re-cross-examination of witness continues by Dan Smith. | |
| | | 10:30 a.m. | | | Re-direct examination of witness by Sean Pak. | |
| | | 10:31 a.m. | | | Re-cross examination of witness by Dan Smith. | |
| | | 10:31 a.m. | | | Witness thanked and excused. | |
| | | 10:39 a.m. | | | Witness, **Tavis Alexander MacLellan**, approached the witness stand and sworn for testimony. Direct examination of witness by Jason Williams. | |
| | | 10:50 a.m. | | | Cross-examination of witness by Geoff Moss. | |
| | | 10:51 a.m. | | | Witness thanked and excused. | |
| | | 10:51 a.m. | | | Witness, **Justin Pedro**, approached witness stand and sworn for testimony. Direct examination of witness by Iman Lordgooei. | |
| | | 11:10 a.m. | | | Cross-examination of witness by David Grosby. | |
| | | 11:11 a.m. | | | Witness, **Dan Schonfeld**,Ph.D., approached the witness stand and sworn for testimony. Direct examination of witness by Sean Pak. | |
| | TX2426 | | X | X | Yamaha DME Manual. | |
| | | 11:48 a.m. | | | Jury excused for break. | |
| | | 12:02 p.m. | | | Court reconvened. Jury present. | |
| | TX6000 | | X | X | Direct examination of witness continues by Sean Pak. | |
| | TX3923 | | X | X | Declaration of Rob Lambourne. | |
| | | 12:58 p.m. | | | Jury admonished and excused for the day. | |
| | | 12:58 p.m. | | | Parties request briefing made outside presence of jury as further stated on the record. Court granted and stated parties may each file 5 page briefs by 5pm today and response due by 8pm today. | |
| | | 1:04 p.m. | | | Court adjourned. | |