UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SONOS, INC.,

    Plaintiff,

    v.

GOOGLE LLC,

    Defendant.

No. C 20-06754 WHA
No. C 21-07559 WHA

(Consolidated)

**REQUEST FOR TOMORROW**

Counsel should be prepared tomorrow to tell the judge the two (not three) most important points they want the jury instructions to state.

**IT IS SO ORDERED.**

Dated: May 17, 2023.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE