# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# CIVIL MINUTES

| **Date:** 5/17/2023 | **Time:** 7:23 – 12:50 = 4 Hours; 46 Minutes | **Judge:** WILLIAM ALSUP |
|---|---|---|
| **Case No.:** 20-cv-06754-WHA | **Case Name:** Sonos, Inc. v. Google, LLC | |
| **Deputy Clerk:** Angella Meuleman | **Court Reporter:** Marla Knox | |

**Attorneys for Plaintiff:** Sean Sullivan, Alyssa Caridis, Dan Smith, Cole Richter, Rory Shea, Clem Roberts, Geoff Moss, David Grosby, Joseph Kolker.

**Attorneys for Defendant:** Sean Pak, Melissa Baily, Iman Lordgooei, James Judah, Jason Williams.

## PROCEEDINGS

JURY TRIAL – Held.

## SUMMARY

Witnesses:  Dan Schonfeld, Ph.D., Christopher Chan, Christopher Bakewell,

Admitted Exhibits: TX3698, TX6513, TX3808, TX2508, TX3007, TX2675, TX2676, TX0006 (excerpts), TX2674, TX2673, TX3509, TX3787, TX3786, TX0140, TX6353, TX0158.

Defense RESTS.

See Trial Log for further details.