UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 20-cv-06754-WHA
Case Name: Sonos, Inc. v. Google, LLC

## TRIAL SHEET, EXHIBIT and WITNESS LIST

| JUDGE:<br>**William Alsup** | PLAINTIFFS ATTORNEYS:<br>Sean Sullivan, Alyssa Caridis, Dan Smith, Rory Shea, Cole Richter, Clem Roberts, David Grosby, Geoff Moss, Joseph Kolker | DEFENSE ATTORNEYS:<br>Sean Pak, Melissa Baily, Iman Lordgooei, James Judah, Jason Williams |
|---|---|---|
| TRIAL DATE:<br>05/17/2023 | REPORTER(S):<br>Marla Knox | CLERK:<br>Angella Meuleman |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 7:23 a.m. | | | Court in session. Court ruled on matters discussed outside presence of jury. Housekeeping matters further discussed outside presence of jury. | |
| | | 7:47 a.m. | | | Jury present. Court explained to the jury its reasons for striking idle mode from Mr. Schonfeld's testimony from yesterday. | |
| | | 7:50 a.m. | | | Witness, **Dan Schonfeld,** Ph.D., on witness stand. Direct examination of witness continues by Sean Pak. | |
| | TX3698 | | X | X | Crestron.com | |
| | TX6513 | | X | X | U.S. Patent No. 7,197,148 (Nourse). | |
| | TX3808 | | X | X | Produced excerpts from Internet Archive. | |
| | TX2508 | | X | X | Web.archive.org. | |
| | TX3007 | | X | X | SlimServer_V5.3.1 Source Code. | |
| | TX2675 | | X | X | U.S. Patent No. 7,603,414. | |
| | | 8:44 a.m. | | | Cross-examination of witness by Clem Roberts. | |
| | | 9:06 a.m. | | | Jury excused for break. Court in recess. | |
| | | 9:26 a.m. | | | Court reconvened. Jury present. Cross-examination of witness continues by Clem Roberts. | |
| | TX2676 | | X | X | U.S. Patent No. 7,732,694. | |
| | TX0006 | | X | X | Excerpts. | |
| | TX2674 | | X | X | U.S. Patent No. 7,562,117. | |
| | TX2673 | | X | X | U.S. Patent No. 7,542,816. | |
| | | 10:03 a.m. | | | Re-direct examination of witness by Sean Pak. | |
| | | 10:14 a.m. | | | Re-cross examination of witness by Clem Roberts. | |
| | | 10:15 a.m. | | | Witness thanked. | |
| | | 10:16 a.m. | | | Witness, **Christopher Chan**, approached the witness stand and sworn for testimony. Direct examination of witness by Melissa Baily. | |

|  | TX3509 |  | X | X | Chromecast physical exhibit. |  |
|---|---|---|---|---|---|---|
|  | TX3787 |  | X | X | Nest Audio Speaker physical exhibit. |  |
|  | TX3786 |  | X | X | Nest Hub physical exhibit. |  |
|  | TX0140 |  | X | X | Spreadsheet Multizone Data. |  |
|  |  | 10:31 a.m. |  |  | Cross-examination of witness by Cole Richter. |  |
|  | TX6353 |  | X | X | Webpage: Google – The Keyword – Product Updates. |  |
|  |  | 10:43 a.m. |  |  | Witness thanked. |  |
|  |  | 10:43 a.m. |  |  | Jury excused for break. Housekeeping matters discussed outside presence of jury. |  |
|  |  | 10:46 a.m. |  |  | Court in recess. |  |
|  |  | 10:59 a.m. |  |  | Court reconvened. Oral motion for Rule 50(a) made by Sean Sullivan, preserved for the record. Additional housekeeping matters discussed outside presence of jury. |  |
|  |  | 11:04 a.m. |  |  | Jury present. Witness, **Christopher Bakewell**, approached the witness stand and sworn for testimony. Direct examination of witness by Melissa Baily. |  |
|  |  | 11:46 a.m. |  |  | Jury excused for break. Court in recess. |  |
|  |  | 11:54 a.m. |  |  | Court reconvened. Proposed jury instructions discussed outside presence of jury. |  |
|  |  | 11:59 a.m. |  |  | Jury present. Court discusses trial protocol from this point forward with jury. |  |
|  |  | 12:02 p.m. |  |  | Cross examination of witness by Alyssa Caridis. |  |
|  | TX0158 |  | X | X | Presentation: Speakers Prince Conjoint Survey Results. |  |
|  |  | 12:40 p.m. |  |  | Re-direct examination of witness by Melissa Baily. |  |
|  |  | 12:47 p.m. |  |  | Witness thanked. |  |
|  |  | 12:48 p.m. |  |  | Defense RESTS. |  |
|  |  | 12:48 p.m. |  |  | Jury admonished and excused for the day. Further housekeeping matters discussed outside presence of jury. Rule 50(a) motions will be raised tomorrow. |  |
|  |  | 12:50 p.m. |  |  | Court adjourned. |  |