# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** 5/18/2023 | **Time:** 7:31 – 1:04 = 3 Hours; 17 Minutes | **Judge:** WILLIAM ALSUP |
|---|---|---|
| **Case No.:** 20-cv-06754-WHA | **Case Name:** Sonos, Inc. v. Google, LLC | |
| **Deputy Clerk:** Angella Meuleman | **Court Reporter:** Marla Knox | |

**Attorneys for Plaintiff:** Sean Sullivan, Alyssa Caridis, Dan Smith, Cole Richter, Rory Shea, Clem Roberts, Elizabeth Moulton.

**Attorneys for Defendant:** Sean Pak, Melissa Baily, Iman Lordgooei, James Judah.

## PROCEEDINGS

JURY TRIAL – Held.

## SUMMARY

Rebuttal Witnesses: Kevin Almeroth, Ph.D., Dan Schonfeld, Ph.D.

Admitted Exhibits: TX3928, TX6958, TX6788, TX6787, TX2651.

Charging Conference. Parties to return at 6:45AM, 5/19/2023 for further charging conference.

See Trial Log for further details.