CLEMENT SETH ROBERTS (SBN 209203)
croberts@orrick.com
BAS DE BLANK (SBN 191487)
basdeblank@orrick.com
ALYSSA CARIDIS (SBN 260103)
acaridis@orrick.com
Orrick, Herrington & Sutcliffe LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:   +1 415 773 5700
Facsimile:   +1 415 773 5759

SEAN M. SULLIVAN (pro hac vice)
sullivan@ls3ip.com
MICHAEL P. BOYEA (pro hac vice)
boyea@ls3ip.com
COLE RICHTER (pro hac vice)
richter@ls3ip.com
LEE SULLIVAN SHEA & SMITH LLP
656 W Randolph St., Floor 5W
Chicago, IL 60661
Telephone:   +1 312 754 0002
Facsimile:   +1 312 754 0003

*Attorneys for Sonos, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SONOS, INC.,<br><br>    Plaintiff and Counterdefendant,<br><br>v.<br><br>GOOGLE LLC,<br><br>    Defendant and Counterclaimant. | Case No. 3:20-cv-06754-WHA<br><br>Consolidated with<br>Case No. 3:21-cv-07559-WHA<br><br>**DECLARATION OF COLE B. RICHTER IN SUPPORT OF SONOS, INC.'S MOTION FOR JUDGMENT AS A MATTER OF LAW UNDER RULE 50(a)**<br><br>Judge:  Hon. William Alsup<br>Courtroom:  12, 19th Floor<br>Trial Date:  May 8, 2023 |

Decl. of C. Richter ISO Sonos's Mtn
for Judgment as a Matter of Law
3:20-cv-06754-WHA

I, Cole B. Richter, declare as follows and would so testify under oath if called upon to do so:

1. I am an attorney with the law firm of Lee, Sullivan, Shea & Smith, LLP, counsel of record to Sonos, Inc. ("Sonos") in the above-captioned matter. I am a member in good standing of the Bar of the State of Illinois. I make this declaration based on my personal knowledge, unless otherwise noted. If called, I can and will testify competently to the matters set forth herein.

2. I make this declaration in support of Sonos, Inc.'s Motion for Judgment as a Matter of Law Under Rule 50(a).

3. Attached as **Exhibit 1** is a true and correct copy of a clip report of the deposition testimony of Kenneth MacKay, dated May 10, 2022, and as played in Court on May 10, 2023.

4. Attached as **Exhibit 2** is a true and correct copy of a redacted excerpt from the deposition transcript of Kenneth MacKay, dated May 10, 2022.

5. Attached as **Exhibit 3** is a true and correct copy of Dr. Kevin Almeroth's trial demonstratives, as presented in court on May 10, 2023 and May 11, 2023.

6. Attached as **Exhibit 4** is a true and correct copy of a clip report of the deposition testimony of Christopher Chan, dated November 29, 2022, and as played in Court on May 16, 2023.

7. Attached as **Exhibit 5** is a true and correct copy of a redacted excerpt from the deposition transcript of Christopher Chan, dated November 29, 2022.

8. Attached as **Exhibit 6** is a true and correct copy of a clip report of the deposition testimony of Tomer Shekel, dated November 23, 2022, and as played in Court on May 10, 2023.

9. Attached as **Exhibit 7** is a true and correct copy of a redacted excerpt from the deposition transcript of Tomer Shekel, dated November 23, 2022

10. Attached as **Exhibit 8** is a true and correct copy of a clip report of the deposition testimony of Tim Kowalski, dated May 8, 2023, and as played in Court on May 12, 2023.

11. Attached as **Exhibit 9** is a true and correct copy of a redacted excerpt from the deposition transcript of Tim Kowalski, dated May 8, 2023.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed this 18th day of May, 2023 in San Francisco, California.

_____
COLE B. RICHTER