# Exhibit 1

# As Played in Court 05/10/23

## Designation List Report

**MacKay, Kenneth**                                    **2022-05-10**

| | |
|---|---|
| Sonos Affirmatives | 00:32:12 |
| Google Counters | 00:06:16 |
| **TOTAL RUN TIME** | **00:38:28** |

Documents linked to video:

T36

T38

T41

T48

T84



**MacKay_K_vol1 - As Played in Court 05/10/23**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 11:08 - 11:12 | **MacKay, Kenneth 2022-05-10** | 00:00:19 | MacKay_K_vol1.1 |
| | 11:08  Q.  Mr. MacKay, good to see you again. | | |
| | 11:09      For the record, could you just state your | | |
| | 11:10      full name and spell it for us. | | |
| | 11:11  A.  My full name is Kenneth John MacKay. | | |
| | 11:12      K-E-N-N-E-T-H, J-O-H-N, M-A-C capital K-A-Y. | | |
| 15:07 - 15:10 | **MacKay, Kenneth 2022-05-10** | 00:00:11 | MacKay_K_vol1.2 |
| | 15:07  Q.  (By Mr. Shea)  Now, this lists your | | |
| | 15:08      current title, I believe, at Google, as senior | | |
| | 15:09      staff software engineer; is that correct? | | |
| | 15:10  A.  It does. | | |
| 24:17 - 24:19 | **MacKay, Kenneth 2022-05-10** | 00:00:07 | MacKay_K_vol1.3 |
| | 24:17      What I'd like to do now is introduce the | | |
| 🔗 T84.1 | 24:18      30(b)(6) notice and -- and start to ask you some | | |
| | 24:19      things about that. | | |
| 25:06 - 25:08 | **MacKay, Kenneth 2022-05-10** | 00:00:12 | MacKay_K_vol1.10 4 |
| | 25:06      Have you seen this document before, | | |
| | 25:07      Mr. MacKay? | | |
| | 25:08  A.  I don't think so. | | |
| 25:22 - 26:01 | **MacKay, Kenneth 2022-05-10** | 00:00:14 | MacKay_K_vol1.4 |
| | 25:22  Q.  My understanding is Google has designated | | |
| 🔗 T84.11.1 | 25:23      you as their representative with respect to | | |
| | 25:24      subpart (i) of this topic No. 1.  Is that | | |
| | 25:25      consistent with your understanding as well? | | |
| | 26:01  A.  Yes. | | |
| 29:01 - 29:06 | **MacKay, Kenneth 2022-05-10** | 00:00:14 | MacKay_K_vol1.5 |
| | 29:01  Q.  Can you think of anyone currently | | |
| | 29:02      employed at Google that you would consider to be | | |
| | 29:03      more knowledgeable about the subject matter of -- | | |
| | 29:04      of this topic of our deposition notice, other than | | |
| | 29:05      yourself? | | |
| | 29:06  A.  No. | | |
| 29:14 - 29:17 | **MacKay, Kenneth 2022-05-10** | 00:00:11 | MacKay_K_vol1.6 |
| 🗷 Clear | 29:14      Do you understand that -- that by | | |
| | 29:15      providing testimony in a 30(b)(6) capacity, that | | |
| | 29:16      you are testifying on behalf of -- of Google? | | |
| | 29:17  A.  Yes. | | |
| 50:05 - 50:06 | **MacKay, Kenneth 2022-05-10** | 00:00:06 | MacKay_K_vol1.7 |

**MacKay_K_vol1 - As Played in Court 05/10/23**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 50:05　Do you have your own Google players that | | MacKay_K_vol1.7 |
| | 50:06　you use? | | |
| 50:08 - 50:08 | **MacKay, Kenneth 2022-05-10** | 00:00:01 | MacKay_K_vol1.8 |
| | 50:08　THE DEPONENT: Yes. | | |
| 50:09 - 50:11 | **MacKay, Kenneth 2022-05-10** | 00:00:10 | MacKay_K_vol1.10 5 |
| | 50:09　Q.　(By Mr. Shea)　And when you are playing | | |
| | 50:10　music on your own Google players, what app or apps | | |
| | 50:11　do you use to play music on those players? | | |
| 50:13 - 50:18 | **MacKay, Kenneth 2022-05-10** | 00:00:18 | MacKay_K_vol1.10 6 |
| | 50:13　THE DEPONENT: We use voice commands, | | |
| | 50:14　typically. | | |
| | 50:15　Q.　(By Mr. Shea)　Are -- are there -- was | | |
| | 50:16　there ever a time or -- or is there a time now | | |
| | 50:17　where you use any mobile app to play music to your | | |
| | 50:18　Google players? | | |
| 50:20 - 50:20 | **MacKay, Kenneth 2022-05-10** | 00:00:02 | MacKay_K_vol1.10 7 |
| | 50:20　THE DEPONENT: Not me specifically. | | |
| 50:21 - 50:23 | **MacKay, Kenneth 2022-05-10** | 00:00:06 | MacKay_K_vol1.9 |
| | 50:21　Q.　(By Mr. Shea)　Have you ever in the past | | |
| | 50:22　used any mobile app to play music on -- on a | | |
| | 50:23　Google player? | | |
| 50:25 - 50:25 | **MacKay, Kenneth 2022-05-10** | 00:00:01 | MacKay_K_vol1.10 |
| | 50:25　THE DEPONENT: Yes. | | |
| 55:15 - 55:17 | **MacKay, Kenneth 2022-05-10** | 00:00:05 | MacKay_K_vol1.11 |
| | 55:15　Q.　Okay.　So a Wi-Fi network would be one | | |
| | 55:16　example of a data network? | | |
| | 55:17　A.　Yes. | | |
| 55:21 - 55:24 | **MacKay, Kenneth 2022-05-10** | 00:00:14 | MacKay_K_vol1.12 |
| 🔗 T84.3.1 | 55:21　Q.　(By Mr. Shea)　-- each of the players | | |
| | 55:22　listed in paragraph 3 of Exhibit 2, is it true that | | |
| | 55:23　those -- those players are capable of connecting to | | |
| | 55:24　and communicating over a Wi-Fi network? | | |
| 56:01 - 56:01 | **MacKay, Kenneth 2022-05-10** | 00:00:02 | MacKay_K_vol1.13 |
| | 56:01　THE DEPONENT: Yes. | | |
| 57:04 - 57:08 | **MacKay, Kenneth 2022-05-10** | 00:00:30 | MacKay_K_vol1.14 |
| ✖ Clear | 57:04　Q.　What is a "speaker group" as Google uses | | |
| | 57:05　that term? | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 57:06   A.   I would describe it as a set of devices | | |
| | 57:07        that appears as a castable -- as a Cast target. | | |
| | 57:08        And when casted to, they all play together -- | | |
| 57:10 - 57:10 | **MacKay, Kenneth 2022-05-10** | 00:00:02 | MacKay_K_vol1.15 |
| | 57:10   A.   -- specifically -- specifically audio. | | |
| 57:16 - 57:22 | **MacKay, Kenneth 2022-05-10** | 00:00:28 | MacKay_K_vol1.16 |
| | 57:16        What do you mean by "appears as a Cast | | |
| | 57:17        target"? | | |
| | 57:18   A.   So what I mean is that you can cast to | | |
| | 57:19        the group.  So in -- if you're in a sender app, for | | |
| | 57:20        example, and you hit the Cast button, then the | | |
| | 57:21        group would show up as -- as a potential Cast | | |
| | 57:22        option. | | |
| 60:17 - 60:17 | **MacKay, Kenneth 2022-05-10** | 00:00:02 | MacKay_K_vol1.17 |
| 🔗 T36.1 | 60:17        I'm going to mark that as Exhibit 36. | | |
| 61:07 - 61:13 | **MacKay, Kenneth 2022-05-10** | 00:00:20 | MacKay_K_vol1.18 |
| | 61:07        So if you see in the first statement | | |
| 🔗 T36.1.1 | 61:08        there it says "Group any combination of Google Nest | | |
| | 61:09        or Google Home speakers and displays and Chromecast | | |
| | 61:10        devices together for synchronous music throughout | | |
| | 61:11        the home." | | |
| | 61:12        Do you see that? | | |
| | 61:13   A.   Yes. | | |
| 63:01 - 63:11 | **MacKay, Kenneth 2022-05-10** | 00:00:46 | MacKay_K_vol1.19 |
| 🗙 Clear | 63:01   Q.   Now, are you familiar with a term, | | |
| | 63:02        "static group"? | | |
| | 63:03   A.   Yes. | | |
| | 63:04   Q.   What is a "static group"? | | |
| | 63:05   A.   So that is a group that the user defines | | |
| | 63:06        using the Google Home app, I think, is the only | | |
| | 63:07        way.  So they define a group, and then that group | | |
| | 63:08        becomes a castable target. | | |
| | 63:09   Q.   And how does a "static group" compare to | | |
| | 63:10        what is referred to as a "speaker group" in | | |
| | 63:11        Exhibit 36? | | |
| 63:13 - 63:16 | **MacKay, Kenneth 2022-05-10** | 00:00:17 | MacKay_K_vol1.20 |
| | 63:13        THE DEPONENT:  Let me go back. | | |
| | 63:14        So a "static group" is what is being | | |
| | 63:15        referred to in -- in this document, "Create and | | |

| DESIGNATION | SOURCE | | DURATION | ID |
|---|---|---|---|---|
| | 63:16 | manage speaker groups," I think. | | |
| 63:19 - 63:19 | **MacKay, Kenneth 2022-05-10** | | 00:00:03 | MacKay_K_vol1.21 |
| | 63:19 | THE DEPONENT: Yeah, that's accurate. | | |
| 64:11 - 65:02 | **MacKay, Kenneth 2022-05-10** | | 00:01:17 | MacKay_K_vol1.22 |
| | 64:11 | Q. So then can you tell me what a static -- | | |
| | 64:12 | excuse me -- what a "dynamic group" is? | | |
| | 64:13 | A. So a "dynamic group" refers to the | | |
| | 64:14 | ability to add or remove devices from an ongoing | | |
| | 64:15 | playback. So -- and it's a temporary association, | | |
| | 64:16 | I guess you would say, of the devices that only | | |
| | 64:17 | exist as long as -- as long as that Cast session is | | |
| | 64:18 | ongoing. | | |
| | 64:19 | Q. So are you able to articulate for me | | |
| | 64:20 | the -- the distinction between what you call a | | |
| | 64:21 | "dynamic group" and what you call a "static group"? | | |
| | 64:22 | A. I guess the main distinction would be how | | |
| | 64:23 | it's set up. So the static group is set up through | | |
| | 64:24 | the Google Home app explicitly by the user and | | |
| | 64:25 | named. Whereas, a dynamic group is sort of set up, | | |
| | 65:01 | I would say, behind the scenes in response to a | | |
| | 65:02 | user adding or removing devices. | | |
| 65:09 - 65:11 | **MacKay, Kenneth 2022-05-10** | | 00:00:05 | MacKay_K_vol1.23 |
| | 65:09 | does "static" have any meaning | | |
| | 65:10 | in terms of characterizing what kind of group it | | |
| | 65:11 | is? | | |
| 65:14 - 65:20 | **MacKay, Kenneth 2022-05-10** | | 00:00:26 | MacKay_K_vol1.24 |
| | 65:14 | THE DEPONENT: So I guess maybe what | | |
| | 65:15 | you're getting at is that the static group is | | |
| | 65:16 | persistent, like it doesn't -- it didn't go away | | |
| | 65:17 | once playback is completed. | | |
| | 65:18 | Q. (By Mr. Shea) Is that generally why | | |
| | 65:19 | Google uses the phrase "static" to refer to those | | |
| | 65:20 | kinds of groups? | | |
| 65:22 - 65:25 | **MacKay, Kenneth 2022-05-10** | | 00:00:09 | MacKay_K_vol1.25 |
| | 65:22 | THE DEPONENT: I think we just chose | | |
| | 65:23 | static as sort of the opposite of -- of dynamic, or | | |
| | 65:24 | like as an alternative to dynamic to differentiate | | |
| | 65:25 | the two kinds of groups. | | |
| 70:15 - 70:19 | **MacKay, Kenneth 2022-05-10** | | 00:00:19 | MacKay_K_vol1.26 |

**MacKay_K_vol1 - As Played in Court 05/10/23**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 70:15  as a result | | MacKay_K_vol1.26 |
| | 70:16  of a user selecting a particular speaker group for | | |
| | 70:17  launch on a controller device, will that then | | |
| | 70:18  trigger the controller device to send a launch | | |
| | 70:19  message for that selected speaker group? | | |
| 70:21 - 70:25 | **MacKay, Kenneth 2022-05-10** | 00:00:20 | MacKay_K_vol1.27 |
| | 70:21  THE DEPONENT:  So when the user selects a | | |
| | 70:22  speaker group to cast to, I believe that would | | |
| | 70:23  typically cause a launch message to be sent from | | |
| | 70:24  the controller device to a member of the speaker | | |
| | 70:25  group. | | |
| 72:11 - 73:06 | **MacKay, Kenneth 2022-05-10** | 00:01:25 | MacKay_K_vol1.28 |
| | 72:11  Q.  And at a high level, can you -- can you | | |
| | 72:12  describe for me what the leader-specific | | |
| | 72:13  functionality is that's carried out by a leader | | |
| | 72:14  once a group is launched? | | |
| | 72:15  A.  So the sender has set up a connection to | | |
| | 72:16  the -- the leader's endpoint representing the | | |
| | 72:17  group.  And that device is -- received a launch | | |
| | 72:18  message, and so that device would launch the | | |
| | 72:19  appropriate receiver app, which could be either a | | |
| | 72:20  JavaScript app or C++ code. | | |
| | 72:21  And then if that app plays audio, the | | |
| | 72:22  leader would distribute that audio to any connected | | |
| | 72:23  followers. | | |
| | 72:24  Q.  In addition to distributing that audio to | | |
| | 72:25  connected followers, does a leader also distribute | | |
| | 73:01  time stamps associated with that audio? | | |
| | 73:02  A.  Yes. | | |
| | 73:03  Q.  And does the leader also play a | | |
| | 73:04  particular role in a time synchronization process | | |
| | 73:05  with the followers? | | |
| | 73:06  A.  Yes. | | |
| 86:03 - 86:04 | **MacKay, Kenneth 2022-05-10** | 00:00:05 | MacKay_K_vol1.29 |
| | 86:03  I'm going to introduce another document | | |
| 🔗 T38.1 | 86:04  here.  This is going to be Exhibit 38. | | |
| 86:13 - 86:15 | **MacKay, Kenneth 2022-05-10** | 00:00:06 | MacKay_K_vol1.30 |
| | 86:13  Q.  (By Mr. Shea)   Does this document | | |
| | 86:14  look familiar to you? | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 86:15  A.  Yes. | | |
| 87:06 - 87:08 | **MacKay, Kenneth 2022-05-10** | 00:00:05 | MacKay_K_vol1.31 |
| | 87:06    Who -- who was the original author of -- | | |
| | 87:07    of the document you see here? | | |
| | 87:08  A.  I was. | | |
| 87:14 - 87:15 | **MacKay, Kenneth 2022-05-10** | 00:00:09 | MacKay_K_vol1.10 |
| | 87:14  Q.  (By Mr. Shea)  And the -- do you recall | | 8 |
| | 87:15    when you would have prepared this document? | | |
| 87:17 - 87:19 | **MacKay, Kenneth 2022-05-10** | 00:00:07 | MacKay_K_vol1.10 |
| | 87:17    THE DEPONENT:  I'm not sure of the exact | | 9 |
| | 87:18    date.  I think I probably started writing it in | | |
| | 87:19    2015 sometime. | | |
| 88:07 - 88:14 | **MacKay, Kenneth 2022-05-10** | 00:00:22 | MacKay_K_vol1.32 |
| 🔗 T38.2.1 | 88:07  Q.  Okay.  In the "Overview" section, there's | | |
| | 88:08    a statement says -- that says "The primary goal of | | |
| | 88:09    multiroom audio is to play out the audio in sync | | |
| | 88:10    across all the devices in a group." | | |
| | 88:11    Do you see that? | | |
| | 88:12  A.  Yes. | | |
| | 88:13  Q.  Is that an accurate characterization of | | |
| | 88:14    what the primary goal of multiroom audio is? | | |
| 88:16 - 88:19 | **MacKay, Kenneth 2022-05-10** | 00:00:12 | MacKay_K_vol1.33 |
| | 88:16    THE DEPONENT:  Yeah.  So this is the same | | |
| | 88:17    thing that we were discussing earlier where the | | |
| | 88:18    goal is to play the audio out of the speakers of | | |
| | 88:19    the devices, the physical speaker at the same time. | | |
| 94:01 - 94:04 | **MacKay, Kenneth 2022-05-10** | 00:00:12 | MacKay_K_vol1.34 |
| ⌧ Clear | 94:01    When a Google player is included as part | | |
| | 94:02    of a previously created group, does it store a | | |
| | 94:03    group name and a UUID for that group? | | |
| | 94:04  A.  Yes. | | |
| 94:05 - 94:25 | **MacKay, Kenneth 2022-05-10** | 00:01:19 | MacKay_K_vol1.11 |
| | 94:05  Q.  When a Google player is included in a | | 0 |
| | 94:06    previously created group, does it store an | | |
| | 94:07    indication of whether it is currently the leader? | | |
| | 94:08  A.  Not persistently. | | |
| | 94:09  Q.  When you say "not persistently," can you | | |
| | 94:10    tell me what you mean. | | |

| DESIGNATION | SOURCE | | DURATION | ID |
|---|---|---|---|---|
| | 94:11 | A. So when a device is elected as a leader | | |
| | 94:12 | or considers itself to be the leader, there is | | |
| | 94:13 | information stored in RAM on the device, which I | | |
| | 94:14 | guess you'd call "volatile memory." So if the | | |
| | 94:15 | device is turned off, then that information would | | |
| | 94:16 | be lost. But it's not stored persistently on disk, | | |
| | 94:17 | so it doesn't persist across reboot. | | |
| | 94:18 | Q. Okay. So does that then mean that when a | | |
| | 94:19 | device is rebooted, it then reruns an election | | |
| | 94:20 | process for the leader? | | |
| | 94:21 | A. The election process runs continually | | |
| | 94:22 | amongst all the devices that are online. | | |
| | 94:23 | Q. Okay. And so when a -- when a device | | |
| | 94:24 | is -- is rebooted, it -- it -- it then -- it joins | | |
| | 94:25 | that process not really having any knowledge of -- | | |
| 95:14 - 95:20 | **MacKay, Kenneth 2022-05-10** | | 00:00:23 | MacKay_K_vol1.35 |
| | 95:14 | focusing | | |
| | 95:15 | specifically on -- on whichever player is currently | | |
| | 95:16 | elected as the leader of a particular group, will | | |
| | 95:17 | that player store in memory identifiers of each | | |
| | 95:18 | device that is currently a follower of that group? | | |
| | 95:19 | A. It stores information about the followers | | |
| | 95:20 | that are currently connected to it. | | |
| 97:21 - 98:03 | **MacKay, Kenneth 2022-05-10** | | 00:00:25 | MacKay_K_vol1.36 |
| | 97:21 | Q. -- does the | | |
| | 97:22 | follower store, for instance, an IP address of the | | |
| | 97:23 | leader? | | |
| | 97:24 | A. Yes. Well, in -- in general, it -- it | | |
| | 97:25 | stores -- yeah, it stores the IP address of the | | |
| | 98:01 | leader. And then if the leader changes, then it | | |
| | 98:02 | would -- it would change -- it would reconnect to | | |
| | 98:03 | the different leader and store that IP address. | | |
| 98:04 - 98:13 | **MacKay, Kenneth 2022-05-10** | | 00:00:39 | MacKay_K_vol1.11 1 |
| | 98:04 | Q. Does the follower store any identifying | | |
| | 98:05 | information for other followers that are in that | | |
| | 98:06 | group? | | |
| | 98:07 | A. So when the device is on -- online, all | | |
| | 98:08 | of the devices that think that they're members of | | |
| | 98:09 | the group advertise their information over mDNS, | | |
| | 98:10 | and then each device stores in volatile memory. | | |

| DESIGNATION | SOURCE | | DURATION | ID |
|---|---|---|---|---|
| | 98:11 | Essentially the -- the information that's contained | | |
| | 98:12 | in that mDNS record which -- and including the IP | | |
| | 98:13 | address. | | |
| 98:14 - 98:18 | **MacKay, Kenneth 2022-05-10** | | 00:00:17 | MacKay_K_vol1.37 |
| | 98:14 | Q.  -- so in that case, each | | |
| | 98:15 | follower would -- would store the IP address for | | |
| | 98:16 | another follower and -- and it would also have the | | |
| | 98:17 | UUID of the group, such that it would know that the | | |
| | 98:18 | follower was a member of that particular group? | | |
| 98:20 - 98:24 | **MacKay, Kenneth 2022-05-10** | | 00:00:14 | MacKay_K_vol1.38 |
| | 98:20 | THE DEPONENT:  So it -- it knows -- it | | |
| | 98:21 | stores the information that each device has | | |
| | 98:22 | announced over mDNS.  So it -- it knows that the | | |
| | 98:23 | other device considers itself to be part of the | | |
| | 98:24 | group, I would say. | | |
| 110:24 - 111:09 | **MacKay, Kenneth 2022-05-10** | | 00:00:35 | MacKay_K_vol1.39 |
| | 110:24 | Limiting the question to Google's own | | |
| | 110:25 | player -- Cast-enabled players that we've been | | |
| | 111:01 | talking about today, is it true that each of those | | |
| | 111:02 | players can be a member of several static groups? | | |
| | 111:03 A. | If the device supports groups at all | | |
| | 111:04 | then, yes, it can be a member of multiple static | | |
| | 111:05 | groups. | | |
| | 111:06 Q. | Is there any maximum limit on how many | | |
| | 111:07 | static groups a given Google player can be a part | | |
| | 111:08 | of? | | |
| | 111:09 A. | We don't have an explicit limit. | | |
| 111:25 - 112:01 | **MacKay, Kenneth 2022-05-10** | | 00:00:12 | MacKay_K_vol1.40 |
| | 111:25 | MR. SHEA:  So maybe -- I'm going to ask | | |
| | 112:01 | you about one more document, for the time being, | | |
| 112:07 - 112:09  🔗 T41.1 | **MacKay, Kenneth 2022-05-10** | | 00:00:17 | MacKay_K_vol1.41 |
| | 112:07 | loaded up, it's going to be Exhibit 41.  The full | | |
| | 112:08 | Bates number is GOOG-SONOSWT- --- WTDX-48792 through | | |
| | 112:09 | -838. | | |
| 112:13 - 112:17  🔗 T41.1.1 | **MacKay, Kenneth 2022-05-10** | | 00:00:10 | MacKay_K_vol1.42 |
| | 112:13 Q. | (By Mr. Shea)  Okay.  And so the -- the | | |
| | 112:14 | title of this document is "GC4A Technical | | |
| | 112:15 | Specification." | | |
| | 112:16 | Do you see that? | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 112:17   A.   Yes. | | |
| 113:04 - 113:07 | **MacKay, Kenneth 2022-05-10** | 00:00:16 | MacKay_K_vol1.43 |
| 🔗 T41.11 | 113:04   Q.   Okay.  So I just have one specific<br>113:05   question on this document, which is going to be PDF<br>113:06   page 11.  Bates number page ends -802.<br>113:07   A.   Okay. | | |
| 113:22 - 114:05 | **MacKay, Kenneth 2022-05-10** | 00:00:29 | MacKay_K_vol1.44 |
| 🔗 T41.11.2 | 113:22   Q.   And then the second bullet there says<br>113:23   "Even if a device is part of a group" -- or<br>113:24   "groups," plural, "it will still be available for<br>113:25   casting as a standalone device."<br>114:01   Do you see that?<br>114:02   A.   Yes.<br>114:03   Q.   Is that an accurate description of how<br>114:04   Google's players that exist today operate in a<br>114:05   scenario where they are part of one or more groups? | | |
| 114:07 - 114:09 | **MacKay, Kenneth 2022-05-10** | 00:00:08 | MacKay_K_vol1.45 |
| | 114:07   THE DEPONENT:  So if -- whether or not a<br>114:08   device is a member of a group or multiple groups,<br>114:09   you can still cast to it as a single device. | | |
| 116:04 - 116:09 | **MacKay, Kenneth 2022-05-10** | 00:00:18 | MacKay_K_vol1.11<br>2 |
| | 116:04   So my questions right now are meant to be<br>116:05   limited to a -- a newly created speaker group, as<br>116:06   opposed to a speaker group that's being edited or<br>116:07   modified after being initially created, if that<br>116:08   helps clarify.<br>116:09   A.   Okay. | | |
| 116:10 - 116:13 | **MacKay, Kenneth 2022-05-10** | 00:00:12 | MacKay_K_vol1.46 |
| | 116:10   Q.   is it true that a<br>116:11   newly created speaker group is not automatically<br>116:12   launched at the time that it is created?<br>116:13   A.   If it's a static group, yes. | | |
| 116:14 - 116:18 | **MacKay, Kenneth 2022-05-10** | 00:00:19 | MacKay_K_vol1.11<br>3 |
| | 116:14   Q.   Do you know -- why is it that the -- that<br>116:15   functionality exists, where you allow a user to<br>116:16   create a static group but then don't automatically<br>116:17   launch it?<br>116:18   A.   Well, we don't -- | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 116:20 - 117:03 | **MacKay, Kenneth 2022-05-10** | 00:00:45 | MacKay_K_vol1.11 4 |
| | 116:20   THE DEPONENT:  We wouldn't know what to | | |
| | 116:21   automatically launch.  It's up to the user. | | |
| | 116:22  Q.  (By Mr. Shea)  Is -- so between the time | | |
| | 116:23   that the group is first created and the time when | | |
| | 116:24   it's launched, in that in between time, is there a | | |
| | 116:25   phrase that you use to describe what the state of | | |
| | 117:01   that group is in? | | |
| | 117:02  A.  I don't think so.  Not that I can think | | |
| | 117:03   of. | | |
| 117:04 - 117:08 | **MacKay, Kenneth 2022-05-10** | 00:00:15 | MacKay_K_vol1.47 |
|  🗙 Clear | 117:04  Q.  Would it be fair to say that at that time | | |
| | 117:05   where a group has been created but not yet | | |
| | 117:06   launched, that the group exists in an unlaunched | | |
| | 117:07   state? | | |
| | 117:08  A.  Yes. | | |
| 117:10 - 117:13 | **MacKay, Kenneth 2022-05-10** | 00:00:11 | MacKay_K_vol1.11 5 |
| | 117:10  Q.  (By Mr. Shea)  And -- and is another way | | |
| | 117:11   to think about that, that at the -- in the time | | |
| | 117:12   between when the group is created and when it is | | |
| | 117:13   launched, that the speaker group would be inactive? | | |
| 117:15 - 117:15 | **MacKay, Kenneth 2022-05-10** | 00:00:01 | MacKay_K_vol1.11 6 |
| | 117:15   THE DEPONENT:  Yes, I think so. | | |
| 117:17 - 117:24 | **MacKay, Kenneth 2022-05-10** | 00:00:30 | MacKay_K_vol1.48 |
| | 117:17   but just to clarify, you | | |
| | 117:18   agree that a speaker group is something that is | | |
| | 117:19   saved by a user in advance of being launched? | | |
| | 117:20  A.  Well, again, the -- the group might never | | |
| | 117:21   be launched.  Like you might never cast to the | | |
| | 117:22   group.  So it's -- I would characterize it as -- a | | |
| | 117:23   static group is something that the user configures | | |
| | 117:24   and it's saved persistently. | | |
| 117:25 - 118:02 | **MacKay, Kenneth 2022-05-10** | 00:00:09 | MacKay_K_vol1.49 |
| | 117:25  Q.  -- and saved prior to any | | |
| | 118:01   possible time of launch, if any; is that right? | | |
| | 118:02  A.  Yes. | | |
| 120:20 - 120:22 | **MacKay, Kenneth 2022-05-10** | 00:00:07 | MacKay_K_vol1.50 |
| | 120:20   How would you characterize what the UUID | | |

**MacKay_K_vol1 - As Played in Court 05/10/23**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 120:21   of the group is? | | |
| | 120:22  A.   It's the identifier for the group. | | |
| 120:23 - 121:01 | **MacKay, Kenneth 2022-05-10** | 00:00:11 | MacKay_K_vol1.51 |
| | 120:23  Q.   -- which device generates | | |
| | 120:24   the UUID for the group? | | |
| | 120:25  A.   The device that's running the Google Home | | |
| | 121:01   app. | | |
| 122:15 - 122:22 | **MacKay, Kenneth 2022-05-10** | 00:00:38 | MacKay_K_vol1.52 |
| | 122:15   is it also the case that the | | |
| | 122:16   Google Home app would store, at least temporarily, | | |
| | 122:17   the -- some sort of identifiers for the particular | | |
| | 122:18   Google players that have been added to the group? | | |
| | 122:19  A.   Well, it must store at least the -- its | | |
| | 122:20   local connection to those devices.  And the names | | |
| | 122:21   are displayed to the users, so those must also be | | |
| | 122:22   stored -- sorry -- the names of the -- | | |
| 122:24 - 122:24 | **MacKay, Kenneth 2022-05-10** | 00:00:02 | MacKay_K_vol1.53 |
| | 122:24  A.   -- the names of the individual devices. | | |
| 127:14 - 127:19 | **MacKay, Kenneth 2022-05-10** | 00:00:24 | MacKay_K_vol1.54 |
| | 127:14  Q.   If a user wants the ability to listen to | | |
| | 127:15   music on two particular Google players at a | | |
| | 127:16   specific time of day, such as the morning, does the | | |
| | 127:17   Google software allow the user to create a speaker | | |
| | 127:18   group, including those two speakers, and name it | | |
| | 127:19   Morning? | | |
| 127:21 - 127:22 | **MacKay, Kenneth 2022-05-10** | 00:00:03 | MacKay_K_vol1.55 |
| | 127:21   THE DEPONENT:  So the user can name the | | |
| | 127:22   group whatever they like. | | |
| 166:06 - 166:09 | **MacKay, Kenneth 2022-05-10** | 00:00:17 | MacKay_K_vol1.56 |
| | 166:06  Q.   (By Mr. Shea)    once a | | |
| | 166:07   user has input a name into this field and hit save, | | |
| | 166:08   do you have an understanding of what happens next | | |
| | 166:09   on the device running the Google Home app? | | |
| 166:11 - 167:02 | **MacKay, Kenneth 2022-05-10** | 00:01:10 | MacKay_K_vol1.57 |
| | 166:11   THE DEPONENT:  So I don't know all of the | | |
| | 166:12   actions that the Google Home app takes.  But I can | | |
| | 166:13   tell you specifically what actions it would take in | | |
| | 166:14   regards to the devices that the user selected. | | |

**MacKay_K_vol1 - As Played in Court 05/10/23**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 166:15 Q.  (By Mr. Shea)  Okay. | | |
| | 166:16 A.  So the -- the -- the Google Home app | | |
| | 166:17      would form connections to the devices that the user | | |
| | 166:18      selected, assuming that they're, I guess, online | | |
| | 166:19      and connectable.  And then it would send a group -- | | |
| | 166:20      a join group message to each of those devices | | |
| | 166:21      instructing them to add themselves to the group. | | |
| | 166:22      And the devices would handle that, as we | | |
| | 166:23      discussed before, I guess, in terms of storing | | |
| | 166:24      the group information locally and beginning the | | |
| | 166:25      leader election process.  Once the -- once the | | |
| | 167:01      message is handled by a given device, then the | | |
| | 167:02      response is sent back to the Google Home app. | | |
| 171:08 - 171:10 | **MacKay, Kenneth 2022-05-10** | 00:00:06 | MacKay_K_vol1.58 |
| | 171:08      I'm going to call | | |
| | 171:09      this Exhibit 43 just so we have a placeholder for | | |
| | 171:10      it on the record. | | |
| 171:15 - 171:21 | **MacKay, Kenneth 2022-05-10** | 00:00:21 | MacKay_K_vol1.59 |
| | 171:15 Q.  (By Mr. Shea)  Mr. MacKay, are you | | |
| | 171:16      familiar with this source code module? | | |
| | 171:17 A.  Yes. | | |
| | 171:18 Q.  And can you -- is -- is this source code | | |
| | 171:19      module related to the process on the player side | | |
| | 171:20      for receiving a join group message? | | |
| | 171:21 A.  Yes. | | |
| 178:03 - 178:14 | **MacKay, Kenneth 2022-05-10** | 00:00:30 | MacKay_K_vol1.60 |
| | 178:03      said on -- at line 448 that that was a place where | | |
| | 178:04      the -- the group configuration would be stored. | | |
| | 178:05      Do I have that right? | | |
| | 178:06 A.  So there's -- there's the storage locally | | |
| | 178:07      in RAM, like in volatile memory, on line 448, | | |
| | 178:08      which -- | | |
| | 178:09 Q.  Okay. | | |
| | 178:10 A.  -- so that -- that adds it locally in -- | | |
| | 178:11      in RAM.  And then on line 506 is where we store the | | |
| | 178:12      configuration -- or it's not actual storage. | | |
| | 178:13      That's the -- where we make the call to store the | | |
| | 178:14      group configuration persistently. | | |
| 181:05 - 181:10 | **MacKay, Kenneth 2022-05-10** | 00:00:18 | MacKay_K_vol1.61 |

| DESIGNATION | SOURCE | | DURATION | ID |
|---|---|---|---|---|
| | 181:05 | For recordkeeping purposes, I'm going to | | MacKay_K_vol1.61 |
| | 181:06 | call the multizone setup.cc file that we talked | | |
| | 181:07 | about, which is 27 through 31, I'm going to refer | | |
| | 181:08 | to that as Exhibit 44. | | |
| | 181:09 | (Exhibit 44 was marked for identification | | |
| | 181:10 | by the court reporter and is attached hereto.) | | |
| 194:25 - 195:06 | **MacKay, Kenneth 2022-05-10** | | 00:00:25 | MacKay_K_vol1.62 |
| | 194:25 | And, again, in a scenario where you're | | |
| | 195:01 | not adding a device to -- to an existing group that | | |
| | 195:02 | has a Cast session, but, again, are creating a new | | |
| | 195:03 | group, then the -- the -- the Cast state of that | | |
| | 195:04 | player being included in the new group will not | | |
| | 195:05 | change. | | |
| | 195:06 A. | If the new group is a static group, yes. | | |
| 195:10 - 195:15 | **MacKay, Kenneth 2022-05-10** | | 00:00:28 | MacKay_K_vol1.63 |
| | 195:10 | And so what I'd like to ask now is, after | | |
| | 195:11 | a first group is created that includes a particular | | |
| | 195:12 | Google player, for instance, the kitchen player in | | |
| | 195:13 | our example here, can a user then create a second | | |
| | 195:14 | speaker group that also includes that same player? | | |
| | 195:15 A. | Yes. | | |
| 199:15 - 199:19 | **MacKay, Kenneth 2022-05-10** | | 00:00:26 | MacKay_K_vol1.64 |
| | 199:15 Q. | Okay. So just to close out on the -- | | |
| | 199:16 | the -- the process for creating a speaker group, as | | |
| | 199:17 | far as you're aware, have there been any changes to | | |
| | 199:18 | the player side functionality for joining a speaker | | |
| | 199:19 | group between November 2019 and the present date? | | |
| 199:20 - 199:24 | **MacKay, Kenneth 2022-05-10** | | 00:00:12 | MacKay_K_vol1.65 |
| | 199:20 A. | I don't think so. Not any substantial | | |
| | 199:21 | changes. | | |
| | 199:22 Q. | At least no changes that would be | | |
| | 199:23 | relevant to the functionality we've been discussing | | |
| | 199:24 | so far today? | | |
| 200:01 - 200:04 | **MacKay, Kenneth 2022-05-10** | | 00:00:09 | MacKay_K_vol1.66 |
| | 200:01 | THE DEPONENT: I don't think so. I think | | |
| | 200:02 | we might have added a field to the join group | | |
| | 200:03 | message. But I don't think that would affect what | | |
| | 200:04 | we've been discussing. | | |
| 219:17 - 219:18 | **MacKay, Kenneth 2022-05-10** | | 00:00:14 | MacKay_K_vol1.72 |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 219:17   As far as you know, does -- is the same | | MacKay_K_vol1.72 |
| | 219:18   Cast protocol used by iOS apps and Android apps? | | |
| 219:20 - 220:02 | **MacKay, Kenneth 2022-05-10** | 00:00:22 | MacKay_K_vol1.73 |
| | 219:20   THE DEPONENT:  Well, the app-specific | | |
| | 219:21   parameters may differ between the different app | | |
| | 219:22   versions.  But as far as I know, the use of the | | |
| | 219:23   other fields is not different. | | |
| | 219:24 Q.  (By Mr. Shea)  Okay.  And the overall | | |
| | 219:25   structure of the message itself would be the same | | |
| | 220:01   for both platforms? | | |
| | 220:02 A.  Yes. | | |
| 237:17 - 237:20 | **MacKay, Kenneth 2022-05-10** | 00:00:15 | MacKay_K_vol1.74 |
| | 237:17   have there been any changes from November 2019 to | | |
| | 237:18   the present day to the player side functionality | | |
| | 237:19   for receiving and handling a launch message for a | | |
| | 237:20   speaker group? | | |
| 237:22 - 237:24 | **MacKay, Kenneth 2022-05-10** | 00:00:06 | MacKay_K_vol1.75 |
| | 237:22   THE DEPONENT:  Specifically for a speaker | | |
| | 237:23   group or just in general handling a launch message | | |
| | 237:24   that may or may not be to a speaker group? | | |
| 238:09 - 238:12 | **MacKay, Kenneth 2022-05-10** | 00:00:14 | MacKay_K_vol1.76 |
| | 238:09 Q.  (By Mr. Shea)  Can you -- are you able to | | |
| | 238:10   think of any specific changes that would be | | |
| | 238:11   relevant to the function that we've been discussing | | |
| | 238:12   with respect to launching speaker groups? | | |
| 238:14 - 238:20 | **MacKay, Kenneth 2022-05-10** | 00:00:20 | MacKay_K_vol1.77 |
| | 238:14   THE DEPONENT:  I think at the level that | | |
| | 238:15   we've been discussing, I can't think of anything | | |
| | 238:16   that would have impacted the overall flow | | |
| | 238:17   significantly.  So there would have been specific | | |
| | 238:18   details that changed, but I don't think, at the | | |
| | 238:19   general level that we discussed, anything would | | |
| | 238:20   have changed. | | |
| 238:22 - 239:02 | **MacKay, Kenneth 2022-05-10** | 00:00:23 | MacKay_K_vol1.78 |
| | 238:22   Mr. MacKay, are you familiar with | | |
| | 238:23   a message called set playback devices? | | |
| | 238:24 A.  Yes. | | |
| | 238:25 Q.  Is set playback devices another type of | | |
| | 239:01   message that might be used to initiate the launch | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 239:02    of a static speaker group? | | |
| 239:04 - 239:08 | **MacKay, Kenneth 2022-05-10** | 00:00:17 | MacKay_K_vol1.79 |
| | 239:04    THE DEPONENT:  I would say that set | | |
| | 239:05    playback devices doesn't explicitly launch a | | |
| | 239:06    speaker group. | | |
| | 239:07  Q.  (By Mr. Shea)  Okay.  So can you unpack | | |
| | 239:08    that for me a bit? | | |
| 239:10 - 240:08 | **MacKay, Kenneth 2022-05-10** | 00:01:31 | MacKay_K_vol1.80 |
| | 239:10    THE DEPONENT:  So are you asking me maybe | | |
| | 239:11    to provide an example where set playback devices | | |
| | 239:12    could cause the launch of a speaker group? | | |
| | 239:13  Q.  (By Mr. Shea)  Yeah.  That -- that would | | |
| | 239:14    be a helpful starting point. | | |
| | 239:15  A.  Okay.  So one of the purposes of set | | |
| | 239:16    playback devices is to initiate what we call a | | |
| | 239:17    transfer of a media session.  And the target of | | |
| | 239:18    that transfer can be a speaker group. | | |
| | 239:19    And so if the application in question and | | |
| | 239:20    the -- if the receiver application in question | | |
| | 239:21    supports real transfer, then as part of the | | |
| | 239:22    execution of that transfer, the source device | | |
| | 239:23    running the receiver application would -- would | | |
| | 239:24    send a message -- would send a launch message to | | |
| | 239:25    the target of the transfer and that would cause it | | |
| | 240:01    to be launched.  But the set -- the set playback | | |
| | 240:02    devices message itself doesn't -- wouldn't launch. | | |
| | 240:03    So what I'm saying is that set playback | | |
| | 240:04    devices can -- can indicate a transfer to a group. | | |
| | 240:05    And as a result of that, a launch message will be | | |
| | 240:06    sent to the leader of that group, which will -- but | | |
| | 240:07    it's not -- it's not caused -- it's not the set | | |
| | 240:08    playback message itself that launches the group. | | |
| 240:10 - 240:13 | **MacKay, Kenneth 2022-05-10** | 00:00:15 | MacKay_K_vol1.81 |
| | 240:10    what device would be the recipient of the | | |
| | 240:11    set playback devices message in that scenario? | | |
| | 240:12  A.  It would be the device where the receiver | | |
| | 240:13    app is currently running. | | |
| 240:21 - 240:25 | **MacKay, Kenneth 2022-05-10** | 00:00:20 | MacKay_K_vol1.82 |
| | 240:21  Q.  (By Mr. Shea)  And then in that scenario, | | |

| DESIGNATION | SOURCE | | DURATION | ID |
|---|---|---|---|---|
| | 240:22 | do I understand correctly that you're saying then | | |
| | 240:23 | that the device that receives the set playback | | |
| | 240:24 | device message would then be the one that sends the | | |
| | 240:25 | launch message? | | |
| 241:02 - 241:06 | **MacKay, Kenneth 2022-05-10** | | 00:00:25 | MacKay_K_vol1.83 |
| | 241:02 | THE DEPONENT:  Yes. | | |
| | 241:03  Q. | (By Mr. Shea)  Now, to your knowledge, | | |
| | 241:04 | would a set playback devices message be sent from | | |
| | 241:05 | an app in a scenario where there is no active | | |
| | 241:06 | stream established? | | |
| 241:09 - 241:11 | **MacKay, Kenneth 2022-05-10** | | 00:00:08 | MacKay_K_vol1.84 |
| | 241:09 | THE DEPONENT:  I think that it can be, | | |
| | 241:10 | because it can be sent whenever the Cast session is | | |
| | 241:11 | established. | | |
| 242:05 - 242:14 | **MacKay, Kenneth 2022-05-10** | | 00:00:38 | MacKay_K_vol1.85 |
| | 242:05  Q. | (By Mr. Shea)  And in that case, where -- | | |
| | 242:06 | if the target of the transfer request is now a | | |
| | 242:07 | static group were -- the recipient is the -- of the | | |
| | 242:08 | set playback device messages the leader, would that | | |
| | 242:09 | device then, as part of that -- well, you called it | | |
| | 242:10 | "reshuffling." | | |
| | 242:11 | But as part of the additional | | |
| | 242:12 | functionality that that device performs, will it | | |
| | 242:13 | then send a launch notification to each follower of | | |
| | 242:14 | the static speaker group? | | |
| 242:16 - 242:21 | **MacKay, Kenneth 2022-05-10** | | 00:00:20 | MacKay_K_vol1.86 |
| | 242:16 | THE DEPONENT:  Yes.  So when the app is | | |
| | 242:17 | moved to the virtual device representing the group, | | |
| | 242:18 | the -- assuming this is on the leader -- that would | | |
| | 242:19 | cause the leader to send out appropriate launch | | |
| | 242:20 | messages to the followers that are connected to it | | |
| | 242:21 | for that group. | | |
| 243:13 - 243:15 | **MacKay, Kenneth 2022-05-10** | | 00:00:14 | MacKay_K_vol1.87 |
| | 243:13  Q. | (By Mr. Shea)   And would it then | | |
| | 243:14 | be configured to transmit the audio and the time | | |
| | 243:15 | stamps to the follower once audio playback begins? | | |
| 243:17 - 243:17 | **MacKay, Kenneth 2022-05-10** | | 00:00:01 | MacKay_K_vol1.88 |
| | 243:17 | THE DEPONENT:  Yes. | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 255:25 - 256:10 | MacKay, Kenneth 2022-05-10 | 00:00:50 | MacKay_K_vol1.89 |

255:25    Let me start by asking, is there a
256:01    specific team or group at Google that's tasked with
256:02    performing testing of physical products to -- to
256:03    evaluate functionality on those products?
256:04  A.  I don't think -- I would say -- I
256:05    wouldn't say that there's a Google-wide team.  But
256:06    the Nest organization or -- we do have a manual QA
256:07    team for at least some Nest devices.
256:08  Q.  Would that manual -- is one of the things
256:09    that that manual QA team does is test the speaker
256:10    group functionality of those Nest devices?

| 256:12 - 256:12 | MacKay, Kenneth 2022-05-10 | 00:00:01 | MacKay_K_vol1.90 |

256:12    THE DEPONENT:  Yes.

| 260:21 - 260:23 | MacKay, Kenneth 2022-05-10 | 00:00:06 | MacKay_K_vol1.91 |

260:21  Q.  (By Mr. Shea)  When did Google first
260:22    begin developing its speaker group technology,
260:23    Mr. MacKay?

| 261:03 - 261:09 | MacKay, Kenneth 2022-05-10 | 00:00:26 | MacKay_K_vol1.92 |

261:03    THE DEPONENT:  I don't -- I don't know
261:04    when Google began developing it.  When I started
261:05    working on it, I wasn't aware of any previous
261:06    efforts.
261:07  Q.  (By Mr. Shea)  And when was it that you
261:08    began working on it?
261:09  A.  It would have been March of 2015.

| 262:16 - 262:21 | MacKay, Kenneth 2022-05-10 | 00:00:26 | MacKay_K_vol1.93 |

262:16  Q.  (By Mr. Shea)  Do you recall then why you
262:17    decided to implement it, in at least the initial
262:18    version of the speaker group technology, the groups
262:19    as static as opposed to dynamic groups?
262:20  A.  As I recall, we were trying to be
262:21    compatible with the existing Cast ecosystem.

| 262:22 - 262:24 | MacKay, Kenneth 2022-05-10 | 00:00:11 | MacKay_K_vol1.124 |

262:22  Q.  What was it about static groups that at
262:23    the time made them more compatible with the Cast
262:24    ecosystem than dynamic groups?

| 263:01 - 263:09 | MacKay, Kenneth 2022-05-10 | 00:00:41 | MacKay_K_vol1.94 |

**MacKay_K_vol1 - As Played in Court 05/10/23**

| DESIGNATION | SOURCE | | DURATION | ID |
|---|---|---|---|---|
| | 263:01 | THE DEPONENT:  It allowed the group to | | MacKay_K_vol1.94 |
| | 263:02 | advertise itself over mDNS, or I guess the leader | | |
| | 263:03 | of the group to advertise the group over mDNS, as | | |
| | 263:04 | a -- as a Cast device, and existing sender apps | | |
| | 263:05 | would be able to use that as a Cast target. | | |
| | 263:06 Q. | (By Mr. Shea)  Are -- in your view, are | | |
| | 263:07 | there advantages over that implementation relative | | |
| | 263:08 | to a dynamic group implementation where the group | | |
| | 263:09 | would not be advertised? | | |
| 263:12 - 263:13 | **MacKay, Kenneth 2022-05-10** | | 00:00:04 | MacKay_K_vol1.95 |
| | 263:12 | THE DEPONENT:  I would say there are | | |
| | 263:13 | advantages and disadvantages. | | |
| 263:16 - 264:06 | **MacKay, Kenneth 2022-05-10** | | 00:01:11 | MacKay_K_vol1.96 |
| | 263:16 | Can you tell me what you view to be the | | |
| | 263:17 | advantages of -- of static over dynamics groups? | | |
| | 263:18 A. | So one advantage might be that the group | | |
| | 263:19 | is available as a Cast target separately from the | | |
| | 263:20 | individual devices. | | |
| | 263:21 Q. | And could you help me understand why you | | |
| | 263:22 | view that to be an advantage. | | |
| | 263:23 A. | It might make it easier for users to -- | | |
| | 263:24 | to target their content. | | |
| | 263:25 | I don't know.  I mean, you could see it | | |
| | 264:01 | either way, I suppose, because dynamic groups you | | |
| | 264:02 | explicitly select which devices are playing the | | |
| | 264:03 | content. | | |
| | 264:04 Q. | But you're saying that the -- with the | | |
| | 264:05 | dynamic group, the drawback is that you have to | | |
| | 264:06 | create it at the time? | | |
| 264:08 - 264:19 | **MacKay, Kenneth 2022-05-10** | | 00:00:42 | MacKay_K_vol1.97 |
| | 264:08 | THE DEPONENT:  Yeah.  So the -- the | | |
| | 264:09 | drawback of a static group would be that the user | | |
| | 264:10 | has to create it ahead of time.  So the user would | | |
| | 264:11 | need to know what they want to do before they do | | |
| | 264:12 | it, I guess. | | |
| | 264:13 | But then the disadvantage of the dynamic | | |
| | 264:14 | group is that the user has to take an action every | | |
| | 264:15 | time as they're playing, I suppose, which might -- | | |
| | 264:16 | yeah, I -- I don't know.  It's kind of a trade-off, | | |
| | 264:17 | I suppose. | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 264:18  Q.  (By Mr. Shea)  And when you say "take an | | |
| | 264:19      action every time" -- | | |
| 264:23 - 264:25 | **MacKay, Kenneth 2022-05-10** | 00:00:17 | MacKay_K_vol1.98 |
| | 264:23      THE DEPONENT:  Okay.  They have to | | |
| | 264:24      explicitly select the devices instead of targeting | | |
| | 264:25      to a named group. | | |
| 270:03 - 270:06 | **MacKay, Kenneth 2022-05-10** | 00:00:11 | MacKay_K_vol1.11 7 |
| | 270:03  Q.  As far as you're aware, was one of | | |
| | 270:04      Google's goals in developing and releasing its | | |
| | 270:05      multizone technology to compete with Sonos' | | |
| | 270:06      multiroom technology? | | |
| 270:08 - 270:12 | **MacKay, Kenneth 2022-05-10** | 00:00:19 | MacKay_K_vol1.11 8 |
| | 270:08      THE DEPONENT:  Not that I'm aware of. | | |
| | 270:09  Q.  (By Mr. Shea)  At the time you | | |
| | 270:10      were des- -- designing and developing Google's | | |
| | 270:11      multizone technology in 2015, were you aware of | | |
| | 270:12      Sonos' multiroom technology? | | |
| 270:14 - 270:17 | **MacKay, Kenneth 2022-05-10** | 00:00:13 | MacKay_K_vol1.11 9 |
| | 270:14      THE DEPONENT:  No. | | |
| | 270:15  Q.  (By Mr. Shea)  So in 2015, your -- your | | |
| | 270:16      testimony is that you were not aware of Sonos | | |
| | 270:17      having multiroom technology? | | |
| 270:22 - 270:22 | **MacKay, Kenneth 2022-05-10** | 00:00:02 | MacKay_K_vol1.12 0 |
| | 270:22      THE DEPONENT:  I said yes. | | |
| 270:25 - 271:01 | **MacKay, Kenneth 2022-05-10** | 00:00:17 | MacKay_K_vol1.99 |
| 🔗 T48.1 | 270:25      GOOG-SONOSNDCA-74185, and I think this is going to | | |
| | 271:01      get marked as 48. | | |
| 271:08 - 271:15 | **MacKay, Kenneth 2022-05-10** | 00:00:31 | MacKay_K_vol1.12 1 |
| | 271:08  Q.  So if you look at the very top -- and -- | | |
| 🔗 T48.1.1 | 271:09      and we can work our way down to the beginning of | | |
| | 271:10      this chain -- but this is an email from -- well, it | | |
| | 271:11      says "eureka-dogfood-discuss@google.com" on behalf | | |
| | 271:12      of somebody named Matt Stuart.  And the date at the | | |
| | 271:13      very top is -- is May 21st of 2015. | | |
| | 271:14      Do you see that? | | |
| | 271:15  A.  Yes. | | |
| 271:16 - 271:20 | **MacKay, Kenneth 2022-05-10** | 00:00:12 | MacKay_K_vol1.10 0 |
| | 271:16  Q.  And do you see that there's a | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| ⚭ T48.1.5 | 271:17    distribution list of people here, and then your<br>271:18    name appears as, I think, the last name on the cc<br>271:19    line.<br>271:20  A.  Yes. | | |
| 271:21 - 271:22 | **MacKay, Kenneth 2022-05-10**<br>271:21  Q.  Do you recall this email chain?<br>271:22  A.  No. | 00:00:04 | MacKay_K_vol1.12 2 |
| 271:23 - 271:24 | **MacKay, Kenneth 2022-05-10**<br>271:23  Q.  Do you have any doubts that you received<br>271:24    this email chain in 2015? | 00:00:07 | MacKay_K_vol1.10 1 |
| 272:01 - 272:02 | **MacKay, Kenneth 2022-05-10**<br>272:01    THE DEPONENT:  I have no reason to doubt<br>272:02    that I received it. | 00:00:03 | MacKay_K_vol1.10 2 |
| 272:03 - 272:08 | **MacKay, Kenneth 2022-05-10**<br>272:03  Q.  (By Mr. Shea)  And before we dive in, can<br>272:04    you just tell me what "dog food" means in this<br>272:05    context?<br>272:06  A.  "Dog food" is a set of Google employees<br>272:07    that get, I guess, prereleased versions of Google<br>272:08    technology, in general. | 00:00:25 | MacKay_K_vol1.12 3 |
| 274:11 - 275:04 | **MacKay, Kenneth 2022-05-10**<br>274:11  Q.  (By Mr. Shea)  So then heading a<br>274:12    little further up the chain, which -- which you've<br>274:13    now been added to, do you see this email on<br>274:14    Wednesday, May 20th, 2018, at 3:39, from<br>274:15    Steve Chen?<br>274:16  A.  Yes.<br>274:17  Q.  It's about halfway --<br>274:18  A.  Uh-huh.<br>274:19  Q.  And he says "Are there any plans to<br>274:20    enable grouping cast enabled speakers together<br>274:21    similar to what Sonos does to allow multi-room<br>274:22    playback?"<br>274:23    Do you see that?<br>274:24  A.  Yes.<br>274:25  Q.  And then Mr. Shekel responds a short time<br>275:01    later, "Yes."  This "is planned and will be cross<br>275:02    OEMs/Brands."<br>275:03    Do you see that? | 00:00:53 | MacKay_K_vol1.10 3 |

(⚭ T48.1.2 appears at line 274:12; ⚭ T48.1.4 appears at line 274:25)

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 275:04   A.   Yes. | | |

| | | |
|---|---|---|
| Sonos Affirmatives | 00:32:12 | |
| Google Counters | 00:06:16 | |
| **TOTAL RUN TIME** | **00:38:28** | |

Documents linked to video:

T36

T38

T41

T48

T84