# Exhibit 2

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1              UNITED STATES DISTRICT COURT
 2          FOR THE NORTHERN DISTRICT OF CALIFORNIA
 3
 4    SONOS, INC.,
 5         Plaintiff,
 6             vs.       Case No. 3:21-CV-07559-WHA
 7    GOOGLE LLC
 8         Defendant.
      _____
 9    -AND-
10    GOOGLE LLC,
11         Plaintiff,
12             vs.       Case No. 3:20-CV-06754-WHA
13    SONOS, INC.,
14         Defendant.
      _____
15      **ATTORNEYS' EYES ONLY - HIGHLY CONFIDENTIAL**
16          **ATTORNEYS EYES ONLY - SOURCE CODE**
17
18     ZOOM DEPOSITION OF GOOGLE's 30(b)(6) & 30(b)(1)
19                   KENNETH J. MACKAY
20    (Reported Remotely via Video & Web Videoconference)
        Sunnyvale, California (Deponent's location)
21                 Tuesday, May 10, 2022
      STENOGRAPHICALLY REPORTED BY:
22    REBECCA L. ROMANO, RPR, CSR, CCR
      California CSR No. 12546
23    Nevada CCR No. 827
      Oregon CSR No. 20-0466
24    Washington CCR No. 3491
      JOB NO. 5229656
25    PAGES 1 - 288
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
1                UNITED STATES DISTRICT COURT
2           FOR THE NORTHERN DISTRICT OF CALIFORNIA
3
4    SONOS, INC.,
5         Plaintiff,
6              vs.         Case No. 3:21-CV-07559-WHA
7    GOOGLE LLC
8         Defendant.
     _____
9    -AND-
10   GOOGLE LLC,
11        Plaintiff,
12             vs.         Case No. 3:20-CV-06754-WHA
13   SONOS, INC.,
14        Defendant.
     _____
15
16            DEPOSITION OF KENNETH J. MACKAY, taken on
17   behalf of the Sonos, Inc., with the deponent
18   located in Sunnyvale, California, commencing at
19   9:05 a.m., Tuesday, May 10, 2022, remotely reported
20   via Video & Web Videoconference before
21   REBECCA L. ROMANO, a Certified Shorthand
22   Reporter, Certified Court Reporter, Registered
23   Professional Reporter.
24
25
```

```
 1              APPEARANCES OF COUNSEL
 2    (All parties appearing via Web Videoconference)
 3
 4    For the Sonos, Inc:
 5         LEE SULLIVAN SHEA & SMITH LLP
 6         BY:  RORY P. SHEA
 7         BY:  DAVID R. GROSBY
 8         Attorneys at Law
 9         656 Randolph Street
10         Floor 5W
11         Chicago, Illinois 60661
12         (312) 754-9602
13         shea@ls3ip.com
14         grosby@ls3ip.com
15
16    For the Google LLC:
17         QUINN EMANUEL URQUHART & SULLIVAN, LLP
18         BY:  MARC L. KAPLAN
19         Attorney at Law
20         191 N. Wacker Drive
21         Suite 2700
22         Chicago, Illinois 60606
23         (312) 705-7400
24         marckaplan@quinnemanuel.com
25    /////
```

Page 3

```
 1                  APPEARANCES(cont'd)
 2    (All parties appearing via Web Videoconference)
 3
 4
 5    ALSO PRESENT:
 6         David West, Videographer
 7         Patrick Weston, Senior Litigation Counsel at
 8    Google
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25    /////
```

Page 4

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | The court reporter may swear the witness | 09:08:03 |
| 2 | in and we will continue. | |
| 3 | THE COURT REPORTER:  Mr. MacKay, If you | |
| 4 | could raise your right hand for me, please. | |
| 5 | THE DEPONENT:  (Complies.) | 09:08:07 |
| 6 | THE COURT REPORTER:  You do solemnly | |
| 7 | state, under penalty of perjury, that the testimony | |
| 8 | you are about to give in this deposition shall be | |
| 9 | the truth, the whole truth and nothing but the | |
| 10 | truth? | 09:08:07 |
| 11 | THE DEPONENT:  I do. | |
| 15 | | 09:08:07 |
| 20 | | 09:08:07 |
| 25 | | 09:08:07 |

Page 10

| | | |
|---|---|---|
| 1 | ▆▆▆▆▆▆▆ | ▆▆ |
| 2 | ▆▆▆▆ | |
| 3 | ▆ ▆ | |
| 4 | Q.   What is a "speaker group" as Google uses | |
| 5 | that term? | 10:31:33 |
| 6 | A.   I would describe it as a set of devices | |
| 7 | that appears as a castable -- as a Cast target. | |
| 8 | And when casted to, they all play together -- | |
| 9 | ▆ ▆ ▆▆▆▆ | |
| 10 | A.   -- specifically -- specifically audio. | 10:32:03 |
| 11 | ▆▆▆ | |
| 12 | ▆ ▆ ▆▆▆▆ | |
| 13 | ▆▆▆▆ ▆▆▆▆ | |
| 14 | ▆▆▆ ▆▆▆ | |
| 15 | ▆▆▆▆▆ | 10:32:19 |
| 16 | What do you mean by "appears as a Cast | |
| 17 | target"? | |
| 18 | A.   So what I mean is that you can cast to | |
| 19 | the group.  So in -- if you're in a sender app, for | |
| 20 | example, and you hit the Cast button, then the | 10:32:36 |
| 21 | group would show up as -- as a potential Cast | |
| 22 | option. | |
| 23 | ▆ ▆ ▆▆▆▆ | |
| 24 | ▆▆▆ | |
| 25 | ▆ ▆▆▆▆▆▆ | 10:33:06 |

Page 57

| | | |
|---|---|---|
| 1 | Q.  Okay.  Now, are you familiar with a term, | 10:40:19 |
| 2 | "static group"? | |
| 3 | A.  Yes. | |
| 4 | Q.  What is a "static group"? | |
| 5 | A.  So that is a group that the user defines | 10:40:39 |
| 6 | using the Google Home app, I think, is the only | |
| 7 | way.  So they define a group, and then that group | |
| 8 | becomes a castable target. | |
| 9 | Q.  And how does a "static group" compare to | |
| 10 | what is referred to as a "speaker group" in | 10:41:06 |
| 11 | Exhibit 36? | |
| 12 | ██████████   ████████████ | |
| 13 | THE DEPONENT:  Let me go back. | |
| 14 | So a "static group" is what is being | |
| 15 | referred to in -- in this document, "Create and | 10:41:22 |
| 16 | manage speaker groups," I think. | |
| 17 | ████████   ████████████████ | |
| 18 | ████████████ | |
| 19 | THE DEPONENT:  Yeah, that's accurate. | |
| 20 | █ ████████ ██████████████████ █████ | |

10:42:11

Page 63

```
1    █████████████████                          ██████
     █  ████████████   █████████████
     █  ██
4       Q.  Would it be fair to say that at that time    12:24:30
5    where a group has been created but not yet
6    launched, that the group exists in an unlaunched
7    state?
8       A.  Yes.
9           ████████  █████████████
10      Q.  (By Mr. Shea)  And -- and is another way    12:24:44
11   to think about that, that at the -- in the time
12   between when the group is created and when it is
13   launched, that the speaker group would be inactive?
14          ████████  █████████████.
15          THE DEPONENT:  Yes, I think so.              12:25:06
16      █  ████████  █████████████████████
     ████████████████████ but just to clarify, you
18   agree that a speaker group is something that is
19   saved by a user in advance of being launched?
20      A.  Well, again, the -- the group might never    12:25:31
21   be launched.  Like you might never cast to the
22   group.  So it's -- I would characterize it as -- a
23   static group is something that the user configures
24   and it's saved persistently.
25      Q.  ████  █████ and saved prior to any           12:25:48
```

Page 117

```
 1      I, Rebecca L. Romano, a Registered
 2  Professional Reporter, Certified Shorthand
 3  Reporter, Certified Court Reporter, do hereby
 4  certify:
 5      That the foregoing proceedings were taken
 6  before me remotely at the time and place herein set
 7  forth; that any deponents in the foregoing
 8  proceedings, prior to testifying, were administered
 9  an oath; that a record of the proceedings was made
10  by me using machine shorthand which was thereafter
11  transcribed under my direction; that the foregoing
12  transcript is true record of the testimony given.
13      Further, that if the foregoing pertains to the
14  original transcript of a deposition in a Federal
15  Case, before completion of the proceedings, review
16  of the transcript [X] was [ ] was not requested.
17      I further certify I am neither financially
18  interested in the action nor a relative or employee
19  of any attorney or any party to this action.
20      IN WITNESS WHEREOF, I have this date
21  subscribed my name this 13th day of May, 2022.
22
23          [signature: Rebecca L. Romano]
24      Rebecca L. Romano, RPR, CCR
25      CSR. No 12546
```

Page 284

# ERRATA SHEET

**Case Names:**  *Google LLC v. Sonos, Inc.*
Case No. 3:20-cv-06754-WHA

*Sonos, Inc. v. Google LLC*
Case No. 3:21-cv-07559-WHA

**Deposition Date:**  May 10, 2022

**Deponent:**  Kenneth MacKay (30(b)(6))

I, Kenneth MacKay, do hereby certify that I read the foregoing transcript of my testimony taken on May 10, 2022, and further certify that it is a true and accurate record of my testimony, with the exception of the corrections listed below:

| Page | Line | Now Reads | Should Read | Reason |
|---|---|---|---|---|
| | | | **30(b)(6)** | |
| 26 | 12 | Numerate | Numerette | Transcription error |
| 27 | 13 | Numerate | Numerette | Transcription error |
| 32 | 12 | application manager ample | application_manager_impl | Transcription error |
| 34 | 24 | ruled | rolled | Transcription error |
| 45 | 15 | Corelan | Korlan | Transcription error |
| 85 | 6 | Joint | Join | Transcription error |
| 122 | 13 | Joint | Join | Transcription error |
| 236 | 3 | Receiver_name space_handler.cc | receiver_namespace_handler.cc | Transcription error |
| | | | **30(b)(1)** | |
| 261 | 15 | Tabus | Tavis | Transcription error |
| 261 | 15 | YoungJin | Byungchul | Transcription error |

Dated:  2022-Jun-28            By: /s/ Kenneth MacKay
                                            Kenneth MacKay

1