# Exhibit 4

# As Played in Court 5/16/23

Designation List Report

**Chan, Christopher**  2022-11-29

| | |
|---|---|
| Sonos Affirmatives | 00:19:12 |
| Google Counters | 00:00:56 |
| **TOTAL RUN TIME** | **00:20:07** |

Documents linked to video:
T128
T130
T138
T139



ID: Chan_C

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 11:09 - 11:14 | **Chan, Christopher 2022-11-29** | 00:00:14 | Chan_C.1 |
| | 11:09   Q.   Good morning, Mr. Chan. | | |
| | 11:10   A.   Good morning. | | |
| | 11:11   Q.   Could you please state and spell your full name | | |
| | 11:12         for the record. | | |
| | 11:13   A.   Christopher Chan, C-H-R-I-S-T-O-P-H-E-R, | | |
| | 11:14         C-H-A-N. | | |
| 15:03 - 15:05 | **Chan, Christopher 2022-11-29** | 00:00:07 | Chan_C.2 |
| | 15:03   Q.   Okay.  And you understand that Google has | | |
| | 15:04         designated you to testify on their behalf regarding | | |
| | 15:05         Topics 3 and 4 of this Notice; is that right? | | |
| 15:09 - 15:23 | **Chan, Christopher 2022-11-29** | 00:00:48 | Chan_C.3 |
| | 15:09         THE WITNESS:  Yes, I do. | | |
| | 15:10   Q.   BY MR. SULLIVAN:  Okay.  And more specifically, | | |
| | 15:11         you are Google's corporate designee on Topic 3 as it | | |
| | 15:12         relates to:  One, Google's strategies for the sale and | | |
| | 15:13         marketing of the accused functionalities and the accused | | |
| | 15:14         hardware products; two, the competitive relationship | | |
| | 15:15         between the parties to the extent there is one; and 3, | | |
| | 15:16         metrics information regarding installs of the accused | | |
| | 15:17         software apps on the accused hardware devices and usage | | |
| | 15:18         of the accused functionalities. | | |
| | 15:19         Is that correct? | | |
| | 15:20   A.   Are you reading from part of the document? | | |
| | 15:21   Q.   No.  I'm actually reading from representations | | |
| | 15:22         from Google's counsel that was filed. | | |
| | 15:23   A.   Got it. | | |
| 16:01 - 16:01 | **Chan, Christopher 2022-11-29** | 00:00:02 | Chan_C.4 |
| | 16:01         THE WITNESS:  Yes, this is my understanding. | | |
| 16:02 - 16:10 | **Chan, Christopher 2022-11-29** | 00:00:28 | Chan_C.5 |
| | 16:02   Q.   BY MR. SULLIVAN:  And you are Google's corporate | | |
| | 16:03         designee on Topic 4 as it relates to:  One, customer | | |
| | 16:04         feedback, including comments and/or complaints regarding | | |
| | 16:05         the accused functionalities, to the extent such feedback | | |
| | 16:06         exists and is reasonably within Google's possession, | | |
| | 16:07         custody, and control; and two, metrics information | | |
| | 16:08         regarding usage of the accused functionalities. | | |
| | 16:09         Is that correct? | | |
| | 16:10   A.   That sounds right. | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 18:11 - 18:21 | **Chan, Christopher 2022-11-29** | 00:00:25 | Chan_C.6 |

| | 18:11 | Q. | You were a |
| | 18:12 | | product manager at Google from May 2017 to October of |
| | 18:13 | | 2020; is that right? |
| | 18:14 | A. | Yes, that's correct. |
| | 18:15 | Q. | And then you got promoted to senior product |
| | 18:16 | | manager? |
| | 18:17 | A. | Yes, that's correct. |
| | 18:18 | Q. | And that is your current title? |
| | 18:19 | A. | Yes. |
| | 18:20 | Q. | So what products are you responsible for as a |
| | 18:21 | | product manager at Google? |

| 18:23 - 19:02 | **Chan, Christopher 2022-11-29** | 00:00:18 | Chan_C.7 |

| | 18:23 | | THE WITNESS: Are you asking right now or in |
| | 18:24 | | prior months or years? |
| | 18:25 | Q. | BY MR. SULLIVAN: Let's start with when you were |
| | 19:01 | | just a product manager, and then I'll ask about if it's |
| | 19:02 | | changed in your role as senior product manager. |

| 19:04 - 19:11 | **Chan, Christopher 2022-11-29** | 00:00:29 | Chan_C.8 |

| | 19:04 | | THE WITNESS: So when I was a product manager, I |
| | 19:05 | | worked on Google Home Max. |
| | 19:06 | Q. | BY MR. SULLIVAN: Okay. Any other products? |
| | 19:07 | A. | Also I worked on Nest Mini. |
| | 19:08 | Q. | Any other products? |
| | 19:09 | A. | Also I worked on Nest Audio. |
| | 19:10 | Q. | How about Google Home; did you work on that |
| | 19:11 | | product? |

| 19:13 - 19:23 | **Chan, Christopher 2022-11-29** | 00:00:43 | Chan_C.9 |

| | 19:13 | | THE WITNESS: I worked on software features that |
| | 19:14 | | impacted Google Home, but not the hardware product |
| | 19:15 | | itself. |
| | 19:16 | Q. | BY MR. SULLIVAN: Are there any other products |
| | 19:17 | | that we didn't just discuss? |
| | 19:18 | A. | I worked on software features for additional |
| | 19:19 | | products. |
| | 19:20 | Q. | And what were those software features and |
| | 19:21 | | products? |
| | 19:22 | A. | Software features included our group playback |
| | 19:23 | | functionality. |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 19:24 - 20:02 | **Chan, Christopher 2022-11-29** | 00:00:15 | Chan_C.10 |
| | 19:24  Q.  Okay.  Any other features? | | |
| | 19:25  A.  Our stream transfer functionality. | | |
| | 20:01  Q.  Anything else? | | |
| | 20:02  A.  Stereo pairing. | | |
| 20:06 - 20:09 | **Chan, Christopher 2022-11-29** | 00:00:13 | Chan_C.11 |
| | 20:06  Q.  BY MR. SULLIVAN:  Any other features? | | |
| | 20:07  A.  Marble. | | |
| | 20:08  Q.  And what is "Marble"? | | |
| | 20:09  A.  Marble is our on-device assistant technology. | | |
| 20:13 - 20:18 | **Chan, Christopher 2022-11-29** | 00:00:27 | Chan_C.12 |
| | 20:13  A.  Marble is a software feature that rings the | | |
| | 20:14       intelligence of the Google assistant onto the device so | | |
| | 20:15       that users have a faster experience. | | |
| | 20:16  Q.  And did you work on any other features? | | |
| | 20:17  A.  Those were the primary ones that I can remember | | |
| | 20:18       from where I sit now. | | |
| 20:19 - 20:20 | **Chan, Christopher 2022-11-29** | 00:00:06 | Chan_C.13 |
| | 20:19  Q.  And what products have you had responsibility | | |
| | 20:20       for as a senior product manager? | | |
| 20:24 - 20:25 | **Chan, Christopher 2022-11-29** | 00:00:03 | Chan_C.14 |
| | 20:24       THE WITNESS:  Currently, I am working on Pixel | | |
| | 20:25       tablet. | | |
| 21:22 - 21:23 | **Chan, Christopher 2022-11-29** | 00:00:06 | Chan_C.15 |
| 🔗 T128.1 | 21:22  Q.  BY MR. SULLIVAN:  Okay.  Let's turn to the next | | |
| | 21:23       exhibit in the folder.  It's Exhibit 1261. | | |
| 21:25 - 22:05 | **Chan, Christopher 2022-11-29** | 00:00:29 | Chan_C.16 |
| | 21:25       and I ask if you recognize that document. | | |
| | 22:01  A.  I do recognize this document. | | |
| | 22:02  Q.  Can you tell me what it is, please. | | |
| | 22:03  A.  This document is a reference to metrics that | | |
| | 22:04       kind of explain usage of cast functionality and multizone | | |
| | 22:05       functionality. | | |
| 25:18 - 25:18 | **Chan, Christopher 2022-11-29** | 00:00:04 | Chan_C.17 |
| | 25:18  Q.  Why was Exhibit 1261 created? | | |
| 25:20 - 25:22 | **Chan, Christopher 2022-11-29** | 00:00:07 | Chan_C.18 |
| | 25:20       THE WITNESS:  My understanding was that it was | | |
| | 25:21       created as a reference to better understand the metrics | | |

| DESIGNATION | SOURCE | | DURATION | ID |
|---|---|---|---|---|
| | 25:22 | that we will be reviewing. | | |
| 26:05 - 26:09 | **Chan, Christopher 2022-11-29** | | 00:00:20 | Chan_C.19 |
| | 26:05 | I'm going to refer to computing devices as | | |
| | 26:06 | devices such as mobile phones, tablets, laptops, | | |
| | 26:07 | desktops, and other computing devices. | | |
| | 26:08 | Is that okay? | | |
| | 26:09 | A.  Sounds good. | | |
| 40:04 - 40:05 | **Chan, Christopher 2022-11-29** | | 00:00:06 | Chan_C.20 |
| 🔗 T130.2 | 40:04 | Q.  BY MR. SULLIVAN:  Okay.  Let's take a look at | | |
| | 40:05 | Exhibit 1263.  And my first question is going to be:  Do | | |
| 40:06 - 40:06 | **Chan, Christopher 2022-11-29** | | 00:00:05 | Chan_C.21 |
| | 40:06 | you recognize this document? | | |
| 40:07 - 40:07 | **Chan, Christopher 2022-11-29** | | 00:00:02 | Chan_C.22 |
| | 40:07 | A.  This document looks vaguely familiar. | | |
| 40:17 - 40:20 | **Chan, Christopher 2022-11-29** | | 00:00:13 | Chan_C.23 |
| | 40:17 | Q.  BY MR. SULLIVAN:  I'm sorry.  Wait, let's start | | |
| | 40:18 | with the first one that says "Releases 2019 to present." | | |
| | 40:19 | A.  Yes. | | |
| | 40:20 | Q.  What information is in that tab? | | |
| 40:22 - 41:05 | **Chan, Christopher 2022-11-29** | | 00:00:31 | Chan_C.24 |
| | 40:22 | THE WITNESS:  It appears to be the status of | | |
| | 40:23 | Google Home app releases between 2019 and 2021. | | |
| 🔗 T130.4 | 40:24 | Q.  BY MR. SULLIVAN:  All right.  Let's go to the | | |
| | 40:25 | next tab which says:  "US install events (2019 to | | |
| | 41:01 | present)." | | |
| 🔗 T130.4.1 | 41:02 | Do you see that tab? | | |
| | 41:03 | A.  I do. | | |
| | 41:04 | Q.  Okay.  What information is being captured in | | |
| | 41:05 | this tab of the Exhibit 1263? | | |
| 41:08 - 41:09 | **Chan, Christopher 2022-11-29** | | 00:00:06 | Chan_C.25 |
| | 41:08 | THE WITNESS:  It would appear to be install | | |
| | 41:09 | events of the Google Home app by country. | | |
| 60:05 - 60:06 | **Chan, Christopher 2022-11-29** | | 00:00:04 | Chan_C.26 |
| | 60:05 | Q.  BY MR. SULLIVAN:  Okay.  Let's take a look at | | |
| 🔗 T138.2 | 60:06 | Exhibit 1271, please.  And there are a lot of tabs here | | |
| 60:07 - 60:10 | **Chan, Christopher 2022-11-29** | | 00:00:12 | Chan_C.27 |
| | 60:07 | so I want to make sure you click over to the -- to see | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 60:08    all the tabs. <br> 60:09    My first question is going to be: Do you <br> 60:10    recognize this document? | | |
| 60:12 - 60:17 <br> 🔗 T138.2.3 | **Chan, Christopher 2022-11-29** <br> 60:12    THE WITNESS: I don't recognize this document. <br> 60:13  Q. BY MR. SULLIVAN: Let's take a look at the first <br> 60:14    tab.  It says "GPM First Time Downloads." <br> 60:15    Do you see that? <br> 60:16  A. I see that. <br> 60:17  Q. What does "GPM" refer to? | 00:00:20 | Chan_C.28 |
| 60:19 - 60:22 <br> 🔗 T138.2.1 <br> 🔗 T138.2.2 | **Chan, Christopher 2022-11-29** <br> 60:19    THE WITNESS: It would appear to refer to Google <br> 60:20    Play music. <br> 60:21  Q. BY MR. SULLIVAN: And what does "first-time <br> 60:22    downloads" refer to? | 00:00:09 | Chan_C.29 |
| 60:24 - 61:02 | **Chan, Christopher 2022-11-29** <br> 60:24    THE WITNESS: I'm not familiar with that <br> 60:25    concept. <br> 61:01  Q. BY MR. SULLIVAN: Do you recollect if a <br> 61:02    first-time download is different than an install? | 00:00:15 | Chan_C.30 |
| 61:05 - 61:05 | **Chan, Christopher 2022-11-29** <br> 61:05    THE WITNESS: I do not. | 00:00:01 | Chan_C.31 |
| 62:13 - 62:14 <br> 🔗 T139.2 | **Chan, Christopher 2022-11-29** <br> 62:13  Q. BY MR. SULLIVAN: All right.  Let's take a look <br> 62:14    at Exhibit 1272. | 00:00:04 | Chan_C.32 |
| 62:15 - 62:16 | **Chan, Christopher 2022-11-29** <br> 62:15    The first question's going to be: Have you ever <br> 62:16    seen this document before? | 00:00:04 | Chan_C.33 |
| 62:18 - 62:21 | **Chan, Christopher 2022-11-29** <br> 62:18    THE WITNESS: Insofar as it appears similar to a <br> 62:19    prior exhibit. <br> 62:20  Q. BY MR. SULLIVAN: Would that prior exhibit be <br> 62:21    Exhibit 1263? | 00:00:17 | Chan_C.34 |
| 62:24 - 62:24 | **Chan, Christopher 2022-11-29** <br> 62:24    THE WITNESS: Yes. | 00:00:01 | Chan_C.35 |
| 63:20 - 63:23 <br> 🔗 T139.6.1 | **Chan, Christopher 2022-11-29** <br> 63:20  Q. BY MR. SULLIVAN: And if we turn back to | 00:00:13 | Chan_C.36 |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 63:21    Exhibit 1272, this appears to be an update of | | |
| | 63:22    Exhibit 1263 that goes through November of 2022; is that | | |
| | 63:23    right? | | |
| 64:01 - 64:06 | **Chan, Christopher 2022-11-29** | 00:00:20 | Chan_C.37 |
| | 64:01    THE WITNESS:  Not looking at the specific | | |
| | 64:02    numbers, but I see that November 2022 is the last date in | | |
| | 64:03    the US Install Events spreadsheet or sheet. | | |
| | 64:04    Q.  BY MR. SULLIVAN:  Okay.  Would your answers for | | |
| | 64:05    the questions I asked with respect to Exhibit 1263 be the | | |
| | 64:06    same for Exhibit 1272? | | |
| 64:09 - 64:10 | **Chan, Christopher 2022-11-29** | 00:00:05 | Chan_C.38 |
| | 64:09    THE WITNESS:  I can't recall my answers for the | | |
| | 64:10    prior spreadsheet. | | |
| 64:11 - 64:13 | **Chan, Christopher 2022-11-29** | 00:00:19 | Chan_C.39 |
| | 64:11    Q.  BY MR. SULLIVAN:  Do you see anything in | | |
| | 64:12    Exhibit 1272 that's different from Exhibit 1263 other | | |
| | 64:13    than the update from February 2022 to November 2022? | | |
| 64:16 - 64:20 | **Chan, Christopher 2022-11-29** | 00:00:15 | Chan_C.40 |
| | 64:16    THE WITNESS:  I see no obvious differences in my | | |
| | 64:17    current review of the spreadsheet. | | |
| | 64:18    Q.  BY MR. SULLIVAN:  So, again, this is -- this | | |
| | 64:19    document is dealing with install events for the Android | | |
| | 64:20    version of the Google Home app; correct? | | |
| 64:22 - 64:23 | **Chan, Christopher 2022-11-29** | 00:00:05 | Chan_C.41 |
| | 64:22    THE WITNESS:  That would appear to be the case | | |
| | 64:23    in reviewing the install event sheet. | | |
| 67:23 - 67:24  ⓧ Clear | **Chan, Christopher 2022-11-29** | 00:00:02 | Chan_C.42 |
| | 67:23    Q.  BY MR. SULLIVAN:  So smartphones have a | | |
| | 67:24    processor; right? | | |
| 68:01 - 68:04 | **Chan, Christopher 2022-11-29** | 00:00:09 | Chan_C.43 |
| | 68:01    THE WITNESS:  They have at least one processor, | | |
| | 68:02    yes. | | |
| | 68:03    Q.  BY MR. SULLIVAN:  Do tablets also have at least | | |
| | 68:04    one processor? | | |
| 68:06 - 68:09 | **Chan, Christopher 2022-11-29** | 00:00:09 | Chan_C.44 |
| | 68:06    THE WITNESS:  Tablets have at least one | | |
| | 68:07    processor, yes. | | |
| | 68:08    Q.  BY MR. SULLIVAN:  And how about laptops and | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 68:09    desktops; do they have at least one processor? | | |
| 68:12 - 68:15 | **Chan, Christopher 2022-11-29** | 00:00:08 | Chan_C.45 |
| | 68:12    THE WITNESS:  My understanding is that laptops | | |
| | 68:13    and desktops also have processors. | | |
| | 68:14    Q.  BY MR. SULLIVAN:  How about Chromebooks; do they | | |
| | 68:15    have at least one processor? | | |
| 68:17 - 68:20 | **Chan, Christopher 2022-11-29** | 00:00:18 | Chan_C.46 |
| | 68:17    THE WITNESS:  In that a Chromebook is a type of | | |
| | 68:18    laptop, yes. | | |
| | 68:19    Q.  BY MR. SULLIVAN:  Is a device with a processor | | |
| | 68:20    required to run the Google Home app? | | |
| 68:23 - 68:25 | **Chan, Christopher 2022-11-29** | 00:00:07 | Chan_C.47 |
| | 68:23    THE WITNESS:  I believe so. | | |
| | 68:24    Q.  BY MR. SULLIVAN:  Is a device with a processor | | |
| | 68:25    required to run the YouTube apps? | | |
| 69:02 - 69:02 | **Chan, Christopher 2022-11-29** | 00:00:02 | Chan_C.48 |
| | 69:02    THE WITNESS:  That is my understanding, yes. | | |
| 69:21 - 69:22 | **Chan, Christopher 2022-11-29** | 00:00:02 | Chan_C.49 |
| | 69:21    Q.  BY MR. SULLIVAN:  So smartphones have memory; | | |
| | 69:22    right? | | |
| 69:24 - 70:01 | **Chan, Christopher 2022-11-29** | 00:00:05 | Chan_C.50 |
| | 69:24    THE WITNESS:  Smartphones do have memory, yes. | | |
| | 69:25    Q.  BY MR. SULLIVAN:  So do tablets and computers; | | |
| | 70:01    right? | | |
| 70:04 - 70:04 | **Chan, Christopher 2022-11-29** | 00:00:02 | Chan_C.51 |
| | 70:04    THE WITNESS:  That is my understanding, yes. | | |
| 71:12 - 71:13 | **Chan, Christopher 2022-11-29** | 00:00:04 | Chan_C.52 |
| | 71:12    Q.  BY MR. SULLIVAN:  Have you ever installed any | | |
| | 71:13    apps onto a Pixel tablet? | | |
| 71:15 - 71:15 | **Chan, Christopher 2022-11-29** | 00:00:01 | Chan_C.53 |
| | 71:15    THE WITNESS:  I have. | | |
| 73:12 - 73:14 | **Chan, Christopher 2022-11-29** | 00:00:05 | Chan_C.54 |
| | 73:12    Q.  BY MR. SULLIVAN:  Okay.  What's your definition | | |
| | 73:13    of memory? | | |
| | 73:14    A.  So -- | | |
| 73:16 - 73:18 | **Chan, Christopher 2022-11-29** | 00:00:12 | Chan_C.55 |
| | 73:16    THE WITNESS:  There is short-term memory, which | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 73:17   is represented or used as RAM, and long-term memory, | | |
| | 73:18   which is more storage space. | | |
| 75:18 - 75:19 | **Chan, Christopher 2022-11-29** | 00:00:06 | Chan_C.56 |
| | 75:18   Q.  BY MR. SULLIVAN:  Do all smartphones and tablets | | |
| | 75:19   and computers have a storage system? | | |
| 75:22 - 76:01 | **Chan, Christopher 2022-11-29** | 00:00:26 | Chan_C.57 |
| | 75:22   THE WITNESS:  I'm not entirely sure. | | |
| | 75:23   Q.  BY MR. SULLIVAN:  How about smartphones, | | |
| | 75:24   tablets, and laptops where the Google Home app or one of | | |
| | 75:25   the YouTube apps can be installed; do they have a storage | | |
| | 76:01   system? | | |
| 76:04 - 76:05 | **Chan, Christopher 2022-11-29** | 00:00:05 | Chan_C.58 |
| | 76:04   THE WITNESS:  Most phones, tablets, and laptops | | |
| | 76:05   I've seen have storage. | | |
| 78:18 - 78:21 | **Chan, Christopher 2022-11-29** | 00:00:11 | Chan_C.59 |
| | 78:18   Q.  BY MR. SULLIVAN:  Yeah.  I'm just talking about | | |
| | 78:19   the Google Home app and the YouTube apps.  When you | | |
| | 78:20   install those on a computing device, they're stored on | | |
| | 78:21   the computing device; right? | | |
| 78:23 - 78:23 | **Chan, Christopher 2022-11-29** | 00:00:02 | Chan_C.60 |
| | 78:23   THE WITNESS:  Often, they are. | | |
| 80:06 - 80:08 | **Chan, Christopher 2022-11-29** | 00:00:09 | Chan_C.61 |
| | 80:06   So, again, going back to my original question: | | |
| | 80:07   When it's installed, these apps are stored on the | | |
| | 80:08   computing devices; right? | | |
| 80:11 - 80:12 | **Chan, Christopher 2022-11-29** | 00:00:04 | Chan_C.62 |
| | 80:11   THE WITNESS:  I think so, but I'm not entirely | | |
| | 80:12   confident on that assertion. | | |
| 90:16 - 90:18 | **Chan, Christopher 2022-11-29** | 00:00:09 | Chan_C.63 |
| | 90:16   Does Google instruct users to download the | | |
| | 90:17   Google Home app onto their computing devices in order to | | |
| | 90:18   set up and use Google's speakers? | | |
| 90:22 - 91:05 | **Chan, Christopher 2022-11-29** | 00:00:32 | Chan_C.64 |
| | 90:22   THE WITNESS:  When setting up a smart speaker, | | |
| | 90:23   there is a quick-start guide in the packaging that | | |
| | 90:24   instructs users to set up and download the Google Home | | |
| | 90:25   app.  And then in addition to that, when they plug in a | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 91:01   speaker, the Google assistant's voice also instructs | | |
| | 91:02   users to download the Google Home app. | | |
| | 91:03   Q.  BY MR. SULLIVAN:  Does the Google Home app need | | |
| | 91:04   to be downloaded onto users' computer devices in order to | | |
| | 91:05   set up and use Google's speakers? | | |
| 91:08 - 91:11 | **Chan, Christopher 2022-11-29** | 00:00:14 | Chan_C.65 |
| | 91:08   THE WITNESS:  Access to the Home app is required | | |
| | 91:09   to set up a Google smart speaker. | | |
| | 91:10   Q.  BY MR. SULLIVAN:  Is the Google Home app | | |
| | 91:11   required to create a speaker group? | | |
| 91:13 - 91:16 | **Chan, Christopher 2022-11-29** | 00:00:16 | Chan_C.66 |
| | 91:13   THE WITNESS:  Yes.  The Google Home app is | | |
| | 91:14   required to create a static speaker group. | | |
| | 91:15   Q.  BY MR. SULLIVAN:  Does Google encourage people | | |
| | 91:16   to download the Google Home app? | | |
| 91:19 - 91:21 | **Chan, Christopher 2022-11-29** | 00:00:09 | Chan_C.67 |
| | 91:19   THE WITNESS:  So both the quick-start guide and | | |
| | 91:20   the smart speaker itself both prompt the user to download | | |
| | 91:21   and install the Home app to set it up. | | |
| 98:13 - 98:14 | **Chan, Christopher 2022-11-29** | 00:00:04 | Chan_C.68 |
| | 98:13   Q.  BY MR. SULLIVAN:  Does Google provide | | |
| | 98:14   instructions on how to use the Google Home app? | | |
| 98:17 - 98:20 | **Chan, Christopher 2022-11-29** | 00:00:08 | Chan_C.69 |
| | 98:17   THE WITNESS:  I'm aware of support materials for | | |
| | 98:18   the Google Home app. | | |
| | 98:19   Q.  BY MR. SULLIVAN:  What support materials are | | |
| | 98:20   those? | | |
| 98:22 - 98:25 | **Chan, Christopher 2022-11-29** | 00:00:06 | Chan_C.70 |
| | 98:22   THE WITNESS:  I'm aware of online support | | |
| | 98:23   materials. | | |
| | 98:24   Q.  BY MR. SULLIVAN:  Can you tell me what those | | |
| | 98:25   are? | | |
| 99:02 - 99:04 | **Chan, Christopher 2022-11-29** | 00:00:08 | Chan_C.71 |
| | 99:02   THE WITNESS:  I'm generally aware of online | | |
| | 99:03   support materials that allow you to search for specific | | |
| | 99:04   features supported by the Google Home app. | | |
| 107:12 - 107:14 | **Chan, Christopher 2022-11-29** | 00:00:07 | Chan_C.72 |
| | 107:12   Q.  BY MR. SULLIVAN:  Okay.  So it's your | | |

Chan_C - As Played in Court 5/16/23

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 107:13   understanding, just to circle back, that Google does not | | |
| | 107:14   compete with Sonos in the home audio market; right? | | |
| 107:16 - 107:18 | **Chan, Christopher 2022-11-29** | 00:00:06 | Chan_C.73 |
| | 107:16   THE WITNESS:  I don't view them as directly | | |
| | 107:17   competitive.  I understand that there is some overlapping | | |
| | 107:18   functionality. | | |
| 109:03 - 109:04 | **Chan, Christopher 2022-11-29** | 00:00:05 | Chan_C.74 |
| | 109:03  Q.  Okay.  And you're saying the Sonos 1 doesn't | | |
| | 109:04      compete with any of Google's smart speakers? | | |
| 109:06 - 109:20 | **Chan, Christopher 2022-11-29** | 00:01:09 | Chan_C.75 |
| | 109:06      THE WITNESS:  I can see that for some -- some | | |
| | 109:07      users, they might be deciding between Sonos 1 and Nest | | |
| | 109:08      Audio, but the price points are quite different, and | | |
| | 109:09      ultimately, they are different ecosystems.  So I don't | | |
| | 109:10      know how much of a competition it actually is. | | |
| | 109:11  Q.  BY MR. SULLIVAN:  What do you mean they're in | | |
| | 109:12      different ecosystems? | | |
| | 109:13  A.  So what I mean by that is the Sonos devices are | | |
| | 109:14      in the Sonos ecosystem and that Nest smart speakers are | | |
| | 109:15      in the Nest ecosystem. | | |
| | 109:16  Q.  What do you mean by the term "ecosystem"? | | |
| | 109:17  A.  By "ecosystem," I mean a set of devices under | | |
| | 109:18      the same brand. | | |
| | 109:19  Q.  Does the ecosystem affect what speaker a user | | |
| | 109:20      purchases? | | |
| 109:23 - 110:02 | **Chan, Christopher 2022-11-29** | 00:00:18 | Chan_C.76 |
| | 109:23      THE WITNESS:  I think that's the hope, but I | | |
| | 109:24      haven't seen much data in regards to the Nest ecosystem. | | |
| | 109:25  Q.  BY MR. SULLIVAN:  So if somebody buys a Nest | | |
| | 110:01      speaker, they become part of the Nest ecosystem; is that | | |
| | 110:02      right? | | |
| 110:05 - 110:09 | **Chan, Christopher 2022-11-29** | 00:00:12 | Chan_C.77 |
| | 110:05      THE WITNESS:  That's the intent, but I haven't | | |
| | 110:06      seen strong data to support it. | | |
| | 110:07  Q.  BY MR. SULLIVAN:  If someone buys a Sonos | | |
| | 110:08      speaker, then they would be in the Sonos ecosystem; | | |
| | 110:09      right? | | |
| 110:11 - 110:15 | **Chan, Christopher 2022-11-29** | 00:00:17 | Chan_C.78 |
| | 110:11      THE WITNESS:  That sounds right. | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 110:12  Q.  BY MR. SULLIVAN:  And if they're in the Nest | | |
| | 110:13       ecosystem, when they buy their second speaker, they'd | | |
| | 110:14       likely purchase a Nest speaker for that second speaker; | | |
| | 110:15       right? | | |
| 110:17 - 110:22 | **Chan, Christopher 2022-11-29** | 00:00:19 | Chan_C.79 |
| | 110:17       THE WITNESS:  That's the hope, but I haven't | | |
| | 110:18       seen strong data that suggests the narrative that you are | | |
| | 110:19       describing. | | |
| | 110:20  Q.  BY MR. SULLIVAN:  Well, are you aware of anyone | | |
| | 110:21       buying a Nest speaker and then turning around and buying | | |
| | 110:22       a Sonos speaker as a second speaker? | | |
| 110:24 - 111:01 | **Chan, Christopher 2022-11-29** | 00:00:11 | Chan_C.80 |
| | 110:24       THE WITNESS:  I'm sure they exist. | | |
| | 110:25  Q.  BY MR. SULLIVAN:  You're sure they exist, but I | | |
| | 111:01       thought you said that they don't compete; right? | | |
| 111:03 - 111:09 | **Chan, Christopher 2022-11-29** | 00:00:28 | Chan_C.81 |
| | 111:03       THE WITNESS:  Yes, that that was my like general | | |
| | 111:04       view about competition. | | |
| | 111:05  Q.  BY MR. SULLIVAN:  So Google and Sonos don't | | |
| | 111:06       compete, but you're aware of the fact that somebody that | | |
| | 111:07       bought a Google speaker as a first speaker may buy a | | |
| | 111:08       Sonos speaker as a second speaker. | | |
| | 111:09       Did I get that right? | | |
| 111:11 - 111:13 | **Chan, Christopher 2022-11-29** | 00:00:07 | Chan_C.82 |
| | 111:11       THE WITNESS:  I was saying I'm sure they | | |
| | 111:12       probably exist, but I have not seen concrete data to that | | |
| | 111:13       effect. | | |
| 111:25 - 112:01 | **Chan, Christopher 2022-11-29** | 00:00:03 | Chan_C.83 |
| | 111:25       THE WITNESS:  Well, I don't know if I agree with | | |
| | 112:01       that. | | |
| 112:05 - 112:06 | **Chan, Christopher 2022-11-29** | 00:00:04 | Chan_C.84 |
| | 112:05       THE WITNESS:  I'm not willing to make that | | |
| | 112:06       claim. | | |
| 113:07 - 113:19 | **Chan, Christopher 2022-11-29** | 00:00:46 | Chan_C.85 |
| | 113:07  Q.  BY MR. SULLIVAN:  No.  Okay.  What's your | | |
| | 113:08       definition of competition? | | |
| | 113:09  A.  So I think of competition as when a person is | | |
| | 113:10       considering a specific product, they have a number of | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 113:11    options in kind of a competitive set, and they narrow in | | |
| | 113:12    on the options and then ultimately pick one. Whatever | | |
| | 113:13    those options were, were competitors. | | |
| | 113:14  Q.  Okay. So using that definition of competition, | | |
| | 113:15    I'll go back to my original question. | | |
| | 113:16    Well, let me phrase the question this way. | | |
| | 113:17    Using that definition of competition, does Google compete | | |
| | 113:18    with Sonos in either the home audio market or the smart | | |
| | 113:19    speaker market? | | |
| 113:21 - 113:24 | **Chan, Christopher 2022-11-29** | 00:00:11 | Chan_C.86 |
| | 113:21    THE WITNESS: I think the answer depends. | | |
| | 113:22  Q.  BY MR. SULLIVAN: How does it depend? | | |
| | 113:23  A.  It depends on whether we're talking about home | | |
| | 113:24    audio or smart speaker. | | |
| 115:23 - 115:24 | **Chan, Christopher 2022-11-29** | 00:00:10 | Chan_C.87 |
| | 115:23    Your knowledge about whether Google and Sonos | | |
| | 115:24    compete in the home audio market, what is that based on? | | |
| 115:25 - 116:17 | **Chan, Christopher 2022-11-29** | 00:01:01 | Chan_C.88 |
| | 115:25  A.  It's based on some level of reviews and | | |
| | 116:01    reviewing those. | | |
| | 116:02  Q.  What reviews? | | |
| | 116:03  A.  Sometimes people write reviews when we launch | | |
| | 116:04    our products. | | |
| | 116:05  Q.  And what do they say in those reviews that would | | |
| | 116:06    help you determine whether Google competes with Sonos in | | |
| | 116:07    the home audio market? | | |
| | 116:08  A.  Sometimes they'll reference Sonos products in | | |
| | 116:09    those reviews. | | |
| | 116:10  Q.  And these are reviews of your products? | | |
| | 116:11  A.  I think I've seen them before, yes. | | |
| | 116:12  Q.  Okay. So people are -- are reviewing your | | |
| | 116:13    product and mentioning Sonos' products; is that what | | |
| | 116:14    you're saying? | | |
| | 116:15  A.  They will mention other products as well. | | |
| | 116:16  Q.  Wouldn't that indicate that there's competition | | |
| | 116:17    between the two? | | |
| 116:19 - 116:20 | **Chan, Christopher 2022-11-29** | 00:00:06 | Chan_C.89 |
| | 116:19    THE WITNESS: That would indicate that the | | |
| | 116:20    reviewer sees some level of competition between the two. | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 117:22 - 117:24 | **Chan, Christopher 2022-11-29** | 00:00:10 | Chan_C.90 |
| | 117:22  Q.  BY MR. SULLIVAN:  And do you -- do you believe | | |
| | 117:23       that Google competes with Sonos in the smart speaker | | |
| | 117:24       market?  Again, I'm using your definition of competition. | | |
| 118:01 - 118:02 | **Chan, Christopher 2022-11-29** | 00:00:04 | Chan_C.91 |
| | 118:01       THE WITNESS:  In certain cases, I believe there | | |
| | 118:02       is some competition, yes. | | |
| 125:11 - 125:12 | **Chan, Christopher 2022-11-29** | 00:00:04 | Chan_C.92 |
| | 125:11  Q.  BY MR. SULLIVAN:  Do you have any idea of | | |
| | 125:12       whether Google's smart speakers are profitable? | | |
| 125:14 - 125:16 | **Chan, Christopher 2022-11-29** | 00:00:08 | Chan_C.93 |
| | 125:14       THE WITNESS:  Not really. | | |
| | 125:15  Q.  BY MR. SULLIVAN:  Would Google sell a product | | |
| | 125:16       that wasn't profitable? | | |
| 125:18 - 125:22 | **Chan, Christopher 2022-11-29** | 00:00:16 | Chan_C.94 |
| | 125:18       THE WITNESS:  I can't speak to the hypothetical, | | |
| | 125:19       but I can say that Google encourages all of our hardware | | |
| | 125:20       products to be run sustainably. | | |
| | 125:21  Q.  BY MR. SULLIVAN:  And how does Google make money | | |
| | 125:22       from its smart speakers? | | |
| 125:24 - 125:25 | **Chan, Christopher 2022-11-29** | 00:00:03 | Chan_C.95 |
| | 125:24       THE WITNESS:  I don't know that Google makes | | |
| | 125:25       money from its smart speakers. | | |

| | |
|---|---|
| Sonos Affirmatives | 00:19:12 |
| Google Counters | 00:00:56 |
| **TOTAL RUN TIME** | **00:20:07** |

Documents linked to video:

T128

T130

T138

T139