# Exhibit 5

# Exhibit 5

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
1              IN THE UNITED STATES DISTRICT COURT
2            FOR THE NORTHERN DISTRICT OF CALIFORNIA
3
4
5    GOOGLE LLC,
6                 Plaintiff,
7           vs.                         No. 3:20-cv-6754
8    SONOS, INC.,
9                 Defendant.
     _____/
10
11
12       -- HIGHLY CONFIDENTIAL, ATTORNEYS' EYES ONLY --
13
14     VIDEO-RECORDED FEDERAL RULE 30(B)(6) DEPOSITION OF
15              GOOGLE LLC, BY CHRISTOPHER CHAN
16                  Remote Zoom Proceedings
17                   Oakland, California
18                Tuesday, November 29, 2022
19
20
21
22
23   REPORTED BY:
24   LESLIE ROCKWOOD ROSAS, RPR, CSR 3462
25   Pages 1 - 134                         Job No. 5594471
```

Page 1

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

1              IN THE UNITED STATES DISTRICT COURT

2             FOR THE NORTHERN DISTRICT OF CALIFORNIA

3

4

5    GOOGLE LLC,

6                Plaintiff,

7         vs.                         No. 3:20-cv-06754

8    SONOS, INC.,

9                Defendant.
     _____/
10

11

12       -- HIGHLY CONFIDENTIAL, ATTORNEYS' EYES ONLY --

13

14            Video-recorded Federal Rule 30(b)(6) deposition

15   of GOOGLE LLC, by CHRISTOPHER CHAN, taken on behalf of

16   the Defendant, Remote Zoom Proceedings from Oakland,

17   California, beginning at 9:06 a.m. Pacific Standard Time

18   and ending at 2:27 p.m. Pacific Standard Time, on

19   Tuesday, November 29, 2022, before Leslie Rockwood Rosas,

20   RPR, Certified Shorthand Reporter No. 3462.

21

22

23

24

25

```
 1   APPEARANCES:
 2
 3   FOR THE PLAINTIFF:
 4        LEE SULLIVAN SHEA & SMITH LLP
 5        BY: SEAN M. SULLIVAN, ESQ.
 6        565 West Randolph Street, Floor 5W
 7        Chicago, Illinois 60661
 8        (312) 754-0002
 9        sullivan@ls3ip.com
10
11
12   FOR THE DEFENDANT:
13        QUINN EMANUEL URQUHART & SULLIVAN LLP
14        BY: JAMES D. JUDAH, ESQ.
15        50 California Street, 22nd Floor
16        San Francisco, California 94111
17        (415) 785-6420
18        jamesjudah@quinnemanuel.com
19
20   Also Present:
21        Patrick Weston, Google Inhouse Counsel
22        David West, Videographer
23
24
25
```

| | | |
|---|---|---|
| 1 | California, Case Number 3:21-cv-07559-WHA and | |
| 2 | 3:20-cv-06754-WHA. | |
| 3 |     The deposition is being conducted remotely using | |
| 4 | virtual technology.  My name is David West.  I am the | |
| 5 | videographer.  The court reporter is Leslie Rosas.  We | 09:07:53 |
| 6 | represent Veritext Legal Solutions. | |
| 7 |     I am not related to any party in this action nor | |
| 8 | am I financially interested in the outcome. | |
| 9 |     If there are any objections to proceeding, | |
| 10 | please state them at the time of your appearance. | 09:08:06 |
| 11 |     Counsel and all present will now state their | |
| 12 | appearances and affiliations for the record, beginning | |
| 13 | with the noticing attorney. | |
| 14 |     MR. SULLIVAN:  Yeah, this is Sean Sullivan from | |
| 15 | Lee Sullivan Shea & Smith LLP on behalf of Sonos, Inc. | 09:08:20 |
| 16 |     MR. JUDAH:  James Judah on behalf of Google, | |
| 17 | with Quinn Emanuel. | |
| 18 |     THE REPORTER:  Mr. Weston? | |
| 19 |     MR. WESTON:  Apologies.  I was stuck on mute. | |
| 20 |     I'm Patrick Weston, inhouse counsel from Google. | 09:08:42 |
| 21 |     THE VIDEOGRAPHER:  Go ahead, Leslie. | |
| 22 |     THE REPORTER:  Thank you. | |
| 23 |     Mr. Chan, if you would raise your right hand, | |
| 24 | please, I'll swear you in.  Thank you. | |
| 25 |     You do solemnly state that the evidence you | 09:08:50 |

```
 1   shall give in this matter shall be the truth, the whole

 2   truth, and nothing but the truth, so help you God?

 3           THE WITNESS:  Yes.

 4           THE REPORTER:  Thank you.

 5           You may proceed, Counsel.                        09:09:03

 6

 7                       EXAMINATION

 8   BY MR. SULLIVAN:

 9       Q.  Good morning, Mr. Chan.

10       A.  Good morning.                                    09:09:08

11       Q.  Could you please state and spell your full name

12   for the record.

13       A.  Christopher Chan, C-H-R-I-S-T-O-P-H-E-R,

14   C-H-A-N.
```

[Lines 15–25: redacted]

09:09:46

Page 11

1       ▮▮▮▮▮
2       ▮▮▮▮▮
3       ▮▮▮▮▮
4       ▮▮▮▮▮
5       ▮▮▮▮▮
6       ▮▮▮▮▮
7       ▮▮▮▮▮
8       ▮▮▮▮▮
9       ▮▮▮▮▮
10      ▮▮▮▮▮
11      ▮▮▮▮▮
12      ▮▮▮▮▮
13      ▮▮▮▮▮
14      ▮▮▮▮▮
15      ▮▮▮▮▮                                                    13:10:12
16          Does Google instruct users to download the
17   Google Home app onto their computing devices in order to
18   set up and use Google's speakers?
19      ▮▮▮▮▮
20      ▮▮▮▮▮
21      ▮▮▮▮▮
22          THE WITNESS:  When setting up a smart speaker,
23   there is a quick-start guide in the packaging that
24   instructs users to set up and download the Google Home
25   app.  And then in addition to that, when they plug in a   13:10:45

```
 1    speaker, the Google assistant's voice also instructs
 2    users to download the Google Home app.
 3         Q.   BY MR. SULLIVAN:  Does the Google Home app need
 4    to be downloaded onto users' computer devices in order to
 5    set up and use Google's speakers?                            13:11:05
 6         ▆▆▆▆▆▆▆   ▆▆▆▆▆▆▆   ▆▆▆▆▆▆▆▆▆▆▆▆▆
 7    ▆▆▆▆▆▆▆▆   ▆▆▆▆
 8              THE WITNESS:  Access to the Home app is required
 9    to set up a Google smart speaker.
10         Q.   BY MR. SULLIVAN:  Is the Google Home app          13:11:24
11    required to create a speaker group?
12         ▆▆▆▆▆▆▆   ▆▆▆▆▆▆▆▆▆▆▆▆▆
13              THE WITNESS:  Yes.  The Google Home app is
14    required to create a static speaker group.
15         Q.   BY MR. SULLIVAN:  Does Google encourage people    13:11:48
16    to download the Google Home app?
17         ▆▆▆▆▆▆▆   ▆▆▆▆▆▆▆   ▆▆▆▆▆▆▆▆▆▆▆▆▆
18    ▆▆▆▆▆▆▆▆▆▆▆.
19              THE WITNESS:  So both the quick-start guide and
20    the smart speaker itself both prompt the user to download  13:12:01
21    and install the Home app to set it up.
22    ▆ ▆▆▆▆▆▆▆▆▆▆   ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆
      ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆
      ▆▆▆▆▆▆▆   ▆▆▆▆▆▆▆
      ▆▆▆▆▆▆▆▆   ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆                                13:12:20
```

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
1    STATE OF CALIFORNIA    ) ss:
2    COUNTY OF MARIN        )
3
4         I, LESLIE ROCKWOOD ROSAS, RPR, CSR NO. 3462, do
5    hereby certify:
6         That the foregoing deposition testimony was
7    taken before me at the time and place therein set forth
8    and at which time the witness was administered the oath;
9         That testimony of the witness and all objections
10   made by counsel at the time of the examination were
11   recorded stenographically by me, and were thereafter
12   transcribed under my direction and supervision, and that
13   the foregoing pages contain a full, true and accurate
14   record of all proceedings and testimony to the best of my
15   skill and ability.
16        I further certify that I am neither counsel for
17   any party to said action, nor am I related to any party
18   to said action, nor am I in any way interested in the
19   outcome thereof.
20        IN WITNESS WHEREOF, I have subscribed my name
21   this 30th day of November, 2022.
22
23
24
25             LESLIE ROCKWOOD ROSAS, RPR, CSR NO. 3462
```

Page 131

# ERRATA SHEET

**Case Names:**   *Google LLC v. Sonos, Inc.*
Case No. 3:20-cv-06754-WHA

*Sonos, Inc. v. Google LLC*
Case No. 3:21-cv-07559-WHA

**Deposition Date:**   November 29, 2022

**Deponent:**   Christopher Chan

I, Christopher Chan, do hereby certify that I read the foregoing transcript of my testimony taken on November 29, 2022, and further certify that it is a true and accurate record of my testimony, with the exception of the corrections listed below:

| Page | Line | Now Reads | Should Read | Reason |
|---|---|---|---|---|
| 14 | 6 | Balance | Valens | Transcription error |
| 20 | 13 | Rings | brings | Transcription error |
| 25 | 15 | Key counsel | PCounsel | Transcription error |
| 28 | 5 | antics | analytics | Transcription error |
| 38 | 9 | a map | an app | Transcription error |
| 43 | 1 | map | app | Transcription error |
| 48 | 5 | TV HTML 5 | TVHTML5 | Transcription error |
| 55 | 24 | carrying | Pairing | Transcription error |
| 72 | 3 | stayed | installed | Transcription error |
| 73 | 20 | stored | storage | Transcription error |
| 122 | 2 | Google assistant home control | Google Assistant, home control | Transcription error |

Dated: 1/26/23

By: *[signature]*
Christopher Chan