# Exhibit 6

# As Played in Court 05/10/23

Designation List Report

**Shekel, Tomer**　　　　　　　　　　　　　　　　2022-11-23

| | |
|---|---:|
| Sonos Affirmatives | 00:06:25 |
| Google Counters | 00:03:54 |
| **TOTAL RUN TIME** | **00:10:19** |

Documents linked to video:
T125



ID: Shekel_T

**Shekel_T - As Played in Court 05/10/23**

| DESIGNATION | SOURCE | | | DURATION | ID |
|---|---|---|---|---|---|
| 7:11 - 7:14 | **Shekel, Tomer 2022-11-22** | | | 00:00:15 | Shekel_T.1 |
| | 7:11 | Q. | Hi, Mr. Shekel. Can you please state and | | |
| | 7:12 | | spell your name for the record, please. | | |
| | 7:13 | A. | My name is Tomer Shekel. T-O-M-E-R, | | |
| | 7:14 | | S-H-E-K-E-L. | | |
| 14:02 - 14:06 | **Shekel, Tomer 2022-11-22** | | | 00:00:26 | Shekel_T.2 |
| | 14:02 | Q. | And when did you start working at Google? | | |
| | 14:03 | A. | I started working on October 2013. | | |
| | 14:04 | Q. | And what was your title when you started | | |
| | 14:05 | | working at Google? | | |
| | 14:06 | A. | I was a product manager. | | |
| 14:07 - 14:13 | **Shekel, Tomer 2022-11-22** | | | 00:00:38 | Shekel_T.3 |
| | 14:07 | Q. | And how long did you hold that title? | | |
| | 14:08 | A. | Well, I -- I -- I'm still a product manager | | |
| | 14:09 | | in Google, so I'm still in the same type of work. | | |
| | 14:10 | | There's internal levels or -- kind of within it, like, | | |
| | 14:11 | | a product manager, senior product manager, and so | | |
| | 14:12 | | forth. And that aspect of the title, it changed, but | | |
| | 14:13 | | I'm still working as a product manager within Google. | | |
| 16:08 - 16:12 | **Shekel, Tomer 2022-11-22** | | | 00:00:27 | Shekel_T.4 |
| | 16:08 | Q. | Which products did you work on during your | | |
| | 16:09 | | time as a product manager of that team? | | |
| | 16:10 | A. | One of the projects was Cast Audio. | | |
| | 16:11 | Q. | What other products? | | |
| | 16:12 | A. | Another project was Chromecast Audio. | | |
| 16:18 - 16:22 | **Shekel, Tomer 2022-11-22** | | | 00:00:20 | Shekel_T.5 |
| | 16:18 | Q. | Any others? | | |
| | 16:19 | A. | I was involved in the Google Home product. | | |
| | 16:20 | Q. | Any others? | | |
| | 16:21 | A. | I was involved in the multi-room speaker | | |
| | 16:22 | | playback. | | |
| 17:01 - 17:02 | **Shekel, Tomer 2022-11-22** | | | 00:00:08 | Shekel_T.19 |
| | 17:01 | A. | I was involved in Media Focus and Voice | | |
| | 17:02 | | Sessions product or feature. | | |
| 17:16 - 17:21 | **Shekel, Tomer 2022-11-22** | | | 00:00:28 | Shekel_T.20 |
| | 17:16 | Q. | Did you work on any other products when you | | |
| | 17:17 | | were a product manager of that team? | | |
| | 17:18 | A. | Given, you know, my years there, and I was | | |

**Shekel_T - As Played in Court 05/10/23**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 17:19    basically a veteran, meaning for multiple years, it | | |
| | 17:20    might be. It could have been that I worked with | | |
| | 17:21    others, but I don't recall them right now. | | |
| 29:12 - 29:24 | **Shekel, Tomer 2022-11-22** | 00:01:12 | Shekel_T.21 |
| | 29:12    Q. What is the difference between Cast for Audio | | |
| | 29:13        and Chromecast Audio? | | |
| | 29:14    A. Cast for Audio is a program that is meant to | | |
| | 29:15        bring the Google Cast technology -- that is the | | |
| | 29:16        technology that Chromecast, for example, is using -- | | |
| | 29:17        to OEM devices, you know, speakers by third-party | | |
| | 29:18        speaker manufacturers. | | |
| | 29:19        Chromecast Audio is how the device we | | |
| | 29:20        developed within Google that also has -- it's not a | | |
| | 29:21        speaker. It's a device that connects into speakers, | | |
| | 29:22        and also the -- use the same technology of Cast. | | |
| | 29:23        There are other differences as well, but this | | |
| | 29:24        is conceptually a high-level difference. | | |
| 42:02 - 42:03 | **Shekel, Tomer 2022-11-22** | 00:00:05 | Shekel_T.24 |
| | 42:02    Q. And what was your first interaction with | | |
| | 42:03        Sonos as a company? | | |
| 42:04 - 42:08 | **Shekel, Tomer 2022-11-22** | 00:00:25 | Shekel_T.27 |
| | 42:04    A. I don't know if it was the first. I don't | | |
| | 42:05        remember if it was the first. But one early | | |
| | 42:06        interaction, at last, was prior to us meeting with | | |
| | 42:07        them in the context of Cast for Audio. | | |
| | 42:08    Q. Do you recall when that was? | | |
| 42:09 - 42:09 | **Shekel, Tomer 2022-11-22** | 00:00:05 | Shekel_T.29 |
| | 42:09    A. I -- I -- I think it was 2014. | | |
| 77:20 - 77:22 | **Shekel, Tomer 2022-11-22** | 00:00:20 | Shekel_T.28 |
| | 77:20    A. Yeah, it looks -- it looks -- it looks | | |
| | 77:21        similar. I -- I'd -- I'd say it looks similar to | | |
| | 77:22        maybe the presentation we presented to Sonos. | | |
| 78:07 - 78:22 | **Shekel, Tomer 2022-11-22** | 00:00:52 | Shekel_T.25 |
| | 78:07    Q. Can you turn to page 17 of this presentation, | | |
| 🔗 T125.17 | 78:08        please. | | |
| | 78:09    A. The -- the one named: | | |
| | 78:10        "Multi Zone Groups - C4A Device<->Group | | |
| | 78:11        relationship." | | |
| | 78:12    Q. The page before. | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 78:13   A.   "Multi-Zone Groups." | | |
| | 78:14   Q.   Yes. | | |
| | 78:15   A.   Yes, I see the slide. | | |
| | 78:16   Q.   What was meant by the term "multi-zone | | |
| | 78:17         groups"? | | |
| | 78:18   A.   I was referring in multi-zone group to being | | |
| | 78:19         able to play music at the same time synchronously | | |
| | 78:20         across multiple zones or rooms.  And there's a group | | |
| | 78:21         of speakers, so it's a Yukon speaker.  So that will | | |
| | 78:22         actually, you know, support this functionality. | | |
| 91:05 - 91:10 | **Shekel, Tomer 2022-11-22** | 00:00:24 | Shekel_T.10 |
| | 91:05         MR. GROSBY:  Q.  And when did Google develop | | |
| | 91:06         its own first-party multi-zone technology? | | |
| | 91:07   A.   During 2015. | | |
| | 91:08   Q.   So that was after -- that was after you | | |
| | 91:09         looked at other speaker manufacturers' implementations | | |
| | 91:10         of multi-zone technology; right? | | |
| 91:12 - 91:21 | **Shekel, Tomer 2022-11-22** | 00:00:30 | Shekel_T.11 |
| | 91:12         THE WITNESS:  So I wouldn't say that I looked | | |
| | 91:13         at the implementation, but I used -- maybe I -- I | | |
| | 91:14         tried using multi-zone by few of the other | | |
| | 91:15         manufacturers. | | |
| | 91:16         So chronologically, at least for some of the | | |
| | 91:17         manufacturers, it happened before that we -- before we | | |
| | 91:18         launched it -- before we launched our own multi-room | | |
| | 91:19         solution. | | |
| | 91:20         MR. GROSBY:  Q.  And one of those was Sonos; | | |
| | 91:21         correct? | | |
| 91:23 - 92:02 | **Shekel, Tomer 2022-11-22** | 00:00:17 | Shekel_T.12 |
| | 91:23         THE WITNESS:  We looked at Sonos and other | | |
| | 91:24         manufacturers' multi-room solution as part of our work | | |
| | 91:25         in Cast Audio, and that -- some of those looks or | | |
| | 92:01         trying those out happened before we launched our | | |
| | 92:02         multi-room solution. | | |
| 98:13 - 98:20 | **Shekel, Tomer 2022-11-22** | 00:00:19 | Shekel_T.22 |
| | 98:13   Q.   Could a user create a group of speakers while | | |
| | 98:14         music is playing on those speakers? | | |
| | 98:15         MR. JUDAH:  You're talking about the Cast for | | |
| | 98:16         Audio time period? | | |

Sonos Affirmatives    Google Counters

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 98:17  MR. GROSBY:  Yes.  Same time period as this | | |
| | 98:18  conversation we've been having. | | |
| | 98:19  THE WITNESS:  So can you repeat that again, | | |
| | 98:20  the question. | | |
| 98:21 - 98:22 | **Shekel, Tomer 2022-11-22** | 00:00:05 | Shekel_T.13 |
| | 98:21  MR. GROSBY:  Q.  Could a user create a group | | |
| | 98:22  of speakers while music was playing on those speakers? | | |
| 98:24 - 99:11 | **Shekel, Tomer 2022-11-22** | 00:00:37 | Shekel_T.14 |
| | 98:24  THE WITNESS:  For just creating the group, | | |
| | 98:25  I'm assuming -- really, in fact, spec-wise, like, what | | |
| | 99:01  I defined, yes, you could create the group. | | |
| | 99:02  Regardless of the speaker playback status, you just | | |
| | 99:03  create a group.  So they're now a part of another | | |
| | 99:04  group.  But it does not matter, you know, if they are | | |
| | 99:05  playing right now or not in that group or any other | | |
| | 99:06  group, you know.  But anyway, probably are not playing | | |
| | 99:07  that group, because he just created it.  So regardless | | |
| | 99:08  of the playback status, you can create a group. | | |
| | 99:09  MR. GROSBY:  Q.  Would you say it's an | | |
| | 99:10  important feature for the music playback to not be | | |
| | 99:11  disturbed while you set up new groups? | | |
| 99:13 - 99:16 | **Shekel, Tomer 2022-11-22** | 00:00:10 | Shekel_T.15 |
| | 99:13  THE WITNESS:  In my opinion, if by setting a | | |
| | 99:14  group, you'll now be stopping the music a person | | |
| | 99:15  played, that would not be a great experience for that | | |
| | 99:16  user. | | |
| 109:11 - 109:13  🔗 T125.18.1 | **Shekel, Tomer 2022-11-22** | 00:00:12 | Shekel_T.16 |
| | 109:11  Q.  Okay.  So turning back to slide 18 of | | |
| | 109:12  Exhibit 1255, would it be a poor user experience to | | |
| | 109:13  limit speakers to just one group? | | |
| 109:15 - 109:22 | **Shekel, Tomer 2022-11-22** | 00:00:21 | Shekel_T.17 |
| | 109:15  THE WITNESS:  In -- in our -- in our | | |
| | 109:16  approach, in the Google Cast approach, if we were to | | |
| | 109:17  have only option that every speaker can only be part | | |
| | 109:18  of one group, I -- I would think it's a -- it's a poor | | |
| | 109:19  user experience, yes. | | |
| | 109:20  MR. GROSBY:  Q.  Would it be a poor user | | |
| | 109:21  experience to kick speakers out of a prior group if | | |
| | 109:22  they're added to a new group? | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 109:24 - 110:05 | **Shekel, Tomer 2022-11-22** | 00:00:23 | Shekel_T.18 |
| | 109:24    THE WITNESS:  I feel -- or my opinion at that | | |
| | 109:25    time was that that would not be a good experience for | | |
| | 110:01    how Google Cast works, for the reasons I highlighted | | |
| | 110:02    before when you asked me about the benefits and why we | | |
| | 110:03    chose this one.  So yes, that would not be a good | | |
| | 110:04    experience, or it will be poor, maybe more | | |
| | 110:05    specifically. | | |
| 139:09 - 139:11 | **Shekel, Tomer 2022-11-22** | 00:00:09 | Shekel_T.38 |
| | 139:09    Q.  Did Google require users to download the | | |
| | 139:10    Google Home app onto users' smartphone devices in | | |
| | 139:11    order to set up and use Google speaker devices? | | |
| 139:15 - 139:20 | **Shekel, Tomer 2022-11-22** | 00:00:27 | Shekel_T.39 |
| | 139:15    THE WITNESS:  I don't know current status. | | |
| | 139:16    When I was working on the team, I'd say the Chromecast | | |
| | 139:17    or Chromecast audio as to Google devices, if it was a | | |
| | 139:18    Google -- if it's those two devices, you know, to set | | |
| | 139:19    it up, someone -- the person that wants to set it up | | |
| | 139:20    would need the Google Home app, you know. | | |
| 140:03 - 140:04 | **Shekel, Tomer 2022-11-22** | 00:00:05 | Shekel_T.40 |
| | 140:03    MR. GROSBY:  Q.  In order to create speaker | | |
| | 140:04    groups, is the Google Home app required? | | |
| 140:07 - 140:15 | **Shekel, Tomer 2022-11-22** | 00:00:39 | Shekel_T.41 |
| | 140:07    THE WITNESS:  I don't know how it is today. | | |
| | 140:08    But when I was working on groups, if I want to say | | |
| | 140:09    Google Cast group or Cast technology group, I'm not | | |
| | 140:10    talking about any OEM groups that we discussed before, | | |
| | 140:11    you needed to have the Google Home app or the | | |
| | 140:12    Chromecast app or -- I don't remember the names as it | | |
| | 140:13    changed.  You need to have an app that was used to set | | |
| | 140:14    up the -- the groups at that time when we launched | | |
| | 140:15    multi-room. | | |

| | |
|---|---|
| Sonos Affirmatives | 00:06:25 |
| Google Counters | 00:03:54 |
| **TOTAL RUN TIME** | **00:10:19** |

Documents linked to video:
T125