# Exhibit 7

```
 1           BEFORE THE UNITED STATES DISTRICT COURT
 2               NORTHERN DISTRICT OF CALIFORNIA
 3                          ---oOo---
 4
 5   SONOS, INC.,                  )
                                   )
 6             Plaintiff,          )
                                   )
 7   vs.                           ) CASE NO. 3:21-CV-07559 WHA
                                   )
 8   GOOGLE, INC.,                 )
                                   )
 9             Defendant.          )
     _____)
10   GOOGLE, INC.,                 )
                                   )
11             Plaintiff,          )
                                   )
12   vs.                           ) CASE NO. 3:20-CV-06754 WHA
                                   )
13   SONOS, INC.,                  )
                                   )
14             Defendant.          )
     _____)
15
16                  CORRECTED TRANSCRIPT
17          REMOTE WEB VIDEOCONFERENCE DEPOSITION
18               DEPONENT:  TOMER SHEKEL
19                  LOCATION: ISRAEL
20              WEDNESDAY, NOVEMBER 23, 2022
21
22   STENOGRAPHICALLY REPORTED BY:
23   ANDREA M. IGNACIO, CSR, RPR, CRR, CCRR, CLR ~
24   CSR LICENSE NO. 9830
25   JOB NO. 5594467
```

Page 1

Veritext Legal Solutions
866 299-5127

```
 1              BEFORE THE UNITED STATES DISTRICT COURT
 2                 NORTHERN DISTRICT OF CALIFORNIA
 3                           ---oOo---
 4
    SONOS, INC.,                    )
 5                                  )
               Plaintiff,           )
 6                                  )
    vs.                             ) CASE NO. 3:21-CV-07559 WHA
 7                                  )
    GOOGLE, INC.,                   )
 8                                  )
               Defendant.           )
 9  _____)
    GOOGLE, INC.,                   )
10                                  )
               Plaintiff,           )
11                                  )
    vs.                             ) CASE NO. 3:20-CV-06754 WHA
12                                  )
    SONOS, INC.,                    )
13                                  )
               Defendant.           )
14  _____)
15
16        Remote web videoconference Deposition of
17    TOMER SHEKEL, taken on behalf of the Plaintiff,
18    Pursuant to Notice, on Wednesday, November 23,
19    2022, beginning at 8:30 a.m., Israel Standard Time,
20    and ending at 2:13 p.m., Israel Standard Time,
21    before me, ANDREA M. IGNACIO, CSR, RPR, CCRR, CRR,
22    CLR ~ License No. 9830.
23
24
25
```

```
 1   A P P E A R A N C E S:

 2

 3

 4      FOR THE PLAINTIFF:

 5           LEE SULLIVAN SHAE & SMITH LLP

 6           By:   DAVID R. GROSBY, Esq.

 7                 COLE B. RICHTER, Esq.

 8           656 W. Rudolph Street, Suite 5W

 9           Chicago, Illinois 60661

10           312.754.9602

11           ggrosby@ls3ip.com

12

13

14      FOR THE DEFENDANTS:

15           QUINN EMANUEL URQUHART & SULLIVAN

16           By:   JAMES D. JUDAH, ESQ.

17           50 California Street, 22nd Floor

18           San Francisco, California 94111

19           415.875.6600

20           jamesjudah@quinnemanuel.com

21

22      ALSO PRESENT:   David West, Videographer

23                      Patrick Weston, Google Inc.

24

25                       ---oOo---
```

Page 3

```
 1                       TOMER SHEKEL,
 2          having been remotely sworn as a witness
 3             by the Certified Shorthand Reporter,
 4                    testified as follows:
 5
 6          STENOGRAPHIC REPORTER:  Counsel, you may
 7   proceed.
 8
 9                         EXAMINATION
10   BY MR. GROSBY:
11       Q    Hi, Mr. Shekel.  Can you please state and      08:42
12   spell your name for the record, please.                 08:42
13       A    My name is Tomer Shekel.  T-O-M-E-R,           08:42
14   S-H-E-K-E-L.                                            08:43
```



08:43

Page 7

| | | |
|---|---|---|
| 1 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 08:52 |
| 2 | Q   And when did you start working at Google? | 08:52 |
| 3 | A   I started working on October 2013. | 08:52 |
| 4 | Q   And what was your title when you started | 08:52 |
| 5 | working at Google? | 08:52 |
| 6 | A   I was a product manager. | 08:52 |
| 7 | Q   And how long did you hold that title? | 08:53 |
| 8 | A   Well, I -- I -- I'm still a product manager | 08:53 |
| 9 | in Google, so I'm still in the same type of work. | 08:53 |
| 10 | There's internal levels or -- kind of within it, like, | 08:53 |
| 11 | a product manager, senior product manager, and so | 08:53 |
| 12 | forth.  And that aspect of the title, it changed, but | 08:53 |
| 13 | I'm still working as a product manager within Google. | 08:53 |
| 14 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | |
| | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | |
| | ▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮ | |
| | ▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮ | |
| | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | |
| | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | |
| | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | |
| | ▮▮▮▮ | |
| | ▮▮▮▮▮▮▮ ▮ ▮▮▮▮▮▮▮▮▮▮ | |
| | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | |
| | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | |
| | ▮ ▮▮▮▮▮▮▮▮ | 08:55 |

```
 1                                              ▮
                                                ▮
 2                                              ▮
 3                                              ▮
 4                                              ▮
 5                                              ▮
 6                                              ▮
 7  ▮▮▮▮▮                                 08:57
 8     Q   Which products did you work on during your   08:57
 9  time as a product manager of that team?             08:57
10     A   One of the projects was Cast Audio.          08:57
11     Q   What other products?                         08:57
12     A   Another project was Chromecast Audio.        08:57
13                                                      
14                                                      
15                                                      
16                                                      
17                                                08:58
18     Q   Any others?                                  08:58
19     A   I was involved in the Google Home product.   08:58
20     Q   Any others?                                  08:58
21     A   I was involved in the multi-room speaker     08:58
22  playback.                                           08:58
23                                                      
24                                                      
25                                                08:58
```

Page 16

```
 1  ████████████████  ████████████████████████████  ████
 2      ████████████████████████████████                    13:59
 3          MR. GROSBY:  Q.  In order to create speaker    13:59
 4  groups, is the Google Home app required?               13:59
 5          ████████  ████████████████████████████  ████
 6      ████████                                            13:59
 7          THE WITNESS:  I don't know how it is today.    13:59
 8  But when I was working on groups, if I want to say     13:59
 9  Google Cast group or Cast technology group, I'm not    13:59
10  talking about any OEM groups that we discussed before, 13:59
11  you needed to have the Google Home app or the          14:00
12  Chromecast app or -- I don't remember the names as it  14:00
13  changed.  You need to have an app that was used to set 14:00
14  up the -- the groups at that time when we launched     14:00
15  multi-room.                                            14:00
16      ████████  █  ██████████████                    ████
                                                           14:01
```

Page 140

```
 1              CERTIFICATE OF REPORTER
 2
 3         I, ANDREA M. IGNACIO, hereby certify that the
 4   witness in the foregoing remote deposition was by me
 5   remotely sworn to tell the truth, the whole truth, and
 6   nothing but the truth in the within-entitled cause;
 7         That said deposition was taken in shorthand
 8   by me, a disinterested person, at the time and place
 9   therein stated, and that the testimony of the said
10   witness was thereafter reduced to typewriting, by
11   computer, under my direction and supervision;
12         That before completion of the deposition,
13   review of the transcript [ ] was [x] was not
14   requested.  If requested, any changes made by the
15   deponent (and provided to the reporter) during the
16   period allowed are appended hereto.
17         I further certify that I am not of counsel or
18   attorney for either or any of the parties to the said
19   deposition, nor in any way interested in the event of
20   this cause, and that I am not related to any of the
21   parties thereto.
22   Dated: November 28, 2022
23
24   _____
25      ANDREA M. IGNACIO, RPR, CRR, CCRR, CLR, CSR No. 9830
```

Page 143

# ERRATA SHEET

**Case Names:**  *Google LLC v. Sonos, Inc.*
Case No. 3:20-cv-06754-WHA

*Sonos, Inc. v. Google LLC*
Case No. 3:21-cv-07559-WHA

**Deposition Date:**  November 23, 2022

**Deponent:**  Tomer Shekel

I, Tomer Shekel, do hereby certify that I read the foregoing transcript of my testimony taken on November 23, 2022, and further certify that it is a true and accurate record of my testimony, with the exception of the corrections listed below:

| Page | Line | Now Reads | Should Read | Reason |
|---|---|---|---|---|
| 17 | 8 | Interruption | Interaction | Transcription error |
| 19 | 13 | To extend | And explain | Transcription error |
| 22 | 1 | Anhil | Anschel | Transcription error |
| 22 | 3 | Hamil Shaw | Hemal Shah | Transcription error |
| 28 | 16 | Roanoke Shab | Raunaq Shah | Transcription error |
| 28 | 18 | Wenbo Zhu | Bibu Xu | Transcription error |
| 69 | 23 | Scanning | Scaling | Transcription error |
| 78 | 21 | Yukon | Group of | Transcription error |
| 79 | 10-11 | base from the operating group | multiple people from the group | Transcription error |
| 79 | 11 | for example | Folks who were | Transcription error |
| 79 | 19 | Meets | Meeting | Transcription error |
| 92 | 12 | All | Our | Transcription error |
| 115 | 24 | Bigger | Legal | Transcription error |
| 123 | 8 | Zao | Zhou | Transcription error |
| 123 | 10 | Zao | Zhou | Transcription error |
| 123 | 11 | Zao | Zhou | Transcription error |
| 123 | 14 | Zao | Zhou | Transcription error |
| 128 | 23 | Next app | Next track | Transcription error |
| 132 | 24 | Screen services | Streaming services | Transcription error |
| 137 | 3 | Pictures | Features | Transcription error |
| 137 | 14 | Other | As for | Transcription error |

Dated: 12/25/2022           By: _____
                                Tomer Shekel