# Exhibit 8

# As Played in Court 05/12/23

Designation List Report

| | | |
|---|---|---|
| | **Kowalski, Tim** | **2023-05-08** |

| Sonos Affirmatives | 00:10:30 |
|---|---|
| **TOTAL RUN TIME** | **00:10:30** |

Documents linked to video:
T8240



ID: Kowalski_T

**Kowalski_T - As Played in Court 05/12/23**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 10:05 - 10:07 | **Kowalski, Tim 2023-05-08** | 00:00:05 | Kowalski_T.1 |
| | 10:05    Can you please state your full name for | | |
| | 10:06    the record? | | |
| | 10:07  A.  Timothy Michael Kowalski. | | |
| 10:11 - 10:12 | **Kowalski, Tim 2023-05-08** | 00:00:03 | Kowalski_T.2 |
| | 10:11  Q.  And who are you employed by? | | |
| | 10:12  A.  Google. | | |
| 15:07 - 15:11 | **Kowalski, Tim 2023-05-08** | 00:00:15 | Kowalski_T.3 |
| | 15:07  Q.  How long have you worked at Google LLC? | | |
| | 15:08  A.  A little over ten years.  I think I started | | |
| | 15:09    in September of 2012. | | |
| | 15:10  Q.  And what is your current title? | | |
| | 15:11  A.  Senior counsel. | | |
| 15:15 - 15:21 | **Kowalski, Tim 2023-05-08** | 00:00:29 | Kowalski_T.4 |
| | 15:15  Q.  What are your job responsibilities in your | | |
| | 15:16    current position? | | |
| | 15:17  A.  I manage the patent and transactions team. | | |
| | 15:18  Q.  What does that entail? | | |
| | 15:19  A.  Managing a group of attorneys, the overall | | |
| | 15:20    work stream or focus of the group is to negotiate and | | |
| | 15:21    execute patent licenses on behalf of Google. | | |
| 16:17 - 16:22 | **Kowalski, Tim 2023-05-08** | 00:00:20 | Kowalski_T.5 |
| | 16:17  Q.  Just briefly, what formal education do you | | |
| | 16:18    have? | | |
| | 16:19  A.  I received a B.S. in mechanical engineering | | |
| | 16:20    from Purdue University and then my law degree from | | |
| | 16:21    what used to be the John Marshall Law School, now is | | |
| | 16:22    the University of Illinois Chicago law school. | | |
| 18:14 - 18:15 | **Kowalski, Tim 2023-05-08** | 00:00:06 | Kowalski_T.6 |
| | 18:14  Q.  Do you use any Sonos products? | | |
| | 18:15  A.  Yes. | | |
| 18:20 - 18:23 | **Kowalski, Tim 2023-05-08** | 00:00:14 | Kowalski_T.7 |
| | 18:20  Q.  In what time frame did you acquire these | | |
| | 18:21    Sonos products for personal use? | | |
| | 18:22  A.  Sometime in 2015, 2016 time frame when we | | |
| | 18:23    were building our house. | | |
| 19:04 - 19:06 | **Kowalski, Tim 2023-05-08** | 00:00:12 | Kowalski_T.8 |
| | 19:04  Q.  Approximately how many Sonos products do | | |

| DESIGNATION | SOURCE | | DURATION | ID |
|---|---|---|---|---|
| | 19:05 | you own? | | |
| | 19:06 | A. Six or eight maybe, probably eight. | | |
| 22:09 - 22:10 | **Kowalski, Tim 2023-05-08** | | 00:00:00 | Kowalski_T.9 |
| | 22:09 | (Whereupon, Exhibit 1 was marked for | | |
| | 22:10 | identification.) | | |
| 58:19 - 59:22 | **Kowalski, Tim 2023-05-08** | | 00:01:36 | Kowalski_T.10 |
| | 58:19 | Q. Do you have an understanding of the | | |
| | 58:20 | distinction between an operating company versus a | | |
| | 58:21 | nonpracticing entity? | | |
| | 58:22 | A. Yes, as a general matter I do. | | |
| | 58:23 | Q. What is that understanding? | | |
| | 58:24 | A. Well, I understand an operating company is | | |
| | 58:25 | in the business of selling products and a -- I'm | | |
| | 59:01 | sorry, what was the other term you used? | | |
| | 59:02 | Q. My question was what your understanding is | | |
| | 59:03 | of the distinction between an operating company | | |
| | 59:04 | versus a nonpracticing entity? | | |
| | 59:05 | A. Okay. So, yes. A general high-level | | |
| | 59:06 | understanding of a nonpracticing entity is a company | | |
| | 59:07 | that is not involved in selling products and therefore | | |
| | 59:08 | isn't using its patents. | | |
| | 59:09 | Q. So is it your understanding that an | | |
| | 59:10 | operating company is in the business of selling | | |
| | 59:11 | products while a nonpracticing entity is not in the | | |
| | 59:12 | business of selling products? | | |
| | 59:13 | A. Generally, yes. | | |
| | 59:14 | Q. Do you understand Sonos, Inc. to be a | | |
| | 59:15 | nonpracticing entity? | | |
| | 59:16 | A. No. My understanding is Sonos sells | | |
| | 59:17 | products. In fact, we talked about the ones that I | | |
| | 59:18 | purchased earlier. | | |
| | 59:19 | Q. Do you understand Sonos to be a competitor | | |
| | 59:20 | to Google? | | |
| | 59:21 | A. In what sense? | | |
| | 59:22 | Q. In any sense. | | |
| 59:24 - 60:02 | **Kowalski, Tim 2023-05-08** | | 00:00:12 | Kowalski_T.11 |
| | 59:24 | THE WITNESS: At one point in time we were | | |
| | 59:25 | both selling speakers. So we may have been | | |
| | 60:01 | competitive with respect to speakers at one point in | | |
| | 60:02 | time. | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 60:04 - 60:11 | **Kowalski, Tim 2023-05-08** | 00:00:43 | Kowalski_T.12 |
| | 60:04   Q.   And at what point in time was that? | | |
| | 60:05   A.   I think around -- we're not really selling | | |
| | 60:06         speakers anymore to my knowledge.  I know in 2017 | | |
| | 60:07         roughly, I may be off by a year or two, we sold what I | | |
| | 60:08         refer to as a premium speaker. | | |
| | 60:09   Q.   Is it your understanding that Sonos and | | |
| | 60:10         Google were competitors in the speaker market at one | | |
| | 60:11         point in time? | | |
| 60:13 - 60:16 | **Kowalski, Tim 2023-05-08** | 00:00:08 | Kowalski_T.13 |
| | 60:13         THE WITNESS:  Yes, at least one point I | | |
| | 60:14         would say competitors in the high-end speaker market | | |
| | 60:15         at one point in time, premium speaker market at one | | |
| | 60:16         point in time. | | |
| 65:09 - 65:09 | **Kowalski, Tim 2023-05-08** | 00:00:04 | Kowalski_T.14 |
| | 65:09   Q.   Has Google ever tracked Sonos's patents? | | |
| 65:16 - 65:17 | **Kowalski, Tim 2023-05-08** | 00:00:05 | Kowalski_T.15 |
| | 65:16         THE WITNESS:  I don't think I have any | | |
| | 65:17         non-privileged information that's responsive. | | |
| 66:05 - 66:06 | **Kowalski, Tim 2023-05-08** | 00:00:04 | Kowalski_T.16 |
| | 66:05   Q.   Has Google ever done any searches for | | |
| | 66:06         Sonos patents? | | |
| 66:09 - 66:11 | **Kowalski, Tim 2023-05-08** | 00:00:05 | Kowalski_T.17 |
| | 66:09         THE WITNESS:  I don't think I have any | | |
| | 66:10         non-privileged information that's responsive to that | | |
| | 66:11         question. | | |
| 66:13 - 66:14 | **Kowalski, Tim 2023-05-08** | 00:00:04 | Kowalski_T.18 |
| | 66:13   Q.   Has Google ever attempted to locate family | | |
| | 66:14         members of Sonos patents? | | |
| 66:17 - 66:22 | **Kowalski, Tim 2023-05-08** | 00:00:13 | Kowalski_T.19 |
| | 66:17         THE WITNESS:  Again, I don't have any | | |
| | 66:18         non-privileged information to answer in response to | | |
| | 66:19         that question. | | |
| | 66:20         BY MR. KOLKER: | | |
| | 66:21   Q.   Did Google make an effort to learn when | | |
| | 66:22         Sonos filed new patents? | | |
| 66:25 - 67:01 | **Kowalski, Tim 2023-05-08** | 00:00:05 | Kowalski_T.20 |

**Kowalski_T - As Played in Court 05/12/23**

| DESIGNATION | SOURCE | | DURATION | ID |
|---|---|---|---|---|
| | 66:25 | THE WITNESS: I don't have non-privileged | | Kowalski_T.20 |
| | 67:01 | information responsive to that question. | | |
| 86:23 - 86:24 | **Kowalski, Tim 2023-05-08** | | 00:00:08 | Kowalski_T.24 |
| 🔗 T8240.1 | 86:23 | Q. Mr. Kowalski, can you pull up what we | | |
| | 86:24 | marked as Deposition Exhibit Number 1? | | |
| 87:04 - 87:05 | **Kowalski, Tim 2023-05-08** | | 00:00:04 | Kowalski_T.25 |
| 🔗 T8240.1.1 | 87:04 | Q. Would you take a minute to review the | | |
| | 87:05 | first page of this document. | | |
| 87:07 - 87:10 | **Kowalski, Tim 2023-05-08** | | 00:00:12 | Kowalski_T.26 |
| | 87:07 | Q. Did reviewing that first page refresh your | | |
| | 87:08 | recollection as to whether Google filed an action | | |
| | 87:09 | for declaratory judgment of noninfringement of the | | |
| | 87:10 | '966 patent? | | |
| 87:13 - 87:15 | **Kowalski, Tim 2023-05-08** | | 00:00:10 | Kowalski_T.27 |
| | 87:13 | THE WITNESS: I see that this document | | |
| | 87:14 | shows that Google filed a declaratory judgment | | |
| | 87:15 | action of noninfringement of the '966 patent. | | |
| 87:17 - 88:03 | **Kowalski, Tim 2023-05-08** | | 00:00:41 | Kowalski_T.28 |
| 🔗 T8240.12 | 87:17 | Q. If you can go ahead and go down to | | |
| | 87:18 | Page 12, which is the second-to-last page of the | | |
| | 87:19 | document. | | |
| | 87:20 | A. Yes, I think I'm there. | | |
| 🔗 T8240.12.1 | 87:21 | Q. For the record, I'm looking at the | | |
| | 87:22 | signature page which has a date and a signature by | | |
| | 87:23 | Google attorneys. | | |
| | 87:24 | Is that what you're looking at? | | |
| | 87:25 | A. Yes. | | |
| | 88:01 | Q. Do you see that says that this document is | | |
| | 88:02 | dated September 28th, 2020? | | |
| | 88:03 | A. I see that. | | |
| 88:12 - 88:14 | **Kowalski, Tim 2023-05-08** | | 00:00:12 | Kowalski_T.29 |
| | 88:12 | Q. And just to make sure we're looking at the | | |
| 🔗 T8240.12.2 | 88:13 | same document, does the case number read | | |
| | 88:14 | 3:20-cv-06754, dash, followed by two letters? | | |
| 88:15 - 88:19 | **Kowalski, Tim 2023-05-08** | | 00:00:15 | Kowalski_T.30 |
| | 88:15 | A. Yes. | | |
| | 88:16 | Q. Okay. Any reason to doubt that this | | |
| | 88:17 | document was filed by Google on September 28th, | | |

| DESIGNATION | SOURCE | | DURATION | ID |
|---|---|---|---|---|
| | 88:18 | 2020? | | |
| | 88:19 | A. I don't have any reason to doubt that. | | |
| 89:08 - 89:10 | **Kowalski, Tim 2023-05-08** | | 00:00:08 | Kowalski_T.31 |
| | 89:08 | Q. Do you have any understanding as to | | |
| | 89:09 | whether this declaratory judgment action alleges | | |
| | 89:10 | that Google did not infringe the '966 patent? | | |
| 89:12 - 89:14 | **Kowalski, Tim 2023-05-08** | | 00:00:09 | Kowalski_T.32 |
| | 89:12 | THE WITNESS: I believe this document is | | |
| | 89:13 | Google is seeking a declaratory judgment of | | |
| | 89:14 | noninfringement of the '966 patent. | | |
| 92:02 - 92:09 ⓧ Clear | **Kowalski, Tim 2023-05-08** | | 00:00:18 | Kowalski_T.33 |
| | 92:02 | Q. Do you know when Google formed a basis as | | |
| | 92:03 | to its belief that it did not infringe the '966 | | |
| | 92:04 | patent? | | |
| | 92:05 | MR. NARDINELLI: Object to form. And | | |
| | 92:06 | also, Tim, I will instruct you not to answer that | | |
| | 92:07 | question on grounds of privilege. | | |
| | 92:08 | THE WITNESS: Confirming I will follow | | |
| | 92:09 | counsel's advice. | | |
| 92:11 - 94:02 | **Kowalski, Tim 2023-05-08** | | 00:01:37 | Kowalski_T.34 |
| | 92:11 | Q. Did Google form a basis as to its belief | | |
| | 92:12 | that it did not infringe the '966 patent prior to | | |
| | 92:13 | receiving Sonos's draft complaint or after receiving | | |
| | 92:14 | Sonos's draft complaint? | | |
| | 92:15 | MR. NARDINELLI: Tim, instructing you not | | |
| | 92:16 | to answer that question on grounds of privilege. | | |
| | 92:17 | THE WITNESS: Confirming I'm going to | | |
| | 92:18 | follow counsel's advice. | | |
| | 92:19 | BY MR. KOLKER: | | |
| | 92:20 | Q. As a general matter, what is Google's | | |
| | 92:21 | policy for filing a legal pleading? | | |
| | 92:22 | MR. NARDINELLI: Instruct you not to | | |
| | 92:23 | answer on grounds of privilege. | | |
| | 92:24 | THE WITNESS: Confirming I'm going to | | |
| | 92:25 | follow counsel's advice. | | |
| | 93:01 | BY MR. KOLKER: | | |
| | 93:02 | Q. For a legal pleading in general to be | | |
| | 93:03 | filed on Google's behalf, does Google have a policy | | |
| | 93:04 | of requiring review by Google? | | |

| DESIGNATION | SOURCE | | DURATION | ID |
|---|---|---|---|---|
| | 93:05 | MR. NARDINELLI:  Instruct you not to | | |
| | 93:06 | answer on grounds of privilege. | | |
| | 93:07 | THE WITNESS:  Confirming I'm going to | | |
| | 93:08 | follow counsel's advice. | | |
| | 93:09 | BY MR. KOLKER: | | |
| | 93:10 | Q.  When Google reviews legal pleadings prior | | |
| | 93:11 | to filing, what is the scope of Google's review? | | |
| | 93:12 | MR. NARDINELLI:  Instruct you not to | | |
| | 93:13 | answer on basis of privilege. | | |
| | 93:14 | THE WITNESS:  Confirming I'm going to | | |
| | 93:15 | follow counsel's advice. | | |
| | 93:16 | BY MR. KOLKER: | | |
| | 93:17 | Q.  Do you understand that there is a Rule 11 | | |
| | 93:18 | obligation to certify that factual contentions have | | |
| | 93:19 | evidentiary support or, if specifically so | | |
| | 93:20 | identified, will likely have evidentiary support | | |
| | 93:21 | after a reasonable opportunity for further | | |
| | 93:22 | investigation or discovery? | | |
| | 93:23 | MR. NARDINELLI:  If you know the answer to | | |
| | 93:24 | that, Tim, you can answer yes or no. | | |
| | 93:25 | THE WITNESS:  I'm generally aware of | | |
| | 94:01 | Rule 11.  I am not a litigator, so it doesn't come | | |
| | 94:02 | up in my daily practice. | | |
| 94:03 - 95:21 | **Kowalski, Tim 2023-05-08** | | 00:01:35 | Kowalski_T.35 |
| | 94:03 | BY MR. KOLKER: | | |
| | 94:04 | Q.  Google states in this pleading that it | | |
| | 94:05 | does not infringe the '966 patent. | | |
| | 94:06 | Do you know if that contention had | | |
| | 94:07 | evidentiary support at the time that this was filed? | | |
| | 94:08 | MR. NARDINELLI:  Instruct you not to | | |
| | 94:09 | answer on grounds of privilege. | | |
| | 94:10 | THE WITNESS:  Confirming I'm going to | | |
| | 94:11 | follow counsel's advice. | | |
| | 94:12 | BY MR. KOLKER: | | |
| | 94:13 | Q.  Prior to filing this declaratory judgment | | |
| | 94:14 | complaint, did Google have an opportunity to confirm | | |
| | 94:15 | its contention that it did not have -- the '966 | | |
| | 94:16 | patent had evidentiary support? | | |
| | 94:17 | MR. NARDINELLI:  Instruct you not to | | |
| | 94:18 | answer on grounds of privilege. | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 94:19 | THE WITNESS: Confirming I'm going to | | |
| 94:20 | follow counsel's advice. | | |
| 94:21 | BY MR. KOLKER: | | |
| 94:22 | Q. As a general matter, would Google file a | | |
| 94:23 | pleading with the court if it did not believe the | | |
| 94:24 | statements were true? | | |
| 94:25 | MR. NARDINELLI: Instruction not to answer | | |
| 95:01 | on grounds of privilege. Also object to form. | | |
| 95:02 | THE WITNESS: Confirming I'm going to | | |
| 95:03 | follow counsel's advice. | | |
| 95:04 | BY MR. KOLKER: | | |
| 95:05 | Q. Would Google have filed this declaratory | | |
| 95:06 | judgment action if it did not believe the statements | | |
| 95:07 | that it did not infringe the '966 patent were true? | | |
| 95:08 | MR. NARDINELLI: Objection, calls for | | |
| 95:09 | speculation. I'll also instruct you, Tim, not to | | |
| 95:10 | answer on grounds of privilege. | | |
| 95:11 | THE WITNESS: Confirming I'm going to | | |
| 95:12 | follow counsel's advice. | | |
| 95:13 | BY MR. KOLKER: | | |
| 95:14 | Q. Would Google have filed this declaratory | | |
| 95:15 | judgment action if it did not have a sufficient | | |
| 95:16 | basis to believe the statements that it did not | | |
| 95:17 | infringe the '966 patent were true? | | |
| 95:18 | MR. NARDINELLI: Object to form. Instruct | | |
| 95:19 | you not to answer on grounds of privilege. | | |
| 95:20 | THE WITNESS: Confirming I'm going to | | |
| 95:21 | follow counsel's advice. | | |

| | |
|---|---|
| Sonos Affirmatives | 00:10:30 |
| **TOTAL RUN TIME** | **00:10:30** |

Documents linked to video:
T8240