CLEMENT SETH ROBERTS (SBN 209203)
croberts@orrick.com
BAS DE BLANK (SBN 191487)
basdeblank@orrick.com
ALYSSA CARIDIS (SBN 260103)
acaridis@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:   +1 415 773 5700
Facsimile:   +1 415 773 5759

SEAN M. SULLIVAN (*pro hac vice*)
sullivan@ls3ip.com
MICHAEL P. BOYEA (*pro hac vice*)
boyea@ ls3ip.com
COLE B. RICHTER (*pro hac vice*)
richter@ls3ip.com
LEE SULLIVAN SHEA & SMITH LLP
656 W Randolph St., Floor 5W
Chicago, IL 60661
Telephone:   +1 312 754 0002
Facsimile:   +1 312 754 0003

*Attorneys for Sonos, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA,

SAN FRANCISCO DIVISION

| | |
|---|---|
| SONOS, INC., <br><br> Plaintiff and Counter-defendant, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant and Counter-claimant. | Case No. 3:20-cv-06754-WHA <br><br> Consolidated with <br> Case No. 3:21-cv-07559-WHA <br><br> **SONOS, INC.'S NOTICE OF LODGING OF DEPOSITION TESTIMONY PLAYED VIA VIDEO AT TRIAL** <br><br> Judge:  Hon. William Alsup <br> Courtroom:  12, 19th Floor <br> Trial Date:  May 8, 2023 |

PLEASE TAKE NOTICE that Sonos, Inc. hereby lodges the below deposition testimony presented and played via video during the trial in this matter held by the Honorable William Alsup:

Attachment 1 – DVD containing the deposition testimony of Tomer Shekel taken on November 23, 2022. Presented and played in court on May 10, 2023;

Attachment 2 - DVD containing the deposition testimony of Justin Pedro taken on July 7, 2022. Presented and played in court on May 10, 2023;

Attachment 3 - DVD containing the deposition testimony of Kenneth MacKay taken on May 10, 2022. Presented and played in court on May 10, 2023;

Attachment 4 - DVD containing the deposition testimony of Kenneth MacKay taken on January 25, 2023. Presented and played in court on May 10, 2023;

Attachment 5 - DVD containing the deposition testimony of Tim Kowalski taken on May 8, 2023. Presented and played in court on May 12, 2023;

Attachment 6 - DVD containing the deposition testimony of Christopher Chan taken on November 29, 2022. Presented and played in court on May 16, 2023;

Attachment 7 – Video clip reports of the deposition testimony listed above in Attachments 1 through 6.

Dated: May 19, 2023

ORRICK HERRINGTON & SUTCLIFFE LLP
*and*
LEE SULLIVAN SHEA & SMITH LLP

By: */s/ Clement Seth Roberts*
     Clement Seth Roberts

*Attorneys for Sonos, Inc.*