# ATTACHMENTS 1-6

| | |
|---|---|
| 1 | CLEMENT SETH ROBERTS (SBN 209203) |
| | croberts@orrick.com |
| 2 | BAS DE BLANK (SBN 191487) |
| | basdeblank@orrick.com |
| 3 | ALYSSA CARIDIS (SBN 260103) |
| | acaridis@orrick.com |
| 4 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | The Orrick Building |
| 5 | 405 Howard Street |
| | San Francisco, CA 94105-2669 |
| 6 | Telephone:   +1 415 773 5700 |
| | Facsimile:   +1 415 773 5759 |
| 7 | |
| | SEAN M. SULLIVAN (*pro hac vice*) |
| 8 | sullivan@ls3ip.com |
| | MICHAEL P. BOYEA (*pro hac vice*) |
| 9 | boyea@ls3ip.com |
| | COLE B. RICHTER (*pro hac vice*) |
| 10 | richter@ls3ip.com |
| | LEE SULLIVAN SHEA & SMITH LLP |
| 11 | 656 W Randolph St., Floor 5W |
| | Chicago, IL 60661 |
| 12 | Telephone:   +1 312 754 0002 |
| | Facsimile:   +1 312 754 0003 |
| 13 | |
| 14 | *Attorneys for Sonos, Inc.* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA,

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 19 | SONOS, INC., | Case No. 3:20-cv-06754-WHA |
| 20 | Plaintiff and Counter-defendant, | Consolidated with |
| | | Case No. 3:21-cv-07559-WHA |
| 21 | v. | |
| | | **SONOS, INC.'S MANUAL FILING** |
| 22 | GOOGLE LLC, | **NOTIFICATION RE NOTICE OF** |
| | | **LODGING OF DEPOSITION** |
| 23 | Defendant and Counter-claimant. | **TESTIMONY PLAYED VIA** |
| | | **VIDEO AT TRIAL** |
| 24 | | |
| | | Judge: Hon. William Alsup |
| 25 | | Courtroom: 12, 19th Floor |
| | | Trial Date: May 8, 2023 |

|   |   |
|---|---|
| 1 | **MANUAL FILING NOTIFICATION** |
| 2 | Regarding: |

- DVD containing Attachment 1 to Sonos, Inc's Notice of Lodging of Deposition Testimony Played via Video at Trial ("Notice of Lodging");
- DVD containing Attachment 2 to Sonos, Inc's Notice of Lodging;
- DVD containing Attachment 3 to Sonos, Inc's Notice of Lodging;
- DVD containing Attachment 4 to Sonos, Inc's Notice of Lodging;
- DVD containing Attachment 5 to Sonos, Inc's Notice of Lodging;
- DVD containing Attachment 6 to Sonos, Inc's Notice of Lodging.

This filing is in paper or physical form only and is being maintained in the case file in the Clerk's office.

If you are a participant on this case, this filing will be served in hard-copy shortly.

For information on retrieving this filing directly from the Court, please see the Court's main website at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not efiled for the following reason(s):

\_\_\_\_  Voluminous Document (PDF file size larger than efiling system allowances)

\_\_\_\_  Physical Object (description): _____

 X   Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

\_\_\_\_  Item Under Seal

\_\_\_\_  Conformance with the Judicial Conference Privacy Policy (General Order 53)

\_\_\_\_  Other (description): _____

Dated:  May 19, 2023

ORRICK HERRINGTON & SUTCLIFFE LLP
*and*
LEE SULLIVAN SHEA & SMITH LLP

By: */s/ Clement Seth Roberts*
     Clement Seth Roberts

*Attorneys for Sonos, Inc.*

2    SONOS'S MANUAL FILING NOTIFICATION
3:20-cv-06754-WHA