# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# CIVIL MINUTES

| **Date:** 5/19/2023 | **Time:** 6:40 – 12:42 = 4 Hours; 36 Minutes | **Judge:** WILLIAM ALSUP |
|---|---|---|
| **Case No.:** 20-cv-06754-WHA | **Case Name:** Sonos, Inc. v. Google, LLC | |
| **Deputy Clerk:** Angella Meuleman | **Court Reporter:** Marla Knox | |

**Attorneys for Plaintiff:** Sean Sullivan, Alyssa Caridis, Dan Smith, Cole Richter, Rory Shea, Clem Roberts, Elizabeth Moulton, Joseph Kolker.

**Attorneys for Defendant:** Sean Pak, Melissa Baily, Iman Lordgooei, James Judah, Jocelyn Ma, Jason Williams.

## PROCEEDINGS

JURY TRIAL – Held.

## SUMMARY

Closing argument on behalf of Sonos, Inc. presented by Sean Sullivan.

Closing argument on behalf of Google, LLC., presented by Sean Pak.

Rebuttal argument on behalf of Sonos, Inc. presented by Sean Sullivan.

Rebuttal argument on behalf of Google, LLC presented by Sean Pak.

Jury proceeds to deliberations.

See Trial Log for further details.