UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 20-cv-06754-WHA
Case Name: Sonos, Inc. v. Google, LLC

## TRIAL SHEET, EXHIBIT and WITNESS LIST

| JUDGE: **William Alsup** | PLAINTIFFS ATTORNEYS: Sean Sullivan, Alyssa Caridis, Dan Smith, Cole Richter, Rory Shea, Clem Roberts, Elizabeth Moulton, Joseph Kolker. | DEFENSE ATTORNEYS: Sean Pak, Melissa Baily, Iman Lordgooei, James Judah, Jocelyn Ma, Jason Williams. |
|---|---|---|
| TRIAL DATE: 05/19/2023 | REPORTER(S): Marla Knox | CLERK: Angella Meuleman |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 6:40 a.m. | | | Court in session. Charging conference with parties. Objections discussed. Court ruled as stated on the record. | |
| | | 7:25 a.m. | | | Court in recess. | |
| | | 8:27 a.m. | | | Court reconvened. Housekeeping matters discussed outside presence of jury. | |
| | | 8:30 a.m. | | | Jury present. Court discusses with jury the protocol for closings and jury instructions. | |
| | | 8:33 a.m. | | | Court reads preliminary jury instructions to jury. | |
| | | 8:49 a.m. | | | Closing statement on behalf of Sonos, Inc. presented by Sean Sullivan. | |
| | | 9:43 a.m. | | | Jury excused for break. Further objections discussed outside presence of jury. | |
| | | 9:48 a.m. | | | Court in recess. | |
| | | 9:58 a.m. | | | Court reconvened. | |
| | | 9:59 a.m. | | | Jury present. | |
| | | 10:00 a.m. | | | Closing argument on behalf of Google, Inc. presented by Sean Pak. | |
| | | 10:58 a.m. | | | Jury excused for break. | |
| | | 10:59 a.m. | | | Court in recess. | |
| | | 11:12 a.m. | | | Court reconvened. Court further instructs jury re: rebuttal arguments. | |
| | | 11:15 a.m. | | | Rebuttal argument on behalf of Sonos, Inc. presented by Sean Sullivan. | |
| | | 11:25 a.m. | | | Rebuttal argument on behalf of Google, Inc. presented by Sean Pak. | |
| | | 11:40 a.m. | | | Court reads final jury instructions to the jury. | |
| | | 12:40 p.m. | | | Jury retires to deliberations. | |
| | | 12:42 p.m. | | | Court in recess. | |