1   CLEMENT SETH ROBERTS (SBN 209203)
    croberts@orrick.com
2   BAS DE BLANK (SBN 191487)
    basdeblank@orrick.com
3   ALYSSA CARIDIS (SBN 260103)
    acaridis@orrick.com
4   Orrick, Herrington & Sutcliffe LLP
    The Orrick Building
5   405 Howard Street
    San Francisco, CA 94105-2669
6   Telephone:    +1 415 773 5700
    Facsimile:    +1 415 773 5759
7
    SEAN M. SULLIVAN (*pro hac vice*)
8   sullivan@ls3ip.com
    COLE B. RICHTER (*pro hac vice*)
9   richter@ls3ip.com
    LEE SULLIVAN SHEA & SMITH LLP
10  656 W Randolph St., Floor 5W
    Chicago, IL 60661
11  Telephone:    +1 312 754 0002
    Facsimile:    +1 312 754 0003
12
13  *Attorneys for Sonos, Inc.*

14              UNITED STATES DISTRICT COURT

15            NORTHERN DISTRICT OF CALIFORNIA

16              SAN FRANCISCO DIVISION

17  SONOS, INC.,                          Case No. 3:20-cv-06754-WHA

18          Plaintiff and Counterdefendant,   Consolidated with
                                              Case No. 3:21-cv-07559-WHA
19  v.
                                          **DECLARATION OF JOSEPH R.
20  GOOGLE LLC,                           KOLKER IN SUPPORT OF SONOS,
                                          INC.'S OPPOSITION TO GOOGLE'S
21          Defendant and Counterclaimant.    MOTION FOR JUDGMENT AS A
                                          MATTER OF LAW**
22
                                          Judge:  Hon. William Alsup
23                                        Courtroom:  12, 19th Floor
                                          Trial Date:  May 8, 2023
24

25

26

27

28

I, Joseph R. Kolker, declare as follows and would so testify under oath if called upon to do so:

1.     I am an attorney with the law firm of Orrick, Herrington & Sutcliffe LLP, counsel of record to Sonos, Inc. ("Sonos") in the above-captioned matter.  I am a member in good standing of the New York State Bar and am admitted to practice before this Court in this matter *pro hac vice*.  I make this declaration based on my personal knowledge, unless otherwise noted. If called, I can and will testify competently to the matters set forth herein.

2.     I make this declaration in support of Sonos's Opposition to Google's Motion for Judgment as a Matter of Law.

3.     Attached hereto as **Exhibit 1** is a true and correct copy of a redacted excerpt from the deposition transcript of Kenneth MacKay, dated May 10, 2022.

4.     Attached hereto as **Exhibit 2** is a true and correct copy of a redacted excerpt from the deposition transcript of Christopher Chan, dated November 29, 2022.

5.     Attached hereto as **Exhibit 3** is a true and correct copy of a redacted excerpt from the deposition transcript of Tomer Shekel, dated November 23, 2022.

6.     Attached hereto as **Exhibit 4** is a true and correct copy of a redacted excerpt from the deposition transcript of Tim Kowalski, dated May 8, 2023.

7.     Attached hereto as **Exhibit 5** is a true and correct copy of a redacted excerpt from the deposition transcript of Kenneth MacKay, dated January 25, 2023.

8.     Attached hereto as **Exhibit 6** is a true and correct copy of a redacted excerpt from the deposition transcript of Justin Pedro, dated July 7, 2022.

9.     Attached hereto as **Exhibit 7** is a true and correct copy of an excerpt from PDX3, James Malackowski's trial demonstratives, as presented in court on May 12, 2023 and May 16, 2023, with PDX3.32 removed for confidentiality reasons.  PDX3.32 was previously lodged with the Court at Dkt. 728.02.

1      I declare under penalty of perjury that the foregoing is true and correct to the best of my

2   knowledge.  Executed this 22nd day of May, 2023 in Yonkers, New York.

_____
JOSEPH R. KOLKER

Decl. of J. Kolker ISO Sonos's
Opposition to Google's Motion for
Judgment as a Matter of Law
Case No. 3:20-cv-06754-WHA