# Exhibit 1

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
1              UNITED STATES DISTRICT COURT
2          FOR THE NORTHERN DISTRICT OF CALIFORNIA
3
4   SONOS, INC.,
5        Plaintiff,
6             vs.      Case No. 3:21-CV-07559-WHA
7   GOOGLE LLC
8        Defendant.
    _____
9   -AND-
10  GOOGLE LLC,
11       Plaintiff,
12            vs.      Case No. 3:20-CV-06754-WHA
13  SONOS, INC.,
14       Defendant.
    _____
15    **ATTORNEYS' EYES ONLY - HIGHLY CONFIDENTIAL**
16       **ATTORNEYS EYES ONLY - SOURCE CODE**
17
18    ZOOM DEPOSITION OF GOOGLE's 30(b)(6) & 30(b)(1)
19                 KENNETH J. MACKAY
20  (Reported Remotely via Video & Web Videoconference)
       Sunnyvale, California (Deponent's location)
21              Tuesday, May 10, 2022
    STENOGRAPHICALLY REPORTED BY:
22  REBECCA L. ROMANO, RPR, CSR, CCR
    California CSR No. 12546
23  Nevada CCR No. 827
    Oregon CSR No. 20-0466
24  Washington CCR No. 3491
    JOB NO. 5229656
25  PAGES 1 - 288
```

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
1              UNITED STATES DISTRICT COURT

2          FOR THE NORTHERN DISTRICT OF CALIFORNIA

3

4   SONOS, INC.,

5        Plaintiff,

6            vs.      Case No. 3:21-CV-07559-WHA

7   GOOGLE LLC

8        Defendant.
    _____

9   -AND-

10  GOOGLE LLC,

11       Plaintiff,

12           vs.      Case No. 3:20-CV-06754-WHA

13  SONOS, INC.,

14       Defendant.
    _____

15

16           DEPOSITION OF KENNETH J. MACKAY, taken on

17  behalf of the Sonos, Inc., with the deponent

18  located in Sunnyvale, California, commencing at

19  9:05 a.m., Tuesday, May 10, 2022, remotely reported

20  via Video & Web Videoconference before

21  REBECCA L. ROMANO, a Certified Shorthand

22  Reporter, Certified Court Reporter, Registered

23  Professional Reporter.

24

25
```

Page 2

```
 1                  APPEARANCES OF COUNSEL
 2    (All parties appearing via Web Videoconference)
 3
 4    For the Sonos, Inc:
 5         LEE SULLIVAN SHEA & SMITH LLP
 6         BY:  RORY P. SHEA
 7         BY:  DAVID R. GROSBY
 8         Attorneys at Law
 9         656 Randolph Street
10         Floor 5W
11         Chicago, Illinois 60661
12         (312) 754-9602
13         shea@ls3ip.com
14         grosby@ls3ip.com
15
16    For the Google LLC:
17         QUINN EMANUEL URQUHART & SULLIVAN, LLP
18         BY:  MARC L. KAPLAN
19         Attorney at Law
20         191 N. Wacker Drive
21         Suite 2700
22         Chicago, Illinois 60606
23         (312) 705-7400
24         marckaplan@quinnemanuel.com
25    /////
```

Page  3

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
1                    APPEARANCES(cont'd)

2   (All parties appearing via Web Videoconference)

3


4


5   ALSO PRESENT:

6        David West, Videographer

7        Patrick Weston, Senior Litigation Counsel at

8   Google

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25   /////
```

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1            The court reporter may swear the witness          09:08:03
 2   in and we will continue.
 3            THE COURT REPORTER:  Mr. MacKay, If you
 4   could raise your right hand for me, please.
 5            THE DEPONENT:  (Complies.)                         09:08:07
 6            THE COURT REPORTER:  You do solemnly
 7   state, under penalty of perjury, that the testimony
 8   you are about to give in this deposition shall be
 9   the truth, the whole truth and nothing but the
10   truth?                                                     09:08:07
11            THE DEPONENT:  I do.
12
13
14
15                                                              09:08:07
16
17
18
19
20                                                              09:08:07
21
22
23
24
25                                                              09:08:07
```

                                                        Page 10

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



4      Q.   What is a "speaker group" as Google uses

5   that term?                                          10:31:33

6      A.   I would describe it as a set of devices

7   that appears as a castable -- as a Cast target.

8   And when casted to, they all play together --

9

10     A.   -- specifically -- specifically audio.      10:32:03

11

16          What do you mean by "appears as a Cast

17   target"?

18     A.   So what I mean is that you can cast to

19   the group.  So in -- if you're in a sender app, for

20   example, and you hit the Cast button, then the      10:32:36

21   group would show up as -- as a potential Cast

22   option.

23

                                                        10:32:19

                                                        10:33:06

Page 57

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1          Q.   Okay.  Now, are you familiar with a term,        10:40:19

 2     "static group"?

 3          A.   Yes.

 4          Q.   What is a "static group"?

 5          A.   So that is a group that the user defines         10:40:39

 6     using the Google Home app, I think, is the only

 7     way.  So they define a group, and then that group

 8     becomes a castable target.

 9          Q.   And how does a "static group" compare to

10     what is referred to as a "speaker group" in          10:41:06

11     Exhibit 36?

12              ███████████   ████████████

13              THE DEPONENT:  Let me go back.

14              So a "static group" is what is being

15     referred to in -- in this document, "Create and       10:41:22

16     manage speaker groups," I think.

17              ████████████   ██████████████████

██     ████████████████

19              THE DEPONENT:  Yeah, that's accurate.

20        ██  ████████████   ██████████████████      ██████████

██     ███████████████████████████

██     ██████████████████████████████

██     ████████████████

██       ██  ███████████████████████████

██     ████████████████████████████████                    10:42:11
```

Page 63

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



focusing

15   specifically on -- on whichever player is currently     11:52:54

16   elected as the leader of a particular group, will

17   that player store in memory identifiers of each

18   device that is currently a follower of that group?

19        A.   It stores information about the followers

20   that are currently connected to it.     11:53:13

21

                                                      11:53:25

                                                      Page  95

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1 ███████████████████████                    ███████████

█      ███   █████████████████   ████████████████████

█   ███████

4        Q.    Would it be fair to say that at that time

5   where a group has been created but not yet          12:24:30

6   launched, that the group exists in an unlaunched

7   state?

8        A.    Yes.

9               ███████████   ███████████

10       Q.    (By Mr. Shea)  And -- and is another way   12:24:44

11   to think about that, that at the -- in the time

12   between when the group is created and when it is

13   launched, that the speaker group would be inactive?

14              ███████████   ███████████.

15              THE DEPONENT:  Yes, I think so.          12:25:06

16         ███   █████████████   ███████████████████

█      ████████████████████ but just to clarify, you

18   agree that a speaker group is something that is

19   saved by a user in advance of being launched?

20       A.    Well, again, the -- the group might never  12:25:31

21   be launched.  Like you might never cast to the

22   group.  So it's -- I would characterize it as -- a

23   static group is something that the user configures

24   and it's saved persistently.

25       Q.    ███████   ███████ and saved prior to any   12:25:48

Page 117

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



25          Let me start by asking, is there a          04:47:58

Page 255

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1    specific team or group at Google that's tasked with        04:48:03

 2    performing testing of physical products to -- to

 3    evaluate functionality on those products?

 4         A.   I don't think -- I would say -- I

 5    wouldn't say that there's a Google-wide team.  But        04:48:22

 6    the Nest organization or -- we do have a manual QA

 7    team for at least some Nest devices.

 8         Q.   Would that manual -- is one of the things

 9    that that manual QA team does is test the speaker

10    group functionality of those Nest devices?              04:48:45

11        ███████████   ███████████   █████████████

12         THE DEPONENT:  Yes.

13    ███   ███████████   ████████████████

█  ██████████████████████████████████████

█      ██████████████████████████████████        ████████

█  █████████████████████████████████████

█  ███████████

█     ███   ███████████████████

█     ██   ███████████████████████████████

█  █████████████████████████                    ████████

█      █████████████   ████████   ██████████

█  ███████████   ████████████████

█      ██████████████   ████████████████████

█  ██████████

█     ███   ███████████   ████████████████        04:49:40
```

Page 256

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    I, Rebecca L. Romano, a Registered

2  Professional Reporter, Certified Shorthand

3  Reporter, Certified Court Reporter, do hereby

4  certify:

5    That the foregoing proceedings were taken

6  before me remotely at the time and place herein set

7  forth; that any deponents in the foregoing

8  proceedings, prior to testifying, were administered

9  an oath; that a record of the proceedings was made

10  by me using machine shorthand which was thereafter

11  transcribed under my direction; that the foregoing

12  transcript is true record of the testimony given.

13    Further, that if the foregoing pertains to the

14  original transcript of a deposition in a Federal

15  Case, before completion of the proceedings, review

16  of the transcript [X] was [ ] was not requested.

17    I further certify I am neither financially

18  interested in the action nor a relative or employee

19  of any attorney or any party to this action.

20    IN WITNESS WHEREOF, I have this date

21  subscribed my name this 13th day of May, 2022.

22

23

24    Rebecca L. Romano, RPR, CCR

25    CSR. No 12546

                                    Page 284

**ERRATA SHEET**

| Case Names: | *Google LLC v. Sonos, Inc.*<br>Case No. 3:20-cv-06754-WHA |
|---|---|
| | *Sonos, Inc. v. Google LLC*<br>Case No. 3:21-cv-07559-WHA |

**Deposition Date:**   May 10, 2022

**Deponent:**   Kenneth MacKay (30(b)(6))

I, Kenneth MacKay, do hereby certify that I read the foregoing transcript of my testimony taken on May 10, 2022, and further certify that it is a true and accurate record of my testimony, with the exception of the corrections listed below:

| Page | Line | Now Reads | Should Read | Reason |
|---|---|---|---|---|
| | | | 30(b)(6) | |
| 26 | 12 | Numerate | Numerette | Transcription error |
| 27 | 13 | Numerate | Numerette | Transcription error |
| 32 | 12 | application manager ample | application_manager_impl | Transcription error |
| 34 | 24 | ruled | rolled | Transcription error |
| 45 | 15 | Corelan | Korlan | Transcription error |
| 85 | 6 | Joint | Join | Transcription error |
| 122 | 13 | Joint | Join | Transcription error |
| 236 | 3 | Receiver_name space_handler.cc | receiver_namespace_handler.cc | Transcription error |
| | | | 30(b)(1) | |
| 261 | 15 | Tabus | Tavis | Transcription error |
| 261 | 15 | YoungJin | Byungchul | Transcription error |

Dated:  _2022-Jun-28_

By: _/s/  Kenneth MacKay_
Kenneth MacKay

1