# Exhibit 2

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

1              IN THE UNITED STATES DISTRICT COURT

2            FOR THE NORTHERN DISTRICT OF CALIFORNIA

3

4

5    GOOGLE LLC,

6                 Plaintiff,

7            vs.                      No. 3:20-cv-6754

8    SONOS, INC.,

9                 Defendant.
     _____/

10

11

12        -- HIGHLY CONFIDENTIAL, ATTORNEYS' EYES ONLY --

13

14     VIDEO-RECORDED FEDERAL RULE 30(B)(6) DEPOSITION OF

15              GOOGLE LLC, BY CHRISTOPHER CHAN

16              Remote Zoom Proceedings

17                Oakland, California

18              Tuesday, November 29, 2022

19

20

21

22

23    REPORTED BY:

24    LESLIE ROCKWOOD ROSAS, RPR, CSR 3462

25    Pages 1 - 134                    Job No. 5594471

                                            Page 1

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

1          IN THE UNITED STATES DISTRICT COURT

2          FOR THE NORTHERN DISTRICT OF CALIFORNIA

3

4

5    GOOGLE LLC,

6              Plaintiff,

7         vs.                    No. 3:20-cv-06754

8    SONOS, INC.,

9              Defendant.

     _____/

10

11

12        -- HIGHLY CONFIDENTIAL, ATTORNEYS' EYES ONLY --

13

14        Video-recorded Federal Rule 30(b)(6) deposition

15   of GOOGLE LLC, by CHRISTOPHER CHAN, taken on behalf of

16   the Defendant, Remote Zoom Proceedings from Oakland,

17   California, beginning at 9:06 a.m. Pacific Standard Time

18   and ending at 2:27 p.m. Pacific Standard Time, on

19   Tuesday, November 29, 2022, before Leslie Rockwood Rosas,

20   RPR, Certified Shorthand Reporter No. 3462.

21

22

23

24

25

                                              Page  2

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1    APPEARANCES:

 2

 3    FOR THE PLAINTIFF:

 4         LEE SULLIVAN SHEA & SMITH LLP

 5         BY: SEAN M. SULLIVAN, ESQ.

 6         565 West Randolph Street, Floor 5W

 7         Chicago, Illinois 60661

 8         (312) 754-0002

 9         sullivan@ls3ip.com

10

11

12    FOR THE DEFENDANT:

13         QUINN EMANUEL URQUHART & SULLIVAN LLP

14         BY: JAMES D. JUDAH, ESQ.

15         50 California Street, 22nd Floor

16         San Francisco, California 94111

17         (415) 785-6420

18         jamesjudah@quinnemanuel.com

19

20    Also Present:

21         Patrick Weston, Google Inhouse Counsel

22         David West, Videographer

23

24

25
```

                                                    Page  3

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

1    California, Case Number 3:21-cv-07559-WHA and

2    3:20-cv-06754-WHA.

3           The deposition is being conducted remotely using

4    virtual technology.  My name is David West.  I am the

5    videographer.  The court reporter is Leslie Rosas.  We          09:07:53

6    represent Veritext Legal Solutions.

7           I am not related to any party in this action nor

8    am I financially interested in the outcome.

9           If there are any objections to proceeding,

10   please state them at the time of your appearance.              09:08:06

11          Counsel and all present will now state their

12   appearances and affiliations for the record, beginning

13   with the noticing attorney.

14          MR. SULLIVAN:  Yeah, this is Sean Sullivan from

15   Lee Sullivan Shea & Smith LLP on behalf of Sonos, Inc.          09:08:20

16          MR. JUDAH:  James Judah on behalf of Google,

17   with Quinn Emanuel.

18          THE REPORTER:  Mr. Weston?

19          MR. WESTON:  Apologies.  I was stuck on mute.

20          I'm Patrick Weston, inhouse counsel from Google.        09:08:42

21          THE VIDEOGRAPHER:  Go ahead, Leslie.

22          THE REPORTER:  Thank you.

23          Mr. Chan, if you would raise your right hand,

24   please, I'll swear you in.  Thank you.

25          You do solemnly state that the evidence you              09:08:50

Page 10

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
1    shall give in this matter shall be the truth, the whole

2    truth, and nothing but the truth, so help you God?

3            THE WITNESS:  Yes.

4            THE REPORTER:  Thank you.

5            You may proceed, Counsel.                    09:09:03

6

7                    EXAMINATION

8    BY MR. SULLIVAN:

9        Q.  Good morning, Mr. Chan.

10       A.  Good morning.                                09:09:08

11       Q.  Could you please state and spell your full name

12   for the record.

13       A.  Christopher Chan, C-H-R-I-S-T-O-P-H-E-R,

14   C-H-A-N.
```

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

1   ███████████  ███████████  ████████████

    █  ██████████  ████████████████████████

    █  █████████████████   ████

    █  █  ██████████████  █████████████████

    █  ███████████  █████████  ██████████     ████████

    █  ████████████

    █  ███████████  ████████████████████████

    █  █  ██████████  █████████████████████████

    █  ████████████   █████   █████████████

    █  █████████████████████████████████     ████████

    █  ████████████████   ████████████████████

    █  ██████████████████████████

    █  ███████████████   █████████████

    █  █████████████████████████████████████

    █  █████████████████                     13:10:12

16        Does Google instruct users to download the

17   Google Home app onto their computing devices in order to

18   set up and use Google's speakers?

19        ██████████  ████████████████████████

     █  ██████████████   ████████████████████     ████████

     █  █████████████████████

22        THE WITNESS:  When setting up a smart speaker,

23   there is a quick-start guide in the packaging that

24   instructs users to set up and download the Google Home

25   app.  And then in addition to that, when they plug in a      13:10:45

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
1    speaker, the Google assistant's voice also instructs

2    users to download the Google Home app.

3         Q.  BY MR. SULLIVAN:  Does the Google Home app need

4    to be downloaded onto users' computer devices in order to

5    set up and use Google's speakers?                    13:11:05

6         ███████████  ██████████  ██████████████

     █ ████████████  ████████

8         THE WITNESS:  Access to the Home app is required

9    to set up a Google smart speaker.

10        Q.  BY MR. SULLIVAN:  Is the Google Home app    13:11:24

11   required to create a speaker group?

12        ████████████  ██████████████

13        THE WITNESS:  Yes.  The Google Home app is

14   required to create a static speaker group.

15        Q.  BY MR. SULLIVAN:  Does Google encourage people  13:11:48

16   to download the Google Home app?

17        ███████████  ████████████  ██████████████

     █ ███████████████ .

19        THE WITNESS:  So both the quick-start guide and

20   the smart speaker itself both prompt the user to download  13:12:01

21   and install the Home app to set it up.

22        ██ ████████████  █████████████████████

     █ ███████████████████████

     █    ████████  █████████

     █    ████████  ████████████████          13:12:20
```

Page 91

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1   STATE OF CALIFORNIA     ) ss:

 2   COUNTY OF MARIN          )

 3

 4        I, LESLIE ROCKWOOD ROSAS, RPR, CSR NO. 3462, do

 5   hereby certify:

 6        That the foregoing deposition testimony was

 7   taken before me at the time and place therein set forth

 8   and at which time the witness was administered the oath;

 9        That testimony of the witness and all objections

10   made by counsel at the time of the examination were

11   recorded stenographically by me, and were thereafter

12   transcribed under my direction and supervision, and that

13   the foregoing pages contain a full, true and accurate

14   record of all proceedings and testimony to the best of my

15   skill and ability.

16        I further certify that I am neither counsel for

17   any party to said action, nor am I related to any party

18   to said action, nor am I in any way interested in the

19   outcome thereof.

20        IN WITNESS WHEREOF, I have subscribed my name

21   this 30th day of November, 2022.

22

23

24

25        LESLIE ROCKWOOD ROSAS, RPR, CSR NO. 3462
```

Page 131

**ERRATA SHEET**

| Case Names: | *Google LLC v. Sonos, Inc.* |
| | Case No. 3:20-cv-06754-WHA |
| | |
| | *Sonos, Inc. v. Google LLC* |
| | Case No. 3:21-cv-07559-WHA |

**Deposition Date:**     November 29, 2022

**Deponent:**           Christopher Chan

I, Christopher Chan, do hereby certify that I read the foregoing transcript of my testimony taken on November 29, 2022, and further certify that it is a true and accurate record of my testimony, with the exception of the corrections listed below:

| Page | Line | Now Reads | Should Read | Reason |
|------|------|-----------|-------------|--------|
| 14 | 6 | Balance | Valens | Transcription error |
| 20 | 13 | Rings | brings | Transcription error |
| 25 | 15 | Key counsel | PCounsel | Transcription error |
| 28 | 5 | antics | analytics | Transcription error |
| 38 | 9 | a map | an app | Transcription error |
| 43 | 1 | map | app | Transcription error |
| 48 | 5 | TV HTML 5 | TVHTML5 | Transcription error |
| 55 | 24 | carrying | Pairing | Transcription error |
| 72 | 3 | stayed | installed | Transcription error |
| 73 | 20 | stored | storage | Transcription error |
| 122 | 2 | Google assistant home control | Google Assistant, home control | Transcription error |
| | | | | |
| | | | | |
| | | | | |

Dated:  1/26/23

By:  _Christopher Chan_
     Christopher Chan