# Exhibit 3

```
 1              BEFORE THE UNITED STATES DISTRICT COURT
 2                 NORTHERN DISTRICT OF CALIFORNIA
 3                          ---oOo---
 4
 5   SONOS, INC.,                 )
                                  )
 6            Plaintiff,          )
                                  )
 7   vs.                          ) CASE NO. 3:21-CV-07559 WHA
                                  )
 8   GOOGLE, INC.,                )
                                  )
 9            Defendant.          )
     _____)
10   GOOGLE, INC.,                )
                                  )
11            Plaintiff,          )
                                  )
12   vs.                          ) CASE NO. 3:20-CV-06754 WHA
                                  )
13   SONOS, INC.,                 )
                                  )
14            Defendant.          )
     _____)
15
16                   CORRECTED TRANSCRIPT
17          REMOTE WEB VIDEOCONFERENCE DEPOSITION
18             DEPONENT:  TOMER SHEKEL
19               LOCATION: ISRAEL
20            WEDNESDAY, NOVEMBER 23, 2022
21
22   STENOGRAPHICALLY REPORTED BY:
23   ANDREA M. IGNACIO, CSR, RPR, CRR, CCRR, CLR ~
24   CSR LICENSE NO. 9830
25   JOB NO. 5594467
```

Veritext Legal Solutions
866 299-5127

```
1              BEFORE THE UNITED STATES DISTRICT COURT
2                 NORTHERN DISTRICT OF CALIFORNIA
3                          ---oOo---
4
   SONOS, INC.,                    )
5                                  )
             Plaintiff,            )
6                                  )
   vs.                             ) CASE NO. 3:21-CV-07559 WHA
7                                  )
   GOOGLE, INC.,                   )
8                                  )
             Defendant.            )
9  _____)
   GOOGLE, INC.,                   )
10                                 )
             Plaintiff,            )
11                                 )
   vs.                             ) CASE NO. 3:20-CV-06754 WHA
12                                 )
   SONOS, INC.,                    )
13                                 )
             Defendant.            )
14 _____)
15
16        Remote web videoconference Deposition of
17     TOMER SHEKEL, taken on behalf of the Plaintiff,
18     Pursuant to Notice, on Wednesday, November 23,
19     2022, beginning at 8:30 a.m., Israel Standard Time,
20     and ending at 2:13 p.m., Israel Standard Time,
21     before me, ANDREA M. IGNACIO, CSR, RPR, CCRR, CRR,
22     CLR ~ License No. 9830.
23
24
25
```

Page  2

```
 1    A P P E A R A N C E S:

 2

 3

 4       FOR THE PLAINTIFF:

 5            LEE SULLIVAN SHAE & SMITH LLP

 6            By:  DAVID R. GROSBY, Esq.

 7                 COLE B. RICHTER, Esq.

 8            656 W. Rudolph Street, Suite 5W

 9            Chicago, Illinois 60661

10            312.754.9602

11            ggrosby@ls3ip.com

12

13

14       FOR THE DEFENDANTS:

15            QUINN EMANUEL URQUHART & SULLIVAN

16            By:  JAMES D. JUDAH, ESQ.

17            50 California Street, 22nd Floor

18            San Francisco, California 94111

19            415.875.6600

20            jamesjudah@quinnemanuel.com

21

22       ALSO PRESENT:  David West, Videographer

23                      Patrick Weston, Google Inc.

24

25                      ---oOo---
```

Page 3

```
 1                    TOMER SHEKEL,

 2          having been remotely sworn as a witness

 3            by the Certified Shorthand Reporter,

 4                  testified as follows:

 5

 6        STENOGRAPHIC REPORTER:   Counsel, you may

 7    proceed.

 8

 9                     EXAMINATION

10   BY MR. GROSBY:

11      Q   Hi, Mr. Shekel.  Can you please state and    08:42

12   spell your name for the record, please.             08:42

13      A   My name is Tomer Shekel.  T-O-M-E-R,          08:42

14   S-H-E-K-E-L.                                         08:43
```



```
                                                         08:43

                                                Page  7
```

```
 1    ████████████████████                            08:52

 2        Q    And when did you start working at Google?    08:52

 3        A    I started working on October 2013.       08:52

 4        Q    And what was your title when you started  08:52

 5    working at Google?                               08:52

 6        A    I was a product manager.                 08:52

 7        Q    And how long did you hold that title?    08:53

 8        A    Well, I -- I -- I'm still a product manager  08:53

 9    in Google, so I'm still in the same type of work.  08:53

10    There's internal levels or -- kind of within it, like,  08:53

11    a product manager, senior product manager, and so  08:53

12    forth.  And that aspect of the title, it changed, but  08:53

13    I'm still working as a product manager within Google.  08:53

14    ████████████████████████████████████████████████████

     ████████████████████████████████████████████████████

     ████████████████████████████████████████████████████

     ████████████████████████████████████████████████████

     ████████████████████████████████████████████████████

     ████████████████████████████████████████████████████

     ████████████████████████████████████████████████████

     ████████████████████████████████████████████████████

     ████████████████████████████████████████████████████

     ████████████████████████████████████████████████████

     ████████████████████████████████████████████████████

     ████████████████████████████████████    08:55
```

Veritext Legal Solutions
866 299-5127



1        ████████    ████████        ██

         ████████    ████████        ██

         ████████    █████████████   ██

         ████████████  ██████████████ ██

         ███████████████              ██

         ████████  ██████  ██████████  ██

         ████████                     08:57

8        Q   Which products did you work on during your   08:57

9    time as a product manager of that team?   08:57

10       A   One of the projects was Cast Audio.   08:57

11       Q   What other products?   08:57

12       A   Another project was Chromecast Audio.   08:57

13       █  ████████                  ██

         █  ██████████████            ██

         █  ██████████                ██

         █  ███████████████████       ██

         ████████                     08:58

18       Q   Any others?   08:58

19       A   I was involved in the Google Home product.   08:58

20       Q   Any others?   08:58

21       A   I was involved in the multi-room speaker   08:58

22   playback.   08:58

23       ████████████  ██████████      ██

         ██████                       ██

         ████████  █  █████████        08:58

Veritext Legal Solutions
866 299-5127

1  ███████████  ███████████████████████  ██████

   ██ ████████████████████████████████  ██████

   ██         ████████████████████████████████  ██████

   ██      ███████████████████████████  12:11

5      MR. GROSBY:  Q.  And when did Google develop  12:11

6  its own first-party multi-zone technology?  12:11

7      A    During 2015.  12:11

8      Q    So that was after -- that was after you  12:11

9  looked at other speaker manufacturers' implementations  12:11

10  of multi-zone technology; right?  12:11

11         ██████████  █████████████  12:11

12      THE WITNESS:  So I wouldn't say that I looked  12:11

13  at the implementation, but I used -- maybe I -- I  12:11

14  tried using multi-zone by few of the other  12:11

15  manufacturers.  12:12

16      So chronologically, at least for some of the  12:12

17  manufacturers, it happened before that we -- before we  12:12

18  launched it -- before we launched our own multi-room  12:12

19  solution.  12:12

20      MR. GROSBY:  Q.  And one of those was Sonos;  12:12

21  correct?  12:12

22         ██████████  █████████████  12:12

23      THE WITNESS:  We looked at Sonos and other  12:12

24  manufacturers' multi-room solution as part of our work  12:12

25  in Cast Audio, and that -- some of those looks or  12:12

Page 91

```
1     trying those out happened before we launched our          12:12

2     multi-room solution.                                        12:12

3
```



```
                                                                 12:14

                                                           Page 92
```



1                                                                        13:59

2                                                              13:59

3          MR. GROSBY:  Q.  In order to create speaker        13:59

4    groups, is the Google Home app required?                 13:59

5                                                                        13:59

6                                                              13:59

7          THE WITNESS:  I don't know how it is today.        13:59

8    But when I was working on groups, if I want to say       13:59

9    Google Cast group or Cast technology group, I'm not      13:59

10   talking about any OEM groups that we discussed before,   13:59

11   you needed to have the Google Home app or the            14:00

12   Chromecast app or -- I don't remember the names as it    14:00

13   changed.  You need to have an app that was used to set   14:00

14   up the -- the groups at that time when we launched       14:00

15   multi-room.                                              14:00

16                                                                        

                                                             14:01

                                                             Page 140

```
 1                    CERTIFICATE OF REPORTER

 2

 3          I, ANDREA M. IGNACIO, hereby certify that the

 4   witness in the foregoing remote deposition was by me

 5   remotely sworn to tell the truth, the whole truth, and

 6   nothing but the truth in the within-entitled cause;

 7          That said deposition was taken in shorthand

 8   by me, a disinterested person, at the time and place

 9   therein stated, and that the testimony of the said

10   witness was thereafter reduced to typewriting, by

11   computer, under my direction and supervision;

12          That before completion of the deposition,

13   review of the transcript [ ] was [x] was not

14   requested.  If requested, any changes made by the

15   deponent (and provided to the reporter) during the

16   period allowed are appended hereto.

17          I further certify that I am not of counsel or

18   attorney for either or any of the parties to the said

19   deposition, nor in any way interested in the event of

20   this cause, and that I am not related to any of the

21   parties thereto.

22   Dated: November 28, 2022

23

24

25    ANDREA M. IGNACIO, RPR, CRR, CCRR, CLR, CSR No. 9830

                                              Page 143
```

## ERRATA SHEET

**Case Names:**        *Google LLC v. Sonos, Inc.*
                Case No. 3:20-cv-06754-WHA

                *Sonos, Inc. v. Google LLC*
                Case No. 3:21-cv-07559-WHA

**Deposition Date:**   November 23, 2022

**Deponent:**       Tomer Shekel

I, Tomer Shekel, do hereby certify that I read the foregoing transcript of my testimony taken on November 23, 2022, and further certify that it is a true and accurate record of my testimony, with the exception of the corrections listed below:

| Page | Line | Now Reads | Should Read | Reason |
|------|------|-----------|-------------|--------|
| 17 | 8 | Interruption | Interaction | Transcription error |
| 19 | 13 | To extend | And explain | Transcription error |
| 22 | 1 | Anhil | Anschel | Transcription error |
| 22 | 3 | Hamil Shaw | Hemal Shah | Transcription error |
| 28 | 16 | Roanoke Shab | Raunaq Shah | Transcription error |
| 28 | 18 | Wenbo Zhu | Bibu Xu | Transcription error |
| 69 | 23 | Scanning | Scaling | Transcription error |
| 78 | 21 | Yukon | Group of | Transcription error |
| 79 | 10-11 | base from the operating group | multiple people from the group | Transcription error |
| 79 | 11 | for example | Folks who were | Transcription error |
| 79 | 19 | Meets | Meeting | Transcription error |
| 92 | 12 | All | Our | Transcription error |
| 115 | 24 | Bigger | Legal | Transcription error |
| 123 | 8 | Zao | Zhou | Transcription error |
| 123 | 10 | Zao | Zhou | Transcription error |
| 123 | 11 | Zao | Zhou | Transcription error |
| 123 | 14 | Zao | Zhou | Transcription error |
| 128 | 23 | Next app | Next track | Transcription error |
| 132 | 24 | Screen services | Streaming services | Transcription error |
| 137 | 3 | Pictures | Features | Transcription error |
| 137 | 14 | Other | As for | Transcription error |

Dated:  __12/25/2022__                    By:  _____
                                    Tomer Shekel