# Exhibit 5

ATTORNEYS' EYES ONLY SOURCE CODE

1              IN THE UNITED STATES DISTRICT COURT

2            FOR THE NORTHERN DISTRICT OF CALIFORNIA

3

4

5     GOOGLE LLC,

6                  Plaintiff,

7          vs.                    No. 3:20-cv-06754-WHA

8     SONOS, INC.,

9                  Defendant.

      _____/

10

11

12           -- ATTORNEYS' EYES ONLY SOURCE CODE --

13

14        VIDEO-RECORDED DEPOSITION OF KEN MACKAY

15          IN HIS INDIVIDUAL CAPACITY AND AS A

16      FEDERAL RULE 30(B)(6) WITNESS FOR GOOGLE LLC

17               Remote Zoom Proceedings

18               Sunnyvale, California

19             Wednesday, January 25, 2023

20

21

22

23    REPORTED BY:

24    LESLIE ROCKWOOD ROSAS, RPR, CSR 3462

25    Pages 1 - 88                        Job No. 5682406

                                              Page 1

ATTORNEYS' EYES ONLY SOURCE CODE

1                    IN THE UNITED STATES DISTRICT COURT

2                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

3

4

5     GOOGLE LLC,

6                    Plaintiff,

7           vs.                        No. 3:20-cv-06754-WHA

8     SONOS, INC.,

9                    Defendant.
        _____/

10

11

               -- ATTORNEYS' EYES ONLY SOURCE CODE --

12

13

14          Video-recorded deposition of KEN MACKAY, in his

15    individual capacity and as a Federal Rule 30(b)(6)

16    witness for Google LLC, taken on behalf of the Defendant,

17    Remote Zoom Proceedings from Sunnyvale, California,

18    beginning at 9:06 a.m. Pacific Standard Time and ending

19    at 11:37 a.m. Pacific Standard Time, on Wednesday,

20    January 25, 2023, before Leslie Rockwood Rosas, RPR,

21    Certified Shorthand Reporter No. 3462.

22

23

24

25

                                                    Page 2

```
 1    APPEARANCES:

 2

 3    FOR THE PLAINTIFF:

 4         QUINN EMANUEL URQUHART & SULLIVAN LLP

 5         BY: MARC L. KAPLAN, ESQ.

 6         191 North Wacker Drive, Suite 2700

 7         Chicago, Illinois 60606

 8         (312) 705-7450

 9         marckaplan@quinnemanuel.com

10

11

12    FOR THE DEFENDANT:

13         LEE SULLIVAN SHEA & SMITH LLP

14         BY: RORY P. SHEA, ESQ.

15         565 West Randolph Street, Floor 5W

16         Chicago, Illinois 60661

17         (312) 754-9609

18         shea@ls3ip.com

19

20

21    Also Present:

22         Dr. Kevin Almeroth

23         Patrick Weston, Google Inhouse Counsel

24         Jeffrey Nichols, Videographer

25
```

Page 3

ATTORNEYS' EYES ONLY SOURCE CODE

1    expert for Sonos in this matter as well.

2            MR. KAPLAN:  This is Marc Kaplan from Quinn

3    Emanuel Urquhart & Sullivan on behalf of Google.  And

4    with me today is Patrick Weston from Google.

5            THE VIDEOGRAPHER:  Thank you.                    09:08:22

6            Will the court reporter please swear in the

7    witness and then counsel may proceed.

8            THE REPORTER:  Thank you.

9            Mr. MacKay, if you would raise your right hand,

10   please, I'll swear you in.  Thank you.

11           You do solemnly state that the evidence you

12   shall give in this matter shall be the truth, the whole

13   truth, and nothing but the truth, so help you God?

14           THE WITNESS:  I do.

15           THE REPORTER:  Thank you, sir.                   09:08:42

16           You may proceed, Counsel.

17

18                        EXAMINATION

19   BY MR. SHEA:

20       Q.  Good morning, Mr. MacKay.  Good to speak with   09:08:45

21   you again.

22       A.  Good morning.

23       Q.  So what I would like to do is start by directing

24   you right to the primary file that I'd like to chat with

25   you about today, and it's going to be a source code file 09:08:58

                                                            Page 7

ATTORNEYS' EYES ONLY SOURCE CODE

█

█

█

█

5          When the player runs -- when the player makes a          10:40:04

6     call to the StopCurrentApp() function, and the AddGroup()

7     function in this scenario, what will happen to the

8     behavior of the player?

9          ████████     ████████

10          THE WITNESS:  So specifically when you call          10:40:38

11     StopCurrentApp(), since there's no current app running,

12     there's -- there's nothing to stop.  And then when

13     AddGroup() is called, it will create the multizone group

14     structure for the group.

15          And then farther down in RefreshDeviceGroups(),          10:40:59

16     it will start the leader election process for that

17     device.

18          And I think -- I forget, but somewhere in that

19     process, we also update the MD&S record for the device to

20     indicate that's part of the group.  So it becomes          10:41:21

21     discoverable.

22     ██  ████████  ████  ████████████

███     ██████████████████████

24          Is -- with respect to the behavior of the player

25     itself, I think you said that because it wasn't engaging          10:41:42

Page 54

```
 1   in playback before it received the join group message, it

 2   would remain in the same state after it receives that

 3   message; is that right?

 4        [REDACTED]    [REDACTED]

 5        THE WITNESS:  So if there is no current app to         10:42:00

 6   stop, then that's -- it will -- there will still be no

 7   current app after StopCurrentApp() runs.

 8        Q.  BY MR. SHEA:  Right.

 9        So in this scenario, then, do I understand

10   correctly that the player will effectively behave in the   10:42:16

11   same way that it would have behaved in prior firmware

12   versions of -- of the software?

13        A.  Prior to adding the StopCurrentApp() call?

14        Q.  Yeah.

15        [REDACTED]    [REDACTED]                               10:42:38

16        THE WITNESS:  Well, it will still call

17   StopCurrentApp(), but it -- other than that, it won't do

18   anything differently.

19        Q.  BY MR. SHEA:  Right.  It's not going to -- the

20   StopCurrentApp() function in this case is not going to     10:42:56

21   cause any change to -- to the operational behavior of the

22   player; correct?

23        [REDACTED]    [REDACTED]

24        THE WITNESS:  Yes.

25        Q.  BY MR. SHEA:  And then in this scenario we've      10:43:12
```

Page 55

ATTORNEYS' EYES ONLY SOURCE CODE

```
1    ████████████████████████████████████████

     ██████████████████

     ████  ████████

     ████  ████████████████████████

     ██████████████████████████████████████  ████████████

     ████████████████████

     ████  ████████████████████  ████████████████████

     ██████████████████████████████████████████

     ████████████  ████████████████
```

| 10 | Q.  BY MR. SHEA:  Do you know, are there still some | 11:16:08 |

11   devices today that -- that are running a firmware version

12   that doesn't -- that wasn't compiled based on the changes

13   you made?

14            ████████████  ██████████████████

| 15 |          THE WITNESS:  So we have a large number of | 11:16:22 |

16   devices that don't receive updates, anymore.  And so

17   those wouldn't have received an update that contains

18   those changes.

19        Q.  BY MR. SHEA:  Can you give me an example of what

| 20 | that -- what kind of device that might be that wouldn't | 11:16:39 |

21   receive the updates?

22        A.  So, for example, the -- the large speaker that

23   we made.  I forget what we called it.

24        Q.  The Home Max?

| 25 | A.  Yeah.  That one is not receiving updates, | 11:16:56 |

Page 74

ATTORNEYS' EYES ONLY SOURCE CODE

1    anymore.

2            ██████████    ████████████

3        Q.  BY MR. SHEA:  And so in that case, if -- if a

4    user were to add a Home Max to a speaker group today, the

5    StopCurrentApp() function would not run on that player as          11:17:19

6    part of the RefreshDeviceGroups()?

7            ██████████    ██████████████    ████████

8            THE WITNESS:  Correct.

9        ██    ██████████    ███████████████████████████

    ██    █████████████████████████████████████████    ████████████

    ██    ████████████████████████████████████████████

    ██    ███████████████████

    ██        ██    ████████████    ████████████████████

    ██    ████████████████████████████████

    ██        ██    █████████████████████████████    ████████████

    ██    ████████████████████████████████████

    ██        ██    ██████████████████████████

    ██        ██    ████████████████████    █████████████████████

    ██    ██████████████████████████

    ██        ██    ████████████████    ████████████

    ██        ██    ███████████████████████████████████

    ██    ██████████████████████████████████████

    ██    █████████████

    ██            ██████████    ████████████

    ██            ████████████    ███████████████████        11:18:43

                                                              Page 75

ATTORNEYS' EYES ONLY SOURCE CODE

```
1    STATE OF CALIFORNIA      ) ss:

2    COUNTY OF MARIN          )

3

4         I, LESLIE ROCKWOOD ROSAS, RPR, CSR NO. 3462, do

5    hereby certify:

6         That the foregoing deposition testimony was

7    taken before me at the time and place therein set forth

8    and at which time the witness was administered the oath;

9         That testimony of the witness and all objections

10   made by counsel at the time of the examination were

11   recorded stenographically by me, and were thereafter

12   transcribed under my direction and supervision, and that

13   the foregoing pages contain a full, true and accurate

14   record of all proceedings and testimony to the best of my

15   skill and ability.

16        I further certify that I am neither counsel for

17   any party to said action, nor am I related to any party

18   to said action, nor am I in any way interested in the

19   outcome thereof.

20        IN WITNESS WHEREOF, I have subscribed my name

21   this 26th day of January, 2023.

22

23

24

25             LESLIE ROCKWOOD ROSAS, RPR, CSR NO. 3462
```

Page 85