# Exhibit 6

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

SONOS, INC.,
Plaintiff,
vs. Case No. 3:21-CV-07559-WHA
GOOGLE LLC,
Defendant.
____________________________

-AND-

GOOGLE LLC,
Plaintiff,
vs. Case No. 3:20-CV-06754-WHA
SONOS, INC.,
Defendant.
____________________________

**CONFIDENTIAL CONTAINS SOURCE CODE**

GOOGLE MEET DEPOSITION OF GOOGLE'S 30(b)(6) & INDIVIDUALLY JUSTIN PEDRO

(Reported Remotely via Video & Web Videoconference)

Waterloo, Ontario (Deponent's location)

Thursday, July 7, 2022

STENOGRAPHICALLY REPORTED BY:
REBECCA L. ROMANO, RPR, CSR, CCR
California CSR No. 12546
Nevada CCR No. 827
Oregon CSR No. 20-0466
Washington CCR No. 3491
JOB NO. 5311844
PAGES 1 - 229

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SONOS, INC.,

Plaintiff,

vs. Case No. 3:21-CV-07559-WHA

GOOGLE LLC

Defendant.

___________________________

-AND-

GOOGLE LLC,

Plaintiff,

vs. Case No. 3:20-CV-06754-WHA

SONOS, INC.,

Defendant.

___________________________

DEPOSITION OF JUSTIN PEDRO, taken on behalf of the Sonos, Inc., with the deponent located in Waterloo, Ontario, commencing at 9:04 a.m., Thursday, July 7, 2022, remotely reported via Video & Web Videoconference before REBECCA L. ROMANO, a Certified Shorthand Reporter, Certified Court Reporter, Registered Professional Reporter.

Waterloo, Ontario; Thursday, July 7, 2022

9:04 a.m.

---o0o---

THE VIDEOGRAPHER: Okay. We are on the record. It's 9:04 a.m. Eastern Time on July 7th, 2022. This is the deposition of Justin Pedro. We're here in the matter of Sonos versus Google. I'm John Macdonell, the videographer, with Veritext. 09:04:04 09:04:21

Before the reporter swears the witness, would all counsel please identify themselves, beginning with the noticing attorney, please.

MR. SHEA: Yes. Rory Shea on behalf of Sonos here and from the firm of Lee Sullivan Shea & Smith LLP. 09:04:33

MR. WILLIAMS: Jason Williams from Quinn Emanuel on behalf of Google.

And with me today is also Libbie DiMarco from Google. 09:04:49

THE COURT REPORTER: Okay. At this time, I will ask counsel to agree on the record that there is no objection to this deposition officer administering a binding oath to the deponent via remote videoconference, starting with the noticing 09:04:50

attorney, please. 09:04:50

MR. SHEA: Yes. Agreed.

MR. WILLIAMS: Also agreed.

THE COURT REPORTER: Okay. If you could raise your right hand for me, please. 09:05:12

THE DEPONENT: (Complies.)

THE COURT REPORTER: You do solemnly state, under penalty of perjury, that the testimony you are about to give in this deposition shall be the truth, the whole truth and nothing but the 09:05:12 truth?

THE DEPONENT: I do.

[redacted]

[redacted]

Q. Do you recall when -- what time frame you were on the Google Home app team?

A. Yes.

Q. What was that time frame? 09:15:03

A. Early October 2020 to late June 2022.

Q. Okay. What was your role on the Google Home app team?

A. I was an engineering manager for an iOS and Android development team. 09:15:35

[redacted]



Did you perform any testing related to the Google Home app yourself while you were on the Google Home app team? 09:17:37

THE DEPONENT: I would say I did perform some testing.

CONFIDENTIAL CONTAINS SOURCE CODE

Q. (By Mr. Shea) And so do I understand correctly that for that kind of testing that -- 09:19:11

Page 18

Veritext Legal Solutions
866 299-5127

that you engaged in, you would have installed a 09:19:14
Google Home app on a end user device in order to
conduct that testing?

[redacted]

THE DEPONENT: Yes.

Q. (By Mr. Shea) And then once -- with that
Google Home app installed on -- on it, on an end
user device, would you then have launched and run
the Google Home app on that end user device during 09:19:54
your testing?

[redacted]

THE DEPONENT: Yes.

[redacted]



Q. (By Mr. Shea) Okay. Do you -- have you
ever personally used a -- the Google Home app to 02:12:46

create speaker groups? 02:12:52

[redacted]

THE DEPONENT: Yes.

[redacted]

Can you tell me in what capacity you would have used the Google Home app to create 02:13:16 speaker groups?

[redacted]

THE DEPONENT: I would have created speaker groups, A, to test issues as I needed to 02:13:31 triage them. And B, on -- as personal use.

[redacted]

[redacted]

Q. (By Mr. Shea) And then with respect to your personal use, I think you mentioned there are -- have been times where you've used the Google Home app to create a group? 02:15:57

A. Yes.

[redacted]

Q. (By Mr. Shea) Okay. And -- and once you created that all speakers group, did you then play music on that all speakers group, Mr. Pedro? 02:16:56

[redacted]

THE DEPONENT: I may have to test it out, to see if it worked. 02:17:18

I, Rebecca L. Romano, a Registered Professional Reporter, Certified Shorthand Reporter, Certified Court Reporter, do hereby certify:

That the foregoing proceedings were taken before me remotely at the time and place herein set forth; that any deponents in the foregoing proceedings, prior to testifying, were administered an oath; that a record of the proceedings was made by me using machine shorthand which was thereafter transcribed under my direction; that the foregoing transcript is true record of the testimony given.

Further, that if the foregoing pertains to the original transcript of a deposition in a Federal Case, before completion of the proceedings, review of the transcript [ ] was [X] was not requested.

I further certify I am neither financially interested in the action nor a relative or employee of any attorney or any party to this action.

IN WITNESS WHEREOF, I have this date subscribed my name.

Dated: July 11, 2022

Rebecca L. Romano, RPR, CCR
CSR. No 12546