QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Sean Pak (Bar No. 219032)
  seanpak@quinnemanuel.com
  Melissa Baily (Bar No. 237649)
  melissabaily@quinnemanuel.com
  James Judah (Bar No. 257112)
  jamesjudah@quinnemanuel.com
  Lindsay Cooper (Bar No. 287125)
  lindsaycooper@quinnemanuel.com
  Iman Lordgooei (Bar No. 251320)
  imanlordgooei@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:     (415) 875-6600
Facsimile:     (415) 875-6700

  Marc Kaplan *(pro hac vice)*
  marckaplan@quinnemanuel.com
191 N. Wacker Drive, Ste 2700
Chicago, Illinois 60606
Telephone:     (312) 705-7400
Facsimile:     (312) 705-7401

*Attorneys for GOOGLE, LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| SONOS, INC., <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | Case No. 3:20-cv-06754-WHA <br> Related to Case No. 3:21-cv-07559-WHA <br><br> **GOOGLE LLC'S NOTICE OF LODGING ITS TRIAL DEMONSTRATIVES** |

1   PLEASE TAKE NOTICE that counsel for Google LLC ("Google") hereby lodges the
2   demonstrative slides it prepared and presented to this Court, the jury, and counsel from May 8
3   through May 19, 2023 at trial.  A compilation of Google's slides are attached hereto as Exhibit A.

5   DATED: May 23, 2023                 Respectfully submitted,

6                                       QUINN EMANUEL URQUHART &
7                                       SULLIVAN, LLP

8                                       By      /s/ Sean Pak
9                                          Sean Pak
                                           Melissa Baily
10                                         James D. Judah
                                           Lindsay Cooper
11                                         Marc Kaplan
                                           Iman Lordgooei
12

13                                       *Attorneys for Google LLC*

## CERTIFICATE OF SERVICE

The undersigned certifies that on May 23, 2023, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system.

DATED:  May 23, 2023

                                                */s/ Sean Pak*
                                                Sean Pak