# EXHIBIT A

# Google's Opening Statement



**Ken Mackay**
Software
Engineer













Google Home





**Justin Pedro**
Engineering
Manager

**Tavis Maclellan**
Software
Engineer







**Chris Chan**
Product
Manager





**Ken Mackay**
Software
Engineer









**Tavis Maclellan**
Software
Engineer





- Set timer…
- Set thermostat…
- "Play me the news"
- "Play classical music"
- "Watch the news on my TV"
- "Play Top Gun trailer on my TV"
- "What's today's weather?"
- "Show me photos of Napa on TV"
- "How long will it take to get to Costco?"
- "What's my agenda for today?"
- "Add cereal to my shopping list"
- "Play Lucky Trivia"





**Control your home**



**Control TVs and speakers**



**Set Up Routines**



**Get things done**







Google Home

ADT Smart Home

Philips Hue

Honeywell Home

August Home

Panasonic TV



**Justin Pedro**
Engineering
Manager



**Chris Chan**
Product
Manager



**DDX1.4**

# Google's Mission

- Google was founded in 1998

- **Mission:** to organize the world's information and make it universally accessible and useful.







# Google's Innovations: Internet of Information

**1998:**
Google Search





**2002:**

Google News

**2004:**





**2005:**



# Sole Accused Feature



**Group 1**

**Group 2**

**Operating In Standalone Mode**

# Non-Infringing Feature



**Group 1**

**Group 2**

**Not Operating In Standalone Mode**

# Infringement Questions Left To Be Decided

**Infringement?**

✔️ '885 Patent

❌ '966 Patent



**Infringement?**

❌ '885 Patent

❌ '966 Patent



# Google's Independent Development






**Ken Mackay**    **Tavis Maclellan**

**Development of grouping feature**

**March** → **December**


Google Home

**Nov. 4, 2016**
**Google Releases Google Home**





**Nov. 5, 2019**
'966 Patent issued



**Nov. 24, 2020**
'885 Patent issued

SONOS

**Jun. 2020**
Sonos first released '885/'966 patented feature

| 2015 | 2016 | 2017 | 2018 | 2019 | 2020 |

DDX1.11

# Dr. Dan Schonfeld



**Dr. Dan Schonfeld**
Expert Witness

## EDUCATION



**THE JOHNS HOPKINS UNIVERSITY**
Ph.D. Electrical and Computer Engineering, 1990
M.S. Electrical and Computer Engineering, 1988



**UNIVERSITY OF CALIFORNIA, BERKLEY**
B.S. Electrical Engineering and Computer Science, 1986

## EXPERIENCE



**UNIVERSITY OF ILLINOIS AT CHICAGO**
Professor, ECE, CS, Bioengineering Departments (1990 – Current)
Director, University-Industry Engineering Research Center (2008 – 2011)
Co-Director, Multimedia Communications Laboratory (1997 – Current)
Editor-In-Chief, IEEE Trans. On Circuits And Systems For Video Tech. (2014-2017)

# Dr. Dan Schonfeld



**Dr. Dan Schonfeld**
Expert Witness

## RECOGNITIONS


*Fellow*


*Fellow*



IEEE Transactions on Circuits and Systems for Video Technology

## RESEARCH

  

U.S. Department of Defense







# Sonos's Burden of Proof on Infringement

**U.S. Patent**



**Product**





CLAIM 1:

- Made of leather

- Stitched together

- Filled with compressed air

- Round

 Made of leather

 Stitched together

 Filled with compressed air

 **Oval**

**DOES NOT INFRINGE**



# Sonos's Zone Scenes Patents



# Conception Date:
# December 21, 2005

# Evidence Submitted To Patent Examiner

**1,813 Documents**
**72,550 Pages**



Product Testing   Source Code

# Source Code



# Sonos's Asserted Claims



1. A first zone player comprising:
a network interface that is configured to communicatively couple the first zone player to at least one data network;
one or more processors;
a non-transitory computer-readable medium; and program instructions stored on the non-transitory computer-readable medium that, when executed by the one or more processors, cause the first zone player to perform functions comprising:

1. A computing device comprising: one or more processors;

a non-transitory computer-readable medium; and program instructions stored on the non-transitory computer-readable medium that, when executed by the one or more processors, cause the computing device to perform functions comprising:

DDX1.19

# Checks and Balances

  

 

 

# Google Respects Intellectual Property





**Over 31,000 U.S. Patents Issued**

# Evidence Presented To Jury



Testimony

Software

Product Testing

Source Code

# Validity Questions Left To Be Decided

Invalid?

 '885 Patent



Invalid?

 '966 Patent



# Prior Art: Sonos 2005 System

**PRIOR ART**



SONOS

**Jun. 2020**
Sonos first released '885/'966 patented feature

**Jan. 27, 2005**
Sonos releases 2005 system

**Dec. 2005**
Mr. Lambourne's conception date

| 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 |

DDX1.24

# Prior Art: Sonos 2005 System

SONOS



**Robert Lambourne**

**'885, '966 Patents Inventor**

6.      As part of this ad-hoc grouping technology, Sonos's controller interface also included an "All Zones-Party Mode" option, which was hard-coded into Sonos Controllers (and the Desktop Controller software) and allowed a user to create an-hoc "zone group" comprising all of the ZonePlayers in the user's system with a single touch rather than requiring the user to select each of the ZonePlayers one at a time.

7.      This ad-hoc grouping technology is described in the April 2005 User Guide for the Sonos Digital Music System (SONOS-SVG2-00227441 - SONOS-SVG2-00227554):

> *Zone groups*
>
> Two or more zones can be grouped together to form a zone group, which allows you to play the same music across zones. You can also link all the ZonePlayers in your house with one touch by selecting **All Zones-Party Mode**. You can add and drop zones from a zone group while your music is playing.

**TX3923**

# 2015 Email

SONOS



**Robert Lambourne**

**'885, '966 Patents Inventor**

**From:** Rob Lambourne
**Sent:** Monday, April 11, 2005 3:18 PM
**To:** Andrew Schulert
**Subject:** RE: Another UI idea - grouping/ungrouping zones

2. Allow a user to save Zone Profiles (as requested by Tom and others). This would allow a user with one click to put their Zones into predefined groups (think Party-mode, but instead off linking all Zones, certain Zones get grouped. Tom has the experience that he ends most evenings in Party Mode - but most mornings, he wants to link all the 'living spaces', but ungroup the bedrooms (or words to that effect).

**TX0120**

# Prior Art: Obviousness



# Prior Art: Sonus Forums

16 years ago · 61 replies · 15122 views

22 September 2005



**JeffT**  Trending Lyricist I  · 20 replies

Just got the intro bundle, and I am impressed. I did a search and did not find this suggested, but I would save Zone links as favorites. With only 2 ZPs it is not a problem yet, but when I add more it maybe. I would like to setup say Morning mode for the units I want in the morning and a preset volume between the units. Another example I would have 2 party modes, Summer and Winter. The Summer mode would include the deck speakers and the Winter mode would not. Also it would be nice to have playlists or radio station associated with each mode. So when I get up I press Morning the DI Chill radio station plays.

**TX3930**

# Prior Art Timeline



**PRIOR ART**

**Jan 2005**
Sonos 2005 System

**Nov 2005**
Squeezebox

**Feb – Sep 2005**
Sonos Forums

**Sep 2002**
Nourse

**July 2004**
Bose

**2004**
Yamaha

**2005**
Crestron

**Dec 2005**
Lambourne's
Conception
Date

**Sep 2006**
Provisional
Application
Filed

**Dr. Dan Schonfeld**
Expert Witness

| 2002 | 2003 | 2004 | 2005 | 2006 |

DDX1.29

# Sonos's Damages Request





DDX1.34



DDX1.35



**DDX2.001**



**DDX2.002**



| 8:00 PM | 9:00 AM | 10:00 AM | 11:00 AM | 12:00 PM | 1:00 PM | 2:00 PM | 3:00 PM | 4:00 PM | 5:00 PM | 6:00 PM |
|---|---|---|---|---|---|---|---|---|---|---|







| 8:00 PM | 9:00 AM | 10:00 AM | 11:00 AM | 12:00 PM | 1:00 PM | 2:00 PM | 3:00 PM | 4:00 PM | 5:00 PM | 6:00 PM |

**[1.0]** A first zone player comprising:

**[1.1]** a network interface that is configured to communicatively couple the first zone player to at least one data network;

**[1.2]** one or more processors;

**[1.3]** a non-transitory computer-readable medium; and

**[1.4]** program instructions stored on the non-transitory computer-readable medium that, when executed by the one or more processors, cause the first zone player to perform functions comprising:

**[1.5]** while operating in a standalone mode in which the first zone player is configured to play back media individually in a networked media playback system comprising the first zone player and at least two other zone players:

**[1.6]** (i) receiving, from a network device over a data network, a first indication that the first zone player has been added to a first zone scene comprising a first predefined grouping of zone players including at least the first zone player and a second zone player that are to be configured for synchronous playback of media when the first zone scene is invoked; and

**[1.7]** (ii) receiving, from the network device over the data network, a second indication that the first zone player has been added to a second zone scene comprising a second predefined grouping of zone players including at least the first zone player and a third zone player that are to be configured for synchronous playback of media when the second zone scene is invoked, wherein the second zone player is different than the third zone player;

**[1.8]** after receiving the first and second indications, continuing to operate in the standalone mode until a given one of the first and second zone scenes has been selected for invocation;

**[1.9]** after the given one of the first and second zone scenes has been selected for invocation, receiving, from the network device over the data network, an instruction to operate in accordance with a given one of the first and second zone scenes respectively comprising a given one of the first and second predefined groupings of zone players; and

**[1.10]** based on the instruction, transitioning from operating in the standalone mode to operating in accordance with the given one of the first and second predefined groupings of zone players such that the first zone player is configured to coordinate with at least one other zone player in the given one of the first and second predefined groupings of zone players over a data network in order to output media in synchrony with output of media by the at least one other zone player in the given one of the first and second predefined groupings of zone players.


TX0003
3:20-cv-06754-WHA

**966 Patent, Claim 1**

**[1.0]** A computing device comprising:

**[1.1]** one or more processors;

**[1.2]** a non-transitory computer-readable medium; and

**[1.3]** program instructions stored on the non-transitory computer-readable medium that, when executed by the one or more processors, cause the computing device to perform functions comprising:

**[1.4]** while serving as a controller for a networked media playback system comprising a first zone player and at least two other zone players, wherein the first zone player is operating in a standalone mode in which the first zone player is configured to play back media individually:

**[1.5]** receiving a first request to create a first zone scene comprising a first predefined grouping of zone players including at least the first zone player and a second zone player that are to be configured for synchronous playback of media when the first zone scene is invoked;

**[1.6]** based on the first request, i) causing creation of the first zone scene, ii) causing an indication of the first zone scene to be transmitted to the first zone player, and iii) causing storage of the first zone scene;

**[1.7]** receiving a second request to create a second zone scene comprising a second predefined grouping of zone players including at least the first zone player and a third zone player that are to be configured for synchronous playback of media when the second zone scene is invoked, wherein the third zone player is different than the second zone player;

**[1.8]** based on the second request, i) causing creation of the second zone scene, ii) causing an indication of the second zone scene to be transmitted to the first zone player, and iii) causing storage of the second zone scene;

**[1.9]** displaying a representation of the first zone scene and a representation of the second zone scene; and

**[1.10]** while displaying the representation of the first zone scene and the representation of the second zone scene, receiving a third request to invoke the first zone scene; and

**[1.11]** based on the third request, causing the first zone player to transition from operating in the standalone mode to operating in accordance with the first predefined grouping of zone players such that the first zone player is configured to coordinate with at least the second zone player to output media in synchrony with output of media by at least the second zone player.



TX0001
3:20-cv-06754-WHA

# "Zone Scene"



previously-saved grouping of zone
players according to a common theme

# Income Approach

**Income Approach** | Attempts to value a patent by measuring the benefits derived from use of the patent

# IFTTT



TX1196

# '885 Patent, Claim 1

**[1.0]** A first zone player comprising:

**[1.1]** a network interface that is configured to communicatively couple the first zone player to at least one data network;

**[1.2]** one or more processors;

**[1.3]** a non-transitory computer-readable medium; and

**[1.4]** program instructions stored on the non-transitory computer-readable medium that, when executed by the one or more processors, cause the first zone player to perform functions comprising:

**[1.5]** while operating in a standalone mode in which the first zone player is configured to play back media individually in a networked media playback system comprising the first zone player and at least two other zone players:

**[1.6]** (i) receiving, from a network device over a data network, a first indication that the first zone player has been added to a first zone scene comprising a first predefined grouping of zone players including at least the first zone player and a second zone player that are to be configured for synchronous playback of media when the first zone scene is invoked; and

**[1.7]** (ii) receiving, from the network device over the data network, a second indication that the first zone player has been added to a second zone scene comprising a second predefined grouping of zone players including at least the first zone player and a third zone player that are to be configured for synchronous playback of media when the second zone scene is invoked, wherein the second zone player is different than the third zone player;

**[1.8]** after receiving the first and second indications, continuing to operate in the standalone mode until a given one of the first and second zone scenes has been selected for invocation;

**[1.9]** after the given one of the first and second zone scenes has been selected for invocation, receiving, from the network device over the data network, an instruction to operate in accordance with a given one of the first and second zone scenes respectively comprising a given one of the first and second predefined groupings of zone players; and

**[1.10]** based on the instruction, transitioning from operating in the standalone mode to operating in accordance with the given one of the first and second predefined groupings of zone players such that the first zone player is configured to coordinate with at least one other zone player in the given one of the first and second predefined groupings of zone players over a data network in order to output media in synchrony with output of media by the at least one other zone player in the given one of the first and second predefined groupings of zone players.



## '966 Patent, Claim 1

**[1.0]** A computing device comprising:

**[1.1]** one or more processors;

**[1.2]** a non-transitory computer-readable medium; and

**[1.3]** program instructions stored on the non-transitory computer-readable medium that, when executed by the one or more processors, cause the computing device to perform functions comprising:

> **[1.4]** while serving as a controller for a networked media playback system comprising a first zone player and at least two other zone players, wherein the first zone player is operating in a standalone mode in which the first zone player is configured to play back media individually:

>> **[1.5]** receiving a first request to create a first zone scene comprising a first predefined grouping of zone players including at least the first zone player and a second zone player that are to be configured for synchronous playback of media when the first zone scene is invoked;

>> **[1.6]** based on the first request, i) causing creation of the first zone scene, ii) causing an indication of the first zone scene to be transmitted to the first zone player, and iii) causing storage of the first zone scene;

>> **[1.7]** receiving a second request to create a second zone scene comprising a second predefined grouping of zone players including at least the first zone player and a third zone player that are to be configured for synchronous playback of media when the second zone scene is invoked, wherein the third zone player is different than the second zone player;

>> **[1.8]** based on the second request, i) causing creation of the second zone scene, ii) causing an indication of the second zone scene to be transmitted to the first zone player, and iii) causing storage of the second zone scene;

>> **[1.9]** displaying a representation of the first zone scene and a representation of the second zone scene; and

>> **[1.10]** while displaying the representation of the first zone scene and the representation of the second zone scene, receiving a third request to invoke the first zone scene; and

> **[1.11]** based on the third request, causing the first zone player to transition from operating in the standalone mode to operating in accordance with the first predefined grouping of zone players such that the first zone player is configured to coordinate with at least the second zone player to output media in synchrony with output of media by at least the second zone player.



TX0001
3:20-cv-06754-WHA

# Google's "Speaker Group" Technology









PDX2.41



# Google's Development of Speaker Group Functionality



March

Ken MacKay

Tavis MacLellan

December 2015
Product release

Development

Final Approval and Release

2015

May 8, 2015 | Source code written for "Join Group"

March 30, 2015 | Design doc

March 26, 2015 | Source Code approval

March 18, 2015 | Initial source code written

# Google's Old and New Design



# Google's Old and New Design



**A**daptive

**C**ontinuous

**A**utomatic

# Available Speakers and Leadership Are Continuously Reassessed

**DOWNSTAIRS**

9  5
3  3



# Available Speakers and Leadership Are Continuously Reassessed

**DOWNSTAIRS**

*Leader*

9  5
3  3



# Available Speakers and Leadership Are Continuously Reassessed

**DOWNSTAIRS**

9  5
3  3



# Available Speakers and Leadership Are Continuously Reassessed

**DOWNSTAIRS**

4   5
3   9



# Available Speakers and Leadership Are Continuously Reassessed



# Available Speakers and Leadership Are Continuously Reassessed

**DOWNSTAIRS**



# Available Speakers and Leadership Are Continuously Reassessed



# Available Speakers and Leadership Are Continuously Reassessed



DOWNSTAIRS

Leader

4   5
3

# Available Speakers and Leadership Are Continuously Reassessed



# Google's New Design











IDLE

STANDALONE

GROUP

# Google's New Design



# Google's New Design

**"Join Group" Command**



StopCurrentApp();





| IDLE |
| --- |

| STANDALONE |
| --- |

| GROUP |
| --- |

# Google's New Design



**"Join Group" Command**

**DOWNSTAIRS**

StopCurrentApp();
AddGroup(g);

IDLE

STANDALONE

GROUP

# Google's New Design



# Idle Mode



# Standalone Mode



# Group Mode



# Google's New Design



IDLE

GROUP

STANDALONE

# Google's New Design



# Video Demonstration





# Google's New Design



# Google's New Design



# Google's New Design



StopCurrentApp();

IDLE

STANDALONE

GROUP

# Google's New Design



AddGroup(g);

IDLE

STANDALONE

GROUP

DOWNSTAIRS

# Google's New Design

IDLE

STANDALONE

GROUP

DOWNSTAIRS

# Google's New Design



# Google's New Design





IDLE

STANDALONE

GROUP

DOWNSTAIRS

# Google's Home App Group



# Examples of Uses of Google Home App



Google Home



## Watch or listen to media
- Voice Match
- Music
- News
- Watch news
- Podcasts
- Radio
- Relax
- Bluetooth
- Audiobooks

## Plan your day
- Routines
- Traffic
- Local guide

News 

Radio  

Traffic  

Weather 

Flight Info 

Google Photos 

Shopping List 

Reminders 

Timer

Security Video 

4

*Sonos v. Google*

*Dr. Dan Schonfeld Direct Examination*



# Education and Experience

## EDUCATION



**THE JOHNS HOPKINS UNIVERSITY**

Ph.D. Electrical and Computer Engineering, 1990

M.S. Electrical and Computer Engineering, 1988



**UNIVERSITY OF CALIFORNIA, BERKELEY**

B.S. Electrical Engineering and Computer Science, 1986

## EXPERIENCE



**UNIVERSITY OF ILLINOIS AT CHICAGO**

Professor, ECE, CS, Bioengineering Departments (1990 – Current)

Director, University-Industry Engineering Research Center (2008 – 2011)

Co-Director, Multimedia Communications Laboratory (1997 – Current)

Editor-In-Chief, IEEE Trans. On Circuits And Systems For Video Tech. (2014-2017)

# Recognitions and Research

## RECOGNITIONS

  

## RESEARCH

 **U.S. Department of Defense**   

 

DDX10.3

# '885 Patent, Claim 1 vs. '966 Patent, Claim 1

## '885 Patent, Claim 1

**[1.0]** A first zone player comprising:

**[1.1]** a network interface that is configured to communicatively couple the first zone player to at least one data network;

**[1.2]** one or more processors;

**[1.3]** a non-transitory computer-readable medium; and

**[1.4]** program instructions stored on the non-transitory computer-readable medium that, when executed by the one or more processors, cause the first zone player to perform functions comprising:

## '966 Patent, Claim 1

**[1.0]** A computing device comprising:

**[1.1]** one or more processors;

**[1.2]** a non-transitory computer-readable medium; and

**[1.3]** program instructions stored on the non-transitory computer-readable medium that, when executed by the one or more processors, cause the computing device to perform functions comprising:



FIG. 1

# '885 Patent, Claim 1 vs. '966 Patent, Claim 1

## '885 Patent, Claim 1

[1.5] while operating in a standalone mode in which the first zone player is configured to play back media individually in a networked media playback system comprising the first zone player and at least two other zone players:

[1.6] (i) receiving, from a network device over a data network, a first indication that the first zone player has been added to a first zone scene comprising a first predefined grouping of zone players including at least the first zone player and a second zone player that are to be configured for synchronous playback of media when the first zone scene is invoked; and

[1.7] (ii) receiving, from the network device over the data network, a second indication that the first zone player has been added to a second zone scene comprising a second predefined grouping of zone players including at least the first zone player and a third zone player that are to be configured for synchronous playback of media when the second zone scene is invoked, wherein the second zone player is different than the third zone player;

[1.8] after receiving the first and second indications, continuing to operate in the standalone mode until a given one of the first and second zone scenes has been selected for invocation;

## '966 Patent, Claim 1

[1.4] while serving as a controller for a networked media playback system comprising a first zone player and at least two other zone players, wherein the first zone player is operating in a standalone mode in which the first zone player is configured to play back media individually:

[1.5] receiving a first request to create a first zone scene comprising a first predefined grouping of zone players including at least the first zone player and a second zone player that are to be configured for synchronous playback of media when the first zone scene is invoked;

[1.6] based on the first request, i) causing creation of the first zone scene, ii) causing an indication of the first zone scene to be transmitted to the first zone player, and iii) causing storage of the first zone scene;

[1.7] receiving a second request to create a second zone scene comprising a second predefined grouping of zone players including at least the first zone player and a third zone player that are to be configured for synchronous playback of media when the second zone scene is invoked, wherein the third zone player is different than the second zone player;

[1.8] based on the second request, i) causing creation of the second zone scene, ii) causing an indication of the second zone scene to be transmitted to the first zone player, and iii) causing storage of the second zone scene;

[1.9] displaying a representation of the first zone scene and a representation of the second zone scene; and

# '885 Patent, Claim 1 vs. '966 Patent, Claim 1

## '885 Patent, Claim 1

**[1.5]** while operating in a standalone mode in which the first zone player is configured to play back media individually in a networked media playback system comprising the first zone player and at least two other zone players:

**[1.6]** (i) receiving, from a network device over a data network, a first indication that the first zone player has been added to a first zone scene comprising a first predefined grouping of zone players including at least the first zone player and a second zone player that are to be configured for synchronous playback of media when the first zone scene is invoked; and

**[1.7]** (ii) receiving, from the network device over the data network, a second indication that the first zone player has been added to a second zone scene comprising a second predefined grouping of zone players including at least the first zone player and a third zone player that are to be configured for synchronous playback of media when the second zone scene is invoked, wherein the second zone player is different than the third zone player;

**[1.8]** after receiving the first and second indications, continuing to operate in the standalone mode until a given one of the first and second zone scenes has been selected for invocation;

## '966 Patent, Claim 1

**[1.4]** while serving as a controller for a networked media playback system comprising a first zone player and at least two other zone players, wherein the first zone player is operating in a standalone mode in which the first zone player is configured to play back media individually:

**[1.5]** receiving a first request to create a first zone scene comprising a first predefined grouping of zone players including at least the first zone player and a second zone player that are to be configured for synchronous playback of media when the first zone scene is invoked;

**[1.6]** based on the first request, i) causing creation of the first zone scene, ii) causing an indication of the first zone scene to be transmitted to the first zone player, and iii) causing storage of the first zone scene;

**[1.7]** receiving a second request to create a second zone scene comprising a second predefined grouping of zone players including at least the first zone player and a third zone player that are to be configured for synchronous playback of media when the second zone scene is invoked, wherein the third zone player is different than the second zone player;

**[1.8]** based on the second request, i) causing creation of the second zone scene, ii) causing an indication of the second zone scene to be transmitted to the first zone player, and iii) causing storage of the second zone scene;

**[1.9]** displaying a representation of the first zone scene and a representation of the second zone scene; and

# '885 Patent, Claim 1 vs. '966 Patent, Claim 1

## '885 Patent, Claim 1

**[1.5]** while operating in a standalone mode in which the first zone player is configured to play back media individually in a networked media playback system comprising the first zone player and at least two other zone players:

\* \* \*

**[1.9]** after the given one of the first and second zone scenes has been selected for invocation, receiving, from the network device over the data network, an instruction to operate in accordance with a given one of the first and second zone scenes respectively comprising a given one of the first and second predefined groupings of zone players; and

**[1.10]** based on the instruction, transitioning from operating in the standalone mode to operating in accordance with the given one of the first and second predefined groupings of zone players such that the first zone player is configured to coordinate with at least one other zone player in the given one of the first and second predefined groupings of zone players over a data network in order to output media in synchrony with output of media by the at least one other zone player in the given one of the first and second predefined groupings of zone players.

## '966 Patent, Claim 1

**[1.4]** while serving as a controller for a networked media playback system comprising a first zone player and at least two other zone players, wherein the first zone player is operating in a standalone mode in which the first zone player is configured to play back media individually:

\* \* \*

**[1.10]** while displaying the representation of the first zone scene and the representation of the second zone scene, receiving a third request to invoke the first zone scene; and

**[1.11]** based on the third request, causing the first zone player to transition from operating in the standalone mode to operating in accordance with the first predefined grouping of zone players such that the first zone player is configured to coordinate with at least the second zone player to output media in synchrony with output of media by at least the second zone player.

DDX10.7

| Claim Term | Sonos Patents | Agreed-Upon Construction |
|---|---|---|
| "zone scene" | '885 Patent<br>'966 Patent | "a previously-saved grouping of zone players according to a common theme" |
| "indication that the first zone player has been added to a zone scene" | '885 Patent | "indication from the network device that the [first] zone player has been added by the user to a zone scene" |

**Person of Ordinary Skill In the Art:**

A person of ordinary skill in the art of the '885 and '966 patents would have at least

(a) a ==bachelor's degree in computer science, computer engineering, electrical engineering==, or an equivalent thereof, and

(b) at least ==2-4 years of professional experience== in the field of multimedia playback systems, such as consumer audio systems, or an equivalent level of skill, knowledge, and experience.

Moreover, additional education could substitute for work experience and significant work experience could substitute for formal education.

DDX10.9



**Zone Scene: Morning**

500

'966/'885 Patent (TX0001, TX0003) at Fig. 5A

If the user wishes to link 5 of the 6 zone players using the current mechanism, he/she must start with a single zone and then manually link each zone to that zone. This mechanism may be sometimes quite time consuming. According to one embodiment, a set of zones can be dynamically linked together using one command. Using what is referred to herein as a theme or a zone scene, zones can be configured in a particular scene (e.g., morning, afternoon, or garden), where a predefined zone grouping and setting of attributes for the grouping are automatically effectuated.

For instance, a "Morning" zone scene/configuration command would link the Bedroom, Den and Dining Room together in one action. Without this single command, the user would need to manually and individually link each zone. FIG. **3**A provides an illustration of one zone scene, where the left column shows the starting zone grouping—all zones are separate, the column on the right shows the effects of grouping the zones to make a group of 3 zones named after "Morning".

**'885 Patent (TX0003) at 8:42-61**

DDX10.10

Start

600

configure a
zone scene — 602

decide which zone players to be
associated with the scene — 604

save the scene with parameters — 606

**Setup**

invoke a
zone scene — 610

check status of zone players in the scene — 612

execute commands to synchronize
the zone players — 614

**Invocation**

*FIG. 6*

**Setup** *Creating a "morning" group*



Bedroom

Den

Dining Room

**Save For Later**

**Invocation** *Invoking the "morning" group*



Bedroom

Den

Dining Room

# Party Mode in the Patent

Party Mode

Morning Wakeup

FIG. 7

'966 Patent at Fig. 7

DDX10.12

**April 2001**
Lindemann



**2004**
Yamaha



**Jan 2005**
Sonos 2005 System



**2005**
Crestron



**Nov 2005**
Squeezebox



**Sep 2002**
Nourse



**July 2004**
Bose





**Feb – Sep 2005**
Sonos Forums



**Dec 2005**
Alleged
Conception
Date

**Sep 2006**
Earliest Priority
Date

DDX10.13

**YAMAHA**

■ **[Scene Number]**

Displays the number of the current scene or scene link. A list where you can select a scene or scene link is displayed when you press the [▼]. The EDIT indicator will light when a parameter has been edited after recalling or storing a scene.



TX2426 at 55



While DME does not explicitly teach the inclusion, exclusion, etc. of particular enumerated first, second, etc. players of the set of available players to form, create, save, recall etc. a particular first, second, etc. grouping Examiner takes official notice that the grouping and sub-grouping of a constellation of audio players to include or disclude particular players from an operational set was well known in the art before the effective filing date of the instant invention and would have been an obvious inclusion. The DME system enables the practice of the claimed

TX0004 (file history for '966 patent) at 4577

DDX10.15



and would have been an obvious inclusion. The DME system enables the practice of the claimed subject matter without undue experimentation and as such grouping of playback device and channels thereon would have been obvious as a matter of routine experimentation over the course of normal operation by the average skilled practitioner upon the DME interface to create, save and recall various configurations including and/or excluding the particular enumerated playback devices.

TX0004 (file history for '966 patent) at 4577

# SONOS

device groups can be changed as required." *Id.* at p. 281 (emphasis added).  Thus, DME Scenes can be configured/stored/recalled within a given DME device group that is already established— but the DME Manual does ***not*** suggest that recalling a DME Scene can re-group individual devices into different DME device groups.

TX0004 (file history for '966 patent) at 823

DDX10.17



**Reasons for Allowance**

The following is an examiner's statement of reasons for allowance: the prior art does not reasonably teach the subject matter of the independent claims. Particularly while DME operates to accomplish playback of selected media in synchrony on a selected set of first, second, etc. playback devices when a scene is invoked upon said set of players, DME does not allow for continuous output of media on a particular playback device and joining of the continuous output by a selected playback device or set thereof in synchrony with media currently playing back upon the particular playback device. That is, the prior art enables the selection of a device or group for synchronized playback of

TX0006 (file history for '885) at 5850

**uspto**

device. That is, the prior art enables the selection of a device or group for synchronized playback of media, however the synchronization is the start of the process. Whereas invocation of a scene which adds a playback device or group thereof as claimed causes the added playback device(s) to join with a particular playback device currently playing media and output said media in synchrony with the particular playback device without a pause or interruption of the playing media nor any need for a user to further engage with playback controls of the playing media. The Bose teaches a system which allows

TX0006 (file history for '885) at 5850

**BOSE**

### Linking rooms for common control

There are two ways to link rooms in order to control them as one.

- Set up a shared source in two or more rooms and select them together using the ROOM button. See "Setting up a shared source" above.
- Link all connected rooms using the HOUSE button. See "Using the HOUSE button" on page 43.

### Returning to single-room control

After you have gained control of multiple rooms using the ROOM button, you can use the ROOM button again to gain control of a single room. Press ROOM until the room you want is displayed (Ⓐ, Ⓑ, Ⓒ, or Ⓓ). Control that room as desired.

 

**Multi-room Interface**      **Personal Media Center**

**Room button**

**House button**

 

**Multi-room Interface**      **Personal Media Center**

| ROOM A | ROOM B |
|---|---|
|   |   |
| **Jewel Cube Speakers** | **Jewel Cube Speakers** |

| ROOM C | ROOM D |
|---|---|
|  |  |
| **Jewel Cube Speakers** | **Jewel Cube Speakers** |

| ROOM A | ROOM B |
|---|---|
|  |   |
| **Jewel Cube Speakers** | **Jewel Cube Speakers** |

| ROOM C | ROOM D |
|---|---|
|  |   |
| **Jewel Cube Speakers** | **Jewel Cube Speakers** |

TX6000 at 7, 10, 44

DDX10.20



interruption. Bose displays static groupings of media players attached as "rooms" and the rooms may be individually activated and individually configured for delivery of a synchronous media and/or grouped into a party mode where all rooms synchronously deliver a common media. As such Bose does not allow

TX0006 ('885 file history) at 5850

## Old Devices

Firmware version 1.56.309385

Firmware version 1.56.313652

## New Devices

Firmware version 1.56.324896





Nest Hub



Nest Audio Player



Nest Mini



Google Pixel 7



iPhone 12 Pro




|  | **'885 Patent** | **'966 Patent** |
|---|---|---|
| **Old Design** | | No storage of zone scenes |
| **New Design** | No operating in standalone mode | No operating in standalone mode<br>No storage of zone scenes |

# Google's New Design



# Google's New Design



IDLE

STANDALONE

GROUP

# Google's New Design



# Google's New Design



IDLE

STANDALONE

GROUP

# Google's New Design



# Google's New Design



IDLE

STANDALONE

GROUP

# Google's New Design



# Google's New Design



IDLE

STANDALONE

GROUP

# Google's New Design







```
base::flat_set<std::string> group_uuids({virtual_group_uuid_});
 for (const auto& g : local_groups) {
  group_uuids.insert(g.uuid);
  auto it = groups_.find(g.uuid);
  if (it == groups_.end()) {
   StopCurrentApp();
   AddGroup(g);
  } else if (it->second->Reconfigure(g)) {
   SaveGroupConfig(g);
  } else {
   continue;
  }
  groups_changed = true;
SC-GOOG-SONOSNDCA-001637-38.
```

# Google's New Design Does Not Infringe The '885 Patent



1. A first zone player comprising:

a network interface that is configured to communicatively couple the first zone player to at least one data network;

one or more processors;

a non-transitory computer-readable medium; and

program instructions stored on the non-transitory computer-readable medium that, when executed by the one or more processors, cause the first zone player to perform functions comprising:

while operating in a standalone mode in which the first zone player is configured to play back media individually in a networked media playback system comprising the first zone player and at least two other zone players:

(i) receiving, from a network device over a data network, a first indication that the first zone player has been added to a first zone scene comprising a first predefined grouping of zone players including at least the first zone player and a second zone player that are to be configured for synchronous playback of media when the first zone scene is invoked; and

(ii) receiving, from the network device over the data network, a second indication that the first zone player has been added to a second zone scene comprising a second predefined grouping of zone players including at least the first zone player and a third zone player that are to be configured for synchronous playback of media when the second zone scene is invoked, wherein the second zone player is different than the third zone player;

after receiving the first and second indications, continuing to operate in the standalone mode until a given one of the first and second zone scenes has been selected for invocation;

after the given one of the first and second zone scenes has been selected for invocation, receiving, from the network device over the data network, an instruction to operate in accordance with a given one of the first and second zone scenes respectively comprising a given one of the first and second predefined groupings of zone players; and

based on the instruction, transitioning from operating in the standalone mode to operating in accordance with the given one of the first and second predefined groupings of zone players such that the first zone player is configured to coordinate with at least one other zone player in the given one of the first and second predefined groupings of zone players over a data network in order to output media in synchrony with output of media by the at least one other zone player in the given one of the first and second predefined groupings of zone players.

**'885 Patent, Claim 1**

DDX10.33

# Google's New Design Does Not Infringe The '966 Patent



**1**. A computing device comprising: one or more processors;

a non-transitory computer-readable medium; and program instructions stored on the non-transitory computer-readable medium that, when executed by the one or more processors, cause the computing device to perform functions comprising:

while serving as a controller for a networked media playback system comprising a first zone player and at least two other zone players, wherein the first zone player is operating in a standalone mode in which the first zone player is configured to play back media individually:

receiving a first request to create a first zone scene comprising a first predefined grouping of zone players including at least the first zone player and a second zone player that are to be configured for synchronous playback of media when the first zone scene is invoked;

based on the first request, i) causing creation of the first zone scene, ii) causing an indication of the first zone scene to be transmitted to the first zone player, and iii) causing storage of the first zone scene;

receiving a second request to create a second zone scene comprising a second predefined grouping of zone players including at least the first zone player and a third zone player that are to be configured for synchronous playback of media when the second zone scene is invoked, wherein the third zone player is different than the second zone player;

based on the second request, i) causing creation of the second zone scene, ii) causing an indication of the second zone scene to be transmitted to the first zone player, and iii) causing storage of the second zone

scene; displaying a representation of the first zone scene and a representation of the second zone scene; and while displaying the representation of the first zone scene and the representation of the second zone scene, receiving a third request to invoke the first zone scene; and

based on the third request, causing the first zone player to transition from operating in the standalone mode to operating in accordance with the first predefined grouping of zone players such that the first zone player is configured to coordinate with at least the second zone player to output media in synchrony with output of media by at least the second zone player.

## '966 Patent, Claim 1






|  | '885 Patent | '966 Patent |
|---|---|---|
| **New Design** | No operating in standalone mode | No operating in standalone mode<br>No storage of zone scenes |
| **Old Design** |  | No storage of zone scenes |



The process **600** is initiated only when a user decides to proceed with a zone scene at **602**. The process **600** then moves to **604** where it allows a user to decide which zone players to be associated with the scene. For example, there are ten players in a household, and the scene is named after "Morning". The user may be given an interface to select four of the ten players to be associated with the scene. At **606**, the scene is saved. The scene may be saved in any one of the members in the scene. In the example of FIG. **1**, the scene is saved in one of the zone players and displayed on the controller **142**. In operation, a set of data pertaining to the scene includes a plurality of parameters. In one embodiment, the parameters include, but may not be limited to, identifiers (e.g., IP address) of the associated players and a playlist. The parameters may also include volume/tone settings for the associated players in the scene. The user may go back to **602** to configure another scene if desired.

'966 Patent, 10:36-52

## Multizone - cast_shell integration

Author: kmackay@google.com (Ken MacKay)
Last updated: 08-Jan-2016
See also: Multizone Audio Design

Setup
   Join multizone group
   Remove multizone group
   Disband multizone group
   Calibrated audio output delay
   Changes to eureka_info response
Making groups castable
Handling group launches
Follower-specific

## Setup

Some CastV2 commands have been added to allow the Google Cast app to configure groups. Whenever one of the commands arrives, the group configuration is updated and stored in the prefs file on the device. The change is also sent to the MultizoneManager.

All multizone group management commands are in the setup namespace.

### Join multizone group

Adds the target device to a multizone group.

```
{
    "type": "multizone/join_group",
    "data": {
        "uuid": "<group uuid>",
        "name": "<group name>",
        // optional, manually configure leader
        "leader":" "" or "self" or "<leader IP>"
    },
    "request_id": <request ID>
}
```

### Remove multizone group

Removes the target device from a multizone group.

```
{
    "type": "multizone/leave_group",
    "data": {
        "uuid": "<group uuid>"
    },
}
```

## Setup

Some CastV2 commands have been added to allow the Google Cast app to configure groups. Whenever one of the commands arrives, the group configuration is updated and stored in the prefs file on the device. The change is also sent to the MultizoneManager.

All multizone group management commands are in the setup namespace.

### Join multizone group

Adds the target device to a multizone group.

```
{
    "type": "multizone/join_group",
    "data": {
        "uuid": "<group uuid>",
        "name": "<group name>",
        // optional, manually configure leader
        "leader": "" or "self" or "<leader IP>"
    },
    "request_id": <request ID>
}
```

TX6453

DDX10.37

# The "Causing Storage" Requirement



1. A computing device comprising: one or more processors;

a non-transitory computer-readable medium; and program instructions stored on the non-transitory computer-readable medium that, when executed by the one or more processors, cause the computing device to perform functions comprising:

while serving as a controller for a networked media playback system comprising a first zone player and at least two other zone players, wherein the first zone player is operating in a standalone mode in which the first zone player is configured to play back media individually:

receiving a first request to create a first zone scene comprising a first predefined grouping of zone players including at least the first zone player and a second zone player that are to be configured for synchronous playback of media when the first zone scene is invoked;

based on the first request, i) causing creation of the first zone scene, ii) causing an indication of the first zone scene to be transmitted to the first zone player, and iii) causing storage of the first zone scene;

receiving a second request to create a second zone scene comprising a second predefined grouping of zone players including at least the first zone player and a third zone player that are to be configured for synchronous playback of media when the second zone scene is invoked, wherein the second zone scene is transmitted to the second zone player;

based on the second request, i) causing creation of the second zone scene, ii) causing an indication of the second zone scene to be transmitted to the first zone player, and iii) causing storage of the second zone

scene; displaying a representation of the first zone scene and a representation of the second zone scene; and while displaying the representation of the first zone scene and the representation of the second zone scene, receiving a third request to invoke the first zone scene; and

based on the third request, causing the first zone player to transition from operating in the standalone mode to operating in accordance with the first predefined grouping of zone players such that the first zone player is configured to coordinate with at least the second zone player to output media in synchrony with output of media by at least the second zone player.

**✗ causing storage of the first zone scene**

**✗ causing storage of the second zone**

## '966 patent (TX0001) at claim 1

# Invalidity Materials Considered By Dr. Schonfeld

## Sonos Patent Documents



- '885 and '966 Patents
- '885 and '966 Patents File Histories
- Claim Construction Material

## Product Documentation



- Customer-facing Literature
- Internal Documents
- Source Code

## Sworn Testimony and Admissions



- Testimony from Sonos engineers and inventors (Lambourne, Millington)
- Sonos interrogatory responses

## Product Testing




- Squeezebox
- Sonos Prior Art System

# Invalidity Materials <u>Not</u> Considered By Patent Examiner

## Sonos Patent Documents



- '885 and '966 Patents
- '885 and '966 Patents File Histories
- Claim Construction Material

## Product Documentation



- Customer-facing Literature
- Internal Documents
- Source Code

## Sworn Testimony and Admissions



- Testimony from Sonos engineers and inventors (Lambourne, Millington)
- Sonos interrogatory responses

## Product Testing




- Squeezebox
- Sonos Prior Art System

DDX10.40

# Claim 1 of '885 Patent

**Sonos 2005**

| | |
|---|---|
| **[1.0]** A first zone player comprising: | ✔ |
| **[1.1]** a network interface that is configured to communicatively couple the first zone player to at least one data network; | ✔ |
| **[1.2]** one or more processors; | ✔ |
| **[1.3]** a non-transitory computer-readable medium; and | ✔ |
| **[1.4]** program instructions stored on the non-transitory computer-readable medium that, when executed by the one or more processors, cause the first zone player to perform functions comprising: | ✔ |

**[1.5]** while operating in a standalone mode in which the first zone player is configured to play back media individually in a networked media playback system comprising the first zone player and at least two other zone players:

> **[1.6]** (i) receiving, from a network device over a data network, a first indication that the first zone player has been added to a first zone scene comprising a first predefined grouping of zone players including at least the first zone player and a second zone player that are to be configured for synchronous playback of media when the first zone scene is invoked; and

> **[1.7]** (ii) receiving, from the network device over the data network, a second indication that the first zone player has been added to a second zone scene comprising a second predefined grouping of zone players including at least the first zone player and a third zone player that are to be configured for synchronous playback of media when the second zone scene is invoked, wherein the second zone player is different than the third zone player;

**[1.8]** after receiving the first and second indications, continuing to operate in the standalone mode until a given one of the first and second zone scenes has been selected for invocation;

**[1.9]** after the given one of the first and second zone scenes has been selected for invocation, receiving, from the network device over the data network, an instruction to operate in accordance with a given one of the first and second zone scenes respectively comprising a given one of the first and second predefined groupings of zone players; and

**[1.10]** based on the instruction, transitioning from operating in the standalone mode to operating in accordance with the given one of the first and second predefined groupings of zone players such that the first zone player is configured to coordinate with at least one other zone player in the given one of the first and second predefined groupings of zone players over a data network in order to output media in synchrony with output of media by the at least one other zone player in the given one of the first and second predefined groupings of zone players.



TX0062 at 6

# Claim 1 of '885 Patent

**Sonos 2005**

**[1.0]** A first zone player comprising: ✓

**[1.1]** a network interface that is configured to communicatively couple the first zone player to at least one data network; ✓

**[1.2]** one or more processors; ✓

**[1.3]** a non-transitory computer-readable medium; and ✓

**[1.4]** program instructions stored on the non-transitory computer-readable medium that, when executed by the one or more processors, cause the first zone player to perform functions comprising: ✓

**[1.5]** while operating in a standalone mode in which the first zone player is configured to play back media individually in a <u>networked media playback system</u> comprising the first zone player and at least two other zone players: ✓

**[1.6]** (i) receiving, from a <u>network device over a data network</u>, a first indication that the first zone player has been added to a first zone scene comprising a first predefined grouping of zone players including at least the first zone player and a second zone player that are to be configured for synchronous playback of media when the first zone scene is invoked; and ✓

**[1.7]** (ii) receiving, from the network device over the data network, a second indication that the first zone player has been added to a second zone scene comprising a second predefined grouping of zone players including at least the first zone player and a third zone player that are to be configured for synchronous playback of media when the second zone scene is invoked, wherein the second zone player is different than the third zone player;

**[1.8]** after receiving the first and second indications, continuing to operate in the standalone mode until a given one of the first and second zone scenes has been selected for invocation;

**[1.9]** after the given one of the first and second zone scenes has been selected for invocation, receiving, from the network device over the data network, an instruction to operate in accordance with a given one of the first and second zone scenes respectively comprising a given one of the first and second predefined groupings of zone players; and

**[1.10]** based on the instruction, transitioning from operating in the standalone mode to operating in accordance with the given one of the first and second predefined groupings of zone players such that the first zone player is configured to coordinate with at least one other zone player in the given one of the first and second predefined groupings of zone players over a data network in order to output media in synchrony with output of media by the at least one other zone player in the given one of the first and second predefined groupings of zone players.



TX0062 at 6

## ZonePlayer software updates

If a ZonePlayer's software version gets out of sync from the rest of your Sonos Digital Music System components, you will see the following message displayed on your **Zones** menu:



One or more ZonePlayers may need to be updated if you purchase a new ZonePlayer with a later software version, or if you plug in a ZonePlayer that was not in use when you performed your last software update.

You will also see this message if you have already updated your music system using the Controller. This message will indicate that the Desktop Controller software needs to be updated.

1.   Touch **OK** to begin the software update process.

TX0062 at 44





First Zone Group

16



TX6974 at 5





**Robert Lambourne**

**'885, '966 Patents Inventor**

6.        As part of this ad-hoc grouping technology, Sonos's controller interface also included an "All Zones-Party Mode" option, which was hard-coded into Sonos Controllers (and the Desktop Controller software) and allowed a user to create an-hoc "zone group" comprising all of the ZonePlayers in the user's system with a single touch rather than requiring the user to select each of the ZonePlayers one at a time.

7.        This ad-hoc grouping technology is described in the April 2005 User Guide for the Sonos Digital Music System (SONOS-SVG2-00227441 - SONOS-SVG2-00227554):

> **Zone groups**
>
> Two or more zones can be grouped together to form a zone group, which allows you to play the same music across zones. You can also link all the ZonePlayers in your house with one touch by selecting **All Zones-Party Mode**. You can add and drop zones from a zone group while your music is playing.

## TX3923 (Lambourne Decl.)

DDX10.51

SONOS



**Robert Lambourne**
**'885, '966 Patents Inventor**

Q. The next sentence reads: "Party Mode that currently ships with the product is one example of a zone scene." That is what you wrote; correct?

A. That's what I wrote, yes.

* * *

Q. Sure. When you say, "Party Mode that currently ships with the product," you were referring to the Party Mode that existed in the Sonos prior art 2005 system; correct?

A. I was referring to Party Mode of the original product, yes.

5/9/2023 Trial Tr. (Lambourne) at 520:21-521:10

DDX10.52



FIG. 1

FIG. 2B



**FIG. 1**

**FIG. 2B**



# Claim 1 of '966 Patent

**Sonos 2005**

| | |
|---|---|
| **1.0** A computing device comprising: | ✔️ |
| **1.1** one or more processors; | ✔️ |
| **1.2** a non-transitory computer-readable medium; and | ✔️ |
| **1.3** program instructions stored on the non-transitory computer-readable medium that, when executed by the one or more processors, cause the computing device to perform functions comprising: | ✔️ |
| **1.4** while serving as a controller for a networked media playback system comprising a first zone player and at least two other zone players, wherein the first zone player is operating in a standalone mode in which the first zone player is configured to play back media individually: | ✔️ |
| **1.5** receiving a first request to create a first zone scene comprising a first predefined grouping of zone players including at least the first zone player and a second zone player that are to be configured for synchronous playback of media when the first zone scene is invoked; | ✔️ |
| **1.6** based on the first request, i) causing creation of the first zone scene, ii) causing an indication of the first zone scene to be transmitted to the first zone player, and iii) causing storage of the first zone scene; | ✔️ |
| **1.7** receiving a second request to create a second zone scene comprising a second predefined grouping of zone players including at least the first zone player and a third zone player that are to be configured for synchronous playback of media when the second zone scene is invoked, wherein the third zone player is different than the second zone player; | |
| **1.8** based on the second request, i) causing creation of the second zone scene, ii) causing an indication of the second zone scene to be transmitted to the first zone player, and iii) causing storage of the second zone scene; | |
| **1.9** displaying a representation of the first zone scene and a representation of the second zone scene; and | ✔️ |
| **1.10** while displaying the representation of the first zone scene and the representation of the second zone scene, receiving a third request to invoke the first zone scene; and | |
| **1.11** based on the third request, causing the first zone player to transition from operating in the standalone mode to operating in accordance with the first predefined grouping of zone players such that the first zone player is configured to coordinate with at least the second zone player to output media in synchrony with output of media by at least the second zone player. | |

*Sonos v. Google*

*Dr. Dan Schonfeld Direct Examination*



**DDX10.1**

# '885 Patent, Claim 1 vs. '966 Patent, Claim 1

## '885 Patent, Claim 1

**[1.5]** while operating in a standalone mode in which the first zone player is configured to play back media individually in a networked media playback system comprising the first zone player and at least two other zone players:

**[1.6]** (i) receiving, from a network device over a data network, a first indication that the first zone player has been added to a first zone scene comprising a first predefined grouping of zone players including at least the first zone player and a second zone player that are to be configured for synchronous playback of media when the first zone scene is invoked; and

**[1.7]** (ii) receiving, from the network device over the data network, a second indication that the first zone player has been added to a second zone scene comprising a second predefined grouping of zone players including at least the first zone player and a third zone player that are to be configured for synchronous playback of media when the second zone scene is invoked, wherein the second zone player is different than the third zone player;

**[1.8]** after receiving the first and second indications, continuing to operate in the standalone mode until a given one of the first and second zone scenes has been selected for invocation;

## '966 Patent, Claim 1

**[1.4]** while serving as a controller for a networked media playback system comprising a first zone player and at least two other zone players, wherein the first zone player is operating in a standalone mode in which the first zone player is configured to play back media individually:

**[1.5]** receiving a first request to create a first zone scene comprising a first predefined grouping of zone players including at least the first zone player and a second zone player that are to be configured for synchronous playback of media when the first zone scene is invoked;

**[1.6]** based on the first request, i) causing creation of the first zone scene, ii) causing an indication of the first zone scene to be transmitted to the first zone player, and iii) causing storage of the first zone scene;

**[1.7]** receiving a second request to create a second zone scene comprising a second predefined grouping of zone players including at least the first zone player and a third zone player that are to be configured for synchronous playback of media when the second zone scene is invoked, wherein the third zone player is different than the second zone player;

**[1.8]** based on the second request, i) causing creation of the second zone scene, ii) causing an indication of the second zone scene to be transmitted to the first zone player, and iii) causing storage of the second zone scene;

**[1.9]** displaying a representation of the first zone scene and a representation of the second zone scene; and

# The "Causing Storage" Requirement



1. A computing device comprising: one or more processors;

a non-transitory computer-readable medium; and program instructions stored on the non-transitory computer-readable medium that, when executed by the one or more processors, cause the computing device to perform functions comprising:

while serving as a controller for a networked media playback system comprising a first zone player and at least two other zone players, wherein the first zone player is operating in a standalone mode in which the first zone player is configured to play back media individually:

receiving a first request to create a first zone scene comprising a first predefined grouping of zone players including at least the first zone player and a second zone player that are to be configured for synchronous playback of media when the first zone scene is invoked;

based on the first request, i) causing creation of the first zone scene, ii) causing an indication of the first zone scene to be transmitted to the first zone player, and iii) causing storage of the first zone scene;

receiving a second request to create a second zone scene comprising a second predefined grouping of zone players including at least the first zone player and a third zone player that are to be configured for synchronous playback of media when the second zone scene is invoked, wherein the first zone player is part of the second zone player;

based on the second request, i) causing creation of the second zone scene, ii) causing an indication of the second zone scene to be transmitted to the first zone player, and iii) causing storage of the second zone

scene; displaying a representation of the first zone scene and a representation of the second zone scene; and while displaying the representation of the first zone scene and the representation of the second zone scene, receiving a third request to invoke the first zone scene; and

based on the third request, causing the first zone player to transition from operating in the standalone mode to operating in accordance with the first predefined grouping of zone players such that the first zone player is configured to coordinate with at least the second zone player to output media in synchrony with output of media by at least the second zone player.

❌ causing storage of the first zone scene

❌ causing storage of the second zone

'966 patent (TX0001) at claim 1

DDX10.38



TX6974 at 5



# Claim 1 of '966 Patent

**Sonos 2005**

| | |
|---|---|
| **1.0** A computing device comprising: | ✔️ |
| **1.1** one or more processors; | ✔️ |
| **1.2** a non-transitory computer-readable medium; and | ✔️ |
| **1.3** program instructions stored on the non-transitory computer-readable medium that, when executed by the one or more processors, cause the computing device to perform functions comprising: | ✔️ |
| **1.4** while serving as a controller for a networked media playback system comprising a first zone player and at least two other zone players, wherein the first zone player is operating in a standalone mode in which the first zone player is configured to play back media individually: | ✔️ |
| **1.5** receiving a first request to create a first zone scene comprising a first predefined grouping of zone players including at least the first zone player and a second zone player that are to be configured for synchronous playback of media when the first zone scene is invoked; | ✔️ |
| **1.6** based on the first request, i) causing creation of the first zone scene, ii) causing an indication of the first zone scene to be transmitted to the first zone player, and iii) causing storage of the first zone scene; | ✔️ |
| **1.7** receiving a second request to create a second zone scene comprising a second predefined grouping of zone players including at least the first zone player and a third zone player that are to be configured for synchronous playback of media when the second zone scene is invoked, wherein the third zone player is different than the second zone player; | |
| **1.8** based on the second request, i) causing creation of the second zone scene, ii) causing an indication of the second zone scene to be transmitted to the first zone player, and iii) causing storage of the second zone scene; | |
| **1.9** displaying a representation of the first zone scene and a representation of the second zone scene; and | ✔️ |
| **1.10** while displaying the representation of the first zone scene and the representation of the second zone scene, receiving a third request to invoke the first zone scene; and | |
| **1.11** based on the third request, causing the first zone player to transition from operating in the standalone mode to operating in accordance with the first predefined grouping of zone players such that the first zone player is configured to coordinate with at least the second zone player to output media in synchrony with output of media by at least the second zone player. | |

# Claim 1 of '885 Patent

**Sonos 2005**

| | |
|---|:---:|
| **[1.0]** A first zone player comprising: | ✅ |
| **[1.1]** a network interface that is configured to communicatively couple the first zone player to at least one data network; | ✅ |
| **[1.2]** one or more processors; | ✅ |
| **[1.3]** a non-transitory computer-readable medium; and | ✅ |
| **[1.4]** program instructions stored on the non-transitory computer-readable medium that, when executed by the one or more processors, cause the first zone player to perform functions comprising: | ✅ |
| **[1.5]** while operating in a standalone mode in which the first zone player is configured to play back media individually in a networked media playback system comprising the first zone player and at least two other zone players: | ✅ |
| **[1.6]** (i) receiving, from a network device over a data network, a first indication that the first zone player has been added to a first zone scene comprising a first predefined grouping of zone players including at least the first zone player and a second zone player that are to be configured for synchronous playback of media when the first zone scene is invoked; and | ✅ |
| **[1.7]** (ii) receiving, from the network device over the data network, a second indication that the first zone player has been added to a second zone scene comprising a second predefined grouping of zone players including at least the first zone player and a third zone player that are to be configured for synchronous playback of media when the second zone scene is invoked, wherein the second zone player is different than the third zone player; | |
| **[1.8]** after receiving the first and second indications, continuing to operate in the standalone mode until a given one of the first and second zone scenes has been selected for invocation; | |
| **[1.9]** after the given one of the first and second zone scenes has been selected for invocation, receiving, from the network device over the data network, an instruction to operate in accordance with a given one of the first and second zone scenes respectively comprising a given one of the first and second predefined groupings of zone players; and | ✅ |
| **[1.10]** based on the instruction, transitioning from operating in the standalone mode to operating in accordance with the given one of the first and second predefined groupings of zone players such that the first zone player is configured to coordinate with at least one other zone player in the given one of the first and second predefined groupings of zone players over a data network in order to output media in synchrony with output of media by the at least one other zone player in the given one of the first and second predefined groupings of zone players. | ✅ |



# Claim 1 of '966 Patent

**Sonos 2005**

| | |
|---|---|
| **1.0** A computing device comprising: | ✅ |
| **1.1** one or more processors; | ✅ |
| **1.2** a non-transitory computer-readable medium; and | ✅ |
| **1.3** program instructions stored on the non-transitory computer-readable medium that, when executed by the one or more processors, cause the computing device to perform functions comprising: | ✅ |
| **1.4** while serving as a controller for a networked media playback system comprising a first zone player and at least two other zone players, wherein the first zone player is operating in a standalone mode in which the first zone player is configured to play back media individually: | ✅ |
| **1.5** receiving a first request to create a first zone scene comprising a first predefined grouping of zone players including at least the first zone player and a second zone player that are to be configured for synchronous playback of media when the first zone scene is invoked; | ✅ |
| **1.6** based on the first request, i) causing creation of the first zone scene, ii) causing an indication of the first zone scene to be transmitted to the first zone player, and iii) causing storage of the first zone scene; | ✅ |
| **1.7** receiving a second request to create a second zone scene comprising a second predefined grouping of zone players including at least the first zone player and a third zone player that are to be configured for synchronous playback of media when the second zone scene is invoked, wherein the third zone player is different than the second zone player; | |
| **1.8** based on the second request, i) causing creation of the second zone scene, ii) causing an indication of the second zone scene to be transmitted to the first zone player, and iii) causing storage of the second zone scene; | |
| **1.9** displaying a representation of the first zone scene and a representation of the second zone scene; and | ✅ |
| **1.10** while displaying the representation of the first zone scene and the representation of the second zone scene, receiving a third request to invoke the first zone scene; and | ✅ |
| **1.11** based on the third request, causing the first zone player to transition from operating in the standalone mode to operating in accordance with the first predefined grouping of zone players such that the first zone player is configured to coordinate with at least the second zone player to output media in synchrony with output of media by at least the second zone player. | ✅ |



**Sonos 2005 System**

**Save 2nd Group**

**Alleged Invention**

FIG. 2B



# Claim 1 of '885 Patent

**Sonos 2005 + POSITA**

| | |
|---|---|
| **[1.0]** A first zone player comprising: | ✔ |
| **[1.1]** a network interface that is configured to communicatively couple the first zone player to at least one data network; | ✔ |
| **[1.2]** one or more processors; | ✔ |
| **[1.3]** a non-transitory computer-readable medium; and | ✔ |
| **[1.4]** program instructions stored on the non-transitory computer-readable medium that, when executed by the one or more processors, cause the first zone player to perform functions comprising: | ✔ |
| **[1.5]** while operating in a standalone mode in which the first zone player is configured to play back media individually in a networked media playback system comprising the first zone player and at least two other zone players: | ✔ |
| **[1.6]** (i) receiving, from a network device over a data network, a first indication that the first zone player has been added to a first zone scene comprising a first predefined grouping of zone players including at least the first zone player and a second zone player that are to be configured for synchronous playback of media when the first zone scene is invoked; and | ✔ |
| **[1.7]** (ii) receiving, from the network device over the data network, a second indication that the first zone player has been added to a second zone scene comprising a second predefined grouping of zone players including at least the first zone player and a third zone player that are to be configured for synchronous playback of media when the second zone scene is invoked, wherein the second zone player is different than the third zone player; | ✔ |
| **[1.8]** after receiving the first and second indications, continuing to operate in the standalone mode until a given one of the first and second zone scenes has been selected for invocation; | ✔ |
| **[1.9]** after the given one of the first and second zone scenes has been selected for invocation, receiving, from the network device over the data network, an instruction to operate in accordance with a given one of the first and second zone scenes respectively comprising a given one of the first and second predefined groupings of zone players; and | ✔ |
| **[1.10]** based on the instruction, transitioning from operating in the standalone mode to operating in accordance with the given one of the first and second predefined groupings of zone players such that the first zone player is configured to coordinate with at least one other zone player in the given one of the first and second predefined groupings of zone players over a data network in order to output media in synchrony with output of media by the at least one other zone player in the given one of the first and second predefined groupings of zone players. | ✔ |



## Configure Preset Groups

Preset groups can be created to group speakers in adjacent rooms with a specified source, or switch into a whole-house "party" mode, by letting the user link a source with any number of rooms. Changing the source in any one room changes the source in all of the rooms in the preset group.

TX3698 at 66

**CRESTRON**

## Groups
\* Party
  Dine
  Read

### Party Mode and Other Room Groups

*Party* mode and other room groups are preset settings used to recall source/room combinations.

Press the **PARTY MODE** button to activate the *Party* mode.

For instructions on customizing the *Party* mode, refer to "Configure Preset Groups" on page 62.

To recall a room group:

- While in *Room* mode, press the **MORE** button.
- Press the soft button labeled **Groups** to display the list of groups.

*Groups Listing*

| SOURCE | | **Groups** | | SURRND |
| ROOM | | \* Party | | THEATER |
| HOUSE | | Dine | | DISPLAY |
| MENU | | Read | Setup | MORE |

Active groups are indicated with an asterisk (\*).

- Turn the selection knob to highlight the desired group and press **ENTER**.

**Dec 2005** Conception Date

**Sep 2006** Provisional Filing Date

TX3698 at 99-100

DDX10.64

# Claim 1 of '966 Patent

**Sonos 2005 + POSITA**

| | |
|---|---|
| **1.0** A computing device comprising: | ✅ |
| **1.1** one or more processors; | ✅ |
| **1.2** a non-transitory computer-readable medium; and | ✅ |
| **1.3** program instructions stored on the non-transitory computer-readable medium that, when executed by the one or more processors, cause the computing device to perform functions comprising: | ✅ |
| **1.4** while serving as a controller for a networked media playback system comprising a first zone player and at least two other zone players, wherein the first zone player is operating in a standalone mode in which the first zone player is configured to play back media individually: | ✅ |
| **1.5** receiving a first request to create a first zone scene comprising a first predefined grouping of zone players including at least the first zone player and a second zone player that are to be configured for synchronous playback of media when the first zone scene is invoked; | ✅ |
| **1.6** based on the first request, i) causing creation of the first zone scene, ii) causing an indication of the first zone scene to be transmitted to the first zone player, and iii) causing storage of the first zone scene; | ✅ |
| **1.7** receiving a second request to create a second zone scene comprising a second predefined grouping of zone players including at least the first zone player and a third zone player that are to be configured for synchronous playback of media when the second zone scene is invoked, wherein the third zone player is different than the second zone player; | ✅ |
| **1.8** based on the second request, i) causing creation of the second zone scene, ii) causing an indication of the second zone scene to be transmitted to the first zone player, and iii) causing storage of the second zone scene; | ✅ |
| **1.9** displaying a representation of the first zone scene and a representation of the second zone scene; and | ✅ |
| **1.10** while displaying the representation of the first zone scene and the representation of the second zone scene, receiving a third request to invoke the first zone scene; and | ✅ |
| **1.11** based on the third request, causing the first zone player to transition from operating in the standalone mode to operating in accordance with the first predefined grouping of zone players such that the first zone player is configured to coordinate with at least the second zone player to output media in synchrony with output of media by at least the second zone player. | ✅ |

# Claim 1 of '885 Patent

| | |
|---|---|
| **[1.0]** A first zone player comprising: | ✅ |
| **[1.1]** a network interface that is configured to communicatively couple the first zone player to at least one data network; | ✅ |
| **[1.2]** one or more processors; | ✅ |
| **[1.3]** a non-transitory computer-readable medium; and | ✅ |
| **[1.4]** program instructions stored on the non-transitory computer-readable medium that, when executed by the one or more processors, cause the first zone player to perform functions comprising: | ✅ |
| **[1.5]** while operating in a standalone mode in which the first zone player is configured to play back media individually in a networked media playback system comprising the first zone player and at least two other zone players: | ✅ |
| **[1.6]** (i) receiving, from a network device over a data network, a first indication that the first zone player has been added to a first zone scene comprising a first predefined grouping of zone players including at least the first zone player and a second zone player that are to be configured for synchronous playback of media when the first zone scene is invoked; and | ✅ |
| **[1.7]** (ii) receiving, from the network device over the data network, a second indication that the first zone player has been added to a second zone scene comprising a second predefined grouping of zone players including at least the first zone player and a third zone player that are to be configured for synchronous playback of media when the second zone scene is invoked, wherein the second zone player is different than the third zone player; | ✅ |
| **[1.8]** after receiving the first and second indications, continuing to operate in the standalone mode until a given one of the first and second zone scenes has been selected for invocation; | ✅ |
| **[1.9]** after the given one of the first and second zone scenes has been selected for invocation, receiving, from the network device over the data network, an instruction to operate in accordance with a given one of the first and second zone scenes respectively comprising a given one of the first and second predefined groupings of zone players; and | ✅ |
| **[1.10]** based on the instruction, transitioning from operating in the standalone mode to operating in accordance with the given one of the first and second predefined groupings of zone players such that the first zone player is configured to coordinate with at least one other zone player in the given one of the first and second predefined groupings of zone players over a data network in order to output media in synchrony with output of media by the at least one other zone player in the given one of the first and second predefined groupings of zone players. | ✅ |

# Virtual Zones and Zone Grouping

17 years ago · 190 replies · 45377 views

27 February 2005



theboyg  Avid Contributor I · 22 replies

This "link/unlink" business is really cumbersome - and not a joy to use which goes against the ease of use of the rest of the system.

Why can't I have a virtual zone - ie a zone called "Downstairs" - and I can group all my downstairs zones into this. Then I dont have to keep manually linking/unlinking multiple zones everytime.

PLEASE !

G.

  2 people like this

👍 Like        💬 Quote        ✂ Share

TX2424

16 years ago · 61 replies · 15122 views

22 September 2005



**JeffT** Trending Lyricist I · 20 replies

Just got the intro bundle, and I am impressed. I did a search and did not find this suggested, but I would save Zone links as favorites. With only 2 ZPs it is not a problem yet, but when I add more it maybe. I would like to setup say Morning mode for the units I want in the morning and a preset volume between the units. Another example I would have 2 party modes, Summer and Winter. The Summer mode would include the deck speakers and the Winter mode would not. Also it would be nice to have playlists or radio station associated with each mode. So when I get up I press Morning the DI Chill radio station plays.

**TX3930 at 1**



**floras_dad** Lyricist III · 20 replies                                    17 years ago

Great idea. A macro-like scripter would enable you to set groups of zones, associate pl 27 September 2005 volumes, etc. You could do these as dynamic "presets" based on the Party Mode--which the spouse would love--like Entertaining, Romantic Dinner, Ambiance, etc

This is a great like-to-have.

**TX3928 at 3**



**SONOS**

**Robert Lambourne**
'885, '966 Patents
Inventor

Q. So Mr. Greenwood, in this prior public posting about the Sonos 2005 system, was describing the same type of problem that you were trying to solve with zone scenes and suggesting macros, which is a similar solution to what you had in mind for that functionality; correct?

A. In broad terms, yes. As an outcome, yes.

5/9/2023 Trial Tr. (Lambourne) at 541:2-7



16 years ago · 61 replies · 15122 views

22 September 2005

**JeffT**  Trending Lyricist I · 20 replies

Just got the intro bundle, and I am impressed. I did a search and did not find this suggested, but I would save Zone links as favorites. With only 2 ZPs it is not a problem yet, but when I add more it maybe. I would like to setup say Morning mode for the units I want in the morning and a preset volume between the units. Another example I would have 2 party modes, Summer and Winter. The Summer mode would include the deck speakers and the Winter mode would not. Also it would be nice to have playlists or radio station associated with each mode. So when I get up I press Morning the DI Chill radio station plays.

TX3930 at 1

**Winter Party**

**Summer Party**

SONOS



**Robert Lambourne**
**'885, '966 Patents Inventor**

Q.  What Jeff T, the user, was describing in a publicly available Sonos forum posting dated September 22nd, 2005, is having multiple zone scenes that are saved for later; correct?

A. Yes.

\* \* \*

Q. And those zone scenes could be overlapping in that they would share a speaker or a ZonePlayer; correct?

A. Yes, and in the summer and winter mode he is describing, yes.

5/9/2023 Trial Tr. (Lambourne) at 539:17-24

DDX10.71

# Claim 1 of '966 Patent

**Sonos 2005 + Sonos Forums**

| | |
|---|---|
| **1.0** A computing device comprising: | ✅ |
| **1.1** one or more processors; | ✅ |
| **1.2** a non-transitory computer-readable medium; and | ✅ |
| **1.3** program instructions stored on the non-transitory computer-readable medium that, when executed by the one or more processors, cause the computing device to perform functions comprising: | ✅ |
| **1.4** while serving as a controller for a networked media playback system comprising a first zone player and at least two other zone players, wherein the first zone player is operating in a standalone mode in which the first zone player is configured to play back media individually: | ✅ |
| **1.5** receiving a first request to create a first zone scene comprising a first predefined grouping of zone players including at least the first zone player and a second zone player that are to be configured for synchronous playback of media when the first zone scene is invoked; | ✅ |
| **1.6** based on the first request, i) causing creation of the first zone scene, ii) causing an indication of the first zone scene to be transmitted to the first zone player, and iii) causing storage of the first zone scene; | ✅ |
| **1.7** receiving a second request to create a second zone scene comprising a second predefined grouping of zone players including at least the first zone player and a third zone player that are to be configured for synchronous playback of media when the second zone scene is invoked, wherein the third zone player is different than the second zone player; | ✅ |
| **1.8** based on the second request, i) causing creation of the second zone scene, ii) causing an indication of the second zone scene to be transmitted to the first zone player, and iii) causing storage of the second zone scene; | ✅ |
| **1.9** displaying a representation of the first zone scene and a representation of the second zone scene; and | ✅ |
| **1.10** while displaying the representation of the first zone scene and the representation of the second zone scene, receiving a third request to invoke the first zone scene; and | ✅ |
| **1.11** based on the third request, causing the first zone player to transition from operating in the standalone mode to operating in accordance with the first predefined grouping of zone players such that the first zone player is configured to coordinate with at least the second zone player to output media in synchrony with output of media by at least the second zone player. | ✅ |

# Claim 1 of '885 Patent

**Sonos 2005 + Nourse**

| | |
|---|---|
| **[1.0]** A first zone player comprising: | ✔ |
| **[1.1]** a network interface that is configured to communicatively couple the first zone player to at least one data network; | ✔ |
| **[1.2]** one or more processors; | ✔ |
| **[1.3]** a non-transitory computer-readable medium; and | ✔ |
| **[1.4]** program instructions stored on the non-transitory computer-readable medium that, when executed by the one or more processors, cause the first zone player to perform functions comprising: | ✔ |
| **[1.5]** while operating in a standalone mode in which the first zone player is configured to play back media individually in a networked media playback system comprising the first zone player and at least two other zone players: | ✔ |
| **[1.6]** (i) receiving, from a network device over a data network, a first indication that the first zone player has been added to a first zone scene comprising a first predefined grouping of zone players including at least the first zone player and a second zone player that are to be configured for synchronous playback of media when the first zone scene is invoked; and | ✔ |
| **[1.7]** (ii) receiving, from the network device over the data network, a second indication that the first zone player has been added to a second zone scene comprising a second predefined grouping of zone players including at least the first zone player and a third zone player that are to be configured for synchronous playback of media when the second zone scene is invoked, wherein the second zone player is different than the third zone player; | ✔ |
| **[1.8]** after receiving the first and second indications, continuing to operate in the standalone mode until a given one of the first and second zone scenes has been selected for invocation; | ✔ |
| **[1.9]** after the given one of the first and second zone scenes has been selected for invocation, receiving, from the network device over the data network, an instruction to operate in accordance with a given one of the first and second zone scenes respectively comprising a given one of the first and second predefined groupings of zone players; and | ✔ |
| **[1.10]** based on the instruction, transitioning from operating in the standalone mode to operating in accordance with the given one of the first and second predefined groupings of zone players such that the first zone player is configured to coordinate with at least one other zone player in the given one of the first and second predefined groupings of zone players over a data network in order to output media in synchrony with output of media by the at least one other zone player in the given one of the first and second predefined groupings of zone players. | ✔ |

**Sep 2002**
Nourse



US007197148B2

(12) **United States Patent**
Nourse et al.

(10) Patent No.: US 7,197,148 B2
(45) Date of Patent: Mar. 27, 2007

(54) SYSTEM FOR CONTROLLING REMOTE SPEAKERS USING CENTRALIZED AMPLIFIERS, CENTRALIZED MONITORING AND MASTER/SLAVE COMMUNICATION PROTOCOL

(75) Inventors: James D. Nourse, Wernersville, PA (US); Keith R. Youndt, Pottstown, PA (US)

(57)                    **ABSTRACT**

An apparatus and method for providing a centralized speaker system that allows multiple speakers connected to a central amplifier speaker line to be monitored and controlled from a central location via a master/slave protocol. The centralized speaker system comprises a central station for selectively communicating at least one of a command and an information signal to a destination device. A tone generator is adapted to communicate an activation tone to the destination device. An amplifier, which is colocated with the central station, is adapted to amplify the signals to the destination device.

**Dec 2005**
Conception Date

**Sep 2006**
Alleged Priority Date

TX6513

Each of the plurality of speakers **152** preferably has a unique 16-bit address. Each of the plurality of speakers **152** can further be assigned up to four group identifiers (IDs), allowing as many as 255 possible group assignments for the plurality of speakers **152** for each of the four groups. The

or as part of a group. Thus, each remote speaker and each group are capable of receiving unique content specific, respectively, to the individual remote speaker address and group address.

TX6513



FIG.4

# Claim 1 of '966 Patent

**Sonos 2005 + Nourse**

| | |
|---|:---:|
| **1.0** A computing device comprising: | ✅ |
| **1.1** one or more processors; | ✅ |
| **1.2** a non-transitory computer-readable medium; and | ✅ |
| **1.3** program instructions stored on the non-transitory computer-readable medium that, when executed by the one or more processors, cause the computing device to perform functions comprising: | ✅ |
| **1.4** while serving as a controller for a networked media playback system comprising a first zone player and at least two other zone players, wherein the first zone player is operating in a standalone mode in which the first zone player is configured to play back media individually: | ✅ |
| **1.5** receiving a first request to create a first zone scene comprising a first predefined grouping of zone players including at least the first zone player and a second zone player that are to be configured for synchronous playback of media when the first zone scene is invoked; | ✅ |
| **1.6** based on the first request, i) causing creation of the first zone scene, ii) causing an indication of the first zone scene to be transmitted to the first zone player, and iii) causing storage of the first zone scene; | ✅ |
| **1.7** receiving a second request to create a second zone scene comprising a second predefined grouping of zone players including at least the first zone player and a third zone player that are to be configured for synchronous playback of media when the second zone scene is invoked, wherein the third zone player is different than the second zone player; | ✅ |
| **1.8** based on the second request, i) causing creation of the second zone scene, ii) causing an indication of the second zone scene to be transmitted to the first zone player, and iii) causing storage of the second zone scene; | ✅ |
| **1.9** displaying a representation of the first zone scene and a representation of the second zone scene; and | ✅ |
| **1.10** while displaying the representation of the first zone scene and the representation of the second zone scene, receiving a third request to invoke the first zone scene; and | ✅ |
| **1.11** based on the third request, causing the first zone player to transition from operating in the standalone mode to operating in accordance with the first predefined grouping of zone players such that the first zone player is configured to coordinate with at least the second zone player to output media in synchrony with output of media by at least the second zone player. | ✅ |

# Claim 1 of '885 Patent

**Sonos 2005 + Squeezebox**

| | |
|---|:---:|
| **[1.0]** A first zone player comprising: | ✅ |
| **[1.1]** a network interface that is configured to communicatively couple the first zone player to at least one data network; | ✅ |
| **[1.2]** one or more processors; | ✅ |
| **[1.3]** a non-transitory computer-readable medium; and | ✅ |
| **[1.4]** program instructions stored on the non-transitory computer-readable medium that, when executed by the one or more processors, cause the first zone player to perform functions comprising: | ✅ |
| **[1.5]** while operating in a standalone mode in which the first zone player is configured to play back media individually in a networked media playback system comprising the first zone player and at least two other zone players: | ✅ |
| **[1.6]** (i) receiving, from a network device over a data network, a first indication that the first zone player has been added to a first zone scene comprising a first predefined grouping of zone players including at least the first zone player and a second zone player that are to be configured for synchronous playback of media when the first zone scene is invoked; and | ✅ |
| **[1.7]** (ii) receiving, from the network device over the data network, a second indication that the first zone player has been added to a second zone scene comprising a second predefined grouping of zone players including at least the first zone player and a third zone player that are to be configured for synchronous playback of media when the second zone scene is invoked, wherein the second zone player is different than the third zone player; | ✅ |
| **[1.8]** after receiving the first and second indications, continuing to operate in the standalone mode until a given one of the first and second zone scenes has been selected for invocation; | ✅ |
| **[1.9]** after the given one of the first and second zone scenes has been selected for invocation, receiving, from the network device over the data network, an instruction to operate in accordance with a given one of the first and second zone scenes respectively comprising a given one of the first and second predefined groupings of zone players; and | ✅ |
| **[1.10]** based on the instruction, transitioning from operating in the standalone mode to operating in accordance with the given one of the first and second predefined groupings of zone players such that the first zone player is configured to coordinate with at least one other zone player in the given one of the first and second predefined groupings of zone players over a data network in order to output media in synchrony with output of media by the at least one other zone player in the given one of the first and second predefined groupings of zone players. | ✅ |

SONOS



**Robert Lambourne**

'885, '966 Patents Inventor

Q. Yeah. But here you were ==in November of 2003 trying to think about how to design the Sonos 2005 prior art system==, and you were listing a number of products here. Do you see that?

A. Yes.

Q. ==One of the products you listed was Squeezebox==; correct?

A. Yes.

5/9/2023 Trial Tr. (Lambourne) at 556:15-20

# squeezebox™



<mark>TX3808 at 61</mark>

# SoftSqueeze is a software version of the Squeezebox speaker



softsqueeze

Softsqueeze is a music player for your PC that works with the SqueezeCenter software. It complements the Boom, Duet, Transporter, Squeezebox and Slimp3 hardware music players developed by Slim Devices.



**Index of /downloads**

The Wayback Machine - https://web.archive.org/web/20041208214606/http://www.slimdevices.com:80/downloads/

| Name | Last modified | Size | Description |
|------|---------------|------|-------------|
| Parent Directory | 07-Dec-2004 18:14 | - | |
| AudioFeast/ | 17-Nov-2004 00:14 | - | |
| SLIMP3.pdf | 12-Feb-2003 07:04 | 1.6M | |
| SLIMP3_Server_v3.1b1/ | 08-Feb-2003 11:29 | - | |
| SLIMP3_Server_v3.1b2/ | 15-Feb-2003 08:18 | - | |
| SLIMP3_Server_v3.1b3/ | 14-Mar-2003 07:09 | - | |
| SLIMP3_Server_v3.1b4/ | 21-Mar-2003 14:15 | - | |
| SLIMP3_Server_v3.1b5/ | 01-Apr-2003 23:26 | - | |
| SLIMP3_Server_v4.0/ | 11-Apr-2003 07:44 | - | |
| SLIMP3_Server_v4.1b1/ | 29-Apr-2003 10:10 | - | |
| SLIMP3_Server_v4.2.1/ | 19-Jun-2003 13:43 | - | |
| SLIMP3_Server_v4.2.2/ | 23-Jun-2003 15:15 | - | |
| SLIMP3_Server_v4.2.3/ | 09-Aug-2003 12:12 | - | |
| SLIMP3_Server_v4.2.4/ | 10-Sep-2003 11:25 | - | |
| SLIMP3_Server_v4.2.6/ | 06-Oct-2003 16:03 | - | |
| SLIMP3_Server_v4.2/ | 16-Jun-2003 15:29 | - | |
| SliMP3_Server_v3.0/ | 05-Jan-2003 11:16 | - | |
| SlimServer_v5.0.0/ | 15-Apr-2004 16:31 | - | |
| SlimServer_v5.0.1/ | 15-Apr-2004 16:32 | - | |
| SlimServer_v5.1.1/ | 15-Apr-2004 16:34 | - | |
| SlimServer_v5.1.3/ | 17-Apr-2004 21:55 | - | |
| SlimServer_v5.1.4/ | 19-Apr-2004 14:49 | - | |
| SlimServer_v5.1.5/ | 21-Apr-2004 19:04 | - | |
| SlimServer_v5.1/ | 15-Apr-2004 16:32 | - | |
| SlimServer_v5.2.0/ | 26-Jun-2004 15:26 | - | |
| SlimServer_v5.2.1/ | 06-Jul-2004 12:02 | - | |
| SlimServer_v5.3.0/ | 01-Oct-2004 13:29 | - | |
| SlimServer_v5.3.0b1/ | 03-Aug-2004 20:44 | - | |
| SlimServer_v5.3.1/ | 01-Oct-2004 22:38 | - | |

**TRIAL EXHIBIT**
Case No. 3:20-cv-06
DATE ENTERED ___
BY ___
DEPUTY CLE

| | | | |
|---|---|---|---|
| SlimServer_v5.4.0/ | 17-Nov-2004 00:14 | - | |
| applescript/ | 30-Jul-2003 15:43 | - | |
| convert.conf | 23-Mar-2004 14:47 | 1k | |
| crestron-20021111.zip | 31-Dec-2002 16:57 | 277k | |
| crestron/ | 22-Aug-2003 07:49 | - | |
| datasheets/ | 04-Aug-2003 08:24 | - | |
| display_upgrade.pdf | 05-Aug-2004 13:13 | 3.3M | |
| firmware/ | 05-Jan-2003 11:16 | - | |
| misc/ | 22-Aug-2003 07:49 | - | |
| moodlogic/ | 25-Jul-2003 11:20 | - | |
| nightly/ | 08-Dec-2004 07:59 | - | |
| plugins/ | 11-Sep-2004 00:23 | - | |
| pronto/ | 22-Nov-2004 08:27 | - | |
| squeezebox.pdf | 17-Nov-2003 17:26 | 401k | |
| thirdparty/ | 17-Apr-2004 07:01 | - | |

*Apache/1.3.31 Server at www.slimdevices.com Port 80*

**TX2508**



SlimServer_v5.3.1/    01-Oct-2004 22:38

**Slim/Player/Client.pm (v5.3.1)**

```
=item

master() - type: client

        if we're synchronized, 'master' points to master client

=item

slaves() - type: clients

        if we're a master, this

=item

syncgroupid() - type: uniqueid

        unique identifier for th
```

**Slim/Buttons/Synchronize.pm (v5.3.1)**

```
        'right' => sub  {
                my $client = shift;

                my $selectedClient = $client->syncSelections($client->syncSelection);

                my @oldlines = Slim::Display::Display::curLines($client);

                if (Slim::Player::Sync::isSyncedWith($client, $selectedClient) || ($client eq $selectedClient))
        {
                        Slim::Player::Syn
                } else {
                        Slim::Player::Syn
                }
                $client->pushLeft(\@oldli
        },
```

**Slim/Player/Sync.pm (v5.3.1)**

```
sub saveSyncPrefs {

        my $client = shift;
        my $temp = shift;
        my $clientID = $client->id();
        if (isSynced($client)) {

                if (!defined($client->master->syncgroupid)) {
                        $client->master->syncgroupid(int(rand 999999999));
                }

                my $masterID = $client->master->syncgroupid;
                # Save Status to Prefs file
                $::d_sync && msg("Saving $clientID as a slave to $masterID\n");
                Slim::Utils::Prefs::clientSet($client,'syncgroupid',$masterID);
                Slim::Utils::Prefs::clientSet($client->master,'syncgroupid',$masterID);

        }
        if ($temp) {
                $::d_sync && msg("Idling Sync for $clientID\n");
        } else {
                $client->syncgroupid(undef);
                Slim::Utils::Prefs::clientDelete($client,'syncgroupid');
                $::d_sync && msg("Clearing Sync master for $clientID\n");
        }
}
```

TX3007



## Synchronize

The player can be synchronized with other players, enabling them to play the same music simultaneously. Choose the players you would like to synchronize with from the list of available synchronization groups. Choose No Synchronization to stop synchronization.



first zone scene

network device



second zone scene

NOW PLAYING (3 OF 19)          01:18
3. Jimmy Jazz (Love Mix)        ➜

```
[vmuser@slimserver2 ~]$ grep -P 'playername|syncgroup|syncPower|power\b'
/etc/slimserver.conf
19:1e:67:04:72:30-playername = player2
19:1e:67:04:72:30-power = 0
19:1e:67:04:72:30-syncPower = 0
bc:2a:ae:6b:ab:ce-playername = player3
bc:2a:ae:6b:ab:ce-power = 0
bc:2a:ae:6b:ab:ce-syncPower = 0
bc:2a:ae:6b:ab:ce-syncgroupid = 361890235
db:3a:52:e6:70:6b-playername = player1
db:3a:52:e6:70:6b-power = 1
db:3a:52:e6:70:6b-syncPower = 0
db:3a:52:e6:70:6b-syncgroupid = 361890235
```

player1

361890235

```
[vmuser@slimserver1 ~]$ grep -P 'playername|syncgroup|syncPower|power\b'
/etc/slimserver.conf
19:1e:67:04:72:30-playername = player2
19:1e:67:04:72:30-power = 0
19:1e:67:04:72:30-syncPower = 0
19:1e:67:04:72:30-syncgroupid = 675042355
bc:2a:ae:6b:ab:ce-playername = player3
bc:2a:ae:6b:ab:ce-power = 0
bc:2a:ae:6b:ab:ce-syncPower = 0
db:3a:52:e6:70:6b-playername = player1
db:3a:52:e6:70:6b-power = 1
db:3a:52:e6:70:6b-syncPower = 0
db:3a:52:e6:70:6b-syncgroupid = 675042355
```

player1

675042355

# Claim 1 of '966 Patent

| | |
|---|---|
| **1.0** A computing device comprising: | ✔ |
| **1.1** one or more processors; | ✔ |
| **1.2** a non-transitory computer-readable medium; and | ✔ |
| **1.3** program instructions stored on the non-transitory computer-readable medium that, when executed by the one or more processors, cause the computing device to perform functions comprising: | ✔ |
| **1.4** while serving as a controller for a networked media playback system comprising a first zone player and at least two other zone players, wherein the first zone player is operating in a standalone mode in which the first zone player is configured to play back media individually: | ✔ |
| **1.5** receiving a first request to create a first zone scene comprising a first predefined grouping of zone players including at least the first zone player and a second zone player that are to be configured for synchronous playback of media when the first zone scene is invoked; | ✔ |
| **1.6** based on the first request, i) causing creation of the first zone scene, ii) causing an indication of the first zone scene to be transmitted to the first zone player, and iii) causing storage of the first zone scene; | ✔ |
| **1.7** receiving a second request to create a second zone scene comprising a second predefined grouping of zone players including at least the first zone player and a third zone player that are to be configured for synchronous playback of media when the second zone scene is invoked, wherein the third zone player is different than the second zone player; | ✔ |
| **1.8** based on the second request, i) causing creation of the second zone scene, ii) causing an indication of the second zone scene to be transmitted to the first zone player, and iii) causing storage of the second zone scene; | ✔ |
| **1.9** displaying a representation of the first zone scene and a representation of the second zone scene; and | ✔ |
| **1.10** while displaying the representation of the first zone scene and the representation of the second zone scene, receiving a third request to invoke the first zone scene; and | ✔ |
| **1.11** based on the third request, causing the first zone player to transition from operating in the standalone mode to operating in accordance with the first predefined grouping of zone players such that the first zone player is configured to coordinate with at least the second zone player to output media in synchrony with output of media by at least the second zone player. | ✔ |

## '966 dependent Claims 2-4, 6, 8

| | |
|---|---|
| 2. The computing device of claim 1, further comprising program instructions stored on the non-transitory computer-readable medium that, when executed by the one or more processors, cause the computing device to perform functions comprising: | ✔ |
| while the first zone player is configured to coordinate with at least the second zone player to play back media in synchrony with at least the second zone player, receiving a fourth request to invoke the second zone scene; and | ✔ |
| based on the fourth request, causing the first zone player to (a) cease to operate in accordance with the first predefined grouping of zone players such that the first zone player is no longer configured to coordinate with at least the second zone player to output media in synchrony with output of media by at least the second zone player and (b) begin to operate in accordance with the second predefined grouping of zone players such that the first zone player is configured to coordinate with at least the third zone player to output media in synchrony with output of media by at least the third zone player. | ✔ |
| 3. The computing device of claim 1, wherein causing storage of the first zone scene comprises causing storage of the first zone scene at a location other than the computing device, and wherein causing storage of the second zone scene comprises causing storage of the second zone scene at the location other than the computing device. | |
| 4. The computing device of claim 3, wherein the location other than the computing device comprises a zone player of the first predefined grouping of zone players. | |
| 6. The computing device of claim 1, wherein the first predefined grouping of zone players does not include the third zone player, and wherein the second predefined grouping of zone players does not include the second zone player. | |
| 8. The computing device of claim 1, wherein receiving the first request comprises receiving a first set of one or more inputs via a user interface of the computing device, wherein receiving the second request comprises receiving a second set of one or more inputs via the user interface, and wherein receiving the third request comprises receiving a third set of one or more inputs via the user interface. | |



FIG. 1

FIG. 2B

First Zone Group

Play message



# '966 dependent Claims 2-4, 6, 8

| | |
|---|---|
| 2. The computing device of claim 1, further comprising program instructions stored on the non-transitory computer-readable medium that, when executed by the one or more processors, cause the computing device to perform functions comprising: | ✓ |
| while the first zone player is configured to coordinate with at least the second zone player to play back media in synchrony with at least the second zone player, receiving a fourth request to invoke the second zone scene; and | ✓ |
| based on the fourth request, causing the first zone player to (a) cease to operate in accordance with the first predefined grouping of zone players such that the first zone player is no longer configured to coordinate with at least the second zone player to output media in synchrony with output of media by at least the second zone player and (b) begin to operate in accordance with the second predefined grouping of zone players such that the first zone player is configured to coordinate with at least the third zone player to output media in synchrony with output of media by at least the third zone player. | ✓ |
| 3. The computing device of claim 1, wherein causing storage of the first zone scene comprises causing storage of the first zone scene at a location other than the computing device, and wherein causing storage of the second zone scene comprises causing storage of the second zone scene at the location other than the computing device. | ✓ |
| 4. The computing device of claim 3, wherein the location other than the computing device comprises a zone player of the first predefined grouping of zone players. | ✓ |
| 6. The computing device of claim 1, wherein the first predefined grouping of zone players does not include the third zone player, and wherein the second predefined grouping of zone players does not include the second zone player. | |
| 8. The computing device of claim 1, wherein receiving the first request comprises receiving a first set of one or more inputs via a user interface of the computing device, wherein receiving the second request comprises receiving a second set of one or more inputs via the user interface, and wherein receiving the third request comprises receiving a third set of one or more inputs via the user interface. | |



TX0062 at 6

# '966 dependent Claims 2-4, 6, 8

| | |
|---|---|
| 2. The computing device of claim 1, further comprising program instructions stored on the non-transitory computer-readable medium that, when executed by the one or more processors, cause the computing device to perform functions comprising: | ✅ |
| while the first zone player is configured to coordinate with at least the second zone player to play back media in synchrony with at least the second zone player, receiving a fourth request to invoke the second zone scene; and | ✅ |
| based on the fourth request, causing the first zone player to (a) cease to operate in accordance with the first predefined grouping of zone players such that the first zone player is no longer configured to coordinate with at least the second zone player to output media in synchrony with output of media by at least the second zone player and (b) begin to operate in accordance with the second predefined grouping of zone players such that the first zone player is configured to coordinate with at least the third zone player to output media in synchrony with output of media by at least the third zone player. | ✅ |
| 3. The computing device of claim 1, wherein causing storage of the first zone scene comprises causing storage of the first zone scene at a location other than the computing device, and wherein causing storage of the second zone scene comprises causing storage of the second zone scene at the location other than the computing device. | ✅ |
| 4. The computing device of claim 3, wherein the location other than the computing device comprises a zone player of the first predefined grouping of zone players. | ✅ |
| 6. The computing device of claim 1, wherein the first predefined grouping of zone players does not include the third zone player, and wherein the second predefined grouping of zone players does not include the second zone player. | ✅ |
| 8. The computing device of claim 1, wherein receiving the first request comprises receiving a first set of one or more inputs via a user interface of the computing device, wherein receiving the second request comprises receiving a second set of one or more inputs via the user interface, and wherein receiving the third request comprises receiving a third set of one or more inputs via the user interface. | |

first zone scene

Master Bedroom

Living Room

Dining Room

second zone scene



# '966 dependent Claims 2-4, 6, 8

| | |
|---|---|
| 2. The computing device of claim 1, further comprising program instructions stored on the non-transitory computer-readable medium that, when executed by the one or more processors, cause the computing device to perform functions comprising: | ✔ |
| while the first zone player is configured to coordinate with at least the second zone player to play back media in synchrony with at least the second zone player, receiving a fourth request to invoke the second zone scene; and | ✔ |
| based on the fourth request, causing the first zone player to (a) cease to operate in accordance with the first predefined grouping of zone players such that the first zone player is no longer configured to coordinate with at least the second zone player to output media in synchrony with output of media by at least the second zone player and (b) begin to operate in accordance with the second predefined grouping of zone players such that the first zone player is configured to coordinate with at least the third zone player to output media in synchrony with output of media by at least the third zone player. | ✔ |
| 3. The computing device of claim 1, wherein causing storage of the first zone scene comprises causing storage of the first zone scene at a location other than the computing device, and wherein causing storage of the second zone scene comprises causing storage of the second zone scene at the location other than the computing device. | ✔ |
| 4. The computing device of claim 3, wherein the location other than the computing device comprises a zone player of the first predefined grouping of zone players. | ✔ |
| 6. The computing device of claim 1, wherein the first predefined grouping of zone players does not include the third zone player, and wherein the second predefined grouping of zone players does not include the second zone player. | ✔ |
| 8. The computing device of claim 1, wherein receiving the first request comprises receiving a first set of one or more inputs via a user interface of the computing device, wherein receiving the second request comprises receiving a second set of one or more inputs via the user interface, and wherein receiving the third request comprises receiving a third set of one or more inputs via the user interface. | ✔ |





**CNN underscored**   Gadgets  Wellness  Money  Explore  About Us  Coupons

CNN Underscored is your guide to the everyday products and services that help you live a smarter, simpler and more fulfilling life. The content is created by CNN Underscored. CNN News staff is not involved. When you make a purchase, we receive revenue.

# Migrating your Sonos system to the new S2 app can be messy. Here's what we know

By Jacob Krol
Published 12:37 PM EDT, Mon June 8, 2020

By far the best feature of Sonos S2 is the ability to save a group of speakers as a preset. No longer will you need to constantly select which speaker you want to listen to each time. Save it as a group, and you're better off. It's really great, and Sonos notes this is the first of a series of new user interface updates that will sit alongside audio technology updates. For the latter, Sonos S2 is a key part of Dolby Atmos on the Arc.

TX6780 at 1 and 3

DDX10.96

## What can IFTTT do?

To put it simply, IFTTT can do anything!



Some of our most popular smart home Applets include using the weather to determine the temperature in your home, turning on your security system when you leave your home, and using your voice to turn on a device. The most common social media Applets help cross-post content automatically and streamline your online strategy.

TX0115 at 1-2

**PATENT PURCHASE AGREEMENT**

This PATENT PURCHASE AGREEMENT (the "**Agreement**") is entered into by and between Google Inc., a Delaware corporation with its principal place of business at 1600 Amphitheatre Parkway, Mountain View, CA 94043 ("**Google**") and Outland Research LLC, a California limited liability company, with its business mailing address of P.O. Box 3537, Pismo Beach, CA 93448) ("**Seller**") and is effective as of July 29, 2011 (the "**Effective Date**"). The parties hereby agree as follows:

TX6016

**Agreement with Outland Research LLC**

DDX10.98

**(12) United States Patent**
Rosenberg

**(10) Patent No.: US 7,603,414 B2**
**(45) Date of Patent: Oct. 13, 2009**

**7,603,414**

(54) **SYSTEM, METHOD AND COMPUTER PROGRAM PRODUCT FOR COLLABORATIVE BACKGROUND MUSIC AMONG PORTABLE COMMUNICATION DEVICES**

(56) **References Cited**

U.S. PATENT DOCUMENTS

4,054,749 A   10/1977   Suzuki
5,164,530 A   11/1992   Iwase
5,614,687 A   3/1997   Yamada et al.

(73) Assignee: **Outland Research, LLC**, Pismo Beach, CA (US)

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 497 days.

(21) Appl. No.: **11/610,615**

(22) Filed: **Dec. 14, 2006**

(65) **Prior Publication Data**
US 2007/0106726 A1   May 10, 2007

**Related U.S. Application Data**

(63) Continuation of application No. 11/267,079, filed on Nov. 3, 2005, now Pat. No. 7,542,816, and a continuation of application No. 11/533,037, filed on Sep. 19, 2006, and a continuation of application No. 11/223,368, filed on Sep. 9, 2005.

(60) Provisional application No. 60/793,214, filed on Apr. 19, 2006.

(51) Int. Cl.
*G06F 15/16*   (2006.01)

(52) U.S. Cl. ............ 709/204; 709/203; 709/208; 709/205; 709/224; 709/223; 725/88; 725/100; 725/102; 705/2; 705/1; 705/4; 705/5; 705/7

(58) Field of Classification Search ......... 709/203–205, 709/208, 224, 223, 217
See application file for complete search history.

24 Claims

FOREIGN PATENT DOCUMENTS
WO   WO200608643...

**(57)**   **ABSTRACT**

A system, method and computer program product for enabling a plurality of users engaged in real-time voice communications over a wireless communications link to collaboratively select one or more musical media files and to jointly listen to the collaboratively selected musical media in approximate synchronicity as a mutually perceivable background musical stream. The background musical stream is

TX2675

DDX10.99

# Chris Bakewell, ASA, CLP

## Reasonable Royalties and Licensing

  

'966
**Nov 2019
- Nov 15, 2022**

'885
**Nov 2020 -
Sept 30, 2022**

**TX0001**   **TX0003**

2013  2014  2015  2016  2017  2018  2019  2020  2021  2022  2023  2024  2025  2026  2027

Bakewell Report, pp. 55-60; Slide 13 to Bakewell Report.

DDX12.2





'966
**Nov 2019
- Nov 15, 2022**



'885
**Nov 2020 -
Sept 30, 2022**

TX0001    TX0003

Google released
Chromecast
**July 2013**

'885 and '966
set to expire
**September 2027**

| 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 |

Sonos begins practicing
'885 and '966
**June 2020**

Bakewell Report, pp. 55-60; Slide 13 to Bakewell Report.

DDX12.3







**Cost**

**Income**

**Market**

Bakewell Report, pp. 60-213.

DDX12.4







**Cost**          Income          Market

# Non-Infringing Alternatives ("NIAs")



- Patents-in-suit have economic boundaries

- Commercially acceptable

- Real-world evidence

- Mr. Malackowski made no allowance for this

Bakewell Report, pp. 146-169.

DDX12.7







**Cost**         **Income**         **Market**

DDX12.9

"The extent to which the infringer has made use of the invention, and any evidence probative of the value of that use."

Bakewell Report, p. 247, FN 1254.

DDX12.10

| U.S. devices in a group (daily) | 0.554% |
|---|---|
| U.S. devices in a group (monthly) | 2.752% |

| U.S. devices that joined a static group (daily) | 0.022% |
|---|---|

Bakewell Report, pp. 216-218, Exhibit 4.3 and 4.4.

DDX12.11



**Cost**



**Income**



**Market**

Bakewell Report, pp. 169-213.



Outland – Google Agreement
(15.5 years)

Jul 2011 — Jan 2027

'885 hypothetical license
(6.8 years)
Nov 2020 — Sept 2027

'966 hypothetical license
(7.9 years)
Nov 2019 — Sept 2027

'966 issued    '885 issued    '885 and '966 set to expire

2011 2012 2013 2014 2015 2016 2017 2018 2019 2020 2021 2022 2023 2024 2025 2026 2027

Bakewell Report p. 198, Exhibit 5.0 and 5.2.

DDX12.13

# Royalty Reports

## Lenbrook (Bluesound)

| Time Period | Worldwide Royalty Payments | U.S. Royalty Payments |
|---|---|---|
| Jan 2019- Sep 2020 | $782,379 | $359,210 |
| Oct 2020- Dec 2020 | 277,430 | 127,116 |
| Jan 2021- Mar 2021 | 147,304 | 68,100 |
| Apr 2021- Jun 2021 | 173,565 | 80,706 |
| Jul 2021- Sep 2021 | 295,897 | 148,804 |
| **Total** | **$1,676,575** | **$783,936** |

## Legrand (Pass & Seymour)

| Time Period | Worldwide Royalty Payments | U.S. Royalty Payments |
|---|---|---|
| Jan 2019- Sep 2020 | $206,317 | $184,425 |
| Oct 2020- Dec 2020 | 18,637 | 15,336 |
| Jan 2021- Mar 2021 | 17,190 | 12,924 |
| Apr 2021- Jun 2021 | 16,885 | 12,576 |
| Jul 2021- Sep 2021 | 18,769 | 13,740 |
| **Total** | **$277,798** | **$239,001** |

Bakewell Report, pp. 172-176; Exhibit 7.0-Exhibit 7.1.

DDX12.14

# Georgia Pacific Factors



Factors 1 and 2: Comparable agreements

Factor 3: Nature and scope of license

Factor 5: Competition

Factors 9 and 10: Prior art and alternative technologies

Factor 11: Usage

Factor 13: Apportionment

Bakewell Report, pp. 221-268; Slide 35 to Bakewell Report.

# Welcome to Google Nest.
# Build your helpful home.



Speakers    Displays    Streaming    Wi-Fi    Smoke & CO alarm

Door lock    Cameras    Doorbells    Thermostats    Accessories

DDX11.1



CHROMECAST

$50



CHROMECAST
AUDIO

$35



CHROMECAST
ULTRA

$70



CHROMECAST
WITH GOOGLE TV

$50



NEST AUDIO          NEST MINI

$100                $50





NEST HUB

NEST HUB MAX

$80

$230



NEST WIFI POINT

$150

**Google's Closing Statement**

# Four Out of Six Patents Invalidated Or Withdrawn



**'615**





Invalid as obvious

**'033**





Invalid as obvious

**'206**





Withdrawn

**'460**





Withdrawn

**'966/'855**





# Evidence Presented To Jury



Testimony

Software

Product Testing

Source Code

DDX14.3

# The Patents Are Invalid

DDX14.4

# Party Mode In Sonos 2005 System Was a "Zone Scene"

**Jury Instruction #20:**
Sonos 2005 system is prior art because it was shipped to customers as early as 2005



**SONOS**

**Robert Lambourne**

**'885, '966 Patents Inventor**

Q. The next sentence reads: "Party Mode that currently ships with the product is one example of a zone scene." That is what you wrote; correct?

A. That's what I wrote, yes.

\* \* \*

Q. Sure. When you say, "Party Mode that currently ships with the product," you were referring to the Party Mode that existed in the Sonos prior art 2005 system; correct?

A. I was referring to Party Mode of the original product, yes.

**Transcript at 520:21-521:10**

DDX14.5

# Lambourne 2005-2006 Business Record: 2005 Party Mode Is Zone Scene



**Sonos UI Specification**
**Clock and Alarm Clock**

Version 003
Rob Lambourne
Created: 10/26/05
Modified: 1/19/06
© 2004-2005 Sonos, Inc.

Mon, Oct 21 2005

**10.15** AM PM

Alarms set for this zone: Alarm 1 (7.15am), Alarm 2 (10.30pm)

Snooze | Snooze | Snooze

## 4.1 Zone Scenes

Zone Scenes are a mechanism whereby the user can setup and invoke Zone Grouping using a single action. In the current design, Zone groups are created by linking rooms one-by-one.

'Party Mode' that currently ships with the product is one example of a Zone Scene.

**TX6544**

DDX14.6

# Party Mode In Sonos 2005 System Was a "Zone Scene"

**Jury Instruction #20:**

Sonos 2005 system is prior art because it was shipped to customers as early as 2005

## SONOS



**Robert
Lambourne**

**'885, '966 Patents
Inventor**

Q. If you can answer my question, Mr. Lambourne. Between your recollection sitting here today trying to remember what happened 17 years ago versus a business record that you created, last modified January 19th, 2006, in your opinion which is a better and more reliable source of what actually happened in the January timeframe of 2006?

A. In the document -- the document would be more reliable.

Transcript at 627:6-12

DDX14.7

# Examiner Never Considered Actual Conception Documents

**Provisional Application: Appendix A**



**Zone Scene UI Spec**

TX6545

TX2651

Sonos UI Specification: Zone Scenes

**1    Introduction**

The Zone Scene feature allows the user to arrange the zones into groups using one single command. However, the Zone Scene feature is much more flexible and powerful.

Sonos UI Specification: Zone Scenes

**1    Introduction**

The Zone Scene feature allows the user to arrange the zones into groups using one single command. This is similar to the current Party Mode setting that is available. However, the Zone Scene feature is much more flexible and powerful.

This is similar to the current Party Mode setting that is available.

# Examiner Never Considered Actual Conception Documents

**Provisional Application: Appendix B**

**Alarm Clock UI Spec**



**Table of Contents**

6   SPECIAL CASES ................................................................................................37
6.1   LOST ZONEPLAYERS AND HIDDEN ZONEPLAYERS - HHCR ...........................37
6.2   LOST ZONEPLAYERS AND HIDDEN ZONEPLAYERS - DCRS ............................39
6.3   NO DATE OR TIME - HHCR ...........................................................................40
6.4   NO DATE OR TIME - DCRS .............................................................................43

TX6544

Sonos UI Specification
Clock and Alarm Clock

Version 003
Rob Lambourne
Created: 10/28/05
Modified: 1/19/06
© 2004-2005 Sonos, Inc.

*About this document*

**Sonos UI Specification: Alarm Clock**

**4      Additional ideas**

**4.1     Zone Scenes**

'Party Mode' that currently ships with the product is one example of a Zone Scene.

TX2651

'Party Mode' that currently ships with the product is one example of a Zone Scene.

DDX14.79

# Only Thing Missing From Sonos 2005 System Was Another Zone Scene



Sonos 2005 System

Save 2nd Group

Alleged Invention

# Prior Art Forum Posts Disclosed Saving Another Zone Scene For Later

**Jury Instruction #20:**
Sonos forum posts that expressly predate December 21, 2005 are prior art.



**Virtual Zones and Zone Grouping**

27 February 2005

17 years ago · 190 replies · 45377 views

theboyg

27 February 2005

 theboyg  Avid Contributor I · 22 replies

This "link/unlink" business is really cumbersome - and not a joy to use which goes against the ease of use of the rest of the system.

Why can't I have a virtual zone - ie a zone called "Downstairs" - and I can group all my downstairs zones into this. Then I dont have to keep manually linking/unlinking multiple zones everytime.

PLEASE !



TX2424

# Prior Art Forum Posts Disclosed Overlapping Zone Scenes

**Jury Instruction #20:**
Sonos forum posts that expressly predate December 21, 2005 are prior art.

22 September 2005

JeffT

**Macro / presets**

17 years ago • 61 replies • 15140 views

22 September 2005

J    **JeffT**    Trending Lyricist I   •   20 replies

Just got the intro bundle, and I am impressed. I did a search and did not find this suggested, but I would save Zone links as favorites. With only 2 ZPs it is not a problem yet, but when I add more it maybe. I would like to setup say Morning mode for the units I want in the morning and a preset volume between the units. Another example I would have 2 party modes, Summer and Winter. The Summer mode would include the deck speakers and the Winter mode would not. Also it would be nice to have playlists or radio station associated with each mode. So when I get up I press Morning the DI Chill radio station plays.

TX3928 at 1

# Prior Art Forum Posts Overlapping Zone Scenes That Can Be Saved For Later

**Jury Instruction #20:**
Sonos forum posts that expressly predate December 21, 2005 are prior art.



**SONOS**

**Robert Lambourne**
**'885, '966 Patents Inventor**

Q.  What Jeff T, the user, was describing in a publicly available Sonos forum posting dated September 22nd, 2005, is having multiple zone scenes that are saved for later; correct?

A. Yes.

\* \* \*

Q. And those zone scenes could be overlapping in that they would share a speaker or a ZonePlayer; correct?

A. Yes, and in the summer and winter mode he is describing, yes.

Transcript at 539:17-24

DDX14.11

# Prior Art Forum Posts Disclosed Same Solution as Mr. Lambourne

> **Jury Instruction #20:**
> Sonos forum posts that expressly predate December 21, 2005 are prior art.

**SONOS**



**Robert Lambourne**

**'885, '966 Patents Inventor**

Q. They were also suggesting macros, sir. Macros is one of the solutions that you had in mind for carrying out your zone scenes on a computer; correct?

A. Yes.

Transcript at 542:9-12

DDX14.12

# Prior Art Forum Posts Disclosed Claimed Solution Using Macros

**Jury Instruction #20:**
Sonos forum posts that expressly predate December 21, 2005 are prior art.

floras_dad

27 September 2005

floras_dad  Lyricist III  ·  20 replies                                    17 years ago

Great idea. A macro-like scripter would enable you to set groups of zones, associate pl   27 September 2005
volumes, etc. You could do these as dynamic "presets" based on the Party Mode--which the spouse
would love--like Entertaining, Romantic Dinner, Ambiance, etc.

This is a great like-to-have.

TX3928 at 3

DDX14.13

# Prior Art Forum Posts Disclosed Claimed Solution Using Macros

**Jury Instruction #20:**
Sonos forum posts that expressly predate December 21, 2005 are prior art.

## SONOS



**Robert Lambourne**
**'885, '966 Patents Inventor**

Q.  So Mr. Greenwood, in this prior public posting about the Sonos 2005 system, was describing the same type of problem that you were trying to solve with zone scenes and suggesting macros, which is a similar solution to what you had in mind for that functionality; correct?

A.  In broad terms, yes. As an outcome, yes.

Transcript at 541:2-7

DDX14.15

# Jury Instructions on Obviousness

**Jury Instruction #21:**

A patent claim is invalid if the claimed invention would have been obvious to a person of ordinary skill in the art at the time the claimed invention was made. In other words, even if the claimed invention was new in the sense that it had never been described before in the prior art, it might nevertheless be true (or not true) that the claimed invention would have been obvious to a person having ordinary skill in the art with knowledge of all the prior art.

**Jury Instruction #19:**

On the other hand, cursory detail may indicate that the inventor expected those of ordinary skill in the art would already know enough to practice that point with only minimal disclosure.

DDX14.16

of the ten players to be associated with the scene. **At 606**, the scene is <u>saved</u>. The scene may be saved in any one of the



*FIG. 6*



**Macro / presets**

17 years ago • 61 replies • 15140 views

22 September 2005

**JeffT** Trending Lyricist I • 20 replies

Just got the intro bundle, and I am impressed. I did a search and did not find this suggested, but I would <u>save</u> Zone links as favorites. With only 2 ZPs it is

**'885 Patent at Fig. 6, 10:42-44**

**TX3928 at 1**

# Jury Verdict Form Question On Invalidity of '885 Claim

**Jury Verdict Form #1:**

1. **INVALIDITY VS. VALIDITY.**

   Has Google proven, by clear and convincing evidence, that <mark>claim 1 of the '885 patent is invalid?</mark>

   Yes _____        No _____

   <mark>If you answered "Yes" to Question 1, the asserted claim of the '885 patent is invalid, and you should skip to Question 3.</mark>   If you answered "No," the asserted claim of the '885 patent is valid, and you should proceed to Question 2.

# Jury Verdict Form Question On Invalidity of '966 Claims

## Jury Verdict Form #3:

3.   INVALIDITY VS. VALIDITY.

Has Google proven, by clear and convincing evidence, that any of the following asserted claims of the '966 patent are invalid?

|      |          | Yes ____ | No ____ |
|------|----------|----------|---------|
| (i)  | Claim 1  | Yes ____ | No ____ |
| (ii) | Claim 2  | Yes ____ | No ____ |
| (iii)| Claim 4  | Yes ____ | No ____ |
| (iv) | Claim 6  | Yes ____ | No ____ |
| (v)  | Claim 8  | Yes ____ | No ____ |

If you answered "Yes" to all parts of Question 3 and "Yes" to Question 1, all asserted patent claims are invalid and your work is done.   Skip to the end of the Verdict Form and sign it.

DDX14.19

# Dr. Almeroth Did Not Rebut Most of the Prior Art



# Examiner Took Official Notice That Saving Groups For Later Was Obvious



While DME does not explicitly teach the inclusion, exclusion, etc. of particular enumerated first, second, etc. players of the set of available players to form, create, save, recall etc. a particular first, second, etc. grouping Examiner takes official notice that the grouping and sub-grouping of a constellation of audio players to include or disclude particular players from an operational set was well known in the art before the effective filing date of the instant invention and would have been an obvious inclusion. The DME system enables the practice of the claimed

TX0004 at 4577

DDX14.20

# Examiner Found Yamaha DME Disclosed Saving Zone Scenes For Later



and would have been an obvious inclusion. The DME system enables the practice of the claimed subject matter without undue experimentation and as such grouping of playback device and channels thereon would have been obvious as a matter of routine experimentation over the course of normal operation by the average skilled practitioner upon the DME interface to create, save and recall various configurations including and/or excluding the particular enumerated playback devices.

**TX0004 at 4577**

DDX14.21

# Sonos Admitted That Yamaha DME Disclosed Saving Zone Scenes For Later

**SONOS**

device groups can be changed as required." *Id.* at p. 281 (emphasis added). Thus, DME Scenes can be configured/stored/recalled within a given DME device group that is already established—but the DME Manual does ***not*** suggest that recalling a DME Scene can re-group individual devices into different DME device groups.

TX0004 at 823

DDX14.22

# Yamaha DME Prior Art Disclosed Storing Up To 999 Zone Scenes



**■ [Scene Number]**

Displays the number of the current scene or scene link. A list where you can select a scene or scene link is displayed when you press the [▼]. The EDIT indicator will light when a parameter has been edited after recalling or storing a scene.

TX2426 at 55

DDX14.23

# Bose Prior Art Disclosed Overlapping Zone Groups



**Linking rooms for common control**

There are two ways to link rooms in order to control them as one.

- Set up a shared source in two or more rooms and select them together using the ROOM button. See "Setting up a shared source" above.
- Link all connected rooms using the HOUSE button. See "Using the HOUSE button" on page 43.

**Returning to single-room control**

After you have gained control of multiple rooms using the ROOM button, you can use the ROOM button again to gain control of a single room. Press ROOM until the room you want is displayed (*A*, *B*, *C*, or *D*). Control that room as desired.

 Multi-room Interface    Personal Media Center

  m Interface   Personal Media Center

**Room button**

**House button**

### ROOM A

Jewel Cube Speakers

### ROOM B

Jewel Cube Speakers

### ROOM C

Jewel Cube Speakers

### ROOM D

Jewel Cube Speakers

### ROOM A
 
Jewel Cube Speakers

### ROOM B

Jewel Cube Speakers

### ROOM C

Jewel Cube Speakers

### ROOM D

Jewel Cube Speakers

TX6000 at 7, 10, 44

DDX14.24

# Examiner Found That Bose Prior Art Had Party Mode



interruption. **Bose displays static groupings of media players attached as "rooms" and the rooms may be individually activated and individually configured for delivery of a synchronous media and/or grouped into a party mode where all rooms synchronously deliver a common media.** As such Bose does not allow

TX0006 at 5850

DDX14.25

# Nourse Prior Art Disclosed Storing Overlapping Groups

Each of the plurality of speakers **152** preferably has a unique 16-bit address. Each of the plurality of speakers **152** can further be assigned up to four group identifiers (IDs), allowing as many as 255 possible group assignments for the plurality of speakers **152** for each of the four groups. The

or as part of a group. Thus, each remote speaker and each group are capable of receiving unique content specific, respectively, to the individual remote speaker address and group address.



FIG.4

TX6513

DDX14.26

# Squeezebox Prior Art Disclosed Storing Overlapping Zone Scenes



TX3808 at 61

# Squeezebox Prior Art Disclosed Storing Overlapping Zone Scenes



**Dan Schonfeld**
**Technical Expert**

first zone scene

second zone scene

network device

# Squeezebox Prior Art Disclosed Storing Overlapping Zone Scenes



**Dan Schonfeld**
**Technical Expert**

```
[vmuser@slimserver2 ~]$ grep -P 'playername|syncgroup|syncPower|power\b'
/etc/slimserver.conf
19:1e:67:04:72:30-playername = player2
19:1e:67:04:72:30-power = 0
19:1e:67:04:72:30-syncPower = 0
bc:2a:ae:6b:ab:ce-playername = player3
bc:2a:ae:6b:ab:ce-power = 0
bc:2a:ae:6b:ab:ce-syncPower = 0
bc:2a:ae:6b:ab:ce-syncgroupid = 361890235
db:3a:52:e6:70:6b-playername = player1
db:3a:52:e6:70:6b-power = 1
db:3a:52:e6:70:6b-syncPower = 0
db:3a:52:e6:70:6b-syncgroupid = 361890235
```





```
[vmuser@slimserver1 ~]$ grep -P 'playername|syncgroup|syncPower|power\b'
/etc/slimserver.conf
19:1e:67:04:72:30-playername = player2
19:1e:67:04:72:30-power = 0
19:1e:67:04:72:30-syncPower = 0
19:1e:67:04:72:30-syncgroupid = 675042355
bc:2a:ae:6b:ab:ce-playername = player3
bc:2a:ae:6b:ab:ce-power = 0
bc:2a:ae:6b:ab:ce-syncPower = 0
db:3a:52:e6:70:6b-playername = player1
db:3a:52:e6:70:6b-power = 1
db:3a:52:e6:70:6b-syncPower = 0
db:3a:52:e6:70:6b-syncgroupid = 675042355
```

DDX14.29

# Dr. Schonfeld Proved That '885 Claim 1 Is Invalid



**Dan Schonfeld**
*Technical Expert*

| | Sonos 2005 + POSITA | Sonos 2005 + Sonos Forums | Sonos 2005 + Nourse | Sonos 2005 + Squeezebox |
|---|---|---|---|---|
| **1.0** | ✅ | ✅ | ✅ | ✅ |
| **1.1** | ✅ | ✅ | ✅ | ✅ |
| **1.2** | ✅ | ✅ | ✅ | ✅ |
| **1.3** | ✅ | ✅ | ✅ | ✅ |
| **1.4** | ✅ | ✅ | ✅ | ✅ |
| **1.5** | ✅ | ✅ | ✅ | ✅ |
| **1.6** | ✅ | ✅ | ✅ | ✅ |
| **1.7** | ✅ | ✅ | ✅ | ✅ |
| **1.8** | ✅ | ✅ | ✅ | ✅ |
| **1.9** | ✅ | ✅ | ✅ | ✅ |
| **1.10** | ✅ | ✅ | ✅ | ✅ |

DDX14.30

# Dr. Schonfeld Proved That '966 Claim 1 Is Invalid



**Dan Schonfeld**
**Technical Expert**

| | Sonos 2005 + POSITA | Sonos 2005 + Sonos Forums | Sonos 2005 + Nourse | Sonos 2005 + Squeezebox |
|---|---|---|---|---|
| 1.0 | ✅ | ✅ | ✅ | ✅ |
| 1.1 | ✅ | ✅ | ✅ | ✅ |
| 1.2 | ✅ | ✅ | ✅ | ✅ |
| 1.3 | ✅ | ✅ | ✅ | ✅ |
| 1.4 | ✅ | ✅ | ✅ | ✅ |
| 1.5 | ✅ | ✅ | ✅ | ✅ |
| 1.6 | ✅ | ✅ | ✅ | ✅ |
| 1.7 | ✅ | ✅ | ✅ | ✅ |
| 1.8 | ✅ | ✅ | ✅ | ✅ |
| 1.9 | ✅ | ✅ | ✅ | ✅ |
| 1.10 | ✅ | ✅ | ✅ | ✅ |
| 1.11 | ✅ | ✅ | ✅ | ✅ |

DDX14.31

# Dr. Schonfeld Proved That All '966 Dependent Claims Are Invalid



**Dan Schonfeld**
**Technical Expert**

**Sonos 2005
+ POSITA**

| 2.0 | ✅ |
|-----|-----|
| 2.1 | ✅ |
| 2.2 | ✅ |
| 3 | ✅ |
| 4 | ✅ |
| 6 | ✅ |
| 8 | ✅ |



TX0062 at 6

DDX14.32





DDX14.34

# Dr. Almeroth Failed to Present Any Secondary Considerations of Non-Obviousness



**Kevin Almeroth**

**Technical Expert**

- 2020 news coverage no link to overlapping zone scenes

- Non-prior art forum posts in 2016 only show perceived lack of value of alleged invention and 15-year delay by Sonos

# 2006 Non-Prior Art Forum Posts Confirm Expectation of Success

 **Majik**                                                                                                    15 years ago

I think it would be reasonable to limit it to, say, 32 zone groups.

Cheers,

Keith

TX2425 at 4

# 2016 Non-Prior Art Forum Posts Confirm Expectation of Success



**ChewyWaffles** · 1 reply

5 years ago

Wow, I'm greatly disappointed that this wasn't a basic feature right out of the gate. I just got my second Play1 and planned on getting a third to group them up in interesting ways, but I am rethinking this. This reeks of lack of competition that this hasn't been implemented.

 Like   99 Quote

## TX6958 at 5

# The Patents Are Not Infringed

# Jury Instructions On Infringement

**Jury Instruction #29:**

If, however, the accused product is missing even one requirement of the asserted claim, the accused product does not directly infringe that claim.

**Jury Instruction #34:**

If there is no direct infringement by anyone, there can be no induced infringement. As with direct infringement, you must determine induced infringement on a claim-by-claim basis. In order to be liable for inducing infringement, Google must:

(1) Have intentionally taken action that actually induced infringement;
(2) Have been aware of the '966 patent; and
(3) Have known that the acts it was causing would infringe the patent.

**Jury Instruction #35:**

A "common component suitable for non-infringing use" is a component that has uses other than as a component of the patented product, and those other uses are not occasional, farfetched impractical, experimental, or hypothetical.

# Sonos's Claims Are Written As An All-Or-Nothing Test



**While <u>operating</u> in drive mode:**

- ✅ Checking mirrors
- ✅ Checking blind spot
- ❌ Using turn signal
- ☐ Yielding the right-of-way
- ☐ Observing pedestrians
- ☐ Following speed limit

**DDX14.37**

# Both '885 and '966 Patents Require "Operating In a Standalone Mode"

## '885 Patent, Claim 1

**[1.5]** while operating in a standalone mode in which the first zone player is configured to play back media individually in a networked media playback system comprising the first zone player and at least two other zone players:

**[1.6]** (i) receiving, from a network device over a data network, a first indication that the first zone player has been added to a first zone scene comprising a first predefined grouping of zone players including at least the first zone player and a second zone player that are to be configured for synchronous playback of media when the first zone scene is invoked; and

**[1.7]** (ii) receiving, from the network device over the data network, a second indication that the first zone player has been added to a second zone scene comprising a second predefined grouping of zone players including at least the first zone player and a third zone player that are to be configured for synchronous playback of media when the second zone scene is invoked, wherein the second zone player is different than the third zone player;

**[1.8]** after receiving the first and second indications, continuing to operate in the standalone mode until a given one of the first and second zone scenes has been selected for invocation;

## '966 Patent, Claim 1

**[1.4]** while serving as a controller for a networked media playback system comprising a first zone player and at least two other zone players, wherein the first zone player is operating in a standalone mode in which the first zone player is configured to play back media individually:

**[1.5]** receiving a first request to create a first zone scene comprising a first predefined grouping of zone players including at least the first zone player and a second zone player that are to be configured for synchronous playback of media when the first zone scene is invoked;

**[1.6]** based on the first request, i) causing creation of the first zone scene, ii) causing an indication of the first zone scene to be transmitted to the first zone player, and iii) causing storage of the first zone scene;

**[1.7]** receiving a second request to create a second zone scene comprising a second predefined grouping of zone players including at least the first zone player and a third zone player that are to be configured for synchronous playback of media when the second zone scene is invoked, wherein the third zone player is different than the second zone player;

**[1.8]** based on the second request, i) causing creation of the second zone scene, ii) causing an indication of the second zone scene to be transmitted to the first zone player, and iii) causing storage of the second zone scene;

**[1.9]** displaying a representation of the first zone scene and a representation of the second zone scene; and

DDX14.38

# New Products: No "<u>Operating In Standalone Mode</u>" When Invoking Group

1. A first zone player comprising:
a network interface that is configured to communicatively couple the first zone player to at least one data network; one or more processors;
a non-transitory computer-readable medium; and
program instructions stored on the non-transitory computer-readable medium that, when executed by the one or more processors, cause the first zone player to perform functions comprising:

**while operating in a standalone mode in which the first zone player is configured to play back media individually** in a networked media playback system comprising the first zone player and at least two other zone players:

    (i) receiving, from a network device over a data network, a first indication that the first zone player has been added to a first zone scene comprising a first predefined grouping of zone players including at least the first zone player and a second zone player that are to be configured for synchronous playback of media when the first zone scene is invoked; and

    (ii) receiving, from the network device over the data network, a second indication that the first zone player has been added to a second zone scene comprising a second predefined grouping of zone players including at least the first zone player and a third zone player that are to be configured for synchronous playback of media when the second zone scene is invoked, wherein the second zone player is different than the third zone player;

**after receiving the first and second indications, continuing to operate in the standalone mode until a given one of the first and second zone scenes has been selected for invocation;**

after the given one of the first and second zone scenes has been selected for invocation, receiving, from the network device over the data network, an instruction to operate in accordance with a given one of the first and second zone scenes respectively comprising a given one of the first and second predefined groupings of zone players; and

based on the instruction, **transitioning from operating in the standalone mode to operating in accordance with the given one of the first and second predefined groupings of zone players** such that the first zone player is configured to coordinate with at least one other zone player in the given one of the first and second predefined groupings of zone players over a data network in order to output media in synchrony with output of media by the at least one other zone player in the given one of the first and second predefined groupings of zone players.

- "***Operating in standalone mode***" = <u>continuous</u> output of media
- Examiner and Dr. Schonfeld ***agree***
- ***No dispute*** that new products <span style="color:red">do <u>not</u> output</span> any media when request to invoke a group is received



**Music STOPS before group is invoked**

**'885 Patent, Claim 1**

# New Products: No "<u>Operating In Standalone Mode</u>" When Invoking Group

1. A computing device comprising: one or more processors;

a non-transitory computer-readable medium; and program instructions stored on the non-transitory computer-readable medium that, when executed by the one or more processors, cause the computing device to perform functions comprising:

==while serving as a controller== for a networked media playback system comprising a first zone player and at least two other zone players, ==wherein the first zone player is operating in a standalone mode in which the first zone player is configured to play back media individually==;

receiving a first request to create a first zone scene comprising a first predefined grouping of zone players including at least the first zone player and a second zone player that are to be configured for synchronous playback of media when the first zone scene is invoked;

based on the first request, i) causing creation of the first zone scene, ii) causing an indication of the first zone scene to be transmitted to the first zone player, and iii) causing storage of the first zone scene;

receiving a second request to create a second zone scene comprising a second predefined grouping of zone players including at least the first zone player and a third zone player that are to be configured for synchronous playback of media when the second zone scene is invoked, wherein the third zone player is different than the second zone player;

==based on the second request, i) causing creation of the second zone scene, ii) causing an indication of the second zone scene to be transmitted to the first zone player, and iii) causing storage of the second zone==

==scene; displaying a representation of the first zone scene and a representation of the second zone scene; and while displaying the representation of the first zone scene and the representation of the second zone scene, receiving a third request to invoke the first zone scene; and==

based on the third request, causing the first zone player to ==transition from operating in the standalone mode to operating in accordance with the first predefined grouping of zone players== such that the first zone player is configured to coordinate with at least the second zone player to output media in synchrony with output of media by at least the second zone player.

**'966 Patent, Claim 1**

- "***Operating in standalone mode***" = <u>continuous</u> output of media
- Examiner and Dr. Schonfeld ***agree***
- ***No dispute*** that new products <span style="color:red">do <u>not</u> output</span> any media when request to invoke a group is received



**Music STOPS before group is invoked**

# Sonos Added "Operating In Standalone Mode" To Get Around Yamaha DME

**SONOS**

> DME Manual does not teach

> while operating in a standalone mode

## CLAIM AMENDMENTS

while operating in a standalone mode in which the first zone player is configured to play back media individually in [[of]] a networked media playback system[[,]] comprising the first zone player and at least two other zone players:

instant invention and would have been an obvious inclusion." *Id.* Applicant respectfully disagrees, and submits that the DME Manual does not teach at least:

"while operating in a standalone mode in which the first zone player is configured to play back media individually…;



**YAMAHA**

Yamaha DME Manual

TX0006 at 4102, 4087

# Examiner: "Operating In Standalone Mode" = Continuous Output of Media

when a scene is invoked

does not allow for continuous output of media

*Reasons for Allowance*

The following is an examiner's statement of reasons for allowance: the prior art does not

reasonably teach the subject matter of the independent claims. Particularly while DME operates to

accomplish playback of selected media in synchrony on a selected set of first, second, etc. playback

devices when a scene is invoked upon said set of players, DME does not allow for continuous output of

media on a particular playback device and joining of the continuous output by a selected playback

device or set thereof in synchrony with media currently playing back upon the particular playback

device. That is, the prior art enables the selection of a device or group for synchronized playback of





Yamaha DME Manual



Music **STOPS** before
group is invoked

TX0006 at 5850

# Google Does Not Infringe For the Same Reason as Yamaha DME





**Ken Mackay**

**Google Software Engineer**

Q. So, Mr. MacKay, with respect to the ==StopCurrentApp function==, that function causes a player that's ==actively playing audio to stop playing audio when it's added to a new static group==; is that correct?

A. It not only ==stops playing audio==, it actually ==kills the entire app==.







**Music STOPS before group is invoked**

Transcript at 1282:25-1283:5

DDX14.43

# Patent Examiner & Dr. Schonfeld vs. Dr. Almeroth

**"while operating in a standalone mode"**





**Kevin Almeroth**
**Technical Expert**





**Dan Schonfeld**
**Technical Expert**

DDX14.44

# Dr. Almeroth: Claims Only Allow For Two Modes



**Kevin Almeroth**
**Technical Expert**

A.   But the reality is the claim talks about two modes: You're ==either in group mode== where you're synchronized to play in group mode ==or== you're not, you're ==in standalone mode==.



Transcript at 1282:25-1283:5

DDX14.45

# Dr. Almeroth: No Infringement If Group Is Invoked In Mode Other Than Standalone Mode



**Kevin Almeroth**
**Technical Expert**

Q. And if the jury were to agree with Google and Dr. Schonfeld that this ==invocation step or functionality in the new design== for the Google product is ==happening in a mode other than standalone mode==, if the jury agrees with that, then you would agree that there is no infringement of claim 1 of the '885 patent for the new design; correct?

A. I think if they agree with Dr. Schonfeld, then there's ==not going to be infringement for the redesign==.

Transcript at 986:15-22

DDX14.46

# New Products: Group Is Invoked In Idle Mode, <u>Not</u> Standalone Mode





**Ken Mackay**
**Google Software**
**Engineer**

Q. And is that launch or ==invocation of a group occurring when the speaker is in standalone mode==?

A. ==No==.

Q. What mode of operation are ==all the speakers== that you're adding to the group in when you're ==launching a group for music playback==?

A. They would be in ==idle mode==.

Transcript at 1258:8-14

# New Products: Group Is Invoked In Idle Mode, <u>Not</u> Standalone Mode





**Ken Mackay**
**Google Software Engineer**

"Launch" Command

IDLE

STANDALONE

GROUP

DOWNSTAIRS

# New Products Do Not Infringe '885 and '966 Patents



# Google's New Products Do Not Infringe Claim 1 of '885 Patent



**Dan Schonfeld**
**Technical Expert**

Q.  Do the Google <mark>new design products invoke or launch group mode when they're still operating in standalone mode</mark>?

A.  <mark>No</mark>. You have to leave operation in standalone mode before you can launch or invoke any particular group in synchrony. <mark>You cannot do it in the new design while operating in standalone mode.</mark>

Q. Does that mean there's no infringement of any of the asserted claims for the new design?

A. In my view, there is <mark>no infringement</mark> of any of the asserted claims, no.



**Music STOPS before group is invoked**

Transcript at 1366:24-1367:9

# '966 Patent: Dr. Almeroth Accused Home Apps Without Any Speakers



**Kevin Almeroth**
Technical Expert

Q. So given that, Dr. Almeroth, how many devices would be required to infringe claim 1 of the '966 patent?

A. Just one device as long as it had the program instructions required of the claims.

* * *

Q. If there are no speakers connected to the network to the phone, you cannot physically form two overlapping groups of speakers; correct?

A. You won't use that source code if there aren't the speakers to group.

Transcript at 766:25-767:3, 1687:15-19

DDX14.52

# Jury Instruction #28: Home App Cannot Infringe Without At Least Three Speakers

*First*, with respect to the '966 accused products, I have determined that the mere installation of the Google Home app on a computing device does not itself infringe. The claim language does not recite any functions to be performed by the accused products unrelated to those computing devices "serving as a controller." Significantly, a computing device is not capable of serving as a controller unless it is networked with at least three zone players that may be added to overlapping zone scenes. Until, if ever, a computing device with the Google Home app installed is networked with at least three zone players that may be added to overlapping zone scenes using the Google Home app, it cannot fall within the claims of the '966 patent. And Google is not capable of infringing unless a computing device is networked with at least three zone players that may be added to overlapping scenes using the Google Home app. I instruct you that only computing devices networked with at least three zone players that may be added to overlapping zone scenes using the Google Home app qualify for consideration.

DDX14.53

# Court's Construction of "Zone Scene" Requires "Previously-Saved <u>Grouping</u>"



| Claim Term | Sonos Patents | Court's Construction |
|---|---|---|
| "zone scene" | '885 Patent<br>'966 Patent | "a <u>previously-saved grouping</u> of zone players according to a common theme" |
| "indication that the first zone player has been added to a zone scene" | '885 Patent | "indication from the network device that the [first] zone player has been added ~~by the user~~ to a zone scene" |

DDX14.54

# All Products: No "Causing Storage" Of Zone Scenes For <u>Later</u> Invocation

1. A computing device comprising: one or more processors;

a non-transitory computer-readable medium; and program instructions stored on the non-transitory computer-readable medium that, when executed by the one or more processors, cause the computing device to perform functions comprising:

while serving as a controller for a networked media playback system comprising a first zone player and at least two other zone players, wherein the first zone player is operating in a standalone mode in which the first zone player is configured to play back media individually:

receiving a first request to create a first zone scene comprising a first predefined grouping of zone players including at least the first zone player and a second zone player that~~...~~ playback of media ~~...~~

**causing storage of the first zone scene** ❌

based on the first ~~...~~ zone scene, ii) causing an indication of the first zone scene to be transmitted to the first zone player, and iii) <u>causing storage of the first zone scene;</u>

receiving a second request to create a second zone scene comprising a second predefined grouping of zone players including at least the first zone player and a third zone player that~~...~~ playback of med~~...~~ invoked, wherein~~...~~ the second zone player;

**causing storage of the second zone** ❌

based on the second request, i) causing creation of the second zone scene, ii) causing an indication of the second zone scene to be transmitted to the first zone player, and iii) <u>causing storage of the second zone</u>

scene; displaying a representation of the first zone scene and a representation of the second zone scene; and while displaying the representation of the first zone scene and the representation of the second zone scene, receiving a third request to invoke the first zone scene; and

based on the third request, causing the first zone player to transition from operating in the standalone mode to operating in accordance with the first predefined grouping of zone players such that the first zone player is configured to coordinate with at least the second zone player to output media in synchrony with output of media by at least the second zone player.

- **"*Causing storage of*" zone scenes** = causing persistent storage of group membership for <u>later</u> invocation
- All products do <u>not</u> store group membership for later playback



**Zone Scene**
**NOT saved**

A
C
A

'966 Patent, Claim 1

DDX14.55

# Google Developed Innovative <u>Non-Infringing</u> ACA Technology



**Ken Mackay**

**Google Software Engineer**

Q. So in this ACA technology, is there a ==need to store actual grouping or membership information of the speakers== at the time the group is created so that later you can use it to play music on a group?

A. ==No==. We only store the ID and name.





**Zone Scene NOT saved**

Transcript at 1253:24-1254:3

DDX14.56

# Google's ACA: Only Uses Current Group Leader For Playback



# Google Speakers: No Membership Information Is Stored For Later Playback



**Ken Mackay**
**Google Software Engineer**

Q. Does that random string ID contain any information about the actual grouping or the identity of members of a group?

A. No, it doesn't contain information about the identity of the members.

Q. The next is "Name." Do you see that?

A. Yes.

Q. What is that indicating?

A. That's the name that the user assigned to the group.

Q. And, again, does that name contain any information about the actual grouping or membership information of a group?

A. No, it does not.



Transcript at 1243:23-1244:8

DDX14.58

# Home App: No Membership Information Is Used For Later Playback





**Justin Pedro**

**Google Engineering Manager**

Q. The information that's kept in the cache, is that ever used to actually allow a user to play back music to a particular group?

A. So the ==membership information in the cache is never used for playback purposes==.



Transcript at 1314:4-8

# Google's Independent & Prior Development of Speaker Group Functionality



**March**

**Ken MacKay**

**Tavis MacLellan**

**December 2015**
**Product release**

Development

Final Approval and Release

**2015**

**May 8, 2015 |** Source code written for "Join Group"

**March 30, 2015 |** Design doc

**March 26, 2015 |** Source Code approval

**March 18, 2015 |** Initial source code written

DDX14.60

# March 30, 2015 | Design doc



**Option 1**

1. Require all group members to be present for configuration

   Cons:
   - Can still result in inconsistent configuration if devices go offline during config changes.

**Option 4**

4. Ad-hoc group membership

   In this method of group configuration, every device knows which groups it is a member of, but does not have any a priori knowledge of other group members. Each group is

TX6454

# March 30, 2015 | Design doc



**Ken Mackay**
**Google Software Engineer**

Q. What was the ==first option== that you considered for the grouping technology for Google?

A. So in this option, all of the devices in a group would have to be present whenever you change the group configuration and you would have to ==store all of the group members== somewhere.

> Transcript at 1239:20-24

**Option 1**

1. ==Require all group members to be present for configuration==

Cons:

- ==Can still result in inconsistent configuration if devices go offline during config changes.==

TX6454

DDX14.62

# March 30, 2015 | Design doc





**Ken Mackay**
**Google Software Engineer**

Q. A priori knowledge, can you explain to the jury what you meant by that statement?

A. So that means that devices -- each device doesn't know -- doesn't have stored information about what other members of the group exist so it doesn't know which other devices are members of that group.

Transcript at 1240:23-1241:3

**Option 4**

4. Ad-hoc group membership

In this method of group configuration, every device knows which groups it is a member of, but does not have any a priori knowledge of other group members. Each group is

TX6454

# March 30, 2015 | Design doc



**Ken Mackay**
Google Software
Engineer

Q. And what did you mean by that?

A. I thought that this choice -- I thought that Option 4 had the best tradeoffs, and this is the option that we ultimately implemented.

Transcript at 1241:10-13

**Option 4**

4. Ad-hoc group membership

In this method of group configuration, every device knows which groups it is a member of, but does not have any a priori knowledge of other group members. Each group is

TX6454

DDX14.64

# Google's New & Old Products Do Not Infringe Any Claim of '966 Patent



**Dan Schonfeld**
**Technical Expert**

Q. Based on that understanding and the review of all the evidence, what is your opinion on whether the ==causing storage of the first zone scene==, the first zone scene ==that you created at the time of creation==, is satisfied in claim 1 of the '966 patent?

A. So as I understand it, the first -- storage of the first zone scene would require persistent storage of the membership; and as I just mentioned, that is not done because you ==only store the name and the identifier== of the group and, therefore, these -- these limitations are ==not satisfied in claim 1 of the '966 patent.==



**Zone Scene**
**NOT saved**

Transcript at 1373:7-17

# Jury Instructions On Willful Infringement

**Jury Instruction #38:**

To determine whether Google acted willfully, consider all facts and assess Google's knowledge at the time of the challenged conduct. Knowledge of a fact may be inferred where a party intentionally blinds itself to that fact.

Facts that may be considered include but are not limited to:

(1) Whether or not Google acted consistently with the standards of behavior for its industry;

(2) Whether or not Google reasonably believed its products did not infringe or that the patent was invalid at the time of infringement;

(3) whether or not Google made a good-faith effort to avoid infringing the asserted patents; and

(4) Whether or not Google tried to cover up its infringement.

# Google Developed Its Technology Independently



**Ken Mackay**
Software
Engineer









**Justin Pedro**
Engineering
Manager

**Tavis Maclellan**
Software
Engineer













**Chris Chan**
Product
Manager



DDX14.67

# **Google's Response to Sonos's Damages Theory**

# Damages Are Not Required

**Jury Instruction #40:**
If the asserted claims of these patents are ultimately found to be invalid . . .
Google will not have to pay money damages.

Patents **_not_** valid  **_No infringement_**  **$0** damages

# Sonos Waited 15 Years to Implement Patented Feature



**Jan. 27, 2005**
Sonos releases
2005 system

**Dec. 21, 2005**
Mr. Lambourne's
conception date

**SONOS**

**June 8, 2020**
Sonos first released
'885/'966 patented
feature

**15-year Gap**

| 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 |

DDX14.70

# Sonos Could Not Establish Value

**Jury Instruction #42:**
One of my functions as a judge presiding over a trial is to ensure that the evidence you considered meets the minimum requirements for admissibility. Upon further review, I have found that this testimony and theory of damages does not meet those minimum requirements. As such, <mark>I have made a ruling striking this IFTTT theory</mark> from the record. What this means is that you shall not factor in any information regarding IFTTT into your calculation of damages.



**DDX14.71**

# Sonos Could Not Establish Value

**Jury Instruction #28:**
Until, if ever, a computing device with the Google Home app installed is networked with at least three zone players that may be added to overlapping zone scenes using the Google Home app, it ==cannot fall within the claims of the '966 patent==.



DDX14.72

# A Lump Sum Royalty Is Appropriate

**Jury Instruction #42:**
There are license agreements admitted into evidence that you may find
==sufficiently comparable== and that you may use, along with other evidence of
economic value, if applicable.



**Outland Research: $2.25M**

Purchase
Agreement

TX6016



**Denon: $10M / 1,000 x 2 = $200,000**



License
Agreement

TX6721

DDX14.73

# Sonos's Running Royalty Licenses

**Jury Instruction #42:**
There are license agreements admitted into evidence that you may find ==sufficiently comparable== and that you may use, along with other evidence of economic value, if applicable.

## Lenbrook (Bluesound)

| Time Period | U.S. Royalty Payments |
|---|---|
| Jan 2019- Sep 2020 | $359,210 |
| Oct 2020- Dec 2020 | 127,116 |
| Jan 2021- Mar 2021 | 68,100 |
| Apr 2021- Jun 2021 | 80,706 |
| Jul 2021- Sep 2021 | 148,804 |
| **Total** | **$783,936** |

## Legrand (Pass & Seymour)

| Time Period | U.S. Royalty Payments |
|---|---|
| Jan 2019- Sep 2020 | $184,425 |
| Oct 2020- Dec 2020 | 15,336 |
| Jan 2021- Mar 2021 | 12,924 |
| Apr 2021- Jun 2021 | 12,576 |
| Jul 2021- Sep 2021 | 13,740 |
| **Total** | **$239,001** |

# Cost to Implement NIAs Is the Appropriate Measure

**Jury Instruction #42:**
There are license agreements admitted into evidence that you may find sufficiently comparable and that you may use, along with other evidence of ==economic value==, if applicable.



**Christopher Bakewell**

**Damages Expert**



**Non-infringing Alternative**

**$200,000**

DDX14.75

# Google's Rebuttal