# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** 5/26/2023 | **Time:** 7:45 – 12:55 = 1 Hour; 17 Minutes | **Judge:** WILLIAM ALSUP |
|---|---|---|
| **Case No.:** 20-cv-06754-WHA | **Case Name:** Sonos, Inc. v. Google, LLC ||
| **Deputy Clerk:** Angella Meuleman | **Court Reporter:** Ruth Ekhaus ||

**Attorneys for Plaintiff:** Sean Sullivan, Alyssa Caridis, Cole Richter.

**Attorneys for Defendant:** Sean Pak, Lindsay Cooper, Patrick Weston..

## PROCEEDINGS

JURY TRIAL – Held.

## SUMMARY

Jury deliberations.

Jury reached unanimous verdict. Jury polled.

See Trial Log for further details.