UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 20-cv-06754-WHA
Case Name: Sonos, Inc. v. Google, LLC

## TRIAL SHEET, EXHIBIT and WITNESS LIST

| JUDGE: **William Alsup** | PLAINTIFFS ATTORNEYS: Sean Sullivan, Alyssa Caridis, Cole Richter. | DEFENSE ATTORNEYS: Sean Pak, Lindsay Cooper, Patrick Weston. |
|---|---|---|
| TRIAL DATE: 05/26/2023 | REPORTER(S): Ruth Ekhaus | CLERK: Angella Meuleman |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 7:45 a.m. | | | Jury proceeds to deliberations. | |
| | | 9:35 a.m. | | | Jury note #1 received. | |
| | | 10:07 a.m. | | | Court in session. Court reads jury note aloud and discusses same with parties. | |
| | | 10:09 a.m. | | | Answer to note agreed upon by all parties and sent to the jury. Jury continues deliberations. | |
| | | 10:10 a.m. | | | Court in recess. | |
| | | 11:06 a.m. | | | Jury note #2 received. | |
| | | 11:19 a.m. | | | Court reconvened. Court reads jury note aloud and discussed same with parties. | |
| | | 11:21 a.m. | | | Court in recess. | |
| | | 11:33 a.m. | | | Jury note #3 received. | |
| | | 11:38 a.m. | | | Court reconvened. Answers to Jury notes #2 and #3 discussed with parties. | |
| | | 11:47 a.m. | | | Answer to Jury note #2 sent to jury. Court in recess. | |
| | | 12:07 p.m. | | | Court reconvened. Answer to Jury note #3 discussed. | |
| | | 12:11 p.m. | | | Answer to Jury note #3 sent to jury. Court in recess. | |
| | | 12:41 p.m. | | | Court reconvened. Jury note #4 received indicating unanimous verdict. | |
| | | 12:44 p.m. | | | Jury present. Court reads aloud verdict. Jury polled. | |
| | | 12:51 p.m. | | | Jury thanked and discharged. | |
| | | 12:55 p.m. | | | Court adjourned. | |