UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THE HONORABLE WILLIAM ALSUP

CASE NO. C20-6754-WHA

CASE NAME: Sonos, Inc. v. Google, LLC

## NOTE FROM THE JURY

Note No. __4__

Date __5/26/2023__

Time __12:30 p__

1. The Jury has reached a unanimous verdict (X)

    Or

2. The Jury has the following question:

*[signature]*
Foreperson of the Jury