UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SONOS, INC.,

    Plaintiff,

  v.

GOOGLE LLC,

    Defendant.

No. C 20-06754 WHA
No. C 21-07559 WHA

(Consolidated)

**REQUEST FOR ADDITIONAL BRIEFING**

In the briefing already requested for next week, the parties shall also file a proposed course of action for hearing and ruling on injunctive relief and the affirmative defenses. The briefs due Tuesday at noon may now include no more than fifteen pages (instead of ten pages). The replies due Wednesday at noon may now include no more than ten pages (instead of five pages).

**IT IS SO ORDERED.**

Dated: May 26, 2023.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE