QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Sean Pak (Bar No. 219032)
  seanpak@quinnemanuel.com
  Melissa Baily (Bar No. 237649)
  melissabaily@quinnemanuel.com
  James Judah (Bar No. 257112)
  jamesjudah@quinnemanuel.com
  Lindsay Cooper (Bar No. 287125)
  lindsaycooper@quinnemanuel.com
  Iman Lordgooei (Bar No. 251320)
  imanlordgooei@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:    (415) 875-6600
Facsimile:    (415) 875-6700

  Marc Kaplan *(pro hac vice)*
  marckaplan@quinnemanuel.com
191 N. Wacker Drive, Ste 2700
Chicago, Illinois 60606
Telephone:    (312) 705-7400
Facsimile:    (312) 705-7401

*Attorneys for GOOGLE LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| SONOS, INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GOOGLE LLC,<br><br>　　　　　Defendant. | Case No. 3:20-cv-06754-WHA<br>Consolidated with Case No. 3:21-cv-07559-WHA<br><br>**GOOGLE LLC'S NOTICE OF REFILING OF WHOLE DOCUMENTS PURSUANT TO OMNIBUS ORDER RE MOTIONS TO SEAL (DKT. 518)** |

1  In accordance with the Court's Omnibus Order Re Motions to Seal (Dkt. 518), Google LLC
2  ("Google") hereby refiles public versions of the documents for which sealing was denied in whole
3  and for which Google does not move for reconsideration (*see* Dkt. 546).

5  DATED: May 30, 2023               Respectfully submitted,

                                     QUINN EMANUEL URQUHART &
                                     SULLIVAN, LLP


                                     By      */s/ Sean Pak*
                                          Sean Pak
                                          Melissa Baily
                                          James D. Judah
                                          Lindsay Cooper
                                          Marc Kaplan
                                          Iman Lordgooei


                                     *Attorneys for Google LLC*

**CERTIFICATE OF SERVICE**

The undersigned certifies that on May 30, 2023, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system.

DATED:  May 30, 2023

                                      */s/ Sean Pak*
                                      Sean Pak