# EXHIBIT 11
# Filed Under Seal

## DECLARATION OF JANOS LEVAI

I, Janos Levai, declare as follows:

1. I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently thereto if called upon to do so.

2. I am a Software Engineer at Google based in Zurich, Switzerland. I joined Google in July 2011 as an intern and full time in March 2012. In 2011, I worked on the YouTube Remote application and MDx protocol, as well as the integration of YouTube Remote functionality into the YouTube mobile website. In 2012, I began working on the YouTube Main application including integrating the YouTube Remote functionality into the YouTube Main applications for iOS and Android. This was the primary focus of my work until at least 2016. I also worked on maintaining and improving the MDx protocol.

3. Work on Version 1 of the MDx protocol began no later than May of 2010 in connection with our development of Google's YouTube Remote application. The YouTube Remote application was an application that allowed users to transfer playback of a YouTube video from their Android device to a television screen, and thereafter control playback of the video using the Android device. Videos were played back on the television by retrieving them from Bandaid content servers in Google's Content Delivery Network.

4. On November 9, 2010, the YouTube Remote application was first released for download by members of the public on the Android Marketplace, which was the application store for Android at the time and the predecessor to today's Google Play Store. This release of the YouTube Remote used Version 1 of the MDx protocol. Google released additional versions of the YouTube Remote over the years, until the application was discontinued. I worked on development of subsequent versions of the MDx protocol, with development of Version 2

beginning no later than September of 2011, followed by development of Version 3 beginning no later than January of 2014.

5.   I have reviewed the following videos and confirmed that they accurately show capabilities of the YouTube Remote application that was first released on November 9, 2010 in its normal operation:

- How to control Google TV or YouTube Leanback with YouTube Remote, available at https://www.youtube.com/watch?v=EGdsOslqG2s (uploaded 11/14/210);

- YouTube Remote, available at https://www.youtube.com/watch?v=txIPVu6yngQ (uploaded 11/10/2010);

- Youtube (Leanback) Remote App for Android, available at https://www.youtube.com/watch?v=5VFIuR9pJdo (uploaded 11/11/2010);

- Samsung Galaxy Tab as Youtube Remote, available at https://www.youtube.com/watch?v=NR9jFT5MP6A (uploaded 11/10/2010);

- Android App "Youtube Remote," available at https://www.youtube.com/watch?v=lQXxYNCi2d4 (uploaded 11/15/2010).

6.   I have reviewed YouTube Remote source code that was produced in this case and can confirm that it is the source code for the first release of the YouTube Remote application. Indeed, I understand that the YouTube Remote source code that was produced is a capture of the code that existed on November 11, 2010 from the following paths in the google3 source code repository, which is the location that contains the source code for the first release of the YouTube Remote application:

  - google3/java/com/google/android/apps/ytlounge/

- google3/java/com/google/youtube/lounge/
- google3/flash/as3/com/google/youtube/
- google3/video/youtube/src/web/actionscript/
- google3/video/youtube/src/python/

7. I have also reviewed the YouTube Remote source code as it existed on July 12, 2011 and December 1, 2011 that was produced in this case. These source code captures are for subsequent releases of the YouTube Remote application.

8. I have attached as **Appendix 1** a true and accurate copy of a presentation entitled "YouTube Lounge." The YouTube Remote application was sometimes referred to as the "YouTube Lounge" project.

9. I have attached as **Appendix 2** a true and accurate copy of the YouTube Remote API page. The document generally describes the API for the first release of the YouTube Remote application.

I, Janos Levai, declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: April 13, 2022

Janos Levai