# EXHIBIT 7

# FILED UNDER SEAL

# Appendix A

## Table of Contents

1    INTRODUCTION ........................................................................................................2
    1.1    SETTING A ZONE SCENE ......................................................................................2
2    INVOKING A SCENE ...............................................................................................5
    2.1    HANDHELD CONTROLLER ....................................................................................5
    2.2    DESKTOP CONTROLLERS .....................................................................................8
3    SCENE SETUP ..........................................................................................................9
    3.1    HANDHELD CONTROLLER ....................................................................................9
    3.2    DESKTOP CONTROLLERS .....................................................................................9
    3.3    ADDITIONAL SETUP IDEAS .................................................................................16
4    ALTERNATIVE LINKING METHODS ................................................................17
    4.1    MULTIPLE SELECT IN LINK AND DROP ZONE PANELS .........................................17
5    RELATED IDEAS ....................................................................................................19
    5.1    ZONE SCENES THAT PLAY MUSIC ......................................................................19
    5.2    RELATIONSHIP TO THE ALARM CLOCK ...............................................................19
    5.3    COMPRESS ZONES IN THE ZONE MENU ...............................................................20

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# 1    Introduction

The Zone Scene feature allows the user to arrange the zones into groups using one single command. However, the Zone Scene feature is much more flexible and powerful.

Currently in the Sonos UI, zone groups are created by manually linking zones one at a time until the desired zone grouping is reached.

For Example

Start with **Living Room**

➢ Link the Kitchen to the Living Room to make a group of (**Living Room** + Kitchen)
➢ Then link the Den to the (**Living Room** + **Kitchen**) to make a group of (**Living Room** + **Kitchen** + **Den**)

The Zone Scene feature would allow the user to create a group of (**Living Room** + **Kitchen** + **Den**) with one command.

## 1.1    Setting a Zone Scene

### 1.1.1    Simple Scenes

Simple scenes allow the user to set up a single zone group per scene.

*For example:*
 "Morning Scene" would group Bedroom + Den + Dining Room, but would leave all other zones in the house untouched.



Note: Zones do not need to be separated before the Scene is invoked.

### 1.1.2    Advanced Scenes

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                    SONOS-SVG2-00167535

User can define multiple groups to be gathered at the same time.

For example: "Evening Scene" should link the following zones
- **Group1**
  o  Bedroom
  o  Den
  o  Dining Room

- **Group 2**
  o  Garage
  o  Garden

- **And finally**, Bathroom, Family Room and Foyer should be separated from any group if they were part of a group before the Zone Scene was invoked.



Note: Zones do not need to be separated before the Scene is invoked.

3

SONOS-SVG2-00167536

### 1.1.3    What happens to the Music that's already playing when a Zone Scene is started.

If no music is playing in any Zone – then the zones will simply link in a group.

If music is playing in one or more zones there are several possibilities (TBD)

1.  The Music Queue in the zone group that was formed by the Zone Scene will be empty. In other words – the music will stop in any room that is part of the Zone Scene. This is the simplest solution, but may lead to frustration.

2.  The user gets to choose from which of the ;joining' Queues the new zone group should play. This could be in the form of a dialog:

**What should the new Zone Group play?**
No Music
Track 1
Track 2
Radio Station A

Note that this method would only be useful (and possible) with simple Zone Scene grouping. With Advanced Zone Scene groupings, this dialog would become  much too complicated.

3.  In the case where only one of the zones in the new group was playing music, the new group should take the music (and Queue) of that zone.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                    SONOS-SVG2-00167537