# EXHIBIT 3
# FILED UNDER SEAL

**Page 58**

 1  and I would believe you.  I don't really know for
 2  Android.
 3  BY MR. PAK:
 4     Q  For iOS, was there a migration that happened
 5  from Cast V2 to Cast V3?                    10:49:01
 6     A  For iOS, there was.
 7     Q  Do you know when that migration was
 8  completed?
 9     A  Probably -- roughly, I could probably think
10  about it, yeah.  So maybe -- like I don't -- how   10:49:32
11  about this?  This work was done for iOS.  I don't
12  know specifically when.  But this work was done for
13  iOS.
14     Q  Do you know the general time frame of when it
15  might have been completed?                  10:50:13
16     A  I'm a little hesitant because I don't really
17  know exactly when.
18     Q  Do you know what year?
19     A  Like, I'm not even sure about that, honestly.
20  I would have to look.  I could look somewhere and   10:50:41
21  find out.  I don't know.  But I can tell you that
22  this was done for iOS.  I can't tell you with
23  confidence when.
24     Q  Did the migration from Cast V2 to Cast V3 --
25  scratch that.                               10:51:06

**Page 59**

 1     Has the migration been completed to migrate
 2  from Cast V2 to Cast V3 for all YouTube iOS apps?
 3     A  Could you say that one more time, please?
 4     Q  Has the migration from Cast V2 to Cast V3
 5  been completed for all YouTube iOS apps?    10:51:32
 6     A  Yes, I believe that's true.
 7     MR. KAPLAN:  Jae, you're starting to get just
 8  a little bit garbled.  I can still hear you and I
 9  think the witness can.  I'm just letting you know
10  it's getting a little bit worse.            10:51:47
11     MR. PAK:  I appreciate it.  I think it's when
12  I lean back.
13  BY MR. PAK:
14     Q  Do you know if that migration was completed
15  in the past year?                           10:52:00
16     A  It was completed -- how do I -- no, it wasn't
17  completed in the last year.
18     Q  So it was completed sometime before this
19  year; is that right?
20     A  That's correct.                         10:52:23
21     Q  I want to go back to Exhibit 25.
22     A  I'm opening it now.
23     Okay, it's open.
24     Q  Before I get to this, do you know what Kabuki
25  means?                                      10:52:49

**Page 60**

 1     A  Again, this is -- it's kind of overloaded.  A
 2  little less overloaded than most.  But in the
 3  concept of the Living Room ecosystem, Kabuki is
 4  generally the term that is used to describe the
 5  YouTube app that runs on television.  And I say   10:53:11
 6  generally because sometimes people -- sometimes
 7  people don't understand that there's a distinction
 8  between the binaries that we saw in the other
 9  slides.  And they call everything Kabuki.  So that's
10  why I say, like, generally.  But I understand it to   10:53:30
11  mean a single binary that runs on television.
12     Q  So I want to look at the same slide we've
13  been looking at, PDF page 7 of Exhibit 25.  That
14  diagram.
15     A  So I'm there.                           10:53:59
16     Q  Do you know what cast SDK version is running
17  on the cast receiver devices?
18     A  That, I don't know, no.  No, I don't know
19  that at all.
20     Q  Was there a migration that happened from Cast   10:54:28
21  V2 to Cast V3 on the receiver side as well?
22     MR. KAPLAN:  Object to form.  Speculation.
23     THE WITNESS:  I don't know.  I can say not
24  that I was aware of, not that I'm aware of.  But I
25  don't know.                                 10:54:50

**Page 61**

 1  BY MR. PAK:
 2     Q  Do you know if a cast sender has to run the
 3  same cast SDK version as the cast receiver?
 4     A  I don't know.  But based on -- but I don't
 5  believe it does.  And I don't believe it does based   10:55:21
 6  on -- I don't believe it does based on my
 7  understanding -- based on the fact that iOS
 8  migration I know has happened.  The Android
 9  migration, I don't know if it's happened and things
10  still work.  So I would assume if the receiver   10:55:48
11  version needed to be the same, then the migration of
12  both -- of all senders needed to occur at the same
13  time.  So based on that -- I don't know for certain,
14  but I believe the answer is no.
15     Maybe at this point I'll say as a caveat,   10:56:09
16  like, we at YouTube, the work I do on iOS, like, we
17  don't use the full or even most of the cast
18  ecosystem when -- when you read about cast.  And so
19  we only really use cast for discovery and nothing
20  else.                                       10:56:35
21     So the question you're asking may be true for
22  someone else.  And I don't know, like, but we don't
23  use the full cast ecosystem.  And so I don't --
24  talking through this, it sure seems like it's not
25  true for us.                                10:56:59

16 (Pages 58 - 61)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**Page 122**

1  MR. KAPLAN: I'll give you the same caution.
2  THE WITNESS: I'm -- that's not a -- that's
3  not a domain in the code where I spend time. So,
4  like, I'm not well versed in that side of the
5  communication channel.                01:41:42
6  BY MR. PAK:
7  Q  So is it fair to say you're unfamiliar with
8  any messaging that is exchanged between the MDX
9  session server and the cast receiver?
10  A  Yes.                              01:41:52
11  MR. PAK: Okay. I have no further questions.
12  MR. KAPLAN: Okay. Can we take a quick
13  break? I'd just like to check my notes. I may have
14  a few.
15  MR. PAK: Sure.                      01:42:13
16  THE VIDEOGRAPHER: Going off the record. The
17  time is 1:42.
18  (Recess.)
19  THE VIDEOGRAPHER: We're back on the record
20  the time is 1:49.                    01:49:40
21
22         EXAMINATION
23  BY MR. KAPLAN:
24  Q  Mr. Mills, I just have a few questions for
25  you.

**Page 123**

1  Could you open up Exhibit 1040, which I just
2  entered into the exhibits folder.
3  A  Okay. Opening it. It's open.
4  (Exhibit 1040 was marked for identification
5  electronically and is attached hereto.)    01:50:12
6  BY MR. KAPLAN:
7  Q  Do you recognize Exhibit 1040 as an e-mail
8  chain between you and others at Google?
9  MR. PAK: Objection to form. Out of scope.
10  THE WITNESS: Yes.                   01:50:27
11  BY MR. KAPLAN:
12  Q  If you could please turn to the second page
13  of Exhibit 1040.
14  MR. PAK: Marc, I don't want to intrude here,
15  but I never introduced this during my deposition. I  01:50:43
16  just want to note that it's completely out of scope.
17  MR. KAPLAN: You can object.
18  BY MR. KAPLAN:
19  Q  That second to last paragraph in Exhibit 1040
20  begins:                              01:50:54
21  "Second, it may have to do with
22  the fact that receivers can retain a
23  local version of the remote queue."
24  Do you see that?
25  A  I see that.                        01:51:01

**Page 124**

1  Q  Did you write that?
2  A  Yes.
3  Q  You said in this paragraph that:
4  "Chaoren told me this can happen
5  in regards to a receiver retaining a   01:51:14
6  local version of the remote queue."
7  Do you see that?
8  MR. PAK: Objection. Vague. Out of scope.
9  THE WITNESS: I see that, yes.
10  BY MR. KAPLAN:                        01:51:24
11  Q  Is that statement accurate?
12  MR. PAK: Objection. Out of scope.
13  THE WITNESS: No.
14  BY MR. KAPLAN:
15  Q  Why isn't that statement accurate?  01:51:32
16  A  Because --
17  MR. PAK: Objection. Leading. Out of scope.
18  THE WITNESS: Because receivers don't retain
19  a local version of the remote queue.
20  BY MR. KAPLAN:                        01:51:44
21  Q  Do you recall why you wrote this in the
22  e-mail?
23  MR. PAK: Objection. Calls for speculation.
24  Out of scope.
25  THE WITNESS: Yes, I remember why.   01:51:53

**Page 125**

1  BY MR. KAPLAN:
2  Q  Why was that?
3  A  I had remembered Chaoren saying that the
4  remote queue can be stored, and so this was -- this
5  thread was, hey, how can -- what could the cause of  01:52:09
6  a bug be. And I was basically sharing what I had
7  remembered, which was that the remote queue could be
8  stored. But I was incorrect in where I said it
9  could be stored.
10  MR. PAK: Objection. Sorry. Objection.  01:52:27
11  Hearsay.
12  BY MR. KAPLAN:
13  Q  Do you know where the remote queue is stored?
14  A  Yes.
15  MR. PAK: Objection. Leading. Out of scope.  01:52:34
16  BY MR. KAPLAN:
17  Q  Where is it stored?
18  A  It's stored on the MDX servers.
19  MR. PAK: Same objection.
20  BY MR. KAPLAN:                        01:52:45
21  Q  When you wrote that "receivers can retain a
22  local version of the remote queue," was that based
23  on your personal knowledge of the receiver
24  operation?
25  MR. PAK: Same objections.          01:52:55

```
 1      THE WITNESS:  No.  I don't work on the
 2   receiver.
 3   BY MR. KAPLAN:
 4      Q   When you wrote the e-mail, was it based on
 5   source code that you had reviewed?          01:53:02
 6      MR. PAK:  Same objections.
 7      THE WITNESS:  No.
 8   BY MR. KAPLAN:
 9      Q   Was it based on documents that you had
10   reviewed?                                    01:53:09
11      MR. PAK:  Same objections.
12      THE WITNESS:  No.
13   BY MR. KAPLAN:
14      Q   Just one last question.
15          The last sentence of the paragraph that we   01:53:14
16   were referring to reads:
17          "It sounds like the queue is
18          intentionally retained to guard
19          against flaky networks, but may be
20          retained for too long if the receiver    01:53:25
21          isn't given the correct signal."
22          Do you see that?
23      MR. PAK:  Same objections.  Calls for
24   speculation.
25      THE WITNESS:  Yes, I see that.          01:53:33
```
Page 126

```
 1   BY MR. KAPLAN:
 2      Q   Was the queue retained at the receiver at the
 3   time you wrote that?
 4      MR. PAK:  Same objection.
 5      THE WITNESS:  No, it was not.          01:53:43
 6      MR. KAPLAN:  Pass the witness.
 7      MR. PAK:  Let me see if I want to redirect
 8   here.
 9
10          FURTHER EXAMINATION
11   BY MR. PAK:
12      Q   So during any of these breaks, have you
13   talked to Mr. Marc Kaplan?
14      A   Yes.
15      Q   Did you talk to anyone else?          01:54:13
16      A   Libbie.
17      Q   Do you -- is that Libbie DiMarco?
18      A   Libbie DiMarco.
19      Q   Did you talk about any of the substance of
20   your testimony here today with Libbie or Marc?   01:54:38
21      A   No.
22      Q   Did your discussion with Marc or Libbie
23   impact or affect your testimony here today?
24      A   No.
25      Q   Have you been shown this specific e-mail   01:54:54
```
Page 127

```
 1   marked as Exhibit 1040 yesterday?
 2      MR. KAPLAN:  I'm going to object as it calls
 3   for attorney-client privileged information and
 4   instruct the witness not to answer that.
 5   BY MR. PAK:                                    01:55:09
 6      Q   It's just a yes or no question.  Have you
 7   seen this document marked as Exhibit 1040 yesterday?
 8      MR. KAPLAN:  Yeah, it sounds like you're
 9   asking for preparation materials, and so the
10   answer -- the instruction is going to be don't   01:55:20
11   reveal -- the instruction is going to be don't
12   answer that question because it reveals the contents
13   of attorney-client privileged communications.
14      MR. PAK:  It's a yes or no question as to
15   whether the witness has looked at this document.   01:55:35
16   It's a yes or no.  How is that privileged?
17      MR. KAPLAN:  Because it would show the
18   contents of an attorney-client communication between
19   counsel and the witness.
20   BY MR. PAK:                                    01:55:47
21      Q   Did this e-mail refresh your recollection?
22      MR. KAPLAN:  You can answer that question.
23      THE WITNESS:  Did this e-mail refresh my
24   recollection?
25   ////
```
Page 128

```
 1   BY MR. PAK:
 2      Q   Let me rephrase.
 3          Did this e-mail refresh your recollection
 4   yesterday?
 5      MR. KAPLAN:  Can you rephrase that in a way   01:56:08
 6   that, you know, isn't revealing attorney-client
 7   communications?
 8          I'm not sure I can let him answer the
 9   question the way the question is phrased.  I think
10   you can ask it in a way that would not reveal   01:56:24
11   attorney-client communications.
12   BY MR. PAK:
13      Q   When was the first time you looked at this
14   document?
15      MR. KAPLAN:  Are you asking about the e-mail   01:56:38
16   or the document?
17      MR. PAK:  The document.
18      MR. KAPLAN:  I mean, I'm sorry to interrupt
19   your examination, but the proper question here for
20   materials reviewed by the witness in preparation for   01:56:58
21   the deposition is whether or not they were shown
22   materials to refresh their recollection.  So I'll
23   let him answer that question.
24          But if you're trying to get at materials that
25   we prepared the witness with in a different way, I
```
Page 129

33 (Pages 126 - 129)