# EXHIBIT 4
# FILED UNDER SEAL

## DECLARATION OF UMESH PATIL

I, Umesh Patil, declare as follows:

1. I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently thereto if called upon to do so. I joined Google in 2006. Until 2016, I was a Staff Software Engineer on the now discontinued Google Play Music.

2. I have reviewed the documents Bates Stamped GOOG-SONOSWDTX-00006865-866 and GOOG-SONOSWDTX-00006780-782. These documents relate to Google's Cast SDK, which is a different offering than Google Play Music. Google Play Music used a Cloud Queue API. The Cloud Queue API did not use the Cast SDK "Queuing" functionality.

I, Umesh Patil, declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: May 18, 2022

_____
Umesh Patil

1