# EXHIBIT 8
# FILED UNDER SEAL

**Page 102**

1  Q   Looking back at the AirPlay menu that's
2  shown with iPad and Sonos, do you understand the
3  iPad and Sonos lines to refer to devices that were
4  available to play music?
5  A   That's my understanding, yes.
6  Q   Again, looking at the AirPlay menu, do you
7  see a little checkmark to the right of Sonos?
8  A   Yes.
9  Q   Is it your understanding that a user would
10 have selected the Sonos line to play music on a
11 Sonos speaker?
12 A   My recollection is selecting Sonos in this
13 instance, and, again, we were speculating as to the
14 ideal user experience.
15     My recollection is yes, choosing that
16 would have allowed the person to play music through
17 the Sonos speakers.
18 Q   And as an alternative, the user could have
19 selected the little iPad row to play music through
20 the iPad; correct?
21     MR. LEE: Objection to form.
22     THE WITNESS: You know, this is from, what
23 did we say, 2011? I don't remember what the AirPlay
24 capabilities were at the time, so I don't recall
25 what my intention was in kind of mocking this up.

**Page 103**

1  BY MS. AUBRY:
2  Q   So I'm not asking about your -- I guess
3  your intention. I'm just looking at the screenshot
4  in this document from July 2011.
5      And as we were talking about for the Sonos
6  line that has a checkmark, I'm just confirming that
7  your understanding of this AirPlay menu is that it's
8  a menu of devices a user could select to play music
9  through; right?
10 A   Yes.
11 Q   We're going to switch gears in a little
12 bit, but I just want to recap some of what we talked
13 about with respect to the earlier Sonos products and
14 then also the AirPlay at the menu that you see in
15 Exhibit 10.
16     It's not your position today that you
17 invented a menu of selectable devices for playing
18 back music; right?
19     MR. LEE: Objection to form.
20     THE WITNESS: Could you rephrase that? It
21 wasn't clear to me what the question was.
22 BY MS. AUBRY:
23 Q   Sure. Did you invent the ability to
24 detect devices that were available for playing back
25 music through?

**Page 104**

1      MR. LEE: Objection to form, legal
2  conclusion.
3      THE WITNESS: Could you clarify if I am an
4  inventor on a specific patent?
5      Are we questioning the patents that we're
6  supposed to be talking about here today? I'm not
7  sure what you're asking.
8  BY MS. AUBRY:
9  Q   Sure. Let's make it easier.
10     I'm just looking at Page 2 of Exhibit 10
11 the screenshot that you included in this document.
12     Do you see that?
13 A   Page 2 of Exhibit 10 -- sorry. Okay. Yes.
14 Q   You're not saying you invented this GUI;
15 right?
16 A   Sorry. I feel like there was a double
17 negative there.
18     Could you rephrase that? I'm not sure
19 what you're actually asking.
20 Q   Did you invent the GUI that's shown on
21 Page 2 of Exhibit 0?
22 A   Did I invent the GUI?
23     I mocked up the GUI. I don't know that
24 anything -- I don't recall if anything like this
25 existed before. It's hard for me -- I don't know

**Page 105**

1  how to answer the question. I'm sorry.
2  Q   Are you saying that what is shown on Page
3  2 of Exhibit 10 is something you created?
4  A   I don't have a recollection of whether I
5  created this or not. I may have created this mockup.
6  Somebody else at Sonos may have created it. I don't
7  remember.
8  Q   So you don't think what is shown on Page 2
9  of Exhibit 10 is a representation of the AirPlay
10 system?
11 A   I agree that this appears to be a
12 representation of AirPlay. I guess I'm just
13 questioning that I am not necessarily the one who
14 created this graphic.
15 Q   Okay. Let's step aside from this graphic
16 as a whole and go back to what we were talking about
17 earlier, the AirPlay menu.
18     Do you see that?
19 A   Yes.
20 Q   And it has a little dark border and two
21 rows, one for iPad and one for Sonos?
22 A   Right. I see that.
23 Q   Did you create this menu?
24 A   I don't recall if I did.
25     Again, as I said, I may have. Somebody

```
 1  else on the team may have created it.  I don't
 2  recall.  It was over ten years ago.
 3      Q   Reading your markups just above the
 4  picture where you say -- the end of your sentence,
 5  "...where the AirPlay option shows up within native
 6  service apps like this."
 7          Do you see that?
 8      A   Yes, I do see that.
 9      Q   Is it your understanding that the figure
10  below is how the AirPlay option showed up in native
11  apps?
12      A   I don't recall.  I don't recall that this is
13  how it actually did show up in apps at the time or if
14  this is a representation of how we envisioned Sonos
15  might show up as part of that.
16      Q   Let's go back to the sentence you have
17  above the figure.
18          You say, "Would be ideal if we could get
19  "Play to Sonos" as part of the same GUI as where the
20  AirPlay option shows up..."
21          Do you see that?
22      A   Yes.
23      Q   So is it fair to say that when you were
24  writing this and you say, "...as part of the same
25  GUI as where the AirPlay option shows up...," the
                                                   Page 106
```

```
 1      Q   So at this time in July 2011, a user could
 2  select the AirPlay icon and have this AirPlay menu
 3  display; correct?
 4      A   Yes.
 5      Q   At this time in July 2011, a user could
 6  then select a device from the AirPlay menu to play
 7  music through; correct?
 8      A   Yes.
 9      Q   At this time in July 2011, the AirPlay
10  menu displayed available devices through which a
11  user could play music through; right?
12          MR. LEE:  Object to the form.
13          THE WITNESS:  Could you repeat that last
14  question, please?
15          MS. AUBRY:  Can I have the court reporter
16  read back the question, please?
17              (Record Read.)
18          THE WITNESS:  Yes.
19          MS. AUBRY:  This might be a good time for
20  a lunch break, depending on, Ms. Hoadley, how you're
21  doing.
22          MR. LEE:  Let's see how Lynne is doing.
23          For me, it's super late, so I definitely
24  would be up for a lunch break.
25          MS. AUBRY:  Let's go off the record.
                                                   Page 108
```

```
 1  picture below it is a picture of a GUI where the
 2  AirPlay option shows up?
 3          MR. LEE:  Objection to form.
 4          THE WITNESS:  Could you ask the question
 5  again?  I guess I'm just...
 6  BY MS. AUBRY:
 7      Q   Yes.  Well let me -- did you invent the
 8  AirPlay icon?
 9          MR. LEE:  Objection to form.
10          THE WITNESS:  Do you want me to answer --
11  am I supposed to answer the question?
12  BY MS. AUBRY:
13      Q   Yes.
14      A   So your question was:  Did I invent the
15  AirPlay icon?
16      Q   Yes.
17      A   No.
18      Q   Just to be clear, the AirPlay icon is a
19  little blue rectangle with an arrow in the middle of
20  the screenshot on Page 2 of Exhibit of 10; right?
21      A   Yes, I believe so.  I believe that's the
22  icon that was being used at the time.
23      Q   And that icon that was being used at the
24  time was a selectable icon; right?
25      A   Yes.
                                                   Page 107
```

```
 1          VIDEOGRAPHER:  We are off the record.  The
 2  time is 12:40 p.m.
 3              (Lunch Recess Taken.)
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
                                                   Page 109
```

28 (Pages 106 - 109)