# EXHIBIT 3

## FILED UNDER SEAL

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

1                    UNITED STATES DISTRICT COURT
2                   NORTHERN DISTRICT OF CALIFORNIA
3
4
        GOOGLE LLC,                        )
5                                          )
                  PLAINTIFF,               )
6                                          )
            VS.                            )   NO.
7                                          )   3:20-cv-06754-
        SONOS, INC.,                       )   WHA
8                                          )
                  DEFENDANT.               )
9       _____)
        SONOS, INC.,                       )
10                                         )
                  PLAINTIFF,               )
11                                         )   3:21-CV-07559-
            VS.                            )   WHA
12                                         )
        GOOGLE, LLC,                       )
13                                         )
                  DEFENDANT.               )
14      _____)
                        C O N F I D E N T I A L
15
                   (THIS TRANSCRIPT HAS BEEN DESIGNATED
16          HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER)
17
18                   ZOOM VIDEOTAPED DEPOSITION OF
19                     ROBERT ANDREW LAMBOURNE
20                    AS 30(B)(6) AND 30(B)(1)
21                     MONDAY, JUNE 6, 2022
22
23
24      JOB NO. 5267960
25      REPORTED BY:  D'ANNE MOUNGEY, CSR 7872

                                                      Page 1

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

1    DEPOSITION OF ROBERT ANDREW LAMBOURNE, TAKEN ON BEHALF OF

2    GOOGLE AT SANTA BARBARA, CALIFORNIA, COMMENCING AT

3    9:04 A.M. ON MONDAY, JUNE 6, 2022, BEFORE D'ANNE MOUNGEY,

4    CSR 7872.

5

6

7    APPEARANCES OF COUNSEL:

8

9        FOR SONOS, INC.:

10            LEE SULLIVAN SHEA & SMITH, LLP

              BY:  AMY BRODY, ESQ.

11            656 W RANDOLPH STREET

              SUITE 5W

12            CHICAGO, ILLINOIS 60661

              1-312-754-9602

13            LEE@LS3IP.COM

14

15        FOR GOOGLE, LLC:

16            QUINN EMANUEL URQUHART & SULLIVAN, LLP

              BY:  MARC KAPLAN, ESQ.

17            191 N WACKER DRIVE

              SUITE 2700

18            CHICAGO, ILLINOIS 60606

              312.705.7400

19            MARCKAPLAN@QUINNEMANUEL.COM

20

21        ALSO PRESENT:

22            JEFF NICHOLS, VIDEOGRAPHER

23

24

25

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1                        I N D E X
 2
 3    WITNESS              EXAMINATION                 PAGE
 4    ROBERT ANDREW LAMBOURNE
 5                         BY MR. KAPLAN                 7
 6
 7
 8                     E X H I B I T S
 9    NO.           PAGE   DESCRIPTION
10
      EXHIBIT 1069  11     GOOGLE LLC'S 30(B)(6) NOTICE OF
11                         DEPOSITION TO SONOS, INC.
12    EXHIBIT 1070  210    SONOS, INC.'S RESPONSES AND
                           OBJECTIONS TO GOOGLE, LLC'S FED.
13                         R. CIV. P. 30(B)(6) NOTICE OF
                           DEPOSITION
14
      EXHIBIT 1071  17     PATENT NO.:  US 10,848,885 B2
15
      EXHIBIT 1072  17     PATENT NO:   US 10,469,966
16
      EXHIBIT 1073  210    EMAIL STRING JUNE 3, 2022,
17
      EXHIBIT 1074  99     PATENT NO.: US 7,571,014
18
      EXHIBIT 1075  124    CANADIAN INTELLECTUAL PROPERTY
19                         OFFICE
20    EXHIBIT 1076  144    MUSICCAST DIGITAL AUDIO SERVER
                           OWNER'S MANUAL BATES STAMPED
21                         SONOS-SRV2-00032312 - 32459
22    EXHIBIT 1077  153    SONOS DIGITAL MUSIC SYSTEM
                           USER GUIDE (APRIL 2005) PART 1
23
      EXHIBIT 1078  153    SONOS DIGITAL MUSIC SYSTEM
24                         USER GUIDE (APRIL 2005) PART 2
25
                                             Page 3
```

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1                I N D E X (CONTINUED):

 2

 3                     E X H I B I T S

 4    NO.            PAGE      DESCRIPTION

 5    EXHIBIT 1080   174       PRODUCTS IN OUR SPACE
                               BATES STAMPED
 6                             SONOS-SRV2-00032289 - 32293

 7    EXHIBIT 1081   185       E-MAIL THREAD DATED 7-9-03
                               BATES STAMPED
 8                             SONOS-SRV2-00032575 - 32578

 9    EXHIBIT 1082   190       HANDHELD UI SPECIFICATIONS
                               BATES STAMPED
10                             SONOS-SRV2-00032475 - 32491

11    EXHIBIT 1083   192       PC UI SPECIFICATIONS
                               BATES STAMPED
12                             SONOS-SRV2-00033494 - 33526

13    EXHIBIT 1097   22        SKETCHBOOK
                               BATES STAMPED
14                             SONOS-SRV2-00026625 - 751

15    EXHIBIT 1098   18        SONOS UI SPECIFICATION;
                               BATES STAMPED
16                             SONOS-SRV2-00026839 - 58

17    EXHIBIT 1099   18        E-MAIL STRING DATED 4-11-05
                               BATES STAMPED
18                             SONOS-SRV2-00026888 - 89

19    EXHIBIT 1100   200       SONOS, INC.'S SECOND SUPPLEMENTAL
                               RESPONSES AND OBJECTIONS TO
20                             GOOGLE'S FIRST SET OF
                               INTERROGATORIES

21

22

23

24

25

                                              Page  4
```

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

1                    I N D E X (CONTINUED):

2

3        EXHIBITS PREVIOUSLY MARKED FOR IDENTIFICATION
                   AND ATTACHED HERETO:

4

5                       E X H I B I T S

6    NO.          PAGE        DESCRIPTION

7    EXHIBIT 6    127         SONOS "MACRO / PRESETS"

8    EXHIBIT 8    135         SONOS VIRTUAL ZONES AND ZONE
                              GROUPING

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

                                          Page  5

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1              SANTA BARBARA, CALIFORNIA

 2              MONDAY, JUNE 6, 2022; 9:03 A.M.

 3

 4

 5              THE VIDEOGRAPHER:  Good morning.  We're        09:03:24

 6    going on the record at 9:03 a.m. on June 6, 2022.

 7    This is media unit 1 of the video recorded

 8    deposition of Robert Lambourne.  And Robert

 9    Lambourne is a 30(b)(6) witness for Sonos, Inc.,

10    taken by counsel for plaintiff in the matter of       09:03:53

11    "Google, LLC, versus Sonos, Inc.," filed in the

12    United States District Court for the Northern

13    District of California.  The case number is

14    3:20-cv-06754-WHA, and also related case number of

15    3:21-CV-07559-WHA.                                    09:04:13

16              This deposition is being held virtually

17    via Zoom.  My name is Jeff Nichols from the firm

18    Veritext Legal Solutions, and I am the videographer.

19    The court reporter is D'Anne Moungey from the firm

20    Veritext Legal Solutions.                             09:04:31

21              Counsel will now state their appearances

22    and affiliations for the record.

23              MR. KAPLAN:  This is Marc Kaplan for Google

24    from Quinn Emmanuel Urquhart & Sullivan.

25              MS. BRODY:  Amy Brody of Lee Sullivan        09:04:45
```

Page 6

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

1    Shea & Smith on behalf of Sonos and the witness.

2            THE VIDEOGRAPHER:  Thank you.

3            Will the court reporter please swear in the

4    witness.

5                                                    09:04:54

6            ROBERT ANDREW LAMBOURNE,

7     having been first duly sworn by the reporter, was

8            examined and testified as follows:

9

10           THE VIDEOGRAPHER:  Thank you              09:05:10

11            You may proceed, Counsel.

12           MR. KAPLAN:  Thank you.

13

14                    EXAMINATION

15   BY MR. KAPLAN:                                    09:05:13

16       Q    Could you please state your full name for

17   the record.

18       A    Yes.  Robert Andrew Lambourne.

19       Q    Can you please also state your home address

20   for the record.                                   09:05:23

21       A    Yes.  It's 3722 Cedar Vista, that's

22   C-E-D-A-R, Vista, Santa Barbara, California 93110.

23       Q    Thank you.

24            Are you currently employed, Mr. Lambourne?

25       A    Yes.                                      09:05:46

                                              Page 7

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

1      Q    Can you please state your current employer

2   and your current employer's work address for the

3   record.

4      A    Yes.  The workplace is Sonos and the

5   address is 614 Chapala Street, C-H-A-P-A-L-A,          09:05:58

6   Street, Santa Barbara, California 93101.

7      Q    Do you understand you're under oath today

8   and you have sworn the oath to tell the truth?

9      A    Yes.

10     Q    Is there any reason that you can't testify    09:06:21

11  truthfully and accurately today?

12     A    No.

13     Q    Have you ever been deposed before?

14     A    Yes.

15     Q    How many times have you been deposed, prior   09:06:31

16  to this one?

17     A    Prior to this one?  I believe twice.

18     Q    Who are the parties involved in the first

19  deposition?

20     A    The first deposition was Sonos and Danon.      09:06:48

21  I think it was a holding company, but I can't

22  remember the name of it, but Danon was the company.

23     Q    The second deposition, who were the parties

24  involved?

25     A    Sonos and Google.                              09:07:09

Page 8

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

1      Q     Were any of those depositions about the two

2   patents in this case, either the 966 patent or the

3   885 patent?

4      A     I don't believe so, no.

5      Q     Do you have any reason to believe the            09:07:27

6   testimony you gave in either of those two prior

7   actions was inaccurate?

8      A     No.

9      Q     So since you've been through the ringer

10  twice, I'll give you the ground rules again, but       09:07:40

11  I'll go through them relatively quickly.

12         So first, the court reporter is taking down

13  everything that you and I say, so we should try not

14  to talk over each other.  Okay?

15     A     Yes.                                            09:07:51

16     Q     To the extent that you can, please try to

17  give verbal responses as opposed to head nods or

18  thumbs up or thumbs down.

19         Does that make sense?

20     A     Yes.                                            09:08:04

21     Q     If you don't understand my question, please

22  let me know so that I can either clarify it for you

23  or make sure that you do understand it.  Okay?

24     A     Yes.

25     Q     Your counsel may object at points to my        09:08:16

Page 9

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1    questions in the deposition, but as a general

 2    matter, you will have to respond to the question,

 3    unless your counsel instructs you not to answer.

 4            Is that okay?

 5      A    Yes.                                      09:08:30

 6      Q    We can take breaks at any time, if you

 7    would like.  Just let me know and we will take one.

 8    The only thing I ask is if there is a question

 9    pending, that we get an answer to the question

10    before we take a break.  Okay?                   09:08:43

11      A    Okay.

12      Q    Is anyone else in the room where this

13    deposition is being taken right now?

14      A    No.

15      Q    Other than Zoom and -- well, strike that. 09:08:54

16            Are you familiar with Veritext Exhibit

17    Share?

18      A    Yes.  We used it before.

19      Q    Are you logged into it now?

20      A    Yes.  I have to switch windows, but yes.   09:09:09

21      Q    Well, what I wanted to say is besides this

22    Zoom session and the Exhibit Share, do you have

23    anything else open?

24            If so, please close it.

25      A    I will make sure to do that.  VPN software 09:09:28
```

Page 10

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

1    are closed.

2         Okay.  Zoom and Veritext are the only

3    things open.

4    Q    So just to be clear, you don't have the

5    ability right now to chat with anyone or send          09:09:55

6    messages to anyone while you're in this deposition;

7    right?

8    A    I do not.

9    Q    I would like you to please turn to Exhibit

10   Share now and you should see in the marked exhibits    09:10:11

11   folder a number of exhibits.

12   A    Yes, I see five.

13        MR. KAPLAN:  Okay.  Let's open the first

14   one, which is Exhibit 1069.

15        (Whereupon, Google's Exhibit 1069 was            09:10:29

16        marked for identification by the

17        Court Reporter.)

18        THE WITNESS:  I need to arrange my window

19   so I can see you as well as the exhibit.

20        Okay.                                            09:10:53

21   BY MR. KAPLAN:

22   Q    Exhibit 1069 is Google's Notice of

23   Deposition to Sonos.

24        Do you see that?

25   A    Yes.                                             09:11:03

                                                            Page 11

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

1    Q    If you scroll down to page 7 of the

2    document, you'll see deposition topics, and under

3    those topics you will see Topic 1 and Topic 2.

4         Do you see that?

5    A    I do, yes.                                    09:11:26

6    Q    You've been designated on portions of

7    Topic 1 and Topic 2; is that fair?

8    A    Let me read them.

9    Q    Sure.

10        (Document reviewed by the witness.)           09:12:05

11        THE WITNESS:  Okay.  Can you ask the

12   question again, please?

13   BY MR. KAPLAN:

14   Q    Sure.

15        Do you understand that you have been          09:12:08

16   designated to testify with respect to portions of

17   Topic Number 1 and portions of Topic Number 2?

18   A    Can you clarify which portions?

19   Q    Sure.

20        In fact, I have additional exhibits that      09:12:19

21   might help us.

22        MR. KAPLAN:  So if you go out and go into

23   Exhibit 1070.

24        MS. BRODY:  Counsel, if helpful, I'm

25   willing to represent the subject matter on which    09:12:28

Page 12

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

1    Mr. Lambourne is designated on behalf of Sonos, if

2    that would help.

3            MR. KAPLAN:  That's fine.  I also have

4    Cole's e-mail here that I was going to show to

5    Mr. Lambourne, but I'm happy to do it either way.        09:12:41

6            MS. BRODY:  I'm sorry.  I don't know if

7    he's seen the e-mail.  I can represent -- you're

8    happy to ask him if he can confirm.

9            MR. KAPLAN:  Okay.

10           MS. BRODY:  If that's okay with you, just        09:12:55

11   to move it along.

12           MR. KAPLAN:  That's fine, yeah.  Go ahead.

13           MS. BRODY:  Subject to Sonos' objections,

14   Sonos has designated Mr. Lambourne to testify in

15   response to Topic Number 1 on non-privileged            09:13:07

16   information with respect to the 885 and 966 patents,

17   with the exception that Mr. Lambourne is not

18   designated to testify with respect to information

19   concerning the prosecution of the patents.

20           And with respect to Topic Number 2, Sonos        09:13:24

21   has designated Mr. Lambourne to testify on

22   non-privileged information regarding conception and

23   reduction to practice and earliest known use of the

24   inventions, with respect to the 885 and 966 patents.

25           Mr. Lambourne is not designated to testify       09:13:42

                                                        Page 13

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

1    concerning design, development and embodiments under

2    Topic 2.

3    BY MR. KAPLAN:

4        Q    Mr. Lambourne, do you understand that you

5    have been designated on Topics 1 and 2 as Ms. Brody        09:13:55

6    just read into the record?

7        A    Yes.

8        Q    Okay.  Topic Number 1 reads:

9            "The scope and content,

10            performance, advantages,        09:14:10

11            disadvantages, problems,

12            features, commercial or technical

13            benefits, or improvements of the

14            subject matter and technology

15            claimed in the Asserted Patents,        09:14:21

16            including the prosecution of the

17            applications that led to the

18            Asserted Patents, and an

19            Identification of persons most

20            knowledgeable about this Topic."        09:14:31

21            Do you see that's what Topic 1 says?

22        A    Yes.

23        Q    What did you do to prepare to testify with

24    respect to the portions of Topic Number 1 that

25    Ms. Brody just read into the record?        09:14:48

                                                Page 14

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1        A    I met with attorneys and reviewed some

 2    document that they shared.

 3        Q    What documents did you review to prepare to

 4    testify about Topic Number 1?

 5        A    I looked at an e-mail thread that was sent,    09:15:02

 6    a spec that I wrote, and the patents.

 7        Q    The e-mail thread, do you recall who was on

 8    that e-mail thread?

 9        A    I don't recall everybody that might have

10    been cc'd, but I believe the exchange was between     09:15:35

11    myself and Andrew Schulert.

12        Q    The specification you remember -- strike

13    that.

14             The specification that you just mentioned,

15    do you recall generally what that specification       09:15:56

16    disclosed?

17        A    Yes.  It was a spec I wrote for Zone

18    Scenes.

19        Q    Did you speak with anyone besides your

20    attorneys to prepare for your testimony on Topic      09:16:17

21    Number 1?

22        A    I did not.

23        Q    With respect to Topic Number 2, that topic

24    reads:

25             "The facts and circumstances               09:16:35
```

Page 15

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1              regarding the conception,

 2              reduction to practice" -- and in

 3              parenthesis -- "(actual or

 4              constructive), any alleged

 5              diligence in reduction to                    09:16:45

 6              practice and/or cessation of

 7              attempted reduction to practice

 8              to each of the asserted claims of

 9              the Patents-in-Suit, the earliest

10              known use of the alleged                     09:16:55

11              inventions claimed in the

12              Patents-in-Suit, the design and

13              development of every embodiment

14              of the alleged inventions of the

15              asserted claims of the                       09:17:03

16              Patents-in-Suit, and an

17              Identification of persons most

18              knowledgeable about this Topic."

19              Do you see that that's what Topic 2 says?

20      A    Yes.                                            09:17:16

21      Q    What did you do to prepare to testify with

22   respect to Topic Number 2?

23      A    I spoke with my attorneys and reviewed some

24   documents that they shared.

25      Q    Which documents did you review with respect    09:17:35
```

Page 16

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

1      to Topic 2?

2          A    I looked at e-mail threads, I looked at

3      spec I wrote, and I looked at the patents in

4      question.

5          Q    Are you referring to a different e-mail            09:17:59

6      thread and specification than the ones we just

7      discussed with respect to Topic Number 1?

8          A    The same.

9          Q    So you reviewed on the same e-mail thread

10     and the same specifications to prepare for Topic          09:18:14

11     Number 1 and Topic Number 2?

12         A    Correct.

13         Q    And you also reviewed the patents to

14     discuss Topic Number 1 and Topic Number 2; right?

15         A    Yes.                                             09:18:22

16         Q    Do you see Exhibit 1071 is the 885 patent

17     and Exhibit 1072 is the 966 patent?

18         A    Yes.

19              (Whereupon, Google's Exhibit 1071 and

20              Exhibit 1072 were marked for                     09:18:51

21              identification by the Court Reporter.)

22     BY MR. KAPLAN:

23         Q    These are the patents that you were

24     referring to that you reviewed in ordered to prepare

25     for your deposition here today?                           09:18:56

                                                         Page 17

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1        A    Yes.

 2             MR. KAPLAN:  I'm introducing a few more

 3    exhibits.

 4             (Whereupon, Google's Exhibit 1098 and

 5             Exhibit 1099 were marked for          09:20:27

 6             identification by the Court Reporter.)

 7    BY MR. KAPLAN:

 8        Q    Do you see Exhibits 1098 and 1099 in

 9    Exhibit Share now?

10        A    Not yet.                              09:20:35

11             Should I refresh my page?

12        Q    Actually, the best way to do it is if you

13    just click again on the explanation point

14    exclamation point folder, that should refresh it and

15    they'll pop up.                               09:20:47

16        A    Okay.  Yes.  Some more documents appeared.

17        Q    Can you click into Exhibit 1098, please.

18        A    Okay.

19        Q    Exhibit 1098 is Bates labeled

20    SONOS-SVG2-00026839.                          09:21:12

21             Do you see that?

22        A    Yes.

23        Q    Is this the Zone Scene specification that

24    you're referring to?

25        A    Let me run through it, please.        09:21:32
```

Page 18

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

1        Q     Sure.

2              (Document reviewed by the witness.)

3              THE WITNESS:  Yes, that looks to be it.

4     BY MR. KAPLAN:

5        Q     And Exhibit 1099, which is Bates labeled        09:22:13

6     SONOS-SVG2-00026888, do you see that?

7        A     I do, yes.

8        Q     Is this the e-mail thread that you were

9     referring to that you reviewed in preparation for

10    your deposition today?                                   09:22:38

11       A     Is there a way to zoom in on the image?

12       Q     There is.  At least in my view, if you sort

13    of mouse over towards the bottom of the PDF --

14       A     Right.

15       Q     -- different controls will pop up,             09:22:55

16    including a zoom.

17       A     Yes, I see it.  Thank you.

18             (Document reviewed by the witness.)

19             THE WITNESS:  Okay.  Yes, that is the

20    e-mail.                                                  09:24:06

21    BY MR. KAPLAN:

22       Q     Let's turn back to Exhibit 1098.

23       A     Which one was that one?  Sorry.

24       Q     It should be labeled 1098 --

25       A     Oh, yeah.                                       09:24:31

                                                      Page 19

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

1      Q     -- in the title.

2      A     Yes.  I realize where the number is now.

3  Okay.  Yes.

4      Q     Do you have Exhibit 1098 up?

5      A     I do, yes.                                    09:24:42

6      Q     What is Exhibit 1098?

7      A     It is a specification I wrote for -- it's a

8  user interface specification I wrote for a feature

9  or project that I call Zone Scenes.

10     Q     When did you write this specification for    09:25:05

11  the feature project Zone Scenes?

12     A     In 2005.

13     Q     The front page of the document, there's a

14  created and modified date.  The created date is

15  December 20th, 2005 and the modified date is           09:25:26

16  December 21st, 2005.

17           Do you see that?

18     A     Yes.

19     Q     Are those dates accurate?

20     A     It looks to be accurate, yes.                 09:25:41

21     Q     When did you come up with the feature Zone

22  Scenes?

23     A     Well, I was working on the ideas during

24  2005.

25     Q     When during 2005 did you come up with the    09:26:14

Page 20

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1    idea for Zone Scenes?

 2        A    You're asking for a day?

 3        Q    Just I'm asking for what you know.  So if

 4    you know a specific month or a specific day or a

 5    specific time of the year, I'm just trying to get          09:26:33

 6    your knowledge on when you came up with the idea for

 7    Zone Scenes.

 8        A    I would say early -- earlier in 2005.  One

 9    of the documents I looked at was a digital version

10    of a sketchbook that I made and I believe that I was      09:26:55

11    working on that in 2005.  I can't remember the exact

12    date.

13        Q    Would the sketchbook identify the date that

14    you began working on Zone Scenes?

15            MS. BRODY:  Objection to form.                     09:27:21

16            THE WITNESS:  I think it would show the

17    date that I made some sketches around Zone Scenes.

18    I can't say with certainty the exact moment that I

19    conceived of the idea.

20            MR. KAPLAN:  Mr. Lambourne, we're going to         09:27:51

21    come right back to 1097.

22            I have introduced a new exhibit -- strike

23    that.

24            We're going to come back to 1098, but I

25    have introduced Exhibit 1097.                              09:28:02
```

Page 21

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1              (Whereupon, Google's Exhibit 1097 was

 2              marked for identification by the

 3              Court Reporter.)

 4    BY MR. KAPLAN:

 5       Q    Exhibit 1097 is Bates numbered          09:28:06

 6    SONOS-SVG2-00026625.

 7            Do you see that?

 8       A    Yes.

 9       Q    Is this the sketchbook document that you

10    were just talking about?                        09:28:26

11       A    Let me zoom in.

12            Yes, that seems to be the sketchbook.

13       Q    Based on this sketchbook, can you tell me

14    when you came up with the idea or project or feature

15    called "Zone Scenes"?                           09:29:17

16       A    I will have to look through the sketchbook

17    because the date is not on the front page, but I

18    think there are some pages with dates on it.

19            Okay.  The third page, second zone groups,

20    and that's got a date of March 2nd, 2005.  I think I  09:29:54

21    was using the American date format back then.

22    Possibly it was the 3rd of February, but I think

23    March 2nd, 2005.

24       Q    So is there something on the third page

25    that sort of indicates that you had come up with the  09:30:21
```

Page 22

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
1    idea for Zone Scenes by March 2nd, 2005?

2        A    Yes.  I was describing a thing called

3    macros and the images on the screen shows a

4    grouping -- or two groupings of rooms under the name

5    "morning," which would have been the name of the        09:30:52

6    scene or the macro, but I used those terms

7    interchangeably.

8            So yes, I believe this was sketches

9    relating to Zone Scenes.

10       Q    What is a macro?                                09:31:11

11       A    Would you like a technical description or

12   from a user perspective?

13       Q    In the context of page 3 of Exhibit 1097,

14   what did you mean by macro there?

15       A    I would say a set of automated activities        09:31:32

16   or instructions that would put together rooms in

17   different groups or players representing rooms in

18   different groups that could then be invoked at a

19   later moment.

20       Q    So when a macro -- a user would put             09:32:03

21   together rooms into groups; is that what you said?

22       A    Yes.

23       Q    In that context, what is a room?

24       A    Yes.  So it really represents an audio

25   device or a speaker that is -- or set of speakers in     09:32:38
```

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

1    some cases that is in a room.  So, for instance, you

2    could have a speaker in the bedroom, which the user

3    would name "bedroom," a speaker in the living room,

4    which the user would name "living room," a speaker

5    in the dining room and so on.                          09:32:57

6        Q    You also said that the rooms that were in

7    the different groups could be invoked; is that

8    correct?

9        A    Yes.

10       Q    What did you mean by "invoked"?               09:33:46

11       A    What I meant was that from a user

12   perspective, a user could create the macro to

13   effectively group a number of rooms.

14            And by that what I mean by "group," is to

15   play the music in synchrony so they're playing the    09:34:12

16   same music at the same time.  Could create one or

17   more groups that would be saved and then at a later

18   time that same group could be -- I use the word

19   "invoked," but made to happen, reconstituted so that

20   those rooms would group themselves together.          09:34:39

21       Q    Now, the invoking would happen after the

22   groups were created; is that right?

23       A    Yes.

24       Q    By "invoke," I think you said "made to

25   happen," but I may have misunderstood your            09:35:28

Page 24

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

1    testimony.

2            So I'll just ask it again so you can

3    clarify.

4            What did you mean by "invoke"?

5        A    Let me see if I can describe it.              09:35:38

6            Taken from a stage where they were not in a

7    group or in a different group and be made to be part

8    of the group, that's described in the scene, the

9    macro.

10       Q    So is it the case that when the macro is      09:36:22

11   executed, that the scene is invoked?

12           MS. BRODY:  Objection to form.

13           THE WITNESS:  Can you define "executed"?

14   BY MR. KAPLAN:

15       Q    Sure.                                         09:36:48

16           I'm trying to ask a broader question so I

17   can have you explain to me your view on it, which

18   is:  After the scene has been invoked, what left is

19   available for the user to do with respect to that

20   scene or group?                                        09:37:05

21           MS. BRODY:  Objection to form.

22           THE WITNESS:  What's left for the user to

23   do?

24           Well, the rooms will be put into a stage

25   where they're grouped together so that they could     09:37:29

                                                    Page 25

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

1     play music back in synchrony.

2             Would you like me to give you examples of

3     what could happen?

4     BY MR. KAPLAN:

5         Q    I would like to ask you for examples, but        09:37:43

6     let me just clarify that last point first.

7             Is it the case that when the scene is

8     invoked, that the group will start playing music at

9     that point, or does that happen later?

10            MS. BRODY:  Objection to form.  I'll also         09:38:01

11    object to outside the scope.

12            THE WITNESS:  It could be both.

13    BY MR. KAPLAN:

14        Q    So when the scene is invoked, the group

15    might start playing back music in synchrony or it        09:38:19

16    might not; is that right?

17        A    Yes.

18        Q    You said you had an example of how a scene

19    might be used, I think.

20            Do I have that correct?                           09:38:38

21        A    Well, I want to describe in sort of a

22    user's point of view.

23        Q    Please, from a user's point of view, what's

24    an example of how the Zone Scene might be used?

25        A    Well, an example might be when the user         09:38:59

                                                        Page 26

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1    wakes up, they use a control device, a screen

 2    interface, for example, and they could press a

 3    button on their screen which would cause the Zone

 4    Scene to apply.

 5        Q    Once the user pressed the button on their        09:39:32

 6    screen to cause the Zone Scene to apply, what would

 7    happen in the system?

 8            MS. BRODY:  Objection; outside the scope

 9    and objection to form.

10            THE WITNESS:  Well, when the user pressed        09:39:56

11    the button on the screen, the rooms that were

12    defined in the scene would -- well, the players that

13    are part of the group, so -- when I say "player," I

14    mean speaker.

15            So the speaker called the bedroom, the           09:40:16

16    speaker called the living room, the speaker called

17    the dining room, would say okay, I know that group,

18    I'm going to group together with those other

19    speakers.

20    BY MR. KAPLAN:                                           09:41:03

21        Q    Let's look at page 3 of Exhibit 1097.

22            Are you there?

23        A    Yes.

24        Q    Can you describe for me what's shown on

25    page 3 of Exhibit 1097?                                  09:41:23
```

Page 27

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1        A    Okay.  Let me just scan it, please.

 2             Okay.  So this is a user interface that

 3    would appear on a screen-based control device and

 4    the illustrations I'm showing here is a scene or a

 5    macro that the user has created called "morning,"          09:42:02

 6    the name they've given to it.

 7             And within it, they are saying there will

 8    be two groups and the groups are defined there,

 9    bedroom, living room, dining room in Group 1.  Group

10    2 is patio and garden.  And I've roughly sketched          09:42:27

11    out an interface where a user effectively adds rooms

12    to groups and can create a group to live within the

13    scene.

14        Q    Below the boxes on the left-hand side,

15    there's a bullet that I believe reads:                     09:42:52

16             "Rooms can only appear in one

17             group at a time."

18             Do you see that?

19        A    I do, yes.

20        Q    What did you mean by that?                         09:43:04

21        A    Well, in this illustration, we have a

22    single scene that's being created with two groups

23    within it.  So if you recall, the user invokes the

24    morning scene, the rooms will know to go into those

25    groups, and I have said here a room can only appear        09:43:30
```

Page 28

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1    in one group at a time, meaning that when the user

 2    invokes this particular scene, a room can't be in

 3    two places at the same time for that scene.

 4            So to give an example, if the user intends

 5    for a playlist to be played in Group 1 and a          09:43:56

 6    different playlist to be played in Group 2, the

 7    dining room can't play both those pieces of music.

 8    It lives within one group, within this particular

 9    scene.

10    Q    Were there other examples that you came up      09:44:20

11    with where rooms could appear in more than one group

12    at a time?

13    A    Not in the same group within one scene, but

14    the room could appear in multiple scenes that were

15    saved.                                                09:44:51

16    Q    Were there examples that you came up with

17    where a room could appear in multiple scenes that

18    were saved?

19    A    Yes.

20    Q    Can you direct me to those?                     09:45:08

21    A    In the sketchbook you mean, or in general?

22    Q    Did you write down the example that you

23    just told me about, which was the rooms could be

24    included in more than one scene?

25    A    I believe so.  I would have to go through       09:45:35
```

Page 29

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1    the sketchbook.

 2        Q    But you believe that would be in the

 3    sketchbook?

 4        A    Yes.

 5        Q    Okay.  Can you please direct me to where in    09:45:46

 6    the sketchbook the rooms are appearing in more than

 7    one scene.

 8        A    Okay.  I'm going to take a moment to go

 9    through the sketchbook.

10        Q    Okay.                                           09:46:11

11            THE WITNESS:  The sketchbook contains

12    different topics.

13            (Document reviewed by the witness.)

14            THE WITNESS:  Would you like me to identify

15    every instance where I thought about this, or an       09:52:50

16    example?

17    BY MR. KAPLAN:

18        Q    Let's start with the first example you

19    found.

20        A    Okay.  Let me go back.  I recognize this      09:53:00

21    document is quite long.

22            Here's an example.  It's an annotation.  I

23    identify which page number I'm on.

24        Q    If you mouse over towards the bottom of the

25    PDF where it shows you the zoom, it shows at 127.      09:53:56
```

Page 30

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1        A    Okay.  There's an example here on page 24.

 2        Q    So page 24 of Exhibit 1097, this one is

 3   dated October 21st, 2005, at the top; is that right?

 4        A    Yes.

 5        Q    That's your -- is that your signature next      09:54:37

 6   to October 21st, 2005?

 7        A    Yes.

 8        Q    Okay.  Which part of page 24 of

 9   Exhibit 1097 show rooms as part of multiple Zone

10   Scenes?                                                   09:54:57

11        A    There's a circular drawing in the middle

12   and then just below it says:

13             "Pick a room

14             grouping/profile, same room can't

15             be in two groups," for instance.               09:55:12

16        Q    Did you find any earlier references to a

17   room being in -- well, strike that.  I'm sorry.

18             I thought before you mentioned that the

19   room could be in multiple Zone Scenes, not multiple

20   groups.                                                  09:56:12

21             Did I misunderstand you?

22             MS. BRODY:  Objection to form.

23             THE WITNESS:  Yes, I did say that.  I think

24   in this case, I'm refer- -- like you see

25   grouping/profile, I'm referring to a scene here,         09:56:27
```

Page 31

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1    like a room can be a part of two scenes.

 2    BY MR. KAPLAN:

 3        Q    What did you mean here by "room

 4    grouping/profile"?

 5        A    I would have to read more of the page.  One        09:56:44

 6    moment.

 7             (Document reviewed by the witness.)

 8             THE WITNESS:  Sorry.  Can you repeat your

 9    question, please?

10    BY MR. KAPLAN:                                               09:57:31

11        Q    So in the square box below the circle, the

12    document reads, "Pick a room grouping/profile" and

13    then in parenthesis below that, "Same room can be in

14    two groups."

15             Do you see that?                                    09:57:47

16        A    I do, yes.

17        Q    In that box, what did you mean by "room

18    grouping/profile"?

19        A    I think I was referring to -- well, the

20    word "profile" makes me think of -- I used the word     09:58:12

21    macro and profile and scene so much synonymously, so

22    here I think I'm saying the same room can be part of

23    two of those.

24        Q    Why did you write "room grouping/profile"?

25        A    I don't recall why I wrote those two words.       09:58:57
```

Page 32

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

1      Q     In the circle above the box where I've been

2   reading, I believe it reads, "Group profiles DCR

3   only."

4           Do you see that?

5      A     Yes.                                          09:59:25

6      Q     What is a "group profile"?

7      A     I think it's referring to a group of rooms

8   that can be saved.

9      Q     Is there a difference between a group

10  profile and a screen?                                  10:00:06

11     A     I don't believe so.

12     Q     What did you mean by "DCR only"?

13     A     Well, DCR refers to a product we had made

14  called -- well, it's a shortening of desktop

15  controller.                                            10:00:43

16          So DCR refers to the desktop controller,

17  which is our control application that we made to run

18  on Windows and Mac operating systems, so the

19  controller you would use on your computer.

20     Q     As you were looking for instances where a    10:01:11

21  room could be in two or more scenes, or two or more

22  profiles, did you find that identified on any page

23  earlier than "December" 21st, 2005?

24          MS. BRODY:  Objection to form.

25          I believe you said "December."               10:01:38

                                                          Page 33

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
1              MR. KAPLAN:  Oh.  Thank you.  I meant to

2     say October 21st, 2005.

3     BY MR. KAPLAN:

4         Q    I can re-ask the question if it's not clear

5     to you, Mr. Lambourne.                              10:01:49

6         A    Yes, please.  Please repeat it.

7         Q    As you're looking for instances where a

8     room could be in two or more scenes or two or more

9     profiles, did you find that identified on any page

10    earlier than October 21st, 2005?                    10:02:04

11        A    In reading this document today, I did not

12    find one.

13        Q    Was naming an important process for your

14    Zone Scene feature?

15             MS. BRODY:  Objection to form.             10:02:31

16             THE WITNESS:  Define "important."

17    BY MR. KAPLAN:

18        Q    Would you consider the ability to name a

19    scene to be an important, in your perspective, part

20    of the Zone Scene feature?                          10:03:13

21             MS. BRODY:  Objection to form.

22             THE WITNESS:  I think it would make it

23    easier for a user to understand if it had a name.

24    BY MR. KAPLAN:

25        Q    But the naming aspect of the Zone Scene    10:03:55
```

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1    wasn't necessarily an important part of that feature

 2    for you?

 3              MS. BRODY:  Objection to form.

 4              THE WITNESS:  Well, I believe in my spec I

 5    included the naming of the scene, so it would have        10:04:20

 6    been at least important enough for me to put it into

 7    a design.

 8    BY MR. KAPLAN:

 9       Q    Would it be possible to implement a Zone

10    Scene without naming the Zone Scene?                      10:04:37

11              MS. BRODY:  Objection to form.

12              THE WITNESS:  I suppose it would be

13    possible.  My designs include my -- my designs

14    included a name so that the user could refer back to

15    it later.                                                 10:05:15

16    BY MR. KAPLAN:

17       Q    Was an important part of the Zone Scene

18    feature that it was saved for use later by a user?

19       A    Yes.

20       Q    How would a user use the Zone Scene later        10:05:40

21    if the Zone Scene did not have a name?

22              MS. BRODY:  Objection to form.

23              THE WITNESS:  Well, it would have to be

24    identified by the user, the name is an easy way to

25    identify -- to identify it.                               10:06:23
```

Page 35

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1    BY MR. KAPLAN:

 2        Q    What other ways could a user have

 3    identified a Zone Scene, besides the name?

 4            MS. BRODY:  Objection to form, outside the

 5    scope.                                          10:06:47

 6            THE WITNESS:  Are you asking me to describe

 7    all the possible ways or an example?

 8    BY MR. KAPLAN:

 9        Q    What's an example?

10            MS. BRODY:  Same objections.            10:07:16

11            THE WITNESS:  Could be a name generated by

12    a computer.

13    BY MR. KAPLAN:

14        Q    Wouldn't the Zone Scene then still have a

15    name?                                           10:07:32

16        A    Sorry.  When you said is it important to

17    name the Zone Scene, I thought you were referring to

18    a name that the user would give it.

19        Q    Let me ask the question a little bit more

20    broadly.                                        10:07:58

21            Beyond naming the Zone Scene, either via an

22    automated name or a user specified name, how would

23    the user identify the Zone Scene?

24            MS. BRODY:  Objection to form, outside the

25    scope.                                          10:08:15
```

Page 36

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

1          THE WITNESS:  Well, standing here today, I

2     think the name would be a good way of doing it.

3     BY MR. KAPLAN:

4          Q     Can you think of any other examples where

5     you would not use a name to identify the Zone Scene?     10:08:28

6          MS. BRODY:  Same objections.

7          THE WITNESS:  Sorry, Mr. Kaplan, are you

8     asking me to generate ideas of what I think could

9     happen?

10    BY MR. KAPLAN:                                            10:08:51

11         Q     I'm just asking if you can think of any

12    other examples of how you would implement a Zone

13    Scene without using a name to identify it?

14         MS. BRODY:  Objection to form, outside the

15    scope.                                                    10:09:02

16         THE WITNESS:  Could have an icon, for

17    instance.

18    BY MR. KAPLAN:

19         Q     Any other examples?

20         A     Not that I can think of standing here at      10:09:13

21    this moment.

22         Q     The sketchbook that we've been looking at,

23    why did you create that?

24         A     Well, part of my job back then, still is,

25    to generate ideas and I sketched the ideas in a          10:10:00

                                                         Page 37

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1    sketchbook.

 2         Q    How did you maintain your sketchbook?

 3         A    Can you ask a more specific question,

 4    please?

 5         Q    Where did you keep your sketchbook?          10:10:36

 6         A    Are you referring to this particular

 7    sketchbook?

 8         Q    For this particular sketchbook, was it a

 9    physical sketchbook that you kept and added to over

10    time?                                                  10:10:58

11         A    I think that's likely, yes.

12         Q    Do you still have access to this

13    sketchbook?

14         A    No.

15         Q    What happened to this sketchbook?            10:11:15

16         A    I believe our patent attorneys have it in

17    their possession.

18         Q    When did you give this sketchbook to the

19    patent attorneys?

20         A    I can't recall.  I can't recall when I did   10:11:35

21    that.

22         Q    Do you remember roughly?

23         A    Presumably after October '05.  I don't

24    recall when.

25              MS. BRODY:  Counsel, we've been going a       10:12:23
```

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
1    little more than an hour.

2           Are we able to take a short break?

3           MR. KAPLAN:  Sure.

4           THE VIDEOGRAPHER:  We're going off the

5    record.  The time is 10:12.                        10:12:30

6              (Whereupon, a recess was held

7               from 10:12 a.m. to 10:22 a.m.)

8           THE VIDEOGRAPHER:  We're back on the

9    record.  The time is 10:22.

10   BY MR. KAPLAN:                                      10:22:33

11      Q    Welcome back, Mr. Lambourne.

12           You understand that you're still under

13   oath; right?

14      A    Yes.

15      Q    If you could go back to page 24 of          10:22:41

16   Exhibit 1097.  Let me know when you're there.

17      A    Okay.  I'm there.

18      Q    The top of this page reads "alarm/zone

19   profiles/groups."

20           Do you see that?                            10:23:08

21      A    Yes.

22      Q    How did the alarm clock function relate to

23   zone profiles?

24           MS. BRODY:  Objection to form, outside the

25   scope.                                              10:23:23
```

Page 39

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

1          THE WITNESS:  Yes.  The alarm clock was a

2    feature I worked on where effectively the user could

3    create a wake-up alarm or an alarm that would play

4    any other time of day, could play a piece of music

5    of their choosing.                                10:23:51

6          So you could, for instance, wake to your

7    favorite radio station in the bedroom, or at

8    5:00 o'clock the music could change in the kitchen

9    to be a playlist that you pick.

10         So it basically turned our system into a     10:24:13

11    time-based system whereby music could play a certain

12    time, day of the week.

13         And then the way that the room or the zone

14    profiles, which related to it, is a user could pick

15    what room or group of rooms should be playing when   10:24:37

16    the alarm triggered at the appropriate time.

17    BY MR. KAPLAN:

18      Q   Was the alarm clock feature part of the

19    Zone Scene or a Zone Scene itself?

20         Let me ask a better question.              10:25:04

21         Was the alarm clock a Zone Scene?

22         MS. BRODY:  Objection to form.

23         THE WITNESS:  No.  The alarm clock was not

24    a Zone Scene.

25    ///                                             10:25:20

                                                    Page 40

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1    BY MR. KAPLAN:

 2        Q    Why not?

 3        A    Well, an alarm that would set up would have

 4    a number of attributes, which were -- I mean, the

 5    main component, every component, but the main          10:25:38

 6    component was what time it should play, on what day

 7    or days, what music it should play, and what room or

 8    room groups would play the music.

 9             So the alarm clock used the Zone Scene.

10        Q    When you say, "The alarm clock used the       10:26:21

11    Zone Scene," do you mean that the alarm clock was --

12    well, strike that.

13             What did you mean by when you said the

14    alarm clock was using the Zone Scene?

15        A    I think in general terms it means that the    10:26:36

16    alarm clock would trigger the Zone Scene to group

17    together.

18        Q    Could we turn to page 4 of Exhibit 1097.

19        A    Yes.

20        Q    Do you see the top of the page it says        10:27:35

21    "problem" and then under that "party mode" and

22    continues on from there?

23        A    Yes.

24        Q    What was party mode in this context?

25        A    Yes.  So party mode was a term we used for    10:27:49
```

Page 41

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1    when all the rooms were grouped together, or all

 2    zones that's written in one of the screens were

 3    grouped together playing music at the same time.

 4         Q    When you described zones or rooms, was

 5    there a difference between those two terms?          10:28:46

 6              MS. BRODY:  Objection to form.

 7              THE WITNESS:  In this case, they're the

 8    same.

 9    BY MR. KAPLAN:

10         Q    What is the difference, if any, between    10:29:11

11    zones and rooms, for you?

12              MS. BRODY:  Objection to form.

13              THE WITNESS:  Well, in this case, this

14    point in the design, we effectively -- it refers to

15    a speaker or an amplifier that's able to feed        10:29:44

16    speakers.  And our idea was that you would put one

17    of these speakers in each room, but I think we

18    called it zone to mean in theory you could have more

19    than one speaker in a single room, so we used the

20    word "zone."                                          10:30:14

21    BY MR. KAPLAN:

22         Q    So if you had multiple speakers within the

23    same room, then you would potentially have multiple

24    zones within the same room; am I understanding you

25    correctly?                                            10:30:30
```

Page 42

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
1         A    In theory, yes.  We imagine that people

2    would have one speaker per room; one in the bedroom,

3    one in the dining room, one in the kitchen.  In

4    theory, someone could put more than one speaker in a

5    room, so we used the word "zone."                    10:30:49

6         Q    Okay.  Why was -- well, strike that.

7              At the bottom of page 4 in Exhibit 1097,

8    the box furthest down is titled "linked to," and

9    then below it there are a few entries on different

10   lines.  There's one that says "all zones - party     10:31:28

11   mode," one that says "downstairs zone group," one

12   that says "Sunday morning," one that says "bedroom,"

13   and one that says "kitchen."

14             Do you see that?

15        A    Yes.                                        10:31:42

16        Q    Why was the "all zones mode" called party

17   mode?

18        A    It was a friendlier name than saying all

19   zones.

20        Q    What do you mean it was a friendlier way of  10:32:10

21   saying all zones?

22        A    Well, from the point of view of we felt it

23   would be more appealing to a user to enter party

24   mode than in a more technical description of all

25   zones.                                               10:32:29
```

Page 43

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1        Q    Was there any particular use case that the

 2   party mode was directed at?

 3             MS. BRODY:  Objection to form.

 4             THE WITNESS:  Could you ask the question

 5   again, please, Mr. Kaplan.                        10:32:50

 6             I'm not sure I understood.

 7   BY MR. KAPLAN:

 8        Q    When you came up with the name "party

 9   mode," was there any particular use case that you

10   were addressing?                                  10:33:01

11             MS. BRODY:  Objection to form.

12             THE WITNESS:  I think it was the idea that

13   putting all your zones in one group and playing

14   music in them would feel like a good thing and

15   that's why we gave it a good time name, party mode.  10:33:37

16   BY MR. KAPLAN:

17        Q    In the box at the bottom of page 4 of

18   Exhibit 1097, at the top there's "all zones - party

19   mode" and then at the bottom there's two different

20   lines, one that says "bedroom" and one that says   10:33:58

21   "kitchen."

22             You see that; right?

23        A    Yes.

24        Q    In this example, would bedroom have also

25   been a part of the party mode?                     10:34:09
```

Page 44

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1        A    This case, yes, because party mode is -- it

 2   says all zones and bedroom would have been a zone,

 3   so bedroom would have been a part of party mode in

 4   this case.

 5        Q    Can we turn to page 29 of this document,         10:34:57

 6   please.

 7             Are you there?

 8        A    Okay.  Yes.

 9        Q    At the top of page 29 of Exhibit 1097,

10   there's a date October 21st, 2005, I believe your        10:35:28

11   signature, and then the word "room configurations."

12             Do you see that?

13        A    Yes.

14        Q    And then below the date, there's an

15   underlining phrase "perma groups DCR."                   10:35:45

16             Do you see that?

17        A    Yes.

18        Q    What did you mean by "perma groups DCR"?

19        A    Perma group I think refers to permanent

20   groups and DCR is the desktop controller product        10:36:09

21   that I referred to earlier.

22        Q    What was a permanent group?

23        A    I think I defined it roughly as a zone

24   group that wouldn't expect to break apart into

25   constituent zones very often.                            10:36:51
```

Page 45

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1        Q    Can you give me an example of a perma

 2   group?

 3             MS. BRODY:  Objection to form.

 4             THE WITNESS:  Let me think.

 5             An open planned house where the kitchen and       10:37:24

 6   the dining areas are a single space, you might have

 7   two zone groups or two zones in that space and the

 8   user may say, look, I want these two zones to always

 9   be grouped together.

10   BY MR. KAPLAN:                                              10:37:55

11        Q    How did that differ from a non-perma group

12   that the user would create grouping the same rooms

13   together?

14             MS. BRODY:  Objection to form, outside the

15   scope.                                                      10:38:10

16             THE WITNESS:  They might appear as more of

17   an item in a menu, the two zones that are

18   permanently grouped together.

19   BY MR. KAPLAN:

20        Q    Would the two zones that are not                  10:38:47

21   permanently grouped together but temporarily grouped

22   together also appear as one item in a menu?

23             MS. BRODY:  Objection to form.

24             THE WITNESS:  They could.

25   ///                                                         10:39:20
```

Page 46

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1    BY MR. KAPLAN:

 2        Q    I'm not sure what distinction you're

 3    drawing between the perma groups and the non-perma

 4    groups.

 5              Let me try to ask just a broader question.    10:39:26

 6              Well, strike that.

 7              Were perma groups added to the Sonos

 8    products at some point?

 9              MS. BRODY:  Objection to form, outside the

10    scope.                                                  10:39:45

11              THE WITNESS:  Not as described here, no.

12    BY MR. KAPLAN:

13        Q    Why did you say, "Not as described here"?

14              Were they added in some other form to the

15    products?                                               10:40:23

16              MS. BRODY:  Objection to form, outside the

17    scope.

18              THE WITNESS:  Not as described -- I say

19    that because we created a feature called stereo pair

20    where two speakers would be permanently grouped        10:40:42

21    together to be the left and right channel of the

22    audio stream, so they were a different kind of

23    grouping than our regular dynamic grouping.

24    BY MR. KAPLAN:

25        Q    Can you turn to page 42 of Exhibit 1097,      10:41:31
```

Page 47

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1     please.

 2         A    Yes.

 3         Q    Page 42 has at the top in underlined "room

 4     groupings" and under it says "back to it."

 5             Do you see that?                              10:42:09

 6         A    Yes.

 7         Q    Then there's annotation that says "macros"

 8     and below that there is a "morning mode," then even

 9     further below it says "macros" and in parenthesis,

10     "room configurations."                               10:42:31

11             Do you see that?

12         A    Yes.

13         Q    Below the macros, in parenthesis, room

14     configurations, there's a box with three entries.

15     One says "party mode," one says "morning mode," and   10:42:43

16     the final says "working mode."

17             Do you see that?

18         A    Yes.

19         Q    Were those examples of zone scenes?

20         A    Yes.                                         10:43:03

21         Q    How do you know?

22         A    Because I designed it.

23         Q    Are you familiar with standalone mode?

24         A    Yes.

25         Q    What is standalone mode?                     10:43:35
```

Page 48

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

1      A    I mean, broadly described as a speaker or a

2   zone that's not joined to other zones, or not

3   grouped with other zones.

4      Q    Did you describe in your sketchbook what

5   would happen when a standalone speaker was joined to        10:44:13

6   a group that was already existing?

7           MS. BRODY:  Objection to form.

8           THE WITNESS:  Can you repeat the question,

9   please?

10  BY MR. KAPLAN:                                              10:44:36

11     Q    Sure.

12          Did you describe in your sketchbook what

13  would happen when a standalone speaker was joined to

14  a group that was already existing?

15     A    I can't say if it's in the sketchbook.             10:44:49

16     Q    Do you recall writing down what would

17  happen when a standalone mode speaker was joined to

18  an existing group?

19     A    I feel sure I would have written it down

20  somewhere, but I can't recall exactly where.               10:45:28

21     Q    Would you have written it down in the 985

22  or 966 patents?

23          MS. BRODY:  Objection to form.

24          THE WITNESS:  I don't recall exactly it

25  being in the patents standing here today, but that         10:46:02

Page 49

1    was a key part in behavior of the Sonos system.

2    BY MR. KAPLAN:

3         Q    What do you mean -- excuse me.

4              What do you mean when you say the --

5    joining the standalone speaker to an existing group    10:46:26

6    was a key part of the behavior of the Sonos system?

7         A    Well, again, from a user perspective, if

8    there was a group of rooms, say, the living room and

9    the dining room grouped together and the kitchen

10   wasn't part of that group, it was standing alone,    10:46:57

11   then the kitchen could be joined to that group.

12        Q    And in the Sonos system, what was the

13   behavior of the standalone mode speaker when it was

14   joined to that group?

15             MS. BRODY:  Objection to form, outside the    10:47:19

16   scope.

17             THE WITNESS:  The overall behavior is when

18   that standalone zone was joined to a group of zones,

19   then it would be able to play a music stream

20   synchronized, so all in synchrony.    10:48:01

21   BY MR. KAPLAN:

22        Q    If the existing group was already playing

23   music in synchrony, what would the behavior of the

24   standalone speaker become after it was added to that

25   group?    10:48:25

Page 50

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
1              MS. BRODY:  Objection to form, outside the

2      scope.

3              THE WITNESS:  Well, if the standalone

4      player was to join the group of -- the group of

5      Sonos that were playing already, then that            10:48:53

6      standalone speaker would join the group and it would

7      also play the music that the other two were playing,

8      if the other two were already playing music.

9      BY MR. KAPLAN:

10        Q    What if the standalone speaker was playing    10:49:15

11     music and the existing group was not playing music

12     and the standalone speaker was added to the group,

13     what would the behavior of the standalone mode

14     speaker become after it was added to the group?

15             MS. BRODY:  Objection to form, outside the    10:49:37

16     scope.

17             THE WITNESS:  We've had different behaviors

18     of that capability over the years.

19     BY MR. KAPLAN:

20        Q    Let me give you a timeframe for my            10:50:13

21     question.

22             In the 2005 timeframe, what would the

23     behavior of a standalone mode speaker that was

24     playing music become after that standalone mode

25     speaker was added to a group that was not playing     10:50:31
```

Page 51

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1    music?

 2           MS. BRODY:  Objection to form, outside the

 3    scope.

 4           THE WITNESS:  I believe at the time you

 5    reference, the -- all the -- all the speakers that      10:50:52

 6    were playing the music -- I mean, this is how the

 7    system worked at that time is what I mean, would

 8    play the music that the standalone speaker wasn't

 9    playing.

10    BY MR. KAPLAN:                                          10:51:14

11       Q    So the speakers in the existing group in

12    that example would match where the standalone

13    speaker was playing and become one group playing

14    that music synchronously; is that right?

15           MS. BRODY:  Objection to form.                   10:51:38

16           THE WITNESS:  Standing here today, I can't

17    say with certainty.  Like I said, we've had a number

18    of behaviors in the product that we made when that

19    happens, but I can't recall exactly the behavior

20    that we had in the timeframe that you're talking       10:51:54

21    about.

22    BY MR. KAPLAN:

23       Q    Do you recall when the behavior of how the

24    standalone mode speaker being joined to the group of

25    speakers changed?                                       10:52:06
```

Page 52

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1              Do you recall when those changes happened?
 2              MS. BRODY:  Objection to form, outside the
 3     scope.
 4              THE WITNESS:  Standing here today, I don't
 5     recall that.                                        10:52:24
 6     BY MR. KAPLAN:
 7        Q    You mentioned there have been a few
 8     different implementations over time, though; is that
 9     fair?
10        A    Yes.                                         10:52:33
11        Q    Do you recall what those implementations
12     have been?
13              MS. BRODY:  Objection to form, outside the
14     scope.
15              THE WITNESS:  I can think of three          10:53:08
16     behaviors.  The music would stop, the music would
17     play what the standalone speaker was playing, or I
18     think we would give a choice to the user of what
19     they wanted to do.
20     BY MR. KAPLAN:                                       10:53:40
21        Q    As far as you recall, those were three
22     different implementations that have been used by
23     Sonos over time; is that right?
24              MS. BRODY:  Objection to form, outside the
25     scope.                                               10:53:58
```

Page 53

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
1              THE WITNESS:  Standing here today, that's
2      what I recall, yes.
3      BY MR. KAPLAN:
4          Q    At any point do you recall Sonos
5      implementing the standalone mode speaker joining an        10:54:11
6      existing group by having the standalone mode speaker
7      continue playing its own music, regardless of what
8      the group was playing?
9              MS. BRODY:  Objection to form, outside the
10     scope.                                                     10:54:38
11             THE WITNESS:  So you're saying the
12     standalone speaker has joined an existing group of
13     speakers and is part of that group?
14     BY MR. KAPLAN:
15         Q    Correct.                                          10:55:07
16         A    It would not play -- if it's part of a
17     group, it would not play independently of the other
18     two speakers.
19         Q    So I think that we're on the same page, but
20     I'm going to -- because this is a bit of a                 10:55:32
21     complicated scenario, I'm going to try to spell it
22     out in a little bit more detail just to confirm that
23     I understand your testimony.
24             So let's say that I have a zone that's
25     called A and that zone A is currently in standalone        10:55:49
```

Page 54

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

1    mode, and I also have zones B and C and zones B and

2    C are grouped and are currently playing music

3    synchronously.

4            Are you with me so far?

5        A    Yes.                                          10:56:11

6        Q    In the case where zone A is joined to group

7    B and C, zone A would not continue playing the music

8    that it was playing before in any of Sonos'

9    implementations; is that right?

10           MS. BRODY:  Objection to form, outside the    10:56:41

11   scope.

12           THE WITNESS:  In your scenario, you're

13   describing these two situations where both A is

14   already playing music and the group B and C is

15   already playing music?                                 10:57:00

16   BY MR. KAPLAN:

17       Q    That's correct.

18       A    Are you asking about any of our -- sorry,

19   I'm mumbling -- any of the implementations?

20       Q    By Sonos, over time, correct.                 10:57:24

21       A    I believe those one implementation where we

22   would in that case -- I mean, I can recall two

23   implementations:  One where the system would decide

24   basically what is played, depending on the ordering

25   of the grouping.  And another implementation whereby   10:58:03

Page 55

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

1    we would ask the user what they -- which music of

2    the two they are playing, which music they would

3    want to play.

4        Q    Let me change the scenario slightly.

5             So now we still have standalone speaker A        10:58:33

6    and we have grouped speakers B and C, but now

7    speaker A is not playing any music and speakers B

8    and C that have been joined together are playing

9    music synchronously.

10            Are you with me so far?                          10:58:53

11       A    Yes.

12       Q    What implementations has Sonos deployed

13   where speaker A is joined to speakers B and C with

14   regard to the behavior of speaker A?

15            MS. BRODY:  Objection to form, outside the       10:59:15

16   scope.

17            THE WITNESS:  I believe we've had the

18   implementation where A is joined to B and C, and A

19   is not already playing music, then it would play

20   what B and C are playing.                                 10:59:49

21            And I think we've had the implementation

22   where both speakers may not play music, depending on

23   the order in which they were linked as a group, but

24   I can't recall the exact details.

25   ///                                                       11:00:17

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1    BY MR. KAPLAN:

 2         Q    In the latter scenario, would all the

 3    speakers, A, B and C, after A was joined to the

 4    group, stop playing music?

 5              MS. BRODY:  Objection; outside the scope.        11:00:30

 6              THE WITNESS:  I believe they could.

 7    BY MR. KAPLAN:

 8         Q    You believe they could stop playing music;

 9    right?

10              MS. BRODY:  Same objection.                      11:00:56

11              THE WITNESS:  Yes, if my recollection is

12    correct.

13    BY MR. KAPLAN:

14         Q    Did you consider -- let me tee this one up

15    again with an example because they're a little            11:01:26

16    complicated.

17              So let's go back to the scenario where we

18    have zone A playing music and then zones B and C,

19    which have been joined together, playing some other

20    music and A is joined to B and C.                         11:01:43

21              Are you with me so far?

22         A    Yes.

23         Q    Did Sonos consider implementing the outcome

24    where A would continue to play different music than

25    what B and C were playing?                                11:02:08
```

Page 57

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

1              MS. BRODY:  Objection to form, outside the

2      scope.

3              THE WITNESS:  Would A play different music

4      to B and C when the user has put A, B and C into one

5      group?                                              11:02:26

6      BY MR. KAPLAN:

7          Q    Correct.

8          A    I can't say with certainty whether it was

9      ever considered by Sonos.  It was not part of this

10     design.                                             11:02:58

11         Q    As a designer, what do you think of that

12     implementation?

13             MS. BRODY:  Objection to form, outside the

14     scope.

15             THE WITNESS:  Well, we're talking here      11:03:25

16     about the grouping together of speakers with the

17     intent of playing music in synchrony.  So as far as

18     my design, I mean, the design was created to allow

19     the use -- well, allow the user to play music in

20     synchrony, so I don't really understand the         11:04:01

21     scenario -- or maybe I'm not thinking it through or

22     haven't thought of the very option, but I think the

23     goal of the user is to play music in synchrony if

24     they're created as a group.

25             Now, let's be clear.  Groups and scenes in  11:04:19

                                                    Page 58

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

1    this are not the same thing; right?  I'm talking

2    about a group of rooms that are put together with

3    the intent of playing music in synchrony.

4    BY MR. KAPLAN:

5         Q    You said at the end of your answer, "Group    11:04:46

6    and scenes in this are not the same thing."

7              What did you mean by that?

8         A    Well, I can have a scene illustrated at

9    one -- let's get to the bottom of the screen where

10   there's more than one group created as part of the    11:05:08

11   scene.

12              So an example might be living room, dining

13   room, and kitchen, a group with the intent of them

14   playing in synchrony, or have the ability to play in

15   synchrony.  They don't have to be playing at that    11:05:23

16   moment when the group is invoked.  And then a

17   different group, which could be the outside rooms,

18   the patio or the garden, would be grouped together

19   so they could play in synchrony.

20              So, in effect, there are two room groups    11:05:40

21   within one in this scene.

22        Q    Do there have to be multiple groups within

23   a scene -- well, strike that.

24              Let me try to ask a better question.

25              Does the scene have to create multiple    11:06:00

Page 59

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1     groups or could it create just a single group?

 2        A     The scene could create a single group.

 3        Q     Okay.  In the examples that we've been

 4     talking about with speaker A and then -- sorry.

 5     Strike that.                                    11:06:40

 6             In the examples we've been talking about

 7     with zone A and zones B and C, could that be

 8     implemented using scenes?

 9             MS. BRODY:  Objection to form, outside the

10     scope.                                          11:06:57

11             THE WITNESS:  You mean where we've taken

12     the situation from zone A not playing, zone B and C

13     playing, could they be grouped together as one

14     scene?

15     BY MR. KAPLAN:                                  11:07:29

16        Q     Correct.

17        A     Yes.

18        Q     Taking the example we've been using with

19     zone A and standalone mode and zones B and C grouped

20     together, what are the different behaviors that you  11:07:53

21     could have for zone A after it's been added to group

22     B and C?

23             MS. BRODY:  Objection to form, outside the

24     scope.

25             THE WITNESS:  You mean if they were invoked  11:08:18
```

Page 60

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
1     as part of a Zone Scene?

2     BY MR. KAPLAN:

3          Q    Correct.

4          A    Well, they would be grouped together with

5     the intent of them playing in synchrony.              11:08:34

6          Q    Why would they be grouped together with the

7     intent of playing in synchrony?

8          A    Well, I mean, more broadly, a Zone Scene

9     can have a number of further attributes; right?  So

10    a Zone Scene could be configured to play a specific   11:09:13

11    piece of music when invoked, and there I'm talking

12    more broadly what the zone -- the different

13    attributes of a Zone Scene.

14         Q    What are the different attributes of the

15    Zone Scene that you contemplated?                     11:09:52

16         A    I mean, I can think of two in broad levels.

17    One would be the volume at which the speakers might

18    play where they're joined together.  The music that

19    they could be playing, or the music could be stopped

20    even if the Zone Scene was invoked.                   11:10:33

21         Q    Mr. Lambourne, can we turn to Exhibit 1098.

22         A    Okay.

23         Q    Exhibit 1098 is SONOS-SVG2-00026839.  It's

24    titled "Sonos UI Specification" and then beneath

25    that it says "Zone Scenes."  And then it also says    11:12:15
```

Page 61

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1    also called "Zone Configurations."

 2            Do you see that?

 3       A    Yes.

 4       Q    Was this a document that you authored?

 5       A    Yes.                                        11:12:30

 6       Q    And you reviewed this document when

 7    preparing for your deposition today; right?

 8       A    Yes.

 9       Q    The date on this document is -- strike

10    that.                                               11:12:46

11            Let's go to page 2 of the document, please.

12       A    Yes.

13       Q    In the first paragraph -- I'll read the

14    first paragraph into the record.

15            First paragraph reads:                      11:13:09

16               "The Zone Scene feature

17               allows the user to arrange the

18               zones into groups using one

19               single command.  This is similar

20               to the current Party Mode setting        11:13:23

21               that is available.  However, the

22               Zone Scene feature is much more

23               flexible and powerful."

24               Do you see that?

25       A    Yes.                                        11:13:36
```

Page 62

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

1      Q     You believe that that's accurate; correct?

2            MS. BRODY:  Objection to form.

3            THE WITNESS:  In so much as -- yeah.

4            That second sentence is similar to the

5      Party Mode, but it's not the same as the Party Mode          11:14:00

6      described in the zone scenes.

7      BY MR. KAPLAN:

8      Q     The Party Mode setting is a Zone Scene;

9      right?

10           MS. BRODY:  Objection to form.                         11:14:20

11           THE WITNESS:  Yeah.  I think I describe a

12     Party Mode as an example of a Zone Scene that can be

13     set up, created.

14     BY MR. KAPLAN:

15     Q     You wrote here:                                        11:14:45

16               "However, the Zone Scene

17               feature is much more flexible and

18               powerful."

19           What did you mean by that?

20     A     I meant that the features -- the feature I             11:15:08

21     created would give more control to the user than

22     what existed at the time in the Sonos system.

23     Q     How would the Zone Scene feature give more

24     control to the user than what existed at the time of

25     the Sonos system?                                            11:15:35

Page 63

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1        A    Well, at the time, the grouping of zones

 2   would have to be done manually by the user, so they

 3   would have to use the control device to link or

 4   group rooms together as part of the user interface.

 5   The zone scenes idea would allow them to set up          11:16:15

 6   groups that they predefined in time, and those

 7   groups would be saved and then they could be invoked

 8   later.

 9        So the user would not have to dynamically

10   create breakdown groups when they wanted to achieve      11:16:42

11   a certain zone grouping in their space.

12        Q    Why did you think it was advantageous for a

13   user not to have to manually link or unlink zones?

14        A    Well, it would allow it to create control

15   over their system.                                       11:17:21

16        Q    How so?

17        A    How to gain control over their system?

18        Similar to what I just described.  So a

19   user -- when this feature would still be able to

20   manually create and breakdown zone groupings, when       11:18:07

21   this feature would allow them to think ahead of

22   time, perhaps, of what zone groupings they would

23   like to achieve in their home or at different times

24   in their home and would allow the system to generate

25   those groupings without them having to manually go       11:18:33
```

Page 64

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

1     through the process of linking zones together.

2         Q    Did you think that there would be user

3     dissatisfaction with having to manually link zones

4     or groups together?

5              MS. BRODY:  Objection to form.          11:18:56

6              THE WITNESS:  Yes.

7     BY MR. KAPLAN:

8         Q    Why?

9         A    Well, it would have to go through the

10    process of grouping rooms together thinking about    11:19:20

11    what rooms have to be grouped or ungrouped,

12    sometimes.  That took a certain amount of work to do

13    with dynamic groupings.

14             And the Zone Scene feature would allow them

15    to do some of that without all the work that they    11:19:42

16    might put into their manually grouping of groups.

17        Q    In your view, allowing the users to save

18    prior groups they had put together, would it be

19    advantageous because it would take the user less

20    time to use a group that they previously used?       11:20:08

21             MS. BRODY:  Objection to form.

22             THE WITNESS:  Well, yeah.  It would save

23    them work, work that they would have to do, yes.

24    BY MR. KAPLAN:

25        Q    In the original version of -- strike that.  11:20:38

                                                Page 65

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1              In Exhibit 1098, in this first paragraph,

 2      it appears that you're comparing the introduction of

 3      Zone Scenes to what was currently available in the

 4      product; right?

 5              MS. BRODY:  Objection to form.            11:21:08

 6              THE WITNESS:  It's described what attribute

 7      to what existed in the product as a reference to the

 8      feature that I was describing.

 9      BY MR. KAPLAN:

10         Q    The second paragraph of Exhibit 1098 reads:   11:21:54

11                  "Currently in the Sonos UI,

12               zone groups are created by

13               manually linking zones one at a

14               time until the desired zone

15               grouping is reached."               11:22:07

16               Do you see that?

17         A    Yes.

18         Q    Was that true?

19         A    Yes.

20         Q    Did Sonos add its own group feature to its   11:22:33

21      products?

22              MS. BRODY:  Objection to form.

23              THE WITNESS:  I believe we added a button

24      to the controller at the time that was labeled Party

25      Mode, which would invoke the grouping of all the     11:23:07
```

Page 66

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
1       players together.

2       BY MR. KAPLAN:

3           Q    Was that the first addition of Zone Scene

4       to the product?

5           A    I think it worked in a different way than        11:23:38

6       the Zone Scene was designed.

7           Q    What do you mean by that -- strike that.

8       I'll ask a better question.

9               You mentioned that Sonos added a button

10      labeled Party Mode that would invoke the grouping of      11:23:59

11      all the players together and you mentioned that this

12      was -- this worked in a different way than you had

13      designed Zone Scene.

14              Can you explain how it worked in a

15      different way than you had designed Zone Scene?          11:24:22

16              MS. BRODY:  Objection; outside the scope.

17              THE WITNESS:  The Party Mode that was

18      originally put into the product was a button that

19      would -- the control -- it was a button that

20      appeared on the interface of a control device.           11:24:47

21      Either a handheld control, we called it the CR 100,

22      I think, at the time, or a desktop controller and

23      pressing that button would group in that case all

24      the speakers together so they would play music

25      together in synchrony.                                   11:25:25
```

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1              The difference with Zone Scenes is that

 2    the -- the room groupings that are defined as part

 3    of a Zone Scene are, in this case, saved to the zone

 4    players.

 5    BY MR. KAPLAN:                                      11:26:15

 6        Q    In your view, then a Zone Scene must be

 7    saved to the zone player, otherwise it is not a Zone

 8    Scene?

 9              MS. BRODY:  Objection to form.

10              THE WITNESS:  Well, that's how the system   11:26:36

11    worked at the time.  The Zone Scenes were saved to

12    the speakers, the players.

13    BY MR. KAPLAN:

14        Q    With respect to your invention, though, did

15    the Zone Scene need to be saved to the zone player    11:26:56

16    to make it a Zone Scene?

17        A    At the time I was designing it, I was

18    working with the current system, and yes, that's

19    where the Zone Scenes would be saved.

20        Q    In this document, Exhibit 1098, did you      11:27:41

21    describe where these Zone Scenes had to be saved?

22        A    I would have to scan the document again to

23    see if I described it here.

24              Is it okay if I read it?

25        Q    It is.                                       11:28:08
```

Page 68

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

1          (Document reviewed by the witness.)

2          THE WITNESS:  It does not look like I

3     describe where Zone Scenes are saved in this

4     document.

5     BY MR. KAPLAN:                                        11:31:48

6          Q    As a general matter, was it Mr. Millington

7     who was responsible for the implementation or the

8     engineering side of the Zone Scenes ideas?

9          MS. BRODY:  Objection to form, outside the

10    scope.                                                11:32:04

11         THE WITNESS:  He was one of the developers

12    I worked with.  I can't say with certainty whether

13    he worked on Zone Scenes.

14    BY MR. KAPLAN:

15         Q    You didn't do the software development for     11:32:24

16    Zone Scenes in the products, though; is that right?

17         A    Correct.  I did not.

18         Q    Can we go down to page 4 of Exhibit 1098,

19    please.

20         A    Are we in a different exhibit now?             11:33:00

21         Q    No.  We're still in Exhibit 1098.

22         A    Oh, you said page 4?

23         Q    I'm sorry.  Did I say -- if I said

24    Exhibit 4, I meant to say page 4 of Exhibit 1098,

25    please.                                               11:33:14

Page 69

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1        A    Yes.  Oh, yes, yes.

 2        Q    Page 4 has a heading that says:

 3                  "What happens to the Music

 4             that's already playing when a

 5             Zone Scene is started?"                    11:33:41

 6             Do you see that?

 7        A    Yes.

 8        Q    And then there are some options here.

 9             The next sentence says:

10                  "If no music is playing in            11:33:51

11             any Zone - then the zones will

12             simply link in a group."

13             Do you see that?

14        A    Yes.

15        Q    What did you mean by that?                 11:34:00

16        A    Well, if the Zone Scene brings together two

17   or more zones in a group and they're not already

18   playing, then I was describing the speakers would be

19   grouped together, ready to play in synchrony, I

20   think, but that they wouldn't play anything at that  11:34:35

21   moment in time.

22        Q    And number 1 reads -- actually skipped a

23   step.

24             The next sentence in the document reads:

25                  "If music is playing in one           11:34:59
```

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
1              or more zones there are several

2              possibilities," and then in

3              parenthesis, "(TBD)."

4              Do you see that?

5        A    Yes.                                        11:35:10

6        Q    "TBD" there stands for to be determined?

7        A    Yes.

8        Q    Below that there's a number 1 which reads:

9                 "Music Queue in the zone

10             group that was formed by the Zone          11:35:25

11             Scene will be empty.  In other

12             words - the music will stop in

13             any room that is part of the Zone

14             Scene.  This is the simplest

15             solution, but may lead to                  11:35:40

16             frustration."

17             Do you see that?

18       A    Yes.

19       Q    Can you describe this situation that's

20  number 1 here?                                        11:35:50

21       A    Yes.  If one zone is playing music and one

22  isn't, then when those rooms are grouped together to

23  create a group, then it would seem frustrating if

24  the music would stop rather than play the music that

25  was playing in one of the rooms that was grouped.     11:36:29
```

Page 71

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1        Q     That was one of Sonos' implementations over

 2    time, though; right?

 3             MS. BRODY:  Objection to form, outside the

 4    scope.

 5             THE WITNESS:  Yes.  I believe it was -- to         11:36:59

 6    the best of my recollection, that that was one of

 7    the behaviors.

 8    BY MR. KAPLAN:

 9        Q     The next paragraph on page 4 of

10    Exhibit 1098 is number 2 and it reads:                     11:37:07

11             "The user gets to choose from

12             which of the joining Queues the

13             new zone group should play.  This

14             could be in the form of a

15             dialogue."                                         11:37:22

16             And then there's a choice dialogue and then

17    it reads:

18             "Note that this method would

19             only be useful," and in paren,

20             "(and possible) with simple Zone                   11:37:33

21             Scene grouping.  With Advanced

22             Zone Scene groupings, this

23             dialogue would become much too

24             complicated."

25             Do you see that?                                  11:37:46
```

                                                        Page 72

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1        A    Yes.

 2        Q    Can you describe what option 2 is?

 3        A    So option 2 is if two rooms are joined

 4   together, or in this case, three rooms -- excuse

 5   me -- there's three options the user can choose        11:38:11

 6   from:  Track one, track two, radio station A.  We

 7   would ask -- if each of the rooms that were joined

 8   together had music either queued up, ready to play

 9   or actually playing, then we would ask the user,

10   okay, you put these rooms together, what would you     11:38:36

11   like me to play, and then the user will pick their

12   preference.

13        Q    Did Sonos ever implement option 2?

14        A    Yes, I believe so.

15        Q    And option 3 reads:                          11:39:05

16             "In the case where only one

17             of the zones in the new group was

18             playing music, the new group

19             should take the music," and in

20             paren, "(and Queue) of that              11:39:20

21             zone."

22        A    Yes.

23        Q    Can you describe what option 3 was?

24        A    Yes.  So in the case where the kitchen

25   might be playing a radio station, the living room      11:39:39
```

Page 73

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1    might be playing nothing, if the user grouped those

 2    two rooms together, there will -- just assume they

 3    won't have the music that is playing or ready to

 4    play as a queue and choose it for them rather than

 5    giving them -- them being the user -- a choice.          11:40:06

 6        Q    Did Sonos ever implement option 3?

 7        A    Yes, I believe so.

 8            MS. BRODY:  Counsel, we've been going a

 9    little over an hour.

10            Are we able to take a short break?            11:40:27

11            MR. KAPLAN:  That's fine.

12            THE VIDEOGRAPHER:  We're going off the

13    record.  The time is 11:40.

14            (Whereupon, a recess was held

15            from 11:40 a.m. to 11:53 a.m.)              11:52:47

16            THE VIDEOGRAPHER:  We're back on the

17    record.  The time is 11:53.

18    BY MR. KAPLAN:

19        Q    Welcome back, Mr. Lambourne.

20        A    Thank you.                                 11:53:05

21        Q    Before the break, I believe you mentioned

22    that the Party Mode as implemented at the time that

23    you wrote the U.S. patent back in Exhibit 1098

24    worked differently than the Zone Scene that you

25    created; is that right?                             11:53:36
```

Page 74

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
1        A    Yes.

2        Q    The reason you said that was because the

3   Zone Scene that you created was stored at the Zone

4   Player; is that right?

5        A    Yes.                                    11:53:52

6        Q    What did you mean -- strike that.

7             When you said that the Zone Scene was

8   stored at the Zone Player, what did you mean by

9   that?

10            What was stored?                        11:54:06

11       A    As I stated, I'm not an engineer, so I

12  can't talk in terms of code.  But in terms of

13  attributes, what would be stored would be in the

14  simplest form, the rooms that would make up the

15  scene and -- that would make up the scene that would  11:54:48

16  then be invoked whenever the scene -- whatever the

17  user wanted the scene to be invoked.

18       Q    Okay.  Mr. Lambourne, I would like to move

19  Exhibit 1099.  This is SONOS-SVG2-00026888.

20            Do you see that?                        11:55:28

21       A    Yes.

22       Q    This is an e-mail chain between you and

23  Andy Schulert; is that right?

24       A    Yes.

25       Q    This is also April 2005 timeframe; right?  11:55:42
```

Page 75

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

1       A    Yes.

2       Q    Who is Andy Schulert?

3       A    At that time he was an employee of Sonos

4    and he was my manager.

5       Q    What were his responsibility -- what          11:56:08

6    were -- strike that.

7            What was Mr. Schulert's responsibilities at

8    that time?

9            MS. BRODY:  Objection; outside the scope.

10           THE DEPONENT:  I don't recall his exact        11:56:24

11   title, but he was the manager of the Sonos software

12   team.

13   BY MR. KAPLAN:

14      Q    Let's start from the e-mail chain that's

15   furthest down in this thread, so earliest of time.     11:56:42

16      A    Yes.

17      Q    That's an e-mail from Andy Schulert to you

18   on April 8th, 2005.

19           Do you see that?

20      A    April 2005, yes.                               11:56:57

21      Q    And he wrote in the third full paragraph:

22           "One of the problems with our

23           system is we don't have a way of

24           permanently linking zones

25           together.  So, for instance, I         11:57:15

                                                    Page 76

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

1          normally always keep the two

2          zones in my kitchen linked

3          together.  But when I have

4          guests, I may link them with the

5          rest of the zones in the first            11:57:26

6          floor.  Which is fine, except

7          when I want to restore things, I

8          unlink them all and then relink

9          the kitchen zones."

10         Do you see that?                          11:57:38

11    A    Yes.

12    Q    So what problem is Mr. Schulert describing

13   here with the existing implementation?

14    A    He's describing a situation where he has

15   two zones in his kitchen -- or two speakers in his    11:58:04

16   kitchen that he wants to normally always keep the

17   two zones in my kitchen together.

18    Q    Further down in his e-mail he gives an

19   example.  He says you can:

20         "Have zones A, B, C and D all              11:58:36

21         separate."

22         You can link A and B together, then link C

23   and D together, and then link A and B to C and D and

24   then he says or "party mode."

25         Do you see that?                           11:58:51

Page 77

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
1        A    I do, yes.

2        Q    He's describing creating first a group with

3   A and B, and then second a group of C and D, and

4   then third using Party Mode to join all the groups

5   together; is that right?                        11:59:07

6        A    Yes.

7        Q    In this scenario, would linking A and B,

8   linking C and D, and then linking all of the zones

9   together be a Zone Scene?

10            MS. BRODY:  Objection to form.          11:59:33

11            THE WITNESS:  I'm just going to reread this

12   whole like section.  I just want to make sure I

13   understand it.

14            (Document reviewed by the witness.)

15            THE WITNESS:  Your question again,        12:00:29

16   Mr. Kaplan.  I'm sorry.

17   BY MR. KAPLAN:

18        Q    My question was -- I can -- let me break

19   the question up.

20            In the final step where he's linking group  12:00:37

21   A and B with groups C and D and he calls that Party

22   Mode, would that be a Zone Scene?

23        A    Not necessarily.  I don't think it's

24   defined in this e-mail thread.

25        Q    You said "not necessarily."           12:01:13
```

Page 78

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1               Why would that not be a Zone Scene?

 2       A    Well, as I described earlier, the Party

 3   Mode in our original controller was a command sent

 4   by the control design that would tell the speakers

 5   in that moment to go for a group, and Party Mode was      12:01:34

 6   the term we gave to all the speakers together.

 7               This can be referring to that as saying

 8   okay, A and B are linked; C and D are linked; but

 9   Party Mode invokes them to join together.  That

10   could be coming from the control device and then        12:02:05

11   he's describing how the end of Party Mode, A and B

12   and C and D would stay together.

13               So A and B and C and D would be each

14   grouped -- A and B would be grouped, C and D would

15   be grouped.                                             12:02:30

16               I think A and B and C and D might be a Zone

17   Scene in this case.

18       Q    Why do you think that?

19       A    Well, because A and B and C and D know that

20   they need to be grouped when unlinked zones is           12:02:59

21   invoked.

22       Q    And the fact that they're saved indicates

23   to you that they're a Zone Scene?

24       A    I'm not entirely sure, because they start

25   the scenario by saying "all zones are separate."  So    12:03:41
```

Page 79

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
1     I don't know exactly what earlier they're referring

2     to in this part of the thread.

3          Q    If we go up to the first page, the e-mail

4     at the bottom of that page is from you to Andy

5     Schulert, April 11th, 2005.                    12:04:48

6               Do you see that?

7          A    Yes.

8          Q    And you describe in this e-mail, one,

9     permanent zone groups and, two, zone profiles.

10              Do you see that?                      12:05:08

11         A    So I'm not looking at the right place.  I

12    don't see those words.

13         Q    I'm looking at the final e-mail on page 1.

14         A    Oh, final e-mail.  Okay.

15         Q    So this is the e-mail from you to Andy    12:05:31

16    Schulert, Monday, April 11, 2005, at 3:18 p.m.?

17         A    Yes.

18         Q    And the third and -- fourth and fifth

19    paragraphs address permanent zone groups and zone

20    profiles.                                        12:05:47

21              Do you see that?

22         A    Yes.

23         Q    With respect to zone profiles, you wrote:

24              "Allow a user to save zone

25              profiles," and then in                  12:05:59
```

Page 80

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1              parenthesis "(as requested by Tom

 2              and others)," end parenthesis.

 3              Do you see that?

 4       A      Yes.

 5       Q      Who is Tom in that sentence?            12:06:08

 6       A      I believe that would have been Tom Cullen.

 7       Q      What was Tom Cullen's role at Sonos at that

 8    point?

 9              MS. BRODY:  Objection to form.  Objection;

10    outside the scope.                                12:06:30

11              THE WITNESS:  I don't remember his title,

12    but he's one of the founders of the Sonos.

13    BY MR. KAPLAN:

14       Q      He's one of the founders of the company?

15       A      Yes.                                    12:06:47

16       Q      Who besides Tom was requesting to allow a

17    user to save zone profiles?

18       A      I can't recall who that would have been.

19       Q      In the next sentence you wrote:

20              "This would allow a user with           12:07:24

21              one click to put their Zones into

22              predefined groups)," open paren,

23              "(think Party - mode, but instead

24              of linking all Zones, certain

25              Zones get grouped."                     12:07:39
```

Page 81

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
1                   Do you see that?

2         A    Yes.

3         Q    Is that describing Zone Scenes?

4              MS. BRODY:  Objection to form.

5              THE WITNESS:  I believe certain groups          12:08:01

6    would refer to Zone Scenes.

7    BY MR. KAPLAN:

8         Q    So the latter part of that sentence where

9    you're describing having certain zones get grouped

10   into predefined groups, that would be describing        12:08:26

11   Zone Scenes?

12             MS. BRODY:  Objection to form.

13             THE WITNESS:  So I'm looking for the

14   word -- maybe I'm not looking at the right paragraph

15   here.                                                    12:08:52

16             Are you on item 2 of this e-mail?

17   BY MR. KAPLAN:

18        Q    Item 2, sentence 2, last clause.

19        A    Certain groups.  Yes, yes.

20             Certain groups get grouped, yes.               12:09:07

21        Q    You also discuss in this paragraph 'blown'

22   queues.

23             What is that referring to?

24        A    That referred to the situation where if two

25   rooms are grouped together, one is playing and one       12:09:37
```

Page 82

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1     isn't, or one has a queue of music to play and one

 2     doesn't, and then the group doesn't take on the

 3     playing queue, it takes on the empty queue.

 4         Q    Are you familiar with the term "dynamic

 5     group"?                                              12:11:06

 6         A    Yes.

 7         Q    What does dynamic group mean?

 8         A    Again, I'm not a person that writes code,

 9     but from a user perspective, that would be the

10     ability to make groups in an add up manner.          12:11:27

11             So, for instance, if I'm playing a radio

12     station in the kitchen in that moment, I can add the

13     dining room to that group to form a group and they

14     would both play that radio station.

15             So the dynamic aspect is the user goes        12:11:54

16     through the actions to create those groups.

17         Q    What is the relationship between a dynamic

18     group and a Zone Scene?

19             MS. BRODY:  Objection; outside the scope.

20             THE WITNESS:  Well, dynamic group is          12:12:21

21     created by the user in the moment, where a Zone

22     Scene is a grouping of rooms or zones that a user

23     has predefined and saved.  Yes.

24     BY MR. KAPLAN:

25         Q    At the time that you came up with the Zone   12:12:54
```

Page 83

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1    Scene idea, did the products implement dynamic
 2    groups, the Sonos products?
 3           MS. BRODY:  Objection; outside the scope.
 4           THE WITNESS:  In the way that -- sorry.
 5           Can you ask the question again, please?        12:13:23
 6    BY MR. KAPLAN:
 7       Q    Sure.
 8           At the time that you came up with the Zone
 9    Scene idea, did the Sonos products implement dynamic
10    groups?                                               12:13:36
11           MS. BRODY:  Same objection.
12           THE WITNESS:  Yes.  That's how -- at least
13    from the user's perspective, that's how groups were
14    created or broken down dynamically.
15    BY MR. KAPLAN:                                        12:14:13
16       Q    At the time that you came up with the Zone
17    Scene idea, the Sonos products included Zone
18    Players, like the ZP 100; is that right?
19       A    Yes.
20       Q    Do you remember at a high level what the      12:14:38
21    ZP 100 was?
22           MS. BRODY:  Objection; outside the scope.
23           THE WITNESS:  Yes.
24    BY MR. KAPLAN:
25       Q    What was it?                                  12:14:51
```

Page 84

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1        A     The Zone Player -- again, not in technical

 2   terms, but it was an amplifier that could connect to

 3   a wireless and/or wired system of players and you

 4   could connect external speakers to the Zone Player

 5   100.                                            12:15:24

 6        Q     Could the Zone Player 100 be controlled

 7   from some other device other than the ZP 100?

 8             MS. BRODY:  Objection; outside the scope.

 9             THE WITNESS:  Yes.

10   BY MR. KAPLAN:                                  12:15:53

11        Q     How could you control the ZP 100, other

12   than by pushing the buttons on the ZP 100?

13        A     When you say you "control," you mean like a

14   user could control a system?

15        Q     I'm trying to ask a general question like   12:16:10

16   that.  Let me rephrase, then.

17             For a user that's using the ZP 100, how

18   could he or she control that?

19             MS. BRODY:  Objection; outside the scope.

20             THE WITNESS:  Typically using a handheld      12:16:31

21   control device, we had a CR 100 it was called.  CR

22   100.  That was a handheld control device and we had

23   a desktop controller which would run on Windows or a

24   Mac operating system.  In the early days, that's how

25   a user could control the system.                       12:17:04
```

Page 85

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1    BY MR. KAPLAN:

 2        Q    Did you help design the CR 100 or the

 3    desktop control software?

 4            MS. BRODY:  Objection; outside the scope.

 5            THE WITNESS:  Yes.                          12:17:20

 6    BY MR. KAPLAN:

 7        Q    How would the CR 100 connect to the ZP 100?

 8            MS. BRODY:  Objection; outside the scope.

 9            THE WITNESS:  With wireless technology.

10    BY MR. KAPLAN:                                      12:18:04

11        Q    The CR 100 could connect to a wireless

12    Ethernet Hub and so could the ZP 100?

13            MS. BRODY:  Objection; outside the scope.

14            THE WITNESS:  I'm not a wireless expert, so

15    I don't know how specific you're asking me to be,    12:18:29

16    but the CR 100 connected with wireless technology to

17    the Zone Player 100, or Multiple Player Zone 100s,

18    if the user had more than one Zone Player 100.

19    BY MR. KAPLAN:

20        Q    Did the ZP 100s do any audio processing?    12:18:54

21            MS. BRODY:  Objection; outside the scope.

22            THE WITNESS:  I'm not a technical person,

23    but I believe the audio processing happened on the

24    Zone Player.

25    ///                                                 12:19:40
```

Page 86

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

1    BY MR. KAPLAN:

2        Q    The Zone Players, they could store or

3    receive commands from the CR 100; is that right?

4            MS. BRODY:  Objection to form, outside the

5    scope.                                          12:20:01

6            THE WITNESS:  Yes.  The Zone Players

7    received commands from the CR 100.

8    BY MR. KAPLAN:

9        Q    Now, prior to the Zone Scene that you came

10   up with, the Zone Players could either operate in   12:20:25

11   standalone mode or they could operate in a grouped

12   mode; is that fair?

13           MS. BRODY:  Objection to form.

14           THE WITNESS:  Yes.  They could either be

15   standalone playing with the ability to play music by  12:20:51

16   just in that single zone or they could be grouped

17   with other zones.  I don't know whether you're using

18   the word "mode" in a general way or a more specific

19   way.

20   BY MR. KAPLAN:                                   12:21:10

21       Q    How do you use the term "standalone mode"?

22       A    Standalone I think is the -- essentially

23   where a speaker is not grouped to other speakers.

24       Q    We'll go with that definition.

25           I think you mentioned that the ZP 100 could  12:21:50

Page 87

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1    operate in a Sonos system with two or more other

 2    ZP 100s; is that right?

 3              MS. BRODY:  Objection; outside the scope.

 4              THE WITNESS:  Yes.

 5    BY MR. KAPLAN:                                        12:22:11

 6        Q    Do you know at that time in 2004 whether or

 7    not the ZP 100s understood that they had been added

 8    to a group when they were added to that group?

 9              MS. BRODY:  Objection to form, outside the

10    scope.                                               12:22:45

11              THE WITNESS:  I'm having trouble with your

12    wording.

13              Do they understand that they're part of a

14    group?

15              They're playing in a synchronized way.     12:23:09

16    BY MR. KAPLAN:

17        Q    I don't want to attribute feelings to them

18    or hurt their feelings, if they do have them, so let

19    me try to rephrase.

20              Do the Zone Scenes -- strike that.          12:23:24

21              Do the Zone Players store information that

22    they can process showing that they are part of a

23    group?

24              MS. BRODY:  Objection to form.

25              THE WITNESS:  Technically, I don't know the 12:23:50
```

Page 88

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

1    answer to that.

2    BY MR. KAPLAN:

3        Q    Did the Zone Players in 2004 utilize Zone

4    Scenes?

5            MS. BRODY:  Objection to form, outside the        12:24:24

6    scope.

7            THE WITNESS:  Not in the way that I

8    designed Zone Scenes, no.

9    BY MR. KAPLAN:

10       Q    What do you mean by not in the way that you      12:24:37

11   designed Zone Scenes?

12       A    Well, my Zone Scenes I set the behaviors

13   and they did not exist in the product before I

14   designed them.

15       Q    Which set of behaviors are you referring         12:24:59

16   to?

17       A    The ability for a user to create a room

18   grouping or multiple room groupings potentially with

19   other attributes like volume and for the user to

20   have that information be saved in the system so that    12:25:23

21   it can be invoked at a later time.

22       Q    In your view, the Zone Players 100 in 2004

23   could not do that, and, therefore, it did not

24   include Zone Scenes; is that fair?

25       A    I would say so, yes.                             12:25:56

Page 89

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

1    Q    Did the linked groups in Zone Player in

2    2004 have a name?

3         MS. BRODY:  Objection to form, outside the

4    scope.

5         THE WITNESS:  You said the linked groups        12:26:34

6    prior to 2004.

7    BY MR. KAPLAN:

8    Q    I said "in 2004."  Let me repeat the

9    question.

10        Did linked groups in the Zone Player 100 in      12:26:41

11   2004, did those linked groups have a name?

12   A    No.

13   Q    How were the -- strike that.

14        How was a linked group in the Zone Player

15   100 in 2004 identified to the user?                   12:27:20

16        MS. BRODY:  Objection to form; outside the

17   scope.

18        THE WITNESS:  In the user interface I

19   created, it would show two rooms being linked

20   together.  For example, the kitchen and dining room,  12:27:41

21   the interface would show kitchen plus dining room.

22   BY MR. KAPLAN:

23   Q    Was kitchen plus dining room not a name?

24        MS. BRODY:  Objection to form.

25        THE WITNESS:  It was a name or description       12:28:13

Page 90

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

1    generated by the system.

2    BY MR. KAPLAN:

3        Q    Would you consider -- strike that.  Let's

4    get an example.

5            So let's say that you have a zone that's          12:28:35

6    called den and you have a zone that's called

7    kitchen.

8            Are you with me so far?

9        A    Yes.

10       Q    In 2004, if you linked those two zones          12:28:52

11   together, you would get a zone called kitchen plus

12   den; is that right?

13           MS. BRODY:  Objection to form.

14           THE WITNESS:  It wasn't a zone called

15   kitchen plus den, but kitchen plus den would be          12:29:17

16   rendered on the control device.

17   BY MR. KAPLAN:

18       Q    It would be a group of kitchen plus den,

19   wouldn't it?

20       A    Yes.                                            12:29:27

21           MS. BRODY:  Objection to form.

22   BY MR. KAPLAN:

23       Q    Would the blending of the kitchen plus den

24   on a device be a name of the group in your opinion?

25           MS. BRODY:  Objection to form.                   12:29:41

                                                             Page 91

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

1              THE WITNESS:  Broadly speaking, I would

2     call it a description.

3     BY MR. KAPLAN:

4         Q    A description but not a name?

5         A    I mean, not in the name in the sense that          12:30:07

6     it was saved.  I mean, I suppose you could call it a

7     name, I mean, kitchen plus dining room, I would say

8     that's more of a description.

9         Q    The zones could be named, so a user could

10    instead of naming one zone kitchen, the user could      12:30:59

11    name it something else; right?

12             MS. BRODY:  Objection to form.

13             THE WITNESS:  Yes, an individual zone could

14    be named by the user.

15    BY MR. KAPLAN:                                          12:31:16

16        Q    And that name change from the zone would

17    carry through to any groups that the zone became a

18    part of; is that right?

19        A    Yes.  In the sense it would be kitchen plus

20    den would be shown on the interface when the two       12:31:31

21    were grouped.

22        Q    In 2004, the Zone Players -- strike that.

23             In 2004, the Sonos system would allow a

24    user to invoke a Party Mode where all of the zones

25    would be joined together in one group; is that         12:31:57

Page 92

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
1    right?

2            MS. BRODY:  Objection; form.

3            THE WITNESS:  Yes.

4    BY MR. KAPLAN:

5        Q    If -- strike that.                    12:32:12

6            And let's do an example.

7            Let's say I have zone A, which is

8    standalone, then I have zones B and C, which are

9    grouped together, and again, this is 2004.

10       A    Yes.                                   12:32:37

11       Q    If Party Mode is invoked, what would happen

12   to zone A and group B, C?

13           MS. BRODY:  Objection to form, outside the

14   scope.

15           THE WITNESS:  If Party Mode was -- if the   12:32:59

16   user pressed Party Mode on the controller, then A, B

17   and C would be caused to be grouped together.

18   BY MR. KAPLAN:

19       Q    What would have happened to the group that

20   had B and C in it?                              12:33:20

21           MS. BRODY:  Objection to form, outside the

22   scope.

23           THE WITNESS:  For a code, from a technical

24   perspective, I can't say what happened in the code

25   specifically.  But groups A -- sorry.          12:33:45
```

Page 93

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1              Rooms A, B and C would follow a new group

 2     called A plus B plus C.

 3     BY MR. KAPLAN:

 4        Q    Could rooms B and C transition from only

 5     being synchronized with B and C, and now be          12:34:15

 6     synchronized with A, B and C?

 7              MS. BRODY:  Objection to form, outside the

 8     scope.

 9              THE WITNESS:  Yes.  From a user

10     perspective, A, B and C would be a group.            12:34:38

11     BY MR. KAPLAN:

12        Q    In the situation where we had room A in

13     standalone mode and rooms B and C joined together,

14     and room A is playing different music than group B,

15     C, what happens when Party Mode gets invoked?        12:34:59

16              MS. BRODY:  Objection to form, outside the

17     scope.

18              THE WITNESS:  Are you talking in 2004?

19     BY MR. KAPLAN:

20        Q    I am.                                         12:35:16

21        A    I would need to refer to the spec -- one of

22     the specs that I wrote.

23        Q    Is it a spec that we've seen already today?

24        A    I believe the spec we saw in 2005, that was

25     an example of a room grouping interface that might   12:35:57
```

Page 94

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1    help jog my memory.

 2        Q    That would be Exhibit 1098?

 3        A    Yes.  The one we were looking at earlier.

 4        Q    Would this be page 2 of Exhibit 1098?

 5        A    Yes, 1098.                                    12:36:25

 6             Although this describes, of course, the

 7    Zone Scenes idea which is a late -- from not that

 8    period.  I don't recall exactly what the behavior in

 9    2004 would be with Party Mode being invoked in the

10    scenario you described.                               12:37:13

11        Q    Would it have been the case that -- well,

12    do you think it's likely that after Party Mode is

13    invoked, all of the speakers would be playing the

14    same music synchronously, regardless of whether that

15    music came from speaker A or speakers B and C?        12:37:44

16             MS. BRODY:  Objection to form, outside the

17    scope.

18             THE WITNESS:  Yes.  I believe that would

19    have been the result.

20    BY MR. KAPLAN:                                        12:39:22

21        Q    In 2004, could a user create a group that

22    had rooms A and B in it and a separate group that

23    had rooms C and D in it?

24             MS. BRODY:  Objection to form, outside the

25    scope.                                                12:39:46
```

Page 95

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1              THE WITNESS:  They could create a dynamic

 2      grouping.  They couldn't save it as such.

 3      BY MR. KAPLAN:

 4          Q    So a user could create a dynamic group that

 5      had speakers A and B and a dynamic group that had          12:40:18

 6      separate speakers C and D, but those wouldn't

 7      necessarily be saved; is that right?

 8              MS. BRODY:  Objection to form, outside the

 9      scope.

10              THE WITNESS:  Well, maybe I can be more            12:40:41

11      specific.

12              Yes.  They could create a dynamic grouping

13      of A and B and then separately B and C.  But what I

14      mean by it wouldn't be saved, it wouldn't be saved

15      as a zone C.                                               12:40:54

16      BY MR. KAPLAN:

17          Q    Could a user in 2004 create a dynamic group

18      of A and B and a separate dynamic group of B and C?

19              MS. BRODY:  Objection to form, outside the

20      scope.                                                     12:41:15

21              THE WITNESS:  Yes.

22      BY MR. KAPLAN:

23          Q    In your view, however, those wouldn't be

24      Zone Scenes; is that right?

25          A    In 2004, correct.                                 12:41:28
```

Page 96

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
1        Q     All right.  Were you aware of other

2   companies that were also making speakers for whole

3   home audio setups in 2004, 2005?

4        A     Could you define more "whole home setups"?

5        Q     Were you aware of any companies that you        12:42:38

6   considered competitors of Sonos in the 2004, 2005

7   timeframe?

8              MS. BRODY:  Objection to form, outside the

9   scope.

10             THE WITNESS:  I was aware of some companies      12:43:04

11  that were making streaming audio products.  I

12  wouldn't call those direct competitors to Sonos.

13  BY MR. KAPLAN:

14       Q     What are the streaming audio products

15  companies that you're thinking of?                         12:43:21

16       A     Philips made a product called Streamium, I

17  seem to remember.

18       Q     Any others?

19       A     There was a product called Turtle

20  something, Turtle Beach, maybe around.                     12:43:51

21       Q     Any other companies that you can recall

22  that were making streaming audio products in that

23  timeframe?

24       A     I believe Yamaha had something.  I don't

25  recall the name of the product, though.                    12:44:24
```

Page 97

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
1        Q    Any others?

2        A    Sitting here today, that's all I can

3    recall.

4        Q    Do you recall what Yamaha's product

5    capabilities were?                                    12:44:41

6             MS. BRODY:  Objection; outside the scope.

7             THE WITNESS:  I believe it streamed audio

8    to a speaker.

9    BY MR. KAPLAN:

10       Q    Were there any other companies in the 2004  12:45:17

11   timeframe that allowed a user to create groups of

12   speakers?

13            MS. BRODY:  Objection to form.

14            THE WITNESS:  Sitting here today, not that

15   I can recall.                                         12:45:44

16   BY MR. KAPLAN:

17       Q    Do you have an understanding of what a

18   theme for a zone group is?

19       A    I believe I used that word synonymously

20   with Zone Scene.                                      12:46:49

21            MR. KAPLAN:  Can we take a quick break?

22            THE VIDEOGRAPHER:  Sure.  Going off the

23   record.  The time is 12:48.

24            (Whereupon, a lunch recess was held

25            from 12:48 p.m. to 1:33 p.m.)               13:33:24
```

Page 98

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1              THE VIDEOGRAPHER:  We're back on the

 2     record.  The time is 1:33.

 3     BY MR. KAPLAN:

 4         Q    Welcome back, Mr. Lambourne.

 5         A    Thank you.                              13:33:41

 6         Q    Did you have a good lunch?

 7         A    I did, yes.

 8         Q    Okay.  Good.

 9              Did you speak with your counsel about the

10     substance of this deposition at the break?       13:33:52

11         A    No.

12              MR. KAPLAN:  Mr. Lambourne, I would like

13     you to open up Exhibit 1074, please.

14              (Whereupon, Plaintiff's Exhibit 1074 was

15              marked for identification by the         13:34:07

16              Court Reporter.)

17              THE WITNESS:  Okay.

18     BY MR. KAPLAN:

19         Q    Exhibit 1074 is U.S. Patent Number

20     7,571,014 with named inventors Robert A. Lambourne  13:34:23

21     and Nicholas Millington.

22              Do you see that?

23         A    I do, yes.

24         Q    This is another one of your summons

25     patents?                                         13:34:43
```

Page 99

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

1       A     Yes.

2       Q     Do you recognize this patent?

3       A     It's been a while that I looked at it, but

4    the number that sounds familiar to me, the 014.

5       Q     Do you recall what this patent relates to?        13:35:09

6            MS. BRODY:  Objection to form, outside the

7    scope.

8            And I'll just make a statement that if this

9    is going outside of the scope of the Rule 30(b)(6),

10   we are required to separately transcribe this part       13:35:24

11   of the testimony, Mr. Kaplan, under Judge Culpert's

12   supplement order.

13           MR. KAPLAN:  Right.  This goes to

14   advantages or disadvantages over the art, which is

15   topic 1.                                                  13:35:47

16           MS. BRODY:  Okay.  I'll see where the

17   question goes.  I may interpose some objections, but

18   we'll just take it question by question.

19           MR. KAPLAN:  Okay.

20   BY MR. KAPLAN:                                            13:35:58

21      Q     Mr. Lambourne, could you read the abstract

22   of the 014 patent to yourself on the front page.

23      A     Yes.

24           (Document reviewed by the witness.)

25           THE WITNESS:  Okay.  I've read it.               13:37:02

                                                        Page 100

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
1    BY MR. KAPLAN:

2        Q    So about halfway down the abstract, there's

3    a sentence that reads:

4              "Two or more zone players may

5              be dynamically grouped as a zone          13:37:15

6              group for synchronized

7              operations."

8              Do you see that?

9        A    Yes.

10       Q    Is this referring to the ability of the    13:37:22

11   ZP 100 in the 2004 timeframe to allow a user to

12   create multiple different dynamic groups?

13            MS. BRODY:  Objection to form.

14            THE WITNESS:  It appears to be talking

15   about dynamic grouping of zone players.           13:37:57

16   BY MR. KAPLAN:

17       Q    And this dynamic group allows the players

18   to output audio synchronously; right?

19       A    Does it use the word in synchrony?

20       Q    So in the sentence we just read --        13:38:34

21       A    Oh, yes.

22       Q    -- it discusses synchronized operations.

23            Do you see that?

24       A    Yes.

25       Q    And then if you skip one sentence and go to  13:38:54
```

Page 101

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

1    the next, it reads:

2            "The zone group configuration

3        may be saved in one of zone

4        players."

5        I suppose it's one of these zone players.        13:39:13

6    A    Yes, I see that.

7    Q    Do you recall what the zone group

8    configuration was?

9    A    I couldn't say what configuration means in

10   this context.                                        13:39:44

11   Q    This sentence does show that the, quote,

12   "Zone group configuration could be saved at the zone

13   player," though?

14           MS. BRODY:  Objection to form.

15           THE WITNESS:  Yes.  It says, "The zone        13:40:09

16   group configuration may be saved in one of zone

17   players."

18   BY MR. KAPLAN:

19   Q    I'd like to turn to column 1, line 50.

20           Let me know when you're there.               13:41:01

21   A    Yes, I'm there now.

22   Q    Do you see at roughly line 60, where it

23   reads:

24           "In order to satisfy such

25        requirements, two groups of audio            13:41:34

                                            Page 102

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1              players must be established.  In

 2              the morning the audio players in

 3              the bedroom, the bathroom and the

 4              den need to be grouped for

 5              broadcast news and in the evening        13:41:46

 6              the audio players in the den and

 7              the living room are grouped for

 8              music."

 9              And it goes on from there.

10              Do you see that?                         13:41:58

11      A    I do, yes.

12      Q    Do you have an understanding of what the

13   morning and evening groups were in the Sonos

14   products at this time?

15              MS. BRODY:  Objection; outside the scope.   13:42:40

16              THE WITNESS:  Will you allow me to read the

17   whole paragraph?

18              MR. KAPLAN:  That's fine.

19              (Document reviewed by the witness.)

20              THE WITNESS:  Okay.  Sorry.  What was your   13:43:34

21   question again?

22   BY MR. KAPLAN:

23      Q    Do you have an understanding of what the

24   morning and the evening groups would have been in

25   the Sonos products in the 2004 timeframe?           13:43:45
```

Page 103

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1        A    Well, I think --
 2             MS. BRODY:  Objection; outside the scope.
 3             THE WITNESS:  I think here the author is
 4    describing a scenario whereby in the morning --
 5    sorry -- in the evening, the den and the living room      13:44:03
 6    would be grouped to play together and then I watch
 7    the scenario -- sorry.  Yeah.
 8             It describes in the morning that the
 9    bathroom, bedroom and den may be grouped together
10    while the person in the scenario is preparing to go      13:44:29
11    to work in the morning and in the evening they wish
12    for a different grouping to occur.  In this case,
13    it's the den and the living room to go to the music.
14    BY MR. KAPLAN:
15        Q    Is this describing the den appearing in two    13:44:53
16    different dynamic groups?
17             MS. BRODY:  Objection; outside the scope.
18             THE WITNESS:  The den and living room --
19    I'm sorry.
20             Bedroom, bathroom and den in the morning       13:45:15
21    and in the evening the den and the -- I have to zoom
22    in.  One second.  I'm losing my place.
23             Yes.  So the -- so the den is playing music
24    with some speakers in the morning and then the
25    scenario is describing in the den may be playing        13:45:43
```

Page 104

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1    with other speakers in the evening.

 2    BY MR. KAPLAN:

 3        Q    So is that describing the den being part of

 4    multiple groups at the same time?

 5            MS. BRODY:  Objection to form.                13:46:01

 6            THE WITNESS:  I would not draw that

 7    conclusion from this.

 8    BY MR. KAPLAN:

 9        Q    If you look at line 65 through 67, it says:

10                "Over the weekend, the audio             13:46:15

11             players in the den, the living

12             room and the kitchen are grouped

13             for party music."

14            With that additional group, the weekend

15    group, in addition to the morning and the evening    13:46:32

16    group, is there overlap in the groups that include

17    the den?

18            MS. BRODY:  Objection to form, outside the

19    scope.

20            THE WITNESS:  It's describing an example      13:46:51

21    scenario whereby the den is part of a group of

22    speakers in the morning, it's part of a different

23    group of speakers in the evening, and it's part of

24    potentially a different group of speakers over the

25    weekend.                                             13:47:25
```

Page 105

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1           So it's -- yes, it's part of three separate

 2    groups over the course of a day that the user is

 3    able to generate these groupings so they could play

 4    different music at different times of the day, so I

 5    guess a grouping different times of the day.          13:47:46

 6    BY MR. KAPLAN:

 7       Q    Based on this, do you understand that the

 8    den would have existed in different groups at the

 9    same time?

10           MS. BRODY:  Objection to form.              13:48:07

11           THE WITNESS:  I don't think this is

12    describing the den as being part of three groups at

13    the same time.  I think this is describing the den

14    being part of groups at different times in the day

15    in this particular scenario.                         13:48:30

16    BY MR. KAPLAN:

17       Q    I would like to turn to column 9 at

18    line 53.

19       A    Okay.  Yes.

20       Q    The sentence there reads:                    13:49:15

21              "Depending on implementation,

22              any zone players that have been

23              used in a group may or may not be

24              used in another group."

25           Do you see that?                              13:49:31
```

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1        A    (Reading):

 2              "Depending on the

 3         implementation, any zone players

 4         that have been used in a group

 5         may or may not be used in another          13:49:43

 6         group."

 7              I see that, yes.

 8        Q    Does that describe allowing a zone player

 9    to exist in more than one group at any time?

10         MS. BRODY:  Objection to form, outside the    13:50:04

11    scope.

12         THE WITNESS:  Again, I would have to read a

13    bit more of the paragraph around that sentence to

14    get the context.

15    BY MR. KAPLAN:                                    13:50:25

16        Q    Understood.

17        A    What was your question again, please?

18        Q    Does this describe allowing a zone player

19    to exist in more than one group at a time?

20         MS. BRODY:  Objection to form, outside the    13:51:32

21    scope.

22         THE WITNESS:  I couldn't say that with

23    certainty.  It seems to be describing that a user is

24    creating a group of players to play audio in

25    synchrony, and then that grouping is made on the    13:52:00
```

Page 107

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
1    zone menu.  And depending on the implementation, any

2    zone players that may be used in a group may or may

3    not be used in another group.

4            I think it's saying that any room can be

5    added to the group, whether or not that's part of        13:52:19

6    another group.

7    BY MR. KAPLAN:

8        Q    Therefore, a room could be a part of

9    multiple groups; right?

10           MS. BRODY:  Objection to form, outside the        13:52:37

11   scope, calls for legal conclusion.

12           THE WITNESS:  Repeat the question again,

13   please.

14   BY MR. KAPLAN:

15       Q    Based on the disclosure, a room could be a       13:52:54

16   part of multiple groups; right?

17           MS. BRODY:  Same objections.

18           THE WITNESS:  I think this is describing

19   that a room could be added to different groups, but

20   I mean, based on the paragraph you read before, it's      13:53:24

21   not describing at the same time.  It's describing

22   scenarios where a user creates one group and then

23   another group and that room may move from one group

24   to another group, I believe.

25   ///                                                        13:53:44
```

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1     BY MR. KAPLAN:

 2         Q    It says, "Any zone players that have been

 3     used in a group may or may not be used in another

 4     group."

 5            MS. BRODY:  Is that a question?              13:53:55

 6     BY MR. KAPLAN:

 7         Q    Do you understand this disclosure to say

 8     that a zone player, if it's already part of a group,

 9     may not be used in another group?

10            MS. BRODY:  Objection to form, outside the    13:54:19

11     scope.

12            It's still not clear how this relates to

13     advantages and disadvantages under the 30(b)(6)

14     notice, and I'm going to allow a few more questions

15     and give you some leeway here, but I am going to     13:54:30

16     have to ask that this be separately transcribed if

17     the questioning is clearly outside the scope.

18            Mr. Lambourne, you can answer, if you

19     understand the question.

20            THE WITNESS:  I am not entirely sure what     13:54:56

21     that sentence means without reading more context.

22     BY MR. KAPLAN:

23         Q    Sure.

24            If you need to read the paragraph or even

25     more of the patent, you can read what you need to,   13:55:05
```

Page 109

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

1    to help you get the context.

2         A     Okay.  Thank you.

3              Because this section is talking about

4    linking rooms dynamically.  I think this is what I

5    say.  Again, I haven't studied this patent in a good        13:57:29

6    while, but if in a link zone menu the user is able

7    to pick zones to make up that group, I think it's

8    saying whether or not that zone has been -- is

9    currently part of another group or not, it can be

10   part of the new group.                                      13:57:58

11        Q    So it's possible that the zone could be, in

12   part, a part of multiple groups at the same time?

13              MS. BRODY:  Objection to form, outside the

14   scope.

15              THE WITNESS:  I don't think that is what         13:58:28

16   this is saying.  This is saying that if the bedroom

17   used to be linked in the den and the user wants to

18   go and link the bedroom now to the bathroom, they

19   can do that regardless of whether the bedroom used

20   to be linked to something else or not.  I think that        13:58:43

21   is what this is saying.

22   BY MR. KAPLAN:

23        Q    You're reading could have been used in a

24   group in the past tense?

25              MS. BRODY:  Objection to form, outside the        13:59:02

Page 110

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

1    scope.

2            THE WITNESS:  Yes, I think so.

3    BY MR. KAPLAN:

4        Q    It has been used -- well, strike that.

5            I don't want to get into too much perfect        13:59:21

6    grammar here.  I understand what you're saying,

7    though.

8            You don't contend that it's -- strike that.

9            You don't contend that you invented speaker

10   grouping, per se; is that fair?                          14:00:08

11           MS. BRODY:  Objection to form.

12           THE WITNESS:  I invented aspects of speaker

13   grouping, but I don't know what you mean by "speaker

14   group, per se."

15   BY MR. KAPLAN:                                           14:00:31

16       Q    Well, there were products -- I'm sorry.

17           Actually, let me pause for a moment.  I'm

18   getting some feedback from the audio now since the

19   lunch hour.

20           Is anyone else getting that?                     14:00:39

21           THE REPORTER:  Yes.

22           THE VIDEOGRAPHER:  Can we go off the record

23   and try to fix that?

24           MR. KAPLAN:  Yes.

25           THE VIDEOGRAPHER:  We're going off the           14:00:47

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1    record.  The time is 2:00 o'clock.

 2           (Whereupon, a recess was held

 3           from 2:00 p.m. to 2:03 p.m.)

 4           THE VIDEOGRAPHER:  We're back on the

 5    record.  The time is 2:03.                      14:03:14

 6    BY MR. KAPLAN:

 7       Q    Mr. Lambourne, before we took a break, I

 8    was asking you some questions about the scope of

 9    your invention, so let me pick up from there.

10           Would you agree with me that speaker       14:03:30

11    grouping, at least some forms of speaker grouping,

12    were known prior to your invention?

13           MS. BRODY:  Objection to form.

14           THE WITNESS:  I think some forms of speaker

15    group, yes.                                      14:03:51

16    BY MR. KAPLAN:

17       Q    Would you agree with me that dynamic

18    speaker grouping was known prior to your invention?

19           MS. BRODY:  Objection to form.

20           THE WITNESS:  Which invention are we       14:04:10

21    talking about now, the one in this patent or the one

22    that we were talking about earlier?

23    BY MR. KAPLAN:

24       Q    So the inventions that I'm referring to for

25    this line of questions, and really for this       14:04:25
```

Page 112

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

1    deposition as a whole, are going to be the ones in

2    the 885 patent and the 966 patent, which are

3    Exhibits 1071 and 1072.

4        A    Yes, speaker grouping.

5            Can you repeat the question, please, to          14:04:47

6    make sure I'm accurate?  Yeah.

7        Q    Sure.

8            Would you agree with me that dynamic

9    speaker grouping was known prior to your invention?

10           MS. BRODY:  Objection to form.                    14:05:01

11           THE WITNESS:  Yes.  Prior to the 885 and

12   966 patent, yes.

13   BY MR. KAPLAN:

14       Q    Would you agree with me that synchronous

15   playback within a speaker group was known prior to    14:05:19

16   your invention?

17           MS. BRODY:  Objection to form.

18           THE WITNESS:  My understanding of

19   synchronous playback was listed before the 885 and

20   966 patents.                                            14:05:42

21   BY MR. KAPLAN:

22       Q    Would you agree that being able to have two

23   zones each -- strike that.

24           Would you agree with me that being able to

25   have two groups that each contained one of the same    14:06:05

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1    zones was possible and known prior to your

 2    invention?

 3            MS. BRODY:  Objection to form.

 4            THE WITNESS:  Two groups would contain the

 5    same zone.                                        14:06:32

 6    BY MR. KAPLAN:

 7        Q    Correct.

 8        A    I mean, I believe that's what the Zone

 9    Scenes design -- I believe that's what was created

10    during the time I was creating the Zone Scene       14:07:09

11    design.

12        Q    In the 2004 timeframe, I thought we had

13    discussed that it was possible using ZP 100s to

14    create dynamic groups that could include the same

15    room --                                            14:07:37

16            MS. BRODY:  Objection to form.

17    BY MR. KAPLAN:

18        Q    -- is that correct?

19        A    At the same time specifically?

20        Q    Let's break it down.                      14:07:54

21            So in the 2004 timeframe, was it possible

22    for ZP 100s to be grouped, such that they would

23    share a ZP 100 not at the same time?

24            MS. BRODY:  Objection to form.

25            THE WITNESS:  Can you restate the question, 14:08:26
```

Page 114

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

1      please, Mr. Kaplan?

2             I'm not understanding your point.

3      BY MR. KAPLAN:

4          Q    It wasn't a great question.

5             Was it possible in the 2004 timeframe using        14:08:34

6      ZP 100s to create two groups of ZP 100s that shared

7      one of those ZP 100s?

8             MS. BRODY:  Objection to form.

9             THE WITNESS:  No.  In the 2004 timeframe,

10     in the interface I created for zone management, a         14:09:06

11     single player could not be part of two synchronized

12     groups at the same time.

13     BY MR. KAPLAN:

14         Q    Would one of those groups have to be

15     unlinked before the room could be added to the other     14:09:29

16     group?

17            MS. BRODY:  Objection to form.

18            THE WITNESS:  Well, that was described as

19     in effect, the player would have to be removed from

20     one group in order to be part of another group with      14:10:03

21     the idea that the group is a set of speakers that

22     can play music at the same time in synchrony.

23     BY MR. KAPLAN:

24         Q    Let's say that this is in the 2004

25     timeframe, you had two zones, A and B, and those are     14:10:24

                                                  Page 115

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1    grouped together, and you have another two zones C

 2    and D, and those are also grouped together.

 3              Was that possible?

 4              MS. BRODY:  Objection to form, outside the

 5    scope.                                            14:10:45

 6              THE WITNESS:  So A and B are synced and

 7    play music and you're saying at the same time could

 8    C and B be also grouped playing music?

 9    BY MR. KAPLAN:

10        Q    Actually, no.                            14:11:01

11              My example was where you have speakers --

12    excuse me.

13              My example was where you have the zones

14    A and B grouped together and then you have

15    separately zones C and D grouped together.        14:11:14

16              Was that possible?

17        A    That was possible, yes.

18        Q    And was it possible to transition speaker A

19    in that example from the first group to the second

20    group?                                            14:11:36

21              MS. BRODY:  Objection to form, outside the

22    scope.

23              THE WITNESS:  Yes.  A could be removed from

24    the A and B group and added to the C and D group,

25    yes.                                              14:11:56
```

Page 116

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1    BY MR. KAPLAN:

 2        Q    Instead of removing A from A and B and

 3    adding A to C and D, could you just add A to group C

 4    and D?

 5            MS. BRODY:  Objection to form, outside the        14:12:12

 6    scope.

 7            THE WITNESS:  I think what we had in the

 8    product at the time, if I recall correctly, you

 9    would have to remove A from its -- the original A, B

10    group to add it to B and C -- sorry -- to add it to    14:12:39

11    C and D.

12            But I think in principle, A could be

13    removed from the group A and B and made to be part

14    of the group C and D.

15    BY MR. KAPLAN:                                          14:13:09

16        Q    Could you in the situation where you would

17    have zones A and B in a group and separately zones C

18    and D in a group, join both of those groups

19    together?

20            MS. BRODY:  Objection to form, outside the      14:13:26

21    scope.

22            THE WITNESS:  In the 2004 timeframe,

23    again --

24            MS. BRODY:  Same objections.

25            THE WITNESS:  In the 2004 timeframe, that       14:13:40
```

Page 117

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
1    would -- it would not really be A and B joining C

2    and D.  It would be a new group of A plus B plus C

3    plus D.

4    BY MR. KAPLAN:

5        Q    Why do you say that?                          14:13:58

6        A    Well, because A and B and C and D existed

7    at the moment in time as two separate groups.  But

8    when they were brought together, A and B would join

9    C and D, but A and B were no longer a group anymore.

10   They all -- I guess you could describe it -- and      14:14:30

11   maybe this is not the technical description -- but

12   you could describe it as the original groups A and B

13   and C and D were no longer there and a new group

14   called A plus B plus C plus D took their place.

15            That's how I would describe it in terms of    14:14:49

16   the behavior, technically -- I'm not a technical

17   person, but that's how I would describe the

18   behavior.

19       Q    Was it possible in that 2004 timeframe to

20   control how the zones were attached to different       14:15:22

21   groups remotely and wirelessly?

22            MS. BRODY:  Objection to form, outside the

23   scope.

24            THE WITNESS:  Well, the wireless controller

25   that we've been talking about earlier would be used    14:15:44
```

Page 118

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

1    to create that groups of -- I think you said A, B

2    and C and D.  So yeah, the wireless controller was

3    being used to generate the command to make that

4    group.

5    BY MR. KAPLAN:                                    14:16:10

6        Q    When the system would create the group A, B

7    and separately C, D, were the zone players informed

8    which group they had been added to?

9            MS. BRODY:  Objection to form, outside the

10   scope.                                            14:16:37

11           THE WITNESS:  I mean, I can't describe

12   technically what happened, but if the control device

13   wanted A and B to be part of a group, it would have

14   formed them, you're now part of a group called A and

15   B.                                                14:17:11

16   BY MR. KAPLAN:

17       Q    And how long would that information be

18   persisted?

19           MS. BRODY:  Objection to form, outside the

20   scope.                                            14:17:25

21           THE WITNESS:  It would assist until the

22   user gave it a different demand for the zone

23   groupings or if there was -- to speculate a bit,

24   there was some technical problem where a player sort

25   of had to drop out of a group.                    14:18:04

                                              Page 119

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1            So it would persist until one of those

 2    types of events would happen.  Again, I don't know

 3    technically what was happening to make that work.

 4    BY MR. KAPLAN:

 5       Q    Your invention allowed -- well, strike        14:18:47

 6    that.

 7            Did your invention allow groups that had

 8    been created to be stored for a longer period of

 9    time?

10            MS. BRODY:  Objection to form.               14:19:10

11            THE WITNESS:  Are you talking about

12    invention in the 885 and 966?

13    BY MR. KAPLAN:

14       Q    That's right.

15       A    Yes.  The design of the Zone Scenes         14:19:25

16    feature, which is part of -- which is describing

17    those inventions, yes, the user would create room

18    groupings that would be saved to the players for --

19    until the user either removed them or some other

20    technical problem occurred where they might be lost   14:19:54

21    in memory, but I'm speculating there.  But in

22    principle, until the user changed them or removed

23    them.

24       Q    And prior to that, in the Sonos products,

25    it wasn't guaranteed that a dynamic group would be    14:20:15
```

Page 120

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
1      persistent for as long as the user wanted it to be?

2              MS. BRODY:  Objection to form.

3              THE WITNESS:  I think the dynamic grouping

4      would persist until the user changed it.

5      BY MR. KAPLAN:                                        14:21:03

6          Q    The Zone Scene -- well, strike that.

7              Did the Zone Scene allow a user to save his

8      or her groupings for longer than he or she had been

9      able to in prior versions of the product?

10             MS. BRODY:  Objection to form.             14:21:23

11             THE WITNESS:  Yes.

12     BY MR. KAPLAN:

13         Q    How so?

14         A    Well, the -- in the case of a Zone Scene,

15     the grouping was created, saved to the players or --   14:21:51

16     player or players.  The players would remember the

17     zone grouping that was part of that Zone Scene, and

18     regardless of what grouping happened in between the

19     user saving the scene and the user invoking the

20     scene, the saved scene would be reconstituted.        14:22:21

21         Q    And how would that compare to the dynamic

22     grouping scenario that was available prior to that?

23         A    Well, the players that were part of a group

24     would know they're part of a group, A and B, for

25     instance.  If the user subsequently broke that group   14:23:05
```

Page 121

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

1    apart, the player would no longer know that they're

2    part of that group A and B.  That was a more

3    transitory thing.

4        Q    In the case where you have a single --

5    well, strike that.                                        14:23:43

6            In the case where you have the zones A and

7    B grouped together -- withdrawn.

8            Were the zone players back in 2004 digital

9    devices or were they analog devices?

10           MS. BRODY:  Objection to form, outside the        14:24:37

11   scope.

12           THE WITNESS:  Well, I'm not a computer

13   scientist.  I can tell you my perspective.  I mean,

14   the zone players have computer chips in them which

15   suggest digital products.  There was also some          14:25:08

16   aspects of them were -- could convert analog audio

17   stream to digital formats, so I think you have to be

18   more specific in your question.

19   BY MR. KAPLAN:

20       Q    Could the zone players receive and process      14:25:34

21   digital information?

22           MS. BRODY:  Objection to form.

23           I'm sorry, Marc.  I'm sorry.

24           MR. KAPLAN:  No problem.

25   ///                                                       14:25:50

Page 122

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

1    BY MR. KAPLAN:

2        Q    I was going to say, in 2004?

3            MS. BRODY:  Objection to form, outside the

4    scope.

5            THE WITNESS:  Could the zone player receive        14:25:58

6    digital information in 2004?

7            Again, I'm not an engineer, but they could

8    receive information on an Ethernet network and the

9    wireless network would suggest to me that they could

10    receive digital information.                              14:26:34

11    BY MR. KAPLAN:

12        Q    I think you mentioned that the zone players

13    have a processor, am I right about that, in 2004?

14            MS. BRODY:  Objection to form.

15            THE WITNESS:  I don't know how technical          14:27:11

16    you want to get, Mr. Kaplan, but I believe so.

17    BY MR. KAPLAN:

18        Q    Do you know if the zone players also

19    included memory in 2004?

20            MS. BRODY:  Objection to form, outside the        14:27:26

21    scope.

22            THE WITNESS:  In so much as they could

23    remember settings, yes.

24            MR. KAPLAN:  I've introduced another

25    exhibit.  Exhibit 1075.                                   14:28:34

                                                    Page 123

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1              (Whereupon, Plaintiff's Exhibit 1075 was

 2              marked for identification by the

 3              Court Reporter.)

 4    BY MR. KAPLAN:

 5        Q    Please let me know when you have that up.        14:28:38

 6        A    Do I have to refresh again?  Okay.

 7        Q    It should just pop up after a little while.

 8        A    Okay.  Yes, I see it.

 9        Q    Exhibit 1075 is Canadian patents public

10    number 2533852 and the inventor named here is        14:29:09

11    Nicholas Millington.

12              Do you see that?

13        A    Yes.

14        Q    Have you ever seen this patent before?

15        A    Not to my recollection, no.        14:29:32

16        Q    Can you take a look at the abstract to this

17    patent, which is at the bottom of the first page.

18        A    Okay.  I'm glad you're not asking me to

19    read the French version, but yes, I read the

20    abstract.        14:31:20

21        Q    I couldn't read that either.

22              This is another patent that generally has

23    to do with audio playback.

24              Could you gather that from the abstract?

25              MS. BRODY:  Objection; outside the scope,        14:31:38
```

Page 124

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
1    objection to form.

2         THE WITNESS:  I don't think the abstract

3    mentions audio playback, but I take it to mean

4    it's -- it describes synchrony, so it would suggest

5    that.                                          14:32:07

6    BY MR. KAPLAN:

7         Q    Can you go to page 45 of this excerpt.

8         MS. BRODY:  Counsel, is it still your

9    position that this testimony relates to advantages

10   and disadvantages under topic 1?               14:32:34

11        MR. KAPLAN:  It relates at least to that.

12   BY MR. KAPLAN:

13        Q    Mr. Lambourne, I'm going to be asking you

14   about -- it's a portion of the second full

15   paragraph.  The sentence that begins "moreover."  14:32:56

16        A    I see it.

17        Q    That portion reads:

18             "Moreover, it will be

19             appreciated that, although the

20             invention has been described in   14:33:15

21             connection with audio

22             information, it will be

23             appreciated that the invention

24             will find utility in connection

25             with any type of isochronias     14:33:23
```

Page 125

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1              information for which synchrony

 2              among devices connected to a

 3              network is desired.  The system

 4              is such that synchrony groups are

 5              created and destroyed dynamically          14:33:37

 6              and in such a manner as to avoid

 7              requiring a dedicated device as

 8              the master device."

 9                 Do you see that?

10      A    Yes.                                          14:33:52

11      Q    Do you have an understanding of what it

12   means when it says, "The system is such that

13   synchrony groups are created and destroyed

14   dynamically"?

15              MS. BRODY:  Objection; outside the scope,  14:34:07

16   calls for expert testimony.

17              THE WITNESS:  This is a very technical

18   patent.  My understanding -- I'm not sure what

19   isochronias information means, isochronias.  The

20   groups play together and they cannot be playing      14:35:01

21   together.

22              MR. KAPLAN:  Mr. Lambourne, I have

23   introduced a new exhibit.

24              THE WITNESS:  Okay.

25              MS. BRODY:  What's the number?            14:36:30
```

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1              MR. KAPLAN:  The exhibit is Farrar

 2    Exhibit 6.  I won't be giving it a new number

 3    because we're supposed to try to reuse prior

 4    exhibits if possible.

 5              (Whereupon, Google's Exhibit 6 was        14:36:48

 6              marked for identification by the

 7              Court Reporter.)

 8              MR. KAPLAN:  Please let me know when you

 9    see it.

10              THE WITNESS:  Yes, I see it.            14:36:52

11    BY MR. KAPLAN:

12         Q    Do you know who Graham Farrar is?

13         A    Yes.

14         Q    Who is that?

15         A    He is a colleague.  He used to work at    14:37:08

16    Sonos.  He no longer works at Sonos.  On our quality

17    assurance team I think he was at, at the time.

18         Q    Do you have any understanding of whether or

19    not he worked on the Sonos forums?

20              MS. BRODY:  Objection to form.           14:37:41

21              THE WITNESS:  I don't know whether he did

22    or didn't.

23    BY MR. KAPLAN:

24         Q    Have you ever been on the Sonos forums?

25         A    I have seen Sonos forums, yes.          14:37:53
```

Page 127

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1        Q    Does Farrar Exhibit 6 look like a printout

 2    from the Sonos forums?

 3             MS. BRODY:  Objection; outside the scope.

 4             THE WITNESS:  It says Sonos community on

 5    it, so I'm assuming that's what's meant by forums        14:38:44

 6    here, yes.

 7    BY MR. KAPLAN:

 8        Q    Do you see -- right in the middle of the

 9    first page of Farrar Exhibit 6, there's a post from

10    user Jeff T. and he wrote at the paragraph here, but     14:39:02

11    he says, in part:

12             "I did a search and did not

13             find this suggested, but I would

14             save Zone links as favorites.

15             With only two Zone players, it is              14:39:24

16             not a problem yet, but when I add

17             more it may be.  I would like to

18             setup, say, Morning mode for the

19             units I want in the morning and a

20             preset volume between units.                    14:39:38

21             Another example I would have two

22             party modes, Summer and Winter.

23             The Summer mode would include the

24             deck speakers and the Winter mode

25             would not.  Also it would be nice              14:39:50
```

Page 128

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1              to have playlists or radio

 2              stations associated with each

 3              mode."  And continues on from

 4              there.

 5                  Do you see that?                    14:40:00

 6      A    I see that, yes.

 7      Q    The title of this is posed "macro/presets."

 8           Do you see that?

 9      A    Yes.

10      Q    Do you understand what Jeff it's describing   14:40:13

11    here as a feature suggestion?

12           MS. BRODY:  Objection to form, outside the

13    scope.

14           THE WITNESS:  Yeah.  He's asking to save

15    zone links as favorites.                           14:40:38

16    BY MR. KAPLAN:

17      Q    What does that mean to you, saving zone

18    links as favorites?

19           MS. BRODY:  Objection; outside the scope.

20           THE WITNESS:  He's asking to save -- he's    14:41:06

21    describing a situation which he would like to

22    save -- save, I think -- I would say save zone links

23    could be save groupings.

24    BY MR. KAPLAN:

25      Q    Do you understand what a favorite would be?   14:41:39
```

Page 129

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1              MS. BRODY:  Objection to form, outside the

 2      scope.

 3              THE WITNESS:  To save a favorite, yeah, is

 4      to save a group.

 5      BY MR. KAPLAN:                                  14:42:00

 6         Q    If you go to the second page, there's a

 7      post from a user named Ken Greenwood and he or she

 8      writes:

 9                  "I would find this

10                  functionality useful as well... I     14:42:11

11                  find myself manually linking and

12                  unlinking zones and setting

13                  volumes in a very repetitive way.

14                  I would think that a macro type

15                  function would be able to save        14:42:28

16                  those manual steps into a single

17                  selection of a favorite."

18                   Do you see that?

19         A    I do, yes.

20         Q    Do you have an understanding of what the  14:42:38

21      user Ken Greenwood is saying here?

22              MS. BRODY:  Objection; outside the scope.

23              THE WITNESS:  Yeah.  They're asking for

24      some way of -- they said the volumes and the linking

25      in a perfect way they want to be able to save those 14:43:00
```

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
1     manual steps into a single selection.

2     BY MR. KAPLAN:

3         Q    Did your invention address the concerns of

4     these users through adding Zone Scenes?

5             MS. BRODY:  Objection to form.           14:43:21

6             THE WITNESS:  Yes.  My invention would

7     describe the need described here.

8     BY MR. KAPLAN:

9         Q    Why is that?

10        A    By allowing a user to save zone groupings  14:43:45

11    or linking, as being referred to here.

12        Q    Was the zone linking another way to

13    describe linking zones into a group?

14            MS. BRODY:  Objection to form.

15            THE WITNESS:  Yes.  Linking and unlinking  14:44:22

16    would result in a group being formed or a group

17    being broken apart.

18    BY MR. KAPLAN:

19        Q    If you turn to the second page of Exhibit

20    Farrar 6, there's a post by user called -- user name  14:45:12

21    sinuswave.

22            Do you see that?

23            I'm sorry.  I'm on the third page.  I

24    apologize.

25        A    Yes, I see that, sinuswave.           14:45:32
```

Page 131

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1         Q    This is a rather long post from him, but

 2    can you read it quickly to yourself.

 3         A    Yes.

 4              (Document reviewed by the witness.)

 5              MR. KAPLAN:  Let me know when you're done.        14:46:40

 6              THE WITNESS:  Yes, I've read it.

 7    BY MR. KAPLAN:

 8         Q    Do you have an understanding of what the

 9    user sinuswave is requesting here or proposing here?

10              MS. BRODY:  Objection; outside the scope.        14:46:56

11              THE WITNESS:  Well, they're asking for the

12    capability to -- well, I have to find the right word

13    here.  I think I saw it.

14              To save or store --

15                  "When special playlists are                  14:47:26

16              saved/stored the user can set the

17              zone structures, zone volumes,

18              zone on/off, etc, and allow it to

19              be SAVED with the playlist."

20    BY MR. KAPLAN:                                             14:47:39

21         Q    Would your invention regarding Zone Scenes

22    address this request or proposal from sinuswave?

23              MS. BRODY:  Objection to form, outside the

24    scope.

25              THE WITNESS:  Insomuch as the zone             14:48:12
```

Page 132

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

1    structure, I'm speculating he means something like a

2    zone group can be saved.  In this case, it's saving

3    with the playlist that he's describing a need for.

4    BY MR. KAPLAN:

5         Q    Could a user -- strike that.                    14:48:32

6              Under your invention, could a user include

7    a playlist as part of the Zone Scene?

8              MS. BRODY:  Objection to form.

9              THE WITNESS:  I think broadly speaking,

10   yes, a number of attributes were described in the      14:49:10

11   invention whereby a zone group could have a number

12   of attributes, like volumes, for instance.  I think

13   playlist is on that.  So broadly speaking, yes.

14   BY MR. KAPLAN:

15        Q    Are you referring to a list of attributes?    14:49:42

16        A    Or for Zone Scenes.

17             If I'm remembering -- oh, I got that

18   feedback.

19        Q    I heard it, too.

20        A    That's the first time I heard it this         14:50:00

21   session.

22             But I believe the amount of patents I

23   reviewed there was a list of attributes that would

24   be saved or be part of a Zone Scene.

25        Q    Did you agree with that list of attributes?   14:50:20

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
1               MS. BRODY:  Objection to form.

2               THE WITNESS:  Yes.

3       BY MR. KAPLAN:

4          Q    The next post down after sinuswave's post,

5       was a post from user named Majik, M-A-J-I-K, but he        14:50:42

6       signs it Keith, so maybe he's actually Keith.

7               Do you see that?

8               It's at the bottom of page 3.

9          A    Yes.

10         Q    And Keith wrote:                                   14:51:02

11                 "This could be called

12              'Scenes.'"

13                 Do you see that?

14         A    Yes.

15         Q    Is it surprising to you that Keith is             14:51:12

16      suggesting that this user be called scenes?

17              MS. BRODY:  Objection to form, outside the

18      scope.

19              THE WITNESS:  Did it surprise me?

20              In what way?                                       14:51:28

21      BY MR. KAPLAN:

22         Q    Your invention was Zone Scenes; right?

23         A    Yes.

24         Q    And also here's a user on some of those

25      forums referring to scenes with respect to similar        14:51:41
```

                                                    Page 134

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1    technology.

 2            Does that surprise you?

 3            MS. BRODY:  Objection to form, outside the

 4    scope.

 5            THE WITNESS:  I mean, described in form --         14:51:59

 6    they describe scenarios sometimes with a happy word,

 7    sometimes with not happy words, so it didn't

 8    surprise me that a user might be discussing -- or

 9    users might be discussing needs that they feel

10    having used the system.                                   14:52:17

11    BY MR. KAPLAN:

12        Q    Does it surprise you that he used the same

13    word that you used vis-a-vie scenes?

14            MS. BRODY:  Objection to form, outside the

15    scope.                                                    14:52:39

16            THE WITNESS:  Does it surprise me?

17            I don't know if it surprises me or not.

18            MR. KAPLAN:  Okay.  I'm introducing a new

19    exhibit.  You should see a new exhibit pop up

20    shortly.  It's titled Farrar 8.                           14:53:52

21            (Whereupon, Google's Exhibit 8 was

22             marked for identification by the

23             Court Reporter.)

24            MR. KAPLAN:  This was Exhibit 8 to the

25    Farrar deposition.                                        14:54:06
```

Page 135

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1              THE WITNESS:  Yes, I have it open.

 2      BY MR. KAPLAN:

 3         Q    Okay.  This is another set of posts on the

 4      Sonos forums.

 5              Is that what it looks like to you?            14:54:28

 6              MS. BRODY:  Objection; outside the scope.

 7              THE WITNESS:  Yes.  It looks to be from the

 8      same Sonos community we were just looking at.

 9      BY MR. KAPLAN:

10         Q    The first post -- well, strike that.         14:54:45

11              The title of the thread is "Virtual Zones

12      and Zone Grouping."

13              Do you see that?

14         A    Yes.

15         Q    The first post is from a user named theboyg   14:54:58

16      and he or she writes this quote:

17                  "The 'links/unlink' business

18                  is really cumbersome - and not

19                  enjoyed to use which goes against

20                  the ease of use on the rest of         14:55:19

21                  the system.  Why can't that have

22                  a virtual zone - ie a zone called

23                  'Downstairs' - and I can group

24                  all my downstairs zones into

25                  this.  Then I don't have to keep      14:55:30
```

Page 136

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1              manually linking/unlinking

 2              multiple zones every time."

 3                   Do you see that?

 4       A    I do, yes.

 5       Q    Do you understand what the theboyg is        14:55:42

 6    proposing here?

 7              MS. BRODY:  Objection to form, outside the

 8    scope.

 9              THE WITNESS:  Yeah.  The theboyg is

10    describing what a virtual zone that can group all my   14:56:03

11    downstairs zones into this virtual zone.

12    BY MR. KAPLAN:

13       Q    Is the theboyg -- strike that.

14              Would your invention of Zone Scenes respond

15    to the theboyg's concerns about having to link zones   14:56:32

16    many times?

17              MS. BRODY:  Objection to form, outside the

18    scope.

19              THE WITNESS:  Yes.  I think the theboyg was

20    linking and unlinking lots of times and a Zone Scene   14:57:02

21    would save this person having to do that every time

22    that they wanted to group what they call the

23    downstairs group.

24    BY MR. KAPLAN:

25       Q    Neither here or there, but there is           14:57:22
```

Page 137

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1    something hilarious to me about having a formal

 2    legal proceeding and then also having users with

 3    names like the theboyg that we get to talk about.

 4         A    Hard to resist.

 5         Q    If we turn down to the third page of Farrar        14:57:47

 6    Exhibit 8, there's a post from -- these are Majik

 7    again signed Keith.

 8         A    Yes.

 9         Q    He writes:

10              "The ease of" -- I think he                        14:58:04

11              means linking he wrote

12              "lining/unlinking zones is also

13              dependent on the number of zones

14              you have.  Two or three zones

15              isn't too much of an imposition,                   14:58:15

16              but I imagine six or more is

17              quite painful.  Just imagine if

18              you had the full 32 zones.  At

19              the moment we have a single,

20              predefined group, that being,                      14:58:28

21              'All Zones.'  I would like to see

22              this as the default, but with

23              the ability to configure your own

24              groups and to delete the 'All

25              zones' group, although some may                    14:58:39
```

Page 138

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1              not want this."

 2    L        he goes on from there.

 3              Do you see that?

 4        A    I see that, yes.

 5        Q    Do you understand that this user Majik is          14:58:51

 6    also requesting an easier way to link and unlink,

 7    ie, create speaker groups?

 8              MS. BRODY:  Objection to form, outside the

 9    scope.

10              THE WITNESS:  Yes.  He's describing the           14:59:27

11    need in which saved groups would be an advantage.

12    BY MR. KAPLAN:

13        Q    He's noting here I guess from the current

14    implementation at that time, there was just a single

15    predefined group called "all zones."                       14:59:48

16              Was he correct about that or was it called

17    Party Mode?

18              MS. BRODY:  Objection; outside the scope.

19              THE WITNESS:  I think in one of the

20    previous screens we saw we had a label all zones,          15:00:11

21    Party Mode.  So we may have -- I couldn't say with

22    certainty when he's referring to this, but we may

23    have called it all zones at one point and then Party

24    Mode at -- all zones, Party Mode at another time.  I

25    couldn't be sure.                                          15:00:33
```

Page 139

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
1      BY MR. KAPLAN:

2          Q    And Keith is also requesting that the user

3      be able to create their own zones that are saved

4      just like all zones.  I'm sorry.  Strike that.

5              Keith is creating the ability to user's own        15:00:52

6      groups like the all zones group; right?

7              MS. BRODY:  Objection to form, outside the

8      scope.

9              THE WITNESS:  He's describing the ability

10     for a user to configure their own groups.                  15:01:16

11     BY MR. KAPLAN:

12         Q    And then the next post, which is on top of

13     page 4 from a user named DigitalBoy.  He writes:

14             "I like the idea.  Why not

15             have custom zone groups," in                        15:01:35

16             paren, "(like the party zone, but

17             user customizable)?,"  end paren.

18             "A Zone can be in one or more

19             zone groups.  Further you should

20             be able to activate group, and                      15:01:48

21             then add/drop individual zones

22             for a one-off group (which is

23             what we have now, but no ability

24             to persist the group)."

25             Do you see that?                                    15:02:00
```

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1        A    Yes.

 2        Q    Do you understand what the DigitalBoy is

 3   requesting here?

 4             MS. BRODY:  Objection to form, outside the

 5   scope.                                              15:02:10

 6             THE WITNESS:  Yes.  He's asking a custom

 7   zone groups.

 8   BY MR. KAPLAN:

 9        Q    Did your invention of Zone Scenes address

10   the DigitalBoy's request or dislike of the current   15:02:29

11   system at that time?

12             MS. BRODY:  Objection to form, outside the

13   scope.

14             THE WITNESS:  I think in broad terms, yes.

15   BY MR. KAPLAN:                                       15:03:27

16        Q    Okay.  Do you recall visiting the Sonos

17   forums while you were doing Sonos products sort of

18   in the 2004 to 2006 timeframe?

19             MS. BRODY:  Objection to form, outside the

20   scope.                                              15:03:42

21             THE WITNESS:  I have seen forums, yes.

22   BY MR. KAPLAN:

23        Q    Why did you visit the forums in that

24   timeframe?

25        A    To see what people were saying about our   15:03:55
```

Page 141

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

1    products that we released.  I say "released."  I

2    don't think we released in 2004 timeframe.  I don't

3    think we were selling our products at that point.

4        Q    Did that begin in early 2005, selling the

5    products?                                           15:04:32

6            MS. BRODY:  Objection; outside the scope.

7            THE WITNESS:  I believe in 2005, but I

8    can't say with certainty exactly where.

9    BY MR. KAPLAN:

10       Q    Were the forums active among Sonos users at    15:04:58

11   that time?

12           MS. BRODY:  Objection to form, outside the

13   scope.

14           THE WITNESS:  You said this time.

15           What time are you referring to?              15:05:16

16   BY MR. KAPLAN:

17       Q    In the late 2004 to 2006 timeframe.

18           MS. BRODY:  Same objections.

19           THE WITNESS:  I think forums, but I

20   couldn't say when they were active, when they        15:05:37

21   started.

22   BY MR. KAPLAN:

23       Q    Did any of the Sonos teams review the

24   forums such that they could understand whether they

25   were bug fixes or issues that needed to be addressed    15:06:01

Page 142

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1    for the products?

 2              MS. BRODY:  Objection to form, outside the

 3    scope.

 4              THE WITNESS:  I don't know, but it sounded

 5    like Graham Farrar was reading them.              15:06:19

 6    BY MR. KAPLAN:

 7        Q    Did any of the product management teams

 8    review the forums to identify consumer pinpoints?

 9              MS. BRODY:  Objection; outside the scope.

10              THE WITNESS:  I imagine that might have      15:06:45

11    happened, but I couldn't say the specific person or

12    time.

13    BY MR. KAPLAN:

14        Q    Did you ever review the Sonos forums to

15    determine whether they were particular consumer pain  15:07:05

16    points with any of the Sonos products?

17              MS. BRODY:  Objection to form, outside the

18    scope.

19              THE WITNESS:  I read forum posts from time

20    to time, yes.                                          15:07:23

21    BY MR. KAPLAN:

22        Q    Why did you read forum posts from time to

23    time?

24              MS. BRODY:  Objection; outside the scope.

25              THE WITNESS:  To see what people were        15:07:35
```

Page 143

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1    saying about our product.

 2    BY MR. KAPLAN:

 3        Q    How did the feedback that you were getting

 4    through the Sonos forums affect your work?

 5            MS. BRODY:  Objection to form.            15:07:53

 6            THE WITNESS:  I think -- I mean, it would

 7    depend what the comments were, but people might

 8    describe situations in which they were not happy,

 9    which we might try and solve for, or for situations

10    which they were happy which we know that that was a   15:08:23

11    good thing.  Generally feedback.

12            MR. KAPLAN:  I'm having technical issues.

13    One second.

14            Okay.  I'm uploading another exhibit.

15            THE WITNESS:  Yes.                          15:10:00

16            MR. KAPLAN:  This one is a little larger so

17    it may take a second to load.

18            THE WITNESS:  Okay.

19            MR. KAPLAN:  It will be Exhibit 1076 once

20    you get it up.                                      15:10:20

21            (Whereupon, Google's Exhibit 1076 was

22            marked for identification by the

23            Court Reporter.)

24            THE WITNESS:  I went to the wrong place.

25    One moment.                                         15:10:30
```

                                            Page 144

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1              1076, yes.

 2    BY MR. KAPLAN:

 3        Q    Exhibit 1076 is the Yamaha MusicCAST

 4    Digital Audio Server Owner's Manual.

 5              Do you see that?                         15:10:48

 6        A    Yes.

 7        Q    The Yamaha MusicCAST product's one that I

 8    believe you mentioned earlier on in the deposition?

 9        A    Yes.

10        Q    This is a product that you were familiar    15:11:01

11    with in this 2004 timeframe; is that fair?

12              MS. BRODY:  Objection to form.

13              THE WITNESS:  I'm somewhat familiar with

14    it.  I knew of its existence.  I don't think I used

15    the product.                                        15:11:21

16    BY MR. KAPLAN:

17        Q    Have you ever seen this owner manual

18    before?

19        A    Let me just scan through, please.

20        Q    Whenever you're ready, I will be asking you  15:13:23

21    questions about page 92.

22        A    Okay.  You asked me have I seen this

23    manual?  I don't recall it.  It's part -- as I

24    stated, I knew of the product, so it's possible I

25    have seen it.  But it was a long time ago.  I don't    15:13:37
```

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

1     recall.

2          You said page 92?

3      Q    Yes, yes, page 92 of the PDF.

4          MS. BRODY:  Counsel, is that the page

5     numbered 92, or the PDF?                              15:14:06

6          MR. KAPLAN:  I think it's the same.

7          MS. BRODY:  Never mind.  It's the same.

8     Sorry.

9          THE WITNESS:  It's taking a long time to

10    load here.                                            15:14:20

11         MR. KAPLAN:  Yeah.  It's a larger one.

12         Once you have it up, you can use the scroll

13    on the side instead of paging down or scrolling

14    down.  Just grab it and drag it down.  It's a little

15    faster.                                               15:14:33

16         THE WITNESS:  I don't see it on my screen,

17    but I'm almost there any way.

18         92, yes.

19    BY MR. KAPLAN:

20     Q    So the top of the page it reads                15:14:46

21    "Controlling MusicCAST clients"?

22     A    Yes.

23     Q    There are a few images above those image.

24    There's a line that reads:

25              "You can check the current                 15:15:06

                                              Page 146

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1              status of any MusicCAST client

 2              connected to the MusicCAST

 3              server."

 4                   Do you see that?

 5        A    Yes.                                    15:15:15

 6        Q    Do you remember what the MusicCAST client

 7    was in this product?

 8              MS. BRODY:  Objection; outside the scope.

 9              THE WITNESS:  Actually, I don't, no.  I

10    would have to read a little bit further.  Maybe you    15:15:36

11    know.

12    BY MR. KAPLAN:

13        Q    Well, let's -- if you look at the first

14    image here on the left, it says top menu and then

15    the options within that are library, AV receiver,     15:15:52

16    and timer setup, information, recording, client

17    playback and system setup.

18              Do you see that?

19        A    Yes.

20        Q    Client playback is selected.  And then if    15:16:08

21    you look in the next image down, you'll see client

22    menu and simple play info.

23              Do you see that?

24        A    Yes.

25        Q    And in that screen, there are two clients.    15:16:23
```

                                                    Page 147

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
1      One that's labeled den and one that's labeled

2      kitchen, and I believe the music that each of those

3      is playing is listed below the name of the client.

4             Do you see that?

5      A    Yes.                                      15:16:45

6      Q    And then right below the image that we were

7      just looking at it reads:

8                "The on-screen display can

9                display details on up to five

10               MusicCAST clients                    15:17:02

11               simultaneously."

12               Do you see that?

13     A    I do, yes.

14     Q    Does this refresh your recollection as to

15     whether or not the MusicCAST system allowed the user  15:17:15

16     to install clients in different areas of their

17     house, such as the den or kitchen?

18            MS. BRODY:  Objection to form, outside the

19     scope.

20            THE WITNESS:  That looks to be the case.   15:17:41

21     There is a client called den and a client called

22     kitchen.

23     BY MR. KAPLAN:

24     Q    If you turn to page 95 of the document.

25     A    Okay.                                      15:17:58
```

                                                Page 148

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1        Q    Do you see at the top in that black box, it

 2   reads, "Stopping and starting playback on all

 3   MusicCAST clients simultaneously"?

 4           Do you see that?

 5        A    Yes.                                    15:18:10

 6        Q    Does this refresh your recollection as to

 7   whether or not you could playback music

 8   simultaneously in different clients in the MusicCAST

 9   system?

10           MS. BRODY:  Objection to form, outside the   15:18:24

11   scope.

12           THE WITNESS:  What was your question again,

13   please?

14   BY MR. KAPLAN:

15        Q    Does this refresh your recollection as to   15:18:52

16   whether or not you could playback music

17   simultaneously on multiple MusicCAST clients?

18           MS. BRODY:  Same objections.

19           THE WITNESS:  Well, it states that you can

20   start playback on all clients and you can stop      15:19:10

21   playback on all clients.  It does not say whether

22   they play in a synchronized way.

23   BY MR. KAPLAN:

24        Q    Let's turn to page 96 of the document.

25        A    Okay.                                   15:19:52
```

Page 149

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

1      Q    Do you see at the top of page 96 it says

2    "Editing MusicCAST client names"?

3      A    Yes.

4      Q    And then below that there's three

5    screenshots where the user is selecting a client,        15:20:06

6    selecting edit name and then changing the name from

7    kitchen to something else?

8           Do you see that?

9      A    Yes.

10     Q    Does this refresh your recollection as to        15:20:31

11   whether or not the MusicCAST client could rename --

12   strike that, I suppose.

13          Does this refresh your recollection as to

14   whether a user could modify the name of a MusicCAST

15   client?                                                  15:20:46

16          MS. BRODY:  Objection to form, outside the

17   scope.

18          THE WITNESS:  Yes.  It looks to be the case

19   that a user can change the name given to a MusicCAST

20   client.                                                  15:21:10

21   BY MR. KAPLAN:

22     Q    And then if we turn to page 104 of the

23   document.

24          At the top of the page, the black box reads

25   "Configuring the MusicCAST network."                     15:21:32

Page 150

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1            Below that it says:

 2                 "What is a wireless network

 3            connection, and when should I use

 4            one."

 5            Do you see that?                            15:21:39

 6      A    Yes.

 7      Q    Does it refresh your recollection that

 8   MusicCAST could -- strike that.

 9            Does this refresh your recollection that

10   MusicCAST clients could communicate wirelessly?     15:21:54

11            MS. BRODY:  Objection to form, outside the

12   scope.

13            THE WITNESS:  Your question again, please,

14   Mr. Kaplan.

15   BY MR. KAPLAN:                                       15:22:37

16      Q    Sure.

17            The question is:  Does this refresh your

18   recollection that MusicCAST clients could be played

19   to wirelessly?

20            MS. BRODY:  Same objections.                15:22:50

21            THE WITNESS:  Does it refresh my memory?  I

22   don't recall thinking about this originally, but I

23   can say what I think I'm looking at here.

24            Is that what you're asking me to say?

25   ///                                                  15:23:17
```

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

1    BY MR. KAPLAN:

2        Q    Does it appear that MusicCAST allowed its

3    client players to communicate wirelessly with the

4    controller?

5            MS. BRODY:  Objection to form, outside the          15:23:28

6    scope.

7            THE WITNESS:  Based on what it states here,

8    it looks like a MusicCAST client can talk to the

9    MusicCAST server wirelessly.

10   BY MR. KAPLAN:                                               15:24:07

11       Q    The MusicCAST system, the MusicCAST server

12   would be streaming audio to the MusicCAST clients;

13   right?

14           MS. BRODY:  Objection to form, outside the

15   scope.                                                       15:24:20

16           THE WITNESS:  There's a part I'm assuming

17   the MusicCAST server streams music, that this is

18   showing them it's streaming in a wireless way to

19   music class client.

20           MR. KAPLAN:  Do you want to take a quick            15:25:00

21   break?

22           THE WITNESS:  Yes, please.

23           THE VIDEOGRAPHER:  We're going off the

24   record.  The time is 3:25.

25   ///                                                          15:25:05

                                                         Page 152

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
1              (Whereupon, a recess was held

2          from 3:25 p.m. to 3:36 p.m.)

3              THE VIDEOGRAPHER:  We're back on the

4     record.  The time is 3:36.

5              MR. KAPLAN:  Mr. Lambourne, I have          15:36:29

6     introduced Exhibits 1077 and 1078 into the folder.

7     We can start with 1077.

8              (Whereupon, Google's Exhibit 1077

9          Exhibit 1078 were marked for identification

10          by the Court Reporter.)                        15:36:50

11             THE WITNESS:  Okay.

12    BY MR. KAPLAN:

13        Q    This is the Sonos Digital Music System User

14    Guide.  Second page it's dated April 2005.

15             Do you see that?                             15:37:04

16        A    Yes.

17        Q    Are you familiar with this document?

18        A    I didn't write it, but yes, I'm familiar

19    with the document.

20        Q    This is one of the user guides that Sonos    15:37:28

21    issued so that users can understand how to operate

22    from it?

23        A    Yes.

24        Q    The top of the second page, it says:

25             "For use with Sonos Zone                     15:37:40
```

Page 153

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1              Player 100, including Sonos

 2              System Setup CD-ROM and the Sonos

 3              controller CR 100."

 4                  Do you see that?

 5     A    Yes.                                    15:37:53

 6     Q    This is the user guide for the ZP 100 and

 7  CR 100 that you mentioned earlier today?

 8     A    Yes.

 9          MS. BRODY:  Objection to form.

10  BY MR. KAPLAN:                                  15:38:15

11     Q    If you could turn to page 3 of the

12  document, which is the table of contents --

13     A    Okay.

14     Q    -- says on page 2-7, that the user guide is

15  discussing adding more zone players.            15:38:32

16          Do you see that?

17     A    I'm sorry.  You're on page 3 referring to

18  which line?

19     Q    On page 3 referring to line -- oh.

20          Is it page 3?  Sorry.                   15:39:00

21          Yeah, page 3.  Let's see.

22          It's the line that reads 2-7 under Chapter

23  2.

24     A    Oh, yes.  Thank you.

25     Q    Yep.  It says "Adding More Zone Players." 15:39:22
```

Page 154

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1        A    Yes.

 2        Q    Okay.  Now, let's please turn to page 6 of

 3   the document.

 4        A    Yes.

 5        Q    This page is an illustration of a setup of      15:39:45

 6   ZP 100s with a CR 100 wirelessly.

 7             Do you see that?

 8        A    Yes.

 9        Q    If you turn to page 12 of the document,

10   please.                                                    15:40:00

11        A    Yes.

12        Q    Page 12.

13             Okay.  There's a section entitled "Mute

14   Button" in the middle that's highlighted in blue.

15        A    Yes.                                             15:40:24

16        Q    And in the second paragraph on the right in

17   that blue portion, it reads:

18                  "To mute/unmute all Zone

19             Players, press and hold the mute

20             button for three seconds to mute      15:40:40

21             all Zone Players in your

22             household."

23             Do you see that?

24        A    Yes.

25        Q    Was there a group that was used to mute or       15:40:47
```

```
 1    unmute all Zone Players in the household?

 2            MS. BRODY:  Objection to form, outside the

 3    scope.

 4            THE WITNESS:  Did you say was there a group

 5    used?                                            15:41:02

 6    BY MR. KAPLAN:

 7        Q    Was there a group that was used to mute or

 8    unmute all the Zone Players in the household?

 9            MS. BRODY:  Same objections.

10            THE WITNESS:  In the context of a group    15:41:23

11    meaning more than -- two or more players grouped

12    together in the way we've been discussing?

13    BY MR. KAPLAN:

14        Q    Let's start with that, yes.

15            MS. BRODY:  Counsel, are you asking another  15:41:52

16    one or is what is the pending question?

17    BY MR. KAPLAN:

18        Q    The pending question is:  Was there a group

19    that was used to mute or unmute all Zone Players in

20    the household?                                   15:42:04

21            MS. BRODY:  Objection to form, asked and

22    answered -- I'm sorry.

23            Objection to form, outside the scope.

24            THE WITNESS:  Okay.  Technically I don't

25    know.  From a user perspective, the players didn't  15:42:19
```

Page 156

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
1     have to be in a group for this to work.  They could

2     all be separate and the user would still -- if I

3     recall correctly, the user would be able to still

4     unmute or mute all the speakers, whether they were

5     grouped or not in the user interface.            15:42:40

6     BY MR. KAPLAN:

7         Q    Let's turn to page 13, please.

8         A    Okay.

9         Q    Does this look like the back panel of a

10    ZP 100?                                           15:43:12

11        A    Yes.

12        Q    The back panel of the ZP 100 included

13    analog audio inputs and outputs?

14             MS. BRODY:  Objection; outside the scope.

15             THE WITNESS:  Yes.                       15:43:37

16    BY MR. KAPLAN:

17        Q    And also Ethernet switch connectors?

18        A    Yes.

19        Q    And it also included right speaker

20    terminals and left speaker terminals.            15:44:01

21             What do those relate to?

22             MS. BRODY:  Objection to form, outside the

23    scope.

24             THE WITNESS:  Well, on this particular

25    product, speakers, like I don't know how to describe  15:44:15
```

Page 157

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

1    them.  HiFi speakers could be connected to the Zone

2    Player 100 and that's how the sound would be

3    rendered.

4    BY MR. KAPLAN:

5        Q    Let's go to page 18, please.                    15:45:01

6        A    Okay.  Okay.  I'm there.

7        Q    This section describes how to add a Zone

8    Player to the system?

9        A    Yes.

10       Q    If you go to page 22.                          15:45:25

11            Are you there?

12       A    Yes.  I'm at 22, yes.

13       Q    In the upper left, there's an image of a

14   user identifying a name for the Zone Player.

15            Do you see that?                               15:45:57

16            MS. BRODY:  Objection to form.

17            THE WITNESS:  I've got a maximum -- it's a

18   bit blurry.

19            Connected to Zone Player.  Zone Player is

20   connected.  Please select a name for the Zone          15:46:10

21   Player.

22            Yes.  It looks like a place where a user

23   would select a name for the product.

24   BY MR. KAPLAN:

25       Q    There were a number of options a user could   15:46:24

                                                            Page 158

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
1     select in terms of the name for the Sonos Player,

2     such as bedroom, or kitchen; correct?

3          A    Yes.

4          Q    Let's go to page 24, please.

5          A    Okay.  I'm there.                          15:47:03

6          Q    Under "Renaming a Zone Player" there's a

7     number 3.  It says:

8                  "Select a name from the

9               drop-down list, or type a new

10              name for this Zone Player in the         15:47:13

11              Zone Name field and click Next."

12               Do you see that?

13         A    Yes.

14         Q    A user could select a pre-populated name

15    from a list and use that as the name of the Zone    15:47:26

16    Player or they could type in their own custom name

17    for the Zone Player; right?

18               MS. BRODY:  Objection; outside the scope.

19               THE WITNESS:  Yes.  That's how a Zone

20    Player could be named.                              15:47:43

21    BY MR. KAPLAN:

22         Q    Let's go to page 25, please.

23         A    Okay.

24         Q    This is a screenshot of the desktop

25    controller main menu for the Sonos desktop          15:48:03
```

Page 159

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1    controller software.

 2            Do you see that?

 3        A    Yes.

 4        Q    In the lower left corner of this document,

 5    there are buttons that say "Link Zone" and "Drop        15:48:21

 6    Zone."

 7            Do you see that?

 8        A    Yes.

 9        Q    The link zone button would have been used

10    to link zones together to create groups; right?        15:48:35

11            MS. BRODY:  Objection to form, outside the

12    scope.

13            THE WITNESS:  Yes, that was its intent.

14    BY MR. KAPLAN:

15        Q    And the groups that would have been created    15:48:52

16    would have been dynamic groups; right?

17        A    Yes, I believe so.

18        Q    Where would the user have selected the

19    party mode zone?

20            MS. BRODY:  Objection to form, outside the      15:49:18

21    scope.

22            THE WITNESS:  I think, and I don't know if

23    this manual includes the dialogue that's subsequent,

24    but if a user had link zone, then in this particular

25    design party mode would be part of that dialogue        15:49:48
```

Page 160

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1    that's shown after pressing link zone.

 2    BY MR. KAPLAN:

 3        Q    Let's see if I can help.

 4             If we go to page 29 of the document there's

 5    a section that says "Zone groups."                    15:50:39

 6        A    29?

 7        Q    Correct.

 8        A    Oh, yes, yes.

 9        Q    There's zone groups.  It reads:

10             "A zone can be grouped                        15:50:53

11             together with any other zone(s)

12             to form a zone group.  This will

13             cause all the zones in the zone

14             group to play the same music.

15             You can link or drop zones from a             15:51:05

16             zone group while the music is

17             playing.  You can also link all

18             the Zone Players in your House

19             with one touch by selecting All

20             Zones-Party Mode."                            15:51:20

21             Do you see that?

22        A    Yes.

23        Q    If you then turn to page 30.

24        A    Okay.

25        Q    In the middle of the page there's a link,     15:51:37
```

Page 161

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
1    zone dialogue box.

2         Do you see that?

3    A    Yes.

4    Q    There are two options in that link zone

5    dialogue box for what can be linked to kitchen.  One    15:51:50

6    says all modes -- excuse me.

7         One says "all zones party mode" and another

8    says "Jack's room."

9         Do you see that?

10   A    Yes.                                               15:52:01

11   Q    Does that refresh your recollection about

12   how party mode is invoked using that linked zone

13   button?

14        MS. BRODY:  Objection to form, outside the

15   scope.                                                  15:52:15

16        THE WITNESS:  Yes.  I think that's what I

17   said earlier when the user presses link zone and

18   this particular design, the party mode is available

19   when the user enters the link zone dialogue.

20   BY MR. KAPLAN:                                          15:52:47

21   Q    Can you turn back to page 27.

22   A    Yes.

23   Q    Page 27 discusses controlling the volume of

24   zones and groups.

25        Do you see that?                                   15:53:09
```

Page 162

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1       A    It says control on the volume.

 2            Are you referring to the title of the

 3    screen or the body text?

 4       Q    I was referring to about two-thirds of the

 5    way down it reads "To mute a zone or zone group."        15:53:44

 6            Do you see that?

 7       A    Yes, I see that.

 8       Q    A user was able to mute zone groups by

 9    hitting the mute selected group button; right?

10            MS. BRODY:  Objection; outside the scope.        15:54:04

11            THE WITNESS:  I'm sorry.  I'm not seeing --

12    you're reading the words a user is able to.  I don't

13    see those words now.

14            Are we looking at the same place?

15    BY MR. KAPLAN:                                           15:54:25

16       Q    I wasn't actually quoting from the document

17    at that point.

18       A    Okay.

19       Q    I'm saying, based on this portion of the

20    document, does it refresh your recollection that a       15:54:30

21    user in April 2005-ish was able to mute groups of

22    the CP 100s?

23            MS. BRODY:  Objection to form, outside the

24    scope.

25            THE WITNESS:  Yes.  The user was able to         15:55:08
```

Page 163

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
1    mute or unmute all the speakers that were in a

2    group.

3    BY MR. KAPLAN:

4        Q    If we can go back up to page 2, quickly.

5             On the left-hand portion of this page it        15:55:34

6    says "Version 0504" and right below that it says

7    "April of 2005."

8             Does 0504 refer to 2005 and April the

9    fourth month?

10            MS. BRODY:  Objection; outside the scope.        15:55:52

11            THE WITNESS:  It could well be.  The

12   numbers match.  April is 04 and '05 is the year.

13   BY MR. KAPLAN:

14       Q    Do you remember that Sonos was issuing user

15   manuals in this timeframe and generally dated those    15:56:07

16   user manuals?

17            MS. BRODY:  Objection; outside the scope.

18            THE WITNESS:  I don't recall having version

19   manuals other than the date that's shown in this

20   manual.                                                  15:56:22

21   BY MR. KAPLAN:

22       Q    Do you recall Sonos misdating its manuals?

23            MS. BRODY:  Objection to form, outside the

24   scope.

25            THE WITNESS:  No.                                15:56:46
```

Page 164

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1     BY MR. KAPLAN:

 2         Q    Let's go to page 28, please.

 3         A    Okay.

 4         Q    In the middle of the page there's a

 5     dialogue box that says "zone equalizer."  On the        15:57:16

 6     left-hand side there's an identifier pointing to the

 7     group volume control.

 8              Do you see that?

 9         A    Yes.

10         Q    It was possible for the user of the ZP 100s    15:57:31

11     to control the volume of ZP 100s within a group and

12     they would be controlling the group volume together;

13     right?

14              MS. BRODY:  Objection to form, outside the

15     scope.                                                   15:57:53

16              THE WITNESS:  Can you repeat the question?

17              I'm not --

18     BY MR. KAPLAN:

19         Q    It wasn't a great question.  Let me try

20     again.                                                   15:58:02

21              Do you recall a user could control the

22     volume of a Zone Player group in this timeframe?

23              MS. BRODY:  Objection to form.

24              THE WITNESS:  Yes.  A user could control

25     the volume of a group of speakers in this timeframe.     15:58:26
```

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
1              MR. KAPLAN:  Go to page 30, please.

2              THE WITNESS:  Okay.

3         BY MR. KAPLAN:

4              Q    In the link zone dialogue box that's about

5         halfway down the page --                          15:59:21

6              A    Yes.

7              Q    -- if the zone room had previously been

8         grouped with another zone called A, what would show

9         up in this dialogue box?

10             MS. BRODY:  Objection to form, outside the     15:59:45

11        scope.

12             THE WITNESS:  If you set up Jack's room was

13        linked to zone A, I can't recall standing here today

14        whether it would show Jack's room plus A or Jack's

15        room and A, a separate line item in that list.       16:00:15

16        BY MR. KAPLAN:

17             Q    Is it possible to -- strike that.

18             Was it possible in this timeframe to create

19        a group of three Zone Players?

20             MS. BRODY:  Objection to form, outside the     16:00:35

21        scope.

22             THE WITNESS:  Yes.  It was possible to

23        create a group of three zones.

24        BY MR. KAPLAN:

25             Q    How would one have done that using the    16:00:46
```

Page 166

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

1    desktop controller software?

2            MS. BRODY:  Objection; outside the scope.

3            THE WITNESS:  The user would have

4    highlighted one of the zones in the zone panel,

5    pressed link zone and then a dialogue would appear       16:01:05

6    with the speakers that were possible to link to this

7    party zone and they would have selected them and

8    then pressed okay.

9    BY MR. KAPLAN:

10       Q    So the user could select multiple zones to     16:01:31

11    link in the link zone dialogue box?

12           MS. BRODY:  Objection to form, outside the

13    scope.

14           THE WITNESS:  I'm sorry.  Can you repeat

15    your question?  I lost it.                              16:02:08

16    BY MR. KAPLAN:

17       Q    Just following along with what you said,

18    and I'm just trying to make sure I had it right, I

19    think what you said is you would create a zone group

20    of three Zone Players would be you select one Zone     16:02:20

21    Player, you hit link zone, and then in that link

22    zone dialogue box you select the other two Zone

23    Players and then hit okay; is that right?

24           MS. BRODY:  Objection to form, outside the

25    scope.                                                  16:02:39

                                                    Page 167

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
1              THE WITNESS:  I said that standing here

2    today, I don't recollect whether in this instance of

3    the design, the user could multi select rooms that

4    would be added to the original speaker or they had

5    to be added one at a time.                    16:02:57

6    BY MR. KAPLAN:

7        Q    Just so we're on the same page going

8    forward, would you refer to this middle box on

9    page 30 as a dialogue box?

10       A    I would, yes.                         16:03:21

11       Q    Now, there's a blue box at the bottom of

12   page 30.  It says:

13              "The order in which you add a

14              zone makes a difference.  If you

15              select link zone from a zone       16:03:44

16              where there is no music playing,

17              any zone you link to it will also

18              be silent."

19       A    Yes.

20       Q    I believe you testified earlier that this   16:04:03

21   was one of the implementations, and the

22   implementations for what happened when you added a

23   speaker to a group changed over time; is that right?

24              MS. BRODY:  Objection to form, outside the

25   scope.                                         16:04:18
```

Page 168

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1              THE WITNESS:  Yes.  I said evolved in that

 2      interaction.

 3      BY MR. KAPLAN:

 4          Q    Evolved in that interaction.

 5          A    Sorry.  So we evolved that interaction.  We      16:04:36

 6      changed the way it worked over time.

 7          Q    Okay.  If you turn to page 31 of the

 8      document, there's a dialogue box about a third of

 9      the way down that says "drop zone."  It says within

10      that, select a zone to drop from Jack's room plus      16:05:19

11      kitchen and then there are two options, Jack's room

12      and kitchen.

13          A    Yes, yes.

14          Q    This is showing a design for how a user

15      would unlink a zone; is that right?                    16:05:34

16              MS. BRODY:  Objection to form, outside the

17      scope.

18              Counsel, your questions are primarily

19      seeking to have this witness interpret or describe

20      the prior art.  It's not related to the scope of the   16:05:45

21      testimony in which he was designated under topics 1

22      and 2 and it's an improper use of the 30(b)(6)

23      testimony and should be separately transcribed.

24              It has nothing to do with the advantages

25      and disadvantages.  You've asked no question that      16:06:02
```

Page 169

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

1    relates to that subject matter.

2            MR. KAPLAN:  Well, we talked about the

3    scope of the invention earlier, so we're allowed to

4    compare what was going on before to the invention,

5    so that's where the questions are directed to.          16:06:13

6            MS. BRODY:  Yeah, but --

7            MR. KAPLAN:  Hang on, Amy, I'm not done.

8            But what I would say is because it makes no

9    difference since you're objecting to scope anyway,

10   I'm happy to have the court reporter notate that we     16:06:23

11   can start during this section, that this is part of

12   the personal deposition transcript.

13           I'll just note for the record that we

14   disagree and we think it is a 30(b)(6) testimony.

15           MS. BRODY:  Well, this testimony -- this       16:06:38

16   broad scope of testimony started hours ago and calls

17   for expert testimony and legal conclusions and it's

18   improper for a fact witness to be speaking to it.

19   It should have started individual testimony a while

20   ago, as I requested under Judge Culpert's               16:06:51

21   supplemental order, and I would like it separately

22   transcribed, because this has nothing to do with the

23   scope of the topics which this witness was

24   designated.

25           MR. KAPLAN:  I already explained why it        16:07:04

Page 170

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1    does.  We don't need to have a dispute on the

 2    record.  You can notate it should be the personal

 3    transcript.  We will go through this document and if

 4    the next document we hit, you think should be the

 5    same way, then you can notate that.  I say we        16:07:16

 6    disagree and we think it is 30(b)(6) topic

 7    testimony.

 8          Let's go forward.  There's no reason to

 9    waste the witness's time with colloquy.

10          (Whereupon, a discussion was held            16:07:25

11          off the record.)

12          MR. KAPLAN:  We're certainly going to be

13    going back to topics that I think counsel would

14    agree are clearly within the scope, so you can

15    separate here.  But we're going to be going back on,  16:07:44

16    I think agreed, to 30(b)(6) testimony shortly.

17          (Whereupon, a discussion was held

18          off the record.)

19          MR. KAPLAN:  Let's take a quick break off

20    the record so I can explain what we're going to do.   16:08:09

21          THE VIDEOGRAPHER:  We're going off the

22    record.  The time is 4:08.

23          (Whereupon, a recess was held

24          from 4:08 p.m. to 4:09 p.m.)

25          THE VIDEOGRAPHER:  We're back on the          16:09:34
```

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1    record.  The time is 4:09.

 2           MR. KAPLAN:  The record is now being

 3    designated as 30(b)(1) testimony.  Google disagrees

 4    and believes this testimony is 30(b)(6) testimony,

 5    but we'll continue on and both sides have reserved          16:09:46

 6    their objections.

 7    BY MR. KAPLAN:

 8       Q    Could you please turn to -- let's turn to

 9    page 45, please.  There's a section about two-thirds

10    of the way down this page which says "Turning Off          16:10:20

11    All Zone Players."

12           Do you see that?

13       A    Yes.

14       Q    It says:

15              "If you want to stop your                        16:10:30

16              Sonos Digital Music System from

17              playing music, press Pause All

18              from the Play menu."

19              Do you see that?

20       A    Yes.                                               16:10:38

21       Q    Is pause all a group?

22           MS. BRODY:  Objection to form.

23           THE WITNESS:  Is pause all a group?  I

24    don't understand your question.

25    ///                                                        16:11:00
```

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1    BY MR. KAPLAN:

 2        Q    So there are two sentences under turning

 3    off all Zone Players.  The first is:

 4                 "If you want to stop your

 5             Sonos Digital Music System from              16:11:07

 6             playing music, press Pause All

 7             from the Play Menu."

 8             And the second sentence says:

 9                 "All of your Zone Players

10             will remain off until you touch          16:11:16

11             play to restart each zone or zone

12             group."

13        A    Yes.

14        Q    For the pause all command, is that acting

15    on a group?                                        16:11:33

16             MS. BRODY:  Objection to form.

17             THE WITNESS:  It could, if the Zone Players

18    were grouped at the time all zone was pressed, it

19    would apply to a group.  But equally, it would apply

20    to any Zone Players that were not paused in the       16:12:04

21    group.

22    BY MR. KAPLAN:

23        Q    Was there any separate group relating to

24    pause all?

25        A    Sorry.  Again, I don't understand your      16:12:26
```

Page 173

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1    question.

 2        Q    My question is:  Was there any group that

 3    got acted upon when a user would hit pause all, even

 4    on the scenario where the user didn't have any

 5    groups created?                                      16:12:57

 6            MS. BRODY:  Objection to form.

 7            THE WITNESS:  Well, I can describe the

 8    product how it works.

 9            If none of the players were in a group at

10    the time pause all was pressed, then the music would 16:13:29

11    stop for all of those players, even if in the user

12    interface, they're not shown to be part of a group.

13    BY MR. KAPLAN:

14        Q    But you don't know whether they're --

15    whether the implementation would use a group to      16:13:59

16    effectuate the pause all command; is that right?

17            MS. BRODY:  Objection to form.

18            THE WITNESS:  I would not know in the

19    implementation whether that was the case.

20            MR. KAPLAN:  I introduced a new exhibit,     16:15:15

21    which is 1080.  This document is Bates numbered

22    SONOS-SVG2-00032289.

23                (Whereupon, Google's Exhibit 1080 was

24                 marked for identification by the

25                 Court Reporter.)                         16:15:19
```

                                                    Page 174

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1    BY MR. KAPLAN:

 2        Q    Do you have it up?

 3        A    Yes.

 4        Q    This is a document entitled "Products in

 5    our space, with a focus on Graphic Design," by          16:15:47

 6    Robert Lambourne, 25th of November 2003.

 7             Do you see that?

 8        A    Yes.

 9        Q    Do you recognize this document?

10        A    I'm just going to scan it.                     16:16:03

11             Yes.  This document, I will say it looks

12    familiar.  It's from a long time ago, but it looks

13    like I wrote this document.

14        Q    This is a document that you wrote while you

15    were at Rincon Networks.                                16:17:11

16             Is that the predecessor to Sonos?

17        A    Yes.  The name of the company before we

18    changed it to Sonos.

19        Q    What was the purpose of this document?

20        A    It looks like I had a look at some products    16:17:29

21    in our space presumably relating to audio products

22    and now it's focused on the graphic design of the

23    products, visual design of the products.

24        Q    Is there anything improper about looking at

25    competitor's products?                                  16:18:00
```

Page 175

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
1              MS. BRODY:  Objection to form.

2              THE WITNESS:  Broadly speaking, looking at

3     products, no.  I think looking can be interpreted in

4     a number of ways, but in the sense that I was

5     looking at products here, I don't think so.        16:18:25

6     BY MR. KAPLAN:

7         Q    You were looking at these products to

8     determine what companies in the same space were

9     doing and how they matched up against Sonos; is that

10    right?                                              16:18:39

11             MS. BRODY:  Objection to form.

12             THE WITNESS:  I think I was looking at how

13    much I like or didn't like the graphic design of

14    these products.

15    BY MR. KAPLAN:                                      16:19:00

16        Q    Were you comparing the graphic design of

17    those products to what Sonos was doing?

18        A    I don't think I was comparing them to what

19    Sonos was doing.  I was looking from the context of

20    products in this space, how good looking they were.  16:19:24

21        Q    If you turn to page 3, at the bottom, the

22    third paragraph from the bottom reads:

23             "Nobody, (yet), is providing

24             the rich full color remote

25             control experience that we are      16:19:42
```

Page 176

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1                    offering," smiley face.

 2                         Do you see that?

 3          A    I'm sorry.  I'm not there yet.

 4               Page 3, you said?

 5          Q    The bottom of page 3, third paragraph from      16:19:51

 6     the bottom.

 7          A    Oh, yes, I see that.  Okay.

 8          Q    And you wrote:

 9                    "Nobody (yet) is providing

10                    the rich full color remote                 16:20:05

11                    control experience that we're

12                    offering," smiley face.

13                         Do you see that?

14          A    Yes.

15          Q    You're comparing what other products in the     16:20:13

16     same space as Sonos were doing from a graphic design

17     perspective; right?

18               MS. BRODY:  Objection to form.

19               THE WITNESS:  Yes.  I was looking at sort

20     of the visual design treatments that were in the          16:20:33

21     space.

22     BY MR. KAPLAN:

23          Q    There was nothing improper in looking at a

24     competitor's products to see what they're doing; is

25     that right?                                                16:20:47
```

Page 177

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

1      A    I think that's a subjective question.   In

2   this context I was looking at the visual treatment

3   of the design and with -- to compare to what our

4   aspiration must have made something much better than

5   what was in the market.                          16:21:20

6      Q    Do you think you were doing anything

7   improper in looking at what the competitors were

8   doing and comparing Sonos' own designs to that?

9          MS. BRODY:  Objection to form.

10          THE WITNESS:  Well, I'm not sure I would    16:21:43

11   describe these products as competitors.

12   BY MR. KAPLAN:

13      Q    The title of the document is "Products in

14   our space, with a focus on Graphic Design."

15      A    Yes.                                     16:22:09

16      Q    When you said "our space," what did you

17   mean by that?

18      A    I would say audio products, maybe consumer

19   electronic products.   In this case, they had a

20   visual design component.                          16:22:34

21      Q    Do you think that audio products and maybe

22   consumer electronics products compete with Sonos'

23   products?

24          MS. BRODY:  Objection to form.

25          THE WITNESS:  I think it would depend how    16:23:14

Page 178

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

1    precisely you define "compete."

2    BY MR. KAPLAN:

3        Q    Did you think that they competed with

4    Sonos?

5            MS. BRODY:  Objection to form.                    16:23:28

6            THE WITNESS:  Are you asking do I or did I

7    at the time?

8    BY MR. KAPLAN:

9        Q    I'm going to ask both now.

10           Did you at the time think the products you   16:23:40

11   were evaluating competed with Sonos?

12           MS. BRODY:  Objection to form.

13           THE WITNESS:  To some degree.

14   BY MR. KAPLAN:

15       Q    Do you think that Squeezbox by SlimDevices,   16:24:04

16   which is identified on the first page, competed with

17   Sonos?

18           MS. BRODY:  Objection to form.

19           THE WITNESS:  To some degree insomuch that

20   it was a streaming device, but I don't think it --     16:24:26

21   we were looking to create something different.

22   BY MR. KAPLAN:

23       Q    Sonos wanted to create something different

24   and presumably better than its -- than the companies

25   listed in this document; is that fair?                   16:24:46

Page 179

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
1         A    We wanted to create something unique, and

2    in this case, I was looking at the visual design

3    because I wanted our product to be the best visual

4    design.

5         Q    And the way to tell that you were the best     16:25:07

6    was to look at the other products in this space;

7    right?

8         A    Yeah.  That's one of the ways that you

9    could assess this.

10        Q    That is why you created this document;        16:25:25

11   right?

12             MS. BRODY:  Objection to form.

13             THE WITNESS:  I created this document to

14   show what some of the products in our space were

15   doing from a visual design point of view.            16:25:44

16   BY MR. KAPLAN:

17        Q    How is this document used?

18             MS. BRODY:  Objection to form.

19             THE WITNESS:  I don't recall exactly

20   whether I sent this out and to whom, but I don't      16:26:19

21   think you will glean much of these from a rapid

22   perspective, presumably I wasn't just into myself at

23   that point.

24   BY MR. KAPLAN:

25        Q    Who was the audience for this document?      16:26:38
```

Page 180

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1        A    I can't say -- the names that I sent this

 2   document or showed this document to, but other

 3   people at Sonos I would imagine.

 4        Q    Would the product management team ever see

 5   this document?                                    16:27:03

 6             MS. BRODY:  Objection to form.

 7             THE WITNESS:  It's possible.

 8   BY MR. KAPLAN:

 9        Q    In the first full paragraph on page 1, you

10   wrote:                                            16:27:33

11             "First, there are a number of

12             companies that provide networked

13             audio in the home, but most

14             solutions center around a 'audio

15             rack product' housing a small          16:27:44

16             eight line LCD screen for UI,

17             combined with a conventional

18             remote control."

19             Do you see that?

20        A    I see that, yes.                         16:27:55

21        Q    What did you mean by "networked audio in

22   the home"?

23        A    A product that could work on a network.

24        Q    What did you mean by "network"?

25        A    Again, not a technical description, but   16:28:28
```

Page 181

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1    like a home network or a network in an office or a

 2    WiFi or Ethernet network, that type of thing.

 3         Q    Could audio be networked through analog

 4    connections to the Zone Player?

 5         A    Can you repeat the beginning of that          16:29:08

 6    question, please?

 7         Q    Could the audio be networked through analog

 8    connections to the speaker?

 9              MS. BRODY:  Objection to form.

10              THE WITNESS:  In the context of the other     16:29:33

11    products being highlighted here, I couldn't say yes

12    or no.

13    BY MR. KAPLAN:

14         Q    You don't know whether Audio Tron,

15    Squeezbox or Philips for audio networking -- excuse    16:29:46

16    me -- allowed for analog networking?

17         A    I don't know the answer to that question.

18         Q    Were you familiar with Squeezbox devices by

19    SlimDevices?

20         A    I've heard the name, but I don't recall the  16:30:18

21    product.

22         Q    Did you ever see the Squeezbox device?

23              MS. BRODY:  Objection to form.

24              THE WITNESS:  You mean in real life or

25    online, or something like that?                        16:30:43
```

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1      BY MR. KAPLAN:

 2          Q    Did you ever see the Slim Box -- strike

 3      that.

 4               Did you ever see the Squeezbox device in

 5      real life?                                          16:30:52

 6          A    I'm sitting here today, I couldn't -- I

 7      don't recall whether I did see it in real life or

 8      not.

 9          Q    Do you recall whether you saw the Squeezbox

10      device online?                                      16:31:09

11          A    I don't recall it.  It's possible.

12          Q    On the third page towards the bottom,

13      there's a sentence which we already discussed which

14      read:

15               "Nobody (yet) is providing               16:31:53

16               the rich full color remote

17               control experience we are

18               offering," smiley face.

19               Do you see that?

20          A    Yes.                                       16:32:01

21          Q    Why was it important that no one was

22      providing the rich full color remote control

23      experience that Sonos was offering?

24               MS. BRODY:  Objection to form.

25               THE WITNESS:  Why was it important that    16:32:18
```

Page 183

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1    nobody was offering it?

 2            Is that a "yes"?

 3    BY MR. KAPLAN:

 4        Q    That's the question, yes.

 5        A    Okay.  Yeah.                                16:32:33

 6            Well, it seemed like an opportunity that

 7    Sonos would be able to create something special in

 8    the market.

 9        Q    Why was that?

10        A    Well, product that nobody had ever seen    16:33:01

11    before.

12        Q    You said in the next sentence that Philips

13    was, "Certainly very close with their Pronto and

14    Streamium products."

15            Do you see that?                            16:33:25

16        A    Yes, I see that.

17        Q    Can you describe for me what the Philips

18    Pronto product was like at that time.

19        A    To my recollection, the Philips Pronto was

20    a universal remote control.                         16:33:53

21        Q    It allowed the user to control their home

22    audio system?

23        A    As I recall, it was a replacement for

24    existing infrared or IR remote controls that were

25    available at the time.  It didn't control home audio 16:34:34
```

Page 184

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

1    system in the way we were planning to control the

2    home audio system.

3        Q    In the Philips Pronto product, could a user

4    create rooms and control each room separately?

5            MS. BRODY:  Objection to form.                16:35:18

6            THE WITNESS:  Not to my recollection.

7    BY MR. KAPLAN:

8        Q    In the Philips Pronto product, could a user

9    create groups of speakers and control those groups

10   of speakers?                                          16:35:31

11           MS. BRODY:  Objection to form.

12           THE WITNESS:  Not to my recollection.

13   BY MR. KAPLAN:

14       Q    Could a user create group of speakers in

15   the Phillips Streamium product?                       16:35:42

16       A    Could control groups you said?

17       Q    Yes.

18       A    Not to my recollection.

19           MR. KAPLAN:  I'm going to introduce a new

20   exhibit, which is 1081.                               16:36:16

21               (Whereupon, Google's Exhibit 1081 was

22               marked for identification by the

23               Court Reporter.)

24           THE WITNESS:  Okay.

25   ///                                                   16:36:37

                                            Page 185

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
1    BY MR. KAPLAN:

2        Q    This is an e-mail attachment from you to

3    Mieko Kusano.

4             Do you see that?

5        A    Yes.                                    16:36:49

6        Q    Am I pronouncing his or her name correctly?

7        A    It's a she.  Mieko.

8        Q    Mieko.

9             The e-mail is dated July 9th, 2003, and the

10   subject is "scenarios."                          16:37:02

11       A    Yes.

12       Q    Do you recall this e-mail?

13       A    Let me read it, please.

14            (Document reviewed by the witness.)

15            THE WITNESS:  Would you like me to read the   16:37:50

16   document or just the e-mail part of the beginning?

17   BY MR. KAPLAN:

18       Q    I'll be asking you questions about both

19   parts.

20       A    Okay.                                   16:37:58

21       Q    I'm not sure if you need to read the whole

22   document, but you can read whatever you need to

23   answer the questions.

24       A    Okay.  I'll read it.  One moment, please.

25            (Document reviewed by the witness.)    16:40:07
```

Page 186

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1            THE WITNESS:  Almost done.

 2            (Document reviewed by the witness.)

 3            THE WITNESS:  Okay.  I've scanned it.

 4    Thank you.

 5    BY MR. KAPLAN:                                    16:41:05

 6       Q    Let's turn to the same page, under section

 7    B where it says "Zones."

 8       A    Okay.

 9       Q    The first bullet says:

10            "Play the same music across              16:41:19

11            all zones and then deal with

12            different volumes in each zone."

13            Do you see that?

14       A    Yes.

15       Q    That's referring to what will later become   16:41:26

16    known as Party Mode?

17       A    That -- yes, that's one way that the user

18    could get the -- get the rooms to all play the same

19    music.  They can also group the speakers, which is

20    effectively the command that Party Mode sent to the    16:41:46

21    player.

22       Q    The second-to-last bullet under zone says:

23            "Go to the deck play the same

24            music on the deck that is playing

25            in the bedroom."                          16:41:58
```

Page 187

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1              Do you see that?

 2     A    Yes.

 3     Q    Then the next bullet says:

 4          "Add the kitchen to the above

 5          music selection."                    16:42:04

 6              Do you see that?

 7     A    Yes.

 8     Q    So the user would be left with a group that

 9  has the deck, the bedroom, and the kitchen playing

10  the same music synchronously?                 16:42:15

11          MS. BRODY:  Objection to form.

12          THE WITNESS:  Yeah.  The last two bullets

13  would point to the bedroom, the kitchen, and the

14  deck playing the same music.

15  BY MR. KAPLAN:                                16:42:44

16     Q    This attachment to the document was

17  identifying different scenarios that you would have

18  preferred that the Sonos product covered; correct?

19          MS. BRODY:  Objection to form.

20          THE WITNESS:  Yeah.  I think we described  16:43:08

21  scenarios that we wanted to explore as we created

22  the product.  The scenarios we wanted to try and at

23  least explore, and then if it made sense, design a

24  product for.

25  ///                                           16:43:38
```

Page 188

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

1    BY MR. KAPLAN:

2        Q    Were there any other products at that time

3    that allowed a user to play the same music across

4    all zones?

5            MS. BRODY:  Objection to form.                16:43:48

6            THE WITNESS:  Not that I'm aware of.

7    BY MR. KAPLAN:

8        Q    Are you familiar with a company called

9    Crestron?

10       A    Crestron, yes.  I've heard of Crestron,     16:44:05

11   yes.

12       Q    They provide whole home audio systems, are

13   you aware of that?

14       A    I'm not aware that's a product they market.

15   I'm aware they make programable remote controls.     16:44:28

16       Q    Are you familiar with Crestron's home audio

17   products?

18           MS. BRODY:  Objection to form.

19           THE WITNESS:  No, I'm not familiar with

20   them.                                                16:44:42

21   BY MR. KAPLAN:

22       Q    Are you familiar with Crestron's audio

23   controllers that are installed in houses?

24           MS. BRODY:  Objection to the form.

25           THE WITNESS:  To the best of my              16:44:57

                                                    Page 189

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1    recollection, no, I'm not familiar with them.

 2    BY MR. KAPLAN:

 3        Q    Are you familiar with Bose home audio

 4    products?

 5        A    I've heard of some Bose audio products.        16:45:11

 6        Q    Are you familiar with Bose's whole home

 7    audio products?

 8        A    No.  Not to the best of my recollection,

 9    no.

10             MR. KAPLAN:  I'm introducing a new exhibit,  16:46:04

11    which will be 1082.

12                 (Whereupon, Google's Exhibit 1082 was

13                  marked for identification by the

14                  Court Reporter.)

15             MR. KAPLAN:  Please let me know when you     16:46:23

16    have it up.

17             THE WITNESS:  Yes, I see it.  1082.

18    BY MR. KAPLAN:

19        Q    This document is titled "Handheld UI

20    Specification, General Principles, Version 001, Rob   16:46:50

21    Lambourne, last modified:  January 2nd, 2002."

22             Do you see that?

23        A    I do, yes.

24        Q    Is this a document that you authored?

25        A    Let me scan it, please.                      16:47:05
```

Page 190

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1              (Document reviewed by the witness.)

 2              THE WITNESS:  It looks to be a document

 3      that I authored; although, I'm troubled by the

 4      January 2nd, 2002, date on it.

 5      BY MR. KAPLAN:                                    16:48:03

 6          Q    Is that on the document?

 7          A    Yes.

 8          Q    On the bottom of page 1, there are recent

 9      additions/amendments.  Those look like they're dated

10      January of 2003.                                  16:48:24

11              Do you see that?

12          A    Yes.

13          Q    Does that February 2003 date sound more

14      accurate to you than January 2002?

15              MS. BRODY:  Objection to form.            16:48:41

16              THE WITNESS:  I'm trying to recall when I

17      joined the company.  They seem early -- early for me

18      authoring this document, so that's why I'm pausing

19      here.

20              To the best of my recollection, I joined   16:49:44

21      the company in June of 2003.  This is why it gives

22      me pause to consider these dates here, unless I have

23      my dates completely wrong, but it does look like a

24      document that I would author.

25              MR. KAPLAN:  I would like you to please    16:50:42
```

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1    turn to Exhibit 1083.

 2            THE WITNESS:  Is this a different exhibit?

 3            MR. KAPLAN:  Yes.

 4            (Whereupon, Google's Exhibit 1083 was

 5            marked for identification by the           16:50:50

 6            Court Reporter.)

 7            MR. KAPLAN:  Please let me know when you

 8    have it up.

 9            THE WITNESS:  Yes, I have it up.

10    BY MR. KAPLAN:                                     16:51:20

11       Q    This is a documented entitled "PC UI

12    Specification" --

13       A    Okay.

14       Q    "PC Application, Version 010, Rob

15    Lambourne, last modified:  February 26, 2003."    16:51:31

16            Do you see that?

17       A    Yes.

18       Q    Below that there is some later dates that

19    are June of 2004.

20       A    Yes.                                       16:51:44

21       Q    Do you recognize this document?

22       A    Let me take a run through it.

23            (Document reviewed by the witness.)

24            MR. KAPLAN:  For the record, it's

25    SONOS-SVG2-00033494.                              16:51:55
```

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1              THE WITNESS:  Yes.  This looks like the

 2      kind of document I was authoring at the time.

 3      BY MR. KAPLAN:

 4          Q    Do you recall authoring this document?

 5          A    I don't remember sitting down and typing      16:52:27

 6      the words within it, but it's certainly the type of

 7      documents that I would have created.

 8          Q    If you go to section 2.3 on page 8.

 9          A    Page 8.  Okay.

10          Q    The second-to-last bullet says:               16:53:09

11               "Zones can be added and

12               renamed in the Settings part of

13               the application."

14               Do you see that?

15          A    Yes.                                          16:53:17

16          Q    And then below that there's a red bullet

17      that says, "Relationship to volume (TBD)."

18          A    Yes.

19          Q    That bullet is in red.  Does that indicate

20      anything to you about when it was added to the        16:53:35

21      document?

22              MS. BRODY:  Objection to form.

23              THE WITNESS:  Well, I would say at the time

24      that I wrote that section, maybe I hadn't worked out

25      the relationship -- the way volume work on the PC as   16:53:52
```

Page 193

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1      it relates to zones.  Maybe there are a few ideas I
 2      was considering, but I hadn't chosen that I would
 3      want to be implemented.
 4              MS. BRODY:  Counsel, when you reach a
 5      breaking point, can we just take a brief break?        16:54:31
 6              MR. KAPLAN:  Sure.  Let's take a break now.
 7              THE VIDEOGRAPHER:  We're going off the
 8      record.  The time is 4:54.
 9                  (Whereupon, a recess was held
10                  from 4:54 p.m. to 5:12 p.m.)              17:12:54
11              THE VIDEOGRAPHER:  We're going on the
12      record.  The time is 5:12.
13      BY MR. KAPLAN:
14          Q    Mr. Lambourne, do you know what the
15      earliest known use of your inventions in either the    17:13:05
16      885 or 966 patents was?
17          A    The earliest known use?
18              Can you define that, "known use"?
19          Q    Do you know if the inventions in the 885
20      patent and 966 patent were commercialized by Sonos?   17:13:26
21          A    I do know that we introduced saved groups
22      at a later date, but I don't recall the exact date.
23          Q    Do you recall when -- or strike that.
24              Do you recall if Sonos implemented having a
25      standalone speaker be added to a group of speakers    17:14:06
```

Page 194

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

1    and have that standalone speaker continue to

2    playback in standalone mode until the speaker group

3    is invoked?

4            MS. BRODY:  Objection to form.

5            THE WITNESS:  Just one moment.  I have to          17:14:31

6    close a door.  Excuse me for like ten seconds.

7            MR. KAPLAN:  That's fine.

8            THE WITNESS:  All right.  Can you repeat

9    the question, please?

10   BY MR. KAPLAN:                                             17:14:48

11       Q    Sure.

12            Do you recall if Sonos implemented having a

13   standalone speaker be added to a group of speakers

14   and have that standalone speaker continue to play

15   back in standalone mode until the speaker group was      17:15:00

16   invoked?

17            MS. BRODY:  Objection to form.

18            THE WITNESS:  Standalone speaker added to a

19   group, but it would stay standalone until the group

20   was invoked.  I think that was implemented with         17:15:23

21   saved groups.

22   BY MR. KAPLAN:

23       Q    When were saved groups implemented by

24   Sonos?

25       A    Saved groups appeared -- I can't say the       17:16:01

Page 195

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

1    exact date, but sometime in the last five years,

2    maybe.

3        Q    So is it your understanding that the

4    earliest known use of your inventions by Sonos came

5    within the last five years?                          17:16:41

6            MS. BRODY:  Objection to form.

7            THE WITNESS:  I think so.  I can't say with

8    certainty whether that's aspects that are

9    implemented since.  Certainly would say groups

10   that's when we had the ability for a user to save    17:17:16

11   the group to be invoked later.

12   BY MR. KAPLAN:

13       Q    My question is a little bit different,

14   which is:  If you have a standalone speaker playing

15   music and you have a group of speakers not playing    17:17:34

16   music and the standalone speaker is added to the

17   group, does the standalone speaker continue to

18   playback music in the standalone mode at that point?

19           MS. BRODY:  Objection to form.

20           THE WITNESS:  I'm pausing because when you    17:18:01

21   say added to a group, are you referring to a saved

22   group or just a group of speakers that will play at

23   any one time in a Sonos system?

24   BY MR. KAPLAN:

25       Q    So let's say that you have a Zone Player      17:18:30

Page 196

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1    that's in standalone mode and that Zone Player is

 2    added to a Zone Scene and that same Zone Player is

 3    added to another Zone Scene and that Zone Player had

 4    been in standalone mode since the beginning.

 5            Does the Zone Player continue to act in          17:18:58

 6    standalone mode even after it's been added to two

 7    different zone scenes?

 8            MS. BRODY:  Objection to form.

 9            THE WITNESS:  If that standalone player was

10    playing music and nobody did anything to stop the        17:19:19

11    music using a control device or some other activity

12    that would make the player not be playing, yes, the

13    player in the scenario you described would continue

14    to play, even though it's being added to a Zone

15    Scene that's saved on the system.                        17:19:41

16    BY MR. KAPLAN:

17        Q    And even if that Zone Scene was also

18    playing music?

19            MS. BRODY:  Objection to form.

20            THE WITNESS:  You're describing a situation      17:20:11

21    where a standalone player was playing, somebody

22    creates a Zone Scene to include with that standalone

23    player and it gets saved, and then invokes that Zone

24    Scene subsequently; is that your question?

25    ///                                                      17:20:37
```

Page 197

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1    BY MR. KAPLAN:

 2         Q    It's very similar.

 3              There is a Zone Player that's in standalone

 4    mode.  There's Zone Scene 1 and Zone Scene 2.  Both

 5    Zone Scene 1 and Zone Scene 2 are playing music.          17:20:47

 6    Standalone Zone Player is added to both Zone Scene 1

 7    and Zone Scene 2.

 8              What is the result?

 9              MS. BRODY:  Objection to form.

10              THE WITNESS:  I think in the current            17:21:14

11    system, the zone scene -- two zone scenes can

12    contain the same player.  At this moment in time is

13    playing its own music and then the user invokes one

14    of the Zone Scenes, that player will join the group

15    of players that are part of that Zone Scene.  And       17:21:38

16    then if the user invokes the second Zone Scene, it

17    will move over to be playing with that other group

18    of speakers.

19    BY MR. KAPLAN:

20         Q    What is the behavior of the Zone Player        17:22:01

21    before either of the Zone Scenes are invoked, but

22    after the Zone Player has been added to both of the

23    Zone Scenes?

24              MS. BRODY:  Objection to form.

25              THE WITNESS:  Well, if I understand your        17:22:19
```

                                                Page 198

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

1    question, if a Zone Player that's playing its own

2    music in standalone mode is added to a Zone Scene,

3    but the Zone Scene is saved but not invoked, then

4    the standalone Zone Player will continue to play the

5    music that it has been playing.                    17:22:45

6    BY MR. KAPLAN:

7        Q    What if the Zone Player that is added to

8    the Zone Scene is playing music and the Zone Scene

9    is also playing music, when the Zone Player is added

10   to the Zone Scene?                                 17:23:21

11           MS. BRODY:  Objection to form.

12           THE WITNESS:  So the Zone Scene is playing

13   and the standalone speaker is added to while it's

14   playing?

15           Hmmm.  That's an interesting question.  I   17:23:56

16   don't recall if we -- I don't recall if I specified

17   that.  I would have to go look.

18   BY MR. KAPLAN:

19       Q    As far as you know, based on your

20   understanding of the inventions and the 966 and 885  17:24:33

21   patents, when was the earliest known use of those

22   inventions in Sonos' own products?

23           MS. BRODY:  Objection; asked and answered.

24           THE WITNESS:  Like I said, I believe that

25   was the save groups feature that was somewhere in    17:24:57

Page 199

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

1    the last approximately five years.

2    BY MR. KAPLAN:

3        Q    Is it your understanding that the

4    inventions in the 885 patents and 966 patents are

5    limited to the save group feature?                    17:25:20

6            MS. BRODY:  Objection to form, calls for

7    expert testimony, and legal conclusion.

8            THE WITNESS:  I don't know if the saved

9    groups used all or parts of what's described in the

10   invention.                                            17:25:45

11           MR. KAPLAN:  Let's take a look at

12   Exhibit 1100.

13               (Whereupon, Google's Exhibit 1100

14               was marked for identification by the

15               Court Reporter.)                          17:26:04

16   BY MR. KAPLAN:

17       Q    Have you seen this document before?

18       A    I have it up.  Let me see.

19               (Document reviewed by the witness.)

20           THE WITNESS:  I don't recollect seeing it,    17:27:03

21   but it's possible.

22   BY MR. KAPLAN:

23       Q    Mr. Lambourne, do you have an understanding

24   of whether or not any Google products use your

25   inventions as claimed in the 885 or 966 patents?      17:27:17

                                                Page 200

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1              MS. BRODY:  Objection to form.

 2              THE WITNESS:  Can you repeat the question,

 3   please?

 4   BY MR. KAPLAN:

 5      Q    Do you have an understanding of whether any      17:27:30

 6   Google products use the inventions as claimed in the

 7   885 or 966 patents?

 8      A    No.

 9              MS. BRODY:  Same objection.

10              THE WITNESS:  No.                             17:27:46

11   BY MR. KAPLAN:

12      Q    Have you tested any Google audio products?

13              MS. BRODY:  Objection to form.

14              THE WITNESS:  You mean as speaker products?

15   BY MR. KAPLAN:                                           17:28:10

16      Q    Yes.

17      A    No, not to my recollection.

18      Q    Have you tested any Chromecast products?

19      A    Not to my recollection.

20      Q    Are you aware of any teardowns by Sonos of      17:28:24

21   any Google audio related products?

22              MS. BRODY:  Objection to form.

23              THE WITNESS:  Not to my recollection, no.

24   BY MR. KAPLAN:

25      Q    With respect to Exhibit 1100, can you turn      17:28:57
```

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

1    to page 2 of that document.  I'll introduce it

2    quickly.

3              This is an interrogatory response that

4    Sonos served on Google with respect to its

5    conception claims.                                17:29:15

6              If you turn to page 2, that's the beginning

7    of the chart related to the 885 patent conception

8    claims.  This exhibit as been excerpted because it's

9    very, very long, so it starts on page 137.  There

10   are about 136 prior pages that weren't relevant.   17:29:38

11       A    Okay.

12       Q    With respect to claim elements 1.0 through

13   1.4, in part, Sonos wrote:

14              "In this respect, by

15         December 21st, 2005, Sonos began           17:30:04

16         actively working towards a system

17         comprising a network-enabled

18         computing device and one or more

19         of Sonos's network-enabled audio

20         players at the time (e.g., at            17:30:16

21         least the ZP 100), including a

22         Sonos network-enabled audio

23         player that meets each asserted

24         claim of the '885 Patent (the

25         claimed 'first zone player')."           17:30:29

Page 202

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

1          And it continues on from there.

2          Do you have an understanding of whether or

3     not claimed elements 1.0 through 1.4 were conceived

4     as of December 21st, 2005?

5          MS. BRODY:  I'll just object to the extent          17:30:47

6     we don't have a full document at this deposition and

7     can't evaluate for ourselves whether the first 136

8     pages are relevant.

9          Mr. Lambourne, if you can answer the

10    question, you may go ahead.                               17:30:58

11         THE WITNESS:  Well, I don't claim to work

12    in a very specific leading way, so are you asking me

13    to interpret the claims?

14    BY MR. KAPLAN:

15    Q    I'm asking whether you have any information          17:31:14

16    regarding the conception of claimed element 1.0

17    through 1.14 here, other than what's written on this

18    page?

19    A    Let me read it.

20         (Document reviewed by the witness.)                  17:31:26

21         THE WITNESS:  Your question again, please?

22    BY MR. KAPLAN:

23    Q    My question was:  Did you have an

24    understanding of whether or not claimed elements 1.0

25    through 1.4 were conceived as of December 21st,           17:33:29

Page 203

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1    2005?

 2        A    I mean, the claims are written a very

 3    specific way.  I can't say as to the product we made

 4    we were working on a networked audio system in

 5    December 2005, yes.                                17:33:56

 6        Q    When did you complete the product that

 7    embodied your invention?

 8            MS. BRODY:  Objection to form.

 9            MR. KAPLAN:  Strike that.  I will withdraw

10    it.                                                17:34:35

11    BY MR. KAPLAN:

12        Q    What did you do to reduce -- strike that.

13            What did Sonos do to reduce its invention

14    to practice between December 21st, 2005 and

15    September 12th, 2006?                              17:34:51

16            MS. BRODY:  Objection to form.

17            THE WITNESS:  I believe we continued to

18    work on the ideas we talked about, Zone Scenes being

19    on zone groups, those scenes being used as part of

20    an alarm clock.  I believe that was in that         17:35:24

21    timeframe.  And then I don't know exactly what we

22    found in 2006, but we filed a -- I don't know if it

23    was a patent or patent document in 2006.

24    BY MR. KAPLAN:

25        Q    Can you remember what Sonos did to reduce  17:35:42
```

Page 204

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

1     its invention to practice between December 21st,

2     2005 and September 12th, 2006, beyond the alarm

3     clock and Zone Scenes that you just mentioned?

4          MS. BRODY:  Objection to form.

5          THE WITNESS:  Yeah.  I don't think I can          17:36:11

6     give you a super accurate answer.  It says we filed

7     a provisional 407 on the 12th of December 2006.

8          Is that what you're asking?

9     BY MR. KAPLAN:

10        Q    No.                                           17:36:32

11             I'm trying to ask sort of what work went on

12    between December 21st, 2005 and September 12th,

13    2006, that shows that Sonos was attempting to reduce

14    the invention to practice.

15        A    I believe further refinement of the design    17:36:49

16    ideas that were described.

17        Q    What details can you remember about that?

18             MS. BRODY:  Mr. Kaplan, I believe there

19    were documents referred to in Sonos' interrogatory

20    responses.  If you have those available, that might    17:37:18

21    help refresh Mr. Lambourne's memory on that subject

22    matter.

23             MR. KAPLAN:  Well, we already looked at the

24    document cited here.  That's the Sonos UI

25    specification.                                          17:37:31

                                                     Page 205

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
1              MS. BRODY:  Well, again, I believe there's

2     documents cited in the first 136 pages of this

3     original document that refer to reduction to

4     practice.  If you have those documents, they may

5     refresh Mr. Lambourne's memory versus -- he can't      17:37:46

6     just -- this isn't a memory test, unfortunately.

7              MR. KAPLAN:  Well, I'm going to ask the

8     question because Mr. Lambourne has been designated

9     on this topic.

10    BY MR. KAPLAN:                                          17:38:05

11       Q   Mr. Lambourne, do you recall -- let's turn

12    down to 1.6 of the claim.  Begins on page --

13    numbered page 142.  It's page 7 of the PDF.

14       A   One minute.

15           Okay.  1.6.                                      17:38:23

16       Q   Are you there?

17       A   Yes.

18       Q   Here it reads:

19               "Prior to September 12th,

20           2006, Sonos conceived of a first                 17:38:37

21           Sonos audio player that comprises

22           program instructions stored on

23           the first Sonos audio players

24           non-transitory computer-readable

25           medium that, when executed by the                17:38:53
```

                                                    Page 206

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1              first Sonos audio player's one or
 2              more processors, cause the first
 3              Sonos audio player to receive,
 4              from a network device over a data
 5              network, a first indication that          17:39:06
 6              the first Sonos audio player has
 7              been added to a first zone scene
 8              comprising a first predefined
 9              grouping of Sonos audio players,
10              including at least the first              17:39:18
11              Sonos audio player and a second
12              Sonos audio player that are to be
13              configured for synchronous
14              playback of media when the first
15              Zone Scene is invoked."                   17:39:30
16              It's a mouthful.
17              Do you see that paragraph, though?
18         A    Yes, I see the paragraph.
19         Q    In this section, do you have any additional
20    information you can offer regarding the conception   17:39:42
21    of element 1.6 that's not written here?
22              MS. BRODY:  Objection to form.
23              THE WITNESS:  Not that -- a single
24    specification I wrote and the descriptions of the
25    features, beyond that, I don't recall.              17:40:03
```

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1    BY MR. KAPLAN:

 2        Q    Would your answer be the same for the rest

 3    of the elements 1.7 starting on page 13 and then

 4    1.8, 1.9, 1.10?

 5            MS. BRODY:  Let's make sure the witness has      17:40:26

 6    an opportunity to review those, Mr. Kaplan.

 7            THE WITNESS:  Okay.

 8            (Document reviewed by the witness.)

 9            MS. BRODY:  I'm sorry.  Was it okay if the

10    witness reviews those?                                   17:40:47

11            I didn't hear you, Mr. Kaplan, if you

12    responded.

13            MR. KAPLAN:  Did you ask me if it's okay

14    the witness looks at the document?  The answer is

15    yes.                                                     17:40:58

16            MS. BRODY:  You asked about the elements.

17    I'm making sure he has an opportunity to review the

18    document in that regard.

19            MR. KAPLAN:  Yeah.  I'm not taking it away

20    from him.                                                17:41:05

21            Please go ahead.

22            MS. BRODY:  Mr. Nichols, while the witness

23    is reviewing the document, how much time is on the

24    record?

25            THE VIDEOGRAPHER:  We're at six hours and        17:41:27
```

Page 208

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

1    58 minutes.

2            MS. BRODY:  Thank you.

3            THE WITNESS:  Do we go to extra time on

4    these things, or...

5            I think my answer is the same, Mr. Kaplan.        17:41:43

6            I reviewed the specification that I wrote,

7    many of these illustrations from those

8    specifications described in these points, so my

9    answer would be the same.

10   BY MR. KAPLAN:                                            17:42:10

11      Q    Do you use any Google products at home?

12      A    I have some Google Nest products that I

13   brought before Google bought Nest.

14      Q    Are those Nest home audio products or

15   thermostat products?                                      17:42:31

16      A    I have to look up there.  There's one here.

17   I have thermostat, a smoke alarm, and a camera, but

18   no audio products.

19            (Whereupon, Google's Exhibit 1070 and.

20            Exhibit 1073 were marked for                     17:42:41

21            identification by the Court Reporter.)

22            MR. KAPLAN:  All right.  Mr. Lambourne,

23   thank you very much for your time today.  I

24   appreciate it.

25            MS. BRODY:  I have no questions.                 17:42:55

                                                              Page 209

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

1        We will designate the transcript under the

2   protective order as highly confidential - attorneys'

3   eyes only and we will reserve signature, please.

4        THE VIDEOGRAPHER:  Thank you.

5        We're off the record at 5:43 p.m. and this        17:43:08

6   concludes today's testimony given by Robert

7   Lambourne and Robert Lambourne as a 30(b)(6) witness

8   for Sonos, Inc.  The total number of media units was

9   one and will be retained by Veritext Legal

10  Solutions.                                            17:43:24

11        (Whereupon the deposition proceedings

12         were concluded at 5:43 p.m.)

13              -o0o-

14

15

16

17

18

19

20

21

22

23

24

25

Page 210

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
1    STATE OF CALIFORNIA        )

                                ) ss.

2    COUNTY OF LOS ANGELES      )

3

4

5              I, ROBERT ANDREW LAMBOURNE, declare

6    under penalty of perjury that the foregoing

7    testimony is true and correct to the best of my

8    knowledge and belief.

9

10             Dated this ___ day of _____, 2022.

11

12

13                   _____

14                        (ROBERT ANDREW LAMBOURNE)

15

16

17

18

19

20

21

22

23

24

25

                                          Page 211
```

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1    STATE OF CALIFORNIA    )

 2    COUNTY OF LOS ANGELES ) ss.

 3

 4          I, D'Anne Moungey, C.S.R. No. 7872 in and

 5    for the State of California, do hereby certify:

 6          That prior to being examined, the witness

 7    named in the foregoing deposition was by me duly

 8    sworn to testify to the truth, the whole truth, and

 9    nothing but the truth;

10          That said deposition was taken down by me

11    in shorthand at the time and place therein named and

12    thereafter reduced to typewriting under my

13    direction, and the same is a true, correct, and

14    complete transcript of  said proceedings;

15          That if the foregoing pertains to the

16    original transcript of a deposition in a Federal

17    Case, before completion of the proceedings, review

18    of the transcript { } was {X} was not required.

19          I further certify that I am not interested

20    in the  event of the action.

21          Witness my hand this 8th day of June,

22    2022.

23

24                    Certified Shorthand Reporter

                      For the State of California

25
```

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1   MARC KAPLAN, ESQ.

 2   marckaplan@quinnemanuel.com

 3                                    June 8, 2022

 4   RE: GOOGLE LLC VS. SONOS, INC.

 5   JUNE 6, 2022, ROBERT ANDREW LAMBOURNE, JOB NO. 5267960

 6   The above-referenced transcript has been

 7   completed by Veritext Legal Solutions and

 8   review of the transcript is being handled as follows:

 9   __ Per CA State Code (CCP 2025.520 (a)-(e)) - Contact Veritext

10      to schedule a time to review the original transcript at

11      a Veritext office.

12   __ Per CA State Code (CCP 2025.520 (a)-(e)) - Locked .PDF

13      Transcript - The witness should review the transcript and

14      make any necessary corrections on the errata pages included

15      below, noting the page and line number of the corrections.

16      The witness should then sign and date the errata and penalty

17      of perjury pages and return the completed pages to all

18      appearing counsel within the period of time determined at

19      the deposition or provided by the Code of Civil Procedure.

20   __ Waiving the CA Code of Civil Procedure per Stipulation of

21      Counsel - Original transcript to be released for signature

22      as determined at the deposition.

23   __ Signature Waived - Reading & Signature was waived at the

24      time of the deposition.

25
```

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

1    __ Federal R&S Requested (FRCP 30(e)(1)(B)) – Locked .PDF

2       Transcript – The witness should review the transcript and

3       make any necessary corrections on the errata pages included

4       below, noting the page and line number of the corrections.

5       The witness should then sign and date the errata and penalty

6       of perjury pages and return the completed pages to all

7       appearing counsel within the period of time determined at

8       the deposition or provided by the Federal Rules.

9    _X_Federal R&S Not Requested – Reading & Signature was not

10      requested before the completion of the deposition.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 214

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1    RE: GOOGLE LLC VS. SONOS, INC.

 2    ROBERT ANDREW LAMBOURNE, JOB NO. 5267960

 3                 E R R A T A   S H E E T

 4    PAGE_____ LINE_____ CHANGE_____

 5    _____

 6    REASON_____

 7    PAGE_____ LINE_____ CHANGE_____

 8    _____

 9    REASON_____

10    PAGE_____ LINE_____ CHANGE_____

11    _____

12    REASON_____

13    PAGE_____ LINE_____ CHANGE_____

14    _____

15    REASON_____

16    PAGE_____ LINE_____ CHANGE_____

17    _____

18    REASON_____

19    PAGE_____ LINE_____ CHANGE_____

20    _____

21    REASON_____

22

23    _____    _____

24    WITNESS                              Date

25
```

Page 215

**[& - 2005]**

| & |
|---|
| **&**  2:10,16 6:24 7:1 |
| 213:23 214:9 |

| 0 |
|---|
| **001**  190:20 |
| **010**  192:14 |
| **014**  100:4,22 |
| **04**  164:12 |
| **05**  38:23 164:12 |
| **0504**  164:6,8 |
| **06754**  1:7 6:14 |
| **07559**  1:11 6:15 |

| 1 |
|---|
| **1**  1:20 3:22 6:7 |
| 12:3,7,17 13:15 |
| 14:5,8,21,24 15:4 |
| 15:21 17:7,11,14 |
| 28:9 29:5 70:22 |
| 71:8,20 80:13 |
| 100:15 102:19 |
| 125:10 169:21 |
| 172:3 181:9 191:8 |
| 198:4,5,6 214:1 |
| **1-312-754-9602** |
| 2:12 |
| **1.0**  202:12 203:3 |
| 203:16,24 |
| **1.10**  208:4 |
| **1.14**  203:17 |
| **1.4**  202:13 203:3 |
| 203:25 |
| **1.6**  206:12 207:21 |
| **1.6.**  206:15 |
| **1.7**  208:3 |
| **1.8**  208:4 |
| **1.9**  208:4 |
| **10,469,966**  3:15 |
| **10,848,885**  3:14 |
| **100**  67:21 84:18,21 |
| 85:5,6,7,11,12,17 |

85:21,22 86:2,7,7
86:11,12,16,17,18
87:3,7,25 89:22
90:10,15 101:11
114:23 154:1,3,6,7
155:6 157:10,12
158:2 202:21

**100s**  86:17,20 88:2
88:7 114:13,22
115:6,6,7 155:6
163:22 165:10,11

**104**  150:22

**1069**  3:10 11:14,15
11:22

**1070**  3:12 12:23
209:19

**1071**  3:14 17:16,19
113:3

**1072**  3:15 17:17,20
113:3

**1073**  3:16 209:20

**1074**  3:17 99:13,14
99:19

**1075**  3:18 123:25
124:1,9

**1076**  3:20 144:19
144:21 145:1,3

**1077**  3:22 153:6,7
153:8

**1078**  3:23 153:6,9

**1080**  4:5 174:21,23

**1081**  4:7 185:20,21

**1082**  4:9 190:11,12
190:17

**1083**  4:11 192:1,4

**1097**  4:13 21:21,25
22:1,5 23:13
27:21,25 31:2,9
39:16 41:18 43:7
44:18 45:9 47:25

**1098**  4:15 18:4,8
18:17,19 19:22,24
20:4,6 21:24
61:21,23 66:1,10
68:20 69:18,21,24
72:10 74:23 95:2
95:4,5

**1099**  4:17 18:5,8
19:5 75:19

**10:12**  39:5,7

**10:22**  39:7,9

**11**  3:10 80:16

**1100**  4:19 200:12
200:13 201:25

**11:40**  74:13,15

**11:53**  74:15,17

**11th**  80:5

**12**  155:9,12

**124**  3:18

**127**  5:7 30:25

**12:48**  98:23,25

**12th**  204:15 205:2
205:7,12 206:19

**13**  157:7 208:3

**135**  5:8

**136**  202:10 203:7
206:2

**137**  202:9

**142**  206:13

**144**  3:20

**153**  3:22,23

**17**  3:14,15

**174**  4:5

**18**  4:15,17 158:5

**185**  4:7

**18515**  212:23

**190**  4:9

**191**  2:17

**192**  4:11

**1:33**  98:25 99:2

| 2 |
|---|
| **2**  3:24 12:3,7,17 |
| 13:20 14:2,5 |
| 15:23 16:19,22 |
| 17:1,11,14 28:10 |
| 29:6 62:11 72:10 |
| 73:2,3,13 82:16,18 |
| 82:18 95:4 154:23 |
| 164:4 169:22 |
| 198:4,5,7 202:1,6 |
| **2-7**  154:14,22 |
| **2.3**  193:8 |
| **200**  4:19 |
| **2002**  190:21 191:4 |
| 191:14 |
| **2003**  175:6 186:9 |
| 191:10,13,21 |
| 192:15 |
| **2004**  88:6 89:3,22 |
| 90:2,6,8,11,15 |
| 91:10 92:22,23 |
| 93:9 94:18 95:9 |
| 95:21 96:17,25 |
| 97:3,6 98:10 |
| 101:11 103:25 |
| 114:12,21 115:5,9 |
| 115:24 117:22,25 |
| 118:19 122:8 |
| 123:2,6,13,19 |
| 141:18 142:2,17 |
| 145:11 192:19 |
| **2005**  3:22,24 20:12 |
| 20:15,16,24,25 |
| 21:8,11 22:20,23 |
| 23:1 31:3,6 33:23 |
| 34:2,10 45:10 |
| 51:22 75:25 76:18 |
| 76:20 80:5,16 |
| 94:24 97:3,6 |
| 142:4,7 153:14 |
| 163:21 164:7,8 |

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

**[2005 - accurate]**

202:15 203:4
204:1,5,14 205:2
205:12
**2006**   141:18
142:17 204:15,22
204:23 205:2,7,13
206:20
**2022**   1:21 2:3 3:16
6:2,6 211:10
212:22 213:3,5
**2025.520**   213:9,12
**20th**   20:15
**210**   3:12,16
**21st**   20:16 31:3,6
33:23 34:2,10
45:10 202:15
203:4,25 204:14
205:1,12
**22**   4:13 158:10,12
**24**   31:1,2,8 39:15
159:4
**25**   159:22
**2533852**   124:10
**25th**   175:6
**26**   192:15
**27**   162:21,23
**2700**   2:17
**28**   165:2
**29**   45:5,9 161:4,6
**2:00**   112:1,3
**2:03**   112:3,5
**2nd**   22:20,23 23:1
190:21 191:4

**3**

**3**   3:16 23:13 27:21
27:25 73:15,23
74:6 134:8 154:11
154:17,19,20,21
159:7 176:21
177:4,5

**30**   1:20,20 3:10,13
6:9 100:9 109:13
161:23 166:1
168:9,12 169:22
170:14 171:6,16
172:3,4 210:7
214:1
**31**   169:7
**312.705.7400**   2:18
**32**   138:18
**32293**   4:6
**32459**   3:21
**32491**   4:10
**32578**   4:8
**33526**   4:12
**3722**   7:21
**3:18**   80:16
**3:20**   1:7 6:14
**3:21**   1:11 6:15
**3:25**   152:24 153:2
**3:36**   153:2,4
**3rd**   22:22

**4**

**4**   41:18 43:7 44:17
69:18,22,24,24
70:2 72:9 140:13
**4-11-05**   4:17
**407**   205:7
**42**   47:25 48:3
**45**   125:7 172:9
**4:08**   171:22,24
**4:09**   171:24 172:1
**4:54**   194:8,10

**5**

**50**   102:19
**5267960**   1:24
213:5 215:2
**53**   106:18
**58**   4:16 209:1

**5:00**   40:8
**5:12**   194:10,12
**5:43**   210:5,12
**5w**   2:11

**6**

**6**   1:20,21 2:3 3:10
3:13 5:7 6:2,6,9
100:9 109:13
127:2,5 128:1,9
131:20 155:2
169:22 170:14
171:6,16 172:4
210:7 213:5
**60**   102:22
**60606**   2:18
**60661**   2:12
**614**   8:5
**65**   105:9
**656**   2:11
**67**   105:9

**7**

**7**   3:5 12:1 206:13
**7,571,014**   3:17
99:20
**7-9-03**   4:7
**751**   4:14
**7872**   1:25 2:4
212:4

**8**

**8**   5:8 135:20,21,24
138:6 193:8,9
213:3
**885**   9:3 13:16,24
17:16 113:2,11,19
120:12 194:16,19
199:20 200:4,25
201:7 202:7,24
**89**   4:18
**8th**   76:18 212:21

**9**

**9**   106:17
**92**   145:21 146:2,3
146:5,18
**93101**   8:6
**93110**   7:22
**95**   148:24
**96**   149:24 150:1
**966**   9:2 13:16,24
17:17 49:22 113:2
113:12,20 120:12
194:16,20 199:20
200:4,25 201:7
**985**   49:21
**99**   3:17
**9:03**   6:2,6
**9:04**   2:3
**9th**   186:9

**a**

**a.m.**   2:3 6:2,6 39:7
39:7 74:15,15
**ability**   11:5 34:18
59:14 83:10 87:15
89:17 101:10
138:23 140:5,9,23
196:10
**able**   39:2 42:15
50:19 64:19 74:10
106:3 110:6
113:22,24 121:9
130:15,25 140:3
140:20 157:3
163:8,12,21,25
184:7
**abstract**   100:21
101:2 124:16,20
124:24 125:2
**access**   38:12
**accurate**   20:19,20
63:1 113:6 191:14

[accurate - aspect]

205:6
accurately  8:11
achieve  64:10,23
act  197:5
acted  174:3
acting  173:14
action  212:20
actions  9:7 83:16
activate  140:20
active  142:10,20
actively  202:16
activities  23:15
activity  197:11
actual  16:3
add  66:20 83:10
  83:12 117:3,10,10
  128:16 140:21
  158:7 168:13
  188:4
added  38:9 47:7
  47:14 50:24 51:12
  51:14,25 60:21
  66:23 67:9 88:7,8
  108:5,19 115:15
  116:24 119:8
  168:4,5,22 193:11
  193:20 194:25
  195:13,18 196:16
  196:21 197:2,3,6
  197:14 198:6,22
  199:2,7,9,13 207:7
adding  117:3
  131:4 154:15,25
addition  67:3
  105:15
additional  12:20
  105:14 207:19
additions  191:9
address  7:19 8:2,5
  80:19 131:3
  132:22 141:9

addressed  142:25
addressing  44:10
adds  28:11
advanced  72:21
advantage  139:11
advantageous
  64:12 65:19
advantages  14:10
  100:14 109:13
  125:9 169:24
affect  144:4
affiliations  6:22
ago  145:25 170:16
  170:20 175:12
agree  112:10,17
  113:8,14,22,24
  133:25 171:14
agreed  171:16
ahead  13:12 64:21
  203:10 208:21
alarm  39:18,22
  40:1,3,3,16,18,21
  40:23 41:3,9,10,11
  41:14,16 204:20
  205:2 209:17
alleged  16:4,10,14
allow  58:18,19
  64:5,14,21,24
  65:14 80:24 81:16
  81:20 92:23
  101:11 103:16
  109:14 120:7
  121:7 132:18
allowed  98:11
  120:5 148:15
  152:2 170:3
  182:16 184:21
  189:3
allowing  65:17
  107:8,18 131:10

allows  62:17
  101:17
amendments
  191:9
american  22:21
amount  65:12
  133:22
amplifier  42:15
  85:2
amy  2:10 6:25
  170:7
analog  122:9,16
  157:13 182:3,7,16
andrew  1:19 2:1
  3:4 7:6,18 15:11
  211:5,14 213:5
  215:2
andy  75:23 76:2
  76:17 80:4,15
angeles  211:2
  212:2
annotation  30:22
  48:7
answer  10:3,9
  59:5 89:1 109:18
  182:17 186:23
  203:9 205:6 208:2
  208:14 209:5,9
answered  156:22
  199:23
anymore  118:9
anyway  170:9
apart  45:24 122:1
  131:17
apologize  131:24
appealing  43:23
appear  28:3,16,25
  29:11,14,17 46:16
  46:22 152:2 167:5
appearances  2:7
  6:21

appeared  18:16
  67:20 195:25
appearing  30:6
  104:15 213:18
  214:7
appears  66:2
  101:14
application  33:17
  192:14 193:13
applications  14:17
apply  27:4,6
  173:19,19
appreciate  209:24
appreciated
  125:19,23
appropriate  40:16
approximately
  200:1
april  3:22,24
  75:25 76:18,20
  80:5,16 153:14
  163:21 164:7,8,12
areas  46:6 148:16
arrange  11:18
  62:17
art  100:14 169:20
asked  145:22
  156:21 169:25
  199:23 208:16
asking  21:2,3 36:6
  37:8,11 55:18
  86:15 112:8
  124:18 125:13
  129:14,20 130:23
  132:11 141:6
  145:20 151:24
  156:15 179:6
  186:18 203:12,15
  205:8
aspect  34:25 83:15

**[aspects - better]**

**aspects** 111:12
122:16 196:8
**aspiration** 178:4
**asserted** 14:15,18
16:8,15 202:23
**assess** 180:9
**assist** 119:21
**associated** 129:2
**assume** 74:2
**assuming** 128:5
152:16
**assurance** 127:17
**attached** 5:3
118:20
**attachment** 186:2
188:16
**attempted** 16:7
**attempting** 205:13
**attorneys** 15:1,20
16:23 38:16,19
210:2
**attribute** 66:6
88:17
**attributes** 41:4
61:9,13,14 75:13
89:19 133:10,12
133:15,23,25
**audience** 180:25
**audio** 3:20 23:24
47:22 86:20,23
97:3,11,14,22 98:7
101:18 102:25
103:2,6 105:10
107:24 111:18
122:16 124:23
125:3,21 145:4
152:12 157:13
175:21 178:18,21
181:13,14,21
182:3,7,14,15
184:22,25 185:2

189:12,16,22
190:3,5,7 201:12
201:21 202:19,22
204:4 206:21,23
207:1,3,6,9,11,12
209:14,18
**author** 104:3
191:24
**authored** 62:4
190:24 191:3
**authoring** 191:18
193:2,4
**automated** 23:15
36:22
**av** 147:15
**available** 25:19
62:21 66:3 121:22
162:18 184:25
205:20
**avoid** 126:6
**aware** 97:1,5,10
189:6,13,14,15
201:20

| **b** |
|---|

**b** 1:20,20 3:8,10
3:13 4:3 5:5 6:9
55:1,1,7,14 56:6,7
56:13,18,20 57:3
57:18,20,25 58:4,4
60:7,12,19,22
77:20,22,23 78:3,7
78:21 79:8,11,13
79:14,16,19 93:8
93:12,16,20 94:1,2
94:4,5,6,10,13,14
95:15,22 96:5,13
96:13,18,18 100:9
109:13 115:25
116:6,8,14,24
117:2,9,10,13,17
118:1,2,6,8,9,12

118:14 119:1,6,13
119:15 121:24
122:2,7 169:22
170:14 171:6,16
172:3,4 187:7
210:7 214:1
**b2** 3:14
**back** 19:22 21:21
21:24 22:21 26:1
26:15 30:20 35:14
37:24 39:8,11,15
48:4 57:17 74:16
74:19,23 99:1,4
112:4 122:8 153:3
157:9,12 162:21
164:4 171:13,15
171:25 195:15
**barbara** 2:2 6:1
7:22 8:6
**based** 22:13 28:3
40:11 106:7
108:15,20 152:7
163:19 199:19
**basically** 40:10
55:24
**bates** 3:20 4:5,7,9
4:11,13,15,17
18:19 19:5 22:5
174:21
**bathroom** 103:3
104:9,20 110:18
**beach** 97:20
**bedroom** 24:2,3
27:15 28:9 40:7
43:2,12 44:20,24
45:2,3 103:3
104:9,20 110:16
110:18,19 159:2
187:25 188:9,13
**began** 21:14
202:15

**beginning** 182:5
186:16 197:4
202:6
**begins** 125:15
206:12
**behalf** 2:1 7:1 13:1
**behavior** 50:1,6,13
50:17,23 51:13,23
52:19,23 56:14
95:8 118:16,18
198:20
**behaviors** 51:17
52:18 53:16 60:20
72:7 89:12,15
**belief** 211:8
**believe** 8:17 9:4,5
15:10 21:10 23:8
28:15 29:25 30:2
33:2,11,25 35:4
38:16 45:10 52:4
55:21 56:17 57:6
57:8 63:1 66:23
72:5 73:14 74:7
74:21 81:6 82:5
86:23 94:24 95:18
97:24 98:7,19
108:24 114:8,9
123:16 133:22
142:7 145:8 148:2
160:17 168:20
199:24 204:17,20
205:15,18 206:1
**believes** 172:4
**beneath** 61:24
**benefits** 14:13
**best** 18:12 72:6
180:3,5 189:25
190:8 191:20
211:7
**better** 40:20 59:24
67:8 178:4 179:24

**[beyond - c]**

**beyond** 36:21
205:2 207:25
**bit** 36:19 54:20,22
107:13 119:23
147:10 158:18
196:13
**black** 149:1
150:24
**blending** 91:23
**blown** 82:21
**blue** 155:14,17
168:11
**blurry** 158:18
**body** 163:3
**bose** 190:3,5
**bose's** 190:6
**bottom** 19:13
30:24 43:7 44:17
44:19 59:9 80:4
124:17 134:8
168:11 176:21,22
177:5,6 183:12
191:8
**bought** 209:13
**box** 32:11,17 33:1
43:8 44:17 48:14
149:1 150:24
162:1,5 165:5
166:4,9 167:11,22
168:8,9,11 169:8
183:2
**boxes** 28:14
**break** 10:10 39:2
45:24 74:10,21
78:18 98:21 99:10
112:7 114:20
152:21 171:19
194:5,6
**breakdown** 64:10
64:20

**breaking** 194:5
**breaks** 10:6
**brief** 194:5
**brings** 70:16
**broad** 61:16
141:14 170:16
**broadcast** 103:5
**broader** 25:16
47:5
**broadly** 36:20
49:1 61:8,12 92:1
133:9,13 176:2
**brody** 2:10 6:25
6:25 12:24 13:6
13:10,13 14:5,25
21:15 25:12,21
26:10 27:8 31:22
33:24 34:15,21
35:3,11,22 36:4,10
36:24 37:6,14
38:25 39:24 40:22
42:6,12 44:3,11
46:3,14,23 47:9,16
49:7,23 50:15
51:1,15 52:2,15
53:2,13,24 54:9
55:10 56:15 57:5
57:10 58:1,13
60:9,23 63:2,10
65:5,21 66:5,22
67:16 68:9 69:9
72:3 74:8 76:9
78:10 81:9 82:4
82:12 83:19 84:3
84:11,22 85:8,19
86:4,8,13,21 87:4
87:13 88:3,9,24
89:5 90:3,16,24
91:13,21,25 92:12
93:2,13,21 94:7,16
95:16,24 96:8,19

97:8 98:6,13
100:6,16 101:13
102:14 103:15
104:2,17 105:5,18
106:10 107:10,20
108:10,17 109:5
109:10 110:13,25
111:11 112:13,19
113:10,17 114:3
114:16,24 115:8
115:17 116:4,21
117:5,20,24
118:22 119:9,19
120:10 121:2,10
122:10,22 123:3
123:14,20 124:25
125:8 126:15,25
127:20 128:3
129:12,19 130:1
130:22 131:5,14
132:10,23 133:8
134:1,17 135:3,14
136:6 137:7,17
139:8,18 140:7
141:4,12,19 142:6
142:12,18 143:2,9
143:17,24 144:5
145:12 146:4,7
147:8 148:18
149:10,18 150:16
151:11,20 152:5
152:14 154:9
156:2,9,15,21
157:14,22 158:16
159:18 160:11,20
162:14 163:10,23
164:10,17,23
165:14,23 166:10
166:20 167:2,12
167:24 168:24
169:16 170:6,15

172:22 173:16
174:6,17 176:1,11
177:18 178:9,24
179:5,12,18
180:12,18 181:6
182:9,23 183:24
185:5,11 188:11
188:19 189:5,18
189:24 191:15
193:22 194:4
195:4,17 196:6,19
197:8,19 198:9,24
199:11,23 200:6
201:1,9,13,22
203:5 204:8,16
205:4,18 206:1
207:22 208:5,9,16
208:22 209:2,25
**broke** 121:25
**broken** 84:14
131:17
**brought** 118:8
209:13
**bug** 142:25
**bullet** 28:15 187:9
187:22 188:3
193:10,16,19
**bullets** 188:12
**business** 136:17
**button** 27:3,5,11
66:23 67:9,18,19
67:23 155:14,20
160:9 162:13
163:9
**buttons** 85:12
160:5

**c**

**c** 1:14 7:22 8:5
55:1,2,7,14 56:6,8
56:13,18,20 57:3
57:18,20,25 58:4,4

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

**[c - command]**

60:7,12,19,22
77:20,22,23 78:3,8
78:21 79:8,12,13
79:14,16,19 93:8
93:12,17,20 94:1,2
94:4,5,6,10,13,15
95:15,23 96:6,13
96:15,18 116:1,8
116:15,24 117:3,3
117:10,11,14,17
118:1,2,6,9,13,14
119:2,7
**c.s.r.** 212:4
**ca** 213:9,12,20
**california** 1:2 2:2
6:1,13 7:22 8:6
211:1 212:1,5,24
**call** 20:9 92:2,6
97:12 137:22
**called** 22:15 23:2
27:15,16,16 28:5
33:14 42:18 43:16
47:19 54:25 62:1
67:21 85:21 91:6
91:6,11,14 94:2
97:16,19 118:14
119:14 131:20
134:11,16 136:22
139:15,16,23
148:21,21 166:8
189:8
**calls** 78:21 108:11
126:16 170:16
200:6
**camera** 209:17
**canadian** 3:18
124:9
**capabilities** 98:5
**capability** 51:18
132:12

**carry** 92:17
**case** 6:13,14 9:2
25:10 26:7 31:24
42:7,13 44:1,9
45:1,4 55:6,22
67:23 68:3 73:4
73:16,24 79:17
95:11 104:12
121:14 122:4,6
133:2 148:20
150:18 174:19
178:19 180:2
212:17
**cases** 24:1
**cause** 27:3,6
161:13 207:2
**caused** 93:17
**cc'd** 15:10
**ccp** 213:9,12
**cd** 154:2
**cedar** 7:21
**center** 181:14
**certain** 40:11
64:11 65:12 81:24
82:5,9,19,20
**certainly** 171:12
184:13 193:6
196:9
**certainty** 21:18
52:17 58:8 69:12
107:23 139:22
142:8 196:8
**certified** 212:24
**certify** 212:5,19
**cessation** 16:6
**chain** 75:22 76:14
**change** 40:8 56:4
92:16 150:19
215:4,7,10,13,16
215:19

**changed** 52:25
120:22 121:4
168:23 169:6
175:18
**changes** 53:1
**changing** 150:6
**channel** 47:21
**chapala** 8:5
**chapter** 154:22
**chart** 202:7
**chat** 11:5
**check** 146:25
**chicago** 2:12,18
**chips** 122:14
**choice** 53:18 72:16
74:5
**choose** 72:11 73:5
74:4
**choosing** 40:5
**chosen** 194:2
**chromecast**
201:18
**circle** 32:11 33:1
**circular** 31:11
**circumstances**
15:25
**cited** 205:24 206:2
**civ** 3:13
**civil** 213:19,20
**claim** 202:12,24
203:11 206:12
**claimed** 14:15
16:11 200:25
201:6 202:25
203:3,16,24
**claims** 16:8,15
202:5,8 203:13
204:2
**clarify** 9:22 12:18
25:3 26:6

**class** 152:19
**clause** 82:18
**clear** 11:4 34:4
58:25 109:12
**clearly** 109:17
171:14
**click** 18:13,17
81:21 159:11
**client** 147:1,6,16
147:20,21 148:3
148:21,21 150:2,5
150:11,15,20
152:3,8,19
**clients** 146:21
147:25 148:10,16
149:3,8,17,20,21
151:10,18 152:12
**clock** 39:22 40:1
40:18,21,23 41:9
41:10,11,14,16
204:20 205:3
**close** 10:24 184:13
195:6
**closed** 11:1
**code** 75:12 83:8
93:23,24 213:9,12
213:19,20
**cole's** 13:4
**colleague** 127:15
**colloquy** 171:9
**color** 176:24
177:10 183:16,22
**column** 102:19
106:17
**combined** 181:17
**come** 20:21,25
21:21,24 22:25
**coming** 79:10
**command** 62:19
79:3 119:3 173:14
174:16 187:20

**[commands - correct]**

commands 87:3,7
commencing 2:2
comments 144:7
commercial 14:12
commercialized 194:20
communicate 151:10 152:3
community 128:4 136:8
companies 97:2,5 97:10,15,21 98:10 176:8 179:24 181:12
company 8:21,22 81:14 175:17 189:8 191:17,21
compare 121:21 170:4 178:3
comparing 66:2 176:16,18 177:15 178:8
compete 178:22 179:1
competed 179:3 179:11,16
competitor's 175:25 177:24
competitors 97:6 97:12 178:7,11
complete 204:6 212:14
completed 213:7 213:17 214:6
completely 191:23
completion 212:17 214:10
complicated 54:21 57:16 72:24
component 41:5,5 41:6 178:20

comprises 206:21
comprising 202:17 207:8
computer 33:19 36:12 122:12,14 206:24
computing 202:18
conceived 21:19 203:3,25 206:20
conception 13:22 16:1 202:5,7 203:16 207:20
concerning 13:19 14:1
concerns 131:3 137:15
concluded 210:12
concludes 210:6
conclusion 105:7 108:11 200:7
conclusions 170:17
confidential 1:16 210:2
configuration 102:2,8,9,12,16
configurations 45:11 48:10,14 62:1
configure 138:23 140:10
configured 61:10 207:13
configuring 150:25
confirm 13:8 54:22
connect 85:2,4 86:7,11
connected 86:16 126:2 147:2 158:1

158:19,20
connection 125:21 125:24 151:3
connections 182:4 182:8
connectors 157:17
consider 34:18 57:14,23 91:3 191:22
considered 58:9 97:6
considering 194:2
constituent 45:25
constructive 16:4
consumer 143:8 143:15 178:18,22
contact 213:9
contain 114:4 198:12
contained 113:25
contains 30:11
contemplated 61:15
contend 111:8,9
content 14:9
contents 154:12
context 23:13,23 41:24 102:10 107:14 109:21 110:1 156:10 176:19 178:2 182:10
continue 54:7 55:7 57:24 172:5 195:1 195:14 196:17 197:5,13 199:4
continued 4:1 5:1 204:17
continues 41:22 129:3 203:1

control 27:1 28:3 33:17 63:21,24 64:3,14,17 67:19 67:20,21 79:4,10 85:11,13,14,18,21 85:22,25 86:3 91:16 118:20 119:12 163:1 165:7,11,21,24 176:25 177:11 181:18 183:17,22 184:20,21,25 185:1,4,9,16 197:11
controlled 85:6
controller 33:15 33:16,19 45:20 66:24 67:22 79:3 85:23 93:16 118:24 119:2 152:4 154:3 159:25 160:1 167:1
controllers 189:23
controlling 146:21 162:23 165:12
controls 19:15 184:24 189:15
conventional 181:17
convert 122:16
corner 160:4
correct 17:12 24:8 26:20 54:15 55:17 55:20 57:12 58:7 60:16 61:3 63:1 69:17 96:25 114:7 114:18 139:16 159:2 161:7 188:18 211:7 212:13

Veritext Legal Solutions
866 299-5127

[corrections - deposition]

**corrections** 213:14
213:15 214:3,4
**correctly** 42:25
117:8 157:3 186:6
**counsel** 2:7 6:10
6:21 7:11 9:25
10:3 12:24 38:25
74:8 99:9 125:8
146:4 156:15
169:18 171:13
194:4 213:18,21
214:7
**county** 211:2
212:2
**course** 95:6 106:2
**court** 1:1 6:12,19
7:3 9:12 11:17
17:21 18:6 22:3
99:16 124:3 127:7
135:23 144:23
153:10 170:10
174:25 185:23
190:14 192:6
200:15 209:21
**covered** 188:18
**cp** 163:22
**cr** 67:21 85:21,21
86:2,7,11,16 87:3
87:7 154:3,7
155:6
**create** 24:12,16
28:12 37:23 40:3
46:12 59:25 60:1
60:2 64:10,14,20
71:23 83:16 89:17
95:21 96:1,4,12,17
98:11 101:12
114:14 115:6
119:1,6 120:17
139:7 140:3
160:10 166:18,23

167:19 179:21,23
180:1 184:7 185:4
185:9,14
**created** 20:14,14
24:22 28:5,22
47:19 58:18,24
59:10 63:13,21
66:12 74:25 75:3
83:21 84:14 90:19
114:9 115:10
120:8 121:15
126:5,13 160:15
174:5 180:10,13
188:21 193:7
**creates** 108:22
197:22
**creating** 78:2
107:24 114:10
140:5
**crestron** 189:9,10
189:10
**crestron's** 189:16
189:22
**csr** 1:25 2:4
**cullen** 81:6
**cullen's** 81:7
**culpert's** 100:11
170:20
**cumbersome**
136:18
**current** 8:1,2
62:20 68:18
139:13 141:10
146:25 198:10
**currently** 7:24
54:25 55:2 66:3
66:11 110:9
**custom** 140:15
141:6 159:16
**customizable**
140:17

**cv** 1:7,11 6:14,15

**d**

**d** 1:14 3:1 4:1 5:1
7:22 77:20,23,23
78:3,8,21 79:8,12
79:13,14,16,19
95:23 96:6 116:2
116:15,24 117:3,4
117:11,14,18
118:2,3,6,9,13,14
119:2,7
**d'anne** 1:25 2:3
6:19 212:4
**danon** 8:20,22
**data** 207:4
**date** 20:14,14,15
21:12,13,17 22:17
22:20,21 45:10,14
62:9 164:19 191:4
191:13 194:22,22
196:1 213:16
214:5 215:24
**dated** 4:7,17 31:3
153:14 164:15
186:9 191:9
211:10
**dates** 20:19 22:18
191:22,23 192:18
**day** 21:2,4 40:4,12
41:6 106:2,4,5,14
211:10 212:21
**days** 41:7 85:24
**dcr** 33:2,12,13,16
45:15,18,20
**deal** 187:11
**december** 20:15
20:16 33:23,25
202:15 203:4,25
204:5,14 205:1,7
205:12

**decide** 55:23
**deck** 128:24
187:23,24 188:9
188:14
**declare** 211:5
**dedicated** 126:7
**default** 138:22
**defendant** 1:8,13
**define** 25:13 34:16
97:4 179:1 194:18
**defined** 27:12 28:8
45:23 68:2 78:24
**definition** 87:24
**degree** 179:13,19
**delete** 138:24
**demand** 119:22
**den** 91:6,12,15,15
91:18,23 92:20
103:4,6 104:5,9,13
104:15,18,20,21
104:23,25 105:3
105:11,17,21
106:8,12,13
110:17 148:1,17
148:21
**depend** 144:7
178:25
**dependent** 138:13
**depending** 55:24
56:22 106:21
107:2 108:1
**deployed** 56:12
**deponent** 76:10
**deposed** 8:13,15
**deposition** 1:18
2:1 3:11,13 6:8,16
8:19,20,23 10:1,13
11:6,23 12:2
17:25 19:10 62:7
99:10 113:1
135:25 145:8

[deposition - discuss]

170:12 203:6
210:11 212:7,10
212:16 213:19,22
213:24 214:8,10
**depositions** 9:1
**describe** 25:5
26:21 27:24 36:6
49:4,12 63:11
68:21 69:3 71:19
73:2,23 80:8
107:8,18 118:10
118:12,15,17
119:11 131:7,13
135:6 144:8
157:25 169:19
174:7 178:11
184:17
**described** 25:8
42:4 47:11,13,18
49:1 63:6 64:18
66:6 68:23 79:2
95:10 115:18
125:20 131:7
133:10 135:5
188:20 197:13
200:9 205:16
209:8
**describes** 95:6
104:8 125:4 158:7
**describing** 23:2
55:13 66:8 70:18
77:12,14 78:2
79:11 82:3,9,10
104:4,15,25 105:3
105:20 106:12,13
107:23 108:18,21
108:21 120:16
129:10,21 133:3
137:10 139:10
140:9 197:20

**description** 3:9
4:4 5:6 23:11
43:24 90:25 92:2
92:4,8 118:11
181:25
**descriptions**
207:24
**design** 14:1 16:12
35:7 42:14 58:10
58:18,18 79:4
86:2 114:9,11
120:15 160:25
162:18 168:3
169:14 175:5,22
175:23 176:13,16
177:16,20 178:3
178:14,20 180:2,4
180:15 188:23
205:15
**designate** 210:1
**designated** 1:15
12:6,16 13:1,14,18
13:21,25 14:5
169:21 170:24
172:3 206:8
**designed** 48:22
67:6,13,15 89:8,11
89:14
**designer** 58:11
**designing** 68:17
**designs** 35:13,13
178:8
**desired** 66:14
126:3
**desktop** 33:14,16
45:20 67:22 85:23
86:3 159:24,25
167:1
**destroyed** 126:5
126:13

**detail** 54:22
**details** 56:24
148:9 205:17
**determine** 143:15
176:8
**determined** 71:6
213:18,22 214:7
**developers** 69:11
**development** 14:1
16:13 69:15
**device** 23:25 27:1
28:3 64:3 67:20
79:10 85:7,21,22
91:16,24 119:12
126:7,8 179:20
182:22 183:4,10
197:11 202:18
207:4
**devices** 122:9,9
126:2 182:18
**dialogue** 72:15,16
72:23 160:23,25
162:1,5,19 165:5
166:4,9 167:5,11
167:22 168:9
169:8
**differ** 46:11
**difference** 33:9
42:5,10 68:1
168:14 170:9
**different** 17:5
19:15 23:17,18
24:7 25:7 29:6
30:12 43:9 44:19
47:22 51:17 53:8
53:22 57:24 58:3
59:17 60:20 61:12
61:14 64:23 67:5
67:12,15 69:20
94:14 101:12
104:12,16 105:22

105:24 106:4,4,5,8
106:14 108:19
118:20 119:22
148:16 149:8
179:21,23 187:12
188:17 192:2
196:13 197:7
**differently** 74:24
**digital** 3:20,22,23
21:9 122:8,15,17
122:21 123:6,10
145:4 153:13
172:16 173:5
**digitalboy** 140:13
141:2
**digitalboy's**
141:10
**diligence** 16:5
**dining** 24:5 27:17
28:9 29:7 43:3
46:6 50:9 59:12
83:13 90:20,21,23
92:7
**direct** 29:20 30:5
97:12
**directed** 44:2
170:5
**direction** 212:13
**disadvantages**
14:11 100:14
109:13 125:10
169:25
**disagree** 170:14
171:6
**disagrees** 172:3
**disclosed** 15:16
**disclosure** 108:15
109:7
**discuss** 17:14
82:21

Veritext Legal Solutions
866 299-5127

**[discussed - ethernet]**

**discussed**  17:7
114:13 183:13
**discusses**  101:22
162:23
**discussing**  135:8,9
154:15 156:12
**discussion**  171:10
171:17
**dislike**  141:10
**display**  148:8,9
**dispute**  171:1
**dissatisfaction**
65:3
**distinction**  47:2
**district**  1:1,2 6:12
6:13
**document**  12:2,10
15:2 19:2,18
20:13 22:9 30:13
30:21 32:7,12
34:11 45:5 62:4,6
62:9,11 68:20,22
69:1,4 70:24
78:14 100:24
103:19 132:4
148:24 149:24
150:23 153:17,19
154:12 155:3,9
160:4 161:4
163:16,20 169:8
171:3,4 174:21
175:4,9,11,13,14
175:19 178:13
179:25 180:10,13
180:17,25 181:2,2
181:5 186:14,16
186:22,25 187:2
188:16 190:19,24
191:1,2,6,18,24
192:21,23 193:2,4
193:21 200:17,19

202:1 203:6,20
204:23 205:24
206:3 208:8,14,18
208:23
**documented**
192:11
**documents**  15:3
16:24,25 18:16
21:9 193:7 205:19
206:2,4
**doing**  37:2 141:17
176:9,17,19
177:16,24 178:6,8
180:15
**door**  195:6
**downstairs**  43:11
136:23,24 137:11
137:23
**drag**  146:14
**draw**  105:6
**drawing**  31:11
47:3
**drive**  2:17
**drop**  119:25
140:21 159:9
160:5 161:15
169:9,10
**duly**  7:7 212:7
**dynamic**  47:23
65:13 83:4,7,15,17
83:20 84:1,9 96:1
96:4,5,12,17,18
101:12,15,17
104:16 112:17
113:8 114:14
120:25 121:3,21
160:16
**dynamically**  64:9
84:14 101:5 110:4
126:5,14

**e**

**e**  1:14 3:1,8 4:1,3,7
4:17 5:1,5 7:22
13:4,7 15:5,7,8
17:2,5,9 19:8,20
75:22 76:14,17
77:18 78:24 80:3
80:8,13,14,15
82:16 186:2,9,12
186:16 213:9,12
214:1 215:3,3,3
**e.g.**  202:20
**earlier**  21:8 31:16
33:23 34:10 45:21
79:2 80:1 95:3
112:22 118:25
145:8 154:7
162:17 168:20
170:3
**earliest**  13:23 16:9
76:15 194:15,17
196:4 199:21
**early**  21:8 85:24
142:4 191:17,17
**ease**  136:20
138:10
**easier**  34:23 139:6
**easy**  35:24
**edit**  150:6
**editing**  150:2
**effect**  59:20
115:19
**effectively**  24:13
28:11 40:2 42:14
187:20
**effectuate**  174:16
**eight**  181:16
**either**  9:2,6,22
13:5 36:21 67:21
73:8 87:10,14
120:19 124:21

194:15 198:21
**electronic**  178:19
**electronics**  178:22
**element**  203:16
207:21
**elements**  202:12
203:3,24 208:3,16
**email**  3:16
**emanuel**  2:16
**embodied**  204:7
**embodiment**
16:13
**embodiments**  14:1
**emmanuel**  6:24
**employed**  7:24
**employee**  76:3
**employer**  8:1
**employer's**  8:2
**empty**  71:11 83:3
**enabled**  202:17,19
202:22
**engineer**  75:11
123:7
**engineering**  69:8
**enjoyed**  136:19
**enter**  43:23
**enters**  162:19
**entirely**  79:24
109:20
**entitled**  155:13
175:4 192:11
**entries**  43:9 48:14
**equalizer**  165:5
**equally**  173:19
**errata**  213:14,16
214:3,5
**esq**  2:10,16 213:1
**essentially**  87:22
**established**  103:1
**ethernet**  86:12
123:8 157:17

**[ethernet - filed]**

182:2
**evaluate** 203:7
**evaluating** 179:11
**evening** 103:5,13
103:24 104:5,11
104:21 105:1,15
105:23
**event** 212:20
**events** 120:2
**everybody** 15:9
**evolved** 169:1,4,5
**exact** 21:11,18
56:24 76:10
194:22 196:1
**exactly** 49:20,24
52:19 80:1 95:8
142:8 180:19
204:21
**examination** 3:3
7:14
**examined** 7:8
212:6
**example** 26:18,24
26:25 27:2 29:4
29:22 30:16,18,22
31:1 36:7,9 44:24
46:1 52:12 57:15
59:12 60:18 63:12
77:19 90:20 91:4
93:6 94:25 105:20
116:11,13,19
128:21
**examples** 26:2,5
29:10,16 37:4,12
37:19 48:19 60:3
60:6
**exception** 13:17
**excerpt** 125:7
**excerpted** 202:8
**exchange** 15:10

**exclamation** 18:14
**excuse** 50:3 73:4
116:12 162:6
182:15 195:6
**executed** 25:11,13
206:25
**exhibit** 3:10,12,14
3:15,16,17,18,20
3:22,23 4:5,7,9,11
4:13,15,17,19 5:7
5:8 10:16,22 11:9
11:14,15,19,22
12:23 17:16,17,19
17:20 18:4,5,9,17
18:19 19:5,22
20:4,6 21:22,25
22:1,5 23:13
27:21,25 31:2,9
39:16 41:18 43:7
44:18 45:9 47:25
61:21,23 66:1,10
68:20 69:18,20,21
69:24,24 72:10
74:23 75:19 95:2
95:4 99:13,14,19
123:25,25 124:1,9
126:23 127:1,2,5
128:1,9 131:19
135:19,19,21,24
138:6 144:14,19
144:21 145:3
153:8,9 174:20,23
185:20,21 190:10
190:12 192:1,2,4
200:12,13 201:25
202:8 209:19,20
**exhibits** 5:3 11:10
11:11 12:20 18:3
18:8 113:3 127:4
153:6

**exist** 89:13 107:9
107:19
**existed** 63:22,24
66:7 106:8 118:6
**existence** 145:14
**existing** 49:6,14
49:18 50:5,22
51:11 52:11 54:6
54:12 77:13
184:24
**expect** 45:24
**experience** 176:25
177:11 183:17,23
**expert** 86:14
126:16 170:17
200:7
**explain** 25:17
67:14 171:20
**explained** 170:25
**explanation** 18:13
**explore** 188:21,23
**extent** 9:16 203:5
**external** 85:4
**extra** 209:3
**eyes** 210:3

**f**

**f** 1:14
**face** 177:1,12
183:18
**fact** 12:20 79:22
170:18
**facts** 15:25
**fair** 12:7 53:9
87:12 89:24
111:10 145:11
179:25
**familiar** 10:16
48:23 83:4 100:4
145:10,13 153:17
153:18 175:12
182:18 189:8,16

189:19,22 190:1,3
190:6
**far** 53:21 55:4
56:10 57:21 58:17
91:8 199:19
**farrar** 127:1,12
128:1,9 131:20
135:20,25 138:5
143:5
**faster** 146:15
**favorite** 40:7
129:25 130:3,17
**favorites** 128:14
129:15,18
**feature** 20:8,11,21
22:14 34:14,20
35:1,18 40:2,18
47:19 62:16,22
63:17,20,23 64:19
64:21 65:14 66:8
66:20 120:16
129:11 199:25
200:5
**features** 14:12
63:20 207:25
**february** 22:22
191:13 192:15
**fed** 3:12
**federal** 212:16
214:1,8,9
**feed** 42:15
**feedback** 111:18
133:18 144:3,11
**feel** 44:14 49:19
135:9
**feelings** 88:17,18
**felt** 43:22
**field** 159:11
**fifth** 80:18
**filed** 6:11 204:22
205:6

**[final - generally]**

final  48:16 78:20
  80:13,14
find  31:16 33:22
  34:9,12 125:24
  128:13 130:9,11
  132:12
fine  13:3,12 74:11
  77:6 103:18 195:7
firm  6:17,19
first  4:20 7:7 8:18
  8:20 9:12 11:13
  26:6 30:18 62:13
  62:14,15 66:1
  67:3 77:5 78:2
  80:3 116:19
  124:17 128:9
  133:20 136:10,15
  147:13 173:3
  179:16 181:9,11
  187:9 202:25
  203:7 206:2,20,23
  207:1,2,5,6,7,8,10
  207:14
five  11:12 148:9
  196:1,5 200:1
fix  111:23
fixes  142:25
flexible  62:23
  63:17
floor  77:6
focus  175:5 178:14
focused  175:22
folder  11:11 18:14
  153:6
follow  94:1
following  167:17
follows  7:8 213:8
foregoing  211:6
  212:7,15
form  21:15 25:12
  25:21 26:10 27:9

31:22 33:24 34:15
  34:21 35:3,11,22
  36:4,24 37:14
  39:24 40:22 42:6
  42:12 44:3,11
  46:3,14,23 47:9,14
  47:16 49:7,23
  50:15 51:1,15
  52:2,15 53:2,13,24
  54:9 55:10 56:15
  58:1,13 60:9,23
  63:2,10 65:5,21
  66:5,22 68:9 69:9
  72:3,14 75:14
  78:10 81:9 82:4
  82:12 83:13 87:4
  87:13 88:9,24
  89:5 90:3,16,24
  91:13,21,25 92:12
  93:2,13,21 94:7,16
  95:16,24 96:8,19
  97:8 98:13 100:6
  101:13 102:14
  105:5,18 106:10
  107:10,20 108:10
  109:10 110:13,25
  111:11 112:13,19
  113:10,17 114:3
  114:16,24 115:8
  115:17 116:4,21
  117:5,20 118:22
  119:9,19 120:10
  121:2,10 122:10
  122:22 123:3,14
  123:20 125:1
  127:20 129:12
  130:1 131:5,14
  132:23 133:8
  134:1,17 135:3,5
  135:14 137:7,17
  139:8 140:7 141:4

141:12,19 142:12
  143:2,17 144:5
  145:12 148:18
  149:10 150:16
  151:11 152:5,14
  154:9 156:2,21,23
  157:22 158:16
  160:11,20 161:12
  162:14 163:23
  164:23 165:14,23
  166:10,20 167:12
  167:24 168:24
  169:16 172:22
  173:16 174:6,17
  176:1,11 177:18
  178:9,24 179:5,12
  179:18 180:12,18
  181:6 182:9,23
  183:24 185:5,11
  188:11,19 189:5
  189:18,24 191:15
  193:22 195:4,17
  196:6,19 197:8,19
  198:9,24 199:11
  200:6 201:1,13,22
  204:8,16 205:4
  207:22
formal  138:1
format  22:21
formats  122:17
formed  71:10
  119:14 131:16
forms  112:11,14
forum  143:19,22
forums  127:19,24
  127:25 128:2,5
  134:25 136:4
  141:17,21,23
  142:10,19,24
  143:8,14 144:4

forward  168:8
  171:8
found  30:19
  204:22
founders  81:12,14
fourth  80:18 164:9
frcp  214:1
french  124:19
friendlier  43:18
  43:20
front  20:13 22:17
  100:22
frustrating  71:23
frustration  71:16
full  7:16 76:21
  125:14 138:18
  176:24 177:10
  181:9 183:16,22
  203:6
function  39:22
  130:15
functionality
  130:10
further  48:9 61:9
  77:18 140:19
  147:10 205:15
  212:19
furthest  43:8
  76:15

g

gain  64:17
garden  28:10
  59:18
gather  124:24
general  10:1 29:21
  41:15 69:6 85:15
  87:18 190:20
generally  15:15
  124:22 144:11
  164:15

**[generate - grouped]**

**generate** 37:8,25
64:24 106:3 119:3
**generated** 36:11
91:1
**getting** 111:18,20
144:3
**give** 9:10,17 26:2
29:4 36:18 38:18
46:1 51:20 53:18
63:21,23 109:15
205:6
**given** 28:6 150:19
210:6
**gives** 77:18 191:21
**giving** 74:5 127:2
**glad** 124:18
**glean** 180:21
**go** 9:11 12:22,22
13:12 28:24 29:25
30:8,20 39:15
57:17 62:11 64:25
65:9 69:18 79:5
80:3 87:24 101:25
104:10,13 110:18
111:22 125:7
130:6 158:5,10
159:4,22 161:4
164:4 165:2 166:1
171:3,8 187:23
193:8 199:17
203:10 208:21
209:3
**goal** 58:23
**goes** 83:15 100:13
100:17 103:9
136:19 139:2
**going** 6:6 13:4
21:20,24 27:18
30:8 38:25 39:4
54:20,21 74:8,12
78:11 98:22 100:9

109:14,15 111:25
113:1 123:2
125:13 152:23
168:7 170:4
171:12,13,15,15
171:20,21 175:10
179:9 185:19
194:7,11 206:7
**good** 6:5 37:2
44:14,15 99:6,8
110:5 144:11
176:20
**google** 1:4,12 2:2
2:15 3:10,12 6:11
6:23 8:25 172:3
200:24 201:6,12
201:21 202:4
209:11,12,13
213:4 215:1
**google's** 11:15,22
17:19 18:4 22:1
127:5 135:21
144:21 153:8
174:23 185:21
190:12 192:4
200:13 209:19
**google's** 4:20
**grab** 146:14
**graham** 127:12
143:5
**grammar** 111:6
**graphic** 175:5,22
176:13,16 177:16
178:14
**great** 115:4 165:19
**greenwood** 130:7
130:21
**ground** 9:10
**group** 24:13,14,18
24:20 25:7,7,8,20
26:8,14 27:13,17

27:18 28:9,9,12,17
29:1,5,6,8,11,13
33:2,6,7,9 40:15
41:16 43:11 44:13
45:19,22,24 46:2
46:11 49:6,14,18
50:5,8,10,11,14,18
50:22,25 51:4,4,6
51:11,12,14,25
52:11,13,24 54:6,8
54:12,13,17 55:6
55:14 56:23 57:4
58:5,24 59:2,5,10
59:13,16,17 60:1,2
60:21 64:4 65:20
66:20 67:23 70:12
70:17 71:10,23
72:13 73:17,18
78:2,3,20 79:5
83:2,5,7,13,13,18
83:20 88:8,8,14,23
90:14 91:18,24
92:25 93:12,19
94:1,10,14 95:21
95:22 96:4,5,17,18
98:18 101:6,17
102:2,7,12,16
105:14,15,16,21
105:23,24 106:23
106:24 107:4,6,9
107:19,24 108:2,3
108:5,6,22,23,23
108:24 109:3,4,8,9
110:7,9,10,24
111:14 112:15
113:15 115:16,20
115:20,21 116:19
116:20,24,24
117:3,10,13,14,17
117:18 118:2,9,13
119:4,6,8,13,14,25

120:25 121:23,24
121:25 122:2
130:4 131:13,16
131:16 133:2,11
136:23 137:10,22
137:23 138:20,25
139:15 140:6,20
140:22,24 155:25
156:4,7,10,18
157:1 161:12,14
161:16 163:5,9
164:2 165:7,11,12
165:22,25 166:19
166:23 167:19
168:23 172:21,23
173:12,15,19,21
173:23 174:2,9,12
174:15 185:14
187:19 188:8
194:25 195:2,13
195:15,19,19
196:11,15,17,21
196:22,22 198:14
198:17 200:5
**grouped** 25:25
42:1,3 46:9,18,21
46:21 47:20 49:3
50:9 55:2 56:6
59:18 60:13,19
61:4,6 65:11
70:19 71:22,25
74:1 79:14,14,15
79:20 81:25 82:9
82:20,25 87:11,16
87:23 92:21 93:9
93:17 101:5 103:4
103:7 104:6,9
105:12 114:22
116:1,2,8,14,15
122:7 156:11
157:5 161:10

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

[grouped - identified]

166:8 173:18
**grouping** 5:8 23:4
31:14,25 32:4,12
32:18,24 46:12
47:23,23 55:25
58:16 64:1,11
65:10,16 66:15,25
67:10 72:21 83:22
89:18 94:25 96:2
96:12 101:15
104:12 106:5
107:25 111:10,13
112:11,11,18
113:4,9 121:3,15
121:17,18,22
136:12 207:9
**groupings** 23:4
48:4 64:20,22,25
65:13 68:2 72:22
89:18 106:3
119:23 120:18
121:8 129:23
131:10
**groups** 22:19
23:17,18,21 24:7
24:17,22 28:8,8,12
28:22,25 31:15,20
32:14 39:19 41:8
45:15,18,20 46:7
47:3,4,7 58:25
59:20,22 60:1
62:18 64:6,7,10
65:4,16,18 66:12
78:4,21 80:9,19
81:22 82:5,10,19
82:20 83:10,16
84:2,10,13 90:1,5
90:10,11 92:17
93:25 98:11
101:12 102:25
103:13,24 104:16

105:4,16 106:2,8
106:12,14 108:9
108:16,19 110:12
113:25 114:4,14
115:6,12,14
117:18 118:7,12
118:21 119:1
120:7 126:4,13,20
138:24 139:7,11
140:6,10,15,19
141:7 160:10,15
160:16 161:5,9
162:24 163:8,21
174:5 185:9,9,16
194:21 195:21,23
195:25 196:9
199:25 200:9
204:19
**guaranteed**
120:25
**guess** 106:5
118:10 139:13
**guests** 77:4
**guide** 3:22,24
153:14 154:6,14
**guides** 153:20

**h**

**h** 3:8 4:3 5:5 8:5
215:3
**halfway** 101:2
166:5
**hand** 28:14 164:5
165:6 212:21
**handheld** 4:9
67:21 85:20,22
190:19
**handled** 213:8
**hang** 170:7
**happen** 24:19,21
24:25 26:3,9 27:7
37:9 49:5,13,17

93:11 120:2
**happened** 38:15
53:1 86:23 93:19
93:24 119:12
121:18 143:11
168:22
**happening** 120:3
**happens** 52:19
70:3 94:15
**happy** 13:5,8
135:6,7 144:8,10
170:10
**hard** 138:4
**head** 9:17
**heading** 70:2
**hear** 208:11
**heard** 133:19,20
182:20 189:10
190:5
**held** 6:16 39:6
74:14 98:24 112:2
153:1 171:10,17
171:23 194:9
**help** 12:21 13:2
86:2 95:1 110:1
161:3 205:21
**helpful** 12:24
**hereto** 5:3
**hifi** 158:1
**high** 84:20
**highlighted**
155:14 167:4
182:11
**highly** 1:16 210:2
**hilarious** 138:1
**hit** 167:21,23
171:4 174:3
**hitting** 163:9
**hmmm** 199:15
**hold** 155:19

**holding** 8:21
**home** 7:19 64:23
64:24 97:3,4
181:13,22 182:1
184:21,25 185:2
189:12,16 190:3,6
209:11,14
**hour** 39:1 74:9
111:19
**hours** 170:16
208:25
**house** 46:5 148:17
161:18
**household** 155:22
156:1,8,20
**houses** 189:23
**housing** 181:15
**hub** 86:12
**hurt** 88:18

**i**

**icon** 37:16
**idea** 21:1,6,19
22:14 23:1 42:16
44:12 64:5 84:1,9
84:17 95:7 115:21
140:14
**ideas** 20:23 37:8
37:25,25 69:8
194:1 204:18
205:16
**identification** 5:3
11:16 14:19 16:17
17:21 18:6 22:2
99:15 124:2 127:6
135:22 144:22
153:9 174:24
185:22 190:13
192:5 200:14
209:21
**identified** 33:22
34:9 35:24 36:3

[identified - invoked]

90:15 179:16
**identifier** 165:6
**identify** 21:13
30:14,23 35:25,25
36:23 37:5,13
143:8
**identifying** 158:14
188:17
**illinois** 2:12,18
**illustrated** 59:8
**illustration** 28:21
155:5
**illustrations** 28:4
209:7
**image** 19:11
146:23 147:14,21
148:6 158:13
**images** 23:3
146:23
**imagine** 43:1
138:16,17 143:10
181:3
**implement** 35:9
37:12 73:13 74:6
84:1,9
**implementation**
55:21,25 56:18,21
58:12 69:7 77:13
106:21 107:3
108:1 139:14
174:15,19
**implementations**
53:8,11,22 55:9,19
55:23 56:12 72:1
168:21,22
**implemented** 60:8
74:22 194:3,24
195:12,20,23
196:9
**implementing**
54:5 57:23

**important** 34:13
34:16,19 35:1,6,17
36:16 183:21,25
**imposition** 138:15
**improper** 169:22
170:18 175:24
177:23 178:7
**improvements**
14:13
**inaccurate** 9:7
**inc.'s** 3:12
**inc.'s** 4:19
**include** 35:13
89:24 105:16
114:14 128:23
133:6 197:22
**included** 29:24
35:5,14 84:17
123:19 157:12,19
213:14 214:3
**includes** 160:23
**including** 14:16
19:16 154:1
202:21 207:10
**independently**
54:17
**indicate** 193:19
**indicates** 22:25
79:22
**indication** 207:5
**individual** 92:13
140:21 170:19
**info** 147:22
**information** 13:16
13:18,22 88:21
89:20 119:17
122:21 123:6,8,10
125:22 126:1,19
147:16 203:15
207:20

**informed** 119:7
**infrared** 184:24
**inputs** 157:13
**insomuch** 132:25
179:19
**install** 148:16
**installed** 189:23
**instance** 24:1
30:15 31:15 37:17
40:6 76:25 83:11
121:25 133:12
168:2
**instances** 33:20
34:7
**instructions** 23:16
206:22
**instructs** 10:3
**intellectual** 3:18
**intends** 29:4
**intent** 58:17 59:3
59:13 61:5,7
160:13
**interaction** 169:2
169:4,5
**interchangeably**
23:7
**interested** 212:19
**interesting** 199:15
**interface** 20:8
27:2 28:2,11 64:4
67:20 90:18,21
92:20 94:25
115:10 157:5
174:12
**interpose** 100:17
**interpret** 169:19
203:13
**interpreted** 176:3
**interrogatories**
4:20

**interrogatory**
202:3 205:19
**introduce** 185:19
202:1
**introduced** 21:22
21:25 123:24
126:23 153:6
174:20 194:21
**introducing** 18:2
135:18 190:10
**introduction** 66:2
**invented** 111:9,12
**invention** 68:14
112:9,12,18,20
113:9,16 114:2
120:5,7,12 125:20
125:23 131:3,6
132:21 133:6,11
134:22 137:14
141:9 170:3,4
200:10 204:7,13
205:1,14
**inventions** 13:24
16:11,14 112:24
120:17 194:15,19
196:4 199:20,22
200:4,25 201:6
**inventor** 124:10
**inventors** 99:20
**invoke** 24:24 25:4
66:25 67:10 92:24
**invoked** 23:18
24:7,10,19 25:11
25:18 26:8,14
59:16 60:25 61:11
61:20 64:7 75:16
75:17 79:21 89:21
93:11 94:15 95:9
95:13 162:12
195:3,16,20
196:11 198:21

Veritext Legal Solutions
866 299-5127

**[invoked - key]**

199:3 207:15
**invokes** 28:23 29:2
79:9 197:23
198:13,16
**invoking** 24:21
121:19
**involved** 8:18,24
**ir** 184:24
**ish** 163:21
**isochronias**
125:25 126:19,19
**issued** 153:21
**issues** 142:25
144:12
**issuing** 164:14
**item** 46:17,22
82:16,18 166:15

**j**

**j** 134:5
**jack's** 162:8
166:12,14,14
169:10,11
**january** 190:21
191:4,10,14
**jeff** 2:22 6:17
128:10 129:10
**job** 1:24 37:24
213:5 215:2
**jog** 95:1
**join** 51:4,6 78:4
79:9 117:18 118:8
198:14
**joined** 49:2,5,13
49:17 50:11,14,18
52:24 54:12 55:6
56:8,13,18 57:3,19
57:20 61:18 73:3
73:7 92:25 94:13
191:17,20
**joining** 50:5 54:5
72:12 118:1

**judge** 100:11
170:20
**july** 186:9
**june** 1:21 2:3 3:16
6:2,6 191:21
192:19 212:21
213:3,5

**k**

**k** 134:5
**kaplan** 2:16 3:5
6:23,23 7:12,15
11:13,21 12:13,22
13:3,9,12 14:3
17:22 18:2,7 19:4
19:21 21:20 22:4
25:14 26:4,13
27:20 30:17 32:2
32:10 34:1,3,17,24
35:8,16 36:1,8,13
37:3,7,10,18 39:3
39:10 40:17 41:1
42:9,21 44:5,7,16
46:10,19 47:1,12
47:24 49:10 50:2
50:21 51:9,19
52:10,22 53:6,20
54:3,14 55:16
57:1,7,13 58:6
59:4 60:15 61:2
63:7,14 65:7,24
66:9 67:2 68:5,13
69:5,14 72:8
74:11,18 76:13
78:16,17 81:13
82:7,17 83:24
84:6,15,24 85:10
86:1,6,10,19 87:1
87:8,20 88:5,16
89:2,9 90:7,22
91:2,17,22 92:3,15
93:4,18 94:3,11,19

95:20 96:3,16,22
97:13 98:9,16,21
99:3,12,18 100:11
100:13,19,20
101:1,16 102:18
103:18,22 104:14
105:2,8 106:6,16
107:15 108:7,14
109:1,6,22 110:22
111:3,15,24 112:6
112:16,23 113:13
113:21 114:6,17
115:1,3,13,23
116:9 117:1,15
118:4 119:5,16
120:4,13 121:5,12
122:19,24 123:1
123:11,16,17,24
124:4 125:6,11,12
126:22 127:1,8,11
127:23 128:7
129:16,24 130:5
131:2,8,18 132:5,7
132:20 133:4,14
134:3,21 135:11
135:18,24 136:2,9
137:12,24 139:12
140:1,11 141:8,15
141:22 142:9,16
142:22 143:6,13
143:21 144:2,12
144:16,19 145:2
145:16 146:6,11
146:19 147:12
148:23 149:14,23
150:21 151:14,15
152:1,10,20 153:5
153:12 154:10
156:6,13,17 157:6
157:16 158:4,24
159:21 160:14

161:2 162:20
163:15 164:3,13
164:21 165:1,18
166:1,3,16,24
167:9,16 168:6
169:3 170:2,7,25
171:12,19 172:2,7
173:1,22 174:13
174:20 175:1
176:6,15 177:22
178:12 179:2,8,14
179:22 180:16,24
181:8 182:13
183:1 184:3 185:7
185:13,19 186:1
186:17 187:5
188:15 189:1,7,21
190:2,10,15,18
191:5,25 192:3,7
192:10,24 193:3
194:6,13 195:7,10
195:22 196:12,24
197:16 198:1,19
199:6,18 200:2,11
200:16,22 201:4
201:11,15,24
203:14,22 204:9
204:11,24 205:9
205:18,23 206:7
206:10 208:1,6,11
208:13,19 209:5
209:10,22 213:1
**keep** 38:5 77:1,16
136:25
**keith** 134:6,6,10
134:15 138:7
140:2,5
**ken** 130:7,21
**kept** 38:9
**key** 50:1,6

Veritext Legal Solutions
866 299-5127

**[kind - look]**

kind 47:22 193:2
kitchen 40:8 43:3
43:13 44:21 46:5
50:9,11 59:13
73:24 77:2,9,15,16
77:17 83:12 90:20
90:21,23 91:7,11
91:15,15,18,23
92:7,10,19 105:12
148:2,17,22 150:7
159:2 162:5
169:11,12 188:4,9
188:13
knew 145:14,24
know 9:22 10:7
13:6 21:3,4 27:17
28:24 39:16 48:21
79:19 80:1 86:15
87:17 88:6,25
102:20 111:13
120:2 121:24
122:1 123:15,18
124:5 127:8,12,21
132:5 135:17
143:4 144:10
147:11 156:25
157:25 160:22
174:14,18 182:14
182:17 190:15
192:7 194:14,19
194:21 199:19
200:8 204:21,22
knowledge 21:6
211:8
knowledgeable
14:20 16:18
known 13:23
16:10 112:12,18
113:9,15 114:1
187:16 194:15,17
194:18 196:4

199:21
kusano 186:3

**l**

l 1:14 8:5 139:2
label 139:20
labeled 18:19 19:5
19:24 66:24 67:10
148:1,1
lambourne 1:19
2:1 3:4 6:8,9 7:6
7:18,24 13:1,5,14
13:17,21,25 14:4
21:20 34:5 39:11
61:21 74:19 75:18
99:4,12,20 100:21
109:18 112:7
125:13 126:22
153:5 175:6
190:21 192:15
194:14 200:23
203:9 206:8,11
209:22 210:7,7
211:5,14 213:5
215:2
lambourne's
205:21 206:5
larger 144:16
146:11
late 95:7 142:17
lcd 181:16
lead 71:15
leading 203:12
led 14:17
lee 2:10,13 6:25
leeway 109:15
left 25:18,22 28:14
47:21 147:14
157:20 158:13
160:4 164:5 165:6
188:8

legal 6:18,20
108:11 138:2
170:17 200:7
210:9 213:7
level 84:20
levels 61:16
library 147:15
life 182:24 183:5,7
limited 200:5
line 102:19,22
105:9 106:18
112:25 146:24
154:18,19,22
166:15 181:16
213:15 214:4
215:4,7,10,13,16
215:19
lines 43:10 44:20
lining 138:12
link 64:3,13 65:3
70:12 77:4,22,22
77:23 110:6,18
137:15 139:6
160:5,9,10,24
161:1,15,17,25
162:4,17,19 166:4
167:5,6,11,11,21
167:21 168:15,17
linked 43:8 56:23
77:2 79:8,8 90:1,5
90:10,11,14,19
91:10 110:17,20
162:5,12 166:13
linking 65:1 66:13
76:24 78:7,8,8,20
81:24 110:4
130:11,24 131:11
131:12,13,15
137:1,20 138:11
links 128:14
129:15,18,22

136:17
list 133:15,23,25
159:9,15 166:15
listed 113:19
148:3 179:25
little 36:19 39:1
54:22 57:15 74:9
124:7 144:16
146:14 147:10
196:13
live 28:12
lives 29:8
living 24:3,4 27:16
28:9 50:8 59:12
73:25 103:7 104:5
104:13,18 105:11
llc 1:4,12 2:15
6:11 213:4 215:1
llc's 3:12
llc's 3:10
llp 2:10,16
load 144:17
146:10
locked 213:12
214:1
logged 10:19
long 30:21 119:17
121:1 132:1
145:25 146:9
175:12 202:9
longer 118:9,13
120:8 121:8 122:1
127:16
look 22:16 27:21
46:8 69:2 105:9
124:16 128:1
147:13,21 157:9
175:20 180:6
191:9,23 199:17
200:11 209:16

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

**[looked - mode]**

**looked** 15:5 17:2,2
17:3 21:9 100:3
205:23
**looking** 33:20 34:7
37:22 80:11,13
82:13,14 95:3
136:8 148:7
151:23 163:14
175:24 176:2,3,5,7
176:12,19,20
177:19,23 178:2,7
179:21 180:2
**looks** 19:3 20:20
136:5,7 148:20
150:18 152:8
158:22 175:11,12
175:20 191:2
193:1 208:14
**los** 211:2 212:2
**losing** 104:22
**lost** 120:20 167:15
**lots** 137:20
**lower** 160:4
**ls3ip.com** 2:13
**lunch** 98:24 99:6
111:19

**m**

**m** 134:5
**mac** 33:18 85:24
**macro** 5:7 23:6,10
23:14,20 24:12
25:9,10 28:5
32:21 129:7
130:14
**macros** 23:3 48:7
48:9,13
**mail** 4:7,17 13:4,7
15:5,7,8 17:2,5,9
19:8,20 75:22
76:14,17 77:18
78:24 80:3,8,13,14

80:15 82:16 186:2
186:9,12,16
**main** 41:5,5
159:25
**maintain** 38:2
**majik** 134:5 138:6
139:5
**making** 97:2,11,22
208:17
**management**
115:10 143:7
181:4
**manager** 76:4,11
**manner** 83:10
126:6
**manual** 3:20
130:16 131:1
145:4,17,23
160:23 164:20
**manually** 64:2,13
64:20,25 65:3,16
66:13 130:11
137:1
**manuals** 164:15
164:16,19,22
**marc** 2:16 6:23
122:23 213:1
**march** 22:20,23
23:1
**marckaplan** 2:19
213:2
**marked** 5:3 11:10
11:16 17:20 18:5
22:2 99:15 124:2
127:6 135:22
144:22 153:9
174:24 185:22
190:13 192:5
200:14 209:20
**market** 178:5
184:8 189:14

**master** 126:8
**match** 52:12
164:12
**matched** 176:9
**matter** 6:10 10:2
12:25 14:14 69:6
170:1 205:22
**maximum** 158:17
**mean** 23:14 24:10
24:14 25:4 27:14
28:20 29:21 32:3
32:17 33:12 41:4
41:11,13 42:18
43:20 45:18 49:1
50:3,4 52:6,7
55:22 58:18 59:7
60:11,25 61:8,16
63:19 67:7 70:15
75:6,8 83:7 85:13
89:10 92:5,6,7
96:14 108:20
111:13 114:8
119:11 122:13
125:3 129:17
135:5 144:6
178:17 181:21,24
182:24 201:14
204:2
**meaning** 29:1
156:11
**means** 41:15 102:9
109:21 126:12,19
133:1 138:11
**meant** 24:11 34:1
63:20 69:24 128:5
**media** 6:7 207:14
210:8
**medium** 206:25
**meets** 202:23
**memory** 95:1
120:21 123:19

151:21 205:21
206:5,6
**mentioned** 15:14
31:18 53:7 67:9
67:11 74:21 87:25
123:12 145:8
154:7 205:3
**mentions** 125:3
**menu** 46:17,22
108:1 110:6
147:14,22 159:25
172:18 173:7
**messages** 11:6
**met** 15:1
**method** 72:18
**middle** 31:11
128:8 155:14
161:25 165:4
168:8
**mieko** 186:3,7,8
**millington** 69:6
99:21 124:11
**mind** 146:7
**minute** 206:14
**minutes** 209:1
**misdating** 164:22
**misunderstand**
31:21
**misunderstood**
24:25
**mode** 41:21,24,25
43:11,16,17,24
44:2,9,15,19,25
45:1,3 48:8,15,15
48:16,23,25 49:17
50:13 51:13,23,24
52:24 54:5,6 55:1
60:19 62:20 63:5
63:5,8,12 66:25
67:10,17 74:22
77:24 78:4,22

[mode - non]

79:3,5,9,11 81:23
87:11,12,18,21
92:24 93:11,15,16
94:13,15 95:9,12
128:18,23,24
129:3 139:17,21
139:24,24 160:19
160:25 161:20
162:7,12,18
187:16,20 195:2
195:15 196:18
197:1,4,6 198:4
199:2
**modes** 128:22
162:6
**modified** 20:14,15
190:21 192:15
**modify** 150:14
**moment** 21:18
23:19 30:8 32:6
37:21 59:16 70:21
79:5 83:12,21
111:17 118:7
138:19 144:25
186:24 195:5
198:12
**monday** 1:21 2:3
6:2 80:16
**month** 21:4 164:9
**morning** 6:5 23:5
28:5,24 43:12
48:8,15 103:2,13
103:24 104:4,8,11
104:20,24 105:15
105:22 128:18,19
**moungey** 1:25 2:3
6:19 212:4
**mouse** 19:13 30:24
**mouthful** 207:16
**move** 13:11 75:18
108:23 198:17

**multi** 168:3
**multiple** 29:14,17
31:9,19,19 42:22
42:23 59:22,25
86:17 89:18
101:12 105:4
108:9,16 110:12
137:2 149:17
167:10
**mumbling** 55:19
**music** 3:22,23
24:15,16 26:1,8,15
29:7 40:4,8,11
41:7,8 42:3 44:14
50:19,23 51:7,8,11
51:11,24 52:1,6,8
52:14 53:16,16
54:7 55:2,7,14,15
56:1,2,7,9,19,22
57:4,8,18,20,24
58:3,17,19,23 59:3
61:11,18,19 67:24
70:3,10,25 71:9,12
71:21,24,24 73:8
73:18,19 74:3
83:1 87:15 94:14
95:14,15 103:8
104:13,23 105:13
106:4 115:22
116:7,8 148:2
149:7,16 152:17
152:19 153:13
161:14,16 168:16
172:16,17 173:5,6
174:10 187:10,19
187:24 188:5,10
188:14 189:3
196:15,16,18
197:10,11,18
198:5,13 199:2,5,8
199:9

**musiccast** 3:20
145:3,7 146:21
147:1,2,6 148:10
148:15 149:3,8,17
150:2,11,14,19,25
151:8,10,18 152:2
152:8,9,11,11,12
152:17
**mute** 155:13,18,19
155:20,25 156:7
156:19 157:4
163:5,8,9,21 164:1

**n**

**n** 1:14,14 2:17 3:1
4:1 5:1
**name** 6:17 7:16
8:22 23:4,5 24:3,4
28:6 34:18,23
35:14,21,24 36:3
36:11,15,17,18,22
36:22 37:2,5,13
43:18 44:8,15
90:2,11,23,25
91:24 92:4,5,7,11
92:16 97:25
131:20 148:3
150:6,6,14,19
158:14,20,23
159:1,8,10,11,14
159:15,16 175:17
182:20 186:6
**named** 92:9,14
99:20 124:10
130:7 134:5
136:15 140:13
159:20 212:7,11
**names** 138:3 150:2
181:1
**naming** 34:13,25
35:5,10 36:21
92:10

**necessarily** 35:1
78:23,25 96:7
**necessary** 213:14
214:3
**need** 11:18 68:15
79:20 94:21 103:4
109:24,25 131:7
133:3 139:11
171:1 186:21,22
**needed** 142:25
**needs** 135:9
**neither** 137:25
**nest** 209:12,13,14
**network** 123:8,9
126:3 150:25
151:2 181:23,24
182:1,1,2 202:17
202:19,22 207:4,5
**networked** 181:12
181:21 182:3,7
204:4
**networking**
182:15,16
**networks** 175:15
**never** 146:7
**new** 21:22 72:13
73:17,18 94:1
110:10 118:2,13
126:23 127:2
135:18,19 159:9
174:20 185:19
190:10
**news** 103:5
**nice** 128:25
**nicholas** 99:21
124:11
**nichols** 2:22 6:17
208:22
**nods** 9:17
**non** 13:15,22
46:11 47:3 206:24

**[normally - okay]**

normally 77:1,16
northern 1:2 6:12
notate 170:10
  171:2,5
notating 213:15
  214:4
note 72:18 170:13
notice 3:10,13
  11:22 109:14
noting 139:13
november 175:6
number 6:13,14
  11:11 12:17,17
  13:15,20 14:8,24
  15:4,21,23 16:22
  17:7,11,11,14,14
  20:2 24:13 30:23
  41:4 52:17 61:9
  70:22 71:8,20
  72:10 99:19 100:4
  124:10 126:25
  127:2 133:10,11
  138:13 158:25
  159:7 176:4
  181:11 210:8
  213:15 214:4
numbered 22:5
  146:5 174:21
  206:13
numbers 164:12

**o**

o 1:14
o'clock 40:8 112:1
o0o 210:13
oath 8:7,8 39:13
object 9:25 26:11
  203:5
objecting 170:9
objection 21:15
  25:12,21 26:10
  27:8,9 31:22

33:24 34:15,21
35:3,11,22 36:4,24
37:14 39:24 40:22
42:6,12 44:3,11
46:3,14,23 47:9,16
49:7,23 50:15
51:1,15 52:2,15
53:2,13,24 54:9
55:10 56:15 57:5
57:10 58:1,13
60:9,23 63:2,10
65:5,21 66:5,22
67:16 68:9 69:9
72:3 76:9 78:10
81:9,9 82:4,12
83:19 84:3,11,22
85:8,19 86:4,8,13
86:21 87:4,13
88:3,9,24 89:5
90:3,16,24 91:13
91:21,25 92:12
93:2,13,21 94:7,16
95:16,24 96:8,19
97:8 98:6,13
100:6 101:13
102:14 103:15
104:2,17 105:5,18
106:10 107:10,20
108:10 109:10
110:13,25 111:11
112:13,19 113:10
113:17 114:3,16
114:24 115:8,17
116:4,21 117:5,20
118:22 119:9,19
120:10 121:2,10
122:10,22 123:3
123:14,20 124:25
125:1 126:15
127:20 128:3
129:12,19 130:1

130:22 131:5,14
132:10,23 133:8
134:1,17 135:3,14
136:6 137:7,17
139:8,18 140:7
141:4,12,19 142:6
142:12 143:2,9,17
143:24 144:5
145:12 147:8
148:18 149:10
150:16 151:11
152:5,14 154:9
156:2,21,23
157:14,22 158:16
159:18 160:11,20
162:14 163:10,23
164:10,17,23
165:14,23 166:10
166:20 167:2,12
167:24 168:24
169:16 172:22
173:16 174:6,17
176:1,11 177:18
178:9,24 179:5,12
179:18 180:12,18
181:6 182:9,23
183:24 185:5,11
188:11,19 189:5
189:18,24 191:15
193:22 195:4,17
196:6,19 197:8,19
198:9,24 199:11
199:23 200:6
201:1,9,13,22
204:8,16 205:4
207:22
objections 3:12
  4:19 13:13 36:10
  37:6 100:17
  108:17 117:24
  142:18 149:18

151:20 156:9
172:6
occur 104:12
occurred 120:20
october 31:3,6
  34:2,10 38:23
  45:10
offer 207:20
offering 177:1,12
  183:18,23 184:1
office 3:19 182:1
  213:11
oh 19:25 34:1
  69:22 70:1 80:14
  101:21 133:17
  154:19,24 161:8
  177:7
okay 9:14,23 10:4
  10:10,11 11:2,13
  11:20 12:11 13:9
  13:10 14:8 18:16
  18:18 19:19 20:3
  22:19 27:17 28:1
  28:2 30:5,8,10,20
  31:1,8 39:17 43:6
  45:8 60:3 61:22
  68:24 73:10 75:18
  79:8 80:14 99:8
  99:17 100:16,19
  100:25 103:20
  106:19 110:2
  124:6,8,18 126:24
  135:18 136:3
  141:16 144:14,18
  145:22 148:25
  149:25 153:11
  154:13 155:2,13
  156:24 157:8
  158:6,6 159:5,23
  161:24 163:18
  165:3 166:2 167:8

**[okay - parenthesis]**

167:23 169:7
177:7 184:5
185:24 186:20,24
187:3,8 192:13
193:9 202:11
206:15 208:7,9,13
**once** 27:5 144:19
146:12
**ones** 17:6 113:1
**online** 182:25
183:10
**open** 10:23 11:3
11:13 46:5 81:22
99:13 136:1
**operate** 87:10,11
88:1 153:21
**operating** 33:18
85:24
**operations** 101:7
101:22
**opinion** 91:24
**opportunity** 184:6
208:6,17
**opposed** 9:17
**option** 58:22 73:2
73:3,13,15,23 74:6
**options** 70:8 73:5
147:15 158:25
162:4 169:11
**order** 1:16 56:23
100:12 102:24
115:20 168:13
170:21 210:2
**ordered** 17:24
**ordering** 55:24
**original** 65:25
79:3 117:9 118:12
168:4 206:3
212:16 213:10,21
**originally** 67:18
151:22

**outcome** 57:23
**output** 101:18
**outputs** 157:13
**outside** 26:11 27:8
36:4,24 37:14
39:24 46:14 47:9
47:16 50:15 51:1
51:15 52:2 53:2
53:13,24 54:9
55:10 56:15 57:5
58:1,13 59:17
60:9,23 67:16
69:9 72:3 76:9
81:10 83:19 84:3
84:22 85:8,19
86:4,8,13,21 87:4
88:3,9 89:5 90:3
90:16 93:13,21
94:7,16 95:16,24
96:8,19 97:8 98:6
100:6,9 103:15
104:2,17 105:18
107:10,20 108:10
109:10,17 110:13
110:25 116:4,21
117:5,20 118:22
119:9,19 122:10
123:3,20 124:25
126:15 128:3
129:12,19 130:1
130:22 132:10,23
134:17 135:3,14
136:6 137:7,17
139:8,18 140:7
141:4,12,19 142:6
142:12 143:2,9,17
143:24 147:8
148:18 149:10
150:16 151:11
152:5,14 156:2,23
157:14,22 159:18

160:11,20 162:14
163:10,23 164:10
164:17,23 165:14
166:10,20 167:2
167:12,24 168:24
169:16
**overall** 50:17
**overlap** 105:16
**owner** 145:17
**owner's** 3:20
145:4

**p**

**p** 3:13 8:5
**p.m.** 80:16 98:25
98:25 112:3,3
153:2,2 171:24,24
194:10,10 210:5
210:12
**page** 3:3,9 4:4 5:6
12:1 18:11 20:13
22:17,19,24 23:13
27:21,25 30:23
31:1,2,8 32:5
33:22 34:9 39:15
39:18 41:18,20
43:7 44:17 45:5,9
47:25 48:3 54:19
62:11 69:18,22,24
70:2 72:9 80:3,4
80:13 95:4 100:22
124:17 125:7
128:9 130:6
131:19,23 134:8
138:5 140:13
145:21 146:2,3,4
146:20 148:24
149:24 150:1,22
150:24 153:14,24
154:11,14,17,19
154:20,21 155:2,5
155:9,12 157:7

158:5,10 159:4,22
161:4,23,25
162:21,23 164:4,5
165:2,4 166:1,5
168:7,9,12 169:7
172:9,10 176:21
177:4,5 179:16
181:9 183:12
187:6 191:8 193:8
193:9 202:1,6,9
203:18 206:12,13
206:13 208:3
213:15 214:4
215:4,7,10,13,16
215:19
**pages** 22:18
202:10 203:8
206:2 213:14,17
213:17 214:3,6,6
**paging** 146:13
**pain** 143:15
**painful** 138:17
**pair** 47:19
**panel** 157:9,12
167:4
**paragraph** 62:13
62:14,15 66:1,10
72:9 76:21 82:14
82:21 103:17
107:13 108:20
109:24 125:15
128:10 155:16
176:22 177:5
181:9 207:17,18
**paragraphs** 80:19
**paren** 72:19 73:20
81:22 140:16,17
**parenthesis** 16:3
32:13 48:9,13
71:3 81:1,2

**[part - play]**

**part** 3:22,24 25:7
27:13 31:8,9 32:1
32:22 34:19 35:1
35:17 37:24 40:18
44:25 45:3 50:1,6
50:10 54:13,16
58:9 59:10 61:1
64:4 68:2 71:13
80:2 82:8 88:13
88:22 92:18
100:10 105:3,21
105:22,23 106:1
106:12,14 108:5,8
108:16 109:8
110:9,10,12,12
115:11,20 117:13
119:13,14 120:16
121:17,23,24
122:2 128:11
133:7,24 145:23
152:16 160:25
170:11 174:12
186:16 193:12
198:15 202:13
204:19
**particular** 29:2,8
38:6,8 44:1,9
106:15 143:15
157:24 160:24
162:18
**parties** 8:18,23
**parts** 186:19 200:9
**party** 41:21,24,25
43:10,16,23 44:2,8
44:15,18,25 45:1,3
48:15 62:20 63:5
63:5,8,12 66:24
67:10,17 74:22
77:24 78:4,21
79:2,5,9,11 81:23
92:24 93:11,15,16

94:15 95:9,12
105:13 128:22
139:17,21,23,24
140:16 160:19,25
161:20 162:7,12
162:18 167:7
187:16,20
**patent** 3:14,15,17
9:2,3 17:16,17
38:16,19 74:23
99:19 100:2,5,22
109:25 110:5
112:21 113:2,2,12
124:14,17,22
126:18 194:20,20
202:7,24 204:23
204:23
**patents** 9:2 13:16
13:19,24 14:15,18
15:6 16:9,12,16
17:3,13,23 49:22
49:25 99:25
113:20 124:9
133:22 194:16
199:21 200:4,4,25
201:7
**patio** 28:10 59:18
**pause** 111:17
172:17,21,23
173:6,14,24 174:3
174:10,16 191:22
**paused** 173:20
**pausing** 191:18
196:20
**pc** 4:11 192:11,14
193:25
**pdf** 19:13 30:25
146:3,5 206:13
213:12 214:1
**penalty** 211:6
213:16 214:5

**pending** 10:9
156:16,18
**people** 43:1
141:25 143:25
144:7 181:3
**perfect** 111:5
130:25
**performance**
14:10
**period** 95:8 120:8
213:18 214:7
**perjury** 211:6
213:17 214:6
**perma** 45:15,18,19
46:1,11 47:3,3,7
**permanent** 45:19
45:22 80:9,19
**permanently**
46:18,21 47:20
76:24
**persist** 120:1
121:4 140:24
**persisted** 119:18
**persistent** 121:1
**person** 83:8 86:22
104:10 118:17
137:21 143:11
**personal** 170:12
171:2
**persons** 14:19
16:17
**perspective** 23:12
24:12 34:19 50:7
83:9 84:13 93:24
94:10 122:13
156:25 177:17
180:22
**pertains** 212:15
**philips** 97:16
182:15 184:12,17
184:19 185:3,8

**phillips** 185:15
**phrase** 45:15
**physical** 38:9
**pick** 31:13 32:12
40:9,14 73:11
110:7 112:9
**piece** 40:4 61:11
**pieces** 29:7
**pinpoints** 143:8
**place** 80:11 104:22
118:14 144:24
158:22 163:14
212:11
**places** 29:3
**plaintiff** 1:5,10
6:10
**plaintiff's** 99:14
124:1
**planned** 46:5
**planning** 185:1
**play** 24:15 26:1
29:7 40:3,4,11
41:6,7,8 50:19
51:7 52:8 53:17
54:16,17 56:3,19
56:22 57:24 58:3
58:19,23 59:14,19
61:10,18 67:24
70:19,20 71:24
72:13 73:8,11
74:4 83:1,14
87:15 104:6 106:3
107:24 115:22
116:7 126:20
147:22 149:22
161:14 172:18
173:7,11 187:10
187:18,23 189:3
195:14 196:22
197:14 199:4

[playback - predefined]

**playback** 113:15
113:19 124:23
125:3 147:17,20
149:2,7,16,20,21
195:2 196:18
207:14
**played** 29:5,6
55:24 151:18
**player** 27:13 51:4
68:7,15 75:4,8
85:1,4,6 86:17,17
86:18,24 90:1,10
90:14 102:13
107:8,18 109:8
115:11,19 119:24
121:16 122:1
123:5 154:1 158:2
158:8,14,19,19,21
159:1,6,10,16,17
159:20 165:22
167:21 182:4
187:21 196:25
197:1,2,3,5,9,12
197:13,21,23
198:3,6,12,14,20
198:22 199:1,4,7,9
202:23,25 206:21
207:3,6,11,12
**player's** 207:1
**players** 23:17
27:12 67:1,11
68:4,12 84:18
85:3 87:2,6,10
88:21 89:3,22
92:22 101:4,15,17
102:4,5,17 103:1,2
103:6 105:11
106:22 107:3,24
108:2 109:2 119:7
120:18 121:15,16
121:16,23 122:8

122:14,20 123:12
123:18 128:15
152:3 154:15,25
155:19,21 156:1,8
156:11,19,25
161:18 166:19
167:20,23 172:11
173:3,9,17,20
174:9,11 198:15
202:20 206:23
207:9
**playing** 24:15 26:8
26:15 40:15 42:3
44:13 50:22 51:5
51:7,8,10,11,24,25
52:6,9,13,13 53:17
54:7,8 55:2,7,8,14
55:15 56:2,7,8,19
56:20 57:4,8,18,19
57:25 58:17 59:3
59:14,15 60:12,13
61:5,7,19 70:4,10
70:18,25 71:21,25
73:9,18,25 74:1,3
82:25 83:3,11
87:15 88:15 94:14
95:13 104:23,25
116:8 126:20
148:3 161:17
168:16 172:17
173:6 187:24
188:9,14 196:14
196:15 197:10,12
197:18,21 198:5
198:13,17 199:1,5
199:8,9,12,14
**playlist** 29:5,6
40:9 132:19 133:3
133:7,13
**playlists** 129:1
132:15

**please** 7:3,16,19
8:1 9:16,21 10:24
11:9 12:12 18:17
18:25 26:23 28:1
30:5 32:9 34:6,6
38:4 44:5 45:6
48:1 49:9 62:11
69:19,25 84:5
99:13 107:17
108:13 113:5
115:1 124:5 127:8
145:19 149:13
151:13 152:22
155:2,10 157:7
158:5,20 159:4,22
165:2 166:1 172:8
172:9 182:6
186:13,24 190:15
190:25 191:25
192:7 195:9 201:3
203:21 208:21
210:3
**plus** 90:21,23
91:11,15,15,18,23
92:7,19 94:2,2
118:2,2,3,14,14,14
166:14 169:10
**point** 18:13,14
26:6,9,22,23 42:14
43:22 47:8 54:4
81:8 115:2 139:23
142:3 163:17
180:15,23 188:13
194:5 196:18
**pointing** 165:6
**points** 9:25 143:16
209:8
**pop** 18:15 19:15
124:7 135:19
**populated** 159:14

**portion** 125:14,17
155:17 163:19
164:5
**portions** 12:6,16
12:17,18 14:24
**posed** 129:7
**position** 125:9
**possession** 38:17
**possibilities** 71:2
**possible** 35:9,13
36:7 72:20 110:11
114:1,13,21 115:5
116:3,16,17,18
118:19 127:4
145:24 165:10
166:17,18,22
167:6 181:17
183:11 200:21
**possibly** 22:22
**post** 128:9 130:7
131:20 132:1
134:4,4,5 136:10
136:15 138:6
140:12
**posts** 136:3 143:19
143:22
**potentially** 42:23
89:18 105:24
**powerful** 62:23
63:18
**practice** 13:23
16:2,6,7 204:14
205:1,14 206:4
**pre** 159:14
**precisely** 179:1
**predecessor**
175:16
**predefined** 64:6
81:22 82:10 83:23
138:20 139:15
207:8

[preference - questioning]

preference  73:12
preferred  188:18
preparation  19:9
prepare  14:23
    15:3,20 16:21
    17:10,24
preparing  62:7
    104:10
present  2:21
preset  128:20
presets  5:7 129:7
press  27:2 155:19
    172:17 173:6
pressed  27:5,10
    93:16 167:5,8
    173:18 174:10
presses  162:17
pressing  67:23
    161:1
presumably  38:23
    175:21 179:24
    180:22
previous  139:20
previously  5:3
    65:20 166:7
primarily  169:18
principle  117:12
    120:22
principles  190:20
printout  128:1
prior  8:15,17 9:6
    65:18 87:9 90:6
    112:12,18 113:9
    113:11,15 114:1
    120:24 121:9,22
    127:3 169:20
    202:10 206:19
    212:6
privileged  13:15
    13:22

problem  41:21
    77:12 119:24
    120:20 122:24
    128:16
problems  14:11
    76:22
procedure  213:19
    213:20
proceed  7:11
proceeding  138:2
proceedings
    210:11 212:14,17
process  34:13 65:1
    65:10 88:22
    122:20
processing  86:20
    86:23
processor  123:13
processors  207:2
product  33:13
    45:20 52:18 66:4
    66:7 67:4,18
    89:13 97:16,19,25
    98:4 117:8 121:9
    143:7 144:1
    145:10,15,24
    147:7 157:25
    158:23 174:8
    180:3 181:4,15,23
    182:21 184:10,18
    185:3,8,15 188:18
    188:22,24 189:14
    204:3,6
product's  145:7
products  4:5 47:8
    47:15 66:21 69:16
    84:1,2,9,17 97:11
    97:14,22 103:14
    103:25 111:16
    120:24 122:15
    141:17 142:1,3,5

143:1,16 175:4,20
175:21,23,23,25
176:3,5,7,14,17,20
177:15,24 178:11
178:13,18,19,21
178:22,23 179:10
180:6,14 182:11
184:14 189:2,17
190:4,5,7 199:22
200:24 201:6,12
201:14,18,21
209:11,12,14,15
209:18
profile  31:14,25
    32:4,12,18,20,21
    32:24 33:6,10
profiles  33:2,22
    34:9 39:19,23
    40:14 80:9,20,23
    80:25 81:17
program  206:22
programable
    189:15
project  20:9,11
    22:14
pronouncing
    186:6
pronto  184:13,18
    184:19 185:3,8
property  3:18
proposal  132:22
proposing  132:9
    137:6
prosecution  13:19
    14:16
protective  1:16
    210:2
provide  181:12
    189:12
provided  213:19
    214:8

providing  176:23
    177:9 183:15,22
provisional  205:7
public  124:9
purpose  175:19
pursuant  1:16
pushing  85:12
put  23:16,20 25:24
    35:6 42:16 43:4
    58:4 59:2 65:16
    65:18 67:18 73:10
    81:21
putting  44:13

q

quality  127:16
question  9:21 10:2
    10:8,9 12:12 17:4
    25:16 32:9 34:4
    36:19 38:3 40:20
    44:4 47:5 49:8
    51:21 59:24 67:8
    78:15,18,19 84:5
    85:15 90:9 100:17
    100:18,18 103:21
    107:17 108:12
    109:5,19 113:5
    114:25 115:4
    122:18 149:12
    151:13,17 156:16
    156:18 165:16,19
    167:15 169:25
    172:24 174:1,2
    178:1 182:6,17
    184:4 195:9
    196:13 197:24
    199:1,15 201:2
    203:10,21,23
    206:8
questioning
    109:17

Veritext Legal Solutions
866 299-5127

**[questions - refresh]**

**questions** 10:1
109:14 112:8,25
145:21 169:18
170:5 186:18,23
209:25
**queue** 71:9 73:20
74:4 83:1,3,3
**queued** 73:8
**queues** 72:12
82:22
**quick** 98:21
152:20 171:19
**quickly** 9:11 132:2
164:4 202:2
**quinn** 2:16 6:24
**quinnemanuel.c...**
2:19 213:2
**quite** 30:21 138:17
**quote** 102:11
136:16
**quoting** 163:16

**r**

**r** 3:13 7:22 215:3,3
**r&s** 214:1,9
**rack** 181:15
**radio** 40:7 73:6,25
83:11,14 129:1
**randolph** 2:11
**rapid** 180:21
**reach** 194:4
**reached** 66:15
**read** 12:8 14:6,25
32:5 62:13 68:24
100:21,25 101:20
103:16 107:12
108:20 109:24,25
124:19,19,21
132:2,6 143:19,22
147:10 183:14
186:13,15,21,22
186:24 203:19

**readable** 206:24
**reading** 33:2
34:11 107:1
109:21 110:23
143:5 163:12
213:23 214:9
**reads** 14:8 15:24
28:15 32:12 33:2
39:18 62:15 66:10
70:22,24 71:8
72:10,17 73:15
101:3 102:1,23
106:20 125:17
146:20,24 148:7
149:2 150:24
154:22 155:17
161:9 163:5
176:22 206:18
**ready** 70:19 73:8
74:3 145:20
**real** 182:24 183:5
183:7
**realize** 20:2
**really** 23:24 58:20
112:25 118:1
136:18
**reason** 8:10 9:5
75:2 171:8 215:6
215:9,12,15,18,21
**recall** 15:7,9,15
28:23 32:25 38:20
38:20,24 49:16,20
49:24 52:19,23
53:1,5,11,21 54:2
54:4 55:22 56:24
76:10 81:18 95:8
97:21,25 98:3,4,15
100:5 102:7 117:8
141:16 145:23
146:1 151:22
157:3 164:18,22

165:21 166:13
180:19 182:20
183:7,9,11 184:23
186:12 191:16
193:4 194:22,23
194:24 195:12
199:16,16 206:11
207:25
**receive** 87:3
122:20 123:5,8,10
207:3
**received** 87:7
**receiver** 147:15
**recess** 39:6 74:14
98:24 112:2 153:1
171:23 194:9
**recognize** 30:20
100:2 175:9
192:21
**recollect** 168:2
200:20
**recollection** 57:11
72:6 124:15
148:14 149:6,15
150:10,13 151:7,9
151:18 162:11
163:20 184:19
185:6,12,18 190:1
190:8 191:20
201:17,19,23
**reconstituted**
24:19 121:20
**record** 6:6,22 7:17
7:20 8:3 14:6,25
39:5,9 62:14
74:13,17 98:23
99:2 111:22 112:1
112:5 152:24
153:4 170:13
171:2,11,18,20,22
172:1,2 192:24

194:8,12 208:24
210:5
**recorded** 6:7
**recording** 147:16
**red** 193:16,19
**reduce** 204:12,13
204:25 205:13
**reduced** 212:12
**reduction** 13:23
16:2,5,7 206:3
**refer** 31:24 35:14
82:6 94:21 164:8
168:8 206:3
**reference** 52:5
66:7
**referenced** 213:6
**references** 31:16
**referred** 45:21
82:24 131:11
205:19
**referring** 17:5,24
18:24 19:9 31:25
32:19 33:7 36:17
38:6 79:7 80:1
82:23 89:15
101:10 112:24
133:15 134:25
139:22 142:15
154:17,19 163:2,4
187:15 196:21
**refers** 33:13,16
42:14 45:19
**refinement** 205:15
**refresh** 18:11,14
124:6 148:14
149:6,15 150:10
150:13 151:7,9,17
151:21 162:11
163:20 205:21
206:5

Page 25

**[regard - right]**

**regard** 56:14
208:18
**regarding** 13:22
16:1 132:21
203:16 207:20
**regardless** 54:7
95:14 110:19
121:18
**regular** 47:23
**relate** 39:22
157:21
**related** 6:14 40:14
169:20 201:21
202:7
**relates** 100:5
109:12 125:9,11
170:1 194:1
**relating** 23:9
173:23 175:21
**relationship** 83:17
193:17,25
**relatively** 9:11
**released** 142:1,1,2
213:21
**relevant** 202:10
203:8
**relink** 77:8
**remain** 173:10
**remember** 8:22
15:12 21:11 38:22
81:11 84:20 97:17
121:16 123:23
147:6 164:14
193:5 204:25
205:17
**remembering**
133:17
**remote** 176:24
177:10 181:18
183:16,22 184:20
184:24 189:15

**remotely** 118:21
**remove** 117:9
**removed** 115:19
116:23 117:13
120:19,22
**removing** 117:2
**rename** 150:11
**renamed** 193:12
**renaming** 159:6
**rendered** 91:16
158:3
**repeat** 32:8 34:6
49:8 90:8 108:12
113:5 165:16
167:14 182:5
195:8 201:2
**repetitive** 130:13
**rephrase** 85:16
88:19
**replacement**
184:23
**reported** 1:25
**reporter** 6:19 7:3
7:7 9:12 11:17
17:21 18:6 22:3
99:16 111:21
124:3 127:7
135:23 144:23
153:10 170:10
174:25 185:23
190:14 192:6
200:15 209:21
212:24
**represent** 12:25
13:7
**representing**
23:17
**represents** 23:24
**request** 132:22
141:10

**requested** 81:1
170:20 214:1,9,10
**requesting** 81:16
132:9 139:6 140:2
141:3
**required** 100:10
212:18
**requirements**
102:25
**requiring** 126:7
**reread** 78:11
**reserve** 210:3
**reserved** 172:5
**resist** 138:4
**respect** 12:16
13:16,18,20,24
14:24 15:23 16:22
16:25 17:7 25:19
68:14 80:23
134:25 201:25
202:4,12,14
**respond** 10:2
137:14
**responded** 208:12
**response** 13:15
202:3
**responses** 3:12
4:19 9:17 205:20
**responsibilities**
76:7
**responsibility**
76:5
**responsible** 69:7
**rest** 77:5 136:20
208:2
**restart** 173:11
**restate** 114:25
**restore** 77:7
**result** 95:19
131:16 198:8

**retained** 210:9
**return** 213:17
214:6
**reuse** 127:3
**review** 15:3 16:25
142:23 143:8,14
208:6,17 212:17
213:8,10,13 214:2
**reviewed** 12:10
15:1 16:23 17:9
17:13,24 19:2,9,18
30:13 32:7 62:6
69:1 78:14 100:24
103:19 132:4
133:23 186:14,25
187:2 191:1
192:23 200:19
203:20 208:8
209:6
**reviewing** 208:23
**reviews** 208:10
**rich** 176:24 177:10
183:16,22
**right** 10:13 11:5,7
17:14 19:14 21:21
24:22 26:16 31:3
39:13 44:22 47:21
52:14 53:23 55:9
57:9 59:1 61:9
62:7 63:9 66:4
69:16 72:2 74:25
75:4,23,25 78:5
80:11 82:14 84:18
87:3 88:2 91:12
92:11,18 93:1
96:7,24 97:1
100:13 101:18
108:9,16 120:14
123:13 128:8
132:12 134:22
140:6 148:6

[right - scene]

152:13 155:16
157:19 159:17
160:10,16 163:9
164:6 165:13
167:18,23 168:23
169:15 174:16
176:10 177:17,25
180:7,11 195:8
209:22
**rincon** 175:15
**ringer** 9:9
**rob** 190:20 192:14
**robert** 1:19 2:1 3:4
6:8,8 7:6,18 99:20
175:6 210:6,7
211:5,14 213:5
215:2
**role** 81:7
**rom** 154:2
**room** 10:12 23:23
24:1,3,4,5 27:16
27:17 28:9,9,25
29:2,7,14,17 31:13
31:14,17,19 32:1,3
32:12,13,17,22,24
33:21 34:8 40:13
40:15 41:7,8
42:17,19,23,24
43:2,3,5 45:11
48:3,10,13 50:8,9
59:12,13,20 68:2
71:13 73:25 83:13
89:17,18 90:20,21
90:23 92:7 94:12
94:14,25 103:7
104:5,13,18
105:12 108:4,8,15
108:19,23 114:15
115:15 120:17
162:8 166:7,12,14
166:15 169:10,11

185:4
**rooms** 23:4,16,17
23:21 24:6,13,20
25:24 27:11 28:11
28:16,24 29:11,23
30:6 31:9 33:7
40:15 42:1,4,11
46:12 50:8 59:2
59:17 64:4 65:10
65:11 71:22,25
73:3,4,7,10 74:2
75:14 82:25 83:22
90:19 94:1,4,13
95:22,23 110:4
168:3 185:4
187:18
**roughly** 28:10
38:22 45:23
102:22
**rule** 100:9
**rules** 9:10 214:8
**run** 18:25 33:17
85:23 192:22

**s**

**s** 3:8 4:3 5:5
161:11 215:3
**santa** 2:2 6:1 7:22
8:6
**satisfy** 102:24
**save** 65:17,22
80:24 81:17 96:2
121:7 128:14
129:14,20,22,22
129:22,23 130:3,4
130:15,25 131:10
132:14 137:21
196:10 199:25
200:5
**saved** 24:17 29:15
29:18 33:8 35:18
64:7 68:3,7,11,15

68:19,21 69:3
79:22 83:23 89:20
92:6 96:7,14,14
102:3,12,16
120:18 121:15,20
132:16,19 133:2
133:24 139:11
140:3 194:21
195:21,23,25
196:21 197:15,23
199:3 200:8
**saving** 121:19
129:17 133:2
**saw** 94:24 132:13
139:20 183:9
**saying** 28:7 32:22
43:18,21 54:11
79:7,25 108:4
110:8,16,16,21
111:6 116:7
130:21 141:25
144:1 163:19
**says** 14:21 16:19
31:12 41:20 43:10
43:11,12,12,13
44:20,20 45:2
48:4,7,9,15,15,16
61:25,25 70:2,9
77:19,24 102:15
105:9 109:2
126:12 128:4,11
147:14 150:1
151:1 153:24
154:14,25 159:7
161:5 162:6,7,8
163:1 164:6,6
165:5 168:12
169:9,9 172:10,14
173:8 187:7,9,22
188:3 193:10,17
205:6

**scan** 28:1 68:22
145:19 175:10
190:25
**scanned** 187:3
**scenario** 54:21
55:12 56:4 57:2
57:17 58:21 78:7
79:25 95:10 104:4
104:7,10,25
105:21 106:15
121:22 174:4
197:13
**scenarios** 108:22
135:6 186:10
188:17,21,22
**scene** 18:23 23:6
25:8,11,18,20 26:7
26:14,18,24 27:4,6
27:12 28:4,13,22
28:24 29:2,3,9,13
29:24 30:7 31:25
32:21 34:14,19,20
34:25 35:5,10,10
35:17,20,21 36:3
36:14,17,21,23
37:5,13 40:19,19
40:21,24 41:9,11
41:14,16 59:8,11
59:21,23,25 60:2
60:14 61:1,8,10,13
61:15,20 62:16,22
63:8,12,16,23
65:14 67:3,6,13,15
68:3,6,8,15,16
70:5,16 71:11,14
72:21,22 74:24
75:3,7,15,15,16,17
78:9,22 79:1,17,23
83:18,22 84:1,9,17
87:9 98:20 114:10
121:6,7,14,17,19

Veritext Legal Solutions
866 299-5127

**[scene - seen]**

121:20,20 133:7
133:24 137:20
197:2,3,15,17,22
197:24 198:4,4,5,5
198:6,7,11,15,16
199:2,3,8,8,10,12
207:7,15
**scenes**  15:18 20:9
20:11,22 21:1,7,14
21:17 22:15 23:1
23:9 29:14,17
31:10,19 32:1
33:21 34:8 48:19
58:25 59:6 60:8
61:25 63:6 64:5
66:3 68:1,11,19,21
69:3,8,13,16 82:3
82:6,11 88:20
89:4,8,11,12,24
95:7 96:24 114:9
120:15 131:4
132:21 133:16
134:12,16,22,25
135:13 137:14
141:9 197:7
198:11,14,21,23
204:18,19 205:3
**schedule**  213:10
**schulert**  15:11
75:23 76:2,17
77:12 80:5,16
**schulert's**  76:7
**scientist**  122:13
**scope**  14:9 26:11
27:8 36:5,25
37:15 39:25 46:15
47:10,17 50:16
51:2,16 52:3 53:3
53:14,25 54:10
55:11 56:16 57:5
58:2,14 60:10,24

67:16 69:10 72:4
76:9 81:10 83:19
84:3,22 85:8,19
86:4,8,13,21 87:5
88:3,10 89:6 90:4
90:17 93:14,22
94:8,17 95:17,25
96:9,20 97:9 98:6
100:7,9 103:15
104:2,17 105:19
107:11,21 108:11
109:11,17 110:14
111:1 112:8 116:5
116:22 117:6,21
118:23 119:10,20
122:11 123:4,21
124:25 126:15
128:3 129:13,19
130:2,22 132:10
132:24 134:18
135:4,15 136:6
137:8,18 139:9,18
140:8 141:5,13,20
142:6,13 143:3,9
143:18,24 147:8
148:19 149:11
150:17 151:12
152:6,15 156:3,23
157:14,23 159:18
160:12,21 162:15
163:10,24 164:10
164:17,24 165:15
166:11,21 167:2
167:13,25 168:25
169:17,20 170:3,9
170:16,23 171:14
**screen**  23:3 27:1,3
27:6,11 28:3
33:10 59:9 146:16
147:25 148:8
163:3 181:16

**screens**  42:2
139:20
**screenshot**  159:24
**screenshots**  150:5
**scroll**  12:1 146:12
**scrolling**  146:13
**se**  111:10,14
**search**  128:12
**second**  4:19 8:23
22:19 63:4 66:10
78:3 104:22
116:19 125:14
130:6 131:19
144:13,17 153:14
153:24 155:16
173:8 187:22
193:10 198:16
207:11
**seconds**  155:20
195:6
**section**  78:12
110:3 155:13
158:7 161:5
170:11 172:9
187:6 193:8,24
207:19
**see**  11:10,12,19,24
12:2,3,4 14:21
16:19 17:16 18:8
18:21 19:6,17
20:17 22:7 25:5
28:18 31:24 32:15
33:4 39:20 41:20
43:14 44:22 45:12
45:16 48:5,11,17
62:2,24 66:16
68:23 70:6,13
71:4,17 72:25
75:20 76:19 77:10
77:25 80:6,10,12
80:21 81:3 82:1

99:22 100:16
101:8,23 102:6,22
103:10 106:25
107:7 124:8,12
125:16 126:9
127:9,10 128:8
129:5,6,8 130:18
131:22,25 134:7
134:13 135:19
136:13 137:3
138:21 139:3,4
140:25 141:25
143:25 145:5
146:16 147:4,18
147:21,23 148:4
148:12 149:1,4
150:1,8 151:5
153:15 154:4,16
154:21 155:7,23
158:15 159:12
160:2,7 161:3,21
162:2,9,25 163:6,7
163:13 165:8
172:12,19 175:7
177:2,7,13,24
181:4,19,20
182:22 183:2,4,7
183:19 184:15,16
186:4 187:13
188:1,6 190:17,22
191:11 192:16
193:14 200:18
207:17,18
**seeing**  163:11
200:20
**seeking**  169:19
**seen**  13:7 94:23
124:14 127:25
141:21 145:17,22
145:25 184:10
200:17

**[select - sonos]**

**select**  158:20,23
159:1,8,14 167:10
167:20,22 168:3
168:15 169:10
**selected**  147:20
160:18 163:9
167:7
**selecting**  150:5,6
161:19
**selection**  130:17
131:1 188:5
**selling**  142:3,4
**send**  11:5
**sense**  9:19 92:5,19
176:4 188:23
**sent**  15:5 79:3
180:20 181:1
187:20
**sentence**  63:4 70:9
70:24 81:5,19
82:8,18 101:3,20
101:25 102:11
106:20 107:13
109:21 125:15
173:8 183:13
184:12
**sentences**  173:2
**separate**  77:21
79:25 95:22 96:6
96:18 106:1 118:7
157:2 166:15
171:15 173:23
**separately**  96:13
100:10 109:16
116:15 117:17
119:7 169:23
170:21 185:4
**september**  204:15
205:2,12 206:19
**served**  202:4

**server**  3:20 145:4
147:3 152:9,11,17
**session**  10:22
133:21
**set**  4:20 23:15,25
41:3 63:13 64:5
89:12,15 115:21
132:16 136:3
166:12
**setting**  62:20 63:8
130:12
**settings**  123:23
193:12
**setup**  128:18
147:16,17 154:2
155:5
**setups**  97:3,4
**share**  10:17,22
11:10 18:9 114:23
**shared**  15:2 16:24
115:6
**shea**  2:10 7:1
**short**  39:2 74:10
**shortening**  33:14
**shorthand**  212:11
212:24
**shortly**  135:20
171:16
**show**  13:4 21:16
31:9 90:19,21
102:11 166:8,14
180:14
**showed**  181:2
**showing**  28:4
88:22 152:18
169:14
**shown**  27:24 92:20
161:1 164:19
174:12
**shows**  23:3 30:25
30:25 205:13

**side**  28:14 69:8
146:13 165:6
**sides**  172:5
**sign**  213:16 214:5
**signature**  31:5
45:11 210:3
212:23 213:21,23
213:23 214:9
**signed**  138:7
**signs**  134:6
**silent**  168:18
**similar**  62:19 63:4
64:18 134:25
198:2
**simple**  72:20
147:22
**simplest**  71:14
75:14
**simply**  70:12
**simultaneously**
148:11 149:3,8,17
**single**  28:22 42:19
46:6 60:1,2 62:19
87:16 115:11
122:4 130:16
131:1 138:19
139:14 207:23
**sinuswave**  131:21
131:25 132:9,22
**sinuswave's**  134:4
**sitting**  98:2,14
183:6 193:5
**situation**  60:12
71:19 77:14 82:24
94:12 117:16
129:21 197:20
**situations**  55:13
144:8,9
**six**  138:16 208:25
**sketchbook**  4:13
21:10,13 22:9,12

22:13,16 29:21
30:1,3,6,9,11
37:22 38:1,2,5,7,8
38:9,13,15,18 49:4
49:12,15
**sketched**  28:10
37:25
**sketches**  21:17
23:8
**skip**  101:25
**skipped**  70:22
**slightly**  56:4
**slim**  183:2
**slimdevices**
179:15 182:19
**small**  181:15
**smiley**  177:1,12
183:18
**smith**  2:10 7:1
**smoke**  209:17
**software**  10:25
69:15 76:11 86:3
160:1 167:1
**solution**  71:15
**solutions**  6:18,20
181:14 210:10
213:7
**solve**  144:9
**somebody**  197:21
**somewhat**  145:13
**sonos**  1:7,9 2:9
3:11,12,21,22,23
4:6,8,10,12,14,15
4:16,18,19 5:7,8
6:9,11 7:1 8:4,20
8:25 11:23 13:1
13:13,14,20 18:20
19:6 22:6 47:7
50:1,6,12 51:5
53:23 54:4 55:8
55:20 56:12 57:23

Veritext Legal Solutions
866 299-5127

**[sonos - standalone]**

58:9 61:23,24
63:22,25 66:11,20
67:9 72:1 73:13
74:6 75:19 76:3
76:11 81:7,12
84:2,9,17 88:1
92:23 97:6,12
103:13,25 120:24
127:16,16,19,24
127:25 128:2,4
136:4,8 141:16,17
142:10,23 143:14
143:16 144:4
153:13,20,25
154:1,2 159:1,25
164:14,22 172:16
173:5 174:22
175:16,18 176:9
176:17,19 177:16
178:8,22 179:4,11
179:17,23 181:3
183:23 184:7
188:18 192:25
194:20,24 195:12
195:24 196:4,23
199:22 201:20
202:4,13,15,22
204:13,25 205:13
205:19,24 206:20
206:21,23 207:1,3
207:6,9,11,12
210:8 213:4 215:1
**sonos's**  202:19
**sorry**  13:6 19:23
31:17 32:8 36:16
37:7 55:18 60:4
69:23 78:16 84:4
93:25 103:20
104:5,7,19 111:16
117:10 122:23,23
131:23 140:4

146:8 154:17,20
156:22 163:11
167:14 169:5
173:25 177:3
208:9
**sort**  19:12 22:25
26:21 119:24
141:17 177:19
205:11
**sound**  158:2
191:13
**sounded**  143:4
**sounds**  100:4
**space**  4:5 46:6,7
64:11 175:5,21
176:8,20 177:16
177:21 178:14,16
180:6,14
**speak**  15:19 99:9
**speaker**  23:25
24:2,3,4 27:14,15
27:16,16 42:15,19
43:2,4 49:1,5,13
49:17 50:5,13,24
51:6,10,12,14,23
51:25 52:8,13,24
53:17 54:5,6,12
56:5,7,13,14 60:4
87:23 95:15 98:8
111:9,12,13
112:10,11,14,18
113:4,9,15 116:18
139:7 157:19,20
168:4,23 182:8
194:25 195:1,2,13
195:14,15,18
196:14,16,17
199:13 201:14
**speakers**  23:25
27:19 42:16,17,22
47:20 52:5,11,25

54:13,18 56:6,7,13
56:22 57:3 58:16
61:17 67:24 68:12
70:18 77:15 79:4
79:6 85:4 87:23
95:13,15 96:5,6
97:2 98:12 104:24
105:1,22,23,24
115:21 116:11
128:24 157:4,25
158:1 164:1
165:25 167:6
185:9,10,14
187:19 194:25
195:13 196:15,22
198:18
**speaking**  92:1
133:9,13 170:18
176:2
**spec**  15:6,17 17:3
35:4 94:21,23,24
**special**  132:15
184:7
**specific**  21:4,4,5
38:3 61:10 86:15
87:18 96:11
122:18 143:11
203:12 204:3
**specifically**  93:25
114:19
**specification**  4:15
15:12,14,15 17:6
18:23 20:7,8,10
61:24 190:20
192:12 205:25
207:24 209:6
**specifications**  4:9
4:11 17:10 209:8
**specified**  36:22
199:16

**specs**  94:22
**speculate**  119:23
**speculating**
120:21 133:1
**spell**  54:21
**spoke**  16:23
**square**  32:11
**squeezbox**  179:15
182:15,18,22
183:4,9
**srv2-00026625**
4:14
**srv2-00026839**
4:16
**srv2-00026888**
4:18
**srv2-00032289**  4:6
**srv2-00032312**
3:21
**srv2-00032475**
4:10
**srv2-00032575**  4:8
**srv2-00033494**
4:12
**ss**  211:1 212:2
**stage**  25:6,24
**stamped**  3:20 4:5
4:7,9,11,13,15,17
**standalone**  48:23
48:25 49:5,13,17
50:5,13,18,24 51:3
51:6,10,12,13,23
51:24 52:8,12,24
53:17 54:5,6,12,25
56:5 60:19 87:11
87:15,21,22 93:8
94:13 194:25
195:1,2,13,14,15
195:18,19 196:14
196:16,17,18
197:1,4,6,9,21,22

**[standalone - system]**

198:3,6 199:2,4,13
**standing** 37:1,20
49:25 50:10 52:16
53:4 54:1 166:13
168:1
**stands** 71:6
**start** 26:8,15 30:18
76:14 79:24
149:20 153:7
156:14 170:11
**started** 70:5
142:21 170:16,19
**starting** 149:2
208:3
**starts** 202:9
**state** 6:21 7:16,19
8:1 211:1 212:1,5
212:24 213:9,12
**stated** 75:11
145:24
**statement** 100:8
**states** 1:1 6:12
149:19 152:7
**station** 40:7 73:6
73:25 83:12,14
**stations** 129:2
**status** 147:1
**stay** 79:12 195:19
**step** 70:23 78:20
**steps** 130:16 131:1
**stereo** 47:19
**stipulation** 213:20
**stop** 53:16 57:4,8
71:12,24 149:20
172:15 173:4
174:11 197:10
**stopped** 61:19
**stopping** 149:2
**store** 87:2 88:21
132:14

**stored** 75:3,8,10
75:13 120:8
132:16 206:22
**stream** 47:22
50:19 122:17
**streamed** 98:7
**streaming** 97:11
97:14,22 152:12
152:18 179:20
**streamium** 97:16
184:14 185:15
**streams** 152:17
**street** 2:11 8:5,6
**strike** 10:15 15:12
21:22 31:17 41:12
43:6 47:6 59:23
60:5 62:9 65:25
67:7 75:6 76:6
88:20 90:13 91:3
92:22 93:5 111:4
111:8 113:23
120:5 121:6 122:5
133:5 136:10
137:13 140:4
150:12 151:8
166:17 183:2
194:23 204:9,12
**string** 3:16 4:17
**structure** 133:1
**structures** 132:17
**studied** 110:5
**subject** 12:25
13:13 14:14 170:1
186:10 205:21
**subjective** 178:1
**subsequent** 160:23
**subsequently**
121:25 197:24
**substance** 99:10
**suggest** 122:15
123:9 125:4

**suggested** 128:13
**suggesting** 134:16
**suggestion** 129:11
**suit** 16:9,12,16
**suite** 2:11,17
**sullivan** 2:10,16
6:24,25
**summer** 128:22,23
**summons** 99:24
**sunday** 43:12
**super** 205:6
**supplement**
100:12
**supplemental** 4:19
170:21
**suppose** 35:12
92:6 102:5 150:12
**supposed** 127:3
**sure** 9:23 10:25
12:9,14,19 19:1
25:15 39:3 44:6
47:2 49:11,19
78:12 79:24 84:7
98:22 109:20,23
113:6,7 126:18
139:25 151:16
167:18 178:10
186:21 194:6
195:11 208:5,17
**surprise** 134:19
135:2,8,12,16
**surprises** 135:17
**surprising** 134:15
**svg2-00026625**
22:6
**svg2-00026839**
18:20 61:23
**svg2-00026888**
19:6 75:19
**svg2-00032289**
174:22

**svg2-00033494**
192:25
**swear** 7:3
**switch** 10:20
157:17
**sworn** 7:7 8:8
212:8
**synced** 116:6
**synchronized**
50:20 88:15 94:5
94:6 101:6,22
115:11 149:22
**synchronous**
113:14,19 207:13
**synchronously**
52:14 55:3 56:9
95:14 101:18
188:10
**synchrony** 24:15
26:1,15 50:20,23
58:17,20,23 59:3
59:14,15,19 61:5,7
67:25 70:19
101:19 107:25
115:22 125:4
126:1,4,13
**synonymously**
32:21 98:19
**system** 3:22,23
27:7 40:10,11
50:1,6,12 52:7
55:23 63:22,25
64:15,17,24 68:10
68:18 76:23 85:3
85:14,24,25 88:1
89:20 91:1 92:23
119:6 126:3,12
135:10 136:21
141:11 147:17
148:15 149:9
152:11 153:13

Veritext Legal Solutions
866 299-5127

[system - three]

154:2 158:8
172:16 173:5
184:22 185:1,2
196:23 197:15
198:11 202:16
204:4
**systems** 33:18
189:12

**t**

**t** 1:14 3:8 4:3 5:5
128:10 215:3,3
**table** 154:12
**take** 10:6,7,10
30:8 39:2 65:19
73:19 74:10 83:2
98:21 100:18
124:16 125:3
144:17 152:20
171:19 192:22
194:5,6 200:11
**taken** 2:1 6:10
10:13 25:6 60:11
212:10
**takes** 83:3
**talk** 9:14 75:12
138:3 152:8
**talked** 170:2
204:18
**talking** 22:10
52:20 58:15 59:1
60:4,6 61:11
94:18 101:14
110:3 112:21,22
118:25 120:11
**tbd** 71:3,6 193:17
**team** 76:12 127:17
181:4
**teams** 142:23
143:7
**teardowns** 201:20

**technical** 14:12
23:11 43:24 85:1
86:22 93:23
118:11,16 119:24
120:20 123:15
126:17 144:12
181:25
**technically** 88:25
118:16 119:12
120:3 156:24
**technology** 14:14
86:9,16 135:1
**tee** 57:14
**tell** 8:8 22:13 79:4
122:13 180:5
**temporarily** 46:21
**ten** 195:6
**tense** 110:24
**term** 41:25 79:6
83:4 87:21
**terminals** 157:20
157:20
**terms** 23:6 41:15
42:5 75:12,12
85:2 118:15
141:14 159:1
**test** 206:6
**tested** 201:12,18
**testified** 7:8
168:20
**testify** 8:10 12:16
13:14,18,21,25
14:23 15:4 16:21
212:8
**testimony** 9:6
15:20 25:1 54:23
100:11 125:9
126:16 169:21,23
170:14,15,16,17
170:19 171:7,16
172:3,4,4 200:7

210:6 211:7
**text** 163:3
**thank** 7:2,10,12,23
19:17 34:1 74:20
99:5 110:2 154:24
187:4 209:2,23
210:4
**theboyg** 136:15
137:5,9,13,19
138:3
**theboyg's** 137:15
**theme** 98:18
**theory** 42:18 43:1
43:4
**thermostat** 209:15
209:17
**thing** 10:8 23:2
44:14 59:1,6
122:3 144:11
182:2
**things** 11:3 77:7
209:4
**think** 8:21 21:16
22:18,20,22 24:24
26:19 31:23 32:19
32:20,22 33:7
34:22 37:2,4,8,11
37:20 38:11 41:15
42:17 44:12 45:19
45:23 46:4 53:15
53:18 54:19 56:21
58:11,22 61:16
63:11 64:12,21
65:2 67:5,22
70:20 78:23 79:16
79:18 81:23 87:22
87:25 95:12 104:1
104:3 106:11,13
108:4,18 110:4,7
110:15,20 111:2
112:14 117:7,12

119:1 121:3
122:17 123:12
125:2 127:17
129:22 130:14
132:13 133:9,12
137:19 138:10
139:19 141:14
142:2,3,19 144:6
145:14 146:6
151:23 160:22
162:16 167:19
170:14 171:4,6,13
171:16 176:3,5,12
176:18 178:1,6,21
178:25 179:3,10
179:15,20 180:21
188:20 195:20
196:7 198:10
205:5 209:5
**thinking** 58:21
65:10 97:15
151:22
**third** 22:19,24
76:21 78:4 80:18
131:23 138:5
169:8 176:22
177:5 183:12
**thirds** 163:4 172:9
**thought** 30:15
31:18 36:17 58:22
114:12
**thread** 4:7 15:5,7
15:8 17:6,9 19:8
76:15 78:24 80:2
136:11
**threads** 17:2
**three** 48:14 53:15
53:21 73:4,5
106:1,12 138:14
150:4 155:20
166:19,23 167:20

Veritext Legal Solutions
866 299-5127

[thumbs - two]

thumbs  9:18,18
time   10:6 21:5
   24:16,18 28:17
   29:1,3,12 38:10
   39:5,9 40:4,11,12
   40:16 41:6 42:3
   44:15 52:4,7 53:8
   53:23 55:20 63:22
   63:24 64:1,6,22
   65:20 66:14,24
   67:22 68:11,17
   70:21 72:2 74:13
   74:17,22 76:3,8,15
   83:25 84:8,16
   88:6 89:21 98:23
   99:2 103:14 105:4
   106:9,13 107:9,19
   108:21 110:12
   112:1,5 114:10,19
   114:23 115:12,22
   116:7 117:8 118:7
   120:9 127:17
   133:20 137:2,21
   139:14,24 141:11
   142:11,14,15
   143:12,19,20,22
   143:23 145:25
   146:9 152:24
   153:4 168:5,23
   169:6 171:9,22
   172:1 173:18
   174:10 175:12
   179:7,10 184:18
   184:25 189:2
   193:2,23 194:8,12
   196:23 198:12
   202:20 208:23
   209:3,23 212:11
   213:10,18,24
   214:7

timeframe  51:20
   51:22 52:20 75:25
   97:7,23 98:11
   101:11 103:25
   114:12,21 115:5,9
   115:25 117:22,25
   118:19 141:18,24
   142:2,17 145:11
   164:15 165:22,25
   166:18 204:21
timer  147:16
times   8:15 64:23
   106:4,5,14 137:16
   137:20
title   20:1 76:11
   81:11 129:7
   136:11 163:2
   178:13
titled   43:8 61:24
   135:20 190:19
today   8:7,11 17:25
   19:10 34:11 37:1
   49:25 52:16 53:4
   54:1 62:7 94:23
   98:2,14 154:7
   166:13 168:2
   183:6 209:23
today's  210:6
told  29:23
tom   81:1,5,6,7,16
top   31:3 39:18
   41:20 44:18 45:9
   48:3 140:12
   146:20 147:14
   149:1 150:1,24
   153:24
topic   12:3,3,7,7,17
   12:17 13:15,20
   14:2,8,20,21,24
   15:4,20,23,23
   16:18,19,22 17:1,7

17:10,11,14,14
   100:15 125:10
   171:6 206:9
topics   12:2,3 14:5
   30:12 169:21
   170:23 171:13
total  210:8
touch   161:19
   173:10
track  73:6,6
transcribe  100:10
transcribed
   109:16 169:23
   170:22
transcript  1:15
   170:12 171:3
   210:1 212:14,16
   212:18 213:6,8,10
   213:13,13,21
   214:2,2
transition  94:4
   116:18
transitory  122:3
   206:24
treatment  178:2
treatments  177:20
trigger  41:16
triggered  40:16
tron  182:14
trouble  88:11
troubled  191:3
true   66:18 211:7
   212:13
truth   8:8 212:8,8,9
truthfully  8:11
try   9:13,16 47:5
   54:21 59:24 88:19
   111:23 127:3
   144:9 165:19
   188:22

trying   21:5 25:16
   85:15 167:18
   191:16 205:11
turn   11:9 19:22
   41:18 45:5 47:25
   61:21 102:19
   106:17 131:19
   138:5 148:24
   149:24 150:22
   154:11 155:2,9
   157:7 161:23
   162:21 169:7
   172:8,8 176:21
   187:6 192:1
   201:25 202:6
   206:11
turned  40:10
turning  172:10
   173:2
turtle  97:19,20
twice  8:17 9:10
two   9:1,6 23:4
   28:8,22 29:3
   31:15 32:1,14,23
   32:25 33:21,21
   34:8,8 42:5 44:19
   46:7,7,8,17,20
   47:20 51:7,8
   54:18 55:13,22
   56:2 59:20 61:16
   70:16 73:3,6 74:2
   77:1,15,15,17 80:9
   82:24 88:1 90:19
   91:10 92:20 101:4
   102:25 104:15
   113:22,25 114:4
   115:6,11,25 116:1
   118:7 128:15,21
   138:14 147:25
   156:11 162:4
   163:4 167:22

Veritext Legal Solutions
866 299-5127

**[two - virtual]**

169:11 172:9
173:2 188:12
197:6 198:11
**type** 125:25
130:14 159:9,16
182:2 193:6
**types** 120:2
**typewriting**
212:12
**typically** 85:20
**typing** 193:5

**u**

**u.s.** 74:23 99:19
**ui** 4:9,11,15 61:24
66:11 181:16
190:19 192:11
205:24
**underlined** 48:3
**underlining** 45:15
**understand** 8:7
9:21,23 12:15
14:4 34:23 39:12
54:23 58:20 78:13
88:13 106:7 109:7
109:19 111:6
129:10,25 137:5
139:5 141:2
142:24 153:21
172:24 173:25
198:25
**understanding**
42:24 98:17
103:12,23 113:18
115:2 126:11,18
127:18 130:20
132:8 196:3
199:20 200:3,23
201:5 203:2,24
**understood** 44:6
88:7 107:16

**unfortunately**
206:6
**ungrouped** 65:11
**unique** 180:1
**unit** 6:7
**united** 1:1 6:12
**units** 128:19,20
210:8
**universal** 184:20
**unlink** 64:13 77:8
136:17 139:6
169:15
**unlinked** 79:20
115:15
**unlinking** 130:12
131:15 137:1,20
138:12
**unmute** 155:18
156:1,8,19 157:4
164:1
**uploading** 144:14
**upper** 158:13
**urquhart** 2:16
6:24
**use** 13:23 16:10
24:18 27:1 33:19
35:18,20 37:5
44:1,9 58:19 64:3
65:20 87:21
101:19 136:19,20
146:12 151:3
153:25 159:15
169:22 174:15
194:15,17,18
196:4 199:21
200:24 201:6
209:11
**useful** 72:19
130:10
**user** 3:22,24 20:8
23:12,20 24:2,4,11

24:12 25:19,22
26:25 27:5,10
28:2,5,11,23 29:1
29:4 34:23 35:14
35:18,20,24 36:2
36:18,22,23 40:2
40:14 43:23 46:8
46:12 50:7 53:18
56:1 58:4,19,23
62:17 63:21,24
64:2,4,9,13,19
65:2,19 72:11
73:5,9,11 74:1,5
75:17 80:24 81:17
81:20 83:9,15,21
83:22 85:14,17,25
86:18 89:17,19
90:15,18 92:9,10
92:14,24 93:16
94:9 95:21 96:4
96:17 98:11
101:11 106:2
107:23 108:22
110:6,17 119:22
120:17,19,22
121:1,4,7,19,19,25
128:10 130:7,21
131:10,20,20
132:9,16 133:5,6
134:5,16,24 135:8
136:15 139:5
140:2,10,13,17
148:15 150:5,14
150:19 153:13,20
154:6,14 156:25
157:2,3,5 158:14
158:22,25 159:14
160:18,24 162:17
162:19 163:8,12
163:21,25 164:14
164:16 165:10,21

165:24 167:3,10
168:3 169:14
174:3,4,11 184:21
185:3,8,14 187:17
188:8 189:3
196:10 198:13,16
**user's** 26:22,23
84:13 140:5
**users** 65:17 131:4
135:9 138:2
142:10 153:21
**utility** 125:24
**utilize** 89:3

**v**

**verbal** 9:17
**veritext** 6:18,20
10:16 11:2 210:9
213:7,9,11
**version** 21:9 65:25
124:19 164:6,18
190:20 192:14
**versions** 121:9
**versus** 6:11 206:5
**video** 6:7
**videographer** 2:22
6:5,18 7:2,10 39:4
39:8 74:12,16
98:22 99:1 111:22
111:25 112:4
152:23 153:3
171:21,25 194:7
194:11 208:25
210:4
**videotaped** 1:18
**vie** 135:13
**view** 19:12 25:17
26:22,23 43:22
65:17 68:6 89:22
96:23 180:15
**virtual** 5:8 136:11
136:22 137:10,11

Veritext Legal Solutions
866 299-5127

**[virtually - witness]**

**virtually**  6:16
**vis**  135:13
**visit**  141:23
**visiting**  141:16
**vista**  7:21,22
**visual**  175:23
  177:20 178:2,20
  180:2,3,15
**volume**  61:17
  89:19 128:20
  162:23 163:1
  165:7,11,12,22,25
  193:17,25
**volumes**  130:13,24
  132:17 133:12
  187:12
**vpn**  10:25
**vs**  1:6,11 213:4
  215:1

**w**

**w**  2:11
**wacker**  2:17
**waived**  213:23,23
**waiving**  213:20
**wake**  40:3,6
**wakes**  27:1
**want**  26:21 46:8
  56:3 77:7 78:12
  88:17 111:5
  123:16 128:19
  130:25 139:1
  152:20 172:15
  173:4 194:3
**wanted**  10:21
  53:19 64:10 75:17
  119:13 121:1
  137:22 179:23
  180:1,3 188:21,22
**wants**  77:16
  110:17

**waste**  171:9
**watch**  104:6
**way**  13:5 18:12
  19:11 35:24 37:2
  40:13 43:20 67:5
  67:12,15 76:23
  84:4 87:18,19
  88:15 89:7,10
  130:13,24,25
  131:12 134:20
  139:6 146:17
  149:22 152:18
  156:12 163:5
  169:6,9 171:5
  172:10 180:5
  185:1 187:17
  193:25 203:12
  204:3
**ways**  36:2,7 176:4
  180:8
**we've**  37:22 38:25
  51:17 52:17 56:17
  56:21 60:3,6,11,18
  74:8 94:23 118:25
  156:12
**week**  40:12
**weekend**  105:10
  105:14,25
**welcome**  39:11
  74:19 99:4
**went**  144:24
  205:11
**wha**  1:7,11 6:14
  6:15
**wifi**  182:2
**willing**  12:25
**window**  11:18
**windows**  10:20
  33:18 85:23
**winter**  128:22,24

**wired**  85:3
**wireless**  85:3 86:9
  86:11,14,16
  118:24 119:2
  123:9 151:2
  152:18
**wirelessly**  118:21
  151:10,19 152:3,9
  155:6
**wish**  104:11
**withdraw**  204:9
**withdrawn**  122:7
**witness**  3:3 6:9 7:1
  7:4 11:18 12:10
  12:11 19:2,3,18,19
  21:16 25:13,22
  26:12 27:10 30:11
  30:13,14 31:23
  32:7,8 34:16,22
  35:4,12,23 36:6,11
  37:1,7,16 40:1,23
  42:7,13 44:4,12
  46:4,16,24 47:11
  47:18 49:8,24
  50:17 51:3,17
  52:4,16 53:4,15
  54:1,11 55:12
  56:17 57:6,11
  58:3,15 60:11,25
  63:3,11 65:6,22
  66:6,23 67:17
  68:10 69:1,2,11
  72:5 78:11,14,15
  81:11 82:5,13
  83:20 84:4,12,23
  85:9,20 86:5,9,14
  86:22 87:6,14
  88:4,11,25 89:7
  90:5,18,25 91:14
  92:1,13 93:3,15,23
  94:9,18 95:18

  96:1,10,21 97:10
  98:7,14 99:17
  100:24,25 101:14
  102:15 103:16,19
  103:20 104:3,18
  105:6,20 106:11
  107:12,22 108:12
  108:18 109:20
  110:15 111:2,12
  112:14,20 113:11
  113:18 114:4,25
  115:9,18 116:6,23
  117:7,22,25
  118:24 119:11,21
  120:11 121:3,11
  122:12 123:5,15
  123:22 125:2
  126:17,24 127:10
  127:21 128:4
  129:14,20 130:3
  130:23 131:6,15
  132:4,6,11,25
  133:9 134:2,19
  135:5,16 136:1,7
  137:9,19 139:10
  139:19 140:9
  141:6,14,21 142:7
  142:14,19 143:4
  143:10,19,25
  144:6,15,18,24
  145:13 146:9,16
  147:9 148:20
  149:12,19 150:18
  151:13,21 152:7
  152:16,22 153:11
  156:4,10,24
  157:15,24 158:17
  159:19 160:13,22
  162:16 163:11,25
  164:11,18,25
  165:16,24 166:2

Page 35

**[witness - zone]**

166:12,22 167:3
167:14 168:1
169:1,19 170:18
170:23 172:23
173:17 174:7,18
176:2,12 177:19
178:10,25 179:6
179:13,19 180:13
180:19 181:7
182:10,24 183:25
185:6,12,24
186:14,15,25
187:1,2,3 188:12
188:20 189:6,19
189:25 190:17
191:1,2,16 192:2,9
192:23 193:1,23
195:5,8,18 196:7
196:20 197:9,20
198:10,25 199:12
199:24 200:8,19
200:20 201:2,10
201:14,23 203:11
203:20,21 204:17
205:5 207:23
208:5,7,8,10,14,22
209:3 210:7 212:6
212:21 213:13,16
214:2,5 215:24
**witness's** 171:9
**word** 24:18 32:20
32:20 42:20 43:5
45:11 82:14 87:18
98:19 101:19
132:12 135:6,13
**wording** 88:12
**words** 32:25 71:12
80:12 135:7
163:12,13 193:6
**work** 8:2 65:12,15
65:23,23 104:11

120:3 127:15
144:4 157:1
181:23 193:25
203:11 204:18
205:11
**worked** 40:2 52:7
67:5,12,14 68:11
69:12,13 74:24
127:19 169:6
193:24
**working** 20:23
21:11,14 48:16
68:18 202:16
204:4
**workplace** 8:4
**works** 127:16
174:8
**write** 20:10 29:22
32:24 153:18
**writes** 83:8 130:8
136:16 138:9
140:13
**writing** 49:16
**written** 42:2 49:19
49:21 203:17
204:2 207:21
**wrong** 144:24
191:23
**wrote** 15:6,17 17:3
20:7,8 32:25
63:15 74:23 76:21
80:23 81:19 94:22
128:10 134:10
138:11 175:13,14
177:8 181:10
193:24 202:13
207:24 209:6

| x |
| --- |

**x** 3:1,8 4:1,3 5:1,5
212:18 214:9

| y |
| --- |

**yamaha** 97:24
145:3,7
**yamaha's** 98:4
**yeah** 13:12 19:25
63:3,11 65:22
104:7 113:6 119:2
129:14 130:3,23
137:9 146:11
154:21 170:6
180:8 184:5
188:12,20 205:5
208:19
**year** 21:5 164:12
**years** 51:18 196:1
196:5 200:1
**yep** 154:25

| z |
| --- |

**zone** 5:8 15:17
18:23 20:9,11,21
21:1,7,14,17 22:15
22:19 23:1,9
26:24 27:3,6 31:9
31:19 34:14,20,25
35:9,10,17,20,21
36:3,14,17,21,23
37:5,12 39:18,23
40:13,19,19,21,24
41:9,11,14,16
42:18,20 43:5,11
45:2,23 46:7
48:19 49:2 50:18
54:24,25 55:6,7
57:18 60:7,12,12
60:19,21 61:1,8,10
61:12,13,15,20,25
62:1,16,22 63:6,8
63:12,16,23 64:5
64:11,20,22 65:14
66:3,12,14 67:3,6

67:13,15 68:1,3,3
68:6,7,7,11,15,15
68:16,19,21 69:3,8
69:13,16 70:5,11
70:16 71:9,10,13
71:21 72:13,20,22
73:21 74:24 75:3
75:3,7,8 78:9,22
79:1,16,23 80:9,9
80:19,19,23,24
81:17 82:3,6,11
83:18,21,25 84:8
84:16,17 85:1,4,6
86:17,17,18,24
87:2,6,9,10,16
88:20,21 89:3,3,8
89:11,12,22,24
90:1,10,14 91:5,6
91:11,14 92:10,13
92:16,17,22 93:7
93:12 95:7 96:15
96:24 98:18,20
101:4,5,15 102:2,3
102:5,7,12,12,15
102:16 106:22
107:3,8,18 108:1,2
109:2,8 110:6,8,11
114:5,8,10 115:10
119:7,22 120:15
121:6,7,14,17,17
122:8,14,20 123:5
123:12,18 128:14
128:15 129:15,17
129:22 131:4,10
131:12 132:17,17
132:18,21,25
133:2,7,11,16,24
134:22 136:12,22
136:22 137:10,11
137:14,20 140:15
140:16,18,19

[zone - zp]

141:7,9 153:25
154:15,25 155:18
155:21 156:1,8,19
158:1,7,14,19,19
158:20 159:6,10
159:11,15,17,19
160:5,6,9,19,24
161:1,5,9,10,11,12
161:13,16,18
162:1,4,12,17,19
163:5,5,8 165:5,22
166:4,7,8,13,19
167:4,5,7,11,19,20
167:20,21,22,22
168:14,15,15,17
169:9,10,15
172:11 173:3,9,11
173:11,17,18,20
182:4 187:12,22
196:25 197:1,2,2,3
197:3,5,7,14,17,22
197:23 198:3,4,4,5
198:5,6,6,7,11,11
198:14,15,16,20
198:21,22,23
199:1,2,3,4,7,8,8,9
199:10,12 202:25
204:18,19 205:3
207:7,15
**zones**   5:8 42:2,4
42:11,24 43:10,16
43:19,21,25 44:13
44:18 45:2,25
46:7,8,17,20 49:2
49:3 50:18 55:1,1
57:18 60:7,19
62:18 64:1,13
65:1,3 66:13
70:11,17 71:1
73:17 76:24 77:2
77:5,9,15,17,20

78:8 79:20,25
81:21,24,25 82:9
83:22 87:17 91:10
92:9,24 93:8
110:7 113:23
114:1 115:25
116:1,13,15
117:17,17 118:20
122:6 130:12
131:13 136:11,24
137:2,11,15
138:12,13,14,18
138:21,25 139:15
139:20,23,24
140:3,4,6,21
160:10 161:13,15
161:20 162:7,24
166:23 167:4,10
187:7,11 189:4
193:11 194:1
**zoom**   1:18 6:17
10:15,22 11:2
19:11,16 22:11
30:25 104:21
**zp**   84:18,21 85:7
85:11,12,17 86:7
86:12,20 87:25
88:2,7 101:11
114:13,22,23
115:6,6,7 154:6
155:6 157:10,12
165:10,11 202:21

Veritext Legal Solutions
866 299-5127

Federal Rules of Civil Procedure

Rule 30


(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.


DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.