QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Sean Pak (Bar No. 219032)
  seanpak@quinnemanuel.com
  Melissa Baily (Bar No. 237649)
  melissabaily@quinnemanuel.com
  James Judah (Bar No. 257112)
  jamesjudah@quinnemanuel.com
  Lindsay Cooper (Bar No. 287125)
  lindsaycooper@quinnemanuel.com
  Iman Lordgooei (Bar No. 251320)
  imanlordgooei@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:    (415) 875-6600
Facsimile:    (415) 875-6700

  Marc Kaplan *(pro hac vice)*
  marckaplan@quinnemanuel.com
191 N. Wacker Drive, Ste 2700
Chicago, Illinois 60606
Telephone:    (312) 705-7400
Facsimile:    (312) 705-7401

*Attorneys for GOOGLE LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| SONOS, INC.,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>GOOGLE LLC,<br><br>　　　　　　Defendant. | Case No. 3:20-cv-06754-WHA<br>Consolidated with Case No. 3:21-cv-07559-WHA<br><br>**GOOGLE LLC'S NOTICE OF REFILING OF REDACTED DOCUMENTS PURSUANT TO OMNIBUS ORDER RE MOTIONS TO SEAL (DKT. 518)** |

1  In accordance with the Court's Omnibus Order Re Motions to Seal ("Omnibus Order," Dkt.
2  518), Google LLC ("Google") hereby refiles public versions of the documents for which sealing
3  was denied in part and for which Google does not move for reconsideration (*see* Dkt. 546).  The
4  redactions to each document have been revised in accordance with the Court's Omnibus Order.

6  DATED:  May 30, 2023        Respectfully submitted,

            QUINN EMANUEL URQUHART &
            SULLIVAN, LLP


            By    */s/ Sean Pak*
                Sean Pak
                Melissa Baily
                James D. Judah
                Lindsay Cooper
                Marc Kaplan
                Iman Lordgooei


            *Attorneys for Google LLC*

**CERTIFICATE OF SERVICE**

The undersigned certifies that on May 30, 2023, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system.

DATED: May 30, 2023

> */s/ Sean Pak*
> Sean Pak