# EXHIBIT 9

# FILED UNDER SEAL

CONFIDENTIAL SOURCE CODE – ATTORNEY'S EYES ONLY INFORMATION
SUBJECT TO PROTECTIVE ORDER

UNITED STATES INTERNATIONAL TRADE COMMISSION
WASHINGTON, D.C.
**Before the Honorable Charles E. Bullock**
**Chief Administrative Law Judge**

> **CX-0012C**
> 337-TA-1191

In the Matter of

**CERTAIN AUDIO PLAYERS AND**
**CONTROLLERS, COMPONENTS**
**THEREOF, AND PRODUCTS**
**CONTAINING SAME**

Investigation No. 337-TA-1191

## CORRECTED DIRECT WITNESS STATEMENT OF JON B. WEISSMAN

**[CX-0012C]**

**CONFIDENTIAL SOURCE CODE – ATTORNEY'S EYES ONLY INFORMATION
SUBJECT TO PROTECTIVE ORDER**

As is shown in this example, a Chromecast-enabled computing device installed with the Google Home app provides a user interface that allows a user to enter/edit a "Name" for the player group. The Chromecast-enabled computing device installed with the Google Home app can accept via that user interface an input to name the player group, by touching the "Name". This brings up the second "Name this speaker group" screen, which allows a user to enter a name for the player group – in this example, "Google Home Group."

**473.    Q.    Did you identify any Google documents that confirm the existence of the player group naming functionality?**

A.    Yes. This functionality is confirmed by Google's documents. *See, e.g.*, JX-0019C, GOOG-SONOSITC-00001974 - GOOG-SONOSITC-00001986 [Multizone Audio Design] at 76 ("Each group is identified by a UUID which can be randomly generated at group creation time. This UUID is used to determine group membership, and also to identify groups which have been disbanded. Note that it will be possible for a user to create two logically different groups with the same name (just like two devices can have the same name)."); JX-0014C, GOOG-SONOSITC-00001922 - GOOG-SONOSITC-00001961 [Cast Setup Protocol V10] at 52:



323

Highly Confidential - Source Code

SONOS-SVG2-00029224

**CONFIDENTIAL SOURCE CODE – ATTORNEY'S EYES ONLY INFORMATION
SUBJECT TO PROTECTIVE ORDER**

## IX.     CONCLUSION AND ATTESTATION

**1043.   Q.     To conclude, could you please summarize the opinions you have provided in your testimony today?**

    **A.**     For the reasons I explained in my testimony and in the cited materials, it is my opinion that Sonos's Domestic Industry Products practice all the Domestic Industry Claims of the '949 and '896 Patents.  In addition, it is my opinion that the Accused Products infringe all the Asserted Claims of the '949 and '896 Patents.

**1044.   Q.     Does this witness statement contain your answers to the questions from counsel?**

    A.     Yes.

**1045.   Q.     Are your answers true and correct to the best of your knowledge and belief?**

    A.     Yes, they are.

Dated:  December 18, 2020     _____

                                              Jon B. Weissman

664

SONOS-SVG2-00029565