CLEMENT SETH ROBERTS (SBN 209203)
croberts@orrick.com
BAS DE BLANK (SBN 191487)
basdeblank@orrick.com
ALYSSA CARIDIS (SBN 260103)
acaridis@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:   +1 415 773 5700
Facsimile:   +1 415 773 5759

SEAN M. SULLIVAN (*pro hac vice*)
sullivan@ls3ip.com
MICHAEL P. BOYEA (*pro hac vice*)
boyea@ls3ip.com
COLE B. RICHTER (*pro hac vice*)
richter@ls3ip.com
LEE SULLIVAN SHEA & SMITH LLP
656 W Randolph St., Floor 5W
Chicago, IL 60661
Telephone:   +1 312 754 0002
Facsimile:   +1 312 754 0003

*Attorneys for Sonos, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA,

SAN FRANCISCO DIVISION

| | |
|---|---|
| SONOS, INC., <br><br> Plaintiff and Counter-defendant, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant and Counter-claimant. | Case No. 3:20-cv-06754-WHA <br><br> Consolidated with <br> Case No. 3:21-cv-07559-WHA <br><br> **SONOS, INC.'S REFILING OF DOCUMENT RE DKT. NOS. 203, 213, AND 214 PURSUANT TO OMNIBUS ORDER RE MOTIONS TO SEAL (DKT. NO. 518)** <br><br> Judge: Hon. William Alsup <br> Courtroom: 12, 19th Floor |

1  In accordance with the Court's Omnibus Order Re Motions to Seal (Dkt. No. 518)
2  regarding Sonos, Inc.'s Reply Claim Construction Brief (Dkt. 202), Sonos hereby refiles a public
3  version of Exhibit 24 (Dkt. 203-2).

5  Dated: May 30, 2023

ORRICK HERRINGTON & SUTCLIFFE LLP
*and*
LEE SULLIVAN SHEA & SMITH LLP

By: */s/ Clement Seth Roberts*
    Clement Seth Roberts

*Attorneys for Sonos, Inc.*

28                                                2   SONOS'S REFILING OF DOCUMENT RE DKT. NOS.
                                                      203, 213, AND 214 PURSUANT TO OMNIBUS
                                                      ORDER RE MOTIONS TO SEAL (DKT. NO. 518)
                                                      3:20-CV-06754-WHA