# EXHIBIT H

PUBLIC - REDACTED VERSION

QUINN EMANUEL URQUHART & SULLIVAN, LLP
 Charles K. Verhoeven (Bar No. 170151)
 charlesverhoeven@quinnemanuel.com
 Melissa Baily (Bar No. 237649)
 melissabaily@quinnemanuel.com
 Lindsay Cooper (Bar No. 287125)
 lindsaycooper@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Attorneys for GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GOOGLE LLC,<br><br>           Plaintiff<br><br>   v.<br><br>SONOS, INC.,<br><br>           Defendant. | Case No. 3:20-cv-06754-WHA |

**GOOGLE LLC'S FOURTH SUPPLEMENTAL OBJECTIONS AND RESPONSES TO PLAINTIFF SONOS, INC.'S FIRST SET OF FACT DISCOVERY INTERROGATORIES (NOS. 5, 9, 17)**

Pursuant to Rule 33 of the Federal Rules of Civil Procedure, Defendant Google LLC ("Google") hereby objects and responds to Plaintiff Sonos, Inc.'s ("Sonos") First Set of Fact Discovery Interrogatories to Defendant ("Interrogatories"). Google responds to these Interrogatories based on its current understanding and the information reasonably available to Google at the present time. Google reserves the right to supplement these responses if and when additional information becomes available.

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

Google provides the following internal code names for the accused hardware products:

| Product Name | Internal Code Name(s) |
|---|---|
| Chromecast | ■ |
| Chromecast (V3) | ■ |
| Chromecast Ultra | ■ |
| Chromecast Ultra | ■ |
| Chromecast Audio | ■ |
| Chromecast Audio | ■ |
| Chromecast with Google TV | ■ |
| Google Home Mini | ■ |
| Google Home Mini | ■ |
| Nest Mini | ■ |
| Google Home | ■ |
| Google Home | ■ |
| Google Home Max | ■ |
| Nest Audio | ■ |
| Nest Hub | ■ |
| Nest Hub Max | ■ |
| Nest Wifi | ■ |
| Pixel | ■ |
| Pixel XL | ■ |
| Pixel 2 | ■ |
| Pixel2XL | ■ |
| Pixel 3 | ■ |
| Pixel 3 XL | ■ |
| Pixel 3a | ■ |

| Product Name | |
|---|---|
| Pixel 3a XL | ███ |
| Pixel 4 | ███ |
| Pixel 4 XL | ███ |
| Pixel 4A | ███ |
| Pixel 4A 5G | ███ |
| Pixel 5 | ███ |
| Pixel Slate (tablet) | ███ |
| Pixelbook (laptop) | ███ |
| Pixelbook Go (laptop) | ███ |

Google is continuing to investigate with respect to codenames, internal names, and/or project names associated with the Accused Instrumentalities. Google objects to the remainder of this request on the grounds that it is overly broad, unduly burdensome, and not proportional to the needs of the case. Google is willing to meet and confer to clarify and narrow the scope of the remainder of this request.

**SUPPLEMENTAL RESPONSE:** Google maintains the General and Specific objections set forth above. Subject to and without waiving the foregoing General and Specific objections, Google responds, as follows:

Google provides the additional internal code names for the accused hardware products:

| Product Name | |
|---|---|
| Pixel 6 | ███ |
| Pixel 6 Pro | ███ |

The version for the system software that was originally installed on the accused speaker products is identified below:

| Product | |
|---|---|
| Home Mini | ███ |

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

**THIRD SUPPLEMENTAL RESPONSE:** Google maintains the General and Specific objections set forth above. Subject to and without waiving the foregoing General and Specific objections, Google responds, as follows:

For the accused hardware products, the following firmware version numbers were released on the following dates[1]:

| Version | Device(s) | Date |
|---|---|---|
| 1.32a | ■ | ■ |
| 1.32b | | |
| 1.32a | | |
| 1.32a | | |
| 1.33 | | |
| 1.33 | | |
| 1.34 | | |
| 1.34 | | |
| 1.35 | | |
| 1.35 | | |
| 1.35 | | |
| 1.35 | | |
| 1.35 | | |
| 1.35 | | |
| 1.35 | | |
| 1.36 | | |
| 1.36 | | |
| 1.36 | | |
| 1.36 | | |
| 1.36 | | |
| 1.36a | | |
| 1.32a | | |
| 1.36b | | |
| 1.36a | | |
| 1.37 | | |
| 1.37 | | |
| 1.37 | | |
| 1.32a | | |
| 1.37hf | | |
| 1.37hf2 | | |

---

[1] The dates are approximate dates, given that not all versions are rolled out in a schedule that contains the same milestones.

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

| | |
|---|---|
| 1 | 1.39 |
| 2 | |
| | 1.39 |
| 3 | 1.39hf |
| 4 | 1.39hf2 |
| | 1.40 |
| 5 | 1.40 |
| 6 | 1.36b |
| | 1.36b |
| 7 | 1.42 |
| 8 | 1.42a |
| | 1.42a |
| 9 | 1.42a |
| | 1.42aHF |
| 10 | 1.42HF |
| 11 | 1.42HF |
| 12 | 1.42aHF2 |
| | 1.42st |
| 13 | 1.42stHF |
| | 1.44 |
| 14 | |
| | 1.44 |
| 15 | 1.44aHF |
| 16 | 1.44aHF2 |
| | 1.44aHF3 |
| 17 | 1.46 |
| | 1.46aHF |
| 18 | 1.46 |
| | 1.46d |
| 19 | 1.46v |
| | 1.49 |
| 20 | 1.49HF |
| | 1.49HF |
| 21 | 1.49 |
| | 1.49HF |
| 22 | 1.49 HF |
| | 1.50 |
| 23 | 1.50 |
| | 1.50 |
| 24 | 1.50 |
| | 1.50 |
| 25 | 1.50 HF |
| 26 | 1.50 HF |
| | 1.52 |
| 27 | 1.52 |
| | 1.52 HF |
| 28 | 1.52 HF |

-12-

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

| | |
|---|---|
| 1 | 1.54 |
| 2 | 1.54 |
| | 1.54 |
| 3 | 1.54 HF |
| | 1.54 HF |
| 4 | 1.54bs |
| | 1.54bs |
| 5 | |
| | 1.56 |
| 6 | 1.56 |
| | 1.56 |
| 7 | 1.56.1 |
| | 1.56.1 |
| 8 | 1.56.1 HF |
| | 1.56.1 HF |
| 9 | 1.49HF |
| | 1.49 HF |
| 10 | 1.50 |
| | 1.50 |
| 11 | 1.50 |
| | 1.50 |
| 12 | 1.50 |
| | 1.50 |
| 13 | 1.50 HF |
| | 1.50 HF |
| 14 | 1.52 |
| | 1.52 HF |
| 15 | 1.52 HF |
| 16 | 1.54 |
| | 1.54 |
| 17 | 1.54 |
| | 1.54 HF |
| 18 | 1.54 HF |
| | 1.54bs |
| 19 | 1.54bs |
| 20 | 1.56 |
| | 1.56 |
| 21 | 1.56 |
| | 1.56.1 |
| 22 | 1.56.1 |
| 23 | 1.56.1 HF |
| | 1.56.1 HF |

Pursuant to 33(d) of the Federal Rules of Civil Procedure, Google has produced information regarding software versions associated with the accused apps at GOOG-SONOSNDCA-00071315.

**INTERROGATORY NO. 9:**

For each Accused Instrumentality, identify the actual and projected sales, prices, costs,