# EXHIBIT L

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Charles K. Verhoeven (Bar No. 170151)
  charlesverhoeven@quinnemanuel.com
  Melissa Baily (Bar No. 237649)
  melissabaily@quinnemanuel.com
  Lindsay Cooper (Bar No. 287125)
  lindsaycooper@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Attorneys for GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GOOGLE LLC,<br><br>              Plaintiff<br><br>    v.<br><br>SONOS, INC.,<br><br>              Defendant. | Case No. 3:20-cv-06754-WHA |

**GOOGLE LLC'S OBJECTIONS AND RESPONSES TO**

**SONOS, INC.'S FIRST SET OF REQUESTS FOR ADMISSION (NOS. 1-12)**

Pursuant to Rule 36 of the Federal Rules of Civil Procedure, Google LLC ("Google") hereby objects and responds to Sonos, Inc.'s ("Sonos") First Set of Requests for Admission ("Requests"). Google responds to these Requests based on its current understanding and the information reasonably available to Google at the present time. Google reserves the right to supplement these responses if and when additional information becomes available.

1. These responses are made only for the purposes of discovery in this action. Each response is subject to all appropriate objections as to competence, relevance, materiality, and any and all other objections and grounds that would require the exclusion of any information,

**OBJECTIONS AND RESPONSES TO REQUESTS FOR ADMISSION**

**REQUEST FOR ADMISSION NO. 1**

Admit that each Cast-Enabled Media Player includes hardware (e.g., a Wi-Fi interface) that enables the Cast-Enabled Media Player to connect to a Wi-Fi network. See, e.g., GOOG-SONOSWDTX-00051429 at 36; https://store.google.com/us/product/google_nest_mini_specs?hl=en-US ("Connectivity: 802.11b/g/n/ac (2.4 GHz/5 GHz) Wi-Fi").

**OBJECTIONS AND RESPONSE:** Google incorporates by reference all of its General Objections as if fully set forth herein. Google further objects to the terms "hardware," "enables" and "connect" as vague and ambiguous. Google further objects to this Request as compound because it requests an admission for "each Cast-Enabled media Player," which includes at least 13 devices: "Google's Chromecast, Chromecast Ultra, Chromecast Audio, Chromecast with Google TV, Home Mini, Nest Mini, Home, Home Max, Home Hub, Nest Hub, Nest Hub Max, Nest Audio, and Nest Wifi Point media players, individually and collectively, as they existed on and after May 8, 2018."

Subject to and without waiving the foregoing General and Specific objections, Google responds, as follows: Admit that the webpage https://store.google.com/us/product/google_nest_mini_specs?hl=en-US indicates "802.11b/g/n/ac (2.4GHz/5 GHz) Wi-Fi" under the heading Connectivity. Admit that GOOG-SONOSWDTX-00051429 at 36 is a sheet named "WLAN+BT."

Otherwise denied.

**REQUEST FOR ADMISSION NO. 2**

Admit that each Cast-Enabled Media Player includes one or more processors, such as a central processing unit (CPU). See, e.g., GOOG-SONOSWDTX-00051429 at 33; https://store.google.com/us/product/google_nest_mini_specs?hl=en-US ("Processor[:] Quad-core 64-bit ARM CPU 1.4 GHz").

**OBJECTIONS AND RESPONSE:** Google incorporates by reference all of its General Objections as if fully set forth herein. Google further objects to the terms "processor" and "central

processing unit (CPU)" as vague and ambiguous.  Google further objects to this Request as compound because it requests an admission for "each Cast-Enabled media Player," which includes at least 13 devices: "Google's Chromecast, Chromecast Ultra, Chromecast Audio, Chromecast with Google TV, Home Mini, Nest Mini, Home, Home Max, Home Hub, Nest Hub, Nest Hub Max, Nest Audio, and Nest Wifi Point media players, individually and collectively, as they existed on and after May 8, 2018."

Subject to and without waiving the foregoing General and Specific objections, Google responds, as follows: Admit that the webpage https://store.google.com/us/product/google_nest_mini_specs?hl=en-US indicates "Quad-core 64-bit ARM CPU 1.4 GHz" under the heading Processor. Admit that GOOG-SONOSWDTX-00051429 at 33 is a sheet named "SoC." Admit that each Cast-Enabled media Player includes at least one processor.

Otherwise denied.

**REQUEST FOR ADMISSION NO. 3**

Admit that each Cast-Enabled Media Player includes memory that stores computer program instructions, such as Flash memory and/or ROM. See, e.g., GOOG-SONOSWDTX-00051429 at 34-35.

**OBJECTIONS AND RESPONSE:**  Google incorporates by reference all of its General Objections as if fully set forth herein.  Google further objects to the terms "memory," "computer program instructions," "Flash memory," and "ROM" as vague and ambiguous.  Google further objects to this Request as compound because it requests an admission for "each Cast-Enabled media Player," which includes at least 13 devices: "Google's Chromecast, Chromecast Ultra, Chromecast Audio, Chromecast with Google TV, Home Mini, Nest Mini, Home, Home Max, Home Hub, Nest Hub, Nest Hub Max, Nest Audio, and Nest Wifi Point media players, individually and collectively, as they existed on and after May 8, 2018."

Subject to and without waiving the foregoing General and Specific objections, Google responds, as follows: Admit that each Cast-Enabled Media Player includes memory that can store computer program instructions, such as Flash memory and/or ROM. Admit that

GOOG-SONOSWDTX-00051429 at 34-35 are sheets named "DDR3" and "NAND." Otherwise denied.

**REQUEST FOR ADMISSION NO. 4**

Admit that each Cast-Enabled Media Player can output audio either (i) in the form of sound waves from one or more integrated speakers or (ii) in the form of an audio signal that is provided to a device (e.g., a TV) connected to the Cast-Enabled Media Player. See, e.g., https://store.google.com/us/product/google_nest_mini?hl=en-US ("Play your go-to music, podcasts and more. Stream your favorite audio content on the improved speaker and create a home audio system with other Nest speakers."); https://store.google.com/us/product/google_nest_mini_specs?hl=en-US ("Speakers[:] 360-degree sound with 40 mm driver"); https://support.google.com/chromecast/answer/3212934 ("You can connect Chromecast to your TV in a few simple steps.").

**OBJECTIONS AND RESPONSE:** Google incorporates by reference all of its General Objections as if fully set forth herein. Google further objects to the terms "can output," "in the form of," "integrated speakers," "provided to," and "connected to" as vague and ambiguous. Google further objects to this Request as compound because it requests an admission for "each Cast-Enabled media Player," which includes at least 13 devices: "Google's Chromecast, Chromecast Ultra, Chromecast Audio, Chromecast with Google TV, Home Mini, Nest Mini, Home, Home Max, Home Hub, Nest Hub, Nest Hub Max, Nest Audio, and Nest Wifi Point media players, individually and collectively, as they existed on and after May 8, 2018."

Subject to and without waiving the foregoing General and Specific objections, Google responds, as follows: Admit that the webpage https://store.google.com/us/product/google_nest_mini?hl=en-US states "Play your go-to music, podcasts and more. Stream your favorite audio content on the improved speaker and create a home audio system with other Nest speakers." Admit that the webpage https://store.google.com/us/product/google_nest_mini_specs?hl=en-US states "360-degree sound with 40mm driver" under the "Speakers & mics" heading. Admit that the webpage https://support.google.com/chromecast/answer/3212934 states "You can connect Chromecast to

1  your TV in a few simple steps. It's important to use the cords and adapters that come inside the
2  Chromecast box" under the heading "Plug in Chromecast."
3  Admit that each Cast-Enabled Media Player can output audio either (i) in the form of
4  sound waves from one or more integrated speakers and/or (ii) in the form of an audio signal that is
5  provided to a device connected to the Cast-Enabled Media Player.
6  Otherwise denied.
7  **REQUEST FOR ADMISSION NO. 5**
8  Admit that each Cast-Enabled Media Player can perform one or more processing functions
9  (e.g., decrypting audio data, decompressing audio data, performing digital-to-analog conversion,
10  and/or performing digital signal processing functions) that facilitate the Cast-Enabled Media
11  Player to output audio.
12  **OBJECTIONS AND RESPONSES:** Google incorporates by reference all of its General
13  Objections as if fully set forth herein.  Google further objects to the terms "perform," "processing
14  functions," "facilitate" and "output audio" as vague and ambiguous.  Google further objects to this
15  Request as compound because it requests an admission for "each Cast-Enabled media Player,"
16  which includes at least 13 devices: "Google's Chromecast, Chromecast Ultra, Chromecast Audio,
17  Chromecast with Google TV, Home Mini, Nest Mini, Home, Home Max, Home Hub, Nest Hub,
18  Nest Hub Max, Nest Audio, and Nest Wifi Point media players, individually and collectively, as
19  they existed on and after May 8, 2018."
20  Subject to and without waiving the foregoing General and Specific objections, Google
21  responds, as follows: Admit that each Home Mini, Nest Mini, Home, Home Max, Home Hub,
22  Nest Hub, Nest Hub Max, Nest Audio, and Nest Wifi Point media player can play audio, and
23  Google's Chromecast, Chromecast Ultra, Chromecast Audio, and Chromecast with Google TV
24  can interface with a compatible device to play audio.
25  **REQUEST FOR ADMISSION NO. 6**
26  Admit that each Cast-Enabled Media Player can be added to a Speaker Group. See, e.g.,
27  https://support.google.com/googlenest/answer/7174267; Google LLC's Third Supplemental
28  Objections and Responses to Plaintiff Sonos, Inc.'s First Set of Fact Discovery Interrogatories

-9-

Built-In, firmware or other software that enables the creation and management of speaker groups with these devices.[1]

Otherwise denied.

**REQUEST FOR ADMISSION NO. 9**

Admit that each Cast-Enabled Media Player can receive a message (referred to by Google as a "join_group" message), over a Wi-Fi network from a device running the Google Home app, that instructs the Cast-Enabled Media Player that it has been added to a Speaker Group. See, e.g., Google LLC's Third Supplemental Objections and Responses to Plaintiff Sonos, Inc.'s First Set of Fact Discovery Interrogatories (Nos. 13, 14, 15) at 9 ("A message that is received by a group member during configuration of the speaker group is a join_group command. The join_group command instructs the device to join a group, and it may be received from a device using the Cast protocol…. In the Google Home app, a user may select a specific device and add it to a group in Home app, which causes the Google Home app to send a join_group command to that device.").

**OBJECTIONS AND RESPONSES:** Google incorporates by reference all of its General Objections as if fully set forth herein. Google further objects to this Request as compound because it requests an admission for "each Cast-Enabled media Player," which includes at least 13 devices: "Google's Chromecast, Chromecast Ultra, Chromecast Audio, Chromecast with Google TV, Home Mini, Nest Mini, Home, Home Max, Home Hub, Nest Hub, Nest Hub Max, Nest Audio, and Nest Wifi Point media players, individually and collectively, as they existed on and after May 8, 2018."

Subject to and without waiving the foregoing General and Specific objections, Google responds, as follows: Admit that Google LLC's Third Supplemental Objections and Responses to Plaintiff Sonos, Inc.'s First Set of Fact Discovery Interrogatories (Nos. 13, 14, 15) at 9 state "[a] message that is received by a group member during configuration of the speaker group is a join_group command. The join_group command instructs the device to join a group, and it may be

---

[1] https://support.google.com/chromecast/answer/7174267?hl=en-AU&co=GENIE.Platform%3DAndroid

received from a device using the Cast protocol…. In the Google Home app, a user may select a specific device and add it to a group in Home app, which causes the Google Home app to send a join_group command to that device." Admit that the Cast-Enabled Media Player may interface with a Wi-Fi network.

Otherwise denied.

**REQUEST FOR ADMISSION NO. 10**

Admit that each Cast-Enabled Media Player can join a Speaker Group before that Speaker Group is caused to synchronously output audio. *See, e.g., id*. at 9 ("If a group has been created, the devices in the group use a record of the group name and its unique identifier, which may be referred to as being in a prefs file…. A launch request is one of the messages that a leader may receive at the time that a Cast session is launched with a group.").

**OBJECTIONS AND RESPONSES:** Google incorporates by reference all of its General Objections as if fully set forth herein. Google further objects to the terms "perform," processing functions, and "facilitate" as vague and ambiguous. Google further objects to this Request as compound because it requests an admission for "each Cast-Enabled media Player," which includes at least 13 devices: "Google's Chromecast, Chromecast Ultra, Chromecast Audio, Chromecast with Google TV, Home Mini, Nest Mini, Home, Home Max, Home Hub, Nest Hub, Nest Hub Max, Nest Audio, and Nest Wifi Point media players, individually and collectively, as they existed on and after May 8, 2018."

Subject to and without waiving the foregoing General and Specific objections, Google responds, as follows: Admit that Google LLC's Third Supplemental Objections and Responses to Plaintiff Sonos, Inc.'s First Set of Fact Discovery Interrogatories (Nos. 13, 14, 15) at 9 state "[i]f a group has been created, the devices in the group use a record of the group name and its unique identifier, which may be referred to as being in a prefs file…. A launch request is one of the messages that a leader may receive at the time that a Cast session is launched with a group.").

Otherwise denied.