# EXHIBIT N

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 1

```
 1        UNITED STATES INTERNATIONAL TRADE COMMISSION
                       WASHINGTON, D.C.
 2
 3     _____
                                  :
 4     In the Matter of:          :
                                  :
 5     CERTAIN AUDIO PLAYERS      :
       AND CONTROLLERS,           : Inc. No. 337-TA-1191
 6     COMPONENTS THEREOF,        :
       AND PRODUCTS CONTAINING    :
 7     THE SAME                   :
       _____:
 8
 9        CONFIDENTIAL BUSINESS INFORMATION SUBJECT TO
10                      PROTECTIVE ORDER
11      GOOGLE'S CONFIDENTIAL SOURCE CODE - ATTORNEYS'
12                   EYES ONLY INFORMATION
13
                  Friday, September 11, 2020
14
15
               Video deposition of JAMES WEST,
16
       taken virtually via Google Meet, with the
17
       witness participating from 1939 Rock Street,
18
       Apartment 16, Mountain View, California,
19
       beginning at 9:08 a.m., before Ryan K. Black,
20
       a Registered Professional Reporter, Certified
21
       Livenote Reporter and Notary Public in and for
22
       the Commonwealth of Pennsylvania.
23
24
25
```

Page 222

```
 1        MR. NEWTON:  Same objections.            7:54
 2        THE WITNESS:  All of the devices in a    7:54
 3   multizone group, leader and followers, emit a 7:54
 4   media status.                                 7:54
 5   BY MR. BOYEA:                                 7:54
 6      Q.  What about in a speaker pair-type of   7:54
 7   multizone group, does the follower emit media 7:54
 8   status?                                       7:54
 9      A.  Yes, it does, yes.                     7:55
10      Q.  And what receives the media status     7:55
11   that is emitted by the follower or the leader? 7:55
12        MR. NEWTON:  Objection.  Lacks           7:55
13   foundation.  Vague.                           7:55
14        THE WITNESS:  Are you referring to a     7:55
15   multizone group, in general, or a stereo pair? 7:55
16   BY MR. BOYEA:                                 7:55
17      Q.  We can start with a multizone group,   7:55
18   in general.                                   7:55
19        MR. NEWTON:  So I'll object as outside   7:55
20   the scope.                                    7:55
21        THE WITNESS:  Any sender could be        7:56
22   connected to a -- to any device, so it just   7:56
23   -- it's just whatever senders happen to be    7:56
24   connected to that device.                     7:56
25   BY MR. BOYEA:                                 7:56
```

Page 223

```
 1      Q.  Do you -- have you ever used a Sonos   7:56
 2   system?                                       7:56
 3        MR. NEWTON:  Objection; vague.           7:56
 4   Outside the scope.                            7:56
 5        THE WITNESS:  I have a Sonos Port.       7:56
 6   That's the only Sonos device I have any memory 7:56
 7   of using.                                     7:56
 8   BY MR. BOYEA:                                 7:56
 9      Q.  Do you have the Sonos Port at your     7:56
10   home?                                         7:56
11        MR. NEWTON:  Same objections.            7:57
12        THE WITNESS:  Yes.                       7:57
13   BY MR. BOYEA:                                 7:57
14      Q.  Have you ever used a Sonos product at  7:57
15   work?                                         7:57
16        MR. NEWTON:  Same -- same objections.    7:57
17        THE WITNESS:  No.                        7:57
18   BY MR. BOYEA:                                 7:57
19      Q.  Why did you -- why do you have a Sonos 7:57
20   Port?                                         7:57
21        MR. NEWTON:  Same -- same objections.    7:57
22        THE WITNESS:  I use it to airplay to     7:57
23   an app that I have connected to some passive  7:57
24   speakers.                                     7:57
25   BY MR. BOYEA:                                 7:57
```

Page 224

```
 1      Q.  Are you knowledgeable regarding the    7:57
 2   hardware components that are used for joining or 7:57
 3   leaving a stereo home pair?                   7:57
 4      A.  What do you mean --                    7:57
 5        MR. NEWTON:  Objection; vague.           7:57
 6        THE WITNESS:  I'm -- I'm not sure what   7:58
 7   hardware components are in joining or leaving a 7:58
 8   stereo pair.  Can you -- can you be more      7:58
 9   specific?                                     7:58
10   BY MR. BOYEA:                                 7:58
11      Q.  Let me ask you this:  So the join     7:58
12   group command, that comes over the wifi network 7:58
13   or the ethernet network, correct?             7:58
14        MR. NEWTON:  Objection; vague.           7:58
15        THE WITNESS:  Yes, it can be sent over   7:58
16   a wifi or ethernet.                           7:58
17   BY MR. BOYEA:                                 7:58
18      Q.  So does -- each Cast device that can   7:58
19   receive that command, are they each equipped  7:58
20   with a network interface?                     7:58
21        MR. NEWTON:  Objection.  Calls for a    7:58
22   legal conclusion.                             7:58
23        THE WITNESS:  As far as I know, all      7:58
24   cast devices have a network interface.        7:58
25   BY MR. BOYEA:                                 7:58
```

Page 225

```
 1      Q.  For the Google Home Max, does that     7:58
 2   product contain speaker drivers?              7:59
 3        MR. NEWTON:  Same objection.             7:59
 4        THE WITNESS:  Yes.                       7:59
 5   BY MR. BOYEA:                                 7:59
 6      Q.  Does the Prince contain speaker        7:59
 7   drivers?                                      7:59
 8        MR. NEWTON:  Same objection.  Outside    7:59
 9   the scope.                                    7:59
10        THE WITNESS:  Yes.                       7:59
11   BY MR. BOYEA:                                 7:59
12      Q.  How many speaker drivers does the      7:59
13   Prince have?                                  7:59
14        MR. NEWTON:  Same objections.            7:59
15        THE WITNESS:  I -- I don't know.         7:59
16   BY MR. BOYEA:                                 7:59
17      Q.  Is it more than one?                   7:59
18        MR. NEWTON:  Same objections.            7:59
19        THE WITNESS:  I don't know.  I'm not    7:59
20   involved in the hardware design, and Prince   7:59
21   doesn't have a removable grill where you can see 7:59
22   the drivers, so I -- I'm not sure.            7:59
23        MR. BOYEA:  Why don't we go on one       7:59
24   last break and I'll look at my notes and see  8:00
25   what else I have for you, and then we might be 8:00
```

57 (Pages 222 - 225)