# EXHIBIT O

CONFIDENTIAL BUSINESS INFORMATION SUBJECT TO PROTECTIVE ORDER

Page 1

1   UNITED STATES INTERNATIONAL TRADE COMMISSION

2   WASHINGTON, D.C.

3   Before The Honorable Charles E. Bullock

4   Chief Administrative Law Judge

5

6   In the Matter of                    ) Inv. No. 337-TA-1191

    CERTAIN AUDIO PLAYERS AND           )
7   CONTROLLERS, COMPONENTS             )
    THEREOF, AND PRODUCTS               )
8   CONTAINING SAME                     )
    ------------------------------------)

9

10      *** HIGHLY CONFIDENTIAL BUSINESS INFORMATION ***

11          *** SUBJECT TO PROTECTIVE ORDER ***

12                        - - -

13    ** CONFIDENTIAL SOURCE CODE, ATTORNEYS' EYES ONLY

14                     INFORMATION **

15

16              THURSDAY, OCTOBER 1, 2020

17                        - - -

18      REMOTE ZOOM Deposition of GOOGLE, LLC, by and

19   through its designee, KEN MACKAY, beginning at

20   9:05 a.m., before Nancy J. Martin, a Registered Merit

21   Reporter, Certified Shorthand Reporter.

22

Page 66

1  have been saying about you," and then there's a    10:43:26
2  sentence in italics.  Is that what you mean?    10:43:28
3  BY MR. SHEA:    10:43:31
4    Q.  Yeah.  Can you tell me what that says?    10:43:31
5    A.  It says, "Ken single handedly implemented a    10:43:33
6  new multiroom sync technology for Hendrix that has    10:43:35
7  brought us up to par with existing and well    10:43:39
8  established multiroom implementations in the market,    10:43:42
9  such as Sonos and Dennon and won great acclaim among    10:43:43
10  the tech press and audiophiles."    10:43:47
11    Q.  Do you remember that, that kind of being the    10:43:49
12  reasoning for the spot bonus?  Do you have any    10:43:56
13  recollection of that, I guess I'm asking?    10:43:58
14    A.  So I can't say that that's the reasoning    10:44:00
15  behind the spot bonus.  That's just the message that    10:44:04
16  was attached to the bonus.    10:44:12
17    Q.  I see.  I see.  Do you know who prepared that    10:44:13
18  message that was attached to the bonus?    10:44:15
19        MS. DUCCA:  Objection.  Outside the scope.    10:44:17
20  Calls for speculation.    10:44:19
21        THE WITNESS:  I don't know.    10:44:23
22  BY MR. SHEA:    10:44:24

Page 67

1    Q.  And do you have any understanding of -- well,    10:44:24
2  do you recall what the amount of the spot bonus was?    10:44:32
3        MS. DUCCA:  Objection.  Outside the scope.    10:44:35
4        THE WITNESS:  I don't recall exactly.    10:44:40
5  BY MR. SHEA:    10:44:42
6    Q.  Okay.  Do you have any recollection or    10:44:42
7  understanding of how that -- the amount of that spot    10:44:43
8  bonus compares to other spot bonuses that are given    10:44:48
9  out by Google?    10:44:52
10        MS. DUCCA:  Objection.  Outside the scope.    10:44:53
11  Calls for speculation.    10:44:55
12        THE WITNESS:  So I don't have any knowledge    10:44:56
13  about the range of spot bonus amounts across Google.    10:44:58
14  BY MR. SHEA:    10:45:05
15    Q.  Okay.  So you don't know kind of where it    10:45:05
16  fit?  You don't know what yours was vis-a-vis other    10:45:06
17  ones necessarily?    10:45:13
18    A.  Right.  I have no basis of comparison.    10:45:14
19    Q.  Okay.  That's fine.  We can put that away,    10:45:17
20  then.  So now we're going to shift gears and maybe    10:45:23
21  move away from some of those types of topics.    10:45:30
22        And just to be clear, do you know when    10:45:37

Page 68

1  Google's Cast enabled media players are sold, is the    10:45:43
2  program code that's responsible for the multiroom    10:45:50
3  functionality already loaded onto those players?    10:45:53
4        MS. DUCCA:  Objection.  Vague.    10:46:02
5        THE WITNESS:  So there is already code loaded    10:46:12
6  onto those players that supports multiroom features.    10:46:22
7  BY MR. SHEA:    10:46:40
8    Q.  When you say, "multiroom features," would    10:46:40
9  that include casting to a group of multiroom players    10:46:42
10  the same audio?    10:46:50
11        MS. DUCCA:  Objection.  Vague.    10:46:55
12        THE WITNESS:  So the -- I don't think there    10:47:03
13  would ever be a case where you would be able to use    10:47:05
14  the code that's already loaded onto those players to    10:47:12
15  cast to a group.    10:47:14
16  BY MR. SHEA:    10:47:18
17    Q.  And why -- sorry.  Why is that?    10:47:18
18    A.  Because during the setup process of a new    10:47:22
19  device, we automatically download new code and load it    10:47:28
20  onto the device before a user can use it.    10:47:35
21    Q.  Okay.  Okay.  So setting that aside -- and I    10:47:40
22  understand there's the issue of the download of the    10:47:45

Page 69

1  new code, but is the code that's loaded on those    10:47:47
2  players prior to that functional code when it comes to    10:47:52
3  multiroom audio?    10:47:56
4        MS. DUCCA:  Objection.  Vague.    10:47:59
5        THE WITNESS:  What do you mean by    10:48:07
6  "functional"?    10:48:10
7  BY MR. SHEA:    10:48:11
8    Q.  Does it -- well, yeah.  Maybe let me do it    10:48:11
9  this way:  Is the code that's on those players code    10:48:13
10  that has been compiled from source code that has been    10:48:18
11  written for handling the multiroom audio features?    10:48:25
12    A.  Yes.  Well, to clarify it, among lots of    10:48:31
13  other code.    10:48:40
14    Q.  Yes.  Sorry.  And I didn't mean to suggest to    10:48:42
15  the contrary.  Of course, there's other code as well,    10:48:45
16  but is it the case that it would be the same with    10:48:48
17  respect to the multizone audio functionality and the    10:48:55
18  code that's related to that, in particular, would the    10:48:59
19  version of software that's loaded onto the players at    10:49:04
20  the time that they're sold be compiled from the same    10:49:09
21  code base as the version that ultimately gets updated    10:49:13
22  onto the player?    10:49:18

Page 70

1    MS. DUCCA: Objection. Vague and ambiguous.    10:49:20
2    THE WITNESS: I guess it would depend on what    10:49:22
3  you mean by the "same code base."    10:49:27
4  BY MR. SHEA:    10:49:29
5    Q. Well, let me ask you, what do you understand    10:49:29
6  the "same code base" to mean?    10:49:34
7    A. The exact, same code.    10:49:43
8    Q. I see. Okay. Yeah. What I was trying to    10:49:45
9  get at is how would you refer to code that is -- it's    10:49:47
10 different versions of the same evolutions of the same,    10:49:54
11 common code?    10:49:57
12   A. I guess I'm not sure that I would have a term    10:50:09
13 for that specifically, but I mean that phrase is fine,    10:50:14
14 I suppose.    10:50:17
15   Q. Okay. And maybe I can just short circuit it.    10:50:22
16 I mean I guess what I'm just trying to get at is is it    10:50:24
17 the case that the code that's loaded onto the players    10:50:27
18 at the time they're sold is compiled from one version    10:50:32
19 or snapshot of the source code related the multiroom    10:50:38
20 audio features, and then the update is perhaps    10:50:41
21 compiled from just a later update -- or version of    10:50:46
22 that same source code?    10:50:52

Page 71

1    A. Yes. That's fair.    10:50:56
2    Q. Is -- from a program code perspective, are    10:51:04
3  there any differences in what gets loaded -- sorry.    10:51:09
4  Let me start over because I wanted to add one more    10:51:14
5  thing to that.    10:51:16
6        So talking specifically about the multiroom    10:51:20
7  audio part of the software, from a program code    10:51:24
8  perspective, are there differences in the program code    10:51:27
9  that gets loaded onto the different types of Google    10:51:30
10 Cast enabled media players that are sold?    10:51:36
11   MS. DUCCA: Objection. Vague.    10:51:40
12   THE WITNESS: So I think I'd have to look at    10:51:46
13 the source code to be absolutely sure about that.    10:51:47
14 BY MR. SHEA:    10:51:52
15   Q. Okay. And when you say, "look at the source    10:51:52
16 code," what part of the source code would you look at    10:51:54
17 to know which -- you know, which program code is    10:51:58
18 getting loaded onto which player?    10:52:03
19   A. Well, there are several different ways by    10:52:08
20 which code can be built in or not built in depending    10:52:16
21 on the target device.    10:52:20
22   Q. Okay. And is that all handled as part of    10:52:23

Page 72

1  kind of a -- it may not be the right term, but like    10:52:28
2  the make file or some process by which the actual    10:52:32
3  decision is made as to which source code is compiled    10:52:36
4  into the binary code that gets loaded?    10:52:39
5    MS. DUCCA: Objection. Vague.    10:52:44
6    THE WITNESS: So the build process is    10:52:53
7  responsible for determining which code is compiled for    10:52:58
8  the build target.    10:53:01
9  BY MR. SHEA:    10:53:04
10   Q. Okay. When you say you would have to look at    10:53:04
11 the code to know for sure, then are you saying you    10:53:09
12 would have to look at the code for the build process    10:53:11
13 to understand what decisions it's making on a    10:53:15
14 target-by-target basis?    10:53:17
15   MS. DUCCA: Objection. Mischaracterizes.    10:53:19
16   THE WITNESS: It would depend on specifically    10:53:25
17 which code you're interested in.    10:53:26
18 BY MR. SHEA:    10:53:33
19   Q. Okay. So we're going to get into more    10:53:33
20 details in a little bit on the code, but I guess    10:53:37
21 generally, what I'm most curious about right now is    10:53:39
22 the code that relates to the multiroom audio    10:53:41

Page 73

1  functionality of the products.    10:53:44
2    A. Okay. It's a little unclear how broad    10:53:47
3  "relates to" is, I guess.    10:53:54
4    Q. I see. Okay. That's okay. So basically,    10:53:56
5  without kind of having some bounds on what specific    10:54:06
6  directories or the like that we're talking about, it's    10:54:11
7  difficult for you to tell how -- which code gets    10:54:14
8  compiled and loaded onto which player. Is that a fair    10:54:19
9  characterization?    10:54:23
10   A. Right. Yes. Sorry.    10:54:24
11   Q. No. Go ahead.    10:54:26
12   A. So if you had a question about a specific    10:54:28
13 piece of code, then it would be fairly straightforward    10:54:31
14 for me to be able to tell whether or not it's loaded    10:54:34
15 onto a given device given the source code.    10:54:38
16   MR. SHEA: I see. Okay. Well, maybe what we    10:54:43
17 can do is as we're going through some of the more    10:54:44
18 specific pieces of the process, which we're going to    10:54:46
19 get into here in a little bit, I can maybe ask some of    10:54:49
20 those questions along the way if it makes sense.    10:54:52
21       So one last thing before we do dive into the    10:54:57
22 functional operation is I wanted to ask you about    10:55:01

19 (Pages 70 - 73)