# EXHIBIT S

CONFIDENTIAL BUSINESS INFORMATION SUBJECT TO PROTECTIVE ORDER

Page 1

1       UNITED STATES INTERNATIONAL TRADE COMMISSION
2                     WASHINGTON, D.C.
3         Before The Honorable Charles E. Bullock
4              Chief Administrative Law Judge
5
6   In the Matter of              ) Inv. No. 337-TA-1191
    CERTAIN AUDIO PLAYERS AND     )
7   CONTROLLERS, COMPONENTS       )
    THEREOF, AND PRODUCTS         )
8   CONTAINING SAME               )
    ------------------------------)
9
10     *** HIGHLY CONFIDENTIAL BUSINESS INFORMATION ***
11            *** SUBJECT TO PROTECTIVE ORDER ***
12                          - - -
13    ** CONFIDENTIAL SOURCE CODE, ATTORNEYS' EYES ONLY
14                      INFORMATION **
15
16                THURSDAY, OCTOBER 1, 2020
17                          - - -
18       REMOTE ZOOM Deposition of GOOGLE, LLC, by and
19   through its designee, KEN MACKAY, beginning at
20   9:05 a.m., before Nancy J. Martin, a Registered Merit
21   Reporter, Certified Shorthand Reporter.
22

Veritext Legal Solutions
215-241-1000 ~ 610-434-8588 ~ 302-571-0510 ~ 202-803-8830

Page 110

```
 1  during the course of group configuration?              11:58:40
 2       MS. DUCCA:  Objection.  Vague.  Calls for         11:58:43
 3  speculation, and assumes facts not in evidence.        11:58:44
 4       THE WITNESS:  So which message do you mean        11:58:53
 5  specifically?  The name receives several different     11:58:55
 6  messages.                                              11:58:59
 7  BY MR. SHEA:                                           11:58:59
 8       Q.  Okay.  So can you identify for me when a      11:58:59
 9  group is configured what messages are received by a    11:59:02
10  group member during that process?                      11:59:08
11       MS. DUCCA:  Objection.  Calls for                 11:59:12
12  speculation.  Incomplete hypothetical.                 11:59:13
13       THE WITNESS:  So I don't know all of the          11:59:19
14  messages that are received, but one message would be a 11:59:29
15  join group command.                                    11:59:32
16  BY MR. SHEA:                                           11:59:37
17       Q.  And what is a "join group command"?           11:59:37
18       A.  It is a command that instructs the device to  11:59:44
19  join a group.                                          11:59:46
20       Q.  And where -- from where is that received in   11:59:47
21  the product as they exist today?                       11:59:50
22       MS. DUCCA:  Objection.  Vague.                    11:59:54
```

Page 111

```
 1       THE WITNESS:  Sorry.  Do you mean which part      11:59:58
 2  of the source code receives the message?               11:59:59
 3  BY MR. SHEA:                                           12:00:01
 4       Q.  No.  Sorry.  Which device sends the message   12:00:01
 5  that is received by the join group command that is     12:00:07
 6  received by the player?                                12:00:09
 7       A.  Oh, I see.  In theory, it could be any device 12:00:11
 8  that speaks to the Cast protocol.                      12:00:20
 9       Q.  In Google's products, is at least one example 12:00:28
10  of that a device that is installed with and is running 12:00:31
11  the Google Home application?                           12:00:34
12       MS. DUCCA:  Objection.  Outside the scope and     12:00:38
13  calls for speculation.                                 12:00:40
14       THE WITNESS:  So, yes, I believe the Google       12:00:45
15  Home app is capable of sending join group commands.    12:00:47
16  BY MR. SHEA:                                           12:00:52
17       Q.  And during the course of group configuration, 12:00:52
18  is a join group command -- sorry.  Let me start over.  12:00:57
19       Which devices that are to be added into the       12:01:05
20  group receive a join group command?                    12:01:08
21       MS. DUCCA:  Objection.  Calls for                 12:01:12
22  speculation.  Incomplete hypothetical, and vague.      12:01:12
```

Page 112

```
 1       THE WITNESS:  So I'm not sure exactly how the     12:01:19
 2  implementation of the Home app works.  As far as I     12:01:20
 3  know, the user selects a specific device and adds it   12:01:34
 4  to a group in Home app, and that causes the Home map   12:01:37
 5  to send a join group command to that device.           12:01:41
 6  BY MR. SHEA:                                           12:01:46
 7       Q.  Yeah.  So the example I was trying to get at  12:01:46
 8  is assume a user is configuring a new group of two     12:01:49
 9  players.                                               12:01:53
10       A.  Okay.                                         12:01:55
11       Q.  In that scenario, will both players receive a 12:01:59
12  join group command?                                    12:02:01
13       A.  I believe so, yes.                            12:02:06
14       Q.  And both of the join group command that is    12:02:08
15  received by those players would come from the device   12:02:10
16  installed with the Google Home map in this example?    12:02:16
17       MS. DUCCA:  Objection.  Incomplete                12:02:19
18  hypothetical.  Outside the scope.                      12:02:20
19       THE WITNESS:  Yes, I think so.                    12:02:24
20  BY MR. SHEA:                                           12:02:30
21       Q.  Okay.  So then once that -- those join group  12:02:30
22  commands are received by the members to be members of  12:02:33
```

Page 113

```
 1  this group, it's my understanding that at some point   12:02:41
 2  after that, there is an election process that takes    12:02:44
 3  place in order to elect a leader; is that correct?     12:02:47
 4       A.  Sorry.  Is the question that your             12:02:54
 5  understanding is correct?                              12:02:57
 6       Q.  Yeah.  Is my understanding of how the         12:02:59
 7  products work correct?                                 12:03:01
 8       A.  Yes.  An election does take place.            12:03:08
 9       Q.  And is it the case that that election would   12:03:11
10  take place at some point after the two players have    12:03:12
11  received the join group commands?                      12:03:18
12       MS. DUCCA:  Objection.  Vague.                    12:03:21
13       THE WITNESS:  I wouldn't really characterize      12:03:31
14  it that way.                                           12:03:32
15  BY MR. SHEA:                                           12:03:33
16       Q.  From your perspective, when does the election 12:03:33
17  process take place for a created group?                12:03:38
18       MS. DUCCA:  Objection.  Incomplete                12:03:43
19  hypothetical.                                          12:03:43
20       THE WITNESS:  The -- I would describe the         12:03:44
21  election process as continually ongoing.               12:03:48
22  BY MR. SHEA:                                           12:03:55
```

29 (Pages 110 - 113)