CLEMENT SETH ROBERTS (SBN 209203)
croberts@orrick.com
BAS DE BLANK (SBN 191487)
basdeblank@orrick.com
ALYSSA CARIDIS (SBN 260103)
acaridis@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:   +1 415 773 5700
Facsimile:   +1 415 773 5759

SEAN M. SULLIVAN (*pro hac vice*)
sullivan@ls3ip.com
MICHAEL P. BOYEA (*pro hac vice*)
boyea@ls3ip.com
COLE B. RICHTER (*pro hac vice*)
richter@ls3ip.com
LEE SULLIVAN SHEA & SMITH LLP
656 W Randolph St., Floor 5W
Chicago, IL 60661
Telephone:   +1 312 754 0002
Facsimile:   +1 312 754 0003

*Attorneys for Sonos, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA,

SAN FRANCISCO DIVISION

| | |
|---|---|
| SONOS, INC., <br><br> Plaintiff and Counter-defendant, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant and Counter-claimant. | Case No. 3:20-cv-06754-WHA <br><br> Consolidated with <br> Case No. 3:21-cv-07559-WHA <br><br> **SONOS, INC.'S REFILING OF DOCUMENTS RE DKT. NO. 252 PURSUANT TO OMNIBUS ORDER RE MOTIONS TO SEAL (DKT. NO. 518)** <br><br> Judge: Hon. William Alsup <br> Courtroom: 12, 19th Floor |

1     In accordance with the Court's Omnibus Order Re Motions to Seal (Dkt. No. 518) ("Court's Order") regarding Sonos, Inc.'s Opposition to Google's Motion for Summary Judgment Pursuant to the Court's Patent Showdown Procedure (Dkt. No. 251) ("Opposition") Sonos hereby refiles:

- Public versions of Exhibit 9 to Boyea Decl. (Dkt. No. 252-8), Exhibit 11 to Boyea Decl. (Dkt. No. 252-10), Exhibit 12 to Boyea Decl. (Dkt. No. 252-11), Exhibit 13 to Boyea Decl. (Dkt. No. 252-12), Exhibit 14 to Boyea Decl. (Dkt. No. 252-13), Exhibit 15 to Boyea Decl. (Dkt. No. 252-14), and Exhibit 16 to Boyea Decl. (Dkt. No. 252-15).

    Please take notice that Sonos is not refiling public versions of Sonos's Opposition (Dkt. No. 252-2) and Exhibit 1 to Boyea Decl. (Dkt. Nos. 252-3 / 263-1) because Google filed a revised administrative motion to seal (Dkt. No. 546) regarding these two documents which is pending before the court.

Dated: May 30, 2023

ORRICK HERRINGTON & SUTCLIFFE LLP
*and*
LEE SULLIVAN SHEA & SMITH LLP

By: */s/ Clement Seth Roberts*
    Clement Seth Roberts

*Attorneys for Sonos, Inc.*

2

SONOS'S REFILING OF DOCUMENTS RE DKT. NO. 252 PURSUANT TO OMNIBUS ORDER RE MOTIONS TO SEAL (DKT. NO. 518)
3:20-cv-06754-WHA