# EXHIBIT 9



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                    GOOG-SONOSWDTX-00039916



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-SONOSWDTX-00039943