# EXHIBIT 11

```
 1                UNITED STATES DISTRICT COURT
 2           FOR THE NORTHERN DISTRICT OF CALIFORNIA
 3   ------------------------------------------------------x
     SONOS, INC.,
 4
                  Plaintiff,
 5   vs.                        Case No. 3:21-CV-07559-WHA
 6   GOOGLE LLC,
                  Defendant.
 7   ------------------------------------------------------x
 8   -AND-
 9   ------------------------------------------------------
10                UNITED STATES DISTRICT COURT
11           FOR THE NORTHERN DISTRICT OF CALIFORNIA
12   ------------------------------------------------------x
     GOOGLE LLC,
13
                  Plaintiff,
14   vs.                        Case No. 3:20-CV-06754-WHA
15   SONOS, INC.,
                  Defendant.
16   ------------------------------------------------------x
17          **HIGHLY CONFIDENTIAL - SOURCE CODE**
18
19   REMOTE VIDEOTAPED 30(b)(6) and 30(b)(1) DEPOSITION OF
20                       VINCENT MO
21   (As Corporate Designee of Google LLC and in His
22   Personal Capacity.)
23              Tuesday, April 19, 2022
24   Reported By: Lynne Ledanois, CSR 6811
25   Job No. 5193758
```

Page 1

---

**Page 134**

```
 1     A    That is true, the playback on the sender    1:50PM
 2  device won't continue.
 3     Q    And that applies for each of the YouTube
 4  apps; right?
 5     A    Yes, as far as I know.                      1:50PM
 6     Q    Has there been any plans by Google to
 7  change that functionality?
 8          MR. KAPLAN:  Object to scope, and just to
 9  caution that if you've been given information by
10  counsel, that you should leave that out of your    1:50PM
11  answer.
12          THE WITNESS:  Yeah, I don't know.
13  BY MR. BOYEA:
14     Q    You don't know whether Google has any
15  chance to use that functionality?                  1:51PM
16          MR. KAPLAN:  Same objection.
17          THE WITNESS:  Besides -- so to change the
18  functionality, can you be more specific?
19  BY MR. BOYEA:
20     Q    Do you know, does Google have any plans     1:51PM
21  where if the YouTube sender was playing back media
22  when the user casts a receiver, that the YouTube
23  sender would just continue playing back even once
24  that cast session has been established?
25          MR. KAPLAN:  Same caution, Vincent.         1:51PM
```

**Page 135**

```
 1          THE WITNESS:  I just know that doesn't      1:51PM
 2  happen today.
 3  BY MR. BOYEA:
 4     Q    Yes.  I understand that.  I'm asking:
 5  Does Google have any plans to make that change?     1:51PM
 6          MR. KAPLAN:  Object to scope and same
 7  caution.
 8          THE WITNESS:  Yeah, I can't answer for
 9  Google.
10          MR. BOYEA:  All right.  I think we've been  1:52PM
11  going for a little bit over an hour.  Let's take a
12  five-minute break.
13          THE VIDEOGRAPHER:  Off the record,
14  1:52 p.m.
15          (Recess taken.)                             1:52PM
16          THE VIDEOGRAPHER:  We're back on the
17  record.  The time was 2:02 p.m. Pacific time.
18  BY MR. BOYEA:
19     Q    Mr. Mo, where we left off, we had been
20  talking about the MDx server sending the set       2:02PM
21  playlist message down to the receiver.
22          Do you recall that?
23     A    Yes.
24     Q    The set playlist message will include a
25  video ID for the media that was currently playing  2:03PM
```

**Page 136**

```
 1  when the user decided to cast; right?              2:03PM
 2     A    Yes, that's a possible scenario.
 3     Q    I want to talk about what the receiver
 4  does once it receives that set playlist message and
 5  specifically what it does with the video ID.       2:03PM
 6          ==So at a high level, does the receiver==
 7  ==store the video ID of the media item that was==
 8  ==playing at the sender when the cast session was==
 9  ==initiated?==
10          MR. KAPLAN:  Objection to form.            2:03PM
11          ==THE WITNESS:  The receiver will have just==
12  ==like a lot of variables.  There's variables that==
13  ==contain data including the messages that it==
14  ==receives.==
15  BY MR. BOYEA:                                      2:04PM
16     Q    ==Specifically the video ID itself, will the==
17  ==receiver store that video ID in a variable==
18  ==somewhere?==
19     A    ==Yes, the receiver has code -- again, has==
20  ==many variables containing various data including the==  2:04PM
21  ==video ID of what it's playing.==
22     Q    Where specifically does the receiver store
23  the video ID of what it's supposed to be playing in
24  the source code?  Can you identify for me at a
25  source code function level where it's stored?      2:04PM
```

**Page 137**

```
 1     A    Is there a specific context?  The code can 2:05PM
 2  be quite large and there can be variables storing
 3  that.
 4     Q    Sure.  Let me give this a little more
 5  context.                                           2:05PM
 6          So it's the case that the user would use
 7  the video ID of the current song or video to
 8  actually obtain the song or video for playback;
 9  right?
10          MR. KAPLAN:  Object to form, vague.        2:05PM
11          THE WITNESS:  What do you mean by
12  "obtain"?  Can you clarify that?
13  BY MR. BOYEA:
14     Q    Do you have an understanding of what the
15  word "obtain" means?                               2:05PM
16     A    I do, but it can be vague.
17     Q    In the context of the cast receiver
18  retrieving media, would the cast receiver use the
19  video ID to ultimately retrieve the underlying media
20  that it wants you to play back?                    2:06PM
21          MR. KAPLAN:  Object to form.
22          THE WITNESS:  From the perspective of the
23  receiver, it gets the video ID and it passes that to
24  the YouTube player code.  Then they will perform
25  other operations necessary to load the video.      2:06PM
```

35 (Pages 134 - 137)

```
 1  path in mind, I can help determine if that's the right   2:31PM
 2  place.
 3      Q   Would it make sense if handle message in
 4  lounge adapter was the right function to be looking
 5  at?                                                       2:31PM
 6      A   Can you provide a page number?
 7      Q   So I believe we're going to be looking at
 8  the one ending in 234.
 9          MR. BOYEA:  And for the record, this is
10  the printout Bates labeled SC-GOOG-SONOSNDCA-000234       2:32PM
11  and this is a printout of the lounge adapter.TS
12  source file.
13          THE WITNESS:  Okay.  I'm on that page.
14  BY MR. BOYEA:
15      Q   You see the function handle message at the       2:32PM
16  905?
17      A   Yes.
18      Q   Does this function -- i see that there is
19  a case statement at 924 for set playlist.
20          Do you see that, incoming message.set            2:32PM
21  playlist?
22      A   Yes, I do.
23      Q   Is this relevant to the question that I
24  asked you before about where the get player video ID
25  comes from?                                               2:33PM
```
Page 150

```
 1      A   This would be a good place to start with.        2:33PM
 2      Q   Okay.  So why don't you read that case
 3  statement and try to explain to me if this tells you
 4  any information about where the video ID might be
 5  stored that gets put into that get player request.       2:33PM
 6      A   So Line 942 is where the playback params
 7  video ID field is being assigned and that is being
 8  read from params.video ID.  So that's a parameter of
 9  the set playlist message.
10      Q   Okay.  Is it your understanding then that       2:33PM
11  this playback params -- it would be, I guess,
12  playback params.video ID now, that is the video ID
13  that gets put into the get player request.  Is that
14  your understanding?
15      A   My understanding is that this video ID value    2:34PM
16  is what's used in subsequent API calls that eventually
17  results in the get play request.
18      Q   Would those subsequent API calls be
19  calling in or passing in the params data object?
20      A   Do you have a specific by method call            2:34PM
21  because there could be many subsequent calls.
22      Q   Yes, I was just piggybacking off your
23  answer.
24          Because you said it was your understanding
25  that this video ID value is what's used in             2:35PM
```
Page 151

```
 1  subsequent API calls, so I was just looking for, you    2:35PM
 2  know, clarification on your answer there.
 3      A   Yes, for example, like this one in this
 4  case, it's calling the stop player.set playlist, which
 5  is what the remote.TS is refining.                       2:35PM
 6          THE REPORTER:  WMTS, is that what you
 7  said?
 8          THE WITNESS:  No, I believe I was saying
 9  remote.TS.
10  BY MR. BOYEA:                                            2:35PM
11      Q   So actually, can we turn back to the
12  remote.TS file and now that we know what is in
13  playback, perhaps maybe this will be what I'm
14  looking for.
15          So if you go to 319, the PDF ending in 319      2:36PM
16  now.
17      A   Okay.
18          MR. BOYEA:  For the record, this is
19  SC-GOOG-SONOSNDCA-00339.  We're back in the
20  remote.TS source file.                                  2:36PM
21      Q   Do you see at Line 1559 a request playback
22  function?
23      A   Yes, I do.
24      Q   Would this function be called to generate
25  the get player request?                                 2:37PM
```
Page 152

```
 1      A   This method alone does not actually make        2:37PM
 2  that request like inside this method.
 3      Q   Would this be one of the calls that
 4  happens to ultimately get to the get player request?
 5      A   This is a call that I can think of that         2:37PM
 6  starts a chain of other calls that eventually get to
 7  get player.
 8      Q   So we see this .make watch endpoint at
 9  Line 1562.
10          Do you see that?                                 2:38PM
11      A   Yes.
12      Q   What is -- do you have an understanding of
13  what a make watch endpoint, what that function does?
14      A   Yes, it creates this thing called a watch
15  endpoint, which is a term that -- that's referred to    2:38PM
16  in code.
17      Q   What is --
18      A   It's just a data structure.
19      Q   Is the watch endpoint eventually going to
20  be the video that the cast receiver is to play?         2:38PM
21          MR. KAPLAN:  Object to form.
22          THE WITNESS:  Can you clarify?  Because
23  this is just date variable.
24  BY MR. BOYEA:
25      Q   Does the watch endpoint then represent the      2:38PM
```
Page 153

39 (Pages 150 - 153)

**Page 158**

```
1   order can differ depending on the client's context.   2:46PM
2   BY MR. BOYEA:
3   Q   In the latter circumstance, what are some
4   of the circumstances which would result in a watch
5   next request being made before playback begins?   2:47PM
6   A   One scenario is when set playlist message
7   only contains a playlist ID and no video ID.
8   Q   What would be the circumstance where the
9   cast receiver only receives a playlist ID in the set
10  playlist message as opposed to a video ID?   2:47PM
11  A   I believe one scenario is after the sender
12  has already connected to a receiver, a user selects a
13  playlist to cast.
14      I believe there's scenarios where just
15  the playlist ID is sent over set playlist.   2:48PM
16  Q   Let's follow that one, then.
17      So you're saying that the sender is not
18  currently playing back the playlist before the
19  connection is made; is that right?
20  A   Yes.   2:48PM
21  Q   Let's work through that. The cast player
22  receives a playlist ID and then what does it do with
23  that playlist ID vis-à-vis the watch next request?
24  A   Yeah, it makes a get watch next request with
25  that playlist ID so that it can -- in the response   2:48PM
```

**Page 159**

```
1   it's expected to get information in the response where   2:49PM
2   a video ID would actually be present for the receiver
3   to use for playback.
4   Q   Can you give me the contents of the
5   response to that watch next request in this   2:49PM
6   circumstance? Would it contain anything other than
7   the video ID that you referenced?
8       MR. KAPLAN: Object to form.
9       THE WITNESS: I'm sorry, can you clarify
10  the last part?   2:49PM
11  BY MR. BOYEA:
12  Q   Yes. What would be in the watch next
13  response in this circumstance?
14  A   The watch next response is -- it's large.
15  So I can only say for the whole case what some of the   2:49PM
16  information that's relevant to what we're talking
17  about may contain.
18  Q   Let me ask you this: I understand that
19  the watch next response has a lot of information.
20      Does it include more than one video ID?   2:50PM
21  A   More than one video ID field?
22  Q   Sure.
23  A   Again, can you refine the use case
24  specifically? Again, because watch next is huge.
25  Q   So the use case is the one that you raised   2:50PM
```

**Page 160**

```
1   where the playlist ID is contained in the set   2:50PM
2   playlist from the cast -- or from the MDx session
3   server to the cast receiver without a video ID
4   originally. So let's talk about that specific use
5   case.   2:51PM
6       And the cast receiver sends the playlist
7   ID to the get player; correct? Or excuse me, to the
8   watch next session server; correct?
9   A   The get watch next server, yes.
10  Q   Let's focus on this specific use case.   2:51PM
11      Will the watch next response include
12  multiple video ID fields that are populated?
13  A   Again, the watch next response proto is
14  huge, so I don't know all of the fields that exist.
15  There could be lots of fields containing various   2:51PM
16  information.
17  Q   That wasn't my question.
18      My question is: Will it include multiple
19  video ID fields that are populated?
20  A   It really depends on -- can depend on a per   2:52PM
21  request basis.
22      But so --
23  Q   What does it depend on?
24  A   Again, the watch next response is a
25  massive -- it's a huge YouTube service that services   2:52PM
```

**Page 161**

```
1   different functionality. So I don't know what is   2:52PM
2   triggered on a per request basis, like whether certain
3   experiments are enabled or what specific client is
4   being used at the time and so forth.
5   Q   I'm asking in the general context in the   2:53PM
6   general example that we started with here where the
7   watch next is getting called with a playlist ID, I
8   want to know if there are more than one video ID
9   fields that are populated in the watch next
10  response.   2:53PM
11      You are Google's 30(b)(6) witness on this
12  topic and so I need you to give me the answer that
13  is going to be Google's answer in this case.
14      MR. KAPLAN: Object to form, calls for a
15  legal conclusion.   2:53PM
16      THE WITNESS: I cannot provide a
17  definitive answer. There is a lot of variables in
18  play when certain fields get filled.
19      In that particular use case that I was
20  referring to where a playlist ID is provided, what I   2:54PM
21  was getting to is that there will be a field within
22  watch next response that contains the video ID
23  for -- as a current -- sort of like, hey, here's the
24  current video endpoint to load.
25      There could be different fields with   2:54PM
```

1  different names carrying similar information.  2:54PM
2  BY MR. BOYEA:
3      Q   What do you mean by there could be
4  different fields with different names carrying
5  similar information?                           2:54PM
6      A   Meaning like the same -- again, due to the
7  vast size of the watch next response proto, there
8  could be many fields that are containing more or less
9  the same information but just named differently.
10     Q   In this specific example we're talking  2:55PM
11 about, you're saying the watch next response is
12 going to contain the video ID for a current video
13 and that there could be other fields that also
14 contain that same current video.  Is that what
15 you're saying?                                  2:55PM
16     A   Yes, there is a -- from just recollection, I
17 think there is a field similar to like current video
18 watch endpoint, something like that, that will contain
19 video ID.
20         And then I'm saying there could be other  2:55PM
21 fields -- again, from experience I know there's
22 sometimes duplicated variables throughout the same
23 proto.
24     Q   In the same context where the client was
25 not playing back originally, what is the current  2:56PM

Page 162

1  video that you're referring to?               2:56PM
2      A   Is this within the watch next response
3  context?
4      Q   Yes.  I'm trying to understand -- in your
5  previous answer you said the current video.  So in  2:56PM
6  the context here, what is the current video going to
7  be?
8      A   I see.  So pulling from memory, the -- in
9  the case where there is no video ID, a watch next
10 request is made with the playlist ID specifically so  2:57PM
11 that the client can get a video ID.
12         And then in the response of watch next,
13 there contains a variable or a field, something like
14 a current watch endpoint.  So that's what I was
15 referring to, that specific -- that name within the  2:57PM
16 watch next response.
17     Q   Now, the watch next response could also
18 contain a next endpoint; correct?
19     A   It may contain some field that sounds like
20 that.                                           2:57PM
21     Q   And would that contain a different video
22 ID than in the current endpoint field?
23     A   For -- again, I think that field may exist
24 depending on a context and client again.  But in the
25 cases where that's returned, it may be different than  2:58PM

Page 163

1  the current video.                            2:58PM
2      Q   And let's go down the path then of what
3  are the cases where that would actually be returned?
4      A   I believe one case would be -- actually,
5  what would help is if you can point to the exact -- is  2:58PM
6  there an exact watch next response field that you're
7  referring to?
8      Q   No, I don't have a watch next response
9  field that I have in front of me.  I'm seeing a
10 field called "next endpoint."  Does that sound  2:59PM
11 familiar to you.
12     A   It would be helpful to know if it's
13 necessary under some other higher level field.  Again,
14 there is a lot of fields in there.
15     Q   So without seeing the source code, you  2:59PM
16 can't provide me an answer with any sort of
17 confidence?
18         MR. KAPLAN:  Object to form.
19         THE WITNESS:  Without any more specific
20 clarification on what you're asking about, it's hard  2:59PM
21 for me to answer.
22 BY MR. BOYEA:
23     Q   I'm asking whether or not the watch next
24 response in the particular use case that we're
25 referring to will contain a next endpoint?     2:59PM

Page 164

1      A   Yes, again, that name is -- the name is  3:00PM
2  important just because it could be very different
3  depending on exactly which field it is that is
4  actually being talked about.  I don't want to mistaken
5  one for another.                               3:00PM
6      Q   What source file would you need to look
7  at?
8      A   A watch next response proto would be one.
9      Q   Would that be cast receiver side code or
10 would it be watch next server side code?       3:01PM
11     A   Actually, I would be -- I would request a
12 clarification of your answers whether -- would it
13 ultimately be something that the receiver client, you
14 know, processes?
15     Q   Sorry, I don't follow what you're now  3:01PM
16 answering.
17     A   I guess watch next response may contain lots
18 of data.  But it doesn't mean that the client actually
19 does anything with the data.
20     Q   And the client here again, you're      3:01PM
21 referring to the receiver, the cast receiver; right?
22     A   Right.
23     Q   So are there any circumstances that you
24 can think of where the cast receiver receives a
25 watch next response that contains multiple video IDs  3:02PM

Page 165

42 (Pages 162 - 165)

**Page 174**

```
1  number 6?                              3:18PM
2      A   I believe the -- again, for clients that
3  have the -- sorry, the watch next response is
4  dependent on kind of capabilities defined by the
5  client.                                 3:18PM
6          So certain fields will only get filled if
7  it's actually defined.
8          So what specific next endpoint are you
9  referring to again?
10     Q   Yes.  So that's what I'm trying to get to   3:18PM
11 is the next endpoint is not necessarily going to be
12 an autoplay video; right?
13     A   Correct, and in fact, the autoplay may not
14 even be -- it's -- it may not even be the next -- it
15 may not be labeled as the next video, they may just be   3:19PM
16 also named like MDx autoplay.
17     Q   Right, and that's what I'm trying to get
18 at.
19         So there are circumstances where the cast
20 receiver will receive in the watch next response a   3:19PM
21 video ID of a next video, but that doesn't have to
22 be the autoplay video; correct?
23     A   Yeah, there are cases where the next one
24 doesn't have to be associated with the autoplay.
25     Q   Let's continue with that example.        3:20PM
```

**Page 175**

```
1          Will the cast receiver store the video ID   3:20PM
2  of the next video somewhere in memory?
3      A   In the case where the watch next response
4  contains that, yes, because I would imagine the watch
5  next response is -- the model is stored in memory.   3:20PM
6      Q   After the receiver finishes playing the
7  current video, will the receiver then use that next
8  video that's stored in memory to make the get player
9  request?
10     A   In the case where the watch next response   3:20PM
11 contains let's say an autoplay set renderer for the
12 next -- something called next -- I forget the exact
13 name, next video or something rather, it will -- when
14 the current song ends, it will look up that data model
15 and then it will extract the appropriate endpoint for   3:21PM
16 the next video to play.
17     Q   Will that involve a get player request to
18 the player service that we were talking about
19 before?
20     A   Yeah, once it obtains a video ID from that   3:21PM
21 model, it will generally go through the same flow for
22 playback, which is making the get player request and
23 then possibly the -- likely another get watch next.
24     Q   Will the cast receiver make the get player
25 request before or after the cast receiver finishes   3:22PM
```

**Page 176**

```
1  playing the current song or video?       3:22PM
2      A   As far as I know, it makes the call when it
3  finishes the current playback.
4          THE REPORTER:  Is this a good time for a
5  break?                                   3:22PM
6          MR. KAPLAN:  Before we take a break, could
7  we mark the transcript as highly confidential source
8  code, please?
9          THE REPORTER:  Sure.
10         MR. BOYEA:  Let's go ahead and go off the   3:23PM
11 record.
12         THE VIDEOGRAPHER:  Off the record at
13 3:23 p.m.
14         (Recess taken.)
15         VIDEOGRAPHER:  We're back on the record.    3:34PM
16 The time is 3:34 p.m. Pacific time.
17         MR. BOYEA:  We're going to introduce
18 another exhibit here.  This is some additional
19 screenshots, Mr. Mo, that I want you to take a look
20 at.                                      3:34PM
21         And I'm going to just walk through them
22 with you and see if you can explain some things to
23 me.  This is going to be marked as Mo Exhibit 8.
24         (Exhibit 8 was marked for identification.)
25         MR. BOYEA:  It should be coming through
```

**Page 177**

```
1  now.                                     3:35PM
2          THE WITNESS:  I have it loaded.
3  BY MR. BOYEA:
4      Q   Okay.  All right.  Mr. Mo, these are some
5  screenshots that I took this past weekend and this   3:35PM
6  was done on an iPhone and there is a cast session
7  that's established.
8          In Screenshot 1 we see that there is a
9  first video being played with the title that has
10 "Max Homa," H-O-M-A in it.                3:35PM
11         Do you see that?
12     A   Yes, I do.
13     Q   In this circumstance, the speaker -- the
14 receiver named Speaker A is currently playing the
15 Max Homa video.                           3:35PM
16         And so would it be the case that the cast
17 receiver would have a video ID stored corresponding
18 to that video that's being played?
19         MR. KAPLAN:  Objection, authenticity.
20         THE WITNESS:  Sorry, can you walk me       3:36PM
21 through like the scenario of which you've got here?
22 BY MR. BOYEA:
23     Q   Yes.  So Screenshot Number 1, it was local
24 playback on the iPhone and then it was a cast
25 directed to a Hub display.  So the Hub display is   3:36PM
```