# EXHIBIT 12

HIGHLY CONFIDENTIAL

```
 1                  UNITED STATES DISTRICT COURT
                  NORTHERN DISTRICT OF CALIFORNIA
 2
 3       GOOGLE LLC,                          )
 4            PLAINTIFF,                      )
 5         VS.                                ) Case No.
 6       SONOS, INC.,                         ) 3:20-cv-06754-
 7            DEFENDANT.                      ) WHA
 8       _____ )
 9       SONOS, INC.,                         )
10            PLAINTIFF,                      )
11         VS.                                ) 3:21-CV-07559-
12       GOOGLE, LLC,                         ) WHA
13            DEFENDANT.                      )
14       _____ )
15                    C O N F I D E N T I A L
16
17            (THIS TRANSCRIPT HAS BEEN DESIGNATED
18       HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER)
19
20              ZOOM VIDEOTAPED DEPOSITION OF
21                    DAVID NICHOLSON
22                 THURSDAY, APRIL 21, 2022
23
24       JOB NO. 5193787
25       REPORTED BY:  D'ANNE MOUNGEY, CSR 7872
```

Page 1

```
 1  we've been discussing.
 2         When making an RPC to Get Watch Next, the
 3  message type that is sent is a Watch Next request
 4  and the message type that the server sends back is a
 5  Watch Next response.  And I think what I said was           12:39:57
 6  that the Watch Next response structure of that
 7  response is different for the receiver devices than
 8  it is for the phone center devices.
 9      Q   So how is the Watch Next response structure
10  different for the receiver device?                          12:40:15
11         I guess let me ask that differently.
12         What's different between the Watch Next
13  response structure that's received on the receiver
14  device versus the Watch Next request that's sent
15  from the sender?                                            12:40:33
16      A   Can you repeat that question again?
17      Q   Yeah.  I guess I'm trying to understand, I
18  guess that the -- I guess what I'm trying to say
19  here is:  What are the contents of that Watch Next
20  response data structure on the receiver side?               12:40:51
21         MR. KAPLAN:  Object to form, calls for a
22  narrative.
23         Go ahead.
24         THE WITNESS:  Sure.  So it could be very
25  different depending on the context of what type of          12:41:04
                                                           Page 106
```

```
 1  receiver it is and what version of the receiver.
 2         Is it a screen receiver or screenless
 3  receiver, and so on and so forth?
 4         So they can vary drastically.
 5         But in all those cases, the structure of             12:41:19
 6  the responses for those receivers is different than
 7  the structure of the response -- the structure and
 8  contents of the response is different.
 9  BY MR. PAK:
10      Q   How are they different?                             12:41:31
11      A   So I can give one -- start, I guess, with
12  one concrete example.
13         So they're both of the message type Watch
14  Next response.  This is a proto message, protocol
15  buffer.  In the casting case on the YouTube Music           12:41:53
16  sender, on the sender device, the renderers are all
17  those videos that you see, "Come Together," "Here
18  Comes the Sun," those are all nested underneath
19  another message type called a playlist panel
20  renderer.                                                   12:42:22
21         And all of the messages -- all the
22  renderers that you see there for "Come Together,"
23  "Here Comes the Sun," et cetera, are called playlist
24  panel video renderers.
25         So, again, when you're not casting on a              12:42:35
                                                           Page 107
```

```
 1  sender device, what you see here in this list is a
 2  playlist panel renderer with a list of playlist
 3  panel video renderers within it and none of that is
 4  included in the response that's sent to receivers.
 5         I'm not as familiar with the structure of            12:42:56
 6  the response and receivers, but I think the closest
 7  analogy to the playlist panel video renderer is
 8  something called an Autoplay renderer, which
 9  contains somewhat -- you might describe as pointers
10  to other videos that the receiver could play next.          12:43:16
11         Does that help answer the question?
12      Q   Yeah.  I think that was very helpful.
13         You know, I want to go back to Exhibit 18,
14  and specifically I want to look at page 9.  And
15  looking at figure 3, there's a sequence diagram             12:43:49
16  here.
17         Does this sequence diagram look familiar to
18  you?
19         MR. KAPLAN:  We're on page 9, figure 3 of
20  Exhibit 18.                                                 12:44:03
21         THE WITNESS:  Yeah.  I have that open.  I'm
22  looking at it right now.
23         MR. KAPLAN:  Okay.
24         THE WITNESS:  Give me a moment to maybe
25  digest.                                                     12:44:13
                                                           Page 108
```

```
 1         (Document reviewed by the witness.)
 2         THE WITNESS:  I don't know if I've ever
 3  seen this before or not.
 4         MR. PAK:  Okay.  Maybe I should introduce
 5  another screenshot here.  Exhibit 21.                       12:44:41
 6         (Whereupon, Sonos Exhibit 21 was
 7          marked for identification by the
 8          Court Reporter.)
 9         MR. PAK:  Let me know when you have that
10  open.                                                       12:44:54
11         THE WITNESS:  I have that open.
12  BY MR. PAK:
13      Q   Okay.  Again, I'll represent to you these
14  are screenshots that I took with the Pixel 6 phone
15  recently.  You can see it's -- it's kind of                 12:45:08
16  screenshots from the YouTube Music app and we're in
17  the casting state.
18         Specifically I want to run through here,
19  this is a scenario where you have the expanded view
20  of the up next tab with a list of songs, and then           12:45:27
21  one of the songs gets removed from the up next tab.
22         So if you see in the bottom right
23  screenshot, you see that "Colors" is the currently
24  playing media item or song and -- or song after that
25  is a song called "OCT 33"; right?                           12:45:52
                                                           Page 109
```

## Page 110

```
 1    A    In the bottom right --
 2         MR. KAPLAN:  Hold on a second.
 3         Object to form and authenticity.
 4         Go ahead.
 5         THE WITNESS:  In the bottom right image in      12:46:05
 6   this grid of four images, I see what looks to be the
 7   expanded up next view and renderers is the first one
 8   there, says "Colors" and the second one says "OCT
 9   33."
10   BY MR. PAK:                                           12:46:23
11    Q    Taking a step back here, if you look at the
12   top right screenshot, do you see that there's a song
13   called "Colors" and then the next song after that is
14   "River"?
15    A    Yeah.                                           12:46:37
16    Q    Do you see that on the bottom right
17   screenshot that song called "River" was removed from
18   the auto next app?
19         MR. KAPLAN:  Object to form.
20         THE WITNESS:  I see the image on the top        12:46:55
21   right shows the expanded up next tab and the first
22   three renderers I see there are "Colors," "River,"
23   "OCT 33."  And on the bottom right image, I see the
24   expanded up next tab and the first three renderers.
25   There are "Colors," "OCT 33" and "I Put a Spell on    12:47:16
```

## Page 111

```
 1   You," but I don't think just looking at those two
 2   images alone can I verify or validate that point.
 3   BY MR. PAK:
 4    Q    And that's fair.
 5         The question I really want to ask you here      12:47:30
 6   is:  Let's say "Colors" is -- this is all in the
 7   casting state.
 8         So after "Colors" -- or while "Colors" is
 9   playing, right, if a user removes the song called
10   "River," which is the next song list on the top       12:47:50
11   right screenshot, such that "OCT 33" becomes the
12   next song was, how does the cast receiver know that
13   it has to play "OCT 33" instead of the song "River"?
14         MR. KAPLAN:  Object to form, vague, and
15   calls for a narrative.                                12:48:18
16         THE WITNESS:  I would like to clarify one
17   thing as well.
18         The screen -- or the image on the top left
19   shows that the user's in the casting state.  The
20   cast icon is, I guess, filled in, for a lack of a     12:48:33
21   better description.  The other three screenshots,
22   it's unclear if the user is casting or not casting.
23   There's no indication in those screenshots that the
24   user is in the cast experience or in the non-cast
25   experience --                                         12:48:53
```

## Page 112

```
 1   BY MR. PAK:
 2    Q    Okay.  So --
 3    A    -- with that clarification.
 4    Q    So maybe -- the screenshots are really to
 5   help kind of facilitate our discussion.               12:49:02
 6         What I really want to know here is, when
 7   you're in the casting state, right, and you have,
 8   let's say, 3D items in the up next tab, if I
 9   remove -- after -- so there's a currently play media
10   item and there's a second media item and the third    12:49:19
11   media item in the up next queue.
12         Do you follow?
13    A    There's renderers.
14    Q    What you call renderers.  I've been calling
15   them media items or songs, but you have three songs   12:49:30
16   in the expanded up next tab.
17         In that scenario, if I remove the next song
18   such that the third song becomes the next song, how
19   does the cast receiver know that it has to play that
20   third media item, that third song, as opposed to      12:49:55
21   that second song that was removed?
22    A    I don't know the details of that.
23    Q    But before -- this is going back to the
24   hypothetical where you have the three songs and the
25   expanded up next tab.                                 12:50:31
```

## Page 113

```
 1         The receiver needs to know it has to play
 2   those three songs; right?
 3         MR. KAPLAN:  Object to form, incomplete
 4   hypothetical, vague.
 5         THE WITNESS:  So when you start playback on     12:50:45
 6   whichever container or radio, or what this was, the
 7   receiver device doesn't necessarily have to know
 8   what all those videos are.
 9   BY MR. PAK:
10    Q    Does the receiver have to know what the         12:51:06
11   next song is?
12    A    Can you clarify the question?
13         Can you clarify the question?
14    Q    Yeah.
15         So in this hypothetical where you have          12:51:20
16   three songs in the expand up next tab, right, the
17   song in the casting session -- in the casting state,
18   what information does a receiver need to know in
19   order to play the currently playing song but also
20   know that it has to play the next song after that     12:51:45
21   currently playing song?
22         MR. KAPLAN:  Object to form, calls for
23   narrative, vague.
24         THE WITNESS:  I'll try to give an answer.
25         So the Watch Next response is returned to       12:52:04
```

29 (Pages 110 - 113)

| | |
|---|---|
| 1  the receiver will contain video ID, or the currently<br>2  playing song, somewhere in the response tree. I<br>3  don't know the intricate details of where in the<br>4  response tree.<br>5      Ultimately the client will have to make an         12:52:27<br>6  RPC -- sorry.<br>7      When I say "client" there, what I mean is<br>8  the receiver device will have to take the video ID<br>9  of that currently playing song and send a Get Player<br>10 request, include the video ID in that request, Get   12:52:46<br>11 Player will then return -- in the successful case<br>12 where there's no errors, it should return at least<br>13 one URL and then the receiver device needs to make<br>14 an RPC to fetch the media bytes for the currently<br>15 playing songs from that URL for the Get Player.     12:53:16<br>16     So that's how the receiver device, I<br>17 suppose, knows how to play the currently playing<br>18 song.<br>19     For the next playing song, there's an<br>20 Autoplay renderer. I mentioned this before. It's  12:53:31<br>21 returned as part of the Watch Next response and that<br>22 Autoplay renderer contains -- in some circumstances<br>23 may contain -- I don't remember the exact name of<br>24 the message, but will contain information about what<br>25 video ID should the device play next if the user    12:53:54<br>Page 114 | 1      (Whereupon, Sonos Exhibit 22 was<br>2      marked for identification by the<br>3      Court Reporter.)<br>4      MR. PAK: Let me know when you have that<br>5  open.                                                12:55:46<br>6      THE WITNESS: Okay. It just popped up.<br>7  Here we go. I have this open. I'm on page 1.<br>8  BY MR. PAK:<br>9   Q  Do you recognize this document?<br>10  A  Yes.                                             12:55:56<br>11  Q  Do you see you're listed as one of the<br>12 contributors?<br>13  A  Yes.<br>14  Q  Does that mean you wrote this document?<br>15  A  Myself and Jacob Zimmerman were the leading    12:56:15<br>16 contributors on this and we consulted with many<br>17 other engineers.<br>18  Q  Who is Jacob Zimmerman?<br>19  A  He is an engineer on YouTube Music and his<br>20 name is Jacob Zimmerman.                            12:56:32<br>21  Q  Is he still with Google?<br>22  A  Yes.<br>23  Q  Is he someone that you report to or --<br>24  A  No.<br>25  Q  -- just -- okay.                                12:56:52<br>Page 116 |
| 1  moves into the next song.<br>2      And when that happens, the receiver device<br>3  will then -- it could Get Player called with that<br>4  video ID, the player will respond -- again, in the<br>5  successful case, will respond with at least one URL,  12:54:10<br>6  then when the receiver is ready to play that, the<br>7  receiver will fetch the media bytes from that URL.<br>8  BY MR. PAK:<br>9   Q  Now, does the receiver store the video IDs?<br>10  A  What do you mean by "store the video IDs"?   12:54:30<br>11  Q  Does the receiver store the video IDs<br>12 locally within memory?<br>13     MR. KAPLAN: Object to form, vague.<br>14     THE WITNESS: Yeah. I mean, the<br>15 responses -- the receiver receives the Watch Next   12:54:49<br>16 response and that response contains video IDs. I<br>17 think by definition, those video IDs are somewhere<br>18 in memory.<br>19     MR. PAK: I'm going to introduce another<br>20 doc here. I'll try to find it here.                  12:55:13<br>21     It's going to be Exhibit 22. And for the<br>22 record, it's Bates labeled Bates number ending in<br>23 51490.<br>24 ///<br>25 ///                                                  12:55:41<br>Page 115 | 1      Do you know what the purpose of this<br>2  document was?<br>3   A  Yes.<br>4   Q  What was the purpose of this document?<br>5   A  Purpose of this document was to provide a    12:57:04<br>6  design for supporting loop functionality in YouTube<br>7  Music while casting.<br>8   Q  Do you know what an Autoplay renderer is?<br>9      MR. KAPLAN: Object to form, asked and<br>10 answered.                                           12:57:43<br>11     THE WITNESS: Yes. We spoke about Autoplay<br>12 renderers in the context of cast receiver devices.<br>13 BY MR. PAK:<br>14  Q  Okay. Now I want to skip to page 23.<br>15 There are several comments here from David.        12:58:13<br>16     Is that a reference to you?<br>17     I guess phrased differently: Are these<br>18 your comments?<br>19  A  I don't remember.<br>20     MR. KAPLAN: Object to form.                   12:58:35<br>21 BY MR. PAK:<br>22  Q  You don't know if these are comments that<br>23 you left or not?<br>24     MR. KAPLAN: Object to form, asked and<br>25 answered.                                           12:58:52<br>Page 117 |