# EXHIBIT 13

# A Sample Session

1. The user launches the remote app on their device.
    - The remote tells the server a user has turned on their remote by registering a session. The remote also hangs a get request to listen for incoming messages from the server.
    - The server replies with loungeScreenDisconnected message, since we don't have a screen yet.
2. The user opens Leanback.
    - Leanback registers with the server in a similar manner to the remote. It also hangs a get request that awaits incoming remote commands.
    - The server replies with remoteControlConnected message since we have a remote.
3. The server sends a loungeScreenConnected message to the remote.
4. The remote sends the current playlist to the screen
5. The user closes the Leanback player.
    - Leanback sends a loungeScreenDisconnected to the server with now playing info; if it's the last screen in the session the server forwards it to the remote
6. Remote starts playing the video locally


**Server to Remote messages**

*loungeScreenConnected()*

*The server informs the remote that there is at least one screen connected in the session.*

*loungeScreenDisconnected(feed_name, type, title, video_id, current_time)*

*The server informs the remote that there is no screen connected in the session. Optionally, if there was a screen before, the server sends info about what the screen was playing when it was disconnected.*

- video_id - the encrypted video id of the currently playing video
- feed_name - title of the feed
- type - type of the feed
- current_time - playback position in the video

**Server to Screen messages**

# remoteConnected()

*The server informs the screen that there is a remote connected.*

# remoteDisconnected()

*The server informs the screen that the remote was disconnected.*

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                                   GOOG-SONOSWDTX-00041837