# EXHIBIT 14

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

```
 1              UNITED STATES DISTRICT COURT
 2          FOR THE NORTHERN DISTRICT OF CALIFORNIA
 3   SONOS, INC.,
 4        Plaintiff,
 5            vs.             Case No. 3:21-CV-07559-WHA
 6   GOOGLE LLC
 7        Defendant.
     _____
 8

     -AND-
 9

     GOOGLE LLC,
10

          Plaintiff,
11

              vs.             Case No. 3:20-CV-06754-WHA
12

     SONOS, INC.,
13

          Defendant.
14   _____
15      **HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY**
16             ZOOM DEPOSITION OF JONAS LEVAI
17   (Reported Remotely via Video & Web Videoconference)
18       Zurich, Switzerland (Deponent's location)
19                Wednesday, May 4, 2022
20
     STENOGRAPHICALLY REPORTED BY:
21   REBECCA L. ROMANO, RPR, CSR, CCR
     California CSR No. 12546
22   Nevada CCR No. 827
     Oregon CSR No. 20-0466
23   Washington CCR No. 3491
24   JOB NO. 5213332
25   PAGES 1 - 125
```

Veritext Legal Solutions
866 299-5127

**Page 94**

1  Internet.                                          03:28:57
2     Q.  Okay.  So just to be clear for the record
3  then, the version of the YouTube Remote app that
4  was available on November 9th, 2010, did allow the
5  YouTube Remote to be paired with a Leanback screen    03:29:21
6  even if they weren't on the same Wi-Fi network; is
7  that correct?
8     A.  Do you know which date this video is from
9  exactly?  Because there are -- there are quite a
10 few videos that I referenced in the declaration.    03:29:37
11    Q.  I can get you that.  Hold on one sec.
12        So I will represent to you this is the
13 November 11th, 2010, video that is titled on
14 YouTube, "YouTube (Lean back) Remote App for
15 Android."                                           03:30:13
16    A.  Yes, this -- this is then the first
17 release of YouTube Remote on this video.
18    Q.  Okay.
19    A.  And yes, it supported playback over -- or
20 like not playback.  It supported connection to the   03:30:28
21 TV over 3G.
22    Q.  Okay.  And, Mr. Levai, do you know if
23 Google internally refers to this pairing process as
24 manual pairing?
25        MR. HEFAZI:  Objection.  Form.             03:30:59

**Page 95**

1         THE DEPONENT:  Sorry, which pairing       03:31:03
2  process?
3     Q.  (By Mr. Smith)  The pairing process by
4  which a YouTube Remote and a Leanback screen can be
5  paired together by a user logging into the same    03:31:12
6  YouTube account on both devices?
7     A.  From my recollection, no, this is not
8  the -- not -- we don't refer to this as manual
9  pairing.
10    Q.  Is there a name Google does use to        03:31:31
11 refer -- excuse me -- to this type of pairing?
12    A.  Oh, wow, that was -- I -- I don't know
13 what they called it.  That was quite a long time
14 ago.
15    Q.  Does Google use the term "manual pairing"  03:31:47
16 to refer to a type of pairing between the YouTube
17 Remote application and a Leanback screen?
18    A.  Manual pairing is, yes, another
19 additional type of pairing.
20    Q.  And what type of pairing is that?          03:32:08
21    A.  I believe opposed to using Google
22 accounts, the pairing process was initiated by a
23 code.
24    Q.  And can you explain that a little bit
25 further?                                           03:32:34

**Page 96**

1     A.  So from what I remember, there was a -- a  03:32:35
2  code displayed on the Leanback screen.  And if the
3  same code was entered in the -- the mobile clients,
4  then they would be able to connect to -- to that
5  screen.                                            03:32:59
6     Q.  Okay.  Mr. Levai, I want to ask a couple
7  of questions, I guess, outside of -- stepping aside
8  from -- from YouTube Remote for -- for a second.
9         Do you have a Google Home or Nest speaker
10 device?                                            03:34:24
11    A.  No.
12    Q.  Have you ever used a Google Home or Nest
13 speaker device?
14    A.  I -- I believe I did.  I did use lots of
15 devices.                                           03:34:40
16    Q.  Okay.  And just to be clear, when I say
17 "speaker device," I'm also including some of the
18 Google or Nest, what they call the hub display
19 products.
20        So just going back for a second, have you  03:34:53
21 ever used a Google Home display or one of the
22 Google or Nest speakers?
23    A.  I did use them before, yes.
24    Q.  Okay.  And was that part of your job at
25 Google?                                            03:35:12

**Page 97**

1     A.  No, only as kind of like in -- in my home  03:35:16
2  personally or like a private use, but I -- it was
3  not part of my job.
4     Q.  Okay.  So did you at one time own those
5  products?                                          03:35:30
6     A.  Yes.
7     Q.  Do you still own those products?
8     A.  I may have one in the basement.  I think
9  so.
10    Q.  Do you know which product that is?        03:35:44
11    A.  It's one of the devices with the screen,
12 I don't know exactly the model number, though.
13    Q.  Okay.  And do you own any Chromecast, the
14 dongle devices?
15    A.  I do.                                      03:36:07
16    Q.  And which Chromecast devices do you own?
17    A.  I believe it's a Chromecast Ultra.
18    Q.  And aside from the Chromecast Ultra and
19 the display device that you own, do you own any
20 other Google or Nest, you know, speakers or        03:36:33
21 displays or Chromecast products?
22    A.  Apart from these, I don't think I -- I
23 own other Google -- Google devices.
24    Q.  Are you familiar with the ability to
25 group Google speakers or displays or Chromecast    03:36:53

```
 1    A.  You're saying how I personally used the      03:57:01
 2 app to interact with?
 3    Q.  Yeah.  How you personally used it.
 4    A.  I mean, in -- in many ways.  Like one --
 5 one example is connecting to the Leanback screen    03:57:11
 6 the same way that was shown in the videos by having
 7 to, you know -- having signed in with the same
 8 Google account.  Controlling the playback of the
 9 videos is another example.
10    Q.  Did you ever use the YouTube Remote          03:57:39
11 application to control the playback on multiple
12 Leanback screens?
13    A.  Yes.
14    Q.  Do you recall how many screens?
15    A.  How many screens like during my              03:58:00
16 internship or concurrently?
17    Q.  Yeah, in any capacity, during your
18 internship or after, do you recall how many screens
19 you used with the YouTube Remote application?
20    A.  Oh, a lot -- I -- I don't know exactly       03:58:18
21 how many, but, you know, like we tried to test this
22 on -- on various screens.
23    Q.  Yeah.  Now I'm realizing my question may
24 not have been clear.
25        So I'm talking about in a single session     03:58:32
                                                         Page 110
```

```
 1 using a YouTube Remote application with multiple    03:58:35
 2 screens at the same time.
 3    A.  That sounds like an etch case.  I don't
 4 remember using multiple screens at the same time.
 5        But it -- it does sound like an etch case    03:58:53
 6 for me.  Like why would I want to see a video on
 7 multiple screens?
 8    Q.  Do you know how the system functioned
 9 when you had a YouTube remote paired with multiple
10 screens in a single session?                         03:59:18
11    A.  I don't know exactly because that sounds
12 like an etch case, but I guess -- I guess looking
13 at the codes, like we would be able to figure out
14 exactly what would happen if -- if there are
15 multiple screens locked in with the same Google      03:59:34
16 account.
17        MR. SMITH:  Okay.  Why don't we take our
18 final -- I say our "final," I don't want to -- I
19 don't want to jinx it here -- our final break here,
20 and then I think I'll just have a couple questions.  03:59:58
21        Nima, if you could just send me -- well,
22 we can go off the record and then I'll -- and then
23 I'll talk to Nima.
24        THE VIDEOGRAPHER:  Off the record,
25 4:00 p.m.                            04:00:06
                                                         Page 111
```

```
 1        (Recess taken.)                              04:00:08
 2        THE VIDEOGRAPHER:  We're back on the
 3 record.  The time is 4:15 p.m. Central European
 4 Summertime.
 5        (Exhibit 33 was marked for identification    04:15:52
 6 by the court reporter and is attached hereto.)
 7    Q.  (By Mr. Smith)  Okay.  Mr. Levai, I added
 8 another document to the Google Drive, and this is
 9 Exhibit 33.  And the title of the document is "MDX
10 Communication Protocol V3 Differences," and the     04:16:15
11 Bates number is GOOG-SONOSWDTX-00052992 through
12 -53007.
13        Do you see that document, Mr. Levai?
14    A.  Yes, I have it open.
15    Q.  And do you recognize this document?         04:17:06
16    A.  Yes, I do.
17    Q.  And are you the author of this document?
18    A.  Yes.
19    Q.  And when did you create this document?
20    A.  The date says January 31st, 2014.           04:17:30
21    Q.  And then it looks like you updated the
22 document on February 3rd, 2014; is that correct?
23    A.  Yeah, the -- the dates say that that's
24 when it was updated.
25    Q.  Do you know if you updated it after that    04:17:49
                                                         Page 112
```

```
 1 February 3rd, 2014 date?                            04:17:52
 2    A.  I cannot tell you from this exported PDF,
 3 but if I did, then that would be visible in -- in
 4 like the document version history.
 5    Q.  And you're referring to like the            04:18:06
 6 metadata, the last modify date?
 7    A.  Yes.
 8    Q.  Okay.  And earlier when we were talking
 9 your preparation for the deposition, you mentioned
10 a document about version 3 MDx differences.         04:18:22
11        Do you remember that?
12    A.  Yes.
13    Q.  Is this the document you were referring
14 to?
15    A.  Yes, this was the document I was            04:18:37
16 referring to that's, I believe, not listed in my
17 declaration.
18    Q.  And you mentioned that this document
19 refreshed your recollection regarding the subject
20 matter of the testimony today; is that correct?     04:18:50
21    A.  Well, it refreshed my recollection about
22 the MDx protocol V3 changes compared to the
23 previous ones.
24    Q.  And do you recall what specific changes
25 refreshed your recollection?                        04:19:09
                                                         Page 113
```

29 (Pages 110 - 113)