# EXHIBIT 15

**HIGHLY CONFIDENTIAL AEO ROUGH DRAFT**

1      UNCERTIFIED REALTIME ROUGH DRAFT OF

2      RAMONA BOBOHALMA TAKEN 5/5/2022

3

4             ***

5  THIS REALTIME ROUGH DRAFT IS UNEDITED AND

6  UNCERTIFIED AND MAY CONTAIN UNTRANSLATED

7  STENOGRAPHIC SYMBOLS, AN OCCASIONAL REPORTER'S

8  NOTE, A MISSPELLED PROPER NAME/OR NONSENSICAL WORD

9  COMBINATIONS.  PURSUANT TO CCP SECTION 2025.540(b),

10  IT MAY NOT BE USED, CITED, OR TRANSCRIBED AS THE

11  CERTIFIED TRANSCRIPT OF THE DEPOSITION PROCEEDINGS.

12  THIS REALTIME ROUGH DRAFT TRANSCRIPT MAY NOT BE

13  CITED OR USED IN ANY WAY OR AT ANY TIME TO REBUT OR

14  CONTRADICT THE CERTIFIED TRANSCRIPT OF THE

15  DEPOSITION PROCEEDINGS AS PROVIDED BY THE

16  DEPOSITION OFFICER.  THIS DOCUMENT IS NOT TO BE

17  RELIED UPON IN WHOLE OR IN PART AS THE OFFICIAL

18  TRANSCRIPT.  THIS UNCERTIFIED REALTIME ROUGH DRAFT

19  VERSION HAS NOT BEEN REVIEWED OR EDITED BY THE

20  CERTIFIED SHORTHAND REPORTER FOR ACCURACY.

21

22  ACCEPTANCE OF THIS REALTIME ROUGH DRAFT IS AN

23  AUTOMATIC FINAL COPY ORDER.  I AGREE NOT TO SHARE,

04:11:57 10  correct.

11      Q.   (By Mr. Smith)  Okay.  So do you have an

12  understanding of what the plain language of this

13  discloses?

14      A.   I -- not fully.

04:12:11 15     Q.   And you say not fully what do you mean by

16  that?

17      A.   I'm -- I mean, I -- some some of the

18  functionality that we were thinking of but I can

19  say that I am being comprehensive of everything --

04:12:31 20  everything that is trying to say.

21      Q.   And I'm not asking for what you were

22  thinking of at the time.  I'm just asking what is

23  expressly stated in this disclosure at lines eight

24  through 11.  I'm just saying focusing on that on

04:12:54 25  that and the plain language that you see there.

                                                    105


                **HIGHLY CONFIDENTIAL AEO ROUGH DRAFT**

04:13:03 1          Do you have an opinion on what that plain

2  language states?

3      A.   No.

4      Q.   Okay.  We can put that aside.  And I

04:13:47 5  would like to open Exhibit 1003.