CLEMENT SETH ROBERTS (SBN 209203)
croberts@orrick.com
BAS DE BLANK (SBN 191487)
basdeblank@orrick.com
ALYSSA CARIDIS (SBN 260103)
acaridis@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:    +1 415 773 5700
Facsimile:    +1 415 773 5759

SEAN M. SULLIVAN (*pro hac vice*)
sullivan@ls3ip.com
MICHAEL P. BOYEA (*pro hac vice*)
boyea@ ls3ip.com
COLE B. RICHTER (*pro hac vice*)
richter@ls3ip.com
LEE SULLIVAN SHEA & SMITH LLP
656 W Randolph St., Floor 5W
Chicago, IL 60661
Telephone:    +1 312 754 0002
Facsimile:    +1 312 754 0003

*Attorneys for Sonos, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA,

SAN FRANCISCO DIVISION

| | |
|---|---|
| SONOS, INC., <br><br> Plaintiff and Counter-defendant, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant and Counter-claimant. | Case No. 3:20-cv-06754-WHA <br><br> Consolidated with <br> Case No. 3:21-cv-07559-WHA <br><br> **SONOS, INC.'S REFILING OF DOCUMENTS RE DKT. NOS. 220 AND 265 PURSUANT TO OMNIBUS ORDER RE MOTIONS TO SEAL (DKT. NO. 518)** <br><br> Judge: Hon. William Alsup <br> Courtroom: 12, 19th Floor |

1  In accordance with the Court's Omnibus Order Re Motions to Seal (Dkt. No. 518) ("Court's Order") regarding Sonos, Inc.'s Motion to Strike Portions of Google's Motion for Summary Judgment and Expert Declaration (Dkt. No. 219) ("Motion") and Sonos's Reply (Dkt. No. 264), Sonos hereby refiles:

- Redacted versions of Sonos's Motion (Dkt. No. 220-2) and Sonos's Reply (Dkt. No. 265-2) that complies with the Court's Order re redactions.

Dated: May 30, 2023

ORRICK HERRINGTON & SUTCLIFFE LLP
*and*
LEE SULLIVAN SHEA & SMITH LLP

By: */s/ Clement Seth Roberts*
Clement Seth Roberts

*Attorneys for Sonos, Inc.*