CLEMENT SETH ROBERTS (SBN 209203)
croberts@orrick.com
BAS DE BLANK (SBN 191487)
basdeblank@orrick.com
ALYSSA CARIDIS (SBN 260103)
acaridis@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:   +1 415 773 5700
Facsimile:   +1 415 773 5759

SEAN M. SULLIVAN (*pro hac vice*)
sullivan@ls3ip.com
MICHAEL P. BOYEA (*pro hac vice*)
boyea@ls3ip.com
COLE B. RICHTER (*pro hac vice*)
richter@ls3ip.com
LEE SULLIVAN SHEA & SMITH LLP
656 W Randolph St., Floor 5W
Chicago, IL 60661
Telephone:   +1 312 754 0002
Facsimile:   +1 312 754 0003

*Attorneys for Sonos, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA,

SAN FRANCISCO DIVISION

| | |
|---|---|
| SONOS, INC., | Case No. 3:20-cv-06754-WHA |
| Plaintiff and Counter-defendant, | Consolidated with<br>Case No. 3:21-cv-07559-WHA |
| v. | **SONOS, INC.'S REFILING OF DOCUMENTS RE DKT. NO. 346 PURSUANT TO OMNIBUS ORDER RE MOTIONS TO SEAL (DKT. NO. 518)** |
| GOOGLE LLC, | |
| Defendant and Counter-claimant. | Judge: Hon. William Alsup<br>Courtroom: 12, 19th Floor |

1 | In accordance with the Court's Omnibus Order Re Motions to Seal (Dkt. No. 518)
2 | regarding Sonos, Inc.'s Brief in Response to Court's Order re Patent Showdown (Dkt. No. 349),
3 | Sonos hereby refiles:

- Public versions of Exhibit 2 to Caridis Decl. (Dkt. No. 346-2) and Exhibit 3 to Caridis Decl. (Dkt. No. 346-3).

Dated: May 30, 2023

ORRICK HERRINGTON & SUTCLIFFE LLP
*and*
LEE SULLIVAN SHEA & SMITH LLP

By: */s/ Clement Seth Roberts*
    Clement Seth Roberts

*Attorneys for Sonos, Inc.*