Exhibit 2

Contains Highly Confidential AEO and Source Code Materials

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| GOOGLE LLC, | | CASE NO. 3:20-cv-06754-WHA |
| | Plaintiff | Related to CASE NO. 3:21-cv-07559-WHA |
| v. | | |
| SONOS, INC., | | |
| | Defendant. | |

# OPENING EXPERT REPORT OF DR. DAN SCHONFELD REGARDING CLAIM 1 OF U.S. PATENT NO. 10,848,885

Contains Highly Confidential AEO and Source Code Materials

disclosed by Squeezebox because it can or may not play back music, as shown above.

351.    As shown above and discussed in more detail below, a Squeezebox or Softsqueeze can play back media individually.  There may be multiple Squeezeboxes or Softsqueezes operating on the network at the same time.  *E.g.*, IA at 74 ("Yes, you can have any number of Squeezeboxes on your LAN"), 99, 312.

> (vii)    *Limitation 1.6: "(i) receiving, from a network device over a data network, a first indication that the first zone player has been added to a first zone scene comprising a first predefined grouping of zone players including at least the first zone player and a second zone player that are to be configured for synchronous playback of media when the first zone scene is invoked; and"*

352.    In my opinion, the Sonos System discloses this claim limitation.

353.    Sonos discussed this claim limitation, in part, in its summary judgment briefing.  As I discussed *supra* in Section X, Sonos argued that adding a speaker to a speaker group via a controller and sending an "indication" that need not include the "zone scene" or the players in that zone scene is sufficient to meet this claim limitation.

354.    Squeezebox discloses this behavior.  The claim limitation requires the Squeezebox to receive information from a network device over a data network.  The network device may comprise the SlimServer running on a computer, which allows a user to control Squeezeboxes remotely over Wi-Fi or wired data networks.  Squeezebox receives a first indication in the form of network messages passed from the controller and that later permit the Squeezebox to synchronously playback media with other Squeezeboxes when the named group of Squeezeboxes is invoked by selecting that "zone scene" for synchronous playback.

355.    I have provided below screenshots of certain testing performed on physical

Contains Highly Confidential AEO and Source Code Materials

Squeezeboxes. This testing was performed on SlimServer version 5.3.1, which was available October 2004, and I have confirmed that other versions operate similarly. https://downloads.slimdevices.com/; https://downloads.slimdevices.com/SlimServer_v5.3.1/. The testing was performed with a prior art laptop running prior art operating system software made available for inspection to Sonos.





Contains Highly Confidential AEO and Source Code Materials





Contains Highly Confidential AEO and Source Code Materials



356.    As shown below, the SlimServer allows a user to group together different Squeezebox and Softsqueeze players so that synchronous playback is performed.



256

Contains Highly Confidential AEO and Source Code Materials





Contains Highly Confidential AEO and Source Code Materials



357.    This version of the Slim Server allows the user to group Squeezeboxes, such as grouping Player 1 with Player 2 and Player 3 with Player 4.



Contains Highly Confidential AEO and Source Code Materials

358.    The user of Slim Server may change the name and identifiers of the Squeezebox devices, which in turn changes the name of the grouped Squeezebox devices. The Squeezebox devices may be played to individually or as a group.[4]



---

[4]    At times I refer to Squeezebox or Softsqueeze devices, but as explained above, these are generally interchangeable as they show the same functionality. Softsqueeze runs on a computer whereas Squeezebox is a physical device with the same features and functionality. I do not intend reference to one to indicate exclusion of the other.

Contains Highly Confidential AEO and Source Code Materials



359.    Slim Server allows a user to change the synchronization groups after they have been created and stored.

Contains Highly Confidential AEO and Source Code Materials





360.    Slim Server also allows a Squeezebox to play media without being in a synchronization group, which corresponds to the claimed standalone mode.

Contains Highly Confidential AEO and Source Code Materials



361.    That media may be accessible to the SlimServer and organized and processed by the SlimServer software such that it can be delivered to one or more Squeezeboxes.



Contains Highly Confidential AEO and Source Code Materials

362.    Slim Server also allows a user to change the format in which that media appears on the Squeezebox.



Contains Highly Confidential AEO and Source Code Materials





363.    Menus and options on Squeezebox are customizable in the SlimServer software, and these configurations are stored in the Squeezebox devices.

Contains Highly Confidential AEO and Source Code Materials





Contains Highly Confidential AEO and Source Code Materials





Contains Highly Confidential AEO and Source Code Materials



364.    The user may name the Squeezebox something other than its IP address.



Contains Highly Confidential AEO and Source Code Materials





Contains Highly Confidential AEO and Source Code Materials





365.   As discussed above, SlimServer supports synchronizing multiple Squeezebox players so that they play the same audio.

How do I synchronize two Squeezeboxes so they play the same audio?

Navigate into the Player Settings area with the remote control. Choose Synchronize, then select the other player you want to synchronize with and press the RIGHT button. Both will play the same thing and you can control their synchronized playback from either remote. Go back to the same place and press RIGHT again to unsync.

You can also set up synchronziation from the Player Settings page in the web interface.

Contains Highly Confidential AEO and Source Code Materials

http://<SLIMSERVER_ADDR>:9000/html/docs/faq.html?player=#setup-sync  →  Home  /
Frequently Asked Questions → HTML/EN/faqquestions.html.

366.    The source code confirms that Squeezebox discloses this claim limitation.  The
SlimServer server represents sync groups internally using the 'master', 'slaves', and 'syncgroupid'
properties for a client (player).  The properties are maintained as indexed array elements and
accessed using accessor methods — master(), slaves(), and syncgroupid().  A sync group has one
group member designated as master, with the remaining group members designated as slaves.  For
a master client, the 'slaves' property represents an array of slaves which are synced to it. A player
is a master if its list of slaves is not empty. For a slave player, the 'master' property points to the
master client. A player is a slave if its master property is defined. All members of a group share
the same syncgroupid.  A client is considered to be synced if it either has slaves or has a master.
An unsynced client does not have either a master or slaves.

```
Slim/Player/Client.pm (v5.3.1)

=item

master() - type: client

        if we're synchronized, 'master' points to master client

=item

slaves() - type: clients

        if we're a master, this is an array of slaves which are synced to us

=item

syncgroupid() - type: uniqueid

        unique identifier for this sync group
```

Slim::Player::Client::master() comment, Slim/Player/Client.pm (v5.3.1), 297–301
Slim::Player::Client::slaves() comment, Slim/Player/Client.pm (v5.3.1), 303–307
Slim::Player::Client::syncgroupid()  comment,  Slim/Player/Client.pm  (v5.3.1),
309–313
Slim::Player::Client::master(), Slim/Player/Client.pm (v5.3.1), 1195–1198
Slim::Player::Client::slaves(), Slim/Player/Client.pm (v5.3.1), 1199–1204
Slim::Player::Client::syncgroupid(), Slim/Player/Client.pm (v5.3.1), 1205–1208
Slim::Player::Sync::isMaster(), Slim/Player/Sync.pm (v5.3.1), 351–358
Slim::Player::Sync::master(), Slim/Player/Sync.pm (v5.3.1), 360–366

Contains Highly Confidential AEO and Source Code Materials

Slim::Player::Sync::slaves(), Slim/Player/Sync.pm (v5.3.1), 368–373
Slim::Player::Sync::isSlave(), Slim/Player/Sync.pm (v5.3.1), 376–381
Slim::Player::Sync::isSynced(), Slim/Player/Sync.pm (v5.3.1), 388–391

367.    When a player (slave) is synced with a master, that player shares the master's

playlist.

```
Slim/Player/Client.pm (v5.3.1)

=item

playlist() - type: array

        playlist of songs  (when synced, use the master's)
```

```
Slim/Player/Playlist.pm

sub playList {
        my ($client) = shift;

        $client = Slim::Player::Sync::masterOrSelf($client);

        return $client->playlist;
}
```

Slim::Player::Client::playlist() comment, Slim/Player/Client.pm (v5.3.1), 207–211
Slim::Player::Client::playlist(), Slim/Player/Client.pm (v5.3.1), 1136–1141
Slim::Player::Playlist::playlist(), Slim/Player/Playlist.pm (v5.3.1), 54–60

368.    The SlimServer persists the membership of a sync group by storing the definition

of the syncgroupid property for each group member into the SlimServer's preferences file.  When

a first player is synced with a second player, the first player is assigned the same syncgroupid as

the second player's master.  If the master does not already have a syncgroupid, a new one is

generated first.

271

Contains Highly Confidential AEO and Source Code Materials

```
Slim/Player/Sync.pm (v5.3.1)

sub saveSyncPrefs {

        my $client = shift;
        my $temp = shift;
        my $clientID = $client->id();
        if (isSynced($client)) {

                if (!defined($client->master->syncgroupid)) {
                        $client->master->syncgroupid(int(rand 999999999));
                }

                my $masterID = $client->master->syncgroupid;
                # Save Status to Prefs file
                $::d_sync && msg("Saving $clientID as a slave to $masterID\n");
                Slim::Utils::Prefs::clientSet($client,'syncgroupid',$masterID);
                Slim::Utils::Prefs::clientSet($client->master,'syncgroupid',$masterID);

        }
        if ($temp) {
                $::d_sync && msg("Idling Sync for $clientID\n");
        } else {
                $client->syncgroupid(undef);
                Slim::Utils::Prefs::clientDelete($client,'syncgroupid');
                $::d_sync && msg("Clearing Sync master for $clientID\n");
        }
}
```

Slim::Player::Sync::saveSyncPrefs(), Slim/Player/Sync.pm (v5.3.1), 169–194

369.    A SlimServer can be instructed to synchronize a first player with a second player
in a number of ways, such as by using the web interface, using the CLI, or by using the directional
("arrow") buttons on the remote to change the synchronization settings.  The following discussion
focuses on using the remote buttons. The screenshots are for the SoftSqueeze player.  The player
sends an IR remote code using the SlimProto 'IR' command to SlimServer for processing.



Contains Highly Confidential AEO and Source Code Materials

http://<SLIMSERVER_ADDR>:9000/html/docs/slimproto.html
HTML/EN/html/docs/slimproto.html

370.   SlimServer receives IR remote codes and enqueues them for processing.

Slim::Networking::Slimproto::process_slimproto_frame(),
Slim/Networking/Slimproto.pm, at 247–486 at 357–371

371.   The enqueued IR remote codes are processed as a 'button' command.   Button actions are looked up in the function map for the current mode.

Slim::Hardware::IR::idle(), Slim/Hardware/IR.pm, 39–43 at 41
Slim::Control::Command::execute(), Slim/Control/Command.pm, 24–713 at 686
Slim::Hardware::IR::processIR(), Slim/Hardware/IR.pm, 334–393 at 388
Slim::Hardware::IR::processCode(), Slim/Hardware/IR.pm, 552–571 at 569
Slim::Control::Command::execute(), Slim/Control/Command.pm, 24–713 at 683
Slim::Hardware::IR::executeButton(), Slim/Hardware/IR.pm, 510–550

372.   In particular, the IR buttons allow navigation through the Settings to a 'Synchronize' menu to allow an unsynced player to be synchronized with a synchronization group. For example, the directional keys can be used to navigate to the 'Synchronize' menu.



Contains Highly Confidential AEO and Source Code Materials





373.    The up and down buttons allow selection of synchronization groups. The right button causes the current player to sync with the selected synchronization group. In this example, pressing the right button causes the server to sync player1 with player2 and player3. In the Synchronize mode, the right button causes the client to be synchronized with the selected synchronization group if not already synchronized.

Contains Highly Confidential AEO and Source Code Materials

```
Slim/Buttons/Synchronize.pm (v5.3.1)

    'right' => sub  {
        my $client = shift;

        my $selectedClient = $client->syncSelections($client->syncSelection);

        my @oldlines = Slim::Display::Display::curLines($client);

        if (Slim::Player::Sync::isSyncedWith($client, $selectedClient) || ($client eq $selectedClient))
{
                Slim::Player::Sync::unsync($client);
        } else {
                Slim::Player::Sync::sync($client, $selectedClient);
        }
        $client->pushLeft(\@oldlines, [Slim::Display::Display::curLines($client)]);
    },
```

$Slim::Buttons::Synchronize::functions{'right'},    Slim/Buttons/Synchronize.pm,
34–47 at 44
Slim::Player::Sync::sync(), Slim/Player/Sync.pm, 132–167

374.    After the synchronization, SlimServer stores the updated syncgroupid settings to

the preferences file.

```
Slim/Player/Sync.pm (v5.3.1)

sub saveSyncPrefs {

        my $client = shift;
        my $temp = shift;
        my $clientID = $client->id();
        if (isSynced($client)) {

                if (!defined($client->master->syncgroupid)) {
                        $client->master->syncgroupid(int(rand 999999999));
                }

                my $masterID = $client->master->syncgroupid;
                # Save Status to Prefs file
                $::d_sync && msg("Saving $clientID as a slave to $masterID\n");
                Slim::Utils::Prefs::clientSet($client,'syncgroupid',$masterID);
                Slim::Utils::Prefs::clientSet($client->master,'syncgroupid',$masterID);

        }
        if ($temp) {
                $::d_sync && msg("Idling Sync for $clientID\n");
        } else {
                $client->syncgroupid(undef);
                Slim::Utils::Prefs::clientDelete($client,'syncgroupid');
                $::d_sync && msg("Clearing Sync master for $clientID\n");
        }
}
```

Slim::Player::Sync::sync(), Slim/Player/Sync.pm, 132–167 at 163
Slim::Player::Sync::saveSyncPrefs(), Slim/Player/Sync.pm, 169–194 at 174–184

375.    In this example, the preferences file identifies player1, player2, and player3 with

Contains Highly Confidential AEO and Source Code Materials

the same syncgroupid (450486363).

```
slimserver.conf

0f:59:51:64:dc:d7-playername = player2
...
0f:59:51:64:dc:d7-syncgroupid = 450486363
...
51:93:a5:ad:53:20-playername = player3
...
51:93:a5:ad:53:20-syncgroupid = 450486363
...
bc:39:f3:c4:1e:29-playername = player1
...
bc:39:f3:c4:1e:29-syncgroupid = 450486363
```

376.     After performing the synchronization action and saving preferences, the server sends updated screen lines to the server indicating that the right-button action has been changed to unsync with player2 and player3.  The updated message encoded into an update that pushes the old pre-sync message lines (@oldlines) off the screen to the left, replaced with new screen lines.

```
Slim/Buttons/Synchronize.pm (v5.3.1)

        'right' => sub  {
                my $client = shift;

                my $selectedClient = $client->syncSelections($client->syncSelection);

                my @oldlines = Slim::Display::Display::curLines($client);

                if (Slim::Player::Sync::isSyncedWith($client, $selectedClient) || ($client eq $selectedClient))
{
                        Slim::Player::Sync::unsync($client);
                } else {
                        Slim::Player::Sync::sync($client, $selectedClient);
                }
                $client->pushLeft(\@oldlines, [Slim::Display::Display::curLines($client)]);
        },
```

377.     Because the player is now synced, the updated screen lines change from the localized SYNC_WITH message to the localized UNSYNC_WITH message.

Contains Highly Confidential AEO and Source Code Materials

```
Slim/Buttons/Synchronize.pm (v5.3.1)

sub lines {
        my $client=shift;
        my $line1;
        my $line2;
        my $symbol = undef;

        loadList($client);

        if (scalar @{$client->syncSelections} < 1) {
                warn "Can't sync without somebody to sync with!";
                Slim::Buttons::Common::popMode($client);
        } else {
                # get the currently selected client
                my $selectedClient = $client->syncSelections($client->syncSelection);

                if (Slim::Player::Sync::isSyncedWith($client, $selectedClient) || $selectedClient eq
$client) {
                        $line1 = Slim::Utils::Strings::string('UNSYNC_WITH');
                } else {
                        $line1 = Slim::Utils::Strings::string('SYNC_WITH');
                }
                $line2 = buddies($client, $selectedClient);
        }
        return ($line1, $line2, undef, Slim::Display::Display::symbol('rightarrow'));
}
```

$Slim::Buttons::Synchronize::functions{'right'},    Slim/Buttons/Synchronize.pm,
34–47 at 46
Slim::Display::Display::curLines(), Slim/Display/Display.pm, 104–120 at 115
Slim::Buttons::Synchronize::lines(), Slim/Buttons/Synchronize.pm, 67–90 at 79–
87
UNSYNC_WITH localization, strings.txt, 6531–6540

378.    The old and new screen lines are rendered into start and end graphic (bit), which

are concatenated into one large screen. SlimServer then issues a series of Slimproto frame buffer

messages ('grfd' messages for SqueezeboxG devices) to the player over TCP, starting with a

screen that shows only the start screen lines and then shifting left in successive messages until the

final message shows only the end screen lines.

Contains Highly Confidential AEO and Source Code Materials



$Slim::Buttons::Synchronize::functions{'right'},    Slim/Buttons/Synchronize.pm, 34–47 at 46

Slim::Player::SqueezeboxG::pushLeft(),  Slim/Player/SqueezeboxG.pm,  401–414 at 413

Slim::Player::SqueezeboxG::pushUpdate(),  Slim/Player/SqueezeboxG.pm,  447–464 at 459

Slim::Player::SqueezeboxG::drawFrameBuf(),      Slim/Player/SqueezeboxG.pm, 368–382 at 380

Slim::Player::Squeezebox::sendFrame(), Slim/Player/Squeezebox.pm, 514–533

379.    The 'grfd' message is not documented in "The SlimProto TCP Protocol" page that is included with the v5.3.1 distribution, but it is mentioned in the "SlimProtoTCP protocol" page on the Squeezebox wiki as being used to draw graphics for SqueezeboxG.  *E.g.*, https://wiki.slimdevices.com/index.php/SlimProtoTCPProtocol.html#Command_.22grfd.22.

380.    As discussed above, for example, a network device may comprise a SlimServer connected to Squeezeboxes or Softsqueezes over a data network (Ethernet or Wi-Fi) and it may provide an indication to the Squeezebox or Softsqueeze players that it has been added to a synchronization group comprising one or more other Squeezebox or Softsqueeze players, including a graphical indication displayed on those players.  When media is played to the synchronization group, the players—depending on their configuration as discussed further below—within that group will respond and play back music synchronously.

Contains Highly Confidential AEO and Source Code Materials

(viii) *Limitation 1.7: "(ii) receiving, from the network device over the data network, a second indication that the first zone player has been added to a second zone scene comprising a second predefined grouping of zone players including at least the first zone player and a third zone player that are to be configured for synchronous playback of media when the second zone scene is invoked, wherein the second zone player is different than the third zone player;"*

383.    In my opinion, Squeezebox discloses or renders obvious this claim limitation.

384.    I incorporate by reference my discussion of limitation 1.6 herein, which discloses receiving from a network device an indication that the zone player has been added to a zone scene comprising a predefined grouping of zone players that are to be configured for synchronous playback of media when the zone scene is invoked.  Limitation 1.7 adds the limitation that the first zone player is a member of two different "zone scenes."

385.    The SlimServer configuration, including the definitions of the sync groups, is

Contains Highly Confidential AEO and Source Code Materials

stored into a preferences file. However, a single player may be defined in separate sync groups on different SlimServer configurations, persisted to different preferences files. As one example, a player may be used with different servers, which define different sync groups and persist to different preferences files. One example (v6.2.1) is using a player both with a local SlimServer and with the SqueezeNetwork. As another example, a player may be used with different invocations of the same server. Each invocation uses a different preference file, specified on the command line using the '--prefsfile' option.

---

**How do I synchronize two Squeezeboxes so they play the same audio?**

Navigate into the Player Settings area with the remote control. Choose Synchronize, then select the other player you want to synchronize with and press the RIGHT button. Both will play the same thing and you can control their synchronized playback from either remote. Go back to the same place and press RIGHT again to unsync.

You can also set up synchronziation from the Player Settings page in the web interface.

---

http://<SLIMSERVER_ADDR>:9000/html/docs/faq.html?player=#setup-preferencefile →
HTML/EN/faqquestions.html →
Home / Frequently Asked Questions

386. Depending on configuration, the Squeezebox/SlimServer system can separate sync group definition from active sync group participation with respect to powered-off players.

387. A Squeezebox player, including SoftSqueeze, can be commanded by SlimServer to power on or off. The "power off" status does not reflect the player being fully powered off (at least for SoftSqueeze). Instead, the player enters a dormant state and can be commanded to power back on.

388. For example, a player that is powered on but in the STOP state displays an active screen (e.g., Now Playing) at normal brightness:

Contains Highly Confidential AEO and Source Code Materials



389.    When powered off, the player displays the date and time at a dimmed brightness.



390.    In the Squeezebox/SlimServer system, a player may be configured to power on/off either independently of its sync group or together with all the other players in its sync group.



http://<slimserver_addr>:9000/setup.html?page=audio&player=<PLAYER>&playerid=<PLAYER_ID>

Home / Player Settings / Audio

SETUP_SYNC_POWER_DESC, strings.txt (v5.3.1), 1518–1523

391.    A powered-off player is temporarily unsynced but still defined to be part of the persistent sync group.  Because a player can be configured to turn on/off independently of its sync group, a persistently defined sync group may include players that are powered off and not actively participating in a sync group.  A powered-off player is "temporarily" unsynced from its sync group. See, e.g. (v5.3.1): Error rendering macro 'code': Invalid value specified for parameter 'com.atlassian.confluence.ext.code.render. InvalidValueException:

Contains Highly Confidential AEO and Source Code Materials

```
                              ,'syncPower' => {                        'validate' =>
\&validateTrueFalse
                                                  ,'options' => {
                                                                    '1' => string
('SETUP_SYNCPOWER_ON')
                                                                  ,'0' =>
string('SETUP_SYNCPOWER_OFF')
                                                      }
                                                  ,'onChange' => sub {
                                                      my
($client,$changeref,$paramref,$pageref) = @_;
                                                      return if (!defined
($client));
                                                      my $value =
$changeref->{'syncPower'}{'new'};
                                                      my @buddies = Slim::
Player::Sync::syncedWith($client);
                                                      if (scalar(@buddies)
> 0) {
                                                          foreach my
$eachclient (@buddies) {
                                                              if
(!$value && !$eachclient->power()) {
#temporarily unsync off players if on/off set to separate
Slim::Player::Sync::unsync($client,1);
                                                                  }
Slim::Utils::Prefs::clientSet($eachclient,'syncPower',$value);
                                                              }
                                                          }
                                                      }
                                                  }
```

Slim::Web::Setup::initSetupConfig(), Slim/Web/Setup.pm (v5.3.1), 103–2118 at 951–972

```
Slim/Buttons/Power.pm (v5.3.1)

sub setMode {
        my $client = shift;
        $client->lines(\&lines);
        my $sync = Slim::Utils::Prefs::clientGet($client,'syncPower');
        if (defined $sync && $sync == 0) {
                $::d_sync && Slim::Utils::Misc::msg("Temporary Unsync ".$client->id()."\n");
                Slim::Player::Sync::unsync($client,1);
        }

        if (Slim::Player::Source::playmode($client) eq 'play' && Slim::Player::Playlist::song($client)) {
                if (Slim::Music::Info::isRemoteURL(Slim::Player::Playlist::song($client))) {
                        Slim::Control::Command::execute($client, ["stop"]);
                } else {
                        Slim::Control::Command::execute($client, ["pause", 1]);
                }
        }

        # switch to power off mode
        # use our last saved brightness
        $client->brightness(Slim::Utils::Prefs::clientGet($client, "powerOffBrightness"));
        $client->update();
}
```

Contains Highly Confidential AEO and Source Code Materials

392.    When a non-master player is temporarily unsynced from its group, it is removed from the master/slave data structures in dynamic memory. The player is removed from the master's list, and the player's 'master' property is set to undefined.

```
Slim/Player/Sync.pm (v5.3.1)

    } elsif (isSlave($client)) {
            # if we're a slave, remove us from the master's list
            my $i = 0;
            foreach my $c (@{($client->master())->slaves}) {
                    if ($c->id() eq $client->id()) {
                            splice @{$client->master->slaves}, $i, 1;
                            last;
                    }
                    $i++;
            }

            # and copy the playlist to the now freed slave
            my $master = $client->master;
            Slim::Player::Playlist::copyPlaylist($client, $master);

            $client->master(undef);
    }
```

Slim::Player::Sync::unsync(), Slim/Player/Sync.pm (v5.3.1), 62–130 at 105–121

393.    However, the temporary unsync is not recorded to the preferences file. The saveSyncPrefs() method is invoked with 1 for the $temp argument, which causes its syncgroupid to be retained ("Idling Sync") rather than deleted.

```
Slim/Player/Sync.pm (v5.3.1)

    # when we unsync, we stop, but save settings first if we're doing at temporary unsync.
    if ($temp) {
            saveSyncPrefs($client,defined $temp);
            Slim::Control::Command::execute($client, ["stop"]);
    } else {
            Slim::Control::Command::execute($client, ["stop"]);
            saveSyncPrefs($client,defined $temp);
    }
```

Slim::Player::Sync::unsync(), Slim/Player/Sync.pm (v5.3.1), 62–130 at 122–129

Contains Highly Confidential AEO and Source Code Materials

```
Slim/Player/Sync.pm

    if ($temp) {
        $::d_sync && msg("Idling Sync for $clientID\n");
    } else {
        $client->syncgroupid(undef);
        Slim::Utils::Prefs::clientDelete($client,'syncgroupid');
        $::d_sync && msg("Clearing Sync master for $clientID\n");
    }
```

Slim::Player::Sync::saveSyncPrefs(), Slim/Player/Sync.pm (v5.3.1), 169–194 at 187–193

394.    When a player is powered on, it is restored to its sync group.

```
Slim/Player/Player.pm (v5.3.1)

                        #check if there is a sync group to restore
                        Slim::Player::Sync::restoreSync($client);
```

Slim::Player::Player::power(), Slim/Player/Player.pm (v5.3.1), 203–247 at 230–231

```
Slim/Player/Sync.pm (v5.3.1)

# Restore Sync Operation
sub restoreSync {
    my $client = shift;
    my $masterID = (Slim::Utils::Prefs::clientGet($client,'syncgroupid'));
    if ($masterID && $client->power()) {
        my @players = Slim::Player::Client::clients();
        foreach my $other (@players) {
            next if ($other eq $client);
            next if (!$other->power());
            my $othermasterID = Slim::Utils::Prefs::clientGet($other,'syncgroupid');
            if ($othermasterID && ($othermasterID eq $masterID)) {
                $client->syncgroupid($masterID);
                $other->syncgroupid($masterID);
                sync($client, $other);
                last;
            }
        }
    }
}
```

Slim::Player::Sync::saveSyncPrefs(), Slim/Player/Sync.pm (v5.3.1), 196–214

395.    Consider the following set of three SoftSqueeze players, where player1, player2, and player3 are all synchronized together and player 1 is the master.

Contains Highly Confidential AEO and Source Code Materials

| Name | MAC (client ID) | IP | syncgroupid |
|---|---|---|---|
| player1 | bc:39:f3:c4:1e:29 | 192.168.136.129 | 482986368 |
| player2 | 0f:59:51:64:dc:d7 | 192.168.136.130 | 482986368 |
| player3 | 51:93:a5:ad:53:20 | 192.168.136.131 | 482986368 |

396.    The preferences file (slimserver.conf) shows all players in the same sync group (482986368), as shown by the following 'grep' search of the preferences file.

```
[vmuser@slimserver conf]$ grep -P 'playername|syncgroupid' slimserver.conf
0f:59:51:64:dc:d7-playername = player2
0f:59:51:64:dc:d7-syncgroupid = 482986368
51:93:a5:ad:53:20-playername = player3
51:93:a5:ad:53:20-syncgroupid = 482986368
bc:39:f3:c4:1e:29-playername = player1
bc:39:f3:c4:1e:29-syncgroupid = 482986368
```

397.    When all three players are powered on, the Web UI shows player1 synchronized with player2 and player3.



398.    After pressing the "OFF" button in the Web UI's Music Player pane to power off player3, the Web UI shows player1 and player2 still synced, but player3 is unsynced.

Contains Highly Confidential AEO and Source Code Materials



399.    After pressing the "OFF" button in the Web UI's Music Player pane to power off player2, the Web UI shows all players as unsynced.



400.    Although all players are treated as unsynced when only player1 is on, the preferences file still shows all three players in the same sync group.

```
[vmuser@slimserver conf]$ grep -P 'playername|syncgroupid' slimserver.conf
0f:59:51:64:dc:d7-playername = player2
0f:59:51:64:dc:d7-syncgroupid = 482986368
51:93:a5:ad:53:20-playername = player3
51:93:a5:ad:53:20-syncgroupid = 482986368
bc:39:f3:c4:1e:29-playername = player1
bc:39:f3:c4:1e:29-syncgroupid = 482986368
```

401.    After powering on player2 and player3, the Web UI shows all three players synchronized again.

Contains Highly Confidential AEO and Source Code Materials



402.    SlimServer v6.2.1 supports a 'serv' SlimProto message from SlimServer to player that tells a player to switch servers.

403.    In SlimServer v6.2.1, the 'serv' SlimProto message is only used to tell the player to switch to SqueezeNetwork. The 'serv' message is sent with a host value of 1, representing SqueezeNetwork.

```
Sim/Buttons/SqueezeNetwork.pm (v6.2.1)

sub connectSqueezeNetwork {
        my $client = shift;

        # don't disconnect unless we're still in this mode.
        return unless ($client->param('squeezenetwork.connect'));

        if (clientIsCapable($client)) {
                my $host = pack('N',1);  # 1 is squeezenetwork
                $client->sendFrame('serv', \$host);

                # TODO: ensure client actually received the message

                # if message recieved, client has disconnected
                $client->forgetClient();
        }
}
```

Slim::Buttons::SqueezeNetwork::connectSqueezeNetwork(),   Slim/Buttons/SqueezeNetwork.pm (v6.2.1), 90–105 at 97–98

404.    The SlimProto TCP Protocol documentation on the current Squeezebox Wiki describes a later version of the 'serv' message.

Contains Highly Confidential AEO and Source Code Materials

```
Command: "serv"
Tells the client to switch to another server.

    $ip_address    4 bytes in network order; 0x1 means switch to squeezenetwork
    $syncgroupid   (optional) 10 ASCII digits;
                   this should be reflected in the HELO command
                   (SyncgroupID capability) when the player connects
                   to the new server so that it may re-join its sync-group.
```

405.    The function of the 'serv' command is described as: "Tells the client to switch to another server." The later version of 'serv' still supports the value of 1 to represent SqueezeNetwork but can also take a four-byte IP address to specify the server. In addition, the later command supports a '$syncgroupid' optional parameter to enable a player to re-join its sync group when the player connects to the new server.  As discussed below, switching servers was possible prior to the serv command or the explanation above.

406.    I now discuss an example use of the Squeezebox system that helps to illustrate the functionality of that system with respect to at least claim elements 1.6-1.10.  I note that this example uses VMs and Softsqueeze, but that my testing of the hardware Squeezebox confirms that the same setup is available through Squeezeboxes, including my setup of SlimServers and Squeezeboxes over Wi-Fi.

407.    In this example, all VMs are configured with a private network, which has network address 192.168.136.0/24.

Contains Highly Confidential AEO and Source Code Materials

| Name | Network MAC | Player MAC | IP |
|---|---|---|---|
| slimserver1 | 00:0C:29:A3:52:C6 | | 192.168.136.128 |
| slimserver2 | 00:0C:29:3B:B5:D2 | | 192.168.136.135 |
| player1 | 00:0C:29:45:6F:C2 | db:3a:52:e6:70:6b | 192.168.136.129 |
| player2 | 00:0C:29:83:57:01 | 19:1e:67:04:72:30 | 192.168.136.130 |
| player3 | 00:0C:29:B2:5E:60 | bc:2a:ae:6b:ab:ce | 192.168.136.131 |

408.    I note that the Player MAC is determined by SoftSqueeze and is different from the network MAC of the computer running Softsqueeze.

409.    We begin with a fresh installation of SlimServer v5.3.1 on all SlimServer VMs (slimserver1 and slimserver2), accomplished by uninstalling and then re-installing the SlimServer RPM.

```
rpm -e slimserver
rpm -ivh slimserver-5.3.1-1.noarch.rpm
```

410.    Then set up Music Folder on slimserver1 and slimserver2 to /mnt/hgfs/Music.

411.    On slimserver1 and slimserver2, let the default server installations run automatically. The default configuration stores the preferences file in /etc/slimserver.conf and the log file in /tmp/slimserver.log.

412.    On player VMs, remove all Java user preferences.

```
rm -rf ~/.java/.userPrefs
```

413.    We follow the directions given by the SlimServer Web UI to launch SoftSqueeze from the web browser.  This is equivalent to the direct invocation.  We use the browser launch here to more directly follow the instructions given by SlimServer.  I note that even though the player is being launched using one SlimServer (e.g., slimserver1), the player can stay running and

Contains Highly Confidential AEO and Source Code Materials

connect to other SlimServers (e.g., slimserver2).  Alternatively, we can directly run the JAR file using "java -jar Softsqueeze.jar" (independently of any running SlimServer instance) as previously done.



http://<SLIMSERVER_ADDR>:9000/html/softsqueeze/index.html?player=0f%3A59%3A51%3
A64%3Adc%3Ad7
Home / Softsqueeze
HTML/EN/html/softsqueeze/index.html

414.    When  prompted,  use  javaws  ($JAVA_HOME/bin/javaws)  to  open  the softsqueeze.jnlp file:

Contains Highly Confidential AEO and Source Code Materials



415.    When prompted, select always trusting the application:



Contains Highly Confidential AEO and Source Code Materials

416.    The SoftSqueeze player launches and connects to the server automatically (e.g., by discovery).

417.    Using the Web UI, configure the player names. For example,

**Player Name**

You can give this player a name that will be used to identify the player on these web pages.

Player name: player1    Change

http://<SLIMSERVER_AP>:9000/setup.html?page=player&player=bc%3A2a%3Aae%3A6b%3
Aab%3Ace&playerid=db%3A3a%3A52%3Ae6%3A70%3A6b
Home / Player Settings

418.    After all player names have been configured, the Web UI shows the player names:

SETTINGS

- Server Settings
- Player Settings for player1
- Player Settings for player2
- Player Settings for player3

 http://<SLIMSERVER_ADDR>:9000/index.html?player=db:3a:52:e6:70:6b
Home

419.    Using the Web UI, press the "OFF" button to power off all players.  For example, after turning off player1:



http://<SLIMSERVER_ADDR>:9000/index.html?player=db:3a:52:e6:70:6b
Home

293

Contains Highly Confidential AEO and Source Code Materials

420.    At this point, all players are persisted to slimserver1's preferences file with the defined names (player1, player2, and player3), power synchronization "off" (0), no sync groups, and power state "off" (0).

```
[vmuser@slimserver1 ~]$ grep -P 'playername|syncgroup|syncPower|power\b'
/etc/slimserver.conf
19:1e:67:04:72:30-playername = player2
19:1e:67:04:72:30-power = 0
19:1e:67:04:72:30-syncPower = 0
bc:2a:ae:6b:ab:ce-playername = player3
bc:2a:ae:6b:ab:ce-power = 0
bc:2a:ae:6b:ab:ce-syncPower = 0
db:3a:52:e6:70:6b-playername = player1
db:3a:52:e6:70:6b-power = 0
db:3a:52:e6:70:6b-syncPower = 0
```

421.    I then define the first sync group on slimserver1. First I set up the logging and network trace for testing purposes. Stop slimserver1, clear the slimserver1 log file, and then start slimserver1. A new log file will be started in /tmp/slimserver.log

```
/etc/rc.d/init.d/slimserver stop
rm /tmp/slimserver.log
/etc/rc.d/init.d/slimserver start
```

422.    When slimserver1 restarts, all connected players are powered on. Power all players off using the Web UI. In Home / Server Settings / Debugging, turn on debugging settings related to SlimProto. As a result, information about SlimProto protocol operation is logged to the log file (/tmp/slimserver.log).



423.    Start a network trace.

```
tcpdump -i eth0 -s 0 -w slimserver1-01.pcap
```

Contains Highly Confidential AEO and Source Code Materials

424.    We then define the first sync group.  Press the right-arrow icon at the bottom-left of the SoftSqueeze player1 to show the remote control.



425.    Press the power button to power player1 back up and allow for interaction. The player briefly shows the welcome screen and then transitions to the home screen.



426.    Press up arrow to switch to the "Settings" menu item.

Contains Highly Confidential AEO and Source Code Materials



427.    Press right arrow to select "Settings" and show the first Settings menu item ("Alarm Clock," setting 1 of 13).



428.    Press up arrow to switch to the "Synchronize" menu item (setting 13 of 13).

Contains Highly Confidential AEO and Source Code Materials



429.    Press right arrow to select "Synchronize" and show a first synchronization choice (player3).



430.    Press up arrow to show another synchronization choice (player2).

297

Contains Highly Confidential AEO and Source Code Materials



431.    Press right arrow to select synchronization with player2. The screen changes to show that player2 is synced, with the menu choice now representing a choice to unsync. The screen change is animated, with the new screen pushing the old screen to the left.



432.    The Web UI shows player1 and player2 synced.

Contains Highly Confidential AEO and Source Code Materials



433.    slimserver1's preferences file shows player1 and player2 defined in the same sync group (675042355). player1 is powered on. player2 and player3 are powered off.

```
[vmuser@slimserver1 ~]$ grep -P 'playername|syncgroup|syncPower|power\b'
/etc/slimserver.conf
19:1e:67:04:72:30-playername = player2
19:1e:67:04:72:30-power = 0
19:1e:67:04:72:30-syncPower = 0
19:1e:67:04:72:30-syncgroupid = 675042355
bc:2a:ae:6b:ab:ce-playername = player3
bc:2a:ae:6b:ab:ce-power = 0
bc:2a:ae:6b:ab:ce-syncPower = 0
db:3a:52:e6:70:6b-playername = player1
db:3a:52:e6:70:6b-power = 1
db:3a:52:e6:70:6b-syncPower = 0
db:3a:52:e6:70:6b-syncgroupid = 675042355
```

434.    As shown above, synchronizing player1 with player3 involves a series of remote control inputs and player1 screens.  Both the remote control inputs and resulting screens involve SlimProto network messages between slimserver1 and player1.

    - player1 sends "IR " SlimProto messages to slimserver1 for each IR events, such as button presses.
    - slimserver1 sends "grfd" SlimProto messages to to player1 to display graphical screens

435.    We first identify the IR SlimProto messages, which send IR codes from the player to the SlimServer.  From the identified IR messages, the last "right arrow" IR packet represents the "right arrow" button press that initiates sync for player1 and player2.  An IR packet is a client-to-server message, which consists of:

    - Operation ("IR ") — offset 0, four bytes
    - Data Packet Length — offset 4, four bytes

Contains Highly Confidential AEO and Source Code Materials

- Time — offset 8, four bytes
- Format — offset 12, one byte
- NoBits — offset 13, one byte
- IRCode — offset 14, four bytes

---

**Client -> Server Communications**

A command to the server consists of three parts:

    1. The 1st 4 bytes specify the operation. The following operations are supported:

- HELO
- IR (note the two spaces after IR)
- RESP
- STAT
- BYE!

    2. The 2nd part (of four bytes) is simply the length of the data packet (in Network order).

    3. The 3rd part is the data itself.

---

**"IR "** (Note the two spaces to make it up to 4 characters.)

    One of these packets is recieved for each IR code recieved by the player.

    **Data Length:** Fixed at 10 bytes.

    **Format:**

| Time | 4 bytes | Time since player startup in ticks (@1Khz) |
|---|---|---|
| Format | 1 byte | Code Format (ignored by the server for now - Code represents type of IR code - NEC, JVC or Sony) |
| NoBits | 1 byte | Length of IR Code (ignored by the server for now - 16 bits for JVC, 32 bits for NEC?) |
| IRCode | 4 bytes | the IR Code itself (upto 32 bits) |

http://<SLIMSERVER_ADDR>:9000/html/docs/slimproto.html
HTML/EN/html/docs/slimproto.html

436.    The "arrow_right" IR code is 7689d02f.

- arrow_right, IR/Slim_Devices_Remote.ir (v5.3.1), 21

437.    The "right arrow" IR SlimProto packets are then identified using a WireShark

display filter that selects for:

- destination port 3483 — from player to SlimServer
- data that begins with "IR " — the IR type

Contains Highly Confidential AEO and Source Code Materials

- data that has 0x7689d02f in the four bytes beginning at offset 14

438.    which is expressed as:

```
tcp.dstport == 3483 && data.data[0:4] == "IR  " && data.data[14:4] == 76:89:d0:2f
```

439.    There are six matching network packets, clustered in groups of two (954/966, 1427/1437, and 1894/1904). Within a cluster, the packets occur very close in time (e.g., within 0.1 seconds for 954/966). Because the clustered IR packets are very close in time, an IR cluster is consistent with a button repeat sequence as handled by the SlimServer IR code.

```
Slim/Hardware/IR.pm (v5.3.1)

        if ($irCodeBytes eq ($client->lastircodebytes())) #same button press as last one
            && ( ($client->irtimediff < $Slim::Hardware::IR::IRMINTIME) #within the minimum time to be
considered a repeat
                || ($client->irtimediff < $client->irrepeattime * 2.02) #or within 2% of twice the
repeat time
                    && ($client->irtimediff > $client->irrepeattime * 1.98))) #indicating that a
repeat code was missed
            ) {
            holdCode($client,$irCodeBytes);
            repeatCode($client,$irCodeBytes);
            if (!$client->irrepeattime || ($client->irtimediff > 0 && $client->irtimediff < $client-
>irrepeattime)) {
                #repeat time not yet set or last time diff less than current estimate
                #of repeat time (excluding time diffs less than 0, from out of order packets)
                $client->irrepeattime($client->irtimediff)
            }
```

Slim::Hardware::IR::processIR(), Slim/Hardware/IR.pm (v5.3.1), 334–393 at 365–376

440.    The three clusters represent the three "right arrow" presses performed in the synchronization flow described above.  The first "right arrow" selects the "Settings" menu item, the second "right arrow" selects the "Synchronize" menu item, and the third "right arrow" selects the sync group to join.   The last IR packet cluster (1894 at 20:48:16.074074; 1904 at 20:48:16.164760) thereby represents the "arrow_right" IR code that initiates the sync.

Contains Highly Confidential AEO and Source Code Materials

```
tcp.dstport == 3483 && data.data[0:4] == "IR " && data.data[14:4] == 76:89:d0:2f
```

| Interface | Device | All advertising devices | Key | Legacy Passkey | Value | Adv Hop |
|---|---|---|---|---|---|---|

| No. | ^ Time | Source | Destination | Protocol | Source Port | Destination Port | Length |
|---|---|---|---|---|---|---|---|
| 954 | 20:47:26.486498 | 192.168.136.129 | 192.168.136.128 | TCP | 32866 | 3483 | 84 |
| 966 | 20:47:26.583292 | 192.168.136.129 | 192.168.136.128 | TCP | 32866 | 3483 | 84 |
| 1427 | 20:47:51.009815 | 192.168.136.129 | 192.168.136.128 | TCP | 32866 | 3483 | 84 |
| 1437 | 20:47:51.101712 | 192.168.136.129 | 192.168.136.128 | TCP | 32866 | 3483 | 84 |
| 1894 | 20:48:16.074074 | 192.168.136.129 | 192.168.136.128 | TCP | 32866 | 3483 | 84 |
| 1904 | 20:48:16.164760 | 192.168.136.129 | 192.168.136.128 | TCP | 32866 | 3483 | 84 |

441.    The slimserver1 log file is consistent with the network trace (modulo a slight time skew between the network stack timestamp and the application logging timestamp).

```
[vmuser@slimserver1 example]$ grep 'op IR ' slimserver-01.log
2022-06-21 20:46:58.1073 Got Slimproto frame, op IR  , length 10, IO::Socket::INET=GLOB(0x9ddba54)
2022-06-21 20:46:58.2000 Got Slimproto frame, op IR  , length 10, IO::Socket::INET=GLOB(0x9ddba54)
2022-06-21 20:47:11.1490 Got Slimproto frame, op IR  , length 10, IO::Socket::INET=GLOB(0x9ddba54)
2022-06-21 20:47:11.2416 Got Slimproto frame, op IR  , length 10, IO::Socket::INET=GLOB(0x9ddba54)
2022-06-21 20:47:26.4876 Got Slimproto frame, op IR  , length 10, IO::Socket::INET=GLOB(0x9ddba54)
2022-06-21 20:47:26.5846 Got Slimproto frame, op IR  , length 10, IO::Socket::INET=GLOB(0x9ddba54)
2022-06-21 20:47:38.8061 Got Slimproto frame, op IR  , length 10, IO::Socket::INET=GLOB(0x9ddba54)
2022-06-21 20:47:38.9095 Got Slimproto frame, op IR  , length 10, IO::Socket::INET=GLOB(0x9ddba54)
2022-06-21 20:47:51.0111 Got Slimproto frame, op IR  , length 10, IO::Socket::INET=GLOB(0x9ddba54)
2022-06-21 20:47:51.1028 Got Slimproto frame, op IR  , length 10, IO::Socket::INET=GLOB(0x9ddba54)
2022-06-21 20:48:02.0107 Got Slimproto frame, op IR  , length 10, IO::Socket::INET=GLOB(0x9ddba54)
2022-06-21 20:48:02.1029 Got Slimproto frame, op IR  , length 10, IO::Socket::INET=GLOB(0x9ddba54)
2022-06-21 20:48:16.0756 Got Slimproto frame, op IR  , length 10, IO::Socket::INET=GLOB(0x9ddba54)
2022-06-21 20:48:16.1657 Got Slimproto frame, op IR  , length 10, IO::Socket::INET=GLOB(0x9ddba54)
```

442.    After packet 1894 (20:48:16.074074), SlimServer responds with a series of eight 'grfd' command packets to the player animating the new screen pushing the old screen off to the left.

```
Slim/Player/SqueezeboxG (v5.3.1)

# push the old screen off the left side
sub pushLeft {
        my $client = shift;
        my $start = shift;
        my $end = shift;

        my $startbits = $client->render($start);
        my $endbits = $client->render($end);

        my $allbits = $$startbits . $$endbits;

        $client->killAnimation();
        $client->pushUpdate([\$allbits, 0, $screensize / 8, $screensize,  0.025]);
}
```

Slim::Player::SqueezeboxG::pushLeft(), Slim/Player/SqueezeboxG.pm (v5.3.1), 401–414 at 413
Slim::Player::SqueezeboxG::pushUpdate(), Slim/Player/SqueezeboxG.pm (v5.3.1), 447–464 at 459

Contains Highly Confidential AEO and Source Code Materials

Slim::Player::SqueezeboxG::drawFrameBuf(),  Slim/Player/SqueezeboxG.pm  (v5.3.1),  368–382 at 380

443.    Each such packet begins with a two-byte length field and a four-byte command field.  The 'grfd' are identified in the network trace using a WireShark display filter that selects for:

> source port 3483 — from SlimServer to player
> TCP length > 0 — to filter out pure acknowledgement packets
> command code 'grfd'
> destination 192.168.136.129 (player1)



444.    The server sends a series of eight 'grfd' packets to player1 (192.168.136.129) starting at packet 1896 (20:48:16.079013) through packet 1911 (20:48:16.260280) with distinct contents, consistent with the "push left" animation.  Packets 1444 (20:47:51.195152) through 1883 (20:48:15.295355) have identical 'grfd' payload, consistent with a repeated pre-sync screen:

Contains Highly Confidential AEO and Source Code Materials



445.    For example, packet 1871 (20:48:14.295306):

Contains Highly Confidential AEO and Source Code Materials



446.   Has the same 'grfd' payload as packet 1883 (20:48:15.295355):

Contains Highly Confidential AEO and Source Code Materials



447.    The payload for packets 1896 through 1911 differ, shifting off old content and shifting in new content.

Contains Highly Confidential AEO and Source Code Materials

```
> Frame 1896: 634 bytes on wire (5072 bits), 634 bytes captured (5072 bits)
> Ethernet II, Src: VMware_a3:52:c6 (00:0c:29:a3:52:c6), Dst: VMware_45:6f:c2 (00:0c:29:45:6f:c2)
> Internet Protocol Version 4, Src: 192.168.136.128, Dst: 192.168.136.129
> Transmission Control Protocol, Src Port: 3483, Dst Port: 32866, Seq: 72211, Ack: 4149, Len: 568
> Data (568 bytes)

0000   00 0c 29 45 6f c2 00 0c  29 a3 52 c6 08 00 45 00   ··)Eo··· ).R···E·
0010   02 6c 75 60 40 00 40 06  30 d9 c0 a8 88 80 c0 a8   ·lu`@·@· 0·······
0020   88 81 0d 9b 80 62 95 df  5d 35 76 f7 7e 7b 80 18   ·····b·· ]5v·~{··
0030   05 a8 94 b1 00 00 01 01  08 0a 01 ee 43 1b 01 66   ········ ····C··f
0040   91 42 02 36 67 72 66 64  02 30 00 00 00 7e 00 7e   ·B·6grfd ·0···~·~
0050   00 20 f8 60 a0 60 a0 00  a0 00 58 86 01 8e 01 1a   · ·`·`·· ··X·····
0060   f9 f2 00 e2 00 00 70 00  88 00 88 00 a8 00 b8 00   ······p· ········
0070   00 00 00 00 f8 00 20 00  20 00 20 00 f8 00 00 00   ······ ·  · ·····
0080   00 00 80 00 80 00 f8 00  80 00 00 00 00 00 f8 00   ········ ········
0090   00 00 00 00 00 00 00 00  00 00 00 00 00 00 00 00   ········ ········
00a0   80 00 00 00 00 00 00 00  70 00 88 00 88 00 88 00   ········ p·······
00b0   70 00 00 00 00 00 00 00  00 00 00 00 00 00 00 00   p······· ········
00c0   48 00 a8 00 a8 00 a8 00  90 00 00 00 00 00 80 00   H······· ········
00d0   40 00 38 00 40 00 80 00  00 00 00 00 f8 00 40 00   @·8·@··· ······@·
00e0   20 00 10 00 f8 00 00 00  00 00 70 00 88 00 88 00    ········ ··p·····
00f0   88 00 50 00 00 00 00 00  00 00 00 00 00 00 00 00   ··P····· ········
0100   00 00 f0 00 08 00 08 00  f0 00 08 00 08 00 f0 00   ········ ········
0110   00 00 00 00 f8 00 00 00  00 00 80 00 80 00 f8 00   ········ ········
0120   80 00 80 00 00 00 00 00  f8 00 20 00 20 00 20 00   ········ ·· · · ·
0130   f8 00 00 00 00 00 48 00  00 00 00 00 00 00 00 00   ······H· ········
0140   00 00 00 00 00 00 00 00  00 00 00 00 00 00 00 00   ········ ········
0150   00 00 00 00 00 00 00 00  00 00 00 00 00 00 00 00   ········ ········
0160   00 00 00 00 00 00 00 00  00 00 00 00 00 00 00 00   ········ ········
0170   00 00 00 00 00 00 00 00  00 00 00 00 00 00 00 00   ········ ········
0180   00 00 00 00 00 00 00 00  00 00 00 00 00 00 00 00   ········ ········
0190   00 00 00 00 00 00 00 00  00 00 00 00 00 00 00 00   ········ ········
01a0   00 00 00 00 00 00 00 00  00 00 00 00 00 00 00 00   ········ ········
01b0   00 00 00 00 00 00 00 00  00 00 00 00 00 00 00 00   ········ ········
01c0   00 00 00 00 00 00 00 00  00 00 00 00 00 00 00 00   ········ ········
01d0   00 00 00 00 00 00 00 00  00 00 00 00 00 00 00 00   ········ ········
01e0   00 00 00 00 00 00 00 00  00 00 00 00 00 00 00 00   ········ ········
01f0   00 00 00 00 00 00 00 00  00 00 00 00 00 00 00 00   ········ ········
0200   00 00 00 00 00 00 00 00  00 00 00 00 00 00 00 00   ········ ········
0210   00 00 00 00 00 00 00 00  00 00 00 00 00 00 00 00   ········ ········
0220   00 70 00 70 00 70 00 70  01 fc 00 f8 00 70 00 00   ·p·p·p·p ·····p·
0230   00 00 00 00 f8 7f a0 7f  a0 24 a0 44 40 7c 00 38   ········ ·$·D@|·8
0240   00 00 f8 00 a1 fe a1 fe  a0 00 58 00 00 0c 00 5e   ········ ··X····^
0250   f8 52 a8 52 a8 7e 88 3e  00 00 00 00 48 60 a8 78   ·R·R·~·> ····H`·x
0260   a8 3f a8 0c 90 30 00 40  00 00 48 00 3c a8 7e      ·?··0·@· ·H·<·~
0270   a8 52 90 52 00 72 00 32  00 00                     ·R·R·r·2 ··
```

307

Contains Highly Confidential AEO and Source Code Materials

Contains Highly Confidential AEO and Source Code Materials

Contains Highly Confidential AEO and Source Code Materials

Contains Highly Confidential AEO and Source Code Materials

```
> Frame 1905: 634 bytes on wire (5072 bits), 634 bytes captured (5072 bits)
> Ethernet II, Src: VMware_a3:52:c6 (00:0c:29:a3:52:c6), Dst: VMware_45:6f:c2 (00:0c:29:45:6f:c2)
> Internet Protocol Version 4, Src: 192.168.136.128, Dst: 192.168.136.129
> Transmission Control Protocol, Src Port: 3483, Dst Port: 32866, Seq: 74483, Ack: 4167, Len: 568
> Data (568 bytes)

0000   00 0c 29 45 6f c2 00 0c   29 a3 52 c6 08 00 45 00   ··)Eo··· )·R···E·
0010   02 6c 75 68 40 00 40 06   30 d1 c0 a8 88 80 c0 a8   ·luh@·@· 0·······
0020   88 81 0d 9b 80 62 95 df   66 15 76 f7 7e 8d 80 18   ·····b·· f·v·~···
0030   05 a8 94 b1 00 00 01 01   08 0a 01 ee 43 83 01 66   ········ ····C··f
0040   91 9d 02 36 67 72 66 64   02 30 00 00 00 00 00 00   ···6grfd ·0······
0050   00 00 00 00 00 00 00 00   00 00 00 00 00 00 00 00   ········ ········
0060   00 00 00 00 00 00 00 00   00 00 00 00 00 00 00 00   ········ ········
0070   00 00 00 00 00 00 00 00   00 00 00 00 00 00 00 00   ········ ········
0080   00 00 00 00 00 00 00 00   00 00 00 00 00 00 00 00   ········ ········
0090   00 00 00 00 00 00 00 00   00 00 00 00 00 00 00 00   ········ ········
00a0   00 00 00 00 00 00 00 00   00 00 00 00 00 00 00 00   ········ ········
00b0   00 00 00 00 00 00 00 00   00 00 00 00 00 00 00 00   ········ ········
00c0   00 00 00 00 00 00 00 00   00 00 00 00 00 00 00 00   ········ ········
00d0   00 00 00 00 00 00 00 00   00 00 00 00 00 00 00 00   ········ ········
00e0   00 00 00 00 00 00 00 00   00 00 00 00 00 00 00 00   ········ ········
00f0   00 00 00 00 00 00 00 00   00 00 00 00 00 00 00 00   ········ ········
0100   00 00 00 00 00 00 00 00   00 70 00 70 00 70 00 70   ········ ·p·p·p·p
0110   01 fc 00 f8 00 70 00 20   00 00 00 00 f8 7f a0 7f   ·····p·· ········
0120   a0 24 a0 44 40 7c 00 38   00 00 f8 00 a1 fe a1 fe   ·$·D@|·8 ········
0130   a0 00 58 00 00 0c 00 5e   f8 52 a8 52 a8 7e 88 3e   ··X····^ ·R·R·~·>
0140   00 00 00 00 48 60 a8 78   a8 3f a8 0c 90 30 00 40   ····H`·x ·?···0·@
0150   00 00 48 00 a8 3c a8 7e   a8 52 90 52 00 72 00 32   ··H·<·~ ·R·R·r·2
0160   00 00 00 00 7e 00 7e 00   20 f8 60 a0 60 a0 00 00   ····~·~· ·`·`···
0170   a0 00 58 86 01 8e 01 1a   f9 f2 00 e2 00 00 70 00   ··X····· ······p·
0180   88 00 00 a8 00 b8 00 00   00 00 f8 00 20 00         ········ ···· ·
0190   00 00 20 00 f8 00 00 00   00 00 80 00 80 00 f8 00   ·· ····· ········
01a0   80 00 00 00 80 00 f8 00   00 00 80 00 00 00 00 00   ········ ········
01b0   00 00 00 00 80 00 f8 00   00 00 80 00 00 00 00 00   ········ ········
01c0   70 00 88 00 88 00 88 00   70 00 00 00 00 00 00 00   p······· p·······
01d0   00 00 00 00 00 00 00 00   f0 00 08 00 08 00         ········ ······
01e0   f0 00 00 00 00 00 f8 00   40 00 20 00 10 00 f8 00   ········ @· ·····
01f0   00 00 00 00 48 00 a8 00   a8 00 a8 00 90 00 00 00   ····H··· ········
0200   00 00 80 00 40 00 38 00   40 00 00 00 00 00 00 00   ····@·8· @·······
0210   f8 00 40 00 20 00 10 00   f8 00 00 00 00 00 70 00   ··@· ··· ······p·
0220   88 00 88 00 88 00 50 00   00 00 00 00 00 00 00 00   ······P· ········
0230   00 00 00 00 00 00 f0 00   08 00 08 00 f0 00 08 00   ········ ········
0240   08 00 f0 00 00 00 00 00   f8 00 00 00 00 00 80 00   ········ ········
0250   80 00 f8 00 80 00 80 00   00 00 00 00 f8 00 20 00   ········ ······ ·
0260   20 00 20 00 f8 00 00 00   00 00 48 00 00 00 00 00    · · ···· ··H·····
0270   00 00 00 00 00 00 00 00   00 00                     ········ ··
```

Contains Highly Confidential AEO and Source Code Materials

Contains Highly Confidential AEO and Source Code Materials

Contains Highly Confidential AEO and Source Code Materials



448.    Packets 1915 through 2086 (the last 'grfd' packet in the trace) contain the same 'grfd' payload as packet 1911.  For example, packet 1915:

Contains Highly Confidential AEO and Source Code Materials



449.    The slimserver1 log entries are consistent with the network trace.  Filtering the slimserver1 log shows player-to-server IR codes and server-to-player SlimProto frames:

```
grep -P 'op IR  |sending squeezebox frame' slimserver-01.log
```

450.    The filtered results show a last IR packet cluster at 20:48:16.0756 and 20:48:16.1657, representing the "right arrow" that initiates the sync. There are eight 'grfd' messages following the 20:48:16.0756 IR packet, with the eighth 'grfd' packet at 20:48:16.2601.

Contains Highly Confidential AEO and Source Code Materials

451.    The timestamp for that eighth 'grfd' packet (20:48:16.2601) is consistent with the network timestamp for packet 1911 (20:48:16.260280), modulo skew between the application logging and network timestamps.

```
2022-06-21 20:48:15.2952 sending squeezebox frame: grfd, length: 562
2022-06-21 20:48:15.3068 sending squeezebox frame: grfd, length: 562
2022-06-21 20:48:16.0756 Got Slimproto frame, op IR  , length 10, IO::Socket::INET=GLOB(0x9ddba54)
2022-06-21 20:48:16.0789 sending squeezebox frame: grfd, length: 562
2022-06-21 20:48:16.1043 sending squeezebox frame: grfd, length: 562
2022-06-21 20:48:16.1302 sending squeezebox frame: grfd, length: 562
2022-06-21 20:48:16.1564 sending squeezebox frame: grfd, length: 562
2022-06-21 20:48:16.1657 Got Slimproto frame, op IR  , length 10, IO::Socket::INET=GLOB(0x9ddba54)
2022-06-21 20:48:16.1823 sending squeezebox frame: grfd, length: 562
2022-06-21 20:48:16.2083 sending squeezebox frame: grfd, length: 562
2022-06-21 20:48:16.2344 sending squeezebox frame: grfd, length: 562
2022-06-21 20:48:16.2601 sending squeezebox frame: grfd, length: 562
2022-06-21 20:48:16.2872 sending squeezebox frame: grfd, length: 562
2022-06-21 20:48:16.2965 sending squeezebox frame: grfd, length: 562
```

452.    Consequently, packet 1911 (20:48:16.260280) represents the 'grfd' message sent from slimserver1 to player1 with the post-sync screen:



453.    We now define the second sync group on slimserver2.  To set up the loggin and network trace, we stop slimserver2, clear the slimserver2 log file, and then start slimserver2. A new log file will be started in /tmp/slimserver.log.

Contains Highly Confidential AEO and Source Code Materials

```
/etc/rc.d/init.d/slimserver stop
rm /tmp/slimserver.log
/etc/rc.d/init.d/slimserver start
```

454.    In Home / Server Settings / Debugging, turn on debugging settings related to SlimProto.  As a result, information about SlimProto protocol operation is logged to the log file (/tmp/slimserver.log).



455.    Start a network trace.

```
tcpdump -i eth0 -s 0 -w slimserver2-01.pcap
```

456.    We then switch to slimserver2.  On each player, press the settings icon at the top-left of the SoftSqueeze player to bring up the SoftSqueeze settings dialog.  Configure the server to be slimserver2 (192.168.136.135).  For example (player1):

Contains Highly Confidential AEO and Source Code Materials



457.    Do the same for player2 and player3.  There is no need to power on player2 and player3 first.  The SoftSqueeze settings can be configured without powering the players on. However, the players automatically power on when connected to slimserver2.



458.    The Web UI for slimserver2 shows the players with IP addresses but no names.

318

Contains Highly Confidential AEO and Source Code Materials

```
SETTINGS

• Server Settings
• Player Settings for 192.168.136.129
• Player Settings for 192.168.136.130
• Player Settings for 192.168.136.131
```

459.    Configure the player names for player1, player2, and player3 as with slimserver1.

For example:

```
Player Name
You can give this player a name that will be used to identify the player on these web pages.
Player name: [player1]    [Change]
```

460.    Use the Web UI to power off all players.  At this point, all players are persisted to slimserver1's preferences file with the defined names (player1, player2, and player3), power synchronization "off" (0), no sync groups, and power state "off" (0).

```
[vmuser@slimserver2 ~]$ grep -P 'playername|syncgroup|syncPower|power\b'
/etc/slimserver.conf
19:1e:67:04:72:30-playername = player2
19:1e:67:04:72:30-power = 0
19:1e:67:04:72:30-syncPower = 0
bc:2a:ae:6b:ab:ce-playername = player3
bc:2a:ae:6b:ab:ce-power = 0
bc:2a:ae:6b:ab:ce-syncPower = 0
db:3a:52:e6:70:6b-playername = player1
db:3a:52:e6:70:6b-power = 0
db:3a:52:e6:70:6b-syncPower = 0
```

461.    We can now define the second synchrony group.  Press the power button to power player1 back up and allow for interaction. The player briefly shows the welcome screen and then transitions to the home screen.

Contains Highly Confidential AEO and Source Code Materials



462.    Press up arrow to switch to the "Settings" menu item.



463.    Press right arrow to select "Settings" and show the first Settings menu item ("Alarm Clock," setting 1 of 13).

320

Contains Highly Confidential AEO and Source Code Materials



464.    Press up arrow to switch to the "Synchronize" menu item (setting 13 of 13).



465.    Press right arrow to select "Synchronize" and show a first synchronization choice (player3).

321

Contains Highly Confidential AEO and Source Code Materials



466.    Press right arrow to select synchronization with player3. The screen changes to show that player3 is synced, with the menu choice now representing a choice to unsync.



467.    The Web UI shows player1 and player3 synced. (Note: this screen shows player1 and player3 as synced even though player3 is off. This may be because synchronization was configured while player3 is off.)

Contains Highly Confidential AEO and Source Code Materials



468.     slimserver2's preferences file shows player1 and player3 defined in the same sync group (361890235).  player1 is powered on. player2 and player3 are powered off.

```
[vmuser@slimserver2 ~]$ grep -P 'playername|syncgroup|syncPower|power\b'
/etc/slimserver.conf
19:1e:67:04:72:30-playername = player2
19:1e:67:04:72:30-power = 0
19:1e:67:04:72:30-syncPower = 0
bc:2a:ae:6b:ab:ce-playername = player3
bc:2a:ae:6b:ab:ce-power = 0
bc:2a:ae:6b:ab:ce-syncPower = 0
bc:2a:ae:6b:ab:ce-syncgroupid = 361890235
db:3a:52:e6:70:6b-playername = player1
db:3a:52:e6:70:6b-power = 1
db:3a:52:e6:70:6b-syncPower = 0
db:3a:52:e6:70:6b-syncgroupid = 361890235
```

469.     We can now discuss the network messages for defining the second sync group.  As shown above, synchronizing player1 with player3 involves a series of remote control inputs and player1 screens.  Both the remote control inputs and resulting screens involve SlimProto network messages between slimserver1 and player1.

> - player1 sends "IR " SlimProto messages to slimserver1 for each IR events, such as button presses.
> - slimserver1 sends "grfd" SlimProto messages to to player1 to display graphical screens

470.     We first identify the IR SlimProto messages, which send IR codes from the player to the SlimServer.  From the identified IR messages, the last "right arrow" IR packet represents the "right arrow" button press that initiates sync for player1 and player3.  The "right arrow" IR SlimProto packets are then identified using a WireShark display filter that selects for:

Contains Highly Confidential AEO and Source Code Materials

destination port 3483 — from player to SlimServer
data that begins with "IR " — the IR type
data that has 0x7689d02f in the four bytes beginning at offset 14

471.    Which is expressed as:

```
tcp.dstport == 3483 && data.data[0:4] == "IR  " && data.data[14:4] == 76:89:d0:2f
```

472.    There are six matching network packets, clustered in groups of two (13875/13889, 14486/14496, and 14872 /14882).  Within a cluster, the packets occur very close in time (e.g., within 0.1 seconds for 13875/13889).  Because the clustered IR packets are very close in time, an IR cluster is consistent with a button repeat sequence as handled by the SlimServer IR code.

Slim::Hardware::IR::processIR(), Slim/Hardware/IR.pm (v5.3.1), 334–393 at 365–376

473.    The three clusters represent the three "right arrow" presses performed in the synchronization flow described above.  The first "right arrow" selects the "Settings" menu item, the second "right arrow" selects the "Synchronize" menu item, and the third "right arrow" selects the sync group to join.   The last IR packet cluster (14872 at 01:13:37.624794; 14882 at 01:31:37.717340) thereby represents the "arrow_right" IR code that initiates the sync



474.    The slimserver2 log file is consistent with the network trace (modulo a slight time skew between the network stack timestamp and the application logging timestamp).

Contains Highly Confidential AEO and Source Code Materials

```
[vmuser@slimserver2 example]$ grep 'op IR ' slimserver2-01.log
2022-06-22 01:17:14.0381 Got Slimproto frame, op IR , length 10, IO::Socket::INET=GLOB(0x9c33b68)
2022-06-22 01:17:33.2673 Got Slimproto frame, op IR , length 10, IO::Socket::INET=GLOB(0x9c24f4c)
2022-06-22 01:17:49.8490 Got Slimproto frame, op IR , length 10, IO::Socket::INET=GLOB(0x9c14860)
2022-06-22 01:30:05.3874 Got Slimproto frame, op IR , length 10, IO::Socket::INET=GLOB(0x9c33b68)
2022-06-22 01:30:05.4790 Got Slimproto frame, op IR , length 10, IO::Socket::INET=GLOB(0x9c33b68)
2022-06-22 01:30:25.9373 Got Slimproto frame, op IR , length 10, IO::Socket::INET=GLOB(0x9c33b68)
2022-06-22 01:30:26.0287 Got Slimproto frame, op IR , length 10, IO::Socket::INET=GLOB(0x9c33b68)
2022-06-22 01:30:42.4033 Got Slimproto frame, op IR , length 10, IO::Socket::INET=GLOB(0x9c33b68)
2022-06-22 01:30:42.5056 Got Slimproto frame, op IR , length 10, IO::Socket::INET=GLOB(0x9c33b68)
2022-06-22 01:30:59.6879 Got Slimproto frame, op IR , length 10, IO::Socket::INET=GLOB(0x9c33b68)
2022-06-22 01:30:59.7800 Got Slimproto frame, op IR , length 10, IO::Socket::INET=GLOB(0x9c33b68)
2022-06-22 01:31:18.1667 Got Slimproto frame, op IR , length 10, IO::Socket::INET=GLOB(0x9c33b68)
2022-06-22 01:31:18.2595 Got Slimproto frame, op IR , length 10, IO::Socket::INET=GLOB(0x9c33b68)
2022-06-22 01:31:37.6259 Got Slimproto frame, op IR , length 10, IO::Socket::INET=GLOB(0x9c33b68)
2022-06-22 01:31:37.7183 Got Slimproto frame, op IR , length 10, IO::Socket::INET=GLOB(0x9c33b68)
```

475.    After packet 14872 (01:13:37.624794), SlimServer responds with a series of eight 'grfd' command packets to the player animating the new screen pushing the old screen off to the left.  See, e.g.: Slim::Player::SqueezeboxG::pushLeft(), Slim/Player/SqueezeboxG.pm (v5.3.1), 401–414 at 413; Slim::Player::SqueezeboxG::pushUpdate(), Slim/Player/SqueezeboxG.pm (v5.3.1), 447–464 at 459; Slim::Player::SqueezeboxG::drawFrameBuf(), Slim/Player/SqueezeboxG.pm (v5.3.1), 368–382 at 380.

476.    Each such packet begins with a two-byte length field and a four-byte command field.  The 'grfd' are identified in the network trace using a WireShark display filter that selects for: source port 3483 — from SlimServer to player; TCP length > 0 — to filter out pure acknowledgement packets; command code 'grfd'; destination 192.168.136.129 (player1).

```
tcp.srcport == 3483 && tcp.len > 0 && data.data[2:4] == "grfd" && ip.dst == 192.168.136.129
```

Contains Highly Confidential AEO and Source Code Materials

| | tcp.srcport == 3483 && tcp.len > 0 && data.data[2:4] == "grfd" && ip.dst == 192.168.136.129 |

| Interface | | Device | All advertising devices | Key | Legacy Passkey | Value | | Adv Hop |
|---|---|---|---|---|---|---|---|---|

| No. | Time | Source | Destination | Protocol | Source Port | Destination Port | Length |
|---|---|---|---|---|---|---|---|
| 14796 | 01:31:31.544339 | 192.168.136.135 | 192.168.136.129 | TCP | 3483 | 32886 | 634 |
| 14808 | 01:31:32.545144 | 192.168.136.135 | 192.168.136.129 | TCP | 3483 | 32886 | 634 |
| 14820 | 01:31:33.545706 | 192.168.136.135 | 192.168.136.129 | TCP | 3483 | 32886 | 634 |
| 14832 | 01:31:34.546145 | 192.168.136.135 | 192.168.136.129 | TCP | 3483 | 32886 | 634 |
| 14844 | 01:31:35.546841 | 192.168.136.135 | 192.168.136.129 | TCP | 3483 | 32886 | 634 |
| 14856 | 01:31:36.547260 | 192.168.136.135 | 192.168.136.129 | TCP | 3483 | 32886 | 634 |
| 14868 | 01:31:37.547797 | 192.168.136.135 | 192.168.136.129 | TCP | 3483 | 32886 | 634 |
| 14874 | 01:31:37.628768 | 192.168.136.135 | 192.168.136.129 | TCP | 3483 | 32886 | 634 |
| 14876 | 01:31:37.654575 | 192.168.136.135 | 192.168.136.129 | TCP | 3483 | 32886 | 634 |
| 14878 | 01:31:37.680275 | 192.168.136.135 | 192.168.136.129 | TCP | 3483 | 32886 | 634 |
| 14880 | 01:31:37.706544 | 192.168.136.135 | 192.168.136.129 | TCP | 3483 | 32886 | 634 |
| 14883 | 01:31:37.732211 | 192.168.136.135 | 192.168.136.129 | TCP | 3483 | 32886 | 634 |
| 14885 | 01:31:37.772730 | 192.168.136.135 | 192.168.136.129 | TCP | 3483 | 32886 | 634 |
| 14887 | 01:31:37.784182 | 192.168.136.135 | 192.168.136.129 | TCP | 3483 | 32886 | 634 |
| 14893 | 01:31:37.810231 | 192.168.136.135 | 192.168.136.129 | TCP | 3483 | 32886 | 634 |
| 14899 | 01:31:38.548328 | 192.168.136.135 | 192.168.136.129 | TCP | 3483 | 32886 | 634 |
| 14911 | 01:31:39.548866 | 192.168.136.135 | 192.168.136.129 | TCP | 3483 | 32886 | 634 |
| 14923 | 01:31:40.549496 | 192.168.136.135 | 192.168.136.129 | TCP | 3483 | 32886 | 634 |
| 14935 | 01:31:41.549951 | 192.168.136.135 | 192.168.136.129 | TCP | 3483 | 32886 | 634 |
| 14947 | 01:31:42.550553 | 192.168.136.135 | 192.168.136.129 | TCP | 3483 | 32886 | 634 |

477.    The server sends a series of eight 'grfd' packets to player1 (192.168.136.129) starting at packet 14874 (01:31:37.628768) through packet 14893 (01:31:37.810231) with distinct contents, consistent with the "push left" animation.  Packets 14505 (01:31:18.349026) through 14868 (01:31:37.547797) have identical 'grfd' payload, consistent with a repeated pre-sync screen:



478.    For example, packet 14856 (01:31:36.547260):

Contains Highly Confidential AEO and Source Code Materials

479.    has the same 'grfd' payload as packet 14868 (01:31:37.547260):

Contains Highly Confidential AEO and Source Code Materials



480.    The payload for packets 14874 through 14893, shifting off old content and shifting

in new content:

Contains Highly Confidential AEO and Source Code Materials

Contains Highly Confidential AEO and Source Code Materials

Contains Highly Confidential AEO and Source Code Materials

Contains Highly Confidential AEO and Source Code Materials

Contains Highly Confidential AEO and Source Code Materials

Contains Highly Confidential AEO and Source Code Materials

Contains Highly Confidential AEO and Source Code Materials

Contains Highly Confidential AEO and Source Code Materials



481.    Packets 14899 through 15094 (the last 'grfd' packet in the trace) contain the same 'grfd' payload as packet 14893.  For example, packet 14899:

Contains Highly Confidential AEO and Source Code Materials



482.    The slimserver2 log entries are consistent with the network trace.  Filtering the slimserver2 shows player-to-server IR codes and server-to-player SlimProto frames:

```
grep -P 'op IR |sending squeezebox frame' slimserver2-01.log
```

483.    The filtered results show a last IR packet cluster at 01:31:37.6259 and 01:31:37.7183, representing the "right arrow" that initiates the sync.  There are eight 'grfd' messages following the 01:31:37.6259 IR packet, with the eighth 'grfd' packet at 01:31:37.7886.

Contains Highly Confidential AEO and Source Code Materials

The timestamp for that eighth 'grfd' packet (01:31:37.7886) is consistent with the network timestamp for packet 14893 (01:31:37.810231), modulo skew between the application logging and network timestamps.

```
2022-06-22 01:31:37.3184 sending squeezebox frame: grfd, length: 562
2022-06-22 01:31:37.5477 sending squeezebox frame: grfd, length: 562
2022-06-22 01:31:37.6259 Got Slimproto frame, op IR  , length 10, IO::Socket::INET=GLOB(0x9c33b68)
2022-06-22 01:31:37.6287 sending squeezebox frame: grfd, length: 562
2022-06-22 01:31:37.6543 sending squeezebox frame: grfd, length: 562
2022-06-22 01:31:37.6801 sending squeezebox frame: grfd, length: 562
2022-06-22 01:31:37.7062 sending squeezebox frame: grfd, length: 562
2022-06-22 01:31:37.7183 Got Slimproto frame, op IR  , length 10, IO::Socket::INET=GLOB(0x9c33b68)
2022-06-22 01:31:37.7321 sending squeezebox frame: grfd, length: 562
2022-06-22 01:31:37.7582 sending squeezebox frame: grfd, length: 562
2022-06-22 01:31:37.7841 sending squeezebox frame: grfd, length: 562
2022-06-22 01:31:37.7886 sending squeezebox frame: grfd, length: 562
2022-06-22 01:31:37.8101 sending squeezebox frame: grfd, length: 562
2022-06-22 01:31:38.3184 sending squeezebox frame: grfd, length: 562
```

484.    Consequently, packet 14893 (01:31:37.810231) represents the 'grfd' message sent from slimserver2 to player1 with the post-sync screen:



485.    We can now play music on player1 through slimserver2.  After synchronizing player1 with player3, player1 is on while player2 and player3 are off.

Contains Highly Confidential AEO and Source Code Materials

```
[vmuser@slimserver2 ~]$ grep -P 'playername|syncgroup|syncPower|power\b'
/etc/slimserver.conf
19:1e:67:04:72:30-playername = player2
19:1e:67:04:72:30-power = 0
19:1e:67:04:72:30-syncPower = 0
bc:2a:ae:6b:ab:ce-playername = player3
bc:2a:ae:6b:ab:ce-power = 0
bc:2a:ae:6b:ab:ce-syncPower = 0
bc:2a:ae:6b:ab:ce-syncgroupid = 361890235
db:3a:52:e6:70:6b-playername = player1
db:3a:52:e6:70:6b-power = 1
db:3a:52:e6:70:6b-syncPower = 0
db:3a:52:e6:70:6b-syncgroupid = 361890235
```

486.    Start a network trace:

```
tcpdump -i eth0 -s 0 -w slimserver2-02.pcap
```

487.    In the Web UI, select player1 and add an album ("More Guitar - Live") to the playlist.



488.    The album tracks are added to player1's playlist. Track 1 ("Don't Tempt Me") is the current track.  Playback is stopped.

Contains Highly Confidential AEO and Source Code Materials



489.    player1 shows "Don't Tempt Me" (1 of 12) as the current track.    Playback is stopped.



Contains Highly Confidential AEO and Source Code Materials

490.    The Web UI shows player2 as stopped, with an empty playlist.



491.    player2 is still powered off, in the screensaver.



492.    The Web UI shows player3 as stopped with the same playlist as player1.

Contains Highly Confidential AEO and Source Code Materials



493.    player3 is still powered off, in the screensaver.



494.    In the Web UI, Select player1 and press "PLAY."



Contains Highly Confidential AEO and Source Code Materials

495.    player1 plays "Don't Tempt Me" (1 of 12).



496.    player2 is still powered off, in the screensaver.



497.    player3 is still powered off, in the screensaver.



498.    In the Web UI, power off player1.

Contains Highly Confidential AEO and Source Code Materials



499.    player1 is powered off, in the screensaver.



500.    In the Web UI, power on player3.



501.    player3 plays "Don't Tempt Me" (1 of 12).

Contains Highly Confidential AEO and Source Code Materials



502.    player1 is still powered off, in the screensaver.



503.    Wait until track 1 finishes playing.  The Web UI shows player3 as playing track 2 ("Can't Win").



504.    player3 plays "Can't Win" (2 of 12).

Contains Highly Confidential AEO and Source Code Materials



505.    player1 is still powered off, in the screensaver.



506.    The Web UI shows player1 as off, stopped, and with track 1 still as the current

track.



507.    In the Web UI, power on player1. The Web UI shows player1 as on, playing, and

with track 2 as the current track.

346

Contains Highly Confidential AEO and Source Code Materials



508.    player1's screen briefly shows the home screen:



509.    before transitioning to playing "Can't Win" (2 of 12).

Contains Highly Confidential AEO and Source Code Materials



510.    player3 continues to play "Can't Win" (2 of 12).



511.    At this point, in the Web UI, we can stop playback.  As shown above, in the situation where (1) player3 is playing and (2) player1 is synchronized with player3 but off, then powering on player1 causes player1 to play along with player3.

512.    Analyzing the tcpdump session data using Wireshark shows when each player is powered on.  As discussed above regarding powering up a player to operate with a sync group, SlimServer sends a series of SlimProto messages when powering on a player.  One of the SlimProto messages is a 'grfb' command, which sets the brightness to the power-on brightness level (as opposed to the dimmed brightness when off). Similarly powering off a player sends a 'grfb' command to set the brightness to the power-off brightness level.  A 'grfb' packet carries the

Contains Highly Confidential AEO and Source Code Materials

brightness code as the sole payload. The brightness code has five possible values (0, 1, 4, 16, 30), where 0 is the minimum and 30 is the maximum.   Slim::Player::SqueezeboxG::brightness(), Slim/Player/SqueezeboxG.pm            (v5.3.1),            80–91            at            88; Slim::Player::SqueezeboxG::maxBrightness(),  Slim/Player/SqueezeboxG.pm  (v5.3.1),  93–95; @Slim::Player::SqueezeboxG::brightnessMap, Slim/Player/SqueezeboxG.pm (v5.3.1), 78.

513.    Identify 'grfb' packets using a WireShark display filter that selects for:  source port 3483 — SlimProto from server to player; TCP len > 0 — to filter out pure ACKs; SlimProto command code "grfb".

```
tcp.srcport == 3483 && tcp.len > 0 && data.data[2:4] == "grfb"
```

514.    There are three matching packets: packet 10349 — sent to player1 (192.168.136.129); packet 14761 — sent to player3 (192.168.136.131); packet 28545 — sent to player1 (192.168.136.129).

| No. | Time | Source | Destination | Protocol | Source Port | Destination Port | Length |
|---|---|---|---|---|---|---|---|
| 10349 | 03:26:44.616435 | 192.168.136.135 | 192.168.136.129 | TCP | 3483 | 32886 | 74 |
| 14761 | 03:28:11.603682 | 192.168.136.135 | 192.168.136.131 | TCP | 3483 | 32885 | 74 |
| 28545 | 03:32:36.987532 | 192.168.136.135 | 192.168.136.129 | TCP | 3483 | 32886 | 74 |

515.    Packet 10349 has brightness code 0x01 (1), which is very dim and represents dimming the display when powering off player1 (192.168.136.129).

```
> Frame 10349: 74 bytes on wire (592 bits), 74 bytes captured (592 bits)
> Ethernet II, Src: VMware_3b:b5:d2 (00:0c:29:3b:b5:d2), Dst: VMware_45:6f:c2 (00:0c:29:45:6f:c2)
> Internet Protocol Version 4, Src: 192.168.136.135, Dst: 192.168.136.129
> Transmission Control Protocol, Src Port: 3483, Dst Port: 32886, Seq: 164531, Ack: 11135, Len: 8
> Data (8 bytes)

0000  00 0c 29 45 6f c2 00 0c  29 3b b5 d2 08 00 45 00   ··)Eo···  );····E·
0010  00 3c 5f 29 40 00 40 06  49 39 c0 a8 88 87 c0 a8   ·<_)@·@·  I9······
0020  88 81 0d 9b 80 76 91 9c  e1 1c 7c 0e 51 fa 80 18   ·····v··  ··|·Q···
0030  05 a8 92 88 00 00 01 01  08 0a 03 34 54 71 02 d3   ···········4Tq··
0040  84 92 00 06 67 72 66 62  00 01                      ····grfb ··
```

Contains Highly Confidential AEO and Source Code Materials

516.    Packet 14761 has brightness code 0x1e (30), which is maximum brightness and represents brightening the display when powering on player3 (192.168.136.131).



517.    Packet 28545 has brightness code 0x1e (30), which is maximum brightness and represents brightening the display when powering on player1 (192.168.136.129).



518.    The SlimServer source code shows that, when powering on, the player sets the powerOnBrightness (ll. 224-229) and then restores the sync group (ll.230–231).

Contains Highly Confidential AEO and Source Code Materials

Slim::Player::Player::power(), Slim/Player/Player.pm (v5.3.1), 203–247 at 217–231

519.    Setting    the    brightness    results    in    sending    a    'grfb'    command.
Slim::Player::Player::power(),        Slim/Player/Player.pm        (v5.3.1),        203–247        at        229;
Slim::Utils::Prefs::clientSet(),        Slim/Utils/Prefs.pm        (v5.3.1),        481–489        at        488;
Slim::Utils::Prefs::onChange(),        Slim/Utils/Prefs.pm        (v5.3.1),        312–327        at        320;
$prefChange{'CLIENTPREFS'}{'powerOnBrightness}, Slim/Utils/Prefs.pm (v5.3.1), 194–199 at
197.

```
Slim/Player/SqueezeboxG.pm (v5.3.1)

sub brightness {
        my $client = shift;
        my $delta = shift;

        my $brightness = $client->SUPER::brightness($delta, 1);
        if (!defined($brightness)) { $brightness = $client->maxBrightness(); }
        if (defined($delta)) {
                my $brightnesscode = pack('n', $brightnessMap[$brightness]);
                $client->sendFrame('grfb', \$brightnesscode);
        }
        return $brightness;
}
```

Slim::Player::SqueezeboxG::brightness(), Slim/Player/SqueezeboxG.pm (v5.3.1), 80–91 at 88
Slim::Player::Squeezebox::sendFrame(), Slim/Player/Squeezebox.pm (v5.3.1), 514–533

520.    After restoring the power-on brightness level, SlimServer restores the player to its
sync group.  When the master is in 'play' mode, SlimServer causes the client to jump to the current
song in the master's playlist and transition from 'stop' mode to 'play' mode. SlimServer sends a
'strm' SlimProto command to the player to start playing the master's current song.

Slim::Player::Player::power(), Slim/Player/Player.pm (v5.3.1), 203–247 at 230–231
Slim::Player::Sync::restoreSync(), Slim/Player/Sync.pm (v5.3.1), 196–214 at 209
Slim::Player::Sync::sync(), Slim/Player/Sync.pm (v5.3.1), 132–167 at 159
Slim::Control::Command::execute(), Slim/Control/Command.pm (v5.3.1), 24–713 at 543
Slim::Player::Source::jumpto(), Slim/Player/Source.pm (v5.3.1), 604–640 at 614, 639
Slim::Player::Source::playmode(), Slim/Player/Source.pm (v5.3.1), 285–438 at
Slim::Player::Source::playmode(), Slim/Player/Source.pm (v5.3.1), 285–438 at 326–343, 393
Slim::Player::Squeezebox::play(), Slim/Player/Squeezebox.pm (v5.3.1), 99–107 at 104
Slim::Player::Squeezebox::stream(), Slim/Player/Squeezebox.pm (v5.3.1), 404–512 at 506

Contains Highly Confidential AEO and Source Code Materials

Slim::Player::Squeezebox::sendFrame(), Slim/Player/Squeezebox.pm (v5.3.1), 514–533

**Command: "strm"**

This takes 16 bytes data of the form:

| $command | 1 byte | 's' start, 'p' pause, 'u' unpause, 'q' stop |
|---|---|---|
| $autostart | 1 byte | (buffer threshold to start playing at) '0' off, '1' 25%, '2' 50%, '3' 75%, '4' 100% |
| $formatbyte | 1 byte | 'p' for pcm data, 'm' for mp3 |
| $pcmsamplesize | 1 byte | '0' = 8, '1' = 16, '2' = 20, '3' = 32 usually '1' ('?' for mp3) |
| $pcmsamplerate | 1 byte | '0'=11kHz, '1'=22kHz, '2'=32kHz, '3'=44.1kHz, '4'=48kHz usually '3' ('?' for mp3) |
| $pcmchannels | 1 byte | '1'=mono, '2'=stereo usually '2' ('?' for mp3) |
| $pcmendian | 1 byte | '0' = big, '1' = little ('1' for wav, '0' for aif, '?' for mp3) |
| $prebuffer_slience | 1 byte | usually 5 (mpeg prebuffer x frames of silence) |
| $spdif_enable | 1 byte | '0'=auto, '1'=on, '2'=off usually 0 |
| | 1 byte | reserved |
| $server_port | 2 bytes | Server Port to use (9000 is the default) |
| $server_ip | 4 bytes | 0 means use IP of control server |

This is followed by an HTTP header itself. This is used to obtain the stream data eg:

GET /stream.mp3?player=$client-id HTTP/1.0
(Authorization: Basic $password)
(blank line)

The Auth line is only sent if authorization is in use. $client-id is the usually the MAC address of the player and $password is a password generated by the server.

http://<SLIMSERVER_ADDR>:9000/html/docs/slimproto.html
HTML/EN/html/docs/slimproto.html

521.    Consequently, when player1 powers on and rejoins an already-playing sync group, the SlimServer sends an 'strm' SlimProto message to the player to initiate playback.  Isolate on SlimProto packets from SlimServer to player1 are by using a WireShark display filter that selects for:  source port 3483 — from SlimServer; TCP payload length > 0 — filter out pure ACKs; destination IP is 192.168.136.129 — to player1 . . .

522.    Which is expressed as:

352

Contains Highly Confidential AEO and Source Code Materials



523.    As discussed above, slimserver1 sends a 'grfb' message in packet 28545 as part of

the power-on sequence for player1 (192.168.136.129). The immediately following packets are:

packet 28547 — 'i2cc'; packet 28549 — 'strm'.

524.    Consequently, packet 28549 represents the 'strm' message sent to player1 to initiate

playback as part of restoring player1 to its sync group.

525.    A network trace illustrates the synchronization confirmation message.  A tcpdump

Contains Highly Confidential AEO and Source Code Materials

session was initiated on the SlimServer host before using the directional buttons on the SoftSqueeze player1 remote to navigate to the "Synchronize" menu and then to select synchronization with player2 and player3.  The session was terminated after the player transitioned from the pre-sync screen.



526.    to the post-sync screen:



Contains Highly Confidential AEO and Source Code Materials

527.    We first identify the IR SlimProto packets, which send IR codes from the player to the SlimServer.  The player sends an IR remote code using the SlimProto IR packet to the SlimServer for processing.  An IR packet is a client-to-server message, which consists of:

> Operation ("IR ") — offset 0, four bytes
> Data Packet Length — offset 4, four bytes
> Time — offset 8, four bytes
> Format — offset 12, one byte
> NoBits — offset 13, one byte
> IRCode — offset 14, four bytes

---

**Client -> Server Communications**

A command to the server consists of three parts:

   1. The 1st 4 bytes specify the operation. The following operations are supported:

- HELO
- IR (note the two spaces after IR)
- RESP
- STAT
- BYE!

   2. The 2nd part (of four bytes) is simply the length of the data packet (in Network order).

   3. The 3rd part is the data itself.

---

**"IR "** (Note the two spaces to make it up to 4 characters.)

   One of these packets is recieved for each IR code recieved by the player.

   **Data Length:** Fixed at 10 bytes.

   **Format:**

| Time | 4 bytes | Time since player startup in ticks (@1Khz) |
|---|---|---|
| Format | 1 byte | Code Format (ignored by the server for now - Code represents type of IR code - NEC, JVC or Sony) |
| NoBits | 1 byte | Length of IR Code (ignored by the server for now - 16 bits for JVC, 32 bits for NEC?) |
| IRCode | 4 bytes | the IR Code itself (upto 32 bits) |

---

http://<SLIMSERVER_ADDR>:9000/html/docs/slimproto.html
HTML/EN/html/docs/slimproto.html

528.    The "arrow_right" IR code is 7689d02f.

arrow_right, IR/Slim_Devices_Remote.ir (v5.3.1), 21

Contains Highly Confidential AEO and Source Code Materials

529.    The IR SlimProto packets are then identified using a WireShark display filter that selects for:

> destination port 3483 — from player to SlimServer
> data that begins with "IR " — the IR type
> data that has 0x7689d02f in the four bytes beginning at offset 14

530.    which is expressed as:

```
tcp.dstport == 3483 && data.data[0:4] == "IR " && data.data[14:4] == 76:89:d0:2f
```

531.    There are six matching packets. The last packet (#277) represents the "arrow_right" IR code that initiates the sync.



532.    After packet 277, SlimServer responds with a series of 'grfd' command packets to the player. Each such packet begins with a two-byte length field and a four-byte command field. The server-to-player commands are identified using a WireShark display filter that selects for:

> source port 3483 — from SlimServer to player
> TCP length > 0 — to filter out pure acknowledgement packets
> command code 'grfd'

Contains Highly Confidential AEO and Source Code Materials



533.    The network trace is also revealing for the power on sequence for a player in a sync group.  For example, we begin with player1, player2, and player3 all in the same sync group, as shown by the preferences file.

```
[vmuser@slimserver conf]$ grep -P 'playername|syncgroupid' slimserver.conf
0f:59:51:64:dc:d7-playername = player2
0f:59:51:64:dc:d7-syncgroupid = 482986368
51:93:a5:ad:53:20-playername = player3
51:93:a5:ad:53:20-syncgroupid = 482986368
bc:39:f3:c4:1e:29-playername = player1
bc:39:f3:c4:1e:29-syncgroupid = 482986368
```

534.    Leave player1 and player3 powered on. Power off player2. Play music in the sync group.  player1 and player3 are actively playing music from the sync group's playlist, as shown in the Web UI.



535.    player2 is unsynced, stopped, and not playing any playlist.

Contains Highly Confidential AEO and Source Code Materials



536.    player2's screen shows a dimmed screensaver with the date and time.



537.    player2 synchronizes to player1 and player3, including starting playback of the same song.



538.    player2's screen updates to eventually show a Now Playing screen, playing the current song in the sync group's playlist.

Contains Highly Confidential AEO and Source Code Materials



539.    And the corresponding network trace follows.  A tcpdump session was initiated on the SlimServer host before pressing the "ON" button for player2 in the Web UI.  The tcpdump session was terminated after player2 finishes powering up, rejoins the sync group, and begins playing.  Analyzing the tcpdump session data using Wireshark shows the power-on network traffic from SlimServer (192.168.136.128) to player2 (192.168.136.130), including idle screen updates ('grfd') every second and a poweron sequence beginning at packet 65 (time 4.948) and ending at packet 130 (time 5.004).  The SlimProto packets from SlimServer to player2 are then identified using a WireShark display filter that selects for:

> source port 3483 — from SlimServer
> TCP payload length > 0 — filter out pure ACKs
> destination IP is 192.168.136.130 — to player2

540.    which is expressed as:

```
tcp.srcport == 3483 && tcp.len > 0 && ip.dst == 192.168.136.130
```

| No. | Time | Source | Destination | Protocol | Info |
|---|---|---|---|---|---|
| | 1 0.000 | 192.168.136.128 | 192.168.136.130 | TCP | 3483 → 33001 [PSH, ACK] Seq=1 Ack=1 Win=1448 Len=568 TSval=56391237 TSecr=54492416 |
| | 13 1.000 | 192.168.136.128 | 192.168.136.130 | TCP | 3483 → 33001 [PSH, ACK] Seq=569 Ack=39 Win=568 Len=568 TSval=56392238 TSecr=54493418 |
| | 25 2.001 | 192.168.136.128 | 192.168.136.130 | TCP | 3483 → 33001 [PSH, ACK] Seq=1137 Ack=77 Win=1448 Len=568 TSval=56393239 TSecr=54494420 |
| | 37 3.001 | 192.168.136.128 | 192.168.136.130 | TCP | 3483 → 33001 [PSH, ACK] Seq=1705 Ack=115 Win=1448 Len=568 TSval=56394240 TSecr=54495422 |
| | 52 4.002 | 192.168.136.128 | 192.168.136.130 | TCP | 3483 → 33001 [PSH, ACK] Seq=2273 Ack=153 Win=1448 Len=568 TSval=56395241 TSecr=54496424 |
| | 65 4.948 | 192.168.136.128 | 192.168.136.130 | TCP | 3483 → 33001 [PSH, ACK] Seq=2841 Ack=191 Win=1448 Len=568 TSval=56396187 TSecr=54497426 |
| | 67 4.949 | 192.168.136.128 | 192.168.136.130 | TCP | 3483 → 33001 [PSH, ACK] Seq=3409 Ack=191 Win=1448 Len=8 TSval=56396188 TSecr=54497475 |
| | 69 4.956 | 192.168.136.128 | 192.168.136.130 | TCP | 3483 → 33001 [PSH, ACK] Seq=3417 Ack=191 Win=1448 Len=66 TSval=56396195 TSecr=54497475 |
| | 71 4.957 | 192.168.136.128 | 192.168.136.130 | TCP | 3483 → 33001 [PSH, ACK] Seq=3483 Ack=191 Win=1448 Len=82 TSval=56396196 TSecr=54497483 |
| | 73 4.957 | 192.168.136.128 | 192.168.136.130 | TCP | 3483 → 33001 [PSH, ACK] Seq=3565 Ack=191 Win=1448 Len=66 TSval=56396196 TSecr=54497483 |
| | 102 4.964 | 192.168.136.128 | 192.168.136.130 | TCP | 3483 → 33001 [PSH, ACK] Seq=3631 Ack=191 Win=1448 Len=66 TSval=56396203 TSecr=54497484 |
| | 130 5.004 | 192.168.136.128 | 192.168.136.130 | TCP | 3483 → 33001 [PSH, ACK] Seq=3697 Ack=191 Win=1448 Len=568 TSval=56396243 TSecr=54497490 |
| | 994 6.003 | 192.168.136.128 | 192.168.136.130 | TCP | 3483 → 33001 [PSH, ACK] Seq=4265 Ack=305 Win=568 Len=568 TSval=56397242 TSecr=54497597 |

541.    Packets 1, 13, 25, 37, and 52 contain 'grfd' SlimProto messages with very similar

Contains Highly Confidential AEO and Source Code Materials

data, consistent with minor time updates in the screensaver screen.  For example, packet 1 (time 0.000) contains the following data:



542.    Packet 52 (time 4.002) contains similar data to packet 1:

Contains Highly Confidential AEO and Source Code Materials



543.    Packet 65 contains a 'grfd' SlimProto message with markedly different contents, which is consistent with the Welcome screen that is shown briefly on power on.

Contains Highly Confidential AEO and Source Code Materials



544.  Packet 67 contains a 'grfb' SlimProto message, which is consistent with the message sent to restore the power-on brightness level.



545.  Packet 69 contains an 'i2cc' SlimProto message, consistent with the message sent

Contains Highly Confidential AEO and Source Code Materials

to restore volume.

```
> Frame 69: 132 bytes on wire (1056 bits), 132 bytes captured (1056 bits)
> Ethernet II, Src: VMware_a3:52:c6 (00:0c:29:a3:52:c6), Dst: VMware_83:57:01 (00:0c:29:83:57:01)
> Internet Protocol Version 4, Src: 192.168.136.128, Dst: 192.168.136.130
> Transmission Control Protocol, Src Port: 3483, Dst Port: 33001, Seq: 3417, Ack: 191, Len: 66
> Data (66 bytes)

0000  00 0c 29 83 57 01 00 0c  29 a3 52 c6 08 00 45 00   ··)·W··· )·R···E·
0010  00 76 d7 d2 40 00 40 06  d0 5b c0 a8 88 80 c0 a8   ·v··@·@· ·[······
0020  88 82 0d 9b 80 e9 31 74  fb 79 2b 20 d2 e3 80 18   ······1t ·y+····
0030  05 a8 92 bc 00 00 01 01  08 0a 03 5c 89 a4 03 3f   ···········\···?
0040  90 c3 00 40 69 32 63 63  73 3e 77 68 77 e0 77 00   ···@i2cc s>whw·w·
0050  77 00 77 01 77 03 77 54  77 00 77 02 77 00 70 00   w·w·w·wT w·w·w·p·
0060  73 3e 77 68 77 e0 77 00  77 00 77 01 77 03 77 57   s>whw·w· w·w·w·wW
0070  77 00 77 02 77 00 70 00  73 3e 77 6c 77 00 77 10   w·w·w·p· s>wlw·w·
0080  77 76 70 00                                        wvp·
```

546.    Packet 71 contains the 'strm' message used to tell player2 to start playing the
current song in the sync group's playlist.

```
> Frame 71: 148 bytes on wire (1184 bits), 148 bytes captured (1184 bits)
> Ethernet II, Src: VMware_a3:52:c6 (00:0c:29:a3:52:c6), Dst: VMware_83:57:01 (00:0c:29:83:57:01)
> Internet Protocol Version 4, Src: 192.168.136.128, Dst: 192.168.136.130
> Transmission Control Protocol, Src Port: 3483, Dst Port: 33001, Seq: 3483, Ack: 191, Len: 82
> Data (82 bytes)

0000  00 0c 29 83 57 01 00 0c  29 a3 52 c6 08 00 45 00   ··)·W··· )·R···E·
0010  00 86 d7 d4 40 00 40 06  d0 49 c0 a8 88 80 c0 a8   ····@·@· ·I······
0020  88 82 0d 9b 80 e9 31 74  fb bb 2b 20 d2 e3 80 18   ······1t ··+····
0030  05 a8 92 cc 00 00 01 01  08 0a 03 5c 89 a4 03 3f   ···········\···?
0040  90 cb 00 50 73 74 72 6d  73 30 6d 3f 3f 3f 3f 00   ···Pstrm s0m????·
0050  00 00 00 00 0d 9c 00 00  00 00 23 28 00 00 00 00   ·········#(·····
0060  47 45 54 20 2f 73 74 72  65 61 6d 2e 6d 70 33 3f   GET /str eam.mp3?
0070  70 6c 61 79 65 72 3d 30  66 3a 35 39 3a 35 31 3a   player=0 f:59:51:
0080  36 34 3a 64 63 3a 64 37  20 48 54 54 50 2f 31 2e   64:dc:d7  HTTP/1.
0090  30 0a 0a 0a                                        0···
```

547.    Packet 73 contains an 'i2cc' SlimProto message, consistent with the message sent
to restore volume.  The 'i2cc' payload is identical to packet 69's.

Contains Highly Confidential AEO and Source Code Materials



548.    Packet 102 contains an 'i2cc' SlimProto message, consistent with the message sent

to restore volume.  The 'i2cc' payload is identical to packet 69's and packet 73's.



549.    Packet 130 contains a 'grfd' SlimProto message, consistent with displaying the

home screen after briefly showing the welcome screen.

Contains Highly Confidential AEO and Source Code Materials



550.    Release information is summarized below for the testing:

| Release | Location | Notes |
|---------|----------|-------|
| 5.3.1 | https://downloads.slimdevices.com/SlimServer_v5.3.1/ | The analyzed RPM and source code archives were originally downloaded from the Internet Archive, but the downloads were later determined to be binary-identical to the archives from downloads.slimdevices.com.<br><br>ZIP metadata shows source code dated 04-Oct-01. |
| 6.2.1 | https://downloads.slimdevices.com/SlimServer_v6.2.1/ | ZIP metadata shows source code dated 05-Nov-14. |

551.    The example and the evidence cited above clearly shows that the network device

Contains Highly Confidential AEO and Source Code Materials

(slimserver1, slimserver2) sends an indication to the Squeezebox or Softsqueeze (e.g., player1) that it has been added to a synchronization group. That synchronization group includes one Squeezebox or Softsqueeze that is in at least one other group (e.g., player1 + player2), and both of the groups (player1 + player2 and player1 + player3) are configured to play back music synchronously when "invoked."

### 1) Obviousness – POSITA

552.    In the alternative, this claim limitation discloses nothing more than overlapping speaker groups, which would have been obvious to a person of skill in the art at the time. Indeed, the Squeezebox already disclosed having groups and dynamic reallocation of those groups, which indicates to a person of skill in the art that overlapping group membership is desirable, consistent with Sonos's arguments in its summary judgment briefing. A person of skill in the art would have been motivated to add overlapping groups because Squeezebox's own marketing materials touted the flexibility of its system to allow users to play back media throughout their household. *Supra*.

553.    A person of skill in the art would have recognized that by allowing a user to create speaker groups, those groups may either (1) allow overlapping group membership or (2) not allow overlapping group membership. Given that allowing overlapping group membership may be attractive to certain users because there was a recognized "need for dynamic control of the audio players as a group," it would have been obvious to select allowing overlapping group membership when implementing speaker groups. '885 Patent at 2:18-19.

### 1) Obviousness – Nourse

554.    A person of skill in the art would also have been motivated to combine the Squeezebox with Nourse, which discloses a plurality of speakers, each of which has "a unique 16-bit address." Nourse, 3:57-58. "Each of the speakers also can be assigned up to four group identifiers." *Id*. at 3:58-59. The group identifier "allows specific speakers to be assigned to a group

Contains Highly Confidential AEO and Source Code Materials

> (vii)    *Limitation 1.6: "(i) receiving, from a network device over a data network, a first indication that the first zone player has been added to a first zone scene comprising a first predefined grouping of zone players including at least the first zone player and a second zone player that are to be configured for synchronous playback of media when the first zone scene is invoked; and"*

650.    In my opinion, the Bose LifeStyle discloses this claim limitation.

651.    Sonos discussed this claim limitation, in part, in its summary judgment briefing. As I discussed *supra* in Section X.A, Sonos argued that adding a speaker to a speaker group via a controller and sending an "indication" that need not include the "zone scene" or the players in that zone scene is sufficient to meet this claim element.

652.    Bose Lifestyle discloses this behavior.  As discussed above and further below, Bose LifeStyle allows for the addition of multiple rooms and zones to the be added to the Lifestyle ecosystem.

Contains Highly Confidential AEO and Source Code Materials

## Setting Up Additional Rooms For Sound

### Setup guidelines for additional rooms

If you have a Lifestyle® 18 series II, 28 series II, 38 or 48 home entertainment system, you can experience stereo sound in up to 14 other rooms using Lifestyle® stereo amplifiers, compatible speaker systems and remote controls for the other rooms.

- Remote controls for other rooms must be set to the same house code as the main room remote, but each remote must be set to a different room code. See "Setting up remote controls for other rooms" on page 23.
- The Lifestyle® amplifier and its remote control must be set to the same room code. See "Setting up the amplifier room code" on page 24.
- When using more than one amplifier to power more than two speakers in a room (Figure 18, room C), all amplifiers must be set to the same room code. Also, one amplifier must be set to the single amp mode and all others must be set to the supplemental amp mode. See "Single and supplemental amplifiers" on page 25.

*Figure 18*
*Sample installation of Lifestyle® stereo amplifiers*



22

BOSE_SUB-0000297

BOSE_SUB-0000297.

Contains Highly Confidential AEO and Source Code Materials

**Setting Up Additional Rooms For Sound**

## Setting up remote controls for other rooms

### To set up the RC-18S or RC-38S remote:

1. Remove the remote control battery cover and locate the microswitches (Figure 19).

2. Make sure that the house code settings (switches 1, 2, 3, and 4) match the house code settings in your main room remote.

3. This remote is shipped from the factory set for room B. If this remote is used beyond a second room, set switches 6, 7, 8, and 9 to the same room code as set in the Lifestyle® stereo amplifier.

♪ *Note: Refer to your Lifestyle® system owner's guide for more information on operating your system in more than one room.*

**Figure 19**
Microswitch settings for RC-18S and RC-38S remotes



RC-18S or RC-38S remote

| | Room | | Room |
|---|---|---|---|
| | B | | I |
| | C | | J |
| | D | | K |
| | E | | L |
| | F | | M |
| | G | | N |
| | H | | O |

**To set up the Personal® music center II:**

Refer to the owner's guide included with the Personal® music center II for instructions on configuring this remote for other rooms.

*23*

BOSE_SUB-0000385

BOSE_SUB-0000385.

Contains Highly Confidential AEO and Source Code Materials



BOSE_SUB-0000386.

653.    Then, as also mentioned before, the Bose Link communication protocol allows for

Contains Highly Confidential AEO and Source Code Materials

an indication that additional rooms, for example, have been added to the media center.  The Bose Link connection is essentially a conversation between the media center and the expansion device. The media center sends on/off, volume and source change commands along with audio to the zones. The zones then respond by sending information back to the media center to let it know that the zone is still active. Importantly, as described below, the media center will not acknowledge commands from any zone that is not targeted or invoked (BOSE_SUB-0000596).

Contains Highly Confidential AEO and Source Code Materials

 

Company Confidential

## What is Bose Link?

Bose link is a communication protocol. To communicate there must be at least two participants that speak the same language. To Bose products, Bose link is that language.

## Rooms

There are 15 different rooms that can be controlled by a Bose link enabled media center. The main room – labeled room A – is reserved for the Lifestyle speaker components. The other rooms – rooms B-O – are reserved for expansion via Bose link.



For a Bose link setup to work the system must include a Bose link enabled media center (a controller), a Bose link expansion product, and an expansion remote control. Both the expansion product and the remote must be configured to operate on the same room.

A Bose link connection is essentially a conversation between the media center and the expansion device. The media center sends on/off, volume and source change commands along with audio to the expansion product. The expansion product responds by sending information back to the media center to let it know that it is still on (or off) and in the same room. This information exchange occurs each time a power or source change command is issued by the expansion remote.



The Media Center sends:

On / Off - Source Change Comm
Volume Control
and Audio L/R
to expansion product

Each time a source change or on/off command is sent, the expansion product sends information back to the media center letting it know that it is still on (or off) and in the same room.

When the media center receives an ON command from an expansion remote the system turns on and checks for any Bose link products that might be connected, but it will only look for Bose link products that are assigned to the same room as the remote.

Understanding Bose® link                                          Page 2 of 8

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    BOSE_SUB-0000595

BOSE_SUB-0000595.

Contains Highly Confidential AEO and Source Code Materials

 

Company Confidential

If the media center receives a command from a remote configured for room B, for example, the media center calls out to other Bose link products which might be assigned to room B. If a connected expansion product is assigned to room B it will respond to the media center and a Bose link connection will be made. The media center will not acknowledge a response from anything not assigned to room B.

 



The media center will not acknowledge more than one response from the same room, either. As with any productive conversation, there can only be one person speaking at a time. If more than one product is assigned to room B the media center won't know which one to listen to. If the media center can't understand the response from the expansion products, or if there is no response at all, the media center will turn itself off and the Bose link connection will not be successful.

Understanding Bose® link                                    Page 3 of 8

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    BOSE_SUB-0000596

BOSE_SUB-0000596.

Contains Highly Confidential AEO and Source Code Materials

> (viii)   *Limitation 1.7: "(ii) receiving, from the network device over the data network, a second indication that the first zone player has been added to a second zone scene comprising a second predefined grouping of zone players including at least the first zone player and a third zone player that are to be configured for synchronous playback of media when the second zone scene is invoked, wherein the second zone player is different than the third zone player;"*

654.    In my opinion, Bose Lifestyle discloses or renders obvious this claim limitation.

655.    I incorporate by reference my discussion of limitation 1.6 herein, which discloses receiving from a network device an indication that the zone player has been added to a zone scene comprising a predefined grouping of zone players that are to be configured for synchronous playback of media when the zone scene is invoked.  Limitation 1.7 adds the limitation that the first zone player is a member of two different "zone scenes."

656.    In addition to the evidence disclosed in Limitation 1.7, the Bose Lifestyle expressly teaches managing two separate streaming sources at one time, such that room A can operate on stream 1, and room B can operate stream 2, for example.

Contains Highly Confidential AEO and Source Code Materials

 

Company Confidential

## Streams

A Bose link enabled media center is also capable of managing two separate sources at the same time. Each source can be sent to one of two different outputs - or 'streams' – within the Bose link connection. 4 of the 9 pins that make up the Bose link connection on the back of the media are responsible for delivering these streams – all of which are analog. Two pins are reserved for stream 1 audio L/R (fixed), and another two pins carry stream 2 audio L/R (fixed) – (there is another pair of pins that carry variable stream 2 audio that will be discussed later). Every Bose link expansion product has 2 inputs to accommodate each stream, and the remote control tells the device which stream to listen to. The expansion products receive fixed audio and then control volume via commands they receive from the media center carried on other pins.

### Here is an example:

If an expansion remote configured for stream 1 sends an ON command to the media center, the media center will activate the pins that carry stream 1 information. The media center will also call out to any Bose link product set to the same room code as the remote. If the media center gets an answer it can understand, it will respond by telling the expansion product to turn on and listen to its stream 1 inputs. If the media center does not get a response from an expansion product set to the same room as the remote it will simply turn itself off.

The main room, or room A, can only operate on stream 1. Although any of the expansion rooms can be configured to operate on either stream 1 or stream 2, expansion rooms are generally assigned to stream 2. Since only one source can be sent to each stream at any given time, keeping Bose link expansion products on stream 2 prevents changes made in expansion rooms from affecting what is being played in the main room, and vice-versa.

Understanding Bose® link                                              Page 4 of 8

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    BOSE_SUB-0000597

BOSE_SUB-0000597.

1)        Obviousness – POSITA

Contains Highly Confidential AEO and Source Code Materials

657.    In the alternative, this claim element discloses nothing more than overlapping speaker groups, which would have been obvious to a person of skill in the art at the time.  Indeed, the Bose LifeStyle already disclosed having groups and dynamic reallocation of those groups, which indicates to a person of skill in the art that overlapping group membership is desirable, consistent with Sonos's arguments in its summary judgment briefing.  A POSITA would have been motivated to add overlapping groups because Bose LifeStyle's own marketing materials touted the flexibility of its system to allow users to play back media throughout their household.  *Supra.*

658.    A person of skill in the art would have recognized that by allowing a user to create speaker groups, those groups may either (1) allow overlapping group membership or (2) not allow overlapping group membership.  Given that allowing overlapping group membership may be attractive to certain users because there was a recognized "need for dynamic control of the audio players as a group," it would have been obvious to select allowing overlapping group membership when implementing speaker groups.  '885 Patent at 1:30-34.

1)      Obviousness – Nourse

659.    A person of skill in the art would also have been motivated to combine the Bose LifeStyle with Nourse, which discloses a plurality of speakers, each of which has "a unique 16-bit address."  Nourse, 3:57-58.  "Each of the speakers also can be assigned up to four group identifiers."  *Id*. at 3:58-59. The group identifier "allows specific speakers to be assigned to a group and receive the same signal." *Id*. at 3:61-63. Thus, any speaker "can be assigned to more than one group." *Id*. at 4:5.  Nourse is analogous to the '885 patent because it is in the same field of endeavor, "controlling or manipulating a plurality of multimedia players in a multi-zone system." '885 Patent, 1:30-34. For example, Nourse, like the '885 patent, explains that it is directed to "a centralized speaker system that allows multiple speakers connected to a central amplifier speaker line to be monitored and controlled from a central location via a mater/slave protocol." Nourse at

Contains Highly Confidential AEO and Source Code Materials

experience the time-synchronized delivery of media content.  *See, e.g.*, '694 patent at Abstract, 10:21-29.  Both patents also reference similar hardware such as playback devices and processors as well.  *See, e.g.*, '885 patent at 5:21-39, 6:28-48, and '694 patent at 4:31-65, Fig. 1.

## XVI.    RESERVATION OF RIGHTS

755.    In the event I am called upon to testify as an expert witness in this case, I may also discuss my own work, teaching, and publications in the field, and knowledge of the state of the art in the relevant time period.  I may rely on handbooks, textbooks, technical literature, my own personal experience in the field, and other relevant materials or information to demonstrate the state of the art in the relevant period and the evolution of relevant technologies.  I also reserve the right to rely on demonstrative exhibits to help explain the opinions set forth in this report.

756.    I reserve the right to modify or supplement my opinions, as well as the basis for my opinions, in light of new positions set forth by Sonos, to the extent Sonos is permitted to advance those positions.  This includes positions concerning the scope and interpretation of the asserted claim, infringement allegations, conception, diligence, and reduction to practice, and secondary considerations.  It is also my understanding that Sonos may submit an expert report corresponding to this Report.  I reserve the right to rebut any positions taken in that report.

I, Dan Schonfeld, declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED:  June 22, 2022

_____

Dan Schonfeld, Ph.D