UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SONOS, INC.,

      Plaintiff,

  v.

GOOGLE LLC,

      Defendant.

No. C 20-06754 WHA
No. C 21-07559 WHA

(Consolidated)

**FINAL JUDGMENT**

Based on the unanimous verdict, judgment **IN FAVOR** of Sonos, Inc. and **AGAINST** Google LLC is entered in the amount of $32,507,183.40.

**IT IS SO ORDERED.**

Dated: May 26, 2023.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE