QUINN EMANUEL URQUHART & SULLIVAN, LLP
Sean Pak (Bar No. 219032)
seanpak@quinnemanuel.com
Melissa Baily (Bar No. 237649)
melissabaily@quinnemanuel.com
James Judah (Bar No. 257112)
jamesjudah@quinnemanuel.com
Lindsay Cooper (Bar No. 287125)
lindsaycooper@quinnemanuel.com
Iman Lordgooei (Bar No. 251320)
imanlordgooei@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:     (415) 875-6600
Facsimile:     (415) 875-6700

Marc Kaplan (*pro hac vice*)
marckaplan@quinnemanuel.com
191 N. Wacker Drive, Ste 2700
Chicago, Illinois 60606
Telephone:     (312) 705-7400
Facsimile:     (312) 705-7401

*Attorneys for GOOGLE LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GOOGLE LLC,<br><br>    Plaintiff and Counter-Defendant,<br><br>    vs.<br><br>SONOS, INC.,<br><br>    Defendant and Counter-Plaintiff. | CASE NO. 3:20-cv-06754-WHA<br>Related to CASE NO. 3:21-cv-07559<br><br>**DECLARATION OF BRITTANY RUYAK IN SUPPORT OF GOOGLE LLC'S MOTION FOR LEAVE TO FILE RESPONSE TO SONOS'S REPLY TO THE COURT'S REQUEST FOR FURTHER BRIEFING** |

I, Brittany Ruyak, declare and state as follows:

1. I am an attorney licensed to practice in the State of Texas and am admitted *pro hac vice* in this matter. I am an associate at Quinn Emanuel Urquhart & Sullivan LLC representing Google LLC ("Google") in this matter. I make this declaration in support of Google's Motion for Leave to File its Response to Sonos's Reply to the Court's Request for Further Briefing. If called as a witness, I could and would testify competently to the information contained herein.

2. This Court requested additional briefing "proposal or comments on how the Court should go about addressing" the issue relating to written description support and effective priority date for overlapping zone scenes claimed in the '885 and '966 Patents.

3. On May 30, 2023, the Parties filed their respective responsive briefs. Dkts. 785 and 786.

4. On May 31, 2023, the Parties filed their respective reply briefs. Dkts. 788 and 789.

5. In its reply (Dkt. 789), Sonos argued –for the first time— that "the figure on page 5 of Appendix A of the provisional application discloses a 'Party Mode' zone scene and a 'Morning Wakeup' zone scene that have overlapping members.

6. On the evening of May 31, 2023, pursuant to Local Rule 7-11(a), counsel for Google requested that Sonos indicate whether it would stipulate or oppose Google's administrative motion for leave to file its response this new argument by Sonos. Counsel for Google also requested a meet and confer. Counsel for Sonos did not respond and a stipulation was not reached.

I declare under penalty of perjury that to the best of my knowledge the foregoing is true and correct. Executed on May 31, 2023, in Austin, Texas.

DATED: May 31, 2023

By: /s/ Brittany Ruyak
Brittany Ruyak

**ATTESTATION**

I, Sean Pak, am the ECF user whose ID and password are being used to file the above Declaration. In compliance with Civil L.R. 5-1(h)(3), I hereby attest that Brittany Ruyak has concurred in the aforementioned filing.

/s/ Sean Pak
Sean Pak