UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GOOGLE LLC,<br><br>    Plaintiff and Counter-Defendant,<br><br>    vs.<br><br>SONOS, INC.,<br><br>    Defendant and Counter-Plaintiff. | CASE NO. 3:20-cv-06754-WHA<br>Related to CASE NO. 3:21-cv-07559<br><br>**[PROPOSED] ORDER GRANTING GOOGLE LLC'S MOTION FOR LEAVE TO FILE RESPONSE TO SONOS'S REPLY TO THE COURT'S REQUEST FOR FURTHER BRIEFING** |

1  Before the Court is Google LLC's Motion for Leave to File its Response to Sonos's Reply to
2  the Court's Request for Further Briefing (Dkt. 789) ("Motion").  Having reviewed the Motion, and
3  good cause appearing therefor, this Court concludes that the Motion should be, and is hereby,
4  **GRANTED**.
5  **IT IS SO ORDERED.**

8  DATED:

   The Honorable William Alsup
   United States District Court Judge