CLEMENT SETH ROBERTS (SBN 209203)
croberts@orrick.com
BAS DE BLANK (SBN 191487)
basdeblank@orrick.com
ALYSSA CARIDIS (SBN 260103)
acaridis@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:    +1 415 773 5700
Facsimile:    +1 415 773 5759

SEAN M. SULLIVAN (*pro hac vice*)
sullivan@ls3ip.com
MICHAEL P. BOYEA (*pro hac vice*)
boyea@ls3ip.com
COLE B. RICHTER (*pro hac vice*)
richter@ls3ip.com
LEE SULLIVAN SHEA & SMITH LLP
656 W Randolph St., Floor 5W
Chicago, IL 60661
Telephone:    +1 312 754 0002
Facsimile:    +1 312 754 0003

*Attorneys for Sonos, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA,

SAN FRANCISCO DIVISION

| | |
|---|---|
| SONOS, INC., | Case No. 3:20-cv-06754-WHA |
| Plaintiff and Counter-defendant, | Consolidated with Case No. 3:21-cv-07559-WHA |
| v. | **SONOS, INC.'S NOTICE OF LODGING OF ITS TRIAL DEMONSTRATIVES** |
| GOOGLE LLC, | |
| Defendant and Counter-claimant. | Judge: Hon. William Alsup<br>Courtroom: 12, 19th Floor<br>Trial Date: May 8, 2023 |

PLEASE TAKE NOTICE that Sonos, Inc. hereby lodges the demonstrative exhibits that it, and its expert witnesses, prepared and presented during the trial in this matter held by the Honorable William Alsup:

Attachment 1 – PDX01:  Sonos's Opening Demonstratives as presented on May 8, 2023.

Attachment 2 – PDX02:  Dr. Kevin Almeroth's Opening Demonstratives as presented on May 10, 2023 and May 11, 2023.

Attachment 3 – PDX03:  Non-confidential excerpts of James Malackowski's Demonstratives as presented on May 12, 2023 and May 16, 2023.

Attachment 4 – PDX05:  Robert Lambourne's Demonstratives as presented on May 9, 2023 and May 10, 2023.

Attachment 5 – PDX06:  Nicholas Millington's Demonstratives as presented on May 8, 2023.

Attachment 6 – PDX08:  Dr. Kevin Almeroth's Rebuttal Demonstratives as presented on May 18, 2023.

Attachment 7 – PDX10:  Sonos's Closing Demonstratives as presented on May 19, 2023

Attachment 8 – PDX11:  Sonos's Demonstratives used during the cross-examination of Kenneth MacKay on May 16, 2023.

Attachment 9 – PDX14:  Sonos's Demonstratives used during the cross-examination of Christopher Chan on May 17, 2023.

Attachment 10 – PDX15:  Sonos's Demonstratives used during the cross-examination of W. Christopher Bakewell on May 17, 2023.

Dated: June 1, 2023

ORRICK HERRINGTON & SUTCLIFFE LLP
*and*
LEE SULLIVAN SHEA & SMITH LLP

By: */s/ Clement Seth Roberts*
Clement Seth Roberts

*Attorneys for Sonos, Inc.*