# ATTACHMENT 1

May 8, 2023

# Who is Sonos?

- American developer and manufacturer of networked multi-room audio products

- Founded in 2002

- Based in Santa Barbara, California

- Partner with 100+ companies including **Apple Music**, **Spotify**, **Pandora**, **Amazon Music**, **iHeartRadio**, **SiriusXM**, **and Tidal**



PDX1.2

# Nick Millington



## Nick Millington
Chief Innovation Officer

SONOS

# Conventional Home Audio Systems





at 48

# Sonos Vision







at 48

# Sonos Releases First Products in 2005



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**TX6991**
3:20-cv-06754-WHA
at 1

# The Sonos System




UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
TX6991
3:20-cv-06754-WHA
at 6

PDX1.7

# Sonos's Early Recognition And Awards











*#1 Product*
*2005*








February 3, 2005
Sonos ZonePlayer ZP100



*2004*









PDX1.8

# Praise For Sonos





"If you're not familiar with **Sonos**, this company **revolutionized the home audio world** a decade ago… If you wanted the same song in every room, no problem, the tracks would be perfectly in sync … At the time, this was **mind blowing.**"

awesome.

Not that we didn't see this coming: Sonos first introduced a Play:5 at $399, then a Play:3 at $299, so a Play:1 at $199 was inevitable. (There's also a $699 PlayBar designed to sit under your TV.) That $199 price tag seems to be a magic number, too: The Play:1 is the cheapest way to get started on a Sonos system, not to mention adding additional rooms to a system that you may already have.

The Play:1 is a single speaker, meaning that the music comes out in mono. However, Sonos' system lets you add a second speaker in the same room, and pair them for stereo sound. And while, like all Sonos gear, you control it mainly through a phone or tablet, this has a new play/pause button, that gives you basic control in places like a kitchen or bathroom, where you may not want to be fumbling with an iPhone.



at 3

PDX1.9

# Current Sonos Products

## Speakers



Roam SL    Roam    One SL    One    Move

Era 100    Era 300    Five

## Home Theater



Arc

Beam

Ray

Sub    Sub Mini

## Components



Port    Amp



PDX1.10



TX7200
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
3:20-cv-06754-WHA
at 51

PDX1.11

# Key Points

## Sonos "Zone Scene" Patents

Google Infringes

No Non-Infringing Alternatives

Sonos Patents Valid

Damages Owed To Sonos

PDX1.12

# Rob Lambourne



**Rob Lambourne**

Director of UX

SONOS

# Sonos's "Zone Scene" Patents



**Rob Lambourne**

Inventor

SONOS



PDX1.14

# Sonos's "Zone Scene" Patents





'885 Patent at Fig. 6



PDX1.15

# Sonos's "Zone Scene" Grouping





PDX2.16

# Sonos's "Zone Scene" Grouping



PDX1.17

# Sonos's "Zone Scene" Grouping



SONOS

PDX1.18

# Sonos's "Zone Scene" Patents





'885 Patent at Fig. 6



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
TX0001
3:20-cv-06754-WHA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
TX0003
3:20-cv-06754-WHA

PDX1.19

# Sonos's "Zone Scene" Grouping





PDX2.20

# Sonos's "Zone Scene" Grouping



PDX1.21

# Sonos's "Zone Scene" Patents





'885 Patent at Fig. 6



PDX1.22

# Key Points

Sonos "Zone Scene" Patents

**Google Infringes**

No Non-Infringing Alternatives

Sonos Patents Valid

Damages Owed To Sonos

PDX1.23

# Infringement – Conclusion

| Asserted Claims | Accused Google Products | Version | Google Infringe? |
|---|---|---|---|



| | | |
|---|---|---|
| **'885 Patent** Claim 1 | Nest Audio, Nest Mini, Nest Hub, Nest Hub Max, Nest Wifi Point, Chromecast, Chromecast Ultra, Chromecast with Google TV, Home, Home Mini, Home Max — Google | **Prior Versions** (Nov. 2020 – Present) ✔ |

PDX2.24

# Infringement of '885 Patent, Claim 1

**[1.0]** A first zone player comprising: 

**[1.1]** a network interface that is configured to communicatively couple the first zone player to at least one data network;

**[1.2]** one or more processors;

**[1.3]** a non-transitory computer-readable medium; and

**[1.4]** program instructions stored on the non-transitory computer-readable medium that, when executed by the one or more processors, cause the first zone player to perform functions comprising: 

**[1.5]** while operating in a standalone mode in which the first zone player is configured to play back media individually in a networked media playback system comprising the first zone player and at least two other zone players:

**[1.6]** (i) receiving, from a network device over a data network, a first indication that the first zone player has been added to a first zone scene comprising a first predefined grouping of zone players including at least the first zone player and a second zone player that are to be configured for synchronous playback of media when the   first zone scene is invoked; and 

**[1.7]** (ii) receiving, from the network device over the data network, a second indication that the first zone player has been added to a second zone scene comprising a second predefined grouping of zone players including at least the first zone player and a third zone player that are to be configured for synchronous playback of media when the second zone scene is invoked, wherein the second zone player is different than the third zone player; 

**[1.8]** after receiving the first and second indications, continuing to operate in the standalone mode until a given one of the first and second zone scenes has been selected for invocation; 

**[1.9]** after the given one of the first and second zone scenes has been selected for invocation, receiving, from the network device over the data network, an instruction to operate in accordance with a given one of the first and second zone scenes respectively comprising a given one of the first and second predefined groupings of zone players; and 

**[1.10]** based on the instruction, transitioning from operating in the standalone mode to operating in accordance with the given one of the first and second predefined groupings of zone players such that the first zone player is configured to coordinate with at least one other zone player in the given one of the first and second predefined groupings of zone players over a data network in order to output media in synchrony with output of media by the at least one other zone player in the given one of the first and second predefined groupings of zone players. 


UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**TX0003**
3:20-cv-06754-WHA

PDX1.25

# Google's Excuses



# Dr. Almeroth



**Dr. Almeroth**

Technical Expert



## Education

**Georgia Institute of Technology**

- Ph.D. Computer Science        *1997*

- M.S. Computer Science        *1994*

- B.S. Computer Science        *1992*

## Academic Appointments

- **Professor Emeritus, Dept. of Computer Science** UC Santa Barbara (2020-Present)

- **Professor, Dept. of Computer Science** UC Santa Barbara (1997-2020)

- **Vice Chair, Dept. of Computer Science** UC Santa Barbara (2001-2005)

- **Associate Dean, College of Engineering** UC Santa Barbara (2007-2009)

## Research Experience

- **25+** years of experience as a computer networking researcher

- Approximately **200** peer-reviewed publications

- **19** released software systems

PDX1.27

# Infringement – Conclusion

| Asserted Claims | Accused Google Products | Version |  Infringe? |
|---|---|---|---|
| **'885 Patent** <br> Claim 1 |  | **Prior Versions** <br> (Nov. 2020 – Present) <br><br> **New Version** <br> (Dec. 2022 – Present) |  |
| **'966 Patent** <br> Claims <br> 1, 2, 4, 6, 8 |   | **Prior Versions** <br> (Nov. 2019 – Present) <br><br> **New Version** <br> (Dec. 2022 – Present) |  |

# Infringement of '966 Patent, Claim 1

**[1.0]** A computing device comprising: 

**[1.1]** one or more processors;

**[1.2]** a non-transitory computer-readable medium; and;

**[1.3]** program instructions stored on the non-transitory computer-readable medium that, when executed by the one or more processors, cause the computing device to perform functions comprising: 

**[1.4]** while serving as a controller for a networked media playback system comprising a first zone player and at least two other zone players, wherein the first zone player is operating in a standalone mode in which the first zone player is configured to play back media individually;

**[1.5]** receiving a first request to create a first zone scene comprising a first predefined grouping of zone players including at least the first zone player and a second zone player that are to be configured for synchronous playback of media when the first zone scene is invoked; 

**[1.6]** based on the first request, i) causing creation of the first zone scene, ii) causing an indication of the first zone scene to be transmitted to the first zone player, and iii) causing storage of the first zone scene; 

**[1.7]** receiving a second request to create a second zone scene comprising a second predefined grouping of zone players including at least the first zone player and a third zone player that are to be configured for synchronous playback of media when the second zone scene is invoked, wherein the third zone player is different than the second zone player; 

**[1.8]** based on the second request, i) causing creation of the second zone scene, ii) causing an indication of the second zone scene to be transmitted to the first zone player, and iii) causing storage of the second zone scene; 

**[1.9]** displaying a representation of the first zone scene and a representation of the second zone scene; and 

**[1.10]** while displaying the representation of the first zone scene and the representation of the second zone scene, receiving a third request to invoke the first zone scene; and 

**[1.11]** based on the third request, causing the first zone player to transition from operating in the standalone mode to operating in accordance with the first predefined grouping of zone players such that the first zone player is configured to coordinate with at least the second zone player to output media in synchrony with output of media by at least the second zone player. 



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

TX0001

3:20-cv-06754-WHA

PDX1.29

# Key Points

Sonos "Zone Scene" Patents

Google Infringes

## No Non-Infringing Alternatives

Sonos Patents Valid

Damages Owed To Sonos

PDX1.30

# No Acceptable Non-Infringing Alternatives

| '885 Patent Claim 1 | Acceptable Non-Infringing Alternatives? |  |
|---|---|---|

| '966 Patent Claims 1, 2, 4, 6, 8 | Acceptable Non-Infringing Alternatives? |  |
|---|---|---|





PDX2.31

# Key Points

Sonos "Zone Scene" Patents

Google Infringes

No Non-Infringing Alternatives

## Sonos Patents Valid

Damages Owed To Sonos

PDX1.32

# Presumption Of Validity And High Burden Of Proof

- A patent is **presumed valid**

- Google must prove invalidity by ***clear and convincing*** evidence



PDX1.33

# USPTO Already Considered Sonos's 2005 System



| 22 | Sonos Digital Music System User Guide, Version: 050801, August 2005, **114** pages. |

| Examiner Signature | /PAUL C MCCORD/ | 07/01/2019 | Date Considered |

TX0006 at SONOS-SVG2-00015096, 99



PDX1.34

# USPTO Already Considered Squeezebox



TrackOne Request

PTO/AIA/424 (04-14)

**APPLICATION AND REQUEST FOR PRIORITIZED EXAMINATION UNDER 37 CFR 1.102(e) (Page 1 of 1)**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**TRIAL EXHIBIT 0006**

CASE NO. 3:20-cv-06754-WHA
DATE ENTERED _____
BY _____
DEPUTY CLERK

Robert A. Lambourne

Zone Scene Management

| 24 | Squeezebox Network Music Player. Owner's Manual, Slim Devices, 2003, 22 pages. |
|----|--------------------------------------------------------------------------------|

| 14 | NewsRoom. Slim Devices Introduces Slimserver, 18 November 2003, 2 pages. |
|----|--------------------------------------------------------------------------|

| **Examiner Signature** | /PAUL C MCCORD/    08/06/2020 | **Date Considered** |
|------------------------|------------------------------|---------------------|

TX0006, Page 1 of 6710

SONOS-SVG2-00011280

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**TX0006**

3:20-cv-06754-WHA

TX0006 at SONOS-SVG2-00017867, 68

TX0006 at SONOS-SVG2-00017881, 84

PDX1.35

# USPTO Already Considered Bose



9    Bose. The Bose Lifestyle 50 System. Owner's Guide, October 17, 2001, 55 pages.

Examiner Signature    /PAUL C MCCORD/    08/06/2020    Date Considered

TX0006 at SONOS-SVG2-00017909, 13

TX0006

3:20-cv-06754-WHA

PDX1.36

# The Patent Office Considered Prior Art



| 22 | Sonos Digital Music System User Guide, Version: 050801, August 2005, 114 pages. | | |
|---|---|---|---|
| 24 | Squeezebox Network Music Player. Owner's Manual, Slim Devices, 2003, 22 pages. | | |
| 14 | NewsRoom. Slim Devices Introduces Slimserver, 18 November 2003, 2 pages. | | |
| 9 | Bose. The Bose Lifestyle 50 System. Owner's Guide, October 17, 2001, 55 pages. | | |
| 20 | 7197148 | 2007-03-27 | NOURSE; James D. et al. |
| 194 | 8239559 | 2012-08-07 | RAJAPAKSE; Ravi |
| 192 | 8234395 | 2012-07-31 | MILLINGTON; Nicholas A J. et al. |
| 155 | 20040223622 | 2004-11-11 | LINDEMANN; Eric Lee et al. |
| 44 | Yamaha DME Designer 3.5 User Manual; Copyright 2004, 507 pages. | | |
| 3 | Crestron Adagio AMS Media System Operations Guide, 2008, 114 pages. | | |
| 4 | Crestron. Adagio. Home Entertainment is Just the Beginning...2007, 10 pages. | | |
| 5 | Crestron. AVS Forum. 1 December 2007, 9 pages. | | |
| 6 | Crestron, Industry Awards, Crestron's Spirit of Innovation has Resulted in the Most Award-Winning Products in the Industry, 2006, 6 pages. | | |
| 7 | Crestron, Industry Awards, Crestron's Spirit of Innovation has Resulted in the Most Award-Winning Products in the Industry, 2007, 5 pages. | | |



TX0006 at SONOS-SVG2-00015096, 99, 67, 68, 81, 84, 909, 913, 297, 330, 312, 201, 00017849

PDX1.37

# Key Points

Sonos "Zone Scene" Patents

Google Infringes

No Non-Infringing Alternatives

Sonos Patents Valid

**Damages Owed To Sonos**

PDX1.38

# James Malackowski



**James Malackowski**

Economist



- Senior Managing Director of **Ocean Tomo, LLC**, a part of J.S. Held

- **Inventor** on 20 issued patents

- Summa Cum Laude graduate of the **University of Notre Dame** majoring in accountancy and philosophy

- **Certified Public Accountant**

- **Certified Licensing Professional**

- **Adjunct Instructor** for graduate studies on IP management

- Served as an **expert** on questions relating to intellectual property economics on over 100 occasions

PDX1.42

# Hypothetical negotiation



The royalty that a licensor (such as Sonos) and
a licensee (such as Google)
would have agreed upon if both had been
**reasonably and voluntarily trying
to reach an agreement**

PDX1.43

# Reasonable Royalty Damages

Hypothetical negotiation would have resulted in a *per-unit* reasonable royalty rate of

**'966 Patent**

$0.82

**'885 Patent**

$0.87

November 5, 2019 – September 30, 2022

November 24, 2020 – November 15, 2022

Reply Expert Report of James E. Malackowski, January 23, 2023, Appendix 3.1-R

PDX3.44

# Reasonable Royalty Damages – '966 Patent

| Period | Royalty Rate | Infringing Installs | Reasonable Royalty |
|---|---|---|---|
| 11/05/2019 – 12/31/2019 | $0.82 | 7,116,206 | $5,829,646 |
| 01/01/2020 – 12/31/2020 | $0.82 | 30,414,646 | $24,915,890 |
| 01/01/2021 – 12/31/2021 | $0.82 | 30,785,932 | $25,293,778 |
| 01/01/2022 – 11/15/2022 | $0.82 | 26,254,183 | $21,507,609 |
| | **$0.82** | **94,660,967** | **$77,546,923** |

PDX1.45

# Reasonable Royalty Damages – '885 Patent

| Period | Royalty Rate | Infringing Units | Reasonable Royalty |
|---|---|---|---|
| 11/24/2020 – 12/31/2020 | $0.87 | 2,011,080 | $1,742,539 |
| 01/01/2021 – 12/31/2021 | $0.87 | 8,749,080 | $7,580,810 |
| 01/01/2022 – 09/30/2022 | $0.87 | 3,373,398 | $2,922,946 |
| | **$0.87** | **14,133,558** | **$12,246,294** |

PDX1.46

# Reasonable Royalty Damages

Hypothetical negotiation would have resulted in a ***reasonable royalty payment*** of

| '966 Patent | '885 Patent |
|:---:|:---:|
| $77,546,923 | $12,246,294 |

November 5, 2019 – September 30, 2022

November 24, 2020 – November 15, 2022

Reply Expert Report of James E. Malackowski, January 23, 2023, Appendix 3.1-R

PDX3.47