# ATTACHMENT 2

Case No. 3:20-cv-06754-WHA
Related to Case No. 3:21-cv-07559-WHA

# Sonos v. Google

Dr. Kevin Almeroth

# What I Was Asked To Analyze

- Infringement

- Damages-Related Technical Issues

- Validity

# Qualifications

## Education



**Georgia Institute of Technology**

Ph.D. Computer Science    *1997*

M.S. Computer Science    *1994*

B.S. Computer Science    *1992*

## Academic Appointments



**Professor Emeritus, Dept. of Computer Science**
UC Santa Barbara (2020-Present)

**Professor, Dept. of Computer Science**
UC Santa Barbara (1997-2020)

**Vice Chair, Dept. of Computer Science**
UC Santa Barbara (2001-2005)

**Associate Dean, College of Engineering**
UC Santa Barbara (2007-2009)

## Research Experience



**25+ years** of experience as a computer networking researcher



**Approximately 200** peer-reviewed publications



**19** released software systems

PDX2.3

# Qualifications

## Relevant Experience

 **Research themes include:**

- Streaming media in the Internet
- Delivery of multimedia content between computing devices
- Wireless networking

 **Active in Internet Engineering Task Force (IETF) for 20+ years:**

- Developed standards to support multimedia data delivery
- Developed standards to support network monitoring & management

## Industry Collaborations

  
   
   
 

## Awards & Honors



- Numerous teaching awards
- Numerous honors and awards for original research

 • Recognized as IEEE Fellow

PDX2.4

# Overview of '885 and '966 Patents

# Sonos's "Zone Scene" Patents

## SONOS '885

(12) **United States Patent**
Lambourne

(10) Patent No.: **US 10,848,885 B2**
(45) Date of Patent: ***Nov. 24, 2020**

(54) ZONE SCENE MANAGEMENT

(71) Applicant: **SONOS, INC.**, Santa Barbara, CA (US)

(72) Inventor: **Robert A. Lambourne**, Santa Barbara, CA (US)

(73) Assignee: **Sonos, Inc.**, Santa Barbara, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.
This patent is subject to a terminal disclaimer.

(21) Appl. No.: **16/383,561**

(22) Filed: **Apr. 12, 2019**

(65) **Prior Publication Data**
US 2019/0239008 A1   Aug. 1, 2019

**Related U.S. Application Data**

(63) Continuation of application No. 15/130,919, filed on Apr. 15, 2016, which is a continuation of application (Continued)

(51) Int. Cl.
*G06F 17/00* (2019.01)
*H04R 27/00* (2006.01)
(Continued)

(52) U.S. Cl.
CPC ............ *H04R 27/00* (2013.01); *G05B 15/02* (2013.01); *G06F 3/0482* (2013.01); (Continued)

(58) **Field of Classification Search**
CPC .... H04R 27/00; H04R 3/12; H04R 2227/005; H04R 2430/01; G05B 15/02; (Continued)

(56) **References Cited**
U.S. PATENT DOCUMENTS
3,956,591 A    5/1976  Gates, Jr.
4,105,974 A    8/1978  Rogers
(Continued)

FOREIGN PATENT DOCUMENTS
CA    2320451 A1    3/2001
CN    1598767 A     3/2005
(Continued)

OTHER PUBLICATIONS
Yamaha DME Designer 3.5 user manual (Year: 2004).*
(Continued)

*Primary Examiner* — Paul C McCord

(57)   **ABSTRACT**
An example playback device in a first zone of a media playback system receives a first indication that the first zone has been added to a first zone scene including a first preconfigured grouping of zones including the first zone and a second zone. The playback device receives a second indication that the first zone has been added to a second zone scene including a second preconfigured grouping of zones including the first zone and a third zone. After a given one of the first and second zone scenes has been selected for invocation, the playback device receives an instruction to operate in accordance with the given zone scene, and based on the instruction, begins operating in accordance with the given zone scene such that the playback device is configured to play back audio in synchrony with one or more other playback devices in the media playback system.

**20 Claims, 11 Drawing Sheets**



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**TX0003**
3:20-cv-06754-WHA

## SONOS '966

(12) **United States Patent**
Lambourne

(10) Patent No.: **US 10,469,966 B2**
(45) Date of Patent: **Nov. 5, 2019**

(54) ZONE SCENE MANAGEMENT

(71) Applicant: **SONOS, INC.**, Santa Barbara, CA (US)

(72) Inventor: **Robert A. Lambourne**, Santa Barbara, CA (US)

(73) Assignee: **Sonos, Inc.**, Santa Barbara, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **16/383,565**

(22) Filed: **Apr. 12, 2019**

(65) **Prior Publication Data**
US 2019/0239009 A1   Aug. 1, 2019

**Related U.S. Application Data**

(63) Continuation of application No. 15/130,919, filed on Apr. 15, 2016, which is a continuation of application (Continued)

(51) Int. Cl.
*G06F 17/00* (2019.01)
*H04R 27/00* (2006.01)
(Continued)

(52) U.S. Cl.
CPC ............ *H04R 27/00* (2013.01); *G05B 15/02* (2013.01); *G06F 3/0482* (2013.01); (Continued)

(58) **Field of Classification Search**
CPC .... H04R 27/00; H04R 3/12; H04R 2227/005; H04R 2430/01; G05B 15/02; (Continued)

(56) **References Cited**
U.S. PATENT DOCUMENTS
3,956,591 A    5/1976  Gates, Jr.
4,105,974 A    8/1978  Rogers
(Continued)

FOREIGN PATENT DOCUMENTS
CA    2320451 A1    3/2001
CN    1598767 A     3/2005
(Continued)

OTHER PUBLICATIONS
Yamaha DME Designer 3.5 user manual (Year: 2004).*
(Continued)

*Primary Examiner* — Paul C McCord

(57)   **ABSTRACT**
An example computing device in a media playback system receives a first request to create a first zone scene including a first preconfigured grouping of zones including a first zone and a second zone, and based on the first request, causes creation and storage of the first zone scene. The computing device receives a second request to create a second zone scene including a second preconfigured grouping of zones including the first zone and a third zone, and based on the second request, causes creation and storage of the second zone scene. While displaying a representation of the first zone scene and a representation of the second zone scene, the computing devices receives a third request to invoke the first zone scene, and based on the third request, causes the first zone scene to be invoked such that the first zone and the second zone become configured for synchronous playback of media.

**20 Claims, 13 Drawing Sheets**



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**TX0001**
3:20-cv-06754-WHA

PDX2.6

# Agreed Claim Constructions

| Claim Term | Sonos Patents | Court's Construction |
|---|---|---|
| "zone scene" | '885 Patent '966 Patent | "a previously-saved grouping of zone players according to a common theme" |
| "indication that the first zone player has been added to a … zone scene" | '885 Patent | "indication from the network device that the zone player has been added by the user to a zone scene" |

PDX2.7

# 'Zone Scene' Patents





TX0003
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
3:20-cv-06754-WHA

TX0001
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
3:20-cv-06754-WHA





US 10,848,885 B2

**11**

ported from a member (e.g., a controller) to other members in the scene so that the players are caused to synchronize an operation configured in the scene. The operation may cause all players to play back a song in identical or different volumes or to play back a pre-stored file.

One of the features, benefits and advantages in the present invention is to allow sets of related devices (controllers and operating components) to exist as a group without interfering with other components that are potentially visible on the same wired or wireless network. Each of the sets is configured to a theme or a scene.

FIG. 7 shows an example user interface for invoking a scene. The user interface of FIG. 7 shows a Zone Menu that includes selectable indications of zone scenes.

FIG. 8 shows another example user interface for invoking a zone scene. FIG. 8 shows a Zone Menu that includes a softkey indicating a Scenes menu. Pressing the Scenes softkey will show the Scenes menu where all the available zone scenes are shown as selectable indications.

The present invention has been described in sufficient detail with a certain degree of particularity. It is understood to those skilled in the art that the present disclosure of embodiments has been made by way of examples only and that numerous changes in the arrangement and combination of parts may be resorted without departing from the spirit and scope of the invention as claimed. While the embodiments discussed herein may appear to include some limitations as to the presentation of the information units, in terms of the format and arrangement, the invention has applicability well beyond such embodiment, which can be appreciated by those skilled in the art. Accordingly, the scope of the present invention is defined by the appended claims rather than the forgoing description of embodiments.

We claim:

1. A first zone player comprising:

a network interface that is configured to communicatively couple the first zone player to at least one data network, one or more processors;

a non-transitory computer-readable medium; and

program instructions stored on the non-transitory computer-readable medium that, when executed by the one or more processors, cause the first zone player to perform functions comprising:

while operating in a standalone mode in which the first zone player is configured to play back media individually in a networked media playback system comprising the first zone player and at least two other zone players:

(i) receiving, from a network device over a data network, a first indication that the first zone player has been added to a first zone scene comprising a first predefined grouping of zone players including at least the first zone player and a second zone player that are to be configured for synchronous playback of media when the first zone scene is invoked; and

(ii) receiving, from the network device over the data network, a second indication that the first zone player has been added to a second zone scene comprising a second predefined grouping of zone players including at least the first zone player and a third zone player that are to be configured for synchronous playback of media when the second zone scene is invoked, wherein the second zone player is different than the third zone player;

**12**

after receiving the first and second indications, continuing to operate in the standalone mode until a given one of the first and second zone scenes has been selected for invocation;

after the given one of the first and second zone scenes has been selected for invocation, receiving, from the network device over the data network, an instruction to operate in accordance with a given one of the first and second zone scenes respectively comprising a given one of the first and second predefined groupings of zone players; and

based on the instruction, transitioning from operating in the standalone mode to operating in accordance with the given one of the first and second predefined groupings of zone players such that the first zone player is configured to coordinate with at least one other zone player in the given one of the first and second predefined groupings of zone players over a data network in order to output media in synchrony with output of media by the at least one other zone player in the given one of the first and second predefined groupings of zone players.

2. The first zone player of claim 1, wherein the instruction to operate in accordance with the given one of the first and second zone scenes comprises an instruction to operate in accordance with the first zone scene, and

wherein transitioning from operating in the standalone mode to operating in accordance with the given one of the first and second predefined groupings of zone players comprises transitioning from operating in the standalone mode to operating in accordance with first predefined grouping of zone players such that that the first zone player is configured to coordinate with at least the second zone player to play back output media in synchrony with output of media by at least the second zone player.

3. The first zone player of claim 2, wherein the instruction is a first instruction, and wherein the first zone player further comprises program instructions stored on the non-transitory computer-readable medium that, when executed by the one or more processors, cause the first zone player to perform functions comprising:

while operating in accordance with the first predefined grouping of zone players, receiving, from the network device over the data network, a second instruction to operate in accordance with the second predefined grouping of zone players; and

based on the second instruction, (a) ceasing to operate in accordance with the first predefined grouping of zone players such that the first zone player is no longer configured to coordinate with at least the second zone player to output media in synchrony with output of media by at least the second zone player and (b) beginning to operate in accordance with the second predefined grouping of zone players such that the first zone player is configured to coordinate with at least the third zone player to output media in synchrony with output of media by at least the third zone player.

4. The first zone player of claim 2, wherein the first zone scene

further comprises an indication of predetermined media to be played when the first zone scene is invoked, and wherein the first zone player further comprises program instructions stored on the non-transitory computer-readable medium that, when executed by the one or more processors, cause the first zone player to perform functions comprising:

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
TX0003
3:20-cv-06754-WHA

TX0003, Page 46 of 52

# 885 Patent, Claim 1

**[1.0]** A first zone player comprising:

**[1.1]** a network interface that is configured to communicatively couple the first zone player to at least one data network;

**[1.2]** one or more processors;

**[1.3]** a non-transitory computer-readable medium; and

**[1.4**] program instructions stored on the non-transitory computer-readable medium that, when executed by the one or more processors, cause the first zone player to perform functions comprising:

**[1.5]** while operating in a standalone mode in which the first zone player is configured to play back media individually in a networked media playback system comprising the first zone player and at least two other zone players:

**[1.6]** (i) receiving, from a network device over a data network, a first indication that the first zone player has been added to a first zone scene comprising a first predefined grouping of zone players including at least the first zone player and a second zone player that are to be configured for synchronous playback of media when the first zone scene is invoked; and

**[1.7]** (ii) receiving, from the network device over the data network, a second indication that the first zone player has been added to a second zone scene comprising a second predefined grouping of zone players including at least the first zone player and a third zone player that are to be configured for synchronous playback of media when the second zone scene is invoked, wherein the second zone player is different than the third zone player;

**[1.8]** after receiving the first and second indications, continuing to operate in the standalone mode until a given one of the first and second zone scenes has been selected for invocation;

**[1.9]** after the given one of the first and second zone scenes has been selected for invocation, receiving, from the network device over the data network, an instruction to operate in accordance with a given one of the first and second zone scenes respectively comprising a given one of the first and second predefined groupings of zone players; and

**[1.10]** based on the instruction, transitioning from operating in the standalone mode to operating in accordance with the given one of the first and second predefined groupings of zone players such that the first zone player is configured to coordinate with at least one other zone player in the given one of the first and second predefined groupings of zone players over a data network in order to output media in synchrony with output of media by the at least one other zone player in the given one of the first and second predefined groupings of zone players.



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**TX0003**
3:20-cv-06754-WHA

# 885 Patent, Claim 1

**[1.0]** A first zone player comprising:

**[1.1]** a network interface that is configured to communicatively couple the first zone player to at least one data network;

**[1.2]** one or more processors;

**[1.3]** a non-transitory computer-readable medium; and

**[1.4]** program instructions stored on the non-transitory computer-readable medium that, when executed by the one or more processors, cause the first zone player to perform functions comprising:

**[1.5]** while operating in a standalone mode in which the first zone player is configured to play back media individually in a networked media playback system comprising the first zone player and at least two other zone players:

**[1.6]** (i) receiving, from a network device over a data network, a first indication that the first zone player has been added to a first zone scene comprising a first predefined grouping of zone players including at least the first zone player and a second zone player that are to be configured for synchronous playback of media when the first zone scene is invoked; and

**[1.7]** (ii) receiving, from the network device over the data network, a second indication that the first zone player has been added to a second zone scene comprising a second predefined grouping of zone players including at least the first zone player and a third zone player that are to be configured for synchronous playback of media when the second zone scene is invoked, wherein the second zone player is different than the third zone player;

**[1.8]** after receiving the first and second indications, continuing to operate in the standalone mode until a given one of the first and second zone scenes has been selected for invocation;

**[1.9]** after the given one of the first and second zone scenes has been selected for invocation, receiving, from the network device over the data network, an instruction to operate in accordance with a given one of the first and second zone scenes respectively comprising a given one of the first and second predefined groupings of zone players; and

**[1.10]** based on the instruction, transitioning from operating in the standalone mode to operating in accordance with the given one of the first and second predefined groupings of zone players such that the first zone player is configured to coordinate with at least one other zone player in the given one of the first and second predefined groupings of zone players over a data network in order to output media in synchrony with output of media by the at least one other zone player in the given one of the first and second predefined groupings of zone players.



TX0003
3:20-cv-06754-WHA

# 885 Patent, Claim 1

**[1.0]** A first zone player comprising:

**[1.1]** a network interface that is configured to communicatively couple the first zone player to at least one data network;

**[1.2]** one or more processors;

**[1.3]** a non-transitory computer-readable medium; and

**[1.4**] program instructions stored on the non-transitory computer-readable medium that, when executed by the one or more processors, cause the first zone player to perform functions comprising:

[1.5] while operating in a standalone mode in which the first zone player is configured to play back media individually in a networked media playback system comprising the first zone player and at least two other zone players:

[1.6] (i) receiving, from a network device over a data network, a first indication that the first zone player has been added to a first zone scene comprising a first predefined grouping of zone players including at least the first zone player and a second zone player that are to be configured for synchronous playback of media when the first zone scene is invoked; and

[1.7] (ii) receiving, from the network device over the data network, a second indication that the first zone player has been added to a second zone scene comprising a second predefined grouping of zone players including at least the first zone player and a third zone player that are to be configured for synchronous playback of media when the second zone scene is invoked, wherein the second zone player is different than the third zone player;

[1.8] after receiving the first and second indications, continuing to operate in the standalone mode until a given one of the first and second zone scenes has been selected for invocation;

[1.9] after the given one of the first and second zone scenes has been selected for invocation, receiving, from the network device over the data network, an instruction to operate in accordance with a given one of the first and second zone scenes respectively comprising a given one of the first and second predefined groupings of zone players; and

[1.10] based on the instruction, transitioning from operating in the standalone mode to operating in accordance with the given one of the first and second predefined groupings of zone players such that the first zone player is configured to coordinate with at least one other zone player in the given one of the first and second predefined groupings of zone players over a data network in order to output media in synchrony with output of media by the at least one other zone player in the given one of the first and second predefined groupings of zone players.



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**TX0003**
3:20-cv-06754-WHA

**[1.0]** A first zone player comprising:

**[1.1]** a network interface that is configured to communicatively couple the first zone player to at least one data network;

**[1.2]** one or more processors;

**[1.3]** a non-transitory computer-readable medium; and

**[1.4]** program instructions stored on the non-transitory computer-readable medium that, when executed by the one or more processors, cause the first zone player to perform functions comprising:

**[1.5]** while operating in a standalone mode in which the first zone player is configured to play back media individually in a networked media playback system comprising the first zone player and at least two other zone players:

**[1.6]** (i) receiving, from a network device over a data network, a first indication that the first zone player has been added to a first zone scene comprising a first predefined grouping of zone players including at least the first zone player and a second zone player that are to be configured for synchronous playback of media when the first zone scene is invoked; and

**[1.7]** (ii) receiving, from the network device over the data network, a second indication that the first zone player has been added to a second zone scene comprising a second predefined grouping of zone players including at least the first zone player and a third zone player that are to be configured for synchronous playback of media when the second zone scene is invoked, wherein the second zone player is different than the third zone player;

**[1.8]** after receiving the first and second indications, continuing to operate in the standalone mode until a given one of the first and second zone scenes has been selected for invocation;

**[1.9]** after the given one of the first and second zone scenes has been selected for invocation, receiving, from the network device over the data network, an instruction to operate in accordance with a given one of the first and second zone scenes respectively comprising a given one of the first and second predefined groupings of zone players; and

**[1.10]** based on the instruction, transitioning from operating in the standalone mode to operating in accordance with the given one of the first and second predefined groupings of zone players such that the first zone player is configured to coordinate with at least one other zone player in the given one of the first and second predefined groupings of zone players over a data network in order to output media in synchrony with output of media by the at least one other zone player in the given one of the first and second predefined groupings of zone players.



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**TX0003**

3:20-cv-06754-WHA

# 885 Patent, Claim 1

**[1.0]** A first zone player comprising:

**[1.1]** a network interface that is configured to communicatively couple the first zone player to at least one data network;

**[1.2]** one or more processors;

**[1.3]** a non-transitory computer-readable medium; and

**[1.4]** program instructions stored on the non-transitory computer-readable medium that, when executed by the one or more processors, cause the first zone player to perform functions comprising:

**[1.5]** while operating in a standalone mode in which the first zone player is configured to play back media individually in a networked media playback system comprising the first zone player and at least two other zone players:

**[1.6]** (i) receiving, from a network device over a data network, a first indication that the first zone player has been added to a first zone scene comprising a first predefined grouping of zone players including at least the first zone player and a second zone player that are to be configured for synchronous playback of media when the first zone scene is invoked; and

**[1.7]** (ii) receiving, from the network device over the data network, a second indication that the first zone player has been added to a second zone scene comprising a second predefined grouping of zone players including at least the first zone player and a third zone player that are to be configured for synchronous playback of media when the second zone scene is invoked, wherein the second zone player is different than the third zone player;

**[1.8]** after receiving the first and second indications, continuing to operate in the standalone mode until a given one of the first and second zone scenes has been selected for invocation;

**[1.9]** after the given one of the first and second zone scenes has been selected for invocation, receiving, from the network device over the data network, an instruction to operate in accordance with a given one of the first and second zone scenes respectively comprising a given one of the first and second predefined groupings of zone players; and

**[1.10]** based on the instruction, transitioning from operating in the standalone mode to operating in accordance with the given one of the first and second predefined groupings of zone players such that the first zone player is configured to coordinate with at least one other zone player in the given one of the first and second predefined groupings of zone players over a data network in order to output media in synchrony with output of media by the at least one other zone player in the given one of the first and second predefined groupings of zone players.



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**TX0003**
3:20-cv-06754-WHA

# '966 Patent, Claim 1





US 10,469,966 B2

**11**

ported from a member (e.g., a controller) to other members in the scene so that the players are caused to synchronize an operation configured in the scene. The operation may cause all players to play back a song in identical or different volumes or to play a pre-stored file.

One of the features, benefits and advantages in the present invention is to allow sets of related devices (controllers and operating components) to exist as a group without interfering with other components that are potentially visible on the same wired or wireless network. Each of the sets is configured to a theme or a scene.

FIG. 7 shows an example user interface for invoking a zone scene. The user interface of FIG. 7 shows a Zone Menu that includes selectable indications of zone scenes.

FIG. 8 shows another example user interface for invoking a zone scene. FIG. 8 shows a Zone Menu that includes a softkey indicating a Scenes menu. Pressing the Scenes softkey will show the Scenes menu where all the available zone scenes are shown as selectable indications.

The present invention has been described in sufficient detail with a certain degree of particularity. It is understood to those skilled in the art that the present disclosure of embodiments has been made by way of examples only and that numerous changes in the arrangement and combination of parts may be resorted without departing from the spirit and scope of the invention as claimed. While the embodiments discussed herein may appear to include some limitations as to the presentation of the information units, in terms of the format and arrangement, the invention has applicability well beyond such embodiment, which can be appreciated by those skilled in the art. Accordingly, the scope of the present invention is defined by the appended claims rather than the forgoing description of embodiments.

I claim:

1. A computing device comprising: one or more processors;

a non-transitory computer-readable medium; and program instructions stored on the non-transitory computer-readable medium that, when executed by the one or more processors, cause the computing device to perform functions comprising:

while serving as a controller for a networked media playback system comprising a first zone player and at least two other zone players, wherein the first zone player is operating in a standalone mode in which the first zone player is configured to play back media individually:

receiving a first request to create a first zone scene comprising a first predefined grouping of zone players including at least the first zone player and a second zone player that are to be configured for synchronous playback of media when the first zone scene is invoked;

based on the first request, i) causing creation of the first zone scene, ii) causing an indication of the first zone scene to be transmitted to the first zone player, and iii) causing storage of the first zone scene;

receiving a second request to create a second zone scene comprising a second predefined grouping of zone players including at least the first zone player and a third zone player that are to be configured for synchronous playback of media when the second zone scene is invoked, wherein the third zone player is different than the second zone player;

based on the second request, i) causing creation of the second zone scene, ii) causing an indication of the second zone scene to be transmitted to the first zone player, and iii) causing storage of the second zone

**12**

scene, displaying a representation of the first zone scene and a representation of the second zone scene; and while displaying the representation of the first zone scene and the representation of the second zone scene, receiving a third request to invoke the first zone scene; and

based on the third request, causing the first zone player to transition from operating in the standalone mode to operating in accordance with the first predefined grouping of zone players such that the first zone player is configured to coordinate with at least the second zone player to output media in synchrony with output of media by at least the second zone player.

2. The computing device of claim 1, further comprising program instructions stored on the non-transitory computer-readable medium that, when executed by the one or more processors, cause the computing device to perform functions comprising:

while the first zone player is configured to coordinate with at least the second zone player to play back media in synchrony with at least the second zone player, receiving a fourth request to invoke the second zone scene; and

based on the fourth request, causing the first zone player to (a) cease to operate in accordance with the first predefined grouping of zone players such that the first zone player is no longer configured to coordinate with at least the second zone player to output media in synchrony with output of media by at least the second zone player and (b) begin to operate in accordance with the second predefined grouping of zone players such that the first zone player is configured to coordinate with at least the third zone player to output media in synchrony with output of media by at least the third zone player.

3. The computing device of claim 1, wherein causing storage of the first zone scene comprises causing storage of the first zone scene at a location other than the computing device, and wherein causing storage of the second zone scene comprises causing storage of the second zone scene at the location other than the computing device.

4. The computing device of claim 3, wherein the location other than the computing device comprises a zone player of the first predefined grouping of zone players.

5. The computing device of claim 1, wherein the first zone scene further comprises an indication of predetermined media to be played when the first zone scene is invoked, and wherein the computing device further comprises program instructions stored on the non-transitory computer-readable medium that, when executed by the one or more processors, cause the computing device to perform functions comprising:

based on the third request, causing the first zone player to coordinate with at least the second zone player to output the predetermined media in synchrony with output of the predetermined media by at least the second zone player.

6. The computing device of claim 1, wherein the first predefined grouping of zone players does not include the third zone player, and wherein the second predefined grouping of zone players does not include the second zone player.

7. The computing device of claim 1, further comprising program instructions stored on the non-transitory computer-readable medium that, when executed by the one or more processors, cause the computing device to perform functions comprising:

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

TX0001

3:20-cv-06754-WHA

PDX2.15

**[1.0]** A computing device comprising:

**[1.1]** one or more processors;

**[1.2]** a non-transitory computer-readable medium; and

**[1.3]** program instructions stored on the non-transitory computer-readable medium that, when executed by the one or more processors, cause the computing device to perform functions comprising:

**[1.4]** while serving as a controller for a networked media playback system comprising a first zone player and at least two other zone players, wherein the first zone player is operating in a standalone mode in which the first zone player is configured to play back media individually:

**[1.5]** receiving a first request to create a first zone scene comprising a first predefined grouping of zone players including at least the first zone player and a second zone player that are to be configured for synchronous playback of media when the first zone scene is invoked;

**[1.6]** based on the first request, i) causing creation of the first zone scene, ii) causing an indication of the first zone scene to be transmitted to the first zone player, and iii) causing storage of the first zone scene;

**[1.7]** receiving a second request to create a second zone scene comprising a second predefined grouping of zone players including at least the first zone player and a third zone player that are to be configured for synchronous playback of media when the second zone scene is invoked, wherein the third zone player is different than the second zone player;

**[1.8]** based on the second request, i) causing creation of the second zone scene, ii) causing an indication of the second zone scene to be transmitted to the first zone player, and iii) causing storage of the second zone scene;

**[1.9]** displaying a representation of the first zone scene and a representation of the second zone scene; and

**[1.10]** while displaying the representation of the first zone scene and the representation of the second zone scene, receiving a third request to invoke the first zone scene; and

**[1.11]** based on the third request, causing the first zone player to transition from operating in the standalone mode to operating in accordance with the first predefined grouping of zone players such that the first zone player is configured to coordinate with at least the second zone player to output media in synchrony with output of media by at least the second zone player.



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**TX0001**

3:20-cv-06754-WHA

# 966 Patent, Claim 1

**[1.0]** A computing device comprising:

**[1.1]** one or more processors;

**[1.2]** a non-transitory computer-readable medium; and

**[1.3]** program instructions stored on the non-transitory computer-readable medium that, when executed by the one or more processors, cause the computing device to perform functions comprising:

**[1.4]** while serving as a controller for a networked media playback system comprising a first zone player and at least two other zone players, wherein the first zone player is operating in a standalone mode in which the first zone player is configured to play back media individually:

**[1.5]** receiving a first request to create a first zone scene comprising a first predefined grouping of zone players including at least the first zone player and a second zone player that are to be configured for synchronous playback of media when the first zone scene is invoked;

**[1.6]** based on the first request, i) causing creation of the first zone scene, ii) causing an indication of the first zone scene to be transmitted to the first zone player, and iii) causing storage of the first zone scene;

**[1.7]** receiving a second request to create a second zone scene comprising a second predefined grouping of zone players including at least the first zone player and a third zone player that are to be configured for synchronous playback of media when the second zone scene is invoked, wherein the third zone player is different than the second zone player;

**[1.8]** based on the second request, i) causing creation of the second zone scene, ii) causing an indication of the second zone scene to be transmitted to the first zone player, and iii) causing storage of the second zone scene;

**[1.9]** displaying a representation of the first zone scene and a representation of the second zone scene; and

**[1.10]** while displaying the representation of the first zone scene and the representation of the second zone scene, receiving a third request to invoke the first zone scene; and

**[1.11]** based on the third request, causing the first zone player to transition from operating in the standalone mode to operating in accordance with the first predefined grouping of zone players such that the first zone player is configured to coordinate with at least the second zone player to output media in synchrony with output of media by at least the second zone player.



# Sonos's Current "Zone Scene" Grouping









UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
TX0440
3:20-cv-06754-WHA



PDX2.19

# Sonos's Current "Zone Scene" Grouping







TX0440

3:20-cv-06754-WHA



PDX2.20

# '885 Accused Products – Google Smart Speakers



Case 3:20-cv-06754-WHA Document 791-2 Filed 06/01/23 Page 23 of 88



Google Home

**+**





## Representative Computing Devices

Google Pixel Phones

Google Pixel Tablets

Google Pixelbooks

Apple

Samsung

Motorola

OnePlus

Lenovo

HP

Acer

Asus

# Infringement – Methodology

| Step 1 | **Consider** the claims and their meaning, including the Court's claim constructions |
|---|---|

| Step 2 | **Compare** construed patent claims to Google's products to determine if they meet the elements of the claims |
|---|---|



**?**



# Infringement – Methodology



## Sonos Patent Documents

- '885 and '966 Patents

- File History

- Claim Constructions

# Agreed Claim Constructions

| Claim Term | Sonos Patents | Agreed Construction |
|---|---|---|
| "zone scene" | '885 Patent '966 Patent | **"a previously-saved grouping of zone players according to a common theme"** |
| "indication that the first zone player has been added to a … zone scene" | '885 Patent | **"indication from the network device that the zone player has been added by the user to a zone scene"** |

PDX2.25

# Person of Ordinary Skill in the Art

A person having the equivalent of a 4-year degree from an accredited institution (typically denoted as a B.S. degree) in computer science, computer engineering, electrical engineering, or an equivalent thereof, and approximately 2-4 years of professional experience in the fields of networking and network-based systems or applications, such as consumer audio systems, or an equivalent level of skill, knowledge, and experience.

# Infringement – Materials Considered



### Sonos Patent Documents

- '885 and '966 Patents
- File History
- Claim Constructions



### Google Documents

- Customer-Facing Literature
- Internal Documents
- Google Source Code



### Sworn Testimony & Admissions

- Kenneth MacKay, Google Senior Software Engineer
- Justin Pedro, Engineer Manager
- Google's Response to Sonos's Interrogatory No. 13








### Google System Testing

- Google Nest Hub Display
- Google Home Mini Speaker
- Google Nest Audio Speaker
- Google Pixel 7 + Google Home, Google YouTube Music, and Spotify Apps
- Google Pixelbook + Google Home, YouTube Music, and Spotify Apps
- iPhone 12 Pro + Google Home, YouTube Music, and Spotify Apps

PDX2.27

# Infringement – Assignment

| Asserted Claims | Accused Google Products | Version | Infringes? |
|---|---|---|---|



**'885 Patent** Claim 1

Nest Audio · Nest Mini · Nest Hub · Nest Hub Max · Nest Wifi Point · Chromecast · Chromecast Ultra · Chromecast with Google TV · Home · Home Mini · Home Max

**Prior Versions** (Nov. 2020 – Present)

**?**

PDX2.28

# Infringement of '885 Patent, Claim 1 - Prior Versions

**[1.0]** A first zone player comprising:

**[1.1]** a network interface that is configured to communicatively couple the first zone player to at least one data network;

**[1.2]** one or more processors;

**[1.3]** a non-transitory computer-readable medium; and

**[1.4]** program instructions stored on the non-transitory computer-readable medium that, when executed by the one or more processors, cause the first zone player to perform functions comprising:

**[1.5]** while operating in a standalone mode in which the first zone player is configured to play back media individually in a networked media playback system comprising the first zone player and at least two other zone players:

**[1.6]** (i) receiving, from a network device over a data network, a first indication that the first zone player has been added to a first zone scene comprising a first predefined grouping of zone players including at least the first zone player and a second zone player that are to be configured for synchronous playback of media when the first zone scene is invoked; and

**[1.7]** (ii) receiving, from the network device over the data network, a second indication that the first zone player has been added to a second zone scene comprising a second predefined grouping of zone players including at least the first zone player and a third zone player that are to be configured for synchronous playback of media when the second zone scene is invoked, wherein the second zone player is different than the third zone player;

**[1.8]** after receiving the first and second indications, continuing to operate in the standalone mode until a given one of the first and second zone scenes has been selected for invocation;

**[1.9]** after the given one of the first and second zone scenes has been selected for invocation, receiving, from the network device over the data network, an instruction to operate in accordance with a given one of the first and second zone scenes respectively comprising a given one of the first and second predefined groupings of zone players; and

**[1.10]** based on the instruction, transitioning from operating in the standalone mode to operating in accordance with the given one of the first and second predefined groupings of zone players such that the first zone player is configured to coordinate with at least one other zone player in the given one of the first and second predefined groupings of zone players over a data network in order to output media in synchrony with output of media by the at least one other zone player in the given one of the first and second predefined groupings of zone players.

PDX2.29

# Infringement of '885 Patent, Claim 1 - Prior Versions

**[1.0]** A first zone player comprising: 

**[1.1]** a network interface that is configured to communicatively couple the first zone player to at least one data network;

**[1.2]** one or more processors;

**[1.3]** a non-transitory computer-readable medium; and

**[1.4]** program instructions stored on the non-transitory computer-readable medium that, when executed by the one or more processors, cause the first zone player to perform functions comprising:

**[1.5]** while operating in a standalone mode in which the first zone player is configured to play back media individually in a networked media playback system comprising the first zone player and at least two other zone players: 

**[1.6]** (i) receiving, from a network device over a data network, a first indication that the first zone player has been added to a first zone scene comprising a first predefined grouping of zone players including at least the first zone player and a second zone player that are to be configured for synchronous playback of media when the first zone scene is invoked; and 

**[1.7]** (ii) receiving, from the network device over the data network, a second indication that the first zone player has been added to a second zone scene comprising a second predefined grouping of zone players including at least the first zone player and a third zone player that are to be configured for synchronous playback of media when the second zone scene is invoked, wherein the second zone player is different than the third zone player; 

**[1.8]** after receiving the first and second indications, continuing to operate in the standalone mode until a given one of the first and second zone scenes has been selected for invocation; 

**[1.9]** after the given one of the first and second zone scenes has been selected for invocation, receiving, from the network device over the data network, an instruction to operate in accordance with a given one of the first and second zone scenes respectively comprising a given one of the first and second predefined groupings of zone players; and

**[1.10]** based on the instruction, transitioning from operating in the standalone mode to operating in accordance with the given one of the first and second predefined groupings of zone players such that the first zone player is configured to coordinate with at least one other zone player in the given one of the first and second predefined groupings of zone players over a data network in order to output media in synchrony with output of media by the at least one other zone player in the given one of the first and second predefined groupings of zone players. 

# Infringement of '885 Patent, Claim 1 - Prior Versions

**[1.0]** A first zone player comprising: ✓

**[1.1]** a network interface that is configured to communicatively couple the first zone player to at least one data network; ✓

**[1.2]** one or more processors; ✓

**[1.3]** a non-transitory computer-readable medium; and ✓

**[1.4]** program instructions stored on the non-transitory computer-readable medium that, when executed by the one or more processors, cause the first zone player to perform functions comprising: ✓

**[1.5]** while operating in a standalone mode in which the first zone player is configured to play back media individually in a networked media playback system comprising the first zone player and at least two other zone players: ✓

**[1.6]** (i) receiving, from a network device over a data network, a first indication that the first zone player has been added to a first zone scene comprising a first predefined grouping of zone players including at least the first zone player and a second zone player that are to be configured for synchronous playback of media when the first zone scene is invoked; ✓

**[1.7]** (ii) receiving, from the network device over the data network, a second indication that the first zone player has been added to a second zone scene comprising a second predefined grouping of zone players including at least the first zone player and a third zone player that are to be configured for synchronous playback of media when the second zone scene is invoked, wherein the second zone player is different than the third zone player; ✓

**[1.8]** after receiving the first and second indications, continuing to operate in the standalone mode until a given one of the first and second zone scenes has been selected for invocation; ✓

**[1.9]** after the given one of the first and second zone scenes has been selected for invocation, receiving, from the network device over the data network, an instruction to operate in accordance with a given one of the first and second zone scenes respectively comprising a given one of the first and second predefined groupings of zone players; and ✓

**[1.10]** based on the instruction, transitioning from operating in the standalone mode to operating in accordance with the given one of the first and second predefined groupings of zone players such that the first zone player is configured to coordinate with at least one other zone player in the given one of the first and second predefined groupings of zone players over a data network in order to output media in synchrony with output of media by the at least one other zone player in the given one of the first and second predefined groupings of zone players. ✓

INFRINGED

PDX2.31

# Infringement – Assignment



| Asserted Claims | Accused Google Products | Version | Infringes? |
|---|---|---|---|
| '885 Patent<br>Claim 1 | Nest Audio, Nest Mini, Nest Hub, Nest Hub Max, Nest Wifi Point, Chromecast, Chromecast Ultra, Chromecast with Google TV, Home, Home Mini, Home Max — Google | Prior Versions<br>(Nov. 2020 – Present) | ✔ |

PDX2.32

# Infringement – Assignment



| Asserted Claims | Accused Google Products | Version | Infringes? |
|---|---|---|---|

**'885 Patent** Claim 1



**Prior Versions** (Nov. 2020 – Present)



**'966 Patent** Claims 1, 2, 4, 6, 8



**Prior Versions** (Nov. 2019 – Present)

**?**

PDX2.33

# Infringement of '966 Patent, Claim 1 - Prior Versions

**[1.0]** A computing device comprising:

**[1.1]** one or more processors;

**[1.2]** a non-transitory computer-readable medium; and

**[1.3]** program instructions stored on the non-transitory computer-readable medium that, when executed by the one or more processors, cause the computing device to perform functions comprising:

**[1.4]** while serving as a controller for a networked media playback system comprising a first zone player and at least two other zone players, wherein the first zone player is operating in a standalone mode in which the first zone player is configured to play back media individually:

**[1.5]** receiving a first request to create a first zone scene comprising a first predefined grouping of zone players including at least the first zone player and a second zone player that are to be configured for synchronous playback of media when the first zone scene is invoked;

**[1.6]** based on the first request, i) causing creation of the first zone scene, ii) causing an indication of the first zone scene to be transmitted to the first zone player, and iii) causing storage of the first zone scene;

**[1.7]** receiving a second request to create a second zone scene comprising a second predefined grouping of zone players including at least the first zone player and a third zone player that are to be configured for synchronous playback of media when the second zone scene is invoked, wherein the third zone player is different than the second zone player;

**[1.8]** based on the second request, i) causing creation of the second zone scene, ii) causing an indication of the second zone scene to be transmitted to the first zone player, and iii) causing storage of the second zone scene;

**[1.9]** displaying a representation of the first zone scene and a representation of the second zone scene; and

**[1.10]** while displaying the representation of the first zone scene and the representation of the second zone scene, receiving a third request to invoke the first zone scene; and

**[1.11]** based on the third request, causing the first zone player to transition from operating in the standalone mode to operating in accordance with the first predefined grouping of zone players such that the first zone player is configured to coordinate with at least the second zone player to output media in synchrony with output of media by at least the second zone player.

PDX2.34

**[1.0]** A computing device comprising: ✓

**[1.1]** one or more processors; ✓

**[1.2]** a non-transitory computer-readable medium; and ✓

**[1.3]** program instructions stored on the non-transitory computer-readable medium that, when executed by the one or more processors, cause the computing device to perform functions comprising: ✓

**[1.4]** while serving as a controller for a networked media playback system comprising a first zone player and at least two other zone players, wherein the first zone player is operating in a standalone mode in which the first zone player is configured to play back media individually: ✓

**[1.5]** receiving a first request to create a first zone scene comprising a first predefined grouping of zone players including at least the first zone player and a second zone player that are to be configured for synchronous playback of media when the first zone scene is invoked;

**[1.6]** based on the first request, i) causing creation of the first zone scene, ii) causing an indication of the first zone scene to be transmitted to the first zone player, and iii) causing storage of the first zone scene;

**[1.7]** receiving a second request to create a second zone scene comprising a second predefined grouping of zone players including at least the first zone player and a third zone player that are to be configured for synchronous playback of media when the second zone scene is invoked, wherein the third zone player is different than the second zone player;

**[1.8]** based on the second request, i) causing creation of the second zone scene, ii) causing an indication of the second zone scene to be transmitted to the first zone player, and iii) causing storage of the second zone scene;

**[1.9]** displaying a representation of the first zone scene and a representation of the second zone scene; and

**[1.10]** while displaying the representation of the first zone scene and the representation of the second zone scene, receiving a third request to invoke the first zone scene; and

**[1.11]** based on the third request, causing the first zone player to transition from operating in the standalone mode to operating in accordance with the first predefined grouping of zone players such that the first zone player is configured to coordinate with at least the second zone player to output media in synchrony with output of media by at least the second zone player.





PDX2.36





Google

PDX2.37







PDX2.38

# Infringement of '966 Patent, Claim 1 - Prior Versions

**[1.0]** A computing device comprising: ✓

**[1.1]** one or more processors; ✓

**[1.2]** a non-transitory computer-readable medium; and ✓

**[1.3]** program instructions stored on the non-transitory computer-readable medium that, when executed by the one or more processors, cause the computing device to perform functions comprising: ✓

**[1.4]** while serving as a controller for a networked media playback system comprising a first zone player and at least two other zone players, ✓ wherein the first zone player is operating in a standalone mode in which the first zone player is configured to play back media individually:

**[1.5]** receiving a first request to create a first zone scene comprising a first predefined grouping of zone players including at least the first zone player and a second zone player that are to be configured for synchronous playback of media when the first zone scene is invoked;

**[1.6]** based on the first request, i) causing creation of the first zone scene, ii) causing an indication of the first zone scene to be transmitted to the first zone player, and iii) causing storage of the first zone scene;

**[1.7]** receiving a second request to create a second zone scene comprising a second predefined grouping of zone players including at least the first zone player and a third zone player that are to be configured for synchronous playback of media when the second zone scene is invoked, wherein the third zone player is different than the second zone player;

**[1.8]** based on the second request, i) causing creation of the second zone scene, ii) causing an indication of the second zone scene to be transmitted to the first zone player, and iii) causing storage of the second zone scene;

**[1.9]** displaying a representation of the first zone scene and a representation of the second zone scene; and

**[1.10]** while displaying the representation of the first zone scene and the representation of the second zone scene, receiving a third request to invoke the first zone scene; and

**[1.11]** based on the third request, causing the first zone player to transition from operating in the standalone mode to operating in accordance with the first predefined grouping of zone players such that the first zone player is configured to coordinate with at least the second zone player to output media in synchrony with output of media by at least the second zone player.

PDX2.39

# Infringement of '966 Patent, Claim 1 - Prior Versions

**[1.0]** A computing device comprising: ✅

**[1.1]** one or more processors; ✅

**[1.2]** a non-transitory computer-readable medium; and ✅

**[1.3]** program instructions stored on the non-transitory computer-readable medium that, when executed by the one or more processors, cause the computing device to perform functions comprising: ✅

**[1.4]** while serving as a controller for a networked media playback system comprising a first zone player and at least two other zone players, wherein the first zone player is operating in a standalone mode in which the first zone player is configured to play back media individually: ✅

**[1.5]** receiving a first request to create a first zone scene comprising a first predefined grouping of zone players including at least the first zone player and a second zone player that are to be configured for synchronous playback of media when the first zone scene is invoked; ✅

**[1.6]** based on the first request, i) causing creation of the first zone scene, ii) causing an indication of the first zone scene to be transmitted to the first zone player, and iii) causing storage of the first zone scene; ✅

**[1.7]** receiving a second request to create a second zone scene comprising a second predefined grouping of zone players including at least the first zone player and a third zone player that are to be configured for synchronous playback of media when the second zone scene is invoked, wherein the third zone player is different than the second zone player; ✅

**[1.8]** based on the second request, i) causing creation of the second zone scene, ii) causing an indication of the second zone scene to be transmitted to the first zone player, and iii) causing storage of the second zone scene; ✅

**[1.9]** displaying a representation of the first zone scene and a representation of the second zone scene; and ✅

**[1.10]** while displaying the representation of the first zone scene and the representation of the second zone scene, receiving a third request to invoke the first zone scene; and

**[1.11]** based on the third request, causing the first zone player to transition from operating in the standalone mode to operating in accordance with the first predefined grouping of zone players such that the first zone player is configured to coordinate with at least the second zone player to output media in synchrony with output of media by at least the second zone player.

PDX2.40

# Google's "Speaker Group" Technology











# Infringement of '966 Patent, Claim 1 - Prior Versions

**[1.0]** A computing device comprising: ✓

**[1.1]** one or more processors; ✓

**[1.2]** a non-transitory computer-readable medium; and ✓

**[1.3]** program instructions stored on the non-transitory computer-readable medium that, when executed by the one or more processors, cause the computing device to perform functions comprising: ✓

**[1.4]** while serving as a controller for a networked media playback system comprising a first zone player and at least two other zone players, wherein the first zone player is operating in a standalone mode in which the first zone player is configured to play back media individually: ✓

**[1.5]** receiving a first request to create a first zone scene comprising a first predefined grouping of zone players including at least the first zone player and a second zone player that are to be configured for synchronous playback of media when the first zone scene is invoked; ✓

**[1.6]** based on the first request, i) causing creation of the first zone scene, ii) causing an indication of the first zone scene to be transmitted to the first zone player, and iii) causing storage of the first zone scene; ✓

**[1.7]** receiving a second request to create a second zone scene comprising a second predefined grouping of zone players including at least the first zone player and a third zone player that are to be configured for synchronous playback of media when the second zone scene is invoked, wherein the third zone player is different than the second zone player; ✓

**[1.8]** based on the second request, i) causing creation of the second zone scene, ii) causing an indication of the second zone scene to be transmitted to the first zone player, and iii) causing storage of the second zone scene; ✓

**[1.9]** displaying a representation of the first zone scene and a representation of the second zone scene; and ✓

**[1.10]** while displaying the representation of the first zone scene and the representation of the second zone scene, receiving a third request to invoke the first zone scene; and ✓

**[1.11]** based on the third request, causing the first zone player to transition from operating in the standalone mode to operating in accordance with the first predefined grouping of zone players such that the first zone player is configured to coordinate with at least the second zone player to output media in synchrony with output of media by at least the second zone player. ✓

PDX2.43

# Infringement of '966 Patent, Claim 1 - Prior Versions

**[1.0]** A computing device comprising: ✓

**[1.1]** one or more processors; ✓

**[1.2]** a non-transitory computer-readable medium; and ✓

**[1.3]** program instructions stored on the non-transitory computer-readable medium that, when executed by the one or more processors, cause the computing device to perform functions comprising: ✓

**[1.4]** while serving as a controller for a networked media playback system comprising a first zone player and at least two other zone players, wherein the first zone player is operating in a standalone mode in which the first zone player is configured to play back media individually: ✓

**[1.5]** receiving a first request to create a first zone scene comprising a first predefined grouping of zone players including at least the first zone player and a second zone player that are to be configured for synchronous playback of media when the first zone scene is invoked; ✓

**[1.6]** based on the first request, i) causing the first zone scene comprising a indication of the first zone scene to be transmitted to the first zone player and ii) causing storage of the first zone scene; ✓

**[1.7]** receiving a second request to create a second zone scene comprising a second predefined grouping of zone players including at least the first zone player and a third zone player that are to be configured for synchronous playback of media when the second zone scene is invoked, wherein the third zone player is different than the second zone player; ✓

**[1.8]** based on the second request, i) causing creation of the second zone scene, ii) causing an indication of the second zone scene to be transmitted to the first zone player, and iii) causing storage of the second zone scene; ✓

**[1.9]** displaying a representation of the first zone scene and a representation of the second zone scene; and ✓

**[1.10]** while displaying the representation of the first zone scene and the representation of the second zone scene, receiving a third request to invoke the first zone scene; and ✓

**[1.11]** based on the third request, causing the first zone player to transition from operating in the standalone mode to operating in accordance with the first predefined grouping of zone players such that the first zone player is configured to coordinate with at least the second zone player to output media in synchrony with output of media by at least the second zone player. ✓

INFRINGED

PDX2.44

**'966 Patent, Claim 2**

**[2.0]** The computing device of claim 1, further comprising program instructions stored on the non-transitory computer-readable medium that, when executed by the one or more processors, cause the computing device to perform functions comprising: 

**[2.1]** while the first zone player is configured to coordinate with at least the second zone player to play back media in synchrony with at least the second zone player, receiving a fourth request to invoke the second zone scene; and 

**[2.2]** based on the fourth request, causing the first zone player to (a) cease to operate in accordance with the first predefined grouping of zone players such that the first zone player is no longer configured to coordinate with at least the second zone player to output media in synchrony with output of media by at least the second zone player and (b) begin to operate in accordance with the second predefined grouping of zone players such that the first zone player is configured to coordinate with at least the third zone player to output media in synchrony with output of media by at least the third zone player. 

## '966 Patent, Claim 3

| | |
|---|---|
| **[3.0]**  The computing device of claim 1, |  |
| **[3.1]** wherein causing storage of the first zone scene comprises causing storage of the first zone scene at a location other than the computing device, and |  |
| **[3.2]** wherein causing storage of the second zone scene comprises causing storage of the second zone scene at the location other than the computing device. |  |

## '966 Patent, Claim 4

| | |
|---|---|
| **[4.0]**  The computing device of claim 3, |  |
| **[4.1]** wherein the location other than the computing device comprises a zone player of the first predefined grouping of zone players. |  |

### '966 Patent, Claim 6

**[6.0]** The computing device of claim 1, 

**[6.1]** wherein the first predefined grouping of zone players does not include the third zone player, and 

**[6.2]** wherein the second predefined grouping of zone players does not include the second zone player. 

### '966 Patent, Claim 8

**[8.0]** The computing device of claim 1, 

**[8.1]** wherein receiving the first request comprises receiving a first set of one or more inputs via a user interface of the computing device, 

**[8.2]** wherein receiving the second request comprises receiving a second set of one or more inputs via the user interface, and 

**[8.3]** wherein receiving the third request comprises receiving a third set of one or more inputs via the user interface. 

# Infringement – Assignment

| Asserted Claims | Accused Google Products | Version |  Infringes? |
|---|---|---|---|



**'885 Patent**
Claim 1

**Prior Versions**
(Nov. 2020 – Present)





**'966 Patent**
Claims
1, 2, 4, 6, 8

**Prior Versions**
(Nov. 2019 – Present)



PDX2.48

# Infringement – Conclusion





PDX2.49

# Infringement – Assignment

| Asserted Claims | Accused Google Products | Version | **Google** Infringes? |
|---|---|---|---|





# Infringement – New version









**Kenneth MacKay**

Google Senior Software Engineer

# Infringement – New version







UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

TX0441

3:20-cv-06754-WHA

PDX2.52

# Infringement – New version









UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

TX0441

3:20-cv-06754-WHA

PDX2.53

# Infringement – Assignment

| Asserted Claims | Accused Google Products | Version | Google Infringes? |
|---|---|---|---|





# Infringement of '885 Patent, Claim 1 - New Version

**[1.0]** A first zone player comprising:

**[1.1]** a network interface that is configured to communicatively couple the first zone player to at least one data network;

**[1.2]** one or more processors;

**[1.3]** a non-transitory computer-readable medium; and

**[1.4]** program instructions stored on the non-transitory computer-readable medium that, when executed by the one or more processors, cause the first zone player to perform functions comprising:

**[1.5]** while operating in a **standalone mode** in which the first zone player is configured to play back media individually in a networked media playback system comprising the first zone player and at least two other zone players:

**[1.6]** (i) receiving, from a network device over a data network, a first indication that the first zone player has been added to a first zone scene comprising a first predefined grouping of zone players including at least the first zone player and a second zone player that are to be configured for synchronous playback of media when the first zone scene is invoked; and

**[1.7]** (ii) receiving, from the network device over the data network, a second indication that the first zone player has been added to a second zone scene comprising a second predefined grouping of zone players including at least the first zone player and a third zone player that are to be configured for synchronous playback of media when the second zone scene is invoked, wherein the second zone player is different than the third zone player;

**[1.8]** after receiving the first and second indications, **continuing to operate in the standalone mode** until a given one of the first and second zone scenes has been selected for invocation;

**[1.9]** after the given one of the first and second zone scenes has been selected for invocation, receiving, from the network device over the data network, an instruction to operate in accordance with a given one of the first and second zone scenes respectively comprising a given one of the first and second predefined groupings of zone players; and

**[1.10]** based on the instruction, transitioning from operating in the standalone mode to operating in accordance with the given one of the first and second predefined groupings of zone players such that the first zone player is configured to coordinate with at least one other zone player in the given one of the first and second predefined groupings of zone players over a data network in order to output media in synchrony with output of media by the at least one other zone player in the given one of the first and second predefined groupings of zone players.

# Infringement of '885 Patent, Claim 1 - New Version

**[1.0]** A first zone player comprising:

**[1.1]** a network interface that is configured to communicatively couple the first zone player to at least one data network;

**[1.2]** one or more processors;

**[1.3]** a non-transitory computer-readable medium; and

**[1.4]** program instructions stored on the non-transitory computer-readable medium that, when executed by the one or more processors, cause the first zone player to perform functions comprising:

**[1.5]** while operating in a **standalone mode** in which the first zone player is configured to play back media individually in a networked media playback system comprising the first zone player and at least two other zone players:

**[1.6]** (i) receiving, from a network device over a data network, a first indication that the first zone player has been added to a first zone scene comprising a first predefined grouping of zone players including at least the first zone player and a second zone player that are to be configured for synchronous playback of media when the first zone scene is invoked; and

**[1.7]** (ii) receiving, from the network device over the data network, a second indication that the first zone player has been added to a second zone scene comprising a second predefined grouping of zone players including at least the first zone player and a third zone player that are to be configured for synchronous playback of media when the second zone scene is invoked, wherein the second zone player is different than the third zone player;

**[1.8]** after receiving the first and second indications, **continuing to operate in the standalone mode** until a given one of the first and second zone scenes has been selected for invocation;

**[1.9]** after the given one of the first and second zone scenes has been selected for invocation, receiving, from the network device over the data network, an instruction to operate in accordance with a given one of the first and second zone scenes respectively comprising a given one of the first and second predefined groupings of zone players; and

**[1.10]** based on the instruction, transitioning from operating in the standalone mode to operating in accordance with the given one of the first and second predefined groupings of zone players such that the first zone player is configured to coordinate with at least one other zone player in the given one of the first and second predefined groupings of zone players over a data network in order to output media in synchrony with output of media by the at least one other zone player in the given one of the first and second predefined groupings of zone players.

# Infringement – Assignment

| Asserted Claims | Accused Google Products | Version | Google Infringes? |
|---|---|---|---|





# Infringement – Assignment

| Asserted Claims | Accused Google Products | Version | Google Infringes? |
|---|---|---|---|



**'885 Patent** Claim 1 — Prior Versions (Nov. 2020 – Present) 

New Version (Dec. 2022 – Present) 

**'966 Patent** Claims 1, 2, 4, 6, 8

Representative Computing Devices — Google Home + Google

**Prior Versions** (Nov. 2019 – Present) 

**New Version** (Dec. 2022 – Present) **?**

PDX2.58

# Infringement of '966 Patent, Claim 1 – New Version



**[1.0]** A computing device comprising:

**[1.1]** one or more processors;

**[1.2]** a non-transitory computer-readable medium; and

**[1.3]** program instructions stored on the non-transitory computer-readable medium that, when executed by the one or more processors, cause the computing device to perform functions comprising:

**[1.4]** while serving as a controller for a networked media playback system comprising a first zone player and at least two other zone players, wherein the first zone player is **operating in a standalone mode** in which the first zone player is configured to play back media individually:

**[1.5]** receiving a first request to create a first zone scene comprising a first predefined grouping of zone players including at least the first zone player and a second zone player that are to be configured for synchronous playback of media when the first zone scene is invoked;

**[1.6]** based on the first request, i) causing creation of the first zone scene, ii) causing an indication of the first zone scene to be transmitted to the first zone player, and iii) causing storage of the first zone scene;

**[1.7]** receiving a second request to create a second zone scene comprising a second predefined grouping of zone players including at least the first zone player and a third zone player that are to be configured for synchronous playback of media when the second zone scene is invoked, wherein the third zone player is different than the second zone player;

**[1.8]** based on the second request, i) causing creation of the second zone scene, ii) causing an indication of the second zone scene to be transmitted to the first zone player, and iii) causing storage of the second zone scene;

**[1.9]** displaying a representation of the first zone scene and a representation of the second zone scene; and

**[1.10]** while displaying the representation of the first zone scene and the representation of the second zone scene, receiving a third request to invoke the first zone scene; and

**[1.11]** based on the third request, causing the first zone player to transition from operating in the standalone mode to operating in accordance with the first predefined grouping of zone players such that the first zone player is configured to coordinate with at least the second zone player to output media in synchrony with output of media by at least the second zone player.

PDX2.59

# Infringement of '966 Patent, Claim 1 - New Version

**[1.0]** A computing device comprising: ✓

**[1.1]** one or more processors; ✓

**[1.2]** a non-transitory computer-readable medium; and ✓

**[1.3]** program instructions stored on the non-transitory computer-readable medium that, when executed by the one or more processors, cause the computing device to perform functions comprising: ✓

**[1.4]** while serving as a controller for a networked media playback system comprising a first zone player and at least two other zone players, wherein the first zone player is **operating in a standalone mode** in which the first zone player is configured to play back media individually: ✓

**[1.5]** receiving a first request to create a first zone scene comprising a first predefined grouping of zone players including at least the first zone player and a second zone player that are to be configured for synchronous playback of media when the first zone scene is invoked; ✓

**[1.6]** based on the first request, i) causing creation of the first zone scene, ii) causing an indication of the first zone scene to be transmitted to the first zone player, and iii) causing storage of the first zone scene; ✓

**[1.7]** receiving a second request to create a second zone scene comprising a second predefined grouping of zone players including at least the first zone player and a third zone player that are to be configured for synchronous playback of media when the second zone scene is invoked, wherein the third zone player is different than the second zone player; ✓

**[1.8]** based on the second request, i) causing creation of the second zone scene, ii) causing an indication of the second zone scene to be transmitted to the first zone player, and iii) causing storage of the second zone scene; ✓

**[1.9]** displaying a representation of the first zone scene and a representation of the second zone scene; and ✓

**[1.10]** while displaying the representation of the first zone scene and the representation of the second zone scene, receiving a third request to invoke the first zone scene; and ✓

**[1.11]** based on the third request, causing the first zone player to transition from operating in the standalone mode to operating in accordance with the first predefined grouping of zone players such that the first zone player is configured to coordinate with at least the second zone player to output media in synchrony with output of media by at least the second zone player. ✓

PDX2.60

# Infringement of '966 Patent, Claim 2 - New Version

**'966 Patent, Claim 2**

**[2.0]** The computing device of claim 1, further comprising program instructions stored on the non-transitory computer-readable medium that, when executed by the one or more processors, cause the computing device to perform functions comprising: 

**[2.1]** while the first zone player is configured to coordinate with at least the second zone player to play back media in synchrony with at least the second zone player, receiving a fourth request to invoke the second zone scene; and 

**[2.2]** based on the fourth request, causing the first zone player to (a) cease to operate in accordance with the first predefined grouping of zone players such that the first zone player is no longer configured to coordinate with at least the second zone player to output media in synchrony with output of media by at least the second zone player and (b) begin to operate in accordance with the second predefined grouping of zone players such that the first zone player is configured to coordinate with at least the third zone player to output media in synchrony with output of media by at least the third zone player. 

# Infringement of '966 Patent, Claim 4 - New Version

## '966 Patent, Claim 3

| | |
|---|---|
| **[3.0]** The computing device of claim 1, |  |
| **[3.1]** wherein causing storage of the first zone scene comprises causing storage of the first zone scene at a location other than the computing device, and |  |
| **[3.2]** wherein causing storage of the second zone scene comprises causing storage of the second zone scene at the location other than the computing device. |  |

## '966 Patent, Claim 4

| | |
|---|---|
| **[4.0]** The computing device of claim 3, |  |
| **[4.1]** wherein the location other than the computing device comprises a zone player of the first predefined grouping of zone players. |  |

PDX2.62

# Infringement of '966 Patent, Claims 6 and 8 – New Version

### '966 Patent, Claim 6

**[6.0]** The computing device of claim 1, 

**[6.1]** wherein the first predefined grouping of zone players does not include the third zone player, and 

**[6.2]** wherein the second predefined grouping of zone players does not include the second zone player. 

### '966 Patent, Claim 8

**[8.0]** The computing device of claim 1, 

**[8.1]** wherein receiving the first request comprises receiving a first set of one or more inputs via a user interface of the computing device, 

**[8.2]** wherein receiving the second request comprises receiving a second set of one or more inputs via the user interface, and 

**[8.3]** wherein receiving the third request comprises receiving a third set of one or more inputs via the user interface. 

# Infringement – Conclusion

| Asserted Claims | Accused Google Products | Version | Google Infringes? |
|---|---|---|---|





PDX2.64

# Damages-Related Technical Issues

- Non-Infringing Alternatives

- Technical Comparability

- Technical Importance

# Non-Infringing Alternatives

| **'885 Patent** Claim 1 | **Non-Infringing Alternatives?** |  |
|---|---|---|

| **'966 Patent** Claims 1, 2, 4, 6, 8 | **Non-Infringing Alternatives?** |  |

# Non-Infringing Alternatives – Requirements

1) **Avoids** infringement of the '885 and '966 Patents

2) **Commercially** acceptable

3) **Available** to Google as of first infringement

# Non-Infringing Alternatives – Materials Considered



### Sonos Patent Documents

- '885 and '966 Patents
- File History
- Claim Constructions



### Google's Proposed Alternatives

- Google's Response to Interrogatory No. 18
- Expert Reports of **Dr. Schonfeld**, Google Expert



### Google Documents and Testimony

- Internal Documents / Emails
- Google Marketing Materials
- Google Promotional Materials
- Testimony of **Tomer Shekel**, a Google Product Manager

Case 3:20-cv-06754-WHA   Document 791-2   Filed 06/01/23   Page 70 of 88

| '885 Patent<br>Claim 1 | **Non-Infringing Alternatives?** |  |
|---|---|---|

| '966 Patent<br>Claims<br>1, 2, 4, 6, 8 | **Non-Infringing Alternatives?** |  |

PDX2.70

# Technical Comparability

# Technical Comparability – Assignment



# Technical Comparability – Framework

- Must be **sufficiently related** to the case at hand

- Does <u>not</u> require **identity of circumstances**

- Necessarily involves an element of **approximation and uncertainty**

PDX2.73

# Technical Comparability – Materials Considered



| Sonos Patent Documents |
|---|
| • '885 and '966 Patents |
| • File Histories |
| • Claim Construction Material |



| IFTTT Materials |
|---|
| • IFTTT Documentation |
| • IFTTT Website |
| • Testing and Use |



# IFTTT Functionality





UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**TX0442**

3:20-cv-06754-WHA



PDX2.75

# IFTTT Functionality







UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

TX0442
3:20-cv-06754-WHA



PDX2.76

# IFTTT Functionality




IFTTT



PDX2.77

# IFTTT Functionality







UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

TX0442

3:20-cv-06754-WHA



IFTTT

PDX2.78

# Technical Comparability – Framework

- Must be **sufficiently related** to the case at hand

- Does <u>not</u> require **identity of circumstances**

- Necessarily involves an element of **approximation and uncertainty**

# Technical Comparability – Conclusion



# Technical Importance

# Technical Importance – Assignment

| '885 Patent<br>Claim 1 | Technical Importance? | ? |
|---|---|---|

| '966 Patent<br>Claims<br>1, 2, 4, 6, 8 | Technical Importance? | ? |
|---|---|---|

# Technical Importance – Materials Considered



## Sonos Patent Documents

- '885 and '966 Patents
- File History
- Claim Constructions





## Google Documents and Testimony

- Google Marketing Materials
- Google Promotional Materials
- Internal Documents / Emails
- Testimony of Google Witnesses

# Technical Importance – Conclusion

| **'885 Patent** Claim 1 | **Technical Importance?** |  |
|---|---|---|

| **'966 Patent** Claims 1, 2, 4, 6, 8 | **Technical Importance?** |  |
|---|---|---|

# Tomer Shekel



**Tomer Shekel**
Product Manager



Q. Would you say it's an important feature for the music playback to not be disturbed while you set up new groups?

A. In my opinion, if by setting a group, you'll now be stopping the music a person played, that would not be a great experience for that user.

Deposition of Tomer Shekel, 99:9-16

PDX2.85

# Tomer Shekel



**Tomer Shekel**
Product Manager



Q. Okay. So turning back to slide 18 of Exhibit 1255, would it be a poor user experience to limit speakers to just one group?

A. In -- in our -- in our approach, in the Google Cast approach, if we were to have only option that every speaker can only be part of one group, I -- I would think it's a – it's a poor user experience, yes.

Deposition of Tomer Shekel, 109:11-19

PDX2.86

# Tomer Shekel



**Tomer Shekel**
Product Manager



Q.  Would it be a poor user experience to kick speakers out of a prior group if they're added to a new group?

A.  I feel -- or my opinion at that time was that that would not be a good experience for how Google Cast works, for the reasons I highlighted before when you asked me about the benefits and why we chose this one. So yes, that would not be a good experience, or it will be poor, maybe more specifically.

Deposition of Tomer Shekel, 109:20-110:5

PDX2.87

Case No. 3:20-cv-06754-WHA
Related to Case No. 3:21-cv-07559-WHA

# **Sonos v. Google**

Dr. Kevin Almeroth