# ATTACHMENT 4

Case No. 3:20-cv-06754-WHA
Related to Case No. 3:21-cv-07559-WHA

# Sonos v. Google

Robert Lambourne

May 8, 2023

# Sonos Original Dynamic Grouping






PDX5.2

# Sonos Original Dynamic Grouping



PDX5.3

# Sonos's Original Dynamic Grouping





PDX5.4

# New Zone Scene Grouping



PDX5.5

# New Zone Scene Grouping



PDX5.6

# New Zone Scene Grouping




PDX5.7