# ATTACHMENT 5

Case No. 3:20-cv-06754-WHA
Related to Case No. 3:21-cv-07559-WHA

# **Sonos v. Google**

Nick Millington

May 8, 2023





PDX6.3









# Before Sonos





At 48





At 48

PDX6.8




At 51

PDX6.9



https://www.sonos.com/en-us/how-it-started

PDX6.10