# ATTACHMENT 8

Case No. 3:20-cv-06754-WHA
Related to Case No. 3:21-cv-07559-WHA

# Sonos v. Google

Ken Mackay

May 16, 2023





PDX11.2









PDX11.4