# ATTACHMENT 9

| Log Date Usec | Product Model | Device Count | Connected Count | Proportion of daily connected in US |
|---|---|---|---|---|
| 2022-11-10 | prince | 11674 | 339196 | 3.44% |
| 2022-11-09 | prince | 11429 | 338491 | 3.38% |
| 2022-11-08 | prince | 11211 | 337962 | 3.32% |



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
TX0140
3:20-cv-06754-WHA

PDX14.1