# ATTACHMENT 10

Case No. 3:20-cv-06754-WHA
Related to Case No. 3:21-cv-07559-WHA

# Sonos v. Google

Christopher Bakewell Cross

# IFTT Website







https://ifttt.com/applets/rRjAtSHM-music-button

PDX15.2