CLEMENT SETH ROBERTS (SBN 209203)
croberts@orrick.com
BAS DE BLANK (SBN 191487)
basdeblank@orrick.com
ALYSSA CARIDIS (SBN 260103)
acaridis@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:   +1 415 773 5700
Facsimile:   +1 415 773 5759

SEAN M. SULLIVAN (*pro hac vice*)
sullivan@ls3ip.com
MICHAEL P. BOYEA (*pro hac vice*)
boyea@ls3ip.com
COLE B. RICHTER (*pro hac vice*)
richter@ls3ip.com
LEE SULLIVAN SHEA & SMITH LLP
656 W Randolph St., Floor 5W
Chicago, IL 60661
Telephone:   +1 312 754 0002
Facsimile:   +1 312 754 0003

*Attorneys for Sonos, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA,

SAN FRANCISCO DIVISION

| | |
|---|---|
| SONOS, INC., <br><br> Plaintiff and Counter-defendant, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant and Counter-claimant. | Case No. 3:20-cv-06754-WHA <br><br> Consolidated with <br> Case No. 3:21-cv-07559-WHA <br><br> **SONOS, INC.'S NOTICE OF LODGING OF ADDITIONAL DEPOSITION TESTIMONY PLAYED VIA VIDEO AT TRIAL** <br><br> Judge: Hon. William Alsup <br> Courtroom: 12, 19th Floor <br> Trial Date: May 8, 2023 |

PLEASE TAKE NOTICE that Sonos, Inc. hereby lodges the below deposition testimony as presented and played via video during the trial in this matter held by the Honorable William Alsup:

Attachment 1 – Video clip reports of the deposition testimony of Tomer Shekel taken on November 23, 2022, as presented and played during the direct examination of James Malackowski on May 12, 2023:

| Date/Deponent | Page/Line | Trial Transcript |
|---|---|---|
| 11/23/2022 Tomer Shekel | 99:9-16 | 1121:17-19 |
| 11/23/2022 Tomer Shekel | 109:12-19 | 1121:20-22 |

Attachment 2 – Video clip reports of the deposition testimony of Kenneth MacKay taken on May 10, 2022 and January 25, 2023, as presented and played during the cross-examination of Kenneth MacKay on May 16, 2023:

| Date/Deponent | Page/Line | Trial Transcript |
|---|---|---|
| 5/10/2022 Kenneth MacKay | 117:16-20 (117:17-24 played) | 1276:15-21 |
| 5/10/2022 Kenneth MacKay | 95:13-20 | 1277:14-19 |
| 1/25/2023 Kenneth MacKay | 55:19-24 | 1287:16-19 |

Attachment 3 - Video clip reports of the deposition testimony of Dan Schonfeld taken on August 31, 2022 and February 3, 2023, as presented and played during the cross-examination of Dan Schonfeld on May 17, 2023:

| Date/Deponent | Page/Line | Trial Transcript |
|---|---|---|
| 2/3/2023 Dan Schonfeld | 44:18-45:12 | 1460:20-25 |
| 8/31/2022 Dan Schonfeld | 49:12-16 | 1462:4-6 |
| 8/31/2022 Dan Schonfeld | 51:4-8 | 1462:17-19 |
| 8/31/2022 Dan Schonfeld | 174:21-25 | 1476:14-16 |

| Date/Deponent | Page/Line | Trial Transcript |
|---|---|---|
| 8/31/2022 Dan Schonfeld | 175:1-10 | 1476:23-25 |
| 8/31/2022 Dan Schonfeld | 185:17-186:10 | 1477:18-20 |
| 8/31/2022 Dan Schonfeld | 216:12-217:2 | 1482:18-20 |
| 8/31/2022 Dan Schonfeld | 226:21-227:6 | 1484:25-1485:2 |

Attachment 4 – DVD containing excerpts of the deposition testimony of Tomer Shekel taken on November 23, 2022, as identified in Attachment 1, which will be manually filed with the Court.

Attachment 5 – DVD containing excerpts of the deposition testimony of Kenneth MacKay taken on May 10, 2022 and January 25, 2023, as identified in Attachment 2, which will be manually filed with the Court.

Attachment 6 - DVD containing excerpts of the deposition testimony of Dan Schonfeld taken on August 31, 2022 and February 3, 2023, as identified in Attachment 3, which will be manually filed with the Court.

Dated:  June 2, 2023

ORRICK HERRINGTON & SUTCLIFFE LLP
*and*
LEE SULLIVAN SHEA & SMITH LLP

By: */s/ Clement Seth Roberts*
      Clement Seth Roberts

*Attorneys for Sonos, Inc.*