# ATTACHMENT 1

# ST-9909

Designation List Report

 **Shekel, Tomer**  2022-11-22

| Sonos Affirmatives | 00:00:15 |
|---|---|
| **TOTAL RUN TIME** | **00:00:15** |



ID: ST-9909

**ST-9909**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 99:09 - 99:11 | **Shekel, Tomer 2022-11-22** | 00:00:06 | ST-9909.1 |
| | 99:09     MR. GROSBY: Q. Would you say it's an | | |
| | 99:10     important feature for the music playback to not be | | |
| | 99:11     disturbed while you set up new groups? | | |
| 99:13 - 99:16 | **Shekel, Tomer 2022-11-22** | 00:00:10 | ST-9909.2 |
| | 99:13     THE WITNESS: In my opinion, if by setting a | | |
| | 99:14     group, you'll now be stopping the music a person | | |
| | 99:15     played, that would not be a great experience for that | | |
| | 99:16     user. | | |

| | | |
|---|---|---|
| Sonos Affirmatives | 00:00:15 | |
| **TOTAL RUN TIME** | **00:00:15** | |

# ST-10912

Designation List Report

 **Shekel, Tomer**     **2022-11-22**

| Sonos Affirmatives | 00:00:18 |
|---|---|
| **TOTAL RUN TIME** | **00:00:18** |



**ID: ST-10912**

**ST-10912**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 109:12 - 109:13 | **Shekel, Tomer 2022-11-22** | 00:00:06 | ST-10912.1 |
| | 109:12 would it be a poor user experience to | | |
| | 109:13 limit speakers to just one group? | | |
| 109:15 - 109:19 | **Shekel, Tomer 2022-11-22** | 00:00:12 | ST-10912.2 |
| | 109:15 THE WITNESS: In -- in our -- in our | | |
| | 109:16 approach, in the Google Cast approach, if we were to | | |
| | 109:17 have only option that every speaker can only be part | | |
| | 109:18 of one group, I -- I would think it's a -- it's a poor | | |
| | 109:19 user experience, yes. | | |

| | |
|---|---|
| Sonos Affirmatives | 00:00:18 |
| **TOTAL RUN TIME** | **00:00:18** |