# ATTACHMENT 2

# MK-11717

Designation List Report

 **MacKay, Kenneth**          2022-05-10

| Cross Clips | 00:00:29 |
|---|---|
| **TOTAL RUN TIME** | **00:00:29** |



**ID: MK-11717**

**MK-11717**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 117:17 - 117:24 | **MacKay, Kenneth 2022-05-10** | 00:00:29 | MK-11717.1 |
| | 117:17  you | | |
| | 117:18  agree that a speaker group is something that is | | |
| | 117:19  saved by a user in advance of being launched? | | |
| | 117:20  A.  Well, again, the -- the group might never | | |
| | 117:21  be launched.  Like you might never cast to the | | |
| | 117:22  group.  So it's -- I would characterize it as -- a | | |
| | 117:23  static group is something that the user configures | | |
| | 117:24  and it's saved persistently. | | |

| | | | |
|---|---|---|---|
| Cross Clips | | 00:00:29 | |
| **TOTAL RUN TIME** | | **00:00:29** | |

# MK-9514

Designation List Report

 **MacKay, Kenneth**                                    2022-05-10

| Cross Clips | 00:00:23 |
|---|---|
| **TOTAL RUN TIME** | **00:00:23** |



**ID: MK-9514**

**MK-9514**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 95:14 - 95:20 | **MacKay, Kenneth 2022-05-10** | 00:00:23 | MK-9514.1 |
| | 95:14 focusing | | |
| | 95:15 specifically on -- on whichever player is currently | | |
| | 95:16 elected as the leader of a particular group, will | | |
| | 95:17 that player store in memory identifiers of each | | |
| | 95:18 device that is currently a follower of that group? | | |
| | 95:19 A. It stores information about the followers | | |
| | 95:20 that are currently connected to it. | | |

| | | | |
|---|---|---|---|
| Cross Clips | | 00:00:23 | |
| **TOTAL RUN TIME** | | **00:00:23** | |

# MK-5519

Designation List Report

 **Mackay, Ken**  2023-01-25

| | |
|---|---|
| Cross Clips | 00:00:15 |
| **TOTAL RUN TIME** | **00:00:15** |



**ID: MK-5519**

**MK-5519**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 55:19 - 55:22 | **Mackay, Ken 2023-01-25** | 00:00:13 | MK-5519.1 |
| | 55:19   Q.  BY MR. SHEA:  Right.  It's not going to -- the<br>55:20       StopCurrentApp() function in this case is not going to<br>55:21       cause any change to -- to the operational behavior of the<br>55:22       player; correct? | | |
| 55:24 - 55:24 | **Mackay, Ken 2023-01-25** | 00:00:02 | MK-5519.2 |
| | 55:24       THE WITNESS:  Yes. | | |

| | |
|---|---|
| Cross Clips | 00:00:15 |
| **TOTAL RUN TIME** | **00:00:15** |