# ATTACHMENT 3

# SD-4418

Designation List Report

 **Schonfeld, Dan**                                    **2023-02-03**

| Sonos Affirmatives | 00:01:20 |
|---|---|
| **TOTAL RUN TIME** | **00:01:20** |



**ID: SD-4418**

SD-4418

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 44:18 - 44:23 | **Schonfeld, Dan 2023-02-03** | 00:00:20 | SD-4418.1 |
| | 44:18  Q.  Dr. Schonfeld, I want to circle back to | | |
| | 44:19     your understanding of standalone mode. | | |
| | 44:20     If a player is paused, so if the audio is | | |
| | 44:21     paused on a player, is that player operating in | | |
| | 44:22     standalone mode in which it is configured to output | | |
| | 44:23     audio individually? | | |
| 44:25 - 45:05 | **Schonfeld, Dan 2023-02-03** | 00:00:27 | SD-4418.2 |
| | 44:25     THE WITNESS:  So I would have to know the | | |
| | 45:01     context of such a hypothetical situation.  I'm not | | |
| | 45:02     sure exactly what you mean by "paused." | | |
| | 45:03     My view in general is that to operate in | | |
| | 45:04     standalone mode, you actually have to be playing | | |
| | 45:05     audio individually. | | |
| 45:06 - 45:12 | **Schonfeld, Dan 2023-02-03** | 00:00:33 | SD-4418.3 |
| | 45:06     And I would say that if you were paused, I | | |
| | 45:07     would probably not consider it to be operating in | | |
| | 45:08     standalone mode.  The only thing I would say is that | | |
| | 45:09     it is possible such a situation could arise, I | | |
| | 45:10     just -- I don't have enough information about such a | | |
| | 45:11     hypothetical.  So I wouldn't be able to answer it in | | |
| | 45:12     the abstract. | | |

| | | |
|---|---|---|
| | Sonos Affirmatives | 00:01:20 |
| | **TOTAL RUN TIME** | **00:01:20** |

# SD-4912

Designation List Report

 **Schonfeld, Dan**     2022-08-31

| Sonos Affirmatives | 00:00:09 |
|---|---|
| **TOTAL RUN TIME** | **00:00:09** |



**ID: SD-4912**

**SD-4912**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 49:12 - 49:13 | **Schonfeld, Dan 2022-08-31** | 00:00:07 | SD-4912.1 |
| | 49:12    Q.  In order to meet the standalone mode, | | |
| | 49:13         does the zone player have to be playing audio? | | |
| 49:15 - 49:16 | **Schonfeld, Dan 2022-08-31** | 00:00:02 | SD-4912.2 |
| | 49:15         THE DEPONENT:  That's not my | | |
| | 49:16         understanding. | | |

| | | |
|---|---|---|
| Sonos Affirmatives | 00:00:09 | |
| **TOTAL RUN TIME** | **00:00:09** | |

# SD-5104

Designation List Report

 **Schonfeld, Dan**   2022-08-31

| Sonos Affirmatives | 00:00:20 |
|---|---|
| **TOTAL RUN TIME** | **00:00:20** |



**ID: SD-5104**

**SD-5104**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 51:04 - 51:08 | **Schonfeld, Dan 2022-08-31** | 00:00:20 | SD-5104.1 |
| | 51:04　Q.　What does it mean for a player to be<br>51:05　　　configured to play back audio individually?<br>51:06　A.　That it is not configured to play as part<br>51:07　　　of the group, which is precisely what the<br>51:08　　　non-infringing alternative contemplates. | | |

| | | |
|---|---|---|
| Sonos Affirmatives | 00:00:20 | |
| **TOTAL RUN TIME** | **00:00:20** | |

# SD-17421

Designation List Report

 **Schonfeld, Dan**　　　　　　　　　　　　　　　　**2022-08-31**

| Sonos Affirmatives | 00:00:09 |
|---|---|
| **TOTAL RUN TIME** | **00:00:09** |



**ID: SD-17421**

**SD-17421**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 174:21 - 174:25 | **Schonfeld, Dan 2022-08-31** | 00:00:09 | SD-17421.1 |
| | 174:21  Q.  So in the -- yeah, in the actual Sonos | | |
| | 174:22       prior art system, that zone group is activated for | | |
| | 174:23       synchronous playback at the time of creation, | | |
| | 174:24       correct? | | |
| | 174:25  A.  That's my understanding. | | |

| Sonos Affirmatives | 00:00:09 |
|---|---|
| **TOTAL RUN TIME** | **00:00:09** |

# SD-17501

Designation List Report

 **Schonfeld, Dan**  2022-08-31

| Sonos Affirmatives | 00:00:30 |
|---|---|
| **TOTAL RUN TIME** | **00:00:30** |



**ID: SD-17501**

**SD-17501**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 175:01 - 175:05 | **Schonfeld, Dan 2022-08-31** | 00:00:07 | SD-17501.1 |
| | 175:01  Q.  And so the zone group is not predefined | | |
| | 175:02       in advance of being invoked or activated, correct? | | |
| | 175:03  A.  In advance of what?  I missed the bottom | | |
| | 175:04       part. | | |
| | 175:05  Q.  In advance of being invoked or activated. | | |
| 175:07 - 175:10 | **Schonfeld, Dan 2022-08-31** | 00:00:22 | SD-17501.2 |
| | 175:07       THE DEPONENT:  The -- the formation of | | |
| | 175:08       the group and the invocation and the selection and | | |
| | 175:09       the invo- -- and the invocation are contemporaneous | | |
| | 175:10       based on the prior art system. | | |

| | | |
|---|---|---|
| Sonos Affirmatives | 00:00:30 | |
| **TOTAL RUN TIME** | **00:00:30** | |

# SD-18517

Designation List Report

 **Schonfeld, Dan**               **2022-08-31**

| Sonos Affirmatives | 00:01:19 |
|---|---|
| **TOTAL RUN TIME** | **00:01:19** |



**ID: SD-18517**

SD-18517

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 185:17 - 186:10 | **Schonfeld, Dan 2022-08-31** | 00:01:19 | SD-18517.1 |
| | 185:17  Q.  (By Mr. Smith)  Yeah, but again -- | | |
| | 185:18      just -- just focusing on the actual operation of | | |
| | 185:19      Sonos prior art system, whether it's a normal zone | | |
| | 185:20      group or a Party Mode, regardless, the indication | | |
| | 185:21      is not received before the zone scene is selected | | |
| | 185:22      for invocation, correct? | | |
| | 185:23  A.  That is -- that is correct for Party | | |
| | 185:24      Mode.  It's a little different in the sense that | | |
| | 185:25      each indication comes with the invocation, and so | | |
| | 186:01      you have multiple indications and multiple | | |
| | 186:02      invocations where this -- and so, in that respect, | | |
| | 186:03      for -- for the given -- a given SetAVTransportURI | | |
| | 186:04      SOAP message for Party Mode, it does not arrive | | |
| | 186:05      before the indication.  But there are potentially | | |
| | 186:06      prior such SetAVTransportURI SOAP action messages | | |
| | 186:07      that have been received because of prior | | |
| | 186:08      invocations of Party Mode.  So to the extent | | |
| | 186:09      that -- that you've viewed those as indications as | | |
| | 186:10      well, those would be received prior. | | |

| Sonos Affirmatives | 00:01:19 |
|---|---|
| **TOTAL RUN TIME** | **00:01:19** |

# SD-21612

Designation List Report

**Schonfeld, Dan**  2022-08-31



| Sonos Affirmatives | 00:00:58 |
|---|---|
| **TOTAL RUN TIME** | **00:00:58** |



ID: SD-21612

**SD-21612**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 216:12 - 217:02 | **Schonfeld, Dan 2022-08-31** | 00:00:58 | SD-21612.1 |
| | 216:12  Q.  (By Mr. Smith)  And you're aware that | | |
| | 216:13       none of the Squeezebox devices have firmware that | | |
| | 216:14       was released prior to the priority date for the | | |
| | 216:15       '885 patent, correct? | | |
| | 216:16  A.  I am aware, but I realize that the | | |
| | 216:17       operation was no different from the earlier | | |
| | 216:18       Squeezeboxes that I was un- -- unable to obtain, | | |
| | 216:19       and the operation is consistent with the | | |
| | 216:20       SoftSqueeze software that -- that was -- that did | | |
| | 216:21       predate the -- that -- the critical date in this | | |
| | 216:22       case, and, therefore, I agree that they -- the | | |
| | 216:23       Squeezeboxes themselves are after the -- are after | | |
| | 216:24       the critical date but not necessarily the -- but | | |
| | 216:25       their operation reflects exactly what was happening | | |
| | 217:01       in the earlier Squeezeboxes that would have been | | |
| | 217:02       available prior to that date. | | |

| | |
|---|---|
| Sonos Affirmatives | 00:00:58 |
| **TOTAL RUN TIME** | **00:00:58** |

# SD-22621

Designation List Report

 **Schonfeld, Dan**   2022-08-31

| Sonos Affirmatives | 00:00:23 |
|---|---|
| **TOTAL RUN TIME** | **00:00:23** |



**ID: SD-22621**

**SD-22621**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 226:21 - 226:25 | **Schonfeld, Dan 2022-08-31** | 00:00:10 | SD-22621.1 |
| | 226:21  Q.  You agree, though, that there's no | | |
| | 226:22       message that's sent from one of the Squeezebox | | |
| | 226:23       players to the other Squeezebox players that gets | | |
| | 226:24       routed through the server, correct? | | |
| | 226:25  A.  Well, the server -- | | |
| 227:02 - 227:06 | **Schonfeld, Dan 2022-08-31** | 00:00:13 | SD-22621.2 |
| | 227:02       THE DEPONENT:  So the server is not a | | |
| | 227:03       router.  So by virtue of the fact that it's not a | | |
| | 227:04       router, nothing gets routed through it.  So I agree | | |
| | 227:05       that it's not a router and, therefore, nothing gets | | |
| | 227:06       routed through. | | |

| | | | |
|---|---|---|---|
| | Sonos Affirmatives | 00:00:23 | |
| | **TOTAL RUN TIME** | **00:00:23** | |