# ATTACHMENTS 4-6

| | |
|---|---|
| 1 | CLEMENT SETH ROBERTS (SBN 209203) |
|   | croberts@orrick.com |
| 2 | BAS DE BLANK (SBN 191487) |
|   | basdeblank@orrick.com |
| 3 | ALYSSA CARIDIS (SBN 260103) |
|   | acaridis@orrick.com |
| 4 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
|   | The Orrick Building |
| 5 | 405 Howard Street |
|   | San Francisco, CA 94105-2669 |
| 6 | Telephone:    +1 415 773 5700 |
|   | Facsimile:    +1 415 773 5759 |
| 7 | |
|   | SEAN M. SULLIVAN (*pro hac vice*) |
| 8 | sullivan@ls3ip.com |
|   | MICHAEL P. BOYEA (*pro hac vice*) |
| 9 | boyea@ls3ip.com |
|   | COLE B. RICHTER (*pro hac vice*) |
| 10 | richter@ls3ip.com |
|   | LEE SULLIVAN SHEA & SMITH LLP |
| 11 | 656 W Randolph St., Floor 5W |
|   | Chicago, IL 60661 |
| 12 | Telephone:    +1 312 754 0002 |
|   | Facsimile:    +1 312 754 0003 |
| 13 | |
| 14 | *Attorneys for Sonos, Inc.* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA,

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 19 | SONOS, INC., | Case No. 3:20-cv-06754-WHA |
| 20 | Plaintiff and Counter-defendant, | Consolidated with |
|    |  | Case No. 3:21-cv-07559-WHA |
| 21 | v. |  |
| 22 | GOOGLE LLC, | **SONOS, INC.'S MANUAL FILING NOTIFICATION RE NOTICE OF LODGING OF ADDITIONAL DEPOSITION TESTIMONY PLAYED VIA VIDEO AT TRIAL** |
| 23 | Defendant and Counter-claimant. |  |
| 24 |  | Judge: Hon. William Alsup |
| 25 |  | Courtroom: 12, 19th Floor |
|    |  | Trial Date: May 8, 2023 |

SONOS'S MANUAL FILING NOTIFICATION
3:20-CV-06754-WHA

**MANUAL FILING NOTIFICATION**

Regarding:

- DVD containing Attachment 4 to Sonos, Inc's Notice of Lodging of Additional Deposition Testimony Played via Video at Trial ("Notice of Lodging");
- DVD containing Attachment 5 to Sonos, Inc's Notice of Lodging;
- DVD containing Attachment 6 to Sonos, Inc's Notice of Lodging.

This filing is in paper or physical form only and is being maintained in the case file in the Clerk's office.

If you are a participant on this case, this filing will be served in hard-copy shortly.

For information on retrieving this filing directly from the Court, please see the Court's main website at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not efiled for the following reason(s):

____ Voluminous Document (PDF file size larger than efiling system allowances)

____ Physical Object (description): _____

_X_ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

____ Item Under Seal

____ Conformance with the Judicial Conference Privacy Policy (General Order 53)

____ Other (description): _____

Dated:  June 2, 2023

ORRICK HERRINGTON & SUTCLIFFE LLP
*and*
LEE SULLIVAN SHEA & SMITH LLP

By: */s/ Clement Seth Roberts*
   Clement Seth Roberts

*Attorneys for Sonos, Inc.*

**PROOF OF SERVICE BY PERSONAL DELIVERY**

I am more than eighteen years old and not a party to this action. My business address is Orrick, Herrington & Sutcliffe LLP, 1000 Marsh Road, Menlo Park, California 94025-1015.

On June 2, 2023, I served true and correct copies of the following documents:

**SONOS, INC.'S MANUAL FILING NOTIFICATION RE NOTICE OF LODGING OF ADDITIONAL DEPOSITION TESTIMONY PLAYED VIA VIDEO AT TRIAL; AND ATTACHMENTS 4-6.**

on the interested parties in this action by hand delivery to the following address:

> Sean S. Pak
> QUINN EMANUEL URQUHART
> & SULLIVAN, LLP
> 50 California Street, 22nd Floor
> San Francisco, CA 94111
>
> Attorneys for GOOGLE LLC

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on June 2, 2023, at San Francisco, California.

_____
Matthew Bonini