CLEMENT SETH ROBERTS (SBN 209203)
croberts@orrick.com
BAS DE BLANK (SBN 191487)
basdeblank@orrick.com
ALYSSA CARIDIS (SBN 260103)
acaridis@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:  +1 415 773 5700
Facsimile:  +1 415 773 5759

SEAN M. SULLIVAN (*pro hac vice*)
sullivan@ls3ip.com
MICHAEL P. BOYEA (*pro hac vice*)
boyea@ls3ip.com
COLE B. RICHTER (*pro hac vice*)
richter@ls3ip.com
LEE SULLIVAN SHEA & SMITH LLP
656 W Randolph St., Floor 5W
Chicago, IL 60661
Telephone:  +1 312 754 0002
Facsimile:  +1 312 754 0003

*Attorneys for Sonos, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA,

SAN FRANCISCO DIVISION

| | |
|---|---|
| SONOS, INC.,<br><br>   Plaintiff and Counter-defendant,<br><br>v.<br><br>GOOGLE LLC,<br><br>   Defendant and Counter-claimant. | Case No. 3:20-cv-06754-WHA<br><br>Consolidated with<br>Case No. 3:21-cv-07559-WHA<br><br>**SONOS, INC.'S MANUAL FILING NOTIFICATION RE NOTICE OF LODGING OF ADDITIONAL DEPOSITION TESTIMONY PLAYED VIA VIDEO AT TRIAL**<br><br>Judge: Hon. William Alsup<br>Courtroom: 12, 19th Floor<br>Trial Date: May 8, 2023 |

**MANUAL FILING NOTIFICATION**

Regarding:

- DVD containing Attachment 4 to Sonos, Inc's Notice of Lodging of Additional Deposition Testimony Played via Video at Trial ("Notice of Lodging");
- DVD containing Attachment 5 to Sonos, Inc's Notice of Lodging;
- DVD containing Attachment 6 to Sonos, Inc's Notice of Lodging.

This filing is in paper or physical form only and is being maintained in the case file in the Clerk's office.

If you are a participant on this case, this filing will be served in hard-copy shortly.

For information on retrieving this filing directly from the Court, please see the Court's main website at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not efiled for the following reason(s):

____ Voluminous Document (PDF file size larger than efiling system allowances)

____ Physical Object (description): _____

_X_  Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

____ Item Under Seal

____ Conformance with the Judicial Conference Privacy Policy (General Order 53)

____ Other (description): _____

Dated: June 2, 2023

ORRICK HERRINGTON & SUTCLIFFE LLP
*and*
LEE SULLIVAN SHEA & SMITH LLP

By: */s/ Clement Seth Roberts*
Clement Seth Roberts

*Attorneys for Sonos, Inc.*

**PROOF OF SERVICE BY PERSONAL DELIVERY**

I am more than eighteen years old and not a party to this action. My business address is Orrick, Herrington & Sutcliffe LLP, 1000 Marsh Road, Menlo Park, California 94025-1015.

On June 2, 2023, I served true and correct copies of the following documents:

**SONOS, INC.'S MANUAL FILING NOTIFICATION RE NOTICE OF LODGING OF ADDITIONAL DEPOSITION TESTIMONY PLAYED VIA VIDEO AT TRIAL; AND ATTACHMENTS 4-6.**

on the interested parties in this action by hand delivery to the following address:

> Sean S. Pak
> QUINN EMANUEL URQUHART
> & SULLIVAN, LLP
> 50 California Street, 22nd Floor
> San Francisco, CA 94111
>
> Attorneys for GOOGLE LLC

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on June 2, 2023, at San Francisco, California.

_____
Matthew Bonini