UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GOOGLE LLC,<br><br>    Plaintiff and Counter-Defendant,<br><br>  vs.<br><br>SONOS, INC.,<br><br>    Defendant and Counter-Plaintiff. | CASE NO. 3:20-cv-06754-WHA<br>Related to CASE NO. 3:21-cv-07559<br><br>[PROPOSED] ORDER GRANTING GOOGLE LLC'S **UNOPPOSED** MOTION FOR LEAVE TO FILE RESPONSE TO SONOS'S REPLY TO THE COURT'S REQUEST FOR FURTHER BRIEFING |

1  Before the Court is Google LLC's Unopposed Motion for Leave to File its Response to
2  Sonos's Reply to the Court's Request for Further Briefing (Dkt. 789) ("Motion"). Having
3  reviewed the Motion, and good cause appearing therefor, this Court concludes that the Motion
4  should be, and is hereby, **GRANTED**.

5  **IT IS SO ORDERED.**

8  DATED: June 2, 2023.

_____
The Honorable William Alsup
United States District Court Judge