Pages 1 - 11

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Before The Honorable William H. Alsup, Judge

SONOS, INC.,                    )
                                )
          Plaintiff and         )
Counter-Defendant,              )
                                )
  VS.                           )    **NO. C 20-6754 WHA**
                                )Related Case No. **C 21-07559 WHA**
GOOGLE, LLC,                    )
                                )
          Defendant and         )
Counter-Claimant.               )
_____ )

San Francisco, California

**MASTER INDEX**

**APPEARANCES**:

For Plaintiff/Counter-Defendant:

                    ORRICK, HERRINGTON & SUTCLIFFE LLP
                    The Orrick Building
                    405 Howard Street
                    San Francisco, California  94105
               BY:  **CLEMENT S. ROBERTS, ATTORNEY AT LAW**
                    **ELIZABETH R. MOULTON, ATTORNEY AT LAW**

                    ORRICK, HERRINGTON & SUTCLIFFE LLP
                    777 South Figueroa Street, Suite 3200
                    Los Angeles, California 90017
               BY:  **ALYSSA M. CARIDIS, ATTORNEY AT LAW**
                    **GEOFFREY G. MOSS, ATTORNEY AT LAW**

          **(APPEARANCES CONTINUED ON FOLLOWING PAGE)**

REPORTED BY:  Marla F. Knox, CSR No. 14421, RPR, CRR, RMR
              United States District Court - Official Reporter

**APPEARANCES**:  (CONTINUED)

For Plaintiff/Counter-Defendant:

                LEE SULLIVAN SHEA & SMITH LLP
                656 West Randolph Street
                Floor 5W
                Chicago, Illinois 60661
      BY:  **DAVID R. GROSBY, ATTORNEY AT LAW**
            **SEAN M. SULLIVAN, ATTORNEY AT LAW**
            **COLE B. RICHTER, ATTORNEY AT LAW**
            **JOHN DAN SMITH, III, ATTORNEY AT LAW**

                ORRICK, HERRINGTON & SUTCLIFFE LLP
                51 West 52nd Street
                New York, New York  10019
      BY:  **JOSEPH R, KOLKER, ATTORNEY AT LAW**

For Defendant/Counter-Claimant:

                QUINN, EMANUEL, URQUHART & SULLIVAN LLP
                50 California Street, 22nd Floor
                San Francisco, California 94111
      BY:  **SEAN PAK, ATTORNEY AT LAW**
            **MELISSA J. BAILY, ATTORNEY AT LAW**
            **JAMES D. JUDAH, ATTORNEY AT LAW**
            **LINDSAY COOPER, ATTORNEY AT LAW**
            **IMAN LORDGOOEI, ATTORNEY AT LAW**
            **JASON C. WILLIAMS, ATTORNEY AT LAW**


Also Present:        **Kevin MacKay, Google Representative**
                 **Alaina Kwasizur, Sonos Representative**

```
1                            I N D E X

2   Thursday, May 4, 2023 - Volume 1

3   Monday, May 8, 2023 - Volume 2

4   Tuesday, May 9, 2023 - Volume 3

5   Wednesday, May 10, 2023 - Volume 4

6   Thursday, May 11, 2023 - Volume 5

7   Friday, May 12, 2023 - Volume 6

8   Tuesday, May 16, 2023 - Volume 7

9   Wednesday, May 17, 2023 - Volume 8

10  Wednesday, May 18, 2023 - Volume 9

11  Friday, May 19, 2023 - Volume 10

12  Wednesday, May 24, 2023 - Volume 11

13  Friday, May 26, 2023 - Volume 12
```

|                                                | PAGE | VOL. |
|------------------------------------------------|------|------|
| Jury Voir Dire                                 | 23   | 1    |
| Jury Instructions                              | 206  | 2    |
| Opening Statement by Mr. Sullivan              | 212  | 2    |
| Opening Statement by Mr. Pak                   | 228  | 2    |
| Opening Statement by Mr. Pak                   | 645  | 4    |
| Opening Statement by Mr. Sullivan              | 648  | 4    |
| Plaintiff Rests                                | 1237 | 7    |
| Defendant Rests                                | 1623 | 8    |
| Plaintiff and Defendant Rests Rebuttal Case    | 1726 | 9    |
| Charging Conference                            | 1769 | 10   |
| Jury Instructions                              | 1801 | 10   |
| Closing Argument by Mr. Sullivan               | 1810 | 10   |
| Closing Argument by Mr. Pak                    | 1851 | 10   |
| Rebuttal Argument by Mr. Sullivan              | 1892 | 10   |
| Rebuttal Argument by Mr. Pak                   | 1900 | 10   |
| Final Jury Instructions                        | 1911 | 10   |
| Hearing re Rule 50                             | 1952 | 11   |
| Jury Question 1                                | 2039 | 12   |
| Jury Question 2                                | 2041 | 12   |
| Jury Question 3                                | 2047 | 12   |
| Verdict                                        | 2051 | 12   |

| PLAINTIFF'S WITNESSES | PAGE | VOL. |
|---|---|---|
| **MILLINGTON, NICHOLAS** | | |
| (SWORN) | 257 | 2 |
| Direct Examination by Mr. Sullivan | 259 | 2 |
| Cross-Examination by Mr. Lordgooei | 322 | 2 |
| | | |
| **NICHOLAS, MILLINGTON (RECALLED)** | | |
| (PREVIOUSLY SWORN) | 400 | 3 |
| Cross-Examination resumed by Mr. Lordgooei | 400 | 3 |
| | | |
| **LAMBOURNE, ROBERT** | | |
| (SWORN) | 414 | 3 |
| Direct Examination by Ms. Caridis | 414 | 3 |
| Cross-Examination by Mr. Pak | 480 | 3 |
| | | |
| **LAMBOURNE, ROBERT (RECALLED)** | | |
| (PREVIOUSLY SWORN) | 608 | 4 |
| Cross-Examination resumed by Mr. Pak | 608 | 4 |
| Redirect Examination by Ms. Caridis | 612 | 4 |
| Recross-Examination by Mr. Pak | 628 | 4 |
| | | |
| **SHEKEL, TOMER** | | |
| By Videotaped Deposition (not reported) | 659 | 4 |
| | | |
| **PEDRO, JUSTIN** | | |
| By Videotaped Deposition (not reported) | 660 | 4 |
| | | |
| **KENNETH, MACKAY** | | |
| By Videotaped Deposition (not reported) | 663 | 4 |
| | | |
| **MACKAY, KENNETH** | | |
| By Videotaped Deposition (not reported) | 672 | 4 |
| | | |
| **MACKAY, KENNETH** | | |
| By Videotaped Deposition (not reported) | 677 | 4 |
| | | |
| **ALMEROTH, KEVIN** | | |
| (SWORN) | 678 | 4 |
| Direct Examination by Mr. Shea | 679 | 4 |
| | | |
| **ALMEROTH, KEVIN (RECALLED)** | | |
| (PREVIOUSLY SWORN) | 765 | 5 |
| Direct Examination resumed by Mr. Shea | 766 | 5 |
| Cross-Examination by Mr. Pak | 845 | 5 |
| Redirect Examination by Mr. Shea | 932 | 5 |

## I N D E X

| PLAINTIFF'S WITNESSES | PAGE | VOL. |
|---|---|---|
| **ALMEROTH, KEVIN (RECALLED)** | | |
| (PREVIOUSLY SWORN) | 987 | 6 |
| Recross-Examination by Mr. Pak | 988 | 6 |
| **KOWALSKI, TIMOTHY** | | |
| By Video Deposition (not reported) | 1008 | 6 |
| **KWASIZUR, ALAINA** | | |
| (SWORN) | 1009 | 6 |
| Direct Examination by Mr. Richter | 1010 | 6 |
| Cross-Examination by Ms. Baily | 1061 | 6 |
| Redirect Examination by Mr. Richter | 1079 | 6 |
| Recross-Examination by Ms. Baily | 1083 | 6 |
| **MALACKOWSKI, JAMES EDWARD** | | |
| (SWORN) | 1086 | 6 |
| Direct Examination by Ms. Caridis | 1087 | 6 |
| Cross-Examination by Ms. Baily | 1146 | 6 |
| **MALACKOWSKI, JAMES (RECALLED)** | | |
| (PREVIOUSLY SWORN) | 1210 | 7 |
| Cross-Examination resumed by Ms. Baily | 1210 | 7 |
| Redirect Examination by Ms. Caridis | 1217 | 7 |
| Recross-Examination by Ms. Baily | 1231 | 7 |
| **CHAN, CHRISTOPHER** | | |
| By Video Deposition (not reported) | 1236 | 7 |
| **ALMEROTH, KEVIN (RECALLED IN REBUTTAL)** | | |
| (PREVIOUSLY SWORN) | 1649 | 9 |
| Direct Examination by Mr. Shea | 1650 | 9 |
| Cross-Examination by Mr. Pak | 1690 | 9 |
| Redirect Examination by Mr. Shea | 1708 | 9 |
| Recross-Examination by Mr. Pak | 1714 | 9 |
| Further Redirect Examination by Mr. Shea | 1717 | 9 |
| | | |
| DEFENDANT'S WITNESSES | PAGE | VOL. |
| **MACKAY, KENNETH JOHN** | | |
| (SWORN) | 1241 | 7 |
| Direct Examination by Mr. Pak | 1242 | 7 |
| Cross-Examination by Mr. Smith | 1283 | 7 |
| Redirect Examination by Mr. Pak | 1296 | 7 |

```
 1                          I N D E X

 2   DEFENDANT'S WITNESSES                        PAGE   VOL.

 3   Recross-Examination by Mr. Smith             1301    7

 4   MACLELLAN, TAVIS ALEXANDER
       (SWORN)                                    1303    7
 5   Direct Examination by Mr. Williams           1303    7
     Cross-Examination by Mr. Moss                1313    7
 6
     PEDRO, JUSTIN MANUEL
 7     (SWORN)                                    1314    7
     Direct Examination by Mr. Lordgooei          1314    7
 8   Cross-Examination by Mr. Grosby              1327    7

 9   SCHONFELD, DAN
       (SWORN)                                    1329    7
10   Direct Examination by Mr. Pak                1329    7

11   SCHONFELD, DAN (RECALLED)
       (PREVIOUSLY SWORN)                         1423    8
12   Direct Examination resumed by Mr. Pak        1425    8
     Cross-Examination by Mr. Roberts             1468    8
13   Redirect Examination by Mr. Pak              1509    8
     Recross-Examination by Mr. Roberts           1518    8
14
     CHAN, CHRISTOPHER
15     (SWORN)                                    1520    8
     Direct Examination by Ms. Baily              1521    8
16   Cross-Examination by Mr. Richter             1533    8

17   BAKEWELL, WILLIAM CHRISTOPHER
       (SWORN)                                    1549    8
18   Direct Examination by Ms. Baily              1550    8
     Cross-Examination by Ms. Caridis             1585    8
19   Redirect Examination by Ms. Baily            1616    8

20   SCHONFELD, DAN (RECALLED IN REBUTTAL)
       (PREVIOUSLY SWORN)                         1721    9
21   Direct Examination by Mr. Pak                1721    9
     Cross-Examination by Mr. Shea                1724    9
22

23

24

25
```

# **I N D E X**

## **E X H I B I T S**

| TRIAL EXHIBITS | IDEN | EVID | VOL. |
|---|---|---|---|
| 1 | | 766 | 5 |
| 3 | | 766 | 5 |
| 4 | | 876 | 5 |
| 6 | | 886 | 5 |
| 006 | | 1505 | 8 |
| TX36 | | 675 | 4 |
| TX38 | | 675 | 4 |
| TX41 | | 675 | 4 |
| TX43 | | 675 | 4 |
| TX44 | | 675 | 4 |
| TX45 | | 676 | 4 |
| TX48 | | 676 | 4 |
| TX62 | | 661 | 4 |
| 62 | | 327 | 2 |
| 63 | | 328 | 2 |
| TX78 | | 662 | 4 |
| TX81 | | 662 | 4 |
| TX82 | | 662 | 4 |
| TX84 | | 662 | 4 |
| PX100 | | 286 | 2 |
| 115 | | 832 | 5 |

**I N D E X**

**E X H I B I T S**

| **TRIAL EXHIBITS** | **IDEN** | **EVID** | **VOL.** |
|---|---|---|---|
| TX120 | | 450 | 3 |
| TX125 | | 659 | 4 |
| 128 | | 1236 | 7 |
| 130 | | 1237 | 7 |
| 138 | | 1237 | 7 |
| 139 | | 1237 | 7 |
| 140 | | 1530 | 8 |
| TX155 | | 677 | 4 |
| TX156 | | 677 | 4 |
| 158 | | 1606 | 8 |
| TX308 | | 281 | 2 |
| TX344 | | 310 | 2 |
| 347 | | 372 | 2 |
| TX359 | | 315 | 2 |
| TX440 | | 708 | 4 |
| 441 | | 785 | 5 |
| 442 | | 834 | 5 |
| TX458 | | 317 | 2 |
| TX459 | | 319 | 2 |
| TX464 | | 711 | 4 |
| TX466 | | 706 | 4 |

**I N D E X**

**E X H I B I T S**

| TRIAL EXHIBITS | IDEN | EVID | VOL. |
|---|---|---|---|
| TX467 | | 320 | 2 |
| TX468 | | 319 | 2 |
| TX2424 | | 560 | 3 |
| 2425 | | 1711 | 9 |
| TX2425 | | 558 | 3 |
| 2426 | | 1350 | 7 |
| 2508 | | 1454 | 8 |
| 2625 | | 1466 | 8 |
| 2651 | | 1715 | 9 |
| 2673 | | 1508 | 8 |
| 2674 | | 1507 | 8 |
| 2676 | | 1502 | 8 |
| TX2831 | | 568 | 3 |
| 3007 | | 1456 | 8 |
| 3509 | | 1523 | 8 |
| 3698 | | 1436 | 8 |
| 3786 | | 1526 | 8 |
| 3787 | | 1524 | 8 |
| 3808 | | 1453 | 8 |
| TX3840 | | 284 | 2 |
| 3923 | | 1392 | 7 |

**I N D E X**

**E X H I B I T S**

| TRIAL EXHIBITS | IDEN | EVID | VOL. |
|---|---|---|---|
| 3928 | | 1638 | 9 |
| TX3930 | | 544 | 3 |
| TX3937 | | 570 | 3 |
| TX3941 | | 554 | 3 |
| 6000 | | 1358 | 7 |
| 6016 | | 1217 | 7 |
| 6130 as amended | | 1037 | 6 |
| 6136 as amended | | 1051 | 6 |
| 6292 | | 842 | 5 |
| 6353 | | 1540 | 8 |
| 6453 | | 794 | 5 |
| 6454 | | 1247 | 7 |
| 6513 | | 1447 | 8 |
| TX6539 | | 446 | 3 |
| TX6544 | | 469 | 3 |
| TX6545 | | 465 | 3 |
| TX6609 | | 564 | 3 |
| 6612 | | 841 | 5 |
| 6631 | | 1027 | 6 |
| 6632 | | 1023 | 6 |
| 6698 | | 767 | 5 |

**I N D E X**

**E X H I B I T S**

| TRIAL EXHIBITS | IDEN | EVID | VOL. |
|---|---|---|---|
| 6721 | | 1021 | 6 |
| TX6730 | | 295 | 2 |
| TX6780 | | 479 | 3 |
| 6787 | | 1713 | 9 |
| 6788 | | 1689 | 9 |
| TX6795 | | 272 | 2 |
| 6958 | | 1685 | 9 |
| TX6973 | | 419 | 3 |
| TX6974 | | 292 | 2 |
| TX6979 | | 289 | 2 |
| TX6982 | | 270 | 2 |
| TX6991 | | 425 | 3 |
| TX7200 | | 265 | 2 |
| TX7214 | | 298 | 2 |
| TX8236 | | 441 | 3 |
| 8237 | | 304 | 2 |
| TX8238 | | 305 | 2 |
| TX8239 | | 477 | 3 |
| 8240 | | 1008 | 6 |