QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Charles K. Verhoeven (Bar No. 170151)
  charlesverhoeven@quinnemanuel.com
  Melissa Baily (Bar No. 237649)
  melissabaily@quinnemanuel.com
  James Judah (Bar No. 257112)
  jamesjudah@quinnemanuel.com
  Lindsay Cooper (Bar No. 287125)
  lindsaycooper@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:     (415) 875-6600
Facsimile:     (415) 875-6700

  Marc Kaplan *(pro hac vice)*
  marckaplan@quinnemanuel.com
191 N. Wacker Drive, Ste 2700
Chicago, Illinois 60606
Telephone:     (312) 705-7400
Facsimile:     (312) 705-7401

*Attorneys for GOOGLE LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GOOGLE LLC,<br><br>  Plaintiff,<br><br>  vs.<br><br>SONOS, INC.,<br><br>  Defendant. | CASE NO. 3:20-cv-06754-WHA<br>Related to CASE NO. 3:21-cv-07559<br><br>**DECLARATION OF BRITTANY RUYAK IN SUPPORT OF GOOGLE LLC'S RESPONSE TO COURT'S REQUEST RE PRIORITY DATE** |

I, Brittany Ruyak, declare and state as follows:

1. I am an attorney licensed to practice in the State of Texas and am admitted *pro hac vice* in this matter. I am an associate at Quinn Emanuel Urquhart & Sullivan LLC representing Google LLC ("Google") in this matter. I make this declaration in support of Google's Response to this Court's request for briefing on the asserted patents' priority date. If called as a witness, I could and would testify competently to the information contained herein.

2. Attached as Exhibit A is a true and accurate excerpt of Google's Invalidity Contentions, dated December 6, 2021.

3. Attached as Exhibit B is a true and accurate excerpt of Dr. Schonfeld's June 22, 2022 Report.

4. Attached as Exhibit C is a true and accurate excerpt of Dr. Schonfeld's November 30, 2022 Report.

5. Attached as Exhibit D is a true and accurate email exchange between counsel for Google and Sonos from May 1, 2023 to May 5, 2023.

I declare under penalty of perjury that to the best of my knowledge the foregoing is true and correct. Executed on June 6, 2023, in Austin, Texas.

DATED: June 6, 2023

By: */s/ Brittany Ruyak*
    Brittany Ruyak

## ATTESTATION

I, Sean Pak, am the ECF user whose ID and password are being used to file the above Declaration. In compliance with Civil L.R. 5-1(h)(3), I hereby attest that Brittany Ruyak has concurred in the aforementioned filing.

/s/ Sean Pak<br>
Sean Pak