CLEMENT SETH ROBERTS (SBN 209203)
croberts@orrick.com
BAS DE BLANK (SBN 191487)
basdeblank@orrick.com
ALYSSA CARIDIS (SBN 260103)
acaridis@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:   +1 415 773 5700
Facsimile:   +1 415 773 5759

SEAN M. SULLIVAN (*pro hac vice*)
sullivan@ls3ip.com
J. DAN SMITH (*pro hac vice*)
smith@ls3ip.com
MICHAEL P. BOYEA (*pro hac vice*)
boyea@ls3ip.com
COLE B. RICHTER (*pro hac vice*)
richter@ls3ip.com
LEE SULLIVAN SHEA & SMITH LLP
656 W Randolph St., Floor 5W
Chicago, IL 60661
Telephone:   +1 312 754 0002
Facsimile:   +1 312 754 0003

Attorneys for Sonos, Inc.

QUINN EMANUEL URQUHART &
SULLIVAN, LLP
  Sean Pak (Bar No. 219032)
  seanpak@quinnemanuel.com
  Melissa Baily (Bar No. 237649)
  melissabaily@quinnemanuel.com
  James Judah (Bar No. 257112)
  jamesjudah@quinnemanuel.com
  Lindsay Cooper (Bar No. 287125)
  lindsaycooper@quinnemanuel.com
  Iman Lordgooei (Bar No. 251320)
  imanlordgooei@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:   (415) 875-6600
Facsimile:   (415) 875-6700

  Marc Kaplan (*pro hac vice*)
  marckaplan@quinnemanuel.com
191 N. Wacker Drive, Ste 2700
Chicago, Illinois 60606
Telephone:   (312) 705-7400
Facsimile:   (312) 705-7401

*Attorneys for GOOGLE, LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA,

SAN FRANCISCO DIVISION

| | |
|---|---|
| SONOS, INC.,<br><br>    Plaintiff and Counter-defendant,<br><br>    v.<br><br>GOOGLE LLC,<br><br>    Defendant and Counter-claimant. | Case No. 3:20-cv-06754-WHA<br><br>Consolidated with<br>Case No. 3:21-cv-07559-WHA<br><br>**JOINT STIPULATION AND ~~[PROPOSED]~~ ORDER EXTENDING TIME FOR FILING BILL OF COSTS**<br><br>Judge:  Hon. William Alsup<br>Trial Date: May 8, 2023 |

1    Pursuant to Civil L.R. 6-1(b) and 6-2, Plaintiff Sonos, Inc. ("Sonos") and Defendant
2  Google LLC ("Google") (collectively "the Parties") hereby submit the following joint stipulation
3  as follows:
4    WHEREAS, on May 30, 2023, the Court entered the Final Judgment (Dkt. No. 787 filed
5  on May 26, 2023, but entered on May 30, 2023);
6    WHEREAS Local Rule 54-1 allows the prevailing party to file a bill of costs "[n]o later
7  than 14 days after entry of judgment";
8    WHEREAS Sonos intends to file a bill of costs, but anticipates that having additional time
9  to prepare the bill of costs will both allow Sonos to more accurately calculate its taxable costs and
10 allow the parties time to meet and confer about the underlying issues in an attempt to minimize
11 any disputes raised to the Court;
12   WHEREAS Sonos has agreed to accommodate an extension for Google, if requested, for
13 any objections to Sonos's bill of costs;
14   WHEREAS Google believes that the final judgment should be vacated pending resolution
15 of outstanding issues in this case and, thus, assessing costs through submission of a bill of costs
16 and objections thereto is premature at this time;
17   WHEREAS there have been no prior stipulations to extend the time for Defendants to
18 serve and file any Bill of Cost and the Court has, pursuant to the parties' stipulations, previously
19 granted seven unrelated requests for an extension of time:
20   1.    The Court gave the parties additional time extending the deadline for mediation
21 (Dkt No. 245);
22   2.    The Court gave the parties additional time to file a joint discovery letter in
23 response to Sonos's motion to compel Google to produce information in response to two requests
24 for production (RFP Nos. 62 and 75) (Dkt 295).
25   3.    The Court gave the parties additional time extending the expert report and
26 discovery deadlines (Dkt 402);
27   5.    The Court gave Google an extension of time to respond to Sonos' motion for leave
28 to amend infringement contentions (Dkt 417);

1    6.    The Court gave the parties additional time extending the expert discovery, expert
2 reports, and dispositive motions (Dkt 434);
3    7.    The Court gave the parties additional time extending the expert discovery, expert
4 reports, and dispositive motions (Dkt 460);
5    WHEREAS the parties do not expect that this change will impact any other dates already
6 fixed by the Court's Post-Trial Scheduling Order (Dkt. 796);
7    THE PARTIES HERE BY STIPULATE and jointly request that the Court extend the time
8 to file a bill of costs from June 9, 2023 to 14 days after the conclusion of briefing on Rule 50 and
9 59 motions and the Court's orders on such motions.

Dated: June 6, 2023

ORRICK HERRINGTON & SUTCLIFFE LLP
*and*
LEE SULLIVAN SHEA & SMITH LLP

By: */s/ Clement S. Roberts*
    Clement S. Roberts

*Attorneys for Sonos, Inc.*

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By  */s/ Sean Pak*
    Sean Pak
    Melissa Baily
    James D. Judah
    Lindsay Cooper
    Marc Kaplan
    Iman Lordgooei

*Attorneys for Google, LLC*

**ECF ATTESTATION**

I, Clement S. Roberts, am the ECF User whose ID and password are being used to file this Joint Stipulation And [Proposed] Order Extending Time For Filing Bill Of Costs And Motion For Attorneys' Fees. In compliance with Civil Local Rule 5-1, I hereby attest that Sean Pak, counsel for Google, has concurred in this filing.

Dated: June 6,, 2023

By: */s/ Clement S. Roberts*
Clement S. Roberts

[PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: June  7 , 2023

_____
William H. Alsup
United States District Judge