QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
Melissa Baily (Bar No. 237649)
melissabaily@quinnemanuel.com
James Judah (Bar No. 257112)
jamesjudah@quinnemanuel.com
Lindsay Cooper (Bar No. 287125)
lindsaycooper@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:    (415) 875-6600
Facsimile:    (415) 875-6700

Marc Kaplan (pro hac vice)
marckaplan@quinnemanuel.com
191 N. Wacker Drive, Ste 2700
Chicago, Illinois 60606
Telephone:    (312) 705-7400
Facsimile:    (312) 705-7401

*Attorneys for GOOGLE LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GOOGLE LLC,<br><br>            Plaintiff,<br><br>      vs.<br><br>SONOS, INC.,<br><br>            Defendant. | CASE NO. 3:20-cv-06754-WHA<br>Related to CASE NO. 3:21-cv-07559<br><br>**DECLARATION OF BRITTANY RUYAK IN SUPPORT OF GOOGLE LLC'S OPPOSITION TO SONOS INC.'S MOTION FOR LEAVE TO FILE A RESPONSE TO GOOGLE'S RESPONSE TO THE COURT'S REQUEST RE PRIORITY DATE** |

I, Brittany Ruyak, declare and state as follows:

1. I am an attorney licensed to practice in the State of Texas and am admitted *pro hac vice* in this matter. I am an associate at Quinn Emanuel Urquhart & Sullivan LLC representing Google LLC ("Google") in this matter. I make this declaration in support of Google's Opposition to Sonos's Motion for Leave to File its Response to Google's Response to the Court's Request for Further Briefing on Priority Date. If called as a witness, I could and would testify competently to the information contained herein.

2. Attached hereto as Exhibit A is a true and accurate email exchange between counsel for Google and Sonos from May 31 to June 9, 2023.

I declare under penalty of perjury that to the best of my knowledge the foregoing is true and correct. Executed on June 11, 2023, in Austin, Texas.

DATED: June 11, 2023

By: */s/ Brittany Ruyak*
     Brittany Ruyak

**ATTESTATION**

I, Sean Pak, am the ECF user whose ID and password are being used to file the above Declaration. In compliance with Civil L.R. 5-1(h)(3), I hereby attest that Brittany Ruyak has concurred in the aforementioned filing.

*/s/ Sean Pak*
Sean Pak