UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GOOGLE LLC,<br><br>    Plaintiff,<br><br>    vs.<br><br>SONOS, INC.,<br><br>    Defendant. | CASE NO. 3:20-cv-06754-WHA<br>Related to CASE NO. 3:21-cv-07559<br><br>**[PROPOSED] ORDER DENYING SONOS, INC.'S MOTION FOR LEAVE TO SUBMIT RESPONSE TO GOOGLE'S JUNE 6, 2023 PAPER** |

1  Before the Court is Sonos, Inc.'s Motion for Leave to submit a response to Google's June
2  6, 2023 Paper (Dkt. 812) ("Motion").  Having reviewed Sonos's Motion, Google's Opposition,
3  and related papers, this Court concludes that the Motion should be, and is hereby, **DENIED**.
4  **IT IS SO ORDERED.**

7  Dated:

   The Honorable William Alsup
   United States District Court Judge