UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONOS, INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>GOOGLE LLC,<br><br>    Defendant. | No. C 20-06754 WHA<br>No. C 21-07559 WHA<br><br>(Consolidated)<br><br>**ORDER GRANTING MOTION FOR LEAVE TO FILE** |

Because the interests of justice would be best served by ruling on as complete a record as practicable — and Google was able to respond by way of its opposition (Dkt. No. 814) — Sonos's motion for leave to file its three-page brief is **GRANTED**.

**IT IS SO ORDERED.**

Dated: June 14, 2023.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE