UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SONOS, INC.,

    Plaintiff,

  v.

GOOGLE LLC,

    Defendant.

No. C 20-06754 WHA
No. C 21-07559 WHA

(Consolidated)

**ORDER VACATING FINAL JUDGMENT**

Ordinarily, after the jury reaches a verdict in a patent infringement action, the undersigned promptly issues a final judgment. That is because, ordinarily, there remain no issues to decide. In promptly issuing a final judgment here, however, the undersigned failed to appreciate that, at a minimum, injunctive relief and affirmative defenses must first be decided. The final judgment is therefore **VACATED**. All previously set motion and briefing schedules remain in effect.

**IT IS SO ORDERED.**

Dated: June 14, 2023.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE