UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONOS, INC., <br>           Plaintiff, <br>   v. <br> GOOGLE LLC, <br>           Defendant. | No. C 20-06754 WHA <br> No. C 21-07559 WHA <br><br> (Consolidated) <br><br> **ORDER RE PENDING MOTIONS TO SEAL** |

We have already reviewed an extraordinary amount of conditionally sealed material in this matter. Upon review of the pending motions to seal, this order finds that they are plagued by deficiencies that prior orders have cautioned the parties about — namely, that the requests to seal are overbroad and nonspecific, that the material the parties seek to seal goes to the heart of the litigation, and that there is little potential for competitive harm flowing from disclosure. What's more, this order finds that the vast majority of material that the parties seek to seal has now been discussed in open court during trial.

All pending motions to seal are **DENIED WITHOUT PREJUDICE** (Dkt. Nos. 335, 343, 372, 374, 396, 406, 421, 429, 431, 454, 455, 461, 462, 463, 467, 468, 479, 480, 482, 484, 488, 490, 491, 497, 500, 501, 502, 503, 506, 509, 510, 511, 512, 515, 516, 524, 528, 533, 534, 536, 537, 546, 551, 553, 584, 585, 589, 590, 592, 593, 595, 597, 598, 600, 601, 605, 606, 608, 609, 611, 612, 614, 616, 621, 623, 624, 629, 630, 631, 643, 645, 669, 671, 675, 676, 681, 682, 689, 692, 704, 715, 716, 728, 734, 737). By **JULY 3, 2023, at 12:00 P.M.**, each party may file a revised

omnibus motion that justifies sealing any information that may still deserve secrecy from the public. Overbroad requests will be denied in their entirety. All material that the parties no longer seek to seal shall be publicly refiled no later than **JULY 24, 2023, at 12:00 P.M.**

All too often, the parties raised an undue number of disputes on the papers only to withdraw them or whittle them down significantly once lead counsel was asked to review them (*see, e.g.*, Tr. 375:9–376:9, 567:14–19). Lead counsel should personally vet each and every request to seal, as to each and every argument, and shall certify under oath that they have done so.

**IT IS SO ORDERED.**

Dated: June 14, 2023.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2