CLEMENT SETH ROBERTS (SBN 209203)
croberts@orrick.com
BAS DE BLANK (SBN 191487)
basdeblank@orrick.com
ALYSSA CARIDIS (SBN 260103)
acaridis@orrick.com
Orrick, Herrington & Sutcliffe LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:    +1 415 773 5700
Facsimile:    +1 415 773 5759

SEAN M. SULLIVAN (*pro hac vice*)
sullivan@ls3ip.com
COLE B. RICHTER (*pro hac vice*)
richter@ls3ip.com
LEE SULLIVAN SHEA & SMITH LLP
656 W Randolph St., Floor 5W
Chicago, IL 60661
Telephone:    +1 312 754 0002
Facsimile:    +1 312 754 0003

*Attorneys for Sonos, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SONOS, INC., <br><br> Plaintiff and Counterdefendant, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant and Counterclaimant. | Case No. 3:20-cv-06754-WHA <br><br> Consolidated with <br> Case No. 3:21-cv-07559-WHA <br><br> **DECLARATION OF JOSEPH R. KOLKER IN SUPPORT OF SONOS, INC.'S MOTION FOR INJUNCTIVE RELIEF AND ADDITIONAL DAMAGES** <br><br> Judge:  Hon. William Alsup <br> Courtroom: 12, 19th Floor <br> Trial Date:  May 8, 2023 |

I, Joseph R. Kolker, declare as follows and would so testify under oath if called upon to do so:

1. I am an attorney with the law firm of Orrick, Herrington & Sutcliffe LLP, counsel of record to Sonos, Inc. ("Sonos") in the above-captioned matter. I am a member in good standing of the New York State Bar and am admitted to practice before this Court in this matter *pro hac vice*. I make this declaration based on my personal knowledge, unless otherwise noted. If called, I can and will testify competently to the matters set forth herein.

2. I make this declaration in support of Sonos, Inc.'s Motion for Injunctive Relief and Additional Damages.

3. Attached hereto as **Exhibit 1** is a true and correct copy of excerpts from the Rebuttal Expert Report of Dr. Kevin C. Almeroth for "Patent Showdown" ("Almeroth Rebuttal Report"), dated July 27, 2022. Certain portions of the Almeroth Rebuttal Report have been blacked out from the exhibit: (a) a confidentiality header that does not relate to the excerpts cited in Sonos's Motion and (b) other excerpts that are not cited in Sonos's Motion.

4. Attached hereto as **Exhibit 2** is a true and correct copy of email correspondence between counsel for Sonos and counsel for Google in this matter, dated between June 8, 2023 and June 13, 2023.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed this 15th day of June, 2023 in Yonkers, New York.

_____
JOSEPH R. KOLKER