# Exhibit 2

| | |
|---|---|
| **From:** | Cole Richter |
| **Sent:** | Tuesday, June 13, 2023 9:35 AM |
| **To:** | Lindsay Cooper; Jocelyn Ma |
| **Cc:** | Sonos-NDCA06754-service; QE-Sonos3; LS3_team@ls3ip.com |
| **Subject:** | RE: Updated Damages Information -- 6754 Case |

**This message originated from outside your organization**

Lindsay,

We aren't sure what the timing of our request for supplemental damages has to do with whether Google intends to produce the information or not. In any event, we plan to include a request for supplemental damages in our motion for injunctive relief, as we noted that we would on May 30, 2023. *See* Dkt. 786, pp. 10, 14.

Best,
Cole

**From:** Lindsay Cooper <lindsaycooper@quinnemanuel.com>
**Sent:** Monday, June 12, 2023 12:43 PM
**To:** Cole Richter <richter@ls3ip.com>; Jocelyn Ma <jocelynma@quinnemanuel.com>
**Cc:** Sonos-NDCA06754-service <Sonos-NDCA06754-service@orrick.com>; QE-Sonos3 <qe-sonos3@quinnemanuel.com>; LS3 Team <LS3_team@ls3ip.com>
**Subject:** RE: Updated Damages Information -- 6754 Case

Cole,

We're trying to understand timing. When does Sonos plan to file a request for supplemental damages?

Lindsay

**From:** Cole Richter <richter@ls3ip.com>
**Sent:** Friday, June 9, 2023 1:36 PM
**To:** Lindsay Cooper <lindsaycooper@quinnemanuel.com>; Jocelyn Ma <jocelynma@quinnemanuel.com>
**Cc:** Sonos-NDCA06754-service <Sonos-NDCA06754-service@orrick.com>; QE-Sonos3 <qe-sonos3@quinnemanuel.com>; LS3 Team <LS3_team@ls3ip.com>
**Subject:** RE: Updated Damages Information -- 6754 Case

**[EXTERNAL EMAIL from richter@ls3ip.com]**

Lindsay,

Thanks – this information is for Sonos's request for supplemental damages to account for activity that occurred post-discovery.

Best,
Cole

**From:** Lindsay Cooper <lindsaycooper@quinnemanuel.com>
**Sent:** Friday, June 9, 2023 12:08 PM
**To:** Cole Richter <richter@ls3ip.com>; Jocelyn Ma <jocelynma@quinnemanuel.com>
**Cc:** Sonos-NDCA06754-service <Sonos-NDCA06754-service@orrick.com>; QE-Sonos3 <qe-sonos3@quinnemanuel.com>; LS3 Team <LS3_team@ls3ip.com>
**Subject:** RE: Updated Damages Information -- 6754 Case

Cole,

We'll respond to your email in more detail, but in the meantime can you let us know for which post-trial motions Sonos contends it needs this information?

Lindsay

**From:** Cole Richter <richter@ls3ip.com>
**Sent:** Thursday, June 8, 2023 4:22 PM
**To:** Jocelyn Ma <jocelynma@quinnemanuel.com>
**Cc:** Sonos-NDCA06754-service <Sonos-NDCA06754-service@orrick.com>; QE-Sonos3 <qe-sonos3@quinnemanuel.com>; LS3 Team <LS3_team@ls3ip.com>
**Subject:** Updated Damages Information -- 6754 Case

**[EXTERNAL EMAIL from richter@ls3ip.com]**

Jocelyn,

Will Google update its financial spreadsheets (e.g., to provide an accounting for player sales that occurred subsequent to the last production of such information, which I believe was September 2022)?

Additionally, will Google produce data indicating how many players received the November 2022 update (which Google contended was NIA #2)? I believe this update was **v. 1.56.324896** (and equivalent versions for the display devices) – but let me know if you understand this to have been a different version.

We need this information for our post-trial motions. Please let us know when we can expect to receive this information. If Google doesn't plan to produce this information, please let us know the basis for withholding it and let us know a time we can confer on it.

Best,
Cole


**Cole B. Richter**



Lee Sullivan Shea & Smith LLP
656 W Randolph St, Ste. 5W, Chicago, IL 60661
312.754.9602 *Main* | 312.757.4478 *Direct*
richter@ls3ip.com | www.ls3ip.com