UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA,

SAN FRANCISCO DIVISION

| | |
|---|---|
| SONOS, INC., <br><br> Plaintiff and Counter-defendant, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant and Counter-claimant. | Case No. 3:20-cv-06754-WHA <br><br> Consolidated with <br> Case No. 3:21-cv-07559-WHA <br><br> **[PROPOSED] ORDER RE SONOS, INC.'S MOTION FOR INJUNCTIVE RELIEF AND ADDITIONAL DAMAGES** <br><br> Judge: Hon. William Alsup <br> Courtroom: 12, 19th Floor <br> Trial Date: May 8, 2023 |

Before the Court is Plaintiff Sonos Inc.'s ("Sonos") Motion for Injunctive Relief and Additional Damages against Defendant Google LLC ("Google).

WHEREAS, Google has infringed Claim 1 of Sonos's U.S. Patent No. 10,848,885.

WHEREAS, the Court finds that Sonos is entitled to damages beyond the jury's verdict.

IT IS HEREBY ORDERED that:

1. Google shall pay Sonos a per-unit royalty of $3.00 on sales and imports of the infringing products from May 27, 2023, until the date on which Google ceases sales and imports of the infringing products as required by the Permanent Injunction, which is being entered simultaneously with this Order.

2. Google shall pay Sonos a per-unit royalty of $2.30 on sales and imports of the infringing products from October 1, 2022, through May 26, 2023.  35 U.S.C. § 284.

3. Google shall pay Sonos a per-unit royalty of $2.30 for each accused media player within the United States that received the December 2022 firmware update, less the 14,133,558 (fourteen million, one-hundred thirty-three thousand, five-hundred and fifty-eight) media players already accounted for in the jury's award.  35 U.S.C. §§ 271(a), 284; Dkt. 774.

4. Google shall pay Sonos pre-judgment interest at the prime rate on the supplemental damages described in paragraphs 2 and 3 above and on the jury's damages award. 35 U.S.C. § 284.  Prejudgment interest shall be compounded quarterly.

5. Google shall pay post-judgment interest on all amounts awarded to Sonos starting on May 27, 2023, at a rate equal to the weekly average 1-year constant maturity Treasury yield, as published by the Board of Governors of the Federal Reserve System, for the calendar week preceding the date of the judgment.  35 U.S.C. § 1961.

6. Google shall produce the sales and import data necessary to determine the number of infringing products sold and imported from October 1, 2022, through May 26, 2023, and the data necessary to determine the number of accused media players in the United States that received Google's December 2022 firmware update, within 14 days of this order.  The parties

shall prepare a joint proposed judgment calculating the final amounts due within 7 days thereafter.

7. Google shall produce the sales and import data necessary to determine the infringing products sold and imported from May 27, 2023, until the date on which Google ceases sales and imports of the infringing products, within 30 days of Google's cessation of sales or imports, or every quarter, whichever is sooner. The parties shall prepare a joint proposed judgment calculating the amounts due within 7 days thereafter.

**IT IS SO ORDERED.**

Dated: _____, 2023

_____
HON. WILLIAM ALSUP
United States District Judge