# Exhibit A

# Intentionally Omitted