# Exhibit C

CX-3196
337-TA-1191

VPN Deal!  Save an insane 73% on a new IPVanish subscription for a limited time

We may earn a commission for purchases using our links. Learn more.

# Nest Audio vs. Sonos One: Which should you buy?

By  MICHAEL L HICKS          Last updated  12 Oct 2020

## New upgrades, better price
**Nest Audio**

## Older tech, better audio
**Sonos One**



SONOS-ITC-01321655

CX-3196.00001



**NEW UPGRADES, BETTER PRICE**

Nest Audio

$100 at Best Buy



**OLDER TECH, BETTER AUDIO**

Sonos One

$199 at Amazon

available today thanks to a speedy voice processing chip. Despite not being the most powerful speaker, it offers excellent dynamic range and crystal clear sound.

S2 app supports a thorough list of music libraries, since you cannot stream them on the One using Bluetooth. If you want to control devices with Alexa and Google Assistant at once, or pair with other Sonos tech, this is a good option.

$100 at Best Buy

$199 at Amazon

## Pros

+ Three highly receptive microphones
+ Audio clarity and dynamic range
+ Multiple colors and blended-in buttons
+ Best for Google Assistant commands
+ More affordable

+ Integrated Alexa and Google Assistant
+ AirPlay 2 support for iOS users
+ Ethernet port
+ Room-filling sound
+ Pairs with other Sonos cams

## Cons

− No AirPlay or Alexa
− Narrow soundstage

− No Bluetooth support
− Expensive
− Microphone quality is mediocre

Breaking down the Nest Audio vs Sonos One comes down first and foremost to smarts versus audio quality. Sonos has made incremental upgrades to its premium speaker since it launched in 2017, but the more affordable Nest Audio brings vastly improved 2020 tech to the fray, and makes an admirable effort to live up to the beautiful audio quality of the Sonos One. Is Sonos One still the best smart speaker in 2020? We'll give you our verdict below.

## Nest Audio vs Sonos One: Spec showdown



SONOS-ITC-01321656

CX-3196.00002



**NEW UPGRADES, BETTER PRICE**

**Nest Audio**
$100 at Best Buy



**OLDER TECH, BETTER AUDIO**

**Sonos One**
$199 at Amazon

know that the Sonos One 2nd Gen received a new processor and upgraded memory, but Sonos doesn't actually say what the old or new components were, or how significant the change was. Nor do we know how large its speaker drivers are, or the device's wattage.

Still, the data we could find, combined with our reviews of both products, should help you get a clear sense of how they compare to one another.

| Size | |
|---|---|
| 4.89" x 3.07" x 6.89", 2.65 lb | 4.69" x 4.69" x 6.36", 4.08 lb |
| **Colors** | |
| Chalk, Charcoal, Sage, Sand, Sky | White, Black |
| **Processor** | |
| Quad Core A53 1.8 GHz with TeraOPS ML hardware engine | Unknown |
| **Speakers** | |
| One 2.95" woofer, one 0.75" tweeter | Two Class-D digital amplifiers, one tweeter, one mid-woofer |
| **Wi-fi** | |
| 802.11b/g/n/ac (2.4 GHz / 5 GHz) | 802.11 b/g, 2.4 GHz |
| **Bluetooth** | |
| 5.0 | No, only BLE for setup |
| **Ethernet port** | |
| No | Yes |
| **Wattage** | |
| 30W | Unknown |
| **Voice assistant** | |
| Built-in Google Assistant | Built-in Google Assistant, built-in Alexa |
| **AirPlay 2** | |
| No | Yes |
| **LED indicator for assistant** | |
| Four circular lights on front | White microphone light on top |
| **Microphones** | |
| Three far-field microphones | Six-microphone array |
| **Smart home tech** | |
| Works with Nest Security devices | Can control any Alexa or Google Assistant-compatible device |
| **Pair two for stereo sound?** | |
| Yes | Yes |
| **Line-out with 3.5 mm cable** | |
| No | No |
| **Dolby processing / Atmos** | |
| No | No |
| **Use as a TV speaker?** | |
| **Nest Audio** | **Sonos One** |

With its cylindrical frame, flat button-filled top and small LED indicator that shines when the

SONOS-ITC-01321657

CX-3196.00003

| | | | |
|---|---|---|---|
|  NEW UPGRADES, BETTER PRICE | **Nest Audio** $100 at Best Buy |  OLDER TECH, BETTER AUDIO | **Sonos One** $199 at Amazon |

microphone is listening to you.

The Nest Audio works with more Wi-Fi standards, streams content from mobile devices via Bluetooth and (we believe) has a faster processor, which will allow it to respond to voice commands or perform actions more quickly. You can control it with native Google Assistant commands designed specifically by Google for the speaker, picked up by the speaker's hypersensitive mic array.

## The Sonos One is really a Three-in-One speaker with Alexa, Google Assistant and AirPlay compatibility built in.

Sonos plays nicer with more tech ecosystems, supporting Alexa, Google Assistant and AirPlay all at once. Theoretically, it's like you're buying a Sonos Three-in-One, since you would need an Echo, Nest Audio and a third Apple-compliant speaker just to get the same compatibility. Unfortunately, it doesn't support Bluetooth, but the Sonos S2 app gives you access to all of the music streaming platforms that you would normally need Bluetooth to access.

We don't know the exact sizes of the Sonos One's tweeter and woofer, making it difficult to compare them against the Nest Audio's. Yet we know that the Sonos One is wider, longer and heavier (though a bit shorter), which suggests its speakers may be a bit larger. Plus, Sonos uses digital amplifiers meant to boost the speaker's volume capacity.

## Nest Audio vs Sonos One: Is better sound worth twice the cost?

Source: Android Central

In our Nest Audio review, we specifically weighed the Nest Audio versus the Sonos one in audio performance. Our reviewer had this to say:

☰      🔍

SONOS-ITC-01321658

CX-3196.00004

| | | |
|---|---|---|
| NEW UPGRADES, BETTER PRICE |  **Nest Audio** $100 at Best Buy | OLDER TECH, BETTER AUDIO |  **Sonos One** $199 at Amazon |

not by much".

The Nest Audio's uncompressed sound is actually by design, according to the official Google announcement). The engineers decided to "minimize the use of compressors to preserve dynamic range", meaning quiet or loud moments retain their audible contrast from one another even if the volume is low or turned up to 11.

Our Nest reviewer praised the Audio's performance, saying that "the low-end is clean and inviting, vocals come through beautifully, and there's no sharpness or sibilance at the high-end." While it doesn't match up with the Sonos One in quality, it comes close at a lower price. In fact, you could buy two Nest Audios for the price of one Sonos One, then pair them together for stereo sound.

On the other hand, the Nest Audio's sound is highly directional by design. Placed on the right shelf, it can deliver music to a sweet spot right to where you typically sit in the living room. But it won't *fill* a room like the Sonos One will, thanks to its wider soundstage and better drivers.

## Nest Audio vs Sonos One: Smart speaker IQ test



Source: Daniel Bader / Android Central

Google Assistant-enabled smart speakers all generally work with the same library of commands. In fact, Google just recently added new commands to help you navigate third-party apps using simple "Hey Google" phrases on phones or smart displays.

Even though Sonos took over a year to add Google Assistant to the Sonos One, it did eventually manage it. Now, both speakers have access to the same assistant tech. Considering Sonos also grants users access to Alexa commands, one would assume that Sonos is the logical choice for a versatile smart speaker.

Sonos' six mics don't hold up against Google's three far-field mics for better voice detection and

SONOS-ITC-01321659

CX-3196.00005



**NEW UPGRADES, BETTER PRICE**

**Nest Audio**
$100 at Best Buy

**OLDER TECH, BETTER AUDIO**

**Sonos One**
$199 at Amazon



In practice, you must look carefully at their microphone tech. Sonos placed six mics into its One speaker, but our Sonos One reviewer wasn't impressed, claiming that all of his Echo smart speakers understood his Alexa commands better than the Sonos One. That was three years ago, before the Audio even existed, but unfortunately for Sonos nothing has changed: when we tested the Nest Audio against the Sonos One, the Nest Audio could discern words more easily.

You'll also get *faster* Google Assistant answers, thanks to the speedy processing chip and machine learning technology that Google shoved into the device. Our reviewer claimed that the Nest Audio carried the "most responsive Google Assistant has ever been on a speaker".

Keeping that in mind, you will likely prefer a speaker with one excellent voice assistant, than a speaker with multiple assistants that all have trouble deciphering what you want!

## Nest Audio vs Sonos One: Which should you buy?



Source: Google

We lean towards recommending the Nest Audio, but there are several scenarios where buying the Sonos One makes sense. Frequent Apple users may prefer Sonos due to its AirPlay support, as Google has no plans to support Apple apps in the future. Or, if you have spotty wi-fi, Sonos' ethernet port is a good way to make sure your music streams don't constantly jitter or buffer.

If you own other Sonos devices, you'll want to stick with that ecosystem and link them all together for a multi-room setup. Particularly if you own a Sonos soundbar like the Arc, since you can use the One as a rear speaker and improve the soundbar's Dolby Atmos performance, while also letting it serve as an assistant.

Otherwise, we think the Nest Audio is the better choice. It has impressed us with its Google Assistant speeds, automatic EQ adjustments based on the type of content being played, automatic environmental tracking to determine if the room is loud and the volume needs to climb to compensate, and a more reasonable price.



New upgrades, better price

SONOS-ITC-01321660

CX-3196.00006



**NEW UPGRADES, BETTER PRICE**

**Nest Audio**

$100 at Best Buy



**OLDER TECH, BETTER AUDIO**

**Sonos One**

$199 at Amazon

Best Google Assistant speaker

With improved volume, dynamic range, and bass, the Nest Audio sounds better than any Google speaker before it, and also listens more attentively to commands than ever before. With its fast Google Assistant response time and Bluetooth support, the Audio should be your first choice.

$100 at Best Buy

$100 at Walmart

$100 at B&H

Older tech, better audio

Source: Sonos

## Sonos One

**Excellent audio for its size**

The Sonos One works with Alexa, Google Assistant and AirPlay 2, plus it pairs with other Sonos devices for stereo or even surround sound. Make sure not to buy the Sonos One SL, which ships without built-in microphones so you have no access to any of the smart assistants.

$199 at Amazon

$200 at Best Buy

$199 at B&H

*We may earn a commission for purchases using our links. Learn more.*

**HEY, GOOGLE, HIT THE LIGHTS**

### These are the best smart LED light bulbs that work with Google Home

Here's a bright idea — connect these LED smart bulbs to your Google Home control it all with your voice. Whether you want to outfit your whole home or you just need a single replacement, here are our top recommendations.

**RING RING**

### Get more out of your Ring cameras with these accessories

Ring security cameras are awesome out of the box, but they can be so much better with good accessories. Here are some of the top Ring accessories that we think you shouldn't be without.

**TAKE A STAND**

### Make it easier to use your Echo Spot with one of these helpful stands

SONOS-ITC-01321661

CX-3196.00007