# Exhibit D

TNW Conference starts in 0d 14h 47m 9s

Latest  Deep tech  Sustainability  Ecosystems  Data and security  Fintech and ecommerce  Future of work  More

This article was published on **September 30, 2020**

PLUGGED

# Google's Nest Audio brings 50% more bass for $100

September 30, 2020 - 6:29 pm



**STORY BY**
**Napier Lopez**
Reporter
*Napier Lopez is a writer based in New York City. He's interested in all things tech, science, and photography related, and likes to yo-yo in* (show all)

Google today introduced the Nest Audio, its latest smart speaker. The company is promising major audio improvements over the original Google Home speaker at a price of $100.

The device is covered in a classy-looking (and potentially cat-attracting) fabric, although it is made of 70% recycled materials, with a metal chassis on the inside. Key to the audio improvements are a new 19mm tweeter and 75mm mid-woofer. Combined with optimized software, Google says it can provide 50% more bass and 75% more volume than the original Google Home.

Though shy on technical specifics, Google says it "completed more than 500 hours of tuning to ensure balanced lows, mids, and highs so nothing is lacking or over-bearing."



It also says it "minimized the use of compressors to preserve dynamic range." This is encouraging, as compression is one of the tell-tale limitations of speakers using software to enhance their sound. While a smart speaker may provide a surprising amount of bass, compression means that you don't get much in the way of dynamics with that bass.

Compression is often built into smart speakers in order to prevent drivers from audibly distorting or getting damaged due to artificially-enhanced bass, but you need dynamics to help provide that sense of live music. Hopefully, Google has tuned things well enough to strike a good balance between sound quality and compression.

### Tickets are officially sold out
But there might be some last-minute spots available

**Join the waitlist**

As with other Google Home devices, you can easily switch between various multiroom layouts for easy control over your whole-home audio. It's Google's clearest attempt at a Sonos competitor yet, though it's worth noting said company is currently suing Google for patent infringement.

One neat feature is that the Nest Audio is able to EQ itself depending on ambient noise and content type. Podcasts and the Assistant may get louder while you're cooking, for instance, and the speaker will EQ itself to highlight voices when listening to audiobooks and other spoken audio.

That said, Google says it will not automatically adjust the volume of music, and the speaker doesn't seem to support the 'Smart Sound' room equalization in the Google Home Max. There's also no wired input, though, on the plus side, the device does feature Bluetooth 5.0 support for those times you can't use Chromecast.

Google notes the Assistant will also work faster than on the previous Google Home, as it now has a dedicated AI chip to handle voice commands. And for those of you concerned about Google listening in, the company says the provided mute switch is hardware-based, so theoretically no bad actors should be able to access a muted device.

The Nest Audio will be available in five colors for $99.99 starting October 5.



TNW Conference starts in 0d 14h 47m 9s

**Latest**  **Deep tech**  **Sustainability**  **Ecosystems**  **Data and security**  **Fintech and ecommerce**  **Future of work**  **More**

Published September 30, 2020 - 6:29 pm UTC

Back to top

## Popular related articles

**1**  Mistral AI secures €105M in Europe's largest-ever seed round

**2**  How to fulfil your creative potential: An unmissable talk at TNW Conference

**3**  Ford opens next-gen EV factory in Germany

**4**  Germany set to make it easier for international tech talent to get work visas

**5**  Germany's world-beating chipmaker may move more production to US

ADVERTISEMENT



## Related Articles



TNW Conference starts in 0d 14h 47m 9s

Latest  Deep tech  Sustainability  Ecosystems  Data and security  Fintech and ecommerce  Future of work  More

# TNW
The heart of tech

## More TNW
Media
Events
Programs
Spaces
Newsletters
Deals

## About TNW
Partner with us
Jobs
Terms & Conditions
Cookie Statement
Privacy Statement
Editorial Policy
Masthead

A **Financial Times** company

Copyright © 2006—2023, The Next Web B.V. Made with <3 in Amsterdam.