# Exhibit F



HOME · SMART HOME · GUIDES

# Sonos One vs. Google Nest Audio: which is the best smart speaker?

**By Jon Bitner**
February 21, 2023

SHARE

The Sonos One and Google Nest Audio are two of the best smart speakers of 2023. Both can pump out impressive sound, respond to a wide variety of voice commands, and easily sync up with the rest of your smart home. But with the Sonos One costing more than $200 and the Google Nest Audio clocking in at just $100, you might be wondering if the Sonos One is truly worth your money — or if you'd be better off saving $100 and opting for the cheaper Google product.

CONTENTS

Pricing and availability

Design

Speakers and sound

Smart home connectivity

Which should you buy?

Before picking up either smart speaker, here's a closer look at the Sonos One and Google Nest Audio.

**Recommended Videos**



# Pricing and availability





As mentioned above, the Sonos One costs $219, but can often be found on sale for under $200. It's available in either black or white. Meanwhile, the Google Nest Audio costs $100 and rarely sees a big discount. Available colors include chalk, charcoal, sage, sand, and sky. Thanks to its lower price tag and a wide array of colors, the Google Nest Audio is the clear winner of this round.

### Related

- Alexa vs. HomeKit: which smart home platform is best?
- The 7 best smart home products that support Matter
- The best smart home devices for 2023

**Winner: Google Nest Audio**

## Design

The Sonos One doesn't do anything too fancy with its design, as it's largely just a rounded rectangle with a few touch controls. The majority of its body is filled with small perforations, the top houses all its controls (including a way to mute the microphone, adjust the volume, or change tracks), and the back is home to its wired connection and sync button. It's a good-looking device, and it's minimal enough to fit in with most home décor.

The Google Nest Audio is wrapped in colored fabric and is much more attention-grabbing than the Sonos One. Its shape is a bit more abstract, although most people would describe it as a slim, rounded rectangle. It's a good-looking product by most measures, although the lack of physical buttons means you won't have quite as much control as you do with the Sonos One.

Since the Sonos One offers more on-unit functionality and the Google Nest Audio features a bolder design, this round is a tie.

**Winner: Tie**

## Speakers and sound

John Velasco / Digital Trends

When it comes to audio quality, the Sonos One is the clear winner. It's technical specs include two Class-D digital amplifiers, one tweeter, a midwoofer, a far-field microphone array, and adjustable EQ through the Sonos app. It also benefits from Trueplay — a feature that lets it adjust its performance based on your room's acoustics.

The Google Nest Audio is no slouch (thanks to a 75mm woofer, 19mm tweeter, and three far-field microphones), but it simply can't keep up with the Sonos One. Considering the Sonos costs twice as much, that's to be expected.

Both products sound great, but anyone with a discerning ear will appreciate the Sonos One.

**Winner: Sonos One**

## Smart home connectivity

The Sonos One supports both Amazon Alexa and Google Assistant, while the Nest Audio only supports Google Assistant. However, it's important to note that the Nest Audio is now a Matter-enabled device, which means it can play nicely with devices from other ecosystems that also support Matter. This is a list that continues to grow every month — although it's still not the game-changer that it's expected to be later this year.

For now, Sonos One comes out ahead thanks to native support for both Amazon and Google ecosystems.

**Winner: Sonos One**

## Which should you buy?

As is often the case with high-profile products from reputable manufacturers, it's hard to go wrong with either product. If you're on a budget and don't mind using Google Assistant, then we'd strongly recommend sticking with the cheaper Google Nest Audio. It sounds great, supports Matter, and is available in a wide variety of colors.

On the other hand, anyone that wants premium audio in their home should give first consideration to the Sonos One. It's also a great option for smart homes with other Amazon products, as native Alexa support is a huge perk. As long as the price doesn't scare you away, the Sonos One is an excellent option for most shoppers.

### Editors' Recommendations

- The best Amazon Alexa smart speakers
- The best smart carbon monoxide detectors of 2023
- The best smart displays for 2023
- Best smart lights for Google Home
- Your Google smart home devices just got a lot less talkative

## Topics

Google     Google Nest     Sonos     Speakers



**Jon Bitner**

Jon Bitner is a freelance journalist whose gaming addiction began with the SEGA Genesis. His work has been published on...

SMART HOME

# The Nest Thermostat is the first smart thermostat with Matter support

The catalog of smart home products that support Matter has been steadily growing over the past few months, but the latest addition to its roster might be the most enticing yet. As of April 18, you can now use the Nest Thermostat with Matter. Only the standard Nest Thermostat (2020) supports Matter -- with bot...

Read more

SMART HOME

# Google stops updating third-party smart displays

Google Assistant is one of the most popular smart home assistants of 2023, but it looks like big changes are in store for the remainder of the year. According to an updated support page, Google won't be pushing any more Assistant updates to select third-party smart displays. The Lenovo Smart Display, LG Xboom AI...

**Read more**

SMART HOME

# Best smart home gadgets for spring 2023

Spring is in the air, bringing with it warmer weather and a whole lot of reasons to get back outside. However, it also comes with a few downsides – such as overactive allergies, increased yardwork, and plenty of muddy shoes strewn about your entryway. But if you're trying to cut down on time spent doing chore...

**Read more**

# Upgrade your lifestyle

Digital Trends helps readers keep tabs on the fast-paced world of tech with all the latest news, fun product reviews, insightful editorials, and one-of-a-kind sneak peeks.

      

**Mobile**

**Computing**

**Gaming**

**Audio / Video**

**Smart Home**

**Entertainment**

**Automotive**

**Space**

**Streaming Guides**

**Original Shows**

**Downloads**

**How-To**

About Us

Contact Us

Editorial Guidelines

Logo & Accolade Licensing

Sponsored Content

Digital Trends Wallpapers

Digital Trends in Spanish

**digitaltrends**

M E D I A G R O U P

**Portland | New York | Chicago | Detroit | Los Angeles | Toronto**

Careers

Privacy Policy

Advertise With Us

Do Not Sell or Share My Information

Work With Us

Manage Preferences

Diversity & Inclusion

Press Room

Terms of Use

Sitemap

Digital Trends Media Group may earn a commission when you buy through links on our sites.
©2023 Digital Trends Media Group, a Designtechnica Company. All rights reserved.