| | |
|---|---|
| SONOS, INC., | Case No. 3:20-cv-06754-WHA |
| | Consolidated with Case No. 3:21-cv-07559-WHA |
| Plaintiff, | |
| vs. | **[PROPOSED] ORDER GRANTING GOOGLE LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF ITS OPPOSITION TO SONOS, INC.'S MOTION FOR INJUNCTIVE RELIEF AND ADDITIONAL DAMAGES** |
| GOOGLE LLC, | |
| Defendant. | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

1   Plaintiff Google LLC ("Google") has filed an Administrative Motion to File Under Seal
2   Portions of its Opposition to Sonos, Inc.'s ("Sonos") Motion for Injunctive Relief and Additional
3   Damages ("Opposition") ("Google's Administrative Motion").
4   Having considered Google's Administrative Motion, and compelling reasons to seal having
5   been shown, the Court **GRANTS** Google's Administrative Motion and **ORDERS** sealed the
6   documents listed below:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Declaration of Jocelyn Ma in Support of Google's Opposition ("Ma Declaration") | Portions outlined in red boxes | Google |
| Exhibit 2 to the Ma Declaration | Portions outlined in red boxes | Google & Sonos |

IT IS SO ORDERED.

DATED:

_____
The Honorable William Alsup
United States District Court Judge

Case No. 3:20-cv-06754-WHA
[PROPOSED] ORDER GRANTING GOOGLE'S ADMINISTRATIVE MOTION