# Exhibit 1

**GeekWire**

NEWS ▾    JOBS    EVENTS ▾    LISTS ▾    MEMBERSHIP ▾    ABOUT ▾

Search

Trending: Amazon, Uber, and Lyft sue seller over rogue rideshare signs — here's what he says in response

## LATEST NEWS

 City of Seattle awards $545k in grants to 18 nonprofits working to expand digital literacy

 Seattle mayor unveils goals and timelines for plan to build a 'downtown of the future'

 Technical recruiting startup Karat lays off 47 employees for the second time this year

 Amazon partners with Staples to add nearly 1,000 drop-off locations for customer returns

 Microsoft targets AI skills gap with new training program and grant challenge

 From idea to IPO to IBM: How Apptio defied the skeptics on its 16-year journey to a $4.6B deal

 Teal acquires OwnTrail, a life-and-career social platform launched in Seattle in 2020

 Amazon, Uber, and Lyft sue seller over rogue rideshare signs — here's what he says in response

 Tech Moves: Open-source software company Expanso names CEO; Highspot adds exec; and more

 Zillow taps into AI to power new immersive features in virtual home tours

 Trucking marketplace Convoy makes more layoffs, citing customer-service efficiency gains

 IBM's $4.6B Apptio deal marks another new era for Seattle-area cloud and IT management company

 Coast Guard takes charge of the Titan sub investigation and debris recovery effort

 Week in Review: Most popular stories on GeekWire for the week of June 18, 2023

 OceanGate and Stockton Rush — the inside story, in his own words

 Now what? OceanGate sub tragedy sets off a torrent of questions without answers

 Day two of Microsoft's FTC trial: Court documents point to new Xbox in 2028

 University of Washington team detects atomic 'breathing' for quantum computing breakthrough

 This elegant new kitchen appliance turns food waste into chicken chow – is it worth it?

Heard raises $15M to expand its financial tech tools for mental health professionals

# Amazon maintains big lead over Google and Apple in U.S. smart speaker market, new study says

BY **TODD BISHOP** on August 4, 2021 at 9:23 am

f Share 14    Tweet    in Share    Reddit    ✉ Email

In-depth Amazon coverage from the tech giant's hometown, including e-commerce, AWS, Amazon Prime, Alexa, logistics, devices, and more.


Amazon's Echo Dot. (Amazon Photo)

Amazon has a "dominant share" of the U.S. market for smart speakers, accounting for 69% of devices sold over the past five years, according to a new report from Consumer Intelligence Research Partners (CIRP).

The research shows Google Home, Apple HomePod and Facebook Portal growing their unit sales, to varying degrees, but not enough to chip away meaningfully at Amazon Echo's lead in the installed base (cumulative units sold).

CIRP estimates that Google has 25% of the installed base, Apple has 5%, and Facebook has 1%, compared to Amazon's 69%, as of June 2021.


Consumer Intelligence Research Partners tracks the growth of the installed base for smart speakers in the U.S., in millions of units, and the relative market share for each company.

Google Home launched in late 2016 and had 31% of the U.S. installed base by the end of 2017, but has seen its share slip since then.

Amazon was first to market with its Echo smart speakers, launching them in 2014 with its Alexa voice assistant. The company appears to be benefitting in multiple ways from its position.

"One critical goal for everyone in the industry is to get as many units into as many homes as possible," said Mike Levin, CIRP partner and co-founder, in a statement. "With multiple devices in a single home, a smart speaker platform can claim that literal real estate as theirs, as barriers to switching get very high."

He added, "Amazon leads the way with customers with multiple devices. We estimate over 20 million US households have more than one Echo, while about 8 million US households have multiple Google Home units."

CIRP estimates that the total U.S. installed base for smart speakers grew from 20 million units in June 2017 to 126 million units in June 2021.

 **GeekWire co-founder Todd Bishop** *is a business and technology journalist who covers topics including Amazon, Microsoft, and startups. He also hosts GeekWire's weekly podcast. Twitter: @toddbishop. Email: todd@geekwire.com. Contact him via phone, (530) 230-3439, or encrypted messaging app Signal, 1-206-300-0265.*

f Share 14    Tweet    in Share    Reddit    ✉ Email

| Previous Story | Next Story |
|---|---|
| ◂ Seattle Thunderbolts take cricket to the next level as tech backers follow dream to grow sport in U.S. | Electric airplane maker Eviation to deliver 12 of its Alice cargo planes for DHL Express ▸ |

▣ Filed Under: Amazon  ⬡ Tagged With: CIRP • echo

## Related Stories

 Update: Amazon disputes analyst report saying Prime growth has plateaued in U.S.

 Amazon unveils Echo Pop, new Echo Buds; reports >500M Alexa device sales as AI upends market

 Amazon more than doubles max base pay to $350k for corporate and tech workers, citing labor market

 Amazon takes aim at Apple and Google with the $230 Fire Max 11, its biggest tablet ever

## Most Popular on GeekWire

 **University of Washington team detects atomic 'breathing' for quantum computing breakthrough**

 **Danish artist to troll Northwest with giant public sculptures, backed in part by Allen Foundation**

 **OceanGate submersible and crew declared lost after discovery of debris near Titanic**

 **Now what? OceanGate sub tragedy sets off a torrent of questions without answers**

### Sign up for GeekWire Newsletters

#### GeekWire Newsletters

Subscribe to GeekWire's free newsletters to catch every headline

Enter your email address    Subscribe

### Send Us a Tip

Have a scoop that you'd like GeekWire to cover? Let us know.

Send Us a Tip

### GeekWire Events    See More ▸



**Get smart with GeekWire.**

Sign up for our new daily newsletter.

Enter your email address

Sign Up

Do not show again.

About GeekWire
Contact Us
Ask About Advertising
Send Us a Tip

...Wire

...List
...missions

...Page

f 🐦 in 📷 🔊 🎙 ▶

**GeekWire Newsletters**

Catch every headline in your inbox

Enter your email address    Subscribe

Apple News
Google News

**Legal**

Privacy Policy
Terms of Use
Sponsored Content Policy

© 2011-2023 GeekWire, LLC