# Exhibit 6



Find products, advice, tech news

Home > Reviews > Home Entertainment > Media Streaming Devices

# Google Chromecast Audio Review

  ●●●●◐  **4.5 Outstanding**

By Will Greenwald

Updated December 14, 2015



**THE BOTTOM LINE**

With the simple, focused mission of making any speaker wireless, Google Chromecast Audio succeeds admirably and affordably.

MSRP $35.00

**$79.96** at Walmart                                                            See It

PCMag editors select and review products independently. If you buy through affiliate links, we may earn commissions, which help support our testing.

**PROS**

✓  Inexpensive.
✓  Easy to set up.
✓  Can make any speaker or sound system Wi-Fi enabled and part of a multi-room setup.
✓  Multiple speaker configurations supported.
✓  High-resolution (96KHz/24bit) audio now supported.

**CONS**

✗  Only works with 3.5mm connections out of the box.
✗  No support for stereo pairs.

Google's Chromecast is an affordable, compelling media streamer that lets you watch video from your mobile devices on your television. But it only works with an HDMI connection, and that leaves anything without a big screen out of the game. Now Google has released the Chromecast Audio, a new variant designed solely to turn your speakers wireless for music streaming. It works just like the Chromecast, and has the same low $35 price tag, but it lacks video output and instead connects via a 3.5mm audio jack (with support for stereo RCA and optical audio). And, just like the original Chromecast, it does exactly what it claims to do, extremely well, and at a very reasonable price.

*Editors' Note: We have updated this review to reflect the addition of support for high-resolution audio and multi-speaker configurations to the Chromecast Audio. As a result, the score has been increased from 4 to 4.5 stars.*

**Design**
The Chromecast Audio is a small, black plastic puck about the size of a poker dealer's chip. One side is textured with concentric rings around a Google logo, to give the impression of a tiny vinyl record. The other side is a matte gray plastic. A 3.5mm port sits on the edge of the puck (a short, bright yellow 3.5mm cable is included). There's a micro USB port opposite the 3.5mm port, flanked by a small Reset button and an indicator light. The micro USB port is solely for powering the device with the included cable and wall adapter.

**SIMILAR PRODUCTS**



⬤⬤⬤⬤◯ **4.0 Excellent**
**Google Chromecast (2013)**

Read Our Google Chromecast (2013) Review

⬤⬤⬤⬤◯ **4.0 Excellent**
**Google Chromecast**

**$38.96** at Walmart

See It

Read Our Google Chromecast Review

⬤⬤⬤⬤◐ **4.5 Outs**
**Amazon Fire TV**

Check Stock

Read Our Amazon Fire TV

**You Can Trust Our Reviews**
Since 1982, PCMag has tested and rated thousands of products to help you make better buying decisions. Read our editorial mission & see how we test.



**Setup**

Without a connected screen on which to display information, the Chromecast Audio doesn't guide you quite as directly through the setup process as the original Chromecast, but it's still rather simple. Connect the Chromecast Audio to the 3.5mm input of your speaker or sound system, plug the micro USB port into the included wall charger, and plug the charger into the wall. Load the free Chromecast app on Android or iOS phone or tablet and choose "Set Up a New Device." Tap Chromecast Audio, and the app will walk you through the setup process and get you connected to your Wi-Fi network.

ADVERTISEMENT

**Multi-Room Audio**

You can name different Chromecast Audio devices after different rooms in the house and jump between them in compatible apps. At launch, the Chromecast Audio didn't support streaming music to multiple speakers at once, but that feature has recently been added, putting the device's flexibility closer to the standards set by wireless audio systems from Sonos ($199.00 at Sonos) and Bose ( at Amazon) . You can now group more than one speaker together and play music on several in the same room, or simultaneously to every connected speaker in the house. You can't split channels apart to different speakers for dedicated stereo pairs, however.

On paper, you can connect the Chromecast Audio to a stereo speaker system or A/V receiver with stereo RCA or optical audio cables, but those connections require additional adapters, since the Chromecast Audio only comes with a 3.5mm patch cable for the aux input found on most speakers. 3.5mm-to-stereo-RCA and 3.5mm (mini toslink)-to-optical adapters are inexpensive and easy to

find, but the options would have been nice to get in the box instead of just the little 3.5mm-to-3.5mm cable.

**Google Cast**

Once it's set up, streaming music to your Chromecast Audio-connected speaker is just like streaming video to your Chromecast-connected HDTV. Any Android, iOS, or Chrome app or extension that supports Google Cast will show the Chromecast Audio as a device you can cast to. Just tap it to send whatever you're listening to in the app to the speaker. All media navigation and control is performed entirely through your smartphone, tablet, or PC; there is no remote for the Chromecast Audio, or any way to directly control it. Again, just like the original Chromecast.

ADVERTISEMENT

**Performance**

I streamed music from Spotify to a Creative Sound Blaster Roar 2 ($149.95 at Amazon) speaker through the Chromecast Audio with ease. On our FiOS test network, playback was as responsive as if my phone was directly connected to the speaker over Bluetooth; it took less than a second to play and pause tracks.

Audio quality is excellent, as to be expected from a Wi-Fi audio connection. Of course, Bluetooth has made great strides in the last few years, and both standards can wirelessly stream music very clearly now. As is always the case, the main determining factor of your listening experience will be the speaker itself, likely influenced by the quality of the source media.

High-resolution audio is also supported thanks to a recent update. The Chromecast Audio can now stream up to 96KHz/24bit lossless audio from compatible devices (with apps that support the audio) to connected speakers, which makes the device an appealing option for Tidal fans and audiophiles.

ADVERTISEMENT

The Chromecast Audio takes everything that makes the Chromecast handy, strips away video, and makes it possible to connect nearly any speaker to your Wi-Fi network for wireless music streaming. Most speaker systems today integrate Bluetooth or some other wireless connection standard, but Chromecast Audio lets you join them all in the same Google Cast-based ecosystem and avoid juggling Bluetooth pairing for every speaker. It also lets you turn any older speaker (with the right connection, or if you get the right adapters) into a wireless speaker, as well. If that isn't enough, you can now group multiple speakers together for whole room and whole home audio streaming. For $35, that's an incredible deal, and worthy of our Editors' Choice.

## Google Chromecast Audio

⬤⬤⬤⬤◐  **4.5**   EDITORS' CHOICE

See It

**$79.96** at Walmart
MSRP $35.00

**PROS**

✓  Inexpensive.
✓  Easy to set up.
✓  Can make any speaker or sound system Wi-Fi enabled and part of a multi-room setup.

View More

**CONS**

✗  Only works with 3.5mm connections out of the box.
✗  No support for stereo pairs.

**THE BOTTOM LINE**
With the simple, focused mission of making any speaker wireless, Google Chromecast Audio succeeds admirably and affordably.

## Like What You're Reading?

Sign up for **Lab Report** to get the latest reviews and top product advice delivered right to your inbox.

Enter your email

This newsletter may contain advertising, deals, or affiliate links. Subscribing to a newsletter indicates your consent to our Terms of Use and Privacy Policy. You may unsubscribe from the newsletters at any time.

**DIG DEEPER WITH RELATED STORIES**

**The Best Media Streaming Devices for 2023**
BY WILL GREENWALD

**The Best Gaming TVs for 2023**
BY WILL GREENWALD

**The Best 55-Inch TVs 2023**
BY WILL GREENWALD

## About Will Greenwald

**Lead Analyst, Consumer Electronics**



I've been PCMag's home entertainment expert for over 10 years, covering both TVs and everything you might want to connect to them. I've reviewed more than a thousand different consumer electronics products including headphones, speakers, TVs, and every major game system and VR headset of the last decade. I'm an ISF-certified TV calibrator and a THX-certified home theater professional, and I'm here to help you understand 4K, HDR, Dolby Vision, Dolby Atmos, and even 8K (and to reassure you that you don't need to worry about 8K at all for at least a few more years).

Read Will's full bio

**Read the latest from Will Greenwald**
- JBL Quantum TWS Air Review
- Amazon Echo Auto (2nd Gen, 2022 Release) Review
- Hisense 65-Inch U6 Series ULED TV (65U6K) Review
- Hisense 55-Inch U6 Series ULED TV (55U6K) Review
- Hisense 75-Inch U6 Series ULED TV (75U6K) Review
- More from Will Greenwald

### PCMag Newsletters

Our Best Stories in Your Inbox →

### Follow PCMag

## HONEST, OBJECTIVE, LAB-TESTED REVIEWS

PCMag.com is a leading authority on technology, delivering lab-based, independent reviews of the latest products and services. Our expert industry analysis and practical solutions help you make better buying decisions and get more from technology.

How We Test    Editorial Principles

Reviews                     Best Products
Categories                  Brands
Events                      Series
Encyclopedia                Sitemap
About PCMag                 Careers
Contact Us                  Press Center



PCMag supports Group Black and its mission to increase greater diversity in media voices and media ownerships.

© 1996-2023 ZIFF DAVIS, LLC., A ZIFF DAVIS COMPANY. ALL RIGHTS RESERVED.

PCMag, PCMag.com and PC Magazine are among the federally registered trademarks of Ziff Davis and may not be used by third parties without explicit permission. The display of third-party trademarks and trade names on this site does not necessarily indicate any affiliation or the endorsement of PCMag. If you click an affiliate link and buy a product or service, we may be paid a fee by that merchant.

About Ziff Davis

Terms of Use

Accessibility

Privacy Policy

Advertise

Do Not Sell My Personal Information

AdChoices