# Exhibit 8

```
 1              BEFORE THE UNITED STATES DISTRICT COURT
 2                 NORTHERN DISTRICT OF CALIFORNIA
 3                            ---oOo---
 4
 5     SONOS, INC.,                  )
                                     )
 6              Plaintiff,           )
                                     )
 7     vs.                           ) CASE NO. 3:21-CV-7559 WHA
                                     )
 8     GOOGLE, INC.,                 )
                                     )
 9              Defendant.           )
       _____)
10     GOOGLE, INC.,                 )
                                     )
11              Plaintiff,           )
                                     )
12     vs.                           ) CASE NO. 3:21-CV-06754 WHA
                                     )
13     SONOS, INC.,                  )
                                     )
14              Defendant.           )
       _____)
15
16
17            REMOTE WEB VIDEOCONFERENCE DEPOSITION
18                  DEPONENT:  TOMER SHEKEL
19                    LOCATION: ISRAEL
20                WEDNESDAY, NOVEMBER 23, 2022
21
22     STENOGRAPHICALLY REPORTED BY:
23     ANDREA M. IGNACIO, CSR, RPR, CRR, CCRR, CLR ~
24     CSR LICENSE NO. 9830
25     JOB NO. 5594467
```

Page 1

| | | |
|---|---|---|
| 1 | Q   Was he your manager for the Google Home | 09:24 |
| 2 | project? | 09:24 |
| 3 | A   Rishi was my manager from an organization | 09:24 |
| 4 | point of view.  He was not my manager in the context | 09:24 |
| 5 | of specifically Google Home.  He was just my manager. | 09:24 |
| 6 | Q   Did you have a manager specifically for | 09:24 |
| 7 | Google Home? | 09:24 |
| 8 | A   No.  There is no -- you know, at least my -- | 09:24 |
| 9 | my experience within that team, that there was no | 09:24 |
| 10 | usually a manager in the specific context of the | 09:24 |
| 11 | project versus just your manager. | 09:24 |
| 12 | Q   What is the difference between Cast for Audio | 09:25 |
| 13 | and Chromecast Audio? | 09:25 |
| 14 | A   Cast for Audio is a program that is meant to | 09:25 |
| 15 | bring the Google Cast technology -- that is the | 09:25 |
| 16 | technology that Chromecast, for example, is using -- | 09:25 |
| 17 | to OEM devices, you know, speakers by third-party | 09:25 |
| 18 | speaker manufacturers. | 09:26 |
| 19 | Chromecast Audio is how the device we | 09:26 |
| 20 | developed within Google that also has -- it's not a | 09:26 |
| 21 | speaker.  It's a device that connects into speakers, | 09:26 |
| 22 | and also the -- use the same technology of Cast. | 09:26 |
| 23 | There are other differences as well, but this | 09:26 |
| 24 | is conceptually a high-level difference. | 09:26 |
| 25 | Q   What did you do to prepare for your | 09:26 |

Page 29

1        CERTIFICATE OF REPORTER

2

3        I, ANDREA M. IGNACIO, hereby certify that the
4   witness in the foregoing remote deposition was by me
5   remotely sworn to tell the truth, the whole truth, and
6   nothing but the truth in the within-entitled cause;
7        That said deposition was taken in shorthand
8   by me, a disinterested person, at the time and place
9   therein stated, and that the testimony of the said
10  witness was thereafter reduced to typewriting, by
11  computer, under my direction and supervision;
12       That before completion of the deposition,
13  review of the transcript [ ] was [x] was not
14  requested.  If requested, any changes made by the
15  deponent (and provided to the reporter) during the
16  period allowed are appended hereto.
17       I further certify that I am not of counsel or
18  attorney for either or any of the parties to the said
19  deposition, nor in any way interested in the event of
20  this cause, and that I am not related to any of the
21  parties thereto.
22  Dated: November 28, 2022

23  _____

24  ANDREA M. IGNACIO, RPR, CRR, CCRR, CLR, CSR No. 9830

25

Page 143