# Exhibit 9



# protocol

 

NEWSLETTERS  ENTERPRISE  FINTECH  ENTERTAINMENT  WORKPLACE  POLICY  CHINA  CLIMATE

BLACK FRIDAY

# Supply chain pain: Sonos can't make enough speakers

Company executives think the situation will improve, but Black Friday deals might be hard to find this year.



As chip shortages continue, Sonos is selling its speakers as fast as it can make them. | Photo: Sonos

By Janko Roettgers | November 18, 2021



Count Sonos among the companies struggling to keep up with demand: Executives of the smart speaker maker revealed during an earnings call Wednesday that they expect the company's revenue to go down this holiday quarter because of ongoing supply chain issues.

"The global supply situation has only continued to get more challenging," Sonos CFO Brittany Bagley told investors Wednesday. "As a result, we are anticipating that our [holiday] quarter revenue could be lower than ... last year." Shortages have led to some significant disruptions for the company. "We have been so short on some components that we have had manufacturing shutdowns," Bagley said.

CEO Patrick Spence tried to put a positive spin on the situation, though. "We are confident that we can sell every unit that we can make this year,"

## Most Popular

### Bulletins

**November 15, 2022 11:00 EST**
Mobile gaming's surprising slump is dragging down the game market

**November 14, 2022 16:47 EST**
Amazon will lay off workers ahead of holiday season

**November 14, 2022 15:28 EST**
Google settles with state AGs over location-tracking disclosures

we are ................................................................., he said.

Whether those speakers will reach consumers in time for the holidays is another question altogether. The company's website currently lists a number of products as backordered. The $400 Sonos Move speaker is said to ship on Dec. 17, whereas the $900 Arc soundbar may not ship before the end of the year. On the flip side, some of the company's entry-level speakers appear to be more readily available than just a few months ago.

Both Spence and Bagley stressed that availability issues haven't led to people abandoning the brand. "Our customers have proven that they will wait for our products despite supply constraints," Bagley said. Part of that is because Sonos keeps selling additional speakers to existing customers, who are less likely to switch to competing products. The average number of devices owned per Sonos household went from 2.9 to 3 this past 12 months.

Sonos ended the most recent quarter with devices in 12.6 million homes, and Spence said that the company's goal was to grow that footprint to tens of millions of additional homes over time. However, don't expect it to spend a lot of money on this kind of growth in the short term: Due to the ongoing shortages, Sonos is cutting down on sales and other marketing efforts this quarter.

"Because of the supply constraints, we won't be running typical promotional environments," Bagley said.

Following the investor call, a spokesperson told Protocol that the company wouldn't end all promotional activity. "This holiday season, Sonos will be running limited promotions on a market-to-market basis," the spokesperson said. However, the odds of finding a great Black Friday deal for Sonos speakers may just have gone down significantly.

Executives said Wednesday that they have been trying to mitigate supply chain issues with a number of measures, including shifting shipping for some products to airfreight, and switching to more-readily available components. The company had already relocated some of its production out of China in response to the Trump administration's trade war with the country. As a result, executives expect to have products more readily available later in 2022. "It will improve as we progress through the year," Spence said.

All those issues notwithstanding, Sonos still managed to end its fiscal 2022 on a high note. The company's revenue for the 12 months ending Oct. 2 came in at $1.7 billion, 29% above the prior year's results. Net income for the year was $158.6 million, compared to a net loss of $20.1 million in fiscal 2020.



**Janko Roettgers**
*Janko Roettgers (Twitter, Mastodon) used to be a senior reporter at Protocol, reporting on the shifting power dynamics between tech, media, and entertainment, including the impact of new technologies. Previously, Janko was Variety's first-ever technology writer in San Francisco, where he covered big tech and emerging technologies. He has reported for Gigaom, Frankfurter Rundschau, Berliner Zeitung, and ORF, among others. He has written three books on consumer*

cord-cutting and online music and co-edited an anthology on internet subcultures. He lives with his family in Oakland.

TAGS:

Supply Chain   Sonos   Chipset Shortages   Black Friday

FINTECH

# Judge Zia Faruqui is trying to teach you crypto, one 'SNL' reference at a time

His decisions on major cryptocurrency cases have quoted "The Big Lebowski," "SNL," and "Dr. Strangelove." That's because he wants you — yes, you — to read them.



The ways Zia Faruqui (right) has weighed on cases that have come before him can give lawyers clues as to what legal frameworks will pass muster. | Photo: Carolyn Van Houten/The Washington Post via Getty Images

By Veronica Irwin | November 21, 2022

"Cryptocurrency and related software analytics tools are 'The wave of the future, Dude. One hundred percent electronic.'"

That's not a quote from "The Big Lebowski" — at least, not directly. It's a quote from a Washington, D.C., district court memorandum opinion on the role cryptocurrency analytics tools can play in government investigations. The author is Magistrate Judge Zia Faruqui.

Keep Reading


**Veronica Irwin**
Veronica Irwin (@vronirwin) is a San Francisco-based reporter at Protocol covering fintech. Previously she was at the San Francisco Examiner, covering tech from a hyper-local angle. Before that, her byline was featured in SF Weekly, The Nation, Techworker, Ms. Magazine and The Frisc.

TAGS:

Cryptocurrency    Blockchain    Bitcoin    Lawsuit

AMAZON WEB SERVICES

# AWS CEO: The cloud isn't just about technology

As AWS preps for its annual re:Invent conference, Adam Selipsky talks product strategy, support for hybrid environments, and the value of the cloud in uncertain economic times.



| Photo: Noah Berger/Getty Images for Amazon Web Services

By Donna Goodison  |  November 18, 2022

AWS is gearing up for re:Invent, its annual cloud computing conference where announcements this year are expected to focus on its end-to-end data strategy and delivering new industry-specific services.

It will be the second re:Invent with CEO Adam Selipsky as leader of the industry's largest cloud provider after his return last year to AWS from data visualization company Tableau Software.

**Keep Reading**



**Donna Goodison**

*Donna Goodison (@dgoodison) is Protocol's senior reporter focusing on enterprise infrastructure technology, from the 'Big 3' cloud computing providers to data centers. She previously covered the public cloud at CRN after 15 years as a business reporter for the Boston Herald. Based in Massachusetts, she also has worked as a Boston Globe freelancer, business reporter at the Boston Business Journal and real estate reporter at Banker & Tradesman after toiling at weekly newspapers.*

TAGS:

`Aws`   `Amazon Web Services`   `Cloud Computing`   `Analytics`   `Data Analytics`

`Adam Selipsky`

# Farewell from Protocol



| Image: Protocol

**By Bennett Richardson and Jamie Condliffe** | November 15, 2022





We launched Protocol in February 2020 to cover the evolving power center of tech. It is with deep sadness that just under three years later, we are winding down the publication.

As of today, we will not publish any more stories. All of our newsletters, apart from our flagship, Source Code, will no longer be sent. Source Code will be published and sent for the next few weeks, but it will also close down in December.

**Keep Reading**

---



**Bennett Richardson**

*Bennett Richardson ( @bennettrich) is the president of Protocol. Prior to joining Protocol in 2019, Bennett was executive director of global strategic partnerships at POLITICO, where he led strategic growth efforts including POLITICO's European expansion in Brussels and POLITICO's creative agency POLITICO Focus during his six years with the company. Prior to POLITICO, Bennett was co-founder and CMO of Hinge, the mobile dating company recently acquired by Match Group. Bennett began his career in digital and social brand marketing working with major brands across tech, energy, and health care at*

leading marketing and communications agencies including Eastman and OMMB. Belmer is originally from Portland, Maine, and received his bachelor's degree from Colgate University.

MACHINE LEARNING

# Why large enterprises struggle to find suitable platforms for MLops

As companies expand their use of AI beyond running just a few machine learning models, and as larger enterprises go from deploying hundreds of models to thousands and even millions of models, ML practitioners say that they have yet to find what they need from prepackaged MLops systems.



As companies expand their use of AI beyond running just a few machine learning models, ML practitioners say that they have yet to find what they need from prepackaged MLops systems. | Photo: artpartner-images via Getty Images

By Kate Kaye | November 15, 2022



On any given day, Lily AI runs hundreds of machine learning models using computer vision and natural language processing that are customized for its retail and ecommerce clients to make website product recommendations, forecast demand, and plan merchandising. But this spring when the company was in the market for a machine learning operations platform to manage its expanding model roster, it wasn't easy to find a suitable off-the-shelf system that could handle such a large number of models in deployment while also meeting other criteria.

Some MLops platforms are not well-suited for maintaining even more than 10 machine learning models when it comes to keeping track of data, navigating their user interfaces, or reporting capabilities, Matthew Nokleby, machine learning manager for Lily AI's product intelligence team, told Protocol earlier this year. "The duct tape starts to show," he said.

Keep Reading



**Kate Kaye**

*Kate Kaye is an award-winning multimedia reporter digging deep and telling print, digital and audio stories. She covers AI and data for Protocol. Her reporting on AI and tech ethics issues has been published in OneZero, Fast Company, MIT Technology Review, CityLab, Ad Age and Digiday and heard on NPR. Kate is the creator of RedTailMedia.org and is the author of "Campaign '08: A Turning Point for Digital Media," a book about how the 2008 presidential campaigns used digital media and data.*

TAGS:

Mlops    Ai    Machine Learning

## Latest Stories

**FINTECH**

### Thanks for reading Protocol Fintech

By Jamie Condliffe

07 December 2022



**SOURCE CODE**

### The best of Protocol

By the Source Code team

02 December 2022


