# Exhibit 10





**MAD MONEY WITH JIM CRAMER** | **FULL EPISODES** | **VIDEO** | **CRAMER'S SOUNDBOARD**

MAD MONEY

# Sonos CEO says this is the most challenging time for tech companies he's ever seen

PUBLISHED TUE, SEP 28 2021·7:59 PM EDT   UPDATED WED, SEP 29 2021·10:21 AM EDT



Kevin Stankiewicz
@IN/KEVINSTANKIEWICZ
@KEVIN_STANK

WATCH LIVE

## KEY POINTS

"In my 23 years in tech, I haven't seen a period as challenged as this," Sonos CEO Patrick Spence told CNBC's Jim Cramer.

However, the executive said he sees reasons to be optimistic that problems such as the chip shortage will improve next year.

"While there are some delays in the near term … fundamentally it doesn't change the long-term trajectory of our business," Spence said on "Mad Money."



CLUB

EXCLUSIVE DEAL:
3 MONTHS FOR $79.99

JOIN THE CLUB


MARKETS


CNBC TV


WATCHLIST


MENU



○ WATCH **LIVE**

**VIDEO** 02:24

**Sonos CEO says this is the most challenging time he's ever seen for tech companies**

[Sonos](#) CEO Patrick Spence told CNBC's [Jim Cramer](#) on Tuesday the [coronavirus pandemic](#)'s impact on business for technology companies has been profound.

"The industry right now is probably in its most challenging time it's ever been in terms of semiconductors and port delays and container shortages, you name it," Spence said in an interview on ["Mad Money."](#) "In my 23 years in tech, I haven't seen a period as challenged as this."

While supply chains have been disrupted since the Covid crisis began in earnest in early 2020, Spence said he does see some reason for optimism.

"The good news is that as we look at '22, I think we see more fabs coming online in the semiconductor space," said Spence, who's led Sonos since 2017. He first joined the speaker maker in 2012 to serve as chief commercial officer.

"These are short-term issues that we'll be able to work through, so while there are some delays in the near term — and certainly a speed bump from a supply-chain perspective industry wide — fundamentally it doesn't change the long-term trajectory of our business," Spence said.

Asked by Cramer whether Sonos has seen order cancellations because a product isn't readily available, Spence said the company appreciates the patience many customers have exhibited.

"We watch very closely our backlog. … The great news is they're willing to wait for their next Sonos because they've already started to invest in the system, and it just gets better over time," Spence said. "People have shown a willingness to wait, and it's a considered purchase. This isn't an impulse purchase. … We just feel very grateful customers have been willing to stick with us while we have these short-term supply challenges."



**CLUB**                                                    ✕

EXCLUSIVE DEAL:
3 MONTHS FOR $79.99

**JOIN THE CLUB**


MARKETS


CNBC TV


WATCHLIST

MENU



WATCH **LIVE**



SUBSCRIBE

SIGN IN

**VIDEO**  08:40

 Sonos CEO on the 'golden age of audio,' supply chain issues and patent fight against Google

Questions for Cramer?

Call Cramer: 1-800-743-CNBC

Want to take a deep dive into Cramer's world? Hit him up!

Mad Money Twitter - Jim Cramer Twitter - Facebook - Instagram

Questions, comments, suggestions for the "Mad Money" website? madcap@cnbc.com

## TRENDING NOW



**45-year-old self-made millionaire shares his 4 'cheat codes' to help skyrocket your wealth**



**Self-made millionaire: The No. 1 number to calculate if you want to be rich—'very few people' know it**

CLUB

EXCLUSIVE DEAL:
3 MONTHS FOR $79.99

JOIN THE CLUB

 MARKETS           CNBC TV           WATCHLIST          MENU





**Delta passengers exit their flight using the jet slide after the plane lands without gear extended**

Sponsored Links  by Taboola

**FROM THE WEB**

**PAIGE Women's Noella Petite - Sledge Destructed Straight Jeans | Blue | Size 28**

Paige Denim

Shop now

**"One Drop makes me so productive, I get a days work done in 3 hours"**

Health Headlines

Learn More

CCPA Notice



Subscribe to CNBC PRO

CNBC Councils

CNBC on Peacock

Supply Chain Values

Closed Captioning

News Releases

Corrections

Ad Choices

Licensing & Reprints

Select Personal Finance

Join the CNBC Panel

Select Shopping

Digital Products

Internships

About CNBC

Site Map



EXCLUSIVE DEAL:
3 MONTHS FOR $79.99

**JOIN THE CLUB**



○ WATCH **LIVE**

Got a confidential news tip? We want to hear from you.

GET IN TOUCH

## Advertise With Us

PLEASE CONTACT US

 CNBC Newsletters

Sign up for free newsletters and get more CNBC delivered to your inbox

SIGN UP NOW

Get this delivered to your inbox, and more info about our products and services.

Privacy Policy

Do Not Sell My Personal Information

CA Notice

Terms of Service

© 2023 CNBC LLC. All Rights Reserved. A Division of NBCUniversal

Data is a real-time snapshot *Data is delayed at least 15 minutes. Global Business and Financial News, Stock Quotes, and Market Data and Analysis.

Market Data Terms of Use and Disclaimers

Data also provided by



EXCLUSIVE DEAL:
3 MONTHS FOR $79.99

JOIN THE CLUB


MARKETS


CNBC TV


WATCHLIST

MENU