# Exhibit 12

# The Verge

Menu +

AD — PEPSI DIG IN RESTAURANT ROYALTY — SHOW LOVE TO YOUR FAVORITE BLACK-OWNED RESTAURANT — AND YOU COULD WIN THE ULTIMATE FOODIE EXPERIENCE — NOMINATE — @PEPSIDIGIN

SONOS / TECH

## Sonos quietly raises Beam and Sub prices by $50 / After a wave of price hikes in 2021, Sonos is raising the cost of its mid-level soundbar (now $499), subwoofer ($799), and a few accessories.

By **Chris Welch**, a reviewer specializing in personal audio and home theater. Since 2011, he has published nearly 6,000 articles, from breaking news and reviews to useful how-tos.

Feb 21, 2023, 3:10 PM PST

💬 7 Comments / 7 New

If you buy something from a Verge link, Vox Media may earn a commission. **See our ethics statement.**



Photo by Chris Welch / The Verge

As it nears the launch of two new smart speakers, Sonos appears to be taking another look at pricing across the company's product portfolio — and raising them in some cases. The second-generation Beam, which was $449 just a week ago, is now shown as $499 on Sonos' website and retailers, including Best Buy.

The already-pricey Sub has also been bumped by $50 and now costs $799. Ouch. The Wayback Machine shows that it was still listed at $749 from Sonos as recently as February 15th.

Sonos increased the prices of numerous products back in 2021, citing supply chain issues and consumer demand as factors behind the decision. At that time, the company said it is "always assessing market dynamics including demand, supply chain, component costs, and the competitive landscape" when reviewing pricing.



Apparently, it has now seen fit to make more adjustments. Sonos confirmed these changes to *The Verge,* and select accessories are also impacted — but much less significantly. A couple of items have actually gone down (by a whole 99 cents). Here's the full rundown:

## Sonos February 2023 price changes

| Device | New price | Previous price |
| --- | --- | --- |
| Beam (Gen 2) | $499 | $449 |
| Sub (Gen 3) | $799 | $749 |
| Sonos One shelf | $59.99 | $59.00 |
| Pair of One Stands | $249.99 | $249.00 |
| Short Power Cord | $19.99 | $19.00 |
| Replacement Cord | $25.00 | $24.99 |
| Long Power Cord | $29.00 | $29.99 |
| Move Charging Base | $79.00 | $79.99 |
| 10 Pk Banana Plugs | $69.00 | $49.00 |
| 5 Pk Optical Adapters | $69.00 | $49.00 |

*You might want to look elsewhere for your banana plugs.*

The Beam (read our review) has typically been one of the better values in Sonos' home theater lineup: it produces room-filling audio and does a decent job at virtualizing Dolby Atmos surround sound in small to medium-size rooms. But these price increases start to chip away at that value proposition: the company's mid-level soundbar is now $100 more expensive than the first-gen Beam's starting price.

*Thanks for the tip, Steven!*

💬 **7 COMMENTS (7 NEW)**

More from **Tech**

### Google is giving the Android robot a glow-up, and you may have already seen how it looks

### The AirPods Max are getting left behind, so are new Apple headphones coming this year?

### Nintendo's CEO says its online accounts are the key to its next console transition


AD

TERMS OF USE / PRIVACY NOTICE / COOKIE POLICY / DO NOT SELL OR SHARE MY PERSONAL INFO / LICENSING FAQ / ACCESSIBILITY / PLATFORM STATUS / HOW WE RATE AND REVIEW PRODUCTS

CONTACT / TIP US / COMMUNITY GUIDELINES / ABOUT / ETHICS STATEMENT

**THE VERGE IS A VOX MEDIA NETWORK**

ADVERTISE WITH US / JOBS @ VOX MEDIA

Case 3:20-cv-06754-WHA   Document 829-14   Filed 06/30/23   Page 6 of 6

© 2023 VOX MEDIA, LLC. ALL RIGHTS RESERVED