# Exhibit 13



The Verge / Tech / Reviews / Science / Entertainment / More +

AD
FRESENIUS MEDICAL CARE
The perfect warehouse role is here waiting for you.
APPLY NOW ▶

TECH / SONOS

# Sonos raises prices for majority of products amid supply chain crunch



Photo by Chris Welch / The Verge

/ Its devices will cost from $10 to $100 more

By Mitchell Clark

Sep 10, 2021, 10:53 AM PDT | 0 Comments / 0 New

If you buy something from a Verge link, Vox Media may earn a commission. See our ethics statement.

Sonos has announced that many of its speakers will be getting a price increase, ranging from $10 more for its portable Roam, to $100 more for its Arc soundbar. The company says that the price increases are making good on a promise it made during a call with investors last month, and that the increases would be going into effect on Sunday, September 12th. (We've reached out to Sonos to clarify if there's a specific time the increase will happen.) You can see a table with all the price changes below.

During its earnings call, Sonos cited both supply and demand factors in its decision to raise prices. In a statement to *The Verge*, the company said it's "always assessing market dynamics — including demand, supply, component costs and the competitive landscape." This seems to imply that the current chip shortage has something to do with these price increases, at least in part. That would also imply that the increased prices will be around for a while: some industry leaders predict that the shortage, which has affected cars, consoles, and computers, will last at least through next year, if not beyond.

Sonos' announcement doesn't give consumers a lot of time to decide whether they want to purchase one of the company's speakers before the prices go up.

### Sonos September 12th price increases

| Product | Current price | Price as of 9/12 | Price increase |
|---------|--------------|------------------|----------------|
| One | $199.00 | $219.00 | $20.00 |
| One SL | $179.00 | $199.00 | $20.00 |
| Five | $499.00 | $549.00 | $50.00 |
| Roam | $169.00 | $179.00 | $10.00 |
| Move | $399.00 | $399.00 | $0.00 |
| Arc | $799.00 | $899.00 | $100.00 |
| Sub | $699.00 | $749.00 | $50.00 |
| Port | $449.00 | $449.00 | $0.00 |
| Amp | $649.00 | $699.00 | $50.00 |
| Boost | $99.00 | $99.00 | $0.00 |

Not every product will be more expensive.

AD
Google Cloud
The new way to cloud.
Explore the new way

## Most Popular

1  FTC v. Microsoft: all the news from the big Xbox courtroom battle

2  Sony's confidential PlayStation secrets just spilled because of a Sharpie

3  Microsoft wants to move Windows fully to the cloud

4  It's taken one day for customers to report broken Pixel Fold screens

5  Plex lays off more than 20 percent of its staff

0 COMMENTS (0 NEW)

**Verge Deals** / Sign up for Verge Deals to get deals on products

we've tested sent to your inbox daily.

Enter your email    SIGN UP

By submitting your email, you agree to our Terms and Privacy Notice. This site is protected by reCAPTCHA and the Google Privacy Policy and Terms of Service apply.

More from **Tech**



### Volvo's upcoming EVs join the Tesla Supercharger bandwagon

AD
Google Cloud    The new way to

# TheVerge

TERMS OF USE  /  PRIVACY NOTICE  /  COOKIE POLICY  /  DO NOT SELL OR SHARE MY PERSONAL INFO
/  LICENSING FAQ  /  ACCESSIBILITY  /  PLATFORM STATUS  /  HOW WE RATE AND REVIEW PRODUCTS

CONTACT  /  TIP US  /  COMMUNITY GUIDELINES  /  ABOUT  /  ETHICS STATEMENT

**THE VERGE IS A VOX MEDIA NETWORK**

ADVERTISE WITH US  /  JOBS @ VOX MEDIA

© 2023 VOX MEDIA, LLC. ALL RIGHTS RESERVED