UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SONOS, INC,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>GOOGLE LLC,<br><br>　　　　Defendant. | CASE NO. 3:20-cv-06754-WHA<br>Related to CASE NO. 3:21-cv-07559<br><br>**[PROPOSED] ORDER GRANTING GOOGLE LLC'S MOTION TO STRIKE PORTIONS OF THE DECLARATION OF ALAINA KWASIZUR IN SUPPORT OF SONOS, INC.'S MOTION FOR INJUNCTIVE RELIEF** |

1   Before the Court is Google LLC's Motion to Strike Portions of the Declaration of Alaina
2   Kwasizur in Support of Sonos, Inc.'s Motion for Injunctive Relief ("Motion"). Having reviewed the
3   Motion, and good cause appearing therefor, this Court concludes that the Motion should be, and is
4   hereby, **GRANTED**.
5      **IT IS SO ORDERED.**

8   DATED:

The Honorable William Alsup
United States District Court Judge