UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA,

SAN FRANCISCO DIVISION

| | |
|---|---|
| SONOS, INC.,<br><br>    Plaintiff and Counter-defendant,<br><br>v.<br><br>GOOGLE LLC,<br><br>    Defendant and Counter-claimant. | Case No. 3:20-cv-06754-WHA<br><br>Consolidated with<br>Case No. 3:21-cv-07559-WHA<br><br>**[PROPOSED] ORDER GRANTING SONOS, INC.'S RENEWED OMNIBUS ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

Pursuant to Civil Local Rules 7-11 and 79-5, Sonos, Inc. ("Sonos") has filed an administrative motion ("Sonos's Renewed Administrative Motion") and good cause to seal having been shown, the Court GRANTS Sonos's Administrative Motion and ORDERS sealed the following:

| DOCUMENT | PORTIONS TO BE SEALED | DESIGNATING PARTY |
|---|---|---|
| Exhibit 1 to the Ma Declaration in support of Google's Opposition to Sonos, Inc.'s Motion to Realign the Parties [Dkt. No. 511-4] | Entire document | Sonos |
| Exhibit 1 to the Ma Declaration in support of Google's Opposition to Sonos, Inc.'s Motion to Realign the Parties [Dkt. No. 512-3] | Entire document | Sonos |
| Exhibit B to the Kolker Declaration in support of Sonos's Motion *In Limine* No. 1 [Dkt. No. 589-4] | Portions identified with blue boxing | Sonos |
| Google's Response to Motion *In Limine* No. 1 [Dkt. No. 589-5] | Portions identified with blue boxing | Sonos |
| Exhibit 1 to the Cooper Declaration in support of Google's Response to Motion *In Limine* No. 1 [Dkt. No. 589-6] | Portions identified with blue boxing | Sonos |
| Exhibit 2 to the Cooper Declaration in support of Google's Response to Motion *In Limine* No. 1 [Dkt. No. 589-7] | Portions identified with blue boxing | Sonos |
| Exhibit B to the Kolker Declaration in support of Sonos's Motion *In Limine* No. 1 [Dkt. No. 590-4] | Portions identified with blue boxing | Sonos |
| Google's Response to Motion *In Limine* No. 1 [Dkt. No. 590-5] | Portions identified with blue boxing | Sonos |
| Exhibit 1 to the Cooper Declaration in support of Google's Response to Motion *In Limine* No. 1 [Dkt. No. 590-6] | Portions identified with blue boxing | Sonos |
| Exhibit 2 to the Cooper Declaration in support of Google's Response to Motion *In Limine* No. 1 [Dkt. No. 590-7] | Portions identified with blue boxing | Sonos |
| Exhibit 8 to the Judah Declaration in support of Google's Response to Motion *In Limine* No. 4 [Dkt. No. 597-4] | Entire document | Sonos |

| DOCUMENT | PORTIONS TO BE SEALED | DESIGNATING PARTY |
|---|---|---|
| Exhibit 8 to the Judah Declaration in support of Google's Response to Motion *In Limine* No. 4 [Dkt. No. 598-4] | Entire document | Sonos |
| Exhibit B to the Kolker Declaration in support of Sonos's Motion *In Limine* No. 1 [Dkt. No. 643-1] | Portions identified with blue boxing | Sonos |
| Exhibit 1 to the Cooper Declaration in support of Google's Response to Motion *In Limine* No. 1 [Dkt. No. 643-2] | Portions identified with blue boxing | Sonos |
| Exhibit 2 to the Cooper Declaration in support of Google's Response to Motion *In Limine* No. 1 [Dkt. No. 643-3] | Portions identified with blue boxing | Sonos |
| Exhibit 5 to the Judah Declaration in support of Google's Response to Sonos's Request for Clarification [Dkt. No. 675-5] | Entire document | Sonos |
| Exhibit 5 to the Judah Declaration in support of Google's Response to Sonos's Request for Clarification [Dkt. No. 676-4] | Entire document | Sonos |

Dated: _____, 2023

_____
HON. WILLIAM H. ALSUP
United States District Judge