QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Sean Pak (Bar No. 219032)
  seanpak@quinnemanuel.com
  Melissa Baily (Bar No. 237649)
  melissabaily@quinnemanuel.com
  James Judah (Bar No. 257112)
  jamesjudah@quinnemanuel.com
  Lindsay Cooper (Bar No. 287125)
  lindsaycooper@quinnemanuel.com
  Iman Lordgooei (Bar No. 251320)
  imanlordgooei@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:     (415) 875-6600
Facsimile:     (415) 875-6700

  Marc Kaplan *(pro hac vice)*
  marckaplan@quinnemanuel.com
191 N. Wacker Drive, Ste 2700
Chicago, Illinois 60606
Telephone:     (312) 705-7400
Facsimile:     (312) 705-7401

*Attorneys for GOOGLE LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SONOS, INC.,<br><br>            Plaintiff,<br><br>     vs.<br><br>GOOGLE LLC,<br><br>            Defendant. | Case No. 3:20-cv-06754-WHA<br>Related to Case No. 3:21-cv-07559-WHA<br><br>**GOOGLE LLC'S REVISED OMNIBUS ADMINISTRATIVE MOTION TO FILE UNDER SEAL PURSUANT TO THE COURT'S ORDER RE PENDING MOTIONS TO SEAL (DKT. 817)** |

I.  INTRODUCTION

Pursuant to Civil Local Rules 7-11 and 79-5 and the Court's Order re Pending Motions to Seal (Dkt. 817) ("Order"), Plaintiff Google LLC ("Google") hereby submits this Revised Omnibus Administrative Motion to File Under Seal Pursuant to the Court's Order re Pending Motions to Seal (Dkt. 817). Google requests that the Court seals the portions of the documents identified in the charts below. This request is supported by the accompanying Declarations of Jocelyn Ma and Sean Pak.

| Dkt. | Document | Portion Sought to be Sealed | Basis for Sealing |
|---|---|---|---|
| 335-3 | Exhibit 1 to Hefazi Declaration | Portions outlined in green boxes | Declaration of Jocelyn Ma ("Ma Decl.") ¶¶ 6, 7. |
| 467-3 | Exhibit 1 to Kaplan Declaration | Portions outlined in green boxes | Ma Decl. ¶¶ 6, 7. |
| 467-4 | Exhibit 2 to Kaplan Declaration | Portions outlined in green boxes | Ma Decl. ¶¶ 6, 7. |
| 467-5 | Exhibit 3 to Kaplan Declaration | Portions outlined in green boxes | Ma Decl. ¶¶ 6, 7. |
| 467-7 | Exhibit 5 to Kaplan Declaration | Portions outlined in green boxes | Ma Decl. ¶¶ 6, 7. |
| 482-3 | Exhibit 1 to Google's MSJ | Portions outlined in green boxes | Ma Decl. ¶¶ 6, 7. |
| 482-4 | Exhibit 2 to Google's MSJ | Portions outlined in green boxes | Ma Decl. ¶¶ 6, 7. |
| 482-5 | Exhibit 5 to Google's MSJ | Portions outlined in green boxes | Ma Decl. ¶¶ 6, 7. |
| 482-12 | Exhibit 21 to Google's MSJ | Portions outlined in green boxes | Ma Decl. ¶¶ 13, 14. |
| 482-13 | Exhibit 22 to Google's MSJ | Entire document | Ma Decl. ¶¶ 6, 7. |
| 491-5 | Exhibit 8 to Hefazi Declaration | Portions outlined in green boxes | Ma Decl. ¶ 8. |
| 491-7 | Exhibit 10 to Hefazi Declaration | Entire document | Ma Decl. ¶¶ 6, 7. |
| 491-9 | Exhibit 19 to Hefazi Declaration | Portions outlined in green boxes | Ma Decl. ¶¶ 6, 7. |
| 491-11 | Exhibit 21 to Hefazi Declaration | Portions outlined in green boxes | Ma Decl. ¶ 20. |
| 491-14 | Exhibit 25 to Hefazi Declaration | Entire document | Ma Decl. ¶¶ 6, 7. |

| Dkt. | Document | Portion Sought to be Sealed | Basis for Sealing |
|---|---|---|---|
| 502-4 | Exhibit 1 to Hefazi Declaration | Portions outlined in green boxes | Ma Decl. ¶¶ 6, 7. |
| 506-1 | Exhibit 1 to Ma Declaration | Portions outlined in green boxes | Ma Decl. ¶¶ 6, 7. |
| 506-2 | Exhibit 2 to Ma Declaration | Portions outlined in green boxes | Ma Decl. ¶¶ 6, 7. |
| 506-5 | Exhibit 5 to Ma Declaration | Portions outlined in green boxes | Ma Decl. ¶¶ 6, 7. |
| 506-8 | Exhibit 10 to Ma Declaration | Portions outlined in green boxes | Ma Decl. ¶¶ 6, 7. |
| 506-9 | Exhibit 11 to Ma Declaration | Portions outlined in green boxes | Ma Decl. ¶¶ 6, 7. |
| 506-10 | Sonos's Opposition to Google's Motion to Strike Experts | Portions outlined in green boxes | Ma Decl. ¶¶ 6, 7. |
| 511-3 | Opposition to Sonos's Motion to Realign the Parties | Portions highlighted in green | Ma Decl. ¶¶ 13, 14 |
| 511-4 | Exhibit 1 to Robins Declaration | Entire document | Ma Decl. ¶¶ 13, 14 |
| 516-3 | Opposition to Sonos's MSJ | Portions outlined in green boxes | Ma Decl. ¶¶ 17, 18. |
| 516-8 | Exhibit 17 to Ma Declaration | Entire document | Ma Decl. ¶¶ 6, 7, 17, 18. |
| 516-13 | Exhibit 35 to Ma Declaration | Portions outlined in red boxes | Ma Decl. ¶¶ 17, 18. |
| 516-14 | Exhibit 36 to Ma Declaration | Portions outlined in red boxes | Ma Decl. ¶¶ 6, 7, 17, 18. |
| 516-16 | Exhibit 38 to Ma Declaration | Portions outlined in red boxes | Ma Decl. ¶¶ 17, 18. |

Case No. 3:20-cv-06754-WHA
GOOGLE'S REVISED ADMINISTRATIVE MOTION TO FILE UNDER SEAL

| Dkt. | Document | Portion Sought to be Sealed | Basis for Sealing |
|---|---|---|---|
| 516-17 | Exhibit 40 to Ma Declaration | Entire document | Ma Decl. ¶¶ 17, 18. |
| 516-18 | Exhibit 41 to Ma Declaration | Portions outlined in red boxes | Ma Decl. ¶¶ 17, 18. |
| 524-1 | Sonos's Reply ISO Motion to Strike Expert Reports | Portions outlined in red boxes | Ma Decl. ¶ 19. |
| 528-4 | Exhibit L to Ma Declaration | Portions outlined in green boxes | Ma Decl. ¶¶ 6, 7. |
| 546-3 | Revised Sealed Dkt. 210-3 | Portions outlined in red boxes | Ma Decl. ¶¶ 6, 7. |
| 546-4 | Revised Sealed Dkt. 263-1 | Portions outlined in green boxes | Ma Decl. ¶¶ 6, 7. |
| 546-5 | Revised Sealed Dkt. 209-4 | Portions outlined in blue boxes | Ma Decl. ¶¶ 6, 7. |
| 546-5 | Revised Sealed Dkt. 247-3 | Portions outlined in blue boxes on page 10 | Ma Decl. ¶¶ 9, 10, 11, 12, 13, 14, 15, 16, 19. |
| 546-6 | Revised Sealed Dkt. 252-2 | Portions outlined in blue boxes | Ma Decl. ¶¶ 6, 7. |
| 605-3 | Exhibit D to Ma Declaration | Portions outlined in red boxes | Ma Decl. ¶¶ 9, 10, 11, 12, 13, 14, 15, 16, 19. |
| 609-3 | Exhibit 1 to Cooper Declaration | Portions outlined in red boxes | Ma Decl. ¶¶ 9, 10 |
| 609-4 | Exhibit A to Kolker Declaration | Portions outlined in red boxes | Ma Decl. ¶¶ 9, 10, 11, 12, 13, 14, 15, 16, 19. |

| Dkt. | Document | Portion Sought to be Sealed | Basis for Sealing |
|---|---|---|---|
| 612-3 | Exhibit 3 to Ma Declaration | Portions outlined in green boxes | Ma Decl. ¶¶ 9, 10, 11, 12, 21, 22, |
| 616-3 | Sonos Opposition to Google's MIL No. 4 | Portions outlined in green boxes | Ma Decl. ¶¶ 9, 10, 13, 14. |
| 616-4 | Exhibit 1 to Robins Declaration | Portions outlined in red boxes | Ma Decl. ¶¶ 9, 10. |
| 616-5 | Exhibit 5 to Robins Declaration | Portions outlined in red boxes | Ma Decl. ¶¶ 11, 12. |
| 616-6 | Exhibit 6 to Robins Declaration | Portions outlined in red boxes | Ma Decl. ¶¶ 9, 10. |
| 616-7 | Exhibit A to Kolker Declaration | Portions outlined in red boxes | Ma Decl. ¶¶ 9, 10, 11, 12, 13, 14, 15, 16. |
| 616-8 | Exhibit D to Kolker Declaration | Portions outlined in red boxes | Ma Decl. ¶¶ 13, 14. |
| 623-3 | Attachment A to Aubry Declaration | Portions outlined in red boxes on pages 38, 64, 106, 111, 144-147, 149 | Ma Decl. ¶¶ 6, 7, 17, 18. |
| 629-1 | Attachment A to Ma Declaration | Portions outlined in green boxes | Ma Decl. ¶¶ 13, 14. |
| 629-3 | Attachment C to Ma Declaration | Portions outlined in blue boxes | Ma Decl. ¶¶ 6, 7; 19. |
| 629-4 | Attachment D to Ma Declaration | Portions outlined in blue boxes | Ma Decl. ¶¶ 6, 7. |
| 643-1 | Exhibit B | Portions outlined in red boxes | Ma Decl. ¶¶ 9, 10, 13, 14, 21, 22. |
| 643-2 | Exhibit 1 | Portions outlined in red boxes | Ma Decl. ¶¶ 9, 10, 13, 14, 15, 16, 21, 22. |

| Dkt. | Document | Portion Sought to be Sealed | Basis for Sealing |
|---|---|---|---|
| 643-3 | Exhibit 2 | Portions outlined in red boxes | Ma Decl. ¶¶ 9, 10, 13, 14. |
| 643-4 | Exhibit 3 | Portions outlined in green boxes | Ma Decl. ¶¶ 9, 10, 13, 14. |
| 645-1 | Exhibit 6 to Ma Declaration | Portions outlined in red boxes | Ma Decl. ¶¶ 9, 10. |
| 671-3 | Exhibit 2 to Ma Declaration | Portions outlined in red boxes | Ma Decl. ¶¶ 15, 16. |
| 671-4 | Google's Response to Request for Information (Dkts. 649, 661) | Portions outlined in green boxes | Ma Decl. ¶¶ 15, 16. |
| 675-3 | Response to Sonos's Request for Clarification | Portions highlighted in green | Ma Decl. ¶¶ 13, 14 |
| 675-4 | Exhibit 2 to Judah Declaration | Entire document | Ma Decl. ¶¶ 6, 7. |
| 675-5 | Exhibit 5 to Judah Declaration | Entire document | Ma Decl. ¶¶ 13, 14. |
| 681-4 | Exhibit B to Aubry Declaration | Portions outlined in red boxes on PDX2.61 | Ma Decl. ¶¶ 6, 7. |
| 692-2 | Exhibit 3 | Portions outlined in green boxes | Ma Decl. ¶¶ 6, 7. |
| 715-3 | Google's Response to Sonos's Request re: No Longer Asserted Patents (Dkt. 699) and Proffer of Testimony of Alaina Kwasizur (Dkt. 715) | Portions highlighted in green | Ma Decl. ¶¶ 13, 14 |
| 715-4 | Exhibit 2 to Ma Declaration | Entire document | Ma Decl. ¶¶ 13, 14. |
| 737-4 | Exhibit 2 to Hefazi Declaration | Portions outlined in green boxes | Ma Decl. ¶¶ 6, 7. |
| Dkt. 410-6 | Exhibit 1 to Moss Declaration (Part 1) | Portions outlined in green boxes | Ma Decl. ¶¶ 6, 7. |
| Dkt. 410-7 | Exhibit 2 to Moss Declaration (Part 2) | Portions outlined in green boxes | Ma Decl. ¶¶ 6, 7. |
| Dkt. 410-8 | Exhibit 4 to Moss Declaration | Portions outlined in green boxes | Ma Decl. ¶¶ 6, 7. |

| Dkt. | Document | Portion Sought to be Sealed | Basis for Sealing |
|---|---|---|---|
| Dkt. 438-3 | Exhibit 11 to Moss Declaration | Portions outlined in green boxes | Ma Decl. ¶¶ 6, 7. |
| Dkt. 438-4 | Exhibit 12 to Moss Declaration | Portions outlined in green boxes | Ma Decl. ¶¶ 6, 7. |
| Dkt. 440-11 | Exhibit 2 to the Moss Declaration | Portions outlined in green boxes | Ma Decl. ¶ 19. |
| Dkt. 440-15 | Exhibit 6 to the Moss Declaration | Portions outlined in green boxes | Ma Decl. ¶¶ 6, 7. |
| Dkt. 440-18 | Exhibit 11 to the Moss Declaration | Portions outlined in green boxes | Ma Decl. ¶¶ 6, 7. |
| Dkt. 455-3 | Exhibit 1 to Joint Discovery Letter Brief | Portions outlined in green boxes | Ma Decl. ¶¶ 6, 7. |
| Dkt. 475-13 | Sonos's Motion to Strike | Portions outlined in green boxes | Ma Decl. ¶19. |
| Dkt. 475-1 | Exhibit A | Portions outlined in green boxes | Ma Decl. ¶¶ 6, 7. |
| Dkt. 475-2 | Exhibit B | Portions outlined in green boxes | Ma Decl. ¶¶ 6, 7, 19. |
| Dkt. 475-3 | Exhibit C | Portions outlined in green boxes | Ma Decl. ¶¶ 6, 7. |
| Dkt. 475-5 | Exhibit I | Portions outlined in green boxes | Ma Decl. ¶ 19. |
| Dkt. 475-6 | Exhibit J | Portions outlined in green boxes | Ma Decl. ¶¶ 6, 7. |
| Dkt. 475-7 | Exhibit K | Portions outlined in green boxes | Ma Decl. ¶¶ 6, 7. |
| Dkt. 475-9 | Exhibit U | Portions outlined in green boxes | Ma Decl. ¶ 19. |
| Dkt. 475-10 | Exhibit V | Portions outlined in green boxes | Ma Decl. ¶ 19. |
| Dkt. 475-11 | Exhibit W | Portions outlined in green boxes | Ma Decl. ¶19. |
| Dkt. 475-12 | Exhibit X | Portions outlined in green boxes | Ma Decl. ¶ 19. |
| Dkt. 479-2 | Sonos's Motion for Summary Judgment Regarding Google's Contract-Related Claims | Portions outlined in red boxes | Ma Decl. ¶¶ 17, 18. |
| | Exhibit 1 to Kwasizur Declaration | Entire Document | Ma Decl. ¶¶ 17, 18. |

| Dkt. | Document | Portion Sought to be Sealed | Basis for Sealing |
|---|---|---|---|
| Dkt. 506-10 | Sonos's Opposition to Google's Motion to Strike | Portions outlined in green boxes | Ma Decl. ¶¶ 6, 7. |
| Dkt. 506-1 | Exhibit 1 to Richter Declaration | Portions outlined in green boxes | Ma Decl. ¶¶ 6, 7. |
| Dkt. 506-2 | Exhibit 2 to Richter Declaration | Portions outlined in green boxes | Ma Decl. ¶¶ 6, 7. |
| Dkt. 506-3 | Exhibit 3 to Richter Declaration | Portions outlined in green boxes | Ma Decl. ¶¶ 6, 7. |
| Dkt. 488-7 | Exhibit 5 to Richter Declaration | Portions outlined in green boxes | Ma Decl. ¶¶ 6, 7. |
| Dkt. 506-6 | Exhibit 6 to Richter Declaration | Portions outlined in green boxes | Ma Decl. ¶¶ 6, 7. |
| Dkt. 488-13 | Exhibit 10 to Richter Declaration | Portions outlined in green boxes | Ma Decl. ¶¶ 6, 7. |
| Dkt. 506-9 | Exhibit 11 to Richter Declaration | Portions outlined in green boxes | Ma Decl. ¶¶ 6, 7. |
| Dkt. 524-1 | Sonos's Reply in Support of Its Motion to Strike | Portions outlined in green boxes | Ma Decl. ¶ 19. |
| Dkt. 528-3 | Exhibit F | Portions outlined in blue boxes | Ma Decl. ¶¶ 6, 7. |
| Dkt. 528-4 | Exhibit L | Portions outlined in green boxes | Ma Decl. ¶¶ 6, 7. |
| Dkt. 533-2 | Sonos's Reply in Support of Its Motion for Summary Judgment | Portions outlined in blue boxes | Ma Decl. ¶¶ 17, 18. |
| Dkt. 629-1 | Attachment A | Portions outlined in green boxes | Ma Decl. ¶¶ 17, 18. |
| Dkt. 629-3 | Attachment C | Portions outlined in blue boxes | Ma Decl. ¶¶ 6, 7; 19. |
| Dkt. 629-4 | Attachment D | Portions outlined in blue boxes | Ma Decl. ¶¶ 6, 7. |
| Dkt. 590-2 | Sonos's Motion in Limine No. 1 | Portions outlined in green boxes | Ma Decl. ¶¶ 13, 14. |
| Dkt. 590-4 | Exhibit B to Kolker Declaration | Portions outlined in red boxes | Ma Decl. ¶¶ 13, 14, 21, 22. |
| Dkt. 590-5 | Google's Response to Sonos's Motion in Limine No. 1 | Portions outlined in green boxes | Ma Decl. ¶¶ 13, 14. |
| Dkt. 598-2 | Google's Response to Sonos's Motion in Limine No. 4 | Portions highlighted in green | Ma Decl. ¶¶ 13, 14. |

Case No. 3:20-cv-06754-WHA
GOOGLE'S REVISED ADMINISTRATIVE MOTION TO FILE UNDER SEAL

| Dkt. | Document | Portion Sought to be Sealed | Basis for Sealing |
|---|---|---|---|
| Dkt. 598-3 | Exhibit 4 to Judah Declaration | Portions outlined in red boxes | Ma Decl. ¶¶ 15, 16. |
| Dkt. 598-4 | Exhibit 8 to Judah Declaration | Entire document | Ma Decl. ¶¶ 13, 14. |
| Dkt. 692-2 | Exhibit 3 to Kolker Declaration | Portions outlined in red boxes | Ma Decl. ¶¶ 6, 7. |
| Dkt. 692-3 | Exhibit 4 to Kolker Declaration | Portions outlined in red boxes | Ma Decl. ¶¶ 6, 7. |
| Dkt. 704-10 | Exhibit 10 to Kwasizur Declaration | Entire document | Ma Decl. ¶¶ 13, 14. |
| Dkt. 704-13 | Exhibit 13 to Kwasizur Declaration | Portions outlined in green boxes | Ma Decl. ¶¶ 13, 14. |
| Dkt. 728-2 | Exhibit A to Caridis Declaration | Portions outlined in red boxes | Ma Decl. ¶¶ 9, 10, 11, 12, 15, 16. |
| Dkt. 728-3 | Exhibit B to Caridis Declaration | Entire document | Ma Decl. ¶¶ 9, 10, 11, 12, 15, 16. |

## II.  LEGAL STANDARD

Civil Local Rule 79-5(c) provides that a party seeking to file its own documents under seal must file an administrative motion that articulates the applicable legal standard and reasons for keeping a document under seal, includes evidentiary support from a declaration where necessary, and provides a proposed order that is narrowly tailored to seal only the sealable material.

"Historically, courts have recognized a 'general right to inspect and copy public records and documents, including judicial records and documents.'" *Kamakana v. City & Cty. of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006) (quoting *Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 597 & n.7 (1978)). In the Ninth Circuit, two different standards may apply to a request to seal a document – namely the "compelling reasons" standard or the "good cause" standard. *Blessing v. Plex Sys., Inc.*, No. 21-CV-05951-PJH, 2021 WL 6064006, at *12 (N.D. Cal. Dec. 22, 2021) (citing *Ctr. For Auto Safety v. Chrysler Grp., LLC*, 809 F.3d 1092, 1096-97 (9th Cir. 2016)). "To seal records in connection with a 'dispositive' motion or a motion that 'more than tangentially relate[s] to the merits of a case,' 'compelling reasons supported by specific factual findings that outweigh the general history of access and the public policies favoring disclosure' are required." *Bronson v. Samsung*

*Elecs. Am., Inc.*, No. C 18-02300 WHA, 2019 WL 7810811, at *1 (N.D. Cal. May 28, 2019) (quoting *Kamakana*, 447 F.3d at 1178-79).

### III.   THE COURT SHOULD SEAL GOOGLE'S CONFIDENTIAL INFORMATION

Pursuant to the Court's directive in the Order, Google has submitted revised, narrowly-tailored requests that seek to seal documents or portions thereof after review of the information that has already become public over the course of this litigation via court filings, orders, public hearings, at trial, and otherwise. The bases for these sealing requests are explained in the Declaration of Jocelyn Ma filed in support of this motion.

### IV.   CONCLUSION

For the foregoing reasons, Google respectfully requests that the Court grant Google's Revised Omnibus Administrative Motion to File Under Seal Pursuant to the Court's Order Re Pending Motions to Seal (Dkt. 817).

DATED: July 3, 2023

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By:   */s/ Sean Pak*
       Sean Pak (Bar No. 219032)
       seanpak@quinnemanuel.com
       Melissa Baily (Bar No. 237649)
       melissabaily@quinnemanuel.com
       James Judah (Bar No. 257112)
       jamesjudah@quinnemanuel.com
       Lindsay Cooper (Bar No. 287125)
       lindsaycooper@quinnemanuel.com
       Iman Lordgooei (Bar No. 251320)
       imanlordgooei@quinnemanuel.com
       50 California Street, 22nd Floor
       San Francisco, California 94111-4788
       Telephone:   (415) 875-6600
       Facsimile:    (415) 875-6700

       Marc Kaplan *(pro hac vice)*
       marckaplan@quinnemanuel.com
       191 N. Wacker Drive, Ste 2700
       Chicago, Illinois 60606
       Telephone:   (312) 705-7400
       Facsimile:    (312) 705-7401

       *Attorneys for GOOGLE LLC*