UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SONOS, INC.,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>GOOGLE LLC,<br><br>　　　　　Defendant. | Case No. 3:20-cv-06754-WHA<br>Consolidated with Case No. 3:21-cv-07559-WHA<br><br>**[PROPOSED] ORDER GRANTING GOOGLE LLC'S REVISED OMNIBUS ADMINISTRATIVE MOTION TO FILE UNDER SEAL PURSUANT TO THE COURT'S ORDER RE PENDING MOTIONS TO SEAL (DKT. 817)** |

Plaintiff Google LLC ("Google") has filed an Revised Omnibus Administrative Motion to File Under Seal Pursuant to the Court's Order re Pending Motions to Seal (Dkt. 817) ("Google's Revised Omnibus Administrative Motion").

Having considered Google's Revised Omnibus Administrative Motion, and compelling reasons to seal and/or good cause having been shown, the Court **GRANTS** Google's Revised Omnibus Administrative Motion and **ORDERS** sealed the documents listed below:

| Dkt. | Document | Portion Sought to be Sealed | Designating Party |
|---|---|---|---|
| 335-3 | Exhibit 1 to Hefazi Declaration | Portions outlined in green boxes | Google |
| 467-3 | Exhibit 1 to Kaplan Declaration | Portions outlined in green boxes | Google |
| 467-4 | Exhibit 2 to Kaplan Declaration | Portions outlined in green boxes | Google |
| 467-5 | Exhibit 3 to Kaplan Declaration | Portions outlined in green boxes | Google |
| 467-7 | Exhibit 5 to Kaplan Declaration | Portions outlined in green boxes | Google |
| 482-3 | Exhibit 1 to Google's MSJ | Portions outlined in green boxes | Google |
| 482-4 | Exhibit 2 to Google's MSJ | Portions outlined in green boxes | Google |
| 482-5 | Exhibit 5 to Google's MSJ | Portions outlined in green boxes | Google |
| 482-12 | Exhibit 21 to Google's MSJ | Portions outlined in green boxes | Google |
| 482-13 | Exhibit 22 to Google's MSJ | Entire document | Google |
| 491-5 | Exhibit 8 to Hefazi Declaration | Portions outlined in green boxes | Google |
| 491-7 | Exhibit 10 to Hefazi Declaration | Entire document | Google |
| 491-9 | Exhibit 19 to Hefazi Declaration | Portions outlined in green boxes | Google |
| 491-11 | Exhibit 21 to Hefazi Declaration | Portions outlined in green boxes | Google |
| 491-14 | Exhibit 25 to Hefazi Declaration | Entire document | Google |
| 502-4 | Exhibit 1 to Hefazi Declaration | Portions outlined in green boxes | Google |

| Dkt. | Document | Portion Sought to be Sealed | Designating Party |
|---|---|---|---|
| 506-1 | Exhibit 1 to Ma Declaration | Portions outlined in green boxes | Google |
| 506-2 | Exhibit 2 to Ma Declaration | Portions outlined in green boxes | Google |
| 506-5 | Exhibit 5 to Ma Declaration | Portions outlined in green boxes | Google |
| 506-8 | Exhibit 10 to Ma Declaration | Portions outlined in green boxes | Google |
| 506-9 | Exhibit 11 to Ma Declaration | Portions outlined in green boxes | Google |
| 506-10 | Sonos's Opposition to Google's Motion to Strike Experts | Portions outlined in green boxes | Google |
| 511-3 | Opposition to Sonos's Motion to Realign the Parties | Portions highlighted in green | Google |
| 511-4 | Exhibit 1 to Robins Declaration | Entire document | Google |
| 516-3 | Opposition to Sonos's MSJ | Portions outlined in green boxes | Google |
| 516-8 | Exhibit 17 to Ma Declaration | Entire document | Google |
| 516-13 | Exhibit 35 to Ma Declaration | Portions outlined in red boxes | Google |
| 516-14 | Exhibit 36 to Ma Declaration | Portions outlined in red boxes | Google |
| 516-16 | Exhibit 38 to Ma Declaration | Portions outlined in red boxes | Google |
| 516-17 | Exhibit 40 to Ma Declaration | Entire document | Google |

| Dkt. | Document | Portion Sought to be Sealed | Designating Party |
|---|---|---|---|
| 516-18 | Exhibit 41 to Ma Declaration | Portions outlined in red boxes | Google |
| 524-1 | Sonos's Reply ISO Motion to Strike Expert Reports | Portions outlined in red boxes | Google |
| 528-4 | Exhibit L to Ma Declaration | Portions outlined in green boxes | Google |
| 546-3 | Revised Sealed Dkt. 210-3 | Portions outlined in red boxes | Google |
| 546-4 | Revised Sealed Dkt. 263-1 | Portions outlined in green boxes | Google |
| 546-5 | Revised Sealed Dkt. 209-4 | Portions outlined in blue boxes | Google |
| 546-5 | Revised Sealed Dkt. 247-3 | Portions outlined in blue boxes on page 10 | Google |
| 546-6 | Revised Sealed Dkt. 252-2 | Portions outlined in blue boxes | Google |
| 605-3 | Exhibit D to Ma Declaration | Portions outlined in red boxes | Google |
| 609-3 | Exhibit 1 to Cooper Declaration | Portions outlined in red boxes | Google |
| 609-4 | Exhibit A to Kolker Declaration | Portions outlined in red boxes | Google |
| 612-3 | Exhibit 3 to Ma Declaration | Portions outlined in green boxes | Google |

| Dkt. | Document | Portion Sought to be Sealed | Designating Party |
|---|---|---|---|
| 616-3 | Sonos Opposition to Google's MIL No. 4 | Portions outlined in green boxes | Google |
| 616-4 | Exhibit 1 to Robins Declaration | Portions outlined in red boxes | Google |
| 616-5 | Exhibit 5 to Robins Declaration | Portions outlined in red boxes | Google |
| 616-6 | Exhibit 6 to Robins Declaration | Portions outlined in red boxes | Google |
| 616-7 | Exhibit A to Kolker Declaration | Portions outlined in red boxes | Google |
| 616-8 | Exhibit D to Kolker Declaration | Portions outlined in red boxes | Google |
| 623-3 | Attachment A to Aubry Declaration | Portions outlined in red boxes on pages 38, 64, 106, 111, 144-147, 149 | Google |
| 629-1 | Attachment A to Ma Declaration | Portions outlined in green boxes | Google |
| 629-3 | Attachment C to Ma Declaration | Portions outlined in blue boxes | Google |
| 629-4 | Attachment D to Ma Declaration | Portions outlined in blue boxes | Google |
| 643-1 | Exhibit B | Portions outlined in red boxes | Google |
| 643-2 | Exhibit 1 | Portions outlined in red boxes | Google |
| 643-3 | Exhibit 2 | Portions outlined in red boxes | Google |
| 643-4 | Exhibit 3 | Portions outlined in green boxes | Google |
| 645-1 | Exhibit 6 to Ma Declaration | Portions outlined in red boxes | Google |
| 671-3 | Exhibit 2 to Ma Declaration | Portions outlined in red boxes | Google |

| Dkt. | Document | Portion Sought to be Sealed | Designating Party |
|---|---|---|---|
| 671-4 | Google's Response to Request for Information (Dkts. 649, 661) | Portions outlined in green boxes | Google |
| 675-3 | Response to Sonos's Request for Clarification | Portions highlighted in green | Google |
| 675-4 | Exhibit 2 to Judah Declaration | Entire document | Google |
| 675-5 | Exhibit 5 to Judah Declaration | Entire document | Google |
| 681-4 | Exhibit B to Aubry Declaration | Portions outlined in red boxes on PDX2.61 | Google |
| 692-2 | Exhibit 3 | Portions outlined in green boxes | Google |
| 715-3 | Google's Response to Sonos's Request re: No Longer Asserted Patents (Dkt. 699) and Proffer of Testimony of Alaina Kwasizur (Dkt. 715) | Portions highlighted in green | Google |
| 715-4 | Exhibit 2 to Ma Declaration | Entire document | Google |
| 737-4 | Exhibit 2 to Hefazi Declaration | Portions outlined in green boxes | Google |
| Dkt. 410-6 | Exhibit 1 to Moss Declaration (Part 1) | Portions outlined in green boxes | Google |
| Dkt. 410-7 | Exhibit 2 to Moss Declaration (Part 2) | Portions outlined in green boxes | Google |
| Dkt. 410-8 | Exhibit 4 to Moss Declaration | Portions outlined in green boxes | Google |
| Dkt. 438-3 | Exhibit 11 to Moss Declaration | Portions outlined in green boxes | Google |
| Dkt. 438-4 | Exhibit 12 to Moss Declaration | Portions outlined in green boxes | Google |
| Dkt. 440-11 | Exhibit 2 to the Moss Declaration | Portions outlined in green boxes | Google |
| Dkt. 440-15 | Exhibit 6 to the Moss Declaration | Portions outlined in green boxes | Google |
| Dkt. 440-18 | Exhibit 11 to the Moss Declaration | Portions outlined in green boxes | Google |
| Dkt. 455-3 | Exhibit 1 to Joint Discovery Letter Brief | Portions outlined in green boxes | Google |
| Dkt. 475-13 | Sonos's Motion to Strike | Portions outlined in green boxes | Google |

| Dkt. | Document | Portion Sought to be Sealed | Designating Party |
|---|---|---|---|
| Dkt. 475-1 | Exhibit A | Portions outlined in green boxes | Google |
| Dkt. 475-2 | Exhibit B | Portions outlined in green boxes | Google |
| Dkt. 475-3 | Exhibit C | Portions outlined in green boxes | Google |
| Dkt. 475-5 | Exhibit I | Portions outlined in green boxes | Google |
| Dkt. 475-6 | Exhibit J | Portions outlined in green boxes | Google |
| Dkt. 475-7 | Exhibit K | Portions outlined in green boxes | Google |
| Dkt. 475-9 | Exhibit U | Portions outlined in green boxes | Google |
| Dkt. 475-10 | Exhibit V | Portions outlined in green boxes | Google |
| Dkt. 475-11 | Exhibit W | Portions outlined in green boxes | Google |
| Dkt. 475-12 | Exhibit X | Portions outlined in green boxes | Google |
| Dkt. 479-2 | Sonos's Motion for Summary Judgment Regarding Google's Contract-Related Claims | Portions outlined in red boxes | Google |
|  | Exhibit 1 to Kwasizur Declaration | Entire Document | Google |
| Dkt. 506-10 | Sonos's Opposition to Google's Motion to Strike | Portions outlined in green boxes | Google |
| Dkt. 506-1 | Exhibit 1 to Richter Declaration | Portions outlined in green boxes | Google |
| Dkt. 506-2 | Exhibit 2 to Richter Declaration | Portions outlined in green boxes | Google |
| Dkt. 506-3 | Exhibit 3 to Richter Declaration | Portions outlined in green boxes | Google |
| Dkt. 488-7 | Exhibit 5 to Richter Declaration | Portions outlined in green boxes | Google |
| Dkt. 506-6 | Exhibit 6 to Richter Declaration | Portions outlined in green boxes | Google |
| Dkt. 488-13 | Exhibit 10 to Richter Declaration | Portions outlined in green boxes | Google |
| Dkt. 506-9 | Exhibit 11 to Richter Declaration | Portions outlined in green boxes | Google |

| Dkt. | Document | Portion Sought to be Sealed | Designating Party |
|---|---|---|---|
| Dkt. 524-1 | Sonos's Reply in Support of Its Motion to Strike | Portions outlined in green boxes | Google |
| Dkt. 528-3 | Exhibit F | Portions outlined in blue boxes | Google |
| Dkt. 528-4 | Exhibit L | Portions outlined in green boxes | Google |
| Dkt. 533-2 | Sonos's Reply in Support of Its Motion for Summary Judgment | Portions outlined in blue boxes | Google |
| Dkt. 629-1 | Attachment A | Portions outlined in green boxes | Google |
| Dkt. 629-3 | Attachment C | Portions outlined in blue boxes | Google |
| Dkt. 629-4 | Attachment D | Portions outlined in blue boxes | Google |
| Dkt. 590-2 | Sonos's Motion in Limine No. 1 | Portions outlined in green boxes | Google |
| Dkt. 590-4 | Exhibit B to Kolker Declaration | Portions outlined in red boxes | Google |
| Dkt. 590-5 | Google's Response to Sonos's Motion in Limine No. 1 | Portions outlined in green boxes | Google |
| Dkt. 598-2 | Google's Response to Sonos's Motion in Limine No. 4 | Portions highlighted in green | Google |
| Dkt. 598-3 | Exhibit 4 to Judah Declaration | Portions outlined in red boxes | Google |
| Dkt. 598-4 | Exhibit 8 to Judah Declaration | Entire document | Google |
| Dkt. 692-2 | Exhibit 3 to Kolker Declaration | Portions outlined in red boxes | Google |
| Dkt. 692-3 | Exhibit 4 to Kolker Declaration | Portions outlined in red boxes | Google |
| Dkt. 704-10 | Exhibit 10 to Kwasizur Declaration | Entire document | Google |
| Dkt. 704-13 | Exhibit 13 to Kwasizur Declaration | Portions outlined in green boxes | Google |
| Dkt. 728-2 | Exhibit A to Caridis Declaration | Portions outlined in red boxes | Google |

| Dkt. | Document | Portion Sought to be Sealed | Designating Party |
|---|---|---|---|
| Dkt. 728-3 | Exhibit B to Caridis Declaration | Entire document | Google |

IT IS SO ORDERED.

DATED:

_____
The Honorable William Alsup
United States District Court Judge