1   QUINN EMANUEL URQUHART & SULLIVAN, LLP
      Sean Pak (Bar No. 219032)
2      seanpak@quinnemanuel.com
      Melissa Baily (Bar No. 237649)
3      melissabaily@quinnemanuel.com
      James Judah (Bar No. 257112)
4      jamesjudah@quinnemanuel.com
      Lindsay Cooper (Bar No. 287125)
5      lindsaycooper@quinnemanuel.com
      Iman Lordgooei (Bar No. 251320)
6      imanlordgooei@quinnemanuel.com
    50 California Street, 22nd Floor
7   San Francisco, California 94111-4788
    Telephone:     (415) 875-6600
8   Facsimile:     (415) 875-6700

9     Marc Kaplan (*pro hac vice*)
      marckaplan@quinnemanuel.com
10  191 N. Wacker Drive, Ste 2700
    Chicago, Illinois 60606
11  Telephone:     (312) 705-7400
    Facsimile:     (312) 705-7401

12  *Attorneys for GOOGLE LLC*

13                    UNITED STATES DISTRICT COURT

14                   NORTHERN DISTRICT OF CALIFORNIA

15                      SAN FRANCISCO DIVISION

16

17  SONOS, INC.,                          Case No. 3:20-cv-06754-WHA
                                          Consolidated with Case No. 3:21-cv-07559-
18                                        WHA
                Plaintiff and Counter-
19              Defendant,                **GOOGLE LLC'S UNOPPOSED
                                          ADMINISTRATIVE MOTION TO
20       vs.                              EXTEND DEADLINES FOR NEW
                                          MOTION TO SEAL AND PUBLIC
21  GOOGLE LLC,                           REFILINGS PURSUANT TO DKT. 846**

22              Defendant and Counter-
                Claimant.
23

24

25

26

27

28

Pursuant to L.R. 6-3, Google LLC respectfully moves for an order extending the deadlines for Google's new omnibus motion to seal and the parties' refilings of all material they no longer to seek to seal.  On July 19, 2023, the Court instructed Google to "file any new omnibus motion that justifies sealing information that may still deserve secrecy from the public, with the requested declaration, by **July 31, 2023, at Noon**" and directed that "[a]ll material that the parties no longer seek to seal shall now be publicly refiled no later than **August 14, 2023, at Noon**."  Dkt. 846 ("Order") at 3.  Since receiving the Court's order, Google and Google's counsel have worked diligently to ensure that the revised sealing requests are as narrowly tailored as possible.  Declaration of Jocelyn Ma ("Ma Decl.") ¶ 3.

However, given the breadth of the documents and information at issue, Google requests additional time to prepare its revised sealing requests.  Specifically, Google requests an extension in order to: (1) undertake the necessary preparations for the public disclosure of business information in light of the fact that documents Google previously sought to seal include detailed technical specifications, identification of source code information, and Google's business plans regarding the relevant products, (2) determine the impact of disclosure and level of confidentiality attributed to each portion of these and other categories of documents, and (3) provide detailed information for the bases for each request to seal such that they "speak to specific information in specific passages" and describe any narrowing from the original request and any revised request. *Id*.  Dkt. 843 at 3; *see* Ma Decl. ¶ 4.  In addition, Google seeks an extension to allow its lead counsel to "vet[] each and every request to seal, as to each and every argument, as to each and every passage that Google seeks to seal."  Dkt. 843 at 3.

Allowing Google additional time to narrow its sealing requests will thus facilitate the "hard look at the documents that Google moved to seal" directed by the Court's Order and minimize the volume of materials for the Court's review.  *Id.*  In addition, without an extension, Google will be substantially harmed by being unable to thoroughly analyze each previous passage that it sought to seal and determine whether such information needs to remain under seal—potentially resulting in the disclosure of highly sensitive and confidential information and/or the submission of a revised request to seal that is inadvertently deficient with respect to the requirements of the Court's order.

GOOGLE'S OPPOSED ADMINISTRATIVE MOTION TO EXTEND DEADLINES FOR NEW MOTION
TO SEAL AND PUBLIC REFILINGS PURSUANT TO DKT. 846

1    Ma Decl. ¶ 5.

2          Accordingly, Google requests that the Court extend the deadline for Google to file a new

3    omnibus sealing motion to August 14, 2023 at noon and the deadline for the Parties to publicly refile

4    any material they no longer seek to seal to September 5, 2023 at noon.  This proposed schedule

5    would not affect the parties' ability to comply with the other deadlines set forth in this case.  *Id.*

6    ¶ 7.  Google requested that Sonos, Inc. ("Sonos") stipulate to this extension; Sonos refused to do so

7    but indicated that it would not oppose Google's motion to extend.  *Id.* ¶ 6.

8    DATED:  July 28, 2023                        QUINN EMANUEL URQUHART & SULLIVAN, LLP

9

10                                          By    /s/ Sean Pak
                                                 Sean Pak
11                                               Melissa Baily
                                                 James D. Judah
12                                               Lindsay Cooper
                                                 Marc Kaplan
13                                               Iman Lordgooei

14

15                                               *Attorneys for GOOGLE LLC*

16

17

18

19

20

21

22

23

24

25

26

27

28