|   |   |
|---|---|
| 1 |   |
| 2 |   |
| 3 |   |
| 4 |   |
| 5 |   |
| 6 |   |
| 7 |   |
| 8 |   |
| 9 |   |
| 10 |   |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| SONOS, INC., | Case No. 3:20-cv-06754-WHA |
|---|---|
| Plaintiff, | Related to Case No. 3:21-cv-07559-WHA |
| vs. | [PROPOSED] ORDER GRANTING GOOGLE'S ADMINISTRATIVE MOTION TO EXTEND DEADLINES FOR NEW MOTION TO SEAL AND PUBLIC REFILINGS PURSUANT TO DKT. 846 |
| GOOGLE LLC, |   |
| Defendant. | AS AMENDED |

Case No. 3:20-cv-06754-WHA

[PROPOSED] ORDER GRANTING GOOGLE'S ADMINISTRATIVE MOTION TO EXTEND DEADLINES FOR NEW MOTION TO SEAL AND PUBLIC REFILINGS PURSUANT TO DKT. 846

1       Plaintiff Google LLC ("Google") has filed an administrative motion to extend the deadlines for its new omnibus motion to seal and the parties' refilings of all material they no longer seek to seal. Having considered Google's Administrative Motion and good cause having been shown, the Court **GRANTS** Google's Administrative Motion and extends the deadline for Google to file a new omnibus sealing motion to August ~~14~~ 9, 2023 at noon and the deadline for the Parties to publicly refile any material they no longer seek to seal to September 5, 2023 at noon.

      IT IS SO ORDERED.

DATED: July 30, 2023.

_____
The Honorable William Alsup
United States District Court Judge

Case No. 3:20-cv-06754-WHA
[~~PROPOSED~~] ORDER GRANTING GOOGLE'S ADMINISTRATIVE MOTION TO EXTEND DEADLINES FOR NEW MOTION TO SEAL AND PUBLIC REFILINGS PURSUANT TO DKT. 846