QUINN EMANUEL URQUHART & SULLIVAN, LLP
Sean Pak (Bar No. 219032)
seanpak@quinnemanuel.com
Melissa Baily (Bar No. 237649)
melissabaily@quinnemanuel.com
James Judah (Bar No. 257112)
jamesjudah@quinnemanuel.com
Lindsay Cooper (Bar No. 287125)
lindsaycooper@quinnemanuel.com
Iman Lordgooei (Bar No. 251320)
imanlordgooei@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:   (415) 875-6600
Facsimile:   (415) 875-6700

Marc Kaplan (pro hac vice)
marckaplan@quinnemanuel.com
191 N. Wacker Drive, Ste 2700
Chicago, Illinois 60606
Telephone:   (312) 705-7400
Facsimile:   (312) 705-7401

*Attorneys for Google LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GOOGLE LLC,<br><br>    Plaintiff,<br><br>  vs.<br><br>SONOS, INC.,<br><br>    Defendant. | Case No. 3:20-cv-06754-WHA<br>Related to Case No. 3:21-cv-07559-WHA<br><br>**DECLARATION OF SEAN PAK IN SUPPORT OF GOOGLE LLC'S REVISED OMNIBUS ADMINISTRATIVE MOTION TO FILE UNDER SEAL PURSUANT TO THE COURT'S ORDER RE PENDING MOTIONS TO SEAL (DKT. 846)** |

I, Sean Pak, declare and state as follows:

1. I am an attorney licensed to practice in the State of California and am admitted to practice before this Court. I am a partner at Quinn Emanuel Urquhart & Sullivan LLP representing Google LLC ("Google") in this matter. I have personal knowledge of the matters set forth in this Declaration, and if called as a witness I would testify competently to those matters.

2. I make this declaration in support of Google's Revised Omnibus Administrative Motion to File Under Seal Pursuant to the Court's Order Re New Motions to Seal (Dkt. 846) ("Revised Omnibus Administrative Motion"). If called as a witness, I could and would testify competently to the information contained herein.

3. Google has sought an order sealing the documents and portions thereof as listed in Charts A, B, and C filed as attachments to Google's Revised Omnibus Administrative Motion. Pursuant to the Court's Order Re New Motions to Seal (Dkt. 846), as lead counsel for Google in this matter, I have vetted each and every request to seal, as to each and every argument, as to each and every passage that Google seeks to seal.

I declare under penalty of perjury under the laws of the United States of America that to the best of my knowledge the foregoing is true and correct. Executed on August 9, 2023, in Belvedere, California.

DATED: August 9, 2023

By: */s/ Sean Pak*
     Sean Pak

-1-  CASE NO. 3:20-cv-06754-WHA
DECLARATION OF SEAN PAK