UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SONOS, INC.,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>GOOGLE LLC,<br><br>　　　　　Defendant. | Case No. 3:20-cv-06754-WHA<br>Consolidated with Case No. 3:21-cv-07559-WHA<br><br>**[PROPOSED] ORDER GRANTING GOOGLE LLC'S REVISED OMNIBUS ADMINISTRATIVE MOTION TO FILE UNDER SEAL PURSUANT TO THE COURT'S ORDER RE NEW MOTIONS TO SEAL (DKT. 846)** |

Google LLC ("Google") has filed a Revised Omnibus Administrative Motion to File Under Seal Pursuant to the Court's Order Re New Motions to Seal (Dkt. 846) ("Revised Omnibus Administrative Motion").

Having considered Google's Revised Omnibus Administrative Motion, and compelling reasons to seal and/or good cause having been shown, the Court **GRANTS** Google's Revised Omnibus Administrative Motion and **ORDERS** sealed the documents listed below:

**I.    Zone Scenes-Related Technical Information**

| Dkt. | Document | Portions to be Sealed |
|---|---|---|
| 440-15 | Exhibit 6 to Moss Declaration | Portions outlined in green boxes |
| 528-4 | Exhibit L to Google's MSJ | Portions outlined in green boxes |
| 546-6 | Revised Sealed Dkt. 252-2 (Google's Opposition to Sonos's MSJ) | Portion outlined in green box on page 10 |
| 692-2 | Exhibit 3 | Portions outlined in green boxes |

**II.   Cloud Queue-Related Technical Information**

| Dkt. | Document | Portions to be Sealed |
|---|---|---|
| 410-6 | Exhibit 1 to Moss Declaration (Part 1) | Portions outlined in green boxes |
| 410-7 | Exhibit 2 to Moss Declaration (Part 2) | Portions outlined in green boxes |
| 410-8 | Exhibit 4 to Moss Declaration | Portions outlined in green boxes |
| 438-3 | Exhibit 11 to Moss Declaration | Portions outlined in green boxes |
| 438-4 | Exhibit 12 to Moss Declaration | Portions outlined in green boxes |
| 467-3 | Exhibit 1 to Kaplan Declaration | Portions outlined in green boxes |
| 467-4 | Exhibit 2 to Kaplan Declaration | Portions outlined in green boxes |
| 475-2 | Exhibit B | Portions outlined in green boxes |
| 482-13 | Exhibit 22 to Google's MSJ | Entire document |
| 488-7 | Exhibit 5 to Richter Declaration | Portions outlined in green boxes |
| 488-10 | Exhibit 8 to Richter Declaration | Entire document |
| 491-5 | Exhibit 8 to Hefazi Declaration | Portions outlined in green boxes |
| 491-7 | Exhibit 10 to Hefazi Declaration | Entire document |
| 491-9 | Exhibit 19 to Hefazi Declaration | Portions outlined in green boxes |
| 491-11 | Exhibit 21 to Hefazi Declaration | Portions outlined in green boxes |
| 491-14 | Exhibit 25 to Hefazi Declaration | Entire document |
| 502-4 | Exhibit 1 to Hefazi Declaration | Portions outlined in green boxes |

| Dkt. | Document | Portions to be Sealed |
|---|---|---|
| 506-1 | Exhibit 1 to Ma Declaration | Portions outlined in green boxes |
| 506-5 | Exhibit 5 to Ma Declaration | Portions outlined in green boxes |
| 506-9 | Exhibit 11 to Ma Declaration | Portions outlined in green boxes |
| 546-3 | Revised Sealed Dkt. 210-3 | Portions outlined in red boxes |
| 629-3 | Attachment C to Ma Declaration | Portions outlined in blue boxes on slides 4, 9 |

### III. Damages-Related Information

| Dkt. | Document | Portions to be Sealed |
|---|---|---|
| 482-12 | Exhibit 21 to Google's MSJ | Portions outlined in green boxes |
| 511-3 | Google's Opposition to Sonos's Motion to Realign the Parties | Portions outlined in pink boxes |
| 511-4 | Exhibit 1 to the Declaration of Jocelyn Ma in Support of Google's Opposition to Sonos's Motion to Realign the Parties | Entire Document |
| 590-2 | Sonos's Motion *in Limine* No. 1 | Portions outlined in green boxes |
| 590-4 | Exhibit B to Declaration of Joseph R. Kolker in Support of Sonos's Motion *in Limine* No. 1 | Portions outlined in red boxes |
| 590-5 | Google's Response to Sonos's Motion *in Limine* No. 1 | Portions outlined in green boxes and highlighted in green |
| 598-2 | Google's Response to Sonos's Motion *in Limine* No. 4 | Portions highlighted in green |
| 598-3 | Exhibit 4 to the Declaration of James Judah in Support of Google's Response to Sonos's Motion *in Limine* No. 4 | Portions outlined in green boxes |
| 598-4 | Exhibit 8 to Judah Declaration in Support of Google's Response to Sonos's Motion *in Limine* No. 4 | Entire Document |
| 605-3 | Exhibit D to the Declaration of Joseph Kolker in Support of Sonos's Opposition to Google's Motion *in Limine* No. 1 | Portions outlined in red boxes |
| 609-4 | Exhibit A to the Declaration of Joseph Kolker in Support of Sonos's Opposition to Google's Motion *in Limine* No. 2 | Portions outlined in red boxes |
| 612-3 | Exhibit 3 to the Declaration of Jocelyn Ma in Support of Google's Motion *in Limine* No. 3 | Portions outlined in red boxes |
| 616-3 | Sonos's Opposition to Google's Motion *in Limine* No. 4 | Portions outlined in green boxes |
| 616-4 | Exhibit 1 to the Declaration of Lana Robins in Support of Motion *in Limine* No. 4 | Portions outlined in red boxes |

| Dkt. | Description | Redactions |
|---|---|---|
| 616-5 | Exhibit 5 to the Declaration of Lana Robins in Support of Motion *in Limine* No. 4 | Portions outlined in red boxes |
| 616-6 | Exhibit 6 to the Declaration of Lana Robins in Support of Google's Motion *in Limine* No. 4 | Portions outlined in red boxes |
| 616-7 | Exhibit A to the Declaration of Joseph Kolker in Support of Sonos's Opposition to Google's Motion *in Limine* No. 4 | Portions outlined in red boxes |
| 616-8 | Exhibit D to the Declaration of Joseph Kolker in Support of Sonos's Opposition to Google's Motion *in Limine* No. 4 | Portions outlined in red boxes |
| 643-1 | Exhibit B to the Declaration of Joseph Kolker in Support of Sonos's Motion *in Limine* No. 1 | Portions outlined in red boxes |
| 643-2 | Exhibit 1 to the Declaration of Lindsay Cooper in Support of Google's Response to Sonos's Motion *in Limine* No. 1 | Portions outlined in red boxes |
| 643-3 | Exhibit 2 to the Declaration of Lindsay Cooper in Support of Google's Response to Sonos's Motion *in Limine* No. 1 | Portions outlined in red boxes |
| 643-4 | Exhibit 3 to the Declaration of Lindsay Cooper in Support of Google's Response to Sonos's Motion *in Limine* No. 1 | Portions outlined in green boxes |
| 671-3 | Exhibit 2 to the Declaration of Lindsay Cooper in Support of Google's Response to Request for Information (Dkts. 649, 661) | Portions outlined in green boxes |
| 671-4 | Google's Response to Request for Information (Dkts. 649, 661) | Portions outlined in green boxes |
| 675-3 | Response to Sonos's Request for Clarification | Portions highlighted in green |
| 675-4 | Exhibit 2 to the Declaration of James Judah in Support of Google's Response to Sonos's Request for Clarification | Entire Document |
| 675-5 | Exhibit 5 to the Declaration of James Judah in Support of Google's Response to Sonos's Request for Clarification | Entire Document |
| 704-10 | Exhibit 10 to Declaration of Alaina Kwasizur in Support of Sonos's Proffer of Testimony | Entire Document |
| 704-13 | Exhibit 13 to Declaration of Alaina Kwasizur in Support of Sonos's Proffer of Testimony | Portions outlined in green boxes |
| 715-3 | Google's Response to Sonos's Request re: No Longer Asserted Patents (Dkt. 699) and Proffer of Testimony of Alaina Kwasizur (Dkt. 715) | Portions highlighted in green |

| | | |
|---|---|---|
| 715-4 | Exhibit 2 to Google's Response to Sonos's Request re: No Longer Asserted Patents (Dkt. 699) and Proffer of Testimony of Alaina Kwasizur (Dkt. 715) | Entire Document |
| 728-2 | Exhibit A to Caridis Declaration | Portions outlined in red boxes |
| 728-3 | Exhibit B to Caridis Declaration | Entire Document |
| 826-3 | Ma Declaration in Support of Google's Opposition to Sonos's Permanent Injunction Motion | Portions outlined in red boxes |
| 826-4 | Exhibit 2 to Ma Declaration | Portions outlined in red boxes |

IT IS SO ORDERED.

DATED:

_____
The Honorable William Alsup
United States District Court Judge