QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Sean Pak (Bar No. 219032)
  seanpak@quinnemanuel.com
  Melissa Baily (Bar No. 237649)
  melissabaily@quinnemanuel.com
  James Judah (Bar No. 257112)
  jamesjudah@quinnemanuel.com
  Lindsay Cooper (Bar No. 287125)
  lindsaycooper@quinnemanuel.com
  Iman Lordgooei (Bar No. 251320)
  imanlordgooei@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:     (415) 875-6600
Facsimile:     (415) 875-6700

  Marc Kaplan (*pro hac vice*)
  marckaplan@quinnemanuel.com
191 N. Wacker Drive, Ste 2700
Chicago, Illinois 60606
Telephone:     (312) 705-7400
Facsimile:     (312) 705-7401

*Attorneys for GOOGLE LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SONOS, INC.,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>GOOGLE LLC,<br><br>　　　　　　　Defendant. | Case No. 3:20-cv-06754-WHA<br>Consolidated with Case No. 3:21-cv-07559-WHA<br><br>**GOOGLE LLC'S NOTICE OF LODGING OF POST-TRIAL MOTION HEARING SLIDES** |

1    PLEASE TAKE NOTICE that Google LLC hereby lodges the slides it presented during the

2 August 10, 2023 hearing on the parties' post-trial motions (Dkt. 855).  The slides are attached hereto

3 as Attachments A and B.

4

5 DATED:  August 11, 2023                              Respectfully submitted,

6                                                                             QUINN EMANUEL URQUHART &
                                                                                SULLIVAN, LLP
7

8
                                                                    By       */s/ Sean Pak*
9                                                                        Sean Pak
                                                                         Melissa Baily
10                                                                       James D. Judah
                                                                         Lindsay Cooper
11                                                                       Marc Kaplan
                                                                         Iman Lordgooei
12

13                                                                       *Attorneys for Google LLC*