QUINN EMANUEL URQUHART & SULLIVAN, LLP
Sean Pak (Bar No. 219032)
seanpak@quinnemanuel.com
Melissa Baily (Bar No. 237649)
melissabaily@quinnemanuel.com
James Judah (Bar No. 257112)
jamesjudah@quinnemanuel.com
Lindsay Cooper (Bar No. 287125)
lindsaycooper@quinnemanuel.com
Iman Lordgooei (Bar No. 251320)
imanlordgooei@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:     (415) 875-6600
Facsimile:      (415) 875-6700

Marc Kaplan *(pro hac vice)*
marckaplan@quinnemanuel.com
191 N. Wacker Drive, Ste 2700
Chicago, Illinois 60606
Telephone:     (312) 705-7400
Facsimile:      (312) 705-7401

*Attorneys for GOOGLE LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| SONOS, INC.,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>GOOGLE LLC,<br><br>　　　　　　Defendant. | Case No. 3:20-cv-06754-WHA<br>Consolidated with Case No. 3:21-cv-07559-WHA<br><br>**GOOGLE LLC'S NOTICE OF PUBLIC REFILING OF DOCUMENTS NO LONGER SOUGHT TO BE SEALED PURSUANT TO THE COURT'S ORDERS (DKTS. 846 & 850)** |

In accordance with the Court's Order re New Motions to Seal (Dkt. 846) and the Court's Order Granting Google's Administrative Motion to Extend Deadlines for New Motion to Seal and Public Refilings Pursuant to Dkt. 846 As Amended (Dkt. 850), Google LLC ("Google") hereby refiles public versions of the documents for which the parties no longer seek to seal (*see* Dkts. 831, 851, 852, 853, 854) and that were attached to the motions to seal Google previously filed. *See* Dkts. 335, 374, 396, 467, 468, 482, 484, 490, 491, 502, 503, 506, 511, 512, 515, 516, 524, 528, 536, 537, 546, 551, 605, 606, 608, 609, 611, 612, 614, 616, 621, 621, 623, 624, 629, 643, 645, 671, 675, 676, 681, 682, 689, 692, 715, 716, 737.

DATED: September 4, 2023         Respectfully submitted,

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By   /s/ Sean Pak
   Sean Pak
   Melissa Baily
   James D. Judah
   Lindsay Cooper
   Marc Kaplan
   Iman Lordgooei

*Attorneys for Google LLC*