# EXHIBIT 1
## FILED UNDER SEAL

```
 1               UNITED STATES DISTRICT COURT

 2                FOR THE DISTRICT OF DELAWARE

 3

 4
     D&M HOLDINGS INC., D/B/A THE    )
 5   D&M GROUP, D&M HOLDINGS U.S.    )
     INC.,                           )
 6                                   )
              PLAINTIFFS,            )
 7                                   )
            VS.                      ) C.A. NO.
 8                                   ) 16-141(RGA)
     SONOS, INC.,                    )
 9                                   )
              DEFENDANTS.            )
10   _____  )

11

12

13      HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

14

15

16   VIDEOTAPED DEPOSITION OF ARTHUR "TAD" L. COBURN, IV

17              THURSDAY, OCTOBER 5, 2017

18

19

20

21   JOB NO.  112511

22   REPORTED BY KIMBERLY EDELEN,

23           C.S.R. NO. 9042, CRR, RPR.

24

25
```

Highly Confidential - Attorneys' Eyes Only                        SONOS-SVG2-00038376

ARTHUR L. COBURN, IV

Page 2

```
 1   VIDEOTAPED DEPOSITION OF ARTHUR "TAD" L. COBURN, IV,

 2   TAKEN ON BEHALF OF THE PLAINTIFFS, AT 9:06 A.M.,

 3   THURSDAY, OCTOBER 5, 2017, AT 533 STATE STREET,

 4   SANTA BARBARA, CALIFORNIA, BEFORE

 5   KIMBERLY A. EDELEN, C.S.R. NO. 9042, CRR, RPR.

 6

 7   APPEARANCES OF COUNSEL

 8

 9   FOR THE PLAINTIFFS:

10                    JACKSON WALKER LLP
                      BY:  WASIF QURESHI, ESQ.
11                    1401 McKINNEY STREET
                      SUITE 1900
12                    HOUSTON, TEXAS 77010
                      713.752.4521
13                    WQURESHI@JW.COM

14

15   FOR THE DEFENDANT:

16                    LEE SULLIVAN SHEA & SMITH LLP
                      BY:  GEORGE I. LEE, ESQ.
17                    224 NORTH DESPLAINES STREET
                      SUITE 250
18                    CHICAGO, ILLINOIS 60661
                      312.754.9606
19                    LEE@LS3IP.COM

20

21

22   ALSO PRESENT:  JIM LOPEZ, VIDEOGRAPHER

23                 PAUL A. KAFADAR, SENIOR INTELLECTUAL
                   PROPERTY COUNSEL
24

25
```

Golkow Litigation Services  |  1.877.370.3377
deps@golkow.com

Highly Confidential - Attorneys' Eyes Only                                              SONOS-SVG2-00038377

ARTHUR L. COBURN, IV

Page 101

```
 1        Have you seen this document before?
 2   A    Honestly, I can't recall.
 3   Q    Okay.  What is Play to Sonos?
 4   A    I would say Play to Sonos is an earlier
 5   term that we used which pretty -- pretty much
 6   corresponds to the "DirectControl" term that I've
 7   been using.
 8   Q    Why did Sonos change the name from Play to
 9   Sonos to DirectControl?
10        MR. LEE:  Objection to form.
11        THE WITNESS:  I really don't know.
12   BY MR. QURESHI:
13   Q    Okay.
14   A    Marketing.  Maybe.  I'm sorry.  That's
15   speculation.  I -- I don't know.
16   Q    Did you prepare this document?
17   A    I don't believe so.
18   Q    Okay.  If we could turn to Page 23 of the
19   document, not the Bates label -- not the Bates
20   number.
21   A    Okay.
22   Q    So there's a section in the top there
23   entitled, "Group Coordinator."
24        Do you see that?
25   A    Okay.  This page also has "Sonos IDs used
```

Golkow Litigation Services   |   1.877.370.3377
deps@golkow.com

Highly Confidential - Attorneys' Eyes Only                    SONOS-SVG2-00038476

ARTHUR L. COBURN, IV

Page 203

```
1   STATE OF CALIFORNIA      )
2   COUNTY OF LOS ANGELES    )  ss.
3
4        I, Kimberly A. Edelen, C.S.R. No. 9042, in and
5   for the State of California, do hereby certify:
6        That prior to being examined, the witness named
7   in the foregoing deposition was by me duly sworn to
8   testify the truth, the whole truth and nothing but
9   the truth;
10       That said deposition was taken down by me in
11  shorthand at the time and place therein named, and
12  thereafter reduced to typewriting under my
13  direction, and the same is a true, correct and
14  complete transcript of said proceedings;
15       That if the foregoing pertains to the original
16  transcript of a deposition in a Federal Case, before
17  completion of the proceedings, review of the
18  transcript { } was { } was not required.
19       I further certify that I am not interested in
20  the event of the action.
21       Witness my hand this _____ day of _____,
22  20____.
23
24                    _____
                      KIMBERLY A. EDELEN, C.S.R. NO. 9042
25
```

Golkow Litigation Services   |   1.877.370.3377
deps@golkow.com

Highly Confidential - Attorneys' Eyes Only                        SONOS-SVG2-00038578