# EXHIBIT 2
## FILED UNDER SEAL



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                           SONOS-SVG2-00180136

## WHAT IS PLAY TO SONOS?

SONOS®

Play to Sonos is a solution that would embed basic functionality in a 3rd party app (such as Spotify's iPhone app), giving customers a way to play the music from that app on Sonos.

Company Confidential   2

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                                                                         SONOS-SVG2-00180137