# EXHIBIT 4
# FILED UNDER SEAL

```
 1                UNITED STATES DISTRICT COURT
 2          FOR THE NORTHERN DISTRICT OF CALIFORNIA
 3      --------------------------------------------------x
        SONOS, INC.,
 4
                     Plaintiff,
 5      vs.                        Case No. 3:21-CV-07559-WHA
 6      GOOGLE LLC,
                     Defendant.
 7      --------------------------------------------------x
 8      -AND-
 9      ----------------------------------------------
10                UNITED STATES DISTRICT COURT
11          FOR THE NORTHERN DISTRICT OF CALIFORNIA
12      --------------------------------------------------x
13      GOOGLE LLC,
14                   Plaintiff,
15      vs.                        Case No. 3:20-CV-06754-WHA
16      SONOS, INC.,
                     Defendant.
17      --------------------------------------------------x
18                       **CONFIDENTIAL**
19
20        REMOTE VIDEOTAPED DEPOSITION BY VIRTUAL ZOOM OF
21                         JONI HOADLEY
22                   Wednesday, April 13, 2022
23
24      Reported By: Lynne Ledanois, CSR 6811
25      Job No. 5183741


                                              Page 1
```

```
 1                  UNITED STATES DISTRICT COURT
 2            FOR THE NORTHERN DISTRICT OF CALIFORNIA
 3     --------------------------------------------------------x
       SONOS, INC.,
 4
                  Plaintiff,
 5     vs.                        Case No. 3:21-CV-07559-WHA
 6     GOOGLE LLC,
                  Defendant.
 7     --------------------------------------------------------x
 8     -AND-
 9     ----------------------------------------------------
10                  UNITED STATES DISTRICT COURT
11            FOR THE NORTHERN DISTRICT OF CALIFORNIA
12     --------------------------------------------------------x
13     GOOGLE LLC,
14                  Plaintiff,
15     vs.                        Case No. 3:20-CV-06754-WHA
16     SONOS, INC.,
17                  Defendant.
       --------------------------------------------------------x
18
19             Videotaped deposition of JONI HOADLEY,
20     taken in Santa Barbara, California, commencing at
21     9:05 a.m., on Wednesday, April 13, 2022, before
22     Lynne Ledanois, Certified Shorthand Reporter No.
23     6811.
24
25
                                                       Page 2
```

```
 1                REMOTE APPEARANCES
 2
 3    Counsel for Sonos LLC:
 4          LEE SULLIVAN SHEA & SMITH LLP
 5          BY: GEORGE LEE
 6          Attorney at Law
 7          656 W Randolph Street
 8          Suite 5W
 9          Chicago, Illinois 60661
10          lee@ls3ip.com
11
12    Counsel for Google LLC:
13          QUINN EMANUEL URQUHART & SULLIVAN, LLP
14           BY: ANNE-RAPHAELLE AUBRY
15          Attorney at Law
16          111 Huntington Avenue
17          Suite 520
18          Boston, Massachusetts 02199
19          anneraphaelleaubry@quinnemanuel.com
20
21    ALSO PRESENT:
22    Scott Slater, Videographer
23
24
25
                                              Page 3
```

1  materials.
2           I recall one of those redesigns was
3  related to that, but I don't remember the other two,
4  necessarily.
5       Q   When you started at Sonos, is it fair to
6  say that you had experience developing software for
7  hardware?
8       A   I had some experience from my MusicMatch
9  days.
10      Q   I want to go back to the place of Sonos
11 projects that we talked about a little bit earlier
12 in the deposition.
13          Do you remember that?
14      A   Yes.
15      Q   And could you remind me what Play-to-Sonos
16 was?  What did it involve?
17      A   Play-to-Sonos was the ability to play music
18 using a non-Sonos app on the Sonos system.
19      Q   Would you assume that this Play-to-Sonos
20 and this ability to play using -- play music using a
21 non-Sonos app, that was related to your goal to make
22 music a more social experience?
23      A   Yes.
24      Q   Why was it important to make music a more
25 social experience?

Page 111

```
 1          I, LYNNE M. LEDANOIS, a Certified
 2   Shorthand Reporter of the State of California, do
 3   hereby certify:
 4          That the foregoing proceedings were taken
 5   before me at the time and place herein set forth;
 6   that a record of the proceedings was made by me
 7   using machine shorthand which was thereafter
 8   transcribed under my direction; that the foregoing
 9   transcript is a true record of the testimony given.
10          Further, that if the foregoing pertains to
11   the original transcript of a deposition in a Federal
12   Case, before completion of the proceedings, review
13   of the transcript [x] was [] wasn't requested.
14          I further certify I am neither financially
15   interested in the action nor a relative or employee
16   of any attorney or party to this action.
17          IN WITNESS WHEREOF, I have this date
18   subscribed my name.
19          Dated: APRIL 15, 2022
20
21
22
23
24          [signature: Lynne Marie Ledanois]
             LYNNE MARIE LEDANOIS
25             CSR No. 6811
```

Page 220