# EXHIBIT 17
# Filed Under Seal

DEPOSITION OF JANOS LEVAI- JANUARY 6, 2023

**Page 26**

```
 1   Deposition Exhibit 1309.  And in particular, I would    2:39PM
 2   like to draw your attention to the page that ends in
 3   123.
 4       A    Just a second.  It's a pretty big file and I
 5   have to download it.                                    2:39PM
 6       Q    It's Page 29 of the PDF if that helps you.
 7       A    Page 29.  Okay.
 8       Q    Do you see on this page a changelog for
 9   YouTube Remote?
10       A    Yes.                                           2:40PM
11       Q    Does that changelog look accurate to you?
12            MR. HEFAZI:  Sorry, Sean.  Could you
13   remind me what deposition exhibit we're on?  Because
14   1309 is something different for me, so I don't know
15   if I have the right one.                                2:40PM
16            MR. SULLIVAN:  It's Exhibit 1309.
17            MR. HEFAZI:  Okay.  Is there a particular
18   page?
19            MR. SULLIVAN:  Yes.  I said it's the page
20   ending in 123 on the Bates numbers and it's Page 29     2:40PM
21   of the PDF, Nima.
22            MR. HEFAZI:  Okay.  Appreciate that.
23            MR. SULLIVAN:  No problem.
24            THE WITNESS:  Yes, it seems like it lists
25   some of the updates to the YouTube Remote app.          2:40PM
```

**Page 27**

```
 1   BY MR. SULLIVAN:                                        2:40PM
 2       Q    Does the timing for those updates look
 3   accurate to you?
 4       A    Yes, they look to be in the same time range.
 5       Q    Do any of these --                             2:41PM
 6       A    I'm sorry, correct time range.
 7       Q    For all of the versions of the YouTube
 8   Remote application identified in this changelog, did
 9   they use Version 1 of the MDx protocol?
10            MR. HEFAZI:  Objection, form.                  2:41PM
11            THE WITNESS:  I'm not sure any one of
12   these versions used Version 1 of the MDx protocol.
13   BY MR. SULLIVAN:
14       Q    Well, you started development work on the
15   MDx protocol in September of 2011; correct?  I'm        2:42PM
16   sorry, strike that.
17            You started development work on Version 2
18   of the MDx protocol in September of 2011; correct?
19       A    Yes.
20       Q    So that would mean that all of the             2:42PM
21   versions from November 2010 through August of 2011
22   for the YouTube Remote application would have had to
23   have used Version 1 of the MDx protocol; isn't that
24   right?
25       A    Yes.                                           2:42PM
```

**Page 28**

```
 1       Q    So do you know what version of the MDx         2:42PM
 2   protocol was used by the YouTube Remote application
 3   Version 3.0.1?
 4       A    No, not from this change order.
 5       Q    Do you recall if Version 2 of the MDx          2:43PM
 6   protocol was available for use in January of 2012?
 7            MR. HEFAZI:  Objection, form.
 8            THE WITNESS:  No, I don't recall exactly
 9   which version was used to launch the MDx Version 2
10   protocol.                                               2:43PM
11   BY MR. SULLIVAN:
12       Q    Now, Version 3 of the YouTube Remote
13   application, that would not have used Version 3 of
14   the MDx protocol, would it?
15       A    I don't know if it used Version 1 or           2:44PM
16   Version 2 of the MDx protocol.
17       Q    But it didn't --
18       A    I would -- no, I don't know.  I would have
19   to look in the code history.
20       Q    Okay.  Well, so Version 3 of the --            2:44PM
21   according to this changelog, Version 3 of the
22   YouTube Remote application is dated January of 2012.
23            Do you see that?
24       A    Yes.
25       Q    I believe you testified earlier that           2:44PM
```

**Page 29**

```
 1   Version 3 of the MDx protocol, the development work    2:44PM
 2   for that didn't begin until January of 2014; right?
 3       A    I think we're talking about different
 4   things.  One is the version of the Android application
 5   and the other is the version of the protocol, and they 2:45PM
 6   are not the same thing.
 7       Q    Right.  What I'm trying to get an
 8   understanding from you on is whether Version 3 of
 9   the YouTube Remote application would have used
10   Version 3 of the MDx protocol in January of 2012.      2:45PM
11            MR. HEFAZI:  Objection, form.
12            THE WITNESS:  Definitely not, because
13   Version 3 of the MDx protocol was developed later.
14   BY MR. SULLIVAN:
15       Q    And you don't recall sitting here today       2:45PM
16   whether Version 3 of the YouTube Remote application
17   in January of 2012 used Version 1 or Version 2 of
18   the MDx protocol.  Did I get that right?
19       A    Correct.  I don't recall.  I'd have to look
20   in the code history.                                   2:46PM
21       Q    Do you know what version of the YouTube
22   Remote application had Party Mode?
23       A    I believe it was sometime around Version 2
24   of the YouTube Remote application.
25       Q    When the YouTube Remote application with      2:46PM
```