# EXHIBIT 18
# Filed Under Seal

# Youtube Remote V1

YouTube Remote allows you to magically control your YouTube experience from your Android device.

I started the YouTube Remote project from scratch with Daniel, and with a team of 2 people and a couple of enthusiastic 20% -ers we managed in just 5 months to launch an application that has left users open mouthed.

It is fairly complex project, which consists of a Message router backend, an Android application, and a Javascript/Flash frontend. The android app itself it's not only a remote control, it is a full youtube leanback experience on its own.

I was largely responsible for the UX of the app (design and implementation), added lots of features: search, playlist editing, queue management, fling a video to the screen, sharing videos, flagging a video (this was a legal requirement and it could have blocked the launch).

I worked on improving the stability of the connection between the  remote and the screen, both on the app code and the Javascript client.

I finalized the integration with the leanback screen: setting and updating a playlist from the remote, changing the current video, making sure that when the  screen connects /disconnects the video starts playing on the other device.

I also created a gdata api for retrieving personalized stations

# Party Mode

Party mode allows multiple users to connect to the same screen, queue up and watch videos together. All members of the party can add/reorder/delete videos to the same 'Shared Queue' of videos, which is being played on the Leanback screen. It basically solves this problem: http://xkcd.com/920/.

I've designed and implemented the shared queue management( both android app and server) cl/18357652 cl/18343670
Redesigned the party mode initialization to be invitation based: cl/18677970, cl/18636464

Launched in the version 2 of the remote.

# Second screen experience

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                             GOOG-SONOSNDCA-00075593