# EXHIBIT 9
# Filed Under Seal

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY –
SOURCE CODE CONFIDENTIAL

1 Mr. Lambourne was proposing to include in the    10:57:04
2 product?
3      MS. BRODY: Objection to form. Outside
4 the scope.
5      THE DEPONENT: Sitting here today, I    10:57:12
6 don't.
7    Q. (By Mr. Kaplan) Was Sonos working on
8 implementing the more grandiose version of -- of
9 Mr. Lambourne's vision during those 15 years?
10      MS. BRODY: Objection to form. And    10:57:41
11 outside the scope.
12      THE DEPONENT: What I recall -- by --
13 by -- by the time -- you know, we're in the 2006
14 time frame now when I was in an increasingly senior
15 management role.    10:57:59
16      What I recall is that there was a
17 percolating discussion about the -- when -- when
18 the -- sort of the time would be right to introduce
19 the feature and what, you know, scope it would --
20 it would have. But that -- that's the extent of    10:58:18
21 what I remember, sitting here today.
22    Q. (By Mr. Kaplan) In that 2006 time frame,
23 was Sonos considering adding the more basic version
24 of this idea, which was saving the -- the groups
25 for later use?    10:58:36

Page 62

1    A. I don't remember.    10:58:43
2    Q. Do you recall -- I suppose -- strike
3 that.
4      When is the earliest that you recall
5 where Sonos began considering adding the more basic    10:58:53
6 version of -- of the idea, which was saving the
7 groups for later use?
8      MS. BRODY: Objection to form. Outside
9 the scope.
10      THE DEPONENT: Yeah. It's -- it's --    10:59:08
11 over the -- over this time frame, you know, I -- I
12 went from developing the -- the synchronization
13 software in 2005, to an executive management role,
14 you know, managing hundreds of people.
15      And what I recall is that every so often    10:59:26
16 I would nag our development team about why -- why
17 is this not shipping. But other than that, I don't
18 remember any -- any discussion about, you know, the
19 scope, the feature set, anything along those lines.
20 That was the level of my involvement.    10:59:47
21    Q. (By Mr. Kaplan) You were nagging the
22 development team about the saved groups feature?
23    A. I just -- I -- I think that there's a
24 level of specificity that you're suggesting here
25 which I -- which I think is a -- is a    11:00:05

Page 63

1 mischaracterization.    11:00:08
2      This -- this idea of zone scenes, in its
3 various incarnations, both grandiose and basic, had
4 been percolating at Sonos for -- for many years.
5 And when I had the opportunity to review what    11:00:23
6 features that we were working on and what features
7 we planned to work on during the -- you know, the
8 coming year in term of implementation, I would
9 raise this with the development team as, you know,
10 why aren't we working on this, you know. Rob has    11:00:48
11 already designed it. We should -- we should ship
12 it. That was the extent of my involvement.
13    Q. Right.
14      And when you were raising this idea of
15 implementing the feature, were you raising the idea    11:00:58
16 of implementing the predefined groups feature or
17 the more grandiose version that we talked about?
18      MS. BRODY: Objection to form. Outside
19 the scope.
20      THE DEPONENT: My -- my -- my best    11:01:19
21 memory, sitting here today, is that I -- it was --
22 it was probably both, you know. At times I would
23 have said, you know, this is a -- this is an
24 interesting piece of functionality.
25      At other times I would have said,    11:01:38

Page 64

1 you know, there's a relatively basic version of    11:01:40
2 this that -- that, you know, we -- we could ship
3 readily. Why -- why are we not doing that.
4      And so I don't -- I don't think I was
5 specific or consistent in terms of, you know,    11:01:58
6 there's like one vision of this thing that has to
7 be the one.
8    Q. (By Mr. Kaplan) Were there other --
9 well, strike that.
10      When you were considering adding the    11:02:19
11 feature during this development period, were there
12 other features that were prioritized more highly
13 than adding the -- the saved speaker grouping
14 feature?
15      MS. BRODY: Objection to form.    11:02:31
16      THE DEPONENT: I mean, clearly, the
17 answer at some level is yes, because we shipped
18 other functionality over that time.
19    Q. (By Mr. Kaplan) Can you recall any
20 features that were prioritized more highly than the    11:02:47
21 saved speaker grouping feature?
22      MS. BRODY: Objection to form. Outside
23 the scope.
24      THE DEPONENT: Yeah. I mean, the way --
25 the way that we've done prioritization is -- has    11:03:00

Page 65

17 (Pages 62 - 65)