# EXHIBIT 13
# Filed Under Seal

| | |
|---|---|
| From: | Rob Lambourne </O=RINCON NETWORKS/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=ROB.LAMBOURNE> |
| Sent: | Monday, April 11, 2005 1:13 PM |
| To: | Andrew Schulert <Andrew.Schulert@sonos.com> |
| Subject: | RE: Another UI idea - grouping/ungrouping zones |

Thanks Andy,

Yes this reverting to previous groups feature could get messy, I think it could work if we only allow it to happen if the Zones are all linked in party mode. If the user has adjusted the groupings after invoking party mode, we'd need to get very clever (and complicated) to provide a UI that makes sense to allow the revert to work.

Your extra requirement on comment #1 would be a challenge. It's a UI problem though rather than a logical one. I'll have a think about this, and others when I finish with designing the Coldplay album art features.

Rob

---

| | |
|---|---|
| From: | Andrew Schulert |
| Sent: | Monday, April 11, 2005 1:02 PM |
| To: | Rob Lambourne |
| Subject: | RE: Another UI idea - grouping/ungrouping zones |

I thought more about my request and realized it's more complicated than I thought.

On one hand, it would be nice to have the previous "groups" be possible selections in "Drop Zone." So, you join A&B with C&D, then those are the two options in drop zone. But what if you link B to A, then C to A&B, then D to A&B&C… To drop A you have to drop A&B&C, then drop A&B, then drop A. Yuck.

I like your approaches below. My first reaction (and we know how accurate that is :-) is that #2 would be the biggest bang for the buck.

With #1, I think I _would_ like some way of controlling the volume of both zones at once. It's not essential, and it would complicate the UI, but, for instance, I usually spend some time getting the relative volume of the two kitchen ZPs and from then on I want to adjust their volume together. It would be "nice" if I could do that even if I had the LR linked with them.

Thanks,
Andy

---

**From:** Rob Lambourne
**Sent:** Monday, April 11, 2005 3:18 PM
**To:** Andrew Schulert
**Subject:** RE: Another UI idea - grouping/ungrouping zones

Andy,

If I get a chance this week or next, I'll go back to my thoughts on this and create a quick overview.

In terms of 'groupings', I think there are 2 approaches (which are not necessarily mutually exclusive).

1. Permanent Zone Groups. Allow a user to setup a group of Zones that might appear as one entity in the Zone Menu. This permanent linking would be done using a setup dialogue. Permanent groupings are for situations where it never makes sense to have different music playing in the Zones. For instance, in my house I never want to play different music in my Kitchen and Living Room because they are in an open-plan area (I do however, want to control the volumes separately) (I think this is what you also need)

2. Allow a user to save Zone Profiles (as requested by Tom and others). This would allow a user with one click to put their Zones into predefined groups (think Party-mode, but instead off linking all Zones, certain Zones get grouped. Tom has the experience that he ends most evenings in Party Mode - but most mornings, he wants to link all the 'living spaces', but ungroup the bedrooms (or words to that effect). Of course, the main problem with this is making the UI simple enough and dealing with the chances for many 'blown' queues. However, we're not getting much, if any, feedback that blown queues are so terrible.

 - Examples of possible group profiles:
--"downstairs" (groups all downstairs rooms with one click)
--"upstairs" (groups all upstairs rooms with one click)
--"upstairs and downstairs" (puts upstairs zones in a group, and downstairs zones in another group)
--"mornings" (groups all living spaces and master bedroom, ungroups all bedrooms)
Etc etc.

I have some UI sketches, I'll put them in order and we can discuss further. I would also like to get some user feedback on the need for this. This is the kind of thing that's difficult to get real-life feedback about until people have lived with their products for a few months.

Rob

Highly Confidential - Attorneys' Eyes Only

SONOS-SVG2-00026888

**From:** Andrew Schulert
**Sent:** Saturday, April 09, 2005 8:46 PM
**To:** Rob Lambourne
**Subject:** RE: Another UI idea - grouping/ungrouping zones

Good point. You could address that by having the "unlink zone" menu list:

A&B
C&D

Then, of course, you couldn't easily drop a single zone. But that could be a lesser evil.

I'd be interested in your thoughts on zone groups. I'm averse to the added complexity, but maybe it's not as complicated as I think.

Thanks,
Andy

---

**From:** Rob Lambourne
**Sent:** Friday, April 08, 2005 6:54 PM
**To:** Andrew Schulert
**Subject:** RE: Another UI idea - grouping/ungrouping zones

Hi Andy,

Yes - I have the same issue at home too.

This would work. The only limitation would be that this only works when coming out of Party Mode. It would not work if you had, say, unlinked B from your Party Mode.

I also think that we will eventually do some kind of Zone Groups. I did some thinking around this at the beginning of the year when things were a bit quieter. I was making some progress. I

Thanks.

Rob

---

**From:** Andrew Schulert
**Sent:** Friday, April 08, 2005 3:31 PM
**To:** Rob Lambourne
**Subject:** Another UI idea - grouping/ungrouping zones

Hi Rob,

More free UI advice ☺

One of the problems with our system is we don't have a way of permanently linking zones together. So, for instance, I normally always keep the two zones in my kitchen linked together. But when I have guests, I may link them with the rest of the zones in the first floor. Which is fine, except when I want to restore things, I unlink them all and then relink the kitchen zones.

I'd like to solve this without introducing the complexity of "zone groups."

What if "unlink zone" had an option for "Unlink all" that unlinked the zones, but left them grouped the way they were before you linked them.

example:

have zones A, B, C, D all separate.

Link A&B

Link C&D

Link A&B to C&D (or "party mode")

then "unlink all" would leave you with A&B and C&D. The music would be playing in the group with the group master.

Sounds simple and effective to me.

Andy

Highly Confidential - Attorneys' Eyes Only                                                       SONOS-SVG2-00026889