# EXHIBIT 4
# Filed Under Seal

As shown below, each **Android** YouTube app (except for the YouTube TV app) enables a user to select **a collection of media items** (e.g., an album, user-created playlist, service-provided playlist, etc.) for playback at the Sender. The following screenshots depict how a representation of the Sender's local queue loaded with data identifying one or more media items from the Watch Next queue is typically displayed by the Sender.



| Android - YouTube Sender in Non-Casting Mode (Collection of Media Items) ||
|---|---|
| **YouTube Main (Android)** <br> **[User-Created Playlist]** | **YouTube Music (Android)** <br> **[Album]** |

18

| YouTube Kids (Android) [Service-Provided Playlist] |
|---|
|  |