# EXHIBIT 22
Filed Under Seal

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1              UNITED STATES DISTRICT COURT
 2         FOR THE NORTHERN DISTRICT OF CALIFORNIA
 3   ---------------------------------------------------x
     SONOS, INC.,
 4
                 Plaintiff,
 5   vs.                    Case No. 3:21-CV-07559-WHA
 6   GOOGLE LLC,
                 Defendant.
 7   ---------------------------------------------------x
 8   -AND-
 9   ---------------------------------------------------
10              UNITED STATES DISTRICT COURT
11         FOR THE NORTHERN DISTRICT OF CALIFORNIA
12   ---------------------------------------------------x
13   GOOGLE LLC,
14                 Plaintiff,
15   vs.                    Case No. 3:20-CV-06754-WHA
16   SONOS, INC.,
                 Defendant.
17   ---------------------------------------------------x
18        *HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY*
19
20     REMOTE VIDEOTAPED DEPOSITION BY VIRTUAL ZOOM OF
21                    DOUGLAS SCHMIDT
22               Thursday, February 2, 2023
23
24   Reported By: Lynne Ledanois, CSR 6811
25   Job No. 5686109
```

                                                Page 1

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
1              THE WITNESS:  Okay.                    2:47PM

2              THE VIDEOGRAPHER:  We're off the record.

3      It's 2:47 p.m.

4              (Recess taken.)

5              THE VIDEOGRAPHER:  We're back on the    2:56PM

6      record.  It's 2:56 p.m.

7      BY MR. HEFAZI:

8          Q    Now, you've opined that a standard

9      device -- strike that.

10             You've opined that a user device running    2:56PM

11     the accused YouTube applications is configured for

12     playback of a Watch Next queue; rights?

13         A    That's correct.

14         Q    What is a Watch Next queue?

15         A    There is a discussion of that here on    2:56PM

16     Paragraph 128 in my opening report and then the

17     further elaboration with a bit more color details is

18     provided in Paragraph 60 in my reply report.

19             So the Watch Next queue as discussed in

20     Paragraph 128 of my opening report is the list of    2:57PM

21     media items provided by the YouTube cloud

22     infrastructure for playback.  That's what it says

23     there.

24             And then on Paragraph 60 in my reply

25     report, I show a further elaboration of that showing    2:57PM
```

Page 197

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    that the Watch Next queue is the services that          2:58PM

2    provide -- are provided by the Watch Next playlist

3    document service and playlist service capability.

4         Q    Okay.  Is the Watch Next queue stored on

5    the Watch Next servers?                                 2:58PM

6         A    So it's the capability that's provided by

7    the cloud infrastructure that we see here as shown on

8    the picture at Paragraph 60 in my reply report.

9         Q    Is the Watch Next queue something that is

10   stored somewhere?                                       2:58PM

11             MR. LEE:  Objection, form.

12             THE WITNESS:  Well, the Watch Next queue

13   is the capability that's provided by those services.

14   BY MR. HEFAZI:

15        Q    So you keep saying the word "capability"      2:59PM

16   and my question is a little bit different.

17             Is the Watch Next queue stored somewhere?

18             MR. LEE:  Objection to form.

19             THE WITNESS:  I'm not sure what you mean

20   by "stored."                                            2:59PM

21   BY MR. HEFAZI:

22        Q    Okay.  So you opined that in the YouTube

23   Remote prior art, the playback queue is stored

24   locally on a playback device; right?

25        A    That's correct.                               2:59PM

                                              Page 198

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1        Q    Applying that same understanding of        2:59PM
 2   storage, is the Watch Next queue stored on the Watch
 3   Next server?
 4        A    Again, it's stored by the ensemble of
 5   services that are shown in the figure on             2:59PM
 6   Paragraph 60 -- or under Paragraph 60 in my reply
 7   report.
 8        Q    Okay.  So are you saying that a Watch
 9   Next -- the Watch Next queue is stored on each --
10   let me take a step back.                              3:00PM
11             You understand that the Watch Next service
12   is a collection of servers; right?
13        A    I understand there is a number of different
14   servers that are running in the background in the --
15   what I think I refer to as the YouTube cloud          3:00PM
16   infrastructure at the bottom of Paragraph 59 of my
17   reply report.
18        Q    Okay.  So is the Watch Next queue stored
19   on any of the servers associated with the Watch Next
20   servers?                                              3:00PM
21        A    Again, as shown in the figure in
22   Paragraph 60 in my reply report, the Watch Next queue
23   is the ensemble of services, including the Watch Next
24   service, the playlist document service and the
25   playlist service.                                     3:01PM
```

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1      Q    So in your opinion, a queue does not need        3:01PM

2    to be stored anywhere?

3      A    No, that's not what I said.

4           MR. LEE:  Objection.

5    BY MR. HEFAZI:                                          3:01PM

6      Q    So in your opinion, a Watch Next queue

7    does need to be stored somewhere?

8      A    As I'm saying that the Watch Next queue

9    resides in the context of the Watch Next service, the

10   playlist document service and the playlist service.   3:01PM

11     Q    Okay.  Is the Watch Next queue stored on

12   each one of these services?

13     A    So --

14          MR. LEE:  Objection to form.

15          THE WITNESS:  So I'm not sure that the          3:01PM

16   claims require there -- I don't think the claim -- I

17   don't believe I've opined that the claims require

18   there to be one place it's stored per se.

19          But if we take a look at the interaction

20   diagram at the top of Page 26, it shows the flow of    3:02PM

21   information involved in contacting -- having the

22   client, the sender, contact the various services

23   involved with managing the Watch Next queue.

24   BY MR. HEFAZI:

25     Q    Okay.  So my question was a little bit           3:02PM

Page 200

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1    different.                                    3:02PM

 2            Is the -- is a copy of the Watch Next

 3    queue stored -- strike that.

 4            Is the Watch Next queue stored on each one

 5    of the services here, the playlist service, playlist  3:02PM

 6    document service and Watch Next service?

 7        A    I don't think I provide an opinion about

 8    specifically which service stores the Watch Next

 9    queue.

10            The point I make throughout my report --   3:02PM

11    my reports is that the YouTube cloud infrastructure

12    provides this Watch Next queue, which is a

13    combination of the Watch Next, playlist document

14    server and playlist service -- I should use the word

15    "service" here, not server.  And they are what are   3:03PM

16    used to provide the list of media items for playback

17    in the context of the claim elements.

18        Q    Okay.  Turn to Paragraph 50 of your reply

19    report.

20        A    Fifty?                                   3:03PM

21        Q    Correct.

22        A    Okay.  I see that.

23        Q    So in Paragraph 50 of your reply report

24    you say, "the PlaylistService stores a list of media

25    items selected for playback by the Sender in what    3:04PM
```

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
1    Google refers to as a 'BigTable'."  Right?              3:04PM
2         A    Yes, I see that.
3         Q    What is a BigTable?
4         A    BigTable is a -- I believe it's a key value
5    data structure or service -- I should call it a         3:04PM
6    service -- that's provided by Google both to be used
7    by external parties as well as I believe used
8    internally by Google in order to be able to look up
9    values according to their key.
10        Q    So it's a large storage system?               3:04PM
11        A    I don't know if --
12             MR. LEE:  Objection.
13             THE WITNESS:  -- it's large, but the term
14   "BigTable" would imply that it could hold a lot of
15   items.                                                   3:04PM
16   BY MR. HEFAZI:
17        Q    Okay.  Is the BigTable a Watch Next queue?
18        A    So as I said before, there is a number of
19   elements that are involved in providing the list of
20   media items that are used for playback and the          3:05PM
21   discussion in Paragraph 50 talks about some of
22   those -- some of those components, services.
23             And later throughout that section from
24   Paragraph 50 on downwards, it describes how the
25   Watch Next queue, which is really the implementation    3:05PM
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | of all -- that ensemble of services, provides the | 3:05PM |
| 2 | ability to give the information, to give the media | |
| 3 | items. | |
| 4 | Q    Is the BigTable a Watch Next queue? | |
| 5 | A    So as I say here -- as it describes at the | 3:06PM |
| 6 | first part of Paragraph 50 that we're talking about, | |
| 7 | it's that ensemble of services, the Watch Next | |
| 8 | service, the playlist documentation service, the | |
| 9 | playlist service that work together to provide the | |
| 10 | media items for playback. | 3:06PM |
| 11 | And this paragraph is just talking about | |
| 12 | how one piece of that ensemble, the playlist | |
| 13 | service, stores the list of media items selected for | |
| 14 | playback using a particular data structure, the | |
| 15 | BigTable. | 3:06PM |
| 16 | Q    Okay.  Can you identify for me all the | |
| 17 | services that store the playback queue? | |
| 18 | MR. LEE:  Objection to form. | |
| 19 | THE WITNESS:  So, again, let me just take | |
| 20 | a quick look at something while I answer that | 3:07PM |
| 21 | question. | |
| 22 | Okay.  So the services that are part of | |
| 23 | the Watch Next queue ensemble as described here on | |
| 24 | Paragraph 50 include the Watch Next service, the | |
| 25 | playlist document service and the playlist service. | 3:07PM |

Page 203

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    Those are what together provide the capability of a        3:07PM

2    remote playback queue.

3    BY MR. HEFAZI:

4        Q    Okay.  So let's start with the -- let's

5    start with the Watch Next service.                         3:07PM

6            Does the Watch Next service store a

7    playback queue that is the list of media items that

8    is used for playback?

9            MR. LEE:  Objection to form.

10           THE WITNESS:  George, did I interrupt you?      3:08PM

11           MR. LEE:  I said objection to form.

12           THE WITNESS:  The Watch Next service

13   provides data that identifies the next media items,

14   the video IDs that we've been talking about, in the

15   Watch Next queue by making calls to the playlist        3:08PM

16   document service that that in turn makes calls to

17   the playlist service.

18           They work together as an ensemble to

19   provide the list of media items for playback.

20   BY MR. HEFAZI:                                             3:08PM

21       Q    Okay.  So if it makes calls to the

22   playlist service to access the Watch Next queue,

23   then that means the Watch Next queue is actually on

24   a playlist service, correct, not the Watch Next

25   service?                                                   3:08PM

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1                 MR. LEE:  Objection to form.              3:08PM

 2                 THE WITNESS:  No.  What I'm describing

 3        here is how the YouTube cloud infrastructure

 4        implements the remote playback queue that provides

 5        the list of media items for playback by the devices,   3:09PM

 6        by the playback device, for example.

 7        BY MR. HEFAZI:

 8           Q    Okay.  If I were to ask you in front of

 9        the ladies and gentlemen of the jury whether the

10        Watch Next queue stores the entire list of media    3:09PM

11        items selected for playback, what would your answer

12        be?

13                 MR. LEE:  Objection to the form.

14                 THE WITNESS:  It's my understanding that

15        the Watch Next queue meets the court's construction   3:09PM

16        of a playback queue and that would imply that it was

17        the list of media items that were used or selected

18        for playback, it contained the entire list of media

19        items selected for playback, it wasn't being used to

20        merely process a list of media items for playback    3:09PM

21        and it basically runs the show.

22                 That's what I would describe the Watch

23        Next queue as doing in the context of the YouTube

24        architecture.

25
```

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1   BY MR. HEFAZI:                                        3:10PM

 2       Q    Okay.  If I were to ask you whether any of

 3   the servers associated with the Watch Next service

 4   store the entire list of media items selected for

 5   playback, what would you say?                         3:10PM

 6            MR. LEE:  Objection, form.

 7            THE WITNESS:  I would say that the Watch

 8   Next service in conjunction with the playlist

 9   document service and the playlist service used as an

10   ensemble is used to provide the list of media items  3:10PM

11   for playback.

12   BY MR. HEFAZI:

13       Q    Okay.  Can you tell the ladies and

14   gentlemen of the jury whether the Watch Next service

15   alone is going to store the entire list of media     3:10PM

16   items selected for playback?

17            MR. LEE:  Objection, form.

18            THE WITNESS:  It's my understanding that

19   the Watch Next service plays a role in the Watch

20   Next queue's ability to return the lists of media    3:11PM

21   items that are provided for playback.

22   BY MR. HEFAZI:

23       Q    Okay.  So the Watch Next service, those

24   servers do not store the entire list of media items

25   selected for playback; is that right?                3:11PM
```

Page 206

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1              MR. LEE:  Objection to form.              3:11PM

 2              THE WITNESS:  I think as I've said a

 3    couple of times, the purpose of the Watch Next queue

 4    is to provide the list of media items that are going

 5    to be used for playback and the Watch Next service    3:11PM

 6    works together with these other two services, the

 7    playback document service and the playlist service,

 8    in order to be able to provide the capability of a

 9    remote playback queue in the context of the YouTube

10    cloud infrastructure.                                3:11PM

11    BY MR. HEFAZI:

12         Q    Sir, I'm not asking you whether they work

13    together or anything like that.

14              My question, if you could just focus on it

15    because the judge is going to see this and so it's    3:12PM

16    important that you answer it.

17              Is the entire list of media items selected

18    for playback stored on the servers of the Watch Next

19    service?

20              MR. LEE:  Objection to form.              3:12PM

21              THE WITNESS:  So again, it's my

22    understanding that the way things work is that the

23    combination of services provide the list of items

24    that are going to be used for playback.

25              I'm looking at this analysis Alice from     3:12PM
```

Page 207

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1    the point of view of the claims of the '033 patent      3:12PM

 2    and focusing on what has to be satisfied in order

 3    for the claims to be infringed.

 4            And it's my opinion, my understanding that

 5    the Watch Next queue is what plays the role of the       3:12PM

 6    remote queue in the context of the cloud

 7    infrastructure portion of the patent.

 8    BY MR. HEFAZI:

 9        Q    Have you cited any source code in your

10    report showing the Watch Next queue?                     3:13PM

11        A    Well, there's references to a whole bunch of

12    different elements in terms of the elements of the

13    play -- the playlist service and the playlist document

14    service.

15        Q    Let's go to your opening report.                3:13PM

16        A    I'm sorry?

17        Q    Let's go to your opening report.

18        A    Okay.

19        Q    Take a look at Paragraph 243.

20        A    Okay.                                           3:13PM

21        Q    Is the Watch Next service store -- sorry,

22    strike that.

23            In Paragraph 243 you said the source code

24    below shows "that a YouTube sender has the

25    capability to operate in a mode in which the YouTube     3:14PM
```

Page 208

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    Sender is configured for playback of the Watch Next    3:14PM

2    queue."  Right?

3        A    This is Paragraph 242?

4        Q    243.

5        A    Oh, 243.  Sorry.  Okay.    3:14PM

6        Q    Does any of this code identify where the

7    Watch Next queue is stored?

8        A    If I'm correct, this is code that looks like

9    it's coming out of the Android portion.

10           And so as you can see here, this is    3:15PM

11   referring to things like the Watch Next fetcher,

12   which is going up I think as I talked about when we

13   were describing Paragraph 50 in my reply report,

14   that it uses that to get data identifying the next

15   media items, the next set of video IDs that the    3:15PM

16   Watch Next queue will be providing back to the

17   receiver and so on, or the client depending on the

18   configuration of the mode that it's currently in.

19           So the code that we're showing here is

20   showing how the Android client will fetch that    3:15PM

21   information.

22       Q    Okay.  And the Android client does not

23   store Watch Next queue; right?

24       A    The Watch Next queue, as I've described

25   elsewhere, is stored as part of the YouTube cloud    3:16PM

                                                    Page 209

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1    infrastructure.                                      3:16PM

 2         Q    Okay.  And so none of this code is code

 3    that stores the Watch Next queue; right?

 4         A    The discussion that we're having here is for

 5    Claim Element 1.4 and I think the operative aspects   3:16PM

 6    there is the showing that the YouTube sender has the

 7    capacity to operate in a mode where the YouTube sender

 8    is configured for playback of the content that the

 9    media items that are going to be returned by the Watch

10    Next queue in order to play them back.               3:16PM

11              So this is looking at a different part of

12    the claim.

13         Q    Okay.  Let's go down a little bit.  Okay.

14    Take a look at Paragraph 248.

15         A    I see that.                                 3:17PM

16         Q    It says, "The following code demonstrates

17    that the YouTube cloud infrastructure has the

18    capability to provide the Watch Next queue for

19    playback."  Right?

20         A    That's correct, yes.                        3:17PM

21         Q    Can you tell me where this Watch Next

22    service, the list of media content selected for

23    feedback is stored, which one of these files is the

24    one that stores the list of multimedia content

25    selected for playback?                                3:18PM
```

Page 210

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1          MR. LEE:  Objection to form.              3:18PM
 2          THE WITNESS:   So I think what this is
 3   showing is this is server-side code that we expect
 4   to run in a cloud environment.
 5              And it's demonstrating how the code that's    3:18PM
 6   implemented here receives requests from clients like
 7   an Android client or an iPhone for that matter and
 8   is able to respond to those requests by making other
 9   requests to other parts of the overall Watch Next
10   queue ensemble of services that we talked about        3:18PM
11   before, including the Watch Next service, the
12   playlist documentation service and the playlist
13   service.
14   BY MR. HEFAZI:
15       Q    Does any of this code manage the storage      3:18PM
16   of the Watch Next queue?
17       A    This part of the code, as I recall, is used
18   to provide media items -- let me just make sure I'm
19   reading the right thing.
20              Yes, it's my understanding that the Watch    3:19PM
21   Next service, the code we were just looking at,
22   provides data back to the sender or I guess
23   depending on who it's talking to, can also provide
24   it to the receiver, whoever is contacting it.
25              It provides data that identifies the next    3:19PM
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    media items in the form of video IDs that are going    3:19PM

2    to be offered up by the Watch Next queue as part of

3    the list of media items to playback.

4        Q    So the data structure that stores the

5    Watch Next queue is not a part of the code that you    3:19PM

6    list in your Paragraph 248 on Page 77?

7        A    Part of the code that's shown here on

8    Paragraph 248 and below has do with how the client,

9    whoever is calling this thing, can get access to the

10   video IDs that are being provided by the Watch Next    3:20PM

11   queue for playback.

12       Q    And where are they being provided from?

13            MR. LEE:  Objection to form.

14   BY MR. HEFAZI:

15       Q    Who's providing them?    3:20PM

16       A    The combination of the services we have been

17   talking about.  The Watch Next service does part of

18   it, the playlist document service does part of it, the

19   playlist service also does a part of it.

20       Q    So the Watch Next queue is not stored in    3:20PM

21   any one place?

22       A    Again, I am a little unclear, but my

23   assignment here is to understand, through a variety of

24   different means, how the YouTube cloud infrastructure

25   for this part of the claims infringes the patents.    3:21PM

Page 212

1    And so when I read the patent claims, I don't see       3:21PM

2    something where it says it's stored in such and such a

3    place.

4           So I'm describing for you what's actually

5    in the claim elements which have to do with being       3:21PM

6    able to provide lists of media items for playback,

7    to paraphrase.

8       Q    Okay.  So in your opinion, the remote

9    playback queue does not need to be stored in any one

10   particular place?                                        3:21PM

11      A    It can very well be stored in one place.

12   The key aspects of the claim, however, are for it to

13   be able to practice the claim elements, for example,

14   to be able to operate in a mode that is going to allow

15   the cloud infrastructure to provide the list of media   3:21PM

16   items for playback.

17      Q    And the list of media items, the entire

18   list of media items in the accused YouTube

19   applications, are they stored on one server or

20   multiple servers?                                        3:22PM

21           MR. LEE:  Objection to form.

22           THE WITNESS:  They can be stored various

23   ways in various places at various times.  The real

24   issue here from my perspective is whether or not I'm

25   able to demonstrate how the claims of the patent are    3:22PM

                                              Page 213

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1      infringed by the various instrumentalities at issue      3:22PM

 2      here.

 3              So in this particular case, we're looking

 4      I think at the part having to do with Claim

 5      Element 1.4 about configuring the computing device       3:22PM

 6      to playback a remote playback queue.

 7      BY MR. HEFAZI:

 8          Q    So let's turn to Page 78 of your opening

 9      report.  You cite some code here on Page 78 for the

10      playlist service; right?                                 3:22PM

11          A    Which paragraph?

12          Q    It's part of Paragraph 248, but Page 78.

13          A    Page 78, that's right at the top of the

14      page, "Playlist Service."

15          Q    Okay.  And do any of the pieces of code        3:23PM

16      that you've cited here manage the storage of the

17      Watch Next queue?

18          A    Yes, in addition to the other things we've

19      talked about.  So I think there's some examples.

20              Looking here at Line 8, "Playlists of all       3:23PM

21      types can be treated as basic playlists.  They

22      represent an ordered list of videos."

23              There is a discussion on Lines 9 and 10

24      about having a way to access and manipulate

25      playlists stored in a BigTable.                          3:24PM
```

                                                Page 214

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1          There's discussions on Line 13 or 14 about    3:24PM

2     loading playlists, giving their full list IDs and

3     more.    There's --

4          Q    Does the Watch Next queue have to be --

5     strike that.                                        3:24PM

6               So you say in Line 10, "a playlist is

7     stored in the BigTable"; right?

8          A    I see that there is a -- describing what the

9     playlist service header file is saying that the --

10    this file contains a collection of RPCs to access and  3:24PM

11    manipulate playlists stored in the BigTable.

12         Q    So does the BigTable store the entire list

13    of multimedia content selected for playback?

14              MR. LEE:  Objection to form.

15              THE WITNESS:  So, again, what's described   3:24PM

16    in Paragraph 50 of my reply report is that the

17    playlist service stores lists of media items

18    selected for playback by the sender in what Google

19    refers to as the BigTable, which is identified by a

20    playlist ID.                                         3:25PM

21              And playlist service provides video IDs

22    from media items from that stored list to the

23    playlist document service that returns the video IDs

24    to the Watch Next service.

25

                                              Page 215

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1    BY MR. HEFAZI:                                    3:25PM
 2        Q    Okay.  So in your opinion, does the
 3    BigTable store the Watch Next queue?
 4        A    I think as I've been describing throughout
 5    the questioning, the Watch Next queue is a capability  3:25PM
 6    that's provided by an ensemble of services including
 7    Watch Next, playlist document service and playlist
 8    service.
 9             And together they are what are used to
10    provide the lists of media items for playback.    3:25PM
11        Q    Okay.  So the Watch Next queue is just a
12    capability, it's not an actual data structure that's
13    stored somewhere?
14             MR. LEE:  Objection to form.
15             THE WITNESS:  It's an ensemble of services  3:26PM
16    that work together to provide the remote playback
17    queue service or capability that's described and
18    disclosed in the claims of the '033 patent.
19    BY MR. HEFAZI:
20        Q    You keep referring to the capability.  Is  3:26PM
21    the Watch Next queue just a capability or is it an
22    actual data structure that's stored somewhere?
23        A    Well, again, looking at the claims, there
24    needs to be a capability that provides a list of media
25    items for playback.  And specifically what data    3:26PM
```

Page 216

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1           I, LYNNE M. LEDANOIS, a Certified

2     Shorthand Reporter of the State of California, do

3     hereby certify:

4           That the foregoing proceedings were taken

5     before me at the time and place herein set forth;

6     that a record of the proceedings was made by me

7     using machine shorthand which was thereafter

8     transcribed under my direction; that the foregoing

9     transcript is a true record of the testimony given.

10          Further, that if the foregoing pertains to

11    the original transcript of a deposition in a Federal

12    Case, before completion of the proceedings, review

13    of the transcript [] was [x] wasn't requested.

14          I further certify I am neither financially

15    interested in the action nor a relative or employee

16    of any attorney or party to this action.

17          IN WITNESS WHEREOF, I have this date

18    subscribed my name.

19    Dated: February 4, 2023

20

21

22

23          _Lynne Marie Ledanois_

            LYNNE MARIE LEDANOIS

24          CSR No. 6811

25

                                        Page 290