# EXHIBIT 13
# Filed Under Seal

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1              UNITED STATES DISTRICT COURT
 2          FOR THE NORTHERN DISTRICT OF CALIFORNIA
 3    ---------------------------------------------------x
      SONOS, INC.,
 4
                  Plaintiff,
 5    vs.                        Case No. 3:21-CV-07559-WHA
 6    GOOGLE LLC,
                  Defendant.
 7    ---------------------------------------------------x
 8    -AND-
 9    ---------------------------------------------------
10              UNITED STATES DISTRICT COURT
11          FOR THE NORTHERN DISTRICT OF CALIFORNIA
12    ---------------------------------------------------x
13    GOOGLE LLC,
14                Plaintiff,
15    vs.                        Case No. 3:20-CV-06754-WHA
16    SONOS, INC.,
                  Defendant.
17    ---------------------------------------------------x
18       **HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**
19                     **SOURCE CODE**
20
21    REMOTE VIDEOTAPED DEPOSITION BY VIRTUAL ZOOM OF
22                  DAN SCHONFELD, PH.D.
23                Friday, February 3, 2023
24    Reported By: Lynne Ledanois, CSR 6811
25    Job No. 5698162
```

Page 1

```
 1    playing audio on speakers and thus are all part of the       10:37AM
 2    same endeavor.  For example, SA-2 and SA-3 Amplifiers
 3    are both part of the Lifestyle family to which the
 4    Bose systems belong."
 5            And I would just simply add that my                   10:37AM
 6    analysis of the Bose system is not based on
 7    anticipation.
 8            Whether it was actually combined in a
 9    particular way or not, this is not part of my
10    analysis.                                                    10:38AM
11            All I simply point out, that they are all
12    part of the Bose audio systems available and a
13    person of skill would at least consider other Bose
14    products in combination with the various other audio
15    products provided by Bose.                                   10:38AM
16       Q    But you're not aware of anybody that
17    actually combined those Bose products into a single
18    system; correct?
19       A    I would -- I didn't check for this.  I'm not
20    sure offhand and there may be something in my report        10:39AM
21    in the documents that I relied on that talks about it.
22            I know that there are certain combinations
23    like the ones of the amplifiers that are described.
24    Whether the entirety of the system was actually
25    implemented in this way or not, I'm not sure.  I             10:39AM
```

Page 120

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1    over the past ten, 15 minutes.                              1:09PM
 2    BY MR. SMITH:
 3         Q    Is the same true for infringement by use
 4    of the computing device or by making the computing
 5    device?                                                     1:09PM
 6              MR. KAPLAN:  Objection to form.
 7              THE WITNESS:  Yes, it's my understanding
 8    it would be the same because if you were to use it,
 9    you're still not be capable of doing it without also
10    using the auxiliary structure such as the additional       1:10PM
11    zone players.
12    BY MR. SMITH:
13         Q    Now, if we can turn to Paragraph 152 of
14    your report, and this is about NIA Number 2.
15              MR. SMITH:  Dr. Schonfeld, I think the           1:10PM
16    report may be on the mic again.
17              MR. KAPLAN:  There was a little bit of
18    feedback, Dan, but it's gone now.
19              (Reporter clarification.)
20              THE WITNESS:  I have the paragraph in            1:11PM
21    front of me.
22    BY MR. SMITH:
23         Q    If you do down two-thirds of the way down,
24    there is a sentence that says, "Although in my
25    opinion, this non-infringing alternative would be          1:11PM
```

Page 175

```
 1    commercially acceptable to users."                      1:11PM
 2            Do you see that?
 3       A    Yes, I do.
 4       Q    So it's your opinion that NIA Number 2 is
 5    commercially acceptable to users; is that correct?      1:11PM
 6       A    It is my opinion that this non-infringing
 7    alternative would be acceptable to users.
 8       Q    And if you turn to Paragraph 159, this is
 9    talking about NIA Number 3; correct?
10       A    Yes.                                            1:12PM
11       Q    And is it your opinion that NIA Number 3
12    is commercially acceptable to users?
13       A    So yes, it's just my opinion that whether
14    you name something morning, afternoon versus blue and
15    red, there is not a significant change in the user      1:13PM
16    point of view.
17            As I stated in the report, given the
18    overall usage of this grouping feature, I wrote, "I
19    understand that in 2022 less, than 1 percent of
20    Google's cast devices in the U.S. used grouping         1:14PM
21    functionality at all in the recent months, let alone
22    the specific grouping functionality recited by the
23    claims of the '885 and '966 patents."
24            So in my opinion, based on that statistic,
25    it seems to me like getting rid of groupings            1:14PM
```

Page 176

```
 1    altogether would also be commercially acceptable to      1:14PM
 2    most users.
 3            And so that certainly would apply to both
 4    non-infringing alternatives 2 and 3.
 5        Q   And do you typically provide opinions on         1:14PM
 6    whether or non-infringing alternatives are
 7    commercially acceptable?
 8        A   Only on the technical side.  So in other
 9    words, there is also an economic prong as to whether
10    it's commercially acceptable.  And I do not provide an   1:15PM
11    opinion on that issue.  I think that's addressed by
12    the damages expert.
13        Q   But you do address commercial
14    acceptability from the technical perspective; is
15    that correct?                                            1:15PM
16        A   Quite frequently, yes.
17        Q   And if we turn to Paragraph 178, this is
18    discussing an additional non-infringing alternative
19    that's called "no identification of group to zone
20    scenes"; is that correct?                                1:15PM
21        A   Let me take back what I just said a second
22    ago.  I think you asked me about...
23        Q   I don't want to waste any time on the last
24    one.  But, yes, I think you were talking about this
25    NIA as opposed to overlap, okay?                         1:16PM
```

Page 177

| | | |
|---|---|---|
| 1 | A    Sorry about that, but just to summarize it, | 1:16PM |
| 2 | what I just said previously with regard to the colors | |
| 3 | would be applicable to your next question, not to this | |
| 4 | one.  Sorry about that. | |
| 5 | Q    No problem.  I appreciate the | 1:16PM |
| 6 | clarification. | |
| 7 | So with respect to this NIA, if we look at | |
| 8 | Paragraph 179, you talk about the ability of a user | |
| 9 | to select a picture. | |
| 10 | Do you see that? | 1:16PM |
| 11 | A    As one example out of a list of examples. | |
| 12 | Q    Focusing on that example, let's assume | |
| 13 | that the picture depicted something thematic like a | |
| 14 | morning sunrise or something like that and the user | |
| 15 | could select that picture and assign that picture to | 1:17PM |
| 16 | a speaker group that was intended to be used in the | |
| 17 | morning. | |
| 18 | Would that satisfy the common theme | |
| 19 | requirement of a zone scene? | |
| 20 | A    My understanding is a common theme | 1:17PM |
| 21 | requirement is based on the court's order in the | |
| 22 | partial summary judgment. | |
| 23 | And specifically I state in Paragraph 178, | |
| 24 | "As the court held in the summary judgment order, to | |
| 25 | the extent a 'common theme' is required by the term | 1:18PM |

Veritext Legal Solutions
866 299-5127

```
 1    alone.  It's clearly outputting audio from the red        2:02PM

 2    speaker.  I just don't know what the other speaker is

 3    doing.

 4         Q    I'll represent to you none of the other

 5    speakers are playing audio, only the red speaker is       2:02PM

 6    playing.

 7         A    So if the red speaker is playing back audio

 8    individually, then based on that what I understand

 9    from this hypothetical example, then the red

10    speaker -- well, I assume that what you're saying is     2:03PM

11    playing back audio individually from the red speaker

12    and, therefore, is operating in standalone mode in

13    this particular situation.

14         Q    So if we turn to the second page, which is

15    another example, now the -- it's the same system and    2:03PM

16    the audio has been paused and you can see that the

17    Spotify app still shows the connection with the red

18    speaker in green.  It now shows the play button

19    because the music paused.  You can see that it's

20    paused at two minutes, seven seconds.                    2:03PM

21              And then if you look over at the Google

22    Home app screenshot, you can also see that the red

23    speaker is now paused and the music is stopped at

24    that same point.  There's one minute, 15 seconds

25    left and that's shown in both screenshots.               2:04PM
```

| | | |
|---|---|---|
| 1 | Do you see that? | 2:04PM |
| 2 | A    I believe I do see what you're referring to. | |
| 3 | Q    Now, in your opinion, is that red speaker | |
| 4 | still operating in standalone mode? | |
| 5 | MR. KAPLAN:  Objection, asked and | 2:04PM |
| 6 | answered. | |
| 7 | THE WITNESS:  I was just going to say that | |
| 8 | I believe that's the same speaker you asked me | |
| 9 | several times today about the pause case.  And as I | |
| 10 | said, I would have to know a little bit more about | 2:04PM |
| 11 | what's happening internally when you pause in this | |
| 12 | particular application and so -- in the Spotify | |
| 13 | application and what does it do in terms of the | |
| 14 | buffering and the queuing. | |
| 15 | And so I have not dealt with this kind of | 2:04PM |
| 16 | scenario, I have not had to deal with it and so I | |
| 17 | don't have a conclusion at the moment on the fly. | |
| 18 | BY MR. SMITH: | |
| 19 | Q    So what would you be looking for, what | |
| 20 | would tell you if this speaker was operating in | 2:05PM |
| 21 | standalone mode while being paused? | |
| 22 | A    Well, I mean, for example, I would say that | |
| 23 | it's -- for instance, if -- I'm just going to say the | |
| 24 | following:  I would have to think about this situation | |
| 25 | and I have not reached a conclusion at this point. | 2:05PM |

```
 1        Q    Okay.  Now, if we look back at Claim 1 of      2:05PM
 2   the '966 patent and we look at that Limitation 1.11,
 3   so the very last limitation.
 4        A    Yes.
 5        Q    Now, your opinion is that when the first       2:06PM
 6   zone player is operating in accordance with the
 7   first predefined group such that the first zone
 8   player is configured to coordinate with at least the
 9   second zone player to output media in synchrony, is
10   it your opinion that that requires a group to be        2:07PM
11   actually playing the audio in synchrony?
12        A    The answer is yes.  I think I referred
13   several times today to Claim 2 which says it pretty
14   emphatically because it says if you are not playing
15   back in synchrony, I'm paraphrasing using my own        2:08PM
16   language, then you do not -- then you're not
17   configured to coordinate to output media in synchrony.
18             And so I think that is clear from both the
19   use of configured throughout the specification in
20   the abstract and in the claims including, for           2:08PM
21   example, Claim 2, it makes it clear that configured
22   as used in this context means that you must actually
23   be playing back music in synchrony.
24        Q    Now, if we look at Limitation 1.6 of
25   Claim 1 of the '966 patent, and do you see the         2:09PM
```

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | limitation about causing storage of the first zone | 2:09PM |
| 2 | scene? | |
| 3 |     Do you see that? | |
| 4 |   A  Yes, I do. | |
| 5 |   Q  Is it your opinion that that storage must | 2:09PM |
| 6 | be persistent storage or could it be satisfied by | |
| 7 | dynamic storage? | |
| 8 |     MR. KAPLAN:  Object to form. | |
| 9 | BY MR. SMITH: | |
| 10 |   Q  While you're thinking about it, let me | 2:12PM |
| 11 | just rephrase the question a little bit here. | |
| 12 |     Is it your opinion that the causing | |
| 13 | storage element requires persistent storage? | |
| 14 |   A  So if you look, for example, at | |
| 15 | Paragraph 117 of Exhibit 1351, I point to the fact | 2:13PM |
| 16 | that -- beginning in the sixth line from the bottom of | |
| 17 | the page of Page 62, I note that "Dr. Almeroth | |
| 18 | therefore concedes that much of this information is | |
| 19 | not stored, but merely held temporarily in 'volatile | |
| 20 | memory', which is not persistent memory and not | 2:13PM |
| 21 | storage in this context. | |
| 22 |     "The only information that Dr. Almeroth | |
| 23 | alleges is stored persistently is 'the UUID and name | |
| 24 | of the speaker group in a GroupConfig data | |
| 25 | structure. | 2:14PM |

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | "But the UUID and speaker group name are | 2:14PM |
| 2 | not a 'zone scene' because they contain no | |
| 3 | information about the group membership." | |
| 4 | And then I go on from there.  So if one | |
| 5 | were to take the plain and ordinary meaning of the | 2:14PM |
| 6 | word "causing storage of the first zone scene," I | |
| 7 | would say that a person -- a POSITA would generally | |
| 8 | associate storage with persistent storage and | |
| 9 | nonvolatile memory or persistent memory. | |
| 10 | I think that that is the common way in | 2:14PM |
| 11 | which people use -- for example, when you buy a | |
| 12 | computer, a PC, a laptop, you're given a number of | |
| 13 | different parameters such as the CPU speeds, the | |
| 14 | bandwidth, storage capacity, memory capacity.  So | |
| 15 | memory is usually volatile, storage is nonvolatile. | 2:15PM |
| 16 | I am aware that the spec sometimes talks | |
| 17 | about memory, for example, memory 206 for saving | |
| 18 | configuration files. | |
| 19 | But my view is that in that context, it's | |
| 20 | using memory as saving in way that could be used in | 2:15PM |
| 21 | the future and, therefore, it would have to be | |
| 22 | persistent storage or nonvolatile storage in my | |
| 23 | opinion. | |
| 24 | I think the court's order for the partial | |
| 25 | summary judgment, if my memory is correct -- I can | 2:15PM |

Page 203

| | | |
|---|---|---|
| 1 | go back, I have the order here -- it talks about the | 2:16PM |
| 2 | fact that you want to save the zone scene for future | |
| 3 | use and if you're using volatile storage, there is | |
| 4 | no future use, it's only available while you're | |
| 5 | actually engaged with the computing device. | 2:16PM |
| 6 |     Q   Would you agree that you can store | |
| 7 | information in volatile memory? | |
| 8 |     A   I would say it depends on the context.  In | |
| 9 | this context the answer would be probably no. | |
| 10 |     Q   So in this context you're saying you | 2:16PM |
| 11 | cannot store information in volatile memory? | |
| 12 |     A   I would say in general, no.  People in the | |
| 13 | field and actually not just in this field but in the | |
| 14 | broad field of electrical engineering, they are do not | |
| 15 | talk about storage in nonvolatile memory because | 2:16PM |
| 16 | anything you put in nonvolatile memory, you turn the | |
| 17 | device off, you turn it back on and it's done. | |
| 18 |         So if you want to have the ability to have | |
| 19 | a summer zone scene, and if you were to turn your | |
| 20 | speaker off and turn it back on in summertime, there | 2:17PM |
| 21 | would not be any summer zone scene waiting for you | |
| 22 | because it's stored in non -- in volatile memory. | |
| 23 |         The only way to maintain it is to actually | |
| 24 | store it and usually the word "store," with rare | |
| 25 | exceptions, is used to mean store in persistent | 2:17PM |

```
 1              I, LYNNE M. LEDANOIS, a Certified
 2    Shorthand Reporter of the State of California, do
 3    hereby certify:
 4              That the foregoing proceedings were taken
 5    before me at the time and place herein set forth;
 6    that a record of the proceedings was made by me
 7    using machine shorthand which was thereafter
 8    transcribed under my direction; that the foregoing
 9    transcript is a true record of the testimony given.
10              Further, that if the foregoing pertains to
11    the original transcript of a deposition in a Federal
12    Case, before completion of the proceedings, review
13    of the transcript [x] was [] wasn't requested.
14              I further certify I am neither financially
15    interested in the action nor a relative or employee
16    of any attorney or party to this action.
17              IN WITNESS WHEREOF, I have this date
18    subscribed my name.
19    Dated: February 7, 2023
20
21
22
23                       [signature: Lynne Marie Ledanois]
                         LYNNE MARIE LEDANOIS
24                       CSR No. 6811
25
```

Page 207