# Exhibit 1
# Filed Under Seal

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1                  UNITED STATES DISTRICT COURT

                   NORTHERN DISTRICT OF CALIFORNIA
 2

 3      GOOGLE LLC,                       )

             PLAINTIFF,                   )

 4        VS.                             ) Case No.

 5      SONOS, INC.,                      ) 3:20-cv-06754-

 6           DEFENDANT.                   ) WHA

 7      _____ )

 8      SONOS, INC.,                      )

 9           PLAINTIFF,                   )

10        VS.                             ) 3:21-CV-07559-

11      GOOGLE, LLC,                      ) WHA

12           DEFENDANT.                   ) (VOLUME 2

13      _____ ) PAGES 152 - 236)

14                     C O N F I D E N T I A L

15

16              (THIS TRANSCRIPT HAS BEEN DESIGNATED

17       HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER)

18

19

20              ZOOM VIDEOTAPED DEPOSITION OF

21                  KEITH JUILIANO CORBIN

22                 WEDNESDAY, JUNE 1, 2022

23

24      JOB NO. 5256476

25      REPORTED BY:  D'ANNE MOUNGEY, CSR 7872
```

Veritext Legal Solutions
866 299-5127

**Page 169**

1  Play Music being available on all Android phones by
2  default would have made that important, as it would
3  have touched a large number of our customer base.
4  BY MR. HEFAZI:
5    Q   Okay.  Were there any other important                09:22:35
6  partners that you can think of at the time that you
7  were doing the Google integration?
8    A   I don't remember who else we were working
9  on specifically at that time.  When you showed my
10 LinkedIn, the other one mentioned around there was      09:22:53
11 Amazon, Cloud and Deezer.  I don't know which ones
12 were which years, but those were also important
13 partners; again, Amazon for their reach and Deezer
14 for their presence in Europe.
15   Q   Did Sonos ever categorize partners into          09:23:10
16 tiers, like tier 1, tier 2, tier 3?
17   A   We did have tiering structures, yeah.
18   Q   Would tier 1 be kind of the most important
19 partners?
20       MS. BRODY:  Objection to form.                    09:23:26
21       THE WITNESS:  The -- I don't remember
22 exactly how we named the tiers.  Normally a tier 1
23 is the highest priority or highest importance.
24 BY MR. HEFAZI:
25   Q   Do you know if Google was considered a           09:23:38

**Page 170**

1  tier 1 partner?
2    A   At what point in time and -- the -- what I
3  would say is tiering changed over time as subscriber
4  count grew or diminished and the role people play in
5  the marketplace, so --                                   09:23:55
6    Q   That's fair.
7        At the start of the integration when you
8  guys first kind of began the Cloud Queue
9  integration, was Google a tier 1 partner?
10   A   I don't remember specifically what tier it      09:24:06
11 was at that time or if we had introduced tiers yet.
12 I believe that came a little bit later where we
13 started tiering, but I really don't remember when we
14 added tiering or who was on what tiers at what time.
15 I did know it was dynamic and we would re-tier on a   09:24:22
16 regular basis.
17   Q   At some point was Google considered a
18 tier 1 partner?
19   A   My memory believes at least some point they
20 were, yes.                                              09:24:36
21   Q   Okay.  And were there other -- what were
22 the criteria to become a tier 1 partner?
23       How did you determine someone was a tier 1
24 partner?
25   A   I don't know if I can remember all of the       09:24:50

**Page 171**

1  criteria.  Usually it was a combination of Sonos was
2  an experienced lead company, so the experience with
3  a partner product would be a criteria, the number of
4  households that were using that product would be a
5  criteria, their market reach and visibility would be    09:25:14
6  a criteria.  I forget the -- we had a scale for it.
7  I forget all of the different metrics that went into
8  it.
9    Q   Were there advantages for Sonos in
10 integrating with Google Play Music?                     09:25:34
11       MS. BRODY:  Objection to form.
12       THE WITNESS:  I would say yes.  And part of
13 what I mentioned before, at the time Google Play
14 Music was the default music player on Android phones
15 and Android phones were quickly becoming the most      09:25:49
16 common device in the world, and so there was a
17 strong belief that Google Play Music could be an
18 important streaming service at that point in time.
19 BY MR. HEFAZI:
20   Q   Okay.  So the hope was -- or strike that.      09:26:06
21       So the thought was that by integrating with
22 Google Play Music, you would be able to expand
23 Sonos' subscriber base?
24   A   The -- Sonos didn't have a subscribers.
25   Q   Sonos' customer base, is that a better way    09:26:23

**Page 172**

1  to put it?
2    A   Generally we look at the music services as
3  how we achieve -- how we achieve customer
4  satisfaction, making sure they had the music
5  services that they were using.  So if there were a    09:26:38
6  lot of people using Google Play Music, we would want
7  that to be available to them.
8        I don't know that we ever could
9  successfully measure how much influence a particular
10 music service had on speaker sales.  It was too       09:26:50
11 disconnected to be able to measure that accurately.
12   Q   Got it.  That's fair.
13       But by integrating with Google Play Music
14 and being able to use that application with Sonos
15 devices, your belief was that that added customer    09:27:08
16 satisfaction for Sonos?
17   A   Yes.
18       MR. HEFAZI:  Let's look at Exhibit 1064,
19 which I placed into the folder.
20       (Whereupon, Google's Exhibit 1064 was          09:27:24
21       marked for identification by the
22       Court Reporter.)
23       MR. HEFAZI:  Let me know when you have that
24 document available.
25       THE WITNESS:  I have that.                     09:27:48

6 (Pages 169 - 172)

**Page 193**

1   I don't know what it was copied from.
2   BY MR. HEFAZI:
3   Q   Okay. If you look back at 268, do you see
4   how there's another URL, and instead of using
5   Googleapis.com, it was changed to Example.com?        09:54:55
6   A   I don't know that it was changed. This one
7   is an example and it's listed as Example.com.
8   Q   Okay. If you go up to 267, there's another
9   one that says Example.com; right?
10  A   Yep.                                              09:55:12
11  Q   There's actually two on this page that say
12  Example.com; right?
13  A   Yep. That looks like we were standardizing
14  for that, and one was using Google's APIs instead.
15  Q   Spotify wouldn't send a request to           09:55:34
16  Googleapis.com, would it?
17  A   They wouldn't --
18      MS. BRODY: I'm sorry, Mr. Corbin.
19      Mr. Hefazi, I didn't understand the
20  question.                                             09:55:48
21      Do you mind repeating it?
22      MR. HEFAZI: Yes.
23  BY MR. HEFAZI:
24  Q   Spotify wouldn't send a request to
25  Googleapis.com, would it?                             09:55:54

**Page 194**

1       MS. BRODY: Objection to form.
2       THE WITNESS: They wouldn't send a request
3   to Example.com either. These are example URLs.
4   Best practice would have been for all of them to be
5   Example.com and something like that and this one was    09:56:10
6   maybe from an older revision of the document where
7   it hadn't been changed to Example.com.
8   BY MR. HEFAZI:
9   Q   Okay. Do you recall yesterday we saw an
10  e-mail in which you provided and added an update on     09:56:26
11  Google's Cloud Queue REST API?
12  A   I don't remember that specifically without
13  looking at it.
14  Q   Let me try to find it.
15      THE WITNESS: Would it be okay to take a         09:56:42
16  couple minute break?
17      MR. HEFAZI: Sure. Let's take a couple
18  minute break and then -- that's fine.
19      THE VIDEOGRAPHER: We're going off the
20  record. The time is 9:56.                                09:56:53
21      (Whereupon, a recess was held
22      from 9:56 a.m. to 10:02 a.m.)
23      THE VIDEOGRAPHER: We're back on the
24  record. The time is 10:02.
25  ///                                                     10:03:01

**Page 195**

1   BY MR. HEFAZI:
2   Q   Sir, isn't it the case that Sonos' Cloud
3   Queue API is based on the Cloud Queue API developed
4   with Google during the Google/Sonos integration?
5       MS. BRODY: Objection to form.                   10:03:14
6       THE WITNESS: That is the first
7   implementation of the Cloud Queue API that I'm aware
8   of. Certainly the first by a third party. The
9   exact details of who developed what at what time, I
10  don't remember.                                         10:03:33
11  BY MR. HEFAZI:
12  Q   But you understand that Sonos and Cloud
13  Queue API is a superset of the Cloud Queue API that
14  it developed as part of the Google/Sonos
15  collaboration; right?                                   10:03:46
16      MS. BRODY: Objection to form.
17      THE WITNESS: The document we looked at
18  said that essentially we went on -- there was a
19  second version of it that Tad was sharing documents
20  around that was expanding on the work that was done     10:04:01
21  and was first implemented in the Google case, yes.
22  BY MR. HEFAZI:
23  Q   Okay. And so a moment before the break, I
24  asked if you recalled an e-mail that you sent
25  regarding status of Google's REST API for the Cloud     10:04:22

**Page 196**

1   Queue and maybe you can just pull up Exhibit 1056.
2   A   Sure. The meeting status notes. Okay.
3   Q   Yeah.
4       You see under Google, it says:
5       "REST API (Cloud Queue)," and                  10:04:48
6       you comment, "Work has been
7       completed and they are just
8       waiting on procedural issues to
9       make these available."
10  A   Yes.                                              10:04:57
11  Q   Okay. So Google was working on a music
12  Cloud Queue REST API; right?
13  A   They were working on an implementation of
14  it. That doesn't speak necessarily to who designed
15  it.                                                     10:05:16
16  Q   Okay. That's fair.
17      MR. HEFAZI: So let me add into the exhibit
18  folder Exhibit 1066.
19      (Whereupon, Google's Exhibit 1066 was
20      marked for identification by the               10:05:42
21      Court Reporter.)
22      MR. HEFAZI: Let me know when you have that
23  open.
24      THE WITNESS: Okay. I have that open.
25  ///                                                     10:05:54