# Exhibit 2
# Filed Under Seal

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**
**SOURCE CODE CONFIDENTIAL**

```
 1              UNITED STATES DISTRICT COURT
 2         FOR THE NORTHERN DISTRICT OF CALIFORNIA
 3   SONOS, INC.,
 4        Plaintiff,
 5             vs.          Case No. 3:21-CV-07559-WHA
 6   GOOGLE LLC,
 7        Defendant.
     _____
 8
     -AND-
 9
     GOOGLE LLC,
10
          Plaintiff,
11
               vs.          Case No. 3:20-CV-06754-WHA
12
     SONOS, INC.,
13
          Defendant.
14   _____
        **HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**
15             **SOURCE CODE CONFIDENTIAL**
16   ZOOM DEPOSITION OF SONOS 30(b)(6) & INDIVIDUALLY
                       NICK MILLINGTON
17
     (Reported Remotely via Video & Web Videoconference)
18
       Santa Barbara, California (Deponent's location)
19
                  Wednesday, June 29, 2022
20
     STENOGRAPHICALLY REPORTED BY:
21   REBECCA L. ROMANO, RPR, CSR, CCR
     California CSR No. 12546
22   Nevada CCR No. 827
     Oregon CSR No. 20-0466
23   Washington CCR No. 3491
24   JOB NO. 5304920
25   PAGES 1 - 258
```

Page 1

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
SOURCE CODE CONFIDENTIAL

```
 1  that term because it's a silly joke internal term.    03:50:20
 2       But from the user's perspective, what
 3  they experience is robust persistent playback
 4  where, you know, the phone isn't, you know, a
 5  critical participant in the ongoing playback of       03:50:38
 6  tracks.
 7       And in many ways, you know, that --
 8  that -- that overall experience is one of the
 9  reasons what -- what -- what a Sonos experience is
10  all about, right?                                     03:50:55
11       Q.  (By Mr. Kaplan)  Are you familiar with
12  SMAPI, S-M-A-P-I?
13       A.  I -- I am at a high level.  It's
14  something that is evolved, you know, no doubt
15  unrecognizably, since the time that I                 03:51:13
16  was intimately involved with it.  But, yes, I am
17  familiar with it.
18       Q.  Was SMAPI the API that was used to
19  deliver the full set of queued tracks to the Sonos
20  player?                                               03:51:31
21       MS. BRODY:  Objection.  Outside the
22  scope.  Objection to form.
23       THE DEPONENT:  SMAPI stands for -- stands
24  for Sonos Music API.  And SMAPI was a -- or is a --
25  I believe a protocol that Sonos evangelizes to        03:51:53
```
Page 178

```
 1  music services companies.                             03:52:03
 2       And if music service companies implement
 3  SMAPI then, fundamentally, inside the Sonos app,
 4  they can appear as a music service, like we were
 5  seeing in the iPad app.  And, you know, you can       03:52:19
 6  browse the content and search the content on the
 7  service using the Sonos app.
 8       And then you can also -- if you implement
 9  SMAPI, then Sonos players can access and play
10  your -- your -- your content.  So -- so that's --    03:52:37
11  that's what -- that's what SMAPI -- SMAPI is.
12       I -- I wouldn't say that there's like a
13  one-to-one mapping between SMAPI and the beer test
14  or even between SMAPI and showing up in the Sonos
15  app.  There's other ways of implementing that.       03:52:54
16       Q.  (By Mr. Kaplan)  So for the
17  implementation that you mentioned where the queue
18  is downloaded and stored at the device -- and when
19  I say "device," I mean player.  Maybe I should just
20  say player.                                          03:53:27
21       I'll -- I'll ask again.
22       In the implementation you mentioned where
23  the queue from the mobile device is downloaded and
24  stored at the player, is that implementation still
25  used by Sonos?                                       03:53:38
```
Page 179

```
 1       MS. BRODY:  Objection to form.  And             03:53:42
 2  outside the scope.
 3       THE DEPONENT:  The -- the form of your
 4  question sort of implies that the queue exists
 5  somewhere else and then is -- is downloaded.  And    03:53:52
 6  that's -- that's not how I would -- how I would --
 7  how I would characterize the -- the -- the
 8  operation.
 9       Like I was saying before, the --
10  you know, the -- the -- from the user's              03:54:10
11  perspective, the queue is a -- is a property of
12  the -- kind of the, you know, the -- the Sonos
13  group coordinator and its -- and its group members.
14  And the user is adding, removing, reordering tracks
15  in that -- in that queue.                            03:54:34
16       And so that -- that -- that's how --
17  that -- that -- that experience is still available
18  to this day in the Sonos products.
19       Q.  (By Mr. Kaplan)  When we were looking at
20  the Sonos iPad controller app, a user on that app   03:54:49
21  was seeing a queue of music that he or she wanted
22  to play, and that would be replicated at the
23  player, right?
24       A.  It's -- it's actually the -- the
25  opposite, that the Sonos controller is viewing the  03:55:11
```
Page 180

```
 1  contents of the -- of the queue on the player.       03:55:17
 2       Q.  Is the Sonos controller app storing the
 3  information of the queue at the player either
 4  persistently or not persistently?
 5       MS. BRODY:  Objection to form.                  03:55:38
 6       THE DEPONENT:  To -- to -- to paint its
 7  UI, the controller needs to have some view into the
 8  contents of that queue that's on the player.  But
 9  it -- it doesn't necessarily have a complete copy.
10  And even if -- like if you scroll away in the list, 03:56:03
11  then, you know, it's ephemeral and gone.
12       Q.  (By Mr. Kaplan)  So you wouldn't consider
13  that the music queue, right?
14       MS. BRODY:  Objection to form.  Outside
15  the scope.                                           03:56:21
16       THE DEPONENT:  I mean, it's -- it's --
17  you know, the -- the -- the questions are super
18  context dependent, you know.  The -- I mean -- I
19  mean, it's a -- it's a -- it's a list of songs
20  labeled queue on a screen.  And so from the -- from 03:56:41
21  the user's perspective, you know, it is a -- it is
22  a queue for sure, you know -- you know.
23       I mean, it's -- the -- the -- the
24  question's -- the question's almost unanswerable.
25  I mean, you know, there's -- there's some people    03:57:00
```
Page 181

46 (Pages 178 - 181)

| | |
|---|---|
| 1    MS. BRODY: Objection to form. And           04:34:00<br>2 outside the scope.<br>3        THE DEPONENT: Let -- let me -- let me --<br>4 let me answer it this way.<br>5        If the -- if the phone and the Sonos       04:34:11<br>6 player are not on the same network and can only<br>7 communicate through the cloud, then the -- the<br>8 cloud is a helpful way to facilitate communication<br>9 between them.<br>10       And that's basically what you're saying,   04:34:29<br>11 right?<br>12   Q. (By Mr. Kaplan) With respect to the play<br>13 to Sonos integration, Sonos worked to do that with<br>14 Google Play Music, did Sonos work to do a play to<br>15 Sonos collaboration with any other companies?     04:35:34<br>16       MS. BRODY: Objection. Outside the<br>17 scope.<br>18       THE DEPONENT: Play to Sonos is an<br>19 umbrella term that we used at Sonos to refer to the<br>20 concept of, again, using a nonSonos app and having 04:35:51<br>21 the sound come out of Sonos speakers.<br>22       So that -- that conceptually was -- was,<br>23 you know, kind of -- kind of what we were -- what<br>24 we were going for, right. And so we -- we doggedly<br>25 pursued that concept with a -- a number of         04:36:23<br><br>Page 194 | 1 bending my head, trying to figure out how to look 04:38:09<br>2 at it in this app. Maybe I'll have to download it<br>3 to my --<br>4   Q. I -- I do have a rotate all pages button<br>5 on my -- if you hover over sort of the bottom of   04:38:16<br>6 the -- of the PDF page.<br>7   A. I think I have the document open.<br>8       MS. BRODY: Mr. Kaplan, I don't know if<br>9 this is intentional, but this document doesn't have<br>10 the Bates sticker on the front consistent with your 04:38:34<br>11 other documents.<br>12      THE DEPONENT: It does --<br>13      MR. KAPLAN: 1114 doesn't?<br>14      THE DEPONENT: It's at the bottom right.<br>15      MR. KAPLAN: I see a Bates stamp         04:38:46<br>16 SONOS-SVG2-00026255.<br>17      MS. BRODY: The deposition exhibit<br>18 sticker. Excuse me.<br>19      MR. KAPLAN: And there's a deposition --<br>20 deposition exhibit sticker 1114.              04:38:58<br>21      MS. BRODY: Okay. It's not showing up on<br>22 my -- my copy. It's -- it's not relevant. I just<br>23 wanted to let you know in the event that you wanted<br>24 it to be consistent.<br>25      Go ahead, please.                     04:39:09<br><br>Page 196 |
| 1 different companies, you know.               04:36:32<br>2        For -- for example, you know, the --<br>3 the -- the -- the so-called Spotify connect feature<br>4 that we support with Spotify is an incarnation of<br>5 that concept. Similarly, the -- you know, the work 04:36:49<br>6 that we did with -- with -- you know, we -- we've<br>7 done that concept with Pandora.<br>8        So -- so in short, the answer is, yes,<br>9 that's a -- that's a concept that we had a lot of<br>10 conviction about from the very early period -- very 04:37:10<br>11 early point in the company's history, and we've<br>12 doggedly pursued it with a bunch of different<br>13 companies.<br>14       (Exhibit 1114 was marked for<br>15 identification by the court reporter and is        04:37:25<br>16 attached hereto.)<br>17      MR. KAPLAN: Could you open up<br>18 Exhibit 114, please.<br>19      MS. BRODY: Mr. Kaplan, you said 114?<br>20      MR. KAPLAN: Oh, I meant 1114. I was    04:37:47<br>21 only off by 1,000.<br>22   Q. (By Mr. Kaplan) Please let me know when<br>23 you have it up.<br>24   A. Yeah, I have it. But it's sideways, so<br>25 I'm trying to figure out how to -- other than      04:38:05<br><br>Page 195 | 1       MR. KAPLAN: Got it.                    04:39:11<br>2   Q. (By Mr. Kaplan) Mr. Millington, do you<br>3 see the exhibit sticker on there?<br>4   A. Yeah. It's -- it's in the bottom right.<br>5 It's kind of a yellow rectangle -- right? -- that  04:39:23<br>6 says 1114. And then there's two like overlapping<br>7 SONOS-SVG2-00026255.<br>8   Q. That was how it was produced to us.<br>9       Okay. Well, so this is an email chain.<br>10 At the top of the chain is an email from          04:39:41<br>11 Joni Hoadley to Ted Coburn and a few other folks at<br>12 Sonos.<br>13      Do you see that?<br>14  A. From Joni to Ted, and then some other<br>15 folks -- yes, I do.                            04:40:00<br>16  Q. And further down, you're on a few of<br>17 these emails between the folks at Sonos, and it's<br>18 discussing a play to Sonos collaboration with<br>19 Spotify, right?<br>20  A. I'm going to have to read this -- so give 04:40:16<br>21 me one minute here.<br>22  Q. Sure.<br>23  A. I have to pay for a seven-day trial to<br>24 rotate a page in Acrobat now?<br>25      Okay. I got it.                         04:41:16<br><br>Page 197 |