# Exhibit 4
# Filed Under Seal

1

**To:** Joni Hoadley[Joni.Hoadley@sonos.com]; Robert Reimann[Robert.Reimann@sonos.com]; Ron Kuper[Ron.Kuper@sonos.com]; Nick Millington[Nick.Millington@sonos.com]; Jerry Anderson[Jerry.Anderson@sonos.com]
**From:** Rob Lambourne[/O=MSTEXCHANGE/OU=SOS ADMIN GROUP/CN=RECIPIENTS/CN=ROB.LAMBOURNE]
**Sent:** Fri 7/8/2011 7:16:04 PM Eastern Daylight Time
**Subject:** RE: Play To Sonos
**Attachment:** SONOS PLAY TO functionality.docx

I've made some notes about how the Play-To feature can work from a user perspective. We're not necessarily in agreement on all aspects of this description, but it can form the basis of a discussion next week in the meeting that Joni set up.

Rob

Rob Lambourne | User Experience Design | Sonos

-----Original Appointment-----
**From:** Joni Hoadley
**Sent:** Thursday, July 07, 2011 4:26 AM
**To:** Joni Hoadley; Rob Lambourne; Robert Reimann; Ron Kuper
**Cc:** Nick Millington; Jerry Anderson
**Subject:** Play To Sonos
**When:** Tuesday, July 12, 2011 1:00 PM-2:00 PM (UTC-08:00) Pacific Time (US & Canada).
**Where:** SB: Rob's office; Cambridge: Ron's office

Let's explore the options for creating code that let's 3rd party apps control Sonos. This is something we want to discuss w/Spotify and would like to get to the point quickly where we can have some wireframes to show our vision for the user experience. I know there are a couple of conflicts but I'm out tomorrow and Monday is completely booked up (looks like Rob's out of the office part of the day) so I'm hoping you can reschedule your other meetings if needed.

Nick/Ron, if there are any thoughts you've captured in writing that you can share ahead of time, that would be very helpful. Thanks!

Joni

Bridge:
Toll free number: 866-299-7945
Guest Code: 1039096

Highly Confidential - Attorneys' Eyes Only