# Exhibit 5
# Filed Under Seal

HIGHLY CONFIDENTIAL - ATTORNEYS EYES' ONLY

Page 1

```
 1            UNITED STATES DISTRICT COURT
 2        FOR THE NORTHERN DISTRICT OF CALIFORNIA
 3   SONOS, INC.,
 4       Plaintiff,
 5           vs.            Case No. 3:21-CV-07559-WHA
 6   GOOGLE LLC,
 7       Defendant.
     _____
 8
     -AND-
 9
     GOOGLE LLC,
10
         Plaintiff,
11
             vs.            Case No. 3:20-CV-06754-WHA
12
     SONOS, INC.,
13
         Defendant.
14   _____
          GOOGLE DESIGNATED ATTORNEYS' EYES ONLY
15      SONOS DESIGNATED HIGHLY CONFIDENTIAL &
      ATTORNEYS' EYES ONLY UNDER THE PROTECTIVE ORDER
16
        ZOOM DEPOSITION OF TAD COBURN AS 30(B)(1) &
17       AS SONOS' 30(b)(6) CORPORATE REPRESENTATIVE
18   (Reported Remotely via Video & Web Videoconference)
     Wolfeboro, New Hampshire (Deponent's location)
19
                  Tuesday, July 12, 2022
20
     STENOGRAPHICALLY REPORTED BY:
21   REBECCA L. ROMANO, RPR, CSR, CCR
     California CSR No. 12546
22   Nevada CCR No. 827
     Oregon CSR No. 20-0466
23   Washington CCR No. 3491
24   JOB NO. 5319142
25   PAGES 1 - 245
```

HIGHLY CONFIDENTIAL - ATTORNEYS EYES' ONLY

Page 98

1  THE DEPONENT: Sonos was aware -- I mean,
2  as Nick says, they plan to launch "it," meaning a
3  cloud-queue-based solution or implementation, as
4  part of Chromecast and -- and this year, which was
5  2014.
6  Q. (By Ms. Baily) Well, Sonos understood at
7  this time that Google was going to implement --
8  was -- strike that.
9  In May 2014, Sonos was aware that Google
10 was going to launch cloud queue with Chromecast and
11 that it was the same implementation of cloud queue
12 that Google was working on with Sonos, correct?
13  MS. BRODY: Objection to form.
14  THE DEPONENT: I had no involvement with
15 the Chromecast implementation. So I don't know if
16 it was the same implementation or not.
17  I -- in other words, I don't know if they
18 were using the same concept or if they were
19 literally using the same code.
20  Q. (By Ms. Baily) Well, turning to the very
21 top of Exhibit 1126, there's an email from you.
22  Do you see that?
23  Oh, sorry, it's -- it's to you --
24  A. It's to me --
25  Q. -- from Nick Millington.

Page 99

1  A. -- from Andrew, yeah.
2  Q. I think it's from Nick Millington.
3  A. Oh, correct. Yes.
4  Q. Okay. So at the top of Exhibit 11226
5  there's an email from Nick Millington to you,
6  right?
7  A. Correct.
8  Q. And Mr. Millington says to you, "Keep in
9  mind that" Debajit Ghosh "needs to implement
10 Cloud Queue against ChromeCast as well, at least I
11 think he does."
12  Do you see that?
13  A. I do see that, yes.
14  Q. And so Google was up front with Sonos
15 that it was implementing cloud queue against
16 Chromecast as well as Sonos, correct?
17  MS. BRODY: Objection to form.
18  THE DEPONENT: At this point in time, it
19 was clear to us that Google was planning on using
20 cloud queue as part of their Chromecast
21 implementation.
22  MS. BAILY: Jocelyn, let's bring up
23 Exhibit -- tab 39, which hopefully is
24 SONOS-SVG2-68935.
25 /////

Page 100

1  (Exhibit 1127 was marked for
2  identification by the court reporter and is
3  attached hereto.)
4  MS. BAILY: So Exhibit 1127 will be
5  SONOS-SVG2-68935 to -938. All right.
6  THE DEPONENT: All right. Okay. I have
7  Exhibit 1127 up on my screen.
8  Q. (By Ms. Baily) There's an email that
9  starts at the top of the second page of
10 Exhibit 1127. It's from Nick Millington.
11  Do you see that?
12  A. Got it.
13  These emails are very hard to follow with
14 the different forms of indentation. But yes, I do
15 see it.
16  Q. And about midway through that email,
17 Mr. Millington writes "I know that you need to
18 support both Chromecast and Sonos (as well as
19 probably other devices in the future)."
20  Do you see that?
21  A. I do see that.
22  Q. And you were later copied into this email
23 chain of Exhibit 1127, correct?
24  A. Yes. Correct.
25  Q. So as of May 2014, you personally were

Page 101

1  aware that Google was implementing cloud queue
2  against Chromecast, Sonos and probably other
3  devices, correct?
4  MS. BRODY: Objection to form.
5  THE DEPONENT: At this point in time, it
6  was fairly clear that -- it was actually quite
7  clear -- that Google was planning on using the
8  cloud queue approach for Chromecast and Sonos.
9  And, as Nick mentions, "and probably other devices
10 in the future."
11  Q. (By Ms. Baily) But it's not just the
12 cloud queue approach, right, Mr. Millington is
13 saying to Mr. Ghosh, "I know that you need to
14 support both Chromecast and Sonos (as well as
15 probably other devices)."
16  Do you see that?
17  A. I do see that, yes.
18  Q. And that suggests that Mr. Millington
19 knows that Google needs to support Chromecast,
20 Sonos and probably other devices using the same
21 cloud queue functionality at the same time,
22 correct?
23  MS. BRODY: Objection to form.
24  THE DEPONENT: Yes, I -- I believe you
25 are correct. This -- this certainly says that we

HIGHLY CONFIDENTIAL - ATTORNEYS EYES' ONLY

Page 110

1  Do you see that?
2  A. I do.
3  Q. What is Exhibit 1131?
4  A. How interesting. Hang on a second. Let
5  me just read through this.
6      Okay. I'm sorry. Can you repeat the
7  question one more time.
8  Q. What is Exhibit 1131?
9  A. It's a PDF document.
10 Q. Do you understand its contents?
11 A. I do.
12     MS. BRODY: Objection to form.
13 Q. (By Ms. Baily) And what are the contents
14 of Exhibit 1131?
15 A. It is a -- it's an API specification
16 for -- that describes how a Sonos player device
17 would communicate with a cloud queue.
18 Q. Exhibit 1131 was developed as part of the
19 Google-Sonos collaboration, correct?
20     MS. BRODY: Objection to form.
21     THE DEPONENT: Sonos -- as best as I can
22 recall, Sonos and Google collaborated on this
23 specification, yes.
24 Q. (By Ms. Baily) And Exhibit 1131
25 describes "Getting the item window," correct?

Page 111

1  A. Yes. It has a section titled "Getting
2  the item window," which is a core part of the API.
3  Q. And looking at this document, do you
4  understand what an REST API is?
5  A. It's just a -- it's a particular style of
6  API commonly used over network connections.
7      MS. BAILY: Jocelyn, could you bring
8  up -- well, before you do.
9  Q. (By Ms. Baily) Mr. Coburn, you can close
10 out of those documents.
11 A. Okay.
12 Q. Are you familiar with the term "muse
13 protocol" as that's used at Sonos?
14 A. Yes, I am familiar with the term "muse"
15 as used at Sonos.
16 Q. And what does that term mean at Sonos?
17 A. Well, it can -- it can be used to mean a
18 number of things. But one of the primary uses is
19 to describe APIs that allow -- allow third-party
20 applications to control Sonos devices, Sonos
21 speakers.
22 Q. Third-party applications besides Google
23 applications?
24 A. Third party being nonSonos applications.
25 So it could -- it would include the Google

Page 112

1  application or it could -- I mean, in --
2  hypothetically, you know, in the -- in the general
3  sense, third-party applications would include the
4  Google app.
5  Q. So muse -- the term "muse," as it's used
6  at Sonos, describes APIs that allow third-party
7  applications from Google and other providers to
8  control Sonos devices; is that right?
9      MS. BRODY: Objection to form.
10     THE DEPONENT: Muse is a -- is a --
11 right. Muse is an API that allows applications to
12 send commands to a Sonos device and to also
13 register to receive events. And then subsequently,
14 to receive those events from the player, so that
15 they can both control the device and reflect what
16 is happening on the device.
17 Q. (By Ms. Baily) Has Sonos used the muse
18 API with third-party partners?
19     MS. BRODY: Objection to form.
20     THE DEPONENT: They have.
21 Q. (By Ms. Baily) Sorry. I didn't hear the
22 answer.
23 A. We have -- we have shared our -- shared
24 the muse API with other partners, and they have
25 used it to create integrations with the Sonos

Page 113

1  system.
2  Q. (By Ms. Baily) With what partners has
3  Sonos shared the muse API, to your knowledge?
4  A. I do not -- I definitely don't know the
5  full list. As I mentioned earlier, I'm not in
6  charge of all of the integration projects that
7  Sonos undertakes with third parties. So the only
8  one I am -- that I am -- that I am certain of --
9  and I don't know the details of it is the -- is an
10 integration with the Pandora application.
11 Q. When did Sonos first share the muse API
12 with Pandora?
13 A. I don't know.
14 Q. Do you know who at Sonos would know the
15 answer to that question?
16 A. Not off the top of my head, no.
17 Q. Was the muse API developed based on the
18 work that Google and Sonos did together on the
19 cloud queue API?
20     MS. BRODY: Objection to form.
21     THE DEPONENT: I would say that the muse
22 API -- let's see, what's the best way to explain
23 this.
24     The work that we did with Google
25 contained a very small control API and that --

Veritext Legal Solutions
800-567-8658                                                973-410-4098

Page 114

1  control an event API, and Sonos took that API and
2  essentially expanded it enormously to cover a whole
3  bunch of other functions that had nothing to do
4  with the Google integration specifically.
5     Q.  (By Ms. Baily)  The work that Google and
6  Sonos did together on the cloud queue API was the
7  starting point for Sonos' muse API, fair?
8        MS. BRODY:  Objection to form.
9        THE DEPONENT:  The muse API itself did
10 not include the cloud queue API.  The command and
11 eventing protocol that Sonos collaborated with
12 Google on was -- it was the precursor to the muse
13 API.
14       MS. BAILY:  Jocelyn, let's mark
15 SONOS-SVG2-00182843.
16       (Exhibit 1132 was marked for
17 identification by the court reporter and is
18 attached hereto.)
19       MS. BAILY:  And for the record,
20 Exhibit 1132 will be a document Bates-labeled
21 SONOS-SVG2-182843 to -883.
22       THE DEPONENT:  I see a document with no
23 exhibit number.  is that the one I should look at?
24       MS. MA:  No.  Sorry.  Give me one minute.
25       You can ignore that one.

Page 115

1        THE DEPONENT:  Okay.
2        (Discussion off the stenographic record.)
3     Q.  (By Ms. Baily)  Let me know when you see
4  it.
5     A.  I'm sorry.  I forgot to hit refresh.  My
6  bad.
7     Q.  No, no, no.
8        Do you have it?
9     A.  Okay.  Exhibit 1132.  Yes, I have it.
10    Q.  Okay.  Take a quick look at Exhibit 1132.
11       My first question is going to be if you
12 know what this document is?
13    A.  Okay.  Generally speaking, yes, I know
14 what this document is -- is about.
15    Q.  And what is it about?
16    A.  It is describing a set of commands and
17 events that go between an application and a device,
18 like a Sonos speaker to -- let's see.  Yes.  To
19 tell the speaker to initiate playback from a
20 cloud queue and then to control the playback
21 subsequently while in --
22    Q.  Exhibit --
23    A.  -- while it's playing from that
24 cloud queue.
25       No.  It's all right.

Page 116

1     Q.  Sorry about that.
2        Exhibit 1132 was created by Google and
3  Sonos during their collaboration; is that correct?
4     A.  Yes.  I don't know what iteration
5  of this -- of the document this is that we're
6  looking at.  But this document was created during
7  the collaboration.
8        MS. BAILY:  And, Jocelyn, if you could do
9  SONOS-SVG2-182805.
10       And for the record, Exhibit 1133 will be
11 SONOS-SVG2-182805 to -842.
12       (Exhibit 1133 was marked for
13 identification by the court reporter and is
14 attached hereto.)
15       THE DEPONENT:  All right.  I can see
16 Exhibit 1133.
17    Q.  (By Ms. Baily)  What is Exhibit 1133?
18    A.  It looks very similar to the previous
19 exhibit to my eye, just scanning it very briefly.
20    Q.  Exhibit 1133 is called the "Muse
21 Protocol."
22       Do you see that?
23    A.  I do.
24    Q.  Is this Exhibit 1133 the muse protocol
25 that was shared with Pandora?

Page 117

1        MS. BRODY:  Objection to form.
2        THE DEPONENT:  The muse protocol that was
3  shared with Pandora is -- this document is not the
4  document that was shared with Pandora, if that's
5  your question.
6     Q.  (By Ms. Baily)  What document was shared
7  with Pandora?
8        MS. BRODY:  Objection to form.
9        THE DEPONENT:  Sonos has its -- as I
10 mentioned, Sonos -- Sonos' muse protocol was -- it
11 initially started as this small API that we
12 developed -- codeveloped with Google, and then it
13 was greatly expanded by Sonos.
14       So we have our own documentation
15 internally on the greatly expanded API, which is
16 what Sonos refers to when they're talking about
17 muse.
18    Q.  (By Ms. Baily)  The muse protocol uses
19 the same functions for commands and events as the
20 cloud queue implementation designed by Sonos and
21 Google, correct?
22       MS. BRODY:  Objection to form.
23       THE DEPONENT:  As I mentioned, the
24 protocol -- the protocol that was developed as part
25 of the Google-Sonos collaboration was really the

Page 142

1  A.  It's hard for me to remember the exact
2  sequence in time, but I do have a recollection that
3  Sonos was discussing cloud queue concepts prior to
4  the point where Google had shared any design
5  details with us.
6     Q.  Do you know when Google first came up
7  with the idea internally to use a cloud queue for
8  music playback?
9        MS. BRODY:  Objection to form.
10       THE DEPONENT:  That is a good point.  I
11 do not know exactly when Google first came up with
12 the idea internally.  I only know when they shared
13 it with us -- when they shared the idea with us --
14    Q.  (By Ms. Baily)  Do you know --
15    A.  -- that they were -- they were thinking
16 about it, as well as we were thinking about it.
17    Q.  Do you know generally when Google
18 internally came up with the idea of using a
19 cloud queue for music playback?
20       MS. BRODY:  Objection to form.
21       THE DEPONENT:  I -- I don't know
22 specifically when Google was first considering the
23 idea internally.
24    Q.  (By Ms. Baily)  So you don't know one way
25 or the other whether Sonos was the first to come up

Page 143

1  with the idea of having a cloud queue for music
2  playback, correct?
3        MS. BRODY:  Objection to form.
4        THE DEPONENT:  No, I don't have specific
5  knowledge that I could -- I mean, yeah.
6        MS. BAILY:  Jocelyn, could you bring
7  SONOS-SVG2-140005, and its attachment, if you can.
8        Let me know if you're going to mark them
9  separately.
10       MS. MA:  Yeah, sorry.  I have them
11 separately.
12       MS. BAILY:  That's fine.
13       So I apologize, Rebecca, while those are
14 getting loaded, do you know what my last exhibit
15 number was?
16       THE COURT REPORTER:  1133.  So you're on
17 1134.
18       (Exhibit 1134 was marked for
19 identification by the court reporter and is
20 attached hereto.)
21       (Exhibit 1135 was marked for
22 identification by the court reporter and is
23 attached hereto.)
24       MS. BAILY:  So for the record, I'll mark
25 as Exhibit 1134, a document with the

Page 144

1  Bates number SONOS-SVG2-00140005.
2        And Exhibit 1135 is SONOS-SVG2-00140006
3  to -140015.
4     Q.  (By Ms. Baily)  And, Mr. Coburn, just let
5  me know once you have 1134 and 1135.
6     A.  Okay.  I have them open.
7     Q.  Why don't you read to yourself
8  Exhibit 1134.
9     A.  Okay.
10    Q.  Do you recall that in April 2015 Sonos
11 shared with Spotify certain cloud queue
12 documentation from the Google-Sonos collaboration?
13       MS. BRODY:  Objection to form.
14       THE DEPONENT:  I didn't recall -- reading
15 this, it is clear that we are sharing a cloud queue
16 REST API with -- with Spotify.  I don't know if
17 that's the exact same API spec that we used with
18 Google or if it was an evolution of that API spec.
19    Q.  (By Ms. Baily)  Do you recall that there
20 was an effort to make sure there were no references
21 to Google in that document before you shared it
22 with Spotify?
23    A.  I see here that I wrote that I searched
24 the page to remove references to the G company,
25 which one could reasonably assume means Google,

Page 145

1  yes.
2     Q.  Well, why did you refer to it as the "G"
3  company?
4     A.  I don't know.
5     Q.  Well, why did you include a smiley face?
6     A.  I don't know.
7     Q.  Was there some concern with sharing
8  information from the Google-Sonos collaboration
9  with Spotify?
10       MS. BRODY:  Objection to form.
11       THE DEPONENT:  I didn't say there was
12 concern about it.  I think we just -- I believe
13 that we simply didn't want Spotify to know what we
14 were working on with Google.
15    Q.  (By Ms. Baily)  Well, why wouldn't you
16 want Spotify to know that Google had contributed to
17 the API that you were sending to Spotify?
18       MS. BRODY:  Objection to form.
19       THE DEPONENT:  I don't think we thought
20 about it that way.
21    Q.  (By Ms. Baily)  Sorry.  I thought your
22 prior testimony was "I believe we didn't want
23 Spotify to know what we were working on with
24 Google."
25       Why wouldn't Sonos want Spotify to know

HIGHLY CONFIDENTIAL - ATTORNEYS EYES' ONLY

Page 146

1  what Google had contributed to the API?
2       MS. BRODY: Objection to form.
3       THE DEPONENT: Generally speaking, we
4  don't discuss with one partner the work that we're
5  doing with another partner.
6     Q. (By Ms. Baily) Was there an effort in
7  the public domain for Sonos to take credit for
8  cloud queue?
9       MS. BRODY: Objection to form.
10      THE DEPONENT: I'm not sure what you'd be
11 referring to.
12    Q. (By Ms. Baily) So you're not aware of
13 any efforts by Sonos to take credit for cloud queue
14 in the public sphere?
15      MS. BRODY: Objection to form.
16      THE DEPONENT: Yeah. I'm afraid I -- I
17 don't quite understand the question.
18    Q. (By Ms. Baily) What part of it are you
19 having trouble with?
20    A. I -- I'm not sure what you mean by Sonos
21 taking credit in the public domain.
22    Q. Did Sonos --
23    A. What -- what form of credit are you
24 referring to?
25    Q. Let me ask it this way: Did Sonos want

Page 147

1  to be perceived as the creator of the cloud queue
2  API?
3       MS. BRODY: Objection to form.
4       THE DEPONENT: I believe that Sonos
5  codeveloped the API with Google. I believe that
6  both sides were open with each other in their plans
7  to eventually share the APIs with other partners on
8  other projects.
9       I don't believe that -- and I don't -- I
10 don't believe that Sonos made an effort to say that
11 we invented the cloud queue REST API on our own.
12    Q. (By Ms. Baily) That would not be true,
13 correct?
14    A. Right.
15      MS. BRODY: Objection to form.
16      THE DEPONENT: The -- the -- the initial
17 API was developed cooperatively -- the API --
18 the -- the detailed API, which is different than
19 the concept of a cloud queue -- the detailed API
20 was developed as part of the Google-Sonos
21 collaboration. And then I think both parties
22 extended it in their own unique ways.
23    Q. (By Ms. Baily) Are you -- you can close
24 Exhibit 1134.
25      Are you aware of any Sonos patent or

Page 148

1  patent -- let me start again. Let me have some
2  water.
3       Are you aware of any Sonos patents or
4  patent applications that relate to work that was
5  part of the Google-Sonos cloud queue
6  implementation?
7       MS. BRODY: Objection to form.
8       THE DEPONENT: The Google patents that
9  Sonos filed on cloud queues would, in my
10 recollection, not include any of the output of the
11 collaboration from the Sonos-Google collaborative
12 project.
13    Q. (By Ms. Baily) So the Google patents
14 that Sonos filed on cloud queues do not claim the
15 output of the collaboration?
16      MS. BRODY: Objection to form.
17      I think there's a typo in his response.
18 He didn't say Google patents.
19      THE DEPONENT: I'm sorry. I can't see
20 the transcript.
21    Q. (By Ms. Baily) Okay. Sorry. Let me ask
22 it again.
23      The -- the patents that Sonos filed on
24 cloud queues do not claim the output of the
25 collaboration from the -- sorry.

Page 149

1       The transcript -- sorry -- is a little
2  bit messy. I apologize, Rebecca. It's good.
3       The Sonos patents filed on cloud queues
4  do not claim the outputs of the Sonos-Google
5  collaboration; is that right?
6       MS. BRODY: Objection to form.
7       THE DEPONENT: Yeah. Again, they -- they
8  neither claim nor don't claim the output of the
9  Google collaboration. They were filed prior to the
10 collaboration, if I recollect -- if my recollection
11 is correct, or at least prior to any detailed
12 disclosure of any designs between Google and Sonos.
13    Q. (By Ms. Baily) Do the Sonos patents
14 filed on cloud queue relate to the work done by
15 Sonos and Google during their collaboration?
16      MS. BRODY: Objection to form.
17      THE DEPONENT: Can you define "relate."
18 What -- what -- I'm not sure.
19    Q. (By Ms. Baily) What's your understanding
20 of "relate"?
21    A. All right. Can -- I'm sorry. Can you
22 repeat the question again then.
23    Q. Do the patents -- strike that.
24      Do the Sonos patents filed on cloud queue
25 relate to the work that Google and Sonos did during

Page 226

1  preparation for your testimony on topic No. 2?
2     A.  On topic No. 2.  On topic No. 2.
3     Q.  Let me say it this way.
4     A.  Yeah.
5     Q.  How many documents --
6     A.  Okay.
7     Q.  -- did you review in preparation for your
8  testimony regarding the facts and circumstances of
9  the conception of the asserted patents, which is
10 part of topic No. 2?
11    A.  Right.  I don't know the exact number of
12 document I reviewed.
13    Q.  Do you know a ballpark number?
14    A.  I don't know.  It could have been
15 probably more than 10 and less than 30.
16    Q.  Did any of those documents refresh your
17 recollection regarding the facts and circumstances
18 around the conception of the '615 and '033 patents?
19    A.  I'm sure that they did, to some extent.
20        MS. BAILY:  And just for the record,
21 those documents were not produced to Google and
22 identified as such prior to this deposition.
23    Q.  (By Ms. Baily) Sir, do you recall
24 anything more than you've already told me about the
25 facts and circumstances regarding the conception of

Page 227

1  the '033 patent?
2     A.  I don't think I have anything else to add
3  at this point.
4     Q.  Did any of the documents that you
5  reviewed regarding the facts and circumstances
6  related to the conception of the '615 patent talk
7  about shared queues?
8     A.  I don't believe they used the term
9  "shared queue."
10    Q.  Did any of the documents that you
11 reviewed regarding the facts and circumstances
12 around the conception of the '615 patent refer to
13 adding resource locators to the local playback
14 queue?
15        MS. BRODY:  Objection to form.
16        THE DEPONENT:  I don't believe we use
17 that exact phrase in our internal documents, no.
18    Q.  (By Ms. Baily) Is there some other
19 wording that you think is equivalent to adding
20 resource locators to the local playback queue that
21 you used prior to the filing of the '615 patent
22 application?
23        MS. BRODY:  Objection to form.
24        THE DEPONENT:  I believe that resource
25 locator as used in the -- well, no.

Page 228

1         All right.  I'm -- I'm sorry.  I believe
2  the question was, did we use other terms, and I
3  would say that a resource locator is -- is kind of
4  fancy legal jargon for, you know, some sort of
5  identifier that identifies a track.
6     Q.  (By Ms. Baily) So the term "resource
7  locator" was not used at Sonos prior to the filing
8  of the '615 patent; is that your testimony?
9         MS. BRODY:  Objection to form.
10        THE DEPONENT:  I don't recall using that
11 phrase, that's the specific phrase "resource
12 locator", in our internal documents prior to the
13 patent filing.
14    Q.  (By Ms. Baily) Now, if you look at
15 Exhibit 1145, Exhibit 14- -- 1145 does not disclose
16 adding resource locators to the local playback
17 queue, does it?
18        MS. BRODY:  Objection to form.
19        THE DEPONENT:  I will agree that it does
20 not use the word "resource locator."
21        I believe that it -- hang on.
22        I believe that this -- this email, along
23 with the attached PDF, which we viewed earlier --
24 again, it does not use the term "resource locator."
25 But it does refer to IDs, which I think a

Page 229

1  reasonable person can understand means identifiers
2  for tracks.
3         And I believe the second part of your
4  question was whether this discloses them being
5  added to a local queue.
6         Is that -- is that my correct
7  understanding of your question?
8     Q.  (By Ms. Baily) The local playback queue.
9     A.  Local playback queue.
10        The email at the top of Exhibit -- of
11 this Exhibit 1145 does not explicitly mention local
12 playback queues.
13    Q.  So Exhibit 11- --
14    A.  However -- oh --
15    Q.  Go on.
16    A.  However, the -- the diagram shows the
17 queue state being passed through -- through the
18 cloud down to the player.  And presumably that
19 queue state has to be stored somewhere.  So I think
20 a reasonable person could surmise that it's being
21 stored in the local queue.
22    Q.  But the schematic does not -- the
23 schematic, nor the email, disclose that that's
24 where an ID is being stored, that an ID is being
25 added to a local -- local playback queue.

HIGHLY CONFIDENTIAL - ATTORNEYS EYES' ONLY

Page 230

```
 1        What these documents disclose is an ID
 2   being -- being sent to a player, correct?
 3        MS. BRODY:  Objection to form.
 4        THE DEPONENT:  I believe you're splitting
 5   hairs.  It seems that if an -- if -- if one or more
 6   IDs are sent to a player, that that player has to
 7   store them somewhere.  And so, you know, at this --
 8   at this point in time, this is 2011, the only place
 9   Sonos had to store them at that point was the local
10   queue on the player.
11        So while I agree that it does not say
12   that explicitly, I think it can be reasonably
13   inferred from this email.
14        Q.  (By Ms. Baily) Exhibit 1140 and 1145
15   nowhere discuss a local play queue, correct?
16        MS. BRODY:  Objection to form.
17        THE DEPONENT:  1140 does not use the term
18   "local playback queue."  And neither does 11- --
19   1145 does also not -- also does not use the term
20   "local playback queue."
21        Q.  (By Ms. Baily) And neither of these
22   documents are talking about adding information to a
23   local playback queue, correct?
24        MS. BRODY:  Objection to form.
25        THE DEPONENT:  It depends on whether
```

Page 231

```
 1   you're looking at the words literally as they sit
 2   on the page or if you're looking at the meaning
 3   behind the words.  The words do not use the term
 4   "local playback queue."
 5        However, as I said previously, I believe
 6   a reasonable person could infer that they have to
 7   be stored on the local player somewhere, and that
 8   that location was quite likely to be the thing that
 9   Sonos refers to as the local queue or the local
10   playback queue.
11        Q.  (By Ms. Baily) Well, where in
12   Exhibit 1140 or Exhibit 1145 do those documents
13   talk about a queue or where that queue might
14   reside?
15        MS. BRODY:  Objection to form.
16        THE DEPONENT:  Well, it's fairly evident
17   to me from the term "queue state" that it's
18   referring to a queue, which I think answers the
19   first part of your question.
20        The second part of your question is, does
21   it describe where that queue lives and that -- I
22   would say that these two exhibits do not explicitly
23   discuss where the queue lives.
24        Q.  (By Ms. Baily) If you could turn to
25   Exhibit 1127 --
```

Page 232

```
 1        A.  Got it.
 2        Q.  -- Nick Millington copied you into his
 3   correspondence with Debajit Ghosh in this exhibit,
 4   correct?
 5        A.  Yes.  I believe that Nick copied me on
 6   his last reply to Debajit.
 7        Q.  And that included all of the other
 8   correspondence in Exhibit 1127 that Mr. Ghosh and
 9   Mr. Millington had, correct?
10        A.  Yes, it did.
11        Q.  And Mr. Millington says in his email,
12   "when this thread took more of a technical turn, I
13   should have included Tad, and I'm copying him here
14   now in preparation for next week, he is going to
15   share a few thoughts he has written up on Cloud
16   Queue command/event set."
17        Do you see that?
18        A.  I do.
19        Q.  And when you received this email from
20   Nick Millington, do you believe that you read the
21   correspondence between Mr. Millington and
22   Mr. Ghosh?
23        MS. BRODY:  Objection.  Outside the
24   scope.
25        THE DEPONENT:  I believe that I read
```

Page 233

```
 1   through the email, yes.
 2        Q.  (By Ms. Baily) And earlier, in response
 3   to my questions, you testified as to your
 4   understanding of those emails at the time, correct?
 5        MS. BRODY:  Objection.  Outside the
 6   scope.
 7        I'll also object to form.
 8        THE DEPONENT:  I'm sorry, Rebecca.  Can
 9   you just repeat the question.  I want to make sure
10   I answer it correctly.
11        Rebecca -- excuse me.  Melissa.
12        MS. BAILY:  Sure.
13        THE DEPONENT:  Excuse me.  I'm getting
14   tired.
15        Q.  (By Ms. Baily) In response to my earlier
16   questions regarding Exhibit 1127 --
17        A.  Okay.
18        Q.  -- you testified regarding your
19   understanding of the emails contained in
20   Exhibit 1127 at the time, correct?
21        MS. BRODY:  Objection to form.  And
22   outside the scope.
23        THE DEPONENT:  Yes, I believe I tes- -- I
24   did tes- -- testify to what I believe Nick meant.
25        Q.  (By Ms. Baily) What you believed Nick
```