# Exhibit 6
# Filed Under Seal



Highly Confidential - Attorneys' Eyes Only

SONOS-SVG2-00027229