# Exhibit 8
# Filed Under Seal

```
 1                UNITED STATES DISTRICT COURT
 2                NORTHERN DISTRICT OF CALIFORNIA
 3
 4
       GOOGLE LLC,                           )
 5                                           )
              PLAINTIFF,                     )
 6                                           )
         VS.                                 )  NO.
 7                                           )  3:20-cv-06754-
       SONOS, INC.,                          )  WHA
 8                                           )
              DEFENDANT.                     )
 9     _____)
       SONOS, INC.,                          )
10                                           )
              PLAINTIFF,                     )
11                                           )  3:21-CV-07559-
         VS.                                 )  WHA
12                                           )
       GOOGLE, LLC,                          )
13                                           )
              DEFENDANT.                     )
14                                           )
       _____)
15
16
17
                    ZOOM VIDEOTAPED DEPOSITION OF
18
                       ADAM GRAHAM, VOLUME 2
19
                      WEDNESDAY, MAY 18, 2022
20
21
22
23     PAGES 141 - 251
24     JOB NO. 5240890
25     REPORTED BY:  D'ANNE MOUNGEY, CSR 7872


                                                    Page 141
```

```
 1  speak with anyone about the substance of your
 2  testimony?
 3      A   I did not.
 4      Q   I want to stay on this exhibit for just a
 5  little while longer.                        12:02:11
 6          I believe earlier in your deposition you
 7  testified that Sonos had a collaboration with QQ?
 8      A   That is correct.
 9      Q   Is it your testimony that the QQ Music
10  could solve the beer test?                  12:02:45
11      A   I don't believe that was my testimony.  I
12  believe -- I don't recall -- I don't recall fully,
13  but I don't believe it did.
14      Q   Okay.  Just to make your testimony clear,
15  it's not your opinion that QQ solved the beer test;  12:03:01
16  is that correct?
17      A   It's not my recollection, correct.  I can't
18  100 percent confirm that.
19      Q   Do you recall who within Sonos worked on
20  the QQ integration?                         12:03:19
21      A   Yeah.  I believe in the prior testimony, we
22  had mentioned Kristen Bender was a part of that
23  work.
24      Q   Do you recall anybody else?
25      A   I believe Tad Coburn.               12:03:38
                                                   Page 230
```

```
 1      Q   Anyone else?
 2      A   I believe Andy Schulert was involved.
 3      Q   Anyone else?
 4      A   And then the Sonos team members from the
 5  Sonos China team, but I don't remember exactly who.  12:03:56
 6      Q   Okay.  Do you know when the collaboration
 7  began, or integration began?
 8      A   I actually don't know when it began.
 9      Q   Do you know roughly when it concluded?
10      A   I don't recall, but my guess is -- I think  12:04:18
11  I started in 2012, so guessing here, I want to say
12  it was like early 2013.  I don't recall.  Maybe
13  February, March.  I don't know.  Again, this is just
14  pure guess.
15      Q   And was this integration implemented for  12:04:42
16  the United States or in China?
17      A   My recollection is that it was just for
18  China.
19      Q   If you could turn back to the first page of
20  this exhibit, which for the record is 1037, and at  12:05:15
21  the top it says "P2S Tech Roadmap."
22          Do you see that?
23      A   I do.
24      Q   The P2S refers to Play to Sonos; is that
25  correct?                                    12:05:35
                                                   Page 231
```

```
 1      A   That is correct.
 2      Q   And I just want to get an understanding of
 3  kind of what's on this page.
 4          So starting from left to right, it -- the
 5  document seems to progress from QQ Music to Google  12:05:47
 6  P2 to other projects.
 7          Is that a fair characterization?
 8      A   That looks to be a fair characterization,
 9  correct.
10      Q   And under the category -- or project,  12:06:06
11  rather, for example, under QQ Music, there are a
12  number of bullet points and these bullet points are
13  features that are associated with that particular
14  integration; is that correct?
15      A   That looks to be my understanding.  12:06:31
16          One clarification, I don't know if they're
17  all features.  It might be just kind of more
18  descriptions in some cases of the implementation.
19      Q   Okay.  And one of the descriptions of the
20  QQ Music implementation would be that it utilized a  12:06:50
21  private Local Queue; is that correct?
22      A   That's what it states here, correct.
23      Q   And what it does not state is that one of
24  the features is a private Cloud Queue; is that
25  correct?                                    12:07:12
                                                   Page 232
```

```
 1      A   That is not written here, that is correct.
 2      Q   And do you have an understanding as to
 3  whether or not QQ Music used that private Cloud
 4  Queue?
 5          MR. LEE:  Objection to form.         12:07:24
 6          THE WITNESS:  Based on this document and my
 7  recollection, I don't believe it did, but I wasn't
 8  the technical -- I didn't implement this.
 9  BY MR. WILLIAMS:
10      Q   And one of the progressions from -- or the  12:07:37
11  next progression from QQ Music was the Google V2
12  integration; is that correct?
13      A   That's what's on this document, correct.
14      Q   Just for the record, you don't have a
15  reason to disagree with what's on this document;  12:07:56
16  correct?
17      A   I don't have a reason to disagree, correct.
18      Q   Okay.  And one of the features of the
19  Google V2 integration would be the -- utilized a
20  private Cloud Queue; is that correct?       12:08:16
21      A   That's what this document states.
22      Q   And you're not aware of any other Play to
23  Sonos integration that implemented a private Cloud
24  Queue prior to Google V2; correct?
25          MR. LEE:  Objection to form.         12:08:51
                                                   Page 233
```

```
 1      THE WITNESS: I don't recall.
 2   BY MR. WILLIAMS:
 3      Q  Just so we're clear, as you sit here today,
 4   you don't have any knowledge as to if one existed at
 5   the time; correct?                        12:09:19
 6      A  I don't have any recollection, that's
 7   correct.
 8      Q  Do you have any knowledge as to any
 9   differences between a private Local Queue and a
10   private Cloud Queue as used here on page 1 between  12:09:43
11   QQ Music and Google V2?
12      MR. LEE: Objection to form.
13      THE WITNESS: It would be -- I don't have a
14   full recollection. It would be my best recreation
15   of what I think from today, so I can't answer that  12:10:04
16   independently so I don't recall.
17   BY MR. WILLIAMS:
18      Q  You can give me your best recollection as
19   you remember today.
20      A  You know, QQ was the first run. It talks  12:10:17
21   about using UPnP to communicate, so that suggests to
22   me -- again, I forget all the details of this.
23      But I believe -- if I'm recalling
24   correctly, QQ didn't solve the beer test and that
25   was the hope in Google V2, was to solve the beer    12:10:36
                                                      Page 234
```

```
 1   test.
 2      Q  When you say with the help of Google V2 to
 3   solve the beer test, what do you mean by that?
 4      A  I believe with QQ, that it didn't pass the
 5   beer test. So if the controller left, the music   12:11:10
 6   would eventually stop.
 7      I believe the goal with Google -- and I
 8   can't recall if this was met or not -- was to
 9   actually solve that problem.
10      Q  Do you know whether it was Sonos's or      12:11:24
11   Google's idea to implement -- to have V2 solve the
12   beer test?
13      MR. LEE: Objection to form.
14      THE WITNESS: That would be speculation on
15   my part. I don't recall.                          12:11:42
16   BY MR. WILLIAMS:
17      Q  To the best of your recollection, do you
18   know whose initiative that was?
19      A  I always attribute it to Sonos. I've heard
20   since -- I recall since I started there, that the  12:11:53
21   beer test was always important to us, and my
22   recollection was that it was always more important
23   to us than to our partners.
24      It's something that we always kind of
25   believed in and it always felt more so than our   12:12:05
                                                      Page 235
```

```
 1   partners, but, again, that's recollection from
 2   today.
 3      Q  So that's pure speculation; is that fair?
 4      A  To the best -- yeah, the best I got today.
 5      Q  And you don't -- or excuse me.              12:12:26
 6      Do you have any knowledge as to whether or
 7   not Google was independently working on solving the
 8   beer test?
 9      MR. LEE: Objection to form.
10      THE WITNESS: The problem I have with that   12:12:45
11   question is I don't believe the beer test was a
12   Google term. That to me is a Sonos specific thing,
13   so I have no knowledge whether or not -- what they
14   were doing.
15   BY MR. WILLIAMS:                                  12:12:57
16      Q  Right.
17      It might not be the exact -- those exact
18   words, but the substance of the beer test, were you
19   aware of whether or not Google was independently
20   working on the same feature?                      12:13:12
21      A  I have no knowledge.
22      Q  I think you just testified that under QQ,
23   the UPnP suggests to you that the beer test was not
24   met.
25      And why was that?                             12:13:47
                                                      Page 236
```

```
 1      What is the basis for that testimony?
 2      A  So this is just from my basic
 3   understanding. UPnP is a local protocol, so you
 4   would need to be on network for that to work and
 5   then, therefore, breaking the beer test.           12:14:06
 6      Q  You testified a lot today and on Friday
 7   regarding the Sonos Music API.
 8      How, if at all, did the Sonos Music API fit
 9   into the QQ Music integration?
10      MR. LEE: Objection to form.                  12:14:52
11      THE WITNESS: Yeah. I don't know.
12      The one thing that I can state, I
13   believe -- and this is the best of my
14   recollection -- I believe there is a SMAPI QQ
15   implementation. So QQ Music implemented a service 12:15:14
16   on Sonos via SMAPI.
17   BY MR. WILLIAMS:
18      Q  Okay. And the QQ implementation on
19   Sonos -- sorry.
20      The QQ implementation of the -- sorry.        12:15:49
21      QQ Music implementation on Sonos via SMAPI,
22   did that satisfy the beer test?
23      MR. LEE: Objection to form.
24      THE WITNESS: This would be just my opinion
25   again; is that okay?                              12:16:11
                                                      Page 237
```