# Exhibit 9
# Filed Under Seal

```
 1              UNITED STATES DISTRICT COURT
 2         FOR THE NORTHERN DISTRICT OF CALIFORNIA
 3    --------------------------------------------------x
      SONOS, INC.,
 4
                  Plaintiff,
 5    vs.                         Case No. 3:21-CV-07559-WHA
 6    GOOGLE LLC,
                  Defendant.
 7    --------------------------------------------------x
 8    -AND-
 9    ----------------------------------------------
10              UNITED STATES DISTRICT COURT
11         FOR THE NORTHERN DISTRICT OF CALIFORNIA
12    --------------------------------------------------x
13    GOOGLE LLC,
14                Plaintiff,
15    vs.                         Case No. 3:20-CV-06754-WHA
16    SONOS, INC.,
                  Defendant.
17    --------------------------------------------------x
18        *HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY*
19
20     REMOTE VIDEOTAPED DEPOSITION BY VIRTUAL ZOOM OF
21                      KRISTEN BENDER
22                 Tuesday, August 23, 2022
23
24    Reported By: Lynne Ledanois, CSR 6811
25    Job No. 5367663


                                              Page 1
```

**Page 90**

1  THE VIDEOGRAPHER: We're off the record. 11:03AM
2  The time is 1:04 a.m. -- I'm sorry, 11:04 a.m.
3        (Recess taken.)
4        THE VIDEOGRAPHER: We are back on the
5  record. The time is 11:16 a.m.         11:16AM
6  BY MR. JUDAH:
7    Q   Welcome back, Ms. Bender.
8        Have you discussed your deposition
9  testimony with anyone during the breaks so far?
10   A   No.                               11:16AM
11   Q   I think we were up to Exhibit 11. If you
12 could open Exhibit 11, please.
13       (Exhibit 11 was marked for identification by
14 the court reporter.)
15       THE WITNESS: There is a bunch of new ones 11:17AM
16 here.
17       MR. JUDAH: That's what I was doing during
18 the break.
19       THE WITNESS: I'm in 11 now.
20       MR. JUDAH: Exhibit 11 is a document      11:17AM
21 bearing the Bates stamp GOOG-SONOSWDTX-00053866.
22   Q   Ms. Bender, if you could take a look and
23 let me know if you recognize this document.
24   A   Okay.
25   Q   So you have had a chance to review Exhibit 11:19AM

**Page 91**

1  Number 11?                              11:19AM
2    A   Yes.
3    Q   And Ms. Bender, do you recognize this
4  email chain?
5    A   Yes.                              11:19AM
6    Q   What does this relate to?
7    A   It relates to ongoing collaboration after
8  the initial launch with Google Play Music.
9    Q   The subject line says, "Re: Finalizing
10 Google Play Music/Sonos V2 features list prior to 11:19AM
11 release" --
12   A   Yes.
13   Q   -- "April 10"?
14   A   Yes.
15   Q   And so V2, does that refer to sort of   11:19AM
16 Version 2 of the direct play aspect of the
17 Google/Sonos collaboration?
18   A   V2 is both direct play and SMAPI features
19 that were not supported in V1.
20   Q   Got it. So V2 refers to both aspects of  11:20AM
21 the collaboration, the SMAPI integration and the
22 direct play integration?
23   A   Yes.
24   Q   Okay. So -- we have Adam Graham. I've
25 seen his name around, but I don't think we've talked 11:20AM

**Page 92**

1  about him yet today. What was his role on the  11:20AM
2  Google/Sonos collaboration?
3    A   He is program management.
4    Q   And how is program management different
5  from product management?                 11:20AM
6    A   So program management, they are responsible
7  for essentially keeping all of the trains on time, so
8  ensuring that, you know, tasks are being moved
9  forward, organizing meetings, et cetera.
10       Product management was responsible for   11:20AM
11 prioritizing the work for the engineering team, so
12 getting work put on to the product roadmap and then
13 working with the engineering team to implement
14 features bit by bit.
15   Q   So if I understand that correctly, you   11:21AM
16 were more involved in working with the engineers on
17 the collaboration; is that right?
18   A   On this particular one, I would say Jason
19 Kendall was.
20   Q   He's not cc'd on this email?          11:21AM
21   A   You know what, it might have been Kia,
22 Kristen Johansen who was working with the
23 Play-to-Sonos team at that time.
24   Q   Nevertheless, between the product managers
25 such as you and the program managers like    11:22AM

**Page 93**

1  Mr. Graham, people in your role were working more 11:22AM
2  with the Sonos engineers on the collaboration as
3  compared to the project managers; is that right?
4    A   Yes.
5    Q   And then folks like Mr. Graham and the   11:22AM
6  project management role were more involved in the
7  timelines and making sure certain -- I used the term
8  "milestones" before -- that certain milestones are
9  hit in terms of -- if there is a different word from
10 milestones, I don't know what you would use, but   11:22AM
11 certain events or deadlines were met in the project;
12 is that right?
13   A   That's right. Milestone or deadline, yes.
14   Q   Okay. And was one of those two roles
15 interfacing more with the Google team?     11:22AM
16   A   No, both interfaced very closely with
17 Google.
18   Q   Are they interfacing with different
19 members of the Google team?
20   A   No.                               11:23AM
21   Q   Okay. So let's see. So going to I guess
22 the bottom email here, the very bottom and it's from
23 Mr. Graham, and he says -- it's to Debajit,
24 Christopher and Umesh.
25       Do you see that?                    11:23AM

**Page 166**

```
 1  program.                              1:45PM
 2       During that program we met with many
 3  partners, including Google, to work with us to help
 4  preview that with the intention of helping us --
 5  providing feedback and helping us improve the  1:45PM
 6  program.
 7    Q   Google already was -- had direct play
 8  through integration with Sonos; right?
 9    A   Yes.
10    Q   As well as the SMAPI integration at that  1:46PM
11  time --
12    A   Yes.
13    Q   So was their sort of perspective --
14  withdrawn.
15       Let me phrase it this way: Was this deck  1:46PM
16  being shared with Google mostly sort of for feedback
17  or because Google might be interested in some of the
18  things being offered in -- or described in this
19  pitch deck even though it sounds to me like Google
20  already had sort of implemented these features and  1:46PM
21  so they -- (audio interruption.)
22       THE REPORTER:  Sorry?
23       MS. BRODY:  Objection, form.
24       THE WITNESS:  It was for feedback and then
25  also to -- I would say both of what you just said.  1:46PM
```

**Page 167**

```
 1  BY MR. JUDAH:                         1:46PM
 2    Q   Okay.  So, I mean, I guess what I'm trying
 3  to understand, Google already had a SMAPI
 4  integration and it had a direct play integration.
 5       So is the idea that this Sonos pitch deck  1:47PM
 6  was going to be describing sort of different ways to
 7  do those implementations or would it be describing
 8  additional features beyond those two sort of ways to
 9  integrate that Google had already done with Sonos?
10    A   I don't recall exactly.           1:47PM
11    Q   Let me ask you:  As of the date of these
12  meetings in August 2015, how many other music or --
13  music services had done direct integrations, direct
14  play integrations?
15    A   I think we're still at just QQ and Google.  1:47PM
16  But I think the work with Spotify had begun.  I don't
17  remember when that launched.
18    Q   Directing your attention to the fourth
19  slide, there is a -- it says, "Sonos Tomorrow."
20       Do you see that?                  1:48PM
21    A   Yes.
22    Q   Is this intended to represent the future
23  sort of Sonos ecosystem?
24    A   Yes.
25    Q   So there is an arrow going between the  1:48PM
```

**Page 168**

```
 1  Sonos speaker -- let me ask this:  That sort of  1:48PM
 2  central speaker-shaped rectangular shape in the
 3  center bottom, is that supposed to represent a Sonos
 4  speaker?
 5    A   Yes.                             1:48PM
 6    Q   And there is an arrow between it and the
 7  cloud.  Let me ask:  Is that a cloud in the diagram
 8  above it?
 9    A   Yes.
10    Q   There is an arrow between the cloud and  1:48PM
11  the speaker and the cloud says "Cloud Queues."  Is
12  that right?
13    A   It does.
14    Q   What is that supposed to indicate?
15    A   I don't know.                    1:49PM
16    Q   Did you prepare this slide?
17    A   No.
18    Q   Is the idea that the sort of the future
19  Sonos ecosystem would use cloud queues?
20    A   From my perspective, again, non-technical,  1:49PM
21  that the future of Sonos would extend two different
22  ways to work with us.  It was, one, a SMAPI API where
23  you can integrate directly to the Sonos app and a
24  second path where you can control Sonos from a native
25  app, music service app.                1:49PM
```

**Page 169**

```
 1    Q   That would incorporate cloud queue  1:49PM
 2  technology, is that what is being communicated?
 3    A   I would assume so.
 4    Q   The cloud queue technology used for direct
 5  play, did that relate to the cloud queue technology  1:50PM
 6  that Google and Sonos had been working on?
 7       MS. BRODY:  Objection, form.
 8       THE WITNESS:  I don't know.
 9  BY MR. JUDAH:
10    Q   Going to the next slide, it's called  1:50PM
11  "Early API Access & Monthly Release."
12       Do you see that?
13    A   Yes.
14    Q   So in the early 2016 section, there is --
15  one of the things says, "Programmed Radio via CQ  1:50PM
16  including DMCA, etc. policies."
17       Do you see that?
18    A   Yes.
19    Q   This CQ, does that refer to cloud queue?
20    A   Yes.                             1:51PM
21    Q   Sonos was telling its sort of music
22  partners that were shown the slide deck that it
23  intended to release an API for programmed radio via
24  cloud queue in early 2016; is that fair?
25    A   Yes.                             1:51PM
```

```
 1      Do you see that?                  2:29PM
 2   A  Yes.
 3   Q  What does that refer to?
 4   A  This would be kind of marketing efforts to
 5  our -- to the Sonos customer base that generate    2:29PM
 6  awareness of the music service offering within Sonos.
 7   Q  Did Sonos have to convince Google to do a
 8  collaboration?
 9      MS. BRODY:  Objection, form.
10      THE WITNESS:  I would say there was a lot   2:30PM
11  of back and forth between the two companies to get
12  moving, that there were advocates internally for
13  collaboration on both sides but ultimately you need
14  to get buy-in and from senior management, you know.
15  You've got product teams that are going to have to  2:30PM
16  do work.
17      So I would say alignment takes time.
18  There was work that went into getting us to a place
19  where everybody was ready to move ahead.
20  BY MR. JUDAH:                                   2:30PM
21   Q  Was there buy-in on the Sonos side as of
22  May 2013?
23   A  Yes.
24   Q  Was there buy-in on the Google side as of
25  May 2013?                                        2:31PM
```
Page 186

```
 1   A  I believe it was still work in progress,    2:31PM
 2  that's what Ted is working on at the time.
 3   Q  Got it.
 4      Going to the top email, you attach --
 5  there's two attachments.  Item 2 of those four    2:31PM
 6  numbers you say, "I've attached our standard SMAPI
 7  (Sonos Music API agreement) as well.  I suspect
 8  we're going to need a custom agreement with the
 9  likes of you guys, happy to work with you on that."
10      Do you see that?                            2:31PM
11   A  Yes.
12   Q  What does that refer to?
13   A  That would refer to the fact that bigger
14  companies generally wanted to redline that agreement a
15  little bit so it would work for them.           2:31PM
16      So while a lot of music services signed
17  the standard agreement, a handful of the bigger
18  music services would come back to us with some
19  suggested changes.
20   Q  Did Google and Sonos end up entering into   2:32PM
21  a custom agreement?
22   A  Yes.
23   Q  So then at the end of this email it says,
24  "Let's do this.  So happy to be working with you on
25  getting this done, my friend."                  2:32PM
```
Page 187

```
 1      Do you see that?                            2:32PM
 2   A  Yes.
 3   Q  We already covered the fact that you knew
 4  Mr. Kartzman before.  Okay.  I think that's it on
 5  that.                                           2:32PM
 6      Let's go on to -- hold on.  Let's look at
 7  the first of these attachments, which is the API
 8  evaluation and developer license agreement?
 9   A  Yes.
10   Q  Is this the front end agreement?  Hold on,  2:32PM
11  I'm getting confused.
12   A  No, they are mixed up.  The first one is the
13  back end and the second attachment I believe is the --
14   Q  Is the front end, yes.
15   A  Yes.                                        2:33PM
16   Q  Sorry, I got them mixed up.
17   A  They're mixed up.
18   Q  So the first one is the content
19  integration agreement that you said ended up
20  becoming a custom agreement?                    2:33PM
21   A  Yes.
22   Q  The second agreement is this front end
23  agreement, which is basically an NDA?
24   A  Yes.
25   Q  All right.  Now we can turn to Exhibit 30.  2:33PM
```
Page 188

```
 1  Sorry about that.  Let me make sure I have the right   2:33PM
 2  exhibit this time.
 3      MR. JUDAH:  Exhibit 30 is an email and
 4  attachment bearing the Bates SONOS-SVG2-0085723 and
 5  the attachment ends in 727.                     2:34PM
 6      (Exhibit 30 was marked for identification by
 7  the court reporter.)
 8  BY MR. JUDAH:
 9   Q  And if you can let me know when you have
10  had a chance to review and if you recognize it.  2:34PM
11   A  Okay.
12   Q  Does that mean that you looked at it or
13  you'll let me know?
14   A  I'll let you know.
15   Q  Okay.                                       2:34PM
16   A  Okay.  I have had a chance to review it.
17   Q  And do you recognize it?
18   A  Yes.
19   Q  There's a few emails here.  I guess the
20  body actually kind of dovetails with, I guess, one  2:35PM
21  of the earlier emails we were looking at about an
22  on-site meeting at Google; is that right?
23   A  Yes.
24   Q  Mentions a smart fling concept that you
25  didn't specifically remember, but is it fair to say  2:35PM
```
Page 189

**Page 190**

1  it related to direct play?  2:35PM
2   A  Yes.
3   Q  All right. I won't ask about those again.
4  But getting to the top part, Mr. Kartzman attaches a
5  redline version of the front end agreement. Is that  2:35PM
6  fair?
7   A  Yes.
8   Q  Do you know who this lawyer Michael is
9  that's referenced in the second paragraph?
10  A  No.  2:36PM
11  Q  Other than the fact that he is a Sonos
12 fan?
13  A  No.
14  Q  Were you the main point of contact on
15 Sonos's side for sort of sending back redlines on  2:36PM
16 the agreements between Sonos and Google?
17  A  I would ferry agreements between our legal
18 team and usually be the contact on a partner side and
19 then they would do the same, ferry back to their legal
20 team and we would trade drafts that way.  2:36PM
21  Q  Were you doing any sort of the actual
22 negotiating on the terms or was that -- were you
23 just sort of being the business development face
24 between Google and Sonos --
25  A  The BD face between Google and Sonos. The  2:37PM

**Page 191**

1 legal teams were the negotiators and redliners.  2:37PM
2  Q  Do you recall whether there were any sort
3 of direct negotiations between the Google and Sonos
4 legal folks or was everything kind of handled with
5 redlines being sent back and forth?  2:37PM
6  A  I don't remember. I don't remember.
7  Q  So let's see. Let's look at the next
8 exhibit, which is 31.
9    (Exhibit 31 was marked for identification by
10 the court reporter.)  2:37PM
11 BY MR. JUDAH:
12  Q  This is a document bearing Bates stamp
13 SONOS-SVG2-00080191.
14  A  Yes.
15  Q  Do you recognize this Exhibit 31?  2:37PM
16  A  I do.
17  Q  What at a high level is it?
18  A  This is a conversation between me and our PR
19 team around how we should talk about the -- yes, this
20 is about how we should talk about the launch of Google  2:38PM
21 Play Music and Sonos.
22  Q  Let me ask you -- yes, it probably makes
23 sense. Let's put a pin in this one and come back to
24 it and then I'll -- it's a little early for that.
25 Let me go in sequence. Let me go back to the --  2:38PM

**Page 192**

1 well, let's see. Actually, while we're there, we'll  2:38PM
2 just look at it. Sorry for shifting gears.
3  A  Where are we again, 30?
4  Q  No, going back to 31.
5  A  Yes.  2:39PM
6  Q  So moving ahead, so do you recognize this
7 email? I think I've already asked that, but I
8 forgot if you answered it.
9  A  Yes, I do recognize this.
10  Q  And so at a high level, what was going on  2:39PM
11 in this email?
12  A  So in advance of any hardware or software --
13 significant hardware or software releases, our PR team
14 would start doing prep work. So it would be, in the
15 case of Biggie, kind of anticipating questions they  2:39PM
16 might get from the press.
17    So from the product and partnership
18 perspective, we would help provide some context so
19 that they can work on the positioning scripts that
20 we would all use, you know, if we were being  2:40PM
21 interviewed or whatever it might be.
22    So PR team would do the work and then that
23 would turn into essentially the run of show and kind
24 of how we're talking about a particular hardware or
25 software release publicly.  2:40PM

**Page 193**

1  Q  Okay. Let's see. Going to the bottom  2:40PM
2 email from Mr. Lodge, there is a bunch of questions.
3 That's what you're referring to, potentially asked
4 questions from the media?
5  A  Yes.  2:40PM
6  Q  The fourth bullet here says, "Can we get a
7 feature-by-feature description of the software and
8 hardware implementation (who owns what
9 development)?"
10    Do you see that?  2:40PM
11  A  Yes.
12  Q  Do you recall any specific answers to that
13 question being provided?
14  A  I don't.
15  Q  Is that something that would have been  2:41PM
16 sort of addressed to you or that you would have
17 handled or that someone else at Sonos would have
18 addressed that type of question?
19  A  It probably would have been addressed by
20 somebody else at Sonos.  2:41PM
21  Q  Did you know who would have been the
22 appropriate person at that time period to answer
23 that?
24  A  Probably one of the technical people. I
25 would say maybe Andy Schulert, Nick Millington.  2:41PM

49 (Pages 190 - 193)

## Page 206

1  Q   So this is a draft of the content          3:10PM
2  integration agreement that the parties were
3  negotiating; is that right, this attachment to the
4  August 22nd email?
5  A   Yes.                                       3:10PM
6  Q   And you sent this to Mr. Kartzman as sort
7  of part of the negotiations over the content
8  integration agreement for the collaboration; is that
9  right?
10 A   Yes.                                       3:11PM
11 Q   And do you recall, were the negotiations
12 over the terms of the content integration agreement,
13 were they contentious, were they amicable?  Do you
14 have any recollection of sort of how you
15 characterize them?                              3:11PM
16 A   They were amicable.
17 Q   Did you have any meetings with Google to
18 discuss edits to the content integration agreement
19 or was your role limited to sending back and forth
20 redlines?                                       3:11PM
21 A   I don't know.  If I did, I don't recall.
22 Q   Looking at the attached -- and I guess you
23 could call it a blue line if you want to be
24 technical.  So Section 3.1, there's crossed-out
25 language in the blue "except to the extent is    3:12PM

## Page 207

1  covered by a separately executed written agreement  3:12PM
2  by both parties."
3      Do you see that strike-out?
4  A   I do.
5  Q   And you don't know whether that language   3:12PM
6  was language that Sonos's lawyers wanted to remove
7  as opposed to Google's lawyers?
8  A   I don't know.  It was not my -- in my role
9  to interpret this.
10 Q   Then Section 3.4 has some blue lines       3:12PM
11 added, those words in blue, "developed by and."
12     Do you see that?
13 A   Yes.
14 Q   And you don't know whether Sonos is the
15 side that wanted to add that language as opposed to  3:12PM
16 Google?
17 A   I don't.
18 Q   Do you know why those words are in blue in
19 this draft that Mr. Shelburne sent to you that you
20 forwarded to Mr. Kartzman at Google?             3:13PM
21 A   I don't.
22 Q   All you know is that at some point in the
23 process, there were edits involving those but you
24 don't know the context or the background?
25 A   Correct.                                   3:13PM

## Page 208

1  Q   So let's see this.  This was in August and  3:13PM
2  then let's look at the next exhibit, which is 35.
3      MR. JUDAH:  Exhibit 35 is an email and
4  attachment bearing Bates SONOS-SVG2-00080376 and the
5  attachment ends in 377.                         3:14PM
6      (Exhibit 35 was marked for identification by
7  the court reporter.)
8  BY MR. JUDAH:
9  Q   Ms. Bender, if you can take a look and let
10 me know if you've seen it.                      3:14PM
11 A   Yes, I've seen it.
12 Q   Do you recognize this Exhibit 35?
13 A   Yes.  It looks like a fully executed copy of
14 the Sonos back end agreement was sent to Ted Kartzman
15 on November 8th, 2013.                          3:14PM
16 Q   So that's a few months after the August
17 blue line draft that we saw in the prior exhibit; is
18 that fair?
19 A   Yes.
20 Q   The subject here is "Google Contract."     3:14PM
21     Do you see that?
22 A   Yes.
23 Q   This is the contract that governed the
24 Sonos/Google collaboration?
25     MS. BRODY:  Objection, form.               3:15PM

## Page 209

1      THE WITNESS:  Yes.                         3:15PM
2  BY MR. JUDAH:
3  Q   It says, "Attached is our signed
4  agreement - finally," exclamation point.
5      Do you see that?                           3:15PM
6  A   Yes.
7  Q   Why does it say "finally"?
8  A   Because I believe we had been -- there had
9  been a lot of back and forth between Google and Sonos
10 in order to get there.                          3:15PM
11 Q   All right.  And so this one -- this is
12 signed by Mr. Shelburne and he was -- I'm looking
13 down at the attachment -- he was the general counsel
14 at the time?
15 A   Yes.                                       3:15PM
16 Q   And let's see.  So I guess to tie this up,
17 then 36.  Do you have Exhibit 36, which is the
18 document bearing Bates SONOS-SVG2-00086826 and the
19 attachment ends in 827.
20     (Exhibit 36 was marked for identification by  3:16PM
21 the court reporter.)
22     THE WITNESS:  Yes, I'm there.
23 BY MR. JUDAH:
24 Q   Do you recognize Exhibit 36?
25 A   Yes.                                       3:16PM

**Page 218**

```
 1  Service, the Provider Developments (as defined    3:27PM
 2  below), and any and all intellectual property rights
 3  arising from or related thereto are and shall remain
 4  the sole and exclusive property of Service
 5  Provider."                                          3:27PM
 6       Do you see that?
 7  A  I do.
 8  Q  "Service Provider" in this context is
 9  Google; correct?
10  A  Yes.                                             3:27PM
11  Q  Then the next sentence says, "Sonos will
12  not claim for itself or for any third party any
13  right, title, interest or licenses to the Music
14  Service for Provider Developments, except for the
15  limited license granted herein."                    3:28PM
16       Did I read that correctly?
17  A  Yes.
18  Q  And so the Provider Developments are
19  defined at that final sentence of this section; is
20  that right?                                          3:28PM
21  A  I suppose so. Again, I have a hard time
22  interpreting this sentence. I'm not an attorney.
23  Q  Fair enough.
24       Let me ask -- let's see. Going down to
25  the bottom, I want to find the part I wanted to ask 3:28PM
```

**Page 219**

```
 1  about. I guess -- no, I guess that was the last    3:29PM
 2  part of it.
 3       Let me ask: Is this the only agreement
 4  that Google and Sonos entered into for the
 5  Google/Sonos collaboration?                         3:29PM
 6       MS. BRODY: Objection, form.
 7       THE WITNESS: To the best of my knowledge.
 8  BY MR. JUDAH:
 9  Q  So this covers the SMAPI integration, the
10  direct play integration. Does it cover anything    3:29PM
11  else?
12       MS. BRODY: Objection, form.
13       THE WITNESS: I don't know.
14  BY MR. JUDAH:
15  Q  Do you remember any disputes arising over       3:29PM
16  the -- with Google regarding the scope remaining of
17  any portion of the content integration agreement
18  that was executed between the parties?
19  A  No.
20  Q  Did you ever have any discussions with          3:30PM
21  anyone at Sonos regarding who would own technology
22  developed in connection with this agreement?
23  A  No.
24  Q  Is it your understanding that Sonos would
25  own any cloud queue technology developed by Google 3:30PM
```

**Page 220**

```
 1  during the collaboration?                          3:30PM
 2  A  No.
 3  Q  Did you ever discuss ownership of
 4  technology developed as part of the collaboration
 5  with anyone at Google?                             3:30PM
 6  A  No.
 7  Q  Do you ever have any discussions regarding
 8  patents related to technology developed from the
 9  collaboration with anyone at Google?
10  A  No.                                             3:31PM
11  Q  Are you aware of any discussions between
12  Google and Sonos relating to patents in connection
13  with the collaboration?
14  A  No, I'm not.
15  Q  Are you aware of anyone from Sonos ever        3:31PM
16  telling anyone at Google that Google's functionality
17  infringed any of Sonos's patents?
18  A  I don't recall, no.
19  Q  Are you aware of anyone from Sonos ever
20  telling Google that any of the technology Google   3:31PM
21  developed as part of the collaboration infringed any
22  of Sonos's patents?
23  A  Not that I recall, no.
24  Q  Are you aware of anyone from Sonos raising
25  the notion of getting a patent on a, quote, remote 3:31PM
```

**Page 221**

```
 1  playback queue, end quote, in the context of the   3:31PM
 2  collaboration?
 3  A  No.
 4       MS. BRODY: Objection, form.
 5  BY MR. JUDAH:                                      3:32PM
 6  Q  How about the notion of a patent on a,
 7  quote, local playback queue, end quote, during the
 8  collaboration?
 9  A  No.
10  Q  Other than Google and Spotify, are you         3:32PM
11  aware of any other Sonos partners that negotiated
12  custom content integration agreements governing
13  their collaborations?
14  A  No, Spotify and Google are the only two that
15  ring a bell. Actually, I believe that there was a  3:32PM
16  custom one done for Apple as well as Amazon.
17  Q  So Apple, Amazon, those would have been
18  subsequent to the Google/Sonos content integration
19  agreement --
20  A  It would have been afterwards. Spotify         3:33PM
21  preceded the Google agreement and then Amazon and
22  Apple would have come after that.
23  Q  Let's see. I guess I asked this, but let
24  me just make sure I asked it in this way.
25       Exhibit 1021, the content integration         3:33PM
```

**Page 222**

1 agreement, this covered the SMAPI aspect of the 3:33PM
2 Google/Sonos collaboration; correct?
3  A  Yes.
4  Q  And this covered as well the direct
5 playback aspect of the Google/Sonos collaboration; 3:33PM
6 correct?
7     MS. BRODY: Objection, form.
8     THE WITNESS: Yes. Yes, to the best of my
9 knowledge, yes.
10 BY MR. JUDAH: 3:34PM
11  Q  And you're not aware of any other
12 contracts governing the Google/Sonos collaboration;
13 correct?
14     MS. BRODY: Objection, form.
15     THE WITNESS: No, I'm not aware of any 3:34PM
16 others.
17 BY MR. JUDAH:
18  Q  At least as of the time you were still in
19 the product manager role in 2016, would you have
20 been the person to have been playing that business 3:34PM
21 development role of sending back and forth drafts of
22 any agreements as far as you're aware between (audio
23 interruption) negotiations over subsequent
24 agreements?
25  A  Yes, I would have been. 3:34PM

**Page 223**

1     MR. JUDAH: Let's take a break. I think 3:35PM
2 I'm finished, but I want to take a quick look at my
3 outline first.
4     THE VIDEOGRAPHER: We are off the record.
5 The time is 3:35 p.m. 3:35PM
6     (Recess taken.)
7     THE VIDEOGRAPHER: We are back on the
8 record. The time is 3:41 p.m.
9 BY MR. JUDAH:
10  Q  I just have a couple more questions, then 3:41PM
11 I'm basically finished.
12     First, just to follow up on what we were
13 talking about right before the break, the -- I just
14 want to make sure I understand.
15     So the collaboration looks like it had -- 3:41PM
16 the Google/Sonos collaboration had sort of a
17 Version 1 and a Version 2 phase for both the SMAPI
18 integration and the direct play integration. And I
19 just want to make sure I understand.
20     The content integration agreement, as far 3:41PM
21 as you know, covers both Version 1 and Version 2 of
22 the SMAPI integration; correct?
23     MS. BRODY: Objection, form, calls for a
24 legal conclusion.
25     MR. JUDAH: I object to the speaking 3:42PM

**Page 224**

1 objection. But you may answer, Ms. Bender. 3:42PM
2     THE WITNESS: I would assume so as it was
3 the only agreement ever entered into, to the best of
4 my knowledge.
5 BY MR. JUDAH: 3:42PM
6  Q  The same question with respect to the
7 direct play aspect, I'll also ask it.
8     Ms. Bender, to the best of your knowledge,
9 the content integration agreement entered into
10 between Sonos and Google covered both Version 1 and 3:42PM
11 Version 2 of the direct play integration part of the
12 Google/Sonos collaboration; correct?
13     MS. BRODY: Objection, form.
14     THE WITNESS: I would assume so.
15 BY MR. JUDAH: 3:42PM
16  Q  That's your understanding?
17  A  Yes.
18  Q  And then one last kind of question topic
19 here.
20     Are you familiar with the term "cast for 3:43PM
21 audio"?
22  A  Yes.
23     (Reporter clarification.)
24 BY MR. JUDAH:
25  Q  What is your understanding, Ms. Bender, as 3:43PM

**Page 225**

1 to what "cast for audio" refers to? 3:43PM
2  A  Another kind of direct control protocol I
3 believe that Google discussed with us, with Sonos.
4  Q  Did you attend any meetings at Google
5 related to cast for audio? 3:43PM
6  A  Most likely.
7  Q  But you don't remember specifically?
8  A  No.
9  Q  Do you recall why Sonos didn't end up
10 using cast for audio as a mechanism for direct 3:43PM
11 playback integrations?
12  A  I don't recall.
13     MS. BRODY: Objection, form.
14 BY MR. JUDAH:
15  Q  Do you recall having any conversations 3:43PM
16 with anyone at Sonos about cast for audio?
17  A  No, nothing specific.
18  Q  And do you recall any conversations with
19 anyone at Google about cast for audio?
20  A  Nothing specific, no. 3:44PM
21     MR. JUDAH: I have no further questions.
22 Thank you very much, Ms. Bender, for your time.
23     MS. BRODY: I may have some questions, if
24 we can go off for just a couple of minutes, please.
25     MR. JUDAH: Okay. 3:44PM