# Exhibit 10
# Filed Under Seal

**To:** Ted Kartzman[teddyk@google.com]
**From:** Kristen Bender[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=D087E9FA91C14AEFA5F19FABE189C311-KRISTEN BEN]
**Sent:** Wed 5/29/2013 2:06:32 PM Eastern Standard Time
**Subject:** Re: Sonos/ Google Play All Access
**Attachment:** SMAPI_Back End Agreement F_08 01 12.docx
**Attachment:** SMAPI_Front End Agreement_08.01.12 F.docx

TK!

Of course, pardon the delay – was on a couple days of vacation tacked onto Memorial day to break up all the travel. Am crushed, as usual!

So to answer your questions below:

1. You do need to register to access our APIs. There is a front end agreement associated with them – very cut and dry, basically another NDA that you guys won't share confidential documentation publicly. We're already under a super tight NDA with Google so think of this as no sweat. I have attached the front end agreement here for your review if you guys are more comfortable taking a look before accessing our documentation.
2. I've attached our standard SMAPI (Sonos Music API) agreement as well. I suspect we're going to need a custom agreement with the likes of you guys – happy to work with you on that.
3. Regarding a technical discussion – let's do it. We'd be happy to jump on a call initially, but once we get rolling an in-person meeting between the tech teams (and yours truly) will be critical. July is going to be a tough month to schedule that due to our tech lead being on vacation and lots of others being out too, FYI. But let's try and see what works.
4. Regarding paid users – let me get back to you on that. I think I can help you with some more #'s. Let's discuss this in more detail.

LETS DO THIS. So happy to be working with you on getting this done, my friend.

Best,

**Kristen Bender**

Sonos | Sr. Product Manager, Music | O: 857-998-5075 | M: 973-946-0513 | Kristen.Bender@sonos.com
http://musicpartners.sonos.com

---

**From:** Ted Kartzman <teddyk@google.com>
**Date:** Wednesday, May 29, 2013 2:12 AM
**To:** Kristen Bender <kristen.bender@sonos.com>
**Subject:** Re: Sonos/ Google Play All Access

Hi KB! Bumping this to the top of your inbox, as I got asked again today if I had our legal review your distribution agreement yet. Can we connect this week? Or are you on the road?
Miss ya! Stoked to work this thing out, lotta buzz up here about the Sonos!

TK

On Thu, May 23, 2013 at 5:50 PM, Ted Kartzman <teddyk@google.com> wrote:

> Good chat today. Finally met with good guys who are super excited. I want to keep the pressure on and keep this at the top of their agenda.
>
> We are a go for an in person meeting. I need to get them access to the APIs so they can prep for the meeting, understand what the steps are on their side. I poked around your musicpartner.sonos site today. Do I need to fill this out to get access to view the APIs? http://musicpartners.sonos.com/?q=user/register
> Or will it be something more customized? If there's a legal element that you and I can get started on, I say lets start it!
>
> The next step should be a technical conversation, understand the type of integration specialist needed. This person is probably someone more techy than you and I. Someone that could speak to the roadmap, the next types of integrations you are doing. I guess there's a new type of integration and they want to know what the Sonos roadmap looks like, so we're setting ourselves up for success in the future. They want to set up one API that works for this, and not many.
> They are open to doing an in person meeting up here, if you think that's something we could do. If not, a Google+ Hangout is kind of the de facto meeting standard now.
>
> Also, just one question in trying to ascertain some numbers on the entire universe of potential paid subscribers. Woudl you know (and be willing to share) about how many paid users of services are linked in with Sonos already? Basically, whomever uses Sonos beyond just playing My Library and basic radio features. If you're comfortable, of course.
>
> This is exciting! I am excited! Lets do this!
>
> thanks!
> TK

On Thu, May 23, 2013 at 3:47 PM, Ted Kartzman <teddyk@google.com> wrote:

> KB! this is awesome. seriously. very helpful. i'm putting together a nice business case here. i'll let you know how it goes after the internal meeting today!! It's in 10 min!
> thanks again,
> TK

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                    SONOS-SVG2-00080510

On Thu, May 23, 2013 at 10:06 AM, Kristen Bender <Kristen.Bender@sonos.com> wrote:

Hey Ted,

I hope all is well and good talking to you yesterday. So I have some very high level information for you to bring to the team to start building the case to work with us. As mentioned, we're a private company and don't readily share a lot of our market data. This is unlikely to change anytime soon.

However, I can give you a few tidbits to help build your case:

- Roughly 18 months ago we announced (publicly) that we filled One Million Rooms with Music.
- Today, we're rapidly approaching 3 Million rooms. You can deduce from there our growth over that period.
- As you know, we've got an aggressive product roadmap which will affect our growth.
- We've made it easy to integrate to Sonos – we have an open API/developer site that includes all of the documentation needed to develop a service to our controller apps:
    - http://musicpartners.sonos.com/

Some of the high level benefits of working with us (and obviously, when we enter into a partnership, we explore unique opportunities to motivate )
•**ACCESS TO A MUSIC-LOVING AUDIENCE:** Get instant access to passionate music-loving Sonos customers worldwide. Our Modern Music Lovers are culturally plugged-in people for whom music is oxygen. Our partners experience an increase in customers, high listening rates and very low churn.
•**THE PERFECT HOME MUSIC EXPERIENCE:** Avoid a poor audio experience typically found on computers and deliver the high-quality HiFi sound your music service deserves – all controlled by smartphone or tablet.
•**GET TO GLOBAL MARKET, FAST:** It's fast, easy and free to become a Sonos Music Partner, and get connected without wasting time or money. Sonos Labs offers access to the Sonos Music API and other technical tools, and an online program to help you develop quickly ormove at your own pace, guiding you every step of the way.
•**GROW WITH SONOS:** Join the Sonos revolution, the Wireless HiFi System that's passionate about music and obsessed with quality. Sonos is a premium brand associated with uncompromising quality, innovation, design, global thinking and passion for music.

Of course, if more information is desired, we'd be more than happy to come in for a meeting and spend some time talking to the team F2F. Also, heads up, John MacFarlane, our CEO, is scheduled to meet with Hugo during the All Things D conference in a couple of weeks.

Let me know if you have any questions or want to talk through some of this stuff later on today.

Best,

**Kristen Bender**

Sonos | Sr. Product Manager, Music | O: 857-998-5075 | M: 973-946-0513 | Kristen.Bender@sonos.com
http://musicpartners.sonos.com

--

----
Ted Kartzman
teddyk@google.com
Music Partner Manager, Google Play /
Music Business Development, Android
Voice: +1 (415) 596.6498
Mobile: +1 (650) 390-7433
https://play.google.com/store/music
music.google.com
http://g.co/musicpartner to apply!

--

----
Ted Kartzman
teddyk@google.com
Music Partner Manager, Google Play /
Music Business Development, Android
Voice: +1 (415) 596.6498
Mobile: +1 (650) 390-7433
https://play.google.com/store/music
music.google.com
http://g.co/musicpartner to apply!

--

----
Ted Kartzman
teddyk@google.com
Music Partner Manager, Google Play /
Music Business Development, Android
Voice: +1 (415) 596.6498
Mobile: +1 (650) 390-7433
https://play.google.com/store/music
music.google.com
http://g.co/musicpartner to apply!

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                                                                                                                                    SONOS-SVG2-00080511