# Exhibit 13
# Filed Under Seal

Message

| | |
|---|---|
| **From**: | Ron Kuper [Ron.Kuper@sonos.com] |
| **Sent**: | 4/10/2014 4:25:40 PM |
| **To**: | Andrew Schulert [Andrew.Schulert@sonos.com]; Kristen Bender [Kristen.Bender@sonos.com]; Tad Coburn [Tad.Coburn@sonos.com] |
| **Subject**: | Re: MRP |

Thanks Andy.  We live in interesting times… of our own design. :-)

**From:** Andrew Schulert <Andrew.Schulert@sonos.com>
**Date:** Thursday, April 10, 2014 at 7:04 PM
**To:** Kristen Bender <Kristen.Bender@sonos.com>, Ron Kuper <ron.kuper@sonos.com>, Tad Coburn <Tad.Coburn@sonos.com>
**Subject:** FW: MRP

FYI…

**From:** Andrew Schulert
**Sent:** Wednesday, April 09, 2014 7:21 PM
**To:** John MacFarlane; Patrick Spence; Marc Whitten; Tom Cullen; Nick Millington
**Subject:** FW: MRP

I think this is a good message from them.  It puts the focus on the experience, which is where we want to start.

I discussed this with John and we agreed on two next steps:

1.    <!--[if !supportLists]--><!--[endif]-->I'll respond to Mikael and have another phone conversation.  I'll talk a bit about the experience we want to create and then explore a little some possible technical approaches – primarily implementing a Spotify Connect context as a "queue in the cloud", emphasizing a) no code on our players, b) we need access to what they are playing at the track level (not audio stream), and c) we need access to the fully Spotify queue, not, e.g., just current and next track.
2.    <!--[if !supportLists]--><!--[endif]-->John will reach out to Daniel and walk through P2S deck with him.

I'll respond to Mikael tomorrow so let me know if you have any questions/concerns.

**From:** Mikael Ericsson [mailto:mikael@spotify.com]
**Sent:** Wednesday, April 09, 2014 1:59 PM
**To:** Andrew Schulert
**Subject:** Re: MRP

Hi Andy,

Sorry about slow response. We've been looking into this internally and determined that MRP is not the best way forward for us at this point. I think it's key to the Sonos users' Spotify experience to be able to control the the music from within the Spotify application to get the best possible experience and most updated feature set at all times. MRP would only solve this for the Android users, leaving us with half the problem still to be resolved. I think it's well overdue we actively reengage in focused discussions to reach an agreement on how to achieve this. Would you agree?

One thing that I would like to understand on this topic is how you look at functionality in our app vs functionality in the Sonos controller app, underlying technology aside for the time being. What is important to you in the Sonos controller? What is important to you in our app?

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

SONOS-SVG2-00067858

Ron Kuper reached out to me asking about the future of starred and our plans around REST APIs. I think both of these questions ties into a bigger discussion that we need to have, as both questions in my mind are symptoms of weaknesses with the current model.

I'd like to hear your feedback on the above, and would be happy to jump on another call to discuss further and how to move forward.
Regards,
Mike

On 11/03/14 11:46, Andrew Schulert wrote:

Hi Mikael,

Thanks for taking the time to speak yesterday.  I enjoyed our conversation.  You probably already found these, but just in case:

**Android MediaRouter API Documentation**

https://developer.android.com/reference/android/support/v7/media/MediaRouter.html
https://developer.android.com/reference/android/support/v7/media/MediaControlIntent.html -- this page is the place to start for new developers who want to understand how "remote playback" routes work

Let me know if I can answer any more questions about this.

Best,
Andy

**From:** Mikael Ericsson [mailto:mikael@spotify.com]
**Sent:** Monday, March 10, 2014 8:28 AM
**To:** Andrew Schulert
**Subject:** Re: MRP

Hi Andy,

No worries. Talk to you at 1:30 then!
Regards,
Mike



On 08/03/14 21:45, Andrew Schulert wrote:

Hi Mikael,

I apologize for not remembering your name.  I'm pretty sure I remember our conversation.

I have Monday free from 1:30-2:00pm EDT.  I think that would be a good start.  If necessary we can talk more on Wednesday.

I look forward letting you know what we're up to, and seeing if it's a potential point of integration for us.

Thanks,
Andy

**From:** Mikael Ericsson [mailto:mikael@spotify.com]
**Sent:** Saturday, March 08, 2014 1:22 PM
**To:** Andrew Schulert
**Subject:** Re: MRP

(John and Daniel to BCC)

Thanks for the intro, John!

Hi Andy,

Great to finally connect over email. We actually met already at the dinner at CES. It would be great to start off with a quick Skype call so I can learn more about what your plans are around MRP. I'm available on Monday at 10am or 1pm EDT or Wednesday at 1pm EDT. Let me know what works for you. My Skype id is mikael_ericsson.
Regards,
Mike


On 05/03/14 17:52, Andrew Schulert wrote:

Hi Mikael,

Nice to meet you. I'm happy to help. I'm in Boston if you want to start with a phone call or skype. Or we can work through email.

Best,
Andy

---

**From:** John MacFarlane
**Sent:** Wednesday, March 05, 2014 11:44 AM
**To:** Mikael Ericsson; Andrew Schulert
**Cc:** Daniel Ek
**Subject:** Re: MRP

Mikael,

Please meet Andrew Schulert, he is one of the Sonos founders and is very well experienced in SW/Systems/Sonos architecture (he is actually our VP of Quality and that's quite a powerful role here). He can help, or get help, with any MRP insight we can humbly provide for you and how we have implemented the protocol.

Best regards,
John

---

**From:** Daniel Ek <daniel@spotify.com>
**Date:** Wednesday, March 5, 2014 at 7:14 AM
**To:** John MacFarlane <John.MacFarlane@Sonos.com>
**Cc:** Mikael Ericsson <mikael@spotify.com>
**Subject:** MRP

John,

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                          SONOS-SVG2-00067860

Thank you for a great meeting the other day. We'd love to understand and get to know more about your MRP implementation and how you invision it working.

Mikael on our side is the best person to connect with. Who on your side do you think is the best to discuss this further with?

All the best,

Daniel

```
--
Mikael Ericsson
Director of Product, Home & Automotive
Mobile: +46 733 70 70 37
Skype: mikael_ericsson
Email: mikael@spotify.com




--
Mikael Ericsson
Director of Product, Home & Automotive
Mobile: +46 733 70 70 37
Skype: mikael_ericsson
Email: mikael@spotify.com



--
Mikael Ericsson
Director of Product, Home & Automotive
Mobile: +46 733 70 70 37
Skype: mikael_ericsson
Email: mikael@spotify.com
```

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

SONOS-SVG2-00067861