# Exhibit 14
# Filed Under Seal

**To:** Tom Cullen[Tom.Cullen@sonos.com]; Andrew Schulert[Andrew.Schulert@sonos.com]
**Cc:** Tad Coburn[Tad.Coburn@sonos.com]; Adam Graham[adam.graham@sonos.com]; Nick Millington[Nick.Millington@sonos.com]
**From:** Kristen Bender[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=D087E9FA91C14AEFA5F19FABE189C311-KRISTEN BEN]
**Sent:** Mon 2/10/2014 4:53:30 PM Eastern Standard Time
**Subject:** Re: Status of Sonos/Google Music integration

We were considering that for the SMAPI implementation only.

---

**From:** Tom Cullen <Tom.Cullen@sonos.com>
**Date:** Monday, February 10, 2014 at 1:27 PM
**To:** Andrew Schulert <Andrew.Schulert@sonos.com>
**Cc:** Tad Coburn <Tad.Coburn@sonos.com>, Kristen Bender <kristen.bender@sonos.com>, Adam Graham <adam.graham@sonos.com>, Nick Millington <Nick.Millington@sonos.com>
**Subject:** Re: Status of Sonos/Google Music integration

Isn't option 0 to release as a clearly marked Beta?

On Feb 10, 2014, at 3:57 PM, "Andrew Schulert" <Andrew.Schulert@sonos.com> wrote:

> *<I want to send this to John today. It's written so that he can simply forward to Google with his cover comments, if he so desires. Please let me know if you think this is overly optimistic or overly pessimistic. Thx>*
>
> Hi John,
>
> We're three weeks from scheduled launch of our support of Google Music and I wanted to give you my take of where we are.
>
> First of all, support and enthusiasm for the project is very high in both companies. We have a consistent view of the ultimate experience and Google has been a great partner, listening and responding to our feedback.
>
> However, we've recognized for some time now that this release is not going to meet our normal quality bar, due to limitations on both sides. We've accepted this because we believe both sides are committed to addressing these concerns and meeting our quality bar in a v2 to be released later this year. Now that we're about to launch I wanted to give you a clear picture of where we're falling short and make sure we're all on board with accepting these limitations until a v2 release.
>
> I group these in three categories:
>
> Accepted Limitations:
>
> The most egregious of these is giving up on device-independent playback, or what we informally call "the beer test." We believe that once a playlist is started on a Sonos player it should continue interrupted until it ends, with no input required from the phone. This not only addresses long-term loss of connectivity (actually going to the store) but also short-term interruptions as you move about your house. We currently address this by allowing a client to queue up several hundred tracks but Google Music only queues up two at a time. *If you lose connectivity for between one and two tracks the music will stop and Google Music will revert to playing on your device.* Also, Google's OAuth tokens expire after an hour and can only be renewed by their app, not our player. *If you pause a track you may not be able to restart it (from the Play/Pause button or the Sonos app) if the device is not available.*
>
> Google agrees this is a problem, but wants to address it not by queuing up additional tracks but by giving us the URI of a "queue in the cloud." We support that solution, but it will require significant work on both our part and their part.
>
> The other significant limitation is the lack of support for a MRP (i.e., Sonos) to blacklist an application. As you know, we intend to do this only in cases where there are either legal issues or major usability issues. We will have the ability of detecting an offending app and returning an error, but this leaves the user experience up to the offending application. We need for this to be managed by Android, so that either the MRP can be hidden from the user in the first place, or an appropriate error message can be given when it is chosen. Until then, *illegal or misbehaving MRP clients will have an undefined and probably confusing user experience when playing to Sonos.*
>
> Coming in Hot – User Experience:
>
> This is the first implementation of Android Cast and requires the Android, Google Music, and Sonos teams to each do significant development. Not all rough edges have been smoothed from the user experience. For example:
> - In the case above, *when the OAuth token times out and the user hits play from the Sonos app we give a cryptic error message* ("Unable to play <long obscure URL>"). This is something for Sonos to address, but it's borderline to squeeze in before release.
> - If a Google Music playlist plays to the end and then the user plays different content on the player from the Sonos Controller we have no way to tell the Google Music App that it is no longer controlling the player. *Trying to play from the Google Music app causes an "Unable to play track" error.* This is due to a shortcoming in the MRP API. The API has been updated, but neither the Google Music app nor the Sonos MRP are taking advantage of the change.
> - *If the device becomes disconnected from the WiFi network Google Music will automatically revert to playing on the device after ten minutes (if paused)* or the remaining time of the queued tracks (if playing). The ten minute timeout has been surprising to some users, but we haven't reached consensus on a better approach.
>
> Coming in Hot – Code Stability:

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                                                                           SONOS-SVG2-00215702

We have a few fixes that are being introduced late in the release. There is also a concern that others may be uncovered.
- Google Search in the Sonos app returns all tracks in your personal library whether you are searching for tracks, albums, or artists. This is planned to be fixed prior to release.
- On occasion music will spontaneously start playing when Google Music is playing on Sonos. This is believed to be a Google Music issue with a fix in progress.

I believe our choices at this date are:
1. Proceed as planned, accept that initial reviews will be less than stellar, and get these issues addressed in v2 as soon as possible.
2. Delay the release "a little" (weeks?), address some of the "coming in hot" issues and get more comfortable with code stability.
3. Delay the release "a lot" (months) and address the accepted limitations.

The team is proceeding with option 1, but have obvious concerns.

Andy

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY