# Exhibit 18
# Filed Under Seal

| | |
|---|---|
| **Message** | |
| From: | Umesh Patil [upatil@google.com] |
| Sent: | 7/24/2014 3:53:09 AM |
| To: | Sherwin Liu [Sherwin.Liu@sonos.com] |
| Subject: | Re: Cloud Queue Docs... |

Sure. Or, you can forward us their email address and I'll add them.

Umesh.

On Mon, Jul 21, 2014 at 5:41 AM, Sherwin Liu <Sherwin.Liu@sonos.com> wrote:
Hi Umesh,

Thanks! I think this is close to what we were expecting.

Is the "itemwindow resource" response to itemwindow:get already documented as well?

Look forward to seeing you tomorrow.

-Sherwin

**From:** Umesh Patil [mailto:upatil@google.com]
**Sent:** Monday, July 21, 2014 1:37 AM
**To:** Tad Coburn; Sherwin Liu
**Cc:** Debajit Ghosh; Christopher Patnoe; Johnny Zhou; Chris Bunch
**Subject:** Cloud Queue Docs...

Hi Tad and Sherwin:

Here are the Cloud Queue documents:
1. Commands and Events - describes the Sender-Receiver interaction.
2. queueVersion.pdf and getItemWindow.pdf - attached. These describe the Receiver - Cloud Queue API.

**We look forward to seeing you on Tuesday.**

Umesh.
--

Umesh Patil || upatil@google.com || 650-253-8258

--

CONFIDENTIAL
GOOG-SONOSWDTX-00053934