# Exhibit 19
# Filed Under Seal

| | |
|---|---|
| Message | |
| **From**: | Adam Graham [adam.graham@sonos.com] |
| **Sent**: | 5/29/2014 12:37:06 PM |
| **To**: | Adam Graham [adam.graham@sonos.com]; patnoe@google.com; upatil@google.com; Keith Corbin [Keith.Corbin@sonos.com]; Christina Valente [Christina.Valente@sonos.com]; Kristen (Kia) Johansen [kia.johansen@sonos.com]; debajit@google.com; Tad Coburn [Tad.Coburn@sonos.com]; Kristen Bender [Kristen.Bender@sonos.com]; Ben Smith [Ben.Smith@sonos.com]; Nick Millington [Nick.Millington@sonos.com]; Andrew Schulert [Andrew.Schulert@sonos.com] |
| **Subject**: | Meeting Minutes: Google Sonos sync (May 29) |

All -

Please find below the meeting minutes from today's meeting. Please let me know if you have any questions, comments or concerns.

Thanks,
Adam

Adam Graham
Sonos | Product Program Manager | O: 857.998.5147 x11697 | M: 617.383.7878 | adam.graham@sonos.com

# MEETING MINUTES

Google Sonos sync
May 29 2014

## ATTENDEES

### GOOGLE

Debajit Ghosh
Umesh Patil
Christopher Patnoe

### SONOS

Kristen Bender
Tad Coburn
Keith Corbin
Adam Graham
Jason Kendall
Nick Millington
Christina Valente

### 6 MONTH PROMO

Coupons in Denmark? Christopher to follow-up with Gregor

### OPEN FEATURE REVIEW

Proposed V2 Prioritized Feature List has been reviewed and agreed to.
This will be added to next week's status report (Monday, June 2).

Notes from the discussion:

#### ADD TO MY LIBRARY

First time making changes to the Google implementation via SMAPI
If deletion poses risk to system, may need to make "Add only" feature

#### LOCK SCREEN CONTROLS

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                        SONOS-SVG2-00068939

Debajit to provide best practices for Sonos team
Sleep volume controls are TBD. Debajit to investigate and follow-up with the Sonos team

## MULTI-DEVICE

Adam to investigate the earliest possible release vehicle for explicit or implicit play (set in the getMediaURI flag in the request object).

## LISTEN NOW

GetLast Update API changes for Listen Now:

- Fix 2 line display issues initially
- getLastUpdate changes are longer term

## SMAPI PLAYLISTS

Longer IDs are needed for featured and recommended Playlists. This should be deployed earlier to support a CY2014 Holiday deployment due to backward compatibility issues.

# NEXT STEPS

Team coordination on specific technical changes to support prioritized features

- **Multi Device - Improved Experience**: Determine earliest release vehicle at Sonos to support.
- **Cloud Queue**: Design in progress
- **SMAPI Improved Experience**: Sonos to provide proposed API changes and timing. Discuss at weekly sync meeting.
- **iOS Support**: Design in progress
- **SMAPI Playlists - Improved Experience**: Sonos to provide proposed API changes and timing. Discuss at weekly sync meeting.

# OPEN ACTIONS

| Item | Owner | Date |
|---|---|---|
| Send justification on increasing SMAPI ID length | Christopher | TBD |
| Documentation on Add/Remove feature text changes | Keith | Complete |
| Lock screen controls best practices | Debajit | TBD |
| Debajit to investigate Sleep volume controls and follow-up with the Sonos team | TBD | |
| Adam to investigate the earliest release vehicle for explicit or implicit play (set in the getMediaURI flag in the request object) | Adam | June 6 |
| Determine status of 6 month promo in Denmark | Christopher | June 6 |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                           SONOS-SVG2-00068940