# Exhibit 20
# Filed Under Seal

**To:** Andrew Schulert[Andrew.Schulert@sonos.com]; Tom Cullen[Tom.Cullen@sonos.com]; Nick Millington[Nick.Millington@sonos.com]; Kristen (Kia) Johansen [kia.johansen@sonos.com]; Ron Kuper[Ron.Kuper@sonos.com]
**From:** Kristen Bender[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=D087E9FA91C14AEFA5F19FABE189C311-KRISTEN BEN]
**Sent:** Thur 7/11/2013 1:58:07 PM Eastern Daylight Time
**Subject:** Re: Android/Google Play Meeting Prep

I do not know – Ted had mentioned that he would only attend for a bit, but we'd be left in good hands with the rest of the product leadership team.

Agree we should think through what we'd want to present, lets talk about it in our meeting and I can work getting them together.

I think a post-lunch split up makes sense so we can get traction on a SMAPI integration. I will suggest that to the Google team.

---

**From:** Andrew Schulert <Andrew.Schulert@sonos.com>
**Date:** Thursday, July 11, 2013 1:35 PM
**To:** Kristen Bender <kristen.bender@sonos.com>, Tom Cullen <Tom.Cullen@sonos.com>, Nick Millington <Nick.Millington@sonos.com>, "Kristen (Kia) Johansen" <kia.johansen@sonos.com>, Ron Kuper <Ron.Kuper@sonos.com>
**Subject:** RE: Android/Google Play Meeting Prep

Do you know how long Hugo will be able to attend? I've heard he will have to leave early.

I was thinking we might present a brief company strategy overview (Tom on SiS, PA, CYW, MAP) followed by a presentation on P2S (perhaps the one we gave to partners in April), not as a specific proposal, but as an indication of what we're thinking and the range of things we could work with them on. And of course we'd like their thoughts on what they want to achieve. Then it would be good to identify the most important issues on each side: technical, business, or otherwise (do they have any preconceptions on design, which features are priority for them, goal of a solution that works for more than just Sonos, OS-level v. app-level solutions, etc.)

I'm pretty sure this won't be enough time if we get any traction on Fling, so would suggest up front that we may want to split up after lunch.

---

**From:** Kristen Bender
**Sent:** Thursday, July 11, 2013 1:03 PM
**To:** Tom Cullen; Nick Millington; Andrew Schulert; Kristen (Kia) Johansen; Ron Kuper
**Subject:** Android/Google Play Meeting Prep
**Importance:** High

Hi all,

Below find the proposed agenda with a list of attendees for our meeting with the Android/Google Play team on Tuesday. We can review this today on our call to ensure we're all on the same page prior to our meeting on Tuesday. I will also get an invite out for your calendars.

Meet at 11:15 at Google HQ
1585 Charleston Road (visitor parking out front)

**Google Play/Android Attendees**
Hugo Barra, Executive
Zahava Levine, Director of Content Partnerships
Ted Kartzman, Business Development, Android
Paul Joyce, Product Management, Google Play
Debajit Ghosh, Sr. Staff Software Engineer, Google Play
Dave Burke, Android Framework Director
Adam Powell, Developer, Android
Jeff Brown, Developer, Android
James Kelly, Product Manager, Media

**AGENDA**
11:30 AM – Introductions & Overview
- SONOS team introductions, review of near term product roadmap
- Google Play team introductions, review of near term product roadmap

12 PM – Partnership Discussion Pt. 1 "Smart Fling"
- What do we mutually want to achieve?
- Feature Discussion
- Time lines

12:45 PM – Break For Lunch
1:15 PM – Partnership Discussion Pt. 2 "SMAPI Integration"
2:15 PM – Wrap up
- High level business discussion (discuss agreement)
- Partnership next steps

I think we can certainly break this group into two meetings, if we need more time. Ron and I can run with a discussion around a SMAPI integration so a deep dive on the "Fling" conversation can continue.

Some topics we should discuss today prior to the meeting:

**Features:**
OS level integration of audio playback
Room management: Grouping, volume, etc
Audio url passing through the cloud

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                    SONOS-SVG2-00080452

Shared queue support

**Other:**
TV?
Florence – access to purchased tracks from Google Play Store

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                    SONOS-SVG2-00080453