# Exhibit 21
# Filed Under Seal

| | Message |
|---|---|
| From: | Tad Coburn [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=B459166ED3F349F79704FC0EE30191FA-TAD COBURN] |
| Sent: | 9/22/2015 7:59:37 AM |
| To: | Scott Madin [Scott.Madin@sonos.com] |
| Subject: | FW: GPM now supports Play to Sonos via Muse |

fyi

---

**From:** Jeff Torgerson
**Sent:** Tuesday, September 22, 2015 10:59 AM
**To:** David DesRoches; Tad Coburn; Adam Graham; Keith Corbin; Juergen Schmerder; Sherwin Liu
**Cc:** SW-Team-PCP-Player-Services; David Taylor
**Subject:** Re: GPM now supports Play to Sonos via Muse

Yes, sorry if this wasn't clear.  It was in our status report last week.  It shipped the week of the 11th to a small subset, and was at 100% by the 18th.   iOS is not out and will not be for a while.  This is Android only.

Also.. We have the docs the team did over to them for V0-V1 migration.  That will be in work as well.  Still.. Exciting to see!

---

**From:** David DesRoches
**Date:** Tuesday, September 22, 2015 at 7:54 AM
**To:** Tad Coburn, Adam Graham, Jeff Torgerson, Keith Corbin, Juergen Schmerder, Sherwin Liu
**Cc:** SW-Team-PCP-Player-Services, David Taylor
**Subject:** Re: GPM now supports Play to Sonos via Muse

+DaveT

Muse is live in the wild. Apparently Google shipped GPM for Android with Cloud Queue support.

---

**From:** Tad Coburn <Tad.Coburn@sonos.com>
**Date:** Tuesday, September 22, 2015 at 10:50 AM
**To:** Adam Graham <adam.graham@sonos.com>, Jeff Torgerson <jeff.torgerson@sonos.com>, Keith Corbin <Keith.Corbin@sonos.com>, Juergen Schmerder <Juergen.Schmerder@sonos.com>, Sherwin Liu <Sherwin.Liu@sonos.com>
**Cc:** dpd <david.desroches@sonos.com>, team <SW-Team-PCP-Player-Services@sonos.com>
**Subject:** GPM now supports Play to Sonos via Muse

At least for me!  Works with the mainline firmware I have on players in my office. Woohoo!

Fyi, to confirm that it is really using Muse and not MRP, you can browse to the following web page on the Sonos player that you are casting to:  http://IP-ADDRESS:1400/status/api  and you will see something like this when you are "casting" the player.  Note that the User Agent value "GooglePlayMusic/1995 (Android)" indicates the GPM app.

| ID | Session Name | Subscriptions | Remote Endpoint | Local Endpoint |
|---|---|---|---|---|
| 3 | RINCON_00000386000002000:1#10 | • groupCoordinatorChanged<br>• sessionStatus<br>• playbackStatus | 10.22.20.20:45778 | wss://10.22.20.24:1443/websoc |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                SONOS-SVG2-00070566