1

# Exhibit 22
# Filed Under Seal

```
 1              UNITED STATES DISTRICT COURT
 2             NORTHERN DISTRICT OF CALIFORNIA
 3
 4    GOOGLE LLC,                      )
                                       )
 5          Plaintiff,                 )
                                       )
 6          vs.                        ) Case Nos.
                                       ) 3:20-cv-06754-WHA
 7    SONOS, INC.,                     ) 3:20-cv-07599-WHA
                                       )
 8          Defendant.                 )
      _____)
 9
10
11
12    VIRTUAL VIDEOCONFERENCE VIDEO-RECORDED DEPOSITION OF
13                      DAVID DesROCHES
14
15             Tuesday, November 22, 2022
16     Remotely Testifying from Lexington, Massachusetts
17
18
19
20
21
22
23    Stenographically Reported By:
24    Hanna Kim, CLR, CSR No. 13083
25    Job No. 5592685
```

Page 1

**Page 58**

1 technology worked on or collaborated on between
2 Google and Sonos?
3   A.  Yes.
4   Q.  And what do you recall?
5   A.  I recall being concerned that we would try   10:25:04
6 to advance the Control API and Sonos already had an
7 implementation in their app, and we had to be
8 careful not to break that.  So that was the
9 technical concern we would talk about.
10   Q.  Anything else?   10:25:30
11   A.  And there was no -- to my recollection,
12 there was -- there was no existing agreement as to
13 the -- that -- the ownership of the IP that I was
14 aware of.  Again, it started before I got there,
15 so --   10:25:55
16   Q.  Okay.
17   A.  -- if there was --
18   Q.  I'm sorry, I didn't mean to cut you off.
19   A.  So I was not aware of -- of any IP
20 agreement for the -- for the API.   10:26:06
21   Q.  When you say "for the API," which API are
22 you referring to --
23   A.  The Control -- the Control API.
24   Q.  Okay.  Are you aware of any agreement
25 related to IP for the Cloud Queue API?   10:26:29

**Page 59**

1       MR. RICHTER:  Object to form.
2       THE WITNESS:  I'm not aware of any
3 agreement.
4 BY MR. WILLIAMS:
5   Q.  Do you recall having any discussions at   10:26:40
6 Sonos during your employment regarding the ownership
7 of the jointly collaborated Cloud Queue API?
8       MR. RICHTER:  Object to form.  And I'll
9 instruct the witness to exclude from his answer any
10 conversations he may have had with counsel.   10:27:00
11       But otherwise, he can answer.
12       THE WITNESS:  I re- -- I remember it was a
13 concern, but I don't remember any specific
14 conversations.
15 BY MR. WILLIAMS:   10:27:12
16   Q.  When you say "it was a concern," what do
17 you mean by that?
18   A.  I was aware that -- that -- I was
19 concerned that there was no agreement, and we were
20 trying to proceed, but -- but I don't recall any   10:27:35
21 specific conversations.
22   Q.  Why were you concerned that there was not
23 an -- an existing agreement for the Cloud Queue API
24 specification?
25       MR. RICHTER:  Object to form.  Misstates   10:27:57

**Page 60**

1 the testimony.
2       THE WITNESS:  I'm sorry, would you restate
3 the question, please.
4 BY MR. WILLIAMS:
5   Q.  Sure.   10:28:05
6       Why were you concerned that there was not
7 an ownership agreement between Google and Sonos for
8 the Cloud Queue API specification?
9       MR. RICHTER:  Same objections.
10       THE WITNESS:  One moment.  I'm just --   10:28:19
11 I'm -- I'm trying to -- I want to formulate
12 something clear.
13 BY MR. WILLIAMS:
14   Q.  Mm-hmm.
15   A.  I -- I knew that Sonos wanted the API to   10:28:43
16 be part of the developer program that we discussed
17 earlier.  And, you know, I was -- you know, as an
18 engineering manager, I was concerned about whether
19 we had the freedom to change it to, you know -- to,
20 you know, meet our needs and specifications.   10:29:23
21   Q.  And I just want to be clear.  When you say
22 you "knew that Sonos wanted the" -- "the API to be
23 part of the developer program," are you referring
24 specifically to the Cloud Queue API?
25   A.  I don't recall the di- -- how -- I don't   10:29:50

**Page 61**

1 recall a -- a distinction between the Control API
2 and the -- and the Cloud Queue API.  I know they
3 were related, but I don't recall the -- the places
4 where one was applicable and one was not.
5   Q.  Okay.  So your understanding was that   10:30:11
6 there was not an ownership agreement for the Control
7 API or the Cloud Queue API; is that fair?
8       MR. RICHTER:  Object to form.
9       THE WITNESS:  I was not aware of any -- of
10 any contractual agreement.   10:30:28
11 BY MR. WILLIAMS:
12   Q.  You testified that as an engineering
13 manager you were concerned whether you had the
14 freedom to change it to meet your needs and
15 specifications.   10:30:42
16       Do you recall that?
17   A.  Yes.
18   Q.  And how were your -- or were your
19 concerns, rather, ever alleviated?
20       MR. RICHTER:  Object to form.   10:30:54
21       THE WITNESS:  Well, we never published it
22 while I was there, so it never really come -- came
23 to fruition.
24 BY MR. WILLIAMS:
25   Q.  And what do you mean you never published   10:31:17

16 (Pages 58 - 61)

**Page 62**

1 it while you were there?
2   A.  We never published the API for -- we never
3 opened it for other people to use during my tenure.
4 So if I -- whatever -- if I had -- I don't remember
5 if I had to -- you know, the -- I don't remember the    10:31:39
6 state of my concern about that topic by the time I
7 left.
8       But since we never released it, I would
9 never have had to, you know, come to any conclusion
10 there.                                      10:31:55
11  Q.  Do you -- is -- is it your testimony,
12 rather, that Sonos never used the -- the Cloud Queue
13 or Control API that it used with Google with any
14 other partner?
15  A.  No.                                   10:32:11
16      MR. RICHTER:  Object to form.
17 BY MR. WILLIAMS:
18  Q.  No what?
19  A.  No, it's not -- that is not my testimony.
20  Q.  Okay.  So you would agree with me, then,   10:32:18
21 that Sonos did use the Cloud Queue or Control API
22 that it collaborated on with Google with other
23 partners; correct?
24      MR. RICHTER:  Object to form.  Misstates
25 testimony.                                  10:32:35

**Page 63**

1       THE WITNESS:  As I stated earlier, we used
2 elements of those APIs with the Spotify integration
3 as part of our internal development.  I don't know
4 if those interfaces were ever shared with Spotify.
5 BY MR. WILLIAMS:                             10:32:57
6  Q.  What portion -- or what elements of the
7 Cloud Queue API did Sonos use for the Spotify
8 integration as part of your internal development?
9      MR. RICHTER:  Object to form.
10      THE WITNESS:  I don't -- I don't recall    10:33:14
11 specific details.
12 BY MR. WILLIAMS:
13  Q.  Do you recall any general details?
14  A.  Only that the Cloud Queue and Control APIs
15 were involved, but I don't remember the specifics.    10:33:28
16  Q.  Okay.  So -- so even though you had
17 concerns about ownership of the Cloud Queue or
18 Control API spec in terms of who owned it between
19 yourself and Google, Sonos nevertheless used
20 portions of both of these specifications for    10:33:50
21 internal development for the Spotify integration; is
22 that accurate?
23      MR. RICHTER:  Object to form.  Misstates
24 the prior testimony.
25      THE WITNESS:  I'm sorry, would you restate   10:34:01

**Page 64**

1 the question?
2 BY MR. WILLIAMS:
3  Q.  Sure.
4      So even though you personally had concerns
5 about ownership of the Cloud Queue or the Control    10:34:14
6 API specifications in terms of who owned it between
7 yourself and Google, Sonos nevertheless used
8 portions of both of these specifications for
9 internal development for the Spotify integration; is
10 that accurate?                               10:34:30
11      MR. RICHTER:  Same objections.
12      THE WITNESS:  Yes, that's accurate.
13 BY MR. WILLIAMS:
14  Q.  Okay.  And why did Sonos move forward
15 using portions of the Cloud Queue API spec and the   10:34:48
16 Control API spec for the Sonos -- for the Spotify
17 integration without determining who was the rightful
18 owner of both of those specifications?
19      MR. RICHTER:  Object to form.  Calls for a
20 legal conclusion.  Misstates testimony.       10:35:09
21      THE WITNESS:  Yeah, I don't -- I don't
22 have the context for that.  I'm sorry.
23 BY MR. WILLIAMS:
24  Q.  What do you mean by you "don't have the
25 context"?                                    10:35:20

**Page 65**

1  A.  You asked why did Sonos.  I don't -- I --
2 it wasn't -- that wasn't a decision that I -- I
3 don't know why --
4  Q.  I'll -- I'll rephrase the question.
5  A.  I can't speak to what everybody --       10:35:32
6  Q.  That's fine.
7  A.  -- at Sonos -- everybody at Sonos
8 understood.
9  Q.  Okay.  As a -- as a senior software
10 development manager, why did you move forward with   10:35:42
11 using portions of the Cloud Queue API spec or the
12 Control API spec for the Spotify integration without
13 determining who was the rightful owner of both those
14 specifications?
15      MR. RICHTER:  Object to form.           10:36:08
16      THE WITNESS:  The -- I understood that we
17 had the -- liberty to use the API for -- for our
18 development.
19 BY MR. WILLIAMS:
20  Q.  And what was the basis of that          10:36:53
21 understanding?
22  A.  I don't recall specific conversations, but
23 we -- I don't -- I don't recall.  I don't recall
24 where that came from specifically.
25  Q.  What about generally?                  10:37:43

17 (Pages 62 - 65)