# Exhibit 24
# Filed Under Seal

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1                UNITED STATES DISTRICT COURT
 2          FOR THE NORTHERN DISTRICT OF CALIFORNIA
 3     --------------------------------------------------x
       SONOS, INC.,
 4
                   Plaintiff,
 5     vs.                          Case No. 3:21-CV-07559-WHA
 6     GOOGLE LLC,
                   Defendant.
 7     --------------------------------------------------x
 8     -AND-
 9     ----------------------------------------------------
10                UNITED STATES DISTRICT COURT
11          FOR THE NORTHERN DISTRICT OF CALIFORNIA
12     --------------------------------------------------x
13     GOOGLE LLC,
14                 Plaintiff,
15     vs.                          Case No. 3:20-CV-06754-WHA
16     SONOS, INC.,
                   Defendant.
17     --------------------------------------------------x
18        *HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY*
19
20       REMOTE VIDEOTAPED DEPOSITION BY VIRTUAL ZOOM OF
21                     STEVE BECKHARDT
22              Thursday, November 17, 2022
23
24     Reported By: Lynne Ledanois, CSR 6811
25     Job No. 5577774


                                                    Page 1
```

**Page 90**

1  Mr. Beckhardt.
2      MR. RICHTER:  No problem.
3      THE WITNESS:  No problem.  What I was
4  saying was I remember having some meetings, I don't
5  remember actually any discussions technically about
6  what they were about.
7      I remember meeting with Tad and discussing
8  it.
9  BY MR. HEFAZI:
10     Q   Do you recall if those were around the
11 same time that you were meeting or having calls with
12 Google?
13     A   I don't recall when it was.
14     Q   Would it have been around the time of this
15 meeting in Exhibit 16, May of 2014?  Would that have
16 been part of...
17     A   The vague recollection I have of working
18 with Tad on this, I don't know when it was.
19     Q   So you don't know when it began.  But were
20 you continuing to work with Tad on this as of the
21 date of this meeting regarding the cloud queue
22 design review?
23     MR. RICHTER:  Objection to form.
24     THE WITNESS:  Yes, it appears so from this
25 document.

**Page 91**

1  BY MR. HEFAZI:
2      Q   So in May 21 of 2014 or there around, you
3  were working with Tad on the cloud queue design and
4  were you also working with Google on the cloud queue
5  design; correct?
6      A   Well, this document doesn't say that.  It
7  appears from previous documents it was around that
8  time.
9      Q   Prior to the Sonos/Google collaboration on
10 the cloud queue, are you aware of Sonos having any
11 cloud queue API?
12     MR. RICHTER:  Object to form.
13     THE WITNESS:  Frankly, honestly, I don't
14 recall much of when various things happened at that
15 team.
16 BY MR. HEFAZI:
17     Q   That's fair.  So just to make it clear,
18 you don't know one way or another whether Sonos had
19 a cloud queue API -- strike that.
20     You don't know one way or another whether
21 Sonos had a cloud queue prior to its implementation
22 with Google?
23     A   I don't recall one way or the other.
24     Q   Do you recall working on any cloud queue
25 work other than the work with Google?

**Page 92**

1      MR. RICHTER:  Object to form.
2      THE WITNESS:  It's hard to say.  I recall
3  working on cloud queues via some meetings we had.
4  But I don't know if -- what the relationship and
5  time was between that and when the Google work
6  started.
7  BY MR. HEFAZI:
8      Q   Certainly in this Exhibit 16 where --
9  Exhibit 16 which has a subject "Cloud Queue design
10 review" and lists you as a required attendee, that's
11 in May 2014 where you're having these meetings;
12 correct?
13     A   Yes.
14     Q   And that is also a time when you were
15 working -- that's after you began work on the
16 Sonos/Google collaboration?
17     MR. RICHTER:  Object to form.
18     THE WITNESS:  Yes.
19     MR. HEFAZI:  Okay.  Let's go to another
20 document here.  What exhibit are we on?  I just put
21 Exhibit 17 into the folder.  Let me know when you
22 have that up.
23     (Exhibit 17 was marked for identification by
24 the court reporter.)
25     THE WITNESS:  Okay.  I have it up.

**Page 93**

1  BY MR. HEFAZI:
2      Q   Do you recognize this document?
3      A   Yes.
4      Q   What is it?
5      A   It's an application for a patent.
6      Q   Okay.  And what is the invention -- strike
7  that.
8      Earlier you had testified that you had
9  filed a patent on the cloud queue API.  Do you
10 recall that?
11     A   Yes.
12     Q   Is this the patent that you were referring
13 to?
14     A   I think so.
15     Q   Okay.  And I'll represent to you that this
16 patent application was filed on June 3rd, 2014.
17     A   Okay.
18     Q   And so do you recall when you came up with
19 the invention of the cloud queue?
20     MR. RICHTER:  Object to form.
21     THE WITNESS:  No.
22 BY MR. HEFAZI:
23     Q   I'm not asking for a specific date.
24     Do you have a sense of how long before
25 filing the patent it would have been?