# Exhibit 26
# Filed Under Seal

**To:** Andrew Schulert[Andrew.Schulert@sonos.com]; Nick Millington[Nick.Millington@sonos.com]; Ben Smith[Ben.Smith@sonos.com]; Tad Toulis[tad.toulis@sonos.com]; David DesRoches[david.desroches@sonos.com]
**From:** Tad Coburn[Tad.Coburn@sonos.com]
**Sent on behalf of:** Tad Coburn <Tad.Coburn@sonos.com>
**Sent:** Thur 4/23/2015 12:11:34 PM Eastern Daylight Time
**Subject:** RE: follow up thought on Spotify mtg
**Attachment:** PDSW-CloudQueueRESTAPI-230415-1203-82.pdf

Andy –

Here's a link to our Cloud Queue REST API on Confluence.  I searched the page and it does not have any references to the "G" company ☺ except in a few comments. You should be able to export as a PDF, which will _not_ include the comments (and thus will not reference the "G" company). I've attached the PDF to save you time.

Re: ability to push updates to eSDK: In our previous meeting (where we discussed the eSDK-based approach), Michael @ Spotify explicitly told us that they don't have a way to push eSDK updates to any of the speakers in the field, and that they don't really expect to have such a mechanism in the foreseeable future.  Some speaker makers may provide a way for customers to manually update the fw on their speaker, so I agree, we don't know about that.

- Tad

**From:** Andrew Schulert
**Sent:** Thursday, April 23, 2015 11:56 AM
**To:** Tad Coburn; Nick Millington; Ben Smith; Tad Toulis; David DesRoches
**Subject:** RE: follow up thought on Spotify mtg

I don't think we know what their upgrade process is.  They may be able to push updates to some or all of their partners.

But, along those lines – Sten offered to gives us the source to adapt as necessary to put in our players, as long as we give the changes back to them and they can maintain a single source.  He was assuming we'd adapt for use on the player, but we could take him up on it and modify it for use in the cloud.  This is what we suggested a year ago.  I don't know how practical it would be, but it could be worth checking out the code to see.

Tad – you said we had cloud queue documentation we could share with them.  Can you point me at that?

Thanks,
Andy

**From:** Tad Coburn
**Sent:** Thursday, April 23, 2015 11:23 AM
**To:** Nick Millington; Andrew Schulert; Ben Smith; Tad Toulis; David DesRoches
**Subject:** follow up thought on Spotify mtg

Spotify said they don't want to share the current "context sync" protocol with us because they want to change it.  However, they will need to continue to support the current protocol for quite a while, or else they will break all the hardware that has already shipped that uses the current protocol.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

SONOS-SVG2-00140005