# Exhibit 27
# Filed Under Seal

# Muse Protocol

## A JSON-Based Control Protocol for Cloud Queues
### Google/Sonos Confidential

A JSON-Based Control Protocol for Cloud Queues
Overview
    Commands and Events
        Namespaces
        Namespace Versions
        Event Subscriptions
    Sonos Group Overview
        Discovering and Tracking Sonos Groups
Command, Response and Event Syntax
    Commands
    Responses
    Events
Integer Constants
    Session States
    Player States
    Errors
    Group Status Codes
Commands (App to Player)
        commandName
    Namespace: ""
        getNamespaceVersions
    Namespace "session"
        joinOrCreateSession
        joinSession
        createSession
        leaveSession
        loadQueue
        seekToItem
        scrubWithinItem
        getPlayerStatus(sessionId)
        refresh
    Namespace "playback"
        play
        pause
        skipToNextTrack( groupId )

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
SONOS-SVG2-00182805