# Exhibit 28
# Filed Under Seal



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                                                                          SONOS-SVG2-00111339



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                    SONOS-SVG2-00111362