# Exhibit 29
# Filed Under Seal

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

1          IN THE UNITED STATES DISTRICT COURT

2            NORTHERN DISTRICT OF CALIFORNIA

3               SAN FRANCISCO DIVISION

4                    ---o0o---

5   GOOGLE LLC,                    )

                                   )

6            Plaintiff,            )  Case No.

                                   )  3:20-cv-06754-WHA

7   vs.                            )  Related to CASE No.

                                   )  3:21-cv-07559-WHA

8   SONOS, INC.,                   )

                                   )

9            Defendants.           )

    _____)

10

11                    ---o0o---

12         Videotaped Zoom Deposition of

13               ALLISON ELLIOTT

14      Highly Confidential - Attorney's Eyes Only

15             Friday, May 27, 2022

16                    ---o0o---

17

18

19

20

21

22

23   Veritext Job No.: 5251903

24   Katy E. Schmidt

25   RPR, RMR, CRR, CSR 13096

                                      Page 1

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

1 BY MS. MA:                                    11:32
2    Q.  Do you know who was working on Sonos'  11:32
3 Cloud Queue APIs?                             11:32
4    A.  I think Tad was working on Sonos'      11:32
5 Cloud Queue -- was working on APIs having to do with  11:32
6 Cloud Queues, and I believe Daniel Casimiroff was  11:32
7 working on that.  But those are the only two I remember  11:32
8 specifically.                                 11:32
9    Q.  Can you spell Daniel's last name?      11:32
10   A.  C-a-s-i-m-i-r-o-f-f.  I don't remember exactly  11:32
11 how his last name was spelled.               11:33
12   Q.  No worries.  Appreciate the effort.    11:33
13       Do you know if Sonos ever told Google it was  11:33
14 building APIs that used Cloud Queue?         11:33
15   A.  I don't know that.                      11:33
16   Q.  Do you know if Sonos told anything about its  11:33
17 Cloud Queue APIs to Google?                  11:33
18   A.  I wasn't part of the conversations at that  11:33
19 time, so I don't know.                        11:33
20   Q.  Back to the e-mail.                     11:33
21       Your e-mail continues, "This was a big topic  11:33
22 of discussion at our partner summit last year."  11:33
23       Do you see that?                        11:33
24   A.  Yes.                                    11:33
25   Q.  And by "this," you're still referencing  11:33

Page 78

1 Sonos' development of APIs that would allow direct  11:33
2 playback; correct?                            11:33
3    A.  Yes.                                    11:34
4    Q.  What is the partner summit that you reference  11:34
5 here?                                         11:34
6    A.  Sonos has a summit in Santa Barbara where we  11:34
7 invited a lot of the music partners to come and attend  11:34
8 and review, like, sort of Sonos' vision for being able  11:34
9 to play all music to Sonos speakers, from both the  11:34
10 Sonos app and from partner applications, and then also  11:34
11 just kind of threw a nice party for the partners.  11:34
12   Q.  So the partner summit was something Sonos  11:34
13 hosted?                                       11:34
14   A.  Yes.  It was hosted by Sonos.          11:34
15   Q.  And what was the purpose of the summit?  11:34
16   A.  The purpose of the summit was to share Sonos'  11:34
17 vision for play all and being able to play all music to  11:34
18 Sonos speakers.                              11:34
19   Q.  What does the term "play all" refer to?  11:35
20   A.  The idea that a customer of Sonos should be  11:35
21 able to play their music regardless of what music  11:35
22 service they use to a Sonos speaker.         11:35
23   Q.  This summit took place in person in      11:35
24 Santa Barbara; correct?                       11:35
25   A.  Yes.                                    11:35

Page 79

1    Q.  Do you recall where?                    11:35
2    A.  It was in a number of different buildings.  11:35
3 It wasn't in one location.                     11:35
4    Q.  Was the partner summit open to the public?  11:35
5    A.  No.                                     11:35
6    Q.  Was it invitation only?                 11:35
7    A.  Yes.                                    11:35
8    Q.  Does Sonos invite partners to attend the  11:35
9 summit?                                       11:35
10   A.  Yes.                                    11:35
11   Q.  Do you know how Sonos determined who was  11:35
12 invited to the partners summit?              11:35
13   A.  I don't think there was like a specific  11:35
14 framework that Sonos used to decide who should be  11:35
15 invited.                                      11:36
16   Q.  Do you recall which partners were invited?  11:36
17   A.  I can't give you a full list, but I know  11:36
18 that -- I know that Google was invited.  I know that  11:36
19 Apple was invited.  Pandora, Sirius XM, Spotify.  I  11:36
20 believe SoundCloud was there, and Rhapsody.  Title as  11:36
21 well.                                         11:36
22   Q.  Do you recall if all the partners you just  11:36
23 listed actually attended the summit?         11:36
24   A.  No.  I don't know if all of those people  11:36
25 attended.                                     11:36

Page 80

1    Q.  Do you recall if anyone from Google attended  11:36
2 the summit?                                   11:36
3    A.  Yes.  Google attended.                  11:36
4    Q.  Do you recall who from Google attended?  11:36
5    A.  The only person I remember from Google is  11:37
6 Chris Bunch.  I believe there were others there, though,  11:37
7 but I don't remember who they were.          11:37
8    Q.  Were members of the press invited to the  11:37
9 summit?                                       11:37
10   A.  Not that I recall.                       11:37
11   Q.  Did you attend the summit?             11:37
12   A.  Yes.                                    11:37
13   Q.  When did the summit occur?             11:37
14   A.  Oh, boy.                                11:37
15       Well, I guess it occurred in 2015.      11:37
16   Q.  Do you recall anything further?  Month?  11:37
17   A.  I have no idea what month it was in 2015.  11:37
18   Q.  What was the format of the partner summit?  11:37
19   A.  I think that there were presentations that  11:38
20 were given that all the partners were invited to attend,  11:38
21 and then there were breakout meetings with specific  11:38
22 partners, and then there were -- there were a couple  11:38
23 nightly dinners.                              11:38
24   Q.  Was the summit more than one day?      11:38
25   A.  I think it was like two days or maybe, like,  11:38

Page 81

21 (Pages 78 - 81)

| | |
|---|---|
| Page 106 | Page 108 |

1 A. Yes.                                12:48
2 Q. There's an attachment with the title   12:48
3 "Pandora API Control Slides."          12:48
4     Do you see that?                   12:48
5 A. Yes.                                12:48
6 Q. Do you know why Mr. Corbin was sending you   12:48
7 this presentation?                     12:48
8 A. I think because we were working with Pandora   12:48
9 at that point on the integration for direct control from   12:48
10 the Pandora app.                       12:49
11 Q. Let's take a look at the next page, which is   12:49
12 the actual attachment.                 12:49
13     Do you recognize this presentation?    12:49
14     It's a bit longer so feel free to scroll   12:49
15 through the whole thing.               12:49
16 A. Yes.                               12:49
17 Q. Were you involved in the creation of this   12:49
18 presentation?                         12:49
19 A. Yes. I think I worked with Keith on this.   12:49
20 Yes.                                   12:50
21 Q. Do you remember what parts of this       12:50
22 presentation you contributed to?       12:50
23 A. I would have created probably the -- I   12:50
24 wouldn't -- I would not have created any of the   12:50
25 diagrams. Like someone in engineering would have been   12:50

Page 106

1 responsible for the diagrams.          12:50
2     I am -- was probably responsible for -- I was   12:50
3 definitely responsible for the -- the slides that are   12:50
4 black basically, the remaining gap slide, as well as the   12:50
5 slide describing the get radio segment API.   12:50
6 Q. Was this presentation shared with Pandora?   12:50
7 A. Yes, I believe so.                   12:50
8 Q. And then what were the circumstances    12:50
9 surrounding Sonos sharing this presentation with   12:50
10 Pandora?                               12:50
11 A. Starting the integration. So the project that   12:51
12 I mentioned for direct control and also integrating   12:51
13 Pandora premium, as well as, like, moving Pandora from   12:51
14 off of the player, that would have been -- it would have   12:51
15 been the kickoff of that project.      12:51
16     Not the kickoff. Sorry. Excuse me. Like   12:51
17 towards the beginning of that project.   12:51
18 Q. Was this presentation shared at a meeting   12:51
19 between Pandora and Sonos?             12:51
20 A. Yes. I don't know if it was an in-person   12:51
21 meeting or a call, but...              12:51
22 Q. Were you present when it was shared with   12:51
23 Pandora?                               12:51
24 A. I don't actually remember that.     12:51
25 Q. You said this was a presentation that would   12:51

Page 107

1 have been shared towards the beginning of the   12:51
2 integration, the direct control integration; correct?   12:52
3 A. Yes.                               12:52
4 Q. Do you know if there were any other    12:52
5 presentations that were shown to Pandora throughout the   12:52
6 partnership?                           12:52
7 A. Yes. There were definitely other     12:52
8 presentations shown to Pandora.        12:52
9 Q. I'd like to -- actually, before that, what   12:52
10 was the purpose of this presentation?   12:52
11 A. The purpose of this presentation first is to   12:52
12 explain to Pandora how we are proposing to add a new   12:52
13 API to SMAPI in order to support free radio.   12:52
14     Sonos didn't have a good way to support   12:52
15 Pandora's radio model with ads. So this is a new API   12:52
16 for SMAPI that supports the radio model with ads.   12:53
17     So that's what the first several slides are   12:53
18 about -- that say "free radio enhancement," and then   12:53
19 there's the slides with the remaining gaps is just   12:53
20 what -- you know, which functionality from the   12:53
21 Pandora app still won't be supported in SMAPI.   12:53
22     The Sonos control API, this appears to just be   12:53
23 an overview for Pandora of what we're proposing to build   12:53
24 on the developer platform with you, know, what's   12:53
25 supported now versus what's coming. And that's what the   12:53

Page 108

1 second half of the presentation is.    12:53
2 Q. I'd like to direct your attention to page 24   12:53
3 of the document.                       12:53
4 A. Sorry. One second. Scrolling.      12:54
5     MS. BRODY: Jocelyn, is page 24 the number   12:54
6 page or the .pdf page? Just so I can turn to the right   12:54
7 page as well.                          12:54
8     MS. MA: The .pdf page ending in Bates -- with   12:54
9 a Bates stamp ending 361.              12:54
10     MS. BRODY: Thank you.               12:54
11 BY MS. MA:                             12:54
12 Q. Do you see this is a title page that says   12:54
13 "Sonos Cloud Queue API"?               12:54
14 A. Yeah.                              12:54
15 Q. Does this refer to a set of APIs?    12:54
16 A. Yes. This is referring to a set of APIs.   12:54
17 Q. And do you know what functionality this set of   12:54
18 APIs support?                          12:54
19 A. It's referring to the set of APIs that support   12:54
20 playback versus -- playback actions. So the actual,   12:54
21 like, making music play on the player versus the control   12:55
22 actions which are stop, go, skip.      12:55
23 Q. On the next page there's one of those graphics   12:55
24 that I think you were referring to.    12:55
25 A. Mm-hm.                             12:55

Page 109

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

**Page 110**

```
 1   Q.  And do you see that the title of this slide is   12:55
 2  also "Sonos Cloud Queue API"?                          12:55
 3   A.  Yes.                                               12:55
 4   Q.  Were you involved in creating this graphic?       12:55
 5   A.  No.  I did not create the graphic.                12:55
 6   Q.  Do you know if the architecture depicted in       12:55
 7  this graphic is ultimately what was used in the direct  12:55
 8  playback of Pandora on Sonos speakers?                 12:55
 9   A.  I do not remember if this accurately              12:55
10  represents what the final implementation was.  Because I  12:55
11  honestly don't remember all of the details of the final  12:55
12  implementation.                                        12:56
13   Q.  Do you recall if a Cloud Queue API was used in    12:56
14  the final implementation?                               12:56
15   A.  Cloud Queues were used for Pandora, yes.          12:56
16   Q.  There's a graphic of what looks like a phone      12:56
17  labeled "Your App."                                     12:56
18       Do you see that?                                   12:56
19   A.  Yes.                                               12:56
20   Q.  And that signifies the music app itself;          12:56
21  right?  So in this case Pandora's music app?           12:56
22   A.  Yes.                                               12:56
23   Q.  And next to it is a graphic labeled               12:56
24  "Sonos Player."                                         12:56
25       Do you see that?                                   12:56
```

**Page 111**

```
 1   A.  Yes.                                               12:56
 2   Q.  And that's meant to indicate a Sonos speaker;    12:56
 3  correct?                                                12:56
 4   A.  Yes.                                               12:56
 5   Q.  And between the "Your App" graphic and the        12:56
 6  "Sonos Player" graphic, there's a two-way arrow labeled  12:56
 7  "Control API."                                          12:56
 8       Do you see that?                                   12:56
 9   A.  Yes.                                               12:56
10   Q.  So does that represent the APIs that Sonos        12:56
11  built that allowed for control functionalities?         12:56
12   A.  Yes.                                               12:57
13   Q.  And were those control APIs available to          12:57
14  developers who wanted to implement direct playback onto  12:57
15  Sonos speakers?                                         12:57
16       MS. BRODY:  Objection to form.                     12:57
17       THE WITNESS:  Yeah.  I don't remember exactly     12:57
18  when they became available or even if they were publicly  12:57
19  available outside of the invitation only program.       12:57
20  BY MS. MA:                                              12:57
21   Q.  But were they available to Music Partners that    12:57
22  Sonos worked with on direct playback?                  12:57
23   A.  Yes.                                               12:57
24   Q.  There's also a double-sided arrow between         12:57
25  "Your App" and "Sonos Player" labeled "SSDP."          12:57
```

**Page 112**

```
 1       Do you see that?                                   12:57
 2   A.  Yes.                                               12:57
 3   Q.  What is "SSDP"?                                    12:57
 4   A.  I think SSDP is an over-the-air communication     12:57
 5  protocol, but I know zero details about it.            12:57
 6   Q.  Do you know what functionality it allowed for?   12:57
 7   A.  I don't.                                           12:57
 8   Q.  There's another double-sided arrow between the    12:58
 9  "Sonos" Speaker and the "Cloud Queue Server."         12:58
10       Do you see that?                                   12:58
11   A.  Yes.                                               12:58
12   Q.  And that's labeled the "Cloud Queue API" --       12:58
13   A.  Yes.                                               12:58
14   Q.  -- correct?                                        12:58
15   A.  Yes.                                               12:58
16   Q.  Does that refer to the Cloud Queue API that       12:58
17  Sonos developed?                                        12:58
18   A.  Yes.                                               12:58
19   Q.  And do you know if that's a set of APIs?          12:58
20   A.  Yeah.  That's the set of APIs for playback.      12:58
21   Q.  And did that -- strike that.                       12:58
22       When you say it was the API that allowed for     12:58
23  playback, did it allow for playback using queues in the  12:58
24  Cloud?                                                  12:58
25   A.  Yes.                                               12:58
```

**Page 113**

```
 1   Q.  The last page I want to look at is 31, which     12:59
 2  is slide 30, and that is the page with the Bates stamp  12:59
 3  ending in 368.                                          12:59
 4       Are you there?                                     12:59
 5   A.  Yes, I'm there.                                    12:59
 6   Q.  And this slide is also titled                      12:59
 7  "Sonos Cloud Queue API."                                12:59
 8       Do you see that?                                   12:59
 9   A.  Yes.                                               12:59
10   Q.  The subheading is "Cloud Queue APIs" with         12:59
11  three bullets.                                          12:59
12       Do you see that?                                   12:59
13   A.  Yes.                                               12:59
14   Q.  And the first bullet is "GET slash version."     12:59
15       Do you see that?                                   12:59
16   A.  Yes.                                               12:59
17   Q.  What functionality does this API allow for?      12:59
18   A.  It allows the partner to tell Sonos which         12:59
19  version of the Cloud Queue API they're using.          12:59
20   Q.  How many versions of the Cloud Queue API were    01:00
21  there?                                                  01:00
22   A.  I have no idea.                                    01:00
23   Q.  Were there more than five?                         01:00
24   A.  That one, I have no idea.                          01:00
25   Q.  But you knew that there was multiple versions?  01:00
```