# Exhibit 30
# Filed Under Seal

## Partner Summit Presentation Review

**Goal of the Meeting: Review the Agenda**

**25 confirmed attendees from 14 different music services**

## Monday

Welcome reception for the partners and a larger group of employees

614 Chappalla – Canyon Club conference room

Kristen:

Without you we wouldn't be here

Introductions

Introducing Mark

Mark

Talking about Product Vision: Thinking about the home in everything that we do

Tad Toulis (35 min + Questions)

Ultimate home music experience

Connection between music design and experience → Core Mission

Design Mission: Getting people to experience Joy

Hardware (what's coming)

Software (of the home and behaviors in the home)

*Video component*

*We want a partnership, not to step on top of them*

*How do we support your service in the context of the home?*

6 high level UX experience pillars

Not going into depth on Play to Sonos docs

Questions:

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                    SONOS-SVG2-00081530

*Leave it out*

**Question: Mapping?**

*We want to align SMAPI services with mobile control*

*Consistency across devices*

*Strike the details to avoid commitment and allude to universality*

**Demo Android API App**

*Moshe's App*

*Look into the Shuffler FM App*

**Show "Hello Sonos" code set – discovering, connecting and controlling**

**Control API Roadmap**

*Question: Timelines*

Specific on functionality but vaguer on timelines

*Question: Should we keep what's in the aspirational section?*

*Convenience API's is part of the game*

*Scenes vs. Fast Group/UnGroup*

*Scenes would be more appropriate*

**Cloud Queues**

**Question: Do we want to say Cloud Queue?**

We need feedback from Michael Papish

**Accent that this is not set in stone**

## Tuesday

**David Feick**

**Consumer Target**

*Music in the home*

*What makes a modern music lover?*

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY				SONOS-SVG2-00081533