# Exhibit 31
# Filed Under Seal

```
                                                          Page 1

 1                UNITED STATES DISTRICT COURT
 2               NORTHERN DISTRICT OF CALIFORNIA
 3
 4
         GOOGLE, LLC,                        )
 5                                           )
                 PLAINTIFF,                  )
 6                                           )
           VS.                               ) NO.
 7                                           ) 3:20-cv-06754-
         SONOS, INC.,                        ) WHA
 8                                           )
                 DEFENDANT.                  )
 9       _____)
         SONOS, INC.,                        )
10                                           )
                 PLAINTIFF,                  )
11                                           ) 3:21-CV-07559-
           VS.                               ) WHA
12                                           )
         GOOGLE, LLC,                        )
13                                           )
                 DEFENDANT.                  )
14       _____)
15                   C O N F I D E N T I A L
16           (THIS TRANSCRIPT HAS BEEN DESIGNATED
                     ATTORNEY'S EYES ONLY)
17
18
                 ZOOM VIDEOTAPED DEPOSITION OF
19
                       JUERGEN SCHMERDER
20
                   THURSDAY, AUGUST 25, 2022
21
22
23
24       JOB NO. 5367680
25       REPORTED BY:  D'ANNE MOUNGEY, CSR 7872
```

Page 18

1  question a different way.
2         When you first joined Sonos back in
3  December of 2014, did you have any direct reports?
4     A   Not immediately, but shortly thereafter.
5     Q   Do you recall roughly at what point you
6  started having direct reports?
7     A   I don't.  It wasn't too long.  Months.
8     Q   Do you recall how many direct reports you
9  eventually had?
10    A   Not the exact number, no.
11    Q   Do you have a ballpark estimate?
12    A   Less than ten.
13    Q   So when you started to have -- having these
14 direct reports, we'll say less than ten, were they
15 engineers, product managers?
16        What were their roles and responsibilities?
17    A   They were product managers and developer
18 advocates, which is a role that is sort of a support
19 function for external developers, developers of
20 other companies.
21    Q   What do you mean by "developers of other
22 companies"?
23    A   My role was platform in partnerships, so we
24 worked with partners, would implement the Sonos API
25 to make their media, most often music, but also

Page 19

1  audio books, podcasts, play on Sonos speakers
2  controlled by the Sonos app or controlled by another
3  app.
4     Q   Let's take a look a little bit at what you
5  have written here on your profile.
6         So I think you just explained a little bit
7  as to what platform and partnerships were.
8         But what do you mean by "platform"?
9     A   By "platform," the APIs that Sonos had
10 defined and the infrastructure that Sonos made
11 available to partners to build their own
12 integrations.
13    Q   So the integrations or the collaborations
14 you have with other partners utilizes the Sonos
15 infrastructure?
16    A   That is correct.
17    Q   And the first bullet point you say that you
18 built a team of developer advocates.
19        What are developer advocates?
20    A   Developer advocates are technical people
21 often with a developer background who help other
22 developers build what they are trying to build using
23 their company's technology.
24        So a developer advocate for Veritext would
25 help you build legal applications on a Veritext

Page 20

1  platform.  A developer advocate for Zoom would help
2  you build integrations into Zoom, so you could have
3  affects on the video feed or transcribe recordings
4  automatically.
5         A developer advocate for Sonos would help
6  you build music integrations or media integrations
7  to get audio playing on Sonos speakers.
8     Q   I see.  So essentially it helps -- a
9  developer advocate would work with individuals or
10 representatives from other companies to help
11 integrate those products onto the Sonos platform; is
12 that fair?
13    A   That is correct.
14    Q   The next bullet point -- we'll come back to
15 that in a second.
16        The next bullet point says you:  "Extended
17 the Sonos partner ecosystem."
18        What do you mean by the by "Sonos partner
19 ecosystem"?
20    A   What I mean with the Sonos partner
21 ecosystem is the company is the kind of company that
22 had integration on Sonos.
23    Q   And here you list:  "Voice Assistants,
24 (Amazon Alexa ), Smart Home Hubs & Components
25 (SmartThings, Savant, Crestron, Lutron, iPort)",

Page 21

1  et cetera.
2         Is it accurate that you also helped
3  integrate Google into the Sonos partner ecosystem?
4         MS. BRODY:  Objection; form.
5  BY MR. WILLIAMS:
6     Q   You can still answer that question.  I'm
7  sorry.
8     A   It is not very precise.
9     Q   How would you make it more precise?
10    A   I led a team that helped Google integrate
11 into the Sonos ecosystem.  I did not necessarily
12 personally do that.
13    Q   Okay.  So part of your role and
14 responsibilities was to oversee the team that did
15 help integrate Google to the Sonos ecosystem; is
16 that fair?
17    A   That is correct.
18    Q   The next bullet point you say you "Created
19 Sonos' new Developers and Partner Portal and Hosted
20 Annual Sonos Partner Summit."
21        What do you mean by the "new Developers and
22 Partner Portal"?
23    A   If you fire up your browser and go to
24 Developer.Sonos.com, that is the new partner portal.
25    Q   Okay.  What is the point of a partner

Page 22

1  portal?
2     A   It's a virtual, it's on line, it's in the
3  cloud, it's an entry point for partners to find all
4  documentation about the Sonos platform, the API
5  documentation, sample application, sample code
6  snippets that help them build their integration on
7  the way to submitting whatever they built for Sonos'
8  review and managing their partnership.
9         So it's -- I don't know how else to say it.
10 It's a partner portal.
11    Q   When did you create this partner portal for
12 Sonos?
13    A   I don't remember the exact time.  Maybe
14 between 2014 and '17.
15    Q   Okay.  Do you recall why you created the
16 partner portal?
17    A   Sonos had a partner portal at the time I
18 joined, and it wasn't well-organized and it was very
19 outdated technology, so we reimplemented a new
20 modern version to make it easier for partners to
21 integrate with Sonos.
22    Q   And throughout the -- the team that you
23 oversaw with the Google integration to the Sonos
24 platform, do you recall if Google had access to the
25 partner portal for that same integration?

Page 23

1     A   I actually do not recall that, no.
2     Q   Do you have any reason to believe that
3  Google did not have access to the partner portal
4  throughout the integration process?
5     A   We worked with Google before we had the
6  partner portal, which means they had access to all
7  of the documents that were listed there, or most of
8  the important documents that were listed there
9  before they existed on the portal.  So they might
10 not have needed this access.
11    Q   So fair to say that before the partner
12 portal that Google and Sonos had a free-flowing of
13 information between the two companies; is that
14 correct?
15        MS. BRODY:  Objection; form.
16        THE REPORTER:  I didn't hear the answer.
17        THE WITNESS:  Can you rephrase the
18 question?
19 BY MR. WILLIAMS:
20    Q   So fair to say before the partner portal,
21 that Google and Sonos had a free-flowing of
22 information between the two companies; is that
23 correct?
24        MS. BRODY:  Objection; form.
25        THE WITNESS:  Can you rephrase

Page 24

1  "free-flowing."  I don't know what you mean by that.
2  BY MR. WILLIAMS:
3     Q   Sure.  That Google and Sonos -- I'll
4  rephrase the whole question.
5         Is it fair to say that before the partner
6  portal, that Google and Sonos routinely exchanged
7  information between the two companies; is that --
8         MS. BRODY:  Objection; form.
9         If you understand that question,
10 Mr. Schmerder, you can answer.
11        THE WITNESS:  I don't understand freely.
12 We exchanged documents, yes.
13 BY MR. WILLIAMS:
14    Q   Okay.  So Sonos sent documents to Google;
15 is that correct?
16    A   That is correct.
17    Q   And Google sent documents back to Sonos as
18 well; correct?
19    A   Correct.
20    Q   Next bullet point you say that you "Drove
21 product strategy and roadmap for the Sonos
22 Platform."
23        What do you mean by you drove product
24 strategy for the Sonos platform?
25    A   So my team was not only in charge with

Page 25

1  working on the partner integration, but also in
2  charge of defining what kind of integrations Sonos
3  would want and allow on our platform, and what kind
4  of APIs we would have to make available to the
5  developer ecosystem over time to enable those
6  integrations.
7     Q   When you say -- when you mentioned what
8  kind of integration, what do you mean by that?
9     A   I'll answer that with an example and you
10 can ask another question.
11    Q   Sure.
12    A   Should your doorbell play on Sonos?
13 Somebody is at your door and they ring your
14 doorbell, should you get a chime or a notification
15 playing on your Sonos speaker in the room that
16 they're currently in?  It was one of these questions
17 that we discussed.
18        So should we give manufactures like Ring
19 that makes smart doorbells an API to find out where
20 in your home you're currently located and play the
21 doorbell sound on that speaker interrupting the
22 music.  And we had about -- we had many, many
23 questions like that.
24    Q   Okay.  And who was typically involved in
25 the decision as to what kind of integrations should