# Exhibit 33
# Filed Under Seal

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1    IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN
 2                     DISTRICT OF TEXAS
 3                      WACO DIVISION
 4
 5    SONOS, INC.,                      )
                                        )
 6           Plaintiff,                 )
                                        )
 7           vs.                        ) Case No.
                                        ) 3:21-cv-06754-WHA
 8    GOOGLE LLC,                       ) and
                                        ) 3:21-cv-07559-WHA
 9           Defendant.                 )
      _____ )
10    AND RELATED CROSS-ACTION.         )
      _____ )
11
12        HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
13
14       VIRTUAL VIDEOCONFERENCE VIDEO-RECORDED
15           DEPOSITION OF CHRISTINA VALENTE
16              Monday, May 11, 2022
17    Remotely Testifying from Belmont, Massachusetts
18
19
20
21
22
23    Reported By:
24    Hanna Kim, CLR, CSR No. 13083
25    Job No. 5229180
```

Page 1

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1  IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN
 2              DISTRICT OF TEXAS
 3                WACO DIVISION
 4
 5  SONOS, INC.,         )
                         )
 6      Plaintiff,       )
                         )
 7      vs.              ) Case No.
                         ) 3:21-cv-06754-WHA
 8  GOOGLE LLC,          ) and
                         ) 3:21-cv-07559-WHA
 9      Defendant.       )
    _____)
10  AND RELATED CROSS-ACTION.    )
    _____)
11
12
13       Virtual videoconference video-recorded
14  deposition of CHRISTINA VALENTE, remotely testifying
15  from Belmont, Massachusetts, pursuant to the
16  stipulations of counsel thereof, on Monday, May 11,
17  2022, before Hanna Kim, CLR, Certified Shorthand
18  Reporter, No. 13083.
19
20
21
22
23
24
25
                                                    Page 2
```

```
 1    REMOTE VIDEOCONFERENCE APPEARANCES OF COUNSEL:
 2
 3  For Sonos, Inc.:
 4      LEE SULLIVAN SHEA & SMITH
 5      BY: AMY BRODY, ESQ.
 6      656 W Randolph Street, Floor 5W
 7      Chicago, Illinois 60661
 8      312.757.4478
 9      brody@ls3ip.com
10
11  For Google LLC:
12      QUINN EMANUEL URQUHART & SULLIVAN, LLP
13      BY: LANA ROBINS, ESQ.
14      BY: LINDSAY COOPER, ESQ.
15      50 California Street, Suite 1800
16      San Francisco, California 94111
17      415.875.6600
18      lanarobinsquinnemanuel.com
19
20  Also Present:
21      DAVID WEST, Video Operator
22
23
24
25
                                                    Page 3
```

```
 1              INDEX OF EXAMINATION
 2
 3  WITNESS: CHRISTINA VALENTE
 4  EXAMINATION                              PAGE
 5      BY MS. ROBINS:                        11
 6
 ...
25
                                                    Page 4
```

```
 1              INDEX OF EXHIBITS
 2  VALENTE DEPOSITION EXHIBITS              PAGE
 3
 4  Exhibit 1006   February 14th, 2022, notices    14
 5                 of subpoena to Christina
 6                 Valente; 15 pages
 7  Exhibit 1007   Printout of PDF of LinkedIn     19
 8                 profile of Christina
 9                 Valente, downloaded on
10                 May 8, 2022; 4 pages
11  Exhibit 1008   E-mail from Adam Graham,        39
12                 6/12/2014, subject:
13                 "Agenda: Weekly Google/Sonos
14                 Sync"; Bates nos.
15                 GOOG-SONOSWDTX-00053883
16  Exhibit 1009   E-mail from Christina           57
17                 Valente, 2/13/2014, subject:
18                 "Beta Email Flow"; Bates
19                 nos. SONOS-SVG2-00193866
20  Exhibit 1010   E-mail set, top e-mail from     59
21                 Adam Graham, 2/12/2014,
22                 subject: "RE: External
23                 testers - MRP?"; Bates nos.
24                 SONOS-SVG2-00194279 through
25                 '281
                                                    Page 5
```

2 (Pages 2 - 5)

### Page 6

```
 1         INDEX OF EXHIBITS (CONTINUED)
 2  VALENTE DEPOSITION EXHIBITS              PAGE
 3
 4  Exhibit 1011   E-mail set, top e-mail from    62
 5                 Adam Graham, 3/20/2014;
 6                 Bates nos.
 7                 SONOS-SVG2-00187279 through
 8                 '187281
 9  Exhibit 1012   E-mail set, top e-mail from    67
10                 Christina Valente,
11                 3/20/2014; Bates nos.
12                 SONOS-SVG2-00201056 through
13                 '1058
14  Exhibit 1013   E-mail from Adam Graham,       71
15                 3/27/2015; Bates nos.
16                 SONOS-SVG2-00097413 through
17                 '414
18  Exhibit 1014   E-mail set, top e-mail from    83
19                 Christina Valente,
20                 11/25/2014; Bates nos.
21                 SONOS-SVG2-00206304 through
22                 '305
23
24
25
```

### Page 7

```
 1         INDEX OF EXHIBITS (CONTINUED)
 2  VALENTE DEPOSITION EXHIBITS              PAGE
 3
 4  Exhibit 1015   E-mail set, top e-mail from    84
 5                 Michael Mott, 11/4/2014;
 6                 Bates nos.
 7                 SONOS-SVG2-00185059 through
 8                 '060
 9  Exhibit 1016   "Prioritization Round 2"       86
10                 attachment; Bates nos.
11                 SONOS-SVG2-00185061 through
12                 '089
13  Exhibit 1017   E-mail from Craig Shelburne,   91
14                 5/5/2011; Bates nos.
15                 SONOS-SVG2-00198949
16  Exhibit 1018   Sonos, Inc., Content           93
17                 Integration Agreement; Bates
18                 nos. SONOS-SVG2-00198950
19                 through '957
20  Exhibit 1019   E-mail set, with top e-mail   105
21                 from Juergen Schmerder,
22                 3/24/2015; Bates nos.
23                 SONOS-SVG2-00205062 through
24                 '063
25
```

### Page 8

```
 1         INDEX OF EXHIBITS (CONTINUED)
 2  VALENTE DEPOSITION EXHIBITS              PAGE
 3
 4  Exhibit 1020   "Sonos Integrator             108
 5                 Agreement"; Bates nos.
 6                 SONOS-SVG2-00205064 through
 7                 '5071
 8  Exhibit 1021   Sonos, Inc., Content          115
 9                 Integration Agreement; Bates
10                 nos. GOOG-SONOSNDCA-00055243
11                 through '252
12  Exhibit 1022   E-mail from Aaron Goldstein,  126
13                 10/11/2019; Bates nos.
14                 SONOS-SVG2-00202342 through
15                 '343
16
17                     --o0o--
```

### Page 9

```
 1      Remotely Testifying from Belmont, Massachusetts
 2      Wednesday, May 11, 2022; 9:08 a.m., EDT
 3                      --o0o--
 4      THE VIDEOGRAPHER:  Okay.  Good morning.
 5  We are on the record.                       09:08:17
 6      The time is 9:08 a.m., and that is Eastern
 7  Time.  The date today is May 11th, 2022.
 8      Please note that this deposition is being
 9  conducted virtually.
10      Quality of recording depends on the     09:08:35
11  quality of camera and internet connection of
12  participants.
13      What is seen from the witness and heard on
14  screen is what will be recorded.
15      Audio and video recording will continue to 09:08:45
16  take place unless all parties agree to go off the
17  record.
18      This is Media Unit 1 of the video-recorded
19  deposition of Christina Valente, taken by counsel
20  for Google LLC, in the matter of Google LLC versus 09:08:59
21  Sonos, Inc. and Sonos, Inc. versus Google LLC, filed
22  in the United States District Court, for the
23  Northern District of California.
24      The case numbers are 3:21-cv-06754-WHA and
25  3:21-cv-07559-WHA.                          09:09:27
```

**Page 58**

1  A.  My role was to manage the alpha and beta
2  processes and participation.
3  Q.  The bottom of the e-mail has a section
4  called "Test CAST"; correct?
5  A.  Correct.                                      10:37:12
6  Q.  And that section reads, "Using an Android
7  phone or tablet you will be able to CAST to a Sono
8  player" -- Sonos player"; correct?
9  A.  Correct.
10 Q.  It also says, "Download Google Play Music   10:37:49
11 from the app store.  Select CAST in the upper left
12 hand corner of the Listen Now screen"; correct?
13 A.  Correct.
14 Q.  So in order to CAST, a user would have to
15 select CAST in the Google Play Music application?  10:38:11
16 A.  Correct.
17 Q.  Had Google and Sonos already built the
18 Cloud Queue functionality at this point in time?
19     MS. BRODY:  Objection to form.
20     THE WITNESS:  I don't recall.            10:38:36
21 BY MS. ROBINS:
22 Q.  So you don't remember if Cloud Queue was
23 ready for beta testing at this point in time?
24 A.  I don't recall.
25 Q.  Are you familiar with Google's Media Route  10:38:56

**Page 59**

1  Provider Protocol?
2  A.  No.
3  Q.  Are you familiar with MRP?
4  A.  Yes.
5  Q.  Do you understand MRP to be an acronym for  10:39:25
6  Media Route Provider Protocol?
7  A.  Yes.
8  Q.  What do you understand MRP to be?
9  A.  I don't recall.
10 Q.  Is there any relationship between SMAPI   10:40:02
11 and MRP?
12 A.  No.
13 Q.  Did SMAPI use MRP?
14 A.  No.
15     MS. ROBINS:  I'm going to introduce       10:40:22
16 another exhibit through Exhibit Share, and I will
17 let you know when it is up.
18     I just introduced the exhibit to Exhibit
19 Share, and I would like to mark this document as
20 Exhibit 1010.                                      10:41:17
21     (Valente Deposition Exhibit 1010 was
22     marked electronically.)
23 BY MS. ROBINS:
24 Q.  Can you please let me know when you have
25 the document up.                                   10:41:24

**Page 60**

1  A.  Yes, I have the document up.
2  Q.  Do you recognize this document?
3  A.  Yes, I do.
4  Q.  It's a February 12th, 2014, e-mail that
5  you sent to Adam Graham; correct?                 10:42:28
6  A.  Correct.
7      MS. BRODY:  Objection.  That
8  mischaracterizes the document, which includes
9  various e-mails of different dates.
10 BY MS. ROBINS:                                    10:42:40
11 Q.  It is an e-mail chain between you and Adam
12 Graham; correct?
13 A.  Yes, it is.
14 Q.  And the last e-mail, the most recent
15 e-mail, is from February 12th, 2014?               10:42:49
16 A.  The most recent e-mail is dated Wednesday,
17 February 12th, 2014.
18 Q.  And the subject line is "External
19 testers-MRP?"; correct?
20 A.  Correct.                                      10:43:28
21 Q.  The third line of the most recent e-mail
22 refers to the "Biggie program"; correct?
23 A.  Correct.
24 Q.  What was the Biggie program?
25 A.  That was code name -- that was a code name  10:43:46

**Page 61**

1  internally.
2  Q.  What was it a code name for?
3  A.  I believe it was Google Play2Sonos.
4  Q.  Did it have anything to do with SMAPI?
5  A.  I can't remember the details of the           10:44:11
6  program.
7  Q.  What was your role in the Biggie program?
8  A.  My role in the Biggie program is
9  highlighted in the bullet points.  Basically I was
10 responsible for recruiting external beta testers.  10:44:37
11 Q.  What was the Devo project?
12 A.  I don't recall.
13 Q.  Do you recall if Biggie and Devo were
14 similar?
15 A.  I don't recall.                                10:45:07
16 Q.  Did you work on MRP through your work on
17 the Biggie program?
18 A.  Again, my role was organizing beta
19 testers.  I did not do any development work on MRP.
20 Q.  What was your understanding of the             10:45:37
21 differences between MRP and CAST?
22     MS. BRODY:  Objection to form.
23     THE WITNESS:  I don't know.  I can't
24 remember.
25 BY MS. ROBINS:                                     10:46:00