# Exhibit 16
# Filed Under Seal

Message

| | |
|---|---|
| **From:** | eureka-dogfood-discuss@google.com [eureka-dogfood-discuss@google.com] |
| on behalf of | Debajit Ghosh [debajit@google.com] |
| **Sent:** | 7/23/2013 5:04:53 AM |
| **To:** | Mark Meiss [markmeiss@google.com] |
| **CC:** | Eureka Dogfood Discuss [eureka-dogfood-discuss@google.com] |
| **Subject:** | Re: Reactions after a weekend with Eureka + Play Music |

thanks for the feedback!  glad you like the large album art.  we've also gotten feedback about the panning animation not being smooth enough, so we're tweaking our now playing implementation for the tv, but we're going to continue to start with the large album art to keep things interesting.

currently, the Android app controls playback on Eureka (we'll ultimately move to a cloud queue model that spans devices, including Eureka).  until then, we want to add prequeueing support in general (needs to be added to the SDK), especially to significantly reduce track-to-track latency and ultimately support gapless; an interesting thing with that change would be the possibility to show the next song in the queue, so something we're considering for the future.

re: volume, thanks for the report -- filed b/9975259 to track.

will keep the other suggestions in mind as well.

thanks!

On Mon, Jul 22, 2013 at 7:53 PM, Mark Meiss <markmeiss@google.com> wrote:
> First off, this is a *fantastic* feature.  Eureka already had me finally
> seriously using Youtube channels, and now it's going to let me get a lot
> more out of my Play Music All Access account.
>
> Pros:
>
> - Seeing the album cover!  Seriously, seeing the cover of an album I'm
> listening to on a 40" screen while I'm listening puts the album art in front
> of me in a way that I haven't experienced since turntable days.
>
> Cons:
>
> - Every time I reconnect my tablet to the Eureka for casting, the casting
> volume is reset to 100%.
>
> Suggestions:
>
> - Have a "show what's coming up in the queue" mode.
>
> - Just for fun: It would be fun to have a "just the images" mode in which
> the song title / artist / album / label only show up as a block of text with
> drop shadows in the corner of the screen, shades of '80s MTV.
>
> - If a song has an official music video available through a Youtube partner
> like VEVO, can we have an option to play the music video rather than the
> Play Music track?
>

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    GOOG-SONOS-NDCA-00078023