# EXHIBIT 4
## FILED UNDER SEAL

*Exhibit Q to the November 30, 2022 Opening Expert Report of Dr. Kevin C. Almeroth*

# Creating / Saving a First Speaker Group





Master Bedroom

Living Room

Kitchen

"Join_Group" Message

"Join_Group" Message

153

# Invoking the First Speaker Group via Google Home App




178