# EXHIBIT 5
FILED UNDER SEAL

*Transcript from the January 30, 2023 Deposition of Kevin Almeroth*

**Page 58**

1  standalone mode and continued to be in standalone       9:59AM
2  mode. Your hypothetical did not describe that
3  detail.
4      So really, given it's incompleteness, the
5  best that I could say is that it depends on some of    9:59AM
6  the additional details. And those being details
7  that would be required of the claim but weren't
8  included in your hypothetical.
9  BY MR. KAPLAN:
10     Q  With respect to player A where you said     9:59AM
11 you couldn't tell from my hypothetical scenario
12 whether it was in standalone mode or not, besides
13 player A playing back music individually, what
14 additional information would you require to
15 determine whether or not player A was in standalone   10:00AM
16 mode?
17     MR. SHEA: Objection to form.
18     THE WITNESS: It's hard to say in the
19 hypothetical. Typically what I relied on for
20 infringement is that it was not in group mode, that   10:00AM
21 it wasn't part of the launched group.
22 BY MR. KAPLAN:
23     Q  So taking a speaker that's playing back
24 music individually, with that alone, you can't tell
25 whether that would be a standalone mode speaker or    10:00AM

**Page 59**

1  not; is that right?                                   10:00AM
2      MR. SHEA: Objection to form.
3      THE WITNESS: Well, I can envision a
4  system that doesn't have modes at all and so
5  characterizing a speaker as being in standalone mode  10:01AM
6  just because it was playing audio does not seem like
7  it would follow in the context of determining
8  whether or not a limitation was met.
9      If that's all that you had was -- sorry.
10 If that's all that you had was that it was playing    10:01AM
11 audio, that wouldn't be sufficient to determine
12 whether or not it was in standalone mode or not.
13 BY MR. KAPLAN:
14     Q  I apologize, I did not mean to speak over
15 you. I thought you were done with your answer.        10:01AM
16     A  That's fine.
17     Q  If I had said that the hypothetical
18 scenario was player A where player A was an accused
19 Google player and that was playing back media
20 individually, then could you answer the question of   10:02AM
21 whether or not you can tell if it's in standalone
22 mode or not?
23     MR. SHEA: Objection to form, incomplete
24 hypothetical.
25     THE WITNESS: Could you repeat the             10:02AM

**Page 60**

1  question?                                            10:02AM
2  BY MR. KAPLAN:
3      Q  If player A was an accused Google player
4  playing back media individually, can you tell me
5  whether or not player A is in standalone mode or     10:02AM
6  not?
7      MR. SHEA: Sorry, objection to form.
8      Marc, are we now talking about your
9  modified Scenario 3 or are you just asking a
10 question outside the context of that? It's not       10:03AM
11 super clear to me at this point.
12     MR. KAPLAN: That's a speaking objection.
13 If the witness has a question for me, he can ask it.
14 But you can't object like that.
15     MR. SHEA: I'm just trying to make sure       10:03AM
16 the record is clear, Marc. I'm just asking so we're
17 all on the same page.
18     MR. KAPLAN: That's a continued speaking
19 objection. But if the witness has a question for
20 me, he can ask it.                                   10:03AM
21     THE WITNESS: In the context of an accused
22 Google device, I would have to double check, for
23 example, whether or not you can have a group with
24 only one member in it.
25     But if you're not in a launched group,       10:04AM

**Page 61**

1  then you would be -- and you were playing audio --   10:04AM
2  or actually, regardless of whether or not you were
3  playing audio, if you weren't part of a launched
4  group, you -- I say "you," so let me start over.
5      If an accused Google player were not in a    10:04AM
6  launched group, I'm not aware sitting here right now
7  of any scenario where it would not be in standalone
8  mode.
9  BY MR. KAPLAN:
10     Q  If an accused Google player was in a group  10:05AM
11 where the speaker was the only member of the group
12 and it was playing back media, would that speaker be
13 a standalone mode speaker?
14     MR. SHEA: Objection to form.
15     THE WITNESS: I am not sure what that        10:05AM
16 would look like, so I would have to go back and see
17 if you could have a launched group with a single
18 member.
19     But if you're not in a launched group, as
20 I testified to you, I'm not aware sitting here right 10:05AM
21 now of scenarios where you wouldn't be in standalone
22 mode.
23 BY MR. KAPLAN:
24     Q  Are you accusing speakers that are in a
25 launched group with only a single member of          10:06AM

16 (Pages 58 - 61)

**Page 66**

1  BY MR. KAPLAN:                               10:13AM
2    Q   Can a device be configured to play back
3  media individually if it has been stopped?
4    A   I think it would be the same answer.
5        In the context of the accused players,  10:13AM
6  they can be in standalone mode even when they are
7  stopped, even when they are not currently playing
8  audio producing sound waves.
9    Q   An accused player can be in standalone
10 mode when it's playing back media individually;   10:13AM
11 right?
12   A   An accused player can be in standalone mode
13 and be playing audio individually.
14   Q   An accused player could also be in
15 standalone mode if it is paused from playing back  10:14AM
16 media individually; is that right?
17   A   It would be the same answer.
18   Q   Your answer before was playing audio
19 individually, so I don't think that would apply.  So
20 let me try one more time.                         10:14AM
21       An accused player could also be in
22 standalone mode if it is paused from playing back
23 media individually; is that right?
24   A   With this example and with others, if the
25 device is not in group mode and it's in standalone  10:14AM

**Page 67**

1  mode, then whether it's playing sound waves or not is  10:14AM
2  a -- it's still configured to play back media
3  individually.
4    Q   Is an accused device in standalone mode --
5  strike that.                                     10:15AM
6        Can an accused device be in standalone
7  mode if it was playing back media individually and
8  it has been paused?
9    A   If nothing else has changed about the
10 accused product other than the sound is no longer  10:15AM
11 coming out of the speaker because it's been paused, it
12 would still be configured to play back media
13 individually and be in standalone mode.
14   Q   Can an accused device be in standalone
15 mode if it was playing back media individually and  10:15AM
16 the application causing the player to play back
17 media individually has been stopped?
18   A   If that's the only thing that's different
19 about the device, it was still in standalone mode and
20 the application that was playing the audio was   10:16AM
21 stopped, it would still be in standalone mode.
22   Q   Is a device that is not playing back media
23 in standalone mode?
24       MR. SHEA:  Objection to form.
25       THE WITNESS:  That's incomplete.  I don't  10:16AM

**Page 68**

1  have enough information to determine whether it is  10:16AM
2  or is not.
3  BY MR. KAPLAN:
4    Q   What more information would you need?
5    A   It's hard for me to give you a specific   10:16AM
6  list.  In the context of an accused product, I would
7  look to see whether or not it's in group mode.  If it
8  wasn't in group mode, then I believe it would be in
9  standalone mode.
10   Q   How do you tell for a device that's not   10:17AM
11 playing back media whether it's in group mode or
12 not?
13   A   I would look to determine whether or not,
14 say, for example, in the '966 patent, whether or not
15 that device was operating in accordance with the first  10:17AM
16 predefined group of zone players such that the first
17 zone player is configured to coordinate with at least
18 the second zone player the output media in synchrony
19 with output of media by at least the second zone
20 player.                                          10:17AM
21   Q   I think you just read the claim language
22 and I'm trying to ask a simpler question to figure
23 out what your opinions are.  Let me try again.
24       How do you tell for a device that's not
25 playing back media whether it is in group mode or  10:18AM

**Page 69**

1  not in group mode?                               10:18AM
2        MR. SHEA:  Objection to form.
3        THE WITNESS:  So that's the way I would
4  determine whether or not it was this group mode
5  would be to look at the requirements of the claim  10:18AM
6  language to see if those were met or not.
7        If there was some portion of at least for
8  the '966 patent that was not met by what is required
9  of operating in accordance with the predefined
10 group, then it's not in group mode.              10:18AM
11       And if it's not in group mode, then I
12 believe it would be in standalone mode.
13 BY MR. KAPLAN:
14   Q   When the speaker is not playing back
15 media, in which cases will it be operating in    10:18AM
16 accordance with --
17       THE REPORTER:  In accordance with --
18       THE WITNESS:  Your question is an
19 incomplete hypothetical.  I don't have the kinds of
20 information I would need to determine whether or not  10:19AM
21 it was operating group mode or standalone mode.
22 BY MR. KAPLAN:
23   Q   What information would you need to
24 determine whether or not the speaker was operating
25 in group mode when it was not playing back media but  10:19AM