# EXHIBIT 5
# Filed Under Seal

```
 1                  UNITED STATES DISTRICT COURT
 2            FOR THE NORTHERN DISTRICT OF CALIFORNIA
 3    SONOS, INC.,
 4        Plaintiff,
 5             vs.              Case No. 3:21-CV-07559-WHA
 6    GOOGLE LLC
 7        Defendant.
      _____
 8
      -AND-
 9
      GOOGLE LLC,
10
          Plaintiff,
11
               vs.              Case No. 3:20-CV-06754-WHA
12
      SONOS, INC.,
13
          Defendant.
14    _____
              **CONFIDENTIAL - ATTORNEYS' EYES ONLY**
15
            ZOOM DEPOSITION OF JAMES E. MALACKOWSKI
16
      (Reported Remotely via Video & Web Videoconference)
17
             Miami, Florida (Deponent's location)
18
                   Monday, January 30, 2022
19
                          Volume 1
20
      STENOGRAPHICALLY REPORTED BY:
21    REBECCA L. ROMANO, RPR, CSR, CCR
      California CSR No. 12546
22    Nevada CCR No. 827
      Oregon CSR No. 20-0466
23    Washington CCR No. 3491
24    JOB NO. 5686085
25    PAGES 1 - 297


                                                        Page 1
```

| | | |
|---|---|---|
| 1 | the benchmark that I used, so I didn't think there | 04:18:50 |
| 2 | would be any need for a change there. | |
| 3 |     And we moved forward to talk about the | |
| 4 | '966 royalty base issues that you and I have | |
| 5 | already spoken about. | 04:19:05 |
| 6 |     Q.   So since your deposition in connection | |
| 7 | with the share down trial, have you become aware of | |
| 8 | any users of the IFTTT app other than members of | |
| 9 | your Ocean Tomo team, outside counsel for Sonos, or | |
| 10 | Sonos' retained technical experts who have used | 04:19:23 |
| 11 | that app for grouping of speakers? | |
| 12 |     A.   No, but I, A, didn't seek such because | |
| 13 | it's not relevant, and, B, I don't know how that | |
| 14 | information would ever be available.  We know that | |
| 15 | there is a very large number of users for IFTTT, | 04:19:40 |
| 16 | but I don't have that data to show how they've | |
| 17 | configured their use. | |
| 18 |     Q.   You haven't seen any examples on the | |
| 19 | IFTTT website of users using an IFTTT applet for | |
| 20 | grouping of speakers or for Zone Scene? | 04:20:00 |
| 21 |     A.   I haven't, but I wouldn't expect to. | |
| 22 | Given the pervasiveness of Google's infringement | |
| 23 | and the ability to group through Sonos, I don't | |
| 24 | suspect that IFTTT is necessary, because most users | |
| 25 | fall into one of those two camps, the authorized | 04:20:17 |