# EXHIBIT 6
# Filed Under Seal

CLEMENT SETH ROBERTS (STATE BAR NO. 209203)
croberts@orrick.com
BAS DE BLANK (STATE BAR NO. 191487)
basdeblank@orrick.com
ALYSSA CARIDIS (STATE BAR NO. 260103)
acaridis@orrick.com
EVAN D. BREWER (STATE BAR NO. 304411)
ebrewer@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:    +1 415 773 5700
Facsimile:    +1 415 773 5759

SEAN M. SULLIVAN (*pro hac vice*)
sullivan@ls3ip.com
COLE RICHTER (*pro hac vice*)
richter@ls3ip.com
LEE SULLIVAN SHEA & SMITH LLP
656 W Randolph St., Floor 5W
Chicago, IL 60661
Telephone:    +1 312 754 0002
Facsimile:    +1 312 754 0003

*Attorneys for Defendant Sonos, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GOOGLE LLC,<br><br>　　　　Plaintiff and Counter-defendant,<br><br>　　v.<br><br>SONOS, INC.,<br><br>　　　　Defendant and Counter-claimant. | Case No. 3:20-cv-06754-WHA<br>Related to Case No. 3:21-cv-07559-WHA<br><br>**OPENING EXPERT REPORT OF**<br>**DR. KEVIN C. ALMEROTH** |







As shown in the first screenshot of the Google Home app, at the time the "Morning" group was launched using the YouTube Music app, the "Master Bedroom" player was engaging in active playback. I also observed this audibly. As shown in the remainder of the screenshots of the

**HIGHLY CONFIDENTIAL - SOURCE CODE - ATTORNEYS' EYES ONLY**

YouTube Music app, after selecting the "Morning" group from the list of available devices, the Cast icon at the top of the YouTube Music GUI turns to solid white and, in the last screenshot, the YouTube Music App indicated that the "Morning" group had been launched. I also observed that, after the "Morning" group was launched, the "Kitchen" and "Master Bedroom" players both began playing the same song and it sounded to me as though the "Kitchen" and "Master Bedroom" players were outputting audio in synchrony with one another.

236.    This eighth set of screenshots shows an example where the "Evening" speaker group was selected for launch via the YouTube Music app in a scenario where the "Kitchen" and "Master Bedroom" players were outputting audio in synchrony with one another in accordance with the "Morning Group" and the "Living Room" player was operating in standalone mode and not engaging in active playback:

speakers between the Applets. For example, the "Garden" Applet was built using the Sonos "Living Room" and "Kitchen" speakers, while the "Evening" Applet was built using the Sonos "Living Room" and "Master Bedroom" speakers.

813. As also previously explained, each speaker in an Applet may be set up to play back the same song (e.g., the "Naturally" song) as the other speakers in that Applet.

814. In this regard, the IFTTT Applets are technologically comparable to the "zone scene" technology claimed in the '885 and '966 Patents. That is, these Applets can be used to create and save a predefined group of playback devices, such as speakers, that can later be invoked to cause such devices to playback the same song. These saved groups can also be named according to a common theme, such as "Garden," "Morning," "Afternoon," and "Evening." Moreover, the Applets allow for these predefined groups to include overlapping playback devices and to be capable of playing back the same song.

815. It should be understood, however, that the IFTTT Applets do not perform each and every limitation of the claims of the '885 and '966 Patents and do not provide the full scope of advantages explained above. As one non-limiting example, these Applets do not enable the creation of groups of speakers that are "configured for synchronous playback of media" when invoked, as required by limitations 1.6 and 1.7 of Asserted Claim 1 of the '885 Patent and limitations 1.5 and 1.7 of Asserted Claim 1 of the '966 Patent. As such, unlike the '885 and '966 Patents' claimed technology, the smart speaker groups created via these IFTTT Applets do not provide the advantage of synchronous audio playback because the smart speakers in a group created and invoked with an IFTTT Applet would have unwanted echo (e.g., echo caused by clock drift between the smart speakers and/or echo caused by differences in the playback start time of the audio on each smart speaker).

816. Nevertheless, it is my opinion that, while the technology incorporated into the IFTTT Applets may be inferior to the claimed technology of the '885 and '966 Patents, the IFTTT Applets are technologically comparable to the claimed "zone scene" technology of the '885 and '966 Patents.

**XIX. <u>DEMONSTRATIVES</u>**