# EXHIBIT 8
# Filed Under Seal

```
1              UNITED STATES DISTRICT COURT
2          FOR THE NORTHERN DISTRICT OF CALIFORNIA
3    --------------------------------------------------------x
     SONOS, INC.,
4
                    Plaintiff,
5    vs.                        Case No. 3:21-CV-07559-WHA
6    GOOGLE LLC,
                    Defendant.
7    --------------------------------------------------------x
8    -AND-
9    --------------------------------------------------------
10             UNITED STATES DISTRICT COURT
11         FOR THE NORTHERN DISTRICT OF CALIFORNIA
12   --------------------------------------------------------x
13   GOOGLE LLC,
14                  Plaintiff,
15   vs.                        Case No. 3:20-CV-06754-WHA
16   SONOS, INC.,
                    Defendant.
17   --------------------------------------------------------x
18       **HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**
19                      **SOURCE CODE**
20
21     REMOTE VIDEOTAPED DEPOSITION BY VIRTUAL ZOOM OF
22                      KEVIN ALMEROTH
23                Monday, January 30, 2023
24   Reported By: Lynne Ledanois, CSR 6811
25   Job No. 5686030
```

Page 1

1      comparability that I was pointing to as examples.      12:27PM

2      BY MR. KAPLAN:

3          Q    So if assuming it's correct that there

4      have been billions of enabled and created applets

5      and that those have nothing to do with speaker      12:27PM

6      grouping, in your view that wouldn't change your

7      opinion that the app itself is technically

8      comparable; is that right?

9              MR. SHEA:  Objection to form.

10             THE WITNESS:  It would not change my       12:28PM

11     conclusion with respect to the app being technically

12     comparable, especially in the paid app version where

13     you have a compound action that's required.

14     BY MR. KAPLAN:

15         Q    You understand that IFTTT has been used to   12:28PM

16     create applets to text your lost Android phone and

17     turn the ringer volume up to 100 percent?

18             THE REPORTER:  Sorry?

19             THE WITNESS:  I don't have that specific

20     applet in mind, but it's probably possible.         12:28PM

21             Lots of things are possible within a

22     framework to allow if this, then that.

23     BY MR. KAPLAN:

24         Q    As described, that applet doesn't cover

25     comparable material to the inventions, does it?     12:28PM

```
 1            MR. SHEA:  Objection to form.                  12:28PM
 2            THE WITNESS:  So, again, you're trying to
 3   bucket out particular apps and isolate only on those
 4   apps and suggest that there's some hypothetical app
 5   that only provided that functionality and then         12:29PM
 6   consider the question of whether or not that
 7   functionality or that particular use of that
 8   functionality in isolation is or is not technically
 9   comparable.
10            That's not really the appropriate inverse    12:29PM
11   of my analysis, so it's hard to answer the question
12   of because an app has that functionality -- sorry.
13            Because the IFTTT app has that
14   functionality does not mean that it is no longer
15   technically comparable for the reasons that I have    12:29PM
16   identified.
17   BY MR. KAPLAN:
18       Q    My question is:  Does the applet as I
19   described it which texts your lost Android phone to
20   turn the ringer volume up to 100 percent, is that     12:29PM
21   applet technically comparable to the claimed
22   invention?
23            MR. SHEA:  Objection to form.
24            THE WITNESS:  I haven't offered an opinion
25   one way or another whether it's technically           12:30PM
```

```
 1    comparable.                                              12:30PM
 2             Whether it is or isn't is irrelevant to
 3    the examples that I have identified and the basis
 4    for not only examples, but why the underlying
 5    functionality together is technically comparable.        12:30PM
 6             So whether it is in the context of other
 7    apps or functionality, I haven't offered an opinion.
 8    Whether it is or isn't technically comparable
 9    doesn't change the opinions that are in my report.
10    BY MR. KAPLAN:                                           12:30PM
11        Q    These other uses of the IFTTT app to
12    create different applets, the ones that you haven't
13    studied you believe are irrelevant to your opinions?
14             MR. SHEA:  Objection to form.
15             THE WITNESS:  No, I think as I just             12:30PM
16    testified, whether or not they are technically
17    comparable or not doesn't change my opinion with
18    respect to the fact that the app in the professional
19    version is technically comparable for the reasons
20    I've set forth in the report.                            12:31PM
21             It's not even necessarily that they are
22    irrelevant, it's just the fact that they exist, it
23    doesn't change my opinion one way or another with
24    respect to the technical comparability of the app.
25
```

Page 139

```
 1   BY MR. KAPLAN:                                          12:31PM
 2       Q   So there could be billions of applets out
 3   there that are unrelated to speaker grouping and
 4   that would not change your opinions about the
 5   technical comparability of the IFTTT app?              12:31PM
 6       A   The fact that IFTTT has the flexibility that
 7   it does and that you can create applets that may or
 8   may not be related technically or not does not change
 9   my opinion that IFTTT in the version that I identified
10   has uses that are technically comparable.              12:32PM
11       Q   In your view, could a programming
12   language, for example, let's say Microsoft Developer
13   Studio, or an app that allows you to program
14   software, could that be technically comparable to
15   the inventions?                                        12:32PM
16           MR. SHEA:  Objection to form.
17           THE WITNESS:  I'm not sure what that would
18   entail.  Whether it's hypothetically possible would
19   depend.  I would have to know more, see more, do the
20   analysis.  It depends.                                 12:32PM
21   BY MR. KAPLAN:
22       Q   For example, you're an engineer and a
23   software engineer could use Microsoft Developer
24   Studio to create essentially the same functionality
25   that you identified with the Sonos applet in your      12:33PM
```