# EXHIBIT 2
# FILED UNDER SEAL

```
 1              UNITED STATES DISTRICT COURT
 2         FOR THE NORTHERN DISTRICT OF CALIFORNIA
 3   SONOS, INC.,
 4        Plaintiff,
 5             vs.               Case No. 3:21-CV-07559-WHA
 6   GOOGLE LLC
 7        Defendant.
     _____
 8
     -AND-
 9
     GOOGLE LLC,
10
          Plaintiff,
11
               vs.               Case No. 3:20-CV-06754-WHA
12
     SONOS, INC.,
13
          Defendant.
14   _____
            **CONFIDENTIAL - ATTORNEYS' EYES ONLY**
15
         ZOOM DEPOSITION OF JAMES E. MALACKOWSKI
16
     (Reported Remotely via Video & Web Videoconference)
17
           Miami, Florida (Deponent's location)
18
                 Monday, January 30, 2022
19
                        Volume 1
20
     STENOGRAPHICALLY REPORTED BY:
21   REBECCA L. ROMANO, RPR, CSR, CCR
     California CSR No. 12546
22   Nevada CCR No. 827
     Oregon CSR No. 20-0466
23   Washington CCR No. 3491
24   JOB NO. 5686085
25   PAGES 1 - 297
```

Page 1

CONFIDENTIAL - ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | through -- through other revenue streams? | 12:02:21 |
| 2 |     A.   It is not my opinion that that happens in | |
| 3 | every case, which is exactly why I present the | |
| 4 | larger background discussion of Google as a company | |
| 5 | willing to sell products that is a loss for other | 12:02:38 |
| 6 | strategic reasons.  That is why the evidence | |
| 7 | regarding the Mini, for example, is relevant to my | |
| 8 | conclusions. | |
| 9 |     Q.   When did -- when did Google Mini -- let | |
| 10 | me ask you:  When did the Google Mini come out? | 12:02:56 |
| 11 |     A.   I believe there's reference to that in my | |
| 12 | timeline.  I don't recall from memory. | |
| 13 |     Q.   How about the Nest Mini?  Do you remember | |
| 14 | when that came out? | |
| 15 |     A.   Again, I don't want to speculate from | 12:03:13 |
| 16 | memory when any given product was introduced. | |
| 17 |     Q.   So you -- you obviously agree that | |
| 18 | companies do not always immediately turn a profit | |
| 19 | on new products? | |
| 20 |     A.   That is a true statement. | 12:03:32 |
| 21 |     Q.   In fact, it often takes companies several | |
| 22 | years to see a profit on -- on products that are | |
| 23 | launched? | |
| 24 |     A.   That is a true statement, but it's a very | |
| 25 | general one.  There are some companies for which | 12:03:48 |

CONFIDENTIAL - ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | that is true.  I would say that product that is | 12:03:50 |
| 2 | sold at a gross margin loss typically will not make | |
| 3 | it upon volume, that products that are sold at an | |
| 4 | operating loss may, in fact, make it up through | |
| 5 | volume increases. | 12:04:04 |
| 6 | Q.   What year did Sonos first make a profit? | |
| 7 | A.   I don't recall from memory.  I believe | |
| 8 | there is historical information of Sonos | |
| 9 | profitability within the record of this case and | |
| 10 | some general reference within my report as to Sonos | 12:04:22 |
| 11 | history. | |
| 12 | Q.   Okay.  Are you -- you're not saying that | |
| 13 | Sonos made a profit in its first year of selling | |
| 14 | products, correct? | |
| 15 | A.   I'm not giving an opinion either way, | 12:04:40 |
| 16 | because such as is not relevant to my | |
| 17 | determination.  But there is information available | |
| 18 | that one could go and -- and consider that.  I do | |
| 19 | talk about the fact that Sonos was a pioneer, and I | |
| 20 | do not suspect that they made a profit in their | 12:04:56 |
| 21 | first year. | |
| 22 | Q.   And Sonos -- they didn't make a profit | |
| 23 | within their first four years, did they? | |
| 24 | A.   I -- I don't recall from memory.  We | |
| 25 | would have to go back to the Sonos financial | 12:05:11 |

Veritext Legal Solutions
866 299-5127

CONFIDENTIAL - ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | statements to determine that. | 12:05:16 |
| 2 | I'll note that that's not a particular | |
| 3 | element within my consideration set for the | |
| 4 | royalty, so I would just simply defer you to their | |
| 5 | published financial statements. | 12:05:30 |
| 6 | Q.   Sonos wasn't profitable in 2015, correct? | |
| 7 | A.   Same answer. | |
| 8 | Q.   And Sonos wasn't profitable in 2016 or | |
| 9 | 2017, correct? | |
| 10 | A.   Same answer. | 12:05:43 |
| 11 | Q.   Which is what? | |
| 12 | A.   Which is the accounting statements would | |
| 13 | demonstrate that one way or the other.  I don't | |
| 14 | recall from memory.  It's not specifically factored | |
| 15 | into my analysis. | 12:05:53 |
| 16 | MR. JUDAH:  I'm going to introduce | |
| 17 | another exhibit. | |
| 18 | (Exhibit 9 was marked for identification | |
| 19 | by the Court Reporter and is attached hereto.) | |
| 20 | MR. JUDAH:  So this is going to be | 12:06:21 |
| 21 | Exhibit 9. | |
| 22 | So Exhibit 9 -- sorry.  Let me just -- | |
| 23 | It is a document, an article entitled | |
| 24 | "Sonos reveals pitch to investors ahead of IPO." | |
| 25 | Q.   (By Mr. Judah)  And, sir, I'd like to | 12:07:16 |

Page 80

CONFIDENTIAL - ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | direct your attention to the fourth paragraph of | 12:07:20 |
| 2 | this article which states "Sonos has not turned an | |
| 3 | annual profit since 2014." | |
| 4 |     Do you see that? | |
| 5 | A.  Yes. | 12:07:34 |
| 6 | Q.  And this article was dated in 2018? | |
| 7 | A.  Yes. | |
| 8 | Q.  And you don't believe that Sonos had a -- | |
| 9 | a strategy to sell its product at a loss in 2015, | |
| 10 | do you? | 12:08:01 |
| 11 | A.  I don't believe that Sonos had a strategy | |
| 12 | to sell its products at a loss indefinitely, but | |
| 13 | Sonos' business model is fundamentally different | |
| 14 | than Google's. | |
| 15 | Q.  You don't believe that Sonos had a | 12:08:10 |
| 16 | strategy to sell its product at a loss in 2016, | |
| 17 | correct? | |
| 18 | A.  Again, you are talking about long-term, | |
| 19 | no.  Do I believe that Google entered 2016 or prior | |
| 20 | years understanding that they would incur a loss | 12:08:24 |
| 21 | that year; i.e., projecting a loss?  I think that | |
| 22 | is quite possible. | |
| 23 | Q.  And you don't believe that Sonos had a | |
| 24 | strategy to sell its products at a loss in 2017, | |
| 25 | correct? | 12:08:35 |

| | | |
|---|---|---|
| 1 | A. Same answer. | 12:08:36 |
| 2 | Q. And so you'd agree that just because a | |
| 3 | company sells its products at a loss for, for | |
| 4 | example, three consecutive years doesn't | |
| 5 | necessarily mean that they have a -- a strategy to | 12:08:46 |
| 6 | sell their products at a loss either in the near or | |
| 7 | long term, correct? | |
| 8 | A. It wouldn't necessarily mean a conclusion | |
| 9 | one way or the other, which is why you need to take | |
| 10 | into account the larger scope of the business, as | 12:08:59 |
| 11 | I've described in my report. It's also important | |
| 12 | that you consider whether you're looking at overall | |
| 13 | company profit or you're looking at particular | |
| 14 | components of profitability. | |
| 15 | With respect to Sonos, these articles | 12:09:11 |
| 16 | refer to overall company profit, because it is | |
| 17 | investing significant dollars into research and | |
| 18 | development and has, in fact, begun to experience | |
| 19 | competition with unauthorized users of their | |
| 20 | technology. That's very different than Google, | 12:09:25 |
| 21 | which as a company is tremendously profitable but | |
| 22 | has decided for certain components of its business | |
| 23 | to annually incur losses, I believe in order to | |
| 24 | achieve profits throughout ancillary revenue | |
| 25 | streams. | 12:09:41 |

Page 82

CONFIDENTIAL - ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | And so that investigation was part of my | 12:09:41 |
| 2 | analysis and described within my report. | |
| 3 | Q. Google has invested significant dollars | |
| 4 | in research and development for its hardware | |
| 5 | products, hasn't it? | 12:09:51 |
| 6 | A. Generally speaking, yes. But they have | |
| 7 | also, as reflected in the assertions in this case, | |
| 8 | leverage technology of others to be successful in | |
| 9 | the market. | |
| 10 | Q. Sir, do you know how long it took Amazon | 12:10:09 |
| 11 | to make a profit? | |
| 12 | A. Well, Amazon's model is, again, different | |
| 13 | than either Google or Sonos. It took Amazon quite | |
| 14 | an extended period to make a profit as they were | |
| 15 | setting up their global retail distribution base. | 12:10:24 |
| 16 | Q. And you don't believe that Amazon had a | |
| 17 | strategy to offer its -- to operate its company -- | |
| 18 | well, withdrawn. | |
| 19 | Let me ask this: Tesla took several | |
| 20 | years to become profitable on sales of its | 12:10:44 |
| 21 | products, correct? | |
| 22 | A. As a company overall, yes, for many of | |
| 23 | the same reasons as Sonos. It was investing in | |
| 24 | research and development and establishing a new | |
| 25 | class of technology that previously didn't exist. | 12:10:55 |

| | | |
|---|---|---|
| 1 | Q.   And, sir, you're familiar with the | 12:10:58 |
| 2 | concept of economies of scale? | |
| 3 | A.   Of course. | |
| 4 | Q.   And that's the idea that there's a | |
| 5 | proportionate savings in costs gained by an | 12:11:07 |
| 6 | increasing level of production? | |
| 7 | A.   To the extent that you are having a | |
| 8 | positive marginal contribution, yes. | |
| 9 | Q.   And so do you know whether Google has hit | |
| 10 | its sales targets for any of the accused products? | 12:11:25 |
| 11 | A.   I don't believe I've seen that | |
| 12 | information to have a comparison. | |
| 13 | Q.   So your -- your decision to use YouTube | |
| 14 | advertising and subscription revenue instead of | |
| 15 | sales revenue for the accused smartphones, | 12:12:07 |
| 16 | computers, and tablets for the '033 patent relies | |
| 17 | on the assumption that Google sells its devices at | |
| 18 | lower prices so that they can increase the time | |
| 19 | users spend on YouTube, correct? | |
| 20 | A.   Well, I believe that the conclusion in | 12:12:26 |
| 21 | your question is a true one, but that's not the | |
| 22 | basis for my selection or the premise of your | |
| 23 | question is not accurate as to the choices. | |
| 24 |      The choices I had were, A, to consider | |
| 25 | within the royalty base both the hardware sales and | 12:12:40 |

Page 84

| | | |
|---|---|---|
| 1 | Q.  Are you -- are you opining that Google | 02:32:35 |
| 2 | infringes Sonos patents other than the asserted | |
| 3 | patents? | |
| 4 | A.  No. | |
| 5 | Q.  Okay.  So when you say "Google is | 02:32:45 |
| 6 | infringing Sonos' patents including the asserted | |
| 7 | patents," you're only referring to the asserted | |
| 8 | patents there? | |
| 9 | A.  Well, this is general discussion of this | |
| 10 | notion of efficient infringement, and it's a | 02:32:58 |
| 11 | background section.  So my ultimate analysis is | |
| 12 | based upon calculation of royalty for just the | |
| 13 | asserted claims of the asserted patents, but this | |
| 14 | is the context. | |
| 15 | Q.  So do you believe and is it part of the | 02:33:20 |
| 16 | context of your report and your opinions that the | |
| 17 | reasonable royalty opinions you offer that Google | |
| 18 | is infringing Sonos patents other than the asserted | |
| 19 | patents? | |
| 20 | A.  No.  I am not factoring that into my | 02:33:31 |
| 21 | calculations. | |
| 22 | (Brief interruption.) | |
| 23 | (Discussion off the stenographic record.) | |
| 24 | Q.  (By Mr. Judah)  Okay.  So you're not | |
| 25 | offering any opinions that Google is infringing | 02:33:54 |

Page 149

| | | |
|---|---|---|
| 1 | Sonos patents other than the asserted patents in | 02:33:57 |
| 2 | this case, correct? | |
| 3 |     A.   I'm not offering any opinions regarding | |
| 4 | infringement generally.  I assume infringement of | |
| 5 | the asserted patents for purposes of calculating | 02:34:06 |
| 6 | damages, but I draw no conclusions as to | |
| 7 | infringement independently. | |
| 8 |     Q.   Are you assuming that Google is | |
| 9 | infringing Sonos patents other than the asserted | |
| 10 | patents? | 02:34:17 |
| 11 |     A.   Not for purposes of my work here, no. | |
| 12 |     Q.   Okay.  So what's the basis for this | |
| 13 | statement here in the -- in page 20 of your | |
| 14 | opinions that "Google is infringing Sonos patents, | |
| 15 | including the asserted patents, as part of a | 02:34:31 |
| 16 | calculated business strategy referred to as | |
| 17 | 'efficient infringement,'" and specifically the | |
| 18 | part that is Google infringing Sonos patents? | |
| 19 |     A.   I think what's creating confusion for you | |
| 20 | is the word "including."  Perhaps a better word | 02:34:43 |
| 21 | would simply to replace that with "i.e., the | |
| 22 | asserted patents," if that makes it clearer for | |
| 23 | you.  That would be an acceptable change. | |
| 24 |     Q.   Okay.  I think that clarifies it. | |
| 25 |         And so your opinion is that Google has a | 02:34:58 |

Page 150

| | | |
|---|---|---|
| 1 | calculated business strategy to infringe Sonos' | 02:35:03 |
| 2 | patents, the asserted patents here? | |
| 3 | A.   But more specifically that in the | |
| 4 | licensing context, there is a well-understood | |
| 5 | strategy of efficient infringement and that | 02:35:14 |
| 6 | applying the context of this case to the -- that | |
| 7 | theory, in my opinion, Google is practicing, with | |
| 8 | respect to these patents, that strategy. | |
| 9 | Q.   So your opinion is that Google is | |
| 10 | practicing a calculated business strategy known as | 02:35:35 |
| 11 | "efficient infringement"? | |
| 12 | A.   In general, yes, that there's a range of | |
| 13 | strategy for licensing that stem from proactive | |
| 14 | outreach for freedom to operate on the one hand to | |
| 15 | efficient infringement on the other hand.  And | 02:35:54 |
| 16 | based upon my understanding of the context of this | |
| 17 | record, Google would fall in the latter category. | |
| 18 | Q.   You don't cite here any internal Google | |
| 19 | documents that purport to show that Google has a | |
| 20 | calculated business strategy to infringe Sonos' | 02:36:11 |
| 21 | patents, correct? | |
| 22 | A.   I don't believe there's a document where | |
| 23 | that would be stated explicitly.  I see -- I | |
| 24 | believe that you see that in the context of | |
| 25 | launching products without seeking a license and | 02:36:26 |

| | | |
|---|---|---|
| 1 | inability to secure licenses prior to product | 02:36:29 |
| 2 | introduction or upon patent issuance. | |
| 3 |     Q.  So then you state here: "I understand | |
| 4 | that efficient infringement occurs when a company | |
| 5 | deliberately chooses to infringe a patent given | 02:36:51 |
| 6 | that it is cheaper than to license the patent." | |
| 7 |     Do you see that? | |
| 8 |     A.  Yes. | |
| 9 |     Q.  That's your understanding? | |
| 10 |     A.  Generally, yes. That's the business | 02:37:01 |
| 11 | strategy. | |
| 12 |     Q.  And your -- your opinion is that Google | |
| 13 | deliberately chooses to infringe the asserted | |
| 14 | patents in this case? | |
| 15 |     A.  That Google chooses to infringe without | 02:37:11 |
| 16 | seeking or executing a license, yes, that that is a | |
| 17 | conscious decision. | |
| 18 |     Q.  Okay. When did Google first, in your | |
| 19 | opinion, deliberately choose to infringe the | |
| 20 | '033 patent? | 02:37:25 |
| 21 |     A.  Well, ultimately they began infringing it | |
| 22 | upon patent issuance. I understand that all of the | |
| 23 | products that are accused were in the market prior | |
| 24 | to patent issuance. | |
| 25 |     Q.  So your -- your opinion is that Google | 02:37:40 |

Page 152

| | | |
|---|---|---|
| 1 | report that's not available to me. | 02:46:36 |
| 2 | Q.   You state here -- let's see.  If you go | |
| 3 | to page 221, the second paragraph. | |
| 4 | You state "Google's infringement and its | |
| 5 | strategy to sell its infringing products at a loss | 02:47:07 |
| 6 | to develop alternative revenue streams has caused | |
| 7 | significant damage to Sonos." | |
| 8 | Do you see that? | |
| 9 | A.   Yes. | |
| 10 | Q.   That's your opinion? | 02:47:17 |
| 11 | A.   Yes. | |
| 12 | Q.   What is that significant damage to Sonos? | |
| 13 | A.   Are you asking me quantitatively or | |
| 14 | qualitatively? | |
| 15 | Q.   Either.  Or both.  But we'll start with | 02:47:29 |
| 16 | whichever one you said first. | |
| 17 | A.   So the fact that they are -- the fact | |
| 18 | that Google sells products at a loss, which include | |
| 19 | products in competition with Sonos, in my opinion, | |
| 20 | has affected Sonos' success in the marketplace; | 02:47:42 |
| 21 | that one could theorize that there would be a lost | |
| 22 | profits calculation that could and should be | |
| 23 | advanced as a result. | |
| 24 | As we started this deposition today, you | |
| 25 | know that I am not able to do that or I have not | 02:47:57 |

CONFIDENTIAL - ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | done it, and the reason I have not done it is I do | 02:48:01 |
| 2 | have sufficient evidence in hindsight to make that | |
| 3 | calculation to a reasonable degree of certainty. | |
| 4 | So that's another example of how Google's | |
| 5 | methodology of participation in this market has | 02:48:16 |
| 6 | benefited them.  They'll never be charged as it | |
| 7 | relates to these patents with the profits that | |
| 8 | Sonos has lost. | |
| 9 | Q.   And what is the quantitative -- or sorry. | |
| 10 | So was that -- that was the quantitative damage to | 02:48:35 |
| 11 | Sonos that you just described? | |
| 12 | A.   Yes.  I have not been able to quan- -- | |
| 13 | quantitatively determine that amount. | |
| 14 | Q.   And how about the qualitative damage to | |
| 15 | Sonos?  How -- what's your understanding or opinion | 02:48:53 |
| 16 | of that? | |
| 17 | A.   Well, it's related.  The qualitative | |
| 18 | damage is the lost sales and the quantitative | |
| 19 | damage is the measure of those lost sales. | |
| 20 | Q.   And specifically you believe Sonos has | 02:49:15 |
| 21 | lost sales due to infringement of the asserted | |
| 22 | patents here? | |
| 23 | A.   Yes, sir. | |
| 24 | Q.   And you believe that Sonos has lost sales | |
| 25 | due to infringement of the '033 patent that Sonos | 02:49:24 |

Page 161

CONFIDENTIAL - ATTORNEYS EYES ONLY

1     I, Rebecca L. Romano, a Certified Shorthand
2  Reporter of the State of California, do hereby
3  certify:
4     That the foregoing proceedings were taken
5  before me remotely at the time and place herein set
6  forth; that any deponents in the foregoing
7  proceedings, prior to testifying, were administered
8  an oath; that a record of the proceedings was made
9  by me using machine shorthand which was thereafter
10 transcribed under my direction; that the foregoing
11 transcript is true record of the testimony given.
12     Further, that if the foregoing pertains to the
13 original transcript of a deposition in a Federal
14 Case, before completion of the proceedings, review
15 of the transcript [ ] was [X] was not requested.
16     I further certify I am neither financially
17 interested in the action nor a relative or employee
18 of any attorney or any party to this action.
19     IN WITNESS WHEREOF, I have this date
20 subscribed my name.
21 Dated:  February 2, 2023

         Rebecca L. Romano, RPR, CCR
25       CSR. No 12546

Page 294