# Sonos, Inc.'s Opp'n to Google LLC's Motion *In Limine* No. 4

# EXHIBIT C

# (Filed Under Seal)

# SONOS

## IP License Model
## 7/12/2018

CONFIDENTIAL BUSINESS INFORMATION
Highly Confidential - Attorneys' Eyes Only

SONOS-ITC-00342365
SONOS-SVG2-00041807

# IP License Model

I. Overview

II. Licensing Rates (pages 2—13)

    Step 1: Feature List of Smart Speakers

        Step 1A: Features — Desirability and Marketability

        Step 1B: Features — Sonos contributing IP, U.S.

        Step 1C: Features — Sonos contributing IP, ROW

    Step 2: Licensing Rate Calculation

        Step 2A: Gross Profit

        Step 2B: Per-Unit Rates — Google, U.S.

        Step 2C: Per-Unit Rates — Google Ecosystem, U.S/ROW

III. Supporting Materials (pages 14—54)

CONFIDENTIAL | FRE 408 | PAGE 2

CONFIDENTIAL BUSINESS INFORMATION
Highly Confidential - Attorneys' Eyes Only

SONOS-ITC-00342366
SONOS-SVG2-00041808

# I. Overview

**Goal:** Obtain a royalty rate that reflects the value attributable to the features of Google's products that are covered by the Sonos patent portfolio.

**How to Get There:**

1. Round 1: identify the commercially desirable/marketable features found today in Google's smart speakers, and how those features are presented to consumers.

2. Round 2: determine Sonos' IP contribution with respect to those features.

3. Calculate a royalty rate using (1) the identified features, (2) Sonos's contribution, and (3) the estimated profits of Google's smart speakers.

CONFIDENTIAL BUSINESS INFORMATION
Highly Confidential - Attorneys' Eyes Only

SONOS-ITC-00342367
SONOS-SVG2-00041809

# II. Licensing Rates

## Step 1: Feature List

We want to promote innovation across the industry, and our framework was built to support that desire by taking into account the innovation of others. Ultimately, our rate goes up for a pure copy of Sonos (not very exciting) and goes down as others innovate on top of Sonos (exciting and forces us to innovate even more).

To start, irrespective of IP, we identified a list of commercially marketed features found today in smart speakers. **FOUR** main categories emerged:

**1. Connected Playback Device.** A stand-alone, network-enabled media player, speaker, or playback device.

- 12 Characteristic Features

    - 11 used by Max; 9 Home; 9 Mini; 8 Cast Dongle

- Up to 7 Characteristics used by Google are covered by Sonos patents

**2. Voice Assistant Device.** A stand-alone player, speaker, or playback device with a built-in voice assistant.

- 2 Characteristic Features

    - 2 used by Max; 2 Home; 2 Mini; 2 Cast Dongle

- 0 Characteristics covered by Sonos patents

**3. Multi-device Platform.** Multiple devices working together.

- 5 Characteristic Features

    - 5 used by Max; 5 Home; 5 Mini; 5 Cast Dongle

- 3 Characteristics used by Google are covered by Sonos patents

**4. Premium Sound Experience.** Hardware and software features of a playback device to produce premium sound.

- 8 Characteristic Features

    - 7 used by Max; 0 Home; 0 Mini; 0 Cast Dongle

- 4 Characteristics used by Max are covered by Sonos patents

* Features and enabling technology within each category are provided along with their definitions in the "Supporting Materials" section at the back.

CONFIDENTIAL BUSINESS INFORMATION
Highly Confidential - Attorneys' Eyes Only

SONOS-ITC-00342368
SONOS-SVG2-00041810

# II. Licensing Rates

## Step 1A: Desirability and Marketability

A product's feature offering drive sales and ultimately its profits. Looking to how these features were presented and/or valued by consumers/reporters, we were able to weight each category accordingly:

|                  | Google Mini | Google Home | Google Max | Cast Dongle |
|------------------|-------------|-------------|------------|-------------|
| Connected Device | 37%         | 37%         | 25%        | 80%         |
| Voice Assistant  | 44%         | 44%         | 30%        | 0%          |
| Multi-Device     | 19%         | 19%         | 24%        | 20%         |
| Premium Sound    | 0%          | 0%          | 21%        | 0%          |

\* The values are supported by material shown in their respective "Supporting Materials" section at the back.

CONFIDENTIAL BUSINESS INFORMATION
Highly Confidential - Attorneys' Eyes Only

SONOS-ITC-00342369
SONOS-SVG2-00041811

# II. Licensing Rates

## Step 1B: Sonos IP Contribution U.S. (as of 7/12/2018)

Starting in 2002, Sonos created a new market category: the modern version of the smart speaker. Over those years, Sonos devoted significant time and money inventing new ideas that made their way into these kinds of products. We protected many of those new ideas with patents.

We want to drive innovation across the industry and this framework shows that: a pure Sonos copy would overlap a large amount of Sonos IP. However, if a company innovated on top of Sonos with new features that drive demand, then they would overlap less of Sonos IP. As seen below, we sought to value only Sonos' contribution for which we have IP in the U.S. to those four main feature categories.

|  | Google Mini | Google Home | Google Max | Cast Dongle |
|---|---|---|---|---|
| Connected Device | 33% | 33% | 58% | 25% |
| Voice Assistant | 0% | 0% | 0% | 0% |
| Multi-Device | 60% | 60% | 60% | 60% |
| Premium Sound | 0% | 0% | 50% | 0% |

\* The values are supported by material shown in their respective "Supporting Materials" section at the back.

CONFIDENTIAL BUSINESS INFORMATION
Highly Confidential - Attorneys' Eyes Only

SONOS-ITC-00342370
SONOS-SVG2-00041812

# II. Licensing Rates

## Step 1B: Patent Families With Identified Patents

As of 7/12/2018, we have identified 53 utility patents from 17 different Sonos utility patent families that cover aspects of Google products.

|  | 17 Patent Families Covering Google Today | Total Patents per Category |
|---|---|---|
| Connected Playback Device (Standalone) | 8 | 13 |
| Voice Assistant Device (Standalone) | 0 | 0 |
| Multi-Device Platform | 5 | 31 |
| Premium Sound Device | 4 | 9 |
| **Total** | **17** | **53** |

CONFIDENTIAL BUSINESS INFORMATION
Highly Confidential - Attorneys' Eyes Only

SONOS-ITC-00342371
SONOS-SVG2-00041813

# II. Licensing Rates

## Step 1B: Patent Families Without Identified Patents

Today, Sonos has 290 utility patent families (some containing issued patents and some containing only pending patent applications). 82 of those families include issued patents that cover aspects of Sonos products. As previously mentioned, 17 of those families include issued patents that cover aspects of Google products, leaving 273 total utility patent families that Google is currently not known to practice.

| | 290 Total Patent Families | 273 Additional Patent Families Not Included | 82 Patent Families Practiced by Sonos Today |
|---|---|---|---|
| Connected Playback Device (Standalone) | 114 | 106 | 31 |
| Voice Assistant Device (Standalone) | 17 | 17 | 1 |
| Multi-Device Platform | 84 | 79 | 19 |
| Premium Sound Device | 75 | 71 | 31 |
| Total | 290 | 273 | 82 |

CONFIDENTIAL BUSINESS INFORMATION
Highly Confidential - Attorneys' Eyes Only

SONOS-ITC-00342372
SONOS-SVG2-00041814

# II. Licensing Rates

## Step 1C: Sonos IP Contribution, ROW  (as of 7/12/2018)

Sonos has patent portfolios in Europe, Japan, and China. Given that the breadth of these portfolios (today) is less than that found in the U.S. portfolio, we separated the U.S. from the rest of the world (ROW). Particularly, we sought to value Sonos' contribution for which we have IP in Europe to those four main feature categories:

|  | Google Mini | Google Home | Google Max | Cast Dongle |
|---|---|---|---|---|
| Connected Device | 0% | 0% | 7% | 0% |
| Voice Assistant | 0% | 0% | 0% | 0% |
| Multi-Device | 20% | 20% | 20% | 20% |
| Premium Sound | 0% | 0% | 25% | 0% |

\* The values are supported by material shown in their respective "Supporting Materials" section at the back.

CONFIDENTIAL BUSINESS INFORMATION
Highly Confidential - Attorneys' Eyes Only

SONOS-ITC-00342373
SONOS-SVG2-00041815

# II. Licensing Rates
## Step 2A: Gross Profit

Google is using smart speakers as a "loss leader" to inject Google Assistant into as many homes (and rooms) as possible, with the ultimate aim to earn profit on its core business. Instead of attempting to frame how much profit Google will ultimately derive from the sale of such hardware and the obtainment of households, we instead looked to more traditional viewpoint — hardware margin – as it relates to gross profit.  Using very conservative figures, profit looks like:

|                 | Mini    | Home    | Max      | Cast Dongle |
|-----------------|---------|---------|----------|-------------|
| MSRP            | $49     | $129    | $399     | $35         |
| COGM            | 49%     | 49%     | 49%      | 49%         |
| Channel Margin  | 20%     | 20%     | 20%      | 20%         |
| Logistics       | 5%      | 5%      | 5%       | 5%          |
| Gross Profit    | **$12.74** | **$33.54** | **$103.74** | **$9.10** |

CONFIDENTIAL BUSINESS INFORMATION
Highly Confidential - Attorneys' Eyes Only

SONOS-ITC-00342374
SONOS-SVG2-00041816

# II. Licensing Rates

## Step 2B: Per-Unit Rate – Google, U.S.

| Google Mini | Feature Value | | Sonos Contribu-tion | | Profit | | License | Total License |
|---|---|---|---|---|---|---|---|---|
| Connected Device | 37% | | 33% | | | | $1.56 | |
| Voice Assistant | 44% | X | 0% | X | $12.74 | = | $0.00 | $3.01 |
| Multi Device | 19% | | 60% | | | | $1.45 | |
| Premium Sound | 0% | | 0% | | | | $0.00 | |

| Google Home | Feature Value | | Sonos Contribu-tion | | Profit | | License | Total License |
|---|---|---|---|---|---|---|---|---|
| Connected Device | 37% | | 33% | | | | $4.10 | |
| Voice Assistant | 44% | X | 0% | X | $33.54 | = | $0.00 | $7.92 |
| Multi Device | 19% | | 60% | | | | $3.82 | |
| Premium Sound | 0% | | 0% | | | | $0.00 | |

| Google Max | Feature Value | | Sonos Contribu-tion | | Profit | | License | Total License |
|---|---|---|---|---|---|---|---|---|
| Connected Device | 25% | | 58% | | | | $14.00 | |
| Voice Assistant | 30% | X | 0% | X | $103.74 | = | $0.00 | $40.87 |
| Multi Device | 24% | | 60% | | | | $14.94 | |
| Premium Sound | 21% | | 50% | | | | $10.89 | |

| Cast Dongle | Feature Value | | Sonos Contribu-tion | | Profit | | License | Total License |
|---|---|---|---|---|---|---|---|---|
| Connected Device | 80% | | 25% | | | | $2.26 | |
| Voice Assistant | 0% | X | 0% | X | $9.10 | = | $0.00 | $2.91 |
| Multi Device | 20% | | 60% | | | | $1.09 | |
| Premium Sound | 0% | | 0% | | | | $0.00 | |

CONFIDENTIAL BUSINESS INFORMATION
Highly Confidential - Attorneys' Eyes Only

SONOS-ITC-00342375
SONOS-SVG2-00041817

# II. Licensing Rates

## Step 2C: Per-Unit Rate – Google, ROW

| Google Mini | Feature Value | | Sonos Contribu-tion | | Profit | | License | Total License |
|---|---|---|---|---|---|---|---|---|
| Connected Device | 37% | | 0% | | | | $0.00 | |
| Voice Assistant | 44% | X | 0% | X | $12.74 | = | $0.00 | $0.48 |
| Multi Device | 19% | | 20% | | | | $0.48 | |
| Premium Sound | 0% | | 0% | | | | $0.00 | |

| Google Home | Feature Value | | Sonos Contribu-tion | | Profit | | License | Total License |
|---|---|---|---|---|---|---|---|---|
| Connected Device | 37% | | 0% | | | | $0.00 | |
| Voice Assistant | 44% | X | 0% | X | $33.54 | = | $0.00 | $1.27 |
| Multi Device | 19% | | 20% | | | | $1.27 | |
| Premium Sound | 0% | | 0% | | | | $0.00 | |

| Google Max | Feature Value | | Sonos Contribu-tion | | Profit | | License | Total License |
|---|---|---|---|---|---|---|---|---|
| Connected Device | 25% | | 7% | | | | $2.07 | |
| Voice Assistant | 30% | X | 0% | X | $103.74 | = | $0.00 | $12.24 |
| Multi Device | 24% | | 20% | | | | $5.08 | |
| Premium Sound | 21% | | 25% | | | | $0.00 | |

| Cast Dongle | Feature Value | | Sonos Contribu-tion | | Profit | | License | Total License |
|---|---|---|---|---|---|---|---|---|
| Connected Device | 80% | | 0% | | | | $0.00 | |
| Voice Assistant | 0% | X | 0% | X | $9.10 | = | $0.00 | $0.36 |
| Multi Device | 20% | | 20% | | | | $0.36 | |
| Premium Sound | 0% | | 0% | | | | $0.00 | |

CONFIDENTIAL BUSINESS INFORMATION
Highly Confidential - Attorneys' Eyes Only

SONOS-ITC-00342376
SONOS-SVG2-00041818

# II. Licensing Rates
## Step 2C: Per Unit Rate - Ecosystem, U.S./ROW

Google's ecosystem products fall into two categories (1) speakers that utilize Chromecast as the **primary** platform for obtaining and controlling audio (*e.g.*, JBL's Link series of speakers), and (2) Chromecast-enabled speakers where Chromecast is **secondary** to other, proprietary means of obtaining and controlling audio (*e.g,* Sony's Music Center platform wireless speakers). Google's contribution to the marketability of these products differs*. To determinate a rate for these products, we conservatively used Google Home's profit margins.

**Chromecast Primary Products:**

Google features are the primary drivers in the marketing of these products. For example, for JBL's Link products, most features touted on the site for its Link products relates to Google functionality. Sony's LF speaker also prominently discusses Google features. Given the importance of Google features (~80%), the license rate for these products is **$7.24** per unit in the U.S and **$1.28** per unit ROW.

**Chromecast Secondary Products:**

These products can be controlled either by their own proprietary software, or by a Google device, such as the Chromecast/Home apps or a Google Home speaker. These products do not have embedded mics, there is thus no value attributable to voice. Rather, any value that would be attributable to voice is instead in the multi-device category, as one device is used to control. Of the websites analyzed, Chromecast/Google Home is featured in ~25% of the feature callouts. This results in a license rate of **$3.48** per unit in the U.S. and **$0.88** per unit ROW.

* The values are supported by material shown in their respective "Supporting Materials" section at the back.

CONFIDENTIAL BUSINESS INFORMATION
Highly Confidential - Attorneys' Eyes Only

SONOS-ITC-00342377
SONOS-SVG2-00041819

# Supporting Materials

CONFIDENTIAL BUSINESS INFORMATION
Highly Confidential - Attorneys' Eyes Only

SONOS-ITC-00342378
SONOS-SVG2-00041820

# Step 1: Feature List

## Connected Device Features

| Marketed Feature | Characteristics of the Marketed Feature | Enabling Tech |
|---|---|---|
| Connected Playback Device (Standalone) | Connected Playback Device Setup | (1) Player Setup<br>(2) Streaming Service Setup |
| | Wi-Fi Streaming | (1) LAN/local source<br>(2) remote source |
| | Support for only one streaming service | (1) register a single service with playback device<br>(2) cloud queue |
| | Speaker Support for Multiple Streaming Services | (1) switching between music services<br>(2) universal search |
| | Line-in | (1) physical line-in source switching<br>(2) virtual line-in (e.g., bluetooth) source switching |
| | Line-out | ⬜ |
| | Bluetooth | (1) Setup<br>(2) Real-time streaming |
| | Control Interface (SW) | (1) Guest Access<br>(2) Native control<br>(3) direct control (third-party control of a device) |
| | Control Interface (HW) | (1) hardware control interface on connected playback device |
| | Power and Power Management | Power save technology |
| | Fault Detection/Recovery | (1) Physical Fault Detection<br>(2) Playback Fault Detection |
| | Features Updates (SW) | (1) firmware/configuration<br>(2) app store<br>(3) skills |

## Voice Assistant Device Features

| Marketed Feature | Characteristics of the Marketed Feature | Enabling Tech |
|---|---|---|
| Voice Assistant Device (Standalone) | Smart Assistant (SW) | (1) machine learning<br>(2) search expertise |
| | Voice Detection | (1) mic array<br>(2) beam forming (SW)<br>(3) wake word engine (SW)<br>(4) arbitration (SW)<br>(5) voice capture processing |

CONFIDENTIAL BUSINESS INFORMATION
Highly Confidential - Attorneys' Eyes Only

SONOS-ITC-00342379
SONOS-SVG2-00041821

# Step 1: Feature List

## Multi-Device Features

| Marketed Feature | Characteristics of the Marketed Feature | Enabling Tech |
|---|---|---|
| Multi-Device Platform | Multi-Device Playback Control (SW) | (1) Group Content/Playback Control |
| | | (2) Group Formation |
| | | (3) Group Volume |
| | | (4) zone scenes |
| | | (5) group navigation and maintenance |
| | | (6) source switching |
| | | (7) multiple controllers |
| | Multi-Device Playback (SW) | (1) synchronized playback |
| | | (2) audio distribution |
| | Multi-Device Voice | (1) Multi device voice input |
| | | (2) Multi device voice output |
| | Smart Home Integration (SW) | (1) output/action device(s) |
| | | (2) IoT Scenes |
| | | (3) educational and entertainment functions |
| | Multi-Device Networking | (1) ad hoc/STP configurations (SW) |
| | | (2) direct routing/communication from GC to GM (SW) |
| | | (3) Fault Tolerance |
| | | (4) Designating group coordinator |
| | | (5) Changing group coordinator |
| | | (6) Setup |

## Premium Sound Features

| Marketed Feature | Characteristics of the Marketed Feature | Enabling Tech |
|---|---|---|
| Premium Sound Device | Orientation | (1) sound shaping based on orientation |
| | Bonded Zones | (1) stereo pair |
| | | (2) consolidated players (SUB; HT 5.1 etc) |
| | Custom Transducers | (1) woofers |
| | | (2) tweeters |
| | Calibration | (1) calibration audio capture using built-in mics (HW) |
| | | (2) calibration audio capture using external mics |
| | | (3) audio processing algorithm calculation (SW) |
| | Lossless Streaming | (1) sufficient processing power and network capabilities (HW) |
| | | (2) compatible DSP (SW) |
| | Sound Field Control | (1) purpose-designed transducers? (HW) |
| | | (2) audio signal processing (SW) |
| | | (3) acoustic baffle? |
| | Custom Amplifiers | (1) custom amplifier audio processing |
| | Enclosure | (1) Speaker Grill |

CONFIDENTIAL | FRE 408 | PAGE 16

CONFIDENTIAL BUSINESS INFORMATION
Highly Confidential - Attorneys' Eyes Only

SONOS-ITC-00342380
SONOS-SVG2-00041822

# Step 1: Included US Patents Overview

| Marketed Feature | Feature Category | Google Max Feature Covered by Sonos Patent |
|---|---|---|
| Connected Playback Device (Standalone) | Connected Playback Device Setup | 1 patent |
| | Wi-Fi Streaming | |
| | Support for only one streaming service | 4 patents |
| | Speaker Support for Multiple Streaming Services | |
| | Line-in | 1 patent |
| | Line-out | |
| | Bluetooth | |
| | Control Interface (SW) | 3 patents |
| | Control Interface (HW) | 1 patent |
| | Power and Power Management | 2 patents |
| | Fault Detection/Recovery | 1 patent |
| | Features Updates (SW) | |
| Voice Assistant Device (Standalone) | Smart Assistant (SW) | |
| | Voice Detection | |
| Multi-Device Platform | Multi-Device Playback Control (SW) | 21 patents |
| | Multi-Device Playback (SW) | 8 patents |
| | Multi-Device Voice | 2 patents |
| | Smart Home Integration (SW) | |
| | Multi-Device Networking | |
| Premium Sound Device | Orientation | 2 patents |
| | Bonded Zones | 4 patents |
| | Custom Transducers | |
| | Calibration | 2 patents |
| | Lossless Streaming | |
| | Sound Field Control | 1 patent |
| | Custom Amplifiers | |
| | Enclosure | |

CONFIDENTIAL BUSINESS INFORMATION
Highly Confidential - Attorneys' Eyes Only

SONOS-ITC-00342381
SONOS-SVG2-00041823

# Step 1: U.S. Patents Included

| Sonos Patent Family | Patent Number | | Marketed Feature |
|---|---|---|---|
| SYSTEM AND METHOD FOR SYNCHRONIZING OPERATIONS AMONG A PLURALITY OF INDEPENDENTLY CLOCKED DIGITAL DATA PROCESSING DEVICES | 9,727,302 | 9,733,893 | Multi-Device Platform |
| | 9,182,777 | 9,176,520 | |
| | 9,164,532 | 9,733,891 | |
| | 9,218,017 | 9,733,892 | |
| | 9,195,258 | 8,938,637 | |
| | 9,207,905 | 8,370,678 | |
| | 9,170,600 | 8,689,036 | |
| | 9,213,356 | 9,348,354 | |
| | 9,778,900 | 9,189,011 | |
| | 9,740,453 | EP1654614 | |
| | 9,727,304 | EP2648111 | |
| METHOD AND SYSTEM FOR CONTROLLING AMPLIFIERS | 9,252,721 | 9,246,442 | Connected Playback Device (Standalone) |
| METHOD AND APPARATUS FOR CONTROLLING MULTIMEDIA PLAYERS IN A MULTI-ZONE SYSTEM | 8,588,949 (90/013,423) | 7,571,014 (90/013,882) | Multi-Device Platform |
| PLAYBACK DEVICE CONNECTION | 9,960,969 | | Connected Playback Device (Standalone) |
| CONTROLLING AND MANIPULATING GROUPINGS IN A MULTI-ZONE MEDIA SYSTEM | 8,843,228 | 8,934,997 | Multi-Device Platform |
| | 9,749,760 | 9,860,657 | |
| | 9,344,206 | | |
| MAKING AND INDICATING A STEREO PAIR | 9,219,959 (90/013,756) | 8,788,080 | Premium Sound Device |
| | 9,202,509 (90/013,859) | EP2695400 | |
| | 9,928,026 | EP3059980 | |
| SMART LINE-IN PROCESSING | 9,686,606 | | Connected Playback Device (Standalone) |
| SHAPING SOUND RESPONSIVE TO SPEAKER ORIENTATION | 9,042,556 | EP2735171 | Premium Sound Device |
| | 9,748,647 | | Premium Sound Device |
| SYSTEMS AND METHODS FOR NETWORKED MUSIC PLAYBACK | 9,860,589 | | Connected Playback Device (Standalone) |
| ACOUSTIC SIGNATURES | 8,930,005 | | Connected Playback Device (Standalone) |
| | 9,519,454 | | |
| DETECTING IMPROPER POSITION OF A PLAYBACK DEVICE | 9,367,611 | | Connected Playback Device (Standalone) |
| AUDIO SETTINGS BASED ON ENVIRONMENT | 9,219,460 | 9,872,119 | Premium Sound Device Premium Sound Device |
| CLOUD QUEUE | 9,654,459 | 9,363,255 | Connected Playback Device (Standalone) |
| | 9,942,215 | 9,648,071 | |
| DEVICE GROUP IDENTIFICATION | 9,348,824 | | Multi-Device Platform |
| PLAYBACK DEVICE CONTROL | 9,671,780 | EP3100156 | Connected Playback Device (Standalone) |
| MULTI-CHANNEL PLAYBACK OF AUDIO CONTENT | 9,973,851 | | Premium Sound Device |
| DEFAULT PLAYBACK DEVICE | 9,826,306 | 9,820,039 | Multi-Device Platform |

CONFIDENTIAL BUSINESS INFORMATION
Highly Confidential - Attorneys' Eyes Only

SONOS-ITC-00342382
SONOS-SVG2-00041824

# Explanation of Step 1 Percentages—United States

|  | Google Home Max | Google Home | Google Mini | Cast Dongle Devices |
|---|---|---|---|---|
| **Connected Playback Device (Standalone)** | **58%**<br>•12 Characteristics<br>•11 Characteristics relevant to Google Max<br>•7 Characteristics with Sonos blocking patents<br>•8 Patent families, 13 patents | **33%**<br>•12 Characteristics<br>•9 Characteristics relevant to Google Home<br>•4 Characteristics with Sonos blocking patents | **33%**<br>•12 Characteristics<br>•9 Characteristics relevant to Google Mini<br>•4 Characteristics with Sonos blocking patents | **25%**<br>•12 Characteristics<br>•8 Characteristics relevant to Cast Dongle<br>•3 Characteristics with Sonos blocking patents |
| **Voice Assistant Device (Standalone)** | **0%**<br>•2 Characteristics<br>•2 Characteristics relevant to Google Max | **0%**<br>•2 Characteristics<br>•2 Characteristics relevant to Google Home | **0%**<br>•2 Characteristics<br>•2 Characteristics relevant to Google Mini | **0%**<br>•2 Characteristics<br>•0 Characteristics relevant to Cast Dongle. |
| **Multi-Device Platform** | **60%**<br>•5 Characteristics<br>•5 Characteristics relevant to Google Max<br>•3 Characteristics with Sonos blocking patents<br>•5 Patent families, 31 patents | **60%**<br>•5 Characteristics<br>•5 Characteristics relevant to Google Home<br>•3 Characteristics with Sonos blocking patents<br>•5 Patent families, 31 patents | **60%**<br>•5 Characteristics<br>•5 Characteristics relevant to Google Mini<br>•3 Characteristics with Sonos blocking patents<br>•5 Patent families, 31 patents | **60%**<br>•5 Characteristics<br>•5 Characteristics relevant to Cast Dongle<br>•3 Characteristics with Sonos blocking patents<br>•5 Patent families, 31 patents |
| **Premium Sound Device** | **50%**<br>•8 Characteristics<br>•7 Characteristics relevant to Google Max<br>•4 Characteristics with Sonos blocking patents<br>•4 Patent families, 9 patents | **0%**<br>•8 Characteristics<br>•0 Characteristics relevant to Google Home | **0%**<br>•8 Characteristics<br>•0 Characteristics relevant to Google Mini | **0%**<br>•8 Characteristics<br>•0 Characteristics relevant to Cast dongle |

19

CONFIDENTIAL BUSINESS INFORMATION
Highly Confidential - Attorneys' Eyes Only

# Explanation of Step 1 Percentages—Europe

| | Google Home Max | Google Home | Google Mini | Cast Dongle Devices |
|---|---|---|---|---|
| **Connected Playback Device (Standalone)** | 7% | 0% | 0% | 0% |
| | •12 Characteristics<br>•11 Characteristics relevant to Google Max<br>•1 Characteristic with Sonos blocking patents | •12 Characteristics<br>•9 Characteristics relevant to Google Home | •12 Characteristics<br>•9 Characteristics relevant to Google Mini | •12 Characteristics<br>•8 Characteristics relevant to Cast Dongle |
| **Voice Assistant Device (Standalone)** | 0% | 0% | 0% | 0% |
| | •2 Characteristics<br>•2 Characteristics relevant to Google Max | •2 Characteristics<br>•2 Characteristics relevant to Google Home | •2 Characteristics<br>•2 Characteristics relevant to Google Mini | •2 Characteristics<br>•0 Characteristics relevant to Cast Dongle. |
| **Multi-Device Platform** | 20% | 20% | 20% | 20% |
| | •5 Characteristics<br>•5 Characteristics relevant to Google Max<br>•1 Characteristic with Sonos blocking patents | •5 Characteristics<br>•5 Characteristics relevant to Google Home<br>•1 Characteristic with Sonos blocking patents | •5 Characteristics<br>•5 Characteristics relevant to Google Mini<br>•1 Characteristic with Sonos blocking patents | •5 Characteristics<br>•5 Characteristics relevant to Cast Dongle<br>•1 Characteristic with Sonos blocking patents |
| **Premium Sound Device** | 25% | 0% | 0% | 0% |
| | •8 Characteristics<br>•7 Characteristics relevant to Google Max<br>•2 Characteristics with Sonos blocking patents | •8 Characteristics<br>•0 Characteristics relevant to Google Home | •8 Characteristics<br>•0 Characteristics relevant to Google Mini | •8 Characteristics<br>•0 Characteristics relevant to Cast dongle |

20

CONFIDENTIAL BUSINESS INFORMATION
Highly Confidential - Attorneys' Eyes Only

SONOS-ITC-00342384
SONOS-SVG2-00041826

# Step 1: Feature List

**1. Connected Playback Device.** A stand-alone, network-enabled media player, speaker, or playback device.

**1.1 Connected Playback Device Setup.** Setup of the connected playback device.

**1.1.1 Player Setup.** Setup of connected playback device including setting up accounts and network access.

**1.1.2 Streaming Service(s) Setup.** Setup of streaming service account(s) on the playback device.

**1.2 Wi-Fi Streaming.** Obtaining media content for playback via wi-fi.

**1.2.1 LAN/Local Source.** Obtaining media content for playback from a local source on the same local area network (LAN) as the connected playback device.

**1.2.2 Remote Source.** Obtaining media content for playback from a remote source via a wide area network (WAN) (i.e., from the cloud).

**1.3 Single Streaming Service Support.** Playback device can only obtain media for playback from one streaming service.

**1.3.1 Single Streaming Service Registration.** Registering a single streaming service with the playback device thereby enabling the playback device to use streaming service credentials to access content from the streaming service.

**1.3.2 Cloud Queue.** The playback queue from which a playback device sources media items to play back is stored in and driven from the cloud. When the playback device needs to update its queue, it requests the items from the cloud.

**1.4 Multiple Streaming Service Support.** Playback device can obtain media from at least two streaming services for playback.

**1.4.1 Switching between Music Services.** Playback device can switch between obtaining media content from different streaming services for playback.

**1.4.2 Universal Search.** The playback system can simultaneously search across media catalogs of multiple streaming services.

CONFIDENTIAL BUSINESS INFORMATION
Highly Confidential - Attorneys' Eyes Only

SONOS-ITC-00342385
SONOS-SVG2-00041827

# Step 1: Feature List

**Cont.**

**1.5 Line-In.** Playback device has a physical media input port (e.g., aux port, optical port) or virtual input interface.

    **1.5.1 Physical Line-in Source Switching.** Playback device can switch between playing back media received via the physical input port and media obtained via a virtual input source.

    **1.5.2 Virtual Line-in Source Switching.** Non-physical, digital input for media. Playback device can switch between playing back media received via the physical input port and media obtained via the virtual input.

**1.6 Line-Out.** An audio output port.

**1.7 Bluetooth.**

    **1.7.1 Setup**. Bluetooth used in playback device setup process, for example, to pass network credentials.

    **1.7.2 Real-Time Streaming.** Playback device receives a real-time media stream via Bluetooth for playback.

**1.8 (Software) Control Interface.** Control interface on a device distinct from the playback device.

    **1.8.1 Guest Access.** Access to a playback device by a guest to thereby enable a guest to use a playback device without receiving network or other account credentials.

    **1.8.2 Native Control.** Control interface provided by the same party as the playback device

    **1.8.3 Direct Control.** Control of a playback device via a third-party's control interface.

**1.9 (Hardware) Control Interface.** Control interface on the playback device (e.g., touch interface).

**1.10 Power and Power Management.**

CONFIDENTIAL BUSINESS INFORMATION
Highly Confidential - Attorneys' Eyes Only

SONOS-ITC-00342386
SONOS-SVG2-00041828

# Step 1: Feature List

Cont.

**1.11 Fault Detection/Recovery.**

**1.12 (Software/Firmware) Feature Updates.** New features can be added to the playback device.

> **1.12.1 Firmware/Configuration Updates.** New features can be added to the playback device through firmware updates.
>
> **1.12.2 App Store.** New features can be added to the playback device by installing apps.
>
> **1.12.3 Skills.** New features can be added to the playback device by enabling skills.

**1.13 Industrial Design.** Design of the connected playback device.

CONFIDENTIAL BUSINESS INFORMATION
Highly Confidential - Attorneys' Eyes Only

SONOS-ITC-00342387
SONOS-SVG2-00041829

# Step 1: Feature List

**2. Voice Assistant Device.** A stand-alone player, speaker, or playback device with a built-in voice assistant.

**2.1 Smart Assistant.** Voice assistant.

**2.1.1 Machine Learning.** Voice assistant technology that uses machine learning to respond to queries or commands in a voice command.

**2.1.2 Search Expertise.** Search engine used to power responses to voice commands.

**2.3 Voice Detection.** Device detecting that a voice command is being/has been uttered.

**2.3.1 Mic Array.** Voice assistant device includes a mic array to detect voice commands.

**2.3.2 Beam Forming.** Device includes a microphone array capable of beamforming.

**2.3.3 Wake Word Engine.** Processing on the player to detect utterance of a wake word.

**2.3.4 Arbitration.** Processing on the player to determine which player is to respond to a voice command when more than one voice capable player detects the voice command.

**2.3.5 Voice Capture Processing.** Processing on the player to clean up the voice capture before transmitting for speech-to-text conversion.

CONFIDENTIAL BUSINESS INFORMATION
Highly Confidential - Attorneys' Eyes Only

SONOS-ITC-00342388
SONOS-SVG2-00041830

# Step 1: Feature List

**3. Multi-Device Platform.** Multi-room.

    **3.1 Multi-Device Control.**

        3.1.1 Group Content/Playback Control.

        3.1.2 Group Formation.

        3.1.3 Group Volume.

        3.1.4 Zone Scenes.

        3.1.5 Group Navigation and Maintenance.

        3.1.6 Source Switching.

        3.1.7 Multiple Controllers.

    **3.2 Multi-Device Playback (SW).**

        3.2.1 Synchronized Playback.

        3.2.2 Audio Distribution.

    **3.3 Multi-Device Voice.**

        3.3.1 Multi-Device Voice Input.

        3.3.2 Multi-Device Voice Output.

CONFIDENTIAL BUSINESS INFORMATION
Highly Confidential - Attorneys' Eyes Only

SONOS-ITC-00342389
SONOS-SVG2-00041831

# Step 1: Feature List

### 3. Multi-Device Platform. Multi-room.

#### 3.4 Smart Home Integration. Voice assistant device is used to control internet of things.

##### 3.4.1 Output/Action Device. Voice assistant device can execute commands or output audio on a default device or on a particular device(s) targeted in the voice command.

##### 3.4.2 IoT Scenes. Scenes or routines used to automatically trigger certain functions in response to particular events.

##### 3.4.3 Education and Entertainment Functions.


#### 3.5 Multi-Device Networking.

##### 3.5.1 Ad-Hoc/STP Configurations.

##### 3.5.2 Direct Routing/Communication from GC to GM

##### 3.5.3 Fault Tolerance.

##### 3.5.4 Group Coordinator Selection.

##### 3.5.5 Changing Group Coordinator.

##### 3.5.6 Setup.

CONFIDENTIAL BUSINESS INFORMATION
Highly Confidential - Attorneys' Eyes Only

SONOS-ITC-00342390
SONOS-SVG2-00041832

# Step 1: Feature List

**4. Premium Sound Device.** Hardware and software features of a playback device to produce premium sound.

**4.1 Orientation.** Playback device can be placed in different orientations.

**4.1.1 Orientation-Based Sound Shaping.** Sound of the playback device can be shaped based on its current orientation.

**4.2 Bonded Zones.**

**4.2.1 Stereo Pair.**

**4.2.2 Consolidated Players.** A group of playback devices that as a group playback a full frequency range or channel set. For example, 3.1 surround, 5.1 surround, etc.

**4.3 Custom Transducers.** Purpose-designed transducers.

**4.3.1 Woofers.** Purpose-designed woofers.

**4.3.2 Tweeters.** Purpose-designed tweeters.

**4.4 Calibration.** Audio playback can be calibrated based on environmental conditions.

**4.4.1 Built-In Mics.** Audio playback can be calibrated using audio captured by mics internal to the playback device.

**4.4.2 External Mics.** Audio playback can be calibrated using audio captured by mics external to the playback device.

**4.4.3 Audio Processing Algorithm Calculation.** Algorithm to calculate audio settings adjustments based on audio captured by mics.

**4.5 Lossless Streaming.**

**4.5.1 Sufficient Processing Power and Network Capabilities.**

**4.5.2 Compatible DSP.**

CONFIDENTIAL BUSINESS INFORMATION
Highly Confidential - Attorneys' Eyes Only

SONOS-ITC-00342391
SONOS-SVG2-00041833

# Step 1: Feature List

Cont.

**4.6 Sound Field Control.**

**4.6.1 Custom Transducers.** Purpose-designed transducers.

**4.6.2 Audio Signal Processing.**

**4.6.3 Acoustic Baffle.** Playback device includes a mechanical structure to control directionality of audio.

**4.7 Custom Amplifiers.**

**4.8 Enclosure.**

**4.8.1. Speaker Grill.**

CONFIDENTIAL BUSINESS INFORMATION
Highly Confidential - Attorneys' Eyes Only

SONOS-ITC-00342392
SONOS-SVG2-00041834

# Step 2: Desirable Features

I. Google Website Analysis

- ◆ Google Home Mini "Overview" and "Learn" Websites
- ◆ Google Home "Overview" and "Learn" Websites
- ◆ Google Home Max "Overview" and "Learn" Websites
- ◆ Google Chromecast Audio Dongle Website
- ◆ Desirable Feature Breakdown

II. Google  Home Press

- • Press/Tweets
- • Articles

III. Ecosystem Analysis

- • Chromecast Primary
- • Chromecast Secondary

CONFIDENTIAL BUSINESS INFORMATION
Highly Confidential - Attorneys' Eyes Only

SONOS-ITC-00342393
SONOS-SVG2-00041835

# Google Home Mini "Overview" Website



CONFIDENTIAL BUSINESS INFORMATION
Highly Confidential - Attorneys' Eyes Only

SONOS-ITC-00342394
SONOS-SVG2-00041836

# Google Home Mini "Learn" Website



CONFIDENTIAL BUSINESS INFORMATION
Highly Confidential - Attorneys' Eyes Only

SONOS-ITC-00342395
SONOS-SVG2-00041837

# Google Home "Overview" Website



32

SONOS-ITC-00342396
SONOS-SVG2-00041838

# Google Home "Learn" Website



CONFIDENTIAL BUSINESS INFORMATION
Highly Confidential - Attorneys' Eyes Only

SONOS-ITC-00342397
SONOS-SVG2-00041839

# Google Home Max "Overview" Website



CONFIDENTIAL BUSINESS INFORMATION
Highly Confidential - Attorneys' Eyes Only

SONOS-ITC-00342398
SONOS-SVG2-00041840

# Google Home Max "Learn" Website



CONFIDENTIAL BUSINESS INFORMATION
Highly Confidential - Attorneys' Eyes Only

SONOS-ITC-00342399
SONOS-SVG2-00041841

# Chromecast Audio Dongle Website



CONFIDENTIAL BUSINESS INFORMATION
Highly Confidential - Attorneys' Eyes Only

SONOS-ITC-00342400
SONOS-SVG2-00041842

# Desirable Features Breakdown

|  | Google Home Mini | Google Home | Google Home Max | Chromecast Audio |
|---|---|---|---|---|
| Connected Device | 37% | 37% | 25% | 80% |
| Voice Assistant | 44% | 44% | 30% | 0% |
| Multi Device | 19% | 19% | 24% | 20% |
| Premium Sound | 0% | 0% | 21% | 0% |

CONFIDENTIAL BUSINESS INFORMATION
Highly Confidential - Attorneys' Eyes Only

SONOS-ITC-00342401
SONOS-SVG2-00041843

# Google Press/Tweets

Press and tweets relating to Google Home confirm the features breakdown from Google's website. Rick Osterloh has tweeted numerous articles touting the features of Google Home products:



Article tweeted by Rick Osterloh identifies 8 reasons to buy a Google Home Max. Four of those reasons relate to multi-device and/or premium sound.

Of the 5 rounds described in the video tweeted by Rick Osterloh, 3 relate to multi-device and premium sound.

 

  





Article tweeted by Rick Osterloh notes that "unlike the Home Max or the Sonos One, the HomePod doesn't offer stereo pairing, or Sonos-style multiroom capability . . . yet. "

CONFIDENTIAL BUSINESS INFORMATION
Highly Confidential - Attorneys' Eyes Only

SONOS-ITC-00342402
SONOS-SVG2-00041844

# Google Press/Marketing



With Google, it always seems to come back to that search box. The company might be unveiling a large family of products. It might have hired a couple thousand new phone engineers. **It might even be serious about creating products that are directly competitive with** Apple, Samsung, Amazon, Bose, **Sonos**, and many others. **It is doing all of those things. For the time being, however, it's not doing them at a massive scale — yet.**

But after talking to Osterloh, it's very clear that Google wants to.



Source: The Verge, October 4, 2017

CONFIDENTIAL | FRE 408 | PAGE 39

CONFIDENTIAL BUSINESS INFORMATION
Highly Confidential - Attorneys' Eyes Only

SONOS-ITC-00342403
SONOS-SVG2-00041845

# Google Press/Marketing

# ONE MAN'S QUEST TO MAKE GOOGLE'S GADGETS GREAT

**Google is leaning on Rick Osterloh to completely rewrite its strategy for hardware, with one core goal: Put its virtual assistant everywhere in people's lives.**

But the nature of computing is changing, and its **next phase won't revolve around app stores and smartphones. It will center instead on artificially intelligent devices that fit seamlessly into their owners' everyday lives**. It will feature voice assistants, simple wearables, smart appliances in homes, and augmented-reality gadgets on your face and in your brain.

In other words, the future involves a whole lot more hardware, and for Google that shift represents an existential threat.

For the new hardware team, the task was clear: **Find more ways to get Google Assistant in front of people** and build a sustainable business around it



Source, Wired.com, February 8, 2018

CONFIDENTIAL | FRE 408 | PAGE 40

CONFIDENTIAL BUSINESS INFORMATION
Highly Confidential - Attorneys' Eyes Only

SONOS-ITC-00342404
SONOS-SVG2-00041846

# Google Press/Marketing

## Google Is Finally Getting Serious About Hardware. Here's Why.

We're moving into an era where, more than ever before, devices are simply a vehicle for user experiences.

...



When I asked Osterloh to name his favorite new Google device, he gave me the obligatory "I love all my children" line. Then he singled Home Max as one of the children he's most excited about. "It's a really interesting, innovative product," he said. "It not only combines our Assistant work, but all of the stuff we've done on Smart Sound where it adjusts to the room dynamics and changes the sound levels based to really match the room. I think it's a terrific experience." Google's AI is behind that experience too.

Source: Forbes.com, October 16, 2017

CONFIDENTIAL | FRE 408 | PAGE 41

CONFIDENTIAL BUSINESS INFORMATION
Highly Confidential - Attorneys' Eyes Only

SONOS-ITC-00342405
SONOS-SVG2-00041847

# Google Press/Marketing

## Google Joins Azione, Pushing DIY Voice Control to Smart-Home Pros

Azione Unlimited, a buying group for home-technology pros, adds another DIY vendor to the roster -- Google Home -- shortly after Sonos joins the group.

Google Home has joined Azione Unlimited, a leading buying group in the home-technology channel with nearly 200 dealer members. The announcement comes just two weeks after another DIY vendor, Sonos, joined the group. With Sonos offering native Amazon Alexa in its new Sonos One speakers, Azione now represents the top two voice-control platforms **in the professional installation channel**.

Here's what Azione had to say about the Google deal in a press release no doubt vetted by Google's expansive PR and legal teams:

> Delivering high-quality audio and voice-activated personal assistant services, the Google Home portfolio is well-suited for both custom integration and DIY projects, easily **integrating with more than 1,500 smart home devices from over 225 brands.** Users can access more than 1 million actions to help to organize households, tackle everyday tasks, and present entertainment in a whole new way. Features include searching via Google; Voice Match; playing music, including via Bluetooth; music streaming via Spotify, Pandora and other popular services; hands-free phone calls; and local business search.

Source: CEPro.com, March 28, 2018

CONFIDENTIAL BUSINESS INFORMATION
Highly Confidential - Attorneys' Eyes Only

SONOS-ITC-00342406
SONOS-SVG2-00041848

# Google Press/Marketing





Fill your home with music

Play and control music in every room by
grouping multiple Google Home speakers.
Learn how »

Play my weekend playlist on all speakers

Turn up the volume

Source: Google Marketing Email, May 12, 2018

CONFIDENTIAL | FRE 408 | PAGE 43

CONFIDENTIAL BUSINESS INFORMATION
Highly Confidential - Attorneys' Eyes Only

SONOS-ITC-00342407
SONOS-SVG2-00041849

# Google Press/Marketing

## Google Home can now connect to any Bluetooth speaker

By Nick Pino  March 28, 2018  Audio

Google Home's Bluetooth sharing feature casts shade on Sonos

If you've been eyeing a multi-room Sonos, you might want to hold off - Google Home has a new trick up its sleeve that can turn any old Bluetooth speaker into a connected part of a multi-room audio setup.

...

Once tethered to your Google Home, you'll be able to ask Google Assistant to play music on your other speakers either by itself or part of a larger group.



The trick here is that Google Home devices are just using Bluetooth to funnel music from its connected streaming services to the Bluetooth speaker. Which means your speaker needs to be on at all times to receive the music and it doesn't necessarily imbue the Bluetooth speaker with Google Assistant's intelligent voice recognition software, obviously. If you want to make a request to change the song, you'll have to be within shouting distance of the Home.

...

Despite a few quirks with the system, this is still a major upgrade for the Home, enabling you to form multi-room systems piece-by-piece with old Bluetooth speakers at a far cheaper price than a Sonos system.

Source: TechRadar.com, March 28, 2018

CONFIDENTIAL BUSINESS INFORMATION
Highly Confidential - Attorneys' Eyes Only

SONOS-ITC-00342408
SONOS-SVG2-00041850

# Ecosystem Analysis

**Chromecast Primary Devices**: Products from Sony, LG, and JBL:



**Chromecast Secondary Analysis:** Products from Vizio and Sony:



CONFIDENTIAL BUSINESS INFORMATION
Highly Confidential - Attorneys' Eyes Only

SONOS-ITC-00342409
SONOS-SVG2-00041851

# Chromecast Primary: JBL Link Callouts

| Google Feature | Non-Google Feature |
|---|---|

**LINK speakers deliver exceptional sound with the intelligence of Google Assistant.**





Take the party outside with LINK10 and LINK20.









| Google Feature | Non-Google Feature |
|---|---|
| 5/6 (83%) | 1/6 (17%) |

CONFIDENTIAL BUSINESS INFORMATION
Highly Confidential - Attorneys' Eyes Only

SONOS-ITC-00342410
SONOS-SVG2-00041852

# Chromecast Primary: JBL Link 10 Callouts

| Google Feature | Non-Google Feature |
|---|---|









| Google Feature | Non-Google Feature |
|---|---|
| 4/4 (100%) | 0/4 (0%) |

CONFIDENTIAL BUSINESS INFORMATION
Highly Confidential - Attorneys' Eyes Only

SONOS-ITC-00342411
SONOS-SVG2-00041853

# Chromecast Primary: JBL Link 20 Callouts

| Google Feature | Non-Google Feature |
| --- | --- |

 

Get help from your Google Assistant

 

Hands-free voice control

 

Simple setup with the Google Home app on iOS & Android (Simple setup & use)



Immersive JBL sound with the Google Assistant

| Google Feature | Non-Google Feature |
| --- | --- |
| 4/4 (100%) | 0/4 (0%) |

CONFIDENTIAL BUSINESS INFORMATION
Highly Confidential - Attorneys' Eyes Only

SONOS-ITC-00342412
SONOS-SVG2-00041854

# Chromecast Primary: JBL Link 300 Callouts

| Google Feature | Non-Google Feature |
|---|---|









| Google Feature | Non-Google Feature |
|---|---|
| 4/4 (100%) | 0/4 (0%) |

CONFIDENTIAL BUSINESS INFORMATION
Highly Confidential - Attorneys' Eyes Only

SONOS-ITC-00342413
SONOS-SVG2-00041855

# Chromecast Primary: JBL Link 500 Callouts

| Google Feature | Non-Google Feature |
| --- | --- |







| Google Feature | Non-Google Feature |
| --- | --- |
| 4/4 (100%) | 0/4 (0%) |



CONFIDENTIAL BUSINESS INFORMATION
Highly Confidential - Attorneys' Eyes Only

SONOS-ITC-00342414
SONOS-SVG2-00041856

# Chromecast Primary: Sony S50G Callouts



CONFIDENTIAL BUSINESS INFORMATION
Highly Confidential - Attorneys' Eyes Only

SONOS-ITC-00342415
SONOS-SVG2-00041857

# Chromecast Primary: LG WK7 Callouts





CONFIDENTIAL BUSINESS INFORMATION
Highly Confidential - Attorneys' Eyes Only

SONOS-ITC-00342416
SONOS-SVG2-00041858

# Chromecast Secondary: Sony SRS-ZR7 Callouts



CONFIDENTIAL BUSINESS INFORMATION
Highly Confidential - Attorneys' Eyes Only

SONOS-ITC-00342417
SONOS-SVG2-00041859

# Chromecast Secondary: Vizio Crave Callouts



CONFIDENTIAL | FRE 408 | PAGE 54

CONFIDENTIAL BUSINESS INFORMATION
Highly Confidential - Attorneys' Eyes Only

SONOS-ITC-00342418
SONOS-SVG2-00041860