# EXHIBIT 1

# FILED UNDER SEAL

# *Sonos, Inc. vs. Google LLC*

Civil Action No. 3:20-cv-06754

# **Summary of Opinions**
James Malackowski

# James Malackowski



- Senior Managing Director of **Ocean Tomo, LLC**, a part of J.S. Held
  - **Ocean Tomo** is an IP-focused valuation, strategy and investment banking firm



- Past President, **Licensing Executives Society International**, world's largest technology transfer professional association

- **Inventor** on 20 issued patents

- Summa Cum Laude graduate of the **University of Notre Dame** majoring in accountancy and philosophy



- **Certified Public Accountant**

- **Certified Licensing Professional**



- **Adjunct Instructor** for graduate studies on IP management

- Served as an **expert** on questions relating to intellectual property economics on over 100 occasions

PDX3.2

# Summary of Assignment

**Identify the amount of compensation that Google would pay to access patented Sonos technology**



# Reasonable Royalty Damages

# Information Relied Upon



# 35 U.S.C. § 284



Upon finding for the claimant the court shall award the claimant **damages adequate to compensate for the infringement, but in no event less than a reasonable royalty** for the use made of the invention by the infringer, together with interest and costs fixed by the court.

35 U.S.C. § 284

PDX3.5

# Hypothetical Negotiation





The royalty that a licensor (such as Sonos) and a licensee (such as Google) would have agreed upon if both had been **reasonably and voluntarily trying to reach an agreement**

PDX3.6

# Required Assumptions

**'966 Patent**

November 2019

**'885 Patent**

November 2020





**Hypothetical Negotiations**

**Patents Are Valid and Infringed**

**Parties Must Reach an Agreement**

# Key Questions

**1** What is the **competitive relationship** between Sonos and Google?

**2** Are there value indicators in the market for **comparable technologies**?

**3** How important is the **patented technology**?

**4** How does Google **value and share the benefits** of third-party technology?

**5** Does Google have any commercially and technically viable **non-infringing alternatives**?

PDX3.8

# Benefits of Sonos Asserted Patents

## **Distinct** benefit from each Sonos patent

| '966 Patent | '885 Patent |
|:---:|:---:|







Supplemental Expert Report of James E. Malackowski, December 9, 2022, Sections 8.2-8.3, 11.8

PDX3.9

# Reasonable Royalty Damages

Hypothetical negotiation would have resulted in a **minimum per-unit reasonable royalty** of

**'966 Patent**

$0.82

November 5, 2019 /
September 30, 2022

**'885 Patent**

$0.87

November 24, 2020 /
November 15, 2022

Reply Expert Report of James E. Malackowski, January 23, 2023, Appendix 3.1-R

PDX3.10

# Determining A Reasonable Royalty



# Determining A Reasonable Royalty



# Steps to Technology Valuation

Technology → *Comparison* → Results











# Lenbrook U.S. Licensing Rates

**CONFIDENTIAL PATENT LICENSE AGREEMENT**

This Confidential Patent License Agreement ("**Agreement**"), by and between Lenbrook Industries Limited, having a primary place of business at 633 Granite Ct, Pickering, ON L1W 3K1, Canada ("**Lenbrook**"), and Sonos, Inc., a Delaware corporation having a primary place of business at 614 Chapala Street, Santa Barbara, CA 93101 ("**Sonos**"), is effective as of January 1, 2020 ("**Effective Date**") and executed as of July 28, 2020 ("**Execution Date**"). Each of Sonos and Lenbrook may also be referenced individually, a "**Party**"; collectively, the "**Parties**".

4.2.1.1 <u>U.S. Licensing Royalties</u>. For each Covered Product Sold in the United States (excluding those Sold for export), the following Royalty Rates shall apply:

| Sonos US Patent Portfolio Licensing Rates | | | | | |
|---|---|---|---|---|---|
| Units of Covered Product(s) Sold annually | 0-5,000 | 5,001-10,000 | 10,001-20,000 | 20,001-40,000 | 40,001+ |
| Royalty Rate | $12 | $15 | $19 | $24 | $30 |

Highly Confidential - Attorneys' Eyes Only

TX6632, Page 1 of 22

SONOS-SVG2-00042923


UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**TX6632**
3:20-cv-06754-WHA

SONOG-SVG2-00042923-944 at 923, 927-928.

PDX3.14

# Pass & Seymour U.S. Licensing Rates

– CONFIDENTIAL UNDER NDA –

## CONFIDENTIAL PATENT LICENSE AGREEMENT

This Confidential Patent License Agreement ("**Agreement**"), by and between **Pass & Seymour, Inc.** ("**Licensee**"), having a primary place of business at 50 Boyd Avenue, Syracuse, NY 13221, and **Sonos, Inc.** ("**Sonos**"), a corporation having a primary place of business at 614 Chapala Street, Santa Barbara, CA 93101, is effective as of December 1, 2020 ("**Effective Date**"). Sonos and Licensee (each individually, a "**Party**"; collectively, the "**Parties**") agree as follows.

4.2.1.1  U.S. Licensing Royalties. For each Covered Product Sold in the United States, the following Royalty Rates shall apply:

### Sonos US Patent Portfolio Licensing Rates

| Units of Covered Product(s) Sold annually | 0-5,000 | 5,001-10,000 | 10,001-20,000 | 20,001-40,000 | 40,001+ |
|---|---|---|---|---|---|
| Royalty Rate | $12 | $15 | $19 | $24 | $30 |

Highly Confidential - Attorneys' Eyes Only

TX6631, Page 1 of 18          SONOS-SVG2-00042905



TX6631

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
3:20-cv-06754-WHA

SONOG-SVG2-00042905-922 at 905, 910.

PDX3.15

# Sonos Licenses

| Licensee | Malackowski | Reason | Google Expert | Reason |
|---|---|---|---|---|
| DEI | ❌ | Litigation Settlement; Portfolio License; Worldwide | ❌ | Litigation Settlement |
| Lenbrook | ❌ | Litigation Settlement; Portfolio License; Worldwide | ❌ | Litigation Settlement; Cross-License; Worldwide |
| Pass & Seymour | ❌ | Portfolio License; Worldwide | ❌ | Portfolio License; Worldwide; Product Portfolio |

Supplemental Expert Report of James E. Malackowski, December 9, 2022, Sections 11.7 and 12.1.1
Rebuttal Expert Report of W. Christopher Bakewell, January 13, 2023, pp. 171-176.

PDX3.16

# Google Licenses & Settlements

| Licensee | Malackowski | Reason | Google Expert | Reason |
|----------|-------------|--------|---------------|--------|
| Silent River | ❌ | NPE; Worldwide | ❌ | Litigation Settlement; Worldwide |
| Garnet Digital | ❌ | Litigation Settlement; Worldwide | ❌ | Technical Comparability; Litigation Settlement; Worldwide |
| Costa Verdi | ❌ | NPE; Worldwide | ❌ | Technical Comparability; Worldwide |
| Times Square | ❌ | NPE; Worldwide | ❌ | Worldwide |
| Sierra View | ❌ | NPE; Worldwide | ❌ | Worldwide |

Supplemental Expert Report of James E. Malackowski, December 9, 2022, Sections 11.7 and 12.1.2;  Reply Expert Report of James E. Malackowski, January 23, 2023, Section 6; Rebuttal Expert Report of W. Christopher Bakewell, January 13, 2023, pp. 181-192.

PDX3.17

# Patent Owner Licensing Concerns

| Negotiation Consideration | Commercial Competitor | NPE |
|---|---|---|
| **Pricing Pressure** | RISK | NO RISK |
| **Market Share Loss** | RISK | NO RISK |
| **Technology Reputation** | RISK | NO RISK |
| **Impact on Royalty Rate** | INCREASE | DECREASE |

Supplemental Expert Report of James E. Malackowski, December 9, 2022, Section 12.1.3

PDX3.18

# Google Patent Purchases

| Licensee | Malackowski | Reason | Google Expert | Reason |
|---|---|---|---|---|
| Haltek | ❌ | NPE (via IIF) | ❌ | NPE (via IIF) |
| Vendaria Media | ❌ | NPE (via IIF) | ❌ | NPE (via IIF) |
| Outland Research | ❌ | NPE | ✅ | Similar |
| Dorfen | ❌ | NPE | ✅ | Similar |
| Peekaboo | ❌ | NPE | ❌ | None Provided |

Supplemental Expert Report of James E. Malackowski, December 9, 2022, Sections 11.7 and 12.1.2;
Reply Expert Report of James E. Malackowski, January 23, 2023, Section 6; Rebuttal Expert Report of W. Christopher Bakewell, January 13, 2023, pp. 192-204.

PDX3.19

# Outland Research



**Dr. Rosenberg**
**Outland Research, LLC**

Google was recently assigned a number of unusual and interesting patents from ==Outland Research, LLC, from inventor Louis B. Rosenberg==, a Stanford PhD, Cal Polytech Professor on leave, and most recently professional film maker. A number of Rosenberg's inventions

These patents cover a wide range of inventions, but none of them really involve search. In addition to an ==alternative game controller or computer input device==, there's another patent that describes controlling electronic devices by looking at them and commanding them. Another watches where you're looking on a computer or ebook reader to save your place if you look away or switch documents. A pair of the Outland Research patents provide ways to ==use your cell phone== to collaboratively rate or reject songs that might be played in restaurants or nightclubs. A series of other patents add enhancements to cell phones and/or media players such as the ability for a group of people to run their own collaborative radio station, or to shake a media player in a certain way to change songs or playlists.



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**TX6913**
3:20-cv-06754-WHA

Slawski, B., "Google Picks Up Hardware and Media Patents from Outland Research," *SEObytheSea.com*,
https://www.seobythesea.com/2011/09/google-picks-up-hardware-and-media-patents-from-outland-research

# Steps to Technology Valuation



# Speaker Grouping Methods

**Wired System**

**Mobile Application**

**Embedded Software**











**MOST VALUABLE**

Sonos, "Sonos Investor Event," https://s22.q4cdn.com/672173472/files/doc_presentations/2021/03/FINAL-Sonos-Investor-Event-Presentation-3.9.21.pdf

# IFTTT – If This Then That





# IFTTT Service Options

# IFTTT Technology Comparison

| Capability | IFTTT | Sonos Patents |
|---|:---:|:---:|
| Create predefined speaker group | ✅ | ✅ |
| Save predefined speaker group | ✅ | ✅ |
| Invoke predefined speaker group later | ✅ | ✅ |
| Name predefined speaker group to common theme | ✅ | ✅ |
| Allows predefined speaker groups to include overlap | ✅ | ✅ |
| Configure speaker group for synchronous media playback | ❌ | ✅ |

Supplemental Expert Report of James E. Malackowski, December 9, 2022, Section 12.2.4.1;
Reply Expert Report of Dr. Kevin C. Almeroth, January 23, 2023, Section XVII

PDX3.25

# Comparable Technology Market Price



**Minimum** monthly price offered, $1.99, as starting point

Supplemental Expert Report of James E. Malackowski, December 9, 2022, Section 12.2.4.2

PDX3.26

# Apportion for Smartphone Lifespan

## The average life of a smartphone

The opinions about the average lifespan of a smartphone are quite varied. The Consumentenbond estimates the average lifespan at 2.5 years. Other sources indicate that a new smartphone will last 15 to 18 months. The lifespan of your smartphone depends on how you handle your device. Yet, however economical you are on your device, there are several factors that affect lifespan. You can read which ones are below.

The average smartphone can last for about 2 to 4 years at about the 3-year mark you'll notice that the hardware on your phone is significantly outdated and your battery will have a capacity far less than it's original, or it might be no longer functional.

Smartphone average lifespan is **2.5 years**

Supplemental Expert Report of James E. Malackowski, December 9, 2022, Section 12.2.4.3

PDX3.27

# Apportion for Multi-Speaker Households





UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**TX6920**
3:20-cv-06754-WHA

"The Smart Audio Report – Spring 2020," *NPR*, slide 9, https://www.nationalpublicmedia.com/uploads/2020/04/The-Smart-Audio-Report_Spring-2020.pdf

PDX3.28

# Conservative Nature of Quantitative Indicator

- Minimum **$1.99** subscription price



- Use only **2 of 20 applets** to create one zone scene



- Limit to smartphone lifespan **2.5 years**



- Exclude households with **2 or less** devices



# Discounted IFTTT Price – '966 Patent

| '966 Patent Metric | Q4 2019 | Q1 2020 | Q2 2020 | Q3 2020 | Q4 2020 | Q1 2021 |
|---|---|---|---|---|---|---|
| Quarterly Subscription Fee | $ 0.60 | $ 0.60 | $ 0.60 | $ 0.60 | $ 0.60 | $ 0.60 |
| Partial Period Factor | 0.153 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 |
| Present Value Factor | 0.994 | 0.953 | 0.870 | 0.799 | 0.735 | 0.675 |
| **Net Present Value** | **$ 0.09** | **$ 0.57** | **$ 0.52** | **$ 0.48** | **$ 0.44** | **$ 0.40** |

| '966 Patent Metric | Q2 2021 | Q3 2021 | Q4 2021 | Q1 2022 | Q2 2022 | Total |
|---|---|---|---|---|---|---|
| Quarterly Subscription Fee | $ 0.60 | $ 0.60 | $ 0.60 | $ 0.60 | $ 0.60 | $ 6.57 |
| Partial Period Factor | 1.000 | 1.000 | 1.000 | 1.000 | 0.847 | *n/a* |
| Present Value Factor | 0.621 | 0.571 | 0.524 | 0.482 | 0.446 | *n/a* |
| **Net Present Value** | **$ 0.37** | **$ 0.34** | **$ 0.31** | **$ 0.29** | **$ 0.23** | **$ 4.04** |

# Discounted IFTTT Price – '885 Patent

| '885 Patent Metric | Q4 2020 | Q1 2021 | Q2 2021 | Q3 2021 | Q4 2021 | Q1 2022 |
|---|---|---|---|---|---|---|
| Quarterly Subscription Fee | $ 0.60 | $ 0.60 | $ 0.60 | $ 0.60 | $ 0.60 | $ 0.60 |
| Partial Period Factor | 0.101 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 |
| Present Value Factor | 0.996 | 0.961 | 0.892 | 0.831 | 0.773 | 0.720 |
| **Net Present Value** | **$ 0.06** | **$ 0.57** | **$ 0.53** | **$ 0.50** | **$ 0.46** | **$ 0.43** |

| '885 Patent Metric | Q2 2022 | Q3 2022 | Q4 2022 | Q1 2023 | Q2 2023 | Total |
|---|---|---|---|---|---|---|
| Quarterly Subscription Fee | $ 0.60 | $ 0.60 | $ 0.60 | $ 0.60 | $ 0.60 | $ 6.57 |
| Partial Period Factor | 1.000 | 1.000 | 1.000 | 1.000 | 0.899 | *n/a* |
| Present Value Factor | 0.670 | 0.624 | 0.581 | 0.541 | 0.506 | *n/a* |
| **Net Present Value** | **$ 0.40** | **$ 0.37** | **$ 0.35** | **$ 0.32** | **$ 0.27** | **$ 4.27** |

# Per-Unit Quantitative Indicators

|  | '966 Patent | '885 Patent |
|---|---|---|
| Discounted IFTTT Price | $4.04 | $4.27 |
|  | ✕ | ✕ |
| Multi-Speaker Household Apportionment | **29%** | **29%** |
| Quantitative Indicator | **$1.17** | **$1.24** |

# Determining A Reasonable Royalty



# *Georgia-Pacific* Factors

| Licensing | The Invention | Economics |
|---|---|---|
| 1. Other licenses for this patent | **9. Advantages over substitutes** | **5. Commercial relationship between the parties** |
| 2. Comparable patents licensed by the infringer | **10. Nature and benefits of patented invention** | **6. Derivative or convoyed sales** |
| 3. Nature and scope of license | **11. Extent and benefit from infringer's use of the patent** | 8. Profitability of product |
| **4. Established policy and licensing programs** | **12. Customary industry value benchmarks** | 14. The opinion of qualified experts |
| 7. Duration of the patent | **13. Portion of profit related to the invention** | **15. Amount deemed reasonable as a result of hypothetical negotiations between licensee and patent holder** |

*Georgia-Pacific Corp. v. United States Plywood Corp.*, 318 F. Supp. 1116 (S.D.N.Y. 1970)

PDX3.34

# *Georgia-Pacific* Factor # 4

## Established Policy and Licensing Programs

# Sonos created and shared **IP Licensing Model**

**Goal:** Obtain a royalty rate that reflects the value attributable to the features of Google's products that are covered by the Sonos patent portfolio.

**How to Get There:**

1. Round 1: identify the commercially desirable/marketable features found today in Google's smart speakers, and how those features are presented to consumers.

2. Round 2: determine Sonos' IP contribution with respect to those features.

3. Calculate a royalty rate using (1) the identifie[d] tribution, and (3) the estimated profits of G[oogle]

### Step 2B: Per-Unit Rate – Google, U.S.

| Google Mini | Feature Value | | Sonos Contribution | | Profit | | License | Total License |
|---|---|---|---|---|---|---|---|---|
| Connected Device | 37% | | 33% | | | | $1.56 | |
| Voice Assistant | 44% | X | 0% | X | $12.74 | = | $0.00 | $3.01 |
| Multi Device | 19% | | 60% | | | | $1.45 | |
| Premium Sound | 0% | | 0% | | | | $0.00 | |



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**TX6619**

3:20-cv-06754-WHA

# *Georgia-Pacific* Factor # 5

## Commercial Relationship Between the Parties

# Google **recognizes competition** with Sonos



**Conjoint Attributes & Levels**

| Brand | Voice assistant / control | Cables included | Audio Quality | Streaming options | Price |
|-------|---------------------------|-----------------|---------------|-------------------|-------|
| Google with Google Assistant | Included with your purchase, built in to dongle | 3.5mm to 3.5mm (analog) | Above average (e.g. movie theater quality) | Bluetooth | $19.99 |
| Amazon with Amazon Alexa | Included with your purchase as an additional piece of hardware (e.g. Echo Dot, Google Home Mini) | 3.5mm to RCA  (analog) | Average (e.g. car stereo quality) | Wi-Fi | $29.99 |
| Sonos with Google Assistant | Not included, requires additional speaker sold separately (e.g. Echo Dot, Google Home Mini) | Mini TOSLINK to TOSLINK/Optical (Digital) | | Bluetooth and Wi-Fi | $39.99 |
| Sonos with Amazon Alexa | | 3.5mm to 3.5mm (analog) and Mini TOSLINK to TOSLINK/Optical (Digital) | | Bluetooth, Wi-Fi, and stereo / surround sound | $49.99 |
| | | 3.5mm to RCA  (analog) and TOSLINK/Optical (Digital) | | Stereo / surround sound and Bluetooth | $79.99 |
| | | | | Stereo / surround sound and Bluetooth | $89.99 |



**WiFi Speakers**

**Entry Level**
Sonos PLAY:1 ($199)
Google Home ($129)

**Premium**
Sonos PLAY:5 ($499)
Google Home Biggie ($399)

++ Bass
++ Clarity
++ Louder
++ Larger





UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**TX6148**
3:20-cv-06754-WHA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**TX6145**
3:20-cv-06754-WHA

Supplemental Expert Report of James E. Malackowski, December 9, 2022, Section 14.5;
GOOG-SONOSNDCA-00056580-600 at 583; GOOG-SONOSNDCA-00056500-572 at 502.

PDX3.36

# *Georgia-Pacific* Factor # 5

## Commercial Relationship Between the Parties

# Google and Sonos **customers overlap**



### Go Big w/ Best Buy
#1 Partner with 36% of sales share. Heavy investment for in-store merchandising.



 Connected Home Table

 Best Buy Holiday Campaign

 Channel Marketing







Refresh adding Joplin, Eve & Elder and Pixel and interactive 21.5" touch screen demo

Inclusion in the Best Buy Holiday campaign running December with a custom commercial

Placements on key Best Buy properties including Home Page, Social, CRM, Top Tech and digital video (100M+ impressions)

### Go Big w/ Walmart
#2 Partner with 33% of sales share and strategically aligned (not carrying Echo)



GOOG-SONOSNDCA-00060000-147 at 073-074

# *Georgia-Pacific* Factor # 6

## Derivative or Convoyed Sales

# Google generates **indirect revenue** from hardware



**In FY20, Over $1B of Search + Play Indirect Revenue Channeled Through Pixel in addition to Direct HW Revenue**

### FY20 SEARCH & PLAY REVENUE (2) CHANNELED THROUGH PIXEL DEVICES

| COUNTRY | SEARCH | | | | PLAY | TOTAL PLAY + SEARCH IND. REVENUE (2) | % OF TOTAL PLAY + SEARCH REVENUE |
| | PAID DISTRIBUTION | UNPAID DISTRIBUTION | ORGANIC | TOTAL SEARCH REVENUE | TOTAL PLAY REVENUE | | |
|---|---|---|---|---|---|---|---|
| US | $358M | $196M | $22M | $576M | $154M | $730M | 69% |
| GB | $3M | $61M | $2M | $66M | $8M | $74M | 7% |
| CA | $25M | $17M | $2M | $44M | $15M | $59M | 6% |
| JP | $0M | $57M | $1M | $58M | $50M | $108M | 10% |
| AU | $13M | $15M | $1M | $29M | $6M | $35M | 3% |
| ROW | $7M | $32M | $2M | $41M | $18M | $59M | 5% |
| Total | $406M | $378M | $30M | $814M | $251M | $1,065M | 100% |

| SEARCH REVENUE CHANNEL KEY | | | |
|---|---|---|---|
| CHANNEL | TAC PAID | SEARCH PERFORMED ON | CARRIER TAC AGMT. |
| Paid Dist. | yes | Search widget, Chrome URL bar | yes |
| Unpaid Dist. | no | Search widget, Chrome URL bar | no |
| Organic | no | Google.com site | N/A |

- Over $1B of indirect revenue channeled through Pixel devices in FY20 with $814M arising from Search and $251M arising from Play [for context, Pixel FY20 Direct Hardware Revenue was $1.5B]
- Majority of indirect revenue attributed to US (69%) followed distantly by JP (10%). JP comprises 23% of HW revenue, 20% of Play & only 7% of Search (lower RPM - 35% of US, and fewer yrs of install base - launched in Q418)
- 50% of Pixel-channeled Search revenue has TAC applied to it driven primarily by the US which has TAC applied to 62% of revenue

5

"Channeled" or "indirect" revenue is a measure of revenue that flows through Pixel devices via the monetization of Google services and is not a representation of Pixel revenue; ROW = DE, FR, IT, ES, IE, SG & IN



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

TX6256

3:20-cv-06754-WHA

Supplemental Expert Report of James E. Malackowski, December 9, 2022, Sections 13 and 14.6; GOOG-SONOSNDCA-00115771-813 at 775

PDX3.38

# *Georgia-Pacific* Factors # 9 & 10

**Advantages Over Substitutes Nature and Benefits of Patented Invention**



- **Little correlation** between the development (or replacement) cost of an asset and its value

- "It makes **no difference to the marketplace** how much it cost the IP owner to develop the technology. The technology is worth as much or as little as the buyer is willing to pay for it."

# *Georgia-Pacific* Factors # 9 & 10

## Advantages Over Substitutes Nature and Benefits of Patented Invention

| Proposed NIA | No Standalone Mode | No Overlapping Groups |
|---|---|---|
| Non-Infringing | ❌ | ❌ |
| Commercially Acceptable | ❌ | ❌ |
| Technically Feasible | ❌ | ❌ |
| Consumer Acceptance | Minimal, if any | Minimal, if any |

Rebuttal Expert Report of Dr. Kevin C. Almeroth, January 13, 2023, Section XVII;
Reply Expert Report of Dr. Kevin C. Almeroth, January 23, 2023, Section XV.A

PDX3.40

# *Georgia-Pacific* Factor # 11

## Extent and Benefit from Infringer's Use of the Patent

**'966 Patent**
94.7 million
Google Home
app installs



MORE PRODUCTS

=

GREATER USAGE

=

MORE REVENUE

**'885 Patent**
14.1 million
Google Home,
Nest, and
Chromecast units



Supplemental Expert Report of James E. Malackowski, December 9, 2022, Sections 12.2 and 14.11, Appendix 7.2-S;
Reply Expert Report of James E. Malackowski, January 23, 2023, Appendix 7.4-R

PDX3.41

# *Georgia-Pacific* Factor # 11

**Extent and Benefit from Infringer's Use of the Patent**

## Google **markets and promotes** the benefits provided by the Asserted Patents

## Listen, from room to room to room.



"Hey Google, play party playlist on my speakers group"

Nest speakers work together, so you can create your own audio system.

## Group your Google Assistant devices

You can create groups of speakers, Smart Displays, and Smart Clocks so all of your devices play the same audio throughout your house.

This feature doesn't work on Bose or Sonos speakers that have the Google Assistant.

## What you need

You need two or more of the devices listed below. You can group speakers, Smart Displays, and Smart Clocks in any combination.

- Google Home
- Google Nest Speakers
- Chromecast (2nd generation and above)
- Smart Displays with Google Assistant
- Chromecast Audio
- Speakers with Chromecast built-in
- Smart Clock

# *Georgia-Pacific* Factor # 12

## Customary Industry Value Benchmarks



# *Georgia-Pacific* Factor # 13

## Portion of Realizable Profit Attributable to Invention

## Google Play Store Help Center

### Service fees

Apps and in-app products sold through Google Play's billing system or an Additional Billing System (as defined below) in accordance with the Payments policy are subject to a service fee.

As of January 1, 2022, that service fee is equivalent to:

- For developers who are enrolled in the 15% service fee tier, the service fee is:
  - 15% for the first $1M (USD) of earnings each year,
  - 30% for earnings in excess of $1M (USD) each year.
- For developers who are not enrolled in the 15% service fee tier, the service fee is 30%.
- For automatically renewing subscription products purchased by subscribers, the service fee is 15%.



Google, "Service Fees," *Google.com*, https://support.google.com/googleplay/androiddeveloper/answer/112622?hl=en

PDX3.44

# Determining A Reasonable Royalty



# *Georgia-Pacific* Factor # 15



| Comparable Technology Market Price | → | *Georgia-Pacific* Analysis | → | Reasonable Royalty |

Unit-Based

Apportioned IFTTT Price

No Alternatives Available



70% SONOS

30% Google

**Per-Unit Reasonable Royalty Rate**

Supplemental Expert Report of James E. Malackowski, December 9, 2022, Section 14.15

PDX3.46

# *Georgia-Pacific* Factor # 15



**Comparable Technology Market Price** → ***Georgia-Pacific* Analysis** → **Reasonable Royalty**

| '966 Patent |
| :---: |
| $1.17 |

| '885 Patent |
| :---: |
| $1.24 |

70% SONOS    30% Google

| '966 Patent |
| :---: |
| $0.82 |

| '885 Patent |
| :---: |
| $0.87 |

Supplemental Expert Report of James E. Malackowski, December 9, 2022, Section 14.15, Appendices 4.1.2 and 4.2.2

PDX3.47

# Reasonable Royalty Damages

Hypothetical negotiation would have resulted in a **minimum per-unit reasonable royalty** of

**'966 Patent**

$0.82

November 5, 2019 /
September 30, 2022

**'885 Patent**

$0.87

November 24, 2020 /
November 15, 2022

Reply Expert Report of James E. Malackowski, January 23, 2023, Appendix 3.1-R

PDX3.48

# Reasonable Royalty Damages

Hypothetical negotiation would have resulted in a **minimum reasonable royalty** of

**'966 Patent**

$77,546,923

November 5, 2019 /
September 30, 2022

**'885 Patent**

$12,246,294

November 24, 2020 /
November 15, 2022

Reply Expert Report of James E. Malackowski, January 23, 2023, Appendix 3.1-R

PDX3.49