# EXHIBIT 4
# (Filed Under Seal)

---

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1              UNITED STATES DISTRICT COURT
 2           FOR THE NORTHERN DISTRICT OF CALIFORNIA
 3
 4   SONOS, INC.,
 5       Plaintiff,
 6            vs.        Case No. 3:21-CV-07559-WHA
 7   GOOGLE LLC
 8       Defendant.
     _____
 9   -AND-
10   GOOGLE LLC,
11       Plaintiff,
12            vs.        Case No. 3:20-CV-06754-WHA
13   SONOS, INC.,
14       Defendant.
     _____
15     **ATTORNEYS' EYES ONLY - HIGHLY CONFIDENTIAL**
16          **ATTORNEYS EYES ONLY - SOURCE CODE**
17
18     ZOOM DEPOSITION OF GOOGLE's 30(b)(6) & 30(b)(1)
19                    KENNETH J. MACKAY
20   (Reported Remotely via Video & Web Videoconference)
         Sunnyvale, California (Deponent's location)
21                 Tuesday, May 10, 2022
     STENOGRAPHICALLY REPORTED BY:
22   REBECCA L. ROMANO, RPR, CSR, CCR
     California CSR No. 12546
23   Nevada CCR No. 827
     Oregon CSR No. 20-0466
24   Washington CCR No. 3491
     JOB NO. 5229656
25   PAGES 1 - 288
```

---

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1              UNITED STATES DISTRICT COURT
 2           FOR THE NORTHERN DISTRICT OF CALIFORNIA
 3
 4   SONOS, INC.,
 5       Plaintiff,
 6            vs.        Case No. 3:21-CV-07559-WHA
 7   GOOGLE LLC
 8       Defendant.
     _____
 9   -AND-
10   GOOGLE LLC,
11       Plaintiff,
12            vs.        Case No. 3:20-CV-06754-WHA
13   SONOS, INC.,
14       Defendant.
     _____
15
16          DEPOSITION OF KENNETH J. MACKAY, taken on
17   behalf of the Sonos, Inc., with the deponent
18   located in Sunnyvale, California, commencing at
19   9:05 a.m., Tuesday, May 10, 2022, remotely reported
20   via Video & Web Videoconference before
21   REBECCA L. ROMANO, a Certified Shorthand
22   Reporter, Certified Court Reporter, Registered
23   Professional Reporter.
24
25
```

---

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1              APPEARANCES OF COUNSEL
 2   (All parties appearing via Web Videoconference)
 3
 4   For the Sonos, Inc:
 5       LEE SULLIVAN SHEA & SMITH LLP
 6       BY:  RORY P. SHEA
 7       BY:  DAVID R. GROSBY
 8       Attorneys at Law
 9       656 Randolph Street
10       Floor 5W
11       Chicago, Illinois 60661
12       (312) 754-9602
13       shea@ls3ip.com
14       grosby@ls3ip.com
15
16   For the Google LLC:
17       QUINN EMANUEL URQUHART & SULLIVAN, LLP
18       BY:  MARC L. KAPLAN
19       Attorney at Law
20       191 N. Wacker Drive
21       Suite 2700
22       Chicago, Illinois 60606
23       (312) 705-7400
24       marckaplan@quinnemanuel.com
25   /////
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1              APPEARANCES(cont'd)
 2    (All parties appearing via Web Videoconference)
 3
 4
 5    ALSO PRESENT:
 6         David West, Videographer
 7         Patrick Weston, Senior Litigation Counsel at
 8    Google
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25    /////
                                             Page 4
```

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1           Sunnyvale, California; Tuesday May 10, 2022
 2                        9:05 a.m.
 3                        ---o0o---
 4
 5           THE VIDEOGRAPHER:  Good morning.  We are     09:05:48
 6    on the record.  The time is 9:05 a.m. Pacific Time,
 7    and the date today is May 10th, 2022.
 8           Please note that this deposition is being
 9    conducted virtually.  Quality of recording depends
10    on the quality of camera and Internet connection of  09:06:08
11    participants.  What is seen from the witness and
12    heard on screen is what will be recorded.
13           Audio and video recording will continue
14    to take place unless parties agree to go off the
15    record.                                              09:06:22
16           This is Media Unit 1 of the
17    video-recorded deposition of Ken MacKay as
18    30(b)(6), and in his individual capacity, taken by
19    counsel for Sonos Inc. in the matter of Sonos
20    Inc. v. Google and Google LLC versus Sonos Inc.,     09:06:37
21    filed in the United States District Court for the
22    Northern District of California.
23    Case Nos. 3:21-CV-07559-WHA and 3:21-CV-06754-WHA
24    [sic].
25           The deposition -- the deposition is being     09:07:03
                                                    Page 8
```

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1    conducted remotely using virtual technology.  My     09:07:05
 2    name is David West.  I am the videographer.  The
 3    court reporter is Rebecca Romano.  We represent
 4    Veritext Legal Solutions.
 5           I'm not related to any party in this          09:07:14
 6    action, nor I am financially interested in the
 7    outcome.
 8           If there are any objections to
 9    proceeding, please state them at the time of your
10    appearance.                                          09:07:23
11           Counsel and all present, including
12    remotely, will now state their appearances and
13    affiliations, for the record, beginning with the
14    noticing attorney.
15           MR. SHEA:  Yes.  Rory Shea here on behalf     09:07:33
16    of Lee Sullivan -- from Lee Sullivan Shea & Smith
17    on behalf of Sonos.
18           And with me as well is my colleague
19    David Grosby, also from Lee Sullivan Shea & Smith.
20           MR. KAPLAN:  This is Marc Kaplan from         09:07:49
21    Quinn Emanuel Urquhart & Sullivan on behalf of
22    Google and the witness.
23           And with me today is Patrick Weston from
24    Google.
25           THE VIDEOGRAPHER:  Thank you.                 09:08:03
                                                    Page 9
```

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1           The court reporter may swear the witness      09:08:03
 2    in and we will continue.
 3           THE COURT REPORTER:  Mr. MacKay, If you
 4    could raise your right hand for me, please.
 5           THE DEPONENT:  (Complies.)                    09:08:07
 6           THE COURT REPORTER:  You do solemnly
 7    state, under penalty of perjury, that the testimony
 8    you are about to give in this deposition shall be
 9    the truth, the whole truth and nothing but the
10    truth?                                               09:08:07
11           THE DEPONENT:  I do.
12
13
14
15                                                         09:08:07
16
17
18
19
20                                                         09:08:07
21
22
23
24
25                                                         09:08:07
                                                    Page 10
```

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1          THE DEPONENT:  Yes.                           10:29:40
 2     Q.   (By Mr. Shea)  Do each of the players
 3   that are listed in paragraph 3 of Exhibit 2 contain
 4   a network interface?
 5          MR. KAPLAN:  Object to scope.                 10:30:03
 6          THE DEPONENT:  I guess I'm not sure of
 7   the technical definition of a "network interface."
 8     Q.   (By Mr. Shea)  Okay.  You know, here's
 9   what I'm going to do, Mr. MacKay.  I'm going to put
10   a pin in this.  I -- I think there's maybe a more   10:30:26
11   efficient way to do this.  So -- so let's -- I'm
12   going to circle back to that with you.  But -- but
13   -- but for now, I'm going to move on to -- to
14   something a little different.
15          So let's see here.  I want to ask you        10:30:36
16   about -- start by asking you about the term
17   "speaker group," which I think maybe the easiest
18   thing to do to start us off is -- is to have you
19   turn to the next page of the -- the deposition
20   notice that's in front of you.                       10:31:02
21     A.   Okay.
22     Q.   And -- and if you look here in
23   paragraph 8, subpart (i), it talks about -- it
24   references this term "speaker group," and then
25   refers to this Google help page where they talk     10:31:23
```
Page 56

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1   about speaker groups.                                10:31:26
 2          Do you see that?
 3     A.   Yes.
 4     Q.   What is a "speaker group" as Google uses
 5   that term?                                           10:31:33
 6     A.   I would describe it as a set of devices
 7   that appears as a castable -- as a Cast target.
 8   And when casted to, they all play together --
 9     Q.   Okay.  And when you say all --
10     A.   -- specifically -- specifically audio.       10:32:03
11          Sorry to interrupt.
12     Q.   Okay.  Let me -- I'm going to try to
13   unpack that a little bit.  So -- so let me take it
14   in a couple of parts.  You said, "it's a set of
15   devices that appears as a Cast target."              10:32:19
16          What do you mean by "appears as a Cast
17   target"?
18     A.   So what I mean is that you can cast to
19   the group.  So in -- if you're in a sender app, for
20   example, and you hit the Cast button, then the      10:32:36
21   group would show up as -- as a potential Cast
22   option.
23     Q.   Okay.  And what does it mean to be a
24   "potential Cast option"?
25     A.   You mean from the perspective of the user   10:33:06
```
Page 57

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1   or from a technical perspective?                     10:33:08
 2     Q.   Let's take it one by one.
 3          So let's start with -- with from the
 4   perspective of a user, what does it mean to be a
 5   "potential Cast target"?                             10:33:17
 6     A.   So it would mean that they -- when they
 7   hit the Cast button in an app, or I guess also
 8   through voice, they can select something as the
 9   thing that they're going to cast to, and then
10   the -- the content that they cast is -- is played   10:33:43
11   on that -- that thing.  So in the context of a
12   group, it would be that set of devices.
13     Q.   And then same question, but from the
14   perspective -- excuse me -- from a technical
15   perspective, what does it mean to be a "potential   10:33:58
16   Cast target"?
17     A.   From a technical perspective, it means
18   that the -- the -- the target is announcing itself
19   over mDNS as a Cast device, I guess.  Like a
20   "virtual device" is what we call it.  And it        10:34:18
21   accepts incoming Cast connections.
22     Q.   And you had said that when -- so taking
23   the second part of what you said -- you described
24   it as when cast to, they all play together.
25          Do I have that right?                         10:34:47
```
Page 58

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1     A.   Yes.                                          10:34:48
 2     Q.   Okay.  What do you mean by "they all play
 3   together"?
 4     A.   So the same -- specifically for audio,
 5   all of the devices in the group play the same       10:34:58
 6   audio.
 7     Q.   And is the goal of -- of the -- the
 8   technology for those players to play the same audio
 9   in synchrony?
10     A.   So the goal, as we've implemented it, is    10:35:18
11   that the same audio comes out of the actual
12   speaker -- or I guess -- yeah.  The same audio
13   comes out of the speaker at the same time.  So like
14   if -- if there's multiple devices with speakers,
15   then the same audio, I guess, sample would come out 10:35:38
16   of each speaker at the same time.
17     Q.   Okay.  And -- and that's another way you
18   and Google described that, is that "they play out
19   in synchrony"; is that right?
20          MR. KAPLAN:  Object to form.                  10:35:55
21          THE DEPONENT:  Yeah, I think we do use
22   the term "in sync" or "synchronous playback," I
23   think, is the term that we use as well.
24     Q.   (By Mr. Shea)  So -- so Google does -- in
25   referring to the playback of a speaker group,       10:36:11
```
Page 59

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**Page 67**

```
 1  want to use speaker group in the way it's used         10:46:45
 2  in -- in Exhibit 36 to refer to a static group.
 3         And I'll -- I may use those terms
 4  interchangeably.  But if you hear "speaker group, "
 5  that's what I'm referring to.                          10:46:55
 6     A.  Okay.
 7     Q.  So with that, maybe I'll just ask my
 8  question again.
 9         Can you explain for me, at a high level,
10  how a user defines a speaker group of                  10:47:05
11  Google players?
12     A.  Yeah.  The user in the Google Home app
13  can either select a device, and then in the
14  settings for the device, they can like -- they can
15  choose a group for the device to be added to, a        10:47:35
16  preexisting group or create a new group.
17         And then I think there's another option
18  to create a group and select which devices should
19  be added to it.
20     Q.  Okay.  And then once a user has -- has          10:47:50
21  defined a group, can you just tell me, at a high
22  level, how the user plays music on that group?
23     A.  So there are a few options.  The user can
24  use a voice command to play music on the group,
25  targeting it by name, or they can cast to the group    10:48:28
```

**Page 68**

```
 1  from a sender app, or I believe in the Google Home     10:48:33
 2  app, you can tap on the group and it will start
 3  playing music possibly.
 4         There might be other options, too.
 5     Q.  Okay.  In each of those options that you        10:48:51
 6  just gave us, does the functionality of playing
 7  music on that speaker group -- actually, here.  Let
 8  me take a step back.
 9         Have you heard the phrase "launching" a
10  speaker group?                                         10:49:10
11     A.  Yes.
12     Q.  What does it mean to launch a speaker
13  group?
14     A.  I would say it means that we receive a
15  launch message over a Cast connection that's           10:49:28
16  connected to the endpoint associated with the
17  speaker group.  And then as a result of that launch
18  message, we launch the appropriate receiver app and
19  the -- the session associated with that app is
20  associated with the speaker group.                     10:49:54
21     Q.  So when a user plays music -- selects a
22  speaker group to play music on it, does that then
23  cause the speaker group to be launched?
24     A.  I would say the act of selecting it
25  doesn't.  It's -- it's the result of when the          10:50:24
```

**Page 69**

```
 1  launch message is received, when that's handled.       10:50:28
 2  That is what causes the speaker group to be
 3  launched.
 4     Q.  Okay.  So -- so when it's selected, that
 5  may initiate the -- the launch message to be sent.     10:50:44
 6         But then, in your view, it doesn't
 7  actually accomplish the launch until that message
 8  is received.  Do I have that right?
 9     A.  Received and handled, yeah.
10     Q.  And in at least -- in the context of --         10:51:07
11  of playing music on a speaker group using an app as
12  opposed to voice, is it -- is the general process
13  that you would select which group you want to play
14  music on and then the app will cause the device to
15  send a launch message?                                 10:51:30
16     A.  When you say the "device," which device
17  do you mean?
18     Q.  Yeah.  All right.  Let me try it again.
19  Yeah.
20         In -- in the context of using an app            10:51:43
21  running on what I'm going to call a "controller
22  device," when a user selects a particular group --
23  speaker group to play music on, will the app
24  running on the controller device then cause the
25  controller device to transmit a launch message?        10:51:58
```

**Page 70**

```
 1     A.  So I think there's some technical details       10:52:07
 2  there in terms of whether the app itself causes the
 3  launch message to be sent.  Because my
 4  understanding is that, at least on Android, the --
 5  the picker for Cast targets is shown by a different    10:52:22
 6  component called the Cast SDK, which causes --
 7  which would cause the launch message to be sent.
 8  I'm not sure if you're interested in that
 9  distinction.
10     Q.  No, I -- I appreciate it.  Yeah.                10:52:37
11         And so maybe -- maybe I can just try to
12  ask my question without running into that issue,
13  because I'm really more interested at a -- at a
14  device level.
15         I guess my question is that, as a result        10:52:51
16  of a user selecting a particular speaker group for
17  launch on a controller device, will that then
18  trigger the controller device to send a launch
19  message for that selected speaker group?
20         MR. KAPLAN:  Object to form.  Scope.            10:53:12
21         THE DEPONENT:  So when the user selects a
22  speaker group to cast to, I believe that would
23  typically cause a launch message to be sent from
24  the controller device to a member of the speaker
25  group.                                                 10:53:35
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1        Q.  (By Mr. Shea)  So that probably leads           10:53:40
 2   into my next question, which is that once a speaker
 3   group is created, are the players in that -- are
 4   there different roles that are assigned to those
 5   different players in the speaker group?                  10:53:56
 6        A.  I wouldn't say that the roles are
 7   assigned.  So as you might remember from the
 8   previous testimony, we have an election process
 9   whereby the devices that are currently online, that
10   are members of a speaker group, elect amongst           10:54:16
11   themselves a leader device and that leader device
12   acts as the endpoint for Cast requests to the
13   group.
14        Q.  Okay.  Yeah.  You're right.  And I was
15   trying to get at this issue and -- and -- so I          10:54:32
16   understand the distinction.
17            At a high level, can you describe for us
18   what a leader device is in a speaker group?
19            MR. KAPLAN:  Object to form.
20            THE DEPONENT:  So in a speaker group, the      10:54:47
21   devices elect a leader amongst -- the device are
22   continually electing, choosing whichever device
23   that they think is the current -- the best leader.
24   And that device is the device that opens a
25   receiving TCP socket for incoming Cast connections      10:55:10
```

Page 71

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1   associated with the group, and it advertises the        10:55:15
 2   group over mDNS as a Cast target.
 3        Q.  (By Mr. Shea)  Among other things.
 4            In addition -- right.  Sorry.  You -- you
 5   were going the same way that maybe I was, which is      10:55:27
 6   that in addition to that functionality you just
 7   described for us, does the leader also perform a
 8   different set of functionality when the group is
 9   launched?
10        A.  Yes.                                           10:55:48
11        Q.  And at a high level, can you -- can you
12   describe for me what the leader-specific
13   functionality is that's carried out by a leader
14   once a group is launched?
15        A.  So the sender has set up a connection to       10:56:02
16   the -- the leader's endpoint representing the
17   group.  And that device is -- received a launch
18   message, and so that device would launch the
19   appropriate receiver app, which could be either a
20   JavaScript app or C++ code.                             10:56:24
21            And then if that app plays audio, the
22   leader would distribute that audio to any connected
23   followers.
24        Q.  In addition to distributing that audio to
25   connected followers, does a leader also distribute      10:56:52
```

Page 72

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1   at the same time.  But that doesn't imply that it's     12:14:02
 2   heard synchronously or that it actually plays
 3   synchronously.
 4        Q.  (By Mr. Shea)  So then if I could also
 5   have you take a look at PDF page 25, which is Bates     12:14:14
 6   page ending -56.
 7        A.  Yes.
 8        Q.  First of all, do you -- when it says
 9   "C4A" here, do you know what that means?
10        A.  I believe it means Cast for audio.             12:14:31
11        Q.  And this says each here that "Each C4A
12   device can be a member of several groups."
13            Do you see that?
14        A.  Yes.
15        Q.  Is -- is that an accurate statement with       12:14:43
16   respect to the static groups that exist in Google's
17   products today?
18        A.  I'm not sure that it applies for all Cast
19   for audio groups -- or sorry -- all Cast for audio
20   devices, because my understanding is that Cast for     12:15:05
21   audio devices are third-party devices.  And I'm --
22   I'm not sure exactly what features they support.
23        Q.  I see.
24            Limiting the question to Google's own
25   player -- Cast-enabled players that we've been          12:15:23
```

Page 110

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1   talking about today, is it true that each of those      12:15:26
 2   players can be a member of several static groups?
 3        A.  If the device supports groups at all
 4   then, yes, it can be a member of multiple static
 5   groups.                                                 12:15:44
 6        Q.  Is there any maximum limit on how many
 7   static groups a given Google player can be a part
 8   of?
 9        A.  We don't have an explicit limit.
10        Q.  Do you have an understanding -- this          12:15:57
11   diagram that's on this slide we're looking at, do
12   you have an understanding of what that's showing
13   us?
14        A.  It appears to show four devices, and then
15   they're grouped in various ways.                        12:16:22
16        Q.  So, yeah, for instance, there's this "1st
17   floor" oval or -- or box around speaker A and
18   speaker C.
19            Do you see that?
20        A.  Yes.                                           12:16:37
21        Q.  What does that represent?
22        A.  I don't know.  I mean, it looks like it
23   represents a group, but I didn't write the
24   document.
25            MR. SHEA:  So maybe -- I'm going to ask        12:16:56
```

Page 111

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
1   should be discoverable anyways.                    02:36:55
2       Q.   And then the middle screen shows this
3   little icon on the bottom under the groups -- in
4   the groups tile that says "Morning."
5            Do you see that?                          02:37:13
6       A.   Yes.
7       Q.   Do you have an understanding of what that
8   represents in the context of the Google Home app?
9            MR. KAPLAN:  Object to scope.
10           THE DEPONENT:  So I think, if -- if I     02:37:24
11  remember correctly, what -- what the Google Home
12  app does is it discovers all the devices on the
13  local network and asks them for what their group
14  membership is.
15           And then based on the sum total of all of 02:37:36
16  those group memberships, it forms -- it -- it forms
17  and -- and it -- it figures out what all of the
18  groups are on the network.  And then it would use
19  that information to fill in that part of the -- the
20  display.                                           02:37:55
21      Q.   (By Mr. Shea)  And from that middle
22  screenshot here in the example we're showing, which
23  is this Morning group that we've now created, are
24  you able to tell whether or not that Morning group
25  is currently launched?                             02:38:11
                                               Page 184
```

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
1       Q.   (By Mr. Shea)  So based on your          03:16:26
2   understanding of the Google Home app, is it
3   possible for a user to select a group for launch
4   from this interface we're looking at on page 1 of
5   Exhibit 45?                                       03:16:46
6            MR. KAPLAN:  Object.
7            THE DEPONENT:  I think so.  They can tap
8   the "Play music," I guess, words underneath the
9   group.
10      Q.   (By Mr. Shea)  And -- and when a user    03:17:00
11  taps "Play music" underneath one of those groups,
12  do you have an understanding of what the device
13  running the Google Home app then does in order to
14  cause the group to be launched?
15           MR. KAPLAN:  Object to scope.            03:17:17
16           THE DEPONENT:  I'm not totally sure.  But
17  I think my understanding is that it causes a
18  request to go to the cloud services.  And then the
19  cloud service chooses the user's default music
20  provider and executes a cloud Cast command --     03:17:40
21  command to the group to -- to play some music using
22  that music provider.
23      Q.   (By Mr. Shea)  Okay.  Do you know, in --
24  in addition to that functionality, would the device
25  running the Google Home app also send a launch    03:17:58
                                               Page 206
```

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
1        I, Rebecca L. Romano, a Registered
2   Professional Reporter, Certified Shorthand
3   Reporter, Certified Court Reporter, do hereby
4   certify:
5        That the foregoing proceedings were taken
6   before me remotely at the time and place herein set
7   forth; that any deponents in the foregoing
8   proceedings, prior to testifying, were administered
9   an oath; that a record of the proceedings was made
10  by me using machine shorthand which was thereafter
11  transcribed under my direction; that the foregoing
12  transcript is true record of the testimony given.
13       Further, that if the foregoing pertains to the
14  original transcript of a deposition in a Federal
15  Case, before completion of the proceedings, review
16  of the transcript [X] was [ ] was not requested.
17       I further certify I am neither financially
18  interested in the action nor a relative or employee
19  of any attorney or any party to this action.
20       IN WITNESS WHEREOF, I have this date
21  subscribed my name this 13th day of May, 2022.
22
23           [signature]
24           Rebecca L. Romano, RPR, CCR
25           CSR. No 12546
                                               Page 284
```

Veritext Legal Solutions
866 299-5127

## ERRATA SHEET

**Case Names:**   *Google LLC v. Sonos, Inc.*
Case No. 3:20-cv-06754-WHA

*Sonos, Inc. v. Google LLC*
Case No. 3:21-cv-07559-WHA

**Deposition Date:**   May 10, 2022

**Deponent:**   Kenneth MacKay (30(b)(6))

I, Kenneth MacKay, do hereby certify that I read the foregoing transcript of my testimony taken on May 10, 2022, and further certify that it is a true and accurate record of my testimony, with the exception of the corrections listed below:

| Page | Line | Now Reads | Should Read | Reason |
|---|---|---|---|---|
| **30(b)(6)** | | | | |
| 26 | 12 | Numerate | Numerette | Transcription error |
| 27 | 13 | Numerate | Numerette | Transcription error |
| 32 | 12 | application manager ample | application_manager_imple | Transcription error |
| 34 | 24 | ruled | rolled | Transcription error |
| 45 | 15 | Corelan | Korlan | Transcription error |
| 85 | 6 | Joint | Join | Transcription error |
| 122 | 13 | Joint | Join | Transcription error |
| 236 | 3 | Receiver_name space_handler.cc | receiver_namespace_handler.cc | Transcription error |
| **30(b)(1)** | | | | |
| 261 | 15 | Tabus | Tavis | Transcription error |
| 261 | 15 | YoungJin | Byungchul | Transcription error |

Dated:  2022-Jun-28              By:  /s/  Kenneth MacKay
                                      Kenneth MacKay

1