1  CLEMENT SETH ROBERTS (SBN 209203)
   croberts@orrick.com
2  BAS DE BLANK (SBN 191487)
   basdeblank@orrick.com
3  ALYSSA CARIDIS (SBN 260103)
   acaridis@orrick.com
4  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
5  405 Howard Street
   San Francisco, CA 94105-2669
6  Telephone:   +1 415 773 5700
   Facsimile:   +1 415 773 5759
7
   SEAN M. SULLIVAN (*pro hac vice*)
8  sullivan@ls3ip.com
   COLE RICHTER (*pro hac vice*)
9  richter@ls3ip.com
   LEE SULLIVAN SHEA & SMITH LLP
10 656 W Randolph St., Floor 5W
   Chicago, IL 60661
11 Telephone:   +1 312 754 0002
   Facsimile:   +1 312 754 0003
12
   *Attorneys for Sonos, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA,

SAN FRANCISCO DIVISION

| | |
|---|---|
| SONOS, INC.,<br><br>    Plaintiff and Counter-defendant,<br><br>    v.<br><br>GOOGLE LLC,<br><br>    Defendant and Counter-claimant. | Case No. 3:20-cv-06754-WHA<br><br>Consolidated with<br>Case No. 3:21-cv-07559-WHA<br><br>**SONOS, INC.'S NOTICE OF REFILING OF WHOLE DOCUMENTS PURSUANT TO ORDERS RE PENDING MOTIONS TO SEAL (DKT. NOS. 817, 846, 850)** |

Pursuant to the Court's Orders re Pending Motions to Seal (Dkt. Nos. 817, 846, 850), Sonos, Inc. hereby refiles public versions of the documents for which sealing was denied without prejudice and which the parties no longer seek to seal. *See* Dkt. Nos. 831, 851.  Sonos is refiling the aforementioned documents that were attached to sealing motions that Sonos previously filed. Sonos understands that Google will separately file public versions of the documents that were attached to sealing motions previously filed by Google.

Dated:  September 5, 2023

ORRICK HERRINGTON & SUTCLIFFE LLP
*and*
LEE SULLIVAN SHEA & SMITH LLP

By: */s/ Clement S. Roberts*
    Clement S. Roberts

*Attorneys for Sonos, Inc.*