# EXHIBIT 12

# FILED UNDER SEAL

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
SOURCE CODE

```
1              UNITED STATES DISTRICT COURT
2          FOR THE NORTHERN DISTRICT OF CALIFORNIA
3    SONOS, INC.,
4         Plaintiff,
5              vs.        Case No. 3:21-CV-07559-WHA
6    GOOGLE LLC
7         Defendant.
     _____
8    -AND-
9    GOOGLE LLC,
10        Plaintiff,
11             vs.        Case No. 3:20-CV-06754-WHA
12   SONOS, INC.,
13        Defendant.
     _____
14     **HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**
15                  **SOURCE CODE**
16
17       ZOOM DEPOSITION OF DAN SCHONFELD, Ph.D.
18   (Reported Remotely via Video & Web Videoconference)
19       Northbrook, Illinois (Deponent's location)
              Wednesday, August 31, 2022
20
     STENOGRAPHICALLY REPORTED BY:
21   REBECCA L. ROMANO, RPR, CSR, CCR
     California CSR No. 12546
22   Nevada CCR No. 827
     Oregon CSR No. 20-0466
23   Washington CCR No. 3491
24   JOB NO. 5414658
25   PAGES 1 - 252
```

Page 1

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
SOURCE CODE

| | | |
|---|---|---|
| 1 | objection to this deposition officer administering | 09:15:40 |
| 2 | a binding oath to the deponent via remote | |
| 3 | videoconference, starting with the noticing | |
| 4 | attorney, please. | |
| 5 |     MR. SMITH: No objection. | 09:15:55 |
| 6 |     MS. AUBRY: No objection. | |
| 7 |     THE COURT REPORTER: Okay, Doctor, if you | |
| 8 | could raise your right hand for me, please. | |
| 9 |     THE DEPONENT: (Complies.) | |
| 10 |     THE COURT REPORTER: You do solemnly | 09:15:58 |
| 11 | state, under penalty of perjury, that the testimony | |
| 12 | you are about to give in this deposition shall be | |
| 13 | the truth, the whole truth and nothing but the | |
| 14 | truth? | |
| 15 |     THE DEPONENT: I do. | 09:15:58 |
| 16 |     THE VIDEOGRAPHER: Please continue. | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | 09:15:58 |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | ///// | 09:16:13 |

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY
SOURCE CODE

| | | |
|---|---|---|
| 1 | previous questions talked about the editing of -- | 11:16:03 |
| 2 | of the static group, and it would apply in that | |
| 3 | particular circumstance, but I would say that my | |
| 4 | view is it still applies to what I'm referring to. | |
| 5 | The language of the performance of the speaker | 11:16:26 |
| 6 | group has to be understood in context to mean the | |
| 7 | other speakers are either playing or not playing, | |
| 8 | not the existence of the speaker group prior to | |
| 9 | addition. | |
| 10 | Q.   (By Mr. Smith)  So the non-infringing | 11:16:52 |
| 11 | alternative you're describing, again, is not | |
| 12 | limited to a scenario where the speaker group is | |
| 13 | already in existence before the new speaker is | |
| 14 | added to the speaker group; is that correct? | |
| 15 | A.   It's not limited in this way, and I did | 11:17:09 |
| 16 | not understand paragraph 161 in Exhibit 114 to be | |
| 17 | limited in this way either. | |
| 18 | The -- the phrasing may be a little | |
| 19 | different from the phrasing I would have used, but | |
| 20 | I think the meaning is clear that you are never in | 11:17:25 |
| 21 | a situation -- once you've been added, whether it's | |
| 22 | static or dynamically, you're never in a situation | |
| 23 | of playing individually as part of the | |
| 24 | non-infringing alternative. | |
| 25 | Q.   Okay.  So let's -- let's do an example. | 11:17:40 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
SOURCE CODE

| | | |
|---|---|---|
| 1 | including the -- the added speaker, because you | 11:20:24 |
| 2 | were all added at the same time, are playing audio. | |
| 3 | And so I -- I don't -- I don't -- I think | |
| 4 | that what it's describing is meant to be at the | |
| 5 | higher level and to account for both dynamic and | 11:20:38 |
| 6 | static groups, and so, as a result, he's using | |
| 7 | the -- the words "speaker group" in a way that one | |
| 8 | has to understand, in the context of static, there | |
| 9 | is no static group -- speaker group prior to the | |
| 10 | formation of the group. | 11:20:59 |
| 11 | Q. Okay. So, then, let's -- let's go back | |
| 12 | to -- to your report and going back to -- it's | |
| 13 | paragraph 726 and 728, and I want to give you a | |
| 14 | new -- different scenarios, and I want you just to | |
| 15 | tell me how the -- how the non-infringing | 11:21:22 |
| 16 | alternative would operate in those scenarios. | |
| 17 | Does that make sense? | |
| 18 | A. Yeah, I will do my best. Yeah. | |
| 19 | Q. Okay. So if we have a player that is | |
| 20 | playing audio and it's added to a new group with a | 11:21:40 |
| 21 | player that's not playing audio, what would happen | |
| 22 | with the non-infringing alternative? | |
| 23 | A. Both players would play the same audio | |
| 24 | that the player was playing. | |
| 25 | Q. If a player playing audio is added to a | 11:22:15 |

Page 69

| | | |
|---|---|---|
| 1 | new group with a player that's playing different | 11:22:20 |
| 2 | audio, what would happen with the non-infringing | |
| 3 | alternative? | |
| 4 |     A.   Once the group would elect the leader, | |
| 5 | the -- the audio playing on the leader would be | 11:22:35 |
| 6 | playing on both devices. | |
| 7 |     Q.   If a player that is not playing audio is | |
| 8 | added to a new group with a player that is playing | |
| 9 | audio, what would happen with the non-infringing | |
| 10 | alternative? | 11:23:02 |
| 11 |     A.   I think that was your first question in | |
| 12 | this hypothetical.  You just reversed them, but | |
| 13 | there is no difference.  They would both be playing | |
| 14 | the same audio. | |
| 15 |     Q.   Okay. | 11:23:13 |
| 16 |     A.   I may have missed something. | |
| 17 |     Q.   Yeah, what I'm -- | |
| 18 |     A.   One of the two questions -- | |
| 19 |     Q.   No -- | |
| 20 |     A.   -- they sounded identical to me. | 11:23:18 |
| 21 |     Q.   Yeah, just the first player was the one | |
| 22 | not playing audio was added to a group with the | |
| 23 | second player that was playing audio -- I was just | |
| 24 | doing the opposite. | |
| 25 |        But you're saying it would operate the | 11:23:32 |

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY
SOURCE CODE

|     |                                                          |          |
|-----|----------------------------------------------------------|----------|
| 1   | same way, right?  If one of the players is playing       | 11:23:34 |
| 2   | audio, then once the group is created, both players      |          |
| 3   | would start playing the audio of the player that         |          |
| 4   | was playing audio; is that correct?                      |          |
| 5   |     A.   The group is not aware of the term              | 11:23:44 |
| 6   | "first" and "second," so I agree with that.              |          |
| 7   |     Q.   Okay.  Now, if a player is not playing          |          |
| 8   | audio and is added to a new group with another           |          |
| 9   | player that's also not playing audio, what would         |          |
| 10  | happen?                                                  | 11:24:03 |
| 11  |     A.   They both would not be playing, but they        |          |
| 12  | would be -- but the moment either one of them is         |          |
| 13  | playing, it would start playing on both.                 |          |
| 14  |     Q.   Okay.  And so would something be                |          |
| 15  | happening -- I'll call it -- under the hood that         | 11:24:19 |
| 16  | would cause those two players to be configured for       |          |
| 17  | synchronous playback once they are added to the          |          |
| 18  | group?                                                   |          |
| 19  |     A.   Yeah, they -- they -- they would be in a        |          |
| 20  | situation where they are part of the group.              | 11:24:35 |
| 21  | Everybody is paying attention to whether the group       |          |
| 22  | is instructed to play music or -- or either of the       |          |
| 23  | devices is instructed to play music or audio, and        |          |
| 24  | if the answer is audio is about to begin playing,        |          |
| 25  | it will play in both of them or not at all.              | 11:24:55 |

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
SOURCE CODE

1      I, Rebecca L. Romano, a Registered
2  Professional Reporter, Certified Shorthand
3  Reporter, Certified Court Reporter, do hereby
4  certify:
5      That the foregoing proceedings were taken
6  before me remotely at the time and place herein set
7  forth; that any deponents in the foregoing
8  proceedings, prior to testifying, were administered
9  an oath; that a record of the proceedings was made
10 by me using machine shorthand which was thereafter
11 transcribed under my direction; that the foregoing
12 transcript is true record of the testimony given.
13     Further, that if the foregoing pertains to the
14 original transcript of a deposition in a Federal
15 Case, before completion of the proceedings, review
16 of the transcript [ ] was [X] was not requested.
17     I further certify I am neither financially
18 interested in the action nor a relative or employee
19 of any attorney or any party to this action.
20     IN WITNESS WHEREOF, I have this date
21 subscribed my name this 6th day of September, 2022.
22
23     *[signature: Rebecca L. Romano]*
24     Rebecca L. Romano, RPR, CCR
25     CSR. No 12546

Page 250

# ERRATA SHEET

| | | | |
|---|---|---|---|
| **Case Names:** | *Google LLC v. Sonos, Inc.*<br>Case No. 3:20-cv-06754-WHA | | |
| | *Sonos, Inc. v. Google LLC*<br>Case No. 3:21-cv-07559-WHA | | |
| **Deposition Date:** | August 31, 2022 | | |
| **Deponent:** | Dan Schonfeld | | |

I, Dan Schonfeld, do hereby certify that I read the foregoing transcript of my testimony taken on August 31, 2022, and further certify that it is a true and accurate record of my testimony, with the exception of the corrections listed below:

| Page | Line | Now Reads | Should Read | Reason |
|---|---|---|---|---|
| 15 | 2-3 | and for – re-cross motion | re: cross motion | Spelling error |
| 22 | 7 | and – my understanding | my understanding | Transcription error |
| 26 | 17 | there are notifications | there are ramifications | Transcription error |
| 29 | 3 | nuanced that the | nuanced than that, the | Transcription error |
| 33 | 1 | over the | go over the | Transcription error |
| 34 | 22 | and the patent | and the patent examiner | Transcription error |
| 44 | 11 | fact that are multiple ways | fact that there are multiple ways | Transcription error |
| 47 | 12-13 | in the high level | at a high level | Transcription error |
| 47 | 23 | of the target scene [sic] | of the target zone scene | Misspoke |
| 49 | 21 | flushed out | fleshed out | Transcription error |
| 50 | 13 | forming zone scene | forming a zone scene | Transcription error |
| 53 | 11 | that right | that's right | Transcription error |
| 60 | 23 | Blakewell's | Bakewell's | Misspoke |
| 61 | 23 | slightly different word. | slightly different words. | Transcription error |
| 65 | 2 | may be | maybe | Spelling error |
| 65 | 4 | clearer | clear | Transcription error |
| 68 | 6 | think meaning | think the meaning | Transcription error |
| 74 | 22 | separate entity | a separate entity | Transcription error |
| 75 | 8 | join to a group | joined to a group | Transcription error |
| 75 | 10 | dynamic group | dynamic groups | Transcription error |
| 75 | 17 | dynamic group | dynamic groups | Transcription error |
| 76 | 10 | and you do not | if you do not | Transcription error |
| 87 | 14 | what to use | want to use | Transcription error |
| 91 | 23 | that – and integrated | that are integrated | Transcription error |
| 104 | 12 | morph it something | morph it into something | Transcription error |
| 116 | 14 | and some form of | and used some form of | Transcription error |
| 118 | 22 | Sonos claims | Sonos's claims | Transcription error |

| 118 | 22 | that Sonos prior | that the Sonos prior | Transcription error |
|---|---|---|---|---|
| 119 | 11 | Dr. Almeroth he did | Dr. Almeroth had said | Transcription error |
| 120 | 21 | it is far removed | it is as far removed | Transcription error |
| 120 | 22 | possible is just | possible. It is just | Transcription error |
| 124 | 13 | joined first group | joined the first group | Transcription error |
| 130 | 22 | principal | principle | Transcription error |
| 131 | 6 | keep it very | keep it to a very | Transcription error |
| 137 | 16 | implication | invocation | Misspoke |
| 138 | 4 | design is simple | design is a simple | Transcription error |
| 141 | 6 | not the technology comparability | not at economic comparability | Transcription error |
| 147 | 7 | synchronization | in synchronization | Transcription error |
| 148 | 1 | synchronization | in synchronization | Transcription error |
| 150 | 23 | '855 [sic] | '885 | Misspoke |
| 150 | 25 | '855 [sic] | '885 | Misspoke |
| 152 | 22 | two media | two media players | Transcription error |
| 153 | 10-11 | '855 [sic] | '885 | Misspoke |
| 153 | 21 | specific | specification | Transcription error |
| 153 | 21 | '855 [sic] | '885 | Misspoke |
| 154 | 2 | '855 [sic] | '885 | Misspoke |
| 154 | 17 | '855 [sic] | '885 | Misspoke |
| 155 | 9 | need to | needed to | Transcription error |
| 155 | 18 | describing specification | described in the specification | Transcription error |
| 155 | 22-23 | specification talks | specification that talks | Transcription error |
| 159 | 24 | to application | two applications | Spelling error |
| 174 | 18 | my obvious | my obviousness | Transcription error |
| 176 | 19 | the fact the | the fact that the | Transcription error |
| 176 | 21 | compromising | comprising | Transcription error |
| 177 | 11 | can be simultaneous | cannot be simultaneous | Transcription error |
| 187 | 21 | implication | invocation | Misspoke |
| 191 | 4 | SetAVITransport [sic] | SetAVTransportURI | Misspoke |
| 191 | 11 | SetAVITransport [sic] | SetAVTransportURI | Misspoke |
| 191 | 15 | SetAVITransport [sic] | SetAVTransportURI | Misspoke |
| 191 | 20 | teaches | teachings | |
| 192 | 13-14 | SetAVITransport [sic] | SetAVTransportURI | Misspoke |
| 192 | 18-19 | SetAVITransportURI [sic] | SetAVTransportURI | Misspoke |
| 197 | 25 | SetAVITransportURI [sic] | SetAVTransportURI | Misspoke |
| 199 | 19 | two distinction | two distinct | Transcription error |
| 208 | 3 | it's disclosing | it's not disclosing | Transcription error |
| 219 | 9 | whether it's prior | whether it's a prior | Transcription error |
| 232 | 8 | a obviousness | an obviousness | Spelling error |

| 232 | 20 | obvious combination | obviousness combination | Transcription error |
| 242 | 16 | obvious analysis | obviousness analysis | Transcription error |

Dated: October 5, 2022

By: /s/ Dan Schonfeld
Dan Schonfeld