# EXHIBIT D

# FILED UNDER SEAL

Contains Highly Confidential AEO and Source Code Materials

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| GOOGLE LLC, | | CASE NO. 3:20-cv-06754-WHA |
| | Plaintiff | Related to CASE NO. 3:21-cv-07559-WHA |
| v. | | |
| SONOS, INC., | | |
| | Defendant. | |

**OPENING EXPERT REPORT OF DR. DAN SCHONFELD REGARDING U.S. PATENT NO. 10,848,885 AND U.S. PATENT NO. 10,469,966**

Contains Highly Confidential AEO and Source Code Materials

    2.    The Sonos System Overview ................................................................ 55

    3.    The Sonos Webpage ............................................................................ 84

    4.    Evidence Considered for the Sonos System ........................................ 92

B.    The Sonos Forums ........................................................................................ 93

C.    Logitech Slim Devices / Squeezebox ........................................................ 131

    5.    Evidence Considered for the Squeezebox System ............................. 131

D.    Bose ............................................................................................................ 169

E.    Millington ................................................................................................... 181

F.    Lambourne .................................................................................................. 183

G.    Nourse ........................................................................................................ 184

H.    Crestron ...................................................................................................... 185

I.    Yamaha DME .............................................................................................. 199

XI.    INVALIDITY OF '885 PATENT BASED ON ANTICIPATION AND OBVIOUSNESS ................................................................................................. 219

A.    Obviousness In View of the Prior Art Sonos Products ("Sonos System") ........ 219

    2.    Limitation 1 (preamble): "A first zone player comprising:" ................. 220

    3.    Limitation 1.1: "a network interface that is configured to communicatively couple the first zone player to at least one data network;" ............................................................................................... 224

    4.    Limitation 1.2: "one or more processors;" ......................................... 231

    5.    Limitation 1.3: "a non-transitory computer-readable medium; and" ..... 234

    6.    Limitation 1.4: "program instructions stored on the non-transitory computer-readable medium that, when executed by the one or more processors, cause the first zone player to perform functions comprising:" ........................................................................................ 237

    7.    Limitation 1.5: "while operating in a standalone mode in which the first zone player is configured to play back media individually in a networked media playback system comprising the first zone player and at least two other zone players:" ................................................. 237

    8.    Limitation 1.6: "(i) receiving, from a network device over a data network, a first indication that the first zone player has been added to a first zone scene comprising a first predefined grouping of zone players including at least the first zone player and a second zone player that are to be configured for synchronous playback of media when the first zone scene is invoked; and" ......................................... 248

    9.    Limitation 1.7: "(ii) receiving, from the network device over the data network, a second indication that the first zone player has been added to a second zone scene comprising a second predefined

Contains Highly Confidential AEO and Source Code Materials

grouping of zone players including at least the first zone player and a third zone player that are to be configured for synchronous playback of media when the second zone scene is invoked, wherein the second zone player is different than the third zone player;" ............ 285

10. Limitation 1.8: "after receiving the first and second indications, continuing to operate in the standalone mode until a given one of the first and second zone scenes has been selected for invocation;" ........... 303

11. Limitation 1.9: "after the given one of the first and second zone scenes has been selected for invocation, receiving, from the network device over the data network, an instruction to operate in accordance with a given one of the first and second zone scenes respectively comprising a given one of the first and second predefined groupings of zone players; and" ....................................................... 320

12. Limitation 1.10: "based on the instruction, transitioning from operating in the standalone mode to operating in accordance with the given one of the first and second predefined groupings of zone players such that the first zone player is configured to coordinate with at least one other zone player in the given one of the first and second predefined groupings of zone players over a data network in order to output media in synchrony with output of media by the at least one other zone player in the given one of the first and second predefined groupings of zone players." .............................................. 326

B. Anticipation over and Obviousness In View of Squeezebox ............................ 333

13. Limitation 1 (preamble): "A first zone player comprising:" ................. 339

14. Limitation 1.1: "a network interface that is configured to communicatively couple the first zone player to at least one data network;" ........................................................................ 343

15. Limitation 1.2: "one or more processors;" .......................................... 344

16. Limitation 1.3: "a non-transitory computer-readable medium; and" ..... 348

17. Limitation 1.4: "program instructions stored on the non-transitory computer-readable medium that, when executed by the one or more processors, cause the first zone player to perform functions comprising:" .................................................................. 350

18. Limitation 1.5: "while operating in a standalone mode in which the first zone player is configured to play back media individually in a networked media playback system comprising the first zone player and at least two other zone players:" .................................................. 350

19. Limitation 1.6: "(i) receiving, from a network device over a data network, a first indication that the first zone player has been added to a first zone scene comprising a first predefined grouping of zone players including at least the first zone player and a second zone

Contains Highly Confidential AEO and Source Code Materials

player that are to be configured for synchronous playback of media
when the first zone scene is invoked; and" ........................................... 354

20.     Limitation 1.7: "(ii) receiving, from the network device over the data
        network, a second indication that the first zone player has been
        added to a second zone scene comprising a second predefined
        grouping of zone players including at least the first zone player and
        a third zone player that are to be configured for synchronous
        playback of media when the second zone scene is invoked, wherein
        the second zone player is different than the third zone player;" ............ 412

21.     Limitation 1.8: "after receiving the first and second indications,
        continuing to operate in the standalone mode until a given one of the
        first and second zone scenes has been selected for invocation;" ........... 505

22.     Limitation 1.9: "after the given one of the first and second zone
        scenes has been selected for invocation, receiving, from the network
        device over the data network, an instruction to operate in accordance
        with a given one of the first and second zone scenes respectively
        comprising a given one of the first and second predefined groupings
        of zone players; and" ........................................................................ 523

23.     Limitation 1.10: "based on the instruction, transitioning from
        operating in the standalone mode to operating in accordance with
        the given one of the first and second predefined groupings of zone
        players such that the first zone player is configured to coordinate
        with at least one other zone player in the given one of the first and
        second predefined groupings of zone players over a data network in
        order to output media in synchrony with output of media by the at
        least one other zone player in the given one of the first and second
        predefined groupings of zone players." ............................................... 525

C.   Obviousness Type Double Patenting Over U.S. Patent No. 9,141,645 ............. 526

24.     Limitation 1 (preamble): "A first zone player comprising:" ................. 538

25.     Limitation 1.1: "a network interface that is configured to
        communicatively couple the first zone player to at least one data
        network;" ........................................................................................ 538

26.     Limitation 1.2: "one or more processors;" .......................................... 539

27.     Limitation 1.3: "a non-transitory computer-readable medium; and" ..... 540

28.     Limitation 1.4: "program instructions stored on the non-transitory
        computer-readable medium that, when executed by the one or more
        processors, cause the first zone player to perform functions
        comprising:" .................................................................................... 541

29.     Limitation 1.5: "while operating in a standalone mode in which the
        first zone player is configured to play back media individually in a
        networked media playback system comprising the first zone player
        and at least two other zone players:" .................................................. 541

Contains Highly Confidential AEO and Source Code Materials

30.    Limitation 1.6: "(i) receiving, from a network device over a data network, a first indication that the first zone player has been added to a first zone scene comprising a first predefined grouping of zone players including at least the first zone player and a second zone player that are to be configured for synchronous playback of media when the first zone scene is invoked; and".......................................... 542

31.    Limitation 1.7: "(ii) receiving, from the network device over the data network, a second indication that the first zone player has been added to a second zone scene comprising a second predefined grouping of zone players including at least the first zone player and a third zone player that are to be configured for synchronous playback of media when the second zone scene is invoked, wherein the second zone player is different than the third zone player;"............ 543

32.    Limitation 1.8: "after receiving the first and second indications, continuing to operate in the standalone mode until a given one of the first and second zone scenes has been selected for invocation;"........... 545

33.    Limitation 1.9: "after the given one of the first and second zone scenes has been selected for invocation, receiving, from the network device over the data network, an instruction to operate in accordance with a given one of the first and second zone scenes respectively comprising a given one of the first and second predefined groupings of zone players; and" ........................................................... 545

34.    Limitation 1.10: "based on the instruction, transitioning from operating in the standalone mode to operating in accordance with the given one of the first and second predefined groupings of zone players such that the first zone player is configured to coordinate with at least one other zone player in the given one of the first and second predefined groupings of zone players over a data network in order to output media in synchrony with output of media by the at least one other zone player in the given one of the first and second predefined groupings of zone players."................................................ 546

D.    Claim 1 Is Invalid Based On Bose Lifestyle in view of General knowledge of a POSITA, the Sonos Forums, Rajapaske, Nourse or Millington................ 547

35.    Limitation 1 (preamble): "A first zone player comprising:" ................. 548

36.    Limitation 1.1: "a network interface that is configured to communicatively couple the first zone player to at least one data network;" ........................................................... 559

37.    Limitation 1.2: "one or more processors;"........................................... 582

38.    Limitation 1.3: "a non-transitory computer-readable medium; and"..... 586

39.    Limitation 1.4: "program instructions stored on the non-transitory computer-readable medium that, when executed by the one or more processors, cause the first zone player to perform functions comprising:"........................................................... 587

Contains Highly Confidential AEO and Source Code Materials

40. Limitation 1.5: "while operating in a standalone mode in which the first zone player is configured to play back media individually in a networked media playback system comprising the first zone player and at least two other zone players:".................................................... 588

41. Limitation 1.6: "(i) receiving, from a network device over a data network, a first indication that the first zone player has been added to a first zone scene comprising a first predefined grouping of zone players including at least the first zone player nd a second zone player that are to be configured for synchronous playback of media when the first zone scene is invoked; and".......................................... 597

42. Limitation 1.7: "(ii) receiving, from the network device over the data network, a second indication that the first zone player has been added to a second zone scene comprising a second predefined grouping of zone players including at least the first zone player and a third zone player that are to be configured for synchronous playback of media when the second zone scene is invoked, wherein the second zone player is different than the third zone player;"............ 613

XII. INVALIDITY OF '966 PATENT BASED ON ANTICIPATION AND OBVIOUSNESS .................................................................................. 646

A. '966 Claims Are Obvious Based On Prior Art Sonos Products ("Sonos System").................................................................................. 646

2. Claim 1 Is Obvious Based On Prior Art Sonos Products ("Sonos System") ............................................................................... 647

3. Claim 2 Is Obvious Based On Prior Art Sonos System. ...................... 650

4. Claim 3 is Obvious Based On Prior Art Sonos System. ....................... 651

5. Claim 4 Is Obvious Based On Prior Art Sonos System. ...................... 651

6. Claim 6 Is Obvious Based On Prior Art Sonos System. ...................... 651

7. Claim 8 Is Obvious Based On Prior Art Sonos System. ...................... 652

8. Claim 9 Is Obvious Based On Prior Art Sonos System. ...................... 652

9. Claim 10 Is Obvious Based On Prior Art Sonos System. ..................... 653

10. Claim 11 Is Obvious Based On Prior Art Sonos System. ..................... 654

11. Claim 12 Is Obvious Based On Prior Art Sonos System. ..................... 654

12. Claim 14 Is Obvious Based On Prior Art Sonos System. ..................... 654

13. Claim 16 Is Obvious Based On Prior Art Sonos System. ..................... 655

B. '966 Claims Are Obvious Based On Squeezebox in view of General knowledge of a POSITA, the Sonos System, the Sonos Forums, the Bose Lifestyle, or Millington. .................................................................. 655

Contains Highly Confidential AEO and Source Code Materials

substantially the same during each of those time frames, as discussed below. *See also*, BOSE_SUB-0000602; BOSE_SUB-0000658; BOSE_SUB-0002259

856.    The capabilities and features of the Bose Lifestyle are apparent from documents that Bose has made available to the public and produced in this case, the products themselves, technical documentation, public documentation regarding that system, professional and customer reviews, and other sources discussed below. BOSE_SUB-00000001-2610.

857.    I understand that Dr. Almeroth asserts that I rely "on disclosures in various materials related to other Bose products, namely, Bose Lifestyle SA-2 and SA-3 Amplifiers and their ability to be added to a Bose link media center of a Bose Lifestyle® 18 series II, 28 series II, 38 or 48 home entertainment system; Bose link communication protocol; and Bose FreeSpace EF Series II Business Music System. Dr. Schonfeld has not explained how such disclosure is relevant to the operation of the actual Bose Lifestyle 50 System upon which he claims to rely for invalidity." These products, however, are all Bose products relating playing audio on speakers and thus are all part of the same endeavor. For example, SA-2 and SA-3 Amplifiers are both part of the "Lifestyle" family to which the Bose systems belongs. *See e.g.,* BOSE_SUB-0000274; BOSE_SUB-0000361. I also note, that other than his conclusory opinion, Dr. Almeroth does not provide any evidence that the above-mentioned products are incompatible.

858.    In my opinion, Claim 1 is rendered obvious based on the Bose Lifestyle in view of the general knowledge of a POSITA, the Sonos Forums, Nourse, Millington, and Rajapakse, as described below. Below, I analyze each element of Claim 1 and demonstrate why that claim is invalid.

### 35.    Limitation 1 (preamble): "A first zone player comprising:"

859.    To the extent the preamble is limiting, Bose Lifestyle discloses the preamble in my opinion. For example, the Bose Lifestyle was publicly available no later than October 17, 2001.

Contains Highly Confidential AEO and Source Code Materials

BOSE_SUB-0000122. *See also,* BOSE_SUB-0000361-448. As another example, as described below, Bose also allows for music playback at the dining room, bar, patio, and restrooms at a restaurant. As stated, each can be considered its own "zone."

Contains Highly Confidential AEO and Source Code Materials

## Connecting additional rooms

Follow the placement guidelines for the Bose® powered speakers that you plan to connect. Then review your plan for how to connect these speakers to the multi-room interface in your primary room. If you have questions or need extension cables to complete the connections, call Bose Customer Service at the numbers listed on the back inside cover of this owner's guide.

 **CAUTION:** *Make sure all components are unplugged from the power outlet before you begin hooking up additional speakers.*

Connect the audio input cable from your additional powered speakers to the selected ROOM jack on the back of the multi-room interface.

1. Plug the small black multi-pin connector (flat side facing up) into the jack marked ROOM B, C, or D on the back of the interface.

2. Follow the instructions that came with your speakers for connecting the cable to the speakers.

♪ **Note:** *Be sure that each connector is inserted completely into each jack.*

**Figure 47**

*ROOM jacks on the multi-room interface*




Room A, B, C, and D jacks

*Id.* at 40. *See also,* BOSE_SUB-0000361-448.

Contains Highly Confidential AEO and Source Code Materials

## Setting Up Your Lifestyle® Stereo Amplifier



### Multi-room interface setup

⚠ **CAUTION:** Before making any connections, turn the Lifestyle® system off and disconnect the music center from the AC (mains) power outlet. DO NOT plug the amplifier into an outlet until you have completed all other connections.

1. Insert the 8-to-9-pin adapter into one of the unused ROOM output connectors (B, C, or D) on the rear of the multi-room interface (Figure 10).

2. Insert one end of the Bose® link A cable into the 8-to-9-pin adapter.

3. Insert the other end of the Bose® link A cable, into the Bose® link input connector on the rear panel of the Lifestyle® stereo amplifier.

**Figure 10**

Lifestyle® stereo amplifier to multi-room interface connections



14

BOSE_SUB-0000289

BOSE_SUB-0000289.

Contains Highly Confidential AEO and Source Code Materials



## Setting Up Your Lifestyle® Stereo Amplifier

### Setting up the Personal® music center

Systems that have a multi-room interface are controlled by the Personal® music center which requires no internal switch settings before it allows you to control more than one room of speakers. However, if you purchase a second Personal® music center, you must follow the procedure for setting up the Personal® music center for the first time.

♪ **Note:** Refer to your Lifestyle® system owner's guide for more information on operating your system in more than one room.

### Selecting other rooms with the Personal® music center

The Personal® music center allows you to control up to four sets of Bose® powered speakers placed in individual rooms. These rooms are referred to as room A, B, C, and D, with room A being the primary room (the one used for a one-room system). If two or more rooms are connected to your system, the Personal® music center displays ROOM and HOUSE buttons, and room indicators (A, B, C, and/or D). Figure 11 shows a sample display for a two-room system.

**Figure 11**
*Sample display for a two-room system*

Press the ROOM button to control a single room or two or more rooms that share a source.

Press the HOUSE button to control all connected rooms as one.

The room indicators tell you what was selected by the ROOM or HOUSE button.

English

BOSE_SUB-0000290.

Contains Highly Confidential AEO and Source Code Materials



*Setting Up Your Lifestyle® Stereo Amplifier*

## Setting up the RC-20 remote for Zone 2

If your system uses a Model 20 music center, you need to set up a second RC-20 remote control to operate the ZONE 2 outputs.

1. Remove the remote control battery cover and locate the miniature switches (Figure 13).

2. Make sure that the house code settings (switches 1, 2, 3, and 4) match those in your first remote.

3. Slide switch 5 down (off), and switches 6 and 8 up (on).

♪ **Note:** *Refer to your Lifestyle® system owner's guide for more information on operating your system in more than one room.*

**Figure 13**
RC-20 remote Zone 2 switch settings

*17*

BOSE_SUB-0000292

BOSE_SUB-0000292.

873.    Bose Lifestyle provide instructions for setting up additional rooms.

Contains Highly Confidential AEO and Source Code Materials

## Setting Up Additional Rooms For Sound

### Setup guidelines for additional rooms

English

If you have a Lifestyle® 18 series II, 28 series II, 38 or 48 home entertainment system, you can experience stereo sound in up to 14 other rooms using Lifestyle® stereo amplifiers, compatible speaker systems and remote controls for the other rooms.

- Remote controls for other rooms must be set to the same house code as the main room remote, but each remote must be set to a different room code. See "Setting up remote controls for other rooms" on page 23.

- The Lifestyle® amplifier and its remote control must be set to the same room code. See "Setting up the amplifier room code" on page 24.

- When using more than one amplifier to power more than two speakers in a room (Figure 18, room C), all amplifiers must be set to the same room code. Also, one amplifier must be set to the single amp mode and all others must be set to the supplemental amp mode. See "Single and supplemental amplifiers" on page 25.

*Figure 18*

Sample installation of
Lifestyle® stereo amplifiers



22

BOSE_SUB-0000384

BOSE_SUB-0000384.

Contains Highly Confidential AEO and Source Code Materials

**Setting Up Additional Rooms For Sound**

## Setting up remote controls for other rooms

### To set up the RC-18S or RC-38S remote:

1. Remove the remote control battery cover and locate the microswitches (Figure 19).

2. Make sure that the house code settings (switches 1, 2, 3, and 4) match the house code settings in your main room remote.

3. This remote is shipped from the factory set for room B. If this remote is used beyond a second room, set switches 6, 7, 8, and 9 to the same room code as set in the Lifestyle® stereo amplifier.

♪ **Note:** *Refer to your Lifestyle® system owner's guide for more information on operating your system in more than one room.*

**English**

**Figure 19**
*Microswitch settings for RC-18S and RC-38S remotes*



RC-18S or RC-38S remote

|  | Room |  | Room |
|---|---|---|---|
| ON 1 2 3 4 5 6 7 8 9 | B | ON ... 6 7 8 9 | I |
| ON ... 6 7 8 9 | C | ON ... 6 7 8 9 | J |
| ON ... 6 7 8 9 | D | ON ... 6 7 8 9 | K |
| ON ... 6 7 8 9 | E | ON ... 6 7 8 9 | L |
| ON ... 6 7 8 9 | F | ON ... 6 7 8 9 | M |
| ON ... 6 7 8 9 | G | ON ... 6 7 8 9 | N |
| ON ... 6 7 8 9 | H | ON ... 6 7 8 9 | O |

### To set up the Personal® music center II:

Refer to the owner's guide included with the Personal® music center II for instructions on configuring this remote for other rooms.

*23*

BOSE_SUB-0000385

BOSE_SUB-0000385.

Contains Highly Confidential AEO and Source Code Materials

**Setting Up Additional Rooms For Sound**

## Setting up the amplifier room code

The room code of the amplifier must match the room code of the remote used in the room where the speakers are installed.

**Figure 20**
Amplifier room code settings

Room code switches

24

BOSE_SUB-0000386

BOSE_SUB-0000386. *See also,* BOSE_SUB-0000361-448.

874.    Bose Lifestyle specifically teaches a "Bose Link" that is a communication protocol

Contains Highly Confidential AEO and Source Code Materials

that allows for the playing of audio in multiple rooms or multiple zones.


Company Confidential



## What is Bose Link?

Bose link is a communication protocol. To communicate there must be at least two participants that speak the same language. To Bose products, Bose link is that language.

## Rooms

There are 15 different rooms that can be controlled by a Bose link enabled media center. The main room – labeled room A – is reserved for the Lifestyle speaker components. The other rooms – rooms B-O – are reserved for expansion via Bose link.



For a Bose link setup to work the system must include a Bose link enabled media center (a controller), a Bose link expansion product, and an expansion remote control. Both the expansion product and the remote must be configured to operate on the same room.

A Bose link connection is essentially a conversation between the media center and the expansion device. The media center sends on/off, volume and source change commands along with audio to the expansion product. The expansion product responds by sending information back to the media center to let it know that it is still on (or off) and in the same room. This information exchange occurs each time a power or source change command is issued by the expansion remote.



When the media center receives an ON command from an expansion remote the system turns on and checks for any Bose link products that might be connected, but it will only look for Bose link products that are assigned to the same room as the remote.

Understanding Bose® link                                                 Page 2 of 8

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

BOSE_SUB-0000595

BOSE_SUB-0000595.

Contains Highly Confidential AEO and Source Code Materials



Company Confidential



If the media center receives a command from a remote configured for room B, for example, the media center calls out to other Bose link products which might be assigned to room B. If a connected expansion product is assigned to room B it will respond to the media center and a Bose link connection will be made. The media center will not acknowledge a response from anything not assigned to room B.







The media center will not acknowledge more than one response from the same room, either. As with any productive conversation, there can only be one person speaking at a time. If more than one product is assigned to room B the media center won't know which one to listen to. If the media center can't understand the response from the expansion products, or if there is no response at all, the media center will turn itself off and the Bose link connection will not be successful.

Understanding Bose® link                                          Page 3 of 8

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

BOSE_SUB-0000596

BOSE_SUB-0000596.

Contains Highly Confidential AEO and Source Code Materials



Company Confidential



## Streams

A Bose link enabled media center is also capable of managing two separate sources at the same time. Each source can be sent to one of two different outputs - or 'streams' – within the Bose link connection. 4 of the 9 pins that make up the Bose link connection on the back of the media are responsible for delivering these streams – all of which are analog. Two pins are reserved for stream 1 audio L/R (fixed), and another two pins carry stream 2 audio L/R (fixed) – (there is another pair of pins that carry variable stream 2 audio that will be discussed later). Every Bose link expansion product has 2 inputs to accommodate each stream, and the remote control tells the device which stream to listen to. The expansion products receive fixed audio and then control volume via commands they receive from the media center carried on other pins.

**Here is an example:**
If an expansion remote configured for stream 1 sends an ON command to the media center, the media center will activate the pins that carry stream 1 information. The media center will also call out to any Bose link product set to the same room code as the remote. If the media center gets an answer it can understand, it will respond by telling the expansion product to turn on and listen to its stream 1 inputs. If the media center does not get a response from an expansion product set to the same room as the remote it will simply turn itself off.

The main room, or room A, can only operate on stream 1. Although any of the expansion rooms can be configured to operate on either stream 1 or stream 2, expansion rooms are generally assigned to stream 2. Since only one source can be sent to each stream at any given time, keeping Bose link expansion products on stream 2 prevents changes made in expansion rooms from affecting what is being played in the main room, and vice-versa.

Understanding Bose® link                                                                 Page 4 of 8

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                              BOSE_SUB-0000597

BOSE_SUB-0000597.

875.    I understand that Sonos does not meaningfully dispute that Bose Lifestyle discloses

Contains Highly Confidential AEO and Source Code Materials

this claim limitation.  Specifically, I understand that Google served an interrogatory requesting Sonos's contentions for why Claim 1 of the '885 patent is not invalid over Bose LifeStyle.  I have reviewed Sonos's response ("Validity Contentions") as it relates to Bose LifeStyle and Sonos does not dispute this claim limitation.  *See* Validity Contentions (Attachment A to Sonos's Supp. Rsp. To Google's First Set of Rogs) at 89.

876.    I have already addressed Dr. Almeroth's constructions of "network interface" and "data network" above and incorporate that analysis into this section.

877.    In paragraph 815 of his rebuttal report, Dr. Almeroth contends that I do not identify a "first zone" in my report, but Dr. Almeroth is wrong. As I discussed in my report, for example, the Bose FreeSpace Owner's Guide is an "installer interface" that allows the user to automate the system by creating scheduled events to control how selected zones and subzones are invoked at predetermined times. BOSE_SUB-0000056; BOSE_SUB-0000062 at -76, -100-103. I also discussed that Bose LifeStyle allows for multiple zones and varying operations. *See e.g.,* BOSE_SUB-00000122; 144-145; 289; 292; 384.

878.    Dr. Almeroth also provides the unsupported opinion that "based on the materials I have reviewed, it is my opinion that the Bose FreeSpace product and the Bose Lifestyle 50 System are not related or compatible."  This is pure conjecture, as Dr. Almeroth fails to provide any specificity as to the specific documents he reviewed or any analysis thereof. Further, as I discussed in the state of the art section, Bose Lifestyle 50 system and Bose FreeSpace are in the same field of endeavor, *infra* Section X.

879.    Similarly, Dr. Almeroth contends that "I have seen no evidence that the passive speakers connected to a E4 unit include a "network interface" that enables them to send digital data packets to and receive digital data packets from another device via a data network." Again, other than his opinion, Dr. Almeroth provides no evidence that the speakers are passive, and I have

Contains Highly Confidential AEO and Source Code Materials

provided evidence (e.g., BOSE_SUB-0000144) that establish that the speakers are not passive.

880.    Further, Dr. Almeroth states that the SA-2 or SA-3 Amplifier products are not part of the Bose Lifestyle 50 system and thus suggests that his analysis should stop there. I addressed this above, notably, that the SA-2 and SA-3 speakers are both part of Bose's "Lifestyle" product line and thus in same field of endeavor.

881.    Finally, Dr. Almeroth asserts that the there is no evidence that the Bose LifeStyle utilized the "Bose link" communication protocol and that the Bose Lifestyle 50 system was not compatible with the communication protocol. I disagree. The very point of the communication protocol is to provide a "conversation" between the network interface and the speakers.

### 37.    Limitation 1.2: "one or more processors;"

882.    In my opinion, Bose LifeStyle discloses this claim limitation.  For example, Bose LifeStyle utilizes Jewel Cube speakers, and the multi-room interface, with four independent audio outputs allow you to enjoy Bose sound throughout one's home.

Thank you for purchasing the Bose® Lifestyle® 50 system. Years of research lie behind this complete audio home entertainment system – the most advanced home theater system from Bose. Technological innovations that make the Lifestyle® 50 system unique include the Bose Personal™ music center, which places all system operations in the palm of your hand, and tiny Jewel Cube® speakers.

The interactive Personal music center is a clear departure from convention, communicating with the system through a two-way radio data link. The result for you is full control of this entertainment system as you move about your home.

BOSE_SUB-000006.

The other elements of the Lifestyle® 50 system are designed to be hidden from view:
- The elegant Lifestyle® CD changer, designed to give you flexibility in where it is placed
- The hideaway powered Acoustimass® module that delivers the rich, full, lifelike bass
- The Bose multi-room interface, with four independent audio outputs that allow you to enjoy Bose sound throughout your home.

*Id.*

Contains Highly Confidential AEO and Source Code Materials



BOSE_SUB-0000157. *See also,* BOSE_SUB-0000361-448.

884.    I understand that Sonos does not meaningfully dispute that Bose LifeStyle discloses this claim limitation. Specifically, I understand that Google served an interrogatory requesting Sonos's contentions for why Claim 1 of the '885 patent is not invalid over Bose Lifestyle. I have reviewed Sonos's response ("Validity Contentions") as it relates to Bose LifeStyle and Sonos does not dispute this claim limitation. *See* Validity Contentions (Attachment A to Sonos's Supp. Rsp. To Google's First Set of Rogs) at 89.

885.    Dr. Almeroth repeats his criticism regarding "first zone player," which is addressed above and will not be repeated here. Beyond that, Dr. Almeroth does not credibly dispute that Bose contains one or more processors. Instead, Dr. Almeroth gives cursory treatment to the ample evidence cited within my report. Furthermore, Dr. Almeroth repeats his assertion that Bose

Contains Highly Confidential AEO and Source Code Materials

## Setting Up Your Lifestyle® Stereo Amplifier



### Multi-room interface setup

⚠ **CAUTION:** Before making any connections, turn the Lifestyle® system off and disconnect the music center from the AC (mains) power outlet. DO NOT plug the amplifier into an outlet until you have completed all other connections.

1. Insert the 8-to-9-pin adapter into one of the unused ROOM output connectors (B, C, or D) on the rear of the multi-room interface (Figure 10).

2. Insert one end of the Bose® link A cable into the 8-to-9-pin adapter.

3. Insert the other end of the Bose® link A cable, into the Bose® link input connector on the rear panel of the Lifestyle® stereo amplifier.

**Figure 10**

Lifestyle® stereo amplifier to multi-room interface connections



14

BOSE_SUB-0000289

BOSE_SUB-0000289.  *See also,*  BOSE_SUB-0000361-448.

Contains Highly Confidential AEO and Source Code Materials

733.    Dr. Almeroth contends that "the evidence [he] have reviewed establishes that neither the Acoustimass modules of the Bose Lifestyle 50 System nor the SA-2 and SA-3 amplifiers that appear to have been compatible with the Bose Lifestyle 50 System (each of which may be referred to herein as a "Lifestyle player") had any capability to be added to a "zone scene" comprising a "predefined grouping of zone players . . . that are to be configured for synchronous play back of media when the . . . zone scene is invoked . . . ." I disagree. First, as I previously explained, I believe that Acoustimass and the SA-2 and SA-3 amplifiers are compatible.  Second, the evidence above shows that Bose has the ability to utilize the "house" button that allows operation in more than one room. The house button allows a user to control all connected rooms as one.  *See e.g.,* BOSE_SUB-00000043-44. Indeed, Bose also has a "room" button that allows a user to control a single "or two or more rooms that share a source."

734.    I also disagree with Dr. Almeroth's opinion that "based on the evidence I have reviewed, when a user set up a "shared source" of audio for multiple Lifestyle players using the Personal music center of the Bose Lifestyle 50 System, the Personal music center would transmit information to the centralized multi-room interface (not to the Lifestyle players), which would cause the multi-room interface to configure itself to distribute the same audio from the same audio source to each of the rooms so that the same audio could be played back simultaneously via the Lifestyle players.  *See, e.g.* BOSE_SUB-0000001-55 at 6, 12, 17, 19, 44-45; BOSE_SUB-0000684-687 at 684-685." Again, Dr. Almeroth purported evidence does not support his opinion, as these documents do not show that playback speakers do not also or simultaneously receive any information from the Personal music center. Indeed, the documentation refers to "radio links" that transmits data to and from the playback speakers.

Dr. Almeroth also contends that "a POSITA would not consider the multi-room interface and the Lifestyle players to be operating on a data network because the hard-wired connection there between is not a medium that interconnects devices, enabling them to send digital data packets to and receive digital data packets from each other." I disagree. As a POSITA, it is my opinion that "data packets" can be exchanged over hard wired connections, such as ethernet

connections, or in this case, speakers connected together. Further, the claim limitations do not require connections to be "wireless," and Dr. Almeroth does not provide any evidence to support his assertion to the contrary.

Further, similar to the above, in paragraph 653 of my Opening report, I opined that "The Bose Link connection is essentially a conversation between the media center and the expansion device. The media center sends on/off, volume and source change commands along with audio to the zones. The zones then respond by sending information back to the media center to let it know that the zone is still active." Dr. Almeroth, however, provides no evidentiary support for his assertion that "none of this information" is exchanged between the media center.

Dr. Almeroth also falsely contends that "to the extent that Dr. Schonfeld is asserting that the alleged 'indication' is sent from the Lifestyle player to the Bose link enabled media center, such a theory would fail for the additional reason that the claim requires the 'indication' to be received by the "first zone player." But as evidenced above, the first zone player does receive an indication when added to the group, and a POSITA would nevertheless know that when informing a speaker that it has been added to a group, that it would have been obvious to send an indication as well.

Next, Dr. Almeroth contends that "the Bose Lifestyle 50 System evidence I have reviewed establishes that a Lifestyle player could only be a member of one group of Lifestyle players having a "shared source" of audio that was in existence at any given time, and that the only way a Lifestyle player in a first group of Lifestyle players having a "shared source" of audio could have been added to a second group of Lifestyle players having a "shared source" of audio was to destroy the first group by changing the audio source for the Lifestyle player to match the "shared source" of audio for the second group." I disagree. To start, the Bose document that Dr. Almeroth cites says does not provide any restrictions on whether Lifestyle players could only be connect to a single source at a time. More specifically, the Bose system is meant to allow for the Lifestyle speakers to be utilized in multiple zones through a shared source via the ROOM and HOUSE buttons. Indeed,

Contains Highly Confidential AEO and Source Code Materials

## Connecting additional rooms

Follow the placement guidelines for the Bose® powered speakers that you plan to connect. Then review your plan for how to connect these speakers to the multi-room interface in your primary room. If you have questions or need extension cables to complete the connections, call Bose Customer Service at the numbers listed on the back inside cover of this owner's guide.

 **CAUTION:** *Make sure all components are unplugged from the power outlet before you begin hooking up additional speakers.*

Connect the audio input cable from your additional powered speakers to the selected ROOM jack on the back of the multi-room interface.

1. Plug the small black multi-pin connector (flat side facing up) into the jack marked ROOM B, C, or D on the back of the interface.
2. Follow the instructions that came with your speakers for connecting the cable to the speakers.

 **Note:** *Be sure that each connector is inserted completely into each jack.*

**Figure 47**

*ROOM jacks on the multi-room interface*



Room A, B, C, and D jacks

*Id.* at 40. *See also,* BOSE_SUB-0000361-448.

Contains Highly Confidential AEO and Source Code Materials

## 7.0 User Interface Operation

### 7.5 Multi-zone paging user interface operation

The Multi-zone paging user interface provides keys to select single paging zones, all paging zones and initiate a page.

Paging zones are not the same as output zones. After assigning the PAGE source to the output zones and choosing the appropriate settings in the Page Setup control pane, flashing the hardware maps the paging zone buttons accordingly.

When mapped, the paging zone **1** button will select the lowest numbered output ZONE to which the PAGE source is assigned. The paging zone **2** button will select the next lowest numbered output ZONE to which the PAGE source is assigned, and so forth.

**Multi-Zone Paging User Interface**



Select paging zone #1
Select paging zone #2
Select paging zone #3
Select paging zone #4
Select all paging zones
Initiate a page

- Press **1**, **2**, **3** or **4** to select a paging zone. A green LED flashes to indicate that the zone is selected for paging. After ending a page the LED turns off.
- Press **ALL** to select all paging zones.
- Press **PAGE** to initiate a page in systems that do not use a PTT microphone.

**Paging User Interface Example:**
- The **PAGE** source is assigned to ZONE OUT 1 and ZONE OUT 4.
- In the Page Setup control pane for ZONE 1 and ZONE 4:

  **Paging Type** = Multi-zone
  **PAGE Control** = Wall plate 3

- After flashing the hardware, the paging zone **1** button selects ZONE OUT 1 for paging, and the paging zone **2** button selects ZONE OUT 4 for paging.



61 of 80

BOSE_SUB-0000122

BOSE_SUB-0000122. *See also,* BOSE_SUB-0000361-448.

Contains Highly Confidential AEO and Source Code Materials

## Setting Up Your Lifestyle® Stereo Amplifier

### Multi-room interface setup



⚠ **CAUTION:** *Before making any connections, turn the Lifestyle® system off and disconnect the music center from the AC (mains) power outlet. DO NOT plug the amplifier into an outlet until you have completed all other connections.*

1. Insert the 8-to-9-pin adapter into one of the unused ROOM output connectors (B, C, or D) on the rear of the multi-room interface (Figure 10).

2. Insert one end of the Bose® link A cable into the 8-to-9-pin adapter.

3. Insert the other end of the Bose® link A cable, into the Bose® link input connector on the rear panel of the Lifestyle® stereo amplifier.

**Figure 10**

*Lifestyle® stereo amplifier to multi-room interface connections*



*14*

BOSE_SUB-0000289

BOSE_SUB-0000289.

Contains Highly Confidential AEO and Source Code Materials



## Setting Up Your Lifestyle® Stereo Amplifier



### Setting up the Personal® music center

Systems that have a multi-room interface are controlled by the Personal® music center which requires no internal switch settings before it allows you to control more than one room of speakers. However, if you purchase a second Personal® music center, you must follow the procedure for setting up the Personal® music center for the first time.

♪ **Note:** Refer to your Lifestyle® system owner's guide for more information on operating your system in more than one room.

### Selecting other rooms with the Personal® music center

The Personal® music center allows you to control up to four sets of Bose® powered speakers placed in individual rooms. These rooms are referred to as room A, B, C, and D, with room A being the primary room (the one used for a one-room system). If two or more rooms are connected to your system, the Personal® music center displays ROOM and HOUSE buttons, and room indicators (A, B, C, and/or D). Figure 11 shows a sample display for a two-room system.

**Figure 11**

*Sample display for a two-room system*

Press the ROOM button to control a single room or two or more rooms that share a source.

Press the HOUSE button to control all connected rooms as one.

The room indicators tell you what was selected by the ROOM or HOUSE button.

BOSE_SUB-0000290.

Contains Highly Confidential AEO and Source Code Materials

## Setting Up Additional Rooms For Sound

### Setup guidelines for additional rooms

If you have a Lifestyle® 18 series II, 28 series II, 38 or 48 home entertainment system, you can experience stereo sound in up to 14 other rooms using Lifestyle® stereo amplifiers, compatible speaker systems and remote controls for the other rooms.

- Remote controls for other rooms must be set to the same house code as the main room remote, but each remote must be set to a different room code. See "Setting up remote controls for other rooms" on page 23.

- The Lifestyle® amplifier and its remote control must be set to the same room code. See "Setting up the amplifier room code" on page 24.

- When using more than one amplifier to power more than two speakers in a room (Figure 18, room C), all amplifiers must be set to the same room code. Also, one amplifier must be set to the single amp mode and all others must be set to the supplemental amp mode. See "Single and supplemental amplifiers" on page 25.

**Figure 18**

*Sample installation of Lifestyle® stereo amplifiers*



22

BOSE_SUB-0000297

BOSE_SUB-0000297.

Contains Highly Confidential AEO and Source Code Materials

**Setting Up Additional Rooms For Sound**

## Setting up remote controls for other rooms

**To set up the RC-18S or RC-38S remote:**

1. Remove the remote control battery cover and locate the microswitches (Figure 19).

2. Make sure that the house code settings (switches 1, 2, 3, and 4) match the house code settings in your main room remote.

3. This remote is shipped from the factory set for room B. If this remote is used beyond a second room, set switches 6, 7, 8, and 9 to the same room code as set in the Lifestyle® stereo amplifier.

♪ **Note:** Refer to your Lifestyle® system owner's guide for more information on operating your system in more than one room.

**Figure 19**
Microswitch settings for RC-18S and RC-38S remotes



RC-18S or RC-38S remote

| Room | Room |
|------|------|
| B | I |
| C | J |
| D | K |
| E | L |
| F | M |
| G | N |
| H | O |

**To set up the Personal® music center II:**

Refer to the owner's guide included with the Personal® music center II for instructions on configuring this remote for other rooms.

*23*

BOSE_SUB-0000385

BOSE_SUB-0000385.

Contains Highly Confidential AEO and Source Code Materials



Setting Up Additional Rooms For Sound

### Setting up the amplifier room code

The room code of the amplifier must match the room code of the remote used in the room where the speakers are installed.

Figure 20
Amplifier room code settings

24

BOSE_SUB-0000386

BOSE_SUB-0000386.  *See also,*  BOSE_SUB-0000361-448.

904.    Then, as also mentioned before, the Bose Link communication protocol allows for

Contains Highly Confidential AEO and Source Code Materials

an indication that additional rooms, for example, have been added to the media center. The Bose Link connection is essentially a conversation between the media center and the expansion device. The media center sends on/off, volume and source change commands along with audio to the zones. The zones then respond by sending information back to the media center to let it know that the zone is still active. Importantly, as described below, the media center will not acknowledge commands from any zone that is not targeted or invoked (BOSE_SUB-0000596).

Contains Highly Confidential AEO and Source Code Materials


Company Confidential



## What is Bose Link?

Bose link is a communication protocol.  To communicate there must be at least two participants that speak the same language.  To Bose products, Bose link is that language.

## Rooms

There are 15 different rooms that can be controlled by a Bose link enabled media center.  The main room – labeled room A – is reserved for the Lifestyle speaker components. The other rooms – rooms B-O – are reserved for expansion via Bose link.



For a Bose link setup to work the system must include a Bose link enabled media center (a controller), a Bose link expansion product, and an expansion remote control.  Both the expansion product and the remote must be configured to operate on the same room.

A Bose link connection is essentially a conversation between the media center and the expansion device.  The media center sends on/off, volume and source change commands along with audio to the expansion product.  The expansion product responds by sending information back to the media center to let it know that it is still on (or off) and in the same room.  This information exchange occurs each time a power or source change command is issued by the expansion remote.



When the media center receives an ON command from an expansion remote the system turns on and checks for any Bose link products that might be connected, but it will only look for Bose link products that are assigned to the same room as the remote.

Understanding Bose® link                                    Page 2 of 8

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

BOSE_SUB-0000595

BOSE_SUB-0000595.

Contains Highly Confidential AEO and Source Code Materials



Company Confidential



If the media center receives a command from a remote configured for room B, for example, the media center calls out to other Bose link products which might be assigned to room B. If a connected expansion product is assigned to room B it will respond to the media center and a Bose link connection will be made. The media center will not acknowledge a response from anything not assigned to room B.






The media center will not acknowledge more than one response from the same room, either. As with any productive conversation, there can only be one person speaking at a time. If more than one product is assigned to room B the media center won't know which one to listen to. If the media center can't understand the response from the expansion products, or if there is no response at all, the media center will turn itself off and the Bose link connection will not be successful.

Understanding Bose® link

Page 3 of 8

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

BOSE_SUB-0000596

BOSE_SUB-0000596.

Contains Highly Confidential AEO and Source Code Materials

I also incorporate by reference into this section, my rebuttals to Dr. Almeroth's opinions, as articulated above.

> **42.** **Limitation 1.7: "(ii) receiving, from the network device over the data network, a second indication that the first zone player has been added to a second zone scene comprising a second predefined grouping of zone players including at least the first zone player and a third zone player that are to be configured for synchronous playback of media when the second zone scene is invoked, wherein the second zone player is different than the third zone player;"**

905.    In my opinion, Bose Lifestyle discloses or renders obvious this claim limitation.

906.    I incorporate by reference my discussion of Limitation 1.6 herein, which discloses receiving from a network device an indication that the zone player has been added to a zone scene comprising a predefined grouping of zone players that are to be configured for synchronous playback of media when the zone scene is invoked. Limitation 1.7 adds the limitation that the first zone player is a member of two different "zone scenes."

907.    In addition to the evidence disclosed in Limitation 1.7, the Bose Lifestyle expressly teaches managing two separate streaming sources at one time, such that room A can operate on stream 1, and room B can operate stream 2, for example.

Contains Highly Confidential AEO and Source Code Materials





Company Confidential

## Streams

A Bose link enabled media center is also capable of managing two separate sources at the same time. Each source can be sent to one of two different outputs - or 'streams' – within the Bose link connection. 4 of the 9 pins that make up the Bose link connection on the back of the media are responsible for delivering these streams – all of which are analog. Two pins are reserved for stream 1 audio L/R (fixed), and another two pins carry stream 2 audio L/R (fixed) – (there is another pair of pins that carry variable stream 2 audio that will be discussed later). Every Bose link expansion product has 2 inputs to accommodate each stream, and the remote control tells the device which stream to listen to. The expansion products receive fixed audio and then control volume via commands they receive from the media center carried on other pins.

**Here is an example:**
If an expansion remote configured for stream 1 sends an ON command to the media center, the media center will activate the pins that carry stream 1 information. The media center will also call out to any Bose link product set to the same room code as the remote. If the media center gets an answer it can understand, it will respond by telling the expansion product to turn on and listen to its stream 1 inputs. If the media center does not get a response from an expansion product set to the same room as the remote it will simply turn itself off.

The main room, or room A, can only operate on stream 1. Although any of the expansion rooms can be configured to operate on either stream 1 or stream 2, expansion rooms are generally assigned to stream 2. Since only one source can be sent to each stream at any given time, keeping Bose link expansion products on stream 2 prevents changes made in expansion rooms from affecting what is being played in the main room, and vice-versa.

Understanding Bose® link                                              Page 4 of 8

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                     BOSE_SUB-0000597

BOSE_SUB-0000597.

Contains Highly Confidential AEO and Source Code Materials

11(6). As another possibility, the user may enable the zone player 11(1) to leave the synchrony group with zone player 11(2) and join the synchrony group with zone player 11(6). In connection with the last possibility, the zone player 11(1) can continue providing audio information from the audio information source 14(1)(1) to the zone player 11(2) for playback thereby."); Millington at 41 ("The system is such that synchrony groups are created and destroyed dynamically, and in such a manner as to avoid requiring a dedicated device as the master device.").

926.    Millington discloses overlapping speaker groups.  Millington at 17 ("As noted above, there may be multiple synchrony groups in the network audio system 10, and further that, for example, a zone player 11(n) may operate both as a master device 21 or a slave device 22(g) in one synchrony group, and as the audio information channel device 23 providing audio and playback timing information and clock timing information for another synchrony group."); Millington at 19 ("Indeed, it will be appreciated that the zone player that is utilized as the audio information channel device for synchrony group 20(2) may also be a zone player that is utilized as the master device 21(1) or a slave device 22(1)(1),..., 22(K)(1) in the synchrony group 20(1).").

927.    I also incorporate by reference into this section, my rebuttals to Dr. Almeroth's opinions, as articulated above.

> (ii)    *Limitation 1.8: "after receiving the first and second indications, continuing to operate in the standalone mode until a given one of the first and second zone scenes has been selected for invocation;"*

928.    In my opinion, Bose Lifestyle discloses this claim limitation, and I incorporate my analysis from the previous claim limitations.

929.    For example, Bose LifeStyle discloses adding additional zones or rooms to the media center, and then programming each room to be a certain frequency. Put another way, Bose LifeStyle allows a user to add additional speakers to zones of the Bose media center, and if any

Contains Highly Confidential AEO and Source Code Materials

particular speaker is offline when the connected to the zone, it will remain offline, until invoked for use.



**Setting Up Additional Rooms For Sound**

## Setup guidelines for additional rooms

If you have a Lifestyle® 18 series II, 28 series II, 38 or 48 home entertainment system, you can experience stereo sound in up to 14 other rooms using Lifestyle® stereo amplifiers, compatible speaker systems and remote controls for the other rooms.

- Remote controls for other rooms must be set to the same house code as the main room remote, but each remote must be set to a different room code. See "Setting up remote controls for other rooms" on page 23.

- The Lifestyle® amplifier and its remote control must be set to the same room code. See "Setting up the amplifier room code" on page 24.

- When using more than one amplifier to power more than two speakers in a room (Figure 18, room C), all amplifiers must be set to the same room code. Also, one amplifier must be set to the single amp mode and all others must be set to the supplemental amp mode. See "Single and supplemental amplifiers" on page 25.

*Figure 18*

*Sample installation of Lifestyle® stereo amplifiers*

22

BOSE_SUB-0000384

Contains Highly Confidential AEO and Source Code Materials

BOSE_SUB-0000384.





### Setting Up Additional Rooms For Sound

## Setting up remote controls for other rooms

**To set up the RC-18S or RC-38S remote:**

1. Remove the remote control battery cover and locate the microswitches (Figure 19).

2. Make sure that the house code settings (switches 1, 2, 3, and 4) match the house code settings in your main room remote.

3. This remote is shipped from the factory set for room B. If this remote is used beyond a second room, set switches 6, 7, 8, and 9 to the same room code as set in the Lifestyle® stereo amplifier.

♪ **Note:** Refer to your Lifestyle® system owner's guide for more information on operating your system in more than one room.

**Figure 19**
*Microswitch settings for RC-18S and RC-38S remotes*

RC-18S or RC-38S remote

**To set up the Personal® music center II:**
Refer to the owner's guide included with the Personal® music center II for instructions on configuring this remote for other rooms.

*23*

BOSE_SUB-0000385.

BOSE_SUB-0000385.

930.    As previously mentioned, Bose LifeStyle allows a user to deliver music to

Contains Highly Confidential AEO and Source Code Materials

additional zones while simultaneously playing music in the main zone. Further, Bose Lifestyle's "room selector" enables a user to target specific zones with the ability to add additional zones to the media center, which will not be brought "online" until the selected by the user.

Contains Highly Confidential AEO and Source Code Materials

**LIFESTYLE® SA-2 STEREO AMPLIFIER**

## PRODUCT POSITIONING

- Our most popular Lifestyle® system expansion stereo amplifier.

- Enjoy Bose® sound throughout your home – from one Lifestyle® system. The Lifestyle® SA-2 stereo amplifier is designed for Lifestyle® system owners who want to enjoy Bose quality music in additional rooms of their home – indoors and outdoors – with their choice of Bose speakers.

## HEADLINES

*Expand your Lifestyle® system to additional rooms – easily and elegantly.*
Introducing the new Lifestyle® SA-2 stereo amplifier from Bose.

*Bring Bose® sound to other rooms in your home – from your Lifestyle® system.*
Introducing the new Lifestyle® SA-2 stereo amplifier from Bose.

*Enjoy Bose® sound here…and there…from your Lifestyle® system.*
Introducing the new Lifestyle® SA-2 stereo amplifier from Bose.

*Movies in one room. Music in up to 14 additional rooms. All from your Lifestyle® system.*
Introducing the new Lifestyle® SA-2 stereo amplifier from Bose.

## KEY PRODUCT BENEFITS (IN ORDER OF IMPORTANCE)

- **High-quality sound performance:** Bose patented signal processing circuitry enables full, rich stereo sound, even at low volumes.
- **Easy hookup:** Connects to Lifestyle® systems with a single Bose® expansion cable.
- **Easy, elegant placement:** Small footprint allows amplifier to easily be hidden in a room. Mounting flanges included for mounting to wall or floor joist.
- **Versatility, enabled by Bose® link:**
  – Enables choice between two independent audio streams from the Lifestyle® system (for example, a movie in one room, music in another).
  – Includes expansion output for "daisy-chaining" multiple Lifestyle® amplifiers for up to 14 additional rooms of audio.
  – Each amplifier can be controlled independently with a Lifestyle® expansion remote control (sold separately).

## KEY TECHNOLOGIES TO HIGHLIGHT (USE ICONS AS PROVIDED)

- **Bose® link:** A Bose proprietary networking technology that allows for easy, seamless expansion of your Lifestyle® system so you can enjoy different audio sources in different rooms, including outdoors. (*See Bose® link icon on "Technology Icons" page.)
- **Bose® patented signal processing circuitry:** Automatically adjusts tonal balance at different volume levels. Thus, music sounds lifelike with full, rich lows at almost any listening level, while speech consistently sounds natural.
- **Thermal compression circuitry:** Provides automatic protection for the amplifier electronics. If the amplifier approaches an unsafe operating temperature, the volume level is automatically lowered until a safe temperature is reached. Then, the volume is automatically returned to its original level.

For all copy on this page:    CD-ROM folder:    *copy blocks*
                             CD-ROM file:    *promocopy.pdf*

BOSE_SUB-0000450

BOSE_SUB-0000450.

Contains Highly Confidential AEO and Source Code Materials

## LIFESTYLE® SA-2 STEREO AMPLIFIER

### ADDITIONAL PRODUCT INFORMATION

#### DETAILED PRODUCT INFORMATION

- Room selector switches assign the amplifier to a specific room and radio frequency remote control.
- Mini-DIN expansion input and output easily connects multiple Lifestyle® amplifiers to the Lifestyle® media center in a daisy chain, whenever two or more pairs of speakers are desired in a specific location (for example, outdoors or in a large hall).
- Wired Volume Control (VCA) input provides connection for an on-wall volume control (can be used with or in place of a Lifestyle® radio frequency remote control).
- Finned cast aluminum housing dissipates heat efficiently for lower operating temperatures, even at full output.
- Integrated mounting flanges allow for permanent mounting to walls or floor joists, if desired.
- Bose® expansion cable allows for a single connection of the amplifier to the Lifestyle® media center or multi-room interface.
- Dimensions: 4½"H x 14¼"W x 5½"D (9 x 36 x 13.8 cm).
- Weight in carton: 7.6 lbs. (3.45 kg.).
- Power rating: Two-channel stereo operation, 40 watts (minimum) per channel.
- Speaker impedance: Compatible with speakers rated 6 ohms or higher.
- Color: Black.
- Limited one-year transferable warranty remains with the system even if ownership passes to another person.

#### OPTIONAL ACCESSORIES

- Lifestyle® radio frequency expansion remote controls (RC-18S for Lifestyle® 18 and 28 Series II systems, RC-38S and Personal® Music Center II for Lifestyle® 38 and 48 systems).

For all copy on this page:    CD-ROM folder:    copy blocks
                             CD-ROM file:      promocopy.pdf

BOSE_SUB-0000451

BOSE_SUB-0000451.

931.    That is, Bose Lifestyle allows additional zones to listen to what is being played in

Contains Highly Confidential AEO and Source Code Materials

the main room, or alternatively, something different. Alternatively, Bose LifeStyle allows the user the ability to add additional zones to the media center while audio is played in different zones. The newly added zones will remain offline until targeted or prompted by the user.

Contains Highly Confidential AEO and Source Code Materials

## LIFESTYLE® SA-2 STEREO AMPLIFIER

### SUGGESTED ADVERTISING SAMPLES

#### ADVERTISING COPY BLOCK

Attention Lifestyle® system owners: Did you know your Lifestyle® system can deliver music to other areas in your home – even while it's busy playing a DVD movie in the main room? Bose® link expansion capability makes it possible. And the Lifestyle® SA-2 stereo amplifier makes it easy. One simple connection of the SA-2 amplifier to the Bose® link output of your Lifestyle® system media center brings fresh musical possibilities to another room, including outdoors. Just add your choice of Bose stereo speakers. (Note: Lifestyle® SA-3 amplifier recommended for more powerful Bose speakers.) You can listen to what's playing in the main room…a CD, for example, or something different – perhaps your favorite FM station. Both at the same time, from one Lifestyle® system. So, the kids and their friends can keep on watching their movie while you enjoy some quality time – and quality Bose sound – out on the patio. And you can control your music from wherever you are with the dedicated radio frequency remote control. Bose patented signal processing circuitry automatically adjusts tonal balance for practically any volume level. The SA-2 amplifier is small enough to be easily hidden on the floor or on a shelf. You can even mount it to a wall or a floor joist. Get more out of your Lifestyle® system through Bose® link…and the SA-2 Lifestyle® stereo amplifier.

#### CATALOGUE COPY BLOCK

Bose® Lifestyle® SA-2 Stereo Amplifier
The most popular stereo amplifier from Bose works with your Lifestyle® system – and Bose® link – to bring music to a second room of your home, even outdoors. Simply connect the amplifier to the Bose® link output of your Lifestyle® media center with the included Bose® link cable, then connect your choice of Bose speakers to the amplifier. With the optional Lifestyle® expansion remote control you can choose the same musical program playing in the main room (a CD, for example) or something different (FM stereo). Compatible with Bose speakers rated 6 ohms or higher. Two-channel stereo operation, 40 watts (minimum) per channel. Size: 3½"H x 14⅛"W x 5½"D. Color: Black.

#### SIMPLIFIED BULLETED FORMAT

Our most popular Lifestyle® system expansion stereo amplifier.
• Works with your Lifestyle® system and Bose® link to bring high-quality sound to other rooms in your home.
• Full, rich stereo sound, even at low volumes, from Bose® patented signal processing circuitry.
• Enables on-location choice between two independent audio streams from a Bose® link-enabled Lifestyle® system, with a Lifestyle® expansion remote control.
• Easy to hook up, easy to conceal.
• Room selector switches can assign multiple SA-2 amplifiers to specific rooms and specific Lifestyle® radio frequency remote controls.

For all copy on this page:    CD-ROM folder:    copy blocks
                              CD-ROM file:      promocopy.pdf

BOSE_SUB-0000452

BOSE_SUB-0000452.

932.    Indeed, as shown below, Bose LifeStyle allows for a user to control a single room

Contains Highly Confidential AEO and Source Code Materials

or two or more rooms that share a source (Room button), or to control all connected rooms as one (House button). Based on the room indicators, a boxed letter indicates the presently-selected room or rooms, and only these rooms will be affected by any sources changes. In my opinion, the implication is that when additional zones are added to the Bose LifeStyle media center, those additional zones will remain offline, until prompted by the user. At that time, as further described below, the Bose Link communication protocol is used to communicate with the newly added zone to bring it "online."

Contains Highly Confidential AEO and Source Code Materials

956.    Further, Bose Link is used as protocol to communicate between and amongst the various zones in order to invoke, for example, the play command that simultaneously plays audio in multiple zones. More specifically, Bose Link in conjunction with the media center operates over a network and allows for a user's pre-defined zones to also play different audio in simultaneously.

 

### What is Bose Link?

Bose link is a communication protocol. To communicate there must be at least two participants that speak the same language. To Bose products, Bose link is that language.

### Rooms



There are 15 different rooms that can be controlled by a Bose link enabled media center. The main room – labeled room A – is reserved for the Lifestyle speaker components. The other rooms – rooms B-O – are reserved for expansion via Bose link.

For a Bose link setup to work the system must include a Bose link enabled media center (a controller), a Bose link expansion product, and an expansion remote control. Both the expansion product and the remote must be configured to operate on the same room.

A Bose link connection is essentially a conversation between the media center and the expansion device. The media center sends on/off, volume and source change commands along with audio to the expansion product. The expansion product responds by sending information back to the media center to let it know that it is still on (or off) and in the same room. This information exchange occurs each time a power or source change command is issued by the expansion remote.



When the media center receives an ON command from an expansion remote the system turns on and checks for any Bose link products that might be connected, but it will only look for Bose link products that are assigned to the same room as the remote.

Understanding Bose® link                                    Page 2 of 8

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    BOSE_SUB-0000595

BOSE_SUB-0000595.

Contains Highly Confidential AEO and Source Code Materials





Company Confidential

If the media center receives a command from a remote configured for room B, for example, the media center calls out to other Bose link products which might be assigned to room B. If a connected expansion product is assigned to room B it will respond to the media center and a Bose link connection will be made. The media center will not acknowledge a response from anything not assigned to room B.







The media center will not acknowledge more than one response from the same room, either. As with any productive conversation, there can only be one person speaking at a time. If more than one product is assigned to room B the media center won't know which one to listen to. If the media center can't understand the response from the expansion products, or if there is no response at all, the media center will turn itself off and the Bose link connection will not be successful.

Understanding Bose® link

Page 3 of 8

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

BOSE_SUB-0000596

BOSE_SUB-0000596.

Contains Highly Confidential AEO and Source Code Materials

 Company Confidential



## Streams

A Bose link enabled media center is also capable of managing two separate sources at the same time. Each source can be sent to one of two different outputs - or 'streams' – within the Bose link connection. 4 of the 9 pins that make up the Bose link connection on the back of the media are responsible for delivering these streams – all of which are analog. Two pins are reserved for stream 1 audio L/R (fixed), and another two pins carry stream 2 audio L/R (fixed) – (there is another pair of pins that carry variable stream 2 audio that will be discussed later). Every Bose link expansion product has 2 inputs to accommodate each stream, and the remote control tells the device which stream to listen to. The expansion products receive fixed audio and then control volume via commands they receive from the media center carried on other pins.

### Here is an example:

If an expansion remote configured for stream 1 sends an ON command to the media center, the media center will activate the pins that carry stream 1 information. The media center will also call out to any Bose link product set to the same room code as the remote. If the media center gets an answer it can understand, it will respond by telling the expansion product to turn on and listen to its stream 1 inputs. If the media center does not get a response from an expansion product set to the same room as the remote it will simply turn itself off.

The main room, or room A, can only operate on stream 1. Although any of the expansion rooms can be configured to operate on either stream 1 or stream 2, expansion rooms are generally assigned to stream 2. Since only one source can be sent to each stream at any given time, keeping Bose link expansion products on stream 2 prevents changes made in expansion rooms from affecting what is being played in the main room, and vice-versa.

Understanding Bose® link                                    Page 4 of 8

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    BOSE_SUB-0000597

BOSE_SUB-0000597.

957.    I also incorporate by reference into this section, my rebuttals to Dr.

Contains Highly Confidential AEO and Source Code Materials

I, Dan Schonfeld, declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED:  November 30, 2022

_____

Dan Schonfeld, Ph.D