# EXHIBIT 5

# FILED UNDER SEAL

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

```
 1                UNITED STATES DISTRICT COURT
 2                NORTHERN DISTRICT OF CALIFORNIA
 3
 4
          GOOGLE LLC,                      )
 5                                         )
                 PLAINTIFF,                )
 6                                         )
            VS.                            )  NO.
 7                                         )  3:20-cv-06754-
          SONOS, INC.,                     )  WHA
 8                                         )
                 DEFENDANT.                )
 9       _____)
          SONOS, INC.,                     )
10                                         )
                 PLAINTIFF,                )
11                                         )  3:21-CV-07559-
            VS.                            )  WHA
12                                         )
          GOOGLE, LLC,                     )
13                                         )
                 DEFENDANT.                )
14       _____)
15
16                   C O N F I D E N T I A L
17
            (THIS TRANSCRIPT HAS BEEN DESIGNATED HIGHLY
18         CONFIDENTIAL ATTORNEYS' EYES ONLY PURSUANT TO
                         PROTECTIVE ORDER)
19
20
                  ZOOM VIDEOTAPED DEPOSITION OF
21
                       KEITH JUILIANO CORBIN
22
                      TUESDAY, MAY 31, 2022
23
24
         JOB NO. 5256472
25
         REPORTED BY:  D'ANNE MOUNGEY, CSR 7872


                                                       Page 1
```

#### Page 38

```
 1        I think we refer to it as technical partner
 2   managers previously.  We started moving into
 3   technical product manager.  As you see kind of in my
 4   resume, I moved into a product management leadership
 5   role from there.                        10:54:50
 6        So it was really just how we were changing
 7   talking about the role more than anything else.
 8   Q    Got it.  Got it.
 9        So looking at the partners that you
10   mentioned here from 2011 to 2014, the first one is   10:55:02
11   Amazon's Cloud Locker.
12        Do you see that?
13   A    Yes.
14   Q    Did that use the Sonos Cloud Queue API?
15   A    That was -- all three of the ones listed on   10:55:15
16   this that I was assisting in during that time period
17   were the SMAPI integrations, so they were not using
18   Cloud Queues.
19   Q    Okay.  Well, Google Play Music that's
20   listed here, didn't you mention Google was using a   10:55:28
21   Cloud Queue API?
22   A    Not the part that I was working on.  I was
23   working on the SMAPI side of it and SMAPI doesn't
24   interface with Cloud Queues in any way.
25   Q    I see.                            10:55:41
```

#### Page 39

```
 1        So you understood that there was work
 2   developing a Cloud Queue API?
 3   A    Yes.
 4        MS. BRODY:  Objection to form.
 5        THE WITNESS:  That was not what I was   10:55:48
 6   focused on.
 7   BY MR. HEFAZI:
 8   Q    Were you familiar with anyone working with
 9   Amazon's Cloud Locker to implement a Cloud Queue
10   API?                                    10:55:59
11   A    Again, it was a SMAPI implementation, so
12   there was no Cloud Queue component.
13   Q    The same is true with Deezer?
14   A    Correct, yes.
15   Q    If you look in 2015, it looks like you   10:56:17
16   became the senior manager of product management
17   developer advocacy.
18        What did that role involve?
19   A    At that point we were building a team to
20   support our partners in their integrations and so I   10:56:44
21   was leading and building that team, as well as
22   working with a few key partners directly.
23   Q    What is a developer advocate?
24        That's something I haven't heard before.
25   A    A developer advocate is someone often   10:57:03
```

#### Page 40

```
 1   called developer evangelist or developer relations.
 2   It's a role focused on helping developers at a third
 3   party build integrations.
 4   Q    Now, when a developer builds an integration
 5   to like Apple Music here, did Apple own any part of   10:57:40
 6   that integration?
 7        MS. BRODY:  Objection to form.
 8        THE WITNESS:  Apple built the integration
 9   on their servers and so there was code that they
10   wrote to implement -- to integrate with us that was   10:58:01
11   custom for them that they would have owned, but that
12   was separate from our APIs that they were using.
13   BY MR. HEFAZI:
14   Q    All right.  So the integration that the
15   customer developed the whole thing, then Sonos had   10:58:25
16   its own set of APIs; is that the way it kind of
17   worked?
18   A    Again, this was a SMAPI integration.  And
19   in a SMAPI integration, there's an existing music
20   service, Apple Music, which has its way of operating   10:58:39
21   things.  And then you can build a layer on top of
22   that to interface with our APIs, so that layer they
23   build into their music service.  And integrate would
24   be the integration and they wrote that code and were
25   responsible for it.                     10:58:58
```

#### Page 41

```
 1   Q    Let me ask you:  Does a developer
 2   advocate -- did you ever ask to -- did you ever get
 3   questions about who would own particular parts of
 4   the integration?
 5   A    Not that I recall.                 10:59:12
 6   Q    Was there any kind of understanding about
 7   how, you know, integration ownership would work,
 8   what parts each entity would own?
 9   A    Is there a specific case or just in
10   general?                                10:59:33
11   Q    I guess in general.  I'm trying to
12   understand, what was the understanding when you went
13   to one of these integrations about -- let me --
14        Obviously when you're integrating with
15   Apple Music, you don't suddenly own everything that   10:59:44
16   Apple did; right?
17   A    Correct.
18   Q    And I guess I was trying to understand from
19   kind of their position as a developer advocate, like
20   how did you understand the ownership portions of the   10:59:56
21   integration, like who would own what?
22        MS. BRODY:  Objection to form.
23        THE WITNESS:  I would say in -- it was
24   different in different cases.  It was -- there were
25   cases where we provided a library and the partner   11:00:19
```