# EXHIBIT 6

# FILED UNDER SEAL

```
 1                    UNITED STATES DISTRICT COURT
 2            FOR THE NORTHERN DISTRICT OF CALIFORNIA
 3     --------------------------------------------------------x
       SONOS, INC.,
 4
                    Plaintiff,
 5     vs.                          Case No. 3:21-CV-07559-WHA
 6     GOOGLE LLC,
                    Defendant.
 7     --------------------------------------------------------x
 8     -AND-
 9     ----------------------------------------------------
10                    UNITED STATES DISTRICT COURT
11            FOR THE NORTHERN DISTRICT OF CALIFORNIA
12     --------------------------------------------------------x
13     GOOGLE LLC,
14                    Plaintiff,
15     vs.                          Case No. 3:20-CV-06754-WHA
16     SONOS, INC.,
                    Defendant.
17     --------------------------------------------------------x
18                       **CONFIDENTIAL**
19
20       REMOTE VIDEOTAPED DEPOSITION BY VIRTUAL ZOOM OF
21                         JONI HOADLEY
22                  Wednesday, April 13, 2022
23
24     Reported By: Lynne Ledanois, CSR 6811
25     Job No. 5183741

                                                      Page 1
```

**Page 94**

1  right?
2  A  Yes.
3  Q  So it sounded -- let me know if you
4  disagree.
5     But it sounded like you remembered iTunes
6  coming out around the time that you were at
7  MusicMatch; is that fair?
8  A  Yes.
9  Q  Are you aware of, I guess, Apple's AirPlay
10 systems?
11 A  Am I aware of it?  Yes.
12 Q  Do you remember when you first became
13 aware of it?
14 A  No, I don't recall when I was first made
15 aware of it.  Whenever it launched, probably.
16 Q  Whenever it launched because that is
17 something you would have paid attention to or --
18 A  Yes.
19 Q  Stepping back to 2010, do you remember
20 what the AirPlay system capabilities were?
21 A  In 2010, I have no recollection if there
22 even was AirPlay.
23 Q  During your time at Sonos, did you work on
24 a project called Play-to-Sonos or Sent-to-Sonos?
25 A  Yes.

**Page 95**

1  Q  Do you remember when that was, roughly?
2  A  No, I don't recall exactly when that was.
3  Q  Do you remember what prompted that
4  project?
5  A  I recall that we were trying to solve a
6  couple of different problems at the time.
7     I mentioned earlier, like Sonos was
8  really -- we were really focused on the idea of
9  Sonos being a social -- a shared music experience.
10 Everyone in the home could listen to music.
11    And as mobile devices were becoming more
12 prevalent and music services were becoming more
13 commonly used, we were trying to solve a problem of
14 how do we allow multiple people to collaborate and
15 create a joint music listening experience.
16    And that included people who may not live
17 in the home.  It could be guests who were there who
18 didn't necessarily have the Sonos app on their
19 device.  You could have people coming over to your
20 house who weren't necessarily familiar with how
21 Sonos worked.
22    And so we were trying to solve a problem
23 of how do we allow anyone who's at your house to
24 listen to music from your device.
25    And so Play-to-Sonos kind of came from

**Page 96**

1  that problem that we were trying to solve.
2     MS. AUBRY:  All right.  I'm going to
3  introduce the two next exhibits.
4     (Exhibit 9 was marked.)
5     (Exhibit 10 was marked.)
6  BY MS. AUBRY:
7  Q  I've introduced what are now Exhibits 9
8  and 10.
9  A  Okay.  They showed up in my Shared drive.
10 Should I open one of them?
11 Q  Yes.  If you could open Exhibit 9, that
12 would be great.
13    I was going to state for the record that
14 Exhibit 9 bears a starting Bates Number
15 SONOS-SVG2-00026283.
16    Ms. Hoadley, do you recognize Exhibit 9?
17 A  Do I recognize it?
18    I mean, my name is on it, so I would have
19 been the recipients of this.  So, yes, in that
20 sense, yes, I recognize it.  But it's not a document
21 I have seen in at least a few years.
22 Q  So do you see at the top where it says
23 Message, that this is an email chain, and the top
24 message is from Rob Lambourne on July 12th, 2011;
25 right?

**Page 97**

1  A  Yes.
2  Q  As you were just stating, you were one of
3  the recipients, Joni.Hoadley@sonos.com; right?
4  A  Yes.
5  Q  And if you look at -- again, this is still
6  the header at Page 1 of Exhibit 9, do you see where
7  it says, "Attachments:  SONOS PLAY TO
8  functionality"?
9  A  Yes, I see that there are Word -- would have
10 been two attachments, it looks like.
11 Q  One of them is "SONOS PLAY TO
12 functionality.jh;" right?
13 A  -JH, yes.
14 Q  So looking at the second message in this
15 thread, so this is on Page 1, the first line where
16 it says, "Original message."
17    Do you see that?
18 A  Yes, I see that.
19 Q  This is from Rob Lambourne again to a
20 number of people, including you; right?
21 A  Yes.
22 Q  If you look inside that email, Rob says,
23 "... but I've include the Word document I put
24 together as a start (and Joni's response doc.)"
25    Do you see that?

## Page 110

1    AFTERNOON SESSION
2        VIDEOGRAPHER: We are back on the record.
3    The time is 1:23 p.m.
4    BY MS. AUBRY:
5        Q  Ms. Hoadley, did you speak with your
6    attorney during the lunch break?
7        A  No, I did not.
8        Q  I want to turn back to Exhibit 2 briefly,
9    which was your LinkedIn profile.
10       A  Okay. I have that up on my screen.
11       Q  If you can scroll to Page 3 of Exhibit 2,
12   which is your bullet points for your time at Sonos.
13       A  Okay.
14       Q  The fourth bullet point down, do you see
15   where it says, "Spearheaded the creation and three
16   major redesigns of the Sonos apps (mobile and
17   desktop)..."?
18       A  Yes.
19       Q  Can you tell me a little bit more about
20   what those three major redesigns were?
21       A  I honestly don't remember the details.
22          I know at least one of them was related to
23   a brand redesign that was taking place. So there
24   was a new logo and new color pallet that was being
25   used by the company in its packaging and marketing

## Page 111

1    materials.
2           I recall one of those redesigns was
3    related to that, but I don't remember the other two,
4    necessarily.
5        Q  When you started at Sonos, is it fair to
6    say that you had experience developing software for
7    hardware?
8        A  I had some experience from my MusicMatch
9    days.
10       Q  I want to go back to the place of Sonos
11   projects that we talked about a little bit earlier
12   in the deposition.
13          Do you remember that?
14       A  Yes.
15       Q  And could you remind me what Play-to-Sonos
16   was? What did it involve?
17       A  Play-to-Sonos was the ability to play music
18   using a non-Sonos app on the Sonos system.
19       Q  Would you assume that this Play-to-Sonos
20   and this ability to play using -- play music using a
21   non-Sonos app, that was related to your goal to make
22   music a more social experience?
23       A  Yes.
24       Q  Why was it important to make music a more
25   social experience?

## Page 112

1        A  Because we wanted to allow anyone who was
2    listening to music together to be able to pick and
3    choose the songs that they wanted to listen to,
4    collaborate.
5        Q  Is this idea of collaboration a more
6    sourceful experience related to the network's music
7    playback patents that you were an inventor on?
8        A  I honestly don't know.
9              (Exhibit 11 was marked.)
10   BY MS. AUBRY:
11       Q  I am marking what's going to be Exhibit
12   11.
13       A  Okay.
14       Q  Let me know when you have that up.
15       A  I do.
16       Q  This is a document with starting Bates
17   Number SONOS-SVG2-00026981.
18          Ms. Hoadley, what is Exhibit 11?
19       A  It appears to be a document from Andrew
20   Schulert to myself, Nick Millington and Craig Wisneski
21   related to software strategy.
22       Q  If you scroll down to Page 2 of Exhibit
23   11, ending in Bates 26982, this is the email from
24   you to Andrew Schulert, Nick Millington and Craig
25   Wisneski; right?

## Page 113

1        A  Yes.
2        Q  Under Number 1 in your email, this is from
3    July 7, 2011, you listed a couple of main areas.
4           Do you see that?
5        A  Mm-hmm. Yes, I see it.
6        Q  The first one is "Working with Apple."
7           Do you remember what that was about?
8        A  No, I don't. At this time particular time
9    July 7th, 2011, I don't recall what this was about.
10       Q  Moving to the next item, "Music service
11   proliferation," do you remember what you meant by
12   music service proliferation?
13       A  I recall this was a recognition of the fact
14   that there were a lot more music services that were
15   coming about at this time, and we anticipated more
16   music services coming about.
17       Q  And it looks like music service
18   proliferation, you wrote, "linked to...next gen
19   music experience;" right?
20       A  Right.
21       Q  Do you remember what "next gen music
22   experience" was referring to?
23       A  I don't, no. Sorry.
24       Q  And the next one, "Opening up control," do
25   you remember what you were referring to here?

**Page 114**

1  A   Yes, I do recall what that referred to.
2  Q   And what was that referring to?
3  A   Allowing people to use non-Sonos
4  applications to play music through the Sonos system.
5  Q   Is it fair to say that this opening of
6  control is related to what became Play-to-Sonos?
7       MR. LEE: Objection to form.
8       THE WITNESS: I would not say that opening
9  up control became Play-to-Sonos. This was simply
10 one way of describing that.
11 BY MS. AUBRY:
12 Q   So opening up control was the same thing
13 as Play-to-Sonos, and you're just referring to it in
14 a different way; is that right?
15 A   Yes.
16 Q   Okay. So scrolling back up in Exhibit 11,
17 which is Andrew Schulert's response to your original
18 email, the last paragraph on Page 1 of Exhibit 11
19 where it says, "Brief tangent into architecture."
20     Do you see that?
21 A   Yes.
22 Q   And under Item Number 1 it says, "Under
23 what circumstances would we introduce a dependency
24 on the Cloud where we didn't previously have one?"
25     Do you see that?

**Page 115**

1  A   I do.
2  Q   Was it fair to say that as of the date of
3  this email, July 28th, 2011, Sonos did not have a
4  dependency on the Cloud?
5  A   No, not necessarily.
6      For the record, the yellow badge that says
7  Exhibit JH-0011 is covering that up paragraph, so I
8  cannot read the full document.
9  Q   I realize that. I was going to try to
10 reintroduce it with a different sticker.
11     MS. AUBRY: I've marked what is now going
12 to be Exhibit 11, which is the same document that we
13 were looking at, starting with Bates
14 SONOS-SVG2-00026981.
15 Q   Ms. Hoadley, if you could take a look at
16 that.
17 A   Okay. Now I can see the full paragraph at
18 the bottom of Page 1.
19 Q   In that last paragraph on Page 1 of
20 Exhibit 11, where it says -- under Item Number 1,
21 "Under what circumstances would we introduce a
22 dependency on the Cloud where we didn't previously
23 have one? Up until now, we've never done this."
24     Do you see that?
25 A   Yes, I see that.

**Page 116**

1  Q   So is it fair to say that as of the date
2  of this email, July 28th, 2011, Sonos had never had
3  a dependency on the Cloud?
4  A   I cannot answer that. I don't recall.
5  Q   Who is Andrew Schulert?
6  A   He was a member of the software development
7  team.
8  Q   Do you know why Mr. Schulert would have
9  stated that Sonos had never done a dependency on the
10 Cloud if that wasn't the case?
11 A   So sitting here today, my recollection is
12 that he was concerned about a specific use case in
13 which the Sonos customer lost their Internet
14 connection.
15     And so my recollection of his concern was
16 that a complete reliance on the Cloud could cause
17 customers to not be able to play their music if
18 their Internet connection went down.
19     So sitting here today, I recall that was
20 the dependency that he was referring to.
21 Q   So your recollection is that the concern
22 was about customers not being able to play music if
23 they lost their Internet connection; is that right?
24 A   Correct. And this example that he's
25 referring to about more than 65,000 tracks, that's

**Page 117**

1  related to if you were you to lose your Internet music
2  connection while playing local tracks, right -- if you
3  were playing local tracks -- when I say "local," I
4  mean tracks that were stored on your network at
5  home -- if you lost your Internet connection, we
6  wanted you to still be able to play those tracks.
7  Q   And so if a concern was to not have tracks
8  stored on the network -- the home network was the --
9  I guess the alternative to store those tracks on a
10 Sonos device?
11     MR. LEE: Objection to form.
12     THE WITNESS: I don't recall.
13     I know that the concern was -- the concern
14 was if everything was accessed through the Cloud all
15 the time and you lost your Internet connection, you
16 would not be able to play music on Sonos, and we
17 were trying to avoid that scenario.
18 BY MS. AUBRY:
19 Q   Okay. I'm just trying to figure out if
20 this concern was based on the -- I guess the Sonos
21 system at the time was accessing everything through
22 the -- as you said, the Cloud, and you were trying
23 to address that problem, or -- well, let me stop
24 there.
25     MR. LEE: Objection to form.

30 (Pages 114 - 117)

**Page 170**

1  Q  We also talked about two patents on which
2  you are listed as an inventor that are at issue in
3  this lawsuit, which are titled, Networked Music
4  Playback.
5      Do you remember that?
6  A  Yes.
7  Q  Do you remember what the goal of the
8  patents was?
9      MR. LEE:  Objection to form.
10     THE WITNESS:  No, I don't remember what
11  the goal of the patents was.
12  BY MS. AUBRY:
13  Q  Do you remember if you were trying to
14  address a particular problem with those patents?
15  A  I'm finding the question confusing because I
16  wasn't thinking about patents specifically.  The
17  patent happened after the ideation process took place.
18  Q  Can you walk me through the ideation
19  process to patent filing?
20  A  I honestly don't recall.
21  Q  You would agree that these Networked Music
22  Playback patents are related to some ideas you had
23  while at Sonos; right?
24  A  Yes.
25  Q  What are those ideas?

**Page 171**

1  A  I honestly couldn't describe which ideas are
2  in which patent, quite honestly.
3  Q  How about the two patents as a whole?  Can
4  you describe what ideas they correspond to?
5  A  No.  I mean, to be honest, I haven't looked
6  at that in years.  I really couldn't answer the
7  question.
8  Q  You didn't look at those two Networked
9  Music Playback patents last Thursday?
10     MR. LEE:  Don't answer that.
11     THE WITNESS:  Okay.
12  BY MS. AUBRY:
13  Q  I'm just going back to what you said
14  earlier in your deposition with respect to your
15  preparation.
16     And in regard to the particular statement,
17  but my understanding was that you had reviewed the
18  Networked Music Playback patents.
19     MR. LEE:  I think "reviewed" is a little
20  strong, actually.
21     Anne, I can represent that we might have
22  pointed out for the two patents that were at issue,
23  but I don't think she actually reviewed or read the
24  patents.  You can ask her.
25     THE WITNESS:  Yes, that's an accurate

**Page 172**

1  assessment.
2      The -- it was more, hey, these are the two
3  patents that are in question, but we didn't go over
4  them.
5  BY MS. AUBRY:
6  Q  Okay.  So is it accurate to say that last
7  week you did not read the claims of your Networked
8  Music Playback patents?
9  A  Yes, that's a fair statement.
10  Q  Last week, did you read the abstracts of
11  your Networked Music Playback patents?
12  A  No.
13  Q  So sitting here today, can you tell me
14  what those Networked Music Playback patents are
15  about?
16  A  Honestly, no.
17  Q  Sitting here today, do you remember any
18  ideas that you came up with while at Sonos that made
19  it into the Networked Music Playback patents?
20  A  I couldn't specify.
21     I know that my work shows up in a number
22  of patents, but I don't know which ones and to what
23  extent.
24  Q  Okay.  Let's take a step back and talk
25  about what you referred to as the "ideation

**Page 173**

1  process."
2      How did you come about filing the patent
3  applications?  What was the process?
4      MR. LEE:  Objection to form.
5      THE WITNESS:  Can you repeat the question?
6  BY MS. AUBRY:
7  Q  Sure.  How did your ideas come to be in a
8  patent application?
9  A  I can speak to kind of the broad typical
10  process that this type of thing would occur.
11     By ideation, there was a lot of
12  brainstorming that would take place at Sonos, you
13  know, depending -- it would almost -- it typically
14  would involve a product manager, a dev lead, and a
15  UI designer, as we would work very closely together
16  and brainstorm how we could make it easier for
17  people to listen to music with Sonos, brainstorming
18  how we could solve different problems that we could
19  see happening.
20     That would usually entail whiteboarding,
21  diagrams, creating mockups, writing up notes, that
22  kind of thing.
23     Sometimes we would decide to implement our
24  ideas; sometimes just sit on a shelf.
25     And periodically, our patent team would

44 (Pages 170 - 173)

```
 1  check in with us and interview us about what we were
 2  all working on in an effort to identify potential
 3  intellectual property.
 4        From there, they would then kind of decide
 5  what, if anything, they would pursue from a patent
 6  perspective.
 7        Once they decided there was something that
 8  was potentially patentable, they would conduct more
 9  interviews to gather materials and figure out who
10  the inventors were.
11        At a high level, that's kind of the way it
12  would work at Sonos.
13    Q   You mentioned a patent team that would
14  check in with you.
15        Do you remember who was on the patent
16  team?
17    A   Jonathan Lang, I believe, was a member.  At
18  one point, Mark Triplett.
19        I believe there were others.  Over time, I
20  think the team grew, but those are the two that I
21  remember.
22    Q   Sorry.  Did you say Jonathan Link?
23    A   Lang, L-A-N-G.
24    Q   And Mark Triplet, like triplet?
25    A   Triplett, T-R-I-P-L-E-T-T, I believe.
                                          Page 174
```

```
 1    Q   Were those gentlemen Sonos employees or
 2  external to Sonos?
 3    A   Jonathan was a Sonos employee, for sure.
 4        I don't recall if Mark was at first.  I
 5  don't recall.
 6    Q   Did Mark become a Sonos employee?
 7    A   I think so, but, honestly, I don't remember.
 8    Q   Just to go back to the process.  So you
 9  mentioned the patent team would talk to you.
10        Did the patent team decide what was going
11  to be in the patent application?
12    A   Yes.
13    Q   Did you help the patent team prepare the
14  Networked Music Playback applications?
15    A   I don't recall if I did or not.
16    Q   Do you know what a patent claim is?
17    A   Not really.
18    Q   At the time the Networked Music Playback
19  applications were filed, do you remember discussing
20  claims?
21    A   I don't remember when the patents were
22  filed, and I don't remember discussing claims, either.
23    Q   If I tell you the patents were filed in
24  December 2011, do you remember discussing any claims
25  in that time frame?
                                          Page 175
```

```
 1    A   No, I don't.
 2    Q   Do you remember ever reviewing claims for
 3  applications that you were listed as an inventor on?
 4    A   I'm not even sure what a claim is, so I
 5  don't know if I ever looked at one or not.  I don't
 6  know what they are.
 7        But, yes, while I was there, if they were
 8  filing any patents that involved me, I would have
 9  reviewed them at the time, most likely.
10    Q   When you say "reviewed them at the time,"
11  you mean reviewed the writeup by the patent team?
12    A   I honestly am not sure what they would have
13  shared with those of us who were listed as inventors.
14  I'm not sure what we would have been asked to review
15  at that time.
16    Q   With respect to the Networked Music
17  Playback applications and corresponding Networked
18  Music Playback patents, do you remember what you
19  contributed?
20    A   Not specifically.  My role was typically
21  related to the user experience and use cases involved.
22    Q   Do you remember a particular use case that
23  ended up in a patent application called Networked
24  Music Playback?
25    A   I don't know what, if any, of my work ended
                                          Page 176
```

```
 1  up in those patents.
 2    Q   Are there any ideas from the 2011 time
 3  frame that jump out at you as having been discussed
 4  in the context of a patent application filing?
 5    A   Not that I can recall.  It's a really long
 6  time ago, so I don't remember.
 7    Q   Besides the Networked Music Playback
 8  patent, do you remember being on any other patent
 9  applications filed in 2011?
10    A   No, I don't recall.
11    Q   Prior to 2011, do you remember being a
12  named inventor on any other patent applications?
13    A   I don't recall.  Like I said, I show up as
14  an inventor on a number of patents, but I don't
15  remember the timing on any of that stuff.
16    Q   Do you remember the first patents that you
17  were listed as an inventor on?
18    A   I don't, no.
19    Q   Do you think that would have been at
20  Sonos?
21    A   I don't believe I was on a patent prior to
22  Sonos.  So, yes, I think that would have been at
23  Sonos.
24    Q   Tad Coburn is the other named inventor on
25  the Networked Music Playback patents; is that right?
                                          Page 177
```