# EXHIBIT 10

# FILED UNDER SEAL

Exhibit 10 to Sonos's Opposition to Google's Motion to Strike the Expert Reports of Dr. Schmidt
HIGHLY CONFIDENTIAL - SOURCE CODE - ATTORNEYS' EYES ONLY

| Expert Report Material Google Seeks to Strike | Sonos's Infringement Contentions (Ex. 5) |
|---|---|
| Ex. 1, ¶128: I will generally refer to the list of media items provided by the YouTube cloud infrastructure for playback as the "Watch Next queue." As discussed in Google's internal documents, the WatchNext service accesses this Watch Next queue by making calls to the PlaylistDocumentService that in turn makes calls to the PlaylistService. *See, e.g.*, GOOG-SONOSWDTX-00039785 [Server], 88, 90-91.<br><br>Ex. 1, ¶235: **Third**, the Watch Next queue provided by the YouTube cloud infrastructure (e.g., managed by the PlaylistDocumentService and PlaylistService Innertube servers and accessed by the WatchNext service) amounts to "a remote playback queue provided by a cloud-based computing system associated with a cloud-based media service" under the plain and ordinary meaning of that claim term in light of the Court's construction of "playback queue."<br><br>Ex. 3, ¶46: Dr. Bhattacharjee's Rebuttal Report largely ignores these playback scenarios. It appears that Dr. Bhattacharjee does this to push the false narrative that a local playback queue runs the show for a YouTube Sender's playback. *See, e.g.*, Bhatta. Rebuttal Report, ¶¶60-70. But as I explained in my Opening Report, it is the YouTube cloud infrastructure –and specifically, the one or more Innertube servers that host the WatchNext, PlaylistDocumentService (PLDS), and PlaylistService services– that provides the list of media items that run the show for a YouTube Sender's playback (what I refer to as the "Watch Next queue"). *See, e.g.*, Schmidt Op. Report, ¶¶124-30, 152, 231-35, 248. | Pages 9-10: Each Cast-enabled computing device installed with any one of the YouTube, YouTube Music, YouTube TV, or YouTube Kids app is programmed such that it can operate in a mode in which the Cast-enabled computing device is configured for playback of a remote playback queue (referred to herein as a "Watch Next" queue) provided by one or more cloud servers (e.g., a "Watch Next," "InnerTube," or "MDx" server) associated with the YouTube, YouTube Music, YouTube TV, or YouTube Kids media service. The aforementioned functionality satisfies claim limitation 1.4.<br><br>Pages 10-11: As established by the evidence cited herein, when a user initiates local playback of user-selected media content from a YouTube, YouTube Music, YouTube TV, or YouTube Kids service on a Cast-enabled computing device, this causes the Cast-enabled computing device to become configured for playback of a playback queue referred to herein as a "Watch Next" queue that is remote from the Cast-enabled computing device and will contain (i) a locator of at least one media item that was selected by the user for playback along with (ii) locators for additional media items that were identified by the applicable YouTube service based on the user's selection of the media content and are seeded for playback after the user-selected media content, which are referred to as "Autoplay"[1] media items. This is evidenced by the data object called playlist_util.py→PlaylistFiller.playlist_videos.<br><br>Page 15: GOOG-SONOSWDTX-00039785 [YTM Playback Squad – Server 01.05.2021] at 87-88 ("The PlaylistDocumentService provides a representation of the queue. It calls into the PlaylistService for video IDs in the playlist . . . . |

| Expert Report Material Google Seeks to Strike | Sonos's Infringement Contentions (Ex. 5) |
|---|---|
| Ex. 3, ¶124: To start, that I am not aware of what label Google uses internally to refer to the list of media items provided by the YouTube cloud infrastructure for playback by a YouTube Sender is immaterial to whether I identified the "remote playback queue" that is called for by claim 1 of the '033 Patent. As I explained in my Opening Report (*see, e.g.,* Schmidt Op. Report, ¶¶99, 124-128, 231-42) and above (*supra* ¶¶46-52), the WatchNext, PLDS, and Playlist Services of the YouTube cloud infrastructure indisputably provide to a YouTube Sender a list of media items selected for playback and facilitate the YouTube Sender's playback through that list.  For example, I cite to one of Google's documents that expressly explains that the PLDS "provide a representation of the queue" and gets videoIds in the queue from the PlaylistService.  *See* GOOG-SONOSWDTX-00039785 [Server], 88.  Moreover, as I explained before, Google and Dr. Bhattacharjee repeatedly represented to the Court that Google's accused YouTube systems **use only** a "remote playback queue" (or in Google's words, a "cloud queue").  *See, e.g.*, Schmidt Rebuttal Report, ¶302. | The content set in inbound GetMusicWatchNext requests determines which RPCs are fired and what data is returned to clients. For example, requests for the next track in the queue do not require returning the full queue, and as such make different RPCs and are significantly faster than initial playbacks requiring the queue.")<br><br>Pages 23-25: Representative excerpts of Google's server source code[8] related to the aforementioned functionality include:<br><br>[*Source code trace for WatchNext service including calls to*<br><br>_playlist_rpc_container.py→PlaylistRpcContainer() //8-102<br>_rpc_manager.py→get_playlist_doc_rpc() //1711-1936.]<br><br>[FN8: Root directory: /2021-02-02_YTServerInnerTubeWatchNext09292020/] |
| Ex. 2, ¶589: In contrast, as explained in my Opening Report, the infringing Watch Next queue that is provided by Google's YouTube cloud infrastructure is maintained by the YouTube cloud infrastructure while an infringing Sender operates in the mode where the Sender is configured to playback from the Watch Next queue.  *See, e.g.*, Schmidt Op. Report, ¶¶126-28. In fact, the "PlaylistDocumentService" of the YouTube cloud infrastructure provides a representation of the queue that includes videoIDs that are for playback by the Sender.  *Id.*  The figure below shows the YouTube cloud infrastructure only sending a portion of the Watch Next queue to the Sender for playback, evincing the existence of a "remote playback queue": | Pages 15-16: GOOG-SONOSWDTX-00039785 [YTM Playback Squad – Server 01.05.2021] at 87-88 ("The PlaylistDocumentService provides a representation of the queue. It calls into the PlaylistService for video IDs in the playlist . . . . The content set in inbound GetMusicWatchNext requests determines which RPCs are fired and what data is returned to clients. For example, requests for the next track in the queue do not require returning the full queue, and as such make different RPCs and are significantly faster than initial playbacks requiring the queue."), at 88: |

| Expert Report Material Google Seeks to Strike | Sonos's Infringement Contentions (Ex. 5) |
|---|---|
|  |  *Id*. at 90-91;<br><br>GOOG-SONOSWDTX-00039798 [YTM Playback Squad – The Queue 09.30.2020] at 99 ("The GetMusicWatchNext endpoint provides queue renderers when initiating playback on a new container, on queue continuation loads, and for the autoplay section of the queue."). |
| Ex. 3, ¶50. As I explained in my Opening Report, the WatchNext service provides data identifying next media items (videoIds) in the WatchNext queue by making calls (i.e., RPCs) to the PlaylistDocumentService that in turn makes calls to the PlaylistService. *See* Schmidt Op. Report, ¶¶126-28, 248. In this respect, the PlaylistService stores a list of media items selected for playback by the Sender in what Google refers to as a "BigTable," which is identified by a "playlistId," and the PlaylistService provides videoIds for media items from that stored list to the PlaylistDocumentService that returns the videoIds to the WatchNext service. *See, e.g., id.*; Nicholson Dep. Tr., 56:1-57:2 …. *See also, e.g.*, _rpc_manager.py // ln. 1735 (from InnerTubeWatchNext) ("Generate a request for | Pages 15-16: GOOG-SONOSWDTX-00039785 [YTM Playback Squad – Server 01.05.2021] at 87-88 ("The PlaylistDocumentService provides a representation of the queue. It calls into the PlaylistService for video IDs in the playlist . . . . The content set in inbound GetMusicWatchNext requests determines which RPCs are fired and what data is returned to clients. For example, requests for the next track in the queue do not require returning the full queue, and as such make different RPCs and are significantly faster than initial playbacks requiring the queue.")<br><br>Pages 23-25: Representative excerpts of Google's server source code[8] related to the aforementioned functionality include: |

**Exhibit 10 to Sonos's Opposition to Google's Motion to Strike the Expert Reports of Dr. Schmidt**
**HIGHLY CONFIDENTIAL - SOURCE CODE - ATTORNEYS' EYES ONLY**

| Expert Report Material Google Seeks to Strike | Sonos's Infringement Contentions (Ex. 5) |
|---|---|
| playlist information from Playlist Document service."); playlist_document_service.proto // lns. 33-84 (handles a GetPlaylistDocumentRequest that can have a source set to "YTFE_WATCH_NEXT" indicating a request comes from a YT frontend WatchNext request for playback by a Sender); playlist_document_context.h // 41 ("Configures the request to playlist service and fetches the underlying YTPBPlaylist that the playlist document is going to be built out of."); playlist_service.h // lns. 78-79 ("The playlist stubby service implementation. A collection of RPCs for accessing and manipulating playlists stored in bigtable."). | [*Source code trace for WatchNext service including calls to* _rpc_manager.py→get_playlist_doc_rpc() //1711-1936] <br><br> [FN8: Root directory: /2021-02-02_YTServerInnerTubeWatchNext09292020/] |
| Ex. 3, ¶51. For certain types of service-provided playlists, like radio- and mix-based playlists, the PlaylistService makes calls into another service for videoIds to add to the Watch Next queue. *See, e.g.*, GOOG-SONOSWDTX-00039785 [Server], 88; GOOG-SONOSWDTX-00039809 [WatchEndPoint]; Nicholson Dep. Tr., 49:10-50:19, 69:10-70:5, 73:13-74:9. | Page 11: GOOG-SONOSWDTX-00039785 [YTM Playback Squad – Server 01.05.2021] <br><br> Pages 15-16: GOOG-SONOSWDTX-00039785 [YTM Playback Squad – Server 01.05.2021] at 87-88 ("The PlaylistDocumentService provides a representation of the queue. It calls into the PlaylistService for video IDs in the playlist . . . . The content set in inbound GetMusicWatchNext requests determines which RPCs are fired and what data is returned to clients. For example, requests for the next track in the queue do not require returning the full queue, and as such make different RPCs and are significantly faster than initial playbacks requiring the queue.") |
| Ex. 3, ¶52: Google's YouTube Music Playback Squad documents titled "Server" and "The Queue" include some diagrams and flow diagrams illustrating the call flows between these services. *See* GOOG-SONOSWDTX-00039785 [Server], 88, 89, 90; GOOG-SONOSWDTX-00039798 [The Queue], 99. Mr. Nicholson explained that YouTube Music now just relies on the same WatchNext service as YouTube Main, so a more up-to-date, simplified diagram of the call flows between the | Pages 10-11: As established by the evidence cited herein, when a user initiates local playback of user-selected media content from a YouTube, YouTube Music, YouTube TV, or YouTube Kids service on a Cast-enabled computing device, this causes the Cast-enabled computing device to become configured for playback of a playback queue referred to herein as a "Watch Next" queue that is remote from the Cast-enabled computing device and will contain (i) a locator of at least one media item |

| **Expert Report Material Google Seeks to Strike** | **Sonos's Infringement Contentions (Ex. 5)** |
|---|---|
| WatchNext, PlaylistDocumentService, and PlaylistService services in the YouTube cloud infrastructure is as follows, with a Sender interfacing with the WatchNext service: | that was selected by the user for playback along with (ii) locators for additional media items that were identified by the applicable YouTube service based on the user's selection of the media content and are seeded for playback after the user-selected media content, which are referred to as "Autoplay"[1] media items. This is evidenced by the data object called playlist_util.py→PlaylistFiller.playlist_videos. [FN1: … GOOG-SONOSWDTX-00039798 [YTM Playback Squad – The Queue 09.30.2020] at 99 ("The GetMusicWatchNext endpoint provides queue renderers when initiating playback on a new container, on queue continuation loads, and for the autoplay section of the queue.").]<br><br>Pages 15-16: GOOG-SONOSWDTX-00039785 [YTM Playback Squad – Server 01.05.2021] at 87-88 ("The PlaylistDocumentService provides a representation of the queue. It calls into the PlaylistService for video IDs in the playlist . . . . The content set in inbound GetMusicWatchNext requests determines which RPCs are fired and what data is returned to clients. For example, requests for the next track in the queue do not require returning the full queue, and as such make different RPCs and are significantly faster than initial playbacks requiring the queue.") at 88: |

| Expert Report Material Google Seeks to Strike | Sonos's Infringement Contentions (Ex. 5) |
|---|---|
|  | GetMusicWatchNext Call Flow sequence diagram: Client ↔ GetMusicWatchNext. Initial page load, first 25 queue elements. Load next 50 queue elements. Load final N queue elements. Load autoplay section of the queue.<br><br>*Id*. at 90-91;<br><br>GOOG-SONOSWDTX-00039798 [YTM Playback Squad – The Queue 09.30.2020] at 99 …. |
| Ex. 3, ¶67. As another example, Google's documents explain that, while Casting, queue edit operations made by a user at a Sender result in the MDx session server making "calls to the PlaylistService to edit the underlying 'Remote Queue' playlist …." GOOG-SONOSWDTX-00039798 [The Queue], 800 ("The MDx Session Server manages the 'Remote Queue' playlist as well as the broader multi-device experience while Casting. Clients make queue edit operations (add to queue, re-order, remove from queue, etc) through the MDx Session Server, which makes appropriate calls to the PlaylistService to edit the underlying 'Remote Queue' playlist."); *see also, e.g.*, GOOG-SONOSWDTX-00041617 [YouTube Music Playback History in MDx Proposal], 20 ("The MDx Session Server adds the videoIds to the shared queue ('RQ' playlist) backed by the playlist service" and illustrating Session Server sending a "playlistModify" message to the Playlist Service), 24 ("MDx | Pages 10-11, 15-16 (citing and quoting from GOOG-SONOSWDTX-00039798 [YTM Playback Squad – The Queue 09.30.2020]). |

| Expert Report Material Google Seeks to Strike | Sonos's Infringement Contentions (Ex. 5) |
|---|---|
| session server adds the videoEntries [(each containing a videoId)] to the shared queue ('RQ' playlist) via the Playlist Service" and illustrating Session Server sending a "playlistModify" message to the Playlist Service); GOOG-SONOSWDTX-00039827, 29, 32-33, 35 | |
| Ex. 3, ¶69. Thus, the evidence undermines Dr. Bhattacharjee's opinions that the YouTube cloud infrastructure does not provide a list of media items for playback by a Sender before Casting and for playback by a Receiver after Casting. This is summarized best by the following illustration showing the WatchNext, PLDS, and PlaylistServices providing a list of media items for playback before and after Casting:<br><br>[DIAGRAM]<br><br>GOOG-SONOSWDTX-00039480 [Cast], 82 (annotations added). | Page 41 (citing GOOG-SONOSWDTX-00039480 [YouTube Music Playback Squad – Cast]) |