# EXHIBIT M

# FILED UNDER SEAL

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1              UNITED STATES DISTRICT COURT
 2          FOR THE NORTHERN DISTRICT OF CALIFORNIA
 3
 4    SONOS, INC.,
 5        Plaintiff,
 6            vs.      Case No. 3:21-CV-07559-WHA
 7    GOOGLE LLC
 8        Defendant.
      _____
 9    -AND-
10    GOOGLE LLC,
11        Plaintiff,
12            vs.      Case No. 3:20-CV-06754-WHA
13    SONOS, INC.,
14        Defendant.
      _____
15      **ATTORNEYS' EYES ONLY - HIGHLY CONFIDENTIAL**
16          **ATTORNEYS EYES ONLY - SOURCE CODE**
17
18     ZOOM DEPOSITION OF GOOGLE's 30(b)(6) & 30(b)(1)
19                  KENNETH J. MACKAY
20    (Reported Remotely via Video & Web Videoconference)
         Sunnyvale, California (Deponent's location)
21                Tuesday, May 10, 2022
      STENOGRAPHICALLY REPORTED BY:
22    REBECCA L. ROMANO, RPR, CSR, CCR
      California CSR No. 12546
23    Nevada CCR No. 827
      Oregon CSR No. 20-0466
24    Washington CCR No. 3491
      JOB NO. 5229656
25    PAGES 1 - 288
```

Page 1

**Page 262**

```
1       MR. KAPLAN: Object to form.           04:58:06
2       THE DEPONENT: So we were told -- we were
3  given a set of requirements where multiple devices
4  should play out audio within some tolerance, and
5  then we -- or basically I created a design to    04:58:22
6  achieve that.
7       Q. (By Mr. Shea) And we talked earlier
8  about the distinction between static groups and
9  dynamic groups.
10      Did the requirements that you were given    04:58:45
11 provide any specificity as to which of those types
12 of groups should be used?
13      MR. KAPLAN: Object to form.
14      THE DEPONENT: So -- no, I don't recall
15 the requirements mentioning that aspect.        04:59:07
16      Q. (By Mr. Shea) Do you recall then why you
17 decided to implement it, in at least the initial
18 version of the speaker group technology, the groups
19 as static as opposed to dynamic groups?
20      A. As I recall, we were trying to be       04:59:33
21 compatible with the existing Cast ecosystem.
22      Q. What was it about static groups that at
23 the time made them more compatible with the Cast
24 ecosystem than dynamic groups?
25      MR. KAPLAN: Object to form.              04:59:56
```

**Page 263**

```
1       THE DEPONENT: It allowed the group to     04:59:57
2  advertise itself over mDNS, or I guess the leader
3  of the group to advertise the group over mDNS, as
4  a -- as a Cast device, and existing sender apps
5  would be able to use that as a Cast target.    05:00:18
6       Q. (By Mr. Shea) Are -- in your view, are
7  there advantages over that implementation relative
8  to a dynamic group implementation where the group
9  would not be advertised?
10      MR. KAPLAN: Objection. Calls for         05:00:41
11 speculation.
12      THE DEPONENT: I would say there are
13 advantages and disadvantages.
14      Q. (By Mr. Shea) So maybe we can start with
15 the advantages.                                05:00:55
16      Can you tell me what you view to be the
17 advantages of -- of static over dynamics groups?
18      A. So one advantage might be that the group
19 is available as a Cast target separately from the
20 individual devices.                            05:01:19
21      Q. And could you help me understand why you
22 view that to be an advantage.
23      A. It might make it easier for users to --
24 to target their content.
25      I don't know. I mean, you could see it    05:01:47
```

**Page 264**

```
1  either way, I suppose, because dynamic groups you   05:01:49
2  explicitly select which devices are playing the
3  content.
4       Q. But you're saying that the -- with the
5  dynamic group, the drawback is that you have to    05:02:02
6  create it at the time?
7       MR. KAPLAN: Object to form.
8       THE DEPONENT: Yeah. So the -- the
9  drawback of a static group would be that the user
10 has to create it ahead of time. So the user would  05:02:15
11 need to know what they want to do before they do
12 it, I guess.
13      But then the disadvantage of the dynamic
14 group is that the user has to take an action every
15 time as they're playing, I suppose, which might -- 05:02:34
16 yeah, I -- I don't know. It's kind of a trade-off,
17 I suppose.
18      Q. (By Mr. Shea) And when you say "take an
19 action every time" --
20      A. So they'd have to explicitly select --   05:02:54
21      MR. KAPLAN: Object to form.
22      Go ahead.
23      THE DEPONENT: Okay. They have to
24 explicitly select the devices instead of targeting
25 to a named group.                              05:03:08
```

**Page 265**

```
1       Q. (By Mr. Shea) Other than those relative  05:03:14
2  advantages and disadvantages, can you think of any
3  other -- or at least, in your mind, are there any
4  other advantages or disadvantages to static groups
5  versus dynamic groups?                         05:03:26
6       A. Not. Well, yeah, not really. Well,
7  yeah, not really. There might be some minor
8  advantage to static groups in terms of -- because
9  we do time synchronization all the time, the static
10 group might have slightly better time          05:03:50
11 synchronization when playback begins.
12      Q. Because you're saying at -- at the time
13 that that -- the static group is first launched,
14 there is already some understanding of the clock
15 offset between the follower and the leader?    05:04:10
16      A. There can be, yes. Although we have
17 implemented for dynamic groups some fallback
18 mechanism that works similarly.
19      So, yeah, I don't know. I think that's
20 kind of a -- maybe not that big of a difference.  05:04:27
21      Q. Okay. Anything else on that point you
22 can think of, sitting here, Mr. MacKay?
23      MR. KAPLAN: Object to form.
24      THE DEPONENT: Not that I can think of.
25      Q. (By Mr. Shea) When you were designing   05:04:47
```

67 (Pages 262 - 265)