# EXHIBIT O

# FILED UNDER SEAL

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**
**SOURCE CODE**

```
 1              UNITED STATES DISTRICT COURT
 2          FOR THE NORTHERN DISTRICT OF CALIFORNIA
 3   SONOS, INC.,
 4       Plaintiff,
 5           vs.        Case No. 3:21-CV-07559-WHA
 6   GOOGLE LLC
 7       Defendant.
     _____
 8   -AND-
 9   GOOGLE LLC,
10       Plaintiff,
11           vs.        Case No. 3:20-CV-06754-WHA
12   SONOS, INC.,
13       Defendant.
     _____
14     **HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**
15                  **SOURCE CODE**
16
17      ZOOM DEPOSITION OF DAN SCHONFELD, Ph.D.
18   (Reported Remotely via Video & Web Videoconference)
19        Northbrook, Illinois (Deponent's location)
              Wednesday, August 31, 2022
20
     STENOGRAPHICALLY REPORTED BY:
21   REBECCA L. ROMANO, RPR, CSR, CCR
     California CSR No. 12546
22   Nevada CCR No. 827
     Oregon CSR No. 20-0466
23   Washington CCR No. 3491
24   JOB NO. 5414658
25   PAGES 1 - 252
```

Page 1

| | |
|---|---|
| 1  been at the time of the hypothetical negotiation,    10:21:16<br>2  as I understand it.<br>3      Q.  Again, though, you didn't explain that in<br>4  your expert report, correct?<br>5      A.  With respect to the one example that I    10:21:34<br>6  highlighted in section 12, I did.  With respect to<br>7  the nonoverlapping mode -- the nonoverlapping<br>8  groups, rather, I don't recall that I went through<br>9  a detailed explanation of it, but -- but it -- it<br>10  is clear -- pretty clear to me, back then and now,    10:21:55<br>11  that that would be the case.<br>12      Q.  And you don't provide any additional<br>13  non-infringing alternatives in your other expert<br>14  reports, correct?<br>15          MS. AUBRY:  Objection.  Form.    10:22:45<br>16          THE DEPONENT:  So in my rebuttal report,<br>17  I rebut Almeroth's -- Dr. Almeroth's opinions that<br>18  as it relates to -- to my report as -- in -- in the<br>19  form of -- sorry, not in my report, but to the<br>20  proposed non-infringing alternative provided by    10:24:38<br>21  Google, and it's focused, I believe, exclusively on<br>22  the same redesign of this standalone mode.  I would<br>23  have to read it again to be sure that that's the<br>24  case, but that's my recollection, and I do not<br>25  believe I discuss non-infringing alternatives in    10:24:58<br>Page 46 | 1  is playing music, the single speaker -- sorry.    10:28:13<br>2  "When a single" -- and then I will quote here:<br>3  "When a single speaker is playing music and a group<br>4  is playing music and the single speaker is added to<br>5  the group, the speaker will begin playing the music    10:28:26<br>6  that the group was playing."<br>7          So it -- to restate it and -- right now,<br>8  at a high level, it would mean that whenever the --<br>9  a particular speaker has been added to a group,<br>10  that means that that particular speaker will no    10:29:10<br>11  longer function independently.  Whatever the group<br>12  is doing, that's what the speaker will be doing.<br>13      Q.  And when you say a particular speaker is<br>14  added to a group, are you referring to a group that<br>15  already exists that was previously created?    10:29:34<br>16      A.  Not necessarily.  If the group has been<br>17  created from scratch, then the moment that the --<br>18  the speakers are added into that group, all of the<br>19  speakers in that group will begin to function in<br>20  unison, and either they will -- if any of them were    10:29:54<br>21  previously playing something, one of -- one of them<br>22  will -- whatever one of them is playing will be<br>23  played on all the speakers, and if none of them<br>24  are -- were -- were playing, then they will not<br>25  play -- they will continue to not play, but they    10:30:10<br>Page 48 |
| 1  this supplemental report.    10:25:03<br>2      Q.  (By Mr. Smith)  Okay.  And if we go back<br>3  to your opening report and we look at paragraph<br>4  726, this provides a -- a summary of the<br>5  non-infringing alternative; is that correct?    10:25:25<br>6      A.  I mean, you could view it as a summary<br>7  or a over- -- or an overview of the non-infringing<br>8  alternative.  It's discussed in additional detail<br>9  also in paragraph 728 and other places.<br>10      Q.  And can you describe for me what the    10:26:30<br>11  non-infringing alternative is?<br>12      A.  So the -- the answer is described in the<br>13  high level, as you mentioned, in paragraph 726,<br>14  which states that after it -- after the speaker has<br>15  been added to the -- to a target group, "it matches    10:27:29<br>16  the music (or silence)" from "the target group."<br>17          And in -- paragraph 728, as I mentioned,<br>18  goes into some additional detail and states that,<br>19  at that point, it will "not continue to operate in<br>20  'standalone' mode after" it's "been added    10:27:50<br>21  to" the -- "to those zone scenes."  But, instead,<br>22  the accused standalone speaker will match the<br>23  music, or silence, of the target scene [sic] as<br>24  opposed to what happens currently where it -- where<br>25  the single speaker is playing music and the group    10:28:10<br>Page 47 | 1  will function and be configured to always -- to    10:30:15<br>2  always play in synchrony from the moment the group<br>3  was established, even if the group did not<br>4  previously exist.<br>5      Q.  Is your understanding of the standalone    10:30:37<br>6  mode that the player has to be actively engaged in<br>7  the playback of audio?<br>8      A.  I'm not sure that I follow you.  At -- at<br>9  what time period?  Are you saying, in order to meet<br>10  the standalone mode, that would be the criteria,    10:31:05<br>11  or -- so I am not sure exactly what you are asking.<br>12      Q.  In order to meet the standalone mode,<br>13  does the zone player have to be playing audio?<br>14          MS. AUBRY:  Objection.  Form.<br>15          THE DEPONENT:  That's not my    10:31:39<br>16  understanding.<br>17      Q.  (By Mr. Smith)  What is your<br>18  understanding of the standalone model?<br>19      A.  If you look at -- just -- just, for<br>20  example, at paragraph 75 of my supplemental    10:32:47<br>21  report -- and this discussion might be flushed out<br>22  in more detail elsewhere, but this is first<br>23  instance that I came across -- it states that under<br>24  the Court order -- under -- under the Court's --<br>25  sorry.  Let me start from scratch.    10:33:09<br>Page 49 |

13 (Pages 46 - 49)

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SOURCE CODE

| | |
|---|---|
| 1  "I understand the Court also found that  10:33:12<br>2  the specification does disclose," quote, "'that an<br>3  individual smart speaker that has been added to a<br>4  speaker group will continue to" play "individually<br>5  - i.e., in 'standalone mode' - until the speaker  10:33:25<br>6  group of which it is a member is activated by the<br>7  user, at which point the individual speaker will<br>8  transition to be'" -- "'to be controlled as part of<br>9  the group,'" so -- and I state:  "I further<br>10  understand that with respect to the term  10:33:47<br>11  'standalone mode,' it is sufficient for the<br>12  specification to disclose," quote, "'that the<br>13  process of forming zone scene occurs in a specific<br>14  order,'" and then close quote, "'where the scene is<br>15  saved and," quote, "'invoke[d]'," close quote,  10:34:07<br>16  "later, regardless of the particular behavior of<br>17  the zone player after the zone scene has been saved<br>18  and before it has been invoked."<br>19      And just to go back to the quotation from<br>20  the Court's order, the Court's in- -- instructs us  10:34:24<br>21  that standalone mode is where a speaker has been<br>22  added but continues to operate individually, and<br>23  that is consistent with the claim language,<br>24  which -- in the limitation, beginning with "while<br>25  operating in standalone mode in which the first  10:34:50<br>Page 50 | 1  music on the speaker and that music will not be  10:36:44<br>2  playing on the other speakers in the group or not<br>3  playing music on that speaker and regardless of<br>4  what's being played or not played by the other<br>5  speakers in that group.  That is my understanding  10:36:58<br>6  of what "continues to operate individually" would<br>7  be under the Court's instruction, and that is<br>8  exactly what is not permitted in the non-infringing<br>9  alternative.<br>10      Q.  So a player can be in standalone mode  10:37:18<br>11  even if it's not playing audio, correct?<br>12      A.  Yes.  The only thing that I want to make<br>13  clear is that my understanding of Sonos's initial<br>14  interpretation is that that was, by itself,<br>15  sufficient for being considered to be in standalone  10:37:42<br>16  mode, and I would disagree with that, but the<br>17  answer to your question is:  Yes, you can be in<br>18  standalone mode and not play audio.<br>19      Q.  And can you explain why you disagree with<br>20  Sonos's initial interpretation?  10:38:15<br>21      A.  Because that would be inconsistent with<br>22  the Court's order or the claim language, and,<br>23  specifically, that is not sufficient.<br>24      In other words, if you are in that<br>25  configuration and you are not playing audio, but  10:38:33<br>Page 52 |
| 1  zone player is configured to play back media  10:34:53<br>2  individually," and that is the understanding that I<br>3  applied.<br>4      Q.  What does it mean for a player to be<br>5  configured to play back audio individually?  10:35:06<br>6      A.  That it is not configured to play as part<br>7  of the group, which is precisely what the<br>8  non-infringing alternative contemplates.<br>9      Q.  So your position is that standalone mode<br>10  covers any mode in which the player -- sorry.  10:35:30<br>11  Let me -- let me restate that.  Scratch that.<br>12      Your position is that standalone covers<br>13  you -- or, excuse me, let me restate that again.<br>14      Your position is that standalone mode<br>15  covers any mode in which the player is not  10:36:01<br>16  configured to play as part of the group; is that<br>17  correct?<br>18      A.  My position is that standalone mode is<br>19  where the speakers continues to operate<br>20  individually, and I'm quoting directly from the  10:36:23<br>21  Court's order, and that is -- and it's<br>22  configured to -- and then -- and as -- as I said,<br>23  it's consistent with the claim language where it is<br>24  configured to play back individually.<br>25      And so as long as you can either play  10:36:41<br>Page 51 | 1  the moment any other speaker begins to play audio,  10:38:39<br>2  it implies that you are also going to be playing<br>3  the same audio, then you were not configured to<br>4  play individually, and you did not, in the Court's<br>5  words, continue to operate individually, and,  10:38:53<br>6  therefore, you are not in standalone mode in that<br>7  case.<br>8      Q.  So, in your opinion, a player can be in<br>9  standalone mode when it's not playing audio,<br>10  correct?  10:39:27<br>11      A.  It's -- it's possible; that right.  But<br>12  it's not a criteria for meeting the standalone<br>13  mode.<br>14      Q.  What else is required to meet the<br>15  standalone model?  10:39:39<br>16      A.  It -- the -- the Court has already stated<br>17  that it has to operate individually.  And, again,<br>18  this is consistent with the claim which says<br>19  "standalone mode in which the first zone players<br>20  configured to play back media individually."  10:39:57<br>21      So if you are not playing but you are<br>22  configured to play whatever -- any other speaker in<br>23  the group is playing, then you are not configured<br>24  to play back individually.  And, again, in the<br>25  Court's language, you are -- you are not continuing  10:40:15<br>Page 53 |

14 (Pages 50 - 53)

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SOURCE CODE

| | |
|---|---|
| 1  new group with a player that's playing different    11:22:20<br>2  audio, what would happen with the non-infringing<br>3  alternative?<br>4      A.  Once the group would elect the leader,<br>5  the -- the audio playing on the leader would be    11:22:35<br>6  playing on both devices.<br>7      Q.  If a player that is not playing audio is<br>8  added to a new group with a player that is playing<br>9  audio, what would happen with the non-infringing<br>10 alternative?    11:23:02<br>11     A.  I think that was your first question in<br>12 this hypothetical.  You just reversed them, but<br>13 there is no difference.  They would both be playing<br>14 the same audio.<br>15     Q.  Okay.    11:23:13<br>16     A.  I may have missed something.<br>17     Q.  Yeah, what I'm --<br>18     A.  One of the two questions --<br>19     Q.  No --<br>20     A.  -- they sounded identical to me.    11:23:18<br>21     Q.  Yeah, just the first player was the one<br>22 not playing audio was added to a group with the<br>23 second player that was playing audio -- I was just<br>24 doing the opposite.<br>25         But you're saying it would operate the    11:23:32<br>Page 70 | 1      To put it in another way, it's not just    11:25:12<br>2  that it would -- that they would both continue to<br>3  play audio, but they could not actually play<br>4  individually from that moment on, and that would be<br>5  true for either device until the group was    11:25:26<br>6  dismantled.<br>7      Q.  And so circling back to -- to the<br>8  standalone mode requirement of the claim, it --<br>9  it's your opinion that a player can be in<br>10 standalone mode if it's playing audio on its own,    11:26:23<br>11 correct?<br>12     A.  I mean, I -- I would go back to<br>13 paragraph 75 of my supplemental report, which is<br>14 Exhibit 113, and specifically the Court's order<br>15 describes that standalone mode is to continue to    11:27:05<br>16 operate individually.  So as long as you continue<br>17 to operate individually, you are in standalone<br>18 mode.  If you are not operating individually, you<br>19 are no longer in standalone mode.<br>20         I'm not sure if that answers your    11:27:23<br>21 question, but that's my understanding of what<br>22 standalone mode is.<br>23     Q.  And you can operate in standalone mode<br>24 whether or not you are playing audio, correct?<br>25     A.  You can operate individually by    11:27:38<br>Page 72 |
| 1  same way, right?  If one of the players is playing    11:23:34<br>2  audio, then once the group is created, both players<br>3  would start playing the audio of the player that<br>4  was playing audio; is that correct?<br>5      A.  The group is not aware of the term    11:23:44<br>6  "first" and "second," so I agree with that.<br>7      Q.  Okay.  Now, if a player is not playing<br>8  audio and is added to a new group with another<br>9  player that's also not playing audio, what would<br>10 happen?    11:24:03<br>11     A.  They both would not be playing, but they<br>12 would be -- but the moment either one of them is<br>13 playing, it would start playing on both.<br>14     Q.  Okay.  And so would something be<br>15 happening -- I'll call it -- under the hood that    11:24:19<br>16 would cause those two players to be configured for<br>17 synchronous playback once they are added to the<br>18 group?<br>19     A.  Yeah, they -- they -- they would be in a<br>20 situation where they are part of the group.    11:24:35<br>21 Everybody is paying attention to whether the group<br>22 is instructed to play music or -- or either of the<br>23 devices is instructed to play music or audio, and<br>24 if the answer is audio is about to begin playing,<br>25 it will play in both of them or not at all.    11:24:55<br>Page 71 | 1  operating -- without playing or while playing, but    11:27:40<br>2  in either case, you have to operate individually,<br>3  and if you just simply are not playing, as I<br>4  mentioned earlier, that's not a proof of anything.<br>5  That's just one situation.  You have to be able to    11:27:57<br>6  operate individually both to play and not play.<br>7  If -- and -- and not affect or be affected by<br>8  anything -- sorry, not be affected by anything<br>9  that's happening to other speakers in order to be<br>10 able to play individually.    11:28:15<br>11     Q.  Now, if we look at paragraph 728 of your<br>12 report.<br>13     A.  Yes.<br>14     Q.  In the "Indeed" sentence -- it looks like<br>15 it's the third sentence -- you state:    11:29:10<br>16 "... currently, when a single speaker is playing<br>17 music and a group is playing music and the single<br>18 speaker is added to the group, the speaker will<br>19 begin playing the music that the group was<br>20 playing."    11:29:23<br>21         Do you see that?<br>22     A.  Uh-huh.<br>23     Q.  Does that accurately describe the current<br>24 operation of the Google system?<br>25         MS. AUBRY:  Objection.  Form.    11:29:38<br>Page 73 |

19 (Pages 70 - 73)