# EXHIBIT P

# FILED UNDER SEAL

```
 1              UNITED STATES DISTRICT COURT
 2          FOR THE NORTHERN DISTRICT OF CALIFORNIA
 3    --------------------------------------------------x
      SONOS, INC.,
 4
                  Plaintiff,
 5    vs.                        Case No. 3:21-CV-07559-WHA
 6    GOOGLE LLC,
                  Defendant.
 7    --------------------------------------------------x
 8    -AND-
 9    ----------------------------------------------
10              UNITED STATES DISTRICT COURT
11          FOR THE NORTHERN DISTRICT OF CALIFORNIA
12    --------------------------------------------------x
13    GOOGLE LLC,
14                Plaintiff,
15    vs.                        Case No. 3:20-CV-06754-WHA
16    SONOS, INC.,
                  Defendant.
17    --------------------------------------------------x
18       **HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**
19                    **SOURCE CODE**
20
21      REMOTE VIDEOTAPED DEPOSITION BY VIRTUAL ZOOM OF
22                  DAN SCHONFELD, PH.D.
23                Friday, February 3, 2023
24    Reported By: Lynne Ledanois, CSR 6811
25    Job No. 5698162


                                                   Page 1
```

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

## Page 38

1  they are not operating in standalone mode.  7:31AM
2    Q  So it's your position that when a Sonos
3  player or any player is not playing audio, it's not
4  operating in standalone mode; is that your position?
5      MR. KAPLAN: Object to form, compound.  7:32AM
6      THE WITNESS: So in my opinion, when, for
7  example, it's -- to be specific, if we take the '966
8  patent, Claim 1, it states in Limitation -- I think
9  it's IV is how everybody referred to it, it says,
10  "wherein the first zone player is operating in  7:33AM
11  standalone mode in which the first zone player is
12  configured to play back media individually."
13      So there is a requirement -- there is a
14  requirement to operating in standalone mode and this
15  happens -- and the requirement for it is that the  7:33AM
16  zone -- the first zone player is configured to play
17  back media individually.
18      So if there is no operation of that
19  particular zone player, it cannot in my view operate
20  in a standalone mode.  7:33AM
21      Moreover, it would -- according to the use
22  of the claim language "configured to play back media
23  individually," it would also not be configured to
24  play back media individually because the way that
25  phrase is used is to be configured in the context of  7:34AM

## Page 39

1  the claim language, you actually have to be  7:34AM
2  performing or operating in that mode.
3      For example, if you look at Claim 2, it
4  says that when you cease operation, you're no longer
5  configured. In that case it's about the  7:34AM
6  coordination for synchrony, but given the use of the
7  word "configured" and the fact -- and how we see
8  this continues throughout the claims, and the fact
9  that this is only a requirement for operating in
10  standalone mode, then it would be my view to  7:34AM
11  determine -- to operate in standalone mode, you
12  actually have to actively play.
13  BY MR. SMITH:
14    Q  Okay. So to be operating in standalone
15  mode in which a first zone player is configured to  7:35AM
16  play back media individually, it's your opinion that
17  the player has to actively be playing audio; is that
18  correct?
19      MR. KAPLAN: Object to form.
20      THE WITNESS: It is my view that if the  7:35AM
21  player is actively playing audio, then it is
22  operating in standalone mode. And in that case,
23  whatever the limitations are that follow from that
24  in Claim 1 have to be satisfied while it's operating
25  in standalone mode.  7:35AM

## Page 40

1  BY MR. SMITH:  7:35AM
2    Q  If it's not actively playing audio, is it
3  operating in standalone mode?
4      MR. KAPLAN: Object to form.
5      THE WITNESS: If it's not actively playing  7:36AM
6  audio, then in my opinion it's not configured to
7  play media individually consistent with the use of
8  the claim language throughout, for example, Claim 2.
9      And moreover, it's not operating and
10  therefore cannot be viewed as operating in  7:36AM
11  standalone mode.
12  BY MR. SMITH:
13    Q  So if a player is not playing audio, your
14  opinion is that it's not operating at all?
15      MR. KAPLAN: Object to form,  7:36AM
16  mischaracterizes testimony.
17      (Reporter clarification.)
18      THE WITNESS: If it is not playing audio,
19  it might be operating in a sense that it's on, but
20  it's not operating in standalone mode.  7:37AM
21  BY MR. SMITH:
22    Q  And so if a speaker is powered off, is it
23  your opinion that that speaker is not operating in
24  standalone mode?
25    A  If it's turned off?  7:37AM

## Page 41

1    Q  Yes.  7:37AM
2    A  Yes, if a speaker is turned off, it's not
3  operating in standalone mode because if it's turned
4  off, it's not operating.
5      Moreover, it is not configured at that  7:37AM
6  moment to play back media individually because, as I
7  said, configured to play back media individually
8  requires actually playing.
9      So, for example, if you look at the last
10  phrase of the abstract as an example, it states --  7:38AM
11  I'm just going to go directly to the end, causes the
12  first zone scene to be invoked such that the first
13  zone and the second zone become configured for
14  synchronous playback of media.
15      And this is echoed in the claim language  7:38AM
16  itself as I pointed to earlier.
17    Q  Is this the interpretation of standalone
18  mode that you applied in your invalidity analysis?
19      MR. KAPLAN: Object to form, vague.
20      THE WITNESS: That is the interpretation  7:39AM
21  of the claims that I applied in my invalidity
22  analysis.
23      At times I may have made comments under my
24  understanding of Sonos's interpretation. I believe,
25  for example -- and I'm doing this -- we can talk  7:39AM

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

1 about it more specifically in a particular context.   7:39AM
2       But I believe, for example, Dr. Almeroth
3 states things that my vague recollection right now
4 is to the effect of if you're not playing music
5 before you join a group, and you remain in the mode   7:40AM
6 where you're not playing music or audio after you
7 join the group, then in his view you remain in
8 standalone mode.
9       So I may have made comments, even though I
10 disagree with that statement, to the effect that in   7:40AM
11 my view, if you adopt that principle that
12 Dr. Almeroth proposed, then the prior art systems,
13 Sonos 2005, Squeezebox system and Bose system, all
14 would meet the standalone mode criteria based on
15 silence.   7:40AM
16       And I may have made comments to that
17 effect under Sonos's interpretation.
18 BY MR. SMITH:
19   Q   So if we can turn back to Paragraph 360
20 real quick.  If you look at the second post, the one   7:40AM
21 that says "theboyg."
22       In that post, does that teach or disclose
23 a player operating in standalone mode prior to being
24 added to a zone scene and then that player
25 continuing to operate in standalone mode after being   7:41AM

Page 42

1 added to the zone scene?   7:41AM
2       MR. KAPLAN:  Object to form.
3       THE WITNESS:  Again, I think it's
4 implicitly, but in this case maybe a bit more
5 directly.   7:41AM
6       And the reason I say that is because
7 theboyg proposes creating a downstairs zone scene
8 and avoiding linking and unlinking to the zone scene
9 in order to allow him -- I presume it's him -- to
10 join and unjoin whenever they want to from the zone   7:42AM
11 scene.
12       Which means to me that once the downstairs
13 zone scene has been created, theboyg proposal would
14 like to have the option of still playing
15 individually to a particular speaker without   7:42AM
16 necessarily playing to all of the speakers
17 downstairs precisely to avoid linking and unlinking
18 to the zone scene so that you can both play
19 individually to a particular speaker and to
20 downstairs zone scene to all of the speakers   7:42AM
21 downstairs.
22 BY MR. SMITH:
23   Q   Based on your interpretation of a
24 standalone mode, does this forum post describe a
25 zone player that's actively playing audio at the   7:43AM

Page 43

1 time it's added to a downstairs group and then   7:43AM
2 continuing to actively play audio after it's been
3 added to that group?
4   A   So I would say that it doesn't completely
5 spell it out in the way that's disclosed perfectly.   7:43AM
6 But it does suggest it and a POSITA reading this would
7 understand precisely that because what it's suggesting
8 is if you have a zone scene called downstairs, it
9 includes all of the speakers downstairs.
10       And that the user is still allowed to play   7:43AM
11 to individual speakers without unlinking and,
12 therefore, when they are ready to invoke the
13 speakers downstairs, which means all of the speakers
14 downstairs in the downstairs zone scene, then they
15 simply press a button and they stop operating in   7:44AM
16 standalone mode and begin to operate in synchrony
17 with the other speakers downstairs.
18   Q   Dr. Schonfeld, I want to circle back to
19 your understanding of standalone mode.
20       If a player is paused, so if the audio is   7:44AM
21 paused on a player, is that player operating in
22 standalone mode in which it is configured to output
23 audio individually?
24       MR. KAPLAN:  Object to form.
25       THE WITNESS:  So I would have to know the   7:45AM

Page 44

1 context of such a hypothetical situation.  I'm not   7:45AM
2 sure exactly what you mean by "paused."
3       My view in general is that to operate in
4 standalone mode, you actually have to be playing
5 audio individually.   7:45AM
6       And I would say that if you were paused, I
7 would probably not consider it to be operating in
8 standalone mode.  The only thing I would say is that
9 it is possible such a situation could arise, I
10 just -- I don't have enough information about such a   7:46AM
11 hypothetical.  So I wouldn't be able to answer it in
12 the abstract.
13 BY MR. SMITH:
14   Q   So let's go through a hypothetical.  It's
15 simple here.   7:46AM
16       So I'm using the Google Home app and I
17 initiate playback on a single Google speaker.  So
18 that speaker is now actively playing audio.
19       Is that speaker at that point operating in
20 standalone mode?   7:46AM
21   A   A single speaker is playing audio?
22   Q   Yes.
23   A   If that is the only speaker playing that
24 audio, then yes.
25   Q   And now I take that same speaker and I   7:46AM

Page 45

12 (Pages 42 - 45)

Page 138

1 reports in which he conducted at some point, I   11:47AM
2 believe, tests on the new version of the firmware
3 based on other speakers as well.
4   Q   Did you test the new firmware on any
5 Chromecast devices?   11:47AM
6   A   Not beyond the devices that were already
7 mentioned.
8   Q   Now, with respect to the grouping
9 functionality provided by this new firmware, who has
10 a better understanding of how that functionality   11:48AM
11 operates, you or Ken MacKay?
12       MR. KAPLAN:  Object to form.
13       THE WITNESS:  I'm not sure exactly what
14 you mean by that.  He has a better understanding of
15 the actual system and its implementation.  And so --   11:49AM
16 but in terms of analyzing what the system does in
17 the context of the patent, I would say me.
18       In terms of the general operation of the
19 system completely separate from the patent and just
20 how does the software work and what it does, then I   11:49AM
21 would defer to him.
22 BY MR. SMITH:
23   Q   Now, if we could turn to Paragraph 47 of
24 your report.  Let me know when you're there.
25   A   I'm there now.   11:49AM

Page 139

1   Q   In that first sentence you say, "A   11:49AM
2 commonality between each of these methods for
3 creating a group is that the speakers added to the
4 group no longer continue their previous activity and
5 instead either play back music (if that is what the   11:50AM
6 group was doing) or stop playback."
7       Do you see that?
8   A   I do.
9   Q   Now, with respect to creating a new
10 speaker group -- so not modifying a preexisting,   11:50AM
11 just creating a new speaker group, the speakers that
12 are added to a new speaker group will never be
13 playing music in accordance with the new speaker
14 group after the group is created; is that correct?
15       MR. KAPLAN:  Object to form.   11:50AM
16       THE WITNESS:  The word "never" throws me
17 off.  But I would say that when you create a new
18 group, all members of the new group pause whatever
19 they were doing, unless they were doing nothing --
20 not paused but stop whatever they were doing unless   11:51AM
21 they were doing nothing and then join the group.
22       At that point they all are silent.
23 BY MR. SMITH:
24   Q   At that point the group is in an
25 unlaunched state; correct?   11:51AM

Page 140

1   A   I don't know what that means.  I would just   11:51AM
2 simply say from the point of view of the claims, that
3 at that point the group is no longer operating in
4 standalone mode in which the zone players, all of
5 them, are configured to play back media individually.   11:51AM
6   Q   Do you understand what it means to launch
7 a speaker group in Google's system?
8   A   I do.
9   Q   What does that mean?
10   A   Sorry, when you were saying the word   11:52AM
11 "Google," my phone started.  Sorry about that.
12       It just means that you invoke the group.
13   Q   And what does it mean to invoke a Google
14 speaker group?
15   A   To play back in synchrony.   11:52AM
16   Q   With that understanding of what it means
17 to launch a group, you would agree that a new
18 speaker group will always start in an unlaunched
19 state after its creation; is that correct?
20   A   Yes.  I prefer to use the terminology absent   11:52AM
21 a break.  So when you create a new group, all of the
22 speakers are silent and they are waiting to be invoked
23 before they would play back in synchrony.
24   Q   They are not operating in accordance with
25 the group for synchronous playback at that point; is   11:53AM

Page 141

1 that correct?   11:53AM
2   A   Before the -- before there is a command to
3 play that particular group, they are not -- at that
4 point -- they are not at that point coordinating to
5 play back in synchrony.   11:53AM
6   Q   Are they operating in accordance with the
7 group at that point?
8   A   They are part of the group.  They are stored
9 as a group, they just need a single button press by a
10 user and they would begin to play in synchrony as a   11:54AM
11 group.
12   Q   But prior to that button press by the
13 user, so after the new speaker group is created and
14 before this button press by the user to invoke the
15 group, are the players operating in accordance with   11:54AM
16 the group at that point?
17   A   I don't know what that means, to operate in
18 accordance with a group.  It's not a claim term and I
19 don't know exactly what you mean by that.
20       They are part of the group, they are   11:54AM
21 members of the group and they are not playing music.
22   Q   But they are not operating as part of the
23 group at that point; is that correct?
24   A   They are not operating at all.  They are not
25 operating to play anything.  They are listed as part   11:55AM