# EXHIBIT 16

# FILED UNDER SEAL

```
1              IN THE UNITED STATES DISTRICT COURT
2                NORTHERN DISTRICT OF CALIFORNIA
3                    SAN FRANCISCO DIVISION
4                          ---o0o---
5    GOOGLE LLC,                      )
                                      )
6              Plaintiff,             )  Case No.
                                      )  3:20-cv-06754-WHA
7    vs.                              )  Related to CASE No.
                                      )  3:21-cv-07559-WHA
8    SONOS, INC.,                     )
                                      )
9              Defendants.            )
     _____)
10
11                         ---o0o---
12              Videotaped Zoom Deposition of
13                      ALLISON ELLIOTT
14         Highly Confidential - Attorney's Eyes Only
15                    Friday, May 27, 2022
16                         ---o0o---
17
18
19
20
21
22
23   Veritext Job No.: 5251903
24   Katy E. Schmidt
25   RPR, RMR, CRR, CSR 13096
```

Page 1

**Page 142**

1  Google Play Music was?  01:51
2  A. No.  01:51
3  Q. Are you familiar with the code name Devo,  01:51
4  D-e-v-o.  01:51
5  A. No. I don't think so. No.  01:51
6  Q. Are you familiar with the code name Encore?  01:51
7  A. Yes.  01:51
8  Q. And what did Encore refer to?  01:51
9  A. That was a player launch. That was the launch  01:51
10 of the Play:5.  01:52
11 Q. Are you familiar with the code name Sol,  01:52
12 S-o-l?  01:52
13 A. It rings a bell, but I don't remember which  01:52
14 thing it refers to.  01:52
15 Q. What about the code name Sonar?  01:52
16 A. Yes.  01:52
17 Q. What does Sonar refer to?  01:52
18 A. That was a player launch, but I don't remember  01:52
19 which player.  01:52
20 Q. Are you familiar with the code name Eno or  01:52
21 Eno, E-n-o?  01:52
22 A. Yes. Yes.  01:52
23 Q. What did that code name refer to?  01:52
24 A. That was a Spotify -- one of the important  01:52
25 Spotify launches, but I don't remember the exact scope  01:52

**Page 143**

1  of that launch.  01:52
2  Q. When you say they were one of the Spotify  01:52
3  launches, what were the various Spotify launches?  01:52
4  A. I didn't work on Spotify so I can't really  01:53
5  even tell you what was incorporated in each Spotify  01:53
6  launch.  01:53
7  Q. What about the code name Jay Z?  01:53
8  A. Yes. That was a release, a particular  01:53
9  release, but I don't remember exactly the scope of that  01:53
10 release. I don't remember that being associated with a  01:53
11 particular partner.  01:53
12 Q. Was there a code name for the direct playback  01:53
13 launch of Pandora?  01:53
14 A. Probably. Embarrassingly, I don't remember  01:53
15 what it was, though.  01:53
16 Q. Earlier you mentioned you were involved in  01:53
17 discussions of a YouTube integration with Sonos  01:53
18 speakers.  01:54
19 Do you recall that?  01:54
20 A. Yes.  01:54
21 Q. What time frame were you involved in those  01:54
22 discussions?  01:54
23 A. It was before I switched roles but towards the  01:54
24 end of the time I worked in partnerships so I'm guessing  01:54
25 it was at the very end of 2017.  01:54

**Page 144**

1  Q. And what was your role in the YouTube  01:54
2  integration with Sonos speakers?  01:54
3  A. I was a partner product manager and I was  01:54
4  going to be working with -- I was going to be working  01:54
5  with Google and Sonos to help figure out how  01:54
6  YouTube Music and Sonos and Google Play Music, both of  01:55
7  which had independent SMAPI integrations, could be  01:55
8  combined when Google combined Google Play Music with  01:55
9  YouTube, and we had started those conversations.  01:55
10 However, that combination event was delayed on Google's  01:55
11 side well past the point when I switched roles and was  01:55
12 no longer working with partners.  01:55
13 Q. So your involvement with the YouTube  01:55
14 integration was only on the SMAPI side of things?  01:55
15 A. Yes.  01:55
16 Q. Were you involved in any discussions about a  01:55
17 direct playback integration with YouTube?  01:55
18 A. I don't remember any discussions about a  01:55
19 direct playback integration with YouTube.  01:55
20 Q. Do you know if Google and Sonos collaborated  01:56
21 on a direct playback integration?  01:56
22 A. I -- no, I don't know.  01:56
23 Q. Who on the Sonos side worked on the  01:56
24 YouTube SMAPI integration?  01:56
25 A. I don't remember who worked at Sonos on the  01:56

**Page 145**

1  YouTube SMAPI integration or even if there was anyone  01:56
2  from engineering deeply involved.  01:56
3  Q. Who would know that information?  01:56
4  A. I don't know who would know that either.  01:56
5  Q. Do you know if the YouTube SMAPI  01:57
6  integration -- scratch that.  01:57
7  When you said that you're part of a  01:57
8  conversation about how YouTube Music had to be combined  01:57
9  with Google Play Music to integrate to Sonos speakers,  01:57
10 what does that mean?  01:57
11 A. It wasn't that they had to be combined to  01:57
12 integrate to Sonos speakers. It was just that, like,  01:57
13 Google had bought YouTube and now had YouTube music, so  01:57
14 Google was eventually going to be deprecating  01:57
15 Google Play Music. And when that happened, that was  01:57
16 going to have an impact on Sonos customers.  01:58
17 So Sonos had to figure out how to make it as  01:58
18 seamless as possible for the people who were using  01:58
19 Google Play Music to migrate over to YouTube and have  01:58
20 that work on Sonos as well.  01:58
21 Q. Were you part of any discussions of the  01:58
22 technology that would be used for that transition?  01:58
23 A. I attended two meetings about the technology  01:58
24 that would be used there, but they were early  01:58
25 conversations and I have no idea if that was the actual  01:58

37 (Pages 142 - 145)