# Sonos, Inc.'s Motion *In Limine* No. 1

# EXHIBIT A

# (Filed Under Seal)

*HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY*

```
1                UNITED STATES DISTRICT COURT
2          FOR THE NORTHERN DISTRICT OF CALIFORNIA
3    --------------------------------------------------------x
     SONOS, INC.,
4
                 Plaintiff,
5    vs.                        Case No. 3:21-CV-07559-WHA
6    GOOGLE LLC,
                 Defendant.
7    --------------------------------------------------------x
8    -AND-
9    --------------------------------------------------------
10               UNITED STATES DISTRICT COURT
11         FOR THE NORTHERN DISTRICT OF CALIFORNIA
12   --------------------------------------------------------x
13   GOOGLE LLC,
14               Plaintiff,
15   vs.                        Case No. 3:20-CV-06754-WHA
16   SONOS, INC.,
                 Defendant.
17   --------------------------------------------------------x
18       *HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY*
19
20    REMOTE VIDEOTAPED DEPOSITION BY VIRTUAL ZOOM OF
21                 CHRISTOPHER BAKEWELL
22              Tuesday, January 31, 2023
23
24   Reported By: Lynne Ledanois, CSR 6811
25   Job No. 5683612

                                                    Page 1
```

*HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY*

```
1                UNITED STATES DISTRICT COURT
2          FOR THE NORTHERN DISTRICT OF CALIFORNIA
3    --------------------------------------------------------x
     SONOS, INC.,
4
                Plaintiff,
5    vs.                         Case No. 3:21-CV-07559-WHA
6    GOOGLE LLC,
                Defendant.
7    --------------------------------------------------------x
8    -AND-
9    --------------------------------------------------------
10               UNITED STATES DISTRICT COURT
11         FOR THE NORTHERN DISTRICT OF CALIFORNIA
12   --------------------------------------------------------x
13   GOOGLE LLC,
14              Plaintiff,
15   vs.                         Case No. 3:20-CV-06754-WHA
16   SONOS, INC.,
17              Defendant.
     --------------------------------------------------------x
18
19         Videotaped deposition of CHRISTOPHER
20   BAKEWELL, taken in Houston, Texas commencing at
21   9:37 a.m. Central on Tuesday, January 31, 2023,
22   before Lynne Ledanois, Certified Shorthand Reporter
23   No. 6811.
24
25
                                                      Page 2
```

*HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY*

```
 1                REMOTE APPEARANCES

 2

 3    Counsel for Sonos LLC:

 4            LEE SULLIVAN SHEA & SMITH LLP

 5            BY:  SEAN SULLIVAN

 6            Attorney at Law

 7            656 W Randolph Street

 8            Suite 5W

 9            Chicago, Illinois 60661

10            sean@ls3ip.com

11

12

13    Counsel for Google LLC:

14            QUINN EMANUEL URQUHART & SULLIVAN, LLP

15              BY: JOCELYN MA

16              Attorney at Law

17              50 California Street

18              22nd Floor

19              San Francisco, CA 94111

20              jocelyn.ma@quinnemanuel.com

21

22

23    ALSO PRESENT:

24    John MacDonell, Videographer

25
```

Page 3

```
 1        Q    1.26 trillion U.S. dollars.  Thank you.         9:48AM
 2             Let's go to -- let me find page for you,
 3   one second.
 4        A    My report?
 5        Q    Let's go to your report.  It's Page 6 of        9:49AM
 6   your report, just Page 12 of the PDF.
 7             You've got a heading there that says "1.3,
 8   Summary of Opinions."
 9        A    Page 6, yes.
10        Q    Now, your task is to assume that there's        9:49AM
11   liability, right, for infringement of the '033
12   patent, the '966 patent and the '885 patent; right?
13        A    That's true.
14        Q    So those are valid and infringed patents
15   as far as you're concerned; correct?                      9:49AM
16        A    Correct.
17        Q    What is your opinion as to what the
18   damages should be for the '033 patent?
19        A    What a reasonable royalty should be?
20        Q    Yes, if that's what your damages opinion        9:49AM
21   is, correct.
22        A    Less than $2.6 million.
23        Q    What does "less than $2.6 million" mean?
24        A    It means what I described in my report,
25   there's what I understand to be commercially              9:50AM
```

Page 14

```
 1      acceptable non-infringing alternatives that are        9:50AM
 2      broader in scope than just the '033 patent to
 3      implement a non-infringing alternative for the '033
 4      patent at the time of the hypothetical negotiation
 5      would have been less.                                  9:50AM
 6              And so the $2.6 million is a -- I think a
 7      fair measure.
 8              I wrote about this in Paragraph 35 and
 9      then elsewhere.
10         Q    Okay.  I guess I'm just taking issue with      9:50AM
11      your qualification that it be less than
12      $2.6 million.
13              How much less than $2.6 million should it
14      be?
15         A    Right now I don't have a specific amount as    9:51AM
16      to how much less.  It's something less than
17      $2.6 million based upon the information that I
18      reviewed to date.
19         Q    Could it be zero?
20         A    No, I don't think so.                          9:51AM
21         Q    You have to give a reasonable royalty;
22      right?
23         A    Well, I think that's true, but I also think
24      that it's -- I think that's true -- as I understand
25      it, that's a requirement of like a reasonable royalty  9:51AM
```

Page 15

*HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY*

| | | |
|---|---|---|
| 1 | has to be a significant -- it has to be an amount. | 9:51AM |
| 2 | It can be insignificant or de minimus, I | |
| 3 | guess, which is an amount but -- so that's what I | |
| 4 | understand the rules to be. | |
| 5 | But I also understand the fact here that | 9:52AM |
| 6 | there's costs that would be associated with | |
| 7 | implementing a non-infringing alternative. | |
| 8 | Q   Do you believe the cost of implementing a | |
| 9 | non-infringing alternative could reduce the damages | |
| 10 | award to zero or something close to zero? | 9:52AM |
| 11 | A   In this case? | |
| 12 | Q   Yes. | |
| 13 | A   No, I don't think so.  That's -- I haven't | |
| 14 | seen that evidence for the '033 patent.  My mind would | |
| 15 | be open to it if somebody from Google explained that | 9:52AM |
| 16 | that was so and there was technical opinion to support | |
| 17 | that as well. | |
| 18 | But I haven't seen that for the '033 | |
| 19 | patent. | |
| 20 | Q   Let's take a look at Paragraph 19 of your | 9:52AM |
| 21 | report. | |
| 22 | A   Okay. | |
| 23 | Q   The last sentence there makes a reference | |
| 24 | to a 1:1 -- that's one, colon, one -- economic | |
| 25 | relationship between the '033 patent and YouTube | 9:53AM |

Page 16

```
 1        Q   Sorry, I meant paragraph, sorry,           11:29AM
 2   paragraph.
 3        A   You probably said it, I just misheard you.
 4            I got it.
 5        Q   I think we started down this path and I'm   11:29AM
 6   sorry I didn't finish it earlier.
 7            I asked you about what your opinion was as
 8   to the damages for the '033 patent and I think you
 9   said less than 2.6 million; is that right?
10        A   Yes.                                        11:30AM
11        Q   How about the same question for the '885
12   patent, what is your opinion as to what the damages
13   should be for infringing the '885 patent?
14        A   Less than $200,000.
15        Q   Okay.  And how about for the '966 patent,   11:30AM
16   what is your damages opinion for how much Google
17   should be awarded for infringing the '966 patent?
18        A   Less than $200,000.
19        Q   Now, for -- so we're in this world again
20   where you've assumed that there is liability for    11:31AM
21   infringement of the '885 and '966 patents; correct?
22        A   Yes.
23        Q   So now, do you add these two figures of
24   $200,000 together or is it your position that Sonos
25   is only entitled to one of them?                     11:31AM
```

|    |                                                                      |         |
|----|----------------------------------------------------------------------|---------|
| 1  | like taking an issue off the table for understanding                 | 11:32AM |
| 2  | these numbers, the way I described it is you can add                 |         |
| 3  | all three together, but that would overstate the                     |         |
| 4  | amount of a royalty.                                                 |         |
| 5  |         And it's an issue for Mr. Malackowski in                     | 11:33AM |
| 6  | that his royalty is already overstated and this                      |         |
| 7  | overstates the royalty even further because he has                   |         |
| 8  | not dealt with the double counting.                                  |         |
| 9  |         He's also trying to accumulate value                         |         |
| 10 | associated with units and he's double counting that                  | 11:33AM |
| 11 | value.                                                               |         |
| 12 |         There is an issue in that he takes the app                   |         |
| 13 | IFTTT which is sold once and his royalty counts it                   |         |
| 14 | twice in certain instances.                                          |         |
| 15 |         That's like a -- it's an analytical issue.                   | 11:33AM |
| 16 | BY MR. SULLIVAN:                                                     |         |
| 17 |     Q   I'm sorry, are you through with your                         |         |
| 18 | answer?                                                              |         |
| 19 |     A   I'm through. You don't have to apologize.                    |         |
| 20 |     Q   I just don't want to interrupt you, that's                   | 11:34AM |
| 21 | all.                                                                 |         |
| 22 |     A   I'm finished.                                                |         |
| 23 |     Q   Okay. Now, you've based these numbers                        |         |
| 24 | that we've been talking about for your damages                       |         |
| 25 | awards on the cost of implementing commercially                      | 11:34AM |

*HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY*

```
1    acceptable non-infringing alternatives; is that            11:34AM
2    correct?
3         A    That's right.
4         Q    What if there are no commercially
5    acceptable non-infringing alternatives, what would         11:34AM
6    your damages award be?
7         A    I think --
8              MS. MA:  Objection to form.
9              THE WITNESS:  The next best measure is
10   comparable patent acquisitions.                            11:34AM
11   BY MR. SULLIVAN:
12        Q    Do you set forth those numbers in your
13   expert report?
14        A    Yes.
15        Q    What would those numbers be?  We'll start        11:35AM
16   within infringement of the '033 patent.
17        A    I have it in a few places.  $250,000.  It's
18   in Footnote 50, for example.
19        Q    Okay.  And how about for the '885 patent,
20   what would be your damages award if there were no          11:35AM
21   commercially acceptable non-infringing alternatives?
22             MS. MA:  Objection to form.
23             THE WITNESS:  No more than 2.25 million
24   would be the next in line.  And then if
25   Mr. Malackowski is -- if the trier of fact considers       11:36AM
```

Page 71

| | | |
|---|---|---|
| 1 | what he has, I've also provided adjustments to that | 11:36AM |
| 2 | and shown how his calculations are incorrect.  That | |
| 3 | would be additional data to consider. | |
| 4 | But I think the next best measure would be | |
| 5 | these comparable patent acquisitions. | 11:36AM |
| 6 | BY MR. SULLIVAN: | |
| 7 | Q    How about for the '966 patent, what would | |
| 8 | be the damages award if there is no commercially | |
| 9 | acceptable non-infringing alternatives? | |
| 10 | A    I think the next best measure is $250,000 | 11:36AM |
| 11 | and then it depends if the trier of fact considers | |
| 12 | Mr. Malackowski's numbers, I think his theories can be | |
| 13 | adjusted or reconciled to a number close to this to | |
| 14 | the extent that they are considered. | |
| 15 | Although I think there's real issues with | 11:37AM |
| 16 | his theories. | |
| 17 | Q    In your showdown report, you said the | |
| 18 | damages for the '885 patent should be no more than | |
| 19 | $5,000; right? | |
| 20 | A    I think so. | 11:37AM |
| 21 | Q    What changed? | |
| 22 | A    Well, it's a different proceeding.  I think | |
| 23 | I have more information.  I think that I, in this | |
| 24 | report include, even though Mr. MacKay said that it | |
| 25 | wouldn't belong, for purposes of being more inclusive | 11:37AM |

1            I, LYNNE M. LEDANOIS, a Certified
2    Shorthand Reporter of the State of California, do
3    hereby certify:
4            That the foregoing proceedings were taken
5    before me at the time and place herein set forth;
6    that a record of the proceedings was made by me
7    using machine shorthand which was thereafter
8    transcribed under my direction; that the foregoing
9    transcript is a true record of the testimony given.
10           Further, that if the foregoing pertains to
11   the original transcript of a deposition in a Federal
12   Case, before completion of the proceedings, review
13   of the transcript [] was [x] wasn't requested.
14           I further certify I am neither financially
15   interested in the action nor a relative or employee
16   of any attorney or party to this action.
17           IN WITNESS WHEREOF, I have this date
18   subscribed my name.
19   Dated: February 1, 2023
20
21
22
23                    _____
24                    LYNNE MARIE LEDANOIS
25                    CSR No. 6811

Page 268