# Sonos, Inc.'s Motion *In Limine* No. 2

# EXHIBIT A

# (Filed Under Seal)

Contains Highly Confidential AEO and Source Code Materials

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

GOOGLE LLC,

Plaintiff

v.

SONOS, INC.,

Defendant.

CASE NO. 3:20-cv-06754-WHA
Related to CASE NO. 3:21-cv-07559-WHA

**OPENING EXPERT REPORT OF DR. DAN SCHONFELD REGARDING U.S. PATENT NO. 10,848,885 AND U.S. PATENT NO. 10,469,966**

Contains Highly Confidential AEO and Source Code Materials

| | | |
|---|---|---|
| II. | SUMMARY OF OPINIONS | 4 |
| III. | QUALIFICATIONS | 5 |
| IV. | MATERIALS CONSIDERED | 9 |
| V. | LEGAL STANDARDS | 10 |
| | A. Legal Standard for Priority Date | 10 |
| | B. Prior Art | 10 |
| | C. Legal Standard for Anticipation | 11 |
| | D. Legal Standard for Obviousness | 12 |
| | E. Legal Standard for Conception and Reduction to Practice | 14 |
| | F. Legal Standard for Written Description | 15 |
| | G. Person of Ordinary Skill in the Art | 15 |
| | H. Patent Claims and Claim Construction | 16 |
| | I. Presumption of Validity | 16 |
| | J. Legal Standard for Prior Art | 16 |
| | K. Obviousness-Type Double Patenting | 17 |
| VI. | THE '885 PATENT and '966 PATENT | 20 |
| | A. Background | 20 |
| | B. Specification | 20 |
| | C. Asserted Claims | 21 |
| | D. Prosecution History | 24 |
| | 2. '885 Patent | 24 |
| | 3. '966 Patent | 30 |
| | E. Effective Priority Date | 33 |
| VII. | PERSON OF ORDINARY SKILL IN THE ART | 33 |
| VIII. | CLAIM CONSTRUCTION | 34 |
| IX. | THE COURT'S JULY 21, 2022 ORDER AND CLAIM CONSTRUCTION DEVELOPMENTS | 36 |
| | 1. Zone Scene | 36 |
| | 2. Indication | 38 |
| | 3. Standalone | 40 |
| | 4. Written Description | 40 |
| X. | STATE OF THE ART AND OVERVIEW OF THE PRIOR ART | 47 |
| | A. Sonos's Own Systems | 50 |

Contains Highly Confidential AEO and Source Code Materials

|  |  | 2. | The Sonos System Overview | 55 |
|  |  | 3. | The Sonos Webpage | 84 |
|  |  | 4. | Evidence Considered for the Sonos System | 92 |
|  | B. | The Sonos Forums | | 93 |
|  | C. | Logitech Slim Devices / Squeezebox | | 131 |
|  |  | 5. | Evidence Considered for the Squeezebox System | 131 |
|  | D. | Bose | | 169 |
|  | E. | Millington | | 181 |
|  | F. | Lambourne | | 183 |
|  | G. | Nourse | | 184 |
|  | H. | Crestron | | 185 |
|  | I. | Yamaha DME | | 199 |

XI. INVALIDITY OF '885 PATENT BASED ON ANTICIPATION AND OBVIOUSNESS ............................................................................ 219

    A.  Obviousness In View of the Prior Art Sonos Products ("Sonos System") ........ 219

        2.  Limitation 1 (preamble): "A first zone player comprising:" ................ 220

        3.  Limitation 1.1: "a network interface that is configured to communicatively couple the first zone player to at least one data network;" ........................................................................... 224

        4.  Limitation 1.2: "one or more processors;" .......................................... 231

        5.  Limitation 1.3: "a non-transitory computer-readable medium; and" ..... 234

        6.  Limitation 1.4: "program instructions stored on the non-transitory computer-readable medium that, when executed by the one or more processors, cause the first zone player to perform functions comprising:" ............................................................................... 237

        7.  Limitation 1.5: "while operating in a standalone mode in which the first zone player is configured to play back media individually in a networked media playback system comprising the first zone player and at least two other zone players:" ................................................. 237

        8.  Limitation 1.6: "(i) receiving, from a network device over a data network, a first indication that the first zone player has been added to a first zone scene comprising a first predefined grouping of zone players including at least the first zone player and a second zone player that are to be configured for synchronous playback of media when the first zone scene is invoked; and" ......................................... 248

        9.  Limitation 1.7: "(ii) receiving, from the network device over the data network, a second indication that the first zone player has been added to a second zone scene comprising a second predefined

Contains Highly Confidential AEO and Source Code Materials

grouping of zone players including at least the first zone player and a third zone player that are to be configured for synchronous playback of media when the second zone scene is invoked, wherein the second zone player is different than the third zone player;" ............ 285

10.    Limitation 1.8: "after receiving the first and second indications, continuing to operate in the standalone mode until a given one of the first and second zone scenes has been selected for invocation;" ........... 303

11.    Limitation 1.9: "after the given one of the first and second zone scenes has been selected for invocation, receiving, from the network device over the data network, an instruction to operate in accordance with a given one of the first and second zone scenes respectively comprising a given one of the first and second predefined groupings of zone players; and" ........................................................................ 320

12.    Limitation 1.10: "based on the instruction, transitioning from operating in the standalone mode to operating in accordance with the given one of the first and second predefined groupings of zone players such that the first zone player is configured to coordinate with at least one other zone player in the given one of the first and second predefined groupings of zone players over a data network in order to output media in synchrony with output of media by the at least one other zone player in the given one of the first and second predefined groupings of zone players." ................................................ 326

B.    Anticipation over and Obviousness In View of Squeezebox ............................ 333

13.    Limitation 1 (preamble): "A first zone player comprising:" ................. 339

14.    Limitation 1.1: "a network interface that is configured to communicatively couple the first zone player to at least one data network;" ......................................................................................... 343

15.    Limitation 1.2: "one or more processors;" ........................................... 344

16.    Limitation 1.3: "a non-transitory computer-readable medium; and" ..... 348

17.    Limitation 1.4: "program instructions stored on the non-transitory computer-readable medium that, when executed by the one or more processors, cause the first zone player to perform functions comprising:" ...................................................................................... 350

18.    Limitation 1.5: "while operating in a standalone mode in which the first zone player is configured to play back media individually in a networked media playback system comprising the first zone player and at least two other zone players:" .................................................... 350

19.    Limitation 1.6: "(i) receiving, from a network device over a data network, a first indication that the first zone player has been added to a first zone scene comprising a first predefined grouping of zone players including at least the first zone player and a second zone

Contains Highly Confidential AEO and Source Code Materials

player that are to be configured for synchronous playback of media when the first zone scene is invoked; and"........................................... 354

20.    Limitation 1.7: "(ii) receiving, from the network device over the data network, a second indication that the first zone player has been added to a second zone scene comprising a second predefined grouping of zone players including at least the first zone player and a third zone player that are to be configured for synchronous playback of media when the second zone scene is invoked, wherein the second zone player is different than the third zone player;"............ 412

21.    Limitation 1.8: "after receiving the first and second indications, continuing to operate in the standalone mode until a given one of the first and second zone scenes has been selected for invocation;".......... 505

22.    Limitation 1.9: "after the given one of the first and second zone scenes has been selected for invocation, receiving, from the network device over the data network, an instruction to operate in accordance with a given one of the first and second zone scenes respectively comprising a given one of the first and second predefined groupings of zone players; and" ........................................................ 523

23.    Limitation 1.10: "based on the instruction, transitioning from operating in the standalone mode to operating in accordance with the given one of the first and second predefined groupings of zone players such that the first zone player is configured to coordinate with at least one other zone player in the given one of the first and second predefined groupings of zone players over a data network in order to output media in synchrony with output of media by the at least one other zone player in the given one of the first and second predefined groupings of zone players."............................................... 525

C.    Obviousness Type Double Patenting Over U.S. Patent No. 9,141,645............. 526

24.    Limitation 1 (preamble): "A first zone player comprising:" ................ 538

25.    Limitation 1.1: "a network interface that is configured to communicatively couple the first zone player to at least one data network;" ........................................................................... 538

26.    Limitation 1.2: "one or more processors;".......................................... 539

27.    Limitation 1.3: "a non-transitory computer-readable medium; and"..... 540

28.    Limitation 1.4: "program instructions stored on the non-transitory computer-readable medium that, when executed by the one or more processors, cause the first zone player to perform functions comprising:"........................................................................... 541

29.    Limitation 1.5: "while operating in a standalone mode in which the first zone player is configured to play back media individually in a networked media playback system comprising the first zone player and at least two other zone players:".................................... 541

Contains Highly Confidential AEO and Source Code Materials

30.    Limitation 1.6: "(i) receiving, from a network device over a data network, a first indication that the first zone player has been added to a first zone scene comprising a first predefined grouping of zone players including at least the first zone player and a second zone player that are to be configured for synchronous playback of media when the first zone scene is invoked; and".......................................... 542

31.    Limitation 1.7: "(ii) receiving, from the network device over the data network, a second indication that the first zone player has been added to a second zone scene comprising a second predefined grouping of zone players including at least the first zone player and a third zone player that are to be configured for synchronous playback of media when the second zone scene is invoked, wherein the second zone player is different than the third zone player;"............ 543

32.    Limitation 1.8: "after receiving the first and second indications, continuing to operate in the standalone mode until a given one of the first and second zone scenes has been selected for invocation;" ........... 545

33.    Limitation 1.9: "after the given one of the first and second zone scenes has been selected for invocation, receiving, from the network device over the data network, an instruction to operate in accordance with a given one of the first and second zone scenes respectively comprising a given one of the first and second predefined groupings of zone players; and" ........................................................................ 545

34.    Limitation 1.10: "based on the instruction, transitioning from operating in the standalone mode to operating in accordance with the given one of the first and second predefined groupings of zone players such that the first zone player is configured to coordinate with at least one other zone player in the given one of the first and second predefined groupings of zone players over a data network in order to output media in synchrony with output of media by the at least one other zone player in the given one of the first and second predefined groupings of zone players.".................................................. 546

D.    Claim 1 Is Invalid Based On Bose Lifestyle in view of General knowledge of a POSITA, the Sonos Forums, Rajapaske, Nourse or Millington................. 547

35.    Limitation 1 (preamble): "A first zone player comprising:" ................. 548

36.    Limitation 1.1: "a network interface that is configured to communicatively couple the first zone player to at least one data network;" ......................................................................... 559

37.    Limitation 1.2: "one or more processors;".......................................... 582

38.    Limitation 1.3: "a non-transitory computer-readable medium; and"..... 586

39.    Limitation 1.4: "program instructions stored on the non-transitory computer-readable medium that, when executed by the one or more processors, cause the first zone player to perform functions comprising:"........................................................................ 587

Contains Highly Confidential AEO and Source Code Materials

40.    Limitation 1.5: "while operating in a standalone mode in which the first zone player is configured to play back media individually in a networked media playback system comprising the first zone player and at least two other zone players:" ................................................... 588

41.    Limitation 1.6: "(i) receiving, from a network device over a data network, a first indication that the first zone player has been added to a first zone scene comprising a first predefined grouping of zone players including at least the first zone player nd a second zone player that are to be configured for synchronous playback of media when the first zone scene is invoked; and" .......................................... 597

42.    Limitation 1.7: "(ii) receiving, from the network device over the data network, a second indication that the first zone player has been added to a second zone scene comprising a second predefined grouping of zone players including at least the first zone player and a third zone player that are to be configured for synchronous playback of media when the second zone scene is invoked, wherein the second zone player is different than the third zone player;" ............ 613

XII.    INVALIDITY OF '966 PATENT BASED ON ANTICIPATION AND OBVIOUSNESS ................................................................................ 646

A.    '966 Claims Are Obvious Based On Prior Art Sonos Products ("Sonos System") ................................................................................................ 646

2.    Claim 1 Is Obvious Based On Prior Art Sonos Products ("Sonos System") ................................................................. 647

3.    Claim 2 Is Obvious Based On Prior Art Sonos System. ...................... 650

4.    Claim 3 is Obvious Based On Prior Art Sonos System. ...................... 651

5.    Claim 4 Is Obvious Based On Prior Art Sonos System. ...................... 651

6.    Claim 6 Is Obvious Based On Prior Art Sonos System. ...................... 651

7.    Claim 8 Is Obvious Based On Prior Art Sonos System. ...................... 652

8.    Claim 9 Is Obvious Based On Prior Art Sonos System. ...................... 652

9.    Claim 10 Is Obvious Based On Prior Art Sonos System. ..................... 653

10.    Claim 11 Is Obvious Based On Prior Art Sonos System. ..................... 654

11.    Claim 12 Is Obvious Based On Prior Art Sonos System. ..................... 654

12.    Claim 14 Is Obvious Based On Prior Art Sonos System. ..................... 654

13.    Claim 16 Is Obvious Based On Prior Art Sonos System. ..................... 655

B.    '966 Claims Are Obvious Based On Squeezebox in view of General knowledge of a POSITA, the Sonos System, the Sonos Forums, the Bose Lifestyle, or Millington. ................................................................. 655

Contains Highly Confidential AEO and Source Code Materials

14.    Claim 1 Is Invalid Based On Squeezebox in view of General knowledge of a POSITA, the Sonos System, the Sonos Forums, the Bose Lifestyle, or Millington.............................................................. 655

15.    Claim 2 Is Obvious Based On Squeezebox in view of General knowledge of a POSITA, the Sonos System, the Sonos Forums, the Bose Lifestyle, or Millington.............................................................. 658

16.    Claim 3 is Obvious Based On Squeezebox in view of General knowledge of a POSITA, the Sonos System, the Sonos Forums, the Bose Lifestyle, or Millington.............................................................. 659

17.    Claim 4 Is Obvious Based On Squeezebox in view of General knowledge of a POSITA, the Sonos System, the Sonos Forums, the Bose Lifestyle, or Millington.............................................................. 659

18.    Claim 6 Is Obvious Based On Squeezebox in view of General knowledge of a POSITA, the Sonos System, the Sonos Forums, the Bose Lifestyle, or Millington.............................................................. 660

19.    Claim 8 Is Obvious Based On Squeezebox in view of General knowledge of a POSITA, the Sonos System, the Sonos Forums, the Bose Lifestyle, or Millington.............................................................. 660

20.    Claim 9 Is Obvious Based On Squeezebox in view of General knowledge of a POSITA, the Sonos System, the Sonos Forums, the Bose Lifestyle, or Millington.............................................................. 660

21.    Claim 10 Is Obvious Based On Squeezebox in view of General knowledge of a POSITA, the Sonos System, the Sonos Forums, the Bose Lifestyle, or Millington.............................................................. 662

22.    Claim 11  Is Obvious Based On Squeezebox in view of General knowledge of a POSITA, the Sonos System, the Sonos Forums, the Bose Lifestyle, or Millington.............................................................. 663

23.    Claim 12 Is Obvious Based On Squeezebox in view of General knowledge of a POSITA, the Sonos System, the Sonos Forums, the Bose Lifestyle, or Millington.............................................................. 663

24.    Claim 14 Is Obvious Based On Squeezebox in view of General knowledge of a POSITA, the Sonos System, the Sonos Forums, the Bose Lifestyle, or Millington.............................................................. 663

25.    Claim 16 Is Obvious Based On Squeezebox in view of General knowledge of a POSITA, the Sonos System, the Sonos Forums, the Bose Lifestyle, or Millington.............................................................. 664

C.    '966 Claims Are Obvious Based On Bose Lifestyle in view of General knowledge of a POSITA, the Sonos Forums, Nourse, Rajapakse or Millington..................................................................................... 664

Contains Highly Confidential AEO and Source Code Materials

26. Claim 1 Is Invalid Based On Bose Lifestyle in view of General knowledge of a POSITA, the Sonos Forums, Nourse, Rajapakse or Millington. ...................................................................................... 664

27. Claim 2 Is Obvious Based On Bose Lifestyle in view of General knowledge of a POSITA, the Sonos Forums, Nourse, Rajapakse or Millington. ...................................................................................... 667

28. Claim 3 is Obvious Based On Bose Lifestyle in view of General knowledge of a POSITA, the Sonos Forums, Nourse, Rajapakse or Millington. ...................................................................................... 667

29. Claim 4 Is Obvious Based On Bose Lifestyle in view of General knowledge of a POSITA, the Sonos Forums, Nourse, Rajapakse or Millington. ...................................................................................... 668

30. Claim 6 Is Obvious Based On Bose Lifestyle in view of General knowledge of a POSITA, the Sonos Forums, Nourse, Rajapakse or Millington. ...................................................................................... 668

31. Claim 8 Is Obvious Based On Bose Lifestyle in view of General knowledge of a POSITA, the Sonos Forums, Nourse, Rajapakse or Millington. ...................................................................................... 668

32. Claim 9 Is Obvious Based On Bose Lifestyle in view of General knowledge of a POSITA, the Sonos Forums, Nourse, Rajapakse or Millington. ...................................................................................... 669

33. Claim 10 Is Obvious Based On Bose Lifestyle in view of General knowledge of a POSITA, the Sonos Forums, Nourse, Rajapakse or Millington. ...................................................................................... 670

34. Claim 11  Is Obvious Based On Bose Lifestyle in view of General knowledge of a POSITA, the Sonos Forums, Nourse, Rajapakse or Millington. ...................................................................................... 671

35. Claim 12 Is Obvious Based On Bose Lifestyle in view of General knowledge of a POSITA, the Sonos Forums, Nourse, Rajapakse or Millington. ...................................................................................... 671

36. Claim 14 Is Obvious Based On Bose Lifestyle in view of General knowledge of a POSITA, the Sonos Forums, Nourse, Rajapakse or Millington. ...................................................................................... 672

37. Claim 16 Is Obvious Based On Bose Lifestyle in view of General knowledge of a POSITA, the Sonos Forums, Nourse, Rajapakse or Millington. ...................................................................................... 672

D. '966 Claims Are Obvious Based on Obviousness Type Double Patenting Over The '645 patent. ...................................................................................... 672

38. Claim 1 Is Invalid Based On The '645 Patent. ...................................... 672

39. Claim 2 Is Obvious Based On The '645 Patent. ...................................... 675

Contains Highly Confidential AEO and Source Code Materials

40.     Claim 3 is Obvious Based On The '645 Patent.................................... 675

41.     Claim 4 Is Obvious Based On The '645 Patent.................................. 676

42.     Claim 6 Is Obvious Based On The '645 Patent.................................. 676

43.     Claim 8 Is Obvious Based On The '645 Patent.................................. 676

44.     Claim 9 Is Obvious Based On The '645 Patent.................................. 676

45.     Claim 10 Is Obvious Based On The '645 Patent................................ 678

46.     Claim 11  Is Obvious Based On The '645 Patent............................... 679

47.     Claim 12 Is Obvious Based On The '645 Patent................................ 679

48.     Claim 14 Is Obvious Based On The '645 Patent................................ 679

49.     Claim 16 Is Obvious Based On The '645 Patent................................ 679

XIII.   NON-INFRINGING ALTERNATIVES.................................................... 679

XIV.    SECONDARY CONSIDERATION OF NON-OBVIOUSNESS............................. 684

XV.     RESERVATION OF RIGHTS..................................................... 686

Contains Highly Confidential AEO and Source Code Materials

**List of Exhibits**

| Exhibit No. | Description |
|---|---|
| A | Dan Schonfeld Curriculum Vitae |
| B | Materials Considered |

Contains Highly Confidential AEO and Source Code Materials

## List of Prior Art References

| Shorthand | Reference |
|---|---|
| Squeezebox | SLIM Devices' SliMP3 and Squeezebox Players and corresponding SoftSqueeze and SlimServer Software |
| Sonos System | The Sonos Digital Music System |
| Sonos Forums | The Sonos Forums identified in Farrar Exhibits 5-11 |
| Bose | Bose FreeSpace |
| Millington | Canadian Patent No. 2 533 852 |
| Lambourne | U.S. Patent No. 7,571,014 |
| Nourse | U.S. Patent No. 7,197,148 |

Contains Highly Confidential AEO and Source Code Materials

discussed *supra*, the claimed embodiments show that the zone players are networked together and communicate with each other to establish synchronous playback (i.e., configured to coordinate with at least one other zone player). *E.g.*, 5:64-6:5 ("The wireless interface 216, also referred to as a RF interface, provides network interface functions by a wireless means for the zone player 200 to communicate with other devices in accordance with a communication protocol (such as the wireless standard IEEE 802.11a, 802.11b or 802.11g). The wired interface 217 provides network interface functions by a wired means (e.g., an Ethernet cable). In one embodiment, a zone player includes both of the interfaces 216 and 217, and other zone players include only a RF or wired interface. Thus these other zone players communicate with other devices on a network or retrieve audio sources via the zone player."); 8:12-22 ("As all the zone players are coupled on a network, the received signals in one zone player can cause other zone players in the group to be synchronized so that all the zone players in the group playback an identical audio source or a list of identical audio sources in a timely synchronized manner. Similarly, when a user increases the audio volume of the group from the controller, the signals or data of increasing the audio volume for the group are sent to one of the zone players and causes other zone players in the group to be increased together in volume and in scale."); 11:55-59 ("In one embodiment, data including the parameters is transported from a member (e.g., a controller) to other members in the scene so that the players are caused to synchronize an operation configured in the scene.").

**D.    Claim 1 Is Invalid Based On Bose Lifestyle in view of General knowledge of a POSITA, the Sonos Forums, Rajapaske, Nourse or Millington.**

855.    Bose Lifestyle 50 System ("Bose Lifestyle") was publicly available, on sale, offered for sale, and described in printed publications both before the critical date (i.e., prior to September 12, 2005), before the alleged conception date (i.e., prior to December 21, 2005), and prior to the patent filing date on September 12, 2006. The features offered in that system were

Contains Highly Confidential AEO and Source Code Materials

substantially the same during each of those time frames, as discussed below. *See also*, BOSE_SUB-0000602; BOSE_SUB-0000658; BOSE_SUB-0002259

856.    The capabilities and features of the Bose Lifestyle are apparent from documents that Bose has made available to the public and produced in this case, the products themselves, technical documentation, public documentation regarding that system, professional and customer reviews, and other sources discussed below. BOSE_SUB-00000001-2610.

857.    I understand that Dr. Almeroth asserts that I rely "on disclosures in various materials related to other Bose products, namely, Bose Lifestyle SA-2 and SA-3 Amplifiers and their ability to be added to a Bose link media center of a Bose Lifestyle® 18 series II, 28 series II, 38 or 48 home entertainment system; Bose link communication protocol; and Bose FreeSpace EF Series II Business Music System.  Dr. Schonfeld has not explained how such disclosure is relevant to the operation of the actual Bose Lifestyle 50 System upon which he claims to rely for invalidity." These products, however, are all Bose products relating playing audio on speakers and thus are all part of the same endeavor. For example, SA-2 and SA-3 Amplifiers are both part of the "Lifestyle" family to which the Bose systems belongs. *See e.g.,* BOSE_SUB-0000274; BOSE_SUB-0000361. I also note, that other than his conclusory opinion, Dr. Almeroth does not provide any evidence that the above-mentioned products are incompatible.

858.    In my opinion, Claim 1 is rendered obvious based on the Bose Lifestyle in view of the general knowledge of a POSITA, the Sonos Forums, Nourse, Millington, and Rajapakse, as described below.  Below, I analyze each element of Claim 1 and demonstrate why that claim is invalid.

### 35.    Limitation 1 (preamble): "A first zone player comprising:"

859.    To the extent the preamble is limiting, Bose Lifestyle discloses the preamble in my opinion.  For example, the Bose Lifestyle was publicly available no later than October 17, 2001.

Contains Highly Confidential AEO and Source Code Materials

The Bose Lifestyle player corresponds to the claimed Zone Player and it provides the ability to stream digital music from a controller. It can plug into any home theater stereo or speakers with digital and analog outputs, and allows a user to synchronize multiple players for whole house audio.

Thank you for purchasing the Bose® Lifestyle® 50 system. Years of research lie behind this complete audio home entertainment system – the most advanced home theater system from Bose. Technological innovations that make the Lifestyle® 50 system unique include the Bose Personal™ music center, which places all system operations in the palm of your hand, and tiny Jewel Cube® speakers.

The interactive Personal music center is a clear departure from convention, communicating with the system through a two-way radio data link. The result for you is full control of this entertainment system as you move about your home.

The Bose Jewel Cube speakers are also far from conventional. Proprietary technologies ensure that these tiny speakers not only fill a room with sound, but also reproduce it more accurately than traditionally designed loudspeakers.

The other elements of the Lifestyle® 50 system are designed to be hidden from view:
- The elegant Lifestyle® CD changer, designed to give you flexibility in where it is placed
- The hideaway powered Acoustimass® module that delivers the rich, full, lifelike bass
- The Bose multi-room interface, with four independent audio outputs that allow you to enjoy Bose sound throughout your home.

BOSE_SUB_0000006.

860.   As shown below, the Bose Lifestyles connects the controller (for example a computer) and a speaker system.

Contains Highly Confidential AEO and Source Code Materials



*Id.*

861.    Further, the Bose LifeStyle allows a user to select a location for the multi-room interface.

**Figure 5**

*The multi-room interface*

**Multi-room interface**

Select a location for the multi-room interface. It may be placed out of sight if you like.

1. Place the multi-room interface within 30 feet (9.1 m) of the Acoustimass module (the length of the audio input cable).

2. Place the multi-room interface close enough to the sound sources (TV, VCR, DVD, etc.) to allow for cable length. If you need additional audio and/or video cables to connect all of your components, see your dealer or call Bose® Customer Service.

BOSE_SUB_00000010.

Contains Highly Confidential AEO and Source Code Materials

## Operating a Multi-Room Lifestyle® 50 System

### Connecting additional rooms

Follow the placement guidelines for the Bose® powered speakers that you plan to connect. Then review your plan for how to connect these speakers to the multi-room interface in your primary room. If you have questions or need extension cables to complete the connections, call Bose Customer Service at the numbers listed on the back inside cover of this owner's guide.

 **CAUTION:** *Make sure all components are unplugged from the power outlet before you begin hooking up additional speakers.*

Connect the audio input cable from your additional powered speakers to the selected ROOM jack on the back of the multi-room interface.

1. Plug the small black multi-pin connector (flat side facing up) into the jack marked ROOM B, C, or D on the back of the interface.
2. Follow the instructions that came with your speakers for connecting the cable to the speakers.

♪ **Note:** *Be sure that each connector is inserted completely into each jack.*

**Figure 47**

*ROOM jacks on the multi-room interface*




Room A, B, C, and D jacks

40    October 17, 2001    AM189854_05_V.pdf

BOSE_SUB-0000042

BOSE_SUB-00000042.

Contains Highly Confidential AEO and Source Code Materials



**Operating a Multi-Room Lifestyle® 50 System**

**Operating in more than one room**

Your Lifestyle® 50 system can control up to four sets of Bose® powered speakers, allowing your family to enjoy different audio sources (CD, radio, TV, etc.) in up to four rooms. These rooms are referred to as room A, B, C, and D, with room A being the primary room (the one used for a one-room system). If two or more rooms are connected to your system, the Personal™ music center displays ROOM and HOUSE buttons, and room indicators (A, B, C, and/or D). Figure 48 shows an example display for a two-room system.

**Figure 48**

*Example display for a two-room system*

The ROOM button lets you control a single room or two or more rooms that share a source

The HOUSE button lets you control all connected rooms as one

The room indicators tell you what was selected by the ROOM or HOUSE button

**Understanding the room indicators**

A  A boxed letter indicates the presently-selected room or rooms. The selected room is affected by any source changes, or any change you make using the VOLUME, MUTE, ON/OFF, or SLEEP buttons.

B  An unboxed letter indicates a room listening to a *shared source*. A shared source is one that is playing in the controlled room as well as in up to three additional rooms. If you change the radio station, CD track, etc., of the shared source, the change affects all rooms sharing this source. However, you cannot change sources for all affected rooms at the same time. The VOLUME, MUTE, ON/OFF, and SLEEP buttons only affect the boxed room(s).

☐  An empty box appears for each connected room when you press the HOUSE button. When you change the volume in the HOUSE mode, the numerical level appearing on the display does not represent the actual volume level in all connected rooms. It only represents the actual volume in rooms represented by a boxed letter.

BOSE_SUB-0000043

BOSE_SUB-0000043. Further, as shown below, Bose has the ability to create zone scenes using the HOUSE and ROOM buttons. These options allow users to group speakers together for synchronous playback, and also allow for playback using a single source or a shared source. For

Contains Highly Confidential AEO and Source Code Materials

example, the grouping of playback speakers in at least two rooms can be considered a "first zone scene."

Contains Highly Confidential AEO and Source Code Materials

## Using the ROOM button

The ROOM button allows you to select any connected room and control any sound source you want to hear in that room. Each time you press the ROOM button you can transfer control from one room to the next in A-B-C-D order. The room indicators on the display tell you what is currently selected. Rooms listening to a shared source can be linked and controlled as one room.

### Turning on different sources in more than one room

Let's say you have a two-room system (rooms A and B) and the entire system is off. To turn on a different source in each room:

1. Wake up the Personal™ music center.

2. Press the ROOM button until the room indicator Ⓐ is displayed. Press a source button, such as VIDEO 1, to turn on the system and listen to your DVD player in room A. Adjust the volume to the desired level.

3. Press the ROOM button again. The room indicator Ⓑ is displayed. Press a different source button, such as CD, to listen to a CD in room B. Again, adjust the volume to the desired level.

4. Press the ROOM button again and notice that the room indicator Ⓐ is displayed. You are controlling room A once again and the displays indicates that the VIDEO 1 source is on.

### Setting up a shared source

Now, let's say the system is already on and you want to play the FM radio in rooms A and B:

1. Wake up the Personal music center.

2. Press the ROOM button until the room indicator Ⓐ is displayed. Press the FM source button and adjust the volume to the desired level for room A.

3. Press the ROOM button again to select room Ⓑ. Press the FM source button and adjust the volume to the desired level for room B. Now, the indicators A Ⓑ are displayed.

4. Press the ROOM button again. The indicators Ⓐ Ⓑ appear on the display indicating that you can control these two rooms together. Any button command given now (SOURCE, VOLUME, MUTE, ON/OFF, SLEEP) is applied to both rooms.

**Note:** *Remember that there are limits to using different sources in different rooms. With one tuner, the system cannot play one radio station in one room and another radio station in another. Similarly, with one CD changer, the system cannot play two different CDs at the same time.*

## Linking rooms for common control

There are two ways to link rooms in order to control them as one.

- Set up a shared source in two or more rooms and select them together using the ROOM button. See "Setting up a shared source" above.

- Link all connected rooms using the HOUSE button. See "Using the HOUSE button" on page 43.

## Returning to single-room control

After you have gained control of multiple rooms using the ROOM button, you can use the ROOM button again to gain control of a single room. Press ROOM until the room you want is displayed (Ⓐ, Ⓑ, Ⓒ, or Ⓓ). Control that room as desired.

Contains Highly Confidential AEO and Source Code Materials

*Id.* at 43.

## Using the HOUSE button

Using the HOUSE button, you can link all rooms together and control them as one. When you press the HOUSE button, an empty box indicator is displayed for each connected room. Any button pressed after that (any source button, VOLUME, MUTE, or SLEEP) affects every room. When you are done listening you can press OFF to turn off the entire system.

**Note:** *If you do not press any additional buttons after pressing HOUSE, pressing HOUSE again cancels HOUSE mode.*

Press the HOUSE button before each command to apply that command to all rooms:

| Press … | To do this … |
|---|---|
| HOUSE then a source | Play the selected source in all connected rooms. |
| HOUSE then VOLUME ▲/▼ | Adjust the volume up or down by the same amount in all rooms that are on, or all connected rooms if they are all off. The system remembers the differences among the original room volume settings. |
| HOUSE then MUTE | Silence all connected rooms that are on, even if any were previously muted individually. To cancel this command, press HOUSE then MUTE again. Any rooms that were muted before this command was given stay silent until individually unmuted. If you unmute an individual room after it was muted by a HOUSE - MUTE command, the other rooms remain silent until each one is unmuted individually. Pressing HOUSE then VOLUME ▲ unmutes all muted rooms. |
| HOUSE then SLEEP | Set the SLEEP timer for all rooms that are on. The SLEEP time selected applies to all rooms that are on even if they are playing different sources. If the SLEEP timer was already set in one or more rooms, the display shows the longest time already set. You can accept this time or change it for all the rooms. To cancel the HOUSE - SLEEP command, press HOUSE, SLEEP, CLEAR, and then DONE. |
| HOUSE then OFF | Turn off the entire system. |

**Note:** *Instead of setting the whole house to one sleep time, you can set different sleep times for individual rooms by using the ROOM button to select each room and setting SLEEP.*

*When two or more rooms are linked, adjusting the SLEEP time affects all linked rooms (indicated by boxed letters).*

*Id.* at 43.

862.   Further, and as evidenced below, for example, Bose Lifestyle explicitly allows for multiple zones and operation.

Contains Highly Confidential AEO and Source Code Materials

## 7.0 User Interface Operation

### 7.5 Multi-zone paging user interface operation

The Multi-zone paging user interface provides keys to select single paging zones, all paging zones and initiate a page.

Paging zones are not the same as output zones. After assigning the PAGE source to the output zones and choosing the appropriate settings in the Page Setup control pane, flashing the hardware maps the paging zone buttons accordingly.

When mapped, the paging zone **1** button will select the lowest numbered output ZONE to which the PAGE source is assigned. The paging zone **2** button will select the next lowest numbered output ZONE to which the PAGE source is assigned, and so forth.

**Multi-Zone Paging User Interface**



Select paging zone #1 — **1**
Select paging zone #2 — **2**
Select paging zone #3 — **3**
Select paging zone #4 — **4**
Select all paging zones — **ALL**
Initiate a page — **PAGE**

- Press **1**, **2**, **3** or **4** to select a paging zone. A green LED flashes to indicate that the zone is selected for paging. After ending a page the LED turns off.
- Press **ALL** to select all paging zones.
- Press **PAGE** to initiate a page in systems that do not use a PTT microphone.

**Paging User Interface Example:**
- The **PAGE** source is assigned to ZONE OUT 1 and ZONE OUT 4.
- In the Page Setup control pane for ZONE 1 and ZONE 4:

  **Paging Type** = Multi-zone
  **PAGE Control** = Wall plate 3

- After flashing the hardware, the paging zone **1** button selects ZONE OUT 1 for paging, and the paging zone **2** button selects ZONE OUT 4 for paging.



61 of 80

BOSE_SUB-0000122

Contains Highly Confidential AEO and Source Code Materials

BOSE_SUB-0000122.  *See also,*  BOSE_SUB-0000361-448. As another example, as described below, Bose also allows for music playback at the dining room, bar, patio, and restrooms at a restaurant. As stated, each can be considered its own "zone."

Contains Highly Confidential AEO and Source Code Materials

## Figure 1: Two-Zone System

**Example System: Small Market**

The store is comprised of two zones, the main retail area and the cashier area. The main retail area receives music and paging, and operates at a fixed volume level.

The cashier area also receives music and paging, but its volume is controlled by the Auto Volume function and an Auto Volume wall plate.


Music Source


Page Source

|  | | Zone 1 Retail | Zone 2 Cashier | Zone 3 | Zone 4 |
|---|---|:---:|:---:|:---:|:---:|
| Sources | | | | | |
| | Music | • | • | | |
| | Paging | • | • | | |
| Controls | | | | | |
| | Standard Wallplate | • | | | |
| | Auto Volume Wallplate | | • | | |

Zone 2 Auto Volume
Sense Microphone

## Figure 2: Four-Zone System

**Example System: Restaurant**

The restaurant is comprised of four zones: dining, bar, patio, and the restrooms and lobby. All zones receive the music source, and the bar and lobby area receive paging. The bar area also can select the television audio source.

The dining and bar areas' volume is controlled by the Auto Volume function. The remaining zones, the patio and restrooms/lobby, are controlled using standard wall plate controls. A multi-zone paging interface is connected to the wall plate number four connection to provide independent paging of the two page zones.


Music Source

TV  Zone 2 Source

Page Source

|  | | Zone 1 Dining | Zone 2 Bar | Zone 3 Patio | Zone 4 Entry/Restrooms |
|---|---|:---:|:---:|:---:|:---:|
| Sources | | | | | |
| | Music | • | • | • | • |
| | TV | | • | | |
| | Paging | | • | | • |
| Controls | | | | | |
| | Standard Wallplate | | | • | • |
| | Auto Volume Wallplate | • | • | | |


Zone 1 Auto Volume
Sense Microphone

Zone 2 Auto Volume
Sense Microphone

5 OF 8

Information subject to change without notice.

pro.bose.com

BOSE_SUB-0000144

863.    BOSE_SUB-0000144.

864.    I understand that Sonos does not dispute that Bose Lifestyle discloses this claim

Contains Highly Confidential AEO and Source Code Materials

limitation.   Specifically, I understand that Google served an interrogatory requesting Sonos's contentions for why Claim 1 of the '885 patent is not invalid over Bose Lifestyle.  I have reviewed Sonos's response ("Validity Contentions") as it relates to the Sonos System and Sonos does not dispute this claim limitation.  *See* Validity Contentions (Attachment A to Sonos's Supp. Rsp. To Google's First Set of Rogs) at 106-107.

> **36.     Limitation 1.1: "a network interface that is configured to communicatively couple the first zone player to at least one data network;"**

865.     In my opinion, Bose Lifestyle discloses this claim limitation.

866.     For example, Bose Lifestyle discloses a network interface that couples the Bose Lifestyle to a data network existing at least between the Bose Lifestyle and the controller.

867.     As shown below, the Bose LifeStyle connects at least a personal music center, multi-room interface and a speaker system.

When you place your speakers according to the guidelines below, a combination of reflected and direct sound provides the audio atmosphere of a home theater. You may experiment with the placement and orientation of the Jewel Cube® speakers and Acoustimass® module to produce the sound most pleasing to you. For more discussion of speaker placement and room acoustics, see "Fine-tuning your system" on page 36.

*Id.*

Contains Highly Confidential AEO and Source Code Materials



*Id.* at 8.

868.    Bose LifeStyle also describes connecting its JewelCube speakers to the Acoustimass module, and being able to match each cable to the corresponding speaker location.

Contains Highly Confidential AEO and Source Code Materials

### Connecting the Jewel Cube® speakers to the Acoustimass® module

1. Match each cable to the corresponding speaker location.
   - Front speaker cables have blue RCA connectors at one end, with L, R, or C molded into both the RCA connectors and the Jewel Cube connectors at the other end.
   - Surround speaker cables have orange RCA connectors at one end, with L or R molded into both the RCA connectors and the Jewel Cube connectors at the other end.
2. Insert the Jewel Cube connector of each cable fully into the jack on the rear of one of the five speakers (Figure 7). Match the ridge of the connector to the notch at the top of the jack.
3. Connect each cable to the corresponding jack on the Acoustimass module (Figure 8).
   - Plug the blue connectors into the matching left front, center, and right front jacks.
   - Plug the orange connectors into the matching left surround and right surround jacks.

To lengthen the cable, connect speaker wire with male phono (RCA) plugs on each end to your supplied speaker cable. Use a female-to-female adapter ("barrel" connector). Or, splice in 18-gauge (.75 mm²) or thicker cord (connecting + to + and – to –). To purchase extension wire, see your dealer or electronics store, or call Bose® Customer Service.

#### Connecting the Acoustimass® module to the multi-room interface

Connect the module to the interface with the audio input cable (Figure 8).

1. Insert the right-angle multi-pin connector on the audio input cable into the AUDIO INPUT jack on the module. Align the connector at the angle shown in Figure 8.
2. Plug the small black multi-pin connector (flat side facing up) into the jack marked ROOM A (PRIMARY) on the back of the interface.

♪ **Note:** *The female RCA connector on the audio input cable is for connecting the digital output of a DVD player or other digital source to the system. See "Setting up a digital sound source" on page 12.*

♪ **Note:** *Be sure that each connector is inserted completely into each jack.*

For information on connecting multi-room systems, see "Connecting additional rooms" on page 40.

#### Connecting the CD changer to the multi-room interface

Connect the CD changer to the interface with the CD changer cable (Figure 8).

1. Plug a blue multi-pin connector (flat side facing up) into the jack marked BOSE CD on the back of the interface.
2. Plug the other blue multi-pin connector (flat side facing left) into the jack marked BOSE CD on the back of the CD changer.

*Id.* at 9.

Contains Highly Confidential AEO and Source Code Materials

869.    It is also my opinion that Bose Lifestyle discloses multiple configurations for setting up a speaker configuration: (1) directly to the Lifestyle multi-room interface, and (2) using a stereo TV as the switching center to select the sound source.

## How to set up your home theater

There are two basic methods for setting up your home theater. It is best to connect compo-nents directly to the Lifestyle® 50 multi-room interface, and select the sound source using the Personal™ music center. A second option is to use a stereo TV as the switching center to select the sound source. In each example, the analog outputs from the DVD player or other digital device are connected to the AUX inputs. You may need extra long audio cables or extensions for some of these connections.

*Id.* at 13.



**Figure 12**
*Preferred home theater connections to the Lifestyle® 50 system*

**Figure 14**
*Connecting external components*

*Id.* at 15

Contains Highly Confidential AEO and Source Code Materials

## Setting up the Personal™ music center

Set up the Personal music center after the rest of the system is connected and plugged in.

♪ **Note:** *When batteries are first installed in the music center, it sets up a radio-frequency link with the closest multi-room interface.*

1. Hold the music center within a few feet of the multi-room interface.

2. Slide open the battery compartment on the back of the music center (Figure 17).

3. Insert 4 AAA or IEC-R03 1.5V batteries, or the equivalent, as shown. Match the + and – symbols on the batteries with the + and – markings inside the compartment.

4. Slide the battery compartment cover back into place.

5. Turn the music center over and touch the screen to wake it up if it appears blank. Press ON/OFF, FM, or any other source button to turn the system on.

*If the music center continuously displays "NO RESPONSE,"* you need to try to establish its link with the multi-room interface again. Hold the music center close to the multi-room interface. Press and hold MUTE for about 5 seconds until you hear a beep and then release. After about 10 seconds, the music center should beep twice to confirm that the link is established.

### Figure 17

*Installing batteries and waking up the display for the first time*



4 AAA batteries  Battery compartment cover

a. Install batteries          b. Turn over and wake up display

♪ **Note:** *Replace the batteries when the LOW BATTERY message first appears. See "Replacing batteries" on page 44. Alkaline batteries are recommended.*

*Id.* at 18.

## Turning on the system

You are ready to enjoy your new Lifestyle® system. Your Personal™ music center places complete control of the system operations in your hands. The center is portable, communicating with the rest of the system through a two-way radio-frequency link. The display is backlit for easy viewing, and provides visual feedback of current system operations and available options. To allow for maximum battery life, the display and backlit turn off a short time after your last button press. You only need to touch the screen to wake up the music center.

- To learn more about the display, see "Using the Personal music center display" on pages 20-21.

- To operate the AM/FM radio, see "Listening to the radio" on pages 26-28.

- To operate the CD changer, see "Listening to compact discs" on pages 29-34. To verify your system setup, listen to the instructions on the Test CD.

- To control external components, see "Using the system with external components" on page 35.

- To use your system in multiple rooms, see "Operating in more than one room" on pages 41-43.

Contains Highly Confidential AEO and Source Code Materials

## Using the sleep timer

- Press the SLEEP button to access the sleep timer for automatic shutoff. The display flashes a sleep time of 30 minutes or the most recent sleep time setting (Figure 20). The *SLEEP* indicator is also flashing.
- Use the arrow buttons to set the sleep timer to 1 to 99 minutes.
- Press the START button to start the counter. The START button disappears and a CLEAR button appears at the bottom of the display.



*Before pressing START ...*

The *SLEEP* indicator flashes    Set time with arrow buttons

Press START to begin countdown

*Id.* at 20.

display

## Listening to the system

Your Lifestyle® 50 system uses digital signal processing to bring even greater realism and impact to both movies and music recordings. Built-in Dolby Digital decoding delivers up to 5.1 discrete audio channels (that is, five for the independent Jewel Cube® speakers and one for rich bass from the Acoustimass® module) from DVD, digital TV, next-generation cable boxes, and satellite receivers. With analog formats, as well as for two-channel PCM and Dolby Digital bitstreams, Videostage® decoding steers front information to the left, center, and right, and directs surround information to the left and right rear channels. As a result, the sound of stereo broadcasts and rented or recorded tapes can approach that of your DVD discs.

In addition, Videostage decoding can process a one-channel program and direct five-channel sound to five independent speakers. Dialogue remains locked on-screen, while music and ambient effects fill the room to increase your listening enjoyment.

You may choose to listen through two, three, or five speakers. Traditional stereo may be enjoyed through two or more speakers. Listening through three or five speakers helps anchor the dialogue of movies to the picture and provides a more solid image for music vocals. For the greatest surround effect, listening through five speakers gives you the most convincing sound experience.

870.     Bose Lifestyle also provides for connecting speakers to a multi-room interface that resides in the user's primary room, and then provides for the ability to operate in multiple rooms.

Contains Highly Confidential AEO and Source Code Materials

## Connecting additional rooms

Follow the placement guidelines for the Bose® powered speakers that you plan to connect. Then review your plan for how to connect these speakers to the multi-room interface in your primary room. If you have questions or need extension cables to complete the connections, call Bose Customer Service at the numbers listed on the back inside cover of this owner's guide.

 **CAUTION:** Make sure all components are unplugged from the power outlet before you begin hooking up additional speakers.

Connect the audio input cable from your additional powered speakers to the selected ROOM jack on the back of the multi-room interface.

1. Plug the small black multi-pin connector (flat side facing up) into the jack marked ROOM B, C, or D on the back of the interface.
2. Follow the instructions that came with your speakers for connecting the cable to the speakers.

 **Note:** Be sure that each connector is inserted completely into each jack.

**Figure 47**

ROOM jacks on the multi-room interface



Room A, B, C, and D jacks

*Id.* at 40. *See also,* BOSE_SUB-0000361-448.

Contains Highly Confidential AEO and Source Code Materials

## Operating in more than one room

Your Lifestyle® 50 system can control up to four sets of Bose® powered speakers, allowing your family to enjoy different audio sources (CD, radio, TV, etc.) in up to four rooms. These rooms are referred to as room A, B, C, and D, with room A being the primary room (the one used for a one-room system). If two or more rooms are connected to your system, the Personal™ music center displays ROOM and HOUSE buttons, and room indicators (A, B, C, and/or D). Figure 48 shows an example display for a two-room system.

**Figure 48**

*Example display for a two-room system*

The ROOM button lets you control a single room or two or more rooms that share a source

The HOUSE button lets you control all connected rooms as one

The room indicators tell you what was selected by the ROOM or HOUSE button



### Understanding the room indicators

Ⓐ   A boxed letter indicates the presently-selected room or rooms. The selected room is affected by any source changes, or any change you make using the VOLUME, MUTE, ON/OFF, or SLEEP buttons.

B   An unboxed letter indicates a room listening to a ***shared source***. A shared source is one that is playing in the controlled room as well as in up to three additional rooms. If you change the radio station, CD track, etc., of the shared source, the change affects all rooms sharing this source. However, you cannot change sources for all affected rooms at the same time. The VOLUME, MUTE, ON/OFF, and SLEEP buttons only affect the boxed room(s).

☐   An empty box appears for each connected room when you press the HOUSE button. When you change the volume in the HOUSE mode, the numerical level appearing on the display does not represent the actual volume level in all connected rooms. It only represents the actual volume in rooms represented by a boxed letter.

Contains Highly Confidential AEO and Source Code Materials

## Using the ROOM button

The ROOM button allows you to select any connected room and control any sound source you want to hear in that room. Each time you press the ROOM button you can transfer control from one room to the next in A-B-C-D order. The room indicators on the display tell you what is currently selected. Rooms listening to a shared source can be linked and controlled as one room.

### Turning on different sources in more than one room

Let's say you have a two-room system (rooms A and B) and the entire system is off. To turn on a different source in each room:

1. Wake up the Personal™ music center.

2. Press the ROOM button until the room indicator Ⓐ is displayed. Press a source button, such as VIDEO 1, to turn on the system and listen to your DVD player in room A. Adjust the volume to the desired level.

3. Press the ROOM button again. The room indicator Ⓑ is displayed. Press a different source button, such as CD, to listen to a CD in room B. Again, adjust the volume to the desired level.

4. Press the ROOM button again and notice that the room indicator Ⓐ is displayed. You are controlling room A once again and the displays indicates that the VIDEO 1 source is on.

### Setting up a shared source

Now, let's say the system is already on and you want to play the FM radio in rooms A and B:

1. Wake up the Personal music center.

2. Press the ROOM button until the room indicator Ⓐ is displayed. Press the FM source button and adjust the volume to the desired level for room A.

3. Press the ROOM button again to select room Ⓑ. Press the FM source button and adjust the volume to the desired level for room B. Now, the indicators A Ⓑ are displayed.

4. Press the ROOM button again. The indicators Ⓐ Ⓑ appear on the display indicating that you can control these two rooms together. Any button command given now (SOURCE, VOLUME, MUTE, ON/OFF, SLEEP) is applied to both rooms.

**Note:** *Remember that there are limits to using different sources in different rooms. With one tuner, the system cannot play one radio station in one room and another radio station in another. Similarly, with one CD changer, the system cannot play two different CDs at the same time.*

## Linking rooms for common control

There are two ways to link rooms in order to control them as one.

- Set up a shared source in two or more rooms and select them together using the ROOM button. See "Setting up a shared source" above.

- Link all connected rooms using the HOUSE button. See "Using the HOUSE button" on page 43.

## Returning to single-room control

After you have gained control of multiple rooms using the ROOM button, you can use the ROOM button again to gain control of a single room. Press ROOM until the room you want is displayed (Ⓐ, Ⓑ, Ⓒ, or Ⓓ). Control that room as desired.

Contains Highly Confidential AEO and Source Code Materials

*Id.* at 43.

## Using the HOUSE button

Using the HOUSE button, you can link all rooms together and control them as one. When you press the HOUSE button, an empty box indicator is displayed for each connected room. Any button pressed after that (any source button, VOLUME, MUTE, or SLEEP) affects every room. When you are done listening you can press OFF to turn off the entire system.

**Note:** *If you do not press any additional buttons after pressing HOUSE, pressing HOUSE again cancels HOUSE mode.*

Press the HOUSE button before each command to apply that command to all rooms:

| Press … | To do this … |
|---|---|
| HOUSE then a source | Play the selected source in all connected rooms. |
| HOUSE then VOLUME ▲/▼ | Adjust the volume up or down by the same amount in all rooms that are on, or all connected rooms if they are all off. The system remembers the differences among the original room volume settings. |
| HOUSE then MUTE | Silence all connected rooms that are on, even if any were previously muted individually. To cancel this command, press HOUSE then MUTE again. Any rooms that were muted before this command was given stay silent until individually unmuted. If you unmute an individual room after it was muted by a HOUSE - MUTE command, the other rooms remain silent until each one is unmuted individually. Pressing HOUSE then VOLUME ▲ unmutes all muted rooms. |
| HOUSE then SLEEP | Set the SLEEP timer for all rooms that are on. The SLEEP time selected applies to all rooms that are on even if they are playing different sources. If the SLEEP timer was already set in one or more rooms, the display shows the longest time already set. You can accept this time or change it for all the rooms. To cancel the HOUSE - SLEEP command, press HOUSE, SLEEP, CLEAR, and then DONE. |
| HOUSE then OFF | Turn off the entire system. |

**Note:** *Instead of setting the whole house to one sleep time, you can set different sleep times for individual rooms by using the ROOM button to select each room and setting SLEEP.*

*When two or more rooms are linked, adjusting the SLEEP time affects all linked rooms (indicated by boxed letters).*

*Id.* at 43.

871.    Further, and as evidenced below, for example, Bose Lifestyle explicitly allows for multiple zones and operation.

Contains Highly Confidential AEO and Source Code Materials

## 7.0 User Interface Operation

### 7.5 Multi-zone paging user interface operation

The Multi-zone paging user interface provides keys to select single paging zones, all paging zones and initiate a page.

Paging zones are not the same as output zones. After assigning the PAGE source to the output zones and choosing the appropriate settings in the Page Setup control pane, flashing the hardware maps the paging zone buttons accordingly.

When mapped, the paging zone **1** button will select the lowest numbered output ZONE to which the PAGE source is assigned. The paging zone **2** button will select the next lowest numbered output ZONE to which the PAGE source is assigned, and so forth.

**Multi-Zone Paging User Interface**



Select paging zone #1
Select paging zone #3
Select all paging zones
Select paging zone #2
Select paging zone #4
Initiate a page

- Press **1**, **2**, **3** or **4** to select a paging zone. A green LED flashes to indicate that the zone is selected for paging. After ending a page the LED turns off.
- Press **ALL** to select all paging zones.
- Press **PAGE** to initiate a page in systems that do not use a PTT microphone.

**Paging User Interface Example:**
- The **PAGE** source is assigned to ZONE OUT 1 and ZONE OUT 4.
- In the Page Setup control pane for ZONE 1 and ZONE 4:

  **Paging Type** = Multi-zone
  **PAGE Control** = Wall plate 3

- After flashing the hardware, the paging zone **1** button selects ZONE OUT 1 for paging, and the paging zone **2** button selects ZONE OUT 4 for paging.



BOSE_SUB-0000122

BOSE_SUB-0000122. *See also,* BOSE_SUB-0000361-448.

Contains Highly Confidential AEO and Source Code Materials

## Figure 1: Two-Zone System

**Example System: Small Market**

The store is comprised of two zones, the main retail area and the cashier area. The main retail area receives music and paging, and operates at a fixed volume level.

The cashier area also receives music and paging, but its volume is controlled by the Auto Volume function and an Auto Volume wall plate.


Music Source


Page Source

| | | Zone 1 Retail | Zone 2 Cashier | Zone 3 | Zone 4 |
|---|---|---|---|---|---|
| Sources | | | | | |
| | Music | • | • | | |
| | Paging | • | • | | |
| Controls | | | | | |
| | Standard Wallplate | • | | | |
| | Auto Volume Wallplate | | • | | |


Zone 2 Auto Volume
Sense Microphone

## Figure 2: Four-Zone System

**Example System: Restaurant**

The restaurant is comprised of four zones: dining, bar, patio, and the restrooms and lobby. All zones receive the music source, and the bar and lobby area receive paging. The bar area also can select the television audio source.

The dining and bar areas' volume is controlled by the Auto Volume function. The remaining zones, the patio and restrooms/lobby, are controlled using standard wall plate controls. A multi-zone paging interface is connected to the wall plate number four connection to provide independent paging of the two page zones.


Music Source

TV    Zone 2 Source

Page Source

Zone 1 Auto Volume
Sense Microphone

Zone 2 Auto Volume
Sense Microphone

| | | Zone 1 Dining | Zone 2 Bar | Zone 3 Patio | Zone 4 Entry/Restrooms |
|---|---|---|---|---|---|
| Sources | | | | | |
| | Music | • | • | • | • |
| | TV | | • | | |
| | Paging | | • | | • |
| Controls | | | | | |
| | Standard Wallplate | | | • | • |
| | Auto Volume Wallplate | • | • | | |

Information subject to change without notice.


5 OF 8

pro.bose.com

BOSE_SUB-0000144

BOSE_SUB-0000144.

Contains Highly Confidential AEO and Source Code Materials



BOSE_SUB-0000145.

872.    Bose LifeStyle also allows for playing in multiple rooms.

Contains Highly Confidential AEO and Source Code Materials

## Setting Up Your Lifestyle® Stereo Amplifier

### Multi-room interface setup



⚠ **CAUTION:** Before making any connections, turn the Lifestyle® system off and disconnect the music center from the AC (mains) power outlet. DO NOT plug the amplifier into an outlet until you have completed all other connections.

1. Insert the 8-to-9-pin adapter into one of the unused ROOM output connectors (B, C, or D) on the rear of the multi-room interface (Figure 10).

2. Insert one end of the Bose® link A cable into the 8-to-9-pin adapter.

3. Insert the other end of the Bose® link A cable, into the Bose® link input connector on the rear panel of the Lifestyle® stereo amplifier.

**Figure 10**

Lifestyle® stereo amplifier to multi-room interface connections



14

BOSE_SUB-0000289

BOSE_SUB-0000289.

Contains Highly Confidential AEO and Source Code Materials



**Setting Up Your Lifestyle® Stereo Amplifier**

### Setting up the Personal® music center

Systems that have a multi-room interface are controlled by the Personal® music center which requires no internal switch settings before it allows you to control more than one room of speakers. However, if you purchase a second Personal® music center, you must follow the procedure for setting up the Personal® music center for the first time.

♪ **Note:** *Refer to your Lifestyle® system owner's guide for more information on operating your system in more than one room.*

### Selecting other rooms with the Personal® music center

The Personal® music center allows you to control up to four sets of Bose® powered speakers placed in individual rooms. These rooms are referred to as room A, B, C, and D, with room A being the primary room (the one used for a one-room system). If two or more rooms are connected to your system, the Personal® music center displays ROOM and HOUSE buttons, and room indicators (A, B, C, and/or D). Figure 11 shows a sample display for a two-room system.

**Figure 11**
*Sample display for a two-room system*

English

Press the ROOM button to control a single room or two or more rooms that share a source.

Press the HOUSE button to control all connected rooms as one.

The room indicators tell you what was selected by the ROOM or HOUSE button.

BOSE_SUB-0000290.

Contains Highly Confidential AEO and Source Code Materials

**Setting Up Your Lifestyle® Stereo Amplifier**

### Setting up the RC-20 remote for Zone 2

If your system uses a Model 20 music center, you need to set up a second RC-20 remote control to operate the ZONE 2 outputs.

1. Remove the remote control battery cover and locate the miniature switches (Figure 13).

2. Make sure that the house code settings (switches 1, 2, 3, and 4) match those in your first remote.

3. Slide switch 5 down (off), and switches 6 and 8 up (on).

♪ **Note:** *Refer to your Lifestyle® system owner's guide for more information on operating your system in more than one room.*

**Figure 13**
RC-20 remote Zone 2 switch settings



*17*

BOSE_SUB-0000292

BOSE_SUB-0000292.

873.    Bose Lifestyle provide instructions for setting up additional rooms.

Contains Highly Confidential AEO and Source Code Materials

**Setting Up Additional Rooms For Sound**

## Setup guidelines for additional rooms

If you have a Lifestyle® 18 series II, 28 series II, 38 or 48 home entertainment system, you can experience stereo sound in up to 14 other rooms using Lifestyle® stereo amplifiers, compatible speaker systems and remote controls for the other rooms.

- Remote controls for other rooms must be set to the same house code as the main room remote, but each remote must be set to a different room code. See "Setting up remote controls for other rooms" on page 23.

- The Lifestyle® amplifier and its remote control must be set to the same room code. See "Setting up the amplifier room code" on page 24.

- When using more than one amplifier to power more than two speakers in a room (Figure 18, room C), all amplifiers must be set to the same room code. Also, one amplifier must be set to the single amp mode and all others must be set to the supplemental amp mode. See "Single and supplemental amplifiers" on page 25.

### Figure 18

Sample installation of Lifestyle® stereo amplifiers



22

BOSE_SUB-0000384

BOSE_SUB-0000384.

Contains Highly Confidential AEO and Source Code Materials

**Setting Up Additional Rooms For Sound**

## Setting up remote controls for other rooms

### To set up the RC-18S or RC-38S remote:

1. Remove the remote control battery cover and locate the microswitches (Figure 19).

2. Make sure that the house code settings (switches 1, 2, 3, and 4) match the house code settings in your main room remote.

3. This remote is shipped from the factory set for room B. If this remote is used beyond a second room, set switches 6, 7, 8, and 9 to the same room code as set in the Lifestyle® stereo amplifier.

♪ *Note:* *Refer to your Lifestyle® system owner's guide for more information on operating your system in more than one room.*

**Figure 19**
*Microswitch settings for RC-18S and RC-38S remotes*



RC-18S or RC-38S remote

| Room | | Room | |
|---|---|---|---|
| | B | | I |
| | C | | J |
| | D | | K |
| | E | | L |
| | F | | M |
| | G | | N |
| | H | | O |

### To set up the Personal® music center II:

Refer to the owner's guide included with the Personal® music center II for instructions on configuring this remote for other rooms.

*23*

BOSE_SUB-0000385

BOSE_SUB-0000385.

Contains Highly Confidential AEO and Source Code Materials



Figure 20
Amplifier room code
settings

BOSE_SUB-0000386

*24*

BOSE_SUB-0000386.  *See also,*  BOSE_SUB-0000361-448.

874.    Bose Lifestyle specifically teaches a "Bose Link" that is a communication protocol

Contains Highly Confidential AEO and Source Code Materials

that allows for the playing of audio in multiple rooms or multiple zones.


Company Confidential



## What is Bose Link?

Bose link is a communication protocol. To communicate there must be at least two participants that speak the same language. To Bose products, Bose link is that language.

## Rooms

There are 15 different rooms that can be controlled by a Bose link enabled media center. The main room – labeled room A – is reserved for the Lifestyle speaker components. The other rooms – rooms B-O – are reserved for expansion via Bose link.



For a Bose link setup to work the system must include a Bose link enabled media center (a controller), a Bose link expansion product, and an expansion remote control. Both the expansion product and the remote must be configured to operate on the same room.

A Bose link connection is essentially a conversation between the media center and the expansion device. The media center sends on/off, volume and source change commands along with audio to the expansion product. The expansion product responds by sending information back to the media center to let it know that it is still on (or off) and in the same room. This information exchange occurs each time a power or source change command is issued by the expansion remote.



When the media center receives an ON command from an expansion remote the system turns on and checks for any Bose link products that might be connected, but it will only look for Bose link products that are assigned to the same room as the remote.

Understanding Bose® link                                    Page 2 of 8

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    BOSE_SUB-0000595

BOSE_SUB-0000595.

Contains Highly Confidential AEO and Source Code Materials

 Products and Technical Support Communications
Company Confidential



If the media center receives a command from a remote configured for room B, for example, the media center calls out to other Bose link products which might be assigned to room B. If a connected expansion product is assigned to room B it will respond to the media center and a Bose link connection will be made. The media center will not acknowledge a response from anything not assigned to room B.







The media center will not acknowledge more than one response from the same room, either. As with any productive conversation, there can only be one person speaking at a time. If more than one product is assigned to room B the media center won't know which one to listen to. If the media center can't understand the response from the expansion products, or if there is no response at all, the media center will turn itself off and the Bose link connection will not be successful.

Understanding Bose® link                                     Page 3 of 8

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    BOSE_SUB-0000596

BOSE_SUB-0000596.

Contains Highly Confidential AEO and Source Code Materials

 

Company Confidential

## Streams

A Bose link enabled media center is also capable of managing two separate sources at the same time. Each source can be sent to one of two different outputs - or 'streams' – within the Bose link connection. 4 of the 9 pins that make up the Bose link connection on the back of the media are responsible for delivering these streams – all of which are analog. Two pins are reserved for stream 1 audio L/R (fixed), and another two pins carry stream 2 audio L/R (fixed) – (there is another pair of pins that carry variable stream 2 audio that will be discussed later). Every Bose link expansion product has 2 inputs to accommodate each stream, and the remote control tells the device which stream to listen to. The expansion products receive fixed audio and then control volume via commands they receive from the media center carried on other pins.

**Here is an example:**
If an expansion remote configured for stream 1 sends an ON command to the media center, the media center will activate the pins that carry stream 1 information. The media center will also call out to any Bose link product set to the same room code as the remote. If the media center gets an answer it can understand, it will respond by telling the expansion product to turn on and listen to its stream 1 inputs. If the media center does not get a response from an expansion product set to the same room as the remote it will simply turn itself off.

The main room, or room A, can only operate on stream 1. Although any of the expansion rooms can be configured to operate on either stream 1 or stream 2, expansion rooms are generally assigned to stream 2. Since only one source can be sent to each stream at any given time, keeping Bose link expansion products on stream 2 prevents changes made in expansion rooms from affecting what is being played in the main room, and vice-versa.

Understanding Bose® link                                    Page 4 of 8

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                BOSE_SUB-0000597

BOSE_SUB-0000597.

875.    I understand that Sonos does not meaningfully dispute that Bose Lifestyle discloses

Contains Highly Confidential AEO and Source Code Materials

this claim limitation. Specifically, I understand that Google served an interrogatory requesting Sonos's contentions for why Claim 1 of the '885 patent is not invalid over Bose LifeStyle. I have reviewed Sonos's response ("Validity Contentions") as it relates to Bose LifeStyle and Sonos does not dispute this claim limitation. *See* Validity Contentions (Attachment A to Sonos's Supp. Rsp. To Google's First Set of Rogs) at 89.

876. I have already addressed Dr. Almeroth's constructions of "network interface" and "data network" above and incorporate that analysis into this section.

877. In paragraph 815 of his rebuttal report, Dr. Almeroth contends that I do not identify a "first zone" in my report, but Dr. Almeroth is wrong. As I discussed in my report, for example, the Bose FreeSpace Owner's Guide is an "installer interface" that allows the user to automate the system by creating scheduled events to control how selected zones and subzones are invoked at predetermined times. BOSE_SUB-0000056; BOSE_SUB-0000062 at -76, -100-103. I also discussed that Bose LifeStyle allows for multiple zones and varying operations. *See e.g.,* BOSE_SUB-00000122; 144-145; 289; 292; 384.

878. Dr. Almeroth also provides the unsupported opinion that "based on the materials I have reviewed, it is my opinion that the Bose FreeSpace product and the Bose Lifestyle 50 System are not related or compatible." This is pure conjecture, as Dr. Almeroth fails to provide any specificity as to the specific documents he reviewed or any analysis thereof. Further, as I discussed in the state of the art section, Bose Lifestyle 50 system and Bose FreeSpace are in the same field of endeavor, *infra* Section X.

879. Similarly, Dr. Almeroth contends that "I have seen no evidence that the passive speakers connected to a E4 unit include a "network interface" that enables them to send digital data packets to and receive digital data packets from another device via a data network." Again, other than his opinion, Dr. Almeroth provides no evidence that the speakers are passive, and I have

Contains Highly Confidential AEO and Source Code Materials

provided evidence (e.g., BOSE_SUB-0000144) that establish that the speakers are not passive.

880.    Further, Dr. Almeroth states that the SA-2 or SA-3 Amplifier products are not part of the Bose Lifestyle 50 system and thus suggests that his analysis should stop there. I addressed this above, notably, that the SA-2 and SA-3 speakers are both part of Bose's "Lifestyle" product line and thus in same field of endeavor.

881.    Finally, Dr. Almeroth asserts that the there is no evidence that the Bose LifeStyle utilized the "Bose link" communication protocol and that the Bose Lifestyle 50 system was not compatible with the communication protocol. I disagree. The very point of the communication protocol is to provide a "conversation" between the network interface and the speakers.

### 37.    Limitation 1.2: "one or more processors;"

882.    In my opinion, Bose LifeStyle discloses this claim limitation.  For example, Bose LifeStyle utilizes Jewel Cube speakers, and the multi-room interface, with four independent audio outputs allow you to enjoy Bose sound throughout one's home.

Thank you for purchasing the Bose® Lifestyle® 50 system. Years of research lie behind this complete audio home entertainment system – the most advanced home theater system from Bose. Technological innovations that make the Lifestyle® 50 system unique include the Bose Personal™ music center, which places all system operations in the palm of your hand, and tiny Jewel Cube® speakers.

The interactive Personal music center is a clear departure from convention, communicating with the system through a two-way radio data link. The result for you is full control of this entertainment system as you move about your home.

BOSE_SUB-000006.

The other elements of the Lifestyle® 50 system are designed to be hidden from view:
- The elegant Lifestyle® CD changer, designed to give you flexibility in where it is placed
- The hideaway powered Acoustimass® module that delivers the rich, full, lifelike bass
- The Bose multi-room interface, with four independent audio outputs that allow you to enjoy Bose sound throughout your home.

*Id.*

Contains Highly Confidential AEO and Source Code Materials





**Figure 5**

*The multi-room interface*

**Multi-room interface**

Select a location for the multi-room interface. It may be placed out of sight if you like.

1. Place the multi-room interface within 30 feet (9.1 m) of the Acoustimass module (the length of the audio input cable).

2. Place the multi-room interface close enough to the sound sources (TV, VCR, DVD, etc.) to allow for cable length. If you need additional audio and/or video cables to connect all of your components, see your dealer or call Bose® Customer Service.

BOSE_SUB-0000007.

883.    Beyond that, internal Bose presentations and circuit diagrams show various hardware circuitry, including DSPs.

Contains Highly Confidential AEO and Source Code Materials

## FreeSpace® E4 Series II Service & Repair Training

11/28/2004 3:12 PM













Hardware Section

Page **1**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

BOSE_SUB-0000150

BOSE_SUB-0000150.

Contains Highly Confidential AEO and Source Code Materials



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

BOSE_SUB-0000157

BOSE_SUB-0000157. *See also,* BOSE_SUB-0000361-448.

884.    I understand that Sonos does not meaningfully dispute that Bose LifeStyle discloses this claim limitation.  Specifically, I understand that Google served an interrogatory requesting Sonos's contentions for why Claim 1 of the '885 patent is not invalid over Bose Lifestyle.  I have reviewed Sonos's response ("Validity Contentions") as it relates to Bose LifeStyle and Sonos does not dispute this claim limitation.  *See* Validity Contentions (Attachment A to Sonos's Supp. Rsp. To Google's First Set of Rogs) at 89.

885.    Dr. Almeroth repeats his criticism regarding "first zone player," which is addressed above and will not be repeated here. Beyond that, Dr. Almeroth does not credibly dispute that Bose contains one or more processors. Instead, Dr. Almeroth gives cursory treatment to the ample evidence cited within my report.  Furthermore, Dr. Almeroth repeats his assertion that Bose

Contains Highly Confidential AEO and Source Code Materials

FreeSpace and LifeStyle are incompatible, but I discussed above that the two are in the same field of endeavor.

886.    Further, Dr. Almeroth also does not credibly refute that the Bose contains "one or more processors." At best, Dr. Almeroth contends that the speakers are "passive" without providing any documentation to substantiate his assertion. To the contrary, I provided ample evidence of processors being encompassed not only within the E4 system, but also within the Lifestyle 50. Regardless, the evidence that Dr. Almeroth relies on only describes to connect the Jewel speakers to the Acoustimass module and says nothing about the Jewel speakers being passive.

### 38.    Limitation 1.3: "a non-transitory computer-readable medium; and"

887.    In my opinion, the Bose LifeStyle discloses this claim limitation. For example, the Bose LifeStyle stores on a non-transitory computer-readable medium firmware that it executes. The Bose LifeStyle also automatically monitors and adjusts the volume to let users hear soft sounds, and prevents a user from being overwhelmed.

### *Automatic sound level monitoring and control*

Your enjoyment of movies is enhanced by Digital Dynamic Range® compression. This technology automatically monitors and adjusts the volume to let you to hear soft sounds, particularly dialogue, but prevents you from being overwhelmed by loud special effects. This is especially useful for late night viewing – it eliminates the need to constantly adjust the volume.

*Id.* at 4.

When you place your speakers according to the guidelines below, a combination of reflected and direct sound provides the audio atmosphere of a home theater. You may experiment with the placement and orientation of the Jewel Cube® speakers and Acoustimass® module to produce the sound most pleasing to you. For more discussion of speaker placement and room acoustics, see "Fine-tuning your system" on page 36.

*Id.* at 6.

888.    I understand that Sonos does not dispute that Bose LifeStyle discloses this claim

Contains Highly Confidential AEO and Source Code Materials

limitation.   Specifically, I understand that Google served an interrogatory requesting Sonos's contentions for why Claim 1 of the '885 patent is not invalid over Bose LifeStyle.  I have reviewed Sonos's response ("Validity Contentions") as it relates to Bose LifeStyle and Sonos does not dispute this claim limitation.  *See* Validity Contentions (Attachment A to Sonos's Supp. Rsp. To Google's First Set of Rogs) at 90.

889.    I incorporate my rebuttal to Dr. Almeroth's opinions into this section. Further, Dr. Almeroth's additional rebuttal for this claim limitation is his conclusory statement that "the evidence shows that a Jewel Cube speaker is a passive speaker that is hard-wired to an Acoustimass module of a Bose Lifestyle 50 System and simply outputs audio in the form of sound once an analog signal is received via an audio cable."

### 39.    Limitation 1.4: "program instructions stored on the non-transitory computer-readable medium that, when executed by the one or more processors, cause the first zone player to perform functions comprising:"

890.    In my opinion, the Bose LifeStyle discloses this claim limitation.  For the reasons stated above with respect to Limitations 1.1 through 1.3, Bose LifeStyle includes program instructions stored on the non-transitory medium that when executed by the processors perform the functions discussed in the following claim limitations, as described below.  Bose LifeStyle may be programmed and updated, and once programmed and/or updated, Bose LifeStyle may execute the instructions that are stored on the Bose LifeStyle.

891.    I understand that Sonos does not dispute that Bose LifeStyle discloses this claim limitation.  Specifically, I understand that Google served an interrogatory requesting Sonos's contentions for why Claim 1 of the '885 patent is not invalid over Bose LifeStyle.  I have reviewed Sonos's response ("Validity Contentions") as it relates to Bose LifeStyle and Sonos does not

Contains Highly Confidential AEO and Source Code Materials

dispute this claim limitation. *See* Validity Contentions (Attachment A to Sonos's Supp. Rsp. To Google's First Set of Rogs) at 90.

892.     Dr. Almeroth repeats his criticism regarding "first zone player," which is addressed above and will not be repeated here. . Further, Dr. Almeroth's only rebuttal is his conclusory statement that "the evidence shows that a Jewel Cube speaker is a passive speaker that is hard-wired to an Acoustimass module of a Bose Lifestyle 50 System and simply outputs audio in the form of sound once an analog signal is received via an audio cable." But the evidence that Dr. Almeroth relies on only describes to connect the Jewel speakers to the Acoustimass module and says nothing about the Jewel speakers being passive. As such, Dr. Almeroth fails to address the evidence I advance regarding this claim limitation.

> **40.     Limitation 1.5: "while operating in a standalone mode in which the first zone player is configured to play back media individually in a networked media playback system comprising the first zone player and at least two other zone players:"**

893.     In my opinion, Bose LifeStyle discloses this claim limitation.

894.     *See, e.g.,* limitations 1.1-1.4. Further, the Bose LifeStyle allows for automatic sound level monitoring and control.

### *Automatic sound level monitoring and control*

Your enjoyment of movies is enhanced by Digital Dynamic Range® compression. This technology automatically monitors and adjusts the volume to let you to hear soft sounds, particularly dialogue, but prevents you from being overwhelmed by loud special effects. This is especially useful for late night viewing – it eliminates the need to constantly adjust the volume.

*Id.* at 4.

When you place your speakers according to the guidelines below, a combination of reflected and direct sound provides the audio atmosphere of a home theater. You may experiment with the placement and orientation of the Jewel Cube® speakers and Acoustimass® module to produce the sound most pleasing to you. For more discussion of speaker placement and room acoustics, see "Fine-tuning your system" on page 36.

Contains Highly Confidential AEO and Source Code Materials

*Id.* at 6.

895. Further, it is my opinion that Bose LifeStyle allows the ability to play audio through multiple Jewel Cube speakers.

### Figure 1

*What comes with your Lifestyle® 50 system:*

- Personal music center
- CD changer
- Multi-room interface
- Interface power pack*
- 5 Jewel Cube® speakers
- 5 speaker cables
- Acoustimass module
- AC power (mains) cord*
- 14 self-adhesive rubber feet (4 for the module and 5 pairs for the Jewel Cube speakers)
- Audio input cable
- CD changer cable
- Stereo cable
- 4 AAA batteries
- FM antenna
- AM loop antenna
- AM antenna base
- CD magazine
- Lifestyle® system CD
- Test CD

Personal™ Music Center

AAA batteries (4)

Acoustimass module

Rubber feet (4)

CD changer

Jewel Cube speakers

AC power cord

Interface power pack

CD magazine

Multi-room interface

Rubber feet (5 pairs)

Audio input cable

Surround speaker cables (orange connectors)

Front speaker cables (blue connectors)

Antenna base

AM loop antenna

CD changer cable

Test CD

Lifestyle® system CD

Stereo cable

FM antenna

BOSE_SUB-0000007.

### Figure 5

*The multi-room interface*



### Multi-room interface

Select a location for the multi-room interface. It may be placed out of sight if you like.

1. Place the multi-room interface within 30 feet (9.1 m) of the Acoustimass module (the length of the audio input cable).

2. Place the multi-room interface close enough to the sound sources (TV, VCR, DVD, etc.) to allow for cable length. If you need additional audio and/or video cables to connect all of your components, see your dealer or call Bose® Customer Service.

BOSE_SUB-0000010.

896. More specifically, Bose LifeStyle allows for connecting the Jewel Cube speakers to the Acoustimass module in order to control the Jewel Cube speakers.

Contains Highly Confidential AEO and Source Code Materials

## Connecting the Jewel Cube® speakers to the Acoustimass® module

1. Match each cable to the corresponding speaker location.
   • Front speaker cables have blue RCA connectors at one end, with L, R, or C molded into both the RCA connectors and the Jewel Cube connectors at the other end.
   • Surround speaker cables have orange RCA connectors at one end, with L or R molded into both the RCA connectors and the Jewel Cube connectors at the other end.
2. Insert the Jewel Cube connector of each cable fully into the jack on the rear of one of the five speakers (Figure 7). Match the ridge of the connector to the notch at the top of the jack.
3. Connect each cable to the corresponding jack on the Acoustimass module (Figure 8).
   • Plug the blue connectors into the matching left front, center, and right front jacks.
   • Plug the orange connectors into the matching left surround and right surround jacks.

To lengthen the cable, connect speaker wire with male phono (RCA) plugs on each end to your supplied speaker cable. Use a female-to-female adapter ("barrel" connector). Or, splice in 18-gauge (.75 mm²) or thicker cord (connecting + to + and – to –). To purchase extension wire, see your dealer or electronics store, or call Bose® Customer Service.

### Connecting the Acoustimass® module to the multi-room interface

Connect the module to the interface with the audio input cable (Figure 8).

1. Insert the right-angle multi-pin connector on the audio input cable into the AUDIO INPUT jack on the module. Align the connector at the angle shown in Figure 8.
2. Plug the small black multi-pin connector (flat side facing up) into the jack marked ROOM A (PRIMARY) on the back of the interface.

♪ **Note:** The female RCA connector on the audio input cable is for connecting the digital output of a DVD player or other digital source to the system. See "Setting up a digital sound source" on page 12.

♪ **Note:** Be sure that each connector is inserted completely into each jack.

For information on connecting multi-room systems, see "Connecting additional rooms" on page 40.

### Connecting the CD changer to the multi-room interface

Connect the CD changer to the interface with the CD changer cable (Figure 8).

1. Plug a blue multi-pin connector (flat side facing up) into the jack marked BOSE CD on the back of the interface.
2. Plug the other blue multi-pin connector (flat side facing left) into the jack marked BOSE CD on the back of the CD changer.

BOSE_SUB-0000011-12.

897.    Bose LifeStyle also allows a user to setup a personal music center That is used to

facilitate music playback to the multiple zone scenes.

Contains Highly Confidential AEO and Source Code Materials

## Setting up the Personal™ music center

Set up the Personal music center after the rest of the system is connected and plugged in.

♪ **Note:** *When batteries are first installed in the music center, it sets up a radio-frequency link with the closest multi-room interface.*

1. Hold the music center within a few feet of the multi-room interface.

2. Slide open the battery compartment on the back of the music center (Figure 17).

3. Insert 4 AAA or IEC-R03 1.5V batteries, or the equivalent, as shown. Match the + and – symbols on the batteries with the + and – markings inside the compartment.

4. Slide the battery compartment cover back into place.

5. Turn the music center over and touch the screen to wake it up if it appears blank. Press ON/OFF, FM, or any other source button to turn the system on.

*If the music center continuously displays "NO RESPONSE,"* you need to try to establish its link with the multi-room interface again. Hold the music center close to the multi-room interface. Press and hold MUTE for about 5 seconds until you hear a beep and then release. After about 10 seconds, the music center should beep twice to confirm that the link is established.

**Figure 17**

*Installing batteries and waking up the display for the first time*



4 AAA batteries

Battery compartment cover

a. Install batteries

b. Turn over and wake up display

♪ **Note:** *Replace the batteries when the LOW BATTERY message first appears. See "Replacing batteries" on page 44. Alkaline batteries are recommended.*

BOSE_SUB-00000019.

## Turning on the system

You are ready to enjoy your new Lifestyle® system. Your Personal™ music center places complete control of the system operations in your hands. The center is portable, communicating with the rest of the system through a two-way radio-frequency link. The display is backlit for easy viewing, and provides visual feedback of current system operations and available options. To allow for maximum battery life, the display and backlight turn off a short time after your last button press. You only need to touch the screen to wake up the music center.

• To learn more about the display, see "Using the Personal music center display" on pages 20-21.

• To operate the AM/FM radio, see "Listening to the radio" on pages 26-28.

• To operate the CD changer, see "Listening to compact discs" on pages 29-34. To verify your system setup, listen to the instructions on the Test CD.

• To control external components, see "Using the system with external components" on page 35.

• To use your system in multiple rooms, see "Operating in more than one room" on pages 41-43.

*Id.* at 20.

Contains Highly Confidential AEO and Source Code Materials

## *Using the sleep timer*

- Press the SLEEP button to access the sleep timer for automatic shutoff. The display flashes a sleep time of 30 minutes or the most recent sleep time setting (Figure 20). The *SLEEP* indicator is also flashing.
- Use the arrow buttons to set the sleep timer to 1 to 99 minutes.
- Press the START button to start the counter. The START button disappears and a CLEAR button appears at the bottom of the display.



*Before pressing START …*

The *SLEEP* indicator flashes    Set time with arrow buttons

Press START to begin countdown

*Id.* at 21.

898.    Bose LifeStyle allows a user to setup audio playback for multiple rooms, while selecting other rooms using the Personal music center. Further, Bose Lifestyle allows for speakers to operate in "standalone" mode.

Contains Highly Confidential AEO and Source Code Materials

## Setting Up Your Lifestyle® Stereo Amplifier

### Multi-room interface setup

**⚠ CAUTION:** Before making any connections, turn the Lifestyle® system off and disconnect the music center from the AC (mains) power outlet. DO NOT plug the amplifier into an outlet until you have completed all other connections.



1. Insert the 8-to-9-pin adapter into one of the unused ROOM output connectors (B, C, or D) on the rear of the multi-room interface (Figure 10).

2. Insert one end of the Bose® link A cable into the 8-to-9-pin adapter.

3. Insert the other end of the Bose® link A cable, into the Bose® link input connector on the rear panel of the Lifestyle® stereo amplifier.

**Figure 10**

Lifestyle® stereo amplifier to multi-room interface connections



14

BOSE_SUB-0000289

BOSE_SUB-0000289.  *See also,*  BOSE_SUB-0000361-448.

Contains Highly Confidential AEO and Source Code Materials

## Figure 1: Two-Zone System

**Example System: Small Market**

The store is comprised of two zones, the main retail area and the cashier area. The main retail area receives music and paging, and operates at a fixed volume level.

The cashier area also receives music and paging, but its volume is controlled by the Auto Volume function and an Auto Volume wall plate.



| | | Zone 1 Retail | Zone 2 Cashier | Zone 3 | Zone 4 |
|---|---|---|---|---|---|
| Sources | | | | | |
| | Music | • | • | | |
| | Paging | • | • | | |
| Controls | | | | | |
| | Standard Wallplate | • | | | |
| | Auto Volume Wallplate | | • | | |



## Figure 2: Four-Zone System

**Example System: Restaurant**

The restaurant is comprised of four zones: dining, bar, patio, and the restrooms and lobby. All zones receive the music source, and the bar and lobby area receive paging. The bar area also can select the television audio source.

The dining and bar areas' volume is controlled by the Auto Volume function. The remaining zones, the patio and restrooms/lobby, are controlled using standard wall plate controls. A multi-zone paging interface is connected to the wall plate number four connection to provide independent paging of the two page zones.



| | | Zone 1 Dining | Zone 2 Bar | Zone 3 Patio | Zone 4 Entry/Restrooms |
|---|---|---|---|---|---|
| Sources | | | | | |
| | Music | • | • | • | • |
| | TV | | • | | |
| | Paging | | • | | • |
| Controls | | | | | |
| | Standard Wallplate | | | • | • |
| | Auto Volume Wallplate | • | • | | |



Information subject to change without notice.

pro.bose.com

BOSE_SUB-0000144

BOSE_SUB-0000144.

Contains Highly Confidential AEO and Source Code Materials

733.   Dr. Almeroth contends that "the evidence [he] have reviewed establishes that neither the Acoustimass modules of the Bose Lifestyle 50 System nor the SA-2 and SA-3 amplifiers that appear to have been compatible with the Bose Lifestyle 50 System (each of which may be referred to herein as a "Lifestyle player") had any capability to be added to a "zone scene" comprising a "predefined grouping of zone players . . . that are to be configured for synchronous play back of media when the . . . zone scene is invoked . . . ." I disagree. First, as I previously explained, I believe that Acoustimass and the SA-2 and SA-3 amplifiers are compatible.  Second, the evidence above shows that Bose has the ability to utilize the "house" button that allows operation in more than one room.  The house button allows a user to control all connected rooms as one.   *See e.g.,* BOSE_SUB-00000043-44. Indeed, Bose also has a "room" button that allows a user to control a single "or two or more rooms that share a source."

734.   I also disagree with Dr. Almeroth's opinion that "based on the evidence I have reviewed, when a user set up a "shared source" of audio for multiple Lifestyle players using the Personal music center of the Bose Lifestyle 50 System, the Personal music center would transmit information to the centralized multi-room interface (not to the Lifestyle players), which would cause the multi-room interface to configure itself to distribute the same audio from the same audio source to each of the rooms so that the same audio could be played back simultaneously via the Lifestyle players.   *See, e.g.* BOSE_SUB-0000001-55 at 6, 12, 17, 19, 44-45; BOSE_SUB-0000684-687 at 684-685." Again, Dr. Almeroth purported evidence does not support his opinion, as these documents do not show that playback speakers do not also or simultaneously receive any information from the Personal music center. Indeed, the documentation refers to "radio links" that transmits data to and from the playback speakers.

Dr. Almeroth also contends that "a POSITA would not consider the multi-room interface and the Lifestyle players to be operating on a data network because the hard-wired connection there between is not a medium that interconnects devices, enabling them to send digital data packets to and receive digital data packets from each other." I disagree. As a POSITA, it is my opinion that "data packets" can be exchanged over hard wired connections, such as ethernet

Contains Highly Confidential AEO and Source Code Materials

connections, or in this case, speakers connected together. Further, the claim limitations do not require connections to be "wireless," and Dr. Almeroth does not provide any evidence to support his assertion to the contrary.

Further, similar to the above, in paragraph 653 of my Opening report, I opined that "The Bose Link connection is essentially a conversation between the media center and the expansion device. The media center sends on/off, volume and source change commands along with audio to the zones. The zones then respond by sending information back to the media center to let it know that the zone is still active." Dr. Almeroth, however, provides no evidentiary support for his assertion that "none of this information" is exchanged between the media center.

Dr. Almeroth also falsely contends that "to the extent that Dr. Schonfeld is asserting that the alleged 'indication' is sent from the Lifestyle player to the Bose link enabled media center, such a theory would fail for the additional reason that the claim requires the 'indication' to be received by the "first zone player." But as evidenced above, the first zone player does receive an indication when added to the group, and a POSITA would nevertheless know that when informing a speaker that it has been added to a group, that it would have been obvious to send an indication as well.

Next, Dr. Almeroth contends that "the Bose Lifestyle 50 System evidence I have reviewed establishes that a Lifestyle player could only be a member of one group of Lifestyle players having a "shared source" of audio that was in existence at any given time, and that the only way a Lifestyle player in a first group of Lifestyle players having a "shared source" of audio could have been added to a second group of Lifestyle players having a "shared source" of audio was to destroy the first group by changing the audio source for the Lifestyle player to match the "shared source" of audio for the second group." I disagree. To start, the Bose document that Dr. Almeroth cites says does not provide any restrictions on whether Lifestyle players could only be connect to a single source at a time. More specifically, the Bose system is meant to allow for the Lifestyle speakers to be utilized in multiple zones through a shared source via the ROOM and HOUSE buttons. Indeed,

Contains Highly Confidential AEO and Source Code Materials

nothing that Dr. Almeroth cites establishes that groups would be "destroyed" by changing the audio source.

**41.    Limitation 1.6: "(i) receiving, from a network device over a data network, a first indication that the first zone player has been added to a first zone scene comprising a first predefined grouping of zone players including at least the first zone player and a second zone player that are to be configured for synchronous playback of media when the first zone scene is invoked; and"**

899.    In my opinion, the Bose LifeStyle discloses this claim limitation.

900.    As I discussed *supra* in Sections VIII and IX, Sonos argued that adding a speaker to a speaker group via a controller and sending an "indication" that need not include the "zone scene" or the players in that zone scene is sufficient to meet this claim element.

901.    Bose Lifestyle discloses this behavior. As discussed above and further below, Bose LifeStyle allows for the addition of multiple rooms and zones to the be added to the Lifestyle ecosystem, and provides for the ability to operate in multiple rooms.

Contains Highly Confidential AEO and Source Code Materials

## Connecting additional rooms

Follow the placement guidelines for the Bose® powered speakers that you plan to connect. Then review your plan for how to connect these speakers to the multi-room interface in your primary room. If you have questions or need extension cables to complete the connections, call Bose Customer Service at the numbers listed on the back inside cover of this owner's guide.

 **CAUTION:** *Make sure all components are unplugged from the power outlet before you begin hooking up additional speakers.*

Connect the audio input cable from your additional powered speakers to the selected ROOM jack on the back of the multi-room interface.

1. Plug the small black multi-pin connector (flat side facing up) into the jack marked ROOM B, C, or D on the back of the interface.
2. Follow the instructions that came with your speakers for connecting the cable to the speakers.

 **Note:** *Be sure that each connector is inserted completely into each jack.*

**Figure 47**

*ROOM jacks on the multi-room interface*



Room A, B, C, and D jacks

*Id.* at 40. *See also,* BOSE_SUB-0000361-448.

Contains Highly Confidential AEO and Source Code Materials

## Operating in more than one room

Your Lifestyle® 50 system can control up to four sets of Bose® powered speakers, allowing your family to enjoy different audio sources (CD, radio, TV, etc.) in up to four rooms. These rooms are referred to as room A, B, C, and D, with room A being the primary room (the one used for a one-room system). If two or more rooms are connected to your system, the Personal™ music center displays ROOM and HOUSE buttons, and room indicators (A, B, C, and/or D). Figure 48 shows an example display for a two-room system.

**Figure 48**

*Example display for a two-room system*

The ROOM button lets you control a single room or two or more rooms that share a source

The HOUSE button lets you control all connected rooms as one

The room indicators tell you what was selected by the ROOM or HOUSE button



### Understanding the room indicators

Ⓐ  A boxed letter indicates the presently-selected room or rooms. The selected room is affected by any source changes, or any change you make using the VOLUME, MUTE, ON/OFF, or SLEEP buttons.

B  An unboxed letter indicates a room listening to a ***shared source***. A shared source is one that is playing in the controlled room as well as in up to three additional rooms. If you change the radio station, CD track, etc., of the shared source, the change affects all rooms sharing this source. However, you cannot change sources for all affected rooms at the same time. The VOLUME, MUTE, ON/OFF, and SLEEP buttons only affect the boxed room(s).

☐  An empty box appears for each connected room when you press the HOUSE button. When you change the volume in the HOUSE mode, the numerical level appearing on the display does not represent the actual volume level in all connected rooms. It only represents the actual volume in rooms represented by a boxed letter.

Contains Highly Confidential AEO and Source Code Materials

## Using the ROOM button

The ROOM button allows you to select any connected room and control any sound source you want to hear in that room. Each time you press the ROOM button you can transfer control from one room to the next in A-B-C-D order. The room indicators on the display tell you what is currently selected. Rooms listening to a shared source can be linked and controlled as one room.

### Turning on different sources in more than one room

Let's say you have a two-room system (rooms A and B) and the entire system is off. To turn on a different source in each room:

1. Wake up the Personal™ music center.

2. Press the ROOM button until the room indicator Ⓐ is displayed. Press a source button, such as VIDEO 1, to turn on the system and listen to your DVD player in room A. Adjust the volume to the desired level.

3. Press the ROOM button again. The room indicator Ⓑ is displayed. Press a different source button, such as CD, to listen to a CD in room B. Again, adjust the volume to the desired level.

4. Press the ROOM button again and notice that the room indicator Ⓐ is displayed. You are controlling room A once again and the displays indicates that the VIDEO 1 source is on.

### Setting up a shared source

Now, let's say the system is already on and you want to play the FM radio in rooms A and B:

1. Wake up the Personal music center.

2. Press the ROOM button until the room indicator Ⓐ is displayed. Press the FM source button and adjust the volume to the desired level for room A.

3. Press the ROOM button again to select room Ⓑ. Press the FM source button and adjust the volume to the desired level for room B. Now, the indicators Ａ Ⓑ are displayed.

4. Press the ROOM button again. The indicators Ⓐ Ⓑ appear on the display indicating that you can control these two rooms together. Any button command given now (SOURCE, VOLUME, MUTE, ON/OFF, SLEEP) is applied to both rooms.

**Note:** *Remember that there are limits to using different sources in different rooms. With one tuner, the system cannot play one radio station in one room and another radio station in another. Similarly, with one CD changer, the system cannot play two different CDs at the same time.*

## Linking rooms for common control

There are two ways to link rooms in order to control them as one.

- Set up a shared source in two or more rooms and select them together using the ROOM button. See "Setting up a shared source" above.

- Link all connected rooms using the HOUSE button. See "Using the HOUSE button" on page 43.

## Returning to single-room control

After you have gained control of multiple rooms using the ROOM button, you can use the ROOM button again to gain control of a single room. Press ROOM until the room you want is displayed (Ⓐ, Ⓑ, Ⓒ, or Ⓓ). Control that room as desired.

Contains Highly Confidential AEO and Source Code Materials

*Id.* at 43.

## Using the HOUSE button

Using the HOUSE button, you can link all rooms together and control them as one. When you press the HOUSE button, an empty box indicator is displayed for each connected room. Any button pressed after that (any source button, VOLUME, MUTE, or SLEEP) affects every room. When you are done listening you can press OFF to turn off the entire system.

**Note:** *If you do not press any additional buttons after pressing HOUSE, pressing HOUSE again cancels HOUSE mode.*

Press the HOUSE button before each command to apply that command to all rooms:

| Press … | To do this … |
|---|---|
| HOUSE then a source | Play the selected source in all connected rooms. |
| HOUSE then VOLUME ▲/▼ | Adjust the volume up or down by the same amount in all rooms that are on, or all connected rooms if they are all off. The system remembers the differences among the original room volume settings. |
| HOUSE then MUTE | Silence all connected rooms that are on, even if any were previously muted individually. To cancel this command, press HOUSE then MUTE again. Any rooms that were muted before this command was given stay silent until individually unmuted. If you unmute an individual room after it was muted by a HOUSE - MUTE command, the other rooms remain silent until each one is unmuted individually. Pressing HOUSE then VOLUME ▲unmutes all muted rooms. |
| HOUSE then SLEEP | Set the SLEEP timer for all rooms that are on. The SLEEP time selected applies to all rooms that are on even if they are playing different sources. If the SLEEP timer was already set in one or more rooms, the display shows the longest time already set. You can accept this time or change it for all the rooms. To cancel the HOUSE - SLEEP command, press HOUSE, SLEEP, CLEAR, and then DONE. |
| HOUSE then OFF | Turn off the entire system. |

**Note:** *Instead of setting the whole house to one sleep time, you can set different sleep times for individual rooms by using the ROOM button to select each room and setting SLEEP.*

*When two or more rooms are linked, adjusting the SLEEP time affects all linked rooms (indicated by boxed letters).*

*Id.* at 43.

902.    Further, and as evidenced below, for example, Bose Lifestyle explicitly allows for multiple zones and operation.

Contains Highly Confidential AEO and Source Code Materials

## 7.0 User Interface Operation

### 7.5 Multi-zone paging user interface operation

The Multi-zone paging user interface provides keys to select single paging zones, all paging zones and initiate a page.

Paging zones are not the same as output zones. After assigning the PAGE source to the output zones and choosing the appropriate settings in the Page Setup control pane, flashing the hardware maps the paging zone buttons accordingly.

When mapped, the paging zone **1** button will select the lowest numbered output ZONE to which the PAGE source is assigned. The paging zone **2** button will select the next lowest numbered output ZONE to which the PAGE source is assigned, and so forth.

**Multi-Zone Paging User Interface**



Select paging zone #1 — Select paging zone #2
Select paging zone #3 — Select paging zone #4
Select all paging zones — Initiate a page

- Press **1**, **2**, **3** or **4** to select a paging zone. A green LED flashes to indicate that the zone is selected for paging. After ending a page the LED turns off.
- Press **ALL** to select all paging zones.
- Press **PAGE** to initiate a page in systems that do not use a PTT microphone.

**Paging User Interface Example:**

- The **PAGE** source is assigned to ZONE OUT 1 and ZONE OUT 4.
- In the Page Setup control pane for ZONE 1 and ZONE 4:

  **Paging Type** = Multi-zone
  **PAGE Control** = Wall plate 3

- After flashing the hardware, the paging zone **1** button selects ZONE OUT 1 for paging, and the paging zone **2** button selects ZONE OUT 4 for paging.



61 of 80

BOSE_SUB-0000122

BOSE_SUB-0000122. *See also,* BOSE_SUB-0000361-448.

Contains Highly Confidential AEO and Source Code Materials

## Figure 1: Two-Zone System

**Example System: Small Market**

The store is comprised of two zones, the main retail area and the cashier area. The main retail area receives music and paging, and operates at a fixed volume level.

The cashier area also receives music and paging, but its volume is controlled by the Auto Volume function and an Auto Volume wall plate.



Music Source

|  |  | Zone 1 Retail | Zone 2 Cashier | Zone 3 | Zone 4 |
|---|---|---|---|---|---|
| Sources |  |  |  |  |  |
|  | Music | • | • |  |  |
|  | Paging | • | • |  |  |
| Controls |  |  |  |  |  |
|  | Standard Wallplate | • |  |  |  |
|  | Auto Volume Wallplate |  | • |  |  |



Page Source



Zone 2 Auto Volume Sense Microphone

## Figure 2: Four-Zone System

**Example System: Restaurant**

The restaurant is comprised of four zones: dining, bar, patio, and the restrooms and lobby. All zones receive the music source, and the bar and lobby area receive paging. The bar area also can select the television audio source.

The dining and bar areas' volume is controlled by the Auto Volume function. The remaining zones, the patio and restrooms/lobby, are controlled using standard wall plate controls. A multi-zone paging interface is connected to the wall plate number four connection to provide independent paging of the two page zones.



Music Source

TV    Zone 2 Source

Page Source

Zone 1 Auto Volume Sense Microphone

Zone 2 Auto Volume Sense Microphone



|  |  | Zone 1 Dining | Zone 2 Bar | Zone 3 Patio | Zone 4 Entry/Restrooms |
|---|---|---|---|---|---|
| Sources |  |  |  |  |  |
|  | Music | • | • | • | • |
|  | TV |  | • |  |  |
|  | Paging |  | • |  | • |
| Controls |  |  |  |  |  |
|  | Standard Wallplate |  |  | • | • |
|  | Auto Volume Wallplate | • | • |  |  |

Information subject to change without notice.

pro.bose.com

BOSE_SUB-0000144

BOSE_SUB-0000144.

Contains Highly Confidential AEO and Source Code Materials



BOSE_SUB-0000145.

903.    Bose LifeStyle also allows for playing in multiple rooms.

Contains Highly Confidential AEO and Source Code Materials

## Setting Up Your Lifestyle® Stereo Amplifier

### Multi-room interface setup



⚠ **CAUTION:** Before making any connections, turn the Lifestyle® system off and disconnect the music center from the AC (mains) power outlet. DO NOT plug the amplifier into an outlet until you have completed all other connections.

1. Insert the 8-to-9-pin adapter into one of the unused ROOM output connectors (B, C, or D) on the rear of the multi-room interface (Figure 10).

2. Insert one end of the Bose® link A cable into the 8-to-9-pin adapter.

3. Insert the other end of the Bose® link A cable, into the Bose® link input connector on the rear panel of the Lifestyle® stereo amplifier.

**Figure 10**

Lifestyle® stereo amplifier
to multi-room interface
connections



BOSE_SUB-0000289

BOSE_SUB-0000289.

Contains Highly Confidential AEO and Source Code Materials

## Setting Up Your Lifestyle® Stereo Amplifier



### Setting up the Personal® music center

Systems that have a multi-room interface are controlled by the Personal® music center which requires no internal switch settings before it allows you to control more than one room of speakers. However, if you purchase a second Personal® music center, you must follow the procedure for setting up the Personal® music center for the first time.

♪ **Note:** *Refer to your Lifestyle® system owner's guide for more information on operating your system in more than one room.*

### Selecting other rooms with the Personal® music center

The Personal® music center allows you to control up to four sets of Bose® powered speakers placed in individual rooms. These rooms are referred to as room A, B, C, and D, with room A being the primary room (the one used for a one-room system). If two or more rooms are connected to your system, the Personal® music center displays ROOM and HOUSE buttons, and room indicators (A, B, C, and/or D). Figure 11 shows a sample display for a two-room system.

**Figure 11**
*Sample display for a two-room system*

Press the ROOM button to control a single room or two or more rooms that share a source.

Press the HOUSE button to control all connected rooms as one.

The room indicators tell you what was selected by the ROOM or HOUSE button.



BOSE_SUB-0000290.

Contains Highly Confidential AEO and Source Code Materials

**Setting Up Additional Rooms For Sound**

English

## Setup guidelines for additional rooms

If you have a Lifestyle® 18 series II, 28 series II, 38 or 48 home entertainment system, you can experience stereo sound in up to 14 other rooms using Lifestyle® stereo amplifiers, compatible speaker systems and remote controls for the other rooms.

- Remote controls for other rooms must be set to the same house code as the main room remote, but each remote must be set to a different room code. See "Setting up remote controls for other rooms" on page 23.

- The Lifestyle® amplifier and its remote control must be set to the same room code. See "Setting up the amplifier room code" on page 24.

- When using more than one amplifier to power more than two speakers in a room (Figure 18, room C), all amplifiers must be set to the same room code. Also, one amplifier must be set to the single amp mode and all others must be set to the supplemental amp mode. See "Single and supplemental amplifiers" on page 25.

*Figure 18*

Sample installation of
Lifestyle® stereo amplifiers



22

BOSE_SUB-0000297

BOSE_SUB-0000297.

Contains Highly Confidential AEO and Source Code Materials

**Setting Up Additional Rooms For Sound**

## Setting up remote controls for other rooms

**To set up the RC-18S or RC-38S remote:**

1. Remove the remote control battery cover and locate the microswitches (Figure 19).
2. Make sure that the house code settings (switches 1, 2, 3, and 4) match the house code settings in your main room remote.
3. This remote is shipped from the factory set for room B. If this remote is used beyond a second room, set switches 6, 7, 8, and 9 to the same room code as set in the Lifestyle® stereo amplifier.

♪ **Note:** Refer to your Lifestyle® system owner's guide for more information on operating your system in more than one room.

**Figure 19**
Microswitch settings for RC-18S and RC-38S remotes



RC-18S or RC-38S remote

| Room | | Room | |
|---|---|---|---|
| B | | I | |
| C | | J | |
| D | | K | |
| E | | L | |
| F | | M | |
| G | | N | |
| H | | O | |

**To set up the Personal® music center II:**

Refer to the owner's guide included with the Personal® music center II for instructions on configuring this remote for other rooms.

BOSE_SUB-0000385

BOSE_SUB-0000385.

Contains Highly Confidential AEO and Source Code Materials



Figure 20

Amplifier room code settings

24

BOSE_SUB-0000386

BOSE_SUB-0000386. *See also,* BOSE_SUB-0000361-448.

904.    Then, as also mentioned before, the Bose Link communication protocol allows for

Contains Highly Confidential AEO and Source Code Materials

an indication that additional rooms, for example, have been added to the media center. The Bose Link connection is essentially a conversation between the media center and the expansion device. The media center sends on/off, volume and source change commands along with audio to the zones. The zones then respond by sending information back to the media center to let it know that the zone is still active. Importantly, as described below, the media center will not acknowledge commands from any zone that is not targeted or invoked (BOSE_SUB-0000596).

Contains Highly Confidential AEO and Source Code Materials

 

Company Confidential

## What is Bose Link?

Bose link is a communication protocol. To communicate there must be at least two participants that speak the same language. To Bose products, Bose link is that language.

## Rooms

There are 15 different rooms that can be controlled by a Bose link enabled media center. The main room – labeled room A – is reserved for the Lifestyle speaker components. The other rooms – rooms B-O – are reserved for expansion via Bose link.



For a Bose link setup to work the system must include a Bose link enabled media center (a controller), a Bose link expansion product, and an expansion remote control. Both the expansion product and the remote must be configured to operate on the same room.

A Bose link connection is essentially a conversation between the media center and the expansion device. The media center sends on/off, volume and source change commands along with audio to the expansion product. The expansion product responds by sending information back to the media center to let it know that it is still on (or off) and in the same room. This information exchange occurs each time a power or source change command is issued by the expansion remote.



When the media center receives an ON command from an expansion remote the system turns on and checks for any Bose link products that might be connected, but it will only look for Bose link products that are assigned to the same room as the remote.

Understanding Bose® link                                        Page 2 of 8

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    BOSE_SUB-0000595

BOSE_SUB-0000595.

Contains Highly Confidential AEO and Source Code Materials





If the media center receives a command from a remote configured for room B, for example, the media center calls out to other Bose link products which might be assigned to room B. If a connected expansion product is assigned to room B it will respond to the media center and a Bose link connection will be made. The media center will not acknowledge a response from anything not assigned to room B.







The media center will not acknowledge more than one response from the same room, either. As with any productive conversation, there can only be one person speaking at a time. If more than one product is assigned to room B the media center won't know which one to listen to. If the media center can't understand the response from the expansion products, or if there is no response at all, the media center will turn itself off and the Bose link connection will not be successful.

Understanding Bose® link                                    Page 3 of 8

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    BOSE_SUB-0000596

BOSE_SUB-0000596.

Contains Highly Confidential AEO and Source Code Materials

I also incorporate by reference into this section, my rebuttals to Dr. Almeroth's opinions, as articulated above.

**42.    Limitation 1.7: "(ii) receiving, from the network device over the data network, a second indication that the first zone player has been added to a second zone scene comprising a second predefined grouping of zone players including at least the first zone player and a third zone player that are to be configured for synchronous playback of media when the second zone scene is invoked, wherein the second zone player is different than the third zone player;"**

905.    In my opinion, Bose Lifestyle discloses or renders obvious this claim limitation.

906.    I incorporate by reference my discussion of Limitation 1.6 herein, which discloses receiving from a network device an indication that the zone player has been added to a zone scene comprising a predefined grouping of zone players that are to be configured for synchronous playback of media when the zone scene is invoked. Limitation 1.7 adds the limitation that the first zone player is a member of two different "zone scenes."

907.    In addition to the evidence disclosed in Limitation 1.7, the Bose Lifestyle expressly teaches managing two separate streaming sources at one time, such that room A can operate on stream 1, and room B can operate stream 2, for example.

Contains Highly Confidential AEO and Source Code Materials



Company Confidential



## Streams

A Bose link enabled media center is also capable of managing two separate sources at the same time. Each source can be sent to one of two different outputs - or 'streams' – within the Bose link connection. 4 of the 9 pins that make up the Bose link connection on the back of the media are responsible for delivering these streams – all of which are analog. Two pins are reserved for stream 1 audio L/R (fixed), and another two pins carry stream 2 audio L/R (fixed) – (there is another pair of pins that carry variable stream 2 audio that will be discussed later). Every Bose link expansion product has 2 inputs to accommodate each stream, and the remote control tells the device which stream to listen to. The expansion products receive fixed audio and then control volume via commands they receive from the media center carried on other pins.

### Here is an example:

If an expansion remote configured for stream 1 sends an ON command to the media center, the media center will activate the pins that carry stream 1 information. The media center will also call out to any Bose link product set to the same room code as the remote. If the media center gets an answer it can understand, it will respond by telling the expansion product to turn on and listen to its stream 1 inputs. If the media center does not get a response from an expansion product set to the same room as the remote it will simply turn itself off.

The main room, or room A, can only operate on stream 1. Although any of the expansion rooms can be configured to operate on either stream 1 or stream 2, expansion rooms are generally assigned to stream 2. Since only one source can be sent to each stream at any given time, keeping Bose link expansion products on stream 2 prevents changes made in expansion rooms from affecting what is being played in the main room, and vice-versa.

Understanding Bose® link

Page 4 of 8

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    BOSE_SUB-0000597

BOSE_SUB-0000597.

Contains Highly Confidential AEO and Source Code Materials

### (b)    Obviousness – POSITA

908.    In the alternative, this claim element discloses nothing more than overlapping speaker groups, which would have been obvious to a person of skill in the art at the time. Indeed, the Bose LifeStyle already disclosed having groups and dynamic reallocation of those groups, which indicates to a person of skill in the art that overlapping group membership is desirable, consistent with Sonos's arguments in its summary judgment briefing. A POSITA would have been motivated to add overlapping groups because Bose LifeStyle's own marketing materials touted the flexibility of its system to allow users to play back media throughout their household. *Supra*.

909.    A person of skill in the art would have recognized that by allowing a user to create speaker groups, those groups may either (1) allow overlapping group membership or (2) not allow overlapping group membership. Given that allowing overlapping group membership may be attractive to certain users because there was a recognized "need for dynamic control of the audio players as a group," it would have been obvious to select allowing overlapping group membership when implementing speaker groups. '885 Patent at 1:30-34.

### (c)    Obviousness – Nourse

910.    A person of skill in the art would also have been motivated to combine the Bose LifeStyle with Nourse, which discloses a plurality of speakers, each of which has "a unique 16-bit address." Nourse, 3:57-58. "Each of the speakers also can be assigned up to four group identifiers." *Id.* at 3:58-59. The group identifier "allows specific speakers to be assigned to a group and receive the same signal." *Id.* at 3:61-63. Thus, any speaker "can be assigned to more than one group." *Id.* at 4:5. Nourse is analogous to the '885 patent because it is in the same field of endeavor, "controlling or manipulating a plurality of multimedia players in a multi-zone system." '885 Patent, 1:30-34. For example, Nourse, like the '885 patent, explains that it is directed to "a centralized speaker system that allows multiple speakers connected to a central amplifier speaker

Contains Highly Confidential AEO and Source Code Materials

line to be monitored and controlled from a central location via a mater/slave protocol." Nourse at Abstract. Nourse is also reasonably pertinent to the problem to be solved by the '885 patent, which is "dynamic control of the audio players as a group." For example, Nourse explains that speakers may be "addressed individually or as part of a group" by "receiving unique content specific, respectively, to the individual remote speaker address and group address" (*id*. at 2:35-39) where the group address or identifier "allows specific speakers to be assigned to a group and receive the same signal" and play back audio as a group (*id*. at 3:61-63). Nourse teaches additional means for improving the user experience by allowing a user to add a playback device to multiple groups. Nourse at 3:57-4:5. It would have been desirable to allow a user to have a particular zone player join multiple groups (e.g., the kitchen and patio could be grouped for outside entertainment, and the kitchen and living room could be grouped for inside entertainment). Having a speaker join multiple groups would increase the number of customized combinations a user could configure in their home, as the Bose LifeStyle recognizes as an important feature. Nourse is also analogous to the Bose LifeStyle system as both relate to digital speaker systems with dynamic grouping features.

### (d)    Obviousness – Rajapakse (US 8,239,559)

911.    A person of skill in the art would have found it obvious to combine Rajapakse with Bose LifeStyle. Rajapakse was cited by many Sonos patents regarding speaker grouping, including patents from the same family as the '885 Patent, indicating that persons of skill in the art recognized that Rajapakse was highly relevant to the claimed features. For example, Mr. Lambourne in prosecuting US 2013/0251174 disclosed Rajapakse as relevant prior art. 2014-04-17 Information Disclosure Statement. Rajapakse was also cited by the following patents—which are closely related to the '885 patent.

| US20130251174A1 | Sonos, Inc. | Controlling and manipulating groupings in a multi-zone media system |
| US8788080B1 | Sonos, Inc. | Multi-channel pairing in a media system |

Contains Highly Confidential AEO and Source Code Materials

| US9226087B2 | Sonos, Inc. | Audio output balancing during synchronized playback |
| US9226073B2 | Sonos, Inc. | Audio output balancing during synchronized playback |
| US9456279B1 | Google Inc. | Automatic control and grouping of media playback devices based on user detection |
| US9671997B2 | Sonos, Inc. | Zone grouping |
| US9729115B2 | Sonos, Inc. | Intelligently increasing the sound level of player |
| US10209948B2 | Sonos, Inc. | Device grouping |
| US10306364B2 | Sonos, Inc. | Audio processing adjustments for playback devices based on determined characteristics of audio content |
| US10331399B2 | Apple Inc. | Smart audio playback when connecting to an audio output system |
| US10356526B2 | Razer (Asia-Pacific) Pte. Ltd. | Computers, methods for controlling a computer, and computer-readable media |
| US10516718B2 | Google LLC | Platform for multiple device playout |
| US11265652B2 | Sonos, Inc. | Playback device pairing |

912.    Rajapakse discloses this claim element.

913.    For example, Rajapakse discloses dynamic playback among many speakers in groups. 13:41-45 ("There may be multiple streams of audio being sent to multiple media renderers 203 in multiple zones at the same time. . . As an example, a media renderer may be the front left channel when a movie is being played to a screen that is centered between it and the front right. This would be configured as default movie stream. This same media renderer may be configured also to be the back left channel when playing a default HiFi audio stream, where hi performance front media renderers are positioned elsewhere in the room.").

914.    Rajapakse also discloses synchronized playback in speaker groups. 11:60-65 ("The rendition of each stream by a media renderer 203 (speaker) needs to be synchronized in time. This is enabled by the distribution server 204 working with the media renderer 203, using a stream protocol specific to the media renderers 203. This protocol includes the methods to time-synchronize rendition of the stream.").

915.    Rajapakse discloses dynamic grouping and transitioning speakers among different groups. 3:65-67 ("If the user and media source 101 move to the dining room that also has a set of destination devices 103 present, it is desirable for music playback from the media source 101 to

Contains Highly Confidential AEO and Source Code Materials

transition to this new set of destination devices 103 automatically and without interruption.").

916.    Rajapakse discloses that each player/speaker may be a part of multiple groups. 4:47-54 ("Each media renderer 203 is set up with a variety of properties including lists of acceptable zone identifications, acceptable zone manager identifications, acceptable zone 50 control point identifications, lists of acceptable stream identifications, rendition properties such as volume and role properties.").

917.    Rajapakse discloses having many properties for players within a speaker group and therefore discloses "zone scenes." 4:53-67 ("One of these properties, the 'role' of a media renderer 203, can define what stream channel the media renderer 203 will 55 play back. Each audio data stream may include multiple channels, where each channel is defined as front left, center, front right, back left, back center, back right, subwoofer, etc. The media renderer 203 can be configured to accept one of the channels in the stream. If the stream does not contain the channel the media renderer 203 is configured for, it may be configured to play an alternate channel or not play anything. In addition to the channel type roles, a media renderer's role may include other 'roles.' A media renderer's role could be to play only deep base sounds, or to play only high pitch sounds in the media. As another example, a media renderer's role may be to provide special effects, such as echoes or background sounds. As a further example, a media renderer's role may be to play pre-recorded media segments at various points of the media stream. For example, a media renderer 203 may play pre-recorded media segments on initiation by a control point or zone manager, or based on sensing various states or conditions, such as powering up the media renderer, or detecting a sensor condition.").

918.    Rajapakse discloses overlapping groups or zones, and therefore overlapping speakers within those zones. 5:61-67 ("A zone is a physical space that a number of media renderers belong to and within which the media renderers are physically located. Typically a zone is a

listening space, a space where the audio from all the media renderers in the space can be heard. For example, all media renderers within a single auditorium will be in the same zone. Zones may overlap and may include other zones.").

919.    Rajapakse discloses that speakers may be a member of more than one group. 6:1-4 ("Each media renderer 203 is assigned to one or more zones. Zones are typically identified with a Zone Identifier (ZID).").

920.    Rajapakse discloses dynamic zone and speaker management. 6:6-19 ("The zone manager 210 dynamically gathers and aggregates information on the media renderers 203 in its vicinity and makes this information available to other services. . . . In addition to gathering media renderer information, the zone manager 210 holds information specific to a zone, manages the media renderers 203 in the zone, and may provide additional services and actions, such as media renderer reservation to other services such as control points 201. . . . The zone control point 209 is an enhanced version of a standard control point 201. The enhancements allow the zone control point 209 to interact with the zone manager 210 to quickly gather information on sets of media renderers 203 in a zone and perform actions on the zone.").

921.    Rajapakse discloses zone management that is dynamic. 12:51-59 ("Once a zone manager 210 registers a media renderer 203, the zone manager 210 may view and modify the media renderer's setup by interacting with a user directly or via a control point 201. This includes modifying the media renderer's zone list, default stream list, role, and properties such as volume.").

### (e)    Obviousness – Millington

922.    A person of skill in the art would have been motivated to combine Millington with the Bose LifeStyle because Mr. Millington worked on Sonos products that are in the same field of endeavor as the Bose LifeStyle, and therefore it would have been an obvious choice to look to for guidance about potential modifications to that system. Mr. Millington's patents also described

Contains Highly Confidential AEO and Source Code Materials

aspects of the Sonos System or aspects related to how those systems practice group synchronization and therefore a POSITA would have looked to Millington to understand the Sonos System or its competitors, like Bose LifeStyle. Millington was also assigned to Sonos and was filed in the same timeframe as the Sonos System was released.

923.    Millington discloses this claim element.

924.    Millington discloses standalone speakers and synchronous groups. Millington at 6 ("In the following, the term "synchrony group" will be used to refer to a set of one or more zone players that are to play the same audio program synchronously. Thus, in the above example, zone players 11(1) and 11(2) comprise one synchrony group, zone player 11(3) comprises a second synchrony group, zone players 11(4) and 11(5) comprise a third synchrony group, and zone player 11(6) comprises yet a fourth synchrony group. Thus, while zone players 11(1) and 11(2) are playing the same audio program, they will play the audio program synchronously."); *Id.* ("Similarly, while zone players 11(4) and 11(5) are playing the same audio program, they will play the audio program synchronously.").

925.    Millington discloses using dynamic groups. Millington at 7 ("In the network audio system 10, the synchrony groups are not fixed. Users can enable them to be established and modified dynamically. Continuing with the above example, a user may enable the zone player 11(1) to begin providing playback of the audio program provided thereto by audio information source 14(1)(1), and subsequently enable zone player 11(2) to join the synchrony group. Similarly, a user may enable the zone player 11(5) to begin providing playback of the audio program provided thereto by audio information source 14(5)(2), and subsequently enable zone player 11(4) to join that synchrony group. In addition, a user may enable a zone player to leave a synchrony group and possibly join another synchrony group. For example, a user may enable the zone player 11(2) to leave the synchrony group with zone player 11(1), and join the synchrony group with zone player

Contains Highly Confidential AEO and Source Code Materials

11(6). As another possibility, the user may enable the zone player 11(1) to leave the synchrony group with zone player 11(2) and join the synchrony group with zone player 11(6). In connection with the last possibility, the zone player 11(1) can continue providing audio information from the audio information source 14(1)(1) to the zone player 11(2) for playback thereby."); Millington at 41 ("The system is such that synchrony groups are created and destroyed dynamically, and in such a manner as to avoid requiring a dedicated device as the master device.").

926.    Millington discloses overlapping speaker groups. Millington at 17 ("As noted above, there may be multiple synchrony groups in the network audio system 10, and further that, for example, a zone player 11(n) may operate both as a master device 21 or a slave device 22(g) in one synchrony group, and as the audio information channel device 23 providing audio and playback timing information and clock timing information for another synchrony group."); Millington at 19 ("Indeed, it will be appreciated that the zone player that is utilized as the audio information channel device for synchrony group 20(2) may also be a zone player that is utilized as the master device 21(1) or a slave device 22(1)(1),..., 22(K)(1) in the synchrony group 20(1).").

927.    I also incorporate by reference into this section, my rebuttals to Dr. Almeroth's opinions, as articulated above.

> (ii)    *Limitation 1.8: "after receiving the first and second indications, continuing to operate in the standalone mode until a given one of the first and second zone scenes has been selected for invocation;"*

928.    In my opinion, Bose Lifestyle discloses this claim limitation, and I incorporate my analysis from the previous claim limitations.

929.    For example, Bose LifeStyle discloses adding additional zones or rooms to the media center, and then programming each room to be a certain frequency. Put another way, Bose LifeStyle allows a user to add additional speakers to zones of the Bose media center, and if any

Contains Highly Confidential AEO and Source Code Materials

particular speaker is offline when the connected to the zone, it will remain offline, until invoked for use.



**Setting Up Additional Rooms For Sound**

English

## Setup guidelines for additional rooms

If you have a Lifestyle® 18 series II, 28 series II, 38 or 48 home entertainment system, you can experience stereo sound in up to 14 other rooms using Lifestyle® stereo amplifiers, compatible speaker systems and remote controls for the other rooms.

- Remote controls for other rooms must be set to the same house code as the main room remote, but each remote must be set to a different room code. See "Setting up remote controls for other rooms" on page 23.

- The Lifestyle® amplifier and its remote control must be set to the same room code. See "Setting up the amplifier room code" on page 24.

- When using more than one amplifier to power more than two speakers in a room (Figure 18, room C), all amplifiers must be set to the same room code. Also, one amplifier must be set to the single amp mode and all others must be set to the supplemental amp mode. See "Single and supplemental amplifiers" on page 25.

### Figure 18

Sample installation of Lifestyle® stereo amplifiers

22

BOSE_SUB-0000384

Contains Highly Confidential AEO and Source Code Materials

BOSE_SUB-0000384.



**Setting Up Additional Rooms For Sound**

## Setting up remote controls for other rooms

**To set up the RC-18S or RC-38S remote:**

1. Remove the remote control battery cover and locate the microswitches (Figure 19).

2. Make sure that the house code settings (switches 1, 2, 3, and 4) match the house code settings in your main room remote.

3. This remote is shipped from the factory set for room B. If this remote is used beyond a second room, set switches 6, 7, 8, and 9 to the same room code as set in the Lifestyle® stereo amplifier.

♪ **Note:** Refer to your Lifestyle® system owner's guide for more information on operating your system in more than one room.

**Figure 19**
*Microswitch settings for RC-18S and RC-38S remotes*



RC-18S or RC-38S remote

**To set up the Personal® music center II:**
Refer to the owner's guide included with the Personal® music center II for instructions on configuring this remote for other rooms.

*23*

BOSE_SUB-0000385.

BOSE_SUB-0000385.

930.    As previously mentioned,  Bose LifeStyle allows a user to deliver music to

Contains Highly Confidential AEO and Source Code Materials

additional zones while simultaneously playing music in the main zone. Further, Bose Lifestyle's "room selector" enables a user to target specific zones with the ability to add additional zones to the media center, which will not be brought "online" until the selected by the user.

Contains Highly Confidential AEO and Source Code Materials

## LIFESTYLE® SA-2 STEREO AMPLIFIER

### PRODUCT POSITIONING

• Our most popular Lifestyle® system expansion stereo amplifier.

• Enjoy Bose® sound throughout your home – from one Lifestyle® system. The Lifestyle® SA-2 stereo amplifier is designed for Lifestyle® system owners who want to enjoy Bose quality music in additional rooms of their home – indoors and outdoors – with their choice of Bose speakers.

### HEADLINES

*Expand your Lifestyle® system to additional rooms – easily and elegantly.*
Introducing the new Lifestyle® SA-2 stereo amplifier from Bose.

*Bring Bose® sound to other rooms in your home – from your Lifestyle® system.*
Introducing the new Lifestyle® SA-2 stereo amplifier from Bose.

*Enjoy Bose® sound here…and there…from your Lifestyle® system.*
Introducing the new Lifestyle® SA-2 stereo amplifier from Bose.

*Movies in one room. Music in up to 14 additional rooms. All from your Lifestyle® system.*
Introducing the new Lifestyle® SA-2 stereo amplifier from Bose.

### KEY PRODUCT BENEFITS (IN ORDER OF IMPORTANCE)

• **High-quality sound performance:** Bose patented signal processing circuitry enables full, rich stereo sound, even at low volumes.

• **Easy hookup:** Connects to Lifestyle® systems with a single Bose® expansion cable.

• **Easy, elegant placement:** Small footprint allows amplifier to easily be hidden in a room. Mounting flanges included for mounting to wall or floor joist.

• **Versatility, enabled by Bose® link:**
  – Enables choice between two independent audio streams from the Lifestyle® system (for example, a movie in one room, music in another).
  – Includes expansion output for "daisy-chaining" multiple Lifestyle® amplifiers for up to 14 additional rooms of audio.
  – Each amplifier can be controlled independently with a Lifestyle® expansion remote control (sold separately).

### KEY TECHNOLOGIES TO HIGHLIGHT (USE ICONS AS PROVIDED)

• **Bose® link:** A Bose proprietary networking technology that allows for easy, seamless expansion of your Lifestyle® system so you can enjoy different audio sources in different rooms, including outdoors. (*See Bose® link icon on "Technology Icons" page.)

• **Bose® patented signal processing circuitry:** Automatically adjusts tonal balance at different volume levels. Thus, music sounds lifelike with full, rich lows at almost any listening level, while speech consistently sounds natural.

• **Thermal compression circuitry:** Provides automatic protection for the amplifier electronics. If the amplifier approaches an unsafe operating temperature, the volume level is automatically lowered until a safe temperature is reached. Then, the volume is automatically returned to its original level.

For all copy on this page:    CD-ROM folder:    copy blocks
                             CD-ROM file:      promocopy.pdf

BOSE_SUB-0000450

BOSE_SUB-0000450.

Contains Highly Confidential AEO and Source Code Materials

## LIFESTYLE® SA-2 STEREO AMPLIFIER

### ADDITIONAL PRODUCT INFORMATION

#### DETAILED PRODUCT INFORMATION

- Room selector switches assign the amplifier to a specific room and radio frequency remote control.
- Mini-DIN expansion input and output easily connects multiple Lifestyle® amplifiers to the Lifestyle® media center in a daisy chain, whenever two or more pairs of speakers are desired in a specific location (for example, outdoors or in a large hall).
- Wired Volume Control (VCA) input provides connection for an on-wall volume control (can be used with or in place of a Lifestyle® radio frequency remote control).
- Finned cast aluminum housing dissipates heat efficiently for lower operating temperatures, even at full output.
- Integrated mounting flanges allow for permanent mounting to walls or floor joists, if desired.
- Bose® expansion cable allows for a single connection of the amplifier to the Lifestyle® media center or multi-room interface.
- Dimensions: 4½"H x 14¼"W x 5½"D (9 x 36 x 13.8 cm).
- Weight in carton: 7.6 lbs. (3.45 kg.).
- Power rating: Two-channel stereo operation, 40 watts (minimum) per channel.
- Speaker impedance: Compatible with speakers rated 6 ohms or higher.
- Color: Black.
- Limited one-year transferable warranty remains with the system even if ownership passes to another person.

#### OPTIONAL ACCESSORIES

- Lifestyle® radio frequency expansion remote controls (RC-18S for Lifestyle® 18 and 28 Series II systems, RC-38S and Personal® Music Center II for Lifestyle® 38 and 48 systems).

For all copy on this page:   CD-ROM *folder:*   *copy blocks*
                             CD-ROM *file:*   *promocopy.pdf*

BOSE_SUB-0000451

BOSE_SUB-0000451.

931.    That is, Bose Lifestyle allows additional zones to listen to what is being played in

Contains Highly Confidential AEO and Source Code Materials

the main room, or alternatively, something different. Alternatively, Bose LifeStyle allows the user the ability to add additional zones to the media center while audio is played in different zones. The newly added zones will remain offline until targeted or prompted by the user.

Contains Highly Confidential AEO and Source Code Materials

## LIFESTYLE® SA-2 STEREO AMPLIFIER

### SUGGESTED ADVERTISING SAMPLES

#### ADVERTISING COPY BLOCK

Attention Lifestyle® system owners: Did you know your Lifestyle® system can deliver music to other areas in your home – even while it's busy playing a DVD movie in the main room? Bose® link expansion capability makes it possible. And the Lifestyle® SA-2 stereo amplifier makes it easy. One simple connection of the SA-2 amplifier to the Bose® link output of your Lifestyle® system media center brings fresh musical possibilities to another room, including outdoors. Just add your choice of Bose stereo speakers. (Note: Lifestyle® SA-3 amplifier recommended for more powerful Bose speakers.) You can listen to what's playing in the main room…a CD, for example, or something different – perhaps your favorite FM station. Both at the same time, from one Lifestyle® system. So, the kids and their friends can keep on watching their movie while you enjoy some quality time – and quality Bose sound – out on the patio. And you can control your music from wherever you are with the dedicated radio frequency remote control. Bose patented signal processing circuitry automatically adjusts tonal balance for practically any volume level. The SA-2 amplifier is small enough to be easily hidden on the floor or on a shelf. You can even mount it to a wall or a floor joist. Get more out of your Lifestyle® system through Bose® link…and the SA-2 Lifestyle® stereo amplifier.

#### CATALOGUE COPY BLOCK

Bose® Lifestyle® SA-2 Stereo Amplifier
The most popular stereo amplifier from Bose works with your Lifestyle® system – and Bose® link – to bring music to a second room of your home, even outdoors. Simply connect the amplifier to the Bose® link output of your Lifestyle® media center with the included Bose® link cable, then connect your choice of Bose speakers to the amplifier. With the optional Lifestyle® expansion remote control you can choose the same musical program playing in the main room (a CD, for example) or something different (FM stereo). Compatible with Bose speakers rated 6 ohms or higher. Two-channel stereo operation, 40 watts (minimum) per channel. Size: 3½"H x 14⅜"W x 5½"D. Color: Black.

#### SIMPLIFIED BULLETED FORMAT

Our most popular Lifestyle® system expansion stereo amplifier.
- Works with your Lifestyle® system and Bose® link to bring high-quality sound to other rooms in your home.
- Full, rich stereo sound, even at low volumes, from Bose® patented signal processing circuitry.
- Enables on-location choice between two independent audio streams from a Bose® link-enabled Lifestyle® system, with a Lifestyle® expansion remote control.
- Easy to hook up, easy to conceal.
- Room selector switches can assign multiple SA-2 amplifiers to specific rooms and specific Lifestyle® radio frequency remote controls.

For all copy on this page:    CD-ROM folder:    copy blocks
                             CD-ROM file:      promocopy.pdf

BOSE_SUB-0000452

BOSE_SUB-0000452.

932.    Indeed, as shown below, Bose LifeStyle allows for a user to control a single room

Contains Highly Confidential AEO and Source Code Materials

or two or more rooms that share a source (Room button), or to control all connected rooms as one (House button). Based on the room indicators, a boxed letter indicates the presently-selected room or rooms, and only these rooms will be affected by any sources changes. In my opinion, the implication is that when additional zones are added to the Bose LifeStyle media center, those additional zones will remain offline, until prompted by the user. At that time, as further described below, the Bose Link communication protocol is used to communicate with the newly added zone to bring it "online."

Contains Highly Confidential AEO and Source Code Materials

**Operating a Multi-Room Lifestyle® 50 System**

## Operating in more than one room

Your Lifestyle® 50 system can control up to four sets of Bose® powered speakers, allowing your family to enjoy different audio sources (CD, radio, TV, etc.) in up to four rooms. These rooms are referred to as room A, B, C, and D, with room A being the primary room (the one used for a one-room system). If two or more rooms are connected to your system, the Personal™ music center displays ROOM and HOUSE buttons, and room indicators (A, B, C, and/or D). Figure 48 shows an example display for a two-room system.

**Figure 48**

*Example display for a two-room system*

The ROOM button lets you control a single room or two or more rooms that share a source

The HOUSE button lets you control all connected rooms as one

The room indicators tell you what was selected by the ROOM or HOUSE button



## Understanding the room indicators

**Ⓐ** A boxed letter indicates the presently-selected room or rooms. The selected room is affected by any source changes, or any change you make using the VOLUME, MUTE, ON/OFF, or SLEEP buttons.

B An unboxed letter indicates a room listening to a ***shared source***. A shared source is one that is playing in the controlled room as well as in up to three additional rooms. If you change the radio station, CD track, etc., of the shared source, the change affects all rooms sharing this source. However, you cannot change sources for all affected rooms at the same time. The VOLUME, MUTE, ON/OFF, and SLEEP buttons only affect the boxed room(s).

☐ An empty box appears for each connected room when you press the HOUSE button. When you change the volume in the HOUSE mode, the numerical level appearing on the display does not represent the actual volume level in all connected rooms. It only represents the actual volume in rooms represented by a boxed letter.

BOSE_SUB-0000043

BOSE_SUB-0000043.

Contains Highly Confidential AEO and Source Code Materials

**Operating a Multi-Room Lifestyle® 50 System**

### Using the HOUSE button

Using the HOUSE button, you can link all rooms together and control them as one. When you press the HOUSE button, an empty box indicator is displayed for each connected room. Any button pressed after that (any source button, VOLUME, MUTE, or SLEEP) affects every room. When you are done listening you can press OFF to turn off the entire system.

♪ **Note:** *If you do not press any additional buttons after pressing HOUSE, pressing HOUSE again cancels HOUSE mode.*

Press the HOUSE button before each command to apply that command to all rooms:

| Press ... | To do this ... |
| --- | --- |
| HOUSE then a source | Play the selected source in all connected rooms. |
| HOUSE then VOLUME ▲▼ | Adjust the volume up or down by the same amount in all rooms that are on, or all connected rooms if they are all off. The system remembers the differences among the original room volume settings. |
| HOUSE then MUTE | Silence all connected rooms that are on, even if any were previously muted individually. To cancel this command, press HOUSE then MUTE again. Any rooms that were muted before this command was given stay silent until individually unmuted. If you unmute an individual room after it was muted by a HOUSE - MUTE command, the other rooms remain silent until each one is unmuted individually. Pressing HOUSE then VOLUME ▲ unmutes all muted rooms. |
| HOUSE then SLEEP | Set the SLEEP timer for all rooms that are on. The SLEEP time selected applies to all rooms that are on even if they are playing different sources. If the SLEEP timer was already set in one or more rooms, the display shows the longest time already set. You can accept this time or change it for all the rooms. To cancel the HOUSE - SLEEP command, press HOUSE, SLEEP, CLEAR, and then DONE. |
| HOUSE then OFF | Turn off the entire system. |

♪ **Note:** *Instead of setting the whole house to one sleep time, you can set different sleep times for individual rooms by using the ROOM button to select each room and setting SLEEP.*

*When two or more rooms are linked, adjusting the SLEEP time affects all linked rooms (indicated by boxed letters).*

## Using more than one Personal™ music center

If you have a multi-room system, you can add additional music centers for some or all of the connected rooms. Each multi-room interface can be controlled by a maximum of four music centers. Each music center can control up to four rooms.

To add a new music center to your system, follow the setup instructions on page 17. Be sure to install the batteries and turn it on for the first time close to the multi-room interface to allow the new music center to set up a radio frequency link with your system. If the multi-room interface is not plugged in or the music center is out of range, the display indicates *NO RESPONSE.*

BOSE_SUB-0000045

BOSE_SUB-00000045.

933.

**(f)    Obviousness - POSITA**

934.    In the alternative, it would have been obvious to a person of skill in the art to allow

Contains Highly Confidential AEO and Source Code Materials

the Zone Players to remain in standalone mode as claimed. Indeed, the Sonos inventor wrote that

there were only three possibilities for the behavior when a speaker is added to a group, as shown

below in an excerpt from the provisional appendices in numbers 1-3.

**1.1.3   What happens to the Music that's already playing when a Zone Scene is started.**

If no music is playing in any Zone – then the zones will simply link in a group.

If music is playing in one or more zones there are several possibilities (TBD)

1. The Music Queue in the zone group that was formed by the Zone Scene will be empty. In other words – the music will stop in any room that is part of the Zone Scene. This is the simplest solution, but may lead to frustration.

2. The user gets to choose from which of the ;joining' Queues the new zone group should play. This could be in the form of a dialog:

**What should the new Zone Group play?**
No Music
Track 1
Track 2
Radio Station A

Note that this method would only be useful (and possible) with simple Zone Scene grouping. With Advanced Zone Scene groupings, this dialog would become much too complicated.

3. In the case where only one of the zones in the new group was playing music, the new group should take the music (and Queue) of that zone.

SONOS-SVG2—00167534 at 167537.

935.    I also incorporate by reference into this section, my rebuttals to Dr. Almeroth's

opinions, as articulated above.

936.    However, there are actually four possibilities for actions when a speaker is added

to a group, not three, because none of the above are actually claimed, as I describe in Section XI.

A person of skill in the art would have found it obvious to choose from one of these possibilities—

stop music, choose music, adopt the music of the only playing speaker, and continue playing the

"standalone" music—when adding a speaker to a group. These are a limited number of obvious

Contains Highly Confidential AEO and Source Code Materials

design options.

### (g)    Obviousness - Millington

937.    Further, a person of skill in the art would have been motivated to combine Bose LifeStyle with Millington.  As previously mentioned, they are both in the same field of endeavor—control of speaker systems, speaker groups, synchronous playback of speakers, and home audio systems—and they both describe the same features and devices (e.g., "zone players") in similar language.  Further, a person of skill in the art looking to Bose LifeStyle would have also reviewed materials authored by one of the engineers, like Mr. Millington, that was working on the Sonos System to learn more about its capabilities given that Bose LifeStyle and Sonos were competitors.

Contains Highly Confidential AEO and Source Code Materials



February 07, 2005 | PLAYLIST

# Review: Sonos Digital Music System

**Innovative system's similarities to the iPod are more than skin deep.**

*By Dan Frakes*

It used to be that listening to music at home happened mainly in one place—the room where all your CDs or, for us old-timers, LPs and cassettes were stored. A few houses had cheezy intercom-based speakers spread throughout the house, but these ugly wall consoles generally sat there, unused, a remnant of 1970s experiments in "cutting edge" technology. Upper-income-bracket audio geeks were able to install better whole-house audio systems, but these were rare.

That was then. Over the past few years, two technological trends have taken hold that promise to significantly change the face of home music listening. The first is the popularity of digital music. And by that I don't mean CDs, but rather the storage and playback of music data files: MP3s, AACs, AIFFs, WAVs, etc. More and more people are storing their entire music collection on computers, iPods, and other high-capacity media.

The second trend is the increasing pervasiveness of wireless data networks in the home. Nowadays, most people either have a wireless home network or know someone who does. It's safe to say that in the not-too-distant future, wireless home networks will be as common as wired telephones.

I bring up these two trends because of their inevitable convergence. It's only a matter of time before your average consumer realizes that if they have all their music stored in a format that can be sent over a wireless network, they should be able to listen to *any* of their music *anywhere* in their home at *any* time.

Several companies have attempted to bring this convergence to the masses, including Apple via its AirPort Express with AirTunes, Slim Devices with its Squeezebox, and Roku with its SoundBridge units. But each of these systems has significant flaws—an AirPort Express system can only play to a single room and has no screen; the Roku units can't sync across multiple rooms; and the Squeezebox, which probably does the most right, still doesn't make it easy to navigate large music collections. The market is ripe for a product that does the whole-house-music thing right.

IA at 202.

Contains Highly Confidential AEO and Source Code Materials

## How much is it gonna cost me?

Alas, all this technology isn't cheap. ZonePlayers retail for $499 each, with Controllers at $399 each; a "starter" set of two ZonePlayers and a single Controller is $1199. Although these prices may seem high to many consumers, it's important to keep in mind that each ZonePlayer is, as mentioned above, an integrated amplifier, wireless base station, and digital-to-analog converter in one small unit; $499 doesn't seem so steep when you consider how much it would cost to buy similar components separately. It's also helpful to put the Digital Music System in context—it's designed to replace multi-room, built-in audio systems that often cost upwards of $10,000 for multiple rooms. For a budget of $2600 plus speakers, you can provide custom audio to four rooms with two Controllers.

Another way to look at the value of the Digital Music System is to consider what you would need to purchase to get similar functionality using other products. For example, you could purchase several of Apple's AirPort Express units at $129 each to deliver audio to different rooms. But you'd also need to purchase stereo systems for each room, you couldn't listen to music in more than one room at once, and you wouldn't be able to view and control the music being played without purchasing a laptop. Slim Devices' Squeezebox units provide a small screen and remote control, as well as a "synchronized play" option, but you're still talking $280 for each Sqeezebox, plus you'd again need to buy a stereo for each room at a few hundred bucks (at least) a pop. That's about the same price as the Sonos with many of the other limitations of the AirPort Express system.

IA at 205.



My test setup included a ZP80 along with a pair of ZP100's (pictured at left), a C100, and a pair Sonos Speakers. I have also hooked up a pair of Carver HT5.1 bookshelf speakers to one ZP100 and an Altec Lansing self-powered satellite-subwoofer PC speaker system to the ZP80.

### Pricing: It Depends On Your Point Of View

What's unique about the Sonos' pricing is that it is either extremely expensive or a significant bargain, depending on your point of view. The Sonos ZonePlayers are $499 each for the ZP100 (the one with a built-in amplifier) and $349 for a ZP80 (the one without the amplifier). ZoneControllers cost $399 each, speakers are $179, charging docks for the ZoneController are $49, and a spare charger cables is another $19. The least expensive bundle is $999, which will be fine for many users, but expects users to both BYOS and BYOA.

This pricing makes technical early adopters scratch their heads and whine that compared to most streaming audio players, the Sonos is wildly overpriced. The Omnifi Simplefi I've had in the house for a couple of years, along with products from Pinnacle, Roku, Squeezebox, Linksys, and Apple, all cost between $129 and $299. Other options are mating an iPod with an Apple, Klipsch, or Bose audio dock: presto! music wherever you are. Finally, a cheapskate friend pointed out that boomboxes cost $39 at Target and can also put music in your room. If you'd be happy with a boombox - or even an iPod and an Apple HiFi - then the Sonos is clearly too expensive.

At the other extreme, a custom installed system can cost tens of thousands of dollars for a multi-zone setup that would cost $3,000 or $4,000 with a Sonos. In this respect, the Sonos is an incredible bargain.

The problem with the iPod and boombox is that they are single zone solutions - when you leave that room, you leave your music (and the boombox will only be able to play a fraction of your music collection, digitized or not). True, you could put a speaker dock in every room of your house and move the iPod with you, and if you live alone, this is a perfectly valid solution, but even then you need to move the iPod every time you leave the room, and it's hardly sufficient for a party.

The problem with most streaming media players is that they are either single zone (Apple, Linksys), cannot selectively synchronize music among multiple zones (all but the Squeezebox), have no display for selecting music to play (Apple, Linksys), have only a basic user interface (all), require a reasonable level of comfort with technology for setup (all except the Apple), and cannot accept music from remote sources and stream that around (all).

Contains Highly Confidential AEO and Source Code Materials

IA at 227.

938. Millington discloses "synchrony groups," which correspond to the synchronization groups disclosed in Bose LifeStyle. Millington notes that "[a] user, using the user interface module 13, can enable a zone player 1 l(n) that is currently not a member of a synchrony group to join a synchrony group, *after which it will be enabled to play the audio program that is currently being played by that synchrony group*." Millington, 7(emphasis added); *see also id.* at 9 ("Contemporaneously, the zone player 1 l(n) can notify the master device of the synchrony group that it (that is, zone player 1 l(n)) is joining, after which the master device can begin transmission of audio information and timing information to that zone player 1 l(n). The zone player 1 l(n) can thereafter begin playback of the audio program defined by the audio information, in accordance with the timing information so that the zone player 1 l(n) will play the audio program in synchrony with the master device."); *id.* at 41 ("The system is such that synchrony groups are created and destroyed dynamically, and in such a manner as to avoid requiring a dedicated device as the master device."). Accordingly, Millington discloses that even when a zone player is added to a zone group (i.e., synchrony group), that it is only *enabled* to play the audio program playing in the synchrony group, but it does not necessarily play that audio immediately. Instead, the zone player must later transition to synchronous playback, as the claims require.

939. Further, as discussed above, a person of skill in the art would have been motivated to combine the Sonos System with Millington. They are both in the same field of endeavor—control of speaker systems, speaker groups, synchronous playback of speakers, and home audio systems—and they both describe the same features and devices (e.g., "zone players") in the same language. Further, a person of skill in the art looking to the Sonos System would have also reviewed materials authored by one of the engineers, like Mr. Millington, that was working on the

Contains Highly Confidential AEO and Source Code Materials

Sonos System to learn more about its capabilities.

940.    Millington discloses "synchrony groups," which correspond to the zone groups disclosed in the Sonos System.  Millington notes that "[a] user, using the user interface module 13, can enable a zone player 1 l(n) that is currently not a member of a synchrony group to join a synchrony group, *after which it will be enabled to play the audio program that is currently being played by that synchrony group*."  7 (emphasis added); *see also id.* at 9 ("Contemporaneously, the zone player 1 l(n) can notify the master device of the synchrony group that it (that is, zone player 1 l(n)) is joining, after which the master device can begin transmission of audio information and timing information to that zone player 1 l(n).  The zone player 1 l(n) can thereafter begin playback of the audio program defined by the audio information, in accordance with the timing information so that the zone player 1 l(n) will play the audio program in synchrony with the master device."); *id.* at 41 ("The system is such that synchrony groups are created and destroyed dynamically, and in such a manner as to avoid requiring a dedicated device as the master device.").  Accordingly, Millington discloses that even when a zone player is added to a zone group (i.e., synchrony group), that it is only *enabled* to play the audio program playing in the synchrony group, but it does not necessarily play that audio immediately.  Instead, the zone player must later transition to synchronous playback, as the claims require.

941.    Millington further discloses keeping a media player in standalone mode after joining a group, because players disclosed by Millington continue to operate independently of the newly joined group.  Millington at 7 ("As another possibility, the user may enable the zone player 11(1) to leave the synchrony group with zone player 11(2) and join the synchrony group with zone player 11(6). In connection with the last possibility, the zone player 11(1) can continue providing audio information from the audio information source 14(1)(1) to the zone player 11(2) for playback thereby.").

Contains Highly Confidential AEO and Source Code Materials

942.    Millington discloses that speakers may be enabled to play back music in a group when they join that group, but do not necessarily do so.  ("A user, using the user interface module 13, can enable a zone player 11(n) that is currently not a member of a synchrony group to join a synchrony group, after which it will be enabled to play the audio program that is currently being played by that synchrony group.").

943.    Dr. Almeroth also contends that a POSITA would have "been dissuaded from modifying the Bose Lifestyle 50 System to combine it with the identified functionality of Milllington because, to the extent it was even possible, it would have required wholesale changes to the Bose Lifestyle 50 System," but fails to provide any explanation as to why or how "wholesale changes" would have needed to occur. To the contrary, as mentioned in this section and others, a POSITA would have been motivated to combine Millington and Bose.

### (h)    Obviousness - Rajapakse

944.    It would have been obvious to combine Rajapakse with Bose LifeStyle for the reasons discussed above.  As discussed below, Rajapakse discloses this claim element.

945.    Rajapakse discloses keeping speakers in a standalone mode.  Rajapakse, 14:37-40 ("Also it is possible to have the media renderers in no specific zone, which can be considered as equivalent to the media renderers being in zone 0 or a default zone.").

946.    Rajapakse discloses that after being added to a zone, the media renderer (speaker) may be playing or idle, so it may not be invoked by any zone (i.e., in standalone mode).  Rajapakse, 7:52-56("The identity information includes the media renderer's identifier, its set of assigned zone identifiers (ZIDs), and its role within each zone, and known default stream identifiers for each zone. The current state information includes its current playing state: playing or idle.").  Sonos described "standalone mode" this way in its summary judgment brief, as discussed above.

947.    Rajapakse discloses dynamic grouping and transitioning speakers among groups.

Contains Highly Confidential AEO and Source Code Materials

Rajapakse, 3:65-4:2 ("If the user and media source 101 move to the dining room that also has a set of destination devices 103 present, it is desirable for music playback from the media source 101 to transition to this new set of destination devices 103 automatically and without interruption.").

948.    Rajapakse also discloses that the user may select which zone to invoke from many different zones.  Rajapakse, 8:34-40 ("After zone manager discovery 602, the zone control point 209 retrieves zone information from each zone manager 210 and the zone control point 209 then uses this information to select a zone from the available set of zones. This selection may be an auto selection from the available zones (ZIDs) based on some preset criteria, such as signal strength, or based on user selection. . . . This process allows the user and zone control point 209 to get information on the zone, view media available to play on the zone and then make a selection.").

949.    Rajapakse discloses transitioning from one zone to another or transitioning from not playing music to playing music.  Rajapakse, 8:67-9:2 ("If a new zone control point 209 requests the zone, the previous zone control point 209 can release the reservation.").

950.    Rajapakse discloses transitioning from one zone manager to another.  Rajapakse, 9:35-44 ("If a media renderer 203 is already registered with another zone manager when the registration request comes in, and the registration request passes authentication, before responding, the media renderer 203 will notify 707 its current zone manager of the registration request from the new zone manager and ask for permission to deregister. If the current zone manager does not respond to this deregistration request within a timeout period, the media renderer 203 will assume approval and accept the new registration request from the new zone manager.").

951.    Rajapakse discloses forcing a transition of a media renderer from one zone to another.  Rajapakse, 9:57-59  ("The user may, via the zone control point 209, cause the zone manager 210 to send a force registration 703 request to a media renderer.").

952.    I understand that Dr. Almeroth contends that "Given the significant differences in

Contains Highly Confidential AEO and Source Code Materials

the system architectures, a POSITA would have been dissuaded from modifying the Bose Lifestyle 50 System to combine it with the identified functionality of Rajapakse since adding Rajapakse's "zone" would have required adding these additional components to the Bose Lifestyle 50 System. In fact, such a modification would have altered the principle of operation of the Bose Lifestyle 50 System." For the reasons I stated above, Bose and Rajapakse are in the same field of endeavor. Regardless, Dr. Almeroth fails to explain how any modification to Bose would have "altered the principle operation of Bose." Nor does Dr. Almeroth explain why the additional of any elements from Rajapakse would have significantly altered the system architecture of Bose.

953.    Further, Dr. Almeroth also asserts that "a POSITA would have been dissuaded from modifying the Bose Lifestyle 50 System to combine it with the identified functionality of Rajapakse because, to the extent it was even possible, adding Rajapakse's "zone" functionality would have required wholesale changes to the Bose Lifestyle 50 System in order to enable the Personal music center and/or multi-room interface of the Bose Lifestyle 50 System to communicate with the additional components from Rajapakse that are required to facilitate Rajapakse's "zone" functionality." But Dr. Almeroth fails to explain why or show how Bose's communication protocol is incompatible with Rajapakse, or even that any purported design changes would be significant.

> (ii)    *Limitation 1.9: "after the given one of the first and second zone scenes has been selected for invocation, receiving, from the network device over the data network, an instruction to operate in accordance with a given one of the first and second zone scenes respectively comprising a given one of the first and second predefined groupings of zone players; and"*

954.    In my opinion, Bose Lifestyle discloses this claim limitation.

Contains Highly Confidential AEO and Source Code Materials

955.    As described in the previous claim elements, and shown briefly below, a user may

select a synchronization group for playback using the Room button, and use the playback controls

to cause Bose LifeStyle to operate as a synchronous playback group.



BOSE_SUB-00000043.

AM189854_05_V.pdf            October 17, 2001            41

BOSE_SUB-0000043

Contains Highly Confidential AEO and Source Code Materials

956.    Further, Bose Link is used as protocol to communicate between and amongst the various zones in order to invoke, for example, the play command that simultaneously plays audio in multiple zones. More specifically, Bose Link in conjunction with the media center operates over a network and allows for a user's pre-defined zones to also play different audio in simultaneously.



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

BOSE_SUB-0000595

BOSE_SUB-0000595.

Contains Highly Confidential AEO and Source Code Materials

 

Company Confidential

If the media center receives a command from a remote configured for room B, for example, the media center calls out to other Bose link products which might be assigned to room B. If a connected expansion product is assigned to room B it will respond to the media center and a Bose link connection will be made. The media center will not acknowledge a response from anything not assigned to room B.

 



The media center will not acknowledge more than one response from the same room, either. As with any productive conversation, there can only be one person speaking at a time. If more than one product is assigned to room B the media center won't know which one to listen to. If the media center can't understand the response from the expansion products, or if there is no response at all, the media center will turn itself off and the Bose link connection will not be successful.

Understanding Bose® link                                      Page 3 of 8

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    BOSE_SUB-0000596

BOSE_SUB-0000596.

Contains Highly Confidential AEO and Source Code Materials

 

Company Confidential

## Streams

A Bose link enabled media center is also capable of managing two separate sources at the same time. Each source can be sent to one of two different outputs - or 'streams' – within the Bose link connection. 4 of the 9 pins that make up the Bose link connection on the back of the media are responsible for delivering these streams – all of which are analog. Two pins are reserved for stream 1 audio L/R (fixed), and another two pins carry stream 2 audio L/R (fixed) – (there is another pair of pins that carry variable stream 2 audio that will be discussed later). Every Bose link expansion product has 2 inputs to accommodate each stream, and the remote control tells the device which stream to listen to. The expansion products receive fixed audio and then control volume via commands they receive from the media center carried on other pins.

### Here is an example:

If an expansion remote configured for stream 1 sends an ON command to the media center, the media center will activate the pins that carry stream 1 information. The media center will also call out to any Bose link product set to the same room code as the remote. If the media center gets an answer it can understand, it will respond by telling the expansion product to turn on and listen to its stream 1 inputs. If the media center does not get a response from an expansion product set to the same room as the remote it will simply turn itself off.

The main room, or room A, can only operate on stream 1. Although any of the expansion rooms can be configured to operate on either stream 1 or stream 2, expansion rooms are generally assigned to stream 2. Since only one source can be sent to each stream at any given time, keeping Bose link expansion products on stream 2 prevents changes made in expansion rooms from affecting what is being played in the main room, and vice-versa.

Understanding Bose® link                                          Page 4 of 8

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    BOSE_SUB-0000597

BOSE_SUB-0000597.

957.        I also incorporate by reference into this section, my rebuttals to Dr.

Almeroth's opinions, as articulated above. Dr. Almeroth contends that "seen no evidence that the Personal Music Center transmits any sort of information in response to a user selecting one or more rooms using the Room or House button of the Personal Music Center." I disagree. As shown above, the Bose link is essentially a conversation between the media center and the playback speakers such that the media center sends commands along with audio to the playback speak, which then "responds" with information. BOSE_SUB-0000595.

958.         Dr. Almeroth also states that "I disagree that a POSITA would consider an instruction to play audio in response to a user "us[ing] the playback controls" to be "instruction operate in accordance with" a group of Lifestyle players having a "shared source" of audio for the additional reason that such an instruction would not provide a Lifestyle player with any indication whatsoever that it was to operate as part of a group of Lifestyle players having a "shared source." This is consistent with the other evidence I have reviewed showing that a Lifestyle player would have never had any awareness that it was part of a group of Lifestyle players having a "shared source" because the multi-room interface was exclusively responsible for the "shared source" functionality." But as stated above, Dr. Almeroth does provide any analysis, just provides conclusory statements, and does not cite any "evidence" that he reviewed.

959.         Next, Dr. Almeroth also asserts that "the materials cited by Dr. Schonfeld do not teach 'an instruction to operate in accordance with' any given group, let alone 'a given one of the first and second zone scenes.'"

Contains Highly Confidential AEO and Source Code Materials

(iii)    *Limitation 1.10: "based on the instruction, transitioning from operating in the standalone mode to operating in accordance with the given one of the first and second predefined groupings of zone players such that the first zone player is configured to coordinate with at least one other zone player in the given one of the first and second predefined groupings of zone players over a data network in order to output media in synchrony with output of media by the at least one other zone player in the given one of the first and second predefined groupings of zone players."*

960.    In my opinion, Bose LifeStyle discloses this claim limitation.

961.    As described in the previous claim elements, a user may select a synchronization group for playback using the Player selector box, and use the playback controls to cause Bose LifeStyle to operate as a synchronous playback group.

962.    I also incorporate by reference into this section, my rebuttals to Dr. Almeroth's opinions, as articulated above.

## XII. INVALIDITY OF '966 PATENT BASED ON ANTICIPATION AND OBVIOUSNESS

### A. '966 Claims Are Obvious Based On Prior Art Sonos Products ("Sonos System")

963.    The Sonos System was publicly available, on sale, offered for sale, and described in printed publications both before the critical date (*i.e.,* prior to September 12, 2005), before the alleged conception date (*i.e.*, prior to December 21, 2005), and prior to the patent filing date on September 12, 2006. The features offered in that system were substantially the same during each of those time frames, as discussed below.

Contains Highly Confidential AEO and Source Code Materials

964.    The capabilities and features of the Sonos System are apparent from source code that Sonos has made available for inspection, the products themselves, technical documentation that Sonos has made available, public documentation regarding that system, professional and customer reviews, and other sources discussed below.

965.    In my opinion, Claim 1 is rendered obvious based on the Sonos System in view of the general knowledge of a POSITA, the Sonos Forums, Nourse, and Millington, as described below.  Below, I analyze each limitation of Claim 1 and demonstrate why that claim is invalid.

## 2.    Claim 1 Is Obvious Based On Prior Art Sonos Products ("Sonos System")

(i)    Limitation 1 (Preamble): "1. A computing device comprising:"

966.    See supra '885 claim 1 "network device" disclosure in, e.g., 1.6, 1.7, 1.9.

(ii)    Limitation 1.1 "one or more processors;"

967.    See supra '885 claim 1 "network device" disclosure in, e.g., 1.6, 1.7, 1.9. Limitation 1.2 "a non-transitory computer-readable medium; and"

968.    See supra '885 claim 1 "network device" disclosure in, e.g., 1.6, 1.7, 1.9.

(iii)    Limitation 1.3 "program instructions stored on the non-transitory computer-readable medium that, when executed by the one or more processors, cause the computing device to perform functions comprising:"

969.    See supra '885 claim 1 "network device" disclosure in, e.g., 1.6, 1.7, 1.9.

(iv)    Limitation 1.4 "while serving as a controller for a networked media playback system comprising a first zone player and at least two other zone players, wherein the first zone player is operating in a standalone mode in which the first zone player is configured to play back media individually:"

970.    See supra '885 claim 1 "network device" disclosure in, e.g., 1.6, 1.7, 1.9, "network interface" disclosure in, e.g., 1.1, "zone player" disclosure in, e.g., preamble, 1.1, 1.4-1.7, .9-.10, "standalone mode" disclosure in, e.g., 1.5, 1.8, 1.10.

Contains Highly Confidential AEO and Source Code Materials

>  (v)  *Limitation 1.5 receiving a first request to create a first zone scene comprising a first predefined grouping of zone players including at least the first zone player and a second zone player that are to be configured for synchronous playback of media when the first zone scene is invoked;*

971.  *See supra* '885 claim 1 Limitation 1.6.  Included in my incorporation by reference is my discussion of the "first zone scene" disclosure in, e.g., 1.6  I include in my incorporation by reference the discussion of the creation of the first zone scene, its composition, its synchronous playback configuration, and the ability of invocation of that zone scene.

972.  Additionally, dependent claim 6 of the '966 patent informs the scope of independent claim 1.  Dependent claim 6 of the '966 patent recites that "wherein the first predefined grouping of zone players does not include the third zone player, and wherein the second predefined grouping of zone players does not include the second zone player," effectively requiring that the first and second predefined groupings of zone players not be entirely overlapping, each with the same three zone players.  Because claim 6 depends from claim 1 and must necessarily narrow the scope of claim 1, I understand that claim 1 includes first and second predefined groupings of zone players, where those groupings of zone players can wholly overlap.  Indeed, such an overlap scenario would be consistent e.g., with a user having a user-created zone group including all three zone players, and having a "Party Mode," *i.e*, a zone group including all three zone players.  I therefore incorporate by reference the disclosure of "party mode" from my discussion, *supra*, regarding claim 1 of the '885 patent.  I note that the claim scope of claim 7 of the '885 patent includes a similar limitation and therefore implies a similar scope for claim 1 of the '885 patent.  This is supportive of my opinions regarding claim of the '885 patent as well.

Contains Highly Confidential AEO and Source Code Materials

> (vi)  *Limitation 1.6 based on the first request, i) causing creation of the first zone scene, ii) causing an indication of the first zone scene to be transmitted to the first zone player, and iii) causing storage of the first zone scene;*

973.  *See supra* '885 claim 1, Limitation 1.6.

> (vii)  *Limitation 1.7 receiving a second request to create a second zone scene comprising a second predefined grouping of zone players including at least the first zone player and a third zone player that are to be configured for synchronous playback of media when the second zone scene is invoked, wherein the third zone player is different than the second zone player;*

974.  *See supra* '885 claim 1, Limitation 1.6, 1.7.

> (viii)  *Limitation 1.8 based on the second request, i) causing creation of the second zone scene, ii) causing an indication of the second zone scene to be transmitted to the first zone player, and iii) causing storage of the second zone scene;*

975.  *See supra* '885 claim 1, Limitation 1.6, 1.7.

> (ix)  *Limitation 1.9 displaying a representation of the first zone scene and a representation of the second zone scene; and*

976.  *See supra* '885 claim 1, Limitations 1.6 and 1.7.

> (x)  *Limitation 1.10 while displaying the representation of the first zone scene and the representation of the second zone scene, receiving a third request to invoke the first zone scene; and*

977.  *See supra* '885 claim 1, Limitation 1.9.

> (xi)  *Limitation 1.11 based on the third request, causing the first zone player to transition from operating in the standalone mode to operating in accordance with the first predefined grouping of zone players such that the first zone player is configured to coordinate with at least the second zone player to output media in synchrony with output of media by at least the second zone player.*

978.  *See supra* '885 claim 1, Limitation 1.10.

Contains Highly Confidential AEO and Source Code Materials

### 3.     Claim 2 Is Obvious Based On Prior Art Sonos System.

(i)     *Limitation 2.1 The computing device of claim 1, further comprising program instructions stored on the non-transitory computer-readable medium that, when executed by the one or more processors, cause the computing device to perform functions comprising:*

(ii)     *Limitation 2.2 while the first zone player is configured to coordinate with at least the second zone player to play back media in synchrony with at least the second zone player, receiving a fourth request to invoke the second zone scene; and*

(iii)     *Limitation 2.3 based on the fourth request, causing the first zone player to (a) cease to operate in accordance with the first predefined grouping of zone players such that the first zone player is no longer configured to coordinate with at least the second zone player to output media in synchrony with output of media by at least the second zone player and (b) begin to operate in accordance with the second predefined grouping of zone players such that the first zone player is configured to coordinate with at least the third zone player to output media in synchrony with output of media by at least the third zone player.*

979.    *See* '966 claim 1 *supra*.  As discussed above, the Sonos system and the identified obviousness combinations disclosed the system in claim 1.  Those disclosures included the ability to receive a third request to "invoke" the first zone scene.  For the same reasons, that system also discloses the ability to "invoke" a different (second) zone scene.  Even if the Sonos system did not disclose or render obvious this requirement, the mere addition of one additional transition in a system that already permits this same transition for different "zone scenes," as described *supra*, would have been obvious, as it is merely repeating the same steps using the same functionalities with a different "zone scene."

Contains Highly Confidential AEO and Source Code Materials

**4.      Claim 3 is Obvious Based On Prior Art Sonos System.**

> *(i)      3. The computing device of claim 1, wherein causing storage of the first zone scene comprises causing storage of the first zone scene at a location other than the computing device, and wherein causing storage of the second zone scene comprises causing storage of the second zone scene at the location other than the computing device.*

980.    *See* '966 claim 1 *supra*.    As described therein, the claimed "zone scene" is transmitted to and stored at the zone player, which is "a location other than the computing device."

981.    Furthermore, the decision of where to store the zone scene, which consists of a finite list of options, is obvious.  The zone scene may be stored at the zone players, at the computing device, or in on a server.  Because the prior art system is networked, there is very little if any effect of the location of storage on the efficacy and effectiveness of the prior art solution.

**5.      Claim 4 Is Obvious Based On Prior Art Sonos System.**

> *(i)      4. The computing device of claim 3, wherein the location other than the computing device comprises a zone player of the first predefined grouping of zone players.*

982.    *See* '966 claim 3 *supra*.

**6.      Claim 6 Is Obvious Based On Prior Art Sonos System.**

> *(i)      6. The computing device of claim 1, wherein the first predefined grouping of zone players does not include the third zone player, and wherein the second predefined grouping of zone players does not include the second zone player.*

983.    *See* '966 claim 1 *supra*.    As discussed *supra*, claim 1 is disclosed or rendered obvious at least through the disclosure of non-overlapping zone scenes in the prior art.

Contains Highly Confidential AEO and Source Code Materials

**7.**    **Claim 8 Is Obvious Based On Prior Art Sonos System.**

(i)    *8. The computing device of claim 1, wherein receiving the first request comprises receiving a first set of one or more inputs via a user interface of the computing device, wherein receiving the second request comprises receiving a second set of one or more inputs via the user interface, and wherein receiving the third request comprises receiving a third set of one or more inputs via the user interface.*

984.    *See* '966 claim 1 *supra*.

**8.**    **Claim 9 Is Obvious Based On Prior Art Sonos System.**

(i)    *9. A non-transitory computer-readable medium, wherein the non-transitory computer-readable medium is provisioned with program instructions that are executable to cause a computing device to perform functions comprising:*

985.    *See* '966 claim 1 *supra*, preamble, 1.1-1.3.

(ii)    *while serving as a controller for a networked media playback system comprising a first zone player and at least two other zone players, wherein the first zone player is operating in a standalone mode in which the first zone player is configured to play back media individually:*

986.    *See* '966 claim 1 *supra*, 1.4.

(iii)    *receiving a first request to create a first zone scene comprising a first predefined grouping of zone players including at least the first zone player and a second zone player that are to be configured for synchronous playback of media when the first zone scene is invoked;*

987.    *See* '966 claim 1 *supra*, 1.5.

(iv)    *based on the first request, i) causing creation of the first zone scene, ii) causing an indication of the first zone scene to be transmitted to the first zone player, and iii) causing storage of the first zone scene;*

988.    *See* '966 claim 1 *supra*, 1.6.

Contains Highly Confidential AEO and Source Code Materials

> (v)   *receiving a second request to create a second zone scene comprising a second predefined grouping of zone players including at least the first zone player and a third zone player that are to be configured for synchronous playback of media when the second zone scene is invoked, wherein the third zone player is different than the second zone player;*

989.   *See* '966 claim 1 *supra*, 1.7.

> (vi)   *based on the second request, i) causing creation of the second zone scene, ii) causing an indication of the second zone scene to be transmitted to the first zone player, and iii) causing storage of the second zone scene;*

990.   *See* '966 claim 1 *supra*, 1.8.

> (vii)   *displaying a representation of the first zone scene and a representation of the second zone scene; and*

991.   *See* '966 claim 1 *supra*, 1.9.

> (viii)   *while displaying the representation of the first zone scene and the representation of the second zone scene, receiving a third request to invoke the first zone scene; and*

992.   *See* '966 claim 1 *supra*, 1.10.

> (ix)   *based on the third request, causing the first zone player to transition from operating in the standalone mode to operating in accordance with the first predefined grouping of zone players such that the first zone player is configured to coordinate with at least the second zone player to output media in synchrony with output of media by at least the second zone player.*

993.   *See* '966 claim 1 *supra*, 1.11.

**9.     Claim 10 Is Obvious Based On Prior Art Sonos System.**

> (i)   *10. The non-transitory computer-readable medium of claim 9, wherein the non-transitory computer-readable medium is also provisioned with program instructions stored on the non-transitory computer-readable medium that, when executed by the one or more processors, cause the computing device to perform functions comprising:*

994.   *See* '966 claim 2 *supra*, 2.1.

Contains Highly Confidential AEO and Source Code Materials

> *(ii)*　　*while the first zone player is configured to coordinate with at least the second zone player to play back media in synchrony with at least the second zone player, receiving a fourth request to invoke the second zone scene; and*

995.　*See* '966 claim 2 *supra*, 2.2.

> *(iii)*　　*based on the fourth request, causing the first zone player to (a) cease to operate in accordance with the first predefined grouping of zone players such that the first zone player is no longer configured to coordinate with at least the second zone player to output media in synchrony with output of media by at least the second zone player and (b) begin to operate in accordance with the second predefined grouping of zone players such that the first zone player is configured to coordinate with at least the third zone player to output media in synchrony with output of media by at least the third zone player.*

996.　*See* '966 claim 2 *supra*, 2.3.

### 10.　Claim 11 Is Obvious Based On Prior Art Sonos System.

> *(i)*　　*11. The non-transitory computer-readable medium of claim 9, wherein causing storage of the first zone scene comprises causing storage of the first zone scene at a location other than the computing device, and wherein causing storage of the second zone scene comprises causing storage of the second zone scene at the location other than the computing device.*

997.　*See* '966 claim 3 *supra*.

### 11.　Claim 12 Is Obvious Based On Prior Art Sonos System.

> *(i)*　　*12. The non-transitory computer-readable medium of claim 11, wherein the location other than the computing device comprises a zone player of the first predefined grouping of zone players.*

998.　*See* '966 claim 4 *supra*.

### 12.　Claim 14 Is Obvious Based On Prior Art Sonos System.

> *(i)*　　*14. The non-transitory computer-readable medium of claim 9, wherein the first predefined grouping of zone players does not include the third zone player, and wherein the second predefined grouping of zone players does not include the second zone player.*

999.　*See* '966 claim 6 *supra*.

Contains Highly Confidential AEO and Source Code Materials

**13.    Claim 16 Is Obvious Based On Prior Art Sonos System.**

> *(i)    16. The non-transitory computer-readable medium of claim 9, wherein receiving the first request comprises receiving a first set of one or more inputs via a user interface of the computing device, wherein receiving the second request comprises receiving a second set of one or more inputs via the user interface, and wherein receiving the third request comprises receiving a third set of one or more inputs via the user interface.*

1000.    *See* '966 claim 8 *supra*.

**B.    '966 Claims Are Obvious Based On Squeezebox in view of General knowledge of a POSITA, the Sonos System, the Sonos Forums, the Bose Lifestyle, or Millington.**

**14.    Claim 1 Is Invalid Based On Squeezebox in view of General knowledge of a POSITA, the Sonos System, the Sonos Forums, the Bose Lifestyle, or Millington.**

> *(i)    Limitation 1 (Preamble): "1. A computing device comprising:"*

1001.    *See supra* '885 claim 1 "network device" disclosure in, e.g., 1.6, 1.7, 1.9.

> *(ii)    Limitation 1.1 "one or more processors;"*

1002.    *See supra* '885 claim 1, "network device" disclosure in, e.g., 1.6, 1.7, 1.9.

> *(iii)    Limitation 1.2 "a non-transitory computer-readable medium; and"*

1003.    *See supra* '885 claim 1, "network device" disclosure in, e.g., 1.6, 1.7, 1.9.

> *(iv)    Limitation 1.3 "program instructions stored on the non-transitory computer-readable medium that, when executed by the one or more processors, cause the computing device to perform functions comprising:"*

1004.    *See supra* '885 claim 1, "network device" disclosure in, e.g., 1.6, 1.7, 1.9.

Contains Highly Confidential AEO and Source Code Materials

>(v)  Limitation 1.4 "while serving as a controller for a networked media playback system comprising a first zone player and at least two other zone players, wherein the first zone player is operating in a standalone mode in which the first zone player is configured to play back media individually:"

1005.  *See supra* '885 claim 1, :network device" disclosure in, e.g., 1.6, 1.7, 1.9, "network interface" disclosure in, e.g., 1.1., "zone player" disclosure in e.g., preamble, 1.1, 1.4-1.7, 1.9-1.10, "standalone mode" disclosure in e.g., 1.5, 1.8, 1.10.

>(vi)  Limitation 1.5 receiving a first request to create a first zone scene comprising a first predefined grouping of zone players including at least the first zone player and a second zone player that are to be configured for synchronous playback of media when the first zone scene is invoked;

1006.  *See supra* '885 claim 1, Limitation 1.6. Included in my incorporation by reference is my discussion of the "first zone scene" disclosure in, e.g., 1.6. I include in my incorporation by reference the discussion of the creation of the first zone scene, its composition, its synchronous playback configuration, and the ability of invocation of that zone scene.  Additionally, dependent claim 6 of the '966 patent informs the scope of independent claim 1.  Dependent claim 6 of the '966 patent recites that "wherein the first predefined grouping of zone players does not include the third zone player, and wherein the second predefined grouping of zone players does not include the second zone player," effectively requiring that the first and second predefined groupings of zone players not be entirely overlapping, each with the same three zone players.  Because claim 6 depends from claim 1 and must necessarily narrow the scope of claim 1, I understand that claim 1 includes first and second predefined groupings of zone players, where those groupings of zone players **can** wholly overlap.  Indeed, such an overlap scenario would be consistent e.g., with a user having a user-created zone group including all three zone players, and having a "Party Mode," *ie*, a zone group including all three zone players.  I therefore incorporate by reference the disclosure of "party mode" from my discussion, *supra*, regarding claim 1 of the '885 patent.

Contains Highly Confidential AEO and Source Code Materials

> *(vii)* *Limitation 1.6 based on the first request, i) causing creation of the first zone scene, ii) causing an indication of the first zone scene to be transmitted to the first zone player, and iii) causing storage of the first zone scene;*

1007.  *See supra* '885 claim 1, Limitation 1.6.

> *(viii)* *Limitation 1.7 receiving a second request to create a second zone scene comprising a second predefined grouping of zone players including at least the first zone player and a third zone player that are to be configured for synchronous playback of media when the second zone scene is invoked, wherein the third zone player is different than the second zone player;*

1008.  *See supra* '885 claim 1, Limitation 1.6, 1.7.

> *(ix)* *Limitation 1.8 based on the second request, i) causing creation of the second zone scene, ii) causing an indication of the second zone scene to be transmitted to the first zone player, and iii) causing storage of the second zone scene;*

1009.  *See supra* '885 claim 1, Limitation 1.6, 1.7.

> *(x)* *Limitation 1.9 displaying a representation of the first zone scene and a representation of the second zone scene; and*

1010.  *See supra* '885 claim 1, Limitations 1.6 and 1.7.

> *(xi)* *Limitation 1.10 while displaying the representation of the first zone scene and the representation of the second zone scene, receiving a third request to invoke the first zone scene; and*

1011.  *See supra* '885 claim 1, Limitation 1.9.

> *(xii)* *Limitation 1.11 based on the third request, causing the first zone player to transition from operating in the standalone mode to operating in accordance with the first predefined grouping of zone players such that the first zone player is configured to coordinate with at least the second zone player to output media in synchrony with output of media by at least the second zone player.*

1012.  *See supra* '885 claim 1, Limitation 1.10.

Contains Highly Confidential AEO and Source Code Materials

15. **Claim 2 Is Obvious Based On Squeezebox in view of General knowledge of a POSITA, the Sonos System, the Sonos Forums, the Bose Lifestyle, or Millington.**

(i)     *Limitation 2.1 The computing device of claim 1, further comprising program instructions stored on the non-transitory computer-readable medium that, when executed by the one or more processors, cause the computing device to perform functions comprising:*

(ii)    *Limitation 2.2 while the first zone player is configured to coordinate with at least the second zone player to play back media in synchrony with at least the second zone player, receiving a fourth request to invoke the second zone scene; and*

(iii)   *Limitation 2.3 based on the fourth request, causing the first zone player to (a) cease to operate in accordance with the first predefined grouping of zone players such that the first zone player is no longer configured to coordinate with at least the second zone player to output media in synchrony with output of media by at least the second zone player and (b) begin to operate in accordance with the second predefined grouping of zone players such that the first zone player is configured to coordinate with at least the third zone player to output media in synchrony with output of media by at least the third zone player.*

1013.  *See* '966 claim 1 *supra*.  As discussed above, the Sonos system and the identified obviousness combinations disclosed the system in claim 1.  Those disclosures included the ability to receive a third request to "invoke" the first zone scene.  For the same reasons, that system also discloses the ability to "invoke" a different (second) zone scene.  Even if the Sonos system did not disclose or render obvious this requirement, the mere addition of one additional transition in a system that already permits this same transition for different "zone scenes," as described *supra*, ~~is~~ would have been obvious, as it is merely repeating the same steps using the same functionalities with a different "zone scene.".

Contains Highly Confidential AEO and Source Code Materials

16. **Claim 3 is Obvious Based On Squeezebox in view of General knowledge of a POSITA, the Sonos System, the Sonos Forums, the Bose Lifestyle, or Millington.**

(i)       *3. The computing device of claim 1, wherein causing storage of the first zone scene comprises causing storage of the first zone scene at a location other than the computing device, and wherein causing storage of the second zone scene comprises causing storage of the second zone scene at the location other than the computing device.*

1014.  *See* '966 claim 1 *supra*.   As described therein, the claimed "zone scene" is transmitted to and stored at the zone player, which is "a location other than the computing device." Furthermore, the decision of where to store the zone scene, which consists of a finite list of options, is obvious.  The zone scene may be stored at the zone players, at the computing device, or on a server.  Because the prior art system is networked, there is very little if any effect of the location of storage on the efficacy and effectiveness of the prior art solution.

17. **Claim 4 Is Obvious Based On Squeezebox in view of General knowledge of a POSITA, the Sonos System, the Sonos Forums, the Bose Lifestyle, or Millington.**

(i)       *4. The computing device of claim 3, wherein the location other than the computing device comprises a zone player of the first predefined grouping of zone players.*

1015.  *See* '966 claim 3 *supra*.

Contains Highly Confidential AEO and Source Code Materials

**18.    Claim 6 Is Obvious Based On Squeezebox in view of General knowledge of a POSITA, the Sonos System, the Sonos Forums, the Bose Lifestyle, or Millington.**

> *(i)     6. The computing device of claim 1, wherein the first predefined grouping of zone players does not include the third zone player, and wherein the second predefined grouping of zone players does not include the second zone player.*

1016.  *See* '966 claim 1 *supra*.  As discussed *supra*, claim 1 is disclosed or rendered obvious at least through the diclosure of non-overlapping zone scenes in the prior art.

**19.    Claim 8 Is Obvious Based On Squeezebox in view of General knowledge of a POSITA, the Sonos System, the Sonos Forums, the Bose Lifestyle, or Millington.**

> *(i)     8. The computing device of claim 1, wherein receiving the first request comprises receiving a first set of one or more inputs via a user interface of the computing device, wherein receiving the second request comprises receiving a second set of one or more inputs via the user interface, and wherein receiving the third request comprises receiving a third set of one or more inputs via the user interface.*

1017.  *See* '966 claim 1 *supra*.

**20.    Claim 9 Is Obvious Based On Squeezebox in view of General knowledge of a POSITA, the Sonos System, the Sonos Forums, the Bose Lifestyle, or Millington.**

> *(i)     9. A non-transitory computer-readable medium, wherein the non-transitory computer-readable medium is provisioned with program instructions that are executable to cause a computing device to perform functions comprising:*

1018.  *See* '966 claim 1 *supra*, preamble, 1.1-1.3.

Contains Highly Confidential AEO and Source Code Materials

> (ii)    while serving as a controller for a networked media playback system comprising a first zone player and at least two other zone players, wherein the first zone player is operating in a standalone mode in which the first zone player is configured to play back media individually:

1019.    *See* '966 claim 1 *supra*, 1.4.

> (iii)    receiving a first request to create a first zone scene comprising a first predefined grouping of zone players including at least the first zone player and a second zone player that are to be configured for synchronous playback of media when the first zone scene is invoked;

1020.    *See* '966 claim 1 *supra*, 1.5.

> (iv)    based on the first request, i) causing creation of the first zone scene, ii) causing an indication of the first zone scene to be transmitted to the first zone player, and iii) causing storage of the first zone scene;

1021.    *See* '966 claim 1 *supra*, 1.6.

> (v)    receiving a second request to create a second zone scene comprising a second predefined grouping of zone players including at least the first zone player and a third zone player that are to be configured for synchronous playback of media when the second zone scene is invoked, wherein the third zone player is different than the second zone player;

1022.    *See* '966 claim 1 *supra*, 1.7.

> (vi)    based on the second request, i) causing creation of the second zone scene, ii) causing an indication of the second zone scene to be transmitted to the first zone player, and iii) causing storage of the second zone scene;

1023.    *See* '966 claim 1 *supra*, 1.8.

> (vii)    displaying a representation of the first zone scene and a representation of the second zone scene; and

1024.    *See* '966 claim 1 *supra*, 1.9.

> (viii)    while displaying the representation of the first zone scene and the representation of the second zone scene, receiving a third request to invoke the first zone scene; and

1025.    *See* '966 claim 1 *supra*, 1.10.

Contains Highly Confidential AEO and Source Code Materials

> (ix)   *based on the third request, causing the first zone player to transition from operating in the standalone mode to operating in accordance with the first predefined grouping of zone players such that the first zone player is configured to coordinate with at least the second zone player to output media in synchrony with output of media by at least the second zone player.*

1026.   *See* '966 claim 1 *supra*, 1.11.

## 21.   Claim 10 Is Obvious Based On Squeezebox in view of General knowledge of a POSITA, the Sonos System, the Sonos Forums, the Bose Lifestyle, or Millington.

> (i)   *10. The non-transitory computer-readable medium of claim 9, wherein the non-transitory computer-readable medium is also provisioned with program instructions stored on the non-transitory computer-readable medium that, when executed by the one or more processors, cause the computing device to perform functions comprising:*

1027.   *See* '966 claim 2 *supra*, 2.1.

> (ii)   *while the first zone player is configured to coordinate with at least the second zone player to play back media in synchrony with at least the second zone player, receiving a fourth request to invoke the second zone scene; and*

1028.   *See* '966 claim 2 *supra*, 2.2.

> (iii)   *based on the fourth request, causing the first zone player to (a) cease to operate in accordance with the first predefined grouping of zone players such that the first zone player is no longer configured to coordinate with at least the second zone player to output media in synchrony with output of media by at least the second zone player and (b) begin to operate in accordance with the second predefined grouping of zone players such that the first zone player is configured to coordinate with at least the third zone player to output media in synchrony with output of media by at least the third zone player.*

1029.   *See* '966 claim 2 *supra*, 2.3.

Contains Highly Confidential AEO and Source Code Materials

**22.    Claim 11   Is Obvious Based On Squeezebox in view of General knowledge of a POSITA, the Sonos System, the Sonos Forums, the Bose Lifestyle, or Millington.**

(i)    *11. The non-transitory computer-readable medium of claim 9, wherein causing storage of the first zone scene comprises causing storage of the first zone scene at a location other than the computing device, and wherein causing storage of the second zone scene comprises causing storage of the second zone scene at the location other than the computing device.*

1030.   *See* '966 claim 3 *supra*.

**23.    Claim 12 Is Obvious Based On Squeezebox in view of General knowledge of a POSITA, the Sonos System, the Sonos Forums, the Bose Lifestyle, or Millington.**

(i)    *12. The non-transitory computer-readable medium of claim 11, wherein the location other than the computing device comprises a zone player of the first predefined grouping of zone players.*

1031.   *See* '966 claim 4 *supra*.

**24.    Claim 14 Is Obvious Based On Squeezebox in view of General knowledge of a POSITA, the Sonos System, the Sonos Forums, the Bose Lifestyle, or Millington.**

(i)    *14. The non-transitory computer-readable medium of claim 9, wherein the first predefined grouping of zone players does not include the third zone player, and wherein the second predefined grouping of zone players does not include the second zone player.*

1032.   *See* '966 claim 6 *supra*.

Contains Highly Confidential AEO and Source Code Materials

25. **Claim 16 Is Obvious Based On Squeezebox in view of General knowledge of a POSITA, the Sonos System, the Sonos Forums, the Bose Lifestyle, or Millington.**

(i) *16. The non-transitory computer-readable medium of claim 9, wherein receiving the first request comprises receiving a first set of one or more inputs via a user interface of the computing device, wherein receiving the second request comprises receiving a second set of one or more inputs via the user interface, and wherein receiving the third request comprises receiving a third set of one or more inputs via the user interface.*

1033. *See* '966 claim 8 *supra.*

C. **'966 Claims Are Obvious Based On Bose Lifestyle in view of General knowledge of a POSITA, the Sonos Forums, Nourse, Rajapakse or Millington.**

26. **Claim 1 Is Invalid Based On Bose Lifestyle in view of General knowledge of a POSITA, the Sonos Forums, Nourse, Rajapakse or Millington.**

(i) *Limitation 1 (Preamble): "1. A computing device comprising:"*

1034. *See supra* '885 claim 1 "network device" disclosure in, e.g., 1.6, 1.7, 1.9.

(ii) *Limitation 1.1 "one or more processors;"*

1035. *See supra* '885 claim 1, "network device" disclosure in, e.g., 1.6, 1.7, 1.9.

(iii) *Limitation 1.2 "a non-transitory computer-readable medium; and"*

1036. *See supra* '885 claim 1, "network device" disclosure in, e.g., 1.6, 1.7, 1.9.

(iv) *Limitation 1.3 "program instructions stored on the non-transitory computer-readable medium that, when executed by the one or more processors, cause the computing device to perform functions comprising:"*

1037. *See supra* '885 claim 1, "network device" disclosure in, e.g., 1.6, 1.7, 1.9.

Contains Highly Confidential AEO and Source Code Materials

> (v)   *Limitation 1.4 "while serving as a controller for a networked media playback system comprising a first zone player and at least two other zone players, wherein the first zone player is operating in a standalone mode in which the first zone player is configured to play back media individually:"*

1038.   *See supra* '885 claim 1, :network device" disclosure in, e.g., 1.6, 1.7, 1.9, "network interface" disclosure in, e.g., 1.1., "zone player" disclosure in e.g., preamble, 1.1, 1.4-1.7, 1.9-1.10, "standalone mode" disclosure in e.g., 1.5, 1.8, 1.10.

> (vi)   *Limitation 1.5 receiving a first request to create a first zone scene comprising a first predefined grouping of zone players including at least the first zone player and a second zone player that are to be configured for synchronous playback of media when the first zone scene is invoked;*

1039.   *See supra* '885 claim 1, Limitation 1.6. Included in my incorporation by reference is my discussion of the "first zone scene" disclosure in, e.g., 1.6. I include in my incorporation by reference the discussion of the creation of the first zone scene, its composition, its synchronous playback configuration, and the ability of invocation of that zone scene. Additionally, dependent claim 6 of the '966 patent informs the scope of independent claim 1. Dependent claim 6 of the '966 patent recites that "wherein the first predefined grouping of zone players does not include the third zone player, and wherein the second predefined grouping of zone players does not include the second zone player," effectively requiring that the first and second predefined groupings of zone players not be entirely overlapping, each with the same three zone players. Because claim 6 depends from claim 1 and must necessarily narrow the scope of claim 1, I understand that claim 1 includes first and second predefined groupings of zone players, where those groupings of zone players **can** wholly overlap. Indeed, such an overlap scenario would be consistent e.g., with a user having a user-created zone group including all three zone players, and having a "Party Mode," *ie*, a zone group including all three zone players. I therefore incorporate by reference the disclosure of "party mode" from my discussion, *supra*, regarding claim 1 of the '885 patent.

Contains Highly Confidential AEO and Source Code Materials

> (vii)    *Limitation 1.6 based on the first request, i) causing creation of the first zone scene, ii) causing an indication of the first zone scene to be transmitted to the first zone player, and iii) causing storage of the first zone scene;*

1040.    *See supra* '885 claim 1, Limitation 1.6.

> (viii)    *Limitation 1.7 receiving a second request to create a second zone scene comprising a second predefined grouping of zone players including at least the first zone player and a third zone player that are to be configured for synchronous playback of media when the second zone scene is invoked, wherein the third zone player is different than the second zone player;*

1041.    *See supra* '885 claim 1, Limitation 1.6, 1.7.

> (ix)    *Limitation 1.8 based on the second request, i) causing creation of the second zone scene, ii) causing an indication of the second zone scene to be transmitted to the first zone player, and iii) causing storage of the second zone scene;*

1042.    *See supra* '885 claim 1, Limitation 1.6, 1.7.

> (x)    *Limitation 1.9 displaying a representation of the first zone scene and a representation of the second zone scene; and*

1043.    *See supra* '885 claim 1, Limitations 1.6 and 1.7.

> (xi)    *Limitation 1.10 while displaying the representation of the first zone scene and the representation of the second zone scene, receiving a third request to invoke the first zone scene; and*

1044.    *See supra* '885 claim 1, Limitation 1.9.

> (xii)    *Limitation 1.11 based on the third request, causing the first zone player to transition from operating in the standalone mode to operating in accordance with the first predefined grouping of zone players such that the first zone player is configured to coordinate with at least the second zone player to output media in synchrony with output of media by at least the second zone player.*

1045.    *See supra* '885 claim 1, Limitation 1.10.

Contains Highly Confidential AEO and Source Code Materials

27.    **Claim 2 Is Obvious Based On Bose Lifestyle in view of General knowledge of a POSITA, the Sonos Forums, Nourse, Rajapakse or Millington.**

(i)    *Limitation 2.1 The computing device of claim 1, further comprising program instructions stored on the non-transitory computer-readable medium that, when executed by the one or more processors, cause the computing device to perform functions comprising:*

(ii)    *Limitation 2.2 while the first zone player is configured to coordinate with at least the second zone player to play back media in synchrony with at least the second zone player, receiving a fourth request to invoke the second zone scene; and*

(iii)    *Limitation 2.3 based on the fourth request, causing the first zone player to (a) cease to operate in accordance with the first predefined grouping of zone players such that the first zone player is no longer configured to coordinate with at least the second zone player to output media in synchrony with output of media by at least the second zone player and (b) begin to operate in accordance with the second predefined grouping of zone players such that the first zone player is configured to coordinate with at least the third zone player to output media in synchrony with output of media by at least the third zone player.*

1046.    *See* '966 claim 1 *supra*.    As discussed above, Bose Lifestyle and the identified obviousness combinations disclosed the system in claim 1.  Those disclosures included the ability to receive a third request to "invoke" the first zone scene.

28.    **Claim 3 is Obvious Based On Bose Lifestyle in view of General knowledge of a POSITA, the Sonos Forums, Nourse, Rajapakse or Millington.**

(i)    *3. The computing device of claim 1, wherein causing storage of the first zone scene comprises causing storage of the first zone scene at a location other than the computing device, and wherein causing storage of the second zone scene comprises causing storage of the second zone scene at the location other than the computing device.*

1047.    *See* '966 claim 1 *supra*.

Contains Highly Confidential AEO and Source Code Materials

**29.    Claim 4 Is Obvious Based On Bose Lifestyle in view of General knowledge of a POSITA, the Sonos Forums, Nourse, Rajapakse or Millington.**

> (i)    *4. The computing device of claim 3, wherein the location other than the computing device comprises a zone player of the first predefined grouping of zone players.*

1048.    *See* '966 claim 3 *supra.*

**30.    Claim 6 Is Obvious Based On Bose Lifestyle in view of General knowledge of a POSITA, the Sonos Forums, Nourse, Rajapakse or Millington.**

> (i)    *6. The computing device of claim 1, wherein the first predefined grouping of zone players does not include the third zone player, and wherein the second predefined grouping of zone players does not include the second zone player.*

1049.    *See* '966 claim 1 *supra.*  As discussed *supra,* claim 1 is disclosed or rendered obvious at least through the disclosure of non-overlapping zone scenes in the prior art.

**31.    Claim 8 Is Obvious Based On Bose Lifestyle in view of General knowledge of a POSITA, the Sonos Forums, Nourse, Rajapakse or Millington.**

> (i)    *8. The computing device of claim 1, wherein receiving the first request comprises receiving a first set of one or more inputs via a user interface of the computing device, wherein receiving the second request comprises receiving a second set of one or more inputs via the user interface, and wherein receiving the third request comprises receiving a third set of one or more inputs via the user interface.*

1050.    *See* '966 claim 1 *supra.*

Contains Highly Confidential AEO and Source Code Materials

**32.   Claim 9 Is Obvious Based On Bose Lifestyle in view of General knowledge of a POSITA, the Sonos Forums, Nourse, Rajapakse or Millington.**

    *(i)   9. A non-transitory computer-readable medium, wherein the non-transitory computer-readable medium is provisioned with program instructions that are executable to cause a computing device to perform functions comprising:*

1051.   *See* '966 claim 1 *supra*, preamble, 1.1-1.3.

    *(ii)   while serving as a controller for a networked media playback system comprising a first zone player and at least two other zone players, wherein the first zone player is operating in a standalone mode in which the first zone player is configured to play back media individually:*

1052.   *See* '966 claim 1 *supra*, 1.4.

    *(iii)   receiving a first request to create a first zone scene comprising a first predefined grouping of zone players including at least the first zone player and a second zone player that are to be configured for synchronous playback of media when the first zone scene is invoked;*

1053.   *See* '966 claim 1 *supra*, 1.5.

    *(iv)   based on the first request, i) causing creation of the first zone scene, ii) causing an indication of the first zone scene to be transmitted to the first zone player, and iii) causing storage of the first zone scene;*

1054.   *See* '966 claim 1 *supra*, 1.6.

    *(v)   receiving a second request to create a second zone scene comprising a second predefined grouping of zone players including at least the first zone player and a third zone player that are to be configured for synchronous playback of media when the second zone scene is invoked, wherein the third zone player is different than the second zone player;*

1055.   *See* '966 claim 1 *supra*, 1.7.

Contains Highly Confidential AEO and Source Code Materials

> *(vi)*  *based on the second request, i) causing creation of the second zone scene, ii) causing an indication of the second zone scene to be transmitted to the first zone player, and iii) causing storage of the second zone scene;*

1056.  *See* '966 claim 1 *supra*, 1.8.

> *(vii)*  *displaying a representation of the first zone scene and a representation of the second zone scene; and*

1057.  *See* '966 claim 1 *supra*, 1.9.

> *(viii)*  *while displaying the representation of the first zone scene and the representation of the second zone scene, receiving a third request to invoke the first zone scene; and*

1058.  *See* '966 claim 1 *supra*, 1.10.

> *(ix)*  *based on the third request, causing the first zone player to transition from operating in the standalone mode to operating in accordance with the first predefined grouping of zone players such that the first zone player is configured to coordinate with at least the second zone player to output media in synchrony with output of media by at least the second zone player.*

1059.  *See* '966 claim 1 *supra*, 1.11.

## 33.  Claim 10 Is Obvious Based On Bose Lifestyle in view of General knowledge of a POSITA, the Sonos Forums, Nourse, Rajapakse or Millington.

> *(i)*  *10. The non-transitory computer-readable medium of claim 9, wherein the non-transitory computer-readable medium is also provisioned with program instructions stored on the non-transitory computer-readable medium that, when executed by the one or more processors, cause the computing device to perform functions comprising:*

1060.  *See* '966 claim 2 *supra*, 2.1.

> *(ii)*  *while the first zone player is configured to coordinate with at least the second zone player to play back media in synchrony with at least the second zone player, receiving a fourth request to invoke the second zone scene; and*

1061.  *See* '966 claim 2 *supra*, 2.2.

Contains Highly Confidential AEO and Source Code Materials

> *(iii)    based on the fourth request, causing the first zone player to (a) cease to operate in accordance with the first predefined grouping of zone players such that the first zone player is no longer configured to coordinate with at least the second zone player to output media in synchrony with output of media by at least the second zone player and (b) begin to operate in accordance with the second predefined grouping of zone players such that the first zone player is configured to coordinate with at least the third zone player to output media in synchrony with output of media by at least the third zone player.*

1062.    *See* '966 claim 2 *supra*, 2.3.

**34.    Claim 11   Is Obvious Based On Bose Lifestyle in view of General knowledge of a POSITA, the Sonos Forums, Nourse, Rajapakse or Millington.**

> *(i)    11. The non-transitory computer-readable medium of claim 9, wherein causing storage of the first zone scene comprises causing storage of the first zone scene at a location other than the computing device, and wherein causing storage of the second zone scene comprises causing storage of the second zone scene at the location other than the computing device.*

1063.    *See* '966 claim 3 *supra*.

**35.    Claim 12 Is Obvious Based On Bose Lifestyle in view of General knowledge of a POSITA, the Sonos Forums, Nourse, Rajapakse or Millington.**

> *(i)    12. The non-transitory computer-readable medium of claim 11, wherein the location other than the computing device comprises a zone player of the first predefined grouping of zone players.*

1064.    *See* '966 claim 4 *supra*.

Contains Highly Confidential AEO and Source Code Materials

**36.    Claim 14 Is Obvious Based On Bose Lifestyle in view of General knowledge of a POSITA, the Sonos Forums, Nourse, Rajapakse or Millington.**

(i)    *14. The non-transitory computer-readable medium of claim 9, wherein the first predefined grouping of zone players does not include the third zone player, and wherein the second predefined grouping of zone players does not include the second zone player.*

1065.    *See* '966 claim 6 *supra*.

**37.    Claim 16 Is Obvious Based On Bose Lifestyle in view of General knowledge of a POSITA, the Sonos Forums, Nourse, Rajapakse or Millington.**

(i)    *16. The non-transitory computer-readable medium of claim 9, wherein receiving the first request comprises receiving a first set of one or more inputs via a user interface of the computing device, wherein receiving the second request comprises receiving a second set of one or more inputs via the user interface, and wherein receiving the third request comprises receiving a third set of one or more inputs via the user interface.*

*See* '966 claim 8 *supra*.

**D.    '966 Claims Are Obvious Based on Obviousness Type Double Patenting Over The '645 patent.**

1066.    *See supra* '885 claim 1.

**38.    Claim 1 Is Invalid Based On The '645 Patent.**

(i)    *Limitation 1 (Preamble): "1. A computing device comprising:"*

1067.    *See supra* '885 claim 1 "network device" disclosure in, e.g., 1.6, 1.7, 1.9.

(ii)    *Limitation 1.1 "one or more processors;"*

1068.    *See supra* '885 claim 1, "network device" disclosure in, e.g., 1.6, 1.7, 1.9.

(iii)    *Limitation 1.2 "a non-transitory computer-readable medium; and"*

1069.    *See supra* '885 claim 1, "network device" disclosure in, e.g., 1.6, 1.7, 1.9.

Contains Highly Confidential AEO and Source Code Materials

> *(iv)*    *Limitation 1.3 "program instructions stored on the non-transitory computer-readable medium that, when executed by the one or more processors, cause the computing device to perform functions comprising:"*

1070.    *See supra* '885 claim 1, "network device" disclosure in, e.g., 1.6, 1.7, 1.9.

> *(v)*    *Limitation 1.4 "while serving as a controller for a networked media playback system comprising a first zone player and at least two other zone players, wherein the first zone player is operating in a standalone mode in which the first zone player is configured to play back media individually:"*

1071.    *See supra* '885 claim 1, :network device" disclosure in, e.g., 1.6, 1.7, 1.9, "network interface" disclosure in, e.g., 1.1., "zone player" disclosure in e.g., preamble, 1.1, 1.4-1.7, 1.9-1.10, "standalone mode" disclosure in e.g., 1.5, 1.8, 1.10.

> *(vi)*    *Limitation 1.5 receiving a first request to create a first zone scene comprising a first predefined grouping of zone players including at least the first zone player and a second zone player that are to be configured for synchronous playback of media when the first zone scene is invoked;*

1072.    *See supra* '885 claim 1, Limitation 1.6. Included in my incorporation by reference is my discussion of the "first zone scene" disclosure in, e.g., 1.6. I include in my incorporation by reference the discussion of the creation of the first zone scene, its composition, its synchronous playback configuration, and the ability of invocation of that zone scene. Additionally, dependent claim 6 of the '966 patent informs the scope of independent claim 1. Dependent claim 6 of the '966 patent recites that "wherein the first predefined grouping of zone players does not include the third zone player, and wherein the second predefined grouping of zone players does not include the second zone player," effectively requiring that the first and second predefined groupings of zone players not be entirely overlapping, each with the same three zone players. Because claim 6 depends from claim 1 and must necessarily narrow the scope of claim 1, I understand that claim 1 includes first and second predefined groupings of zone players, where those groupings of zone

Contains Highly Confidential AEO and Source Code Materials

players **can** wholly overlap.  Indeed, such an overlap scenario would be consistent e.g., with a user having a user-created zone group including all three zone players, and having a "Party Mode," *i.e*, a zone group including all three zone players.  I therefore incorporate by reference the disclosure of "party mode" from my discussion, *supra*, regarding claim 1 of the '885 patent.

> *(vii)    Limitation 1.6 based on the first request, i) causing creation of the first zone scene, ii) causing an indication of the first zone scene to be transmitted to the first zone player, and iii) causing storage of the first zone scene;*

1073.    *See supra* '885 claim 1, Limitation 1.6.

> *(viii)    Limitation 1.7 receiving a second request to create a second zone scene comprising a second predefined grouping of zone players including at least the first zone player and a third zone player that are to be configured for synchronous playback of media when the second zone scene is invoked, wherein the third zone player is different than the second zone player;*

1074.    *See supra* '885 claim 1, Limitation 1.6, 1.7.

> *(ix)    Limitation 1.8 based on the second request, i) causing creation of the second zone scene, ii) causing an indication of the second zone scene to be transmitted to the first zone player, and iii) causing storage of the second zone scene;*

1075.    *See supra* '885 claim 1, Limitation 1.6, 1.7.

> *(x)    Limitation 1.9 displaying a representation of the first zone scene and a representation of the second zone scene; and*

1076.    *See supra* '885 claim 1, Limitations 1.6 and 1.7.

> *(xi)    Limitation 1.10 while displaying the representation of the first zone scene and the representation of the second zone scene, receiving a third request to invoke the first zone scene; and*

1077.    *See supra* '885 claim 1, Limitation 1.9.

Contains Highly Confidential AEO and Source Code Materials

> (xii)   *Limitation 1.11 based on the third request, causing the first zone player to transition from operating in the standalone mode to operating in accordance with the first predefined grouping of zone players such that the first zone player is configured to coordinate with at least the second zone player to output media in synchrony with output of media by at least the second zone player.*

1078.   *See supra* '885 claim 1, Limitation 1.10.

### 39.   Claim 2 Is Obvious Based On The '645 Patent.

> (i)   *Limitation 2.1 The computing device of claim 1, further comprising program instructions stored on the non-transitory computer-readable medium that, when executed by the one or more processors, cause the computing device to perform functions comprising:*

> (ii)   *Limitation 2.2 while the first zone player is configured to coordinate with at least the second zone player to play back media in synchrony with at least the second zone player, receiving a fourth request to invoke the second zone scene; and*

> (iii)   *Limitation 2.3 based on the fourth request, causing the first zone player to (a) cease to operate in accordance with the first predefined grouping of zone players such that the first zone player is no longer configured to coordinate with at least the second zone player to output media in synchrony with output of media by at least the second zone player and (b) begin to operate in accordance with the second predefined grouping of zone players such that the first zone player is configured to coordinate with at least the third zone player to output media in synchrony with output of media by at least the third zone player.*

1079.   *See* '966 claim 1 *supra*.   As discussed above, the '645 patent rendered obvious the system in claim 1.   Those disclosures included the ability to receive a third request to "invoke" the first zone scene.

### 40.   Claim 3 is Obvious Based On The '645 Patent.

> (i)   *3. The computing device of claim 1, wherein causing storage of the first zone scene comprises causing storage of the first zone scene at a location other than the computing device, and wherein causing storage of the second zone scene comprises causing storage of the second zone scene at the location other than the computing device.*

1080.   *See* '966 claim 1 *supra*.

Contains Highly Confidential AEO and Source Code Materials

**41.    Claim 4 Is Obvious Based On The '645 Patent.**

(i)    *4. The computing device of claim 3, wherein the location other than the computing device comprises a zone player of the first predefined grouping of zone players.*

1081.  *See* '966 claim 3 *supra.*

**42.    Claim 6 Is Obvious Based On The '645 Patent.**

(i)    *6. The computing device of claim 1, wherein the first predefined grouping of zone players does not include the third zone player, and wherein the second predefined grouping of zone players does not include the second zone player.*

1082.  *See* '966 claim 1 *supra.*  As discussed *supra*, claim 1 is disclosed or rendered obvious at least through the disclosure of non-overlapping zone scenes in the prior art.

**43.    Claim 8 Is Obvious Based On The '645 Patent.**

(i)    *8. The computing device of claim 1, wherein receiving the first request comprises receiving a first set of one or more inputs via a user interface of the computing device, wherein receiving the second request comprises receiving a second set of one or more inputs via the user interface, and wherein receiving the third request comprises receiving a third set of one or more inputs via the user interface.*

1083.  *See* '966 claim 1 *supra.*

**44.    Claim 9 Is Obvious Based On The '645 Patent.**

(i)    *9. A non-transitory computer-readable medium, wherein the non-transitory computer-readable medium is provisioned with program instructions that are executable to cause a computing device to perform functions comprising:*

1084.  *See* '966 claim 1 *supra*, preamble, 1.1-1.3.

Contains Highly Confidential AEO and Source Code Materials

          *(ii)*     *while serving as a controller for a networked media playback system comprising a first zone player and at least two other zone players, wherein the first zone player is operating in a standalone mode in which the first zone player is configured to play back media individually:*

1085.  *See* '966 claim 1 *supra*, 1.4.

          *(iii)*     *receiving a first request to create a first zone scene comprising a first predefined grouping of zone players including at least the first zone player and a second zone player that are to be configured for synchronous playback of media when the first zone scene is invoked;*

1086.  *See* '966 claim 1 *supra*, 1.5.

          *(iv)*     *based on the first request, i) causing creation of the first zone scene, ii) causing an indication of the first zone scene to be transmitted to the first zone player, and iii) causing storage of the first zone scene;*

1087.  *See* '966 claim 1 *supra*, 1.6.

          *(v)*     *receiving a second request to create a second zone scene comprising a second predefined grouping of zone players including at least the first zone player and a third zone player that are to be configured for synchronous playback of media when the second zone scene is invoked, wherein the third zone player is different than the second zone player;*

1088.  *See* '966 claim 1 *supra*, 1.7.

          *(vi)*     *based on the second request, i) causing creation of the second zone scene, ii) causing an indication of the second zone scene to be transmitted to the first zone player, and iii) causing storage of the second zone scene;*

1089.  *See* '966 claim 1 *supra*, 1.8.

          *(vii)*     *displaying a representation of the first zone scene and a representation of the second zone scene; and*

1090.  *See* '966 claim 1 *supra*, 1.9.

          *(viii)*     *while displaying the representation of the first zone scene and the representation of the second zone scene, receiving a third request to invoke the first zone scene; and*

1091.  *See* '966 claim 1 *supra*, 1.10.

Contains Highly Confidential AEO and Source Code Materials

> (ix)  *based on the third request, causing the first zone player to transition from operating in the standalone mode to operating in accordance with the first predefined grouping of zone players such that the first zone player is configured to coordinate with at least the second zone player to output media in synchrony with output of media by at least the second zone player.*

1092.  *See* '966 claim 1 *supra*, 1.11.

### 45.    Claim 10 Is Obvious Based On The '645 Patent.

> (i)  *10. The non-transitory computer-readable medium of claim 9, wherein the non-transitory computer-readable medium is also provisioned with program instructions stored on the non-transitory computer-readable medium that, when executed by the one or more processors, cause the computing device to perform functions comprising:*

1093.  *See* '966 claim 2 *supra*, 2.1.

> (ii)  *while the first zone player is configured to coordinate with at least the second zone player to play back media in synchrony with at least the second zone player, receiving a fourth request to invoke the second zone scene; and*

1094.  *See* '966 claim 2 *supra*, 2.2.

> (iii)  *based on the fourth request, causing the first zone player to (a) cease to operate in accordance with the first predefined grouping of zone players such that the first zone player is no longer configured to coordinate with at least the second zone player to output media in synchrony with output of media by at least the second zone player and (b) begin to operate in accordance with the second predefined grouping of zone players such that the first zone player is configured to coordinate with at least the third zone player to output media in synchrony with output of media by at least the third zone player.*

1095.  *See* '966 claim 2 *supra*, 2.3.

Contains Highly Confidential AEO and Source Code Materials

46.    **Claim 11 Is Obvious Based On The '645 Patent.**

(i)    *11. The non-transitory computer-readable medium of claim 9, wherein causing storage of the first zone scene comprises causing storage of the first zone scene at a location other than the computing device, and wherein causing storage of the second zone scene comprises causing storage of the second zone scene at the location other than the computing device.*

1096.    *See* '966 claim 3 *supra*.

47.    **Claim 12 Is Obvious Based On The '645 Patent.**

(i)    *12. The non-transitory computer-readable medium of claim 11, wherein the location other than the computing device comprises a zone player of the first predefined grouping of zone players.*

1097.    *See* '966 claim 4 *supra*.

48.    **Claim 14 Is Obvious Based On The '645 Patent.**

(i)    *14. The non-transitory computer-readable medium of claim 9, wherein the first predefined grouping of zone players does not include the third zone player, and wherein the second predefined grouping of zone players does not include the second zone player.*

1098.    *See* '966 claim 6 *supra*.

49.    **Claim 16 Is Obvious Based On The '645 Patent.**

(i)    *16. The non-transitory computer-readable medium of claim 9, wherein receiving the first request comprises receiving a first set of one or more inputs via a user interface of the computing device, wherein receiving the second request comprises receiving a second set of one or more inputs via the user interface, and wherein receiving the third request comprises receiving a third set of one or more inputs via the user interface.*

*See* '966 claim 8 *supra*.

## XIII.   NON-INFRINGING ALTERNATIVES

1099.    As I will explain (in what I expect will be my forthcoming report on non-infringement), Google's products do not infringe the '885 or '966 patents. It is thus my opinion that the accused Google products are themselves non-infringing alternatives to the asserted claims

Contains Highly Confidential AEO and Source Code Materials

of the '885 and '966 patents.  Based on my current understanding of Sonos's infringement contentions and my review of the evidence in this case, including documents, deposition testimony and source code, it is my opinion that additional non-infringing alternatives were available at the time of the alleged first infringement (and are still available today).

1100.  I have reviewed Google's interrogatory response to Sonos's interrogatory number 18 and I incorporate that disclosure herein.  In my opinion, the alternatives disclosed by Google are appropriate.  Below I describe those alternatives.

***Alternative #1 – No Standalone Mode***

1101.  I describe Alternative #1, an implementation in which when the accused "standalone" speaker is added to a target group, it matches the music (or silence) of the target group.  The alternative is a non-infringing alternative for the Accused Instrumentalities to the asserted claims.

1102.  Claim 1 of the '885 patent is exemplary.  Claim 1 includes limitations that require the zone player to be added to two different zone scenes: "(i) receiving, from a network device over a data network, a first indication that the first zone player has been added to a first zone scene comprising a first predefined grouping of zone players including at least the first zone player and a second zone player that are to be configured for synchronous playback of media when the first zone scene is invoked" and "(ii) receiving, from the network device over the data network, a second indication that the first zone player has been added to a second zone scene comprising a second predefined grouping of zone players including at least the first zone player and a third zone player that are to be configured for synchronous playback of media when the second zone scene is invoked, wherein the second zone player is different than the third zone player."  The claim then requires that "after receiving the first and second indications, continuing to operate in the standalone mode until a given one of the first and second zone scenes has been selected for

Contains Highly Confidential AEO and Source Code Materials

invocation." In other words, the claim requires the zone player that was playing back music individually to be added to two different zone scenes, but to continue to operate in a "standalone mode" until one of the two zone scenes is "invoked."

1103. With this non-infringing alternative, infringement is avoided by having the "standalone" speaker that is added to two zone scenes not continue to operate in "standalone" mode after it has been added to those zone scenes. Instead, the accused "standalone" speaker after being added to a zone scene may match the music (or silence) of the target zone scene. Indeed, currently, when a single speaker is playing music and a group is playing music and the single speaker is added to the group, the speaker will begin playing the music that the group was playing. Having this same behavior for the situation where a speaker is playing music and joined to a group that is not playing music would harmonize the behavior in these two situations.

1104. In this alternative, the accused zone player would never "continue to operate in standalone mode" after receiving the indication that it "has been added to a first zone scene." Rather, the accused zone player would immediately adopt the behavior of the accused "zone scene" to which it was added. Therefore, the accused zone player would no longer be "configured to play back media individually" or, equivalently, remain in the accused "standalone mode."

1105. All asserted claims of the '885 and '966 patents require the "standalone mode" functionality discussed above, and therefore this non-infringing alternative applies to all asserted claims. For example, in claim 1 of the '966 patent, that claim requires that a "first zone player is operating in a standalone mode," and that after a "first request," a "second request," and a "third request," that "based on the third request, causing the first zone player to transition from operating in the standalone mode to operating in accordance with the first predefined grouping of zone players." Accordingly, the '966 patent claims, which each require these same steps, are subject to the alternative. In my opinion, this alternative would have been straightforward and taken minimal

Contains Highly Confidential AEO and Source Code Materials

time, which reflects its ready availability.

1106.  I understand that Google has publicly released a new version of its source code through software updates to 25% of the accused Google products with a display, and plans to continue rolling out the change to the remaining accused products through December 2022.

### *Alternative #2 – No Overlapping Groups*

1107.  I also describe an Alternative #2.  This alternative is an implementation in which a speaker that is already a member of one group will be forced out of this (first) group when a user attempts to add the speaker to a new (second) group.  In other words, with this non-infringing alternative, no speaker can be a member of more than one group at the same time.

1108.  This is a requirement of the asserted claims.  For example, claim 1 of the '885 patent requires that the zone player "receiv[es], from a network device over a data network, a first indication that the first zone player has been added to a first zone scene" and that the zone player "receiv[es], from the network device over the data network, a second indication that the first zone player has been added to a second zone scene."  "[A]fter receiving the first and second indications, [the zone player] continu[es] to operate in the standalone mode until a given one of the first and second zone scenes has been selected for invocation."  Similarly, claim 1 of the '966 patent requires a "first request to create a first zone scene comprising a first predefined grouping of zone players including at least the first zone player" and a "second request to create a second zone scene comprising a second predefined grouping of zone players including at least the first zone player."  Claim 1 of the '966 patent also requires "while displaying the representation of the first zone scene and the representation of the second zone scene, receiving a third request to invoke the first zone scene."  These representative claims (for this limited purpose) show that the asserted claims require the overlapping groups described above.

1109.  Sonos's expert Dr. Almeroth has opined that this is the case.  For example, Dr.

Contains Highly Confidential AEO and Source Code Materials

     I, Dan Schonfeld, declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED:  November 30, 2022

                                _____
                                Dan Schonfeld, Ph.D