# Sonos, Inc.'s Motion *In Limine* No. 5

# EXHIBIT B

# (Filed Under Seal)

Contains Highly Confidential AEO and Source Code Materials

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

GOOGLE LLC,

　　　　　　　　　　Plaintiff

　　　v.

SONOS, INC.,

　　　　　　　　　　Defendant.

CASE NO. 3:20-cv-06754-WHA
Related to CASE NO. 3:21-cv-07559-WHA

**OPENING EXPERT REPORT OF DR. DAN SCHONFELD REGARDING U.S. PATENT NO. 10,848,885 AND U.S. PATENT NO. 10,469,966**

Contains Highly Confidential AEO and Source Code Materials

| | | |
|---|---|---|
| II. | SUMMARY OF OPINIONS | 4 |
| III. | QUALIFICATIONS | 5 |
| IV. | MATERIALS CONSIDERED | 9 |
| V. | LEGAL STANDARDS | 10 |
| | A. Legal Standard for Priority Date | 10 |
| | B. Prior Art | 10 |
| | C. Legal Standard for Anticipation | 11 |
| | D. Legal Standard for Obviousness | 12 |
| | E. Legal Standard for Conception and Reduction to Practice | 14 |
| | F. Legal Standard for Written Description | 15 |
| | G. Person of Ordinary Skill in the Art | 15 |
| | H. Patent Claims and Claim Construction | 16 |
| | I. Presumption of Validity | 16 |
| | J. Legal Standard for Prior Art | 16 |
| | K. Obviousness-Type Double Patenting | 17 |
| VI. | THE '885 PATENT and '966 PATENT | 20 |
| | A. Background | 20 |
| | B. Specification | 20 |
| | C. Asserted Claims | 21 |
| | D. Prosecution History | 24 |
| |     2. '885 Patent | 24 |
| |     3. '966 Patent | 30 |
| | E. Effective Priority Date | 33 |
| VII. | PERSON OF ORDINARY SKILL IN THE ART | 33 |
| VIII. | CLAIM CONSTRUCTION | 34 |
| IX. | THE COURT'S JULY 21, 2022 ORDER AND CLAIM CONSTRUCTION DEVELOPMENTS | 36 |
| |     1. Zone Scene | 36 |
| |     2. Indication | 38 |
| |     3. Standalone | 40 |
| |     4. Written Description | 40 |
| X. | STATE OF THE ART AND OVERVIEW OF THE PRIOR ART | 47 |
| | A. Sonos's Own Systems | 50 |

Contains Highly Confidential AEO and Source Code Materials

|  | 2. | The Sonos System Overview................................................................ 55 |
|  | 3. | The Sonos Webpage .......................................................................... 84 |
|  | 4. | Evidence Considered for the Sonos System ...................................... 92 |
| B. |  | The Sonos Forums ................................................................................. 93 |
| C. |  | Logitech Slim Devices / Squeezebox ................................................... 131 |
|  | 5. | Evidence Considered for the Squeezebox System............................. 131 |
| D. |  | Bose...................................................................................................... 169 |
| E. |  | Millington ............................................................................................. 181 |
| F. |  | Lambourne ............................................................................................ 183 |
| G. |  | Nourse ................................................................................................... 184 |
| H. |  | Crestron................................................................................................. 185 |
| I. |  | Yamaha DME......................................................................................... 199 |

XI.   INVALIDITY OF '885 PATENT BASED ON ANTICIPATION AND OBVIOUSNESS ............................................................................................ 219

A.   Obviousness In View of the Prior Art Sonos Products ("Sonos System") ........ 219

2.    Limitation 1 (preamble): "A first zone player comprising:" ................. 220

3.    Limitation 1.1: "a network interface that is configured to communicatively couple the first zone player to at least one data network;" .......................................................................................... 224

4.    Limitation 1.2: "one or more processors;"........................................... 231

5.    Limitation 1.3: "a non-transitory computer-readable medium; and"..... 234

6.    Limitation 1.4: "program instructions stored on the non-transitory computer-readable medium that, when executed by the one or more processors, cause the first zone player to perform functions comprising:"................................................................................... 237

7.    Limitation 1.5: "while operating in a standalone mode in which the first zone player is configured to play back media individually in a networked media playback system comprising the first zone player and at least two other zone players:"................................................ 237

8.    Limitation 1.6: "(i) receiving, from a network device over a data network, a first indication that the first zone player has been added to a first zone scene comprising a first predefined grouping of zone players including at least the first zone player and a second zone player that are to be configured for synchronous playback of media when the first zone scene is invoked; and".......................................... 248

9.    Limitation 1.7: "(ii) receiving, from the network device over the data network, a second indication that the first zone player has been added to a second zone scene comprising a second predefined

Contains Highly Confidential AEO and Source Code Materials

grouping of zone players including at least the first zone player and a third zone player that are to be configured for synchronous playback of media when the second zone scene is invoked, wherein the second zone player is different than the third zone player;".............. 285

10.     Limitation 1.8: "after receiving the first and second indications, continuing to operate in the standalone mode until a given one of the first and second zone scenes has been selected for invocation;"........... 303

11.     Limitation 1.9: "after the given one of the first and second zone scenes has been selected for invocation, receiving, from the network device over the data network, an instruction to operate in accordance with a given one of the first and second zone scenes respectively comprising a given one of the first and second predefined groupings of zone players; and" ........................................................................ 320

12.     Limitation 1.10: "based on the instruction, transitioning from operating in the standalone mode to operating in accordance with the given one of the first and second predefined groupings of zone players such that the first zone player is configured to coordinate with at least one other zone player in the given one of the first and second predefined groupings of zone players over a data network in order to output media in synchrony with output of media by the at least one other zone player in the given one of the first and second predefined groupings of zone players." ............................................... 326

B.     Anticipation over and Obviousness In View of Squeezebox............................ 333

13.     Limitation 1 (preamble): "A first zone player comprising:" ................. 339

14.     Limitation 1.1: "a network interface that is configured to communicatively couple the first zone player to at least one data network;" ......................................................................... 343

15.     Limitation 1.2: "one or more processors;"........................................... 344

16.     Limitation 1.3: "a non-transitory computer-readable medium; and"..... 348

17.     Limitation 1.4: "program instructions stored on the non-transitory computer-readable medium that, when executed by the one or more processors, cause the first zone player to perform functions comprising:"........................................................................ 350

18.     Limitation 1.5: "while operating in a standalone mode in which the first zone player is configured to play back media individually in a networked media playback system comprising the first zone player and at least two other zone players:".................................................. 350

19.     Limitation 1.6: "(i) receiving, from a network device over a data network, a first indication that the first zone player has been added to a first zone scene comprising a first predefined grouping of zone players including at least the first zone player and a second zone

Contains Highly Confidential AEO and Source Code Materials

player that are to be configured for synchronous playback of media when the first zone scene is invoked; and" ........................................... 354

20.     Limitation 1.7: "(ii) receiving, from the network device over the data network, a second indication that the first zone player has been added to a second zone scene comprising a second predefined grouping of zone players including at least the first zone player and a third zone player that are to be configured for synchronous playback of media when the second zone scene is invoked, wherein the second zone player is different than the third zone player;" ............ 412

21.     Limitation 1.8: "after receiving the first and second indications, continuing to operate in the standalone mode until a given one of the first and second zone scenes has been selected for invocation;" ........... 505

22.     Limitation 1.9: "after the given one of the first and second zone scenes has been selected for invocation, receiving, from the network device over the data network, an instruction to operate in accordance with a given one of the first and second zone scenes respectively comprising a given one of the first and second predefined groupings of zone players; and" ....................................................... 523

23.     Limitation 1.10: "based on the instruction, transitioning from operating in the standalone mode to operating in accordance with the given one of the first and second predefined groupings of zone players such that the first zone player is configured to coordinate with at least one other zone player in the given one of the first and second predefined groupings of zone players over a data network in order to output media in synchrony with output of media by the at least one other zone player in the given one of the first and second predefined groupings of zone players." ............................................... 525

C.     Obviousness Type Double Patenting Over U.S. Patent No. 9,141,645 ............ 526

24.     Limitation 1 (preamble): "A first zone player comprising:" ................. 538

25.     Limitation 1.1: "a network interface that is configured to communicatively couple the first zone player to at least one data network;" .......................................................................... 538

26.     Limitation 1.2: "one or more processors;" ........................................... 539

27.     Limitation 1.3: "a non-transitory computer-readable medium; and" ..... 540

28.     Limitation 1.4: "program instructions stored on the non-transitory computer-readable medium that, when executed by the one or more processors, cause the first zone player to perform functions comprising:" ...................................................................................... 541

29.     Limitation 1.5: "while operating in a standalone mode in which the first zone player is configured to play back media individually in a networked media playback system comprising the first zone player and at least two other zone players:" ................................................... 541

Contains Highly Confidential AEO and Source Code Materials

30.     Limitation 1.6: "(i) receiving, from a network device over a data network, a first indication that the first zone player has been added to a first zone scene comprising a first predefined grouping of zone players including at least the first zone player and a second zone player that are to be configured for synchronous playback of media when the first zone scene is invoked; and"........................................... 542

31.     Limitation 1.7: "(ii) receiving, from the network device over the data network, a second indication that the first zone player has been added to a second zone scene comprising a second predefined grouping of zone players including at least the first zone player and a third zone player that are to be configured for synchronous playback of media when the second zone scene is invoked, wherein the second zone player is different than the third zone player;"............ 543

32.     Limitation 1.8: "after receiving the first and second indications, continuing to operate in the standalone mode until a given one of the first and second zone scenes has been selected for invocation;"............ 545

33.     Limitation 1.9: "after the given one of the first and second zone scenes has been selected for invocation, receiving, from the network device over the data network, an instruction to operate in accordance with a given one of the first and second zone scenes respectively comprising a given one of the first and second predefined groupings of zone players; and" .......................................................................... 545

34.     Limitation 1.10: "based on the instruction, transitioning from operating in the standalone mode to operating in accordance with the given one of the first and second predefined groupings of zone players such that the first zone player is configured to coordinate with at least one other zone player in the given one of the first and second predefined groupings of zone players over a data network in order to output media in synchrony with output of media by the at least one other zone player in the given one of the first and second predefined groupings of zone players."................................................ 546

D.     Claim 1 Is Invalid Based On Bose Lifestyle in view of General knowledge of a POSITA, the Sonos Forums, Rajapaske, Nourse or Millington................. 547

35.     Limitation 1 (preamble): "A first zone player comprising:" ................. 548

36.     Limitation 1.1: "a network interface that is configured to communicatively couple the first zone player to at least one data network;" .......................................................................... 559

37.     Limitation 1.2: "one or more processors;"........................................... 582

38.     Limitation 1.3: "a non-transitory computer-readable medium; and"..... 586

39.     Limitation 1.4: "program instructions stored on the non-transitory computer-readable medium that, when executed by the one or more processors, cause the first zone player to perform functions comprising:"........................................................................... 587

Contains Highly Confidential AEO and Source Code Materials

40.    Limitation 1.5: "while operating in a standalone mode in which the first zone player is configured to play back media individually in a networked media playback system comprising the first zone player and at least two other zone players:"................................................... 588

41.    Limitation 1.6: "(i) receiving, from a network device over a data network, a first indication that the first zone player has been added to a first zone scene comprising a first predefined grouping of zone players including at least the first zone player nd a second zone player that are to be configured for synchronous playback of media when the first zone scene is invoked; and".......................................... 597

42.    Limitation 1.7: "(ii) receiving, from the network device over the data network, a second indication that the first zone player has been added to a second zone scene comprising a second predefined grouping of zone players including at least the first zone player and a third zone player that are to be configured for synchronous playback of media when the second zone scene is invoked, wherein the second zone player is different than the third zone player;"............ 613

XII.   INVALIDITY OF '966 PATENT BASED ON ANTICIPATION AND OBVIOUSNESS ....................................................................................... 646

A.    '966 Claims Are Obvious Based On Prior Art Sonos Products ("Sonos System")........................................................................................... 646

2.    Claim 1 Is Obvious Based On Prior Art Sonos Products ("Sonos System")................................................................................. 647

3.    Claim 2 Is Obvious Based On Prior Art Sonos System. ...................... 650

4.    Claim 3 is Obvious Based On Prior Art Sonos System. ...................... 651

5.    Claim 4 Is Obvious Based On Prior Art Sonos System. ...................... 651

6.    Claim 6 Is Obvious Based On Prior Art Sonos System. ...................... 651

7.    Claim 8 Is Obvious Based On Prior Art Sonos System. ...................... 652

8.    Claim 9 Is Obvious Based On Prior Art Sonos System. ...................... 652

9.    Claim 10 Is Obvious Based On Prior Art Sonos System. .................... 653

10.   Claim 11 Is Obvious Based On Prior Art Sonos System. .................... 654

11.   Claim 12 Is Obvious Based On Prior Art Sonos System. .................... 654

12.   Claim 14 Is Obvious Based On Prior Art Sonos System. .................... 654

13.   Claim 16 Is Obvious Based On Prior Art Sonos System. .................... 655

B.    '966 Claims Are Obvious Based On Squeezebox in view of General knowledge of a POSITA, the Sonos System, the Sonos Forums, the Bose Lifestyle, or Millington. ................................................................. 655

Contains Highly Confidential AEO and Source Code Materials

14.  Claim 1 Is Invalid Based On Squeezebox in view of General knowledge of a POSITA, the Sonos System, the Sonos Forums, the Bose Lifestyle, or Millington............................................................. 655

15.  Claim 2 Is Obvious Based On Squeezebox in view of General knowledge of a POSITA, the Sonos System, the Sonos Forums, the Bose Lifestyle, or Millington............................................................. 658

16.  Claim 3 is Obvious Based On Squeezebox in view of General knowledge of a POSITA, the Sonos System, the Sonos Forums, the Bose Lifestyle, or Millington............................................................. 659

17.  Claim 4 Is Obvious Based On Squeezebox in view of General knowledge of a POSITA, the Sonos System, the Sonos Forums, the Bose Lifestyle, or Millington............................................................. 659

18.  Claim 6 Is Obvious Based On Squeezebox in view of General knowledge of a POSITA, the Sonos System, the Sonos Forums, the Bose Lifestyle, or Millington............................................................. 660

19.  Claim 8 Is Obvious Based On Squeezebox in view of General knowledge of a POSITA, the Sonos System, the Sonos Forums, the Bose Lifestyle, or Millington............................................................. 660

20.  Claim 9 Is Obvious Based On Squeezebox in view of General knowledge of a POSITA, the Sonos System, the Sonos Forums, the Bose Lifestyle, or Millington............................................................. 660

21.  Claim 10 Is Obvious Based On Squeezebox in view of General knowledge of a POSITA, the Sonos System, the Sonos Forums, the Bose Lifestyle, or Millington............................................................. 662

22.  Claim 11  Is Obvious Based On Squeezebox in view of General knowledge of a POSITA, the Sonos System, the Sonos Forums, the Bose Lifestyle, or Millington............................................................. 663

23.  Claim 12 Is Obvious Based On Squeezebox in view of General knowledge of a POSITA, the Sonos System, the Sonos Forums, the Bose Lifestyle, or Millington............................................................. 663

24.  Claim 14 Is Obvious Based On Squeezebox in view of General knowledge of a POSITA, the Sonos System, the Sonos Forums, the Bose Lifestyle, or Millington............................................................. 663

25.  Claim 16 Is Obvious Based On Squeezebox in view of General knowledge of a POSITA, the Sonos System, the Sonos Forums, the Bose Lifestyle, or Millington............................................................. 664

C.  '966 Claims Are Obvious Based On Bose Lifestyle in view of General knowledge of a POSITA, the Sonos Forums, Nourse, Rajapakse or Millington............................................................. 664

Contains Highly Confidential AEO and Source Code Materials

26.   Claim 1 Is Invalid Based On Bose Lifestyle in view of General knowledge of a POSITA, the Sonos Forums, Nourse, Rajapakse or Millington. ...................................................................................... 664

27.   Claim 2 Is Obvious Based On Bose Lifestyle in view of General knowledge of a POSITA, the Sonos Forums, Nourse, Rajapakse or Millington. ...................................................................................... 667

28.   Claim 3 is Obvious Based On Bose Lifestyle in view of General knowledge of a POSITA, the Sonos Forums, Nourse, Rajapakse or Millington. ...................................................................................... 667

29.   Claim 4 Is Obvious Based On Bose Lifestyle in view of General knowledge of a POSITA, the Sonos Forums, Nourse, Rajapakse or Millington. ...................................................................................... 668

30.   Claim 6 Is Obvious Based On Bose Lifestyle in view of General knowledge of a POSITA, the Sonos Forums, Nourse, Rajapakse or Millington. ...................................................................................... 668

31.   Claim 8 Is Obvious Based On Bose Lifestyle in view of General knowledge of a POSITA, the Sonos Forums, Nourse, Rajapakse or Millington. ...................................................................................... 668

32.   Claim 9 Is Obvious Based On Bose Lifestyle in view of General knowledge of a POSITA, the Sonos Forums, Nourse, Rajapakse or Millington. ...................................................................................... 669

33.   Claim 10 Is Obvious Based On Bose Lifestyle in view of General knowledge of a POSITA, the Sonos Forums, Nourse, Rajapakse or Millington. ...................................................................................... 670

34.   Claim 11  Is Obvious Based On Bose Lifestyle in view of General knowledge of a POSITA, the Sonos Forums, Nourse, Rajapakse or Millington. ...................................................................................... 671

35.   Claim 12 Is Obvious Based On Bose Lifestyle in view of General knowledge of a POSITA, the Sonos Forums, Nourse, Rajapakse or Millington. ...................................................................................... 671

36.   Claim 14 Is Obvious Based On Bose Lifestyle in view of General knowledge of a POSITA, the Sonos Forums, Nourse, Rajapakse or Millington. ...................................................................................... 672

37.   Claim 16 Is Obvious Based On Bose Lifestyle in view of General knowledge of a POSITA, the Sonos Forums, Nourse, Rajapakse or Millington. ...................................................................................... 672

D.   '966 Claims Are Obvious Based on Obviousness Type Double Patenting Over The '645 patent ........................................................................... 672

38.   Claim 1 Is Invalid Based On The '645 Patent ..................................... 672

39.   Claim 2 Is Obvious Based On The '645 Patent .................................... 675

Contains Highly Confidential AEO and Source Code Materials

40.     Claim 3 is Obvious Based On The '645 Patent....................................... 675

41.     Claim 4 Is Obvious Based On The '645 Patent.................................... 676

42.     Claim 6 Is Obvious Based On The '645 Patent.................................... 676

43.     Claim 8 Is Obvious Based On The '645 Patent.................................... 676

44.     Claim 9 Is Obvious Based On The '645 Patent.................................... 676

45.     Claim 10 Is Obvious Based On The '645 Patent................................. 678

46.     Claim 11  Is Obvious Based On The '645 Patent................................ 679

47.     Claim 12 Is Obvious Based On The '645 Patent................................. 679

48.     Claim 14 Is Obvious Based On The '645 Patent................................. 679

49.     Claim 16 Is Obvious Based On The '645 Patent................................. 679

XIII.   NON-INFRINGING ALTERNATIVES..................................................... 679

XIV.    SECONDARY CONSIDERATION OF NON-OBVIOUSNESS............................. 684

XV.     RESERVATION OF RIGHTS................................................................. 686

Contains Highly Confidential AEO and Source Code Materials

certain demonstratives to do so.  I also reserve the right to amend and/or supplement this Report should additional information or developments that may affect my opinions become available.

4.      In reaching the conclusions described herein, I have considered the documents and materials identified and/or cited in this Report, as well as any materials listed in Exhibit B.  My opinions are also based upon my education, training, research, knowledge, and personal and professional experience.

5.      It is my understanding that Sonos may submit an expert report responding to this Report.  I reserve the right to rebut any positions taken in that report.

## II.    SUMMARY OF OPINIONS

6.      It is my opinion that claims 1-3, 5-10, 12-17, 19-20 of the '885 patent and claims 1-4, 6-12, 14-20 of the '966 patent ("the asserted claims") are invalid based on each of the following prior art references and combinations and any additional combinations set forth below in my report:

- Sonos System alone renders the asserted claims obvious;
- Sonos System in combination with Sonos Forums renders the asserted claims obvious;
- Sonos System in combination with Sonos Forums, Squeezebox, Millington, and/or Nourse renders the asserted claims obvious;
- Squeezebox alone anticipates and/or renders the asserted claims obvious;
- Squeezebox in combination with Nourse renders the asserted claims obvious;
- Squeezebox in combination with Sonos Forums, Squeezebox, Millington, and/or Nourse renders the asserted claims obvious;
- Bose in combination with Sonos Forums, Squeezebox, Millington, and/or Nourse renders the asserted claims obvious.

Contains Highly Confidential AEO and Source Code Materials

Tr. pp 188-196.

179.    I have excerpted certain posts within this thread below.  It is notable that Sonos's

product management team (likely including Mr. Lambourne) was made aware of the issues raised

in the Forum thread.  Farrar Dep. Tr. at 91:13-94:7; Lambourne Dep. Tr. at 143:7-144:11.

> Q  Did any of the product management teams review the forums to identify consumer pinpoints?
> THE WITNESS: I imagine that might have happened, but I couldn't say the specific person or time.
> Q Did you ever review the Sonos forums to determine whether they were particular consumer pain points with any of the Sonos products?
> THE WITNESS: I read forum posts from time to time, yes.
> Q Why did you read forum posts from time to time?
> THE WITNESS: To see what people were saying about our product.
> Q How did the feedback that you were getting through the Sonos forums affect your work?
> THE WITNESS: I think -- I mean, it would depend what the comments were, but people might describe situations in which they were not happy, which we might try and solve for, or for situations which they were happy which we know that that was a good thing. Generally feedback.
>
> Lambourne Dep. Tr. at 143:7-144:11.

180.    Mr. Robert Lambourne, who was responsible for the UX aspects of the Sonos

System, testified that the alleged invention addressed the same topic as the Forum posts below and

believed that the concerns users were showing was also addressed in the same way by the alleged

inventions.  Lambourne Dep. Tr. at 128:8-131:17.

Contains Highly Confidential AEO and Source Code Materials



Farrar Dep. Ex. 8-11.

182.    And as with the "macro / presets" thread, Sonos employees participated in the thread, and were therefore aware of these ideas from the Forum threads at the time, and indeed noted that the product management team would consider those ideas. I have cited this testimony above. Mr. Lambourne similarly testified that these Forum posts were relevant to the alleged inventions and that the inventions would be responsive to the concerns identified by users therein.

Contains Highly Confidential AEO and Source Code Materials

Again, I have cited this testimony above. I have excerpted relevant portions of this Forum thread below.



Contains Highly Confidential AEO and Source Code Materials



**garty**  Contributor III  · 395 replies                                16 years ago

I agree - I suggested this a while back.



I work from home and I have zones I use while I'm working and a different set of zones in the evening or at weekends. It certainly would make the system even easier to use if one could select a group of zones quickly.



**Majik**  · 6113 replies                                                16 years ago

Agreed.

The ease of lining/unlinking zones is also dependent on the number of zones you have. 2 or 3 zones isn't too much of an imposition, but I imagine 6 or more is quite painful.

Just imagine if you had the full 32 zones!

At the moment we have a single, pre-defined group, that being "All Zones". I would like to see this as the default, but with the ability to configure your own groups and to delete the "All zones" group (some may not want this).

This would help with people who are having trouble blasting their neighbours during 2am parties by accidentally selecting hottub/garden.

Now this brings an interesting question: should zones be allowed to be in more than one group? If this is allowed, are there any unwanted side-effects with this?

Personally I would be happy with a grouping that allowed zones to be in at most one group (and this might be the easiest to implement), but others may not.

Also, if zone groups were allowed, what "display options" would be useful for the Zones display. Off the top of my head I can see uses for:

* Hide all zones (only show groups)
* Sorting (by name or groups before zones)

These could be either by a user preference or by a toggle button on the zone screen.

Also, how would these be displayed on the other screens (e.g. now playing)... as groups or as individual zones? I suspect individual zones would be better, as this takes into account all circumstances of use.

Cheers,

Keith

Contains Highly Confidential AEO and Source Code Materials

 **DigitalBoy**  Avid Contributor I  ·  1321 replies                          16 years ago

I like the idea. Why not have custom zone groups (like the party zone, but user customizable)? A
Zone can be in 1 or more zone groups. Further you should be able to activate a group, and then
add/drop individual zones for a one-off group (which is what we have now, but no ability to persist the
group).

eg 'Downstairs' might be kitchen, den, master bedroom. I select the zone group 'Downstairs' and all 3
zones are sync'd. Then I add a zone 'Patio' just like we do now and 4 zones are sync'd. If I do
nothing, the 4 zone group is lost when I unlink. However, maybe I decide I want this as a new group,
so save it as 'Patio and downstairs'.

I'm not sure advanced group management is necessary, as you are unlikely to have 200 groups.
Even with a large setup (10+ zones) it's probable you'll only have half a dozen or so groups.

Hopefully we'll see this in 1.4 🙂

db

 **Lord Hemming**  Contributor I  ·  1 reply                          15 years ago

I have a few zones now, two of my zones are so close (open plan area of the house) I always play the
same music. I would like to be able to permanently link two ZPs as a single zone.

 👍 Like      💬 Quote

 **AudioX**  Lyricist III  ·  5 replies                          15 years ago

I totally agree - being able to group & save zones as a preset would be very useful.

 👍 Like      💬 Quote

 **DigitalBoy**  Avid Contributor I  ·  1321 replies                          15 years ago

For any non-Sonos users browsing these forums, you can group zones already. That's one of the big
pluses for Sonos - zone grouping and perfect synchronization between zones. What we're asking for
here is the ability to save a predefined group of zones as a new virtual zone to make it easy to select
in future. Currently you need to link up all the zones that you want to group each time you change the
zone grouping.

There is also another thread about 'scenes' where there is some overlap. That thread is more about
setting volumes etc for all the zones in a group. It might make sense to combine these 2 requests as
1. The default of course would be equal volume for all the zones in a defined group. But the ability to
customize the relative volume, and save that as a virtual zone would be a plus.

db

Contains Highly Confidential AEO and Source Code Materials

 **sinuswave** Lyricist III · 5 replies                                    15 years ago

There does seem to be some overlap in the Virtual Zone Theory and the Scene Theory. The two would indeed appear to be reasonably synergistic making a software "super feature" if you will.

I still do not want to diminish the significance of being able to have a playlist associated with presets of volume, zone players or "virtual zones" and while we are dreaming, toss in a timer function (as discussed ad nauseum) in these forums.

👍 Like          " Quote

---

 **AudioX** Lyricist III · 5 replies                                    15 years ago

> **DigitalBoy wrote:**
> *What we're asking for here is the ability to save a predefined group of zones as a new virtual zone to make it easy to select in future....*
>
> *...the ability to customize the relative volume, and save that as a virtual zone would be a plus.*

It would probably work best by having an option when a zone is added to the group to adjust volume to match group or keep existing volume level.

When group name is selected Vol +/- operates across the board, and volumes are all relative. Zones would already have been set to the same volume if required when added to the group.

Individual zones could be adjusted on the fly by highlighting the zone name (not the group) and pressing vol +/-.

125

Contains Highly Confidential AEO and Source Code Materials



**DigitalBoy**  Avid Contributor I · 1321 replies                                    15 years ago

> **AudioX wrote:**
> *Individual zones could be adjusted on the fly by highlighting the zone name (not the group) and pressing vol +/-.*

You can already do this. You are not forced to have the same relative volume across all zones. The request from most users is **persistence**. It would be nice if, once you customized the relative volume, you save this as a virtual zone, or 'scene' so that it could be recalled in the future, complete with the saved *relative volume* - of course the master volume might be different, but the relativity between zones should not be lost.

db

 1 person likes this



👍 Like          99 Quote

---



**MarcG**  Contributor I · 5 replies                                              15 years ago

I am just re-suggesting a feature that, alas, did not make it into Version 2.0.

My suggestion is for Virtual Zones. When I first bought my Sonos I thought it could handle multiple, permanent multi-zoneplayer zones, but it can not. I have no ability to set up a zone called 'Kitchen-Deck' which consists of mu Kitchen ZP and my Deck ZP, and to ALSO have a zone called 'Living Room-Kitchen' which consists of my living room ZP and my deck ZP. Instead I have to create a temporary zone and then later unlink it and link up a new temporary zone.

I know one of the issues with this approach would be dealing with 2 zones that shared a ZP, but I believe that would be able to be dealt with by one of 2 plans.

1. If any ZP that is part of the zone you are trying to use is already 'active', you are not allowed to interrupt

2. Last one wins. This means that if Virtual Zone 1 has my kitchen in it and is playing and I choose Virtual Zone 2 which also has my kitchen in it and I hit play, that the kitchen zone will swicth to playing the new choise.

Anyway, I realize there will be some things to work out, but as I add players to my house, this feature will be key to having a customized system.

Marc

Contains Highly Confidential AEO and Source Code Materials



**alphagetti666** Contributor III · 70 replies                      15 years ago

With my my working shift work, I most certainly have to continually redefine my linked zones... one set when she's awake or not home, the other when she's trying to sleep... virtual zones would most certainly be a good thing.

In my case, I'd only need to be able to define four virtual zones.

👍 Like          99 Quote



**John Ashman** Contributor III · 102 replies                      15 years ago

As usual, I'm risking finding out that Sonos has this feature already (since this thing is like an onion), but it would be nice to be able to preset special "clusters" of zones, kind of like mini party modes, but with only several zones, not all. For instance, we're doing a 20-zone house that has at least three distinct areas that would never be together, the master suite area, the living area and the guest suite area. Plus two guest bedrooms, child's bedroom, office that could/should be totally segregated.

Or, it would be nice to completely isolate several areas, a Sonos system within a Sonos system, so that certain remotes don't see every zone, just the ones it is most likely to control.

Perhaps these could be handled in the Sonos controller software and then each remote can have a setting in the advanced settings which "cluster" it is in.

👍 Like          99 Quote



**Graham - Sonos** Avid Contributor I · 824 replies                      15 years ago

I personally like this idea... it has been suggested before with names such as 'zone scenes' or 'zone profiles'.

I think its a good idea, though can appreciate that it would be a good amount of UI work to get just right and not be confusing...

Its on the Radar for the PM guys, but not in the near term from what i know.

best,
-graham

Contains Highly Confidential AEO and Source Code Materials



Contains Highly Confidential AEO and Source Code Materials

 **svk** Contributor III · 40 replies                                    14 years ago

There are definitely zones that I don't "need" that I would likely add if I had the ability to group and persist them.

For example:

Bedroom Bathroms
Hallways

In some cases I got around this by wiring, the hard way, what would have been more easily handled with additional zone players. In other cases I abandoned the thought all together.

Has anyone else put off purchasing additional zones due to the absence of "virtual zones"?

👍 Like          99 Quote



**Dr Tchok** Avid Contributor I · 459 replies                                 14 years ago

No, but I think the Virtual Zone is a great idea...

👍 Like          99 Quote

 **waveman69** Contributor III · 11 replies                               14 years ago

I like the virutal zones suggestion. :rolleyes:

I want allso to see a feature like give premission to control some zones from a specified control or hide "these zones" on specifed controller.

Example:

My children share a zone player in the playroom with a control and can play what they want but they can allso change music/volym round the house if they want or without knowing it.

Wavey

Contains Highly Confidential AEO and Source Code Materials



Beejay  Contributor III  ·  167 replies                                    14 years ago

> *Graham - Sonos;27804 wrote:*
>
> *I personally like this idea... it has been suggested before with names such as 'zone scenes' or 'zone profiles'.*
>
> *I think its a good idea, though can appreciate that it would be a good amount of UI work to get just right and not be confusing...*
>
> *Its on the Radar for the PM guys, but not in the near term from what i know.*
>
> *best,*
> *-graham*

Wow....this is about as much as Sonos give away on anything!

Personally I think its a great idea....the UI is simple - the same way you add zones now - you just have another option "create virtual zone", then you either display these amongst acutal zones (taking the highest common denominator if any are ever selected) or (my prefered option) virtual zones is a soft key at the bottom of the zones screen. When selected, the zones screen behaves the sames for virtual zones (Again on link zones or drop zones you take the highest common denominator). If you go back to the standard Zone screen, the actual zones are joined as per the virtual zone config. Easy....not confusing.:D

👍 Like        99 Quote



Robert  Avid Contributor I  ·  12 replies                                  14 years ago

I have grown my Sonos footprint from about 4 zones to now about 20 zones. As my Sonos footprint grew I have starting wanting a couple of features that I did not need when I had a smaller set up.

First, I would like a way to save zone configurations. This would be an extension to the existing "[All Zones - Party Mode]" configuration. In an ideal world users could create additional named configurations like "Morning Radio" or "Evening Party". So for example "Morning Radio" would link all the hallway zones and the master bedroom zones and the kitchen and family room zones. Because I have outside zones that I don't want linked even with an all house party even the existing [All Zones - Party Mode] does not usually work for me.

The second feature it to make all the volumes for the selected zones be equal. Presumably this would b e a new button on the volume dialog. If I link 10 or more zones it is a pain to get all the volumes to be equal. The work around is to lower, as a group, all the zones to zero then bring them all back up the desired volume but this is a hack.

Farrar Dep. Ex. 8-11.

Contains Highly Confidential AEO and Source Code Materials

Court's Order indicated, "The specification further clarifies that zone players can be played 'synchronously if the players are grouped together,' or 'individually if the players are disassociated with each other' (*see* '885 patent at 3:26–31; *see also* 9:16–20; 10:53–63)," and the Forum post by "theboyg" discloses the same.  The Court's Order clarified that a zone scene may be saved— alleviating the need for a user to "keep manually linking/unlinking multiple zones everytime"— and named like "Downstairs."  Indeed, the group name "Downstairs" was also used by Dr. Almeroth to describe a "zone scene."  *E.g.*, Almeroth Rep. ¶¶974, 979, 1014.



365.    The Sonos Forums were moderated by Sonos, and on these Forums, Sonos users posted about Sonos products.  Some of Sonos's employees (*e.g.,* Graham Farrar) participated in these Forums and reviewed users' posts and their feedback, and even Sonos's product management teams were aware of the Forum posts and feature suggestions.  *See, e.g.,* Graham Farrar Dep. Tr. at 50:13-51:4, 94:14-21.  Accordingly, a person of ordinary skill in the art familiar with the Sonos System would have also been familiar with the Sonos Forums.

366.    To the extent it is found that the Sonos 2005 System did not explicitly disclose a "zone scene" as discussed in the Court's Order, such features would have been obvious to a person of skill in the art, in view at least of the Sonos Forums.

Contains Highly Confidential AEO and Source Code Materials

playback timing information and clock timing information for another synchrony group."); 19 ("Indeed, it will be appreciated that the zone player that is utilized as the audio information channel device for synchrony group 20(2) may also be a zone player that is utilized as the master device 21(1) or a slave device 22(1)(1),..., 22(K)(1) in the synchrony group 20(1).").

### (f)    Obviousness – Lindemann

401.    A person of skill in the art would have found it obvious to combine Lindemann with the Sonos System.  Lindemann was cited by many Sonos patents regarding speaker grouping, including patents from the same family as the '885 patent, indicating that persons of skill in the art recognized that Lindemann was highly relevant to the claimed features.  For example, US 2013/0251174 cited to Lindemann.  Lindemann and the Sonos System are both in the same field of endeavor.  Lindemann Abstract ("A digital wireless loudspeaker system includes an audio transmission device for selecting and transmitting digital audio data, and wireless speakers for receiving the data and broadcasting sound. . . . Status messages are included in the transmission frames to control speaker attributes such as speaker group, enabling or disabling a sub-woofer, and volume of the loudspeaker digitally.").

402.    Lindemann discloses overlapping speaker groups.  Lindemann at 0064 ("Many homes and offices have multiple groups of loudspeakers—e.g. a group of loudspeakers in the living room and another group in the kitchen. The Group Selection Switch allows a loudspeaker to be assigned to one of many groups of loudspeakers.").

### (g)    Obviousness – Squeezebox

403.    As Mr. Lambourne testified, he was aware of Squeezebox given its competitive nature with the Sonos System.  *Supra*.  Others including reviewers recognized Sonos System as a competitor of Squeezebox.  *Supra*.  As such, a person of skill in the art, just like the inventor of the patent, would have been motivated to look to Squeezebox and combine aspects of the two

Contains Highly Confidential AEO and Source Code Materials

systems. And as discussed below, Squeezebox discloses this claim limitation.

### (h)    Obviousness – Sonos Forums

404.    It would also have been obvious to modify the Sonos System with Sonos Forums to add this claim limitation, to the extent it is not disclosed for the same reasons discussed with respect to Limitation 1.6. For example, the Sonos Forums described *supra* (and fully incorporated herein by reference), disclose adding the first zone player to a second zone scene including the first and third zone player that can be configured for synchronous playback of media when the second zone scene is invoked. As discussed with respect to Limitation 1.6, the Sonos Forums disclose grouping the zone players of the Sonos System into overlapping groups that play back music synchronously, just as non-overlapping zone scenes do in the Sonos System.

### (i)    Crestron

405.    As I addressed below in relation to Limitation 1.6, it would also have been obvious to modify the Sonos System with Crestron to add this claim limitation, to the extent it is not disclosed for the same reasons discussed with respect to Limitation 1.6. For example, Crestron also offered multi-room audio systems including speaker grouping and the ability for a speaker to be part of multiple speaker groups. For example, as shown below in a manual dated November 2005 and copyrighted 2005, Crestron offered multi-room audio. The system manual below did not provide other limitations on grouping—for example restricting which rooms could be grouped or not grouped.

Contains Highly Confidential AEO and Source Code Materials

membership, before or after that speaker was joined to a group. Lindemann at Cl. 9 ("9. The speaker of claim 2, further comprising means, responsive to a control signal in the status data for assigning the speaker to a speaker group, for selectively activating the speaker based on the speaker group to which the speaker is assigned.").

### (f)    Obviousness – Squeezebox

434.    For the reasons discussed above e.g., with respect to Limitation 1.7, it would have been obvious to combine the Sonos System with Squeezebox. As Mr. Lambourne testified, he was aware of Squeezebox given its competitive nature with the Sonos System. *Supra*. Others including reviewers recognized Sonos System as a competitor of Squeezebox. *Supra*. As such, a person of skill in the art, just like the inventor of the patent, would have been motivated to look to Squeezebox and combine aspects of the two systems. And as discussed below, Squeezebox discloses this claim limitation. And as discussed below e.g. in Section IX.B, Squeezebox discloses this claim limitation.

### (g)    Obviousness – Sonos Forums

435.    It would also have been obvious to modify the Sonos System with Sonos Forums to add this claim limitation, to the extent it is not disclosed for the same reasons discussed with respect to Limitation 1.6. For example, the Sonos Forums described *supra* (and fully incorporated herein by reference), disclose adding the first zone player to a first and a second zone scene as discussed with respect to Limitations 1.6 and 1.7. The Sonos Forums indicate that the players may continue to operate in their prior mode (standalone mode) until one of the zone scenes has been selected for invocation, as illustrated by the examples provided in the Sonos Forums. For example, the Sonos Forums illustrate that multiple zone scenes may be created, including overlapping zone players, and the Forums show that this system is workable such that the mere creation of a second group would not change the behavior of the speakers. In the instance where a summer and winter

Contains Highly Confidential AEO and Source Code Materials

I, Dan Schonfeld, declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED:  November 30, 2022

_____

Dan Schonfeld, Ph.D