# Sonos, Inc.'s Motion *In Limine* No. 5

# EXHIBIT C

# (Filed Under Seal)

Contains Highly Confidential AEO and Source Code Materials

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| GOOGLE LLC,<br><br>            Plaintiff<br><br>v.<br><br>SONOS, INC.,<br><br>            Defendant. | CASE NO. 3:20-cv-06754-WHA<br>Related to CASE NO. 3:21-cv-07559-WHA |

**REPLY EXPERT REPORT OF DR. DAN SCHONFELD REGARDING U.S. PATENT NO. 10,848,885 AND U.S. PATENT NO. 10,469,966**

Contains Highly Confidential AEO and Source Code Materials

earlier "memorializ[ation]" (SONOS-SVG2-00026888) is an April 11, 2005 email which post-dated the post by "theboyg" in February 2005, as I explained in my deposition. *See* Schonfeld Dep. Tr. at 200:5-210:4. Furthermore, I understand that the earliest conception date that Sonos claims is December 2005, not April 2005. To the extent Sonos is permitted to change its contentions regarding conception, I will respond to any earlier claimed conception date in a supplemental report.

42. As I explained in my Opening Report, and addressed above with respect to the level of knowledge of a POSITA, the Sonos Forums discussed the ability to create, name, and save "zone scenes." Opening Report at 330, 336, 344, Section X. The zone scenes could be transmitted, stored, and maintained just as the Sonos 2005 system handled the zone groups and party mode zone scenes in the Sonos 2005 system, as I described. As I opined, the difference in this combination would be that the zone scenes from the Sonos Forums could be combined with the Sonos 2005 system to allow the creation of the claimed zone scenes, like the creation of zone groups, the indication of zone scenes to be transmitted, like the indication of zone groups were transmitted, and the storage of the zone scene, which would be persistent as to a temporary storage of the zone groups, or similar to the persistent storage of the party mode zone scenes. Furthermore, it is clear that a POSITA would have understood that saving a zone scene requires some storage of the zone scene.

### 4. Obviousness In View of Yamaha DME

43. In an attempt to deflect from the Yamaha DME obviousness combinations identified in my Opening Report, Dr. Almeroth claims that "none of the three documents that Dr. Schonfeld cites to support this assertion even mention the Yamaha DME System." Almeroth Rebuttal Rep. ¶ 796. However, all three documents show that Sonos was aware of Yamaha's offerings and relevance, and support my opinion that a POSITA would have been motivated to

Contains Highly Confidential AEO and Source Code Materials

look to Yamaha, one of a limited number of companies providing sound systems at the time, and to Yamaha's products. SONOS-SVG2-00032289 makes clear that Sonos was aware of at least some Yamaha products as early as 2003, SONOS-SVG2-00033695 makes clear that Sonos considered Yamaha as a potential competitor in the audio space because it expected that some of its customers would have considered a Yamaha alternative, and similarly SONOS-SVG2-00053679 identifies Yamaha as a competitor, along with Google. These three documents confirm that Yamaha was recognized as an innovator in the same space as Sonos's products, a fact that a POSITA in 2005 would have been aware of.

Contains Highly Confidential AEO and Source Code Materials

I, Dan Schonfeld, declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED: January 23, 2023

*Dan Schonfeld*

Dan Schonfeld, Ph.D