# EXHIBIT 2

# (Filed Under Seal)



# Cast for Audio

## Initial UX spec 6.5.2014

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-SONOSNDCA-00056732



# Agenda

- Introduction
- Casting and discoverability
- Device states and transitions
- Device UI integration
- Multi-Zone Groups
- Updates

Google Confidential and Proprietary



# Introduction

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-SONOSNDCA-00056734



# Cast for Audio

Integrate the Google Cast technology into 3rd party audio devices supporting audio key use cases and UX



Google Confidential and Proprietary

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-SONOSNDCA-00056735



# Google Cast for Audio - Main concepts



Google Confidential and Proprietary

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-SONOSNDCA-00056736



# Relevant device types

- Wireless speaker systems (main focus)
  - Zone speakers
  - Bedside speakers
  - Portable zone speakers
  - Mini/Micro bookshelf speakers

- Soundbars and Soundbase
- AV receivers
- Multi-Channel Home theatre systems

Google Confidential and Proprietary

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-SONOSNDCA-00056737



# Definitions



Multi-Zone Groups

Multi-Channel Groups

Bedroom

Living room        Den

Bedroom

Room 4
(5.1 system)

Streaming Audio content and metadata utilizing the Google Cast technology and SDK

Group of devices playing the same audio content synchronously

Group of audio devices playing different <u>channels</u> of the same audio content

Google Confidential and Proprietary

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-SONOSNDCA-00056738



# C4A Program overview

- Uses Google Cast SDK

- Enables existing Google Cast content support for C4A devices

- Streaming only Audio & metadata (No Video/Graphics)

- Setup through Google Cast app and OEM's setup flow

- Cast SW Includes Cast Multi-Zone feature

- Plays on top of OEM's Multi-Channel mechanisms

Google Confidential and Proprietary

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-SONOSNDCA-00056739



# Casting & Discoverability

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-SONOSNDCA-00056740



# Start casting to a C4A device

C4A devices shall use a special icon differentiating them from non-audio devices (A)
On the Cast list, devices will show the Media Route identifier while Idle (B)



User press the Cast button a

User sees the C4A devices with and selects it

Cast button indicates connection

Google Confidential and Proprietary

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



# C4A Cast control through the Cast menu



User press the Cast
button while casting

User sees the Cast
control menu

Google Confidential and Proprietary



# C4A Cast control through the lock screen



Android Screen lock



User is casting Play
Music

User control casting
through the lock screen

Google Confidential and Proprietary

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-SONOSNDCA-00056743



# C4A Discoverability - non-supported content apps

Apps shall use the dev-console to signal they support C4A **devices** and **groups** , else C4A devices will <u>filtered</u> in cast menu

Content Provider didn't enable support for Audio only devices and groups



User press the Cast button

User doesn't see the C4A devices

Google Confidential and Proprietary

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-SONOSNDCA-00056744



# Device states and transitions

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-SONOSNDCA-00056745



# Device states UX goals

- While connected to network
  - Cast is always available for casting and management
  - Regardless of device power states
  - Regardless of current input source/playback status

- Soft AP functionality is always available for casting

- Support for portable/battery devices - detailed OEM discussion

Google Confidential and Proprietary

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



# C4A device states and expected behaviour

| C4A device states | General description | Connected to network | Discoverable for Casting | Discoverable for configuration | Soft AP |
|---|---|---|---|---|---|
| **Off** | Device is off, no Cast functionality | No | No | No | No |
| **Not setup** | - Cast setup hasn't been completed<br>- Awaiting user setup | If Ethernet/Wifi has been connected | No | Yes | Yes |
| **Setup & connected to network** | - Cast setup completed<br>- Device is connected to the network<br>- Ready to Cast | Yes | Yes | Yes | Yes |
| **Setup & Disconnected from network** | - Cast setup completed<br>- Device is disconnected to the network<br>- Awaiting network configuration | No | No | Yes | Yes |

Google Confidential and Proprietary

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-SONOSNDCA-00056747



# Audio input source changes

When Casting starts, C4A device shall switch to Cast audio input source regardless of previous playback or power state



Google Confidential and Proprietary

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                        GOOG-SONOSNDCA-00056748



# Device UI integration

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-SONOSNDCA-00056749



# Display and UI integration UX goals

- Playback & volume controls will be synced among device controllers and sender apps

- Device UI indicates device and Cast status & metadata

- Cast Volume control shall affect the system outputs volume

- Volume levels reflected Cast:
  - Focused on user friendly levels
  - Clip very high volumes (i.e. AVRs)

Google Confidential and Proprietary



# Playback/Volume control sync with device controllers

- If C4A devices support playback/volume control buttons, they will be synced with the sender app
- Cast SW is responsible for syncing controls in cast sessions



| Key | Action |
|---|---|
| **Stop** | - Terminate active casting sessions |
| **Play/Pause** | - Play/Pause playback |
| **Next/ Previous** | - Move to Next/Previous track on playlists and relevant content |
| **Volume Up/Down** | - Changes the device master volume<br>- While Muted, volume up unmutes |
| **Mute** | - Mute volume |

Google Confidential and Proprietary

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-SONOSNDCA-00056751



# Brand's UI requirements and metadata usage

C4A devices shall provide the user status and metadata, through the supported UIs and apps



Google Confidential and Proprietary



# Available Status & metadata

**General status:**

- Needs setup - Yes/No
- Connected to network - Yes/No
- Cast receivers & groups configurations
- Update in progress
- Error states
- Volume status: Mute/volume
- Connected/non-connected to a content app
  - When Connected - app name

**During Playback (<u>optional</u>)**

- Player state: Idle, Playing, paused, buffering
- Stream type - Live, buffered
- Current time in track (including live casting)
- Duration of the track
- Title
- Artist
- Album Name
- AlbumArtist

Google Confidential and Proprietary

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-SONOSNDCA-00056753



# Cast states

| Use Case | UI Requirements |
|---|---|
| **Update is taking place** | Relevant UIs should indicate update is taking place |
| **Errors** | Relevant UIs should indicate error status, and for user to try again |
| **Connected to a Cast app** | Relevant UI should indicate that Cast is "Connected to [AppID]" |
| **Actively casting** | Relevant UI should indicate that Playback is in progress and that device is "Casting [AppID]" |

Google Confidential and Proprietary

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-SONOSNDCA-00056754



# Multi-Zone Groups

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-SONOSNDCA-00056755



# Multi Zone Groups - C4A Device<->Group relationship

- Each C4A device can be a member of several groups
- Chromecasts shall be supported as group members
- Up to ~10 devices speakers in a single group



Google Confidential and Proprietary

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-SONOSNDCA-00056756



# Multi Zone Groups - Cast SW partition

- Cast SW & SDK shall be responsible for the Cast Multi-Zone mechanism
- Brand's apps shall be provided with an SDK to support Group configuration



Google Confidential and Proprietary

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-SONOSNDCA-00056757



# Start casting to a Multi-Zone group

Multi-Zone groups shall use a special icon differentiating them from other devices (A)



| User press the Cast button | User sees the C4A devices with and selects it | Cast button indicates connection |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                    GOOG-SONOSNDCA-00056758



# Group playback control through the app Cast menu

When Casting to a group, playback through the content app is similar to regular C4A casting



User press the Cast button
while casting to a Group

User press pause in
the Cast control menu

Content is paused

Google Confidential and Proprietary

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-SONOSNDCA-00056759



# Group playback control through device controllers

Playback control through specific device controllers - shall affect all the group
Relevant for: **Pause/Play, Next/Previous and Stop**



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-SONOSNDCA-00056760



# Multi Zone Groups - Overriding previous cast

- For every speaker the last request overrides previous casting



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-SONOSNDCA-00056761



# Multi Zone Groups - Overriding previous cast (2)

- Playback **terminates** on speakers which are not overridden



Google Confidential and Proprietary



# Group volume and mute controls UX goals

- Content app is controlling the Group Master volume and mute status

- Define the Master volume behaviour:
  - Allow user to decrease volume to 0% across all devices
  - Allow user to jointly increase volume for all the group's devices
  - Address the uniqueness of every device volume behaviour
    - Chromecast - digital attenuation
    - Speakers - variety of volume curves
    - AVR - extremely high volume level support

- Easy & accessible way for the user to individually control volume & mute for each speaker in the group

Google Confidential and Proprietary



# Multi Zone Groups - Master volume

- Group's Master Volume shall be a multiplier ranging 0-2  that will multiply the existing system volume of all the group's devices, to create the real volume level to be used at output.
- Upon starting the session Master volume will always default to 1.0 (middle of the volume slider)



Google Confidential and Proprietary



# Multi Zone Groups - Master volume (2)

- Changing the individual volumes shall not affect the Master Volume multiplier



Group Casting is taking place, Master volume is on 1.2

User increases volume on "Speaker C" through volume down button on the speaker

Speaker C volume increase, Master volume multiplier doesn't change

Google Confidential and Proprietary



# Multi Zone Groups - Master volume (3)

As soon as a device ends the Group session, It will apply the final result of :
**Final system volume=  Starting System Volume * Final Master volume Multiplier**



Google Confidential and Proprietary

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-SONOSNDCA-00056766



# Mute group through content app



Mute through
the content app



unmute through
the content app



Casting Play Music

Entire group is muted

Entire group is unmuted

Google Confidential and Proprietary

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-SONOSNDCA-00056767



# Mute Group through device controller

- Muting/unmuting through device controller will only affect that device
- Unmuting in the content app **shall not** unmute manually muted devices



Google Confidential and Proprietary



# Quick Access to group configuration

- While Group Casting, the cast button will provide a UI to launch the Cast app group configuration
- Group configuration will allow easy access to volume & mute control



User press the Cast button while casting

User press the settings quick access button

User gets to the group configuration screen

Google Confidential and Proprietary

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                    GOOG-SONOSNDCA-00056769



# Groups discoverability - device unavailable

When a device in a group becomes unavailable (disconnected, etc), the rest of the group shall still be discoverable



Google Confidential and Proprietary

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                    GOOG-SONOSNDCA-00056770



# Groups Casting - device unavailable

When a device in a group becomes unavailable (unreachable for X seconds etc.), the rest of the group continues casting



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-SONOSNDCA-00056771



# Updates

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



# C4A Update UX goals

- Pushing Cast & Platform SW updates in a "user friendly" way:
  - Without interfering the user
  - No user intervention

- Support upgrading 'Legacy' platform to C4A devices

- Adjust update flows for "no-display" devices:
  - Indicate updates to the users through supported UIs
  - Integrate zero-day update into setup flow

Google Confidential and Proprietary

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-SONOSNDCA-00056773



# Google Cast SW updates

Cast SW update shall be applied at a user friendly times, based on Google Cast heuristics



Google Confidential and Proprietary

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                    GOOG-SONOSNDCA-00056774



# Platform SW updates

Updates shall be applied when device is not used:
- No active playback & timeout since last activity & "Late night" local time
- During "late night" local time
- Upon Cast SW request (Mandatory updates)



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-SONOSNDCA-00056775



# Updating "legacy" device to Cast enabled device

- Brand will be able to upgrade his legacy devices for C4A functionality
- Upon Update, user will be required to go through <u>mandatory</u> setup steps before Cast becomes functional



"Legacy" device which can support C4A

Full platform update, including Google Cast SW

SW is updated to support Cast

User goes through <u>mandatory</u> setup steps in brands/cast app

**C4A Device**

**C4A Device**

Cast SW **- Provision**
Platform SW '**V0**'

Cast SW **V1**
Platform SW **V1**



C4A functionality becomes active for the user

Google Confidential and Proprietary

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-SONOSNDCA-00056776



# Updates - C4A Zero-Day OTA

- Zero-day OTA shall be part of the setup process and will include both platform and Cast SW updates
- Zero-day OTA shall be supported through both Brand and Cast app setup



User setup the device through Cast/Brand's app

**C4A Device**

Cast SW **V1**
Platform SW **V1**

As part of setup - platform and Cast SW are checking for updates

Updates available

Platform and Cast update are applied as part of setup

**C4A Device**

Cast SW **V2**
Platform SW **V2**

Google Confidential and Proprietary

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-SONOSNDCA-00056777