# EXHIBIT 4

# (Filed Under Seal)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1            UNITED STATES DISTRICT COURT
 2         FOR THE NORTHERN DISTRICT OF CALIFORNIA
 3
 4   SONOS, INC.,
 5        Plaintiff,
 6            vs.       Case No. 3:21-CV-07559-WHA
 7   GOOGLE LLC
 8        Defendant.
     _____
 9   -AND-
10   GOOGLE LLC,
11        Plaintiff,
12            vs.       Case No. 3:20-CV-06754-WHA
13   SONOS, INC.,
14        Defendant.
     _____
15     **ATTORNEYS' EYES ONLY - HIGHLY CONFIDENTIAL**
16         **ATTORNEYS EYES ONLY - SOURCE CODE**
17
18    ZOOM DEPOSITION OF GOOGLE's 30(b)(6) & 30(b)(1)
19                 KENNETH J. MACKAY
20   (Reported Remotely via Video & Web Videoconference)
        Sunnyvale, California (Deponent's location)
21                 Tuesday, May 10, 2022
     STENOGRAPHICALLY REPORTED BY:
22   REBECCA L. ROMANO, RPR, CSR, CCR
     California CSR No. 12546
23   Nevada CCR No. 827
     Oregon CSR No. 20-0466
24   Washington CCR No. 3491
     JOB NO. 5229656
25   PAGES 1 - 288
```

                                        Page 1

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1          UNITED STATES DISTRICT COURT

2       FOR THE NORTHERN DISTRICT OF CALIFORNIA

3

4    SONOS, INC.,

5         Plaintiff,

6              vs.      Case No. 3:21-CV-07559-WHA

7    GOOGLE LLC

8         Defendant.
     _____

9    -AND-

10   GOOGLE LLC,

11        Plaintiff,

12             vs.      Case No. 3:20-CV-06754-WHA

13   SONOS, INC.,

14        Defendant.
     _____

15

16          DEPOSITION OF KENNETH J. MACKAY, taken on

17   behalf of the Sonos, Inc., with the deponent

18   located in Sunnyvale, California, commencing at

19   9:05 a.m., Tuesday, May 10, 2022, remotely reported

20   via Video & Web Videoconference before

21   REBECCA L. ROMANO, a Certified Shorthand

22   Reporter, Certified Court Reporter, Registered

23   Professional Reporter.

24

25

                                        Page  2

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1              APPEARANCES OF COUNSEL

 2    (All parties appearing via Web Videoconference)

 3

 4   For the Sonos, Inc:

 5        LEE SULLIVAN SHEA & SMITH LLP

 6        BY:  RORY P. SHEA

 7        BY:  DAVID R. GROSBY

 8        Attorneys at Law

 9        656 Randolph Street

10        Floor 5W

11        Chicago, Illinois 60661

12        (312) 754-9602

13        shea@ls3ip.com

14        grosby@ls3ip.com

15

16   For the Google LLC:

17        QUINN EMANUEL URQUHART & SULLIVAN, LLP

18        BY:  MARC L. KAPLAN

19        Attorney at Law

20        191 N. Wacker Drive

21        Suite 2700

22        Chicago, Illinois 60606

23        (312) 705-7400

24        marckaplan@quinnemanuel.com

25   /////
```

Page  3

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1                    APPEARANCES(cont'd)

 2    (All parties appearing via Web Videoconference)

 3

 4

 5    ALSO PRESENT:

 6          David West, Videographer

 7          Patrick Weston, Senior Litigation Counsel at

 8    Google

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25    /////
```

                                                Page  4

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1          Sunnyvale, California; Tuesday May 10, 2022

 2                        9:05 a.m.

 3                        ---o0o---

 4

 5          THE VIDEOGRAPHER:  Good morning.  We are       09:05:48

 6   on the record.  The time is 9:05 a.m. Pacific Time,

 7   and the date today is May 10th, 2022.

 8          Please note that this deposition is being

 9   conducted virtually.  Quality of recording depends

10   on the quality of camera and Internet connection of    09:06:08

11   participants.  What is seen from the witness and

12   heard on screen is what will be recorded.

13          Audio and video recording will continue

14   to take place unless parties agree to go off the

15   record.                                                 09:06:22

16          This is Media Unit 1 of the

17   video-recorded deposition of Ken MacKay as

18   30(b)(6), and in his individual capacity, taken by

19   counsel for Sonos Inc. in the matter of Sonos

20   Inc. v. Google and Google LLC versus Sonos Inc.,       09:06:37

21   filed in the United States District Court for the

22   Northern District of California.

23   Case Nos. 3:21-CV-07559-WHA and 3:21-CV-06754-WHA

24   [sic].

25          The deposition -- the deposition is being       09:07:03
```

Page 8

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | conducted remotely using virtual technology.  My | 09:07:05 |
| 2 | name is David West.  I am the videographer.  The | |
| 3 | court reporter is Rebecca Romano.  We represent | |
| 4 | Veritext Legal Solutions. | |
| 5 | I'm not related to any party in this | 09:07:14 |
| 6 | action, nor I am financially interested in the | |
| 7 | outcome. | |
| 8 | If there are any objections to | |
| 9 | proceeding, please state them at the time of your | |
| 10 | appearance. | 09:07:23 |
| 11 | Counsel and all present, including | |
| 12 | remotely, will now state their appearances and | |
| 13 | affiliations, for the record, beginning with the | |
| 14 | noticing attorney. | |
| 15 | MR. SHEA:  Yes.  Rory Shea here on behalf | 09:07:33 |
| 16 | of Lee Sullivan -- from Lee Sullivan Shea & Smith | |
| 17 | on behalf of Sonos. | |
| 18 | And with me as well is my colleague | |
| 19 | David Grosby, also from Lee Sullivan Shea & Smith. | |
| 20 | MR. KAPLAN:  This is Marc Kaplan from | 09:07:49 |
| 21 | Quinn Emanuel Urquhart & Sullivan on behalf of | |
| 22 | Google and the witness. | |
| 23 | And with me today is Patrick Weston from | |
| 24 | Google. | |
| 25 | THE VIDEOGRAPHER:  Thank you. | 09:08:03 |

Page 9

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | The court reporter may swear the witness | 09:08:03 |
| 2 | in and we will continue. | |
| 3 | THE COURT REPORTER:  Mr. MacKay, If you | |
| 4 | could raise your right hand for me, please. | |
| 5 | THE DEPONENT:  (Complies.) | 09:08:07 |
| 6 | THE COURT REPORTER:  You do solemnly | |
| 7 | state, under penalty of perjury, that the testimony | |
| 8 | you are about to give in this deposition shall be | |
| 9 | the truth, the whole truth and nothing but the | |
| 10 | truth? | 09:08:07 |
| 11 | THE DEPONENT:  I do. | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | 09:08:07 |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | 09:08:07 |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | 09:08:07 |

Page 10

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1          THE DEPONENT:  Yes.                    10:29:40

2      Q.  (By Mr. Shea)  Do each of the players

3    that are listed in paragraph 3 of Exhibit 2 contain

4    a network interface?

5          MR. KAPLAN:  Object to scope.          10:30:03

6          THE DEPONENT:  I guess I'm not sure of

7    the technical definition of a "network interface."

8      Q.  (By Mr. Shea)  Okay.  You know, here's

9    what I'm going to do, Mr. MacKay.  I'm going to put

10   a pin in this.  I -- I think there's maybe a more   10:30:26

11   efficient way to do this.  So -- so let's -- I'm

12   going to circle back to that with you.  But -- but

13   -- but for now, I'm going to move on to -- to

14   something a little different.

15          So let's see here.  I want to ask you    10:30:36

16   about -- start by asking you about the term

17   "speaker group," which I think maybe the easiest

18   thing to do to start us off is -- is to have you

19   turn to the next page of the -- the deposition

20   notice that's in front of you.                  10:31:02

21     A.  Okay.

22     Q.  And -- and if you look here in

23   paragraph 8, subpart (i), it talks about -- it

24   references this term "speaker group," and then

25   refers to this Google help page where they talk    10:31:23

Page 56

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1    about speaker groups.                            10:31:26

 2          Do you see that?

 3    A.    Yes.

 4    Q.    What is a "speaker group" as Google uses

 5    that term?                                        10:31:33

 6    A.    I would describe it as a set of devices

 7    that appears as a castable -- as a Cast target.

 8    And when casted to, they all play together --

 9    Q.    Okay.  And when you say all --

10    A.    -- specifically -- specifically audio.     10:32:03

11          Sorry to interrupt.

12    Q.    Okay.  Let me -- I'm going to try to

13    unpack that a little bit.  So -- so let me take it

14    in a couple of parts.  You said, "it's a set of

15    devices that appears as a Cast target."           10:32:19

16          What do you mean by "appears as a Cast

17    target"?

18    A.    So what I mean is that you can cast to

19    the group.  So in -- if you're in a sender app, for

20    example, and you hit the Cast button, then the    10:32:36

21    group would show up as -- as a potential Cast

22    option.

23    Q.    Okay.  And what does it mean to be a

24    "potential Cast option"?

25    A.    You mean from the perspective of the user   10:33:06
```

Page 57

```
 1    or from a technical perspective?                    10:33:08

 2         Q.   Let's take it one by one.

 3              So let's start with -- with from the

 4    perspective of a user, what does it mean to be a

 5    "potential Cast target"?                             10:33:17

 6         A.   So it would mean that they -- when they

 7    hit the Cast button in an app, or I guess also

 8    through voice, they can select something as the

 9    thing that they're going to cast to, and then

10    the -- the content that they cast is -- is played   10:33:43

11    on that -- that thing.  So in the context of a

12    group, it would be that set of devices.

13         Q.   And then same question, but from the

14    perspective -- excuse me -- from a technical

15    perspective, what does it mean to be a "potential   10:33:58

16    Cast target"?

17         A.   From a technical perspective, it means

18    that the -- the -- the target is announcing itself

19    over mDNS as a Cast device, I guess.  Like a

20    "virtual device" is what we call it.  And it        10:34:18

21    accepts incoming Cast connections.

22         Q.   And you had said that when -- so taking

23    the second part of what you said -- you described

24    it as when cast to, they all play together.

25              Do I have that right?                     10:34:47
```

Page 58

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1        A.    Yes.                                    10:34:48

 2        Q.    Okay.  What do you mean by "they all play

 3   together"?

 4        A.    So the same -- specifically for audio,

 5   all of the devices in the group play the same       10:34:58

 6   audio.

 7        Q.    And is the goal of -- of the -- the

 8   technology for those players to play the same audio

 9   in synchrony?

10        A.    So the goal, as we've implemented it, is  10:35:18

11   that the same audio comes out of the actual

12   speaker -- or I guess -- yeah.  The same audio

13   comes out of the speaker at the same time.  So like

14   if -- if there's multiple devices with speakers,

15   then the same audio, I guess, sample would come out  10:35:38

16   of each speaker at the same time.

17        Q.    Okay.  And -- and that's another way you

18   and Google described that, is that "they play out

19   in synchrony"; is that right?

20             MR. KAPLAN:  Object to form.             10:35:55

21             THE DEPONENT:  Yeah, I think we do use

22   the term "in sync" or "synchronous playback," I

23   think, is the term that we use as well.

24        Q.    (By Mr. Shea)  So -- so Google does -- in

25   referring to the playback of a speaker group,       10:36:11
```

Page 59

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1   want to use speaker group in the way it's used        10:46:45

 2   in -- in Exhibit 36 to refer to a static group.

 3          And I'll -- I may use those terms

 4   interchangeably.  But if you hear "speaker group, "

 5   that's what I'm referring to.                          10:46:55

 6       A.   Okay.

 7       Q.   So with that, maybe I'll just ask my

 8   question again.

 9          Can you explain for me, at a high level,

10   how a user defines a speaker group of                  10:47:05

11   Google players?

12       A.   Yeah.  The user in the Google Home app

13   can either select a device, and then in the

14   settings for the device, they can like -- they can

15   choose a group for the device to be added to, a       10:47:35

16   preexisting group or create a new group.

17          And then I think there's another option

18   to create a group and select which devices should

19   be added to it.

20       Q.   Okay.  And then once a user has -- has      10:47:50

21   defined a group, can you just tell me, at a high

22   level, how the user plays music on that group?

23       A.   So there are a few options.  The user can

24   use a voice command to play music on the group,

25   targeting it by name, or they can cast to the group   10:48:28
```

Page 67

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1    from a sender app, or I believe in the Google Home      10:48:33

 2    app, you can tap on the group and it will start

 3    playing music possibly.

 4           There might be other options, too.

 5      Q.   Okay.  In each of those options that you           10:48:51

 6    just gave us, does the functionality of playing

 7    music on that speaker group -- actually, here.  Let

 8    me take a step back.

 9           Have you heard the phrase "launching" a

10    speaker group?                                           10:49:10

11      A.   Yes.

12      Q.   What does it mean to launch a speaker

13    group?

14      A.   I would say it means that we receive a

15    launch message over a Cast connection that's            10:49:28

16    connected to the endpoint associated with the

17    speaker group.  And then as a result of that launch

18    message, we launch the appropriate receiver app and

19    the -- the session associated with that app is

20    associated with the speaker group.                       10:49:54

21      Q.   So when a user plays music -- selects a

22    speaker group to play music on it, does that then

23    cause the speaker group to be launched?

24      A.   I would say the act of selecting it

25    doesn't.  It's -- it's the result of when the           10:50:24
```

Page 68

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1    launch message is received, when that's handled.        10:50:28

 2    That is what causes the speaker group to be

 3    launched.

 4        Q.   Okay.  So -- so when it's selected, that

 5    may initiate the -- the launch message to be sent.      10:50:44

 6            But then, in your view, it doesn't

 7    actually accomplish the launch until that message

 8    is received.  Do I have that right?

 9        A.   Received and handled, yeah.

10        Q.   And in at least -- in the context of --       10:51:07

11    of playing music on a speaker group using an app as

12    opposed to voice, is it -- is the general process

13    that you would select which group you want to play

14    music on and then the app will cause the device to

15    send a launch message?                                  10:51:30

16        A.   When you say the "device," which device

17    do you mean?

18        Q.   Yeah.  All right.  Let me try it again.

19    Yeah.

20            In -- in the context of using an app           10:51:43

21    running on what I'm going to call a "controller

22    device," when a user selects a particular group --

23    speaker group to play music on, will the app

24    running on the controller device then cause the

25    controller device to transmit a launch message?        10:51:58
```

Page 69

1          A.   So I think there's some technical details          10:52:07

2     there in terms of whether the app itself causes the

3     launch message to be sent.  Because my

4     understanding is that, at least on Android, the --

5     the picker for Cast targets is shown by a different          10:52:22

6     component called the Cast SDK, which causes --

7     which would cause the launch message to be sent.

8     I'm not sure if you're interested in that

9     distinction.

10         Q.   No, I -- I appreciate it.  Yeah.          10:52:37

11              And so maybe -- maybe I can just try to

12     ask my question without running into that issue,

13     because I'm really more interested at a -- at a

14     device level.

15              I guess my question is that, as a result          10:52:51

16     of a user selecting a particular speaker group for

17     launch on a controller device, will that then

18     trigger the controller device to send a launch

19     message for that selected speaker group?

20              MR. KAPLAN:  Object to form.  Scope.          10:53:12

21              THE DEPONENT:  So when the user selects a

22     speaker group to cast to, I believe that would

23     typically cause a launch message to be sent from

24     the controller device to a member of the speaker

25     group.          10:53:35

                                             Page 70

1      Q.   (By Mr. Shea)  So that probably leads          10:53:40

2    into my next question, which is that once a speaker

3    group is created, are the players in that -- are

4    there different roles that are assigned to those

5    different players in the speaker group?               10:53:56

6      A.   I wouldn't say that the roles are

7    assigned.  So as you might remember from the

8    previous testimony, we have an election process

9    whereby the devices that are currently online, that

10   are members of a speaker group, elect amongst        10:54:16

11   themselves a leader device and that leader device

12   acts as the endpoint for Cast requests to the

13   group.

14     Q.   Okay.  Yeah.  You're right.  And I was

15   trying to get at this issue and -- and -- so I       10:54:32

16   understand the distinction.

17         At a high level, can you describe for us

18   what a leader device is in a speaker group?

19         MR. KAPLAN:  Object to form.

20         THE DEPONENT:  So in a speaker group, the      10:54:47

21   devices elect a leader amongst -- the device are

22   continually electing, choosing whichever device

23   that they think is the current -- the best leader.

24   And that device is the device that opens a

25   receiving TCP socket for incoming Cast connections   10:55:10

                                                          Page 71

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
1     associated with the group, and it advertises the         10:55:15

2     group over mDNS as a Cast target.

3          Q.  (By Mr. Shea)  Among other things.

4               In addition -- right.  Sorry.  You -- you

5     were going the same way that maybe I was, which is        10:55:27

6     that in addition to that functionality you just

7     described for us, does the leader also perform a

8     different set of functionality when the group is

9     launched?

10         A.  Yes.                                             10:55:48

11         Q.  And at a high level, can you -- can you

12    describe for me what the leader-specific

13    functionality is that's carried out by a leader

14    once a group is launched?

15         A.  So the sender has set up a connection to         10:56:02

16    the -- the leader's endpoint representing the

17    group.  And that device is -- received a launch

18    message, and so that device would launch the

19    appropriate receiver app, which could be either a

20    JavaScript app or C++ code.                               10:56:24

21              And then if that app plays audio, the

22    leader would distribute that audio to any connected

23    followers.

24         Q.  In addition to distributing that audio to

25    connected followers, does a leader also distribute       10:56:52
```

Page 72

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    at the same time.  But that doesn't imply that it's    12:14:02

2    heard synchronously or that it actually plays

3    synchronously.

4        Q.   (By Mr. Shea)  So then if I could also

5    have you take a look at PDF page 25, which is Bates    12:14:14

6    page ending -56.

7        A.   Yes.

8        Q.   First of all, do you -- when it says

9    "C4A" here, do you know what that means?

10       A.   I believe it means Cast for audio.    12:14:31

11       Q.   And this says each here that "Each C4A

12   device can be a member of several groups."

13            Do you see that?

14       A.   Yes.

15       Q.   Is -- is that an accurate statement with    12:14:43

16   respect to the static groups that exist in Google's

17   products today?

18       A.   I'm not sure that it applies for all Cast

19   for audio groups -- or sorry -- all Cast for audio

20   devices, because my understanding is that Cast for    12:15:05

21   audio devices are third-party devices.  And I'm --

22   I'm not sure exactly what features they support.

23       Q.   I see.

24            Limiting the question to Google's own

25   player -- Cast-enabled players that we've been    12:15:23

Page 110

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1    talking about today, is it true that each of those        12:15:26

 2    players can be a member of several static groups?

 3         A.   If the device supports groups at all

 4    then, yes, it can be a member of multiple static

 5    groups.                                                    12:15:44

 6         Q.   Is there any maximum limit on how many

 7    static groups a given Google player can be a part

 8    of?

 9         A.   We don't have an explicit limit.

10         Q.   Do you have an understanding -- this           12:15:57

11    diagram that's on this slide we're looking at, do

12    you have an understanding of what that's showing

13    us?

14         A.   It appears to show four devices, and then

15    they're grouped in various ways.                          12:16:22

16         Q.   So, yeah, for instance, there's this "1st

17    floor" oval or -- or box around speaker A and

18    speaker C.

19              Do you see that?

20         A.   Yes.                                            12:16:37

21         Q.   What does that represent?

22         A.   I don't know.  I mean, it looks like it

23    represents a group, but I didn't write the

24    document.

25              MR. SHEA:  So maybe -- I'm going to ask        12:16:56
```

Page 111

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1    should be discoverable anyways.                    02:36:55

 2        Q.   And then the middle screen shows this

 3    little icon on the bottom under the groups -- in

 4    the groups tile that says "Morning."

 5             Do you see that?                           02:37:13

 6        A.   Yes.

 7        Q.   Do you have an understanding of what that

 8    represents in the context of the Google Home app?

 9             MR. KAPLAN:  Object to scope.

10             THE DEPONENT:  So I think, if -- if I      02:37:24

11    remember correctly, what -- what the Google Home

12    app does is it discovers all the devices on the

13    local network and asks them for what their group

14    membership is.

15             And then based on the sum total of all of 02:37:36

16    those group memberships, it forms -- it -- it forms

17    and -- and it -- it figures out what all of the

18    groups are on the network.  And then it would use

19    that information to fill in that part of the -- the

20    display.                                           02:37:55

21        Q.   (By Mr. Shea)  And from that middle

22    screenshot here in the example we're showing, which

23    is this Morning group that we've now created, are

24    you able to tell whether or not that Morning group

25    is currently launched?                             02:38:11
```

Page 184

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1        Q.   (By Mr. Shea)  So based on your          03:16:26

 2   understanding of the Google Home app, is it

 3   possible for a user to select a group for launch

 4   from this interface we're looking at on page 1 of

 5   Exhibit 45?                                        03:16:46

 6             MR. KAPLAN:  Object.

 7             THE DEPONENT:  I think so.  They can tap

 8   the "Play music," I guess, words underneath the

 9   group.

10        Q.   (By Mr. Shea)  And -- and when a user    03:17:00

11   taps "Play music" underneath one of those groups,

12   do you have an understanding of what the device

13   running the Google Home app then does in order to

14   cause the group to be launched?

15             MR. KAPLAN:  Object to scope.            03:17:17

16             THE DEPONENT:  I'm not totally sure.  But

17   I think my understanding is that it causes a

18   request to go to the cloud services.  And then the

19   cloud service chooses the user's default music

20   provider and executes a cloud Cast command --      03:17:40

21   command to the group to -- to play some music using

22   that music provider.

23        Q.   (By Mr. Shea)  Okay.  Do you know, in --

24   in addition to that functionality, would the device

25   running the Google Home app also send a launch     03:17:58
```

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1        I, Rebecca L. Romano, a Registered

2    Professional Reporter, Certified Shorthand

3    Reporter, Certified Court Reporter, do hereby

4    certify:

5        That the foregoing proceedings were taken

6    before me remotely at the time and place herein set

7    forth; that any deponents in the foregoing

8    proceedings, prior to testifying, were administered

9    an oath; that a record of the proceedings was made

10   by me using machine shorthand which was thereafter

11   transcribed under my direction; that the foregoing

12   transcript is true record of the testimony given.

13       Further, that if the foregoing pertains to the

14   original transcript of a deposition in a Federal

15   Case, before completion of the proceedings, review

16   of the transcript [X] was [ ] was not requested.

17       I further certify I am neither financially

18   interested in the action nor a relative or employee

19   of any attorney or any party to this action.

20       IN WITNESS WHEREOF, I have this date

21   subscribed my name this 13th day of May, 2022.

22

23

24       Rebecca L. Romano, RPR, CCR

25       CSR. No 12546

Page 284

**ERRATA SHEET**

| Case Names: | *Google LLC v. Sonos, Inc.*<br>Case No. 3:20-cv-06754-WHA |
| --- | --- |
| | *Sonos, Inc. v. Google LLC*<br>Case No. 3:21-cv-07559-WHA |

**Deposition Date:**    May 10, 2022


**Deponent:**    Kenneth MacKay (30(b)(6))


I, Kenneth MacKay, do hereby certify that I read the foregoing transcript of my testimony taken on May 10, 2022, and further certify that it is a true and accurate record of my testimony, with the exception of the corrections listed below:

| Page | Line | Now Reads | Should Read | Reason |
| --- | --- | --- | --- | --- |
| | | **30(b)(6)** | | |
| 26 | 12 | Numerate | Numerette | Transcription error |
| 27 | 13 | Numerate | Numerette | Transcription error |
| 32 | 12 | application manager ample | application_manager_impl | Transcription error |
| 34 | 24 | ruled | rolled | Transcription error |
| 45 | 15 | Corelan | Korlan | Transcription error |
| 85 | 6 | Joint | Join | Transcription error |
| 122 | 13 | Joint | Join | Transcription error |
| 236 | 3 | Receiver_name space_handler.cc | receiver_namespace_handler.cc | Transcription error |
| | | **30(b)(1)** | | |
| 261 | 15 | Tabus | Tavis | Transcription error |
| 261 | 15 | YoungJin | Byungchul | Transcription error |

Dated:  2022-Jun-28               By: */s/  Kenneth MacKay*
                                                    Kenneth MacKay

1