# EXHIBIT 2

# FILED UNDER SEAL

*Issued Patents Relevant to Google Today (end of August 2016)*

| | Patent No. | Title | Sonos Taxonomy |
|---|---|---|---|
| 1 | 9,213,357 | Obtaining Content from Remote Source for Playback | Audio Content, LAN/WAN to Household |
| 2 | 9,195,258 | System and Method for Synchronizing Operations Among a Plurality of Independently Clocked Digital Data Processing Devices | Platform, Group Management (Status) |
| 3 | 9,164,532 | Method and Apparatus for Displaying Zones in a Multi-Zone System | Control, Grouping |
| 4 | 9,207,905 | Method and Apparatus for Providing Synchrony Group Status Information | Platform, Group Management (Status) |
| 5 | 9,170,600 | Method and Apparatus for Providing Synchrony Group Status Information | Platform, Group Management (Status) |
| 6 | 9,213,356 | Method and Apparatus for Synchrony Group Control via One or More Independent Controllers | Platform, Group Management (Status) |
| 7 | 9,182,777 | System and Method for Synchronizing Operations Among a Plurality of Independently Clocked Digital Data Processing Devices | Platform, Group Management (Arrangement) |
| 8 | 9,189,011 | Method and Apparatus for Providing Audio and Playback Timing Information to a Plurality of Networked Audio Devices | Audio Content, LAN/WAN to Household |
| 9 | 9,218,017 | Systems and Methods for Controlling Media Players in a Synchrony Group | Control, Grouping |
| 10 | 8,938,637 | Systems and Methods for Synchronizing Operations Among a Plurality of Independently Clocked Digital Data Processing Devices Without a Voltage Controlled Crystal Oscillator | Platform, Synchronization |
| 11 | 8,370,678 | Systems and Methods for Synchronizing Operations Among a Plurality of Independently Clocked Digital Data Processing Devices Without a Voltage Controlled Crystal Oscillator | Platform, Synchronization |
| 12 | 8,689,036 | Systems and Methods for Synchronizing Operations Among a Plurality of Independently Clocked Digital Data Processing Devices Without a Voltage Controlled Crystal Oscillator | Platform, Synchronization |
| 13 | 8,588,949 | Method and Apparatus for Adjusting Volume Levels in a Multi-Zone System | Control, Volume |
| 14 | 7,571,014 | Method and Apparatus for Controlling Multimedia Players in a Multi-Zone System | Control, Volume |
| 15 | 9,348,824 | Device Group Identification | Platform, Group Management (Arrangement) |
| 16 | 8,930,005 | Acoustic Signatures in a Playback System | Control, Setup |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**TRIAL EXHIBIT 6638**

CASE NO. 3:20-cv-06754-WHA
DATE ENTERED_____
BY _____
DEPUTY CLERK

*Allowed Patent Applications Relevant to Google Today (end of August 2016)*

|   | App. No. | Title | Class/Subclass |
|---|---|---|---|
| 1 | 14/558,944 | Acoustic Signatures | Platform, Setup |
| 2 | 14/679,815 | Acoustic Signatures | Control, Setup |
| 3 | 14/521,682 | Device Playback Failure Recovery and Redistribution | Platform, Setup |
| 4 | 14/520,566 | Systems and Methods for Networked Music Playback | Control, Playback |

*Selected Additional Patent Disclosures of Interest to Google*

|   | Pat. or App. No. | Title | Class/Subclass |
|---|---|---|---|
| 1 | 9,202,509 | Controlling and Grouping in a Multi-Zone Media System | Platform, Bonded Zone |
| 2 | 9,219,959 | Multi-Channel Pairing in a Media System | Platform, Bonded Zone |
| 3 | 8,938,312 | Smart Line-In Processing | Audio Content, Direct Connection to Household |
| 4 | 9,130,771 | Establishing A Secure Wireless Network with Minimum Human Intervention | Control, Setup |
| 5 | 8,483,853 | Controlling and Manipulating Groupings in a Multi-Zone Media System | Control, Grouping |
| 6 | 9,363,255 | Cloud Queue Playhead | Platform, Queue Management |
| 7 | 14/041,989 | Coordinator selection | Platform, Group Management |
| 8 | 9,288,596 | Coordinator Device for Paired or Consolidated Players | Platform, Bonded Zone |