# EXHIBIT 6

# FILED UNDER SEAL

# SONOS

**Overview of Selected Sonos Patent Assets Relevant to Google**

**October 2016**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**TRIAL EXHIBIT 6636**

CASE NO. 3:20-cv-06754-WHA
DATE ENTERED_____
BY _____
DEPUTY CLERK

Confidential

SONOS-SVG2-00043167

FOR DISCUSSION PURPOSES ONLY – SUBJECT TO FRE 408

# TABLE OF CONTENTS

2...................  Summary of Relevant Google Features
4...................  Chromecast Audio Dongle
10..................  Google Cast Application
16..................  Google Play Music Application
20..................  Google Cast SDK, Partner Speakers and Applications

Appendix A  Index According to Example Google Product

*"For years, Sonos has been synonymous with the concept of multi-room audio, so much so that it's almost hard to know which came first.  At the very least, Sonos spotted a trend long before its competitors – at most, it's responsible for making the market what it is today."*  - What Hi-Fi

Confidential

SONOS-SVG2-00043168

TX6636, Page 2 of 33

# Summary of Relevant Google Features

The table below identifies patents and allowed patent applications containing claims that are believed to be relevant to one or more Google products.

Sonos notes that the identified patents and patent applications may also be relevant to other existing and/or future Google products that incorporate similar features and/or functionality, including but not limited to, e.g., Google Pixel.

| Google Feature | Patent or Allowed Application | Relevant Google Products |
|---|---|---|
| **Audio Distribution Between Devices**<br>Playback device distributes audio to another playback device. | 9,213,357; 9,189,011 | • Google Chromecast Audio Dongle devices<br>• Google Home<br>• Google Cast SDK and Google Cast Speaker Product devices |
| **Synchronization of Playback Between Devices**<br>Synchronize playback of the same audio between playback devices. | 8,938,637; 8,370,678;<br>8,689,036; 9,348,354 | • Google Chromecast Audio Dongle devices<br>• Google Home<br>• Google Cast SDK and Google Speaker Product devices |
| **Group Formation of Devices**<br>Dynamically form groups of multiple playback devices. | 9,182,777; 9,288,596;<br>9,164,532; 9,218,017<br><br>*14/041,989 | • Google Chromecast Audio Dongle devices<br>• Google Home<br>• Google Cast SDK and Google Cast Speaker Product devices<br>• Google Cast Application<br>• Google Android Devices with Cast and/or Play Applications |
| **Group Maintenance/Status Information**<br>The playback system (including a controller device) is aware of the playback devices and groups of playback devices within the playback system. | 9,195,258; 9,207,905;<br>9,170,600; 9,213,356;<br>9,348,824 | • Google Chromecast Audio Dongle devices<br>• Google Home<br>• Google Cast SDK and Google Cast Speaker Product devices<br>• Google Cast Application<br>• Google Play Music Application<br>• Google Android Devices with Cast and/or Play Applications |
| **Group Volume Control**<br>Control the volume level of playback devices and groups of playback devices within the playback system. | 8,588,949[1]; 7,571,014 | • Google Cast SDK and Google Cast Partner Control Applications<br>• Google Cast Application<br>• Google Play Music Application<br>• Google Android Devices with Cast and/or Play Applications |
| **Setup Using Inaudible Tones**<br>Use inaudible tones to set up and provide access to control playback devices (e.g., quick guest access). | 8,930,005<br><br>*14/558,944<br>*14/679,815 | • Google Chromecast Audio Dongle devices<br>• Google Cast SDK and Google Cast Partner Control Applications<br>• Google Cast Application |

---

[1] Reexamination Certificate issued Nov. 5, 2015.  Reexamination Request No. 90/013,423.

2

For Discussion Purposes Only – Subject to FRE 408

Confidential

SONOS-SVG2-00043169

| | | • Google Play Music Application<br>• Google Android Devices with Cast and/or Play Applications |
|---|---|---|
| **Fault Tolerance**<br>A playback device goes offline (e.g., lose power) and returns online (e.g., gain power) and returns to its original playback state. | *14/521,682 | • Google Chromecast Audio Dongle devices<br>• Google Home<br>• Google Cast SDK and Google Cast Speaker Product devices |
| **Playback Transfer**<br>Transfer playback of a song from a music service application (e.g., Google Play) to a playback device (e.g., Google Chromecast Audio Dongle device). | *14/520,566 | • Google Cast SDK and Google Cast Partner Control Applications<br>• Google Cast Application<br>• Google Play Music Application<br>• Google YouTube Application<br>• Google YT Music Application<br>• Google Android Devices with Cast and/or Play Applications |
| **Silent Connect**<br>Automatically reconnect a controller application to control a playback device (e.g., Google Chromecast device) upon returning to the proximity of the playback device. | *13/904,949 | • Google Cast SDK and Google Cast Partner Control Applications<br>• Google YouTube Application<br>• Google YT Music Application<br>• Google Android Devices with YouTube and/or YT Music Applications |
| **Additional Selected/Representative Patents Relevant to Cast Partner Speaker Product "Vertical" Features**<br>Various selected "vertical" playback system features including, e.g., stereo pair, line-in processing, establishing a secure wireless network, instantiation of zone scenes (including alarms), and cloud-based queues that are believed to be practiced by Google Cast Speaker Product devices and/or Google. | 9,219,959[2]; 9,202,509; 8,938,312; 8,483,853 | • Google Cast SDK and Google Cast Speaker Product devices |

*Allowed claims

---

[2] Order Granting Request for Ex Parte Reexamination entered in Reexamination Request No. 90/013,756.

3

For Discussion Purposes Only – Subject to FRE 408

Confidential

SONOS-SVG2-00043170

## Chromecast Audio Dongle



# CHROMECAST AUDIO

$35    BUY NOW

For Discussion Purposes Only – Subject to FRE 408

Confidential

SONOS-SVG2-00043171

# Chromecast Audio Dongle[3]

| 1. *Audio Distribution Between Devices* |
|---|



**Sonos Website, 2004**

## Play music everywhere with Multi-room

Multi-room lets you group Chromecast Audio devices together so you can listen to the same song on multiple speakers.

**Google 2016**

The following **2 patents** include claims relevant to the distribution of audio between Chromecast Audio Dongle devices.

- Pat. No. 9,213,357
- Pat. No. 9,189,011

---

[3] Based on information available publically to date, there is an expectation that many of the patents identified will also be relevant to the forthcoming Google Home product.

Confidential

## 2. Synchronization of Playback Between Devices



With a Sonos™ Digital Music System you can:
→ Simultaneously play the same song or different songs in as many rooms as you'd like — up to 32.
→ Easily access your entire digital music collection with a full-color LCD screen and scroll wheel.
→ Wirelessly control all your music and all your rooms—from anywhere with Sonosnet™.
→ Enjoy great sound in every room.

*Sonos Website, 2004*



**BLAST THE SAME
SONG IN EVERY ROOM**

Multi-room sync lets you play the same song across Multi-room compatible speakers in your house at the same time.

*Google 2016*

The following *4 patents* include patent claims relevant to synchronization of playback between Chromecast Audio Dongle devices.

- Pat. No. 9,938,637
- Pat. No. 8,370,678
- Pat. No. 8,689,036
- Pat. No. 9,348,354

6

For Discussion Purposes Only – Subject to FRE 408

## 3. Group Formation of Devices



To add a zone to a zone group
1.  Touch the **Zones** button on your Controller.

Select zone where desired music is playing

Select zone to add to group

*Sonos User Guide, 2005*

Play same music across multiple speakers

Google Cast lets you group select speakers together to play the same song everywhere.

*Google 2016*

The following *1 patent* includes patent claims relevant to group formation of Chromecast Audio Dongle devices.

- Pat. No. 9,182,777

The following *1 patent* includes patent claims relevant to group formation of Chromecast Audio Dongle devices, including specifically the election of a master device for the group.

- Pat. No. 9,288,596

The following *1 additional disclosure* includes disclosure and/or patent claims believed to be relevant to group formation of Chromecast Audio Dongle devices, including specifically the election of a master device for the group.

- App. No. 14/041,989

7
For Discussion Purposes Only – Subject to FRE 408

Confidential

SONOS-SVG2-00043174

## 4.  Group Maintenance/Status Information



Touch the Zones button to view the music
playing in each room

*Sonos User Guide, 2005*

Play same music across multiple speakers

Google Cast lets you group select speakers together to play the same
song everywhere.

*Google 2016*

The following **4 patents** include patent claims relevant to the maintenance of and status of groups of Chromecast Audio Dongle devices.

- Pat. No. 9,195,258
- Pat. No. 9,207,905
- Pat. No. 9,170,600
- Pat. No. 9,213,356

The following **1 patent** includes patent claims relevant to the maintenance of and status of groups of Chromecast Audio Dongle devices, including identification of particular devices according to group identification.

- Pat. No. 9,348,824

## 5.  Setup Over WiFi

**1-2-3 Setup**

It takes just 3 steps to get your Sonos Digital Music System up and running:

1. Connect speakers to your ZonePlayer
2. Connect the first Sonos ZonePlayer (with Ethernet cable supplied) to your home network
3. Install the computer software (or use a Controller) to configure your music system

*Sonos User Guide, 2005*

Easily cast music, without the hassle of pairing

Tap the Cast button from your favorite music apps to start casting to your speakers. Adjust the volume or change the song, right from your phone.

Unlike Bluetooth setup, Google Cast works over WiFi so you can connect more than one device to your speakers at a time and control what's playing from anywhere in the house.

*Google 2016*

The following **patent disclosure** includes disclosure believed to be relevant to the setup of Chromecast Audio Dongle devices on a WiFi LAN now or in the future.

- Pat. No. 8,326,951

8
For Discussion Purposes Only – Subject to FRE 408

Confidential

SONOS-SVG2-00043175

# 6. *Setup Using Inaudible Tones*



FIGURE 5

*Sonos Pat. No. 8,930,005, 2012*

Chromecast guest mode

## Guest mode PIN

[ ‹ ]  [ NEXT: GUEST MODE FAQS › ]

A 4-digit PIN is required for connecting to a Chromecast in guest mode. When a device nearby tries to connect, the Chromecast automatically transfers that PIN using short, inaudible audio tones. If the audio tone pairing fails, your guest will be given the option to connect manually by entering the 4-digit PIN.

*Google 2016*

The following *1 patent* includes patent claims relevant the setup of Chromecast Audio Dongle devices using inaudible tones.

- Pat. No. 8,930,005

The following *2 allowed patent applications* includes patent claims relevant the setup of Chromecast Audio Dongle devices using inaudible tones.

- App. No. 14/558,944
- App. No. 14/679,815

For Discussion Purposes Only – Subject to FRE 408

Confidential

SONOS-SVG2-00043176

## 7. Fault Tolerance



**Sonos Pat. App. No. 14/679,815, 2012**

**Google 2016**

The following *allowed patent application* includes patent claims relevant the fault tolerance of Chromecast Audio Dongle devices, including when a given device goes offline and returns online.

- App. No. 14/679,815

For Discussion Purposes Only – Subject to FRE 408

Confidential

SONOS-SVG2-00043177

# Google Cast Application



For Discussion Purposes Only – Subject to FRE 408

Confidential

SONOS-SVG2-00043178

TX6636, Page 12 of 33

# Google Cast Application[4]

## 1. Cast Application Group Formation of Devices



**To add a zone to a zone group**
1. Touch the **Zones** button on your Controller.

*Select zone where desired music is playing*

*Select zone to add to group*

*Sonos User Guide, 2005*

Play same music across multiple speakers

Google Cast lets you group select speakers together to play the same song everywhere.

***Google 2016***

The following **2 patents** include patent claims relevant to the creation of groups using the Google Cast application.

*Some claim limitations may be additionally and/or alternatively relevant to the Google Play Music Application.

- Pat. No. 9,164,532
- Pat. No. 9,218,017

---

[4] Some patent assets identified in this section are also relevant to Android with the Google Cast application and/or an Android device (such as a Google Nexus or Google Pixel device) running Android with the Google Cast application.

For Discussion Purposes Only – Subject to FRE 408

Confidential

SONOS-SVG2-00043179

## 2. Group Volume Control



The following **2 patents** include patent claims relevant to control of group volume using the Cast application.

*Some claim limitations may be additionally and/or alternatively relevant to the Google Play Music Application.

- Pat. No. 8,588,949
- Pat. No. 7,571,014

13
For Discussion Purposes Only – Subject to FRE 408

Confidential

TX6636, Page 14 of 33

SONOS-SVG2-00043180

## 3. Setup Over Wifi

**1-2-3 Setup**

It takes just 3 steps to get your Sonos Digital Music System up and running:

1. Connect speakers to your ZonePlayer
2. Connect the first Sonos ZonePlayer (with Ethernet cable supplied) to your home network
3. Install the computer software (or use a Controller) to configure your music system

*Sonos User Guide, 2005*

---

Easily cast music, without the hassle of pairing

Tap the Cast button from your favorite music apps to start casting to your speakers. Adjust the volume or change the song, right from your phone.

Unlike Bluetooth setup, Google Cast works over WiFi so you can connect more than one device to your speakers at a time and control what's playing from anywhere in the house.

*Google 2016*

---

The following **patent disclosure** includes disclosure believed to be relevant to the setup of Chromecast Audio Dongle devices on a WiFi LAN now or in the future.

- Pat. No. 8,326,951

14
For Discussion Purposes Only – Subject to FRE 408

Confidential

SONOS-SVG2-00043181

# 4. Setup Using Inaudible Tones



FIGURE 5

*Sonos Pat. No. 8,930,005, 2012*

Chromecast guest mode

## Guest mode PIN

A 4-digit PIN is required for connecting to a Chromecast in guest mode. When a device nearby tries to connect, the Chromecast automatically transfers that PIN using short, inaudible audio tones. If the audio tone pairing fails, your guest will be given the option to connect manually by entering the 4-digit PIN.

*Google 2016*

The following **1 patent** includes patent claims relevant the setup of Chromecast Audio Dongle devices using inaudible tones and the Google Cast application.

- Pat. No. 8,930,005

The following **allowed patent application** includes patent claims relevant the setup of Chromecast Audio Dongle devices using inaudible tones and the Google Cast application.

- App. No. 14/679,815

15

For Discussion Purposes Only – Subject to FRE 408

Confidential

SONOS-SVG2-00043182

## 5. Group Maintenance/Status Information

| Playback Device ID | Group ID | Group Coordinator | Display Name |
|---|---|---|---|
| Device1 | Group1 | Y | Living Room + Dining Room |
| Device2 | Group1 | N | -- |
| Device3 | Group5 | Y | Balcony |
| Device4 | Group4 | Y | Master Bedroom |

### FIGURE 6C

*Sonos Pat. No. 9,348,824, 2014*

Play same music across multiple speakers

Google Cast lets you group select speakers together to play the same song everywhere.

*Google 2016*

The following *1 patent* includes patent claims relevant to the maintenance of and status of groups of Chromecast Audio Dongle devices, including identification of particular devices according to group identification.

Pat. No. 9,348,824

Confidential

SONOS-SVG2-00043183

# **Google Play Music Application**



17
For Discussion Purposes Only – Subject to FRE 408

# Google Play Music Application[5]



## 1. Group Volume Control

*Sonos User Guide, 2005*

*Google 2016*

The following **2 patents** include patent claims relevant to control of group volume using the Cast application.

*Some claim limitations may be additionally and/or alternatively relevant to the Google Cast application.

- Pat. No. 8,588,949
- Pat. No. 7,571,014

---

[5] Some patent assets identified in this section are also relevant to Android with the Google Play Music Application and/or an Android device (such as a Google Pixel or a Google Nexus device) running Android with the Google Play Music Application.

For Discussion Purposes Only – Subject to FRE 408

Confidential

SONOS-SVG2-00043185

## 2. *Playback Transfer*



**Start**

Provide information about content to local playback device. — 1110

Directly access content source from local playback system. — 1120

Play content directly from network or cloud to local playback system. — 1130

*Sonos Pat. App. No. 14/520,566, 2011*

**MIRROR FROM YOUR
ANDROID PHONE OR LAPTOP**

Mirror exactly what's playing on your Android phone or tablet to your speakers. Or if you're on your laptop, you can also cast any music streaming website through the Chrome browser.

*Google 2016*

The following ***allowed patent application*** includes patent claims relevant to the transfer of playback from the Google Play Music Application to a Chromecast Audio Dongle device.

- App. No. 14/520,566

19

For Discussion Purposes Only – Subject to FRE 408

Confidential

SONOS-SVG2-00043186

## 3. Group Maintenance/Status Information

| Playback Device ID | Group ID | Group Coordinator | Display Name |
|---|---|---|---|
| Device1 | Group1 | Y | Living Room + Dining Room |
| Device2 | Group1 | N | -- |
| Device3 | Group5 | Y | Balcony |
| Device4 | Group4 | Y | Master Bedroom |

### FIGURE 6C

**Sonos Pat. No. 9,348,824, 2014**

Play same music across multiple speakers

Google Cast lets you group select speakers together to play the same song everywhere.

**Google 2016**

The following **1 patent** includes patent claims relevant to the maintenance of and status of groups of Chromecast Audio Dongle devices, including identification of particular devices according to group identification.

- Pat. No. 9,348,824

Confidential

SONOS-SVG2-00043187

## Google Cast SDK, Partner Speakers and Applications



For Discussion Purposes Only – Subject to FRE 408

Confidential

TX6636, Page 22 of 33

SONOS-SVG2-00043188

# Google Cast SDK, Partner Speakers and Applications

## 1. Audio Distribution Between Devices



**Sonos Website, 2004**



**LG MusicFlow with Cast, 2016**

The following *2 patents* include claims relevant to the distribution of audio between Google Partner Speaker devices implementing the Google Cast SDK.

- Pat. No. 9,213,357
- Pat. No. 9,189,011

22

For Discussion Purposes Only – Subject to FRE 408

Confidential

SONOS-SVG2-00043189

## 2. *Synchronization of Playback Between Devices*

With a Sonos™ Digital Music System you can:

→ Simultaneously play the same song or different songs in as many rooms as you'd like — up to 32.

→ Easily access your entire digital music collection with a full-color LCD screen and scroll wheel.

→ Wirelessly control all your music and all your rooms—from anywhere with Sonosnet™.

→ Enjoy great sound in every room.

*Sonos Website, 2004*

**Multi-Room Pairing.**

Connect multiple VIZIO SmartCast™ Speakers and Sound Bars over Wi-Fi to fill your entire home with music. Pair speakers throughout the house to play them all in unison, or play different songs in different rooms.



*Vizio SmartCast with Cast, 2016*

The following ***4 patents*** include patent claims relevant to synchronization of playback between Google Partner Speaker devices implementing the Google Cast SDK.

- Pat. No. 9,938.637
- Pat. No. 8,370,678
- Pat. No. 8,689,036
- Pat. No. 9,348,354

23

For Discussion Purposes Only – Subject to FRE 408

## 3.  *Group Formation of Devices*



To add a zone to a zone group
1.   Touch the **Zones** button on your Controller.

*Select zone where desired music is playing*

*Select zone to add to group*

**Sonos User Guide, 2005**



Turn Your Phone Into The Ultimate Remote.

Download the VIZIO SmartCast App for free on the App Store and Google Play. Easily set up and control your multi-room speaker like never before.

**Vizio SmartCast with Cast, 2016**

The following *1 patent* includes patent claims relevant to group formation of Google Partner Speaker devices implementing the Google Cast SDK.

- Pat. No. 9,182,777

The following *1 patent* includes patent claims relevant to group formation of Google Partner Speaker devices implementing the Google Cast SDK, including specifically the election of a master device for the group.

- Pat. No. 9,288,596

The following *2 patents* include patent claims relevant to the creation of groups using Google Partner Speaker applications implementing the Google Cast SDK.

*Some claim limitations may be additionally and/or alternatively relevant to the Google Cast application.

- Pat. No. 9,164,532
- Pat. No. 9,218,017

The following *1 additional disclosure* includes disclosure and/or patent claims believed to be relevant to group formation of Google Partner Speaker devices implementing the Google Cast SDK, including specifically the election of a master device for the group.

- App. No. 14/041,989

Confidential

SONOS-SVG2-00043191

## 4.  Group Maintenance/Status Information



Touch the Zones button to view the music
playing in each room

**Sonos User Guide, 2005**



Turn Your Phone Into The Ultimate Remote.

Download the VIZIO SmartCast App for free on the App Store and Google Play. Easily set up and control your multi-room speaker like never before.

**Vizio SmartCast with Cast, 2016**

The following **4 patents** include patent claims relevant to the maintenance of and status of groups of Google Partner Speaker devices implementing the Google Cast SDK.

- Pat. No. 9,195,258
- Pat. No. 9,207,905
- Pat. No. 9,170,600
- Pat. No. 9,213,356

The following **1 patent** includes patent claims relevant to the maintenance of and status of groups of Google Partner Speaker devices implementing the Google Cast SDK, including identification of particular devices according to group identification.

- Pat. No. 9,348,824

Confidential

SONOS-SVG2-00043192

## 5. Setup Over WiFi



**Sonos User Guide, 2005**

**LG MusicFlow with Cast, 2016**

The following *patent disclosure* includes disclosure believed to be relevant to the setup of Google Partner Speaker devices implementing the Google Cast SDK on a WiFi LAN now or in the future.

- Pat. No. 8,326,951

26
For Discussion Purposes Only – Subject to FRE 408

## 6. Fault Tolerance



Detect a failure of a first playback device of the plurality of playback devices — 604

Determine a playback responsibility of the first playback device — 606

*Sonos Pat. App. No. 14/679,815, 2012*

Keep The Connection

*LG MusicFlow with Cast, 2016*

The following ***allowed patent application*** includes patent claims relevant the fault tolerance of Google Partner Speaker devices implementing the Google Cast SDK, including when a given device goes offline and returns online.

- App. No. 14/679,815

Confidential

SONOS-SVG2-00043194

## 7. Playback Transfer



**Sonos Pat. App. No. 14/520,566, 2011**

**Vizio SmartCast with Cast, 2016**

The following **allowed patent application** includes patent claims relevant to the transfer of playback from Google Partner Speaker applications implementing the Google Cast SDK.

- App. No. 14/520,566

Confidential

SONOS-SVG2-00043195

## 8. Stereo Pairing [EXAMPLE "VERTICAL" FEATURE]

### Sonos 3.2 update and S5 stereo pairing put to the test

Thomas Ricker, @tricky
05.13.10

0
Shares





*Engadget on Sonos, 2010*



*Sony with Cast, 2016*

The following **patent disclosures** includes disclosure and/or patent claims believed to be relevant, now or in the future, to arranging, in a Stereo Pair, Google Partner Speaker devices implementing the Google Cast SDK.

- Pat. No. 9,219,959
- Pat. No. 9,202,509

Confidential

## 9. Line-In Processing [EXAMPLE "VERTICAL" FEATURE]

### Autoplay

Line-In Autoplay feature will allow you to automatically play music when a signal is being sent to the Line-In port. Connect the audio line-in cable provided with your Sonos product (or a standard RCA cable) from the Audio out connection(s) on the external source to the analog Audio In connection(s) on the back of your Sonos product. The source device will automatically be detected and displayed on the Sonos controller.

*Sonos, 2012*

CONNECTION HUB

# HASSLE-FREE CONNECTIVITY

The B&O PLAY Connection Hub® allows you to hook up Beoplay S8 to almost any TV and audio sources, using optical or analogue cables.

No extra remotes are needed, as the Connection Hub learns the IR commands from your TV remote or any other remote.

The Connection Hub handles up to 3 connections at a time, and automatically changes to the last audio source to play, so if you're listening to music, and the TV is turned on, the sound of the TV will take over. It's as easy as that!

*B&O with Cast, 2016*

The following **patent disclosure** includes disclosure and/or patent claims believed to be relevant, now or in the future, to line-in switching with Google Partner Speaker devices implementing the Google Cast SDK.

- Pat. No. 8,938,312

For Discussion Purposes Only – Subject to FRE 408

Confidential

TX6636, Page 31 of 33

SONOS-SVG2-00043197

## 10.    Zone Scenes (Alarms) [EXAMPLE "VERTICAL" FEATURE]



**Sonos, Today**

Add the alarm
1. Run Music Flow Player application.
2. Tap [Settings] > [Alarm Sleep Timer] > [Alarm].
3. Tap [📷], Alarm setting screen appears.
4. Set the alarm items such as time of day, day of week, speakers, alarm sound, alarm duration, shuffle, volume.
5. Tap [Set]. Designated speaker plays the music at a set time.
If the alarm sound is from the playlist in the devices turned off, default alarm sound is played.

**LG MusicFlow with Cast, 2016**

The following **patent disclosure** includes disclosure and/or patent claims believed to be relevant, now or in the future, to implementing zone scenes, such as an Alarm, using Google Partner Speaker devices implementing the Google Cast SDK.

- Pat. No. 8,483,853

Confidential

SONOS-SVG2-00043198

# APPENDIX A

## Index According to Example Google Product

| Page | Example Google Product | Relevant Patents Identified |
|---|---|---|
| 4 | Chromecast Audio Dongle | *Issued Patents*<br>9,213,357; 9,189,011; 8,938,637; 8,370,678; 8,689,036; 9,348,354; 9,182,777; 9,288,596; 9,195,258; 9,207,905; 9,170,600; 9,213,356; 9,348,824; 8,930,005<br><br>*Allowed Applications*<br>14/558,944; 14/679,815; 14/041,989 |
| 11 | Google Cast Application | *Issued Patents*<br>9,164,532; 9,218,017; 8,588,949; 7,571,014; 8,930,005; 9,348,824<br><br>*Allowed Applications*<br>14/679,815 |
| 17 | Google Play Music Application | *Issued Patents*<br>8,588,949; 7,571,014; 9,348,824<br><br>*Allowed Applications*<br>14/520,566 |
| 21 | Google Cast SDK, Partner Speakers and Applications | *Issued Patents*<br>9,213,357; 9,189,011; 8,938,637; 8,370,678; 8,689,036; 9,348,354; 9,182,777; 9,288,596; 9,195,258; 9,207,905; 9,170,600; 9,213,356; 9,348,824; 9,164,532; 9,218,017<br><br>*Allowed Applications*<br>14/679,815; 14/520,566; 14/041,989<br><br>*Disclosures Pertaining to "Vertical" Features*<br>9,219,959; 9,202,509; 8,938,312; 9,130,771; 8,483,853; 9,363,255 |

For Discussion Purposes Only – Subject to FRE 408

Confidential

SONOS-SVG2-00043199