# EXHIBIT 9
# Part 2

# FILED UNDER SEAL

# US Patent No.: 9,219,959; 90/013,756

[In Litigation]  [Re-Examined]   **SONOS**

# Title: Multi-channel pairing in a media system

## Priority Date: 1/25/2011

## Issue Date: 12/22/2015; 4/5/2017

This patent involves a playback device:

1. Processing audio data before output.
2. Determining a type of pairing of the playback device.
3. Configuring playback device to perform first EQ if first type of pairing.
4. Configuring playback device perform second EQ if second type of pairing.
5. Separating the audio into separate channels.
6. Outputting at least one channel.
7. Transmitting at least one additional separate channel.



Confidential

SONOS-SVG2-00043245

# Multi-channel pairing in a media system
## U.S. Patent No. 9,219,959 (90/013,756); 1/25/2011

<span style="background:#0a6cc4;color:#fff">In Litigation</span>  <span style="background:#0a6cc4;color:#fff">Re-Examined</span>

9.   A playback device configured to…:

(i) process the audio data before the playback device outputs audio from the plurality of speaker drivers,

(ii) determine that a type of pairing of the playback device comprises one of at least a first type of pairing or a second type of pairing,

(iii) configure the playback device to perform a first equalization of the audio data before outputting audio based on the audio data from the plurality of speaker drivers when the type of pairing is determined to comprise the first type of pairing,

(iv) configure the playback device to perform a second equalization of the audio data before outputting audio based on the audio data from the plurality of speaker drivers when the type of pairing is determined to comprise the second type of pairing,

(v) separate the audio data into separate audio channels,

(vi) output audio based on audio data of at least one separate audio channel from the plurality of speaker drivers, and

(vii) transmit at least one additional separate audio channel over the network.

* see claim 9 of U.S. Patent 9,219,959 for complete claim language



Google Home Max receives audio data and processes the audio data before outputting audio.

# Multi-channel pairing in a media system
U.S. Patent No. 9,219,959 (90/013,756); 1/25/2011

In Litigation    Re-Examined

9.   A playback device configured to…:

(i) process the audio data before the playback device outputs audio from the plurality of speaker drivers,

(ii) determine that a type of pairing of the playback device comprises one of at least a first type of pairing or a second type of pairing,

(iii) configure the playback device to perform a first equalization of the audio data before outputting audio based on the audio data from the plurality of speaker drivers when the type of pairing is determined to comprise the first type of pairing,

(iv) configure the playback device to perform a second equalization of the audio data before outputting audio based on the audio data from the plurality of speaker drivers when the type of pairing is determined to comprise the second type of pairing,

(v) separate the audio data into separate audio channels,

(vi) output audio based on audio data of at least one separate audio channel from the plurality of speaker drivers, and

(vii) transmit at least one additional separate audio channel over the network.

\* see claim 9 of U.S. Patent 9,219,959 for complete claim language



**OR**



# Multi-channel pairing in a media system
## U.S. Patent No. 9,219,959 (90/013,756); 1/25/2011

**In Litigation**  **Re-Examined**

9.   A playback device configured to…:

(i) process the audio data before the playback device outputs audio from the plurality of speaker drivers,

(ii) determine that a type of pairing of the playback device comprises one of at least a first type of pairing or a second type of pairing,

(iii) configure the playback device to perform a first equalization of the audio data before outputting audio based on the audio data from the plurality of speaker drivers when the type of pairing is determined to comprise the first type of pairing,

(iv) configure the playback device to perform a second equalization of the audio data before outputting audio based on the audio data from the plurality of speaker drivers when the type of pairing is determined to comprise the second type of pairing,

(v) separate the audio data into separate audio channels,

(vi) output audio based on audio data of at least one separate audio channel from the plurality of speaker drivers, and

(vii) transmit at least one additional separate audio channel over the network.



In the first type of pairing, Max performs a first equalization before outputting audio.

* see claim 9 of U.S. Patent 9,219,959 for complete claim language

# Multi-channel pairing in a media system
## U.S. Patent No. 9,219,959 (90/013,756); 1/25/2011

**In Litigation**　**Re-Examined**

9.　A playback device configured to…:

　　(i) process the audio data before the playback device outputs audio from the plurality of speaker drivers,

　　(ii) determine that a type of pairing of the playback device comprises one of at least a first type of pairing or a second type of pairing,

　　(iii) configure the playback device to perform a first equalization of the audio data before outputting audio based on the audio data from the plurality of speaker drivers when the type of pairing is determined to comprise the first type of pairing,

　　(iv) configure the playback device to perform a second equalization of the audio data before outputting audio based on the audio data from the plurality of speaker drivers when the type of pairing is determined to comprise the second type of pairing,

　　(v) separate the audio data into separate audio channels,

　　(vi) output audio based on audio data of at least one separate audio channel from the plurality of speaker drivers, and

　　(vii) transmit at least one additional separate audio channel over the network.

　* see claim 9 of U.S. Patent 9,219,959 for complete claim language



In the second type of pairing, Max performs a second equalization before outputting audio.

# Multi-channel pairing in a media system
## U.S. Patent No. 9,219,959 (90/013,756); 1/25/2011

In Litigation    Re-Examined

9.   A playback device configured to…:

(i) process the audio data before the playback device outputs audio from the plurality of speaker drivers,

(ii) determine that a type of pairing of the playback device comprises one of at least a first type of pairing or a second type of pairing,

(iii) configure the playback device to perform a first equalization of the audio data before outputting audio based on the audio data from the plurality of speaker drivers when the type of pairing is determined to comprise the first type of pairing,

(iv) configure the playback device to perform a second equalization of the audio data before outputting audio based on the audio data from the plurality of speaker drivers when the type of pairing is determined to comprise the second type of pairing,

(v) separate the audio data into separate audio channels,

(vi) output audio based on audio data of at least one separate audio channel from the plurality of speaker drivers, and

(vii) transmit at least one additional separate audio channel over the network.

* see claim 9 of U.S. Patent 9,219,959 for complete claim language



Max separates the audio data into separate channels, outputs one of the channels, and transmits at least one of the other channels to another Max.

# US Patent No.: 9,202,509; 90/013,859

**In Litigation**  **Re-Examined**  SONOS

## Title: Controlling and grouping in a multi-zone media system

**Priority Date: 1/25/2011**

**Issue Date: 12/1/2015; 5/30/2017**

This patent involves a controller device:

1. Identifying a plurality of playback devices on a LAN.
2. Instructing at least a first playback device of the plurality to request audio stream and split the stream into a first and second channel, wherein the first playback device is configured to play the first channel and a second playback device in the plurality is configured to play the second channel.
3. Displaying an indication that each of the playback devices are configured to produce a respective channel.



Confidential

SONOS-SVG2-00043251

# Controlling and grouping in a multi-zone media system
## U.S. Patent No. 9,202,509 (90/013,859); 1/25/2011

<span style="color:blue">**In Litigation**</span>   <span style="color:blue">**Re-Examined**</span>

1.   A method comprising:

identifying, via a controller, a plurality of playback devices on a local area network (LAN), …;

instructing, via the controller over the LAN, at least one of the plurality of playback devices to process the requested audio data stream into at least one of a first and a second channel of the requested audio data stream and to reproduce a respective one of the first and the second channel, …, such that a first playback device in [a] group of the plurality of playback devices is configured as part of the group to reproduce the first channel of the requested audio data stream for the group and a second playback device in the group … is configured as part of the group to reproduce the second channel of the requested audio data stream for the group; and

displaying, via the controller, an indication that each of the plurality of playback devices is configured to reproduce a respective channel.



When initiating stereo pair, the Google Home application identifies devices on the network that are available for pairing.

\* see claim 1 of U.S. Patent 9,202,509 for complete claim language

Confidential and Subject to FRE 408

**48**

Confidential

SONOS-SVG2-00043252

# Controlling and grouping in a multi-zone media system
## U.S. Patent No. 9,202,509 (90/013,859); 1/25/2011

**In Litigation**    **Re-Examined**

1.   A method comprising:
    identifying, via a controller, a plurality of playback devices on a
local area network (LAN), …;
    instructing, via the controller over the LAN, at least one of the
plurality of playback devices to process the requested audio data
stream into at least one of a first and a second channel of the
requested audio data stream and to reproduce a respective one of
the first and the second channel, …, such that a first playback
device in [a] group of the plurality of playback devices is configured
as part of the group to reproduce the first channel of the requested
audio data stream for the group and a second playback device in
the group … is configured as part of the group to reproduce the
second channel of the requested audio data stream for the group;
and
    displaying, via the controller, an indication that each of the
plurality of playback devices is configured to reproduce a respective
channel.



Pairing of speakers
for "for room-filling
stereo separation."

https://store.google.com/us/product/google_home_max?hl=en-US

* see claim 1 of U.S. Patent 9,202,509 for complete claim language

1/31/18                    Confidential and Subject to FRE 408                    **49**

Confidential                                                    SONOS-SVG2-00043253

# Controlling and grouping in a multi-zone media system
## U.S. Patent No. 9,202,509 (90/013,859); 1/25/2011

[In Litigation]  [Re-Examined]

1. A method comprising:

    identifying, via a controller, a plurality of playback devices on a local area network (LAN), …;

    instructing, via the controller over the LAN, at least one of the plurality of playback devices to process the requested audio data stream into at least one of a first and a second channel of the requested audio data stream and to reproduce a respective one of the first and the second channel, …, such that a first playback device in [a] group of the plurality of playback devices is configured as part of the group to reproduce the first channel of the requested audio data stream for the group and a second playback device in the group … is configured as part of the group to reproduce the second channel of the requested audio data stream for the group; and

    displaying, via the controller, an indication that each of the plurality of playback devices is configured to reproduce a respective channel.




\* see claim 1 of U.S. Patent 9,202,509 for complete claim language

1/31/18

Confidential and Subject to FRE 408

**50**

Confidential

SONOS-SVG2-00043254

# US Patent Application No.: 15/228,685 (Allowed)

SONOS

## Title: **Making and indicating a stereo pair**

## Priority Date: **1/25/2011**

## Issue Date: **N/A**

This patent involves a controller device:

1. Displaying an identification (name) of two or more playback devices in a system.
2. Receiving a selection to make a stereo pair of two of the playback devices.
3. Instructing the two playback devices to be configured for playback according to a stereo sound effect.
4. Causing display a name for the stereo pair of the two playback devices.



Confidential

SONOS-SVG2-00043255

# Making and indicating a stereo pair
## U.S. Patent App No. 15/228,685 (allowed); 1/25/2011

1. A method comprising:
causing, via a controller, a graphical display to display an identification of two or more playback devices in a system, wherein the identification comprises a first name of a first playback device and a second name of a second playback device;
receiving, via the controller, a selection to make a stereo pair of the first playback device and the second playback device;
after receiving the selection to make the stereo pair of the first playback device and the second playback device:
instructing, via the controller over a data network, at least one of the first playback device and the second playback device to be configured for playback according to a stereo sound effect; and
causing, via the controller, the graphical display to display a name for the stereo pair of the first playback device and the second playback device.



TX6640, Page 52 of 82

# Making and indicating a stereo pair

U.S. Patent App No. 15/228,685 (allowed); 1/25/2011

1.  A method comprising:
    causing, via a controller, a graphical display to display an identification of two or more playback devices in a system, wherein the identification comprises a first name of a first playback device and a second name of a second playback device;
    receiving, via the controller, a selection to make a stereo pair of the first playback device and the second playback device;
    after receiving the selection to make the stereo pair of the first playback device and the second playback device:
        instructing, via the controller over a data network, at least one of the first playback device and the second playback device to be configured for playback according to a stereo sound effect; and
        causing, via the controller, the graphical display to display a name for the stereo pair of the first playback device and the second playback device.



Confidential

SONOS-SVG2-00043257

TX6640, Page 53 of 82

# Making and indicating a stereo pair
U.S. Patent App No. 15/228,685 (allowed); 1/25/2011

1.  A method comprising:

    causing, via a controller, a graphical display to display an identification of two or more playback devices in a system, wherein the identification comprises a first name of a first playback device and a second name of a second playback device;

    receiving, via the controller, a selection to make a stereo pair of the first playback device and the second playback device;

    after receiving the selection to make the stereo pair of the first playback device and the second playback device:

        instructing, via the controller over a data network, at least one of the first playback device and the second playback device to be configured for playback according to a stereo sound effect; and

        causing, via the controller, the graphical display to display a name for the stereo pair of the first playback device and the second playback device.



Confidential and Subject to FRE 408

Confidential

SONOS-SVG2-00043258

# Making and indicating a stereo pair
## U.S. Patent App No. 15/228,685 (allowed); 1/25/2011

1. A method comprising:

causing, via a controller, a graphical display to display an identification of two or more playback devices in a system, wherein the identification comprises a first name of a first playback device and a second name of a second playback device;

receiving, via the controller, a selection to make a stereo pair of the first playback device and the second playback device;

after receiving the selection to make the stereo pair of the first playback device and the second playback device:

instructing, via the controller over a data network, at least one of the first playback device and the second playback device to be configured for playback according to a stereo sound effect; and

causing, via the controller, the graphical display to display a name for the stereo pair of the first playback device and the second playback device.



TX6640, Page 55 of 82

# US Patent No.: 9,042,556

SONOS

# Title: Shaping sound responsive to speaker orientation

## Priority Date: 7/19/2011

## Issue Date: 5/26/2015

This patent involves a playback device:

1. Receiving audio data.
2. Determining an orientation and configuration state.
3. Shaping sound output to reproduce one of (a) first set of one or more channels or (b) a first frequency range based on first orientation and the configuration state.
4. Shaping sound output to reproduce one of (a) a second set of one or more channels or (b) a second frequency range based on second orientation and the configuration state.



Confidential

TX6640, Page 56 of 82

# Shaping sound responsive to speaker orientation
## U.S. Patent No. 9,042,556; 7/19/2011

1.  A method for shaping sound, the method comprising:
    receiving an audio data stream by a playback device;
    determining an orientation and a configuration state of the playback device;
    shaping sound output from a speaker transducer of the playback device using the audio data stream to reproduce at least one of (a) a first set of one or more channels or (b) a first range of frequencies based on a first orientation and the configuration state; and
    shaping sound output from the speaker transducer of the playback device using the audio data stream to reproduce at least one of (a) a second set of one or more channels or (b) a second range of frequencies based on a second orientation and the configuration state, wherein the configuration state comprises any of: not paired, not grouped, …, a pairing between the playback device and an additional playback device, a grouping of the playback device with an additional playback device, ….



Google Home Max receives audio data stream

\* see claim 1 of U.S. Patent 9,042,556 for complete claim language

# Shaping sound responsive to speaker orientation
## U.S. Patent No. 9,042,556; 7/19/2011

1.   A method for shaping sound, the method comprising:
    receiving an audio data stream by a playback device;
    determining an orientation and a configuration state of the playback device;
    shaping sound output from a speaker transducer of the playback device using the audio data stream to reproduce at least one of (a) a first set of one or more channels or (b) a first range of frequencies based on a first orientation and the configuration state; and
    shaping sound output from the speaker transducer of the playback device using the audio data stream to reproduce at least one of (a) a second set of one or more channels or (b) a second range of frequencies based on a second orientation and the configuration state, wherein the configuration state comprises any of: not paired, not grouped, ..., a pairing between the playback device and an additional playback device, a grouping of the playback device with an additional playback device, ....

\* see claim 1 of U.S. Patent 9,042,556 for complete claim language

\* https://support.google.com/googlehome/answer/7584544?hl=en

# Shaping sound responsive to speaker orientation

## U.S. Patent No. 9,042,556; 7/19/2011

1.  A method for shaping sound, the method comprising:
    receiving an audio data stream by a playback device;
determining an orientation and a configuration state of the playback device;
    shaping sound output from a speaker transducer of the playback device using the audio data stream to reproduce at least one of (a) a first set of one or more channels or (b) a first range of frequencies based on a first orientation and the configuration state; and
    shaping sound output from the speaker transducer of the playback device using the audio data stream to reproduce at least one of (a) a second set of one or more channels or (b) a second range of frequencies based on a second orientation and the configuration state, wherein the configuration state comprises any of: not paired, not grouped, …, a pairing between the playback device and an additional playback device, a grouping of the playback device with an additional playback device, ….

\* see claim 1 of U.S. Patent 9,042,556 for complete claim language

How to place Google Home Max

Place speakers in the best position in your room

Horizontal placement

Vertical placement

\* https://support.google.com/googlehome/answer/7584544?hl=en

Confidential

SONOS-SVG2-00043263

TX6640, Page 59 of 82

# Shaping sound responsive to speaker orientation
## U.S. Patent No. 9,042,556; 7/19/2011

1.  A method for shaping sound, the method comprising:
    receiving an audio data stream by a playback device;
    determining an orientation and a configuration state of the playback device;
    shaping sound output from a speaker transducer of the playback device using the audio data stream to reproduce at least one of (a) a first set of one or more channels or (b) a first range of frequencies based on a first orientation and the configuration state; and
    shaping sound output from the speaker transducer of the playback device using the audio data stream to reproduce at least one of (a) a second set of one or more channels or (b) a second range of frequencies based on a second orientation and the configuration state, wherein the configuration state comprises any of: not paired, not grouped, …, a pairing between the playback device and an additional playback device, a grouping of the playback device with an additional playback device, ….

A Google Home Max can operate in configuration states including:
-   an individual device by itself
-   an individual device in a group
-   part of a stereo pair
-   part of a stereo pair in a group

A Google Home Max can be in a vertical or horizontal orientation for any of these configuration states.

Based on the combinations of orientations and configuration states, a Google Home Max will reproduce different one or more channels and/or different range of frequencies.

* see claim 1 of U.S. Patent 9,042,556 for complete claim language

1/31/18                                    Confidential and Subject to FRE 408                                    **60**

Confidential                                                                                    SONOS-SVG2-00043264

# US Patent No.: 9,748,647

SONOS

## Title: Frequency routing based on orientation

## Priority Date: 7/19/2011

## Issue Date: 8/29/2017

This patent involves a playback device:

1. Receiving audio data.
2. Determining a change in orientation.
3. Routing a first set of frequencies to speaker drivers when in a first orientation.
4. Routing a second set of frequencies to speaker drivers when in a second orientation.



Confidential and Subject to FRE 408

Confidential

SONOS-SVG2-00043265

# Frequency routing based on orientation
## U.S. Patent No. 9,748,647; 7/19/2011

1.   A playback device … to perform functions comprising:
    receiving an audio data stream …;
    determining, via the at least one orientation sensor, a change in orientation of the playback device from a first orientation to a second orientation, wherein the determining includes (i) detecting for a change in pitch relative to a pitch axis of the playback device and (ii) detecting for a change in roll relative to a roll axis of the playback device, …;
    routing a first set of frequencies in the audio data stream to at least one of the plurality of speaker drivers when the playback device is in the first orientation; and
    routing a second set of frequencies in the audio data stream to the at least one of the plurality of speaker drivers when the playback device is determined to be in the second orientation, wherein the first set of frequencies is different than the second set of frequencies.



Google Home Max receives audio data stream

* see claim 1 of U.S. Patent 9,748,647 for complete claim language

Confidential                                                                                SONOS-SVG2-00043266

# Frequency routing based on orientation
## U.S. Patent No. 9,748,647; 7/19/2011

1.  A playback device … to perform functions comprising:
    receiving an audio data stream …;
    determining, via the at least one orientation sensor, a change in orientation of the playback device from a first orientation to a second orientation, wherein the determining includes (i) detecting for a change in pitch relative to a pitch axis of the playback device and (ii) detecting for a change in roll relative to a roll axis of the playback device, …;
    routing a first set of frequencies in the audio data stream to at least one of the plurality of speaker drivers when the playback device is in the first orientation; and
    routing a second set of frequencies in the audio data stream to the at least one of the plurality of speaker drivers when the playback device is determined to be in the second orientation, wherein the first set of frequencies is different than the second set of frequencies.

"When you prop the speaker [vertically], an **internal orientation sensor** recognizes that and switches to mono playback" – Android Police, January 4, 2018[1]

"In horizontal mode, the Max provides stereo sound, but if you turn it to vertical, it will switch to mono output. An **internal orientation sensor** handles the switch automatically" – The Verge, December 20, 2017[2]

"[Y]ou'll only get stereo sound in horizontal orientation…. [T]urn it vertically and it will stich over to mono. There's **an orientation sensor on the inside** that does this all automatically" – Pocket-Lint, January 18, 2018[3]

[1] http://www.androidpolice.com/2018/01/04/google-home-max-review-best-expensive-smart-speaker/
[2] https://www.theverge.com/2017/12/20/16797728/google-home-max-smart-speaker-assistant-review
[3] https://www.pocket-lint.com/smart-home/reviews/google/143184-google-home-max-review-turning-smart-home-sound-quality-up-to-11

* see claim 1 of U.S. Patent 9,748,647 for complete claim language

Confidential and Subject to FRE 408

Confidential

SONOS-SVG2-00043267

# Frequency routing based on orientation
## U.S. Patent No. 9,748,647; 7/19/2011

1.  A playback device … to perform functions comprising:
     receiving an audio data stream …;
     determining, via the at least one orientation sensor, a change in orientation of the playback device from a first orientation to a second orientation, wherein the determining includes (i) detecting for a change in pitch relative to a pitch axis of the playback device and (ii) detecting for a change in roll relative to a roll axis of the playback device, …;
     routing a first set of frequencies in the audio data stream to at least one of the plurality of speaker drivers when the playback device is in the first orientation; and
     routing a second set of frequencies in the audio data stream to the at least one of the plurality of speaker drivers when the playback device is determined to be in the second orientation, wherein the first set of frequencies is different than the second set of frequencies.

\* see claim 1 of U.S. Patent 9,748,647 for complete claim language

\* https://support.google.com/googlehome/answer/7584544?hl=en

# Frequency routing based on orientation
## U.S. Patent No. 9,748,647; 7/19/2011

1.  A playback device … to perform functions comprising:
    receiving an audio data stream …;
    determining, via the at least one orientation sensor, a change in orientation of the playback device from a first orientation to a second orientation, wherein the determining includes (i) detecting for a change in pitch relative to a pitch axis of the playback device and (ii) detecting for a change in roll relative to a roll axis of the playback device, …;
    routing a first set of frequencies in the audio data stream to at least one of the plurality of speaker drivers when the playback device is in the first orientation; and
    routing a second set of frequencies in the audio data stream to the at least one of the plurality of speaker drivers when the playback device is determined to be in the second orientation, wherein the first set of frequencies is different than the second set of frequencies.

How to place Google Home Max

You can place Google Max vertically or horizontally so it fits naturally into your home. Here are the benefits for each placement.

**Place speakers in the best position in your room**

For the best sound quality, place the two speakers:
- on top of the silicone bases, with the bases placed in the middle of the bottom of the speakers.
- on top of a solid, level surface, and away from the edge of the surface.
- about 10 ft apart.
- about 8-10 feet from your typical listening position.
- at the same height. This height should be around the same height as your ears.
- in the same orientation, either both sitting vertically or both sitting horizontally.

Horizontal placement

If you place Max horizontally, it outputs stereo sound. Most music is produced in stereo. Use this placement if you want a wider soundstage.

Vertical placement

If you place Max vertically, it outputs mono sound. Use this placement if you need your device to occupy less space.

The power cord should always be close the resting surface for both the horizontal and vertical placements. If you've set Max upside down, your Google Assistant will remind you to change the placement.

* see claim 1 of U.S. Patent 9,748,647 for complete claim language

* https://support.google.com/googlehome/answer/7584544?hl=en

# US Patent No.: **9,671,780**

SONOS

# Title: **Playback device control**

# Priority Date: **9/29/2014**

# Issue Date: **6/6/2017**

This patent involves a playback device:

1. While in a given playback state, receiving a physical contact at a given location on the playback device.
2. If playback device is in a first orientation, perform a first playback action.
3. If playback device is in a second orientation, perform a second playback action.



Confidential and Subject to FRE 408

Confidential
SONOS-SVG2-00043270

# Playback device control
## U.S. Patent No. 9,671,780; 9/29/2014

1.   A playback device … to perform functions comprising:
       while in [a] given playback state, receiving, via the array of proximity sensors, location data indicating a physical contact at a given location on [a] array of proximity sensors;
       in response to receiving the location data: if orientation data from the orientation sensor indicates that the enclosure is in a first orientation, causing the playback device to perform a first playback action that changes the given playback state of the playback device, the first playback action corresponding to (i) physical contact at the given location …, (ii) the first orientation, and (iii) the given playback state; and
       if orientation data from the orientation sensor indicates that the enclosure is in a second orientation, causing the playback device to perform a second playback action that changes the given playback state of the playback device, the second playback action corresponding to (i) physical contact at the given location …, (ii) the second orientation, and (iii) the given playback state, wherein the second playback action is different from the first playback action.

\* see claim 1 of U.S. Patent 9,671,780 for complete claim language

### Slide from A to B for volume up



A                    B

# Playback device control
## U.S. Patent No. 9,671,780; 9/29/2014

1.  A playback device … to perform functions comprising:

while in [a] given playback state, receiving, via the array of proximity sensors, location data indicating a physical contact at a given location on [a] array of proximity sensors;

in response to receiving the location data: if orientation data from the orientation sensor indicates that the enclosure is in a first orientation, causing the playback device to perform a first playback action that changes the given playback state of the playback device, the first playback action corresponding to (i) physical contact at the given location …, (ii) the first orientation, and (iii) the given playback state; and

if orientation data from the orientation sensor indicates that the enclosure is in a second orientation, causing the playback device to perform a second playback action that changes the given playback state of the playback device, the second playback action corresponding to (i) physical contact at the given location …, (ii) the second orientation, and (iii) the given playback state, wherein the second playback action is different from the first playback action.



Slide from A to B for volume down

\* see claim 1 of U.S. Patent 9,671,780 for complete claim language

Confidential

SONOS-SVG2-00043272

TX6640, Page 68 of 82

# US Patent No.: 9,367,611

SONOS

# Title: Detecting improper position of a playback device

# Priority Date: 7/22/2014

# Issue Date: 6/14/2016

This patent involves a playback device:

1. Detecting its position relative to a base.
2. Detecting its orientation.
3. Determining that the detected position does not match reference position for the orientation.
4. Providing an indication that the playback device is improperly position.



Confidential

SONOS-SVG2-00043273

TX6640, Page 69 of 82

# Detecting improper position of a playback device
## U.S. Patent No. 9,367,611; 7/22/2014

1.  A method comprising:
    detecting a position of a playback device with respect to a base;
        detecting an orientation of the playback device;
        determining that the detected position does not match a reference position for the detected orientation; and
        responsively, providing an indication that the playback device is improperly positioned.



"The Home Max comes with a [magnetic] base mounted to the bottom of the speaker, but that's not necessarily the bottom. The Max works in "landscape" or "portrait" mode, so you can peal the rubber base off the bottom and affix it to the right side" – Android Police, January 4, 2018[*]

\* http://www.androidpolice.com/2018/01/04/google-home-max-review-best-expensive-smart-speaker/

\* https://support.google.com/googlehome/answer/7584544?hl=en

1/31/18

Confidential and Subject to FRE 408

**70**

Confidential

SONOS-SVG2-00043274

TX6640, Page 70 of 82

# Detecting improper position of a playback device

U.S. Patent No. 9,367,611; 7/22/2014

1.  A method comprising:
    detecting a position of a playback device with respect to a base;
    detecting an orientation of the playback device;
    determining that the detected position does not match a reference position for the detected orientation; and
    responsively, providing an indication that the playback device is improperly positioned.

"An internal orientation sensor handles this switch automatically and it will even tell you if the speaker is placed upside down" – The Verge, December 20, 2017*

**How to place Google Home Max**

You can place Google Max vertically or horizontally so it fits naturally into your home. Here are the benefits for each placement.

**Place speakers in the best position in your room**

For the best sound quality, place the two speakers:

- on top of the silicone bases, with the bases placed in the middle of the bottom of the speakers.
- on top of a solid, level surface, and away from the edge of the surface.
- about 10 ft apart.
- about 8-10 feet from your typical listening position.
- at the same height. This height should be around the same height as your ears.
- in the same orientation, either both sitting vertically or both sitting horizontally.

**Horizontal placement**

If you place Max horizontally, it outputs stereo sound. Most music is produced in stereo. Use this placement if you want a wider soundstage.

**Vertical placement**

If you place Max vertically, it outputs mono sound. Use this placement if you need your device to occupy less space.

💡 The power cord should always be close the resting surface for both the horizontal and vertical placements. If you've set Max upside down, your Google Assistant will remind you to change the placement.

* https://www.theverge.com/2017/12/20/16797728/google-home-max-smart-speaker-assistant-review

* https://support.google.com/googlehome/answer/7584544?hl=en

Confidential

SONOS-SVG2-00043275

# US Patent No.: 9,219,460

SONOS

## Title: Audio settings based on environment

## Priority Date: 3/17/2014

## Issue Date: 12/22/2015

This patent involves a playback device:

1. Emitting a first audio signal.
2. Detecting by a microphone of the playback device, a second audio signal comprising a reflection of the first audio signal.
3. Determining reflection characteristics based on the second audio signal.
4. Adjusting an EQ of the playback device based on the reflection characteristics.
5. Causing audio to be played according to the adjusted EQ.



Confidential

SONOS-SVG2-00043276

TX6640, Page 72 of 82

# Audio settings based on environment
## U.S. Patent No. 9,219,460; 3/17/2014

15.  A playback device, comprising:
    a speaker;
    a microphone that is physically coupled to the speaker;
    a processor;
    a network interface;
    a data storage; and
    a program logic stored in the data storage and executable by the processor to:

        emit a first audio signal from the speaker;

        detect, via the microphone, a second audio signal, wherein at least a portion of the second audio signal is a reflection of the first audio signal;

        in response to the detecting, determine a first reflection characteristic based on at least the second audio signal;

        adjust an equalization setting of the playback device based on at least the first reflection characteristic; and

        play, via the speaker, an audio track according to the equalization setting.

\* https://youtu.be/UiBhshQ0FQA



"Hey Google, play some music…. It uses 6 internal microphones to measure the acoustics of your room. Then… it adjusts the equalizer settings…."\*

# Audio settings based on environment
## U.S. Patent No. 9,219,460; 3/17/2014

15.  A playback device, comprising:
    a speaker;
    a microphone that is physically coupled to the speaker;
    a processor;
    a network interface;
    a data storage; and
    a program logic stored in the data storage and executable by the processor to:
        emit a first audio signal from the speaker;
        detect, via the microphone, a second audio signal, wherein at least a portion of the second audio signal is a reflection of the first audio signal;
        in response to the detecting, determine a first reflection characteristic based on at least the second audio signal;
        adjust an equalization setting of the playback device based on at least the first reflection characteristic; and
        play, via the speaker, an audio track according to the equalization setting.

\* https://youtu.be/UiBhshQ0FQA



"Hey Google, play some music…. It uses 6 internal microphones to measure the acoustics of your room. Then… it adjusts the equalizer settings…."\*

Confidential and Subject to FRE 408

SONOS-SVG2-00043278

# Audio settings based on environment
## U.S. Patent No. 9,219,460; 3/17/2014

15.  A playback device, comprising:
    a speaker;
    a microphone that is physically coupled to the speaker;
    a processor;
    a network interface;
    a data storage; and
    a program logic stored in the data storage and executable by
the processor to:
        emit a first audio signal from the speaker;
        detect, via the microphone, a second audio signal,
wherein at least a portion of the second audio signal is a
reflection of the first audio signal;
        in response to the detecting, determine a first reflection
characteristic based on at least the second audio signal;
        adjust an equalization setting of the playback device
based on at least the first reflection characteristic; and
        play, via the speaker, an audio track according to the
equalization setting.

\* https://youtu.be/UiBhshQ0FQA



"Hey Google, play some music…. It uses
6 internal microphones to measure the
acoustics of your room. Then… it adjusts
the equalizer settings…."\*

Confidential           SONOS-SVG2-00043279

TX6640, Page 75 of 82

SONOS

**US Patent No.: D768,602**

**Title: Playback device**

**Priority Date: 4/25/2015**

**Issue Date: 10/11/2016**



**US Patent No.: D796,447**

**Title: Power plug**

**Priority Date: 4/8/2015**

**Issue Date: 9/5/2017**



Confidential and Subject to FRE 408

Confidential

SONOS-SVG2-00043280

# Playback device
## U.S. Patent No. D768,602; 4/25/2015





"With the new Play:5, the company revisits its flagship speaker with a stunning new design…." - Gizmodo, October 29, 2015[1]

"It's sleek, minimal and will fit easily into any home, not matter the décor." - Tech Radar, November 21, 2017[2]

"Sonos' products have always been praised for their design and functionality…." - Engadget, October 29, 2015[3]

[1] https://gizmodo.com/sonos-play-5-review-wireless-music-made-elegant-1739240153
[2] http://www.techradar.com/reviews/audio-visual/hi-fi-and-audio/audio-systems/sonos-play5-657133/review
[3] https://www.engadget.com/2015/10/29/sonos-play-5-review-2015/

1/31/18

Confidential and Subject to FRE 408

77

Confidential

SONOS-SVG2-00043281

# Playback device
## U.S. Patent No. D768,602; 4/25/2015









"[A]nyone looking at a Google Home Max wants to know how it compares to Sonos Play:5 and vice versa. **They are too similar in form**, price, and function…." - Liisten, December 22, 2017[1]

"It's a serious speaker – **closer in size to Sonos' flagship Play:5 than any smart speaker before it**…." - The Verge, December 20, 2017[2]

"Its size…reminds me of the Sonos Play:5…." - Engadget, December 19, 2017[3]

[1] http://liisten.com/google-home-max-vs-sonos-play-5
[2] https://www.theverge.com/2017/12/20/16797728/google-home-max-smart-speaker-assistant-review
[3] https://www.engadget.com/2017/12/19/google-home-max-review/

Confidential and Subject to FRE 408

78

Confidential

SONOS-SVG2-00043282

TX6640, Page 78 of 82

# Power plug
## U.S. Patent No. D796,447; 4/8/2015



"Sonos is one of very few companies that designs entirely custom power plugs at both ends for no reason other than it wants them to look and feel good." - Engadget, October 29, 2015*

* https://www.engadget.com/2015/10/29/sonos-play-5-review-2015/

Confidential and Subject to FRE 408

Confidential

SONOS-SVG2-00043283

# Power plug
## U.S. Patent No. D796,447; 4/8/2015



Sonos Play:5 power plug



Google Home Max power plug

Confidential and Subject to FRE 408

TX6640, Page 80 of 82

# Subject matter of interest but not touched upon today:

| Audio Content | Platform | Player | Control | Outside Household |
|---|---|---|---|---|
| **Audio from controller** | Group management | **Antennae switching** | **Discover/Find content** | **Cloud queue** |
| **Audio from LAN device** | **Master selection** | Audio calibration | Group management | **Cross-service integration** |
| Audio via WAN | **Networking** | **Audio processing** | **Playback control** | **Retail and marketing** |
| **Line-in audio switch** | **Queue management** | Industrial Design | **Queue management** | **Social queues** |
| | **Setup** | **Fault tolerance** | **Setup** | |
| | Stereo pair | **Microphone switching** | **Social (Party mode)** | |
| | **Synchronized playback** | **Networking** | **User interface design** | |
| | Voice assistant | Orientation-based audio | Volume control | |
| | | Orientation check | | |
| | | Playback control | | |
| | | Power management | | |
| | | **Queue management** | | |



Confidential

SONOS-SVG2-00043286