# EXHIBIT 11

# FILED UNDER SEAL

Sonos's Claim Chart
U.S. Patent No. 8,843,228

| Claim: 6 | Chromecast-Enabled Computing Devices |
|---|---|
| A multimedia controller including a processor, the controller configured to: | Google's line of Chromecast-enabled audio players includes, *inter alia*, the Google Home Mini, the Google Home, the Google Home Max, the Google Home Hub, and the Chromecast dongles, and these Chromecast-enabled audio players are controlled by smartphones, tablets, and computers installed with the Google Home app, the Google Play Music app, and/or other Chromecast-enabled apps (where a computing device installed with at least one of these apps is referred to herein as a "Chromecast-enabled computing device"). Each of the foregoing Chromecast-enabled audio players comprises an "independent playback device" as recited in claim 6, and each Chromecast-enabled computing device comprises a "multimedia controller including a processor" as recited in claim 6. *See, e.g.,* https://store.google.com/us/product/google_home_max?hl=en-US; https://store.google.com/us/product/google_home_max_partners?hl=en-US; https://play.google.com/store/apps/details?id=com.google.android.apps.chromecast.app&hl=en_US. |
| receive, via a network interface, a zone configuration from one of a plurality of independent playback devices, wherein the zone configuration is maintained at one or more of the plurality of independent playback devices, and wherein the zone configuration characterizes one or more zone scenes, each zone scene identifying a group configuration associated with two or more of the plurality of independent playback devices; | A Chromecast-enabled computing device is configured to receive, via a network interface, a zone configuration from one of a plurality of Chromecast-enabled audio players in a Chromecast-enabled playback system, where the zone configuration is maintained at one or more of the plurality of Chromecast-enabled audio players and characterizes one or more zone scenes that each identify a group configuration associated with two or more of the plurality of Chromecast-enabled audio players.<br><br>For instance, when a Chromecast-enabled playback system includes a plurality of Chromecast-enabled audio players, a Chromecast-enabled computing device on the same LAN as the plurality of Chromecast-enabled audio players can be used to facilitate creation of a zone scene identifying a particular group configuration comprising two or more Chromecast-enabled audio players in the Chromecast-enabled playback system. One example of this functionality is illustrated by the following screenshots, which shows the creation of a "Downstairs" zone scene that identifies a particular group configuration comprising the "Max B" and "Max W" players in a Chromecast-enabled playback system: |

Confidential – Subject to FRE 408

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**TRIAL EXHIBIT 6065**

CASE NO. 3:20-cv-06754-WHA
DATE ENTERED_____
BY _____
DEPUTY CLERK

CONFIDENTIAL

GOOG-SONOSNDCA-00055711

1

**Sonos's Claim Chart**
**U.S. Patent No. 8,843,228**



**Sonos's Claim Chart**
**U.S. Patent No. 8,843,228**

Once the zone scene identifying the particular group configuration has been created, a zone configuration characterizing this zone scene is stored by one or more of the plurality of Chromecast-enabled audio players in the system (e.g., one or more of the Chromecast-enabled audio players included in the particular group configuration).

Thereafter, any Chromecast-enabled computing device on the same LAN as the plurality of Chromecast-enabled audio players in the playback system functions to receive a zone configuration characterizing the created zone scene from at least one of the plurality of Chromecast-enabled audio players in the playback system at various times – including in advance of the Chromecast-enabled computing device displaying the zone scene as an available option for playback in the Google Home app, the Google Play app, and/or another Chromecast-enabled app.

This functionality is illustrated by the following screenshots, which show a Chromecast-enabled computing device that has received a zone configuration characterizing a "Downstairs" zone scene and a "Party" zone scene:

  

Notably, a Chromecast-enabled computing device is capable of displaying a zone scene as an available option for playback regardless of whether that Chromecast-enabled computing device was used to create

Sonos's Claim Chart
U.S. Patent No. 8,843,228

| | |
|---|---|
| | the zone scene (in fact, regardless of whether the Chromecast-enabled computing device was even powered up or on the same LAN as the Chromecast-enabled playback system at the time that the zone scene was created), which confirms that a Chromecast-enabled computing device receives an indication of the one or more zone scenes from one of the Chromecast-enabled audio players in the playback system.<br><br>To facilitate the above functionality, every Chromecast-enabled computing device is programmed with the capability to receive, from one of a plurality of Chromecast-enabled audio players in a Chromecast-enabled playback system, a zone configuration characterizing one or more zone scenes that each identify a respective group configuration comprising two or more Chromecast-enabled audio players in the Chromecast-enabled playback system. |
| receive an input to invoke a zone scene of the one or more zone scenes; and | A Chromecast-enabled computing device is configured to receive an input to invoke a zone scene of the one or more zone scenes.<br><br>For instance, as noted above, a Chromecast-enabled computing device is configured to (i) receive a zone configuration characterizing one or more zone scenes that each identify a respective group configuration comprising two or more Chromecast-enabled audio players in the Chromecast-enabled playback system and (ii) display the one or more zone scenes as an available option for playback. In turn, the Chromecast-enabled computing device is configured such that, while displaying the one or more zone scenes as an available option for playback, the Chromecast-enabled computing device is capable of receiving a user request to invoke a given zone scene of the displayed one or more zone scenes. This functionality is illustrated by the following screenshots, which show a "Downstairs" zone scene being invoked: |

**Confidential – Subject to FRE 408**                                4

CONFIDENTIAL                                                                                       GOOG-SONOSNDCA-00055714

**Sonos's Claim Chart**
**U.S. Patent No. 8,843,228**

| | |
|---|---|
| |    |
| based on the input, instruct two or more of the plurality of independent playback devices to be grouped in accordance with the invoked zone scene. | A Chromecast-enabled computing device is configured such that, based on the input to invoke a zone scene of the one or more zone scenes, the Chromecast-enabled computing device instructs two or more of the plurality of Chromecast-enabled audio players in a Chromecast-enabled playback system to be grouped in accordance with the invoked zone scene.<br><br>For instance, a Chromecast-enabled computing device is configured such that, in response to receiving a user request to invoke a given zone scene that identifies a group configuration comprising two or more Chromecast-enabled audio players, the Chromecast-enabled computing device sends an instruction for the two or more Chromecast-enabled audio players to be grouped together such that they are configured to play back audio in synchrony with one another. *See, e.g.,* https://support.google.com/googlehome/answer/7174267?hl=en. |