# EXHIBIT 12

# FILED UNDER SEAL

**To:** Tim Kowalski[timkow@google.com]; Bradley Riel[bradriel@google.com]
**Cc:** Neha Kumar[neha.kumar@sonos.com]; Mark Triplett[mark.triplett@sonos.com]; Chris Butts[chris.butts@sonos.com]
**From:** Alaina Kwasizur[alaina.kwasizur@sonos.com]
**Sent on behalf of:** Alaina Kwasizur <alaina.kwasizur@sonos.com>
**Sent:** Thur 6/13/2019 9:15:23 AM Eastern Standard Time
**Subject:** Follow up from our meeting
**Attachment:** 2019.06.10 Sonos-Google Term Sheet.docx
**Attachment:** Sonos and Google Base Deck [SHARED AND DISTRIBUTED].pdf
**Attachment:** 2019.06.10 Sonos-Google Business collaboration ideas.docx

Hey Tim and Brad,
Thanks for the time Tuesday.  Attached please find a copy of the slides that were presented, the term sheet we discussed, and a list of some initial ideas (not meant to be exhaustive) around potential business engagements to partially offset the licensing royalties.
We'd like to get the next meeting scheduled.  I know you mentioned that Gisela is out until Monday, but we look forward to hearing back from you early next week on some possible dates/times that could work on the Google side.
Best,
Alaina

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**TRIAL EXHIBIT 6658**

CASE NO. 3:20-cv-06754-WHA
DATE ENTERED_____
BY _____
DEPUTY CLERK

Confidential

SONOS-SVG2-00043743