# EXHIBIT 14

# FILED UNDER SEAL

**To:** Tim Kowalski[timkow@google.com]; Bradley Riel[bradriel@google.com]; Chris Butts[chris.butts@sonos.com]; Mark Triplett[mark.triplett@sonos.com]
**From:** Alaina Kwasizur[alaina.kwasizur@sonos.com]
**Sent on behalf of:** Alaina Kwasizur <alaina.kwasizur@sonos.com>
**Sent:** Mon 1/6/2020 11:22:17 AM Eastern Standard Time
**Subject:** Notice
**Attachment:** Sonos District Court Complaint.pdf
**Attachment:** Sonos ITC Complaint and infringement charts.zip
**Attachment:** Sonos Patents.zip

Dear Tim and Brad,

We have been patiently and in good faith trying for years to resolve Google's infringement of Sonos's intellectual property. Despite Sonos's openness and willingness to further engage, our discussions have never meaningfully progressed. Over this extended time, Google has only increased the scope of its infringement. We are now going to seek resolution through the courts.

As a courtesy, attached please find copies of complaints that we will file Tuesday, January 7, 2020 in the Central District of California and the United States International Trade Commission. Sonos has focused on Google's willful infringement of U.S. Patents Nos. 8,588,949, 9,195,258, 9,219,959, 10,209,953, and 10,439,896 though, as we have discussed, Google infringes many more of Sonos's patents.

We are hopeful that Google will reconsider its infringement and refusal to meaningfully engage in a serious discussion.

Best,

**Alaina Kwasizur**
Sonos, Inc. | General Counsel, AMPAC | alaina.kwasizur@sonos.com

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**TRIAL EXHIBIT 6641**

CASE NO. 3:20-cv-06754-WHA

DATE ENTERED_____

BY _____
        DEPUTY CLERK