CLEMENT SETH ROBERTS (SBN 209203)
croberts@orrick.com
BAS DE BLANK (SBN 191487)
basdeblank@orrick.com
ALYSSA CARIDIS (SBN 260103)
acaridis@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:    +1 415 773 5700
Facsimile:    +1 415 773 5759

SEAN M. SULLIVAN (*pro hac vice*)
sullivan@ls3ip.com
COLE RICHTER (*pro hac vice*)
richter@ls3ip.com
LEE SULLIVAN SHEA & SMITH LLP
656 W Randolph St., Floor 5W
Chicago, IL 60661
Telephone:    +1 312 754 0002
Facsimile:    +1 312 754 0003

*Attorneys for Sonos, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SONOS, INC., <br><br> Plaintiff and Counter-defendant, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant and Counter-claimant. | Case No. 3:20-cv-06754-WHA <br><br> Consolidated with <br> Case No. 3:21-cv-07559-WHA <br><br> **SONOS, INC.'S NOTICE OF APPEAL TO THE U.S. COURT OF APPEALS FOR THE FEDERAL CIRCUIT** |

PLEASE TAKE NOTICE THAT Plaintiff and Counter-defendant Sonos, Inc. hereby appeals to the U.S. Court of Appeals for the Federal Circuit the Final Judgment entered in this action on October 10, 2023 (Dkt. 869), and from any and all other judgments, orders, opinions, decisions, rulings, and findings, whether oral or written, that are subsidiary thereto, subsumed therein, or merged thereinto in this case, which includes Case No. C 20-06754 WHA and Case No. C 21-07559 WHA. This Notice is timely under Federal Rule of Appellate Procedure 4(a)(1)(A) because it was filed within 30 days from the entry of the Final Judgment.

A payment of $505 representing the $5 filing fee required by 28 U.S.C. § 1917 and the $500 docketing fee required by Federal Circuit Rule 52(a)(3) is transmitted via this Court's online payment system with this Notice of Appeal, pursuant to Federal Rule of Appellate Procedure 3(e) and Federal Circuit Rule 52(a)(2).

Dated:  October 17, 2023

ORRICK HERRINGTON & SUTCLIFFE LLP
*and*
LEE SULLIVAN SHEA & SMITH LLP

By: */s/ Clement S. Roberts*
    Clement S. Roberts

*Attorneys for Sonos, Inc.*