QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Sean Pak (Bar No. 219032)
  seanpak@quinnemanuel.com
  Melissa Baily (Bar No. 237649)
  melissabaily@quinnemanuel.com
  James Judah (Bar No. 257112)
  jamesjudah@quinnemanuel.com
  Lindsay Cooper (Bar No. 287125)
  lindsaycooper@quinnemanuel.com
  Iman Lordgooei (Bar No. 251320)
  imanlordgooei@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:     (415) 875-6600
Facsimile:      (415) 875-6700

  Marc Kaplan *(pro hac vice)*
  marckaplan@quinnemanuel.com
191 N. Wacker Drive, Ste 2700
Chicago, Illinois 60606
Telephone:     (312) 705-7400
Facsimile:      (312) 705-7401

*Attorneys for GOOGLE LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SONOS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> GOOGLE LLC, <br><br> Defendant. | Case No. 3:20-cv-06754-WHA <br> Consolidated with Case No. 3:21-cv-07559-WHA <br><br> **GOOGLE LLC'S UNOPPOSED ADMINISTRATIVE MOTION TO EXTEND DEADLINES FOR MOTION FOR ATTORNEYS' FEES AND BILL OF COSTS** |

Pursuant to L.R. 6-3, Google LLC ("Google") respectfully moves for an order extending the deadline for Google's motion for attorneys' fees pursuant to 28 U.S.C. § 285 and bill of costs. Since receiving the Court's judgment (Dkt. 869), Google and Google's counsel have worked diligently to prepare Google's motion for attorneys' fees and bill of costs. However, Google requests additional time to ensure that its requests are as narrowly tailored as possible and afford the parties sufficient time to meet and confer and minimize any disputes raised to the Court. Without an extension, Google will be substantially harmed if it is unable to thoroughly analyze each request for fees and costs. Since this Court has held that "overreach for fees warrants denial," Google could be prejudiced if it submits an over-inclusive request to the Court. *In re Glob. Equity Mgmt. (SA) Pty. Ltd.*, No. C 17-02177 WHA, 2020 WL 4732210, at *1 (N.D. Cal. Aug. 15, 2020).

Accordingly, Google requests that the Court extend the deadline for Google to file its motion for attorneys' fees and bill of costs from October 24, 2023 to November 7, 2023.[1] This proposed schedule would not affect the parties' ability to comply with the other deadlines set forth in this case. Declaration of Lindsay Cooper ¶ 7. Sonos does not oppose Google's motion. *Id.*

DATED: October 20, 2023    QUINN EMANUEL URQUHART & SULLIVAN, LLP

By   */s/ Sean Pak*
Sean Pak
Melissa Baily
James Judah
Lindsay Cooper
Marc Kaplan
Iman Lordgooei

*Attorneys for GOOGLE LLC*

---

[1] Pursuant to Federal Rule of Civil Procedure 59(e), Google intends to move to amend the Court's judgment to reflect the disposition of all the parties' claims and defenses. Extending the deadline for Google's motion for attorneys' fees and bill of costs will ensure that all three filings are due on the same day.

-1-    Case No. 3:20-cv-06754-WHA
GOOGLE'S UNOPPOSED ADMINISTRATIVE MOTION TO EXTEND DEADLINE FOR MOTION FOR ATTORNEYS' FEES AND BILL OF COSTS