1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SONOS, INC., | Case No. 3:20-cv-06754-WHA |
| Plaintiff, | Related to Case No. 3:21-cv-07559-WHA |
| vs. | **[PROPOSED] ORDER GRANTING GOOGLE'S UNOPPOSED ADMINISTRATIVE MOTION TO EXTEND DEADLINES FOR MOTION FOR ATTORNEYS' FEES AND BILL OF COSTS** |
| GOOGLE LLC, | |
| Defendant. | |

1   Plaintiff Google LLC ("Google") has filed an unopposed administrative motion to extend
2   the deadline for its motion for attorneys' fees pursuant to 28 U.S.C. § 285 and bill of costs. Having
3   considered Google's Administrative Motion and good cause having been shown, the Court
4   **GRANTS** Google's Administrative Motion and extends the deadline for Google to file its motion
5   for attorneys' fees and bill of costs to November 7, 2023.
6       IT IS SO ORDERED.

8   DATED:

9                                   The Honorable William Alsup
                                    United States District Court Judge