UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SONOS, INC.,<br><br>  Plaintiff,<br><br> vs.<br><br>GOOGLE LLC,<br><br>  Defendant. | Case No. 3:20-cv-06754-WHA<br>Related to Case No. 3:21-cv-07559-WHA<br><br>**[PROPOSED] ORDER GRANTING GOOGLE'S UNOPPOSED ADMINISTRATIVE MOTION TO EXTEND DEADLINES FOR MOTION FOR ATTORNEYS' FEES AND BILL OF COSTS AS AMENDED** |

Plaintiff Google LLC ("Google") has filed an unopposed administrative motion to extend the deadline for its motion for attorneys' fees pursuant to 28 U.S.C. § 285 and bill of costs. Having considered Google's Administrative Motion and good cause having been shown, the Court **GRANTS** Google's Administrative Motion and extends the deadline for Google to file its motion for attorneys' fees and bill of costs to November 7, 2023, at noon.

The Court invites a stipulation that any fees motion will be made only after all appellate review is exhausted. A bill of costs, however, must be filed within the deadline set above.

IT IS SO ORDERED.

DATED:   October 21, 2023.

_____
The Honorable William Alsup
United States District Court Judge

Case No. 3:20-cv-06754-WHA

[~~PROPOSED~~] ORDER GRANTING GOOGLE'S UNOPPOSED ADMINISTRATIVE MOTION TO EXTEND DEADLINES FOR MOTION FOR ATTORNEYS' FEES AND BILL OF COSTS