QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Sean Pak (Bar No. 219032)
  seanpak@quinnemanuel.com
  Melissa Baily (Bar No. 237649)
  melissabaily@quinnemanuel.com
  James Judah (Bar No. 257112)
  jamesjudah@quinnemanuel.com
  Lindsay Cooper (Bar No. 287125)
  lindsaycooper@quinnemanuel.com
  Iman Lordgooei (Bar No. 251320)
  imanlordgooei@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:     (415) 875-6600
Facsimile:      (415) 875-6700

  Marc Kaplan (*pro hac vice*)
  marckaplan@quinnemanuel.com
191 N. Wacker Drive, Ste 2700
Chicago, Illinois 60606
Telephone:     (312) 705-7400
Facsimile:      (312) 705-7401

*Attorneys for GOOGLE LLC*

CLEMENT SETH ROBERTS (STATE BAR NO. 209203)
croberts@orrick.com
BAS DE BLANK (STATE BAR NO. 191487)
basdeblank@orrick.com
ALYSSA CARIDIS (STATE BAR NO. 260103)
acaridis@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: (415) 773-5700
Facsimile: (415) 773-5759

SEAN M. SULLIVAN (admitted *pro hac vice*)
sullivan@ls3ip.com
COLE RICHTER (admitted *pro hac vice*)
richter@ls3ip.com
LEE SULLIVAN SHEA & SMITH LLP
656 W Randolph St., Floor 5W
Chicago, IL 60661
Telephone:     (312) 754-0002
Facsimile:      (312) 754-0003

*Attorneys for Sonos, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SONOS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> GOOGLE LLC, <br><br> Defendant. | Case No. 3:20-cv-06754-WHA <br> Consolidated with Case No. 3:21-cv-07559-WHA <br><br> **STIPULATED REQUEST FOR ORDER EXTENDING THE MOTION FOR ATTORNEYS' FEES DEADLINE** |

1  Pursuant to Federal Rule of Civil Procedure 54(d) and Civil Local Rule 6-2, Google LLC ("Google") and Sonos, Inc. ("Sonos") (collectively, "Parties") jointly stipulate and request an order extending the deadline for motions for attorneys' fees to thirty (30) days after the conclusion of all appellate review, including resolution of any petitions for panel rehearing or rehearing en banc by the Court of Appeals for the Federal Circuit and/or petitions for a writ of certiorari from the United States Supreme Court.

WHEREAS, the Court entered judgment "in favor of Google LLC and against Sonos, Inc." in *Sonos, Inc. v. Google LLC* (No. 3:21-cv-07559-WHA) ("Transferred Action") on October 10, 2023 (Transferred Action, Dkt. 275);

WHEREAS, the Court entered "declaratory relief . . . in favor of Google LLC and against Sonos, Inc. that: (1) United States Patent Nos. 10,848,885 and 10,469,966 are unenforceable due to prosecution laches, and (2) United States Patent Nos. 10,848,885 and 10,469,966 are invalid as anticipated by the accused products as measured by the adjusted priority date on account of new matter having been inserted into the specification" in *Sonos, Inc. v. Google LLC* (No. 3:20-cv-06754-WHA) ("Declaratory Judgment Action") on October 10, 2023 (Declaratory Judgment Action, Dkt. 869);

WHEREAS, Sonos filed a notice of appeal to the Federal Circuit on October 17, 2023 (Declaratory Judgment Action, Dkt. 870);

WHEREAS, the Court granted Google's unopposed administrative motion to extend the deadline for its motion for attorneys' fees pursuant to 28 U.S.C. § 285 and bill of costs and "invite[d] a stipulation that any fees motion will be made only after all appellate review is exhausted" on October 21, 2023 (Declaratory Judgment Action, Dkt. 872);

THE PARTIES HEREBY STIPULATE, AGREE, AND REQUEST, that the Court extend the deadline for motions for attorneys' fees to thirty (30) days after the conclusion of all appellate review, including resolution of any petitions for panel rehearing or rehearing en banc by the Court of Appeals for the Federal Circuit and/or petitions for a writ of certiorari from the United States Supreme Court.

1  The Parties submit the accompanying declaration of Lindsay Cooper in support hereof and
2  respectfully request that the Court enter the attached proposed order.
3  IT IS SO STIPULATED.

4  Dated: October 26, 2023                          Respectfully submitted,

5  */s/ Sean Pak*                                   */s/ Clement Roberts*
   Attorneys for GOOGLE LLC                         Attorneys for SONOS, INC.
6
7  QUINN EMANUEL URQUHART &                         ORRICK, HERRINGTON & SUTCLIFFE
   SULLIVAN, LLP                                    LLP

8  *Counsel for Google LLC*                         *Counsel for Sonos, Inc.*

**ECF ATTESTATION**

I, Sean Pak, am the ECF User whose ID and password are being used to file this Joint Stipulation. In compliance with Civil Local Rule 5-1, I hereby attest that Clement Roberts, counsel for Sonos, has concurred in this filing.

Dated: October 26, 2023

By:  /s/ Sean Pak
      Sean Pak

[PROPOSED] **ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____, 2023   By: _____
Hon. William Alsup
United States District Judge