| | |
|---|---|
| QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>Sean Pak (Bar No. 219032)<br>seanpak@quinnemanuel.com<br>Melissa Baily (Bar No. 237649)<br>melissabaily@quinnemanuel.com<br>James Judah (Bar No. 257112)<br>jamesjudah@quinnemanuel.com<br>Lindsay Cooper (Bar No. 287125)<br>lindsaycooper@quinnemanuel.com<br>Iman Lordgooei (Bar No. 251320)<br>imanlordgooei@quinnemanuel.com<br>50 California Street, 22nd Floor<br>San Francisco, California 94111-4788<br>Telephone:  (415) 875-6600<br>Facsimile:  (415) 875-6700<br><br>Marc Kaplan (*pro hac vice*)<br>marckaplan@quinnemanuel.com<br>191 N. Wacker Drive, Ste 2700<br>Chicago, Illinois 60606<br>Telephone:  (312) 705-7400<br>Facsimile:  (312) 705-7401<br><br>*Attorneys for GOOGLE LLC* | CLEMENT SETH ROBERTS (STATE BAR NO. 209203)<br>croberts@orrick.com<br>BAS DE BLANK (STATE BAR NO. 191487)<br>basdeblank@orrick.com<br>ALYSSA CARIDIS (STATE BAR NO. 260103)<br>acaridis@orrick.com<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>The Orrick Building<br>405 Howard Street<br>San Francisco, CA 94105-2669<br>Telephone: (415) 773-5700<br>Facsimile: (415) 773-5759<br><br>SEAN M. SULLIVAN (admitted *pro hac vice*)<br>sullivan@ls3ip.com<br>COLE RICHTER (admitted *pro hac vice*)<br>richter@ls3ip.com<br>LEE SULLIVAN SHEA & SMITH LLP<br>656 W Randolph St., Floor 5W<br>Chicago, IL 60661<br>Telephone:  (312) 754-0002<br>Facsimile:  (312) 754-0003<br><br>*Attorneys for Sonos, Inc.* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SONOS, INC.,<br><br>    Plaintiff,<br><br>  vs.<br><br>GOOGLE LLC,<br><br>    Defendant. | Case No. 3:20-cv-06754-WHA<br>Consolidated with Case No. 3:21-cv-07559-WHA<br><br>**STIPULATED REQUEST FOR ORDER EXTENDING THE MOTION FOR ATTORNEYS' FEES DEADLINE** |

1  Pursuant to Federal Rule of Civil Procedure 54(d) and Civil Local Rule 6-2, Google LLC ("Google") and Sonos, Inc. ("Sonos") (collectively, "Parties") jointly stipulate and request an order extending the deadline for motions for attorneys' fees to thirty (30) days after the conclusion of all appellate review, including resolution of any petitions for panel rehearing or rehearing en banc by the Court of Appeals for the Federal Circuit and/or petitions for a writ of certiorari from the United States Supreme Court.

WHEREAS, the Court entered judgment "in favor of Google LLC and against Sonos, Inc." in *Sonos, Inc. v. Google LLC* (No. 3:21-cv-07559-WHA) ("Transferred Action") on October 10, 2023 (Transferred Action, Dkt. 275);

WHEREAS, the Court entered "declaratory relief . . . in favor of Google LLC and against Sonos, Inc. that: (1) United States Patent Nos. 10,848,885 and 10,469,966 are unenforceable due to prosecution laches, and (2) United States Patent Nos. 10,848,885 and 10,469,966 are invalid as anticipated by the accused products as measured by the adjusted priority date on account of new matter having been inserted into the specification" in *Sonos, Inc. v. Google LLC* (No. 3:20-cv-06754-WHA) ("Declaratory Judgment Action") on October 10, 2023 (Declaratory Judgment Action, Dkt. 869);

WHEREAS, Sonos filed a notice of appeal to the Federal Circuit on October 17, 2023 (Declaratory Judgment Action, Dkt. 870);

WHEREAS, the Court granted Google's unopposed administrative motion to extend the deadline for its motion for attorneys' fees pursuant to 28 U.S.C. § 285 and bill of costs and "invite[d] a stipulation that any fees motion will be made only after all appellate review is exhausted" on October 21, 2023 (Declaratory Judgment Action, Dkt. 872);

THE PARTIES HEREBY STIPULATE, AGREE, AND REQUEST, that the Court extend the deadline for motions for attorneys' fees to thirty (30) days after the conclusion of all appellate review, including resolution of any petitions for panel rehearing or rehearing en banc by the Court of Appeals for the Federal Circuit and/or petitions for a writ of certiorari from the United States Supreme Court.

1  The Parties submit the accompanying declaration of Lindsay Cooper in support hereof and
2  respectfully request that the Court enter the attached proposed order.
3  IT IS SO STIPULATED.

4  Dated: October 26, 2023                                    Respectfully submitted,

5  */s/ Sean Pak*                                             */s/ Clement Roberts*
   Attorneys for GOOGLE LLC                                   Attorneys for SONOS, INC.
6
7  QUINN EMANUEL URQUHART &                                   ORRICK, HERRINGTON & SUTCLIFFE
   SULLIVAN, LLP                                              LLP

8  *Counsel for Google LLC*                                   *Counsel for Sonos, Inc.*

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ECF ATTESTATION**

I, Sean Pak, am the ECF User whose ID and password are being used to file this Joint Stipulation. In compliance with Civil Local Rule 5-1, I hereby attest that Clement Roberts, counsel for Sonos, has concurred in this filing.

Dated: October 26, 2023

By:    */s/ Sean Pak*
        Sean Pak

[PROPOSED] **ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: October 27, 2023.    By: _____
　　　　　　　　　　　　　　　　　Hon. William Alsup
　　　　　　　　　　　　　　　　　United States District Judge