# EXHIBIT A-1

**Sonos, Inc. v. Google LLC**

**Bill of Costs | Exhibit A-1 |  Filing Fees, Civil L.R. 54-3(a)(1)**

| Vendor | Invoice No. | Invoice Date | Narrative | Amount Paid |
|---|---|---|---|---|
| U.S. District Court, CA Northern Dist. | 0971-14997177 | 9/28/2020 | Complaint Filing Fee | $400.00 |
| U.S. Court of Appeals, Fed. Cir. | A13-36417-737 | 9/27/2021 | Mandamus Filing Fee | $500.00 |
| **TOTAL** | | | | **$900.00** |

## Expense Details

Report ID: 0100-4293-6602

Expense Report

Court Filing of Complaint

| Item | Date | Alert | Cost Code | Type | Disb Amt | Pay Me Amt |
|---|---|---|---|---|---|---|
| 1 | 09/29/2020 | | 1905 | Filing Fees | 400.00 USD | 400.00 USD |
| Business Purpose Description | Court Filing of Complaint  Filing fee.  Receipt Attached: Yes   Firm Paid: No | | | | | |
| Allocations | 01980-00162 | Google LLC | | 202308619-Sonos ITC | | 400.00 USD |

## Betty Gomez

| | |
|---|---|
| **From:** | Sean Pak |
| **Sent:** | Monday, September 28, 2020 11:42 PM |
| **To:** | Lance Yang |
| **Subject:** | FW: Activity in Case 3:20-cv-06754 Google LLC  v. Sonos, Inc. Complaint |

-------- Original message --------
From: ECF-CAND@cand.uscourts.gov
Date: 9/28/20 11:42 PM (GMT-08:00)
To: efiling@cand.uscourts.gov
Subject: Activity in Case 3:20-cv-06754 Google LLC  v. Sonos, Inc. Complaint

**[EXTERNAL EMAIL]**

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

**U.S. District Court**

**California Northern District**

### Notice of Electronic Filing

The following transaction was entered by Pak, Sean on 9/28/2020 at 11:41 PM and filed on 9/28/2020
**Case Name:**      Google LLC v. Sonos, Inc.
**Case Number:**    3:20-cv-06754
**Filer:**          Google LLC
**Document Number:** 1

**Docket Text:**
**COMPLAINT against Sonos, Inc. ( Filing fee $ 400, receipt number 0971-14997177.). Filed byGoogle LLC. (Attachments: # (1) Exhibit 1, # (2) Exhibit 2, # (3) Exhibit 3, # (4) Exhibit 4, # (5) Exhibit 5, # (6) Exhibit 6, # (7) Civil Cover Sheet)(Pak, Sean) (Filed on 9/28/2020)**

**3:20-cv-06754 Notice has been electronically mailed to:**

Sean Sang-Chul Pak     seanpak@quinnemanuel.com, elenemebuke@quinnemanuel.com, josephleroy@quinnemanuel.com, sean-pak-2146@ecf.pacerpro.com, sheilaflowers@quinnemanuel.com

**3:20-cv-06754 Please see Local Rule 5-5; Notice has NOT been electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\fakepath\Complaint.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=9/28/2020] [FileNumber=17374180-0]
[a4d75b3e692ad036a0eaf40f0aa2c976dacedc697d8954fef3151fb619ca467d9ce7
76afe3b0bc1dab737270300627a1e9dc49f5066217f556f2339f0de5dbdf]]
**Document description:** Exhibit 1
**Original filename:** C:\fakepath\Exhibit 1.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=9/28/2020] [FileNumber=17374180-1]
[54f49260bb1e053b1b7149fdce4719e16be104d761cf920e7d677192223c13c8a447
e345bdbc5b6a001694665ebbe5bbd98feefd938d90aba58b9f94354a5cbd]]
**Document description:** Exhibit 2
**Original filename:** C:\fakepath\Exhibit 2 (615).pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=9/28/2020] [FileNumber=17374180-2]
[803dea2f78539be59e5bafc501fd0bde275d744e81296726dab9eab218772966400d
ed4f1f7ce64756c55b87e86cb103556dbf8c6961b5afc58ab5d9c26cfd9d]]
**Document description:** Exhibit 3
**Original filename:** C:\fakepath\Exhibit 3 (033).pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=9/28/2020] [FileNumber=17374180-3]
[a86776df0e78026f2a56a8cbacdb4a8801a4f02fc7293e56afef49537511da39c663
75cc848688d8a795ad879f8b233d532e6238e1976ca4760b30e855bd8c7a]]
**Document description:** Exhibit 4
**Original filename:** C:\fakepath\Exhibit 4 (206).pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=9/28/2020] [FileNumber=17374180-4]
[39f776ef13f208663e91c724342b59bebd2b3518cc9c0ed1792c53a7391b969ac1ec
3fce0349db8ad59e12bd629e1d20b5c0388cf71f139dab139032125f17aa]]
**Document description:** Exhibit 5
**Original filename:** C:\fakepath\Exhibit 5 (966).pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=9/28/2020] [FileNumber=17374180-5]
[2d862d0d28c4ae4a699b0ba4f6b25223630f0920f199e19615714ec181dce6a6f1ae
41f581f9bf38504b24156bc8bc50482addbe557fdbdee35496b32a2d901e]]
**Document description:** Exhibit 6
**Original filename:** C:\fakepath\Exhibit 6 (460).pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=9/28/2020] [FileNumber=17374180-6]
[362cde9587b48de4765ae5af86ba98e47bf2ff2e4c96cb5ee3e177771a65912709b0
806c29bc9cee394609e2c71a110be392ad492f07459e60eb149b2ad631aa]]
**Document description:** Civil Cover Sheet
**Original filename:** C:\fakepath\Civil Cover Sheet.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=9/28/2020] [FileNumber=17374180-7]

**Complaints and Other Initiating Documents**

3:20-cv-06754 Google LLC v. Sonos, Inc.

U.S. District Court

California Northern District

## Notice of Electronic Filing

The following transaction was entered by Pak, Sean on 9/28/2020 at 11:41 PM and filed on 9/28/2020

| | |
|---|---|
| **Case Name:** | Google LLC v. Sonos, Inc. |
| **Case Number:** | 3:20-cv-06754 |
| **Filer:** | Google LLC |
| **Document Number:** | 1 |

**Docket Text:**
**COMPLAINT against Sonos, Inc. ( Filing fee $ 400, receipt number 0971-14997177.). Filed byGoogle LLC. (Attachments: # (1) Exhibit 1, # (2) Exhibit 2, # (3) Exhibit 3, # (4) Exhibit 4, # (5) Exhibit 5, # (6) Exhibit 6, # (7) Civil Cover Sheet)(Pak, Sean) (Filed on 9/28/2020)**

**3:20-cv-06754 Notice has been electronically mailed to:**

Sean Sang-Chul Pak   seanpak@quinnemanuel.com, elenemebuke@quinnemanuel.com, josephleroy@quinnemanuel.com, sean-pak-2146@ecf.pacerpro.com, sheilaflowers@quinnemanuel.com

**3:20-cv-06754 Please see Local Rule 5-5; Notice has NOT been electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**C:\fakepath\Complaint.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=9/28/2020] [FileNumber=17374180-0]
[a4d75b3e692ad036a0eaf40f0aa2c976dacedc697d8954fef3151fb619ca467d9ce7
76afe3b0bc1dab737270300627a1e9dc49f5066217f556f2339f0de5dbdf]]
**Document description:**Exhibit 1
**Original filename:**C:\fakepath\Exhibit 1.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=9/28/2020] [FileNumber=17374180-1]
[54f49260bb1e053b1b7149fdce4719e16be104d761cf920e7d677192223c13c8a447
e345bdbc5b6a001694665ebbe5bbd98feefd938d90aba58b9f94354a5cbd]]
**Document description:**Exhibit 2
**Original filename:**C:\fakepath\Exhibit 2 (615).pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=9/28/2020] [FileNumber=17374180-2]
[803dea2f78539be59e5bafc501fd0bde275d744e81296726dab9eab218772966400d
ed4f1f7ce64756c55b87e86cb103556dbf8c6961b5afc58ab5d9c26cfd9d]]
**Document description:**Exhibit 3
**Original filename:**C:\fakepath\Exhibit 3 (033).pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=9/28/2020] [FileNumber=17374180-3]
[a86776df0e78026f2a56a8cbacdb4a8801a4f02fc7293e56afef49537511da39c663
75cc848688d8a795ad879f8b233d532e6238e1976ca4760b30e855bd8c7a]]

**Document description:** Exhibit 4
**Original filename:** C:\fakepath\Exhibit 4 (206).pdf
**Electronic documen t Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=9/28/2020] [FileNumber=17374180-4]
[39f776ef13f208663e91c724342b59bebd2b3518cc9c0ed1792c53a7391b969ac1ec
3fce0349db8ad59e12bd629e1d20b5c0388cf71f139dab139032125f17aa]]
**Document description:** Exhibit 5
**Original filename:** C:\fakepath\Exhibit 5 (966).pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=9/28/2020] [FileNumber=17374180-5]
[2d862d0d28c4ae4a699b0ba4f6b25223630f0920f199e19615714ec181dce6a6f1ae
41f581f9bf38504b24156bc8bc50482addbe557fdbdee35496b32a2d901e]]
**Document description:** Exhibit 6
**Original filename:** C:\fakepath\Exhibit 6 (460).pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=9/28/2020] [FileNumber=17374180-6]
[362cde9587b48de4765ae5af86ba98e47bf2ff2e4c96cb5ee3e177771a65912709b0
806c29bc9cee394609e2c71a110be392ad492f07459e60eb149b2ad631aa]]
**Document description:** Civil Cover Sheet
**Original filename:** C:\fakepath\Civil Cover Sheet.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=9/28/2020] [FileNumber=17374180-7]
[81647e90b9635699f656c3319534a431259947bea7b2e3b3767594a6b772489317f8
b81672c65e62af7c37aaba5cfc82479c881b9a7f1cc945576a99ed687baf]]



# CAND CM ECF

## Review and submit payment

indicates required fields
Agency Tracking ID 0971-14997177 Payment Amount $400.00 Payment Method Plastic Card Account Holder Name Sean Taheri Card Type VISA Card Number ************6960 Billing Address 1155 S. Grand Ave. #1113 Billing Address 2 City Los Angeles Country United States State/Province CA ZIP/Postal Code 90015 ☑ I authorize a charge to my card account for the above amount in accordance with my card issuer agreement.
Previous Cancel  Continue

## Expense Details

Report ID: 0100-4761-7122

Expense Report — Mandamus filing fee for 01980-00181

| Item | Date | Alert | Cost Code | Type | Disb Amt | Pay Me Amt |
|---|---|---|---|---|---|---|
| 1 | 09/27/2021 | | 1905 | Filing Fees | 500.00 USD | 500.00 USD |
| Business Purpose Description | Mandamus filing fee. Court filing fee. Receipt Attached: Yes  Firm Paid: No | | | | | |
| Allocations | 01980-00181 | Google LLC | | 202012002-Sonos v. G | | 500.00 USD |

# Monita Jones

| | |
|---|---|
| **From:** | Lindsay Cooper |
| **Sent:** | Monday, September 27, 2021 11:46 AM |
| **To:** | Monita Jones |
| **Subject:** | FW: Pay.gov Payment Confirmation: U.S. COURT OF APPEALS, FEDERAL CIRCUIT |

Mandamus filing fee for 01980-00181

-----Original Message-----
From: do_not_reply@psc.uscourts.gov <do_not_reply@psc.uscourts.gov>
Sent: Monday, September 27, 2021 11:45 AM
To: Lindsay Cooper <lindsaycooper@quinnemanuel.com>
Subject: Pay.gov Payment Confirmation: U.S. COURT OF APPEALS, FEDERAL CIRCUIT

[EXTERNAL EMAIL from do_not_reply@psc.uscourts.gov]

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: Clerk's Office at 202-275-8000.

   Account Number: 4382801
   Court: U.S. COURT OF APPEALS, FEDERAL CIRCUIT
   Amount: $500.00
   Tracking Id: A13-36417-737
   Approval Code: 05245I
   Card Number: ************0523
   Date/Time: 09/27/2021 02:45:07 ET


NOTE: This is an automated message. Please do not reply