# EXHIBIT A-2

**Sonos, Inc. v. Google LLC**
**Bill of Costs | Exhibit A-2 | Service Costs, Civil L.R. 54-3(a)(2)**

| Vendor | Invoice No. | Invoice Date | Narrative | Amount Paid |
|---|---|---|---|---|
| A & A Legal Services | 9865700.131084 | 1/25/2022 | Chamber's Copy of Filing | $150.90 |
| A & A Legal Services | 9865700.131417 | 2/10/2022 | Chamber's Copy of Filing | $169.00 |
| A & A Legal Services | 9865700.131306 | 2/10/2022 | Chamber's Copy of Filing | $256.90 |
| A & A Legal Services | 9865700.131978 | 3/24/2022 | Chamber's Copy of Filing | $259.75 |
| A & A Legal Services | 9865700.132155 | 4/7/2022 | Chamber's Copy of Filing | $239.35 |
| A & A Legal Services | 9865700.132174 | 4/7/2022 | Chamber's Copy of Filing | $1,096.15 |
| A & A Legal Services | 9865700.132293 | 4/21/2022 | Chamber's Copy of Filing | $207.80 |
| A & A Legal Services | 9865700.132277 | 4/21/2022 | Chamber's Copy of Filing | $320.75 |
| A & A Legal Services | 9865700.132412 | 5/5/2022 | Chamber's Copy of Filing | $261.85 |
| A & A Legal Services | 9865700.132552 | 5/18/2022 | Chamber's Copy of Filing | $226.75 |
| A & A Legal Services | 9865700.132735 | 6/1/2022 | Chamber's Copy of Filing | $238.00 |
| A & A Legal Services | 9865700.133415 | 7/14/2022 | Chamber's Copy of Filing | $147.25 |
| A & A Legal Services | 9865700.133603 | 7/24/2022 | Chamber's Copy of Filing | $179.00 |
| A & A Legal Services | 9865700.133960 | 8/24/2022 | Chamber's Copy of Filing | $256.00 |
| A & A Legal Services | 9865700.134025 | 9/8/2022 | Chamber's Copy of Filing | $170.50 |
| A & A Legal Services | 9865700.133994 | 9/8/2022 | Chamber's Copy of Filing | $146.60 |
| A & A Legal Services | 9865700.134221 | 9/21/2022 | Chamber's Copy of Filing | $735.45 |
| A & A Legal Services | 9865700.134600 | 10/20/2022 | Chamber's Copy of Filing | $305.50 |
| A & A Legal Services | 9865700.134510 | 10/18/2022 | Chamber's Copy of Filing | $262.00 |
| A & A Legal Services | 9865700.134958 | 11/16/2022 | Chamber's Copy of Filing | $160.50 |
| A & A Legal Services | 9865700.135427 | 12/28/2022 | Chamber's Copy of Filing | $278.50 |
| A & A Legal Services | 9865700.135535 | 1/12/2023 | Chamber's Copy of Filing | $153.00 |
| A & A Legal Services | 9865700.135870 | 2/9/2023 | Chamber's Copy of Filing | $272.65 |
| A & A Legal Services | 9865700.135760 | 2/9/2023 | Chamber's Copy of Filing | $467.95 |
| A & A Legal Services | 9865700.135723 | 2/9/2023 | Chamber's Copy of Filing | $225.50 |
| A & A Legal Services | 9865700.136164 | 3/9/2023 | Chamber's Copy of Filing | $363.30 |
| A & A Legal Services | 9865700.137121 | 5/10/2023 | Chamber's Copy of Filing | $179.00 |
| A & A Legal Services | 9865700.137287 | 5/25/2023 | Chamber's Copy of Filing | $169.00 |
| A & A Legal Services | 9865700.137870 | 7/20/2023 | Chamber's Copy of Filing | $246.85 |
| A & A Legal Services | 9865700.137873 | 7/20/2023 | Chamber's Copy of Filing | $168.25 |
| A & A Legal Services | 9865700.138052 | 8/3/2023 | Chamber's Copy of Filing | $161.75 |
| | | | TOTAL | $8,475.75 |



# A&A LEGAL SERVICE, INC.
## A Legal Support Company

Attention: AMBER BURNS
QUINN EMANUEL URQUHART & SULLIVAN
50 CALIFORNIA STREET, 22ND FLOOR
SAN FRANCISCO CA  94111

| Thursday August 03, 2023 | *INVOICE* | 9865700.138052 |
|---|---|---|

Attorney File #: **01980-00181**
Case #: 3:20-CV-06754-WHA
Court: U. S. DISTRICT COURT, NO. DISTRICT OF CALIFORNIA/SAN FRANCISCO
Title: GOOGLE, LLC vs. SONOS, INC.
Description: 1) GOOGLE'S REPLY IN SUPPORT OF IT'S MOTION TO STRIKE PORTIONS OF THE DECLARATION OF ALAINA KWASIZUR IN SUPPORT OF SONOS' MOTION FOR PERMANENT INJUNCTION. (COURTESY COPIES - DO NOT FILE)

| Date | Description | Amount |
|---|---|---|
| 07/21/23 | Miscellaneous Job:Rush: JUDGE WILLIAM H. ALSUP @ USDC-SAN FRANCISCO, AT Business 450 GOLDEN GATE AVENUE  SAN FRANCISCO, CA  94102 | |
| 07/21/23 | DOCUMENT RECEIPT AND PREPARATION | 12.75 |
| 07/21/23 | DELIVER  U.S. DISTRICT COURT-SAN FRANCISCO  (SEE CHARGE) | 0.00 |
| 07/21/23 | MILEAGE & PARKING | 20.00 |
| 07/21/23 | CHARGE | 129.00 |

**PLEASE PAY FROM THIS INVOICE**                                                          **161.75**

# A&A LEGAL SERVICE, INC.
## A Legal Support Company

Attention: AMBER BURNS
QUINN EMANUEL URQUHART & SULLIVAN
50 CALIFORNIA STREET, 22ND FLOOR
SAN FRANCISCO CA  94111

| Thursday July 20,  2023 | *I N V O I C E* | 9865700.137873 |
|---|---|---|

Attorney File #: **01980-00181**
Case #:  3:20-CV-06754-WHA
Court:  U. S. DISTRICT COURT, NO. DISTRICT OF CALIFORNIA/SAN FRANCISCO
Title:  GOOGLE, LLC vs. SONOS, INC.
Description:  1) GOOGLE'S REPLY IN SUPPORT OF GOOGLE'S BRIEF ON AFFIRMATIVE DEFENSES.
(CHAMBERS COPY - DO NOT FILE).

| Date | Description | Amount |
|---|---|---|
| 07/06/23 | Miscellaneous Job:Rush: JUDGE WILLIAM H. ALSUP @ USDC-SAN FRANCISCO, AT Business 450 GOLDEN GATE AVENUE  SAN FRANCISCO, CA  94102 | |
| 07/06/23 | DOCUMENT RECEIPT AND PREPARATION | 14.25 |
| 07/06/23 | DELIVER  U.S. DISTRICT COURT-SAN FRANCISCO | 129.00 |
| 07/06/23 | MILEAGE & PARKING | 25.00 |

**PLEASE PAY FROM THIS INVOICE**                                                168.25

880 MITTEN ROAD, SUITE 102  BURLINGAME, CA  94010
Telephone: (650) 697-9431 , FAX: (650) 697-4640 Tax ID: 94-3289453

# A&A LEGAL SERVICE, INC.
## A Legal Support Company

Attention: ELENE MEBUKE
QUINN EMANUEL URQUHART & SULLIVAN
50 CALIFORNIA STREET, 22ND FLOOR
SAN FRANCISCO CA  94111

| Thursday July 20,  2023 | *I N V O I C E* | 9865700.137870 |
|---|---|---|

Attorney File #:  **01980-00181**
Case #:  3:20-CV-06754-WHA
Court:  U. S. DISTRICT COURT, NO. DISTRICT OF CALIFORNIA/SAN FRANCISCO
Title:  GOOGLE, LLC vs. SONOS, INC.
Description:  1) DECLARATION OF CHRIS CHAN IN SUPPORT OF GOOGLE'S OPPOSITION TO SONO'S MOTION FOR INJUNCTIVE RELIEF; 2) GOOGLE;S OPPOSITION TO SONO'S MOTION FOR INJUNCTIVE RELIEF AND ADDITIONAL DAMAGES; 3) EXHIBITS 1 AND 3 THRU 13 (X12).  DOCS FILED UNDER SEAL: 1) EXHIBIT 2; AND 2) DECLARATION OF JOCELYN MA IN SUPPORT OF GOOGLE'S OPPOSITION TO SONO'S MOTION FOR INJUNCTIVE RELIEF.

| Date | Description | Amount |
|---|---|---|
| 07/06/23 | Miscellaneous Job:Rush: JUDGE WILLIAM H. ALSUP @ USDC-SAN FRANCISCO, AT Business 450 GOLDEN GATE AVENUE  SAN FRANCISCO, CA  94102 | |
| 07/06/23 | DOCUMENT RECEIPT AND PREPARATION | 102.85 |
| 07/06/23 | DELIVER  U.S.DISTRICT COURT-SAN FRANCISCO  (SEE CHARGE) | 0.00 |
| 07/06/23 | MILEAGE FEE | 25.00 |
| 07/06/23 | CHARGE | 119.00 |

**PLEASE PAY FROM THIS INVOICE**                                   246.85



Attention: JOSEPH LEROY
QUINN EMANUEL URQUHART & SULLIVAN
50 CALIFORNIA STREET, 22ND FLOOR
SAN FRANCISCO CA  94111

| Thursday May 25, 2023 | *I N V O I C E* | 9865700.137287 |

Attorney File #: **01980-00181**
Case #: NONE PROVIDED
Court: United States District Court For The Northern District Of California
Title: RE: SONOS 111 vs. --
Description: BINDER

| Date | Description | Amount |
|------|-------------|--------|
| 05/15/23 | Miscellaneous Job:Rush: UNITED STATES DISTRICT COURT OF CALIFORNIA-SAN FRANCISCO - JUDGE ALSUP, AT Business 450 GOLDEN GATE AVE.  SAN FRANCISCO, CA  94102 | |
| 05/15/23 | PICK UP FROM CLIENT | 35.00 |
| 05/15/23 | DELIVER  USDC-SAN FRANCISCO | 119.00 |
| 05/15/23 | COSTS & EXPENSES | 15.00 |

**PLEASE PAY FROM THIS INVOICE**                              **169.00**

880 MITTEN ROAD, SUITE 102  BURLINGAME, CA  94010
Telephone: (650) 697-9431 , FAX: (650) 697-4640 Tax ID: 94-3289453



# A&A LEGAL SERVICE, INC.
## A Legal Support Company

Attention: JOSEPH LEROY
QUINN EMANUEL URQUHART & SULLIVAN
50 CALIFORNIA STREET, 22ND FLOOR
SAN FRANCISCO CA 94111

| Wednesday May 10, 2023 | *INVOICE* | 9865700.137121 |
|---|---|---|

Attorney File #: **01980-00181**
Case #: NONE
Court: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA
Title: NONE vs. NONE
Description: CHAMBER'S COPY

| Date | Description | Amount |
|---|---|---|
| 04/13/23 | Miscellaneous Job:Rush: JUDGE WILLIAM H. ALSUP @ USDC-SAN FRANCISCO, AT Business 450 GOLDEN GATE AVENUE SAN FRANCISCO, CA 94102 | |
| 04/13/23 | PICK UP | 35.00 |
| 04/13/23 | DELIVER USDC - SAN FRANCISCO | 129.00 |
| 04/13/23 | COSTS & PARKING | 15.00 |

**PLEASE PAY FROM THIS INVOICE**                                 **179.00**

880 MITTEN ROAD, SUITE 102  BURLINGAME, CA  94010
Telephone: (650) 697-9431 , FAX: (650) 697-4640 Tax ID: 94-3289453



# A&A LEGAL SERVICE, INC.
## A Legal Support Company

Attention: AMBER BURNS
QUINN EMANUEL URQUHART & SULLIVAN
50 CALIFORNIA STREET, 22ND FLOOR
SAN FRANCISCO CA  94111

| Thursday March 09, 2023 | *I N V O I C E* | 9865700.136164 |
|---|---|---|

Attorney File #: **01980-00181**
Case #: 3:20-CV-06754-WHA
Court: U. S. DISTRICT COURT, NO. DISTRICT OF CALIFORNIA/SAN FRANCISCO
Title: GOOGLE, LLC vs. SONOS, INC.
Description: 1) GOOGLE LLC'S OPPOSITION TO SONOS'S MOTION FOR SUMMARY JUDGMENT
REGARDING GOOGLE'S CONTRACT-RELATED CLAIMS

| Date | Description | Amount |
|---|---|---|
| 02/22/23 | Miscellaneous Job:Rush: USDC-SAN FRANCISCO ATTN: HONORABLE JUDGE WILLIAM ALSUP, AT Business 450 GOLDEN GATE AVENUE  SAN FRANCISCO, CA  94102 | |
| 02/22/23 | DOCUMENT RECEIPT AND PREPARATION | 98.55 |
| 02/22/23 | DELIVER  TO USDC-SAN FRANCISCO | 217.25 |
| 02/22/23 | COSTS, MILEAGE & PARKING | 47.50 |

**PLEASE PAY FROM THIS INVOICE**                                         363.30

880 MITTEN ROAD, SUITE 102  BURLINGAME, CA  94010
Telephone: (650) 697-9431 , FAX: (650) 697-4640 Tax ID: 94-3289453



Attention: AMBER BURNS
QUINN EMANUEL URQUHART & SULLIVAN
50 CALIFORNIA STREET, 22ND FLOOR
SAN FRANCISCO CA  94111

| Thursday February 09, 2023 | *INVOICE* | 9865700.135723 |

Attorney File #: **01980-00181**
      Case #: 3:20-CV-06754-WHA
      Court: U. S. DISTRICT COURT, NO. DISTRICT OF CALIFORNIA/SAN FRANCISCO
      Title: GOOGLE, LLC vs. SONOS, INC.
Description: 1) REPLY IN SUPPORT OF GOOGLE'S MOTION FOR RECONSIDERATION OR
            CLARIFICATION.

| Date | Description | Amount |
|------|-------------|-------:|
| 01/25/23 | Miscellaneous Job:Rush: JUDGE WILLIAM H. ALSUP @ USDC-SAN FRANCISCO, AT Business 450 GOLDEN GATE AVENUE  SAN FRANCISCO, CA  94102 | |
| 01/25/23 | DOCUMENT RECEIPT AND PREPARATION | 10.00 |
| 01/25/23 | DELIVER  U.S. DISTRICT COURT-SAN FRANCISCO | 178.00 |
| 01/25/23 | COSTS & EXPENSES | 37.50 |

**PLEASE PAY FROM THIS INVOICE**                                        **225.50**



# A&A LEGAL SERVICE, INC.
## A Legal Support Company

Attention: AMBER BURNS
QUINN EMANUEL URQUHART & SULLIVAN
50 CALIFORNIA STREET, 22ND FLOOR
SAN FRANCISCO CA  94111

| Thursday February 09, 2023 | *INVOICE* | 9865700.135760 |
|---|---|---|

Attorney File #: **01980-00181**
Case #: 3:20-CV-06754-WHA
Court: U. S. DISTRICT COURT, NO. DISTRICT OF CALIFORNIA/SAN FRANCISCO
Title: GOOGLE, LLC vs. SONOS, INC.
Description: 1) GOOGLE'S MOTION TO STRIKE PORTONS OF THE EXPERT REPORTS OF DOUGLAS SCHMIDT (FILED UNDER SEAL); 2) DECL. OF MARC KAPLAN IN SUPPORT (FILED UNDER SEAL); 3) (PROPOSED) ORDER GRANTING GOOGLE'S MOTION TO STRIKE PORTIONS OF THE EXPERT REPORTS OF DOUGLAS SCHMIDT

| Date | Description | Amount |
|---|---|---|
| 01/30/23 | Miscellaneous Job:Rush: JUDGE WILLIAM H. ALSUP @ USDC-SAN FRANCISCO, AT Business 450 GOLDEN GATE AVENUE  SAN FRANCISCO, CA  94102 | |
| 01/30/23 | DOCUMENT RECEIPT AND PREPARATION | 252.45 |
| 01/30/23 | DELIVER  U.S. DISTRICT COURT-SAN FRANCISCO | 178.00 |
| 01/30/23 | MILEAGE & PARKING | 37.50 |
| | **PLEASE PAY FROM THIS INVOICE** | 467.95 |

880 MITTEN ROAD, SUITE 102  BURLINGAME, CA  94010
Telephone: (650) 697-9431 , FAX: (650) 697-4640 Tax ID: 94-3289453



# A&A LEGAL SERVICE, INC.
## A Legal Support Company

Attention: AMBER BURNS
QUINN EMANUEL URQUHART & SULLIVAN
50 CALIFORNIA STREET, 22ND FLOOR
SAN FRANCISCO CA  94111

| Thursday February 09, 2023 | *INVOICE* | 9865700.135870 |
|---|---|---|

Attorney File #: **01980-00181**
Case #:  3:20-CV-06754-WHA
Court:  U. S. DISTRICT COURT, NO. DISTRICT OF CALIFORNIA/SAN FRANCISCO
Title:  GOOGLE, LLC vs. SONOS, INC.
Description:  1) (PROPOSED) ORDER GRANTING PLAINTIFF GOOGLE'S MOTION FOR SUMMARY JUDGMENT; 2) GOOGLE'S MOTION FOR SUMMARY JUDGMENT WITH EXHIBITS (TO BE SEALED).

| Date | Description | Amount |
|---|---|---|
| 02/07/23 | Miscellaneous Job:Rush: JUDGE WILLIAM H. ALSUP @ USDC-SAN FRANCISCO, AT Business 450 GOLDEN GATE AVENUE  SAN FRANCISCO, CA  94102 | |
| 02/07/23 | DOCUMENT RECEIPT AND PREPARATION | 77.15 |
| 02/07/23 | DELIVER  U.S. DISTRICT COURT-SAN FRANCISCO | 158.00 |
| 02/07/23 | MILEAGE & PARKING | 37.50 |

**PLEASE PAY FROM THIS INVOICE**                                                                                      272.65



# A&A LEGAL SERVICE, INC.
## A Legal Support Company

Attention: AMBER BURNS
QUINN EMANUEL URQUHART & SULLIVAN
50 CALIFORNIA STREET, 22ND FLOOR
SAN FRANCISCO CA  94111

| Thursday January 12,  2023 | *INVOICE* | 9865700.135535 |
|---|---|---|

Attorney File #: **01980-00181**
Case #: 3:20-CV-06754-WHA
Court: U. S. DISTRICT COURT, NO. DISTRICT OF CALIFORNIA/SAN FRANCISCO
Title: GOOGLE, LLC vs. SONOS, INC.
Description: 1) (PROPOSED) ORDER GRANTING GOOGLE'S MOTION FOR RECONSIDERATION OR
CLARIFICATION; 2) GOOGLE'S MOTION FOR RECONSIDERATION OR CLARIFICATION.

| Date | Description | Amount |
|---|---|---|
| 01/09/23 | Miscellaneous Job:Rush: JUDGE WILLIAM H. ALSUP @ USDC-SAN FRANCISCO, AT Business 450 GOLDEN GATE AVENUE  SAN FRANCISCO, CA  94102 | |
| 01/09/23 | DOCUMENT RECEIPT AND PREPARATION | 9.00 |
| 01/09/23 | DELIVER  U.S. DISTRICT COURT-SAN FRANCISCO | 119.00 |
| 01/09/23 | COSTS & EXPENSES | 25.00 |
| | **PLEASE PAY FROM THIS INVOICE** | **153.00** |



# A&A LEGAL SERVICE, INC.
## A Legal Support Company

Attention: AMBER BURNS
QUINN EMANUEL URQUHART & SULLIVAN
50 CALIFORNIA STREET, 22ND FLOOR
SAN FRANCISCO CA  94111

| **Wednesday December 28, 2022** | *I N V O I C E* | **9865700.135427** |
|---|---|---|

Attorney File #: **01980-00181**
Case #: 3:20-CV-06754-WHA
Court: U. S. DISTRICT COURT, NO. DISTRICT OF CALIFORNIA/SAN FRANCISCO
Title: GOOGLE, LLC vs. SONOS, INC.
Description: JOINT MOTION FOR ISSUANCE OF LETTER OF RENEWED REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE (X2); (PROPOSED) ORDER APPOINTING COMMISSIONER TO TAKE EVIDENCE PURSUANT TO CHAPTER 11. ARTICLE 17 OF THE HAGUE CONVENTION (X2); APPOINTMENT OF COMMISSIONERS UNDER THE HAGUE CONVENTION & REQUEST FOR JUDICIAL ASSISTANCE (X2).

| Date | Description | Amount |
|---|---|---|
| 12/23/22 | Miscellaneous Job:Rush: USDC - OAKLAND -- ATTN: HON. JUDGE DONNA M. RYU, AT Business 1301 CLAY STREET  OAKLAND, CA  94612 | |
| 12/23/22 | DOCUMENT RECEIPT AND PREPARATION | 11.75 |
| 12/23/22 | DELIVER  U.S. DISTRICT COURT-OAKLAND | 217.25 |
| 12/23/22 | MILEAGE, TOLLS AND PARKING CHARGES | 49.50 |

**PLEASE PAY FROM THIS INVOICE** **278.50**

880 MITTEN ROAD, SUITE 102  BURLINGAME, CA  94010
Telephone: (650) 697-9431 , FAX: (650) 697-4640 Tax ID: 94-3289453



# A&A LEGAL SERVICE, INC.
## A Legal Support Company

Attention: AMBER BURNS
QUINN EMANUEL URQUHART & SULLIVAN
50 CALIFORNIA STREET, 22ND FLOOR
SAN FRANCISCO CA  94111

| Wednesday November 16,  2022 | *I N V O I C E* | 9865700.134958 |
|---|---|---|

Attorney File #: **01980-00181**
      Case #: 3:20-CV-06754-WHA
      Court: U. S. DISTRICT COURT, NO. DISTRICT OF CALIFORNIA/SAN FRANCISCO
      Title: GOOGLE, LLC vs. SONOS, INC.
Description: 1) GOOGLE'S MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION OR
      CLARIFICATION; 2) DECLARATION OF MARC KAPLAN IN SUPPORT OF GOOGLE'S
      MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION OR CLARIFICATION
      (DOC IS SEALED); 3) (PROPOSED) ORDER GRANTING GOOGLE'S MOTION.

| Date | Description | Amount |
|---|---|---|
| 11/10/22 | Miscellaneous Job:Rush: JUDGE WILLIAM H. ALSUP @ USDC-SAN FRANCISCO, AT Business 450 GOLDEN GATE AVENUE  SAN FRANCISCO, CA  94102 | |
| 11/10/22 | DOCUMENT RECEIPT AND PREPARATION | 21.50 |
| 11/10/22 | DELIVER  US DISTRICT COURT-SAN FRANCISCO  (SEE CHARGE) | 0.00 |
| 11/10/22 | MILEAGE & PARKING | 20.00 |
| 11/10/22 | CHARGE | 119.00 |

**PLEASE PAY FROM THIS INVOICE**　　　　　　　　　　　　　　　　**160.50**



# A&A LEGAL SERVICE, INC.
## A Legal Support Company

Attention: AMBER BURNS
QUINN EMANUEL URQUHART & SULLIVAN
50 CALIFORNIA STREET, 22ND FLOOR
SAN FRANCISCO CA  94111

| Tuesday October 18,  2022 | *INVOICE* | 9865700.134510 |
|---|---|---|

Attorney File #: **01980-00181**
Case #: 3:20-CV-06754-WHA
Court: U. S. DISTRICT COURT, NO. DISTRICT OF CALIFORNIA/SAN FRANCISCO
Title: GOOGLE, LLC vs. SONOS, INC.
Description: 1) GOOGLE'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL CLAIM CONSTRUCTION BRIEFING (FILED UNDER SEAL); 2) (PROPOSED) ORDER GRANTING GOOGLE'S MOTION 3) DECL OF NIMA HEFAZIN IN SUPPORT OF GOOGLE'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL CLAIM CONSTRUCTION BRIEFING.

| Date | Description | Amount |
|---|---|---|
| 10/07/22 | Miscellaneous Job:Rush: JUDGE WILLIAM H. ALSUP @ USDC-SAN FRANCISCO, AT Business 450 GOLDEN GATE AVENUE  SAN FRANCISCO, CA  94102 | |
| 10/07/22 | DOCUMENT RECEIPT AND PREPARATION | 118.00 |
| 10/07/22 | DELIVER  U.S. DISTRICT COURT-SAN FRANCISCO | 119.00 |
| 10/07/22 | FUEL SURCHARGE | 25.00 |

**PLEASE PAY FROM THIS INVOICE**                                           **262.00**

880 MITTEN ROAD, SUITE 102  BURLINGAME, CA  94010
Telephone: (650) 697-9431 , FAX: (650) 697-4640 Tax ID: 94-3289453



# A&A LEGAL SERVICE, INC.
## A Legal Support Company

Attention: AMBER BURNS
QUINN EMANUEL URQUHART & SULLIVAN
50 CALIFORNIA STREET, 22ND FLOOR
SAN FRANCISCO CA  94111

| Thursday October 20, 2022 | *INVOICE* | 9865700.134600 |
|---|---|---|

Attorney File #: **01980-00181**
Case #: 3:20-CV-06754-WHA
Court: U. S. DISTRICT COURT, NO. DISTRICT OF CALIFORNIA/SAN FRANCISCO
Title: GOOGLE, LLC vs. SONOS, INC.
Description: 1) JOINT LETTER BRIEF PER THE COURT'S STANDING ORDER TO HON DONNA RYU
DATED 10/14/22- (FILED UNDER SEAL)

| Date | Description | Amount |
|---|---|---|
| 10/17/22 | Miscellaneous Job:Rush: USDC - OAKLAND -- ATTN: HON. JUDGE DONNA M. RYU, AT Business 1301 CLAY STREET  OAKLAND, CA  94612 | |
| 10/17/22 | DOCUMENT RECEIPT AND PREPARATION | 49.00 |
| 10/17/22 | DELIVER  U.S. DISTRICT COURT-OAKLAND  (SEE CHARGE) | 0.00 |
| 10/17/22 | COSTS & EXPENSES | 59.00 |
| 10/17/22 | CHARGE | 197.50 |

**PLEASE PAY FROM THIS INVOICE**                                      305.50



# A&A LEGAL SERVICE, INC.
## A Legal Support Company

Attention: AMBER BURNS
QUINN EMANUEL URQUHART & SULLIVAN
50 CALIFORNIA STREET, 22ND FLOOR
SAN FRANCISCO CA 94111

| Wednesday September 21, 2022   *I N V O I C E* | 9865700.134221 |
|---|---|

Attorney File #: **01980-00181**
        Case #: 3:20-CV-06754-WHA
        Court: U. S. DISTRICT COURT, NO. DISTRICT OF CALIFORNIA/SAN FRANCISCO
        Title: GOOGLE, LLC vs. SONOS, INC.
Description: 1) GOOGLE'S BRIEF SHOWING CAUSE WHY THE COURT SHOULD NOT ENTER SUMMARY
                JUDGMENT SUA SPONTE OF VALIDITY OF THE '885 PATENT; 2) DECL OF MARC
                KAPLAN IN SUPPORT

| Date | Description | Amount |
|---|---|---|
| 09/16/22 | Miscellaneous Job:Rush: JUDGE WILLIAM H. ALSUP @ USDC-SAN FRANCISCO, AT Business 450 GOLDEN GATE AVENUE  SAN FRANCISCO, CA  94102 | |
| 09/16/22 | DOCUMENT RECEIPT AND PREPARATION | 670.45 |
| 09/16/22 | TRIP CHARGE  TO STORE FOR BINDER (SEE DRP COST) | 0.00 |
| 09/16/22 | DELIVER  U.S. DISTRICT COURT-SF  (SEE DRP COST) | 0.00 |
| 09/16/22 | COSTS & EXPENSES | 65.00 |

**PLEASE PAY FROM THIS INVOICE**                                        **735.45**



# A&A LEGAL SERVICE, INC.
## A Legal Support Company

Attention: AMBER BURNS
QUINN EMANUEL URQUHART & SULLIVAN
50 CALIFORNIA STREET, 22ND FLOOR
SAN FRANCISCO CA 94111

| Thursday September 08, 2022 | *INVOICE* | 9865700.133994 |
|---|---|---|

Attorney File #: **01980-00181**
Case #: 3:20-CV-06754-WHA
Court: U. S. DISTRICT COURT, NO. DISTRICT OF CALIFORNIA/SAN FRANCISCO
Title: GOOGLE, LLC vs. SONOS, INC.
Description: 1) GOOGLE'S NOTICE OF MOTION & MOTION TO BIFURCATE VALIDITY FROM WILLFULNESS AND DAMAGES FOR THE PATENT SHOWDOWN TRIAL W/EXHIBIT 1 - FILED UNDER SEAL; 2) DECLARATION OF JOCELYN MA IN SUPPORT OF GOOGLE'S MOTION TO BIFURCATE - FILED UNDER SEAL; 3) (PROPOSED) ORDER GRANTING GOOGLE'S MOTION TO BIFURCATE.

| Date | Description | Amount |
|---|---|---|
| 08/25/22 | Miscellaneous Job:Rush: JUDGE WILLIAM H. ALSUP @ USDC-SAN FRANCISCO, AT Business 450 GOLDEN GATE AVENUE  SAN FRANCISCO, CA  94102 | |
| 08/25/22 | DOCUMENT RECEIPT AND PREPARATION | 12.60 |
| 08/25/22 | DELIVER  U.S. DISTRICT COURT-SAN FRANCISCO  (SEE CHARGE) | 0.00 |
| 08/25/22 | PARKING CHARGES | 15.00 |
| 08/25/22 | CHARGE | 119.00 |

**PLEASE PAY FROM THIS INVOICE**                                                    **146.60**



# A&A LEGAL SERVICE, INC.
## A Legal Support Company

Attention: AMBER BURNS
QUINN EMANUEL URQUHART & SULLIVAN
50 CALIFORNIA STREET, 22ND FLOOR
SAN FRANCISCO CA  94111

| Thursday September 08, 2022 | *INVOICE* | 9865700.134025 |
|---|---|---|

Attorney File #: **01980-00181**
Case #: 3:20-CV-06754-WHA
Court: U. S. DISTRICT COURT, NO. DISTRICT OF CALIFORNIA/SAN FRANCISCO
Title: GOOGLE, LLC vs. SONOS, INC.
Description: 1) GOOGLE'S MOTION FOR LEAVE TO AMEND INVALIDITY CONTENTIONS;2) SEALED
DECL OF NIMA HEFAZI IN SUPPORT W/2 EXHIBITS.

| Date | Description | Amount |
|---|---|---|
| 08/31/22 | Miscellaneous Job:Rush: JUDGE WILLIAM H. ALSUP @ USDC-SAN FRANCISCO, AT Business 450 GOLDEN GATE AVENUE  SAN FRANCISCO, CA  94102 | |
| 08/31/22 | DOCUMENT RECEIPT AND PREPARATION | 36.50 |
| 08/31/22 | DELIVER  U.S. DISTRICT COURT-SAN FRANCISCO | 119.00 |
| 08/31/22 | PARKING CHARGES | 15.00 |

**PLEASE PAY FROM THIS INVOICE**                                      170.50



# A&A LEGAL SERVICE, INC.
## A Legal Support Company

Attention: AMBER BURNS
QUINN EMANUEL URQUHART & SULLIVAN
50 CALIFORNIA STREET, 22ND FLOOR
SAN FRANCISCO CA  94111

| Wednesday August 24,  2022 | *I N V O I C E* | 9865700.133960 |
| --- | --- | --- |

Attorney File #: **01980-00181**
Case #: 3:20-CV-06754-WHA
Court: United States District Court, Northern District Of California-Oakland
Title: GOOGLE, LLC vs. SONOS, INC.
Description: 1) JOINT DISCOVERY LETTER BRIEF (SEALED); EXHIBIT 1 FILED UNDER SEAL.

| Date | Description | Amount |
| --- | --- | --- |
| 08/22/22 | Miscellaneous Job:Rush: USDC - OAKLAND -- ATTN: HON. JUDGE DONNA M. RYU, AT Business 1301 CLAY STREET  OAKLAND, CA  94612 | |
| 08/22/22 | DOCUMENT RECEIPT AND PREPARATION | 9.00 |
| 08/22/22 | DELIVER  U.S. DISTRICT COURT-OAKLAND - HEAVY TRAFFIC  (SEE CHARGE) | 0.00 |
| 08/22/22 | MILEAGE, TOLLS AND PARKING CHARGES | 49.50 |
| 08/22/22 | CHARGE | 197.50 |
| **PLEASE PAY FROM THIS INVOICE** | | **256.00** |



# A&A LEGAL SERVICE, INC.
## A Legal Support Company

Attention: SIMONE VALVIK
QUINN EMANUEL URQUHART & SULLIVAN
50 CALIFORNIA STREET, 22ND FLOOR
SAN FRANCISCO CA 94111

| Wednesday July 27, 2022 | *INVOICE* | 9865700.133603 |
|---|---|---|

Attorney File #: **01980-00181**
Case #: 3:21-CV-07559-WHA
Court: U. S. DISTRICT COURT, NO. DISTRICT OF CALIFORNIA/SAN FRANCISCO
Title: SONOS, INC. vs. GOOGLE, LLC
Description: CHAMBERS COPY - (SEALED ENVELOPE)

| Date | Description | Amount |
|---|---|---|
| 07/25/22 | Miscellaneous Job:Rush: JUDGE WILLIAM H. ALSUP @ USDC-SAN FRANCISCO, AT Business 450 GOLDEN GATE AVENUE SAN FRANCISCO, CA 94102 | |
| 07/25/22 | PICK UP  SAN FRANCISCO | 35.00 |
| 07/25/22 | DELIVER  US DISTRICT COURT-SAN FRANCISCO | 119.00 |
| 07/25/22 | FUEL SURCHARGE | 25.00 |
| | **PLEASE PAY FROM THIS INVOICE** | **179.00** |

880 MITTEN ROAD, SUITE 102  BURLINGAME, CA  94010
Telephone: (650) 697-9431 , FAX: (650) 697-4640 Tax ID: 94-3289453



# A&A LEGAL SERVICE, INC.
## A Legal Support Company

Attention: AMBER BURNS
QUINN EMANUEL URQUHART & SULLIVAN
50 CALIFORNIA STREET, 22ND FLOOR
SAN FRANCISCO CA  94111

| Thursday July 14, 2022 | *I N V O I C E* | 9865700.133415 |
|---|---|---|

Attorney File #: **01980-00181**
Case #: 3:20-CV-06754-WHA
Court: U. S. DISTRICT COURT, NO. DISTRICT OF CALIFORNIA/SAN FRANCISCO
Title: GOOGLE, LLC vs. SONOS, INC.
Description: 1) GOOGLE'S NOTICE OF DEPOSITION TESTIMONY AND SONO'S INTER PARTES REVIEW
PATENT OWNER RESPONSE IN SUPPORT. (SEALED)

| Date | Description | Amount |
|---|---|---|
| 07/12/22 | Miscellaneous Job:Rush: JUDGE WILLIAM H. ALSUP @ USDC-SAN FRANCISCO, AT Business 450 GOLDEN GATE AVENUE  SAN FRANCISCO, CA  94102 | |
| 07/12/22 | DOCUMENT RECEIPT AND PREPARATION | 8.25 |
| 07/12/22 | DELIVER  U.S. DISTRICT COURT-SAN FRANCISCO  (SEE CHARGE) | 0.00 |
| 07/12/22 | PARKING CHARGES | 20.00 |
| 07/12/22 | CHARGE | 119.00 |

**PLEASE PAY FROM THIS INVOICE**                                          147.25

880 MITTEN ROAD, SUITE 102  BURLINGAME, CA  94010
Telephone: (650) 697-9431 , FAX: (650) 697-4640 Tax ID: 94-3289453



# A&A LEGAL SERVICE, INC.
## A Legal Support Company

Attention: AMBER BURNS
QUINN EMANUEL URQUHART & SULLIVAN
50 CALIFORNIA STREET, 22ND FLOOR
SAN FRANCISCO CA  94111

| Wednesday June 01,  2022 | *I N V O I C E* | 9865700.132735 |
|---|---|---|

Attorney File #: **01980-00181**
Case #: 3:20-CV-06754-WHA
Court: U. S. DISTRICT COURT, NO. DISTRICT OF CALIFORNIA/SAN FRANCISCO
Title: GOOGLE, LLC vs. SONOS, INC.
Description: 1) GOOGLE'S REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT WITH EXHIBITS 1, 2, 3, AND 4 - FILED UNDER SEAL

| Date | Description | Amount |
|---|---|---|
| 05/20/22 | Miscellaneous Job:Rush: JUDGE WILLIAM H. ALSUP @ USDC-SAN FRANCISCO, AT Business 450 GOLDEN GATE AVENUE  SAN FRANCISCO, CA  94102 | |
| 05/20/22 | DOCUMENT RECEIPT AND PREPARATION | 22.50 |
| 05/20/22 | DELIVER  U.S. DISTRICT COURT-SAN FRANCISCO | 178.00 |
| 05/20/22 | MILEAGE & PARKING | 37.50 |

**PLEASE PAY FROM THIS INVOICE**                                           **238.00**



# A&A LEGAL SERVICE, INC.
## A Legal Support Company

Attention: AMBER BURNS
QUINN EMANUEL URQUHART & SULLIVAN
50 CALIFORNIA STREET, 22ND FLOOR
SAN FRANCISCO CA  94111

| Wednesday May 18,  2022 | *I N V O I C E* | 9865700.132552 |
|---|---|---|

Attorney File #: **01980-00181**
Case #: 3:21-CV-07559-WHA
Court: U. S. DISTRICT COURT, NO. DISTRICT OF CALIFORNIA/SAN FRANCISCO
Title: SONOS, INC. vs. GOOGLE, LLC
Description: 1) REPLY IN SUPPORT OF GOOGLE'S MOTION TO STAY ISSUES RELATING TO SONO'S MOTION FOR LEAVE TO FILE A 3RD AMENDED COMPLAINT PENDING INTERLOCUTORY APPEAL

| Date | Description | Amount |
|---|---|---|
| 05/05/22 | Miscellaneous Job:Rush: JUDGE WILLIAM H. ALSUP @ USDC-SAN FRANCISCO, AT Business 450 GOLDEN GATE AVENUE  SAN FRANCISCO, CA  94102 | |
| 05/05/22 | DOCUMENT RECEIPT AND PREPARATION | 11.25 |
| 05/05/22 | DELIVER  U.S. DISTRICT COURT-SAN FRANCISCO | 178.00 |
| 05/05/22 | MILEAGE & PARKING | 37.50 |

**PLEASE PAY FROM THIS INVOICE**                                                    **226.75**



# A&A LEGAL SERVICE, INC.
## A Legal Support Company

Attention: AMBER BURNS
QUINN EMANUEL URQUHART & SULLIVAN
50 CALIFORNIA STREET, 22ND FLOOR
SAN FRANCISCO CA  94111

| Thursday May 05,  2022 | *INVOICE* | 9865700.132412 |
|---|---|---|

Attorney File #: **01980-00181**
Case #: **3:20-CV-06754-WHA**
Court: U. S. DISTRICT COURT, NO. DISTRICT OF CALIFORNIA/SAN FRANCISCO
Title: GOOGLE, LLC vs. SONOS, INC.
Description: 1) GOOGLE'S CORRECTED MOTION FOR SUMMARY JUDGMENT PURSUANT TO THE COURT PATENT SHOWDOWN PROCEDURE (SEALED).

| Date | Description | Amount |
|---|---|---|
| 04/25/22 | Miscellaneous Job:Rush: JUDGE WILLIAM H. ALSUP @ USDC-SAN FRANCISCO, AT Business 450 GOLDEN GATE AVENUE  SAN FRANCISCO, CA  94102 | |
| 04/25/22 | DOCUMENT RECEIPT AND PREPARATION | 14.85 |
| 04/25/22 | DELIVER  U.S. DISTRICT COURT-SAN FRANCISCO  (SEE CHARGE) | 0.00 |
| 04/25/22 | MILEAGE & PARKING | 49.50 |
| 04/25/22 | CHARGE | 197.50 |

**PLEASE PAY FROM THIS INVOICE**                                                                **261.85**

880 MITTEN ROAD, SUITE 102  BURLINGAME, CA  94010
Telephone: (650) 697-9431 , FAX: (650) 697-4640 Tax ID: 94-3289453



# A&A LEGAL SERVICE, INC.
## A Legal Support Company

Attention: AMBER BURNS
QUINN EMANUEL URQUHART & SULLIVAN
50 CALIFORNIA STREET, 22ND FLOOR
SAN FRANCISCO CA  94111

| Thursday April 21,  2022 | *INVOICE* | 9865700.132277 |
|---|---|---|

Attorney File #: **01980-00181**
      Case #: 3:21-CV-07559-WHA
      Court: U. S. DISTRICT COURT, NO. DISTRICT OF CALIFORNIA/SAN FRANCISCO
      Title: SONOS, INC. vs. GOOGLE, LLC
Description: 1) GOOGLE'S MOTION TO STAY; 2) (PROPOSED) ORDER GRANTING GOOGLE'S MOTION
      TO STAY;  3) DECL OF LINDSAY COOPER IN SUPPORT OF GOOGLE'S MOTION TO
      STAY; 4) EXHIBITS 1 & 2; 5) EXHIBIT 1; 6) GOOGLE'S RESPONSE TO SONO'S
      MOTION FOR LEAVE TO FILE A THIRD AMENDED COMPLAINT; 7) DECL OF LINDSAY
      COOPER IN SUPPORT OF GOOGLE'S RESPONSE TO SONO'S MOTION.

| Date | Description | Amount |
|---|---|---|
| 04/14/22 | Miscellaneous Job:Rush: JUDGE WILLIAM H. ALSUP @ USDC-SAN FRANCISCO, AT Business 450 GOLDEN GATE AVENUE  SAN FRANCISCO, CA  94102 | |
| 04/14/22 | DOCUMENT RECEIPT AND PREPARATION | 54.00 |
| 04/14/22 | DELIVER  U.S. DISTRICT COURT-SAN FRANCISCO   (SEE CHARGE) | 0.00 |
| 04/14/22 | MILEAGE & PARKING | 49.50 |
| 04/14/22 | CHARGE | 217.25 |

DUPLICATE

**PLEASE PAY FROM THIS INVOICE**                                          **320.75**

880 MITTEN ROAD, SUITE 102  BURLINGAME, CA  94010
Telephone: (650) 697-9431 , FAX: (650) 697-4640 Tax ID: 94-3289453



Attention: AMBER BURNS
QUINN EMANUEL URQUHART & SULLIVAN
50 CALIFORNIA STREET, 22ND FLOOR
SAN FRANCISCO CA  94111

| Thursday April 21,  2022 | *INVOICE* | 9865700.132293 |
|---|---|---|

Attorney File #: **01980-00181**
      Case #: 3:20-CV-06754-WHA
      Court: U. S. DISTRICT COURT, NO. DISTRICT OF CALIFORNIA/SAN FRANCISCO
      Title: GOOGLE, LLC vs. SONOS, INC.
Description: 1) GOOGLE'S MOTION FOR SUMMARY JUDGMENT PURSUANT TO THE COURT'S PATENT SHOWDOWN PROCEDURE.

| Date | Description | Amount |
|---|---|---|
| 04/15/22 | Miscellaneous Job:Rush: JUDGE WILLIAM H. ALSUP @ USDC-SAN FRANCISCO, AT Business 450 GOLDEN GATE AVENUE  SAN FRANCISCO, CA  94102 | |
| 04/15/22 | DOCUMENT RECEIPT AND PREPARATION | 73.80 |
| 04/15/22 | DELIVER  U.S. DISTRICT COURT-SAN FRANCISCO  (SEE CHARGE) | 0.00 |
| 04/15/22 | COSTS & EXPENSES | 15.00 |
| 04/15/22 | CHARGE | 119.00 |

**PLEASE PAY FROM THIS INVOICE**                      DUPLICATE        **207.80**

880 MITTEN ROAD, SUITE 102  BURLINGAME, CA  94010
Telephone: (650) 697-9431 , FAX: (650) 697-4640 Tax ID: 94-3289453



# A&A LEGAL SERVICE, INC.
## A Legal Support Company

Attention: SHEILA FLOWERS
QUINN EMANUEL URQUHART & SULLIVAN
50 CALIFORNIA STREET, 22ND FLOOR
SAN FRANCISCO CA  94111

| Thursday April 07,  2022 | *INVOICE* | 9865700.132174 |
|---|---|---|

Attorney File #: **01980-00181**
Case #: 3:20-CV-06754-WHA
Court: U. S. DISTRICT COURT, NO. DISTRICT OF CALIFORNIA/SAN FRANCISCO
Title: GOOGLE, LLC vs. SONOS, INC.
Description: 1) GOOGLE'S RESPONSIVE CLAIM CONSTRUCTION BRIEF

| Date | Description | Amount |
|---|---|---|
| 04/05/22 | Miscellaneous Job:Rush: JUDGE WILLIAM H. ALSUP @ USDC-SAN FRANCISCO, AT Business 450 GOLDEN GATE AVENUE  SAN FRANCISCO, CA  94102 | |
| 04/05/22 | DOCUMENT RECEIPT AND PREPARATION | 880.65 |
| 04/05/22 | DELIVER  U.S. DISTRICT COURT-SAN FRANCISCO | 178.00 |
| 04/05/22 | COSTS & EXPENSES | 37.50 |
| | **PLEASE PAY FROM THIS INVOICE** | **1,096.15** |



# A&A LEGAL SERVICE, INC.
## A Legal Support Company

Attention: SIMONE VALVIK
QUINN EMANUEL URQUHART & SULLIVAN
50 CALIFORNIA STREET, 22ND FLOOR
SAN FRANCISCO CA  94111

| Thursday April 07,  2022 | *I N V O I C E* | 9865700.132155 |
|---|---|---|

Attorney File #: **01980-00181**
Case #: 3:20-CV-06754-WHA
Court: U. S. DISTRICT COURT, NO. DISTRICT OF CALIFORNIA/SAN FRANCISCO
Title: GOOGLE, LLC vs. SONOS, INC.
Description: 1) GOOGLE'S ANSWER TO SONO'S AMENDED COUNTERCLAIMS; 2) EXHIBIT 1; 3) EXHIBIT 2 & 3 (FILED UNDER SEAL).

| Date | Description | Amount |
|---|---|---|
| 04/04/22 | Miscellaneous Job:Rush: JUDGE WILLIAM H. ALSUP @ USDC-SAN FRANCISCO, AT Business 450 GOLDEN GATE AVENUE  SAN FRANCISCO, CA  94102 | |
| 04/04/22 | DOCUMENT RECEIPT AND PREPARATION | 23.85 |
| 04/04/22 | DELIVER  U.S. DISTRICT COURT-SAN FRANCISCO | 178.00 |
| 04/04/22 | MILEAGE & PARKING | 37.50 |

**PLEASE PAY FROM THIS INVOICE**                              DUPLICATE                              **239.35**

**880 MITTEN ROAD, SUITE 102  BURLINGAME, CA  94010**
**Telephone: (650) 697-9431 , FAX: (650) 697-4640 Tax ID: 94-3289453**



Attention: AMBER BURNS
QUINN EMANUEL URQUHART & SULLIVAN
50 CALIFORNIA STREET, 22ND FLOOR
SAN FRANCISCO CA 94111

| Thursday March 24, 2022 | *I N V O I C E* | 9865700.131978 |

Attorney File #: **01980-00181**
Case #: 3:20-CV-06754-WHA
Court: United States District Court, Northern District Of California-Oakland
Title: GOOGLE, LLC vs. SONOS, INC.
Description: 1) GOOGLE'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S
MATERIAL SHOULD BE SEALED; 2) (PROPOSED) ORDER GRANTING GOOGLE'S
ADMINISTRATIVE MOTION; 3) EXHIBIT TO JOINT DISCOVERY LETTER BRIEF.

| Date | Description | Amount |
| --- | --- | --- |
| 03/18/22 | Miscellaneous Job:Rush: USDC - OAKLAND -- ATTN: HON. JUDGE DONNA M. RYU, AT Business 1301 CLAY STREET OAKLAND, CA 94612 | |
| 03/18/22 | DOCUMENT RECEIPT AND PREPARATION | 12.75 |
| 03/18/22 | DELIVER U.S. DISTRICT COURT-OAKLAND (SEE CHARGE) | 0.00 |
| 03/18/22 | MILEAGE, TOLLS AND PARKING CHARGES | 49.50 |
| 03/18/22 | CHARGE | 197.50 |

**PLEASE PAY FROM THIS INVOICE**                                                 **259.75**



# A&A LEGAL SERVICE, INC.
## A Legal Support Company

Attention: AMBER BURNS
QUINN EMANUEL URQUHART & SULLIVAN
50 CALIFORNIA STREET, 22ND FLOOR
SAN FRANCISCO CA  94111

| Thursday February 10, 2022 | *INVOICE* | 9865700.131306 |
|---|---|---|

Attorney File #: **01980-00181**
Case #: 3:21-CV-07559-WHA
Court: U. S. DISTRICT COURT, NO. DISTRICT OF CALIFORNIA/SAN FRANCISCO
Title: SONOS, INC. vs. GOOGLE, LLC
Description: REPLY IN SUPPORT OF GOOGLE'S MOTION TO DISMISS SONO'S SECOND AMENDED COMPLAINT.

| Date | Description | Amount |
|---|---|---|
| 02/01/22 | Miscellaneous Job:Rush: JUDGE WILLIAM H. ALSUP @ USDC-SAN FRANCISCO, AT Business 450 GOLDEN GATE AVENUE  SAN FRANCISCO, CA  94102 | |
| 02/01/22 | DOCUMENT RECEIPT AND PREPARATION | 9.90 |
| 02/01/22 | DELIVER  U.S. DISTRICT COURT-SAN FRANCISCO | 197.50 |
| 02/01/22 | MILEAGE & PARKING | 49.50 |

**PLEASE PAY FROM THIS INVOICE**                                   **256.90**



# A&A LEGAL SERVICE, INC.
## A Legal Support Company

Attention: SIMONE VALVIK
QUINN EMANUEL URQUHART & SULLIVAN
50 CALIFORNIA STREET, 22ND FLOOR
SAN FRANCISCO CA  94111

| Thursday February 10, 2022 | *I N V O I C E* | 9865700.131417 |
| --- | --- | --- |

Attorney File #: **01980-00181**
Case #:  3:21-CV-07559-WHA
Court:  U. S. DISTRICT COURT, NO. DISTRICT OF CALIFORNIA/SAN FRANCISCO
Title:  SONOS, INC. vs. GOOGLE, LLC
Description:  CHAMBERS COPY

| Date | Description | Amount |
| --- | --- | --- |
| 02/07/22 | Miscellaneous Job:Rush: USDC-SAN FRANCISCO, AT Business 450 GOLDEN GATE AVENUE  SAN FRANCISCO, CA  94102 | |
| 02/07/22 | PICK UP | 35.00 |
| 02/07/22 | DELIVER  U,S, DISTRICT COURT-SAN FRANCISCO | 119.00 |
| 02/07/22 | COSTS & EXPENSES | 15.00 |

**PLEASE PAY FROM THIS INVOICE**                                                            **169.00**

880 MITTEN ROAD, SUITE 102  BURLINGAME, CA  94010
Telephone: (650) 697-9431 , FAX: (650) 697-4640 Tax ID: 94-3289453



# A&A LEGAL SERVICE, INC.
## A Legal Support Company

Attention: AMBER BURNS
QUINN EMANUEL URQUHART & SULLIVAN
50 CALIFORNIA STREET, 22ND FLOOR
SAN FRANCISCO CA  94111

| Tuesday January 25,  2022 | *I N V O I C E* | 9865700.131084 |
|---|---|---|

Attorney File #: **01980-00181**
Case #:  3:21-CV-07559-WHA
Court:  U. S. DISTRICT COURT, NO. DISTRICT OF CALIFORNIA/SAN FRANCISCO
Title:  SONOS, INC. vs. GOOGLE, LLC
Description:  GOOGLE'S MOTION TO DISMISS SONO'S SECOND AMENDED COMPLAINT; (PROPOSED) ORDER GRANTING GOOGLE'S MOTION TO DISMISS SONO'S SECOND AMENDED COMPLAINT.

| Date | Description | Amount |
|---|---|---|
| 01/11/22 | Miscellaneous Job:Rush: JUDGE WILLIAM H. ALSUP @ USDC-SAN FRANCISCO, AT Business 450 GOLDEN GATE AVENUE  SAN FRANCISCO, CA  94102 | |
| 01/11/22 | DOCUMENT RECEIPT AND PREPARATION | 16.90 |
| 01/11/22 | DELIVER  U.S. DISTRICT COURT-SAN FRANCISCO  (SEE CHARGE) | 0.00 |
| 01/11/22 | COSTS & EXPENSES | 15.00 |
| 01/11/22 | CHARGE | 119.00 |

**PLEASE PAY FROM THIS INVOICE**                                    **150.90**