# EXHIBIT B-1

**Sonos, Inc. v. Google LLC**
**Bill of Costs | Exhibit B | Transcript Costs, Civil L.R. 54-3(b)**

| Vendor | Invoice No. | Invoice Date | Narrative | Amount Paid |
|---|---|---|---|---|
| U.S. Dist. Court, Northern Dist. of CA | 20200453 | 11/23/2020 | 11/19/2020 Hearing Transcript | $175.50 |
| U.S. Dist. Court, Northern Dist. of CA | 20210007 | 4/30/2021 | 4/27/2021 Hearing Transcript | $91.00 |
| U.S. Dist. Court, Northern Dist. of CA | 202001988 | 10/12/2021 | 10/7/2021 Hearing Transcript | $130.00 |
| U.S. Dist. Court, Northern Dist. of CA | 202200002 | 1/7/2022 | 1/6/2022 Hearing Transcript (deposit) | $149.50 |
| U.S. Dist. Court, Northern Dist. of CA | 202200002 | 1/23/2022 | 1/6/2022 Hearing Transcript (bal due) | $13.00 |
| U.S. Dist. Court, Northern Dist. of CA | 202201001 | 1/13/2022 | 1/13/2022 Hearing Transcript (deposit) | $136.25 |
| U.S. Dist. Court, Northern Dist. of CA | 202201001 | 1/13/2022 | 1/13/2022 Hearing Transcript (bal due) | $21.80 |
| U.S. Dist. Court, Northern Dist. of CA | 20220837 | 2/28/2022 | 2/24/2022 Hearing Transcript | $149.50 |
| U.S. Dist. Court, Northern Dist. of CA | 20221257 | 3/29/2022 | 3/24/2022 Hearing Transcript | $123.50 |
| U.S. Dist. Court, Northern Dist. of CA | 202200080 | 5/20/2022 | 5/18/2022 Hearing Transcript | $10.80 |
| Echo Reporting, Inc. | 33774 | 6/6/2022 | 6/1/2022 Hearing Transcript | $23.40 |
| U.S. Dist. Court, Northern Dist. of CA | 202200125 | 7/21/2022 | 7/13/2022 Hearing Transcript | $741.00 |
| U.S. Dist. Court, Northern Dist. of CA | 202200122 | 7/18/2022 | 7/18/2022 Hearing Transcript | $676.00 |
| U.S. Dist. Court, Northern Dist. of CA | 20221062 | 12/15/2022 | 12/8/2022 Hearing Transcript | $195.50 |
| Ad Hock Reporting | 23-23114 | 2/24/2023 | 2/23/2023 Hearing Transcript | $110.50 |
| U.S. Dist. Court, Northern Dist. of CA | 20230024 | 3/31/2023 | 3/30/2023 Hearing Transcript | $715.00 |
| Liberty Transcripts | 23394 | 4/25/2023 | 4/20/2023 Hearing Transcript | $29.40 |
| U.S. Dist. Court, Northern Dist. of CA | 20231206 | 5/21/2023 | 5/3/2023 PTC and 5/8/2023 Trial Transcripts (adjusted to exclude Realtime) | $1,899.00 |
| U.S. Dist. Court, Northern Dist. of CA | 202301426 | 6/1/2023 | 5/9-12, 16-19/2023 Trial Transcripts (adjusted to exclude Realtime) | $10,738.35 |
| U.S. Dist. Court, Northern Dist. of CA | 20230120 | 5/25/2023 | 5/24/2023 Hearing Transcript (adjusted to exclude Realtime) | $483.35 |
| U.S. Dist. Court, Northern Dist. of CA | 202300089 | 7/25/2023 | 5/26/2023 Trial Transcript | $101.85 |
| Franklin Court Reporting, Inc. | N/A | 8/11/2023 | 8/10/2023 Hearing Transcript | $144.00 |
| | | | **TOTAL** | **$16,858.20** |

**Elene Mebuke**

| | |
|---|---|
| **From:** | Stephen Franklin <sfranklinusdc@aol.com> |
| **Sent:** | Friday, August 11, 2023 11:25 AM |
| **To:** | Sean Pak |
| **Cc:** | Elene Mebuke |
| **Subject:** | [SUSPICIOUS MESSAGE] 3-DAY TRANSCRIPT REQUEST:  Google v. Sonos |
| **Attachments:** | FCR W-9.pdf |

[EXTERNAL EMAIL from sfranklinusdc@aol.com]

Hearing held 8/10/23 before Judge William Alsup

Please follow these instructions in orer to receive your copies of the transcript:

Your firm's check MUST be made as follows:

FRANKLIN COURT REPORTING, INC.
623 ROCK STREET
LITTLE ROCK, AR  72202

AMOUNT:  $144.00

Please print a copy of this email and include with payment for reference.

If overnighting, please do NOT require a signature.

I am attaching a signed W-9 for your accounting department.

Your transcript will be emailed to you within 3 days of receipt of payment.

PLEASE NOTE:  I do use PayPal for electronic invoicing if you would like to use a credit card.  Please advise and I will email the invoice to you.  This will save time and get the transcript to you faster, as well.

PLEASE ALSO NOTE:  Another ordering party is ordering the ORIGINAL.  This estimate is at the copy rate and is based on my timely receipt of the ORIGINAL costs.  If, for some unforeseen reason, I do not receive the original deposit, the amount will change from $144.00 to $496.00.  (JUST an FYI.  I will advise you if this happens.)

Regards,

Stephen W. Franklin, RMR, CRR, CPE
Official Court Reporter
Northern District of California
San Francisco, California
561-313-8439

ST44 Rev. 04/18
Derived from AO44 Rev. 04/18

# UNITED STATES DISTRICT COURT
## For the San Francisco

INVOICE 202300089

| | MAKE CHECKS PAYABLE TO: |
|---|---|
| Sean Pak<br>Quinn Emanuel Urquhart & Sullivan (SF)<br>50 California Street<br>22nd Floor<br>San Francisco, CA 94111<br>(415) 875-6600<br>seanpak@quinnemanuel.com | Ruth Levine Ekhaus, RMR, RDR, FCRR, CSR 12219<br>Official Court Reporter<br>450 Golden Gate Avenue<br>16th Floor<br>San Francisco, CA 94102<br>(415) 336-5223<br>ruth_ekhaus@cand.uscourts.gov |

| __ CRIMINAL    X CIVIL | DATE ORDERED:<br>07-25-2023 | DATE DELIVERED:<br>07-25-2023 |
|---|---|---|

In the matter of: 20-cv-06754-WHA, Google v Sonos

Delivery of PDF, ASCII, and Condensed formats, and rough draft of jury trial proceedings heard before the Honorable William H. Alsup on 5/26/2023, Volume 12.  (Split with opposing counsel.)

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | 42 | 0.60 | 25.20 | 25.20 |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| 3-Day | | | | | | | | | | |
| Daily | | | | 10 | 1.20 | 12.00 | | | | 12.00 |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |
| Misc. | Rough Draft 21 pages @$3.05 + 1/2 page daily $.60 | | | | | | | | Misc. Charges | 64.65 |
| | | | | | | | | | Subtotal | 101.85 |
| | | | | | | | | Less Discount for Late Delivery | | |
| | | | | | | | | Tax (If Applicable) | | |
| | | | | | | | | Less Amount of Deposit | | |
| | | | | | | | | Total Refund | | |
| | | | | | | | | Total Due | | 101.85 |

ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day delivery rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE:<br>Ruth Levine Ekhaus | DATE:<br>07-25-2023 |
|---|---|

DISTRIBUTION:    TO PARTY (2 copies - 1 to be returned with payment)    COURT REPORTER    COURT REPORTER SUPERVISOR

ST44 Rev. 04/18
Derived from AO44 Rev. 04/18

# UNITED STATES DISTRICT COURT
## For the Northern District of California

INVOICE 20230120

| Sean Pak, Esq.<br>Quinn, Emanuel<br>50 California Street<br>22nd Floor<br>San Francisco, CA 94111 | **MAKE CHECKS PAYABLE TO:**<br>Belle Ball, CSR<br>Official Reporter, USDC<br>450 Golden Gate Avenue<br>16th Floor<br>San Francisco, CA 94102<br>(415) 373-2529<br>belle_ball@cand.uscourts.gov |
|---|---|

| __ CRIMINAL      ☒ CIVIL | DATE ORDERED:<br>05-25-2023 | DATE DELIVERED: |
|---|---|---|

**In the matter of:** 20-CV-06754-WHA, Sonos, Inc. v Google LLP

Transcript of proceedings before Hon. William Alsup on May 24, 2023
(Volume 11 of Trial Transcript, hearing on Rule 50 motions)
(Original split between parties, PDF, ASCII and Condensed copies.  Plus one RT hookup)

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| 3-Day | | | | | | | | | | |
| Daily | 43 | 7.25 | 311.75 | 86 | 1.20 | 103.20 | 76 | 0.90 | 68.40 | 483.35 |
| Hourly | | | | | | | | | | |
| Realtime | 80 | 3.05 | 244.00 | | | | | | | 244.00 |
| Misc. | | | | | | | | | Misc. Charges | |
| | | | | | | | | | **Subtotal** | 727.35 |
| | | | | | | | | Less Discount for Late Delivery | | |
| | | | | | | | | Tax (If Applicable) | | |
| | | | | | | | | Less Amount of Deposit | | |
| | | | | | | | | Total Refund | | |
| | | | | | | | | **Total Due** | | 727.35 |

ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day delivery rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE:<br>/s/ Belle Ball, CSR 8785 | DATE:<br>05-28-2023 |
|---|---|

**DISTRIBUTION:**    TO PARTY (2 copies - 1 to be returned with payment)    COURT REPORTER    COURT REPORTER SUPERVISOR

**Gina Herrera**

---

**Subject:**                   FW: Google v Sonos Trial 20-06754

**Importance:**               High

---

**From:** Marla Knox <Marla_Knox@cand.uscourts.gov>
**Sent:** Wednesday, May 3, 2023 5:53 AM
**To:** Joseph LeRoy <josephleroy@quinnemanuel.com>
**Cc:** Sean Pak <seanpak@quinnemanuel.com>
**Subject:** Google v Sonos Trial 20-06754

[EXTERNAL EMAIL from marla_knox@cand.uscourts.gov]

Morning,

I am the Official Court Reporter for the above-mentioned trial.   I have outlined details for the required deposit to receive hourly transcripts of the trial as well as 4 real-time feeds.

The estimated pages for **8** trial days is **1,100** pages at **$4.23 + $1.20 + $.90** per page (this includes a pdf at an hourly rate, which means you will get the transcript same day, and an ASCii and Condensed copies) and **2** real-time in-court hookups and **2** remote real-time feeds at **$2.10** per page (**TOTAL $14.73/pp**) = **$16,203.00 TOTAL.**

Please have a check made payable to **MK Litigation Solutions, Inc.**  You can bring it to the courtroom if that's convenient prior to trial or send proof payment (check image and/or tracking number).  Otherwise, please mail it to:  Marla Knox, Official Court Reporter, 450 Golden Gate Avenue, 16th Floor, San Francisco, CA  94102.

Attached is my W9 for your convenience.

Also, once trial has concluded, a final invoice will be generated.  If there is any balance owing, it will be due within 48 hours.  If there is a refund due, it will be sent within 48 hours.

Thank you!


Marla F. Knox, RPR, CRR, RMR
United States Official Court Reporter
450 Golden Gate Avenue - 16th Floor
San Francisco, California  94102



AO 44 (Rev. 04/18)

# UNITED STATES DISTRICT COURT

for the

Northern District of California

| **INVOICE** | NUMBER 202301426 |
|---|---|

| TO: Mr. Sean Pak<br>Quinn Emanuel Urquhart & Sullivan, LLP<br>50 California Street - 22nd Floor<br>San Francisco, CA, 94111<br><br>PHONE:  (415) 875-6600<br>FAX: | MAKE CHECK PAYABLE TO:<br>MK Litigation Solutions, Inc./ Marla Knox<br>450 Golden Gate Avenue-16th Floor<br>San Francisco<br>CA<br><br>PHONE:  (602) 391-6990 |
|---|---|

## TRANSCRIPTS

| ☐ CRIMINAL    ☑ CIVIL | DATE ORDERED<br>05/08/2023 | DATE DELIVERED<br>05/08/2023 |
|---|---|---|

IN THE MATTER OF (CASE NUMBER AND TITLE)
CV-20-06754, Sonos, Inc. v Google, LLC

### CHARGES

| CATEGORY | ORIGINAL | | | 1ST COPY | | | ADDITIONAL COPIES | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | |
| Ordinary | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| 14-Day | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| Expedited | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| 3-Day | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| Daily | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| Hourly | 891 | 7.25 | ,459.75 | 891 | 1.20 | ,069.20 | 1783 | 1.80 | 209.40 | 10,738.35 |
| Realtime | 1783 | 2.10 | ,744.30 | 1783 | 2.10 | ,744.30 | | | | 14,977.20 |

| For proceedings on (Date):     05/08/2023 | **TOTAL** | 25,715.55 |
|---|---|---|
| Payment due upon receipt | LESS DISCOUNT FOR LATE DELIVERY | |
| | ADD AMOUNT OF DEPOSIT | 16,203.00 |
| | **AMOUNT DUE (OR REFUND)** | 9,512.55 |

### ADDITIONAL INFORMATION

Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day *delivery* rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

### CERTIFICATION

I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE OF OFFICIAL COURT REPORTER<br>MK Litigation Solutions, Inc./ Marla Knox | DATE<br>06/01/2023 |
|---|---|

| DISTRIBUTION:    TO PARTY (2 copies - 1 to be returned with payment)    COURT REPORTER    COURT REPORTER SUPERVISOR |
|---|

Print    Save As...    Reset

ST44 Rev. 04/18
Derived from AO44 Rev. 04/18

# UNITED STATES DISTRICT COURT
## For the Northern District of California

INVOICE 20231206

| Sean Pak<br>QUINN EMANUEL URQUART & SULLIVAN LLP (SF<br>50 California Street, 22nd Floor<br>San Francisco, CA 94111<br>(415) 875-6600<br>seanpak@quinnemanuel.com | **MAKE CHECKS PAYABLE TO:**<br>Ana M. Dub, CSR 7445, RDR, RMR, CRR<br>Official Reporter<br>U.S. District Court<br>450 Golden Gate Avenue, 16th Floor<br>San Francisco, CA 94102<br>(415) 290-1651<br>ana_dub@cand.uscourts.gov |
|---|---|

| __ CRIMINAL    X CIVIL | DATE ORDERED:<br>04-14-2023 | DATE DELIVERED:<br>05-21-2023 |
|---|---|---|

In the matter of: 20-06754, Google LLC v Sonos, Inc.

2 courtroom realtime and 2 remote realtime feeds and Same-Day Delivery of PDF, TXT, and Condensed of Pretrial Conference (132 pages) and Volume 1 (168 pages) of Jury Trial Proceedings heard before Judge William H. Alsup on 5/03/23 and 5/-8/23. Cost of Original transcript split with Orrick, Herrington & Stucliffe firm.

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | 3.65 | | | 0.90 | | | 0.60 | | |
| 14-Day | | 4.25 | | | 0.90 | | | 0.60 | | |
| Expedited | | 4.85 | | | 0.90 | | | 0.60 | | |
| 3-Day | | 5.45 | | | 1.05 | | | 0.75 | | |
| Daily | | 6.05 | | | 1.20 | | | 0.90 | | |
| Hourly | 300 | 4.23 | 1269.00 | 300 | 1.20 | 360.00 | 300 | 0.90 | 270.00 | 1899.00 |
| Realtime | 300 | 6.00 | 1800.00 | | | | | | | 1800.00 |
| Misc. | | | | | | | | | Misc. Charges | |
| | | | | | | | | | **Subtotal** | 3699.00 |
| | | | | | | | | Less Discount for Late Delivery | | |
| | | | | | | | | Tax (If Applicable) | | |
| **Date:** 05-02-2023 | | **Check:** 546681 | | | | | | Less Amount of Deposit | | 3535.20 |
| | | | | | | | | Total Refund | | |
| | | | | | | | | **Total Due** | | 163.80 |

## ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day delivery rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

## CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE:<br>Ana M. Dub | DATE:<br>05-21-2023 |
|---|---|

**DISTRIBUTION:**    TO PARTY (2 copies - 1 to be returned with payment)    COURT REPORTER    COURT REPORTER SUPERVISOR

**From:** Ana Dub <Ana_Dub@cand.uscourts.gov>
**Sent:** Tuesday, May 2, 2023 7:49 AM
**To:** Joseph LeRoy <josephleroy@quinnemanuel.com>; Sean Pak <seanpak@quinnemanuel.com>
**Cc:** Marla Knox <Marla_Knox@cand.uscourts.gov>
**Subject:** Google vs. Sonos PTC and Voir Dire

[EXTERNAL EMAIL from ana_dub@cand.uscourts.gov]



Please bring a deposit check made out to me to the courtroom tomorrow in the amount of $3535.20. Attached is my W-9. I estimate the pages for the PTC and Voir Dire to be 80 and 160. Below is the breakdown:

$6.33/per page and $8.40/real-time = $14.73/per page

Breakdown:  O&1 ($7.25 + $1.20 divided by 2) = $4.23
            Condensed - $1.20
            ASCII/txt - $.90
            2 courtroom realtime @ $2.10/per page
            2 remote realtime @$2.10/per page

If my estimate is low, I will bill for the remainder. If my estimate is high, I will refund your firm the balance.

Best regards,

**Ana M. Dub, Official Court Reporter, CSR No. 7445**
RDR, CRR, CCRR, CRG, CCG, Realtime System Administrator
450 Golden Gate Avenue, 16th Floor
San Francisco, CA 94102
United States District Court
Northern District of California
https://cand.uscourts.gov
Office: (415) 290-1651

**Dipti Patel C/O Liberty Transcripts**
7306 Danwood Drive
Austin, TX  78759
(847) 848-4907
dbpatel1180@gmail.com
www.libertytranscripts.com

# Invoice  23394

LIBERTY TRANSCRIPTS

**BILL TO**

Quinn Emanuel Urquhart &
Sullivan LLP San Francisco
50 California Street
22nd Floor
San Francisco, CA  94111

| DATE | PLEASE PAY | DUE DATE |
|------|------------|----------|
| 04/25/2023 | **$29.40** | 04/25/2023 |

| DATE | DESCRIPTION OF SERVICES | PAGES | PAGE RATE | TOTAL |
|------|-------------------------|-------|-----------|-------|
| 04/25/2023 | Google LLC v. Sonos Inc., 20-CV-06754-WHA \| 3-Day Copy Transcript Request of 4/20/23 Telephonic Case Management Conference - Deposit Requested | 28 | 1.05 | 29.40 |

I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.
/s/ Dipti Patel

|  | TOTAL DUE | $29.40 |
|--|-----------|--------|

THANK YOU.

Effective 4/14/2023,  a service charge of 1.5% per month will be applied to all past due balances.  ($5.00 minimum charge)

ST44 Rev. 04/18
Derived from AO44 Rev. 04/18

# UNITED STATES DISTRICT COURT
## For the Northern District of California

INVOICE 20230024

### MAKE CHECKS PAYABLE TO:

Llindsay Cooper, Esq.
Quinn, Emanuel
50 California Street
22nd Floor
San Francisco, CA 94111

Belle Ball, CSR
Official Reporter, USDC
450 Golden Gate Avenue
16th Floor
San Francisco, CA 94102
(415) 373-2529
belle_ball@cand.uscourts.gov

| __ CRIMINAL    X CIVIL | DATE ORDERED: 03-31-2023 | DATE DELIVERED: |
|---|---|---|

**In the matter of:** 20-CV-06754-WHA, Google LLP v Sonos, Inc.

\*\*\*ESTIMATED INVOICE FOR TRANSCRIPT\*\*\*
Transcript of proceedings before Hon. William Alsup on March 30, 2023
(O/PDF and Condensed PDF, three-day delivery)

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| 3-Day | 110 | 5.45 | 599.50 | 110 | 1.05 | 115.50 | | | | 715.00 |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |
| Misc. | | | | | | Misc. Charges | | | | |
| | | | | | | **Subtotal** | | | | 715.00 |
| | | | | | | Less Discount for Late Delivery | | | | |
| | | | | | | Tax (If Applicable) | | | | |
| | | | | | | Less Amount of Deposit | | | | |
| | | | | | | Total Refund | | | | |
| | | | | | | **Total Due** | | | | 715.00 |

### ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day delivery rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

### CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE: /s/ Belle Ball, CSR 8785 | DATE: 03-31-2023 |
|---|---|

**DISTRIBUTION:**    TO PARTY (2 copies - 1 to be returned with payment)    COURT REPORTER    COURT REPORTER SUPERVISOR



**AD HOC
REPORTING**

2220 Otay Lakes Road
Suite 502-85
Chula Vista, CA 91915

**(619) 236-9325**

AdHocReporting
@aol.com

## INVOICE

DATE:          February 24, 2023          INVOICE NO.: 23-26114

TO:            LINDSAY COOPER
               Quinn Emanuel Urquhart & Sullivan, LLP
               50 California Street, 22nd Floor
               San Francisco, CA 94111

CASE NO:       20-cv-06754-WHA

CASE NAME:     Google LLC v. Sonos, Inc.

DATE(S) OF     2/24/2023 - Judge Ryu
PROCEEDINGS:   (Transcript of Zoom Motion Hearing)


* * * * * * * * * * * * * * * * * * * * * * * * * * * * *


|                                | Pages | Cost/Page | Total Due |
|--------------------------------|-------|-----------|-----------|
| **3-Day Delivery of PDF:**     |       |           |           |
| 2/23/2023                      | 17    | 5.45      | 92.65     |
| **3-Day Delivery of Condensed:** |     |           |           |
| 2/23/2023                      | 17    | 1.05      | 17.85     |

Total Due  **$  110.50**


**I certify that the transcript fees charged and page format
used comply with the requirements of this court and the
Judicial Conference of the United States.**

_Peggy Schuerger_

Peggy Schuerger
***Ad Hoc Reporting***
Approved Transcription Provider
for the U.S. District Court,
Northern District of California


**OUR TAX ID NUMBER IS:   33-0778397**

ST44 Rev. 04/18
Derived from AO44 Rev. 04/18

# UNITED STATES DISTRICT COURT
## For the Northern District of California

INVOICE 20221062

Lindsay Cooper
QUINN EMANUEL URQUART & SULLIVAN LLP (SF
50 California Street, 22nd Floor
San Francisco, CA 94111
(415) 875-6449
lindsaycooper@quinnemanuel.com

**MAKE CHECKS PAYABLE TO:**
Ana M. Dub, CSR 7445, RDR, RMR, CRR
Official Reporter
U.S. District Court
450 Golden Gate Avenue, 16th Floor
San Francisco, CA 94102
(415) 290-1651
ana_dub@cand.uscourts.gov

| __ CRIMINAL  X CIVIL | DATE ORDERED: 12-08-2022 | DATE DELIVERED: 12-15-2022 |
|---|---|---|

**In the matter of:** 20-CV-06754 & 21-CV-07559, Google LLC v Sonos, Inc.

EXPEDITED 7-DAY Delivery PDF and CONDENSED of Proceedings heard before Judge William H. Alsup on December 8, 2022.

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | 3.65 | | | 0.90 | | | 0.60 | | |
| 14-Day | | 4.25 | | | 0.90 | | | 0.60 | | |
| Expedited | 34 | 4.85 | 164.90 | 34 | 0.90 | 30.60 | | 0.60 | | 195.50 |
| 3-Day | | 5.45 | | | 1.05 | | | 0.75 | | |
| Daily | | 6.05 | | | 1.20 | | | 0.90 | | |
| Hourly | | 7.25 | | | 1.20 | | | 0.90 | | |
| Realtime | | 3.05 | | | | | | | | |
| Misc. | | | | | | | | Misc. Charges | | |
| | | | | | | | | **Subtotal** | | 195.50 |
| | | | | | | | Less Discount for Late Delivery | | | |
| | | | | | | | Tax (If Applicable) | | | |
| | | | | | | | Less Amount of Deposit | | | |
| | | | | | | | Total Refund | | | |
| | | | | | | | **Total Due** | | | 195.50 |

### ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day delivery rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

### CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE: Ana M. Dub | DATE: 12-15-2022 |
|---|---|

**DISTRIBUTION:**    TO PARTY (2 copies - 1 to be returned with payment)    COURT REPORTER    COURT REPORTER SUPERVISOR

ST44 Rev. 04/18
Derived from AO44 Rev. 04/18

# UNITED STATES DISTRICT COURT
## For the San Francisco

INVOICE 202200122

| | MAKE CHECKS PAYABLE TO: |
|---|---|
| Lindsay Cooper<br>Quinn Emanuel Urquhart & Sullivan (SF)<br>50 California Street<br>22nd Floor<br>San Francisco, CA 94111<br>(415) 587-6600<br>lindsaycooper@quinnemanuel.com | Ruth Levine Ekhaus, RDR, FCRR, CSR No. 12219<br>Official Court Reporter<br>450 Golden Gate Avenue<br>16th Floor<br>San Francisco, CA 94102<br>(415) 336-5223<br>ruth_ekhaus@cand.uscourts.gov |

| __ CRIMINAL    X  CIVIL | DATE ORDERED: 07-18-2022 | DATE DELIVERED: |
|---|---|---|

**In the matter of:** , Google v Sonos

DEPOSIT on estimated pages

3-day delivery of PDF of proceedings before the Honorable William Alsup on

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| 3-Day | 104 | 5.45 | 566.80 | 104 | 1.05 | 109.20 | | | | 676.00 |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |
| Misc. | | | | | | | Misc. Charges | | | |
| | | | | | | | **Subtotal** | | | 676.00 |
| | | | | | | Less Discount for Late Delivery | | | | |
| | | | | | | Tax (If Applicable) | | | | |
| | | | | | | Less Amount of Deposit | | | | |
| | | | | | | Total Refund | | | | |
| | | | | | | **Total Due** | | | | 676.00 |

## ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day delivery rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

## CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE: Ruth Levine Ekhaus | DATE: 07-18-2022 |
|---|---|

**DISTRIBUTION:**    TO PARTY (2 copies - 1 to be returned with payment)    COURT REPORTER    COURT REPORTER SUPERVISOR

ST44 Rev. 04/18
Derived from AO44 Rev. 04/18

# UNITED STATES DISTRICT COURT
## For the San Francisco

INVOICE 202200125

**MAKE CHECKS PAYABLE TO:**

| | |
|---|---|
| Lindsay Cooper<br>Quinn Emanuel Urquhart & Sullivan (SF)<br>50 California Street<br>22nd Floor<br>San Francisco, CA 94111<br>(415) 587-6600<br>lindsaycooper@quinnemanuel.com | Ruth Levine Ekhaus, RDR, FCRR, CSR No. 12219<br>Official Court Reporter<br>450 Golden Gate Avenue<br>16th Floor<br>San Francisco, CA 94102<br>(415) 336-5223<br>ruth_ekhaus@cand.uscourts.gov |

| __ CRIMINAL    X  CIVIL | DATE ORDERED:<br>07-21-2022 | DATE DELIVERED:<br>07-21-2022 |
|---|---|---|

**In the matter of:** 20-CV-06754-WHA, Google, LLC v Sonos, Inc.

3-day delivery of PDF and condensed formats of proceedings before the Honorable William Alsup on 7/13/2022.

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| 3-Day | 114 | 5.45 | 621.30 | 114 | 1.05 | 119.70 | | | | 741.00 |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |
| Misc. | | | | | | Misc. Charges | | | | |
| | | | | | | **Subtotal** | | | | 741.00 |
| | | | | | | Less Discount for Late Delivery | | | | |
| | | | | | | Tax (If Applicable) | | | | |
| **Date:** 07-20-2022 | | **Check:** SCAN | | | | Less Amount of Deposit | | | | 676.00 |
| | | | | | | Total Refund | | | | |
| | | | | | | **Total Due** | | | | 65.00 |

ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day delivery rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE:<br>Ruth Levine Ekhaus | DATE:<br>07-21-2022 |
|---|---|

**DISTRIBUTION:**    TO PARTY (2 copies - 1 to be returned with payment)    COURT REPORTER    COURT REPORTER SUPERVISOR

ECHO REPORTING, INC.

9711 CACTUS STREET, SUITE B
LAKESIDE, CA 92040
(858)453-7590

# Invoice

| Date | Invoice # |
|------|-----------|
| 6/6/22 | 33774 |

| Bill To |
|---------|
| QUINN EMANUEL, LLP<br>50 CALIFORNIA STREET, 22ND FLOOR<br>SAN FRANCISCO, CA 94111<br>ATTN: LINDSAY COOPER, ESQ. |

| echoreporting@yahoo.com | Date Ordered | Criminal/Civil | Terms | Date Delivered |
|---|---|---|---|---|
| | CIVIL | | UPON RECEIPT | 6/3/22 |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 26 | SONOS VS. GOOGLE<br>Case No. C 21-07559<br>Held in San Francisco, California<br>Before the Honorable William Alsup<br>6/1/22 Transcript of Proceedings<br>COPY AS PER ORDER | 0.90 | 23.40 |

CERTIFICATION ~ I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

/s/ Tara Jauregui

Additional Information ~ Full price may be charged only if the transcript is delivered within the required time frame. For Example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be for 14-day delivery rate.

| **Total** | $23.40 |
|-----------|--------|

ST44 Rev. 04/18
Derived from AO44 Rev. 04/18

# UNITED STATES DISTRICT COURT
## For the San Francisco

INVOICE 202200080

**MAKE CHECKS PAYABLE TO:**

| | |
|---|---|
| Lindsay Cooper<br>Quinn Emanuel Urquhart & Sullivan (SF)<br>50 California Street<br>22nd Floor<br>San Francisco, CA 94111<br>(415) 587-6600<br>lindsaycooper@quinnemanuel.com | Ruth Levine Ekhaus, RDR, FCRR, CSR No. 12219<br>Official Court Reporter<br>450 Golden Gate Avenue<br>16th Floor<br>San Francisco, CA 94102<br>(415) 336-5223<br>ruth_ekhaus@cand.uscourts.gov |

| X CRIMINAL    __ CIVIL | DATE ORDERED:<br>05-20-2022 | DATE DELIVERED:<br>05-20-2022 |
|---|---|---|

In the matter of: 20-CV-06754-WHA, Google v Sonos

3-day delivery of PDF and condensed formats of proceedings before the Honorable William Alsup on 5/18/2022.

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| 3-Day | | | | 6 | 1.05 | 6.30 | 6 | 0.75 | 4.50 | 10.80 |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |
| Misc. | | | | | | | | | | |

| | |
|---|---|
| Misc. Charges | |
| **Subtotal** | 10.80 |
| Less Discount for Late Delivery | |
| Tax (If Applicable) | |
| Less Amount of Deposit | |
| Total Refund | |
| **Total Due** | 10.80 |

## ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day delivery rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

## CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE:<br>Ruth Levine Ekhaus | DATE:<br>05-20-2022 |
|---|---|

**DISTRIBUTION:**    TO PARTY (2 copies - 1 to be returned with payment)    COURT REPORTER    COURT REPORTER SUPERVISOR

ST44 Rev. 04/18
Derived from AO44 Rev. 04/18

# UNITED STATES DISTRICT COURT
## For the NORTHERN DISTRICT OF CALIFORIA

INVOICE 20221257

**MAKE CHECKS PAYABLE TO:**

Lindsay Cooper, Esq.
Quinn Emanuel Urquhart Sullivan
50 California Street, 22nd Floor
San Francisco, CA 94111

Katherine Powell Sullivan, CSR, RMR, CRR
Official Court Reporter (Retired)
18182 Carmel Drive
Castro Valley, CA 94546
(415) 794-6659
ksullivancsr@gmail.com
Tax ID: 47-4915430

| | | | |
|---|---|---|---|
| __ CRIMINAL   **X** CIVIL | DATE ORDERED: **03-28-2022** | DATE DELIVERED: | |

**In the matter of:** 20-CV-6754, Google, LLC v Sonos, Inc.

Cost to prepare the original and one pdf copy and one condensed of the Transcript of Proceedings held on 3/24/22, before Hon. Donna M. Ryu, Magistrate Judge.

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| 3-Day | 19 | 5.45 | 103.55 | 19 | 1.05 | 19.95 | | | | 123.50 |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |
| Misc. | | | | | | | | Misc. Charges | | |
| | | | | | | | | **Subtotal** | | 123.50 |
| | | | | | | | Less Discount for Late Delivery | | | |
| | | | | | | | Tax (If Applicable) | | | |
| | | | | | | | Less Amount of Deposit | | | |
| | | | | | | | Total Refund | | | |
| | | | | | | | **Total Due** | | | 123.50 |

## ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day delivery rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

## CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE: s/Katherine Powell Sullivan | DATE: **03-29-2022** |
|---|---|

**DISTRIBUTION:**   TO PARTY (2 copies - 1 to be returned with payment)   COURT REPORTER   COURT REPORTER SUPERVISOR

ST44 Rev. 04/18
Derived from AO44 Rev. 04/18

# UNITED STATES DISTRICT COURT
## For the Northern District of California

INVOICE 20220837

| Lindsay Cooper<br>QUINN EMANUEL URQUART & SULLIVAN LLP<br>50 California Street, 22nd Floor<br>San Francisco, CA 94111<br>(415) 875-6449<br>lindsaycooper@quinnemanuel.com | **MAKE CHECKS PAYABLE TO:**<br>Ana M. Dub, CSR 7445, RDR, RMR, CRR<br>Official Reporter<br>U.S. District Court<br>450 Golden Gate Avenue, 16th Floor<br>San Francisco, CA 94102<br>(415) 290-1651<br>ana_dub@cand.uscourts.gov |
|---|---|

| __ CRIMINAL    ☒ CIVIL | DATE ORDERED:<br>02-24-2022 | DATE DELIVERED:<br>02-28-2022 |
|---|---|---|

In the matter of: C 21-07559, Sonos, Inc. v Google LLC

3-DAY Delivery PDF and CONDENSED of Proceedings heard before Judge William H. Alsup on February 24, 2022.

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | 3.65 | | | 0.90 | | | 0.60 | | |
| 14-Day | | 4.25 | | | 0.90 | | | 0.60 | | |
| Expedited | | 4.85 | | | 0.90 | | | 0.60 | | |
| 3-Day | 23 | 5.45 | 125.35 | 23 | 1.05 | 24.15 | | 0.75 | | 149.50 |
| Daily | | 6.05 | | | 1.20 | | | 0.90 | | |
| Hourly | | 7.25 | | | 1.20 | | | 0.90 | | |
| Realtime | | 3.05 | | | | | | | | |
| Misc. | | | | | | | Misc. Charges | | | |
| | | | | | | | **Subtotal** | | | 149.50 |
| | | | | | | | Less Discount for Late Delivery | | | |
| | | | | | | | Tax (If Applicable) | | | |
| | | | | | | | Less Amount of Deposit | | | |
| | | | | | | | Total Refund | | | |
| | | | | | | | **Total Due** | | | 149.50 |

## ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day delivery rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

## CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE:<br>Ana M. Dub | DATE:<br>02-28-2022 |
|---|---|

**DISTRIBUTION:**    TO PARTY (2 copies - 1 to be returned with payment)    COURT REPORTER    COURT REPORTER SUPERVISOR

AO 44 (Rev. 04/18)

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| **INVOICE** | **NUMBER**<br>202201001 |
|---|---|

TO: Quinn Emanuel Urquhart & Sullivan, LLP
Ms. Lindsay Cooper
50 California Street - 22nd Floor
San Francisco, CA, 94111

PHONE: (415) 875-6449
FAX:

MAKE CHECK PAYABLE TO:
MK Litigation Solutions, Inc./ Marla Knox
450 Golden Gate Avenue-16th Floor
San Francisco, CA 94102

PHONE: (602) 391-6990

### TRANSCRIPTS

☐ CRIMINAL  ☑ CIVIL

DATE ORDERED 01/13/2022

DATE DELIVERED 01/17/2022

IN THE MATTER OF (CASE NUMBER AND TITLE)
21-07559, Sonos v Google

### CHARGES

| CATEGORY | ORIGINAL | | | 1ST COPY | | | ADDITIONAL COPIES | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | |
| Ordinary | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| 14-Day | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| Expedited | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| 3-Day | 25 | 5.45 | 136.25 | | | 0.00 | | | 0.00 | 136.25 |
| Daily | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| Hourly | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| Realtime | | | 0.00 | | | 0.00 | | | | 0.00 |

For proceedings on (Date): 01/13/2022

| | **TOTAL** | 136.25 |
|---|---|---|
| | LESS DISCOUNT FOR LATE DELIVERY | |
| | ADD AMOUNT OF DEPOSIT | |
| | **AMOUNT DUE (OR REFUND)** | 136.25 |

### ADDITIONAL INFORMATION

Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day *delivery* rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

### CERTIFICATION

I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE OF OFFICIAL COURT REPORTER
MK Litigation Solutions, Inc./ Marla Knox

DATE 01/13/2022

DISTRIBUTION: TO PARTY (2 copies - 1 to be returned with payment) COURT REPORTER COURT REPORTER SUPERVISOR

AO 44 (Rev. 04/18)

# UNITED STATES DISTRICT COURT

for the

Northern District of California

| **INVOICE** | NUMBER 202201001 |
|---|---|

| TO: Quinn Emanuel Urquhart & Sullivan, LLP<br>Attn: Ms. Lindsay Cooper<br>50 California Street - 22nd Floor<br>San Francisco, CA, 94111 | MAKE CHECK PAYABLE TO:<br>MK Litigation Solutions, Inc./ Marla Knox<br>450 Golden Gate Avenue-16th Floor<br>San Francisco, CA 94102 |
|---|---|
| PHONE:  (415) 875-6449 | |
| FAX: | PHONE:  (602) 391-6990 |

## TRANSCRIPTS

| ☐ CRIMINAL    ☑ CIVIL | DATE ORDERED<br>01/13/2022 | DATE DELIVERED<br>01/17/2022 |
|---|---|---|

IN THE MATTER OF (CASE NUMBER AND TITLE)
21-07559, Sonos v Google

## CHARGES

| CATEGORY | ORIGINAL | | | 1ST COPY | | | ADDITIONAL COPIES | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | |
| Ordinary | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| 14-Day | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| Expedited | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| 3-Day | 29 | 5.45 | 158.05 | | | 0.00 | | | 0.00 | 158.05 |
| Daily | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| Hourly | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| Realtime | | | 0.00 | | | 0.00 | | | | 0.00 |

| For proceedings on (Date):    01/13/2022 | **TOTAL** | 158.05 |
|---|---|---|
| | LESS DISCOUNT FOR LATE DELIVERY | |
| | ADD AMOUNT OF DEPOSIT | 136.25 |
| | **AMOUNT DUE (OR REFUND)** | 21.80 |

## ADDITIONAL INFORMATION

Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day *delivery* rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

## CERTIFICATION

I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE OF OFFICIAL COURT REPORTER<br>MK Litigation Solutions, Inc./ Marla Knox | DATE<br>01/13/2022 |
|---|---|

DISTRIBUTION:    TO PARTY (2 copies - 1 to be returned with payment)    COURT REPORTER    COURT REPORTER SUPERVISOR

ST44 Rev. 04/18
Derived from AO44 Rev. 04/18

# UNITED STATES DISTRICT COURT
## For the San Francisco

| INVOICE 202200002 | **MAKE CHECKS PAYABLE TO:** |
|---|---|

| | |
|---|---|
| Lindsay Cooper<br>Quinn Emanuel Urquhart & Sullivan (SF)<br>50 California Street<br>22nd Floor<br>San Francisco, CA 94111<br>(415) 587-6600<br>lindsaycooper@quinnemanuel.com | Ruth Levine Ekhaus, RDR, FCRR, CSR No. 12219<br>Official Court Reporter<br>450 Golden Gate Avenue<br>16th Floor<br>San Francisco, CA 94102<br>(415) 336-5223<br>ruth_ekhaus@cand.uscourts.gov |

| X CRIMINAL    __ CIVIL | DATE ORDERED:<br>01-07-2022 | DATE DELIVERED: |
|---|---|---|

**In the matter of:** 20-CV-06754-WHA, Google v Sonos

3-day delivery of PDF and condensed formats of proceedings before the Honorable William Alsup on 1/6/2022.

***** ESTIMATE FOR PURPOSES OF DEPOSIT *****

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| 3-Day | 23 | 5.45 | 125.35 | 23 | 1.05 | 24.15 | | | | 149.50 |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |
| Misc. | | | | | | | | Misc. Charges | | |
| | | | | | | | | Subtotal | | 149.50 |
| | | | | | | | Less Discount for Late Delivery | | | |
| | | | | | | | Tax (If Applicable) | | | |
| | | | | | | | Less Amount of Deposit | | | |
| | | | | | | | Total Refund | | | |
| | | | | | | | **Total Due** | | | 149.50 |

## ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day delivery rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

## CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE:<br>Ruth Levine Ekhaus | DATE:<br>01-07-2022 |
|---|---|

**DISTRIBUTION:**    TO PARTY (2 copies - 1 to be returned with payment)    COURT REPORTER    COURT REPORTER SUPERVISOR

ST44 Rev. 04/18
Derived from AO44 Rev. 04/18

# UNITED STATES DISTRICT COURT
## For the San Francisco

INVOICE 202200002

**MAKE CHECKS PAYABLE TO:**

| | |
|---|---|
| Lindsay Cooper<br>Quinn Emanuel Urquhart & Sullivan (SF)<br>50 California Street<br>22nd Floor<br>San Francisco, CA 94111<br>(415) 587-6600<br>lindsaycooper@quinnemanuel.com | Ruth Levine Ekhaus, RDR, FCRR, CSR No. 12219<br>Official Court Reporter<br>450 Golden Gate Avenue<br>16th Floor<br>San Francisco, CA 94102<br>(415) 336-5223<br>ruth_ekhaus@cand.uscourts.gov |

| X  CRIMINAL __ CIVIL | DATE ORDERED: 01-07-2022 | DATE DELIVERED: 01-23-2022 |
|---|---|---|

In the matter of: 20-CV-06754-WHA, Google v Sonos

3-day delivery of PDF and condensed formats of proceedings before the Honorable William Alsup on 1/6/2022.

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| 3-Day | 25 | 5.45 | 136.25 | 25 | 1.05 | 26.25 | | | | 162.50 |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |
| Misc. | | | | | | | Misc. Charges | | | |
| | | | | | | | **Subtotal** | | | 162.50 |
| | | | | | | | Less Discount for Late Delivery | | | |
| | | | | | | | Tax (If Applicable) | | | |
| **Date: 01-23-2022** | | **Check: 535401** | | | | | Less Amount of Deposit | | | 149.50 |
| | | | | | | | Total Refund | | | |
| | | | | | | | **Total Due** | | | 13.00 |

### ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day delivery rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

### CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE: Ruth Levine Ekhaus | DATE: 01-23-2022 |
|---|---|

**DISTRIBUTION:**    TO PARTY (2 copies - 1 to be returned with payment)    COURT REPORTER    COURT REPORTER SUPERVISOR

ST44 Rev. 04/18
Derived from AO44 Rev. 04/18

# UNITED STATES DISTRICT COURT
## For the San Francisco

INVOICE 202001988

| | **MAKE CHECKS PAYABLE TO:** |
|---|---|
| Quinn Emanuel Urquhart & Sullivan (SF)<br>50 California Street<br>22nd Floor<br>San Francisco, CA 94111 | Ruth Levine Ekhaus, RDR, FCRR, CSR No. 12219<br>Official Court Reporter<br>450 Golden Gate Avenue<br>16th Floor<br>San Francisco, CA 94102<br>(415) 336-5223<br>ruth_ekhaus@cand.uscourts.gov |

| \_ CRIMINAL   X CIVIL | DATE ORDERED:<br>10-12-2021 | DATE DELIVERED:<br>10-12-2021 |
|---|---|---|

**In the matter of:** 20-CV-06754, Google v Sonos

3-day delivery of PDF and ASCII formats of proceedings before the Honorable William Alsup on 10/7/2021.

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| 3-Day | 20 | 5.45 | 109.00 | 20 | 1.05 | 21.00 | | | | 130.00 |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |
| Misc. | | | | | | | Misc. Charges | | | |
| | | | | | | | **Subtotal** | | | 130.00 |
| | | | | | | Less Discount for Late Delivery | | | | |
| | | | | | | Tax (If Applicable) | | | | |
| | | | | | | Less Amount of Deposit | | | | |
| | | | | | | Total Refund | | | | |
| | | | | | | **Total Due** | | | | 130.00 |

## ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day delivery rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

## CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE:<br>Ruth Levine Ekhaus | DATE:<br>10-12-2021 |
|---|---|

**DISTRIBUTION:**   TO PARTY (2 copies - 1 to be returned with payment)   COURT REPORTER   COURT REPORTER SUPERVISOR

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

INVOICE NO:  20210007

### MAKE CHECKS PAYABLE TO:

Lindsay Cooper, Esquire
Quinn Emanuel
50 California Street
22nd Floor
San Francisco, CA 94111

Phone:

JOAN MARIE COLUMBINI, CSR, RPR
Retired Official Court Reporter
1301 Canyonwood Court #1
Walnut Creek, CA 94595

Phone:     (510) 367-3043

*joan.columbini.csr@gmail.com*

| [X] CRIMINAL    [ ] CIVIL | DATE ORDERED: 04-27-2021 | DATE DELIVERED: 04-30-2021 |
|---|---|---|

**Case Style:**  20-CV-03845, Google, LLC v Sonos, Inc.
Transcript of FTR proceedings before the Honorable Thomas Hixson
April 27, 2021

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | 14 | 5.45 | 76.30 | 14 | 1.05 | 14.70 | | | | 91.00 |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

| Misc. Desc. | MISC. CHARGES: | |
|---|---|---|
| | TOTAL: | 91.00 |
| | LESS DISCOUNT FOR LATE DELIVERY: | |
| | TAX (If Applicable): | |
| | LESS AMOUNT OF DEPOSIT: | |
| | TOTAL REFUND: | |
| | TOTAL DUE: | $91.00 |

### ADDITIONAL INFORMATION
   Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

### CERTIFICATION
   I certify that the transcript fees  charged  and page  format  used  comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE: | DATE |
|---|---|
| | |

*(All previous editions of this form are cancelled and should be destroyed)*

ST44 Rev. 04/18
Derived from A044 Rev. 04/18

# UNITED STATES DISTRICT COURT
## For the Northern District of California

INVOICE NO.: 20200453

**MAKE CHECKS PAYABLE TO:**

Lindsay Cooper
QUINN EMANUEL URQUART & SULLIVAN LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
(415) 875-6449
lindsaycooper@quinnemanuel.com

Ana M. Dub, CSR 7445
Official Reporter
U.S. District Court
450 Golden Gate Avenue, 16th Floor
San Francisco, CA 94102
(415) 290-1651
ana_dub@cand.uscourts.gov

| ___ CRIMINAL    X  CIVIL | DATE ORDERED: 11-19-2020 | DATE DELIVERED: 11-23-2020 |
|---|---|---|

In the matter of: C 20-06745 WHA, Google LLC v Sonos, Inc.

3-DAY EXPEDITED Delivery PDF and TXT of Proceedings heard before Judge William H. Alsup on November 19, 2020.

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | 3.65 | | | 0.90 | | | 0.60 | | |
| 14-Day | | 4.25 | | | 0.90 | | | 0.60 | | |
| Expedited | | 4.85 | | | 0.90 | | | 0.60 | | |
| 3-Day | 27 | 5.45 | 147.15 | 27 | 1.05 | 28.35 | | 0.75 | | 175.50 |
| Daily | | 6.05 | | | 1.20 | | | 0.90 | | |
| Hourly | | 7.25 | | | 1.20 | | | 0.90 | | |
| Realtime | | 3.05 | | | | | | | | |
| Misc. | | | | | | | Misc. Charges | | | |
| | | | | | | | Subtotal | | | 175.50 |
| | | | | | | | Less Discount for Late Delivery | | | |
| | | | | | | | Tax (If Applicable) | | | |
| | | | | | | | Less Amount of Deposit | | | |
| | | | | | | | Total Refund | | | |
| | | | | | | | Total Due | | | 175.50 |

### ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day delivery rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

### CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE: Ana M. Dub | DATE: 11-23-2020 |
|---|---|

**DISTRIBUTION:**    TO PARTY (2 copies - 1 to be returned with payment)    COURT REPORTER    COURT REPORTER SUPERVISOR