# EXHIBIT C-3

**Sonos, Inc. v. Google LLC**

**Bill of Costs | Exhibit C-3 | Deposition Exhibit Costs, Civil L.R. 54-3(c)(3)**

| Deponent | Vendor | Invoice No(s). | Job Date | Exhibit Amount |
|---|---|---|---|---|
| Almeroth, Ph.D.,Kevin | Veritext | 5103884 | 6/22/2021 | $382.85 |
| Almeroth, Ph.D.,Kevin | Veritext | 6333588 | 1/30/2023 | $796.40 |
| Armstrong, Jeffrey | Veritext | 6009402 | 8/26/2022 | $146.50 |
| Bakewell, Christopher | Veritext | 6334999 | 1/31/2023 | $35.00 |
| Beckhardt, Steve | Veritext | 6192288 | 11/17/2022 | $107.00 |
| Bender, Kristen | Veritext | 5997722 | 8/23/2022 | $104.00 |
| Bhattacharjee, Samrat | Veritext | 6335154 | 1/30/2023 | $35.00 |
| Bobohalma,Ramona | Veritext | 5763149 | 5/5/2022 | $18.90 |
| Butts, Chris | Veritext | 6052035 | 9/20/2022 | $168.00 |
| Chan,Christopher | Veritext | 6208075 | 11/29/2022 | $8.10 |
| Coburn, Tad | Veritext | 5910150 | 7/12/2022 | $154.00 |
| Cooke,Chris | Veritext | N/A | 6/7/2022 | $0.00 |
| Corbin, Keith | Veritext | 5825519 | 5/31/2022 | $33.00 |
| Corbin, Keith | Veritext | 5827503 | 6/1/2022 | $35.00 |
| DesRoches, David | Veritext | 6209033 | 11/22/2022 | $30.00 |
| Elliott, Allison (House) | Veritext | 5819519 | 5/27/2022 | $40.00 |
| Farrar, Graham | Veritext | 5693862 | 3/28/2022 | $134.00 |
| Ghosh,Debajit | Veritext | 5822950 | 5/20/2022 | $8.55 |
| Goddard,James | Veritext | 5926215 | 7/19/2022 | $5.85 |
| Graham, Adam | Veritext | 5787023 | 5/13/2022 | $7.00 |
| Graham, Adam | Veritext | 5799953 | 5/18/2022 | $9.50 |
| Hoadley,Joni | Veritext | 5718924 | 4/13/2022 | $3,009.50 |
| Jardini, Andre | Veritext | N/A | 1/26/2023 | $0.00 |
| Kendall, Jason | Veritext | N/A | 8/18/2022 | $0.00 |
| Keniston,Kelly | Veritext | 5760296 | 4/28/2022 | $63.00 |
| Kennedy, Brandon | Veritext | 6009605 | 8/30/2022 | $266.00 |
| Kowalski,Tim | Veritext | 6557413 | 5/8/2023 | $145.00 |
| Kwasizur, Alaina | Veritext | 6211145 | 11/30/2022 | $111.50 |
| Kyriakakis, Christos | Veritext | 5073303 | 6/11/2021 | $164.85 |
| Kyriakakis, Christos | Veritext | 5620196 | 3/1/2022 | $852.15 |
| Lambourne, Robert | Veritext | 5835216 | 6/6/2022 | $359.50 |
| Levai, Janos | Veritext | 6284807 | 1/6/2023 | $260.00 |
| Levai,Janos | Veritext | 5760213 | 5/4/2022 | $14.40 |
| MacKay,Kenneth | Veritext | N/A | 1/25/2023 | $0.00 |
| MacKay,Kenneth | Veritext | 5780982 | 5/10/2022 | $123.30 |
| Maclellan,Tavis | Veritext | 6182065 | 11/11/2022 | $5.85 |
| Maigret,Michael | Veritext | 5791073 | 5/13/2022 | $61.65 |
| Malackowski, James | Veritext | N/A | 8/26/2022 | $0.00 |
| Malackowski, James | Veritext | 6336610 | 1/30/2023 | $810.70 |
| Millington, Nick | Veritext | 5887429 | 6/29/2022 | $457.50 |
| Mills,Ali | Veritext | 5790132 | 5/13/2022 | $47.70 |
| Mo,Vincent | Veritext | N/A | 4/19/2022 | $0.00 |
| Mo,Vincent | Veritext | 5737655 | 4/20/2022 | $14.40 |
| Nicholson,David | Veritext | 5741180 | 4/21/2022 | $34.20 |
| Patil 30(B)(1),Umesh | Veritext | 5828821 | 4/20/2022 | $0.45 |

**Sonos, Inc. v. Google LLC**

**Bill of Costs | Exhibit C-3 | Deposition Exhibit Costs, Civil L.R. 54-3(c)(3)**

| Deponent | Vendor | Invoice No(s). | Job Date | Exhibit Amount |
|---|---|---|---|---|
| Patil 30(B)(6),Umesh | Veritext | 5737655 | 4/20/2022 | $14.40 |
| Patnoe, Chris | Veritext | 5902553 | 7/7/2022 | $22.50 |
| Pedro, Justin | Veritext | 5900129 | 7/7/2022 | $15.75 |
| Prieto-Gasco, Oriol | Veritext | 6208208 | 11/29/2022 | $5.85 |
| Schmerder, Juergen | Veritext | 6004907 | 8/25/2022 | $15.00 |
| Schmidt, Douglas | Veritext | 5541966 | 1/25/2022 | $148.05 |
| Schmidt, Douglas | Veritext | 5629422 | 3/3/2022 | $147.50 |
| Schmidt, Douglas | Veritext | 6341298 | 2/2/2023 | $727.65 |
| Schmidt, Douglas | Veritext | N/A | 1/25/2022 | $0.00 |
| Schmidt, Douglas | Veritext | 5103327 | 6/25/2021 | $325.65 |
| Schonfeld, Dan | Veritext | 6017937 | 8/31/2022 | $795.50 |
| Schonfeld, Dan | Veritext | 6346900 | 2/3/2023 | $485.00 |
| Schulert, Andrew | Veritext | 6197634 | 11/18/2022 | $27.00 |
| Shekel,Tomer | Veritext | 6202476 | 11/22/2022 | $31.05 |
| Torgerson, Jeff | Veritext | 5986198 | 8/11/2022 | $28.50 |
| Valente, Christina | Veritext | 5785015 | 5/11/2022 | $48.00 |
| Varner, Thomas | Veritext | N/A | 1/25/2023 | $0.00 |
| | | | **TOTAL** | **$11,897.70** |

# See C-1 Invoices