# EXHIBIT D-2

**Sonos, Inc. v. Google LLC**

**Bill of Costs | Exhibit D-2 | E-Discovery Costs, Civil L.R. 54-3(d)(2)**

| Vendor | Narrative | Data Processing |
|---|---|---|
| Quinn Emanuel Urquhart & Sullivan LLP \| Litigation Support Services | Data Processing Services from start to end of case | $21,581.25 |
| | **TOTAL** | **$21,581.25** |

# quinn emanuel trial lawyers

865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017

Matter #: 01980-00181                               **Client Number: 01980**
Invoice Number: full action to-date
Responsible Attorney: Melissa Baily

<u>202012002-Sonos v. Google (WD Tex)</u>

For Professional Services through October 24, 2023 in connection with representing Google in
an offensive declaratory judgment action against Sonos in the Northern District of California,
case No. 3:20-cv-6754.

| Litigation Support/Document Management Services | Init. | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Vince Mesa | VM1 | Litigation Support | 9.40 | 250.00 | 2,350.00 |
| Aaron Alcantara | AA1 | Litigation Support | 151.00 | 175.00 | 26,425.00 |
| | | | | Total | $28,775.00 |
| | | | Total (including 25% volume discount) | | $21,581.25 |

| **Vince Mesa (VM1)** | | | | | |
|---|---|---|---|---|---|
| 03/03/21 | VM1 | Capture and process websites into proper format in preparation for prior art document production. | | 2.90 | 725.00 |
| 03/04/21 | VM1 | Capture and process websites into proper format for attorneys in preparation for prior art document production. | | 3.20 | 800.00 |
| 03/05/21 | VM1 | Capture and process websites into proper format for attorneys in preparation for prior art document production. | | 3.30 | 825.00 |
| | | | | **Total** | $2,350.00 |

**Confidential – May include attorney-client privileged and work-product information**

Abu Dhabi | Atlanta | Austin | Beijing | Berlin | Boston | Brussels | Chicago | Dallas | Doha | Hamburg | Hong Kong | Houston | London
Los Angeles | Mannheim | Miami | Munich | Neuilly La Défense | New York | Paris | Perth | Riyadh | Salt Lake City
San Francisco | Seattle | Shanghai | Silicon Valley | Stuttgart | Sydney | Tokyo | Washington DC | Zurich

# quinn emanuel trial lawyers

865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017

| Aaron Alcantara (AA1) | | | | | |
|---|---|---|---|---|---|
| 03/03/21 | AA1 | Manage document production with image endorsements and designations. Provide documents in searchable PDF format. | | 4.30 | 752.50 |
| 03/04/21 | AA1 | Manage document production with image endorsements and designations. Provide documents in searchable PDF format. | | 13.70 | 2,397.50 |
| 03/05/21 | AA1 | Manage document production with image endorsements and designations. Provide documents in searchable PDF format for attorney. | | 10.60 | 1,855.00 |
| 03/08/21 | AA1 | Manage document production with image endorsements and designations. Provide documents in searchable PDF format for attorney. | | 3.70 | 647.50 |
| 03/09/21 | AA1 | Manage document production with image endorsements and designations. Provide documents in searchable PDF format for attorney. | | 3.60 | 630.00 |
| 03/10/21 | AA1 | Manage document production with image endorsements and designations. Provide documents in searchable PDF format for attorney. | | 3.30 | 577.50 |
| 03/11/21 | AA1 | Manage document production with image endorsements and designations. Provide documents in searchable PDF format for attorney. | | 3.20 | 560.00 |

01980-00181/14440467.1
**Confidential – May include attorney-client privileged and work-product information**

Abu Dhabi | Atlanta | Austin | Beijing | Berlin | Boston | Brussels | Chicago | Dallas | Doha | Hamburg | Hong Kong | Houston | London
Los Angeles | Mannheim | Miami | Munich | Neuilly La Défense | New York | Paris | Perth | Riyadh | Salt Lake City
San Francisco | Seattle | Shanghai | Silicon Valley | Stuttgart | Sydney | Tokyo | Washington DC | Zurich

# quinn emanuel trial lawyers

865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017

| 03/12/21 | AA1 | Manage document production with image endorsements and designations. Provide documents in searchable PDF format for attorney. | | 3.30 | 577.50 |
|---|---|---|---|---|---|
| 03/15/21 | AA1 | Manage document production with image endorsements and designations. Provide documents in searchable PDF format for attorney. | | 2.40 | 420.00 |
| 04/08/21 | AA1 | Manage document production with image endorsements and designations. Provide documents in searchable PDF format for attorney. | | 2.20 | 385.00 |
| 05/04/21 | AA1 | Manage document production with image endorsements and designations. Provide documents in searchable PDF format for attorney. | | 2.20 | 385.00 |
| 05/05/21 | AA1 | Manage document production with image endorsements and designations. Provide documents in searchable PDF format for attorney. | | 1.10 | 192.50 |
| 06/04/21 | AA1 | Manage document production with image endorsements and designations. Provide documents in searchable PDF format for attorney. | | 0.60 | 105.00 |
| 08/18/21 | AA1 | Work on document production with image endorsements and designations. Provide documents in searchable PDF format for attorney. | | 2.10 | 367.50 |

**Confidential – May include attorney-client privileged and work-product information**

Abu Dhabi | Atlanta | Austin | Beijing | Berlin | Boston | Brussels | Chicago | Dallas | Doha | Hamburg | Hong Kong | Houston | London
Los Angeles | Mannheim | Miami | Munich | Neuilly La Défense | New York | Paris | Perth | Riyadh | Salt Lake City
San Francisco | Seattle | Shanghai | Silicon Valley | Stuttgart | Sydney | Tokyo | Washington DC | Zurich

# quinn emanuel trial lawyers

865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017

| 09/07/21 | AA1 | Manage document production with image endorsements and designations. Provide documents in searchable PDF format for attorney. | | 1.30 | 227.50 |
|---|---|---|---|---|---|
| 09/10/21 | AA1 | Manage document production with image endorsements and designations. Provide documents in searchable PDF format for attorney. | | 1.10 | 192.50 |
| 10/22/21 | AA1 | Manage document production with image endorsements and designations. Provide documents in searchable PDF format for attorney. | | 1.10 | 192.50 |
| 12/06/21 | AA1 | Manage document production with image endorsements and designations (GOOG-SONOSNDCA_PROD012 & GOOG-SONOSNDCA_PROD013). | | 2.20 | 385.00 |
| 12/10/21 | AA1 | Manage document production with image endorsements and designations (PROD011, PROD012, PROD013 & PROD014). | | 1.80 | 315.00 |
| 12/13/21 | AA1 | Manage document production with image endorsements and designations (PROD011, PROD012, PROD013 & PROD014). | | 1.40 | 245.00 |
| 12/14/21 | AA1 | Manage document production with image endorsements and designations (PROD011, PROD012, PROD013 & PROD014). | | 1.30 | 227.50 |

**Confidential – May include attorney-client privileged and work-product information**

Abu Dhabi | Atlanta | Austin | Beijing | Berlin | Boston | Brussels | Chicago | Dallas | Doha | Hamburg | Hong Kong | Houston | London
Los Angeles | Mannheim | Miami | Munich | Neuilly La Défense | New York | Paris | Perth | Riyadh | Salt Lake City
San Francisco | Seattle | Shanghai | Silicon Valley | Stuttgart | Sydney | Tokyo | Washington DC | Zurich

# quinn emanuel trial lawyers

865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017

| | | | | | |
|---|---|---|---|---|---|
| 12/17/21 | AA1 | Manage document production with image endorsements and designations and provide docs into searchable PDFs. | | 1.30 | 227.50 |
| 12/21/21 | AA1 | Manage document production with image endorsements and designations and provide into searchable PDFs | | 1.20 | 210.00 |
| 01/03/22 | AA1 | Manage document production with image endorsements and designations. (GOOG-SONOSNDCA_PROD016). | | 1.40 | 245.00 |
| 01/12/22 | AA1 | Manage document production with image endorsements and designations. (GOOG-SONOSNDCA_PROD017) | | 1.30 | 227.50 |
| 01/28/22 | AA1 | Manage document production with image endorsements and designations. (GOOG-SONOSNDCA_PROD018) | | 1.20 | 210.00 |
| 01/31/22 | AA1 | Manage document production with image endorsements and designations. Generate searchable PDFs for production volumes (GOOG-SONOSNDCA_PROD015 & GOOG-SONOSNDCA_PROD018). | | 1.20 | 210.00 |
| 02/09/22 | AA1 | Manage document production with image endorsements and designations and provide in searchable PDF format (GOOG-SONOSNDCA_PROD021). | | 1.30 | 227.50 |
| 02/22/22 | AA1 | Manage document production with image endorsements and | | 1.40 | 245.00 |

Confidential – May include attorney-client privileged and work-product information

# quinn emanuel trial lawyers

865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017

| | | | | | |
|---|---|---|---|---|---|
| | | designations; provide production documents into searchable PDFs. | | | |
| 02/24/22 | AA1 | Manage document production with image endorsements and designations; provide production documents into searchable PDFs. | | 1.20 | 210.00 |
| 02/25/22 | AA1 | Manage document production with image endorsements and designations; provide production documents into searchable PDFs. | | 1.20 | 210.00 |
| 03/01/22 | AA1 | Manage document production with image endorsements and designations; provide production documents into searchable PDFs (GOOG-SONOSNDCA_PROD021). | | 1.40 | 245.00 |
| 03/11/22 | AA1 | Manage document production with image endorsements and designations; provide production documents into searchable PDFs (GOOG-SONOSNDCA_PROD021 & GOOG-SONOSNDCA_PROD022). | | 1.40 | 245.00 |
| 03/29/22 | AA1 | Performed an off-process production requested by Google Discovery Team ("GDT").  The tasks referenced in this time entry were performed by QE LTAS at GDT's direction because they lacked sufficient bandwidth to handle this production themselves. These tasks are time-intensive because of a tight deadline, as requested by the QE case team | | 1.10 | 192.50 |

Abu Dhabi | Atlanta | Austin | Beijing | Berlin | Boston | Brussels | Chicago | Dallas | Doha | Hamburg | Hong Kong | Houston | London
Los Angeles | Mannheim | Miami | Munich | Neuilly La Défense | New York | Paris | Perth | Riyadh | Salt Lake City
San Francisco | Seattle | Shanghai | Silicon Valley | Stuttgart | Sydney | Tokyo | Washington DC | Zurich

# quinn emanuel trial lawyers

865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017

| | | | | | |
|---|---|---|---|---|---|
| | | (GOOG-SONOSNDCA_PROD023). | | | |
| 04/05/22 | AA1 | Performed an off-process production requested by Google Discovery Team ("GDT").  The tasks referenced in this time entry were performed by QE LTAS at GDT's direction because they lacked sufficient bandwidth to handle this production themselves. These tasks are time-intensive because of a tight deadline, as requested by the QE case team (GOOG-SONOSNDCA_PROD024). | | 1.10 | 192.50 |
| 04/07/22 | AA1 | Performed an off-process production requested by Google Discovery Team ("GDT").  The tasks referenced in this time entry were performed by QE LTAS at GDT's direction because they lacked sufficient bandwidth to handle this production themselves. These tasks are time-intensive because of a tight deadline, as requested by the QE case team (GOOG-SONOSNDCA_PROD025). | | 1.10 | 192.50 |
| 04/15/22 | AA1 | Performed an off-process production requested by Google Discovery Team ("GDT").  The tasks referenced in this time entry were performed by QE LTAS at GDT's direction because they lacked sufficient bandwidth to handle this production themselves. These tasks are time-intensive because of a tight deadline, as | | 3.30 | 577.50 |

01980-00181/14440467.1
**Confidential – May include attorney-client privileged and work-product information**

# quinn emanuel trial lawyers

865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017

| | | | | | |
|---|---|---|---|---|---|
| | | requested by the QE case team (GOOG-SONOSNDCA_PROD026). | | | |
| 04/18/22 | AA1 | Performed an off-process production requested by Google Discovery Team ("GDT").  The tasks referenced in this time entry were performed by QE LTAS at GDT's direction because they lacked sufficient bandwidth to handle this production themselves. These tasks are time-intensive because of a tight deadline, as requested by the QE case team (GOOG-SONOSNDCA_PROD027). | | 2.30 | 402.50 |
| 04/19/22 | AA1 | Performed an off-process production requested by Google Discovery Team ("GDT").  The tasks referenced in this time entry were performed by QE LTAS at GDT's direction because they lacked sufficient bandwidth to handle this production themselves. These tasks are time-intensive because of a tight deadline, as requested by the QE case team (GOOG-SONOSNDCA_PROD028). | | 1.10 | 192.50 |
| 04/21/22 | AA1 | Performed an off-process production requested by Google Discovery Team ("GDT").  The tasks referenced in this time entry were performed by QE LTAS at GDT's direction because they lacked sufficient bandwidth to handle this production themselves. These tasks are time-intensive | | 1.70 | 297.50 |

**Confidential – May include attorney-client privileged and work-product information**

Abu Dhabi | Atlanta | Austin | Beijing | Berlin | Boston | Brussels | Chicago | Dallas | Doha | Hamburg | Hong Kong | Houston | London
Los Angeles | Mannheim | Miami | Munich | Neuilly La Défense | New York | Paris | Perth | Riyadh | Salt Lake City
San Francisco | Seattle | Shanghai | Silicon Valley | Stuttgart | Sydney | Tokyo | Washington DC | Zurich

# quinn emanuel trial lawyers

865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017

| | | | | | |
|---|---|---|---|---|---|
| | | because of a tight deadline, as requested by the QE case team (GOOG-SONOSNDCA_PROD029 & GOOG-SONOSNDCA_PROD027_Overlay). | | | |
| 04/26/22 | AA1 | Performed an off-process production requested by Google Discovery Team ("GDT"). The tasks referenced in this time entry were performed by QE LTAS at GDT's direction because they lacked sufficient bandwidth to handle this production themselves. These tasks are time-intensive because of a tight deadline, as requested by the QE case team (GOOG-SONOSNDCA_PROD029 & PROD030). | | 1.90 | 332.50 |
| 04/27/22 | AA1 | Performed an off-process production requested by Google Discovery Team ("GDT"). The tasks referenced in this time entry were performed by QE LTAS at GDT's direction because they lacked sufficient bandwidth to handle this production themselves. These tasks are time-intensive because of a tight deadline, as requested by the QE case team (GOOG-SONOSNDCA_PROD031). | | 1.30 | 227.50 |
| 04/28/22 | AA1 | Performed an off-process production requested by Google Discovery Team ("GDT"). The tasks referenced in this time entry | | 1.10 | 192.50 |

Confidential – May include attorney-client privileged and work-product information

Abu Dhabi | Atlanta | Austin | Beijing | Berlin | Boston | Brussels | Chicago | Dallas | Doha | Hamburg | Hong Kong | Houston | London
Los Angeles | Mannheim | Miami | Munich | Neuilly La Défense | New York | Paris | Perth | Riyadh | Salt Lake City
San Francisco | Seattle | Shanghai | Silicon Valley | Stuttgart | Sydney | Tokyo | Washington DC | Zurich

# quinn emanuel trial lawyers

865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017

| | | | | | |
|---|---|---|---|---|---|
| | | were performed by QE LTAS at GDT's direction because they lacked sufficient bandwidth to handle this production themselves. These tasks are time-intensive because of a tight deadline, as requested by the QE case team (SONOS-SVG3_PROD018). | | | |
| 04/29/22 | AA1 | Performed an off-process production requested by Google Discovery Team ("GDT"). The tasks referenced in this time entry were performed by QE LTAS at GDT's direction because they lacked sufficient bandwidth to handle this production themselves. These tasks are time-intensive because of a tight deadline, as requested by the QE case team (GOOG-SONOSNDCA_PROD032). | | 1.10 | 192.50 |
| 04/29/22 | AA1 | Performed an off-process production requested by Google Discovery Team ("GDT"). The tasks referenced in this time entry were performed by QE LTAS at GDT's direction because they lacked sufficient bandwidth to handle this production themselves. These tasks are time-intensive because of a tight deadline, as requested by the QE case team (SONOS-SVG3_PROD018). | | 1.20 | 210.00 |
| 05/03/22 | AA1 | Performed an off-process production requested by Google Discovery Team ("GDT"). The tasks referenced in this time entry were performed by QE LTAS at | | 4.30 | 752.50 |

Confidential – May include attorney-client privileged and work-product information

Abu Dhabi | Atlanta | Austin | Beijing | Berlin | Boston | Brussels | Chicago | Dallas | Doha | Hamburg | Hong Kong | Houston | London
Los Angeles | Mannheim | Miami | Munich | Neuilly La Défense | New York | Paris | Perth | Riyadh | Salt Lake City
San Francisco | Seattle | Shanghai | Silicon Valley | Stuttgart | Sydney | Tokyo | Washington DC | Zurich

# quinn emanuel trial lawyers

865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017

| | | | | | |
|---|---|---|---|---|---|
| | | GDT's direction because they lacked sufficient bandwidth to handle this production themselves. These tasks are time-intensive because of a tight deadline, as requested by the QE case team (GOOG-SONOSNDCA_PROD033, GOOG-SONOSNDCA_PROD034 & GOOG-SONOSNDCA_PROD035). | | | |
| 05/04/22 | AA1 | Performed an off-process production requested by Google Discovery Team ("GDT"). The tasks referenced in this time entry were performed by QE LTAS at GDT's direction because they lacked sufficient bandwidth to handle this production themselves. These tasks are time-intensive because of a tight deadline, as requested by the QE case team (GOOG-SONOSNDCA_PROD033, GOOG-SONOSNDCA_PROD034 & GOOG-SONOSNDCA_PROD035). | | 1.90 | 332.50 |
| 05/06/22 | AA1 | Performed an off-process production requested by Google Discovery Team ("GDT").  The tasks referenced in this time entry were performed by QE LTAS at GDT's direction because they lacked sufficient bandwidth to handle this production themselves. These tasks are time-intensive | | 1.10 | 192.50 |

Abu Dhabi | Atlanta | Austin | Beijing | Berlin | Boston | Brussels | Chicago | Dallas | Doha | Hamburg | Hong Kong | Houston | London
Los Angeles | Mannheim | Miami | Munich | Neuilly La Défense | New York | Paris | Perth | Riyadh | Salt Lake City
San Francisco | Seattle | Shanghai | Silicon Valley | Stuttgart | Sydney | Tokyo | Washington DC | Zurich

**quinn emanuel** trial lawyers

865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017

| | | | | | |
|---|---|---|---|---|---|
| | | because of a tight deadline, as requested by the QE case team (GOOG-SONOSNDCA_PROD036). | | | |
| 05/09/22 | AA1 | Performed an off-process production requested by Google Discovery Team ("GDT"). The tasks referenced in this time entry were performed by QE LTAS at GDT's direction because they lacked sufficient bandwidth to handle this production themselves. These tasks are time-intensive because of a tight deadline, as requested by the QE case team (GOOG-SONOSNDCA_PROD037). | | 1.10 | 192.50 |
| 05/11/22 | AA1 | Performed an off-process production requested by Google Discovery Team ("GDT"). The tasks referenced in this time entry were performed by QE LTAS at GDT's direction because they lacked sufficient bandwidth to handle this production themselves. These tasks are time-intensive because of a tight deadline, as requested by the QE case team (GOOG-SONOSNDCA_PROD038). | | 1.20 | 210.00 |
| 05/12/22 | AA1 | Performed an off-process production requested by Google Discovery Team ("GDT"). The tasks referenced in this time entry were performed by QE LTAS at GDT's direction because they lacked sufficient bandwidth to handle this production themselves. | | 1.30 | 227.50 |

**Confidential – May include attorney-client privileged and work-product information**

Abu Dhabi | Atlanta | Austin | Beijing | Berlin | Boston | Brussels | Chicago | Dallas | Doha | Hamburg | Hong Kong | Houston | London
Los Angeles | Mannheim | Miami | Munich | Neuilly La Défense | New York | Paris | Perth | Riyadh | Salt Lake City
San Francisco | Seattle | Shanghai | Silicon Valley | Stuttgart | Sydney | Tokyo | Washington DC | Zurich

# quinn emanuel trial lawyers

865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017

| | | | | | |
|---|---|---|---|---|---|
| | | These tasks are time-intensive because of a tight deadline, as requested by the QE case team (GOOG-SONOSNDCA_PROD038). | | | |
| 05/13/22 | AA1 | Performed an off-process production requested by Google Discovery Team ("GDT").  The tasks referenced in this time entry were performed by QE LTAS at GDT's direction because they lacked sufficient bandwidth to handle this production themselves. These tasks are time-intensive because of a tight deadline, as requested by the QE case team (GOOG-SONOSNDCA_PROD039). | | 1.20 | 210.00 |
| 05/17/22 | AA1 | Performed an off-process production requested by Google Discovery Team ("GDT").  The tasks referenced in this time entry were performed by QE LTAS at GDT's direction because they lacked sufficient bandwidth to handle this production themselves. These tasks are time-intensive because of a tight deadline, as requested by the QE case team (GOOG-SONOSNDCA_PROD040). | | 1.20 | 210.00 |
| 05/31/22 | AA1 | Performed an off-process production requested by Google Discovery Team ("GDT").  The tasks referenced in this time entry were performed by QE LTAS at GDT's direction because they lacked sufficient bandwidth to | | 1.20 | 210.00 |

**Confidential – May include attorney-client privileged and work-product information**

Abu Dhabi | Atlanta | Austin | Beijing | Berlin | Boston | Brussels | Chicago | Dallas | Doha | Hamburg | Hong Kong | Houston | London
Los Angeles | Mannheim | Miami | Munich | Neuilly La Défense | New York | Paris | Perth | Riyadh | Salt Lake City
San Francisco | Seattle | Shanghai | Silicon Valley | Stuttgart | Sydney | Tokyo | Washington DC | Zurich

# quinn emanuel trial lawyers

865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017

| | | | | | |
|---|---|---|---|---|---|
| | | handle this production themselves. These tasks are time-intensive because of a tight deadline, as requested by the QE case team (GOOG-SONOSNDCA_PROD041). | | | |
| 06/03/22 | AA1 | Performed an off-process production requested by Google Discovery Team ("GDT"). The tasks referenced in this time entry were performed by QE LTAS at GDT's direction because they lacked sufficient bandwidth to handle this production themselves. These tasks are time-intensive because of a tight deadline, as requested by the QE case team (GOOG-SONOSNDCA_PROD042). | | 1.20 | 210.00 |
| 06/06/22 | AA1 | Performed an off-process production requested by Google Discovery Team ("GDT"). The tasks referenced in this time entry were performed by QE LTAS at GDT's direction because they lacked sufficient bandwidth to handle this production themselves. These tasks are time-intensive because of a tight deadline, as requested by the QE case team (GOOG-SONOSNDCA_PROD044). | | 1.30 | 227.50 |
| 06/13/22 | AA1 | Performed an off-process production requested by Google Discovery Team ("GDT"). The tasks referenced in this time entry were performed by QE LTAS at GDT's direction because they | | 1.20 | 210.00 |

Confidential – May include attorney-client privileged and work-product information

Abu Dhabi | Atlanta | Austin | Beijing | Berlin | Boston | Brussels | Chicago | Dallas | Doha | Hamburg | Hong Kong | Houston | London
Los Angeles | Mannheim | Miami | Munich | Neuilly La Défense | New York | Paris | Perth | Riyadh | Salt Lake City
San Francisco | Seattle | Shanghai | Silicon Valley | Stuttgart | Sydney | Tokyo | Washington DC | Zurich

# quinn emanuel trial lawyers

865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017

| | | | | | |
|---|---|---|---|---|---|
| | | lacked sufficient bandwidth to handle this production themselves. These tasks are time-intensive because of a tight deadline, as requested by the QE case team (GOOG-SONOSNDCA_PROD045). | | | |
| 06/16/22 | AA1 | Performed an off-process production requested by Google Discovery Team ("GDT").  The tasks referenced in this time entry were performed by QE LTAS at GDT's direction because they lacked sufficient bandwidth to handle this production themselves. These tasks are time-intensive because of a tight deadline, as requested by the QE case team (GOOG-SONOSNDCA_PROD046). | | 1.20 | 210.00 |
| 06/17/22 | AA1 | Performed an off-process production requested by Google Discovery Team ("GDT").  The tasks referenced in this time entry were performed by QE LTAS at GDT's direction because they lacked sufficient bandwidth to handle this production themselves. These tasks are time-intensive because of a tight deadline, as requested by the QE case team (GOOG-SONOSNDCA_PROD047). | | 1.20 | 210.00 |
| 06/21/22 | AA1 | Performed an off-process production requested by Google Discovery Team ("GDT").  The tasks referenced in this time entry were performed by QE LTAS at | | 1.20 | 210.00 |

Confidential – May include attorney-client privileged and work-product information

Abu Dhabi | Atlanta | Austin | Beijing | Berlin | Boston | Brussels | Chicago | Dallas | Doha | Hamburg | Hong Kong | Houston | London
Los Angeles | Mannheim | Miami | Munich | Neuilly La Défense | New York | Paris | Perth | Riyadh | Salt Lake City
San Francisco | Seattle | Shanghai | Silicon Valley | Stuttgart | Sydney | Tokyo | Washington DC | Zurich

# quinn emanuel trial lawyers

865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017

| | | | | | |
|---|---|---|---|---|---|
| | | GDT's direction because they lacked sufficient bandwidth to handle this production themselves. These tasks are time-intensive because of a tight deadline, as requested by the QE case team (GOOG-SONOSNDCA_PROD048). | | | |
| 06/22/22 | AA1 | Performed an off-process production requested by Google Discovery Team ("GDT").  The tasks referenced in this time entry were performed by QE LTAS at GDT's direction because they lacked sufficient bandwidth to handle this production themselves. These tasks are time-intensive because of a tight deadline, as requested by the QE case team (GOOG-SONOSNDCA_PROD048). | | 1.40 | 245.00 |
| 06/23/22 | AA1 | Performed an off-process production requested by Google Discovery Team ("GDT").  The tasks referenced in this time entry were performed by QE LTAS at GDT's direction because they lacked sufficient bandwidth to handle this production themselves. These tasks are time-intensive because of a tight deadline, as requested by the QE case team (GOOG-SONOSNDCA_PROD049). | | 1.20 | 210.00 |
| 06/28/22 | AA1 | Performed an off-process production requested by Google Discovery Team ("GDT").  The tasks referenced in this time entry | | 1.20 | 210.00 |

Confidential – May include attorney-client privileged and work-product information

Abu Dhabi | Atlanta | Austin | Beijing | Berlin | Boston | Brussels | Chicago | Dallas | Doha | Hamburg | Hong Kong | Houston | London
Los Angeles | Mannheim | Miami | Munich | Neuilly La Défense | New York | Paris | Perth | Riyadh | Salt Lake City
San Francisco | Seattle | Shanghai | Silicon Valley | Stuttgart | Sydney | Tokyo | Washington DC | Zurich

# quinn emanuel trial lawyers

865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017

| | | | | | |
|---|---|---|---|---|---|
| | | were performed by QE LTAS at GDT's direction because they lacked sufficient bandwidth to handle this production themselves. These tasks are time-intensive because of a tight deadline, as requested by the QE case team (GOOG-SONOSNDCA_PROD050). | | | |
| 07/26/22 | AA1 | Performed an off-process production requested by Google Discovery Team ("GDT"). The tasks referenced in this time entry were performed by QE LTAS at GDT's direction because they lacked sufficient bandwidth to handle this production themselves. These tasks are time-intensive because of a tight deadline, as requested by the QE case team (GOOG-SONOSNDCA_PROD053). | | 1.10 | 192.50 |
| 07/27/22 | AA1 | Performed an off-process production requested by Google Discovery Team ("GDT"). The tasks referenced in this time entry were performed by QE LTAS at GDT's direction because they lacked sufficient bandwidth to handle this production themselves. These tasks are time-intensive because of a tight deadline, as requested by the QE case team (GOOG-SONOSNDCA_PROD054). | | 1.30 | 227.50 |
| 08/05/22 | AA1 | Performed an off-process production requested by Google Discovery Team ("GDT"). The | | 1.10 | 192.50 |

**Confidential – May include attorney-client privileged and work-product information**

Abu Dhabi | Atlanta | Austin | Beijing | Berlin | Boston | Brussels | Chicago | Dallas | Doha | Hamburg | Hong Kong | Houston | London
Los Angeles | Mannheim | Miami | Munich | Neuilly La Défense | New York | Paris | Perth | Riyadh | Salt Lake City
San Francisco | Seattle | Shanghai | Silicon Valley | Stuttgart | Sydney | Tokyo | Washington DC | Zurich

# quinn emanuel trial lawyers

865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017

| | | | | |
|---|---|---|---|---|
| | | tasks referenced in this time entry were performed by QE LTAS at GDT's direction because they lacked sufficient bandwidth to handle this production themselves. These tasks are time-intensive because of a tight deadline, as requested by the QE case team (GOOG-SONOSNDCA_PROD05). | | |
| 08/16/22 | AA1 | Performed an off-process production requested by Google Discovery Team ("GDT"). The tasks referenced in this time entry were performed by QE LTAS at GDT's direction because they lacked sufficient bandwidth to handle this production themselves. These tasks are time-intensive because of a tight deadline, as requested by the QE case team (GOOG-SONOSNDCA_PROD056). | 1.80 | 315.00 |
| 08/22/22 | AA1 | Performed an off-process production requested by Google Discovery Team ("GDT"). The tasks referenced in this time entry were performed by QE LTAS at GDT's direction because they lacked sufficient bandwidth to handle this production themselves. These tasks are time-intensive because of a tight deadline, as requested by the QE case team (GOOG-SONOSNDCA_PROD057). | 1.30 | 227.50 |
| 09/28/22 | AA1 | Performed an off-process production requested by Google | 1.10 | 192.50 |

Confidential – May include attorney-client privileged and work-product information

Abu Dhabi | Atlanta | Austin | Beijing | Berlin | Boston | Brussels | Chicago | Dallas | Doha | Hamburg | Hong Kong | Houston | London
Los Angeles | Mannheim | Miami | Munich | Neuilly La Défense | New York | Paris | Perth | Riyadh | Salt Lake City
San Francisco | Seattle | Shanghai | Silicon Valley | Stuttgart | Sydney | Tokyo | Washington DC | Zurich

**quinn emanuel** trial lawyers

865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017

|  |  | Discovery Team ("GDT"). The tasks referenced in this time entry were performed by QE LTAS at GDT's direction because they lacked sufficient bandwidth to handle this production themselves. These tasks are time-intensive because of a tight deadline, as requested by the QE case team (GOOG-SONOSNDCA_PROD058). |  |  |  |
|---|---|---|---|---|---|
| 11/21/22 | AA1 | Performed an off-process production requested by Google Discovery Team ("GDT"). The tasks referenced in this time entry were performed by QE LTAS at GDT's direction because they lacked sufficient bandwidth to handle this production themselves. These tasks are time-intensive because of a tight deadline, as requested by the QE case team (GOOG-SONOSNDCA_PROD059). |  | 1.20 | 210.00 |
| 11/22/22 | AA1 | Performed an off-process production requested by Google Discovery Team ("GDT"). The tasks referenced in this time entry were performed by QE LTAS at GDT's direction because they lacked sufficient bandwidth to handle this production themselves. These tasks are time-intensive because of a tight deadline, as requested by the QE case team (GOOG-SONOSNDCA_PROD059 - |  | 2.30 | 402.50 |

**Confidential – May include attorney-client privileged and work-product information**

Abu Dhabi | Atlanta | Austin | Beijing | Berlin | Boston | Brussels | Chicago | Dallas | Doha | Hamburg | Hong Kong | Houston | London
Los Angeles | Mannheim | Miami | Munich | Neuilly La Défense | New York | Paris | Perth | Riyadh | Salt Lake City
San Francisco | Seattle | Shanghai | Silicon Valley | Stuttgart | Sydney | Tokyo | Washington DC | Zurich

# quinn emanuel trial lawyers

865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017

| | | | | | |
|---|---|---|---|---|---|
| | | revised & GOOG-SONOSNDCA_PROD061). | | | |
| 11/23/22 | AA1 | Performed an off-process production requested by Google Discovery Team ("GDT").  The tasks referenced in this time entry were performed by QE LTAS at GDT's direction because they lacked sufficient bandwidth to handle this production themselves. These tasks are time-intensive because of a tight deadline, as requested by the QE case team (GOOG-SONOSNDCA_PROD061 revised). | | 1.30 | 227.50 |
| 11/28/22 | AA1 | Performed an off-process production requested by Google Discovery Team ("GDT").  The tasks referenced in this time entry were performed by QE LTAS at GDT's direction because they lacked sufficient bandwidth to handle this production themselves. These tasks are time-intensive because of a tight deadline, as requested by the QE case team (GOOG-SONOSNDCA_PROD059, GOOG-SONOSNDCA_PROD060, GOOG-SONOSNDCA_PROD061 & GOOG-SONOSNDCA_PROD062). | | 2.80 | 490.00 |
| 11/29/22 | AA1 | Performed an off-process production requested by Google Discovery Team ("GDT").  The | | 2.90 | 507.50 |

**Confidential – May include attorney-client privileged and work-product information**

Abu Dhabi | Atlanta | Austin | Beijing | Berlin | Boston | Brussels | Chicago | Dallas | Doha | Hamburg | Hong Kong | Houston | London
Los Angeles | Mannheim | Miami | Munich | Neuilly La Défense | New York | Paris | Perth | Riyadh | Salt Lake City
San Francisco | Seattle | Shanghai | Silicon Valley | Stuttgart | Sydney | Tokyo | Washington DC | Zurich

# quinn emanuel trial lawyers

865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  | tasks referenced in this time entry were performed by QE LTAS at GDT's direction because they lacked sufficient bandwidth to handle this production themselves. These tasks are time-intensive because of a tight deadline, as requested by the QE case team (SONOSNDCA_PROD063, SONOSNDCA_PROD064 & SONOSNDCA_PROD065). |  |  |  |
| 11/30/22 | AA1 | Performed an off-process production requested by Google Discovery Team ("GDT"). The tasks referenced in this time entry were performed by QE LTAS at GDT's direction because they lacked sufficient bandwidth to handle this production themselves. These tasks are time-intensive because of a tight deadline, as requested by the QE case team (SONOSNDCA_PROD063, SONOSNDCA_PROD064 & SONOSNDCA_PROD065). |  | 3.10 | 542.50 |
| 12/01/22 | AA1 | Performed an off-process production requested by Google Discovery Team ("GDT"). The tasks referenced in this time entry were performed by QE LTAS at GDT's direction because they lacked sufficient bandwidth to handle this production themselves. These tasks are time-intensive because of a tight deadline, as requested by the QE case team (GOOG-SONOSNDCA_PROD059, |  | 2.70 | 472.50 |

Confidential – May include attorney-client privileged and work-product information

Abu Dhabi | Atlanta | Austin | Beijing | Berlin | Boston | Brussels | Chicago | Dallas | Doha | Hamburg | Hong Kong | Houston | London
Los Angeles | Mannheim | Miami | Munich | Neuilly La Défense | New York | Paris | Perth | Riyadh | Salt Lake City
San Francisco | Seattle | Shanghai | Silicon Valley | Stuttgart | Sydney | Tokyo | Washington DC | Zurich

**quinn emanuel** trial lawyers

865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  | GOOG-SONOSNDCA_PROD060, GOOG-SONOSNDCA_PROD061 & GOOG-SONOSNDCA_PROD062). |  |  |  |
| 04/19/22 | AA1 | Performed an off-process production requested by Google Discovery Team ("GDT"). The tasks referenced in this time entry were performed by QE LTAS at GDT's direction because they lacked sufficient bandwidth to handle this production themselves. These tasks are time-intensive because of a tight deadline, as requested by the QE case team (GOOG-SONOSNDCA_PROD028). |  | 1.10 | 192.50 |
|  |  |  |  | Total | $26,425.00 |

01980-00181/14440467.1
**Confidential – May include attorney-client privileged and work-product information**

Abu Dhabi | Atlanta | Austin | Beijing | Berlin | Boston | Brussels | Chicago | Dallas | Doha | Hamburg | Hong Kong | Houston | London
Los Angeles | Mannheim | Miami | Munich | Neuilly La Défense | New York | Paris | Perth | Riyadh | Salt Lake City
San Francisco | Seattle | Shanghai | Silicon Valley | Stuttgart | Sydney | Tokyo | Washington DC | Zurich