# EXHIBIT D-4

**Sonos, Inc. v. Google LLC**
**Bill of Costs | Exhibit D-4 | Trial Exhibit Costs, Civil L.R. 54-3(d)(4)**

| Vendor | Invoice No. | Invoice Date | Narrative | Amount |
|---|---|---|---|---|
| United Litigation | 37304 | 4/30/2023 | Prepare trial exhibits pursuant to Judge's pretrial order | $2,676.00 |
| United Litigation | 37678 | 5/31/2023 | Prepare trial exhibits pursuant to Judge's pretrial order | $2,743.91 |
| | | | TOTAL | $5,419.91 |

Invoice

United Litigation Discovery
220 Sansome St Suite 800
San Francisco, CA 94104
(415) 999-1335    Tax ID: 46-5681763

| Date | Invoice # |
|---|---|
| 4/30/2023 | 37304 |

| Bill To | Ship To |
|---|---|
| Jim Heissenbuttel<br>Legistics<br>444 S Flower Street, Ste 555<br>Los Angeles, CA 90071 | Jim Heissenbuttel<br>Legistics<br>444 S Flower Street, Ste 555<br>Los Angeles, CA 90071 |

| Billing Reference | Rep | Terms | Ordered Date | Job# | Ordered By |
|---|---|---|---|---|---|
| 01980-00181 | WS | 1% 10 Net 30 | 04/27/2023 | ULD-2304-0201 | Joesph LeRoy |

| Item Code | Description | Quantity | Price Each | Amount |
|---|---|---|---|---|
| Tech Time<br>Electronic Label | Technical Time: Stamping<br>Electronic Label<br><br>Description: Create Exhibit sticker and stamp on each Exhibit, endorse Exhibit number per page.<br><br>Case Name: Google v Sonos<br><br>Tax Exempt | 29<br>50,100<br><br><br><br><br><br> | 75.00<br>0.01<br><br><br><br><br>0.00% | 2,175.00<br>501.00<br><br><br><br><br>0.00 |

|  |  | Total | $2,676.00 |
|---|---|---|---|

Signature:_____    Date:_____

Invoice

United Litigation Discovery
220 Sansome St Suite 800
San Francisco, CA 94104
(415) 999-1335    Tax ID: 46-5681763

| Date | Invoice # |
|---|---|
| 5/31/2023 | 37678 |

| Bill To | Ship To |
|---|---|
| Jim Heissenbuttel<br>Legistics<br>444 S Flower Street, Ste 555<br>Los Angeles, CA 90071 | Jim Heissenbuttel<br>Legistics<br>444 S Flower Street, Ste 555<br>Los Angeles, CA 90071 |

| Billing Reference | Rep | Terms | Ordered Date | Job# | Ordered By |
|---|---|---|---|---|---|
| 01980-00181 | WS | 1% 10 Net 30 | 05/02/2023 | ULD-2305-0020 | Joesph LeRoy |

| Item Code | Description | Quantity | Price Each | Amount |
|---|---|---|---|---|
| Tech Time | Technical Time: Stamping | 32.5 | 75.00 | 2,437.50 |
| Electronic Label | Electronic Label | 30,641 | 0.01 | 306.41 |
| | Description: Create Exhibit sticker and stamp on each Exhibit, endorse Exhibit number per page. | | | |
| | Case Name: Google v Sonos | | | |
| | Tax Exempt | | 0.00% | 0.00 |

| | Total | $2,743.91 |
|---|---|---|

Signature:_____    Date:_____