# EXHIBIT D-5

**Sonos, Inc. v. Google LLC**

**Bill of Costs | Exhibit D-5 | Visual Aid Costs, Civil L.R. 54-3(d)(5)**

| Vendor | Invoice No. | Invoice Date | Narrative | Invoice Amount | Expenses & N/A Fees Deducted | Amount Requested |
|---|---|---|---|---|---|---|
| Evoke | 23-026 | 6/6/2023 | Prepare visual aids & demonstratives related to timeline | $4,357.90 | $2,797.90 | $1,560.00 |



# INVOICE

**From** | **Evoke Legal, LLC**
2776 S. Arlington Mill Drive #514
Arlington, VA 22206

| | | | |
|---|---|---|---|
| Invoice ID | 23-026 | Invoice For | **Google** |
| Issue Date | 06/06/2023 | | 1600 Amphitheatre Pkwy |
| Due Date | 07/06/2023 (Net 30) | | Mountain View, CA 94043 |
| Subject | [0274] Sonos v Google N.D. Cal. April 2023 | | To: Google, via Collaborati |
| | | | cc: Jocelyn Ma, Quinn Emanuel |

| Description | Quantity | Amount |
|---|---|---|
| ███████████████████████████████████ | █ | █ |
| ███████████████████████████████████ | █ | █ |
| [0274] Sonos v Google N.D. Cal - 04/25/2023 - Graphic Design / Jonathan Eilers: Trial prep - CFA timeline | 1.50 | $390.00 |
| [0274] Sonos v Google N.D. Cal - 04/25/2023 - Graphic Design / Contractor Entry: LS / timeline / posterboard | 2.60 | $676.00 |
| ███████████████████████████████████ | █ | █ |
| [0274] Sonos v Google N.D. Cal - 04/29/2023 - Graphic Design / Contractor Entry: LS / timeline update and Google Home app can be used with many devices, not just speakers... slide | 1.90 | $494.00 |
| ███████████████████████████████████ | █ | █ |
| ███████████████████████████████████ | █ | █ |

| | |
|---|---|
| Subtotal | $4,357.90 |
| Payments | -$4,357.90 |
| **Amount Due** | **$0.00** |

**Notes**

Payment Instructions:

We prefer ACH payments. Pay via ACH payment or wire transfer using the information below, or send checks to the above-listed address.

Account:
Wells Fargo Bank, NA
EVOKE LEGAL LLC

ACH
Routing: 026 012 881
Acct.: 931 983 6996

W re Transfer
Rout ng: 121 000 248
Acct.: 931 983 6996
SW FT: WFB US6S

For EVOKE LEGAL LLC Form W-9, contact **ryan@evoketeam.com**