1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SONOS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> GOOGLE LLC, <br><br> Defendant. | Case No. 3:20-cv-06754-WHA <br> Consolidated with Case No. 3:21-cv-07559-WHA <br><br> **[PROPOSED] ORDER GRANTING GOOGLE'S MOTION TO AMEND THE JUDGMENT PURSUANT TO FED. R. CIV. P. 59(E)** |

1  Pursuant to Federal Rule of Civil Procedure 59(e), the Court hereby GRANTS Google
2  LLC's ("Google") Motion to Amend the Judgment Pursuant to Fed. R. Civ. P. 59(e). The Court
3  will enter an Amended Final Judgment consistent with that proposed by Google.

4  IT IS SO ORDERED.

6  DATED:

7  _____
   The Honorable William Alsup
8  United States District Court Judge