1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

SONOS, INC.,

          Plaintiff,

   vs.

GOOGLE LLC,

          Defendant.

Case No. 3:20-cv-06754-WHA
Consolidated with Case No. 3:21-cv-07559-WHA

**[PROPOSED] ORDER GRANTING GOOGLE'S MOTION TO AMEND THE JUDGMENT PURSUANT TO FED. R. CIV. P. 59(E)**

1    Pursuant to Federal Rule of Civil Procedure 59(e), the Court hereby GRANTS Google

2  LLC's ("Google") Motion to Amend the Judgment Pursuant to Fed. R. Civ. P. 59(e).  The Court

3  will enter an Amended Final Judgment consistent with that proposed by Google.

4         IT IS SO ORDERED.

5

6  DATED:   November 14, 2023.

7                                          The Honorable William Alsup
                                           United States District Court Judge
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING GOOGLE'S MOTION TO AMEND THE JUDGMENT PURSUANT TO FED.
R. CIV. P. 59(E)