UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SONOS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> GOOGLE LLC, <br><br> Defendant. | Case No. 3:20-cv-06754-WHA <br> Consolidated with Case No. 3:21-cv-07559-WHA <br><br> **[~~PROPOSED~~] AMENDED FINAL JUDGMENT** |

Consistent with Google's unopposed motion to amend the judgment, previous rulings by the court, and agreements by the parties, the Court amends and supplements its judgment in these consolidated actions as follows:

1. Sonos's claims of infringement of U.S. Patent No. 9,344,206 were dismissed with prejudice. *Sonos, Inc. v. Google LLC*, No. 3:21-cv-07559-WHA ("Transferred Action"), Dkt. 151; *Sonos, Inc. v. Google LLC*, No. 3:20-cv-06754-WHA ("California Action"), Dkt. 132.

2. Sonos's claims of infringement of U.S. Patent No. 9,219,460 were dismissed without prejudice. *See* Transferred Action, Dkts. 50, 51.

3. Judgment is entered for Google and against Sonos that claim 13 of U.S. Patent No. 9,967,615 is not infringed and is invalid. *See* California Action, Dkts. 316, 566.

4. Judgment is entered for Google and against Sonos that claims 1, 2, 4, 9, 11, 12, 13, and 16 of U.S. Patent No. 10,779,033 are invalid. *See* California Action, Dkt. 566.

5. Google's claims for breach of contract and conversion and requests for related relief are dismissed without prejudice. *See* California Action, Dkts. 552, 566 at 31.

6. Judgment is entered for Google and against Sonos that claims 1, 2, 4, 6, and 8 of U.S. Patent No. 10,469,966 are invalid and the '966 patent is unenforceable. *See* California Action, Dkt. 868.

7. Judgment is entered for Google and against Sonos that claim 1 of U.S. Patent No. 10,848,885 is invalid and the '885 patent is unenforceable. *See* California Action, Dkt. 868.

Taxable costs will be addressed by separate order. Requests for attorneys' fees have been postponed by stipulation. *See* California Action, Dkt. 874. All other claims and requests for relief and any related defenses are denied as moot.

IT IS SO ORDERED.

DATED: November 14, 2023.

_____
The Honorable William Alsup
United States District Court Judge