| | |
|---|---|
| CLEMENT SETH ROBERTS (SBN 209203)<br>croberts@orrick.com<br>BAS DE BLANK (SBN 191487)<br>basdeblank@orrick.com<br>ALYSSA CARIDIS (SBN 260103)<br>acaridis@orrick.com<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>The Orrick Building<br>405 Howard Street<br>San Francisco, CA 94105-2669<br>Telephone:   +1 415 773 5700<br>Facsimile:   +1 415 773 5759<br><br>SEAN M. SULLIVAN (*pro hac vice*)<br>sullivan@ls3ip.com<br>J. DAN SMITH (*pro hac vice*)<br>smith@ls3ip.com<br>MICHAEL P. BOYEA (*pro hac vice*)<br>boyea@ls3ip.com<br>COLE B. RICHTER (*pro hac vice*)<br>richter@ls3ip.com<br>LEE SULLIVAN SHEA & SMITH LLP<br>656 W Randolph St., Floor 5W<br>Chicago, IL 60661<br>Telephone:   +1 312 754 0002<br>Facsimile:   +1 312 754 0003<br><br>*Attorneys for Sonos, Inc.* | QUINN EMANUEL URQUHART &<br>SULLIVAN, LLP<br>  Sean Pak (Bar No. 219032)<br>  seanpak@quinnemanuel.com<br>  Melissa Baily (Bar No. 237649)<br>  melissabaily@quinnemanuel.com<br>  James Judah (Bar No. 257112)<br>  jamesjudah@quinnemanuel.com<br>  Lindsay Cooper (Bar No. 287125)<br>  lindsaycooper@quinnemanuel.com<br>  Iman Lordgooei (Bar No. 251320)<br>  imanlordgooei@quinnemanuel.com<br>50 California Street, 22nd Floor<br>San Francisco, California 94111-4788<br>Telephone:   (415) 875-6600<br>Facsimile:    (415) 875-6700<br><br>  Marc Kaplan (*pro hac vice*)<br>  marckaplan@quinnemanuel.com<br>191 N. Wacker Drive, Ste 2700<br>Chicago, Illinois 60606<br>Telephone:   (312) 705-7400<br>Facsimile:    (312) 705-7401<br><br>*Attorneys for GOOGLE, LLC* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA,

SAN FRANCISCO DIVISION

| | |
|---|---|
| SONOS, INC.,<br><br>    Plaintiff and Counter-defendant,<br><br>    v.<br><br>GOOGLE LLC,<br><br>    Defendant and Counter-claimant. | Case No. 3:20-cv-06754-WHA<br><br>Consolidated with<br>Case No. 3:21-cv-07559-WHA<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR SONOS, INC. TO OBJECT TO GOOGLE LLC'S BILL OF COSTS**<br><br>Judge:  Hon. William Alsup |

1    Pursuant to Civil L.R. 6-2, Plaintiff Sonos, Inc. ("Sonos") and Defendant Google LLC
2  ("Google") (collectively "the Parties") hereby submit the following joint stipulation as follows:
3    WHEREAS, the Court entered judgment "in favor of Google LLC and against Sonos,
4  Inc." in *Sonos, Inc. v. Google LLC* (No. 3:21-cv-07559-WHA) ("Transferred Action") on October
5  10, 2023 (Transferred Action, Dkt. 275);
6    WHEREAS, the Court entered "declaratory relief . . . in favor of Google LLC and against
7  Sonos, Inc. that: (1) United States Patent Nos. 10,848,885 and 10,469,966 are unenforceable due
8  to prosecution laches, and (2) United States Patent Nos. 10,848,885 and 10,469,966 are invalid as
9  anticipated by the accused products as measured by the adjusted priority date on account of new
10 matter having been inserted into the specification" in *Sonos, Inc. v. Google LLC* (No. 3:20-cv-
11 06754-WHA) ("Declaratory Judgment Action") on October 10, 2023 (Declaratory Judgment
12 Action, Dkt. 869);
13   WHEREAS, the Court entered an amended final judgment in favor of Google and against
14 Sonos on November 14, 2023 (Declaratory Judgment Action, Dkt. 880);
15   WHEREAS Local Rule 54-1 allows the prevailing party to file a bill of costs "[n]o later
16 than 14 days after entry of judgment";
17   WHEREAS on October 21, 2023, the Court granted Google's unopposed motion to
18 extend the deadline to file a bill of costs to November 7, 2023 (Declaratory Judgment Action,
19 Dkt. 872);
20   WHEREAS Google filed its bill of costs on November 7, 2023 (Declaratory Judgment
21 Action, Dkt. 876);
22   WHEREAS pursuant to Local Rule 54-2, Sonos's objections to Google's bill of costs are
23 due on November 21, 2023;
24   WHEREAS to allow sufficient time to meet and confer in an attempt to reach agreement
25 on the bill of costs, Sonos has asked for, and Google has agreed to, an extension of Sonos's
26 deadline to file any objections to Google's bill of costs until December 1, 2023;
27   WHEREAS there have been no prior stipulations to extend the time for Sonos to file any
28 objections to Google's bill of costs;

1  WHEREAS the Parties do not expect that this change will impact any other deadlines in
2  the case;
3  THE PARTIES HERE BY STIPULATE and jointly request that the Court extend the time
4  for Sonos to object to Google's bill of costs from November 21, 2023 to December 1, 2023.
5  The Parties submit the accompanying declaration of Elizabeth Moulton in support hereof
6  and respectfully request that the Court enter the attached proposed order.

Dated:  November 21, 2023

ORRICK HERRINGTON & SUTCLIFFE LLP
*and*
LEE SULLIVAN SHEA & SMITH LLP

By: */s/ Elizabeth Moulton*
       Elizabeth Moulton

*Attorneys for Sonos, Inc.*

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By  */s/ Lindsay Cooper*
       Sean Pak
       Melissa Baily
       James D. Judah
       Lindsay Cooper
       Marc Kaplan
       Iman Lordgooei

*Attorneys for Google, LLC*

**ECF ATTESTATION**

I, Elizabeth Moulton, am the ECF User whose ID and password are being used to file this Joint Stipulation and [Proposed] Order Extending Time for Sonos, Inc. to Object to Google LLC's Bill of Costs. In compliance with Civil Local Rule 5-1, I hereby attest that Lindsay Cooper, counsel for Google, has concurred in this filing.

Dated: November 21, 2023

By: */s/ Elizabeth Moulton*
     Elizabeth Moulton

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____, 2023

_____
Hon. William H. Alsup
United States District Judge