CLEMENT SETH ROBERTS (SBN 209203)
croberts@orrick.com
BAS DE BLANK (SBN 191487)
basdeblank@orrick.com
ALYSSA CARIDIS (SBN 260103)
acaridis@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: (415) 773-5700
Facsimile: (415) 773-5759

SEAN M. SULLIVAN (pro hac vice)
sullivan@ls3ip.com
COLE RICHTER (pro hac vice)
richter@ls3ip.com
LEE SULLIVAN SHEA & SMITH LLP
656 W Randolph St., Floor 5W
Chicago, IL 60661
Telephone: (312) 754-0002
Facsimile: (312) 754-0003

*Attorneys for Sonos, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SONOS, INC.,<br><br>  Plaintiff and Counter-defendant,<br><br>  v.<br><br>GOOGLE LLC,<br><br>  Defendant and Counter-claimant. | Case No. 3:20-cv-06754-WHA<br><br>Consolidated with<br>Case No. 3:21-cv-07559-WHA<br><br>**DECLARATION OF ELIZABETH MOULTON IN SUPPORT OF JOINT STIPULATION EXTENDING TIME FOR SONOS, INC. TO OBJECT TO GOOGLE LLC'S BILL OF COSTS**<br><br>Judge: Hon. William Alsup |

I, Elizabeth Moulton, declare as follows and would so testify under oath if called upon to do so:

1. I am an attorney with the law firm of Orrick, Herrington & Sutcliffe LLP, counsel of record to Sonos, Inc. ("Sonos") in the above-captioned matter. I am a member in good standing of the Bar of the State of California. I make this declaration based on my personal knowledge, unless otherwise noted. If called, I can and will testify competently to the matters set forth herein.

2. I make this declaration in support of Sonos's and Google LLC's ("Google") (collectively, "Parties") Joint Stipulation and [Proposed] Order Extending Time For Sonos, Inc. To Object To Google LLC's Bill Of Costs.

3. On November 17, 2023, Sonos asked if Google if it would stipulate to an extension for Sonos to file any objections to Google's bill of costs until December 1, 2023.

4. On November 19, 2023, Google indicated it was amenable to such an extension.

5. This extension will allow the parties sufficient time to meet and confer in an attempt to reach agreement on the bill of costs without motion practice before the Court.

6. Sonos has never sought an extension to file any objections to Google's bill of costs.

7. With respect to Civil L.R. 6-3(a)(5), I am aware of the following previous modifications to the case schedule based on my review of the docket:

   a. On March 12, 2022, the Parties stipulated to an extension of Google's deadline to answer or move to dismiss Sonos's counterclaims to seven days after the Court's order on Google's motion to dismiss in the related case. Dkt. 156.

   b. On May 18, 2022, the Court vacated the initial patent showdown trial date and set the trial for October 3, 2022. Dkt. 269.

   c. On May 4, 2022, the Court granted the Parties' stipulated request to extend the mediation deadline to accommodate their preferred mediator's schedule. Dkt. 245.

   d. On July 15, 2022, the Court granted the Parties' stipulated request to extend expert pretrial deadlines for the patent showdown trial. Dkt. 304.

   e. On August 22, 2022, the Court granted the parties' stipulated request to extend the expert discovery deadline for the patent showdown trial. Dkt. 328.

   f. On November 14, 2022, the Court granted the Parties' stipulated request to extend expert report and discovery deadlines. Dkt. 402.

g. On December 7, 2022, the Court granted the Parties' stipulated request to extend the deadline for Google's Opposition to Sonos's Motion for Leave to Amend Infringement Contentions Pursuant to Patent L.R. 3-6.  Dkt. 417.

h. On December 22, 2022, the Court granted the Parties' stipulated request to extend the deadline for Expert Discovery, Expert Reports, and Dispositive Motions.  Dkt. 434.

i. On January 4, 2023, the Court advanced the trial date from May 10, 2023 to May 8, 2023.  Dkt. 444.

j. On January 27, 2023, the Court granted the Parties' stipulated request to extend the close of fact discovery to accommodate the Parties' expert witnesses' schedules.  Dkt. 460.

k. On March 9, 2023, the Court granted the Parties' stipulated request for an order setting a schedule for pretrial deadlines.  Dkt. 547.

l. On June 7, 2023, the Court granted the Parties' joint stipulation extending time for filing bill of costs.  Dkt. 811.

m. On July 30, 2023, the Court granted Google's administrative motion to extend the deadlines for its new omnibus motion to seal and the parties' refilings of all material they no longer seek to seal.  Dkt. 850.

n. On October 21, 2023, the Court granted Google's unopposed administrative motion to extend the deadline for its motion for attorneys' fees pursuant to 28 U.S.C. § 285 and bill of costs.  Dkt. 872.

o. On October 27, 2023, the Court granted the Parties' joint stipulation extending the time for Google to file a motion for attorneys fees pursuant to 28 U.S.C. § 285 until 30 days after any appellate review in this in this case. Dkt. 874.

I declare under penalty of perjury under the law of the United States of America that the foregoing is true and correct to the best of my knowledge. Executed this 21st day of November, 2023 in Zephyr Cove, Nevada.

/s/ *Elizabeth Moulton*
Elizabeth Moulton