CLEMENT SETH ROBERTS (SBN 209203)
croberts@orrick.com
BAS DE BLANK (SBN 191487)
basdeblank@orrick.com
ALYSSA CARIDIS (SBN 260103)
acaridis@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:   +1 415 773 5700
Facsimile:   +1 415 773 5759

SEAN M. SULLIVAN (*pro hac vice*)
sullivan@ls3ip.com
DAN SMITH (pro hac vice)
smith@ls3ip.com
MICHAEL P. BOYEA (pro hac vice)
boyea@ls3ip.com
COLE B. RICHTER (*pro hac vice*)
richter@ls3ip.com
LEE SULLIVAN SHEA & SMITH LLP
656 W Randolph St., Floor 5W
Chicago, IL 60661
Telephone:   +1 312 754 0002
Facsimile:   +1 312 754 0003

*Attorneys for Defendant Sonos, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GOOGLE LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SONOS, INC.,<br><br>　　　　　Defendant. | Case No. 3:20-cv-06754-WHA<br><br>Consolidated with<br>Case No. 3:21-cv-07559-WHA<br><br>**DECLARATION OF GEOFFREY MOSS IN SUPPORT OF SONOS, INC.'S OBJECTIONS TO GOOGLE LLC'S BILL OF COSTS** |

Moss Decl. iso Sonos's Objections
to Google's Bill of Costs
3:20-cv-06754-WHA

I, Geoffrey Moss, declare as follows and would so testify under oath if called upon to do so:

1. I am an associate with the law firm of Orrick, Herrington & Sutcliffe LLP, counsel of record to Sonos, Inc. ("Sonos") in the above-captioned matter. I am a member in good standing of the Bar of the State of California. I make this declaration based on my personal knowledge, unless otherwise noted. If called, I can and will testify competently to the matters set forth herein.

2. I make this declaration in support of Sonos's Objections to Google's Bill of Costs.

3. I have reviewed Google's Bill of Costs and am familiar with the substance of the miscellaneous hearings for which Google seeks costs.

4. Google seeks to recover costs for a transcript dated November 19, 2020. This is a transcript of the hearing on Sonos's motion to dismiss or to transfer the case to the Western District of Texas.

5. Google seeks to recover costs for a transcript dated October 7, 2021. This is a transcript of a status conference.

6. Google seeks to recover costs for a transcript dated January 6, 2022. This is a transcript of a hearing regarding a discovery dispute and Sonos's infringement contentions.

7. Google seeks to recover costs for a transcript dated January 13, 2022. This is a transcript of a hearing on Google's motion to amend its complaint, and other case management issues.

8. Google seeks to recover costs for a transcript dated February 24, 2022. This is a transcript of a hearing on Google's motion to dismiss.

9. Google seeks to recover costs for a transcript dated March 24, 2022. This is a transcript of a hearing regarding a discovery dispute before Magistrate Judge Ryu.

10. Google seeks to recover costs for a transcript dated May 18, 2022 transcript. This is a transcript of a telephonic conference regarding Judge Alsup's law clerk.

11. Google seeks to recover costs for a transcript dated June 1, 2022. This is a transcript of a hearing on Sonos's motion to file a third amended complaint.

12. Google seeks to recover costs for a transcript dated December 8, 2022. This is a transcript of a hearing on Google's request for leave to amend its invalidity contentions.

13. Google seeks to recover costs for a transcript dated February 23, 2023. This is a transcript of a hearing regarding a discovery dispute before Magistrate Judge Ryu.

14. On November 29 and 30, 2023, counsel for Sonos and Google met and conferred, unsuccessfully, to try to resolve Sonos's objections to Google's bill of costs.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed this 1st day of December, 2023, at Glendale, California.

                                                                                          */s/ Geoffrey Moss*
                                                                                            GEOFFREY MOSS