UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SONOS, INC.,

    Plaintiff,

    v.

GOOGLE LLC,

    Defendant.

No. C 20-06754 WHA
No. C 21-07559 WHA

**ORDER RE COSTS**

On November 7, Google filed a bill of costs (Dkt. No. 876). On November 21, the very day objections were due, Sonos requested an unopposed extension of the deadline to file objections until December 1 "to allow sufficient time to meet and confer in an attempt to reach agreement" (Dkt. No. 882).

It was not lost on the judge that Sonos had asked Google if it would stipulate to an extension as early as November 17, and that Google had indicated it was amenable as early as November 19 — two days before Sonos requested an extension of its deadline on the day of that deadline, which was two days before Thanksgiving (Dkt. No. 882-1). Even so, the judge granted the request without fuss on counsel's representation that an attempt would be made to reach agreement and avoid unnecessary motion practice (*ibid*.). Sure enough, no agreement occurred, and objections were filed on December 1 (Dkt. No. 884).

Sonos objects to $38,515.70 of the $126,341.51 in costs. Everyone knows that this is a drop in the bucket in this contentious, prolonged, global litigation. A hearing on the bill of costs is hereby specially set for **WEDNESDAY, JANUARY 24, AT NOON**. To assist the judge in assessing the objections and their value — and to ensure lead counsel have addressed these issues personally — either Sean Sullivan or Clem Roberts shall personally argue on behalf of Sonos, and Sean Pak shall personally argue on behalf of Google.

**IT IS SO ORDERED.**

Dated: December 28, 2023.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE