| | |
|---|---|
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | CLEMENT SETH ROBERTS (STATE BAR NO. 209203) |
| Sean Pak (Bar No. 219032) | croberts@orrick.com |
| seanpak@quinnemanuel.com | BAS DE BLANK (STATE BAR NO. 191487) |
| Melissa Baily (Bar No. 237649) | basdeblank@orrick.com |
| melissabaily@quinnemanuel.com | ALYSSA CARIDIS (STATE BAR NO. 260103) |
| James Judah (Bar No. 257112) | acaridis@orrick.com |
| jamesjudah@quinnemanuel.com | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| Lindsay Cooper (Bar No. 287125) | The Orrick Building |
| lindsaycooper@quinnemanuel.com | 405 Howard Street |
| Iman Lordgooei (Bar No. 251320) | San Francisco, CA 94105-2669 |
| imanlordgooei@quinnemanuel.com | Telephone: (415) 773-5700 |
| 50 California Street, 22nd Floor | Facsimile: (415) 773-5759 |
| San Francisco, California 94111-4788 | |
| Telephone: (415) 875-6600 | SEAN M. SULLIVAN (admitted *pro hac vice*) |
| Facsimile: (415) 875-6700 | sullivan@ls3ip.com |
| | COLE RICHTER (admitted *pro hac vice*) |
| Marc Kaplan (*pro hac vice*) | richter@ls3ip.com |
| marckaplan@quinnemanuel.com | LEE SULLIVAN SHEA & SMITH LLP |
| 191 N. Wacker Drive, Ste 2700 | 656 W Randolph St., Floor 5W |
| Chicago, Illinois 60606 | Chicago, IL 60661 |
| Telephone: (312) 705-7400 | Telephone: (312) 754-0002 |
| Facsimile: (312) 705-7401 | Facsimile: (312) 754-0003 |
| | |
| *Attorneys for Google LLC* | *Attorneys for Sonos, Inc.* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SONOS, INC., | Case No. 3:20-cv-06754-WHA |
| | Consolidated with Case No. 3:21-cv-07559-WHA |
| Plaintiff, | |
| vs. | **JOINT STIPULATION REGARDING GOOGLE LLC'S BILL OF COSTS** |
| GOOGLE LLC, | |
| Defendant. | |

Pursuant to Civil Local Rule 7-12, Google LLC ("Google") and Sonos, Inc. ("Sonos") (collectively, "Parties") jointly stipulate to a reduction of Google's requested taxed costs.

WHEREAS, on November 7, 2023, Google filed its Bill of Costs, identifying certain costs it sought to be taxed against Sonos pursuant to the Federal Rules of Civil Procedure and the Civil Local Rules of this Court and seeking an award of costs in the amount of $126,341.51 (Dkt. 876);

WHEREAS, on November 14, 2023, the Court entered an amended judgment in favor Google (Dkt. 880);

WHEREAS, on November 15, 2023, Sonos filed an amended notice of appeal from the judgment (Dkt. 881);

WHEREAS, on December 1, 2023, Sonos filed its objections to $38,515.70 in Google's costs (Dkt. 884);

WHEREAS, on December 28, 2023, the Court set a hearing on Google's Bill of Costs for January 24, 2024 (Dkt. 885);

WHEREAS, the Parties wish to avoid burdening the Court with any dispute regarding Google's Bill of Costs;

NOW, THEREFORE, the Parties hereby agree and stipulate as follows:

1. The Parties agree to a reduction of Google's requested taxed costs to an agreed-upon amount of $107,083.66.
2. Sonos agrees to withdraw all objections (Dkt. 884) to Google's Bill of Costs.
3. This Stipulation does not impact or waive Google's or Sonos's rights with respect to Google's motion for attorneys' fees which will be separately briefed and heard per the Court's Order (Dkt. 874).
4. Any forthcoming award of costs is stayed pending the outcome of Sonos's appeal and Sonos will pay the costs award following exhaustion of all appellate proceedings, provided that Google remains the prevailing party.

//

//

//

1     The Parties respectfully request that the Court enter this Stipulation as an Order of the Court.

2     IT IS SO STIPULATED.

3     Dated: January 13, 2024                 Respectfully submitted,

| */s/ Sean Pak* | */s/ Elizabeth Moulton* |
|---|---|
| Attorneys for GOOGLE LLC | Attorneys for SONOS, INC. |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| *Counsel for Google LLC* | *Counsel for Sonos, Inc.* |

**ECF ATTESTATION**

I, Sean Pak, am the ECF User whose ID and password are being used to file this Joint Stipulation. In compliance with Civil Local Rule 5-1, I hereby attest that Elizabeth Moulton, counsel for Sonos, has concurred in this filing.

Dated: January 13, 2024

By:    */s/ Sean Pak*
       Sean Pak

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____, 2024   By: _____
                                              Hon. William Alsup
                                              United States District Judge