CLEMENT SETH ROBERTS (SBN 209203)
croberts@orrick.com
BAS DE BLANK (SBN 191487)
basdeblank@orrick.com
ALYSSA CARIDIS (SBN 260103)
acaridis@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:    +1 415 773 5700
Facsimile:    +1 415 773 5759

SEAN M. SULLIVAN (*pro hac vice*)
sullivan@ls3ip.com
COLE RICHTER (*pro hac vice*)
richter@ls3ip.com
LEE SULLIVAN SHEA & SMITH LLP
656 W Randolph St., Floor 5W
Chicago, IL 60661
Telephone:    +1 312 754 0002
Facsimile:    +1 312 754 0003

*Attorneys for Sonos, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SONOS, INC.,<br><br>　　　Plaintiff and Counter-Defendant,<br><br>　　v.<br><br>GOOGLE LLC,<br><br>　　　Defendant and Counter-Claimant. | Case No. 3:20-cv-06754-WHA<br><br>Consolidated with<br>Case No. 3:21-cv-07559-WHA<br><br>**SONOS, INC.'S NOTICE OF REFILING OF DOCUMENTS PURSUANT TO THE OMNIBUS ORDER RE FINAL MOTIONS TO SEAL (DKT. NO. 889)** |

1      Sonos, Inc. ("Sonos") hereby provides this Notice in response to the Court's Omnibus Order Re Final Motions to Seal (Dkt. No. 889) ("Final Omnibus Order").

       On February 9, 2024, the Court entered an order regarding Sonos's and Google LLC's ("Google") remaining omnibus motions to seal (Dkt. Nos. 831, 851). Sonos's omnibus motion was granted in its entirety. Google's omnibus motion was granted in part and denied in part. For the documents for which there is an overlapping sealing request by both parties ("Overlapping Documents") the Court ordered the parties to meet and confer to prepare redacted/excerpted versions that comply with the Court's order.

       Counsel for Sonos and counsel for Google conferred on the refiling of the Overlapping Documents. Sonos provided Google with versions of the Overlapping Documents that redact the portions of those documents that Sonos moved to seal, and which the Court granted. Google returned the Overlapping Documents to Sonos with additional redactions, which Sonos understands reflect the portions of those documents that Google moved to seal and for which the Court granted Google's sealing request. Sonos has not independently audited Google's redactions for compliance with the Court's Final Omnibus Order, and trusts that Google's redactions comply with the order. A summary of those documents appears in the table below.

       In total, Sonos sought leave to seal seventeen documents or portions of documents. Six of those documents consist of duplicate filings of the same single document that Sonos sought to seal in its entirety (which the Court granted)—specifically, the Proposed Term Sheet previously filed at Dkt. Nos. 831-4, 831-5, 831-14, 831-15, 831-19, 831-20. Pursuant to the Court's Final Omnibus Order, Sonos is not filing a redacted or public copy of that document, which remains sealed in its entirety.

       With respect to the remaining eleven documents for which Sonos sought sealing only in part—which the Court granted—there are only four unique documents. All of those documents are Overlapping Documents (i.e., documents for which Google also sought sealing in part, which the Court granted in part). To avoid unnecessary duplicate filings of the same unique document, Sonos is refiling one redacted version of each of the four unique documents. The table below

1

SONOS, INC.'S NOTICE OF REFILING OF
DOCUMENTS PURSUANT TO THE OMNIBUS ORDER
RE FINAL MOTIONS TO SEAL (DKT. NO. 889)
3:20-CV-06754-WHA

outlines the four unique documents that Sonos is refiling in compliance with this Court's Final Omnibus Order—after meeting and conferring with Google—which together span the eleven Overlapping Documents for which Sonos sought (and the Court granted) sealing in part (and for which Google also sought sealing in part, which the Court granted in part). The leftmost column (yellow) shows all eleven docket numbers for which Sonos sought sealing with respect to this tranche of documents. The rightmost column (blue) shows the unique document name (of which there are four total) with which each of the eleven docket numbers corresponds. The center column (no shading) shows each corresponding docket number for which Google sought sealing, which the Court granted in part in the Court's Final Omnibus Order. The remaining columns (second from left (green) and second from right (orange)) show the docket numbers associated with the parties' earlier filings of the same documents provisionally under seal.

**List of documents for which Sonos is now filing public redacted versions**:

| Dkt. Nos. Per Court's Final Omnibus Order Re Sonos | Dkt. Nos. Per Sonos's Renewed Mot. (Dkt. 831) | Dkt. Nos. Per Court's Final Omnibus Order Re Google | Dkt. Nos. Per Google's Renewed Mot. (Dkt. 851) | UNIQUE DOCUMENT |
|---|---|---|---|---|
| 831-6<br>831-10<br>831-16[1] | 589-4<br>590-4<br>643-1 | 854-5<br>854-19 | 590-4<br>643-1 | Excerpt of Bakewell Rebuttal Expert Report<br><br>[Exhibit B to the Kolker Declaration in support of Sonos's Motion *In Limine* No. 1] |
| 831-7<br>831-11 | 589-5<br>590-5 | 854-6 | 590-5 | Google's Response to Motion *In Limine* No. 1 |
| 831-8<br>831-12<br>831-17 | 589-6<br>590-6<br>643-2 | 854-20 | 643-2 | Excerpt of Malackowski Supplemental Expert Report<br><br>[Exhibit 1 to the Cooper Declaration in support of Google's Response to Motion *In Limine* No. 1] |

---

[1] The Court indicated in its Final Omnibus Order that Dkt. No. 831-16 is the Proposed Term Sheet. It is actually an excerpt of the Bakewell Rebuttal Expert Report.

2

SONOS, INC.'S NOTICE OF REFILING OF
DOCUMENTS PURSUANT TO THE OMNIBUS ORDER
RE FINAL MOTIONS TO SEAL (DKT. NO. 889)
3:20-CV-06754-WHA

| Dkt. Nos. Per Court's Final Omnibus Order Re Sonos | Dkt. Nos. Per Sonos's Renewed Mot. (Dkt. 831) | Dkt. Nos. Per Court's Final Omnibus Order Re Google | Dkt. Nos. Per Google's Renewed Mot. (Dkt. 851) | UNIQUE DOCUMENT |
|---|---|---|---|---|
| 831-9<br>831-13<br>831-18 | 589-7<br>590-7<br>643-3 | 854-21 | 643-3 | Excerpt of Bakewell Rebuttal Expert Report<br><br>[Exhibit 2 to the Cooper Declaration in support of Google's Response to Motion *In Limine* No. 1] |

Dated:  May 2, 2024

ORRICK HERRINGTON & SUTCLIFFE LLP
*and*
LEE SULLIVAN SHEA & SMITH LLP

By: */s/ Joseph R. Kolker*
       Joseph R. Kolker

*Attorneys for Sonos, Inc.*

3

SONOS, INC.'S NOTICE OF REFILING OF DOCUMENTS PURSUANT TO THE OMNIBUS ORDER RE FINAL MOTIONS TO SEAL (DKT. NO. 889)
3:20-CV-06754-WHA