QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Sean Pak (Bar No. 219032)
  seanpak@quinnemanuel.com
  Melissa Baily (Bar No. 237649)
  melissabaily@quinnemanuel.com
  James Judah (Bar No. 257112)
  jamesjudah@quinnemanuel.com
  Lindsay Cooper (Bar No. 287125)
  lindsaycooper@quinnemanuel.com
  Iman Lordgooei (Bar No. 251320)
  imanlordgooei@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:     (415) 875-6600
Facsimile:     (415) 875-6700

  Marc Kaplan *(pro hac vice)*
  marckaplan@quinnemanuel.com
191 N. Wacker Drive, Ste 2700
Chicago, Illinois 60606
Telephone:     (312) 705-7400
Facsimile:     (312) 705-7401

*Attorneys for GOOGLE LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| SONOS, INC.,<br><br>   Plaintiff,<br><br> v.<br><br>GOOGLE LLC,<br><br>   Defendant. | Case No. 3:20-cv-06754-WHA<br>Consolidated with Case No. 3:21-cv-07559-WHA<br><br>**GOOGLE LLC'S NOTICE OF REFILING OF REDACTED DOCUMENTS PURSUANT TO OMNIBUS ORDER RE MOTIONS TO SEAL (DKT. 889)** |

In accordance with the Court's Omnibus Order Re Final Motions to Seal ("Omnibus Order," Dkt. 889), Google LLC ("Google") hereby refiles public versions of the documents for which sealing was denied in part and for which Google does not move for reconsideration (*see* Dkt. 846). The redactions to each document have been revised in accordance with the Court's Omnibus Order.

DATED: May 3, 2024          Respectfully submitted,

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By   /s/ Sean Pak
    Sean Pak
    Melissa Baily
    James D. Judah
    Lindsay Cooper
    Marc Kaplan
    Iman Lordgooei

*Attorneys for Google LLC*

# CERTIFICATE OF SERVICE

The undersigned certifies that on May 3, 2024, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system.

DATED: May 3, 2024

                                        */s/ Sean Pak*
                                        Sean Pak