# EXHIBIT 12

# FILED UNDER SEAL

HIGHLY CONFIDENTIAL, ATTORNEYS' EYES ONLY, SOURCE CODE

```
 1              UNITED STATES DISTRICT COURT
 2           FOR THE NORTHERN DISTRICT OF CALIFORNIA
 3
 4   GOOGLE LLC;                    )
                                    )
 5                 Plaintiff,       )
                                    )
 6        vs.                       )   Case No.
                                    )   3:20-cv-06754-WHA
 7   SONOS, INC.;                   )
                                    )
 8                 Defendant.       )
     _____)
 9                                  )
10   SONOS, INC.;                   )
                                    )
10                 Plaintiff,       )
                                    )
11        vs.                       )   Case No.
                                    )   3:21-cv-07559-WHA
12   GOOGLE LLC;                    )
                                    )
13                 Defendant.       )
14   _____)
15    HIGHLY CONFIDENTIAL, ATTORNEYS' EYES ONLY, SOURCE CODE
16
17          30(B)(6) WITNESS FOR GOOGLE & 30(B)(1)
18       VIDEOTAPED REMOTE DEPOSITION OF TAVIS MACLELLAN
19                  Richmond, California
20               Friday, November 11, 2022
21
22   Reported by:
23   Lynda L. Fenn, CSR, RPR
24   CSR No. 12566
25   JOB No. 5577014
```

Page 1

HIGHLY CONFIDENTIAL, ATTORNEYS' EYES ONLY, SOURCE CODE

| | |
|---|---|
| 1 | Richmond, California |
| 2 | Friday, November 11, 2022 |
| 3 | 9:03 a.m.  -  3:45 p.m. |
| 4 | |
| 5 | |
| 6 | |
| 7 | THE VIDEOGRAPHER:  Good morning.  We're    09:03:10 |
| 8 | going on the record at 9:03 a.m. on November 11th,    09:03:12 |
| 9 | 2022.    |
| 10 | This is media unit one of the    09:03:16 |
| 11 | video-recorded deposition of Tavis Maclellan, and    09:03:18 |
| 12 | Tavis Maclellan is a 30(b)(6) witness for Google    09:03:21 |
| 13 | taken by counsel for plaintiff, slash, defendant in    09:03:26 |
| 14 | the matter of Sonos, Inc., versus Google filed in the    09:03:29 |
| 15 | United States District Court for the Northern    09:03:33 |
| 16 | District of California.  The case number is    09:03:36 |
| 17 | 3:20-cv-06754-WHA and related case number is    09:03:45 |
| 18 | 3:21-cv-07559-WHA.    |
| 19 | This deposition is being conducted remotely    09:03:53 |
| 20 | using virtual technology.    09:03:55 |
| 21 | My name is Jeff Nichols from the firm    09:03:57 |
| 22 | Veritext Legal Solutions and I am the videographer.    09:04:01 |
| 23 | The court reporter is Lynda Fenn from the firm    09:04:03 |
| 24 | Veritext Legal Solutions.    09:04:07 |
| 25 | Counsel will now please state their    09:04:08 |

| | | |
|---|---|---|
| 1 | appearances and affiliations for the record. | 09:04:10 |
| 2 | MR. BOYEA:  Michael Boyea from Lee, | 09:04:14 |
| 3 | Sullivan, Shea & Smith on behalf of Sonos. | 09:04:20 |
| 4 | MR. KAPLAN:  This is Marc Kaplan from Quinn | 09:04:21 |
| 5 | Emanuel Urquhart & Sullivan on behalf of Google and | 09:04:28 |
| 6 | the witness and with me today is Patrick Weston from | 09:04:31 |
| 7 | Google. | 09:04:38 |
| 8 | THE VIDEOGRAPHER:  Thank you. | 09:04:39 |
| 9 | Will the court reporter please swear in the | 09:04:40 |
| 10 | witness. | 09:04:57 |
| 11 | THE COURT REPORTER:  Mr. Maclellan, please | 09:04:57 |
| 12 | raise your right hand. | 09:04:59 |
| 13 | | |
| 14 | TAVIS MACLELLAN, | |
| 15 | produced as a witness on behalf of the | |
| 16 | Plaintiff/Defendant, and having been first duly | |
| 17 | sworn, was examined and testified as follows: | |
| 18 | | |
| 19 | EXAMINATION | |
| 20 | BY MR. BOYEA: | |
| 21 | Q   Good morning, please state and spell your | 09:05:02 |
| 22 | name for the record? | 09:05:05 |
| 23 | A   My name is Tavis Maclellan, first name | 09:05:05 |
| 24 | Tavis, T-a-v-i-s, last name Maclellan, | 09:05:07 |
| 25 | M-a-c-l-e-l-l-a-n. | 09:05:13 |

Page 6

HIGHLY CONFIDENTIAL, ATTORNEYS' EYES ONLY, SOURCE CODE

| | | |
|---|---|---|
| 1 | BY MR. BOYEA: | 09:41:34 |
| 2 | Q   Well, yeah, you -- so we were talking about | 09:41:35 |
| 3 | a hub and then you said it would be able to call the | 09:41:37 |
| 4 | Cast APIs on the Cast receiver for it to attempt some | 09:41:40 |
| 5 | sort of transfer, yes. | 09:41:45 |
| 6 | So I'm trying to figure out what "it" is in | 09:41:47 |
| 7 | your statement and what the Cast receiver is in your | 09:41:50 |
| 8 | answer? | 09:41:53 |
| 9 | A   Uh-huh. | 09:41:55 |
| 10 | So when I refer to Cast receiver, again I'm | 09:41:57 |
| 11 | referring to the C++ firmware code that runs on the | 09:41:59 |
| 12 | device that implements sort of all the Cast | 09:42:03 |
| 13 | protocols, as you mentioned earlier kind of the code | 09:42:07 |
| 14 | under Chromecast. | 09:42:10 |
| 15 | When I say, "it," I'm referring to the UX | 09:42:12 |
| 16 | elements that the user is actually interacting with | 09:42:16 |
| 17 | on the hub device, that is code that I didn't write, | 09:42:19 |
| 18 | so I don't know the most proper term to refer to it | 09:42:23 |
| 19 | as. | 09:42:25 |
| 20 | But that -- those elements will somehow | 09:42:28 |
| 21 | call into the APIs that I do own and that would be | 09:42:32 |
| 22 | the Cast receiver. | 09:42:35 |
| 23 | Q   Okay. | 09:42:46 |
| 24 | So other than a hub do you know is stream | 09:42:47 |
| 25 | transfer -- let me strike that. | 09:42:50 |

Page 37

HIGHLY CONFIDENTIAL, ATTORNEYS' EYES ONLY, SOURCE CODE

| | | |
|---|---|---|
| 1 | A   At a high level or are you asking, like, | 10:42:09 |
| 2 | what is the code doing? | 10:42:12 |
| 3 | Q   Yeah -- well, yeah, what is the code doing? | 10:42:13 |
| 4 | A   I mean, I can run through the -- | 10:42:15 |
| 5 | Q   Sure.  Yeah, that would be great. | 10:42:20 |
| 6 | A   So, line 718 -- again, I didn't author this | 10:42:25 |
| 7 | code just for reference as well. | 10:42:31 |
| 8 | | 10:42:35 |
| 9 | | 10:42:40 |
| 10 | | 10:42:44 |
| 11 | Again, I didn't write this code so I | 10:42:46 |
| 12 | actually wouldn't be able to tell what the is audio | 10:42:48 |
| 13 | flag means or the field means in this type script | 10:42:54 |
| 14 | file. | 10:42:57 |
| 15 | | 10:42:58 |
| 16 | | 10:43:04 |
| 17 | | 10:43:08 |
| 18 | | 10:43:12 |
| 19 | | 10:43:15 |
| 20 | | 10:43:19 |
| 21 | | 10:43:21 |
| 22 | And then I'm not familiar with what the | 10:43:35 |
| 23 | line to 724, this playing on device.  I would need to | 10:43:37 |
| 24 | see the code of that function to understand what it's | 10:43:41 |
| 25 | doing. | 10:43:43 |

Page 74

HIGHLY CONFIDENTIAL, ATTORNEYS' EYES ONLY, SOURCE CODE

```
 1      your question was?                                    11:36:47

 2          Q    Yeah.                                        11:36:48

 3              So, looking at the comment at 1145, it        11:36:48

 4      makes me ask you this question:  In our hypothetical  11:36:53

 5      where the hub device is the source task receiver,     11:36:57

 6      will the transfer stream function be called here?     11:37:01

 7      Will this path, if that makes sense, trigger this     11:37:05

 8      call of the transfer stream function?                 11:37:14

 9              MR. KAPLAN:  Object to form.                   11:37:15

10              THE WITNESS:  So, like I said, there are      11:37:18

11      cases where a running receiver app on the hub may     11:37:21

12      take a different path to achieve the transfer.        11:37:28

13              But this path can be it if the partner        11:37:31

14      app -- or, sorry, the Cast receiver app in question   11:37:35

15      does support the store session and resume session.    11:37:38

16              And it indicates in its capabilities that     11:37:41

17      it provides to Cast firmware code that it does        11:37:43

18      support Stream Transfer.                              11:37:47

19      BY MR. BOYEA:                                         11:37:55

20          Q    So do you have any understanding of the      11:37:55

21      comment starting at 1145 to 1147, what that means?    11:37:57

22              MR. KAPLAN:  Object to form.                  11:38:08

23              THE WITNESS:  Yes, I did not write this       11:38:09

24      code -- this comment, so I cannot definitively say    11:38:15

25      exactly the intent behind it.                         11:38:19
```

HIGHLY CONFIDENTIAL, ATTORNEYS' EYES ONLY, SOURCE CODE

| | | |
|---|---|---|
| 1 | previously, we called connection, dot, send/receiver | 13:37:24 |
| 2 | message for, like, the launch request.  That is a | 13:37:26 |
| 3 | request to the receiver device for the receiver | 13:37:28 |
| 4 | endpoint. | 13:37:30 |
| 5 | This one, because we have connected to the | 13:37:31 |
| 6 | app, this is sending the media space message directly | 13:37:33 |
| 7 | to the app that we had launched earlier. | 13:37:38 |
| 8 | MR. BOYEA:  Okay. | 13:37:40 |
| 9 | BY MR. BOYEA: | 13:37:40 |
| 10 | Q   So this is a message that's going from the | 13:37:42 |
| 11 | hub device in our example over to the new destination | 13:37:45 |
| 12 | Cast receiver device; right? | 13:37:50 |
| 13 | A   Yeah.  So, this will be sent from whatever | 13:37:55 |
| 14 | your Cast receiver currently is to wherever the | 13:37:58 |
| 15 | destination is. | 13:38:01 |
| 16 | It could be, again, like, you know, how | 13:38:02 |
| 17 | there was that fork for local handling.  So there is | 13:38:04 |
| 18 | no guaranty that this is sent across the network. | 13:38:09 |
| 19 | But if the destination is a separate | 13:38:11 |
| 20 | device, this is where it will be sent across the | 13:38:14 |
| 21 | network to that Cast endpoint, which would then be | 13:38:17 |
| 22 | forwarded onto the partner receiver app that is | 13:38:21 |
| 23 | running. | 13:38:25 |
| 24 | Q   Okay.  So, let me just summarize where | 13:38:25 |
| 25 | we're at, because I know you think we're going to | 13:38:27 |

Page 165

| 1 | turn to the destination side. | 13:38:30 |
| 2 | So, in our example we have a hub that's the | 13:38:33 |
| 3 | source.  The user is invoking a Stream Transfer to | 13:38:35 |
| 4 | another physical Cast receiver.  And that's going to | 13:38:41 |
| 5 | trigger is a set playback devices call at the hub | 13:38:45 |
| 6 | device; correct? | 13:38:50 |
| 7 | MR. KAPLAN:  Object to form. | 13:38:52 |
| 8 | THE WITNESS:  Yes, there will be a set | 13:38:52 |
| 9 | playback devices in that method that we looked at in | 13:38:59 |
| 10 | dynamic group manager. | 13:39:01 |
| 11 | BY MR. BOYEA: | 13:39:01 |
| 12 | Q   And then the hub will eventually do a store | 13:39:02 |
| 13 | session; correct? | 13:39:06 |
| 14 | MR. KAPLAN:  Object to form. | 13:39:07 |
| 15 | THE WITNESS:  Yeah, there were a lot of | 13:39:07 |
| 16 | conditions, as I mentioned before, where that might | 13:39:09 |
| 17 | not happen. | 13:39:11 |
| 18 | But if it does decide that it will send | 13:39:12 |
| 19 | that store session, it will send it to the app that | 13:39:15 |
| 20 | is running on the hub device and then it will get the | 13:39:18 |
| 21 | response with the session state, yes. | 13:39:21 |
| 22 | BY MR. BOYEA: | 13:39:23 |
| 23 | Q   And then the hub device will send a launch | 13:39:24 |
| 24 | message to the destination Cast receiver; correct? | 13:39:27 |
| 25 | MR. KAPLAN:  Object to form. | 13:39:32 |

Page 166

| | | |
|---|---|---|
| 1 | THE WITNESS:  It will -- to be pedantic, | 13:39:33 |
| 2 | it's the full Cast V2 connection. | 13:39:37 |
| 3 | So, the actual packets that would be sent | 13:39:39 |
| 4 | would be TCP connection to the destination, SSL | 13:39:41 |
| 5 | handshake, Cast V2 connect, followed by Cast V2 get | 13:39:45 |
| 6 | app availability. | 13:39:50 |
| 7 | Remember, we did that first.  Get the | 13:39:50 |
| 8 | response.  And then it will send a Cast V2 launch. | 13:39:52 |
| 9 | Then you wait for the receiver status to confirm that | 13:39:57 |
| 10 | the app has been launched with the session I.D. that | 13:40:00 |
| 11 | you would like it to be. | 13:40:03 |
| 12 | BY MR. BOYEA: | 13:40:04 |
| 13 | Q   And then the last main thing that we talked | 13:40:05 |
| 14 | about is the hub source device will then send the | 13:40:09 |
| 15 | resume session message to the destination Cast | 13:40:14 |
| 16 | receiver; correct? | 13:40:18 |
| 17 | MR. KAPLAN:  Same objection. | 13:40:21 |
| 18 | THE WITNESS:  It will specifically send it | 13:40:22 |
| 19 | to the receiver app running on the destination Cast | 13:40:24 |
| 20 | receiver. | 13:40:27 |
| 21 | MR. BOYEA:  Correct.  Okay. | 13:40:32 |
| 22 | Now is a good time to take a break if you | 13:40:33 |
| 23 | want and then we can continue after. | 13:40:35 |
| 24 | MR. KAPLAN:  That's fine. | 13:40:38 |
| 25 | MR. BOYEA:  We can keep going, it's up to | 13:40:38 |

Page 167

```
 1    you, Mr. Maclellan.                              13:40:41

 2            THE WITNESS:  No, we can take a short    13:40:42

 3    break.                                           13:40:44

 4            MR. BOYEA:  Five or ten minutes again?   13:40:45

 5            THE WITNESS:  Let's do ten minutes.      13:40:46

 6            MR. BOYEA:  Perfect.  Okay.              13:40:48

 7            THE VIDEOGRAPHER:  We are going off the  13:40:49

 8    record.  The time is 1:40 p.m.                   13:40:50

 9            (Brief interruption in proceedings.)     13:55:07

10            THE VIDEOGRAPHER:  We are back on record. 13:55:07

11    The time is 1:55 p.m.                            13:55:09

12    BY MR. BOYEA:                                    13:55:12

13        Q   Welcome back, Mr. Maclellan.            13:55:13

14            Before we get to the destination Cast    13:55:14

15    receiver, I want to look back at the Stream Transfer 13:55:16

16    manager file and that's going to be -- I think it's 13:55:19

17    1717.                                            13:55:24

18        A   Okay.  I'm there.                        13:55:32

19            MR. BOYEA:  And for the record, this is  13:55:34

20    Stream, underscore, Transfer, underscore, manager, 13:55:35

21    dot, CC.                                         13:55:37

22    BY MR. BOYEA:                                    13:55:39

23    ████████████████████████████████████████        13:55:39

24    ████████████████████████████████████████        13:55:42

25    ████████████████████████████████████████        13:55:46
```

Page 168



| | | |
|---|---|---|
| 1 | | 13:55:52 |
| 2 | MR. KAPLAN:   Object to form. | 13:55:58 |
| 3 | | 13:56:01 |
| 4 | | 13:56:02 |
| 5 | | 13:56:07 |
| 6 | | 13:56:13 |
| 7 | | 13:56:17 |
| 8 | | 13:56:19 |
| 9 | | 13:56:22 |
| 10 | | 13:56:22 |
| 11 | | 13:56:25 |
| 12 | | 13:56:32 |
| 13 | | 13:56:34 |
| 14 | | 13:56:38 |
| 15 | | 13:56:38 |
| 16 | | 13:56:43 |
| 17 | | 13:56:46 |
| 18 | | 13:56:49 |
| 19 | | 13:56:52 |
| 20 | | 13:56:54 |
| 21 | | 13:57:00 |
| 22 | | 13:57:04 |
| 23 | | 13:57:04 |
| 24 | | 13:57:06 |
| 25 | | 13:57:10 |

Page 169



| 1 | | 13:57:13 |
| 2 | | 13:57:15 |
| 3 | | 13:57:19 |
| 4 | I do not believe there is an extra step | 13:57:19 |
| 5 | but -- | 13:57:22 |
| 6 | MR. BOYEA:  Okay. | 13:57:22 |
| 7 | BY MR. BOYEA: | 13:57:22 |
| 8 | Q   All right. | 13:57:23 |
| 9 | | 13:57:23 |
| 10 | | 13:57:26 |
| 11 | | 13:57:32 |
| 12 | | 13:57:36 |
| 13 | | 13:57:41 |
| 14 | | 13:57:43 |
| 15 | MR. KAPLAN:  Object to form. | 13:57:49 |
| 16 | | 13:57:51 |
| 17 | | 13:57:53 |
| 18 | | 13:57:56 |
| 19 | | 13:58:00 |
| 20 | | 13:58:04 |
| 21 | | 13:58:05 |
| 22 | | 13:58:07 |
| 23 | | 13:58:12 |
| 24 | | 13:58:17 |
| 25 | | 13:58:22 |

Page 170





HIGHLY CONFIDENTIAL, ATTORNEYS' EYES ONLY, SOURCE CODE



| | | |
|---|---|---|
| 1 | ███████ ████ ██████ | 14:00:58 |
| 2 | ████ | 14:01:00 |
| 3 | ███████████ | 14:01:01 |
| 4 | ██████ █████████ | 14:01:04 |
| 5 | ██████████ | 14:01:09 |
| 6 | ██████ ████████ | 14:01:11 |
| 7 | ████ | 14:01:12 |
| 8 | ██████ ████████ | 14:01:14 |
| 9 | █████████ ███ | 14:01:17 |
| 10 | █ ███████ ██ | 14:01:21 |
| 11 | █████ | 14:01:23 |
| 12 | ██████ ████ | 14:01:24 |
| 13 | ███ ████████ | 14:01:27 |
| 14 | ██████ ████████ | 14:01:30 |
| 15 | █████████ | 14:01:33 |
| 16 | ███ | 14:01:36 |

17          This is saying if the transfer failed, for          14:01:37

18    whatever reason, we will actually reconfirm is this      14:01:40

19    source device idle, meaning like no one had actually     14:01:43

20    casted in the meantime.                                  14:01:47

21          And if it is idle, we then attempt to              14:01:48

22    restore the app in the session as it was before the      14:01:50

23    transfer request, right, because in this case it's       14:01:53

24    already -- it might be stopped.                          14:01:55

25          So this is what that check is.  If the app         14:01:58

| | | |
|---|---|---|
| 1 | had been stopped, then we attempt to restore it. | 14:02:00 |
| 2 | MR. BOYEA:  Okay. | 14:02:03 |
| 3 | BY MR. BOYEA: | 14:02:03 |
| 4 | Q   So then in our example, so if the hub | 14:02:04 |
| 5 | source device sends the resume session message, | 14:02:07 |
| 6 | receives a failure back from the destination, the hub | 14:02:14 |
| 7 | might try to basically resume playing back the media. | 14:02:18 |
| 8 | Is that effectively what's happening? | 14:02:23 |
| 9 | MR. KAPLAN:  Object to form. | 14:02:33 |
| 10 | THE WITNESS:  It will attempt to recreate | 14:02:34 |
| 11 | the web app kind of as it was.  And so because we are | 14:02:36 |
| 12 | calling restore local session, again, we've | 14:02:38 |
| 13 | potentially already completely terminated the web | 14:02:39 |
| 14 | page, so we will relaunch it. | 14:02:40 |
| 15 | And then we will inject the same resume | 14:02:42 |
| 16 | session with the session state into this new web app. | 14:02:45 |
| 17 | This is a completely new Java script instance in | 14:02:50 |
| 18 | HTML. | 14:02:53 |
| 19 | MR. BOYEA:  I see. | 14:02:53 |
| 20 | THE WITNESS:  And so it's almost like, you | 14:02:55 |
| 21 | know, we were trying to resume session on the target, | 14:02:55 |
| 22 | but if it fails we actually just turn to ourself and | 14:02:57 |
| 23 | then try and do the same thing, try and resume | 14:03:00 |
| 24 | session on ourself, because -- you are right, we do | 14:03:03 |
| 25 | want to restore playback to what it was and -- but | 14:03:05 |

Page 174

| | | |
|---|---|---|
| 1 | the actual details of restoring the playback, is up | 14:03:08 |
| 2 | to the SDK or the partner app to do correctly. | 14:03:13 |
| 3 | Q   I see.  All right. | 14:03:16 |
| 4 | ████: ████████████████████ | 14:03:18 |
| 5 | ██████████████████ | 14:03:20 |
| 6 | ████: █████████████████ | 14:03:24 |
| 7 | ██████ ████ ███ ████████████. | 14:03:30 |
| 8 | A   Sorry, I'm still looking.  I think I might | 14:04:07 |
| 9 | know where it is. | 14:04:09 |
| 10 | Q   No worries. | 14:04:10 |
| 11 | MR. BOYEA:  And just for the record, this | 14:04:22 |
| 12 | is a printout of Cast adaptor, dot, TS. | 14:04:23 |
| 13 | And the PDF is Bates stamped with ending | 14:04:28 |
| 14 | 0229.  The source code line that begins on this page | 14:04:34 |
| 15 | is 469. | 14:04:38 |
| 16 | MR. KAPLAN:  So, I think this is going to | 14:04:41 |
| 17 | be in the file with the 74 in it. | 14:04:43 |
| 18 | THE WITNESS:  Uh-huh.  Yeah, I actually | 14:04:46 |
| 19 | have -- I have the page opened.  It's 0229 Cast | 14:04:48 |
| 20 | adaptor, dot, TS. | 14:04:53 |
| 21 | MR. BOYEA:  Correct. | 14:04:55 |
| 22 | MR. KAPLAN:  I'm actually still pulling it | 14:04:55 |
| 23 | up too. | 14:04:57 |
| 24 | BY MR. BOYEA: | 14:05:02 |
| 25 | Q   So, Mr. Maclellan, I understand -- | 14:05:03 |

| | | |
|---|---|---|
| 1 | method and that's going to be -- your file is going | 14:10:12 |
| 2 | to end at 1731? | 14:10:16 |
| 3 |      MR. KAPLAN:  Sorry, you said Bates | 14:10:29 |
| 4 | No. 1731? | 14:10:32 |
| 5 |      MR. BOYEA:  Yeah. | 14:10:33 |
| 6 |      MR. KAPLAN:  Okay.  Give us just a second. | 14:10:34 |
| 7 |      MR. BOYEA:  Uh-huh. | 14:10:36 |
| 8 |      THE WITNESS:  I have it opened, though. | 14:10:37 |
| 9 |      MR. BOYEA:  Perfect.  And for the record, | 14:10:39 |
| 10 | this is another printout from Casa adaptor, dot, TS, | 14:10:41 |
| 11 | lines 920 to line 946 and the Bates number ends in | 14:10:46 |
| 12 | 1731. | 14:10:51 |
| 13 |      Let me know once you are there, Marc. | 14:10:53 |
| 14 |      MR. KAPLAN:  Almost. | 14:10:56 |
| 15 |      Okay.  Yeah. | 14:11:09 |
| 16 |      MR. BOYEA:  All right. | 14:11:11 |
| 17 | BY MR. BOYEA: | |
| 18 |    Q  Mr. Maclellan, if you could just help me | 14:11:12 |
| 19 | understand what's happening in this method. | 14:11:14 |
| 20 |      I know you personally might not have | 14:11:16 |
| 21 | written it, but if you could help me understand the | 14:11:19 |
| 22 | functions that are being called. | 14:11:23 |
| 23 |      MR. KAPLAN:  Object to form.  Scope. | 14:11:26 |
| 24 |      THE WITNESS:  Yes.  So, again, preface that | 14:11:28 |
| 25 | I didn't write this code. | 14:11:30 |

Page 180





Veritext Legal Solutions
866 299-5127



| | |
|---|---|
| 1 | 14:14:06 |
| 2 | 14:14:07 |
| 3 | 14:14:10 |
| 4 | 14:14:13 |
| 5 | 14:14:16 |
| 6 | 14:14:18 |
| 7 | 14:14:24 |
| 8 | |
| 9 | 14:14:28 |
| 10 | 14:14:31 |
| 11 | 14:14:34 |
| 12 | 14:14:38 |
| 13 | 14:14:42 |
| 14 | 14:14:43 |
| 15 | 14:14:45 |
| 16 | 14:14:48 |
| 17 | 14:14:51 |

18         So, more or less what this function is            14:14:51

19   basically doing is resume session has been received.      14:14:54

20   This receiver app has their own custom format for how     14:14:57

21   they represent their session data.                        14:15:01

22         They extract it from custom data and then           14:15:03

23   they attempt to resume the -- resume from those           14:15:06

24   playback parameters or from the session state would       14:15:10

25   be most correct.                                          14:15:14

Page 183

| | | |
|---|---|---|
| 1 | multi zone follower application which is just a C++ | 14:28:26 |
| 2 | code that handles stuff.  And then it will begin | 14:28:29 |
| 3 | partaking in a multi zone group playback exactly as | 14:28:32 |
| 4 | if you had cast it, right. | 14:28:36 |
| 5 | So the distinction there is that, you know, | 14:28:37 |
| 6 | am I just doing this locally to myself or am I -- is | 14:28:40 |
| 7 | it -- is the leader endpoint a completely different | 14:28:45 |
| 8 | device. | 14:28:47 |
| 9 | And that's also why I mentioned earlier | 14:28:48 |
| 10 | that stop app does not necessarily mean that that | 14:28:50 |
| 11 | source device will ever stop playing audio, right. | 14:28:54 |
| 12 | In that case there will be a brief amount | 14:28:57 |
| 13 | of time where the app is stopped, but then it will, | 14:28:59 |
| 14 | you know, be part of the group playback. | 14:29:01 |
| 15 | So from the user's point of view, that | 14:29:03 |
| 16 | source device that was playing never stopped playing. | 14:29:05 |
| 17 | MR. BOYEA:  That makes sense. | 14:29:10 |
| 18 | BY MR. BOYEA: | |
| 19 | Q   So in the example that we were talking | 14:29:11 |
| 20 | about where you have the hub, you have two other | 14:29:14 |
| 21 | receivers and one of the other receivers is playing | 14:29:18 |
| 22 | audio. | 14:29:20 |
| 23 | The hub is only going to send the set | 14:29:21 |
| 24 | playback devices message and then after that it's | 14:29:24 |
| 25 | done with the Stream Transfer? | 14:29:27 |

Page 195

```
 1            MR. KAPLAN:  Object to form.              14:29:31

 2            THE WITNESS:  Yes, it will be waiting on a  14:29:31

 3    response.

 4            So if there was some sort of UX on the hub  14:29:38

 5    that would like to indicate the success or failure,  14:29:41

 6    as an example, so it will send the set playback to  14:29:44

 7    the Cast V2 and then at that point it is now waiting  14:29:48

 8    for a response.                                 14:29:51

 9            So we looked at the code where the Stream  14:29:53

10    Transfer connection can defect, oh, an error happened  14:29:56

11    for whatever reason.                            14:30:00

12            That will then be forwarded back to the   14:30:01

13    original hub device that sent that request.  And then  14:30:03

14    basically, hey, your request to change the playback  14:30:08

15    was failed for X, Y, Z reasons.                 14:30:11

16            MR. BOYEA:  I see.  I see.  Okay.         14:30:15

17    BY MR. BOYEA:

18       Q    So shifting gears a little bit, the first  14:30:17

19    examples we were talking about, the hub was the  14:30:19

20    device that was playing -- originally playing the  14:30:22

21    media session that we were transferring to the  14:30:25

22    destination.                                    14:30:28

23            After the hub successfully performs the   14:30:31

24    Stream Transfer, is it the case that the hub can be  14:30:37

25    used to control playback at the destination?    14:30:42
```

Page 196

HIGHLY CONFIDENTIAL, ATTORNEYS' EYES ONLY, SOURCE CODE

```
 1    STATE OF CALIFORNIA      )
 2                             )    ss.
 3    COUNTY OF LOS ANGELES    )
 4         I, Lynda L. Fenn, Certified Shorthand
 5    Reporter No. 12566 for the State of California, do
 6    hereby certify:
 7         That prior to being examined, the witness named
 8    in the foregoing deposition was duly sworn to testify
 9    the truth, the whole truth, and nothing but the
10    truth;
11         That said deposition was taken down by me in
12    shorthand at the time and place therein named and
13    thereafter reduced by me to typewritten form and that
14    the same is a true, correct, and complete transcript
15    of said proceedings.
16         Before completion of the deposition, review of
17    the transcript [ X ] was [  ] was not requested.  If
18    requested, any changes made by the deponent (and
19    provided to the reporter) during the period allowed
20    are appended hereto.
21         I further certify that I am not interested in
22    the outcome of the action.
23         Witness my hand this 16th day of November, 2022.
24
25         Lynda L. Fenn, CSR, RPR
```

Page 247