# EXHIBIT 13

# FILED UNDER SEAL

NORTHERN DISTRICT OF CALIFORNIA

**TRIAL EXHIBIT 6660**

CASE NO. 3:20-cv-06754-WHA

DATE ENTERED _____

BY _____
        DEPUTY CLERK

TX6660, Page 1 of 21

TX6660, Page 2 of 21

TX6660, Page 3 of 21

TX6660, Page 4 of 21

TX6660, Page 5 of 21

TX6660, Page 6 of 21

TX6660, Page 8 of 21

TX6660, Page 9 of 21

TX6660, Page 10 of 21

TX6660, Page 11 of 21

TX6660, Page 12 of 21

TX6660, Page 13 of 21

TX6660, Page 14 of 21

TX6660, Page 15 of 21

TX6660, Page 16 of 21

TX6660, Page 17 of 21

TX6660, Page 18 of 21

TX6660, Page 19 of 21

TX6660, Page 20 of 21

TX6660, Page 21 of 21