<center>FILED UNDER SEAL</center>

1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
 Sean Pak (Bar No. 219032)
2   seanpak@quinnemanuel.com
 Melissa Baily (Bar No. 237649)
3   melissabaily@quinnemanuel.com
 James Judah (Bar No. 257112)
4   jamesjudah@quinnemanuel.com
 Lindsay Cooper (Bar No. 287125)
5   lindsaycooper@quinnemanuel.com
 Iman Lordgooei (Bar No. 251320)
6   imanlordgooei@quinnemanuel.com
   50 California Street, 22nd Floor
7  San Francisco, California 94111-4788
   Telephone: (415) 875-6600
8  Facsimile: (415) 875-6700

9   Marc Kaplan *(pro hac vice)*
 marckaplan@quinnemanuel.com
10 191 N. Wacker Drive, Ste 2700
   Chicago, Illinois 60606
11 Telephone: (312) 705-7400
   Facsimile: (312) 705-7401
12
   *Attorneys for GOOGLE LLC*
13

14 <center>UNITED STATES DISTRICT COURT</center>

15 <center>NORTHERN DISTRICT OF CALIFORNIA</center>

<center>SAN FRANCISCO DIVISION</center>
16

17 SONOS, INC., | Case No. 3:20-cv-06754-WHA
            | Related to Case No. 3:21-cv-07559-WHA

18    Plaintiff, | **DECLARATION OF JOCELYN MA IN**
19              | **SUPPORT OF GOOGLE LLC'S**
 vs. | **OPPOSITION TO SONOS, INC.'S**
20              | **MOTION FOR INJUNCTIVE RELIEF**

21 GOOGLE LLC,

22    Defendant.

23

24

25

26

27

28

1  I, Jocelyn Ma, declare and state as follows:

2  1.   I am an attorney licensed to practice in the State of California and am admitted to practice before this Court. I am an associate at Quinn Emanuel Urquhart & Sullivan LLP representing Google LLC ("Google") in this matter. I make this declaration in support of Google's Opposition to Sonos, Inc's Motion for Injunctive Relief (Dkt. 820). If called as a witness, I could and would testify competently to the information contained herein.

2.   Below is a reproduction of Figure 13-S from the Opening Expert Report of Sonos's damages expert, Mr. James Malackowski, which summarizes the number of units of each accused product sold from the start of the damages period through Q3 2022. As Figure 13-S shows, the total number of infringing units sold in this period was 14,133,558.

**Figure 13-S: '885 Accused Instrumentalities Units**[231]

| Device Name | Nov. 24 - Dec. 31 Q4 2020 | Q1 2021 | Q2 2021 | Q3 2021 | Q4 2021 | Q1 2022 | Q2 2022 | Q3 2022 | Total |
|---|---|---|---|---|---|---|---|---|---|
| Google Home | 28 | 32 | 36 | 56 | 1,731 | 1,248 | 4 | - | 3,135 |
| Google Home Max | 12,811 | 1,251 | 180 | 361 | 692 | - | (183) | - | 15,112 |
| Google Home Mini | 50,384 | 23,189 | 14,716 | 45,582 | 97,027 | 11 | 100 | - | 231,009 |
| Google Home Hub | 175,967 | 22,235 | 39,103 | 16,440 | 14,282 | - | (376) | - | 267,651 |
| Google Nest Mini | 622,122 | 292,178 | 180,957 | 302,596 | 525,631 | 123,947 | 111,455 | 197,021 | 2,355,907 |
| Google Nest Hub Max | 39,353 | 29,927 | 39,707 | 66,584 | 92,797 | 47,018 | 52,285 | 66,437 | 434,108 |
| Chromecast | 507,131 | 810,845 | 679,767 | 676,876 | 1,277,708 | 203,394 | 307,859 | 213,645 | 4,677,225 |
| Chromecast Ultra | 6,282 | (15) | 435 | 15 | 5,841 | - | 2 | - | 12,560 |
| Chromecast Audio | - | - | - | - | 1,069 | - | - | - | 1,069 |
| Chromecast + Google TV | 379,682 | 349,520 | 471,224 | 522,520 | 724,127 | 317,221 | 554,883 | 401,088 | 3,720,265 |
| Google Nest Wifi | 131,737 | 193,409 | 273,414 | 219,371 | 417,885 | 183,993 | 142,371 | 144,560 | 1,706,740 |
| Google Nest Audio | 85,582 | 45,468 | 43,267 | 58,253 | 170,791 | 35,217 | 47,667 | 35,585 | 521,830 |
| Chromecast with Google TV (HD) | - | - | - | - | - | - | - | 186,946 | 186,946 |
| Total Units | 2,011,080 | 1,768,039 | 1,742,806 | 1,908,654 | 3,329,581 | 912,049 | 1,216,067 | 1,245,282 | 14,133,558 |

3.   Based on the data shown in Figure 13-S, I summed the number of Google Home Mini, Google Nest Mini, Chromecast, Chromecast Audio, Chromecast + Google TV, and Chromecast with Google TV (HD) devices sold during this period for a total of 11,172,421 units. This constitutes approximately 79% of the total infringing units sold.

4.   Based on the data shown in Figure 13-S, I summed the number of Chromecast, Chromecast Ultra, Chromecast + Google TV, and Chromecast with Google TV (HD) devices sold during this period for a total of 8,596,996 units. This constitutes approximately 61% of the total infringing units sold. The number of other products totaled to 5,536,561.

5.   Based on the data shown in Figure 13-S, I summed the number of Google Home Hub, Google Nest Hub Max, and Google Nest Audio devices sold during this period for a total of

-1-

CASE NO. 3:20-cv-06754-WHA
DECLARATION OF JOCELYN MA

1  2,408,499.  This constitutes 43.5% of the 5,536,562 other devices sold that were not Chromecast,
2  Chromecast Ultra, Chromecast + Google TV, or Chromcast with Google TV (HD) devices.

3      6.    Attached as Exhibit 1 is a true and correct copy of an article from Geek Wire entitled
4  "Amazon maintains big lead over Google and Apple in U.S. smart speaker market, new study says,"
5  available at https://www.geekwire.com/2021/amazon-maintains-big-lead-google-apple-u-s-smart-
6  speaker-market-new-study-says/.

7      7.    Attached as Exhibit 2 is a true and correct copy of excerpts from the Rebuttal Expert
8  Report Regarding Damages of W. Christopher Bakewell, dated January 13, 2023.

9      8.    Attached as Exhibit 3 is a true and correct copy of an article from Forbes entitled
10  "Google's Chromecast A Brilliant Play For The Living Room -- Especially With $35 Price Tag,"
11  available at https://www.forbes.com/sites/jasonevangelho/2013/07/24/googles-chromecast-a-brilliant-
12  play-for-the-living-room-especially-with-35-price-tag/?sh=1e6f07116f13.

13      9.    Attached as Exhibit 4 is a true and correct copy of an article from Android Guys
14  entitled "Chromecast (2nd gen) review: a worthy upgrade?," available at
15  https://www.androidguys.com/reviews/accessory-reviews/chromecast-2nd-gen-review-a-worthy-
16  upgrade/.

17      10.    Attached as Exhibit 5 is a true and correct copy of an article from Tom's Guide entitled
18  "Google Chromecast (3rd Generation) review," available at https://www.tomsguide.com/us/google-
19  chromecast-3rd-generation,review-5843.html.

20      11.    Attached as Exhibit 6 is a true and correct copy of an article from PCMag entitled
21  Google Chromecast Audio Review, available at https://www.pcmag.com/reviews/google-chromecast-
22  audio.

23      12.    Attached as Exhibit 7 is a true and correct copy of an article from Make Use Of entitled
24  "Google Home Mini v. Google Nest Mini: What Are the Differences?", available at
25  https://www.makeuseof.com/google-home-mini-nest-mini/.

26      13.    Attached as Exhibit 8 is a true and copy of an excerpt of the deposition testimony of
27  Tomer Shekel.

28

14. Attached as Exhibit 9 is a true and correct copy of an article from Protocol entitled "Supply chain pain: Sonos can't make enough speakers," available at https://www.protocol.com/sonos-black-friday-sales-shortages.

15. Attached as Exhibit 10 is a true and correct copy of an article from CNBC entitled "Sonos CEO says this is the most challenging time for tech companies he's ever seen," available at https://www.cnbc.com/2021/09/28/sonos-ceo-says-this-is-the-most-challenging-time-for-tech-companies-hes-ever-seen.html.

16. Attached as Exhibit 11 is a true and correct copy of an article from the Wall Street Journal entitled "Sonos Works to Grow Malaysia Operation Despite Supply-Chain Issues," available at https://www.wsj.com/articles/sonos-works-to-grow-malaysia-operation-despite-supply-chain-issues-11622214252.

17. Attached as Exhibit 12 is a true and correct copy of an article from The Verge entitled "Sonos quietly raises Beam and Sub prices by $50," available at https://www.theverge.com/2023/2/21/23609416/sonos-beam-gen-2-sub-price-increase.

18. Attached as Exhibit 13 is a true and correct copy of an article from The Verge entitled "Sonos raises prices for majority of products amid supply chain crunch," available at https://www.theverge.com/2021/9/10/22667044/sonos-speaker-price-increases-announce-september-12.

I declare under penalty of perjury that to the best of my knowledge the foregoing is true and correct. Executed on June 29, 2023, in San Francisco, California.

By:   */s/ Jocelyn Ma*
      Jocelyn Ma

**ATTESTATION**

I, Sean Pak, am the ECF user whose ID and password are being used to file the above Declaration. In compliance with Civil L.R. 5-1, I hereby attest that Jocelyn Ma has concurred in the aforementioned filing.

DATED: June 29, 2023

                                                                                             */s/ Sean Pak*
                                                                                             Sean Pak