QUINN EMANUEL URQUHART & SULLIVAN, LLP
Sean Pak (Bar No. 219032)
seanpak@quinnemanuel.com
Melissa Baily (Bar No. 237649)
melissabaily@quinnemanuel.com
James Judah (Bar No. 257112)
jamesjudah@quinnemanuel.com
Lindsay Cooper (Bar No. 287125)
lindsaycooper@quinnemanuel.com
Iman Lordgooei (Bar No. 251320)
imanlordgooei@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:     (415) 875-6600
Facsimile:     (415) 875-6700

Marc Kaplan (pro hac vice)
marckaplan@quinnemanuel.com
191 N. Wacker Drive, Ste 2700
Chicago, Illinois 60606
Telephone:     (312) 705-7400
Facsimile:     (312) 705-7401

*Attorneys for GOOGLE LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| SONOS, INC.,<br><br>        Plaintiff,<br><br>   v.<br><br>GOOGLE LLC,<br><br>        Defendant. | Case No. 3:20-cv-06754-WHA<br>Consolidated with Case No. 3:21-cv-07559-WHA<br><br>**GOOGLE LLC'S MOTION TO REMOVE INCORRECTLY FILED DOCUMENT (DKT. 891-14)** |

1  Google LLC ("Google") submits this Motion to Remove Incorrectly Filed Document to
2  remove the document submitted as Dkt. No. 891-14 (Plaintiffs' Public Refiling of Dkt. 854-11).
3  After Dkt. No. 891-14 was filed, Google discovered that the publicly available documents contain
4  highly sensitive, confidential, and proprietary business information (as recognized by this Court in
5  its Omnibus Order Re Final Motions to Seal, Dkt. 889 at 104) left in unredacted form, which could
6  affect Google's competitive standing, if publicly disclosed. Accordingly, Google respectfully
7  requests that Docket No. 891-14 be permanently deleted from the docket.

9  DATED:  May 3, 2024                    Respectfully submitted,

                                          QUINN EMANUEL URQUHART &
                                          SULLIVAN, LLP


                                          By      /s/ Sean Pak
                                              Sean Pak
                                              Melissa Baily
                                              James D. Judah
                                              Lindsay Cooper
                                              Marc Kaplan
                                              Iman Lordgooei


                                          *Attorneys for Google LLC*

**CERTIFICATE OF SERVICE**

The undersigned certifies that on May 3, 2024, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system.

DATED: May 3, 2024

*/s/ Sean Pak*
Sean Pak