QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Sean Pak (Bar No. 219032)
  seanpak@quinnemanuel.com
  Melissa Baily (Bar No. 237649)
  melissabaily@quinnemanuel.com
  James Judah (Bar No. 257112)
  jamesjudah@quinnemanuel.com
  Lindsay Cooper (Bar No. 287125)
  lindsaycooper@quinnemanuel.com
  Iman Lordgooei (Bar No. 251320)
  imanlordgooei@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:     (415) 875-6600
Facsimile:     (415) 875-6700

  Marc Kaplan (*pro hac vice*)
  marckaplan@quinnemanuel.com
191 N. Wacker Drive, Ste 2700
Chicago, Illinois 60606
Telephone:     (312) 705-7400
Facsimile:     (312) 705-7401

*Attorneys for GOOGLE LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| SONOS, INC.,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>GOOGLE LLC,<br><br>　　　　　　Defendant. | Case No. 3:20-cv-06754-WHA<br>Consolidated with Case No. 3:21-cv-07559-WHA<br><br>**GOOGLE LLC'S MOTION TO REMOVE INCORRECTLY FILED DOCUMENT (DKT. 891-14)** |

Google LLC ("Google") submits this Motion to Remove Incorrectly Filed Document to remove the document submitted as Dkt. No. 891-14 (Plaintiffs' Public Refiling of Dkt. 854-11). After Dkt. No. 891-14 was filed, Google discovered that the publicly available documents contain highly sensitive, confidential, and proprietary business information (as recognized by this Court in its Omnibus Order Re Final Motions to Seal, Dkt. 889 at 104) left in unredacted form, which could affect Google's competitive standing, if publicly disclosed. Accordingly, Google respectfully requests that Docket No. 891-14 be permanently deleted from the docket.

DATED: May 3, 2024    Respectfully submitted,

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By   /s/ Sean Pak
Sean Pak
Melissa Baily
James D. Judah
Lindsay Cooper
Marc Kaplan
Iman Lordgooei

*Attorneys for Google LLC*



GRANTED
Judge William Alsup

**CERTIFICATE OF SERVICE**

The undersigned certifies that on May 3, 2024, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system.

DATED: May 3, 2024

*/s/ Sean Pak*
Sean Pak