QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Sean Pak (Bar No. 219032)
  seanpak@quinnemanuel.com
  Melissa Baily (Bar No. 237649)
  melissabaily@quinnemanuel.com
  James Judah (Bar No. 257112)
  jamesjudah@quinnemanuel.com
  Lindsay Cooper (Bar No. 287125)
  lindsaycooper@quinnemanuel.com
  Iman Lordgooei (Bar No. 251320)
  imanlordgooei@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:     (415) 875-6600
Facsimile:     (415) 875-6700

  Marc Kaplan (*pro hac vice*)
  marckaplan@quinnemanuel.com
191 N. Wacker Drive, Ste 2700
Chicago, Illinois 60606
Telephone:     (312) 705-7400
Facsimile:     (312) 705-7401

*Attorneys for GOOGLE LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| SONOS, INC.,<br><br>          Plaintiff,<br><br>   v.<br><br>GOOGLE LLC,<br><br>          Defendant. | Case No. 3:20-cv-06754-WHA<br>Consolidated with Case No. 3:21-cv-07559-WHA<br><br>**GOOGLE LLC'S CORRECTED NOTICE OF REFILING REDACTED DOCUMENT PURSUANT TO OMNIBUS ORDER RE MOTIONS TO SEAL (DKT. 889)** |

1    In accordance with the Court's Omnibus Order Re Final Motions to Seal ("Omnibus Order,"

2    Dkt. 889) and the Court's Order Granting Google LLC's ("Google") Motion to Remove Incorrectly

3    Filed Document, Google hereby refiles the corrected public version of Dkt. 891-14 (Plaintiffs'

4    Public Refiling of Dkt. 854-11).

5

6    DATED:  May 8, 2024                    Respectfully submitted,

7                                          QUINN EMANUEL URQUHART &
8                                          SULLIVAN, LLP

9                                          By_____/s/ Sean Pak_____

10                                         Sean Pak
                                           Melissa Baily
11                                         James D. Judah
                                           Lindsay Cooper
12                                         Marc Kaplan
                                           Iman Lordgooei
13

14                                         *Attorneys for Google LLC*

15

16

17

18

19

20

21

22

23

24

25

26

27

28

GOOGLE'S CORRECTED NOTICE OF REFILING

## CERTIFICATE OF SERVICE

The undersigned certifies that on May 8, 2024, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system.


DATED: May 8, 2024

/s/ Sean Pak
Sean Pak