QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Sean Pak (Bar No. 219032)
  seanpak@quinnemanuel.com
  Melissa Baily (Bar No. 237649)
  melissabaily@quinnemanuel.com
  James Judah (Bar No. 257112)
  jamesjudah@quinnemanuel.com
  Lindsay Cooper (Bar No. 287125)
  lindsaycooper@quinnemanuel.com
  Iman Lordgooei (Bar No. 251320)
  imanlordgooei@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:     (415) 875-6600
Facsimile:     (415) 875-6700

  Marc Kaplan *(pro hac vice)*
  marckaplan@quinnemanuel.com
191 N. Wacker Drive, Ste 2700
Chicago, Illinois 60606
Telephone:     (312) 705-7400
Facsimile:     (312) 705-7401

*Attorneys for GOOGLE LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| SONOS, INC.,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>GOOGLE LLC,<br><br>　　　　　Defendant. | Case No. 3:20-cv-06754-WHA<br>Consolidated with Case No. 3:21-cv-07559-WHA<br><br>**GOOGLE LLC'S SUPPLEMENTAL NOTICE OF REFILING OF REDACTED DOCUMENTS PURSUANT TO OMNIBUS ORDER RE MOTIONS TO SEAL (DKT. 889)** |

In accordance with the Court's Omnibus Order Re Final Motions to Seal ("Omnibus Order," Dkt. 889), Google LLC ("Google") hereby refiles the public version of Dkt. 854-22, which it inadvertently failed to attach to its first notice filed on May 3.

DATED: May 8, 2024                                  Respectfully submitted,

                                            QUINN EMANUEL URQUHART & SULLIVAN, LLP

                                            By       */s/ Sean Pak*
                                                  Sean Pak
                                                  Melissa Baily
                                                  James D. Judah
                                                  Lindsay Cooper
                                                  Marc Kaplan
                                                  Iman Lordgooei

                                                  *Attorneys for Google LLC*

# CERTIFICATE OF SERVICE

The undersigned certifies that on May 8, 2024, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system.

DATED: May 8, 2024

                                    */s/ Sean Pak*
                                    Sean Pak