CLEMENT SETH ROBERTS (SBN 209203)
croberts@orrick.com
BAS DE BLANK (SBN 191487)
basdeblank@orrick.com
ALYSSA CARIDIS (SBN 260103)
acaridis@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:    +1 415 773 5700
Facsimile:    +1 415 773 5759

SEAN M. SULLIVAN (*pro hac vice*)
sullivan@ls3ip.com
COLE RICHTER (*pro hac vice*)
richter@ls3ip.com
LEE SULLIVAN SHEA & SMITH LLP
656 W Randolph St., Floor 5W
Chicago, IL 60661
Telephone:    +1 312 754 0002
Facsimile:    +1 312 754 0003

*Attorneys for Sonos, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SONOS, INC., <br><br> Plaintiff and Counter-Defendant, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant and Counter-Claimant. | Case No. 3:20-cv-06754-WHA <br><br> Consolidated with <br> Case No. 3:21-cv-07559-WHA <br><br> **JOINT POST-APPEAL STATUS REPORT** |

Pursuant to the Court's October 9, 2025 Case Management Order (Dkt. 902), Plaintiff Sonos, Inc. and Defendant Google LLC hereby submit the following Joint Status Report.

1. The parties agree that to implement the Federal Circuit's mandate, the Court must reinstate the jury's verdict (Dkt. 774) and judgment on the verdict (Dkt. 787).

2. The parties agree that following reinstatement of the jury's verdict, the Court must decide the parties' post-trial motions:

    a. Sonos's Motion For Injunctive Relief and Additional Damages (Dkt. 820);

    b. Sonos's Rule 50 and 59 Motion (Dkt. 823); and

    c. Google's Rule 50 and 59 Motion (Dkt. 824).

The parties respectfully request that the Court resolve all pending post-trial motions to avoid further piecemeal appeals, and set a hearing for argument on those motions, including with respect to any orders regarding relief sought in addition to the jury's verdict, including without limitation injunctive relief. The parties further respectfully request that the Court deem the listed post-trial motions to have been timely refiled within 28 days of the new judgment.

The parties respectfully request the Court to allow the parties to file 5 pages of supplemental briefing on the *Daubert* and damages issues that were raised at trial to address intervening changes in the law, as well as any intervening precedential case law that affects the parties' arguments on JMOL. Google's brief would be due November 5, and Sonos's response brief would be due November 20.

3. The parties inform the Court that they will engage in formal mediation on March 3, 2026 before the Hon. Layn Phillips.

| | | |
|---|---|---|
| 1 | Dated: October 23, 2025 | ORRICK HERRINGTON & SUTCLIFFE LLP |
| 2 | | *and* |
| | | LEE SULLIVAN SHEA & SMITH LLP |
| 3 | | |
| 4 | | By: */s/ Alyssa Caridis* |
| | |     Alyssa Caridis |
| 5 | | *Attorneys for Sonos, Inc.* |