1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
     Sean Pak (Bar No. 219032)
2    seanpak@quinnemanuel.com
     Melissa Baily (Bar No. 237649)
3    melissabaily@quinnemanuel.com
     James Judah (Bar No. 257112)
4    jamesjudah@quinnemanuel.com
     Iman Lordgooei (Bar No. 251320)
5    imanlordgooei@quinnemanuel.com
   50 California Street, 22nd Floor
6  San Francisco, California 94111-4788
   Telephone:     (415) 875-6600
7  Facsimile:     (415) 875-6700

8    Marc Kaplan (pro hac vice)
     marckaplan@quinnemanuel.com
9  191 N. Wacker Drive, Ste 2700
   Chicago, Illinois 60606
10 Telephone:     (312) 705-7400
   Facsimile:     (312) 705-7401

11 *Attorneys for GOOGLE LLC*

12                       UNITED STATES DISTRICT COURT

13                     NORTHERN DISTRICT OF CALIFORNIA

14                         SAN FRANCISCO DIVISION

15

16                                          Case No. 3:20-cv-06754-PHK
                                            Consolidated with Case No. 3:21-cv-07559-
   SONOS, INC.,                             PHK
17
              Plaintiff and Counter-        **GOOGLE      LLC'S      UNOPPOSED
18            Defendant,                     MOTION TO CONTINUE HEARING**

19      vs.                                 Hearing Date:  January 22, 2026, 1:30 p.m.
                                            Location:  Courtroom F, 14th Floor
20 GOOGLE LLC,                              Judge:     Hon. Peter H. Kang

21            Defendant and Counter-
              Claimant.
22

23

24

25

26

27

28

1    Defendant Google LLC ("Google") hereby requests that the Court continue the hearing

2 currently set for January 22, 2026 at 1:30 p.m.  Counsel for Google has conferred with counsel for

3 Sonos, Inc. ("Sonos"), and Sonos does not oppose this motion.

4    Google's lead trial counsel, Sean Pak, is scheduled to be in Taiwan during the week of

5 January 19, 2026 in connection with an upcoming trial where he is also acting as lead counsel—

6 337-TA-1443, *In the Matter of Certain Foreign-Fabricated Semiconductor Devices, Products*

7 *Containing the same, and Components Thereof*.  A misunderstanding about Mr. Pak's schedule

8 resulted in the delay in identifying this conflict and raising it with the Court.

9    Given this circumstance, Google respectfully requests, and Sonos does not oppose, a

10 continuance of the hearing currently set for January 22, 2025.  The parties request that the Court

11 reschedule this hearing to a time at the Court's convenience after February 15.  This continuance

12 would avoid Google's lead counsel's ITC trial noted above, scheduled for February 2 to February

13 6, and also takes into account the schedule of Sonos's lead counsel in this matter.

14

15  DATED:  Jan 17, 2026                          QUINN  EMANUEL  URQUHART & SULLIVAN,
                                                 LLP
16

17                                          By     */s/ Sean Pak*
                                               Sean Pak
18                                              Melissa Baily
                                               James D. Judah
19                                              Marc Kaplan
                                               Iman Lordgooei
20
                                               *Attorneys for GOOGLE LLC*
21

22

23

24

25

26

27

28