CLEMENT SETH ROBERTS (SBN 209203)
croberts@orrick.com
BAS DE BLANK (SBN 191487)
basdeblank@orrick.com
ALYSSA CARIDIS (SBN 260103)
acaridis@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:    +1 415 773 5700
Facsimile:    +1 415 773 5759

SEAN M. SULLIVAN (*pro hac vice*)
sullivan@ls3ip.com
COLE RICHTER (*pro hac vice*)
richter@ls3ip.com
LEE SULLIVAN SHEA & SMITH LLP
656 W Randolph St., Floor 5W
Chicago, IL 60661
Telephone:    +1 312 754 0002
Facsimile:    +1 312 754 0003

*Attorneys for Sonos, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SONOS, INC., <br><br> Plaintiff and Counter-Defendant, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant and Counter-Claimant. | Case No. 3:20-cv-06754-PHK <br> Consolidated with <br> Case No. 3:21-cv-07559-PHK <br><br> **STATUS REPORT** |

1  In the Court's order resetting the hearing on post-remand motions (Dkt. 920), the Court asked for a status report "on the results of the mediation currently scheduled for March 3, 3026." That mediation, however, was tied to the schedule in *Sonos, Inc. v. Google LLC*, No. 20-cv-169-JAK (C.D. Cal.), which was recently extended by two months. *See* Dkt. 159, No. 20-cv-169-JAK. Because the parties do not believe mediation will be productive until after Sonos serves its expert damages report in that case (now due April 28, 2026), the parties have continued their mediation until May 7, 2026.

Sonos appreciates the Court's prompt attention to these post-remand motions, and Sonos is available for the hearing on March 12, 2026. But given that the parties' mediation is no longer taking place on March 3, 2026, Sonos inquires as to whether an earlier date (e.g., February 26 or March 5, 2026) might be available for a hearing on the post-remand motions. As the Court is aware, Sonos has a motion for injunctive relief that has been pending since June 2023. Dkt. 820. Sonos would like to have that motion resolved as soon as possible. Google's sales of infringing speaker products have continued nonstop since (1) Judge Alsup granted summary judgment of infringement in July 2022 (Dkt. 309) and (2) the jury found Google's purported redesign infringing in May 2023 (Dkt. 774). Google's sales of infringing products are harming Sonos's business, which depends on speaker sales. On the other hand, speakers are a small part of Google's trillion-dollar business. Therefore, if the Court has an earlier opening in late February or early March, Sonos would greatly welcome the Court moving up the hearing on the post-remand motions.

| | | |
|---|---|---|
| 1 | Dated: January 23, 2026 | ORRICK HERRINGTON & SUTCLIFFE LLP |
| 2 | | *and*<br>LEE SULLIVAN SHEA & SMITH LLP |
| 3 | | |
| 4 | | By: */s/ Alyssa Caridis*<br>    Alyssa Caridis |
| 5 | | *Attorneys for Sonos, Inc.* |

**CERTIFICATE OF SERVICE**

Pursuant to the Federal Rules of Civil Procedure and Local Rule 5-1, I hereby certify that, on January 23, 2026, all counsel of record who have appeared in this case are being served with a copy of the foregoing via email.

*/s/ Alyssa Caridis*
Alyssa Caridis