QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Sean Pak (Bar No. 219032)
  seanpak@quinnemanuel.com
  Melissa Baily (Bar No. 237649)
  melissabaily@quinnemanuel.com
  James Judah (Bar No. 257112)
  jamesjudah@quinnemanuel.com
  Iman Lordgooei (Bar No. 251320)
  imanlordgooei@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:     (415) 875-6600
Facsimile:     (415) 875-6700

  Marc Kaplan (pro hac vice)
  marckaplan@quinnemanuel.com
191 N. Wacker Drive, Ste 2700
Chicago, Illinois 60606
Telephone:     (312) 705-7400
Facsimile:     (312) 705-7401

*Attorneys for GOOGLE LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SONOS, INC., | Case No. 3:20-cv-06754-PHK<br>Consolidated with Case No. 3:21-cv-07559-PHK |
| Plaintiff and Counter-Defendant, | **GOOGLE LLC'S RESPONSIVE STATUS REPORT** |
| vs. | |
| GOOGLE LLC, | |
| Defendant and Counter-Claimant. | |

1     Google respectfully submits this response to Sonos's "status report" (Dkt. 922).

2     As articulated in Google's briefing (Dkt. 829), Sonos's motion for injunctive relief should

3 be denied for many reasons, including because any alleged harm from infringement is readily

4 compensable by money damages (which Sonos continues to seek), but also because Sonos waited

5 fifteen years to implement the claimed functionality in its own products and because Sonos never

6 sought preliminary injunctive relief.

7     Google remains available for the hearing as it is currently set on March 12, 2026. As for

8 Sonos's proposed alternative dates, Google notes that its lead counsel is not available on March 5,

9 2026.

DATED:  January 26, 2026          QUINN EMANUEL URQUHART & SULLIVAN, LLP

By  */s/ Sean Pak*
     Sean Pak
     Melissa Baily
     James D. Judah
     Marc Kaplan
     Iman Lordgooei

     *Attorneys for GOOGLE LLC*