

**WISCONSIN SUPREME COURT**
OFFICE OF THE CLERK
110 E. Main Street, Suite 215
P.O. Box 1688
Madison, WI 53701-1688

Samuel A. Christensen
Clerk

Telephone: 608-266-1880
TTY: 800-947-3529
Fax: 608-267-0640
http://www.wicourts.gov

## CERTIFICATE OF GOOD STANDING

I, Samuel A. Christensen, Clerk of the Supreme Court of Wisconsin certify that the records of this office show that:

SYDNEY HECIMOVICH

was admitted to practice as an attorney within this state on December 12, 2023 and is presently in good standing in this court.

Dated: February 2, 2026



SAMUEL A. CHRISTENSEN
Clerk of Supreme Court

AP-7000, 03/2005 Certificate of Good Standing