CLEMENT SETH ROBERTS (SBN 209203)
croberts@orrick.com
BAS DE BLANK (SBN 191487)
basdeblank@orrick.com
ALYSSA CARIDIS (SBN 260103)
acaridis@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:    +1 415 773 5700
Facsimile:    +1 415 773 5759

SEAN M. SULLIVAN (*pro hac vice*)
sullivan@ls3ip.com
COLE RICHTER (*pro hac vice*)
richter@ls3ip.com
LEE SULLIVAN SHEA & SMITH LLP
656 W Randolph St., Floor 5W
Chicago, IL 60661
Telephone:    +1 312 754 0002
Facsimile:    +1 312 754 0003

*Attorneys for Sonos, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SONOS, INC., | Case No. 3:20-cv-06754-PHK |
| Plaintiff and Counter-Defendant, | Consolidated with Case No. 3:21-cv-07559-PHK |
| v. | **STATUS REPORT** |
| GOOGLE LLC, | |
| Defendant and Counter-Claimant. | |

Sonos writes to update the Court on the status of the parties' pending mediation. The Federal Circuit remanded this case for decisions on post-trial motions in October 2025. Dkt. 901 (Federal Circuit mandate); Dkt. 899 (Opinion). The case was reassigned to Judge Kang in December 2025. Dkt. 912. The Court originally scheduled a hearing on post-remand motions for January 22, 2026, which was reset to March 12, 2026. Dkt. 920. In March 2026, the Court again reset the hearing on post-remand motions to May 21, 2026, in order to move the hearing after the parties' mediation, which was then scheduled for May 7, 2026. Dkt. 925. That mediation is dependent on the schedule in *Sonos, Inc. v. Google LLC*, No. 20-cv-169-JAK (C.D. Cal.), which was recently extended again. *See* Dkt. 179, No. 20-cv-169-JAK. Because the parties do not believe mediation will be productive until after Sonos serves its expert damages report in that case (now due July 23, 2026), the parties have continued their mediation to August 6, 2026.

Sonos requests that the Court keep the hearing on post-remand motions scheduled for May 21, 2026, despite the change in the mediation date. Sonos and Google have been engaged in a complex, multi-front dispute involving many patents for many years. The parties have attempted mediation several times over the course of their long-running dispute. Sonos believes that having the Court resolve the post-remand motions in this case ahead of the next mediation will simplify the issues for the parties and increase the likelihood of settlement. Delaying the hearing on post-remand motions again is unlikely to obviate the need for the Court to resolve these motions, although Sonos will mediate in good faith.

Sonos respectfully urges the Court not to reschedule the hearing on post-remand motions.

STATUS REPORT
3:20-CV-06754-PHK

Dated:  May 1, 2026

ORRICK HERRINGTON & SUTCLIFFE LLP
*and*
LEE SULLIVAN SHEA & SMITH LLP

By: */s/  Alyssa Caridis*
     Alyssa Caridis

*Attorneys for Sonos, Inc.*

STATUS REPORT
3:20-CV-06754-PHK

## CERTIFICATE OF SERVICE

Pursuant to the Federal Rules of Civil Procedure and Local Rule 5-1, I hereby certify that, on May 1, 2026, all counsel of record who have appeared in this case are being served with a copy of the foregoing via email.

/s/ Alyssa Caridis
Alyssa Caridis