CLEMENT SETH ROBERTS (SBN 209203)
croberts@orrick.com
BAS DE BLANK (SBN 191487)
basdeblank@orrick.com
ALYSSA CARIDIS (SBN 260103)
acaridis@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:    +1 415 773 5700
Facsimile:    +1 415 773 5759

SEAN M. SULLIVAN (*pro hac vice*)
sullivan@ls3ip.com
J. DAN SMITH (*pro hac vice*)
smith@ ls3ip.com
MICHAEL P. BOYEA (*pro hac vice*)
boyea@ ls3ip.com
COLE B. RICHTER (*pro hac vice*)
richter@ls3ip.com
LEE SULLIVAN SHEA & SMITH LLP
656 W Randolph St., Floor 5W
Chicago, IL 60661
Telephone:    +1 312 754 0002
Facsimile:    +1 312 754 0003

*Attorneys for Sonos, Inc.*

QUINN EMANUEL URQUHART &
SULLIVAN, LLP
  Sean Pak (Bar No. 219032)
  seanpak@quinnemanuel.com
  Melissa Baily (Bar No. 237649)
  melissabaily@quinnemanuel.com
  James Judah (Bar No. 257112)
  jamesjudah@quinnemanuel.com
  Iman Lordgooei (Bar No. 251320)
  imanlordgooei@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:    (415) 875-6600
Facsimile:    (415) 875-6700

  Marc Kaplan (*pro hac vice*)
  marckaplan@quinnemanuel.com
191 N. Wacker Drive, Ste 2700
Chicago, Illinois 60606
Telephone:    (312) 705-7400
Facsimile:    (312) 705-7401

*Attorneys for GOOGLE, LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA,

SAN FRANCISCO DIVISION

| | |
|---|---|
| SONOS, INC.,<br><br>　　　Plaintiff and Counter-defendant,<br><br>　　v.<br><br>GOOGLE LLC,<br><br>　　　Defendant and Counter-claimant. | Case No. 3:20-cv-06754-PHK<br><br>Consolidated with<br>Case No. 3:21-cv-07559-PHK<br><br>**JOINT STATUS REPORT** |

1

Per the Court's previous order, Dkt. 925, Plaintiff Sonos, Inc. ("Sonos") and Defendant Google LLC ("Google") (collectively "the Parties") write to inform the Court that their mediation previously scheduled for May 7 has been continued and is currently set for July 31, because of changes to the schedule in a different case.  Sonos respectfully requests that the hearing set for May 21 on post-remand motions go forward. *See also* Dkt. 930 (Sonos's May 1, 2026 Status Report).  Google remains available on May 21; Google is also amenable to proceeding after the July 31 mediation.

Per Section VII(D) of the Court's Standing Order, Sonos also informs the Court that it expects to have a less experienced lawyer, Sydney Hecimovich, argue part of the motions at the hearing.

Respectfully submitted,

Dated:  May 14, 2026

ORRICK HERRINGTON & SUTCLIFFE LLP
*and*
LEE SULLIVAN SHEA & SMITH LLP

By: */s/ Elizabeth Moulton*
Elizabeth Moulton

*Attorneys for Sonos, Inc.*

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By   */s/ James D. Judah*
Sean Pak
Melissa Baily
James D. Judah
Marc Kaplan
Iman Lordgooei

*Attorneys for Google, LLC*

**ECF ATTESTATION**

I, Elizabeth Moulton, am the ECF User whose ID and password are being used to file this Joint Status Report. In compliance with Civil Local Rule 5-1, I hereby attest that James D. Judah, counsel for Google, has concurred in this filing.

Dated: May 14, 2026

By: */s/ Elizabeth Moulton*
    Elizabeth Moulton