CLEMENT SETH ROBERTS (SBN 209203)
croberts@orrick.com
BAS DE BLANK (SBN 191487)
basdeblank@orrick.com
ALYSSA CARIDIS (SBN 260103)
acaridis@orrick.com
ELIZABETH R. MOULTON (SBN 286937)
emoulton@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: +1 415 773 5700
Facsimile: +1 415 773 5759

SEAN M. SULLIVAN (*pro hac vice*)
sullivan@ls3ip.com
J. DAN SMITH (*pro hac vice*)
smith@ ls3ip.com
MICHAEL P. BOYEA (*pro hac vice*)
boyea@ ls3ip.com
COLE B. RICHTER (*pro hac vice*)
richter@ls3ip.com
LEE SULLIVAN SHEA & SMITH LLP
656 W Randolph St., Floor 5W
Chicago, IL 60661
Telephone: +1 312 754 0002
Facsimile: +1 312 754 0003

*Attorneys for Sonos, Inc.*

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Sean Pak (Bar No. 219032)
seanpak@quinnemanuel.com
Melissa Baily (Bar No. 237649)
melissabaily@quinnemanuel.com
James Judah (Bar No. 257112)
jamesjudah@quinnemanuel.com
Iman Lordgooei (Bar No. 251320)
imanlordgooei@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Marc Kaplan (*pro hac vice*)
marckaplan@quinnemanuel.com
191 N. Wacker Drive, Ste 2700
Chicago, Illinois 60606
Telephone: (312) 705-7400
Facsimile: (312) 705-7401

*Attorneys for GOOGLE, LLC*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA,**

**SAN FRANCISCO DIVISION**

SONOS, INC.,

Plaintiff and Counter-defendant,

v.

GOOGLE LLC,

Defendant and Counter-claimant.

Case No. 3:20-cv-06754-PHK

Consolidated with
Case No. 3:21-cv-07559-PHK

# JOINT STATUS REPORT

As a follow-up to the Parties' previous Status Report filed May 14, 2026 (Dkt. 931) and pursuant to the Court's previous Order (Dkt. 925), Plaintiff Sonos, Inc. ("Sonos") and Defendant Google LLC ("Google") (collectively "the Parties") write to inform the Court that they completed a mediation on July 31, 2026. The Parties were unable to reach a settlement at this mediation.

Respectfully submitted,

Dated: August 24, 2026

ORRICK HERRINGTON & SUTCLIFFE LLP
*and*
LEE SULLIVAN SHEA & SMITH LLP

By: */s/ Elizabeth Moulton*
Elizabeth Moulton

*Attorneys for Sonos, Inc.*

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By */s/ Melissa Baily*
Sean Pak
Melissa Baily
James D. Judah
Marc Kaplan
Iman Lordgooei

*Attorneys for Google, LLC*

**ECF ATTESTATION**

I, Elizabeth Moulton, am the ECF User whose ID and password are being used to file this Joint Status Report. In compliance with Civil Local Rule 5-1, I hereby attest that Melissa Baily, counsel for Google, has concurred in this filing.

Dated: August 24, 2026

By: *<u>/s/ Elizabeth Moulton</u>*
Elizabeth Moulton